**Exhibit 3(b): Amgen**

- J0880
- Q4055
- J2505
- J1441

| | Spouse |
|---|---|
| PROVIDER ID / TIN: 04-3423048 | PATIENT ACCOUNT: |

REDACTED

08/01/2005
Date Issued

Amount Paid:  $144.21

File Copy     This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 2982587

Check No. 1499120

**Explanation of Benefits**     **SMW+ Program**

| Dates of Service From | To | Amount Charged | Non Covered | Charges Allowed | Covered Maj Med | Maj Med Paid |
|---|---|---|---|---|---|---|
| 06/06/2005 | 06/06/2005 | $2,352.00 | $0.00 | $144.21 | $144.21 | $144.21 |
| | Total: | $2,352.00 | $0.00 | $144.21 | $144.21 | $144.21 |

Comments:

Payment in full to:
BERKSHIRE HEMATOLOGY ONCOL
PO BOX 18612
NEWARK, NJ 07191

Provider:        BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN: 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  Dependent: BARBARA  02
RES Claim Number: 2982587

Processed by *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000001

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

SHEET METAL WORKERS
PO BOX 1449
GOODLETTSVILLE TN 37070

**HEALTH INSURANCE CLAIM FORM**

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE  06 27 26  SEX M ☐ F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
REDACTED
CITY PITTSFIELD  STATE MA
ZIP CODE 01201  TELEPHONE (Include Area Code)

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)
CITY PITTSFIELD  STATE MA
ZIP CODE 01201  TELEPHONE (INCLUDE AREA CODE)

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. OTHER INSURED'S DATE OF BIRTH 06 27 26  SEX M ☐ F ☒
c. EMPLOYER'S NAME OR SCHOOL NAME
d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N ADAMS

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☐ NO
b. AUTO ACCIDENT? ☐ YES ☐ NO  PLACE (State)
c. OTHER ACCIDENT? ☒ YES ☐ NO
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH MM DD YY  SEX M ☒ F ☐
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO
If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature on File  DATE 06/29/05

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JESSE SPECTOR, M.D.
17a. I.D. NUMBER OF REFERRING PHYSICIAN A35500
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☐ NO  $ CHARGES 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 1284.8 PANCYTOPENIA/OTHER  3. 280.9 IRON DEFICIENCY ANE
22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 06 05 | | 11 | 01 | J0880 | 1,3 | 2160.00 | 40 | | | | |
| 06 06 05 | | 11 | 01 | G0351 | 1,3 | 58.00 | 1 | | | | |
| 06 06 05 | | 11 | 02 | 36415 | 1,3 | 18.00 | 1 | | | | |
| 06 06 05 | | 11 | 05 | 85025 | 1,3 | 34.00 | 1 | | | | |
| 06 06 05 | | 11 | 01 | 99213  25 | 1,3 | 82.00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
043423948  ☐
26. PATIENT'S ACCOUNT NO. 8033 050600FN
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☐ YES ☐ NO
28. TOTAL CHARGE $ 2352.00
29. AMOUNT PAID $ 2207.79
30. BALANCE DUE $ 144.21

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JESSE I SPECTOR, M.D.
SIGNED   DATE 06/29/05

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
BERKSHIRE HEM/ONC, P.C.PT
8 CONTE DRIVE
PITTSFIELD MA 01201

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
BERKSHIRE HEMATOLOGY ONCOLOG
P.O. BOX 18612
NEWARK NJ 07191-8612
PIN# 33331  GRP#

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001(CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000002

...AL HERITAGE INSURANCE COMPANY
...IDER #: H20539
...ECK/EFT #:128607319 06/22/05

128607319 100002007
BERKSHIRE HEMATOLOGY ON
PAGE #: 11 OF 12

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 120.00 | 87.18 | 0.00 | 17.44 CO-42 | 40.82 | 69.74 |
| A31527 | 0606 060605 | 11 | 1 | 36415 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| A31527 | 0606 060605 | 11 | 1 | 82378 | | 93.00 | 26.51 | 0.00 | 0.00 CO-42 | 66.49 | 26.51 |
| A31527 | 0606 060605 | 11 | 1 | 84075 | | 25.00 | 1.42 | 0.00 | 0.00 CO-42 | 23.58 | 1.42 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 84450 | | 31.00 | 1.76 | 0.00 | 0.00 CO-42 | 29.24 | 1.76 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 82247 | | 21.00 | 1.19 | 0.00 | 0.00 CO-42 | 19.81 | 1.19 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 84520 | | 22.00 | 1.25 | 0.00 | 0.00 CO-42 | 20.75 | 1.25 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 82310 | | 28.00 | 1.59 | 0.00 | 0.00 CO-42 | 26.41 | 1.59 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 82565 | | 29.00 | 1.65 | 0.00 | 0.00 CO-42 | 27.35 | 1.65 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 83615 | | 29.00 | 1.65 | 0.00 | 0.00 CO-42 | 27.35 | 1.65 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 84550 | | 23.00 | 1.32 | 0.00 | 0.00 CO-42 | 21.68 | 1.32 |
| REM: M75 | | | | | | | | | | | |
| A31527 | 0606 060605 | 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 481.00 | 139.38 | 0.00 | 17.44 | 341.62 | 121.94 |
| | | | | | | | | | | | 121.94 NET |
| I22247 | 0601 060105 | 11 | 1 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | 40.82 | 69.74 |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 128.00 | 87.18 | 0.00 | 17.44 | 40.82 | 69.74 |
| | | | | | | | | | | | 69.74 NET |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | | | |
| [redacted] | | | | | | 82.00 | 55.74 | 0.00 | 11.15 CO-42 | 26.26 | [redacted] |
| PT RESP | 11.15 | | | CLAIM TOTALS | | 82.00 | 55.74 | 0.00 | 11.15 | 26.26 | 44.59 |
| | | | | | | | | | | | 44.59 NET |
| CLAIM INFORMATION FORWARDED TO: AARP UNITED HEALTHCARE | | | | | | | | | | | |
| [redacted] | | | | 99213 | | 82.00 | 55.74 | [redacted] | [redacted] | [redacted] | [redacted] |
| C04807 | 0606 060605 | 11 | 1 | 36415 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| C04807 | 0606 060605 | 11 | 1 | 80053 | | 60.00 | 14.77 | 0.00 | 0.00 CO-42 | 45.23 | 14.77 |
| C04807 | 0606 060605 | 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| PT RESP | 11.15 | | | CLAIM TOTALS | | 194.00 | 84.37 | 0.00 | 11.15 | 109.63 | 73.22 |
| | | | | | | | | | | | 73.22 NET |
| [redacted] | | | | 36415 | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3.00 |
| C04807 | 0606 060605 | 11 | 1 | 80053 | | 60.00 | 14.77 | 0.00 | 0.00 CO-42 | 45.23 | 14.77 |
| C04807 | 0606 060605 | 11 | 1 | 85007 | | 20.00 | 4.81 | 0.00 | 0.00 CO-42 | 15.19 | 4.81 |
| C04807 | 0606 060605 | 11 | 1 | 85027 | | 51.00 | 9.04 | 0.00 | 0.00 CO-42 | 41.96 | 9.04 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 149.00 | 31.62 | 0.00 | 0.00 | 117.38 | 31.62 |
| | | | | | | | | | | | 31.62 NET |
| NAME | | | HIC | | ACNT 8033CFW | | | | ICN 0205161102810 | ASG Y | MOA MA01 |
| B33332 | 0606 060605 | 11 | 40 | J0880 | | 2160.00 | 644.80 | 0.00 | 128.96 CO-42 | 1515.20 | 515.84 |
| B33332 | 0606 060605 | 11 | 1 | G0351 | | 58.00 | 20.52 | 0.00 | 4.10 CO-42 | 37.48 | 16.42 |
| B33332 | 0606 060605 | 11 | 1 | 36415 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| B33332 | 0606 060605 | 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| B33332 | 0606 060605 | 11 | 1 | 99213 | 25 | 82.00 | 55.74 | 0.00 | 11.15 CO-42 | 26.26 | 44.59 |
| PT RESP | 144.21 | | | CLAIM TOTALS | | 2352.00 | 734.92 | 0.00 | 144.21 | 1617.08 | 590.71 |
| | | | | | | | | | | | 590.71 NET |
| [redacted] | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 69.74 |
| J01136 | 0606 060605 | 11 | 1 | 36415 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| J01136 | 0606 060605 | 11 | 1 | 84520 | | 22.00 | 2.01 | 0.00 | 0.00 CO-42 | 19.99 | 2.01 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0606 060605 | 11 | 1 | 82565 | | 29.00 | 2.66 | 0.00 | 0.00 CO-42 | 26.34 | 2.66 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0606 060605 | 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| J01136 | 0606 060605 | 11 | 1 | 84295 | | 28.00 | 2.56 | 0.00 | 0.00 CO-42 | 25.44 | 2.56 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0606 060605 | 11 | 1 | 84132 | | 28.00 | 2.57 | 0.00 | 0.00 CO-42 | 25.43 | 2.57 |
| REM: M75 | | | | | | | | | | | |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 287.00 | 110.84 | 0.00 | 17.44 | 176.16 | 93.40 |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | | | 93.40 NET |
| [redacted] | | | | | | 82.00 | 55.74 | 0.00 | [redacted] | 26.26 | [redacted] |
| C04807 | 0606 060605 | 11 | 1 | 36415 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| C04807 | 0606 060605 | 11 | 1 | 80053 | | 60.00 | 14.77 | 0.00 | 0.00 CO-42 | 45.23 | 14.77 |
| C04807 | 0606 060605 | 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| PT RESP | 11.15 | | | CLAIM TOTALS | | 194.00 | 84.37 | 0.00 | 11.15 | 109.63 | 73.22 |
| | | | | | | | | | | | 73.22 NET |

REDACTED

57

| | RELATIONSHIP |
|---|---|
| | Employee |

| PROVIDER TAX ID | PATIENT ACCOUNT |
|---|---|
| 62-0850498 | |

10/12/2004
Date Issued

Amount Paid: $753.50

SOMERVILLE, MA 02144

REDACTED

File Copy This is not a Check

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131 Toll-free (800) 831-4914

Claim No. 2674336

Check No. 1212372

**Explanation of Benefits** SMW+ Program

| Dates of Service From | To | Amount Charged | Non-Covered | Charges Allowed | Covered Maj Med | Maj Med Paid |
|---|---|---|---|---|---|---|
| 08/02/2004 | 08/30/2004 | $19,432.28 | $0.00 | $753.50 | $753.50 | $753.50 |
| | Total | $19,432.28 | $0.00 | $753.50 | $753.50 | $753.50 |

Comments:

Provider: DIALYSIS CLINIC, INC.
Participant SSN:
RES Claim Number: 2674336

Payment made to:
DIALYSIS CLINIC, INC.
645 BROADWAY
SOMERVILLE, MA 02144

Processed by *Southern Benefit Administrators, Inc.*



APPROVED OMB NO. 0938-0279

DIALYSIS CLINIC, INC.
645 BROADWAY
SOMERVILLE, MA 02144
(617) 956-6389

REDACTED

3 PATIENT CONTROL NO.

721

5 FED. TAX NO. 62-0850498

STATEMENT COVERS PERIOD: 08022004 08302004

7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11

12 PATIENT NAME

13 PATIENT ADDRESS

SOMERVILLE, MA 02144

| 14 BIRTHDATE | 15 SEX | 16 MS | ADMISSION DATE | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES | 31 |
|---|---|---|---|---|---|---|---|---|
| 10211945 | M | D | 09122003 | | 30 | 252138 | 71 | |

SOMERVILLE, MA 02144

REDACTED

| VALUE CODES CODE | AMOUNT | CODE | AMOUNT |
|---|---|---|---|
| 49 | 34.80 | 68 | 143400.00 |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 270 | MEDICAL/SURGICAL SUPPLIES | A4657 | | 8 | 80.00 | |
| 635 | DRUG/EPO > 10,000 UNITS | Q4055 | | 10 | 7200.00 | |
| 636 | HEPATITIS B VAC RECOMBINA | 90747 | | 1 | 317.22 | |
| 771 | HEPATITIS-B ADMINISTRATIO | G0010 | | 1 | 10.00 | |
| 001 | TOTAL CHARGES | | | | 19,432.28 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE |
|---|---|---|---|---|---|
| Medicare | 222549 | Y | Y | 3,014.02 | |
| Patient | | Y | Y | | |

57 DUE FROM PATIENT

| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 1 | | | |
| | 1 | | | |

63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION

| 67 PRIN. DIAG. CD. | OTHER DIAG. CODES | | | | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|
| 585 | 285.21 | 280.9 | 038.9 | V05.3 | 585 | | |

79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE A | B | C | D | E

ATTENDING PHYS. ID: E01937 COHEN, MICHAEL

84 REMARKS
Dialysis Dates: 2, 4, 6, 9, 11, 13, 16, 18, 20, 23, 25, 27, 30

PROVIDER REPRESENTATIVE: CHERYL BREWER DATE: 09/30/2004

UB-92 HCFA-1450 OCR/ORIGINAL

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

HIGHLY CONFIDENTIAL
SMWMASS 000171

BCBS OF GEORGIA MEDICARE
2357 WARM SPRINGS ROAD
COLUMBUS, GEORGIA 31904
PHONE: 706-322-4812

222549 SOMERVILLE 643 BROADWAY SOMERVILLE MA PAID DATE: 09/17/04 REMIT #: 000000001 Page: 275

[REDACTED] ...RED CHARGES: 3,565.97 PATIENT REFUND: 0.00 HCPCS AMT: 2,534.96
...COV CHARGES: 0.00 CLAIM DENIED: 0.00 CAP AMT: 0.00
FROM DATE: 08/02/04 QC: DEDUCTIBLE: 0.00 CONT ADJ AMT: 0.00
THRU DATE: 08/30/04 TYPE OF BILL: 721 CO-INS AMT: 606.99 INTEREST AMT: 0.00
CLAIM STATUS: 19 Processed as Primary & Crossed Over ESRD NET ADJ: 6.50 PER DIEM RTE: 1.00
NET REIMBURSEMENT: 2,021.47 MSP PAYMENT: 0.00

| HCPC | DESCRIPTION | REVENUE | QTY | AMT BILLED | AMT PAID | REASON CODES | |
|---|---|---|---|---|---|---|---|
| A4657 | | 0270 | 2 | 20.00 | 0.80 | 93 | - |
| Q4055 | | 0634 | 13 | 780.00 | 104.00 | 42 | - Charges exceed our fee schedule or maximum allowable amount |
| J2997 | | 0636 | 15 | 1,350.00 | 440.40 | 2 | - Coinsurance Amount |
| 90747 | | 0636 | 1 | 317.22 | 88.74 | 45 | - |
| G0010 | ADMINISTRATION OF HEPATITS B VACCINE | 0771 | 1 | 10.00 | 3.03 | 118 | - Charges reduced for ESRD network support |
| 90999 | UNLISTED DIALYSIS PROCEDURE, | 0821 | 13 | 8,190.00 | 1,384.50 | | - |
| | | | | 10,667.22 | 2,021.47 | | |

REDACTED

PATIENT NAME: PATIENT CONTROL# COVERED CHARGES: 5,811.03 PATIENT REFUND: 0.00 HCPCS AMT: 3,767.52
HIC NUMBER: ICN NUMBER: NON-COV CHARGES: 0.00 CLAIM DENIED: 0.00 CAP AMT: 0.00
FROM DATE: 08/02/04 QC: DEDUCTIBLE: 0.00 CONT ADJ AMT: 0.00
THRU DATE: 08/30/04 TYPE OF BILL: 721 CO-INS AMT: 753.50 INTEREST AMT: 0.00
CLAIM STATUS: 1 Processed as Primary ESRD NET ADJ: 6.50 PER DIEM RTE: 1.00
NET REIMBURSEMENT: 3,007.52 MSP PAYMENT: 0.00

| HCPC | DESCRIPTION | REVENUE | QTY | AMT BILLED | AMT PAID | REASON CODES | |
|---|---|---|---|---|---|---|---|
| A4657 | | 0270 | 8 | 80.00 | 3.20 | 93 | - |
| Q4055 | | 0634 | 3 | 1,404.00 | 573.60 | 42 | - Charges exceed our fee schedule or maximum allowable amount |
| Q4055 | | 0635 | 10 | 7,200.00 | 573.60 | 2 | - Coinsurance Amount |
| J1756 | | 0636 | 700 | 2,030.00 | 369.60 | 45 | - |
| J3370 | INJECTION, VANCOMYCIN HCL UP TO 500 MG | 0636 | 2 | 201.06 | 11.25 | 118 | - Charges reduced for ESRD network support |
| 90747 | | 0636 | 1 | 317.22 | 88.74 | | - |
| G0010 | ADMINISTRATION OF HEPATITS B VACCINE | 0771 | 1 | 10.00 | 3.03 | | - |
| 90999 | UNLISTED DIALYSIS PROCEDURE, | 0821 | 13 | 8,190.00 | 1,384.50 | | - |
| | | | | 19,432.28 | 3,007.52 | | |

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB-0938-0008
RETURN
SMWN 0001
00144
SECONDARY

PICA

1. MEDICARE [ ] MEDICAID [ ] CHAMPUS [ ] CHAMPVA [ ] GROUP HEALTH PLAN [ ] FECA BLK LUNG [ ] OTHER [X] (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE: 04 20 1937   SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01118-0000   TELEPHONE:

8. PATIENT STATUS: Single [ ] Married [X] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01118-0000   TELEPHONE:

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH: 04 20 1937   SEX: M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH: 04 20 1937   SEX M [ ] F [X]

b. AUTO ACCIDENT? YES [ ] NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED

c. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME: SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: ALEXANDER, ALBERT I
17a. I.D. NUMBER OF REFERRING PHYSICIAN: E032061

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 174.9
2. 288.0

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 13 04 | 04 13 04 | 11 | 1 | J1100 | | 1 | 60 00 | 12 | | | | |
| 04 13 04 | 04 13 04 | 11 | 1 | J7040 | | 1 | 24 00 | 2 | | | | |
| 04 14 04 | 04 14 04 | 11 | 1 | J2505 | | 2 | 3688 00 | 1 | | | | |
| 04 14 04 | 04 14 04 | 11 | 1 | 90782 | | 2 | 30 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 04-3498186   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: 20-0010411501

27. ACCEPT ASSIGNMENT? YES [X] NO [ ]

28. TOTAL CHARGE: $ 3802 00
29. AMOUNT PAID: $ 3292 67
30. BALANCE DUE: $ 509 33

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
HEITZEL, PAUL M.D.
LIC.# 039373   05/12/04
COMPUTER GENERATED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE:
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88) 05/12/2004 0001935   PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000403

Date: 5/14/2004
Time: 9:08AM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT 06095
Phone: (800) 883-5985

# MEDICARE REMITTANCE NOTICE

**Provider/Clinic#: N51714**

**Check No/EFT Trace No: 127514312**
**Date Paid: 5/03/2004**

REDACTED

NAME: HIC: ACCOUNT: ICN:

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 4/13/2004 4/13/2004 | 11 | 012 | J1100 | | 60.00 | 1.20 | 0.00 | 0.24 | 58.80 | 0.96 |
| N51714 | 4/13/2004 4/13/2004 | 11 | 002 | J7040 | | 24.00 | 11.28 | 0.00 | 2.26 | 12.72 | 9.02 |
| N51714 | 4/14/2004 4/14/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 4/14/2004 4/14/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |
| **PT Respon: 509.33** | | | | **Claim Totals:** | | 3802.00 | 2546.64 | 0.00 | 509.33 | 1255.36 | 2037.31 |

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | PATIENT RELATIONSHIP | 20 |
|---|---|---|---|
| | | Spouse | |
| PROVIDER TAX ID | PATIENT ACCOUNT | | |
| 04-3498186 | 20010411501 | | |

REDACTED

06/04/2004
Date Issued

Amount Paid: 

SPRINGFIELD, MA 01118

REDACTED

File Copy    This is not a Check

### SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 2537553

Check No. 1081756

**Explanation of Benefits**       **SMW+ Program**

| Date of Service From | To | Amount Charged | Non-Covered | Charges Allowed | Covered MajMed | MajMed Paid |
|---|---|---|---|---|---|---|
| 04/13/2004 | 04/14/2004 | $3,802.00 | $0.00 | $509.33 | $509.33 | $509.33 |

| | Total | $3,802.00 | $0.00 | $509.33 | $509.33 | $509.33 |

Comments:

REDACTED


SPRINGFIELD MEDICAL ASSOCIATE
PO BOX 219
WINDSOR, CT 06095

Provider:         SPRINGFIELD MEDICAL ASSOCIATES
Participant SSN:                                          02
VLC  Claim Number:  2537553

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000405



57
Employee

65-0825133    1137933

06/01/2005
Date Issued

Amount Paid: $141.66

SCITVATE, MA 02066

File Copy     This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 2916294

Check No. 1436381

**Explanation of Benefits**     SMW+ Program

| Dates of Service From | To | Amount Charged | Non-Covered Charges | Covered/Allowed MajMed | MajMed | Paid |
|---|---|---|---|---|---|---|
| 04/08/2005 | 04/08/2005 | $1,296.00 | $0.00 | $141.66 | $141.66 | $141.66 |
| Total | | $1,296.00 | $0.00 | $141.66 | $141.66 | $141.66 |

Comments:

REDACTED

FLORIDA CANCER SPECIALISTS
P.O. BOX 60679
FORT MYERS, FL 33906

Provider: FLORIDA CANCER SPECIALISTS
Participant SSN:
RES Claim Number: 2916294

Processed by *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000397

## HEALTH INSURANCE CLAIM FORM

**Carrier:** SHEET METAL WORKERS NATIONAL HEALTH FUNDS, PO BOX 1449, GOODLETTSVILLE TN 37070

1. [X] OTHER
1a. INSURED'S I.D. NUMBER: [redacted]

Patient's Birth Date: 05 16 1931 M
Patient Relationship to Insured: Spouse
Patient Status: Married, Full-Time Student

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT: NO
b. AUTO ACCIDENT: NO
c. OTHER ACCIDENT: NO

a. INSURED'S DATE OF BIRTH: 05 16 1931 M
b. EMPLOYER'S NAME OR SCHOOL NAME:
c. INSURANCE PLAN NAME OR PROGRAM NAME: SHEET METAL WORKERS
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES

b. OTHER INSURED'S DATE OF BIRTH: 05 16 1931 M
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B LOCALITY 3

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE   DATE: 050205
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PHYSICIAN: MARK J. MOSKOWITZ, MD
17a. I.D. NUMBER: B55231

21. DIAGNOSIS:
1. V58.1
3. 203.00

| 24. DATE(S) OF SERVICE | Place | Type | PROCEDURES (CPT/HCPCS) MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS/UNITS | EPSDT | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04 08 05 | 11 | 1 | 90782 76 | 1,3 | 29.00 | 1.0 | | | | 08596 |
| 04 08 05 | 11 | 1 | Q0136 | 1,3 | 760.00 | 40.0 | | | | 08596 |
| 04 08 05 | 11 | 1 | 90782 76 | 1,3 | 29.00 | 1.0 | | | | 08596 |
| 04 08 05 | 11 | 1 | J1441 | 1,3 | 471.00 | 1.0 | | | | 08596 |
| 04 08 05 | 11 | 2 | 36415 | 3 | 7.00 | 1.0 | | | | 08596 |

25. FEDERAL TAX I.D. NUMBER: 650825133 EIN
26. PATIENT'S ACCOUNT NO: 113793
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE: $1296.00
29. AMOUNT PAID: $569.61
30. BALANCE DUE: $141.66

31. SIGNATURE OF PHYSICIAN: M MOSKOWITZ, MD   DATE 050205
32. FACILITY: FLORIDA CANCER SPECIALIST, 6360 PINE RIDGE RD 201, NAPLES FL 34116
33. PHYSICIAN'S BILLING: FLORIDA CANCER SPECIALISTS, PO BOX 60679, FORT MYERS FL 33906-6679
PIN: 2392748200   GRP# 21682

HIGHLY CONFIDENTIAL
SMWMASS 000308

MEDICARE POSTED

MAY 0 2 2005

MEDICARE PART B
PROVIDER #: 21682
CHECK/EFT #:104735913 04/25/05

800001622
FL CANCER SPECIALISTS P
PAGE #: 61 OF 108

104735913

MEDICARE REMITTANCE NOTICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ICN 0905104051510 | ASG Y MOA MA01 MA18 | |
| 26178S | 0408 040805 | 11 | 1 | 99213 | | 83.00 | 53.56 | 0.00 | 10.71 | CO-42 29.44 | 42.85 |
| 26178S | 0408 040805 | 11 | 1 | 36415 | | 7.00 | 3.00 | 0.00 | 0.00 | CO-42 4.00 | 3.00 |
| PT RESP | 10.71 | | | CLAIM TOTALS | | 90.00 | 56.56 | 0.00 | 10.71 | 33.44 | 45.85 |
| CLAIM INFORMATION FORWARDED TO: CONTINENTAL LIFE INS | | | | | | | | | | | 45.85 NET |
| | | | | | | | | | ICN 0905104051620 | ASG Y MOA MA01 MA18 | |
| 26178S | 0408 040805 | 11 | 1 | 85025 | | 19.00 | 10.86 | 0.00 | 0.00 | CO-42 8.14 | 10.86 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 19.00 | 10.86 | 0.00 | 0.00 | 8.14 | 10.86 |
| CLAIM INFORMATION FORWARDED TO: CONTINENTAL LIFE INS | | | | | | | | | | | 10.86 NET |
| | | | | | | | | | ICN 0905102369280 | ASG Y MOA MA01 MA15 | |
| 51471Z | 0406 040605 | 11 | 1 | G9029 | | 65.00 | 43.33 | 0.00 | 8.67 | CO-42 21.67 | 34.66 |
| 51471Z | 0406 040605 | 11 | 2 | G0349 | 59 | 136.00 | 89.84 | 0.00 | 17.97 | CO-42 46.16 | 71.87 |
| 51471Z | 0406 040605 | 11 | 10 | J2469 | | 380.00 | 180.86 | 0.00 | 36.17 | CO-42 199.14 | 144.69 |
| 51471Z | 0406 040605 | 11 | 10 | J1100 | | 30.00 | 1.45 | 0.00 | 0.29 | CO-42 28.55 | 1.16 |
| 51471Z | 0406 040605 | 11 | 1 | G0354 | 59 | 43.00 | 28.88 | 0.00 | 5.78 | CO-42 14.12 | 23.10 |
| 51471Z | 0406 040605 | 11 | 1 | J0460 | | 5.00 | 0.24 | 0.00 | 0.05 | CO-42 4.76 | 0.19 |
| 51471Z | 0406 040605 | 11 | 1 | G0359 | 59 | 271.00 | 180.29 | 0.00 | 36.06 | CO-42 90.71 | 144.23 |
| 51471Z | 0406 040605 | 11 | 1 | J7060 | | 17.00 | 1.13 | 0.00 | 0.23 | CO-42 15.87 | 0.90 |
| 51471Z | 0406 040605 | 11 | 12 | J9206 | | 2532.00 | 1520.80 | 0.00 | 304.16 | CO-42 1011.20 | 1216.64 |
| 51471Z | 0406 040605 | 11 | 2 | G0358 | 59 | 226.00 | 149.66 | 0.00 | 29.93 | CO-42 76.34 | 119.73 |
| 51471Z | 0406 040605 | 11 | 1 | J0640 | | 56.00 | 1.27 | 0.00 | 0.25 | CO-42 54.73 | 1.02 |
| 51471Z | 0406 040605 | 11 | 1 | J9190 | | 11.00 | 1.85 | 0.00 | 0.37 | CO-42 9.15 | 1.48 |
| 51471Z | 0406 040605 | 11 | 1 | 36415 | | 7.00 | 3.00 | 0.00 | 0.00 | CO-42 4.00 | 3.00 |
| PT RESP | 439.93 | | | CLAIM TOTALS | | 3779.00 | 2202.60 | 0.00 | 439.93 | 1576.40 | 1762.67 |
| | | | | | | | | | | | 1762.67 NET |
| | | | | | | | | | ICN 0905102369282 | ASG Y MOA MA01 MA15 | |
| 51471Z | 0406 040605 | 11 | 1 | G9021 | | [illegible] | [illegible] | 0.00 | 8.67 | CO-42 21.66 | 34.67 |
| 51471Z | 0406 040605 | 11 | 1 | G9025 | | [illegible] | [illegible] | 0.00 | 8.67 | CO-42 21.67 | 34.66 |
| PT RESP | 17.34 | | | CLAIM TOTALS | | 130.00 | 86.67 | 0.00 | 17.34 | 43.33 | 69.33 |
| | | | | | | | | | | | 69.33 NET |
| | | | | | | | | | ICN [illegible] | ASG Y MOA MA01 | |
| 51471Z | 0406 040605 | 11 | 1 | 85025 | | 19.00 | 10.86 | 0.00 | 0.00 | CO-42 8.14 | 10.86 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 19.00 | 10.86 | 0.00 | 0.00 | 8.14 | 10.86 |
| | | | | | | | | | | | 10.86 NET |
| | | | | | | | | | ICN [illegible] | ASG Y MOA MA01 MA18 | |
| 08596U | 0406 040605 | 11 | 1 | 99213 | 25 | [illegible] | [illegible] | 0.00 | 10.71 | CO-42 [illegible] | 42.85 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| PT RESP | [illegible] | | | CLAIM TOTALS | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | ICN [illegible] | ASG Y MOA MA01 | |
| 08596U | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| PT RESP | [illegible] | | | CLAIM TOTALS | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | ICN [illegible] | ASG Y MOA MA01 MA18 | |
| 26178S | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | 142.00 |
| PT RESP | [illegible] | | | CLAIM TOTALS | | [illegible] | [illegible] | 0.00 | [illegible] | [illegible] | 142.00 |
| | | | | | | | | | | | 142.00 NET |
| NAME | | | | | | | | | ICN [illegible] | ASG Y MOA MA01 | |
| 08596U | 0408 040805 | 11 | [illegible] | [illegible] | | [illegible] | [illegible] | 0.00 | [illegible] | CO-42 [illegible] | [illegible] |
| 08596U | 0408 040805 | 11 | [illegible] | [illegible] | | [illegible] | [illegible] | 0.00 | [illegible] | CO-42 [illegible] | [illegible] |
| 08596U | 0408 040805 | 11 | [illegible] | [illegible] | | [illegible] | [illegible] | 0.00 | [illegible] | CO-42 [illegible] | [illegible] |
| 08596U | 0408 040805 | 11 | [illegible] | [illegible] | | [illegible] | [illegible] | 0.00 | [illegible] | CO-42 [illegible] | [illegible] |
| 08596U | 0408 040805 | 11 | 1 | 36415 | | [illegible] | [illegible] | 0.00 | 0.00 | CO-42 [illegible] | [illegible] |
| PT RESP | 141.66 | | | CLAIM TOTALS | | [illegible] | [illegible] | 0.00 | 141.66 | [illegible] | 569.61 |
| | | | | | | | | | | | 569.61 NET |

IF THIS PAGE IS BLANK THIS PAPER IS NON-NEGOTIABLE AS A CHECK

**Exhibit 3(c): Aventis**

- J1260
- J9170

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | RELATIONSHIP |
|---|---|---|
| | | E |
| PROVIDER TAX I.D. #: 222520073 | PATIENT ACCOUNT # | 40 |

87-4
640

NO 0716339

05/15/2003

DATE ISSUED

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 GOODLETTSVILLE, TN 37070-1449

REDACTED

PAY *******195DOLLARS AND 02CENTS** DOLLARS $ ****195.02**

TO THE ORDER OF

HOLYOKE HOSPITAL INC.
575 BEECH STREET
HOLYOKE , MA 01040

0716339

AUTHORIZED SIGNATURE

NON NEGOTIABLE

AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑈0071633⑈ ⑆064000046⑆ 70213903 02⑈

# SHEET METAL WORKERS' NATIONAL HEALTH FUND

P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914 Phone (615) 859-0131

SMW+ PROGRAM

## EXPLANATION OF BENEFITS

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 03/25/2003 | 03/25/2003 | 2573.60 | .00 | 195.02 | 195.02 | 195.02 |
| | | 2573.60 | .00 | 195.02 | 195.02 | 195.02 |

NON-COVERED CODES:

COMMENTS:

REDACTED

PROVIDER: HOLYOKE HOSPITAL INC.
PARTICIPANT SS#.
DJK CLAIM NUMBER: 2147066

01

CHICOPEE MA 01020

SOUTHERN BENEFIT



APPROVED OMB NO. 0938-0279

HOLYOKE HOSPITAL INC
575 BEECH STREET
HOLYOKE MA 01040

3 PATIENT CONTROL NO. 4 TYPE OF BILL 131

5 FED. TAX NO. 222A0073 | 6 STATEMENT COVERS PERIOD 032503 032503 | 7 COV D. 0 | 8 N-C D. 0 | 9 C-I D. | 10 L-R D. | 11

12 PATIENT NAME — REDACTED | 13 PATIENT ADDRESS — CHICOPEE MA 01020

14 BIRTHDATE 11041924 | 15 SEX M | 16 MS W | 17 ADMISSION DATE 032503 | 18 HR 08 | 19 TYPE 3 | 20 SRC 1 | 21 D HR 99 | 22 STAT 01 | 23 MEDICAL RECORD NO. 092942

CHICOPEE MA
01020

REDACTED

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 250 | PHARMACY | | 032503 | 9 | 7776 | | |
| 270 | MEDICAL-SURGICAL SUPPLY | | 032503 | | | | |
| 312 | HISTOLOGY | 88305 | 032503 | 3 | 31725 | | |
| 360 | OR SERVICES | | 032503 | | | | |
| 636 | PHARMACY - DRUGS | J1260 | 032503 | 1 | 5767 | | |
| 636 | PHARMACY - DRUGS | J3010 | 032503 | | | | |
| 710 | RECOVERY ROOM | | 032503 | 1 | 42675 | | |
| 001 | TOTAL CHARGE | | | | 257360 | 0 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE |
|---|---|---|---|---|---|
| MEDICARE | 220024 | Y | Y | 237858 | |
| SHEET METAL WORKERS NAT HE | | | | | 19502 |

DUE FROM PATIENT

58 INSURED'S NAME — REDACTED | 59 P. REL 01 | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME SHEET METAL WO | 62 INSURANCE GROUP NO.

63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME SHEET METAL WORKERS LOCA | 66 EMPLOYER LOCATION SPRINGFIELD

67 PRIN. DIAG. CD. 1611 | 76 ADM. DIAG. CD. | 77 E-CODE | 78

79 P.C. 0 | 80 PRINCIPAL PROCEDURE CODE 3142 DATE 032503 | 81 OTHER PROCEDURE A CODE 4224 DATE 032503 | B | C | D | E

82 ATTENDING PHYS. ID A55355 GLACKIN, BRIGID
83 OTHER PHYS. ID A55355 GLACKIN, BRIGID

84 REMARKS
Medicare EOB Attached

85 PROVIDER REPRESENTATIVE KAREN SANDERS | 86 DATE 042903

UB-92 HCFA-1450 OCR/ORIGINAL

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

HIGHLY CONFIDENTIAL
SMWMASS 001443

```
MUTUAL OF OMAHA MEDICARE
3201 FARNAM STREET  AFFILIATES, BUI
OMAHA, NEBRASKA 68131

220024    HOLYOKE HOSPITAL                              PAID DATE: 04/17/03   REMIT#: 03125              PAGE:   8

                                       OUTPATIENT
PATIENT NAME       PATIENT CNTRL NUMBER  RC  REH  DRG#               DRG OUT AMT   COINSURANCE    PAT REFUND        CONTRACT ADJ
HIC NUMBER         ICN NUMBER             RC  REH  OUTCD CAPCD                      COVD CHGS      ESRD NET ADJ      PER DIEM RATE
FROM DT   THRU DT  NACHG HICNS           RC  REH  PROF COMP          HSP PAYMT     NCOVD CHGS     INTEREST          PROC CD AMT
CLAIM STATUS IDE#  COST  COVDY  NCOVDY        REH  DRG AMT            DEDUCTIBLE    DENIED CHGS                       NET REIMBURS
```

| From/Thru | TOB | Codes | DRG Amt | Deductible | Charges | Interest | Reimbursement |
|---|---|---|---|---|---|---|---|
| 03/25/2003 03/25/2003 | 131 | CO5D MA01 / CO5D MA01 | .00 / .00 | .00 / .00 | .00 / 124.75 / 72.00 / .00 | .00 / .00 / .00 | 89.44 / .00 / 35.31 / 35.31 |
| 03/25/2003 03/25/2003 | 131 | | .00 / .00 | .00 / .00 | .00 / 188.00 / .00 / .00 | .00 / .00 / .00 | 119.74 / .00 / 68.26 / 68.26 |
| 03/24/2003 03/24/2003 | 131 | | .00 / .00 | .00 / .00 | 70.58 / 580.75 / .00 / .00 | .00 / .00 / .00 | 443.57 / .00 / 66.60 / 66.60 |
| 03/24/2003 03/24/2003 | 131 | | .00 / .00 | .00 / .00 | 74.06 / 820.75 / .00 / .00 | .00 / .00 / .00 | 524.36 / .00 / 74.29 / 220.33 |
| 03/24/2003 03/24/2003 | 131 | | .00 / .00 | .00 / .00 | .00 / 19.75 / .00 / .00 | .00 / .00 / .00 | 11.26 / .00 / 8.49 / 8.49 |
| 03/24/2003 03/24/2003 | 131 | | .00 / .00 | .00 / .00 | 23.65 / 176.25 / .00 / .00 | .00 / .00 / .00 | 155.24 / .00 / .00 / .00 |
| 03/25/2003 03/25/2003 | 131 | [REDACTED] | .00 / .00 | .00 / .00 | 195.02 / 2573.60 / .00 / .00 | .00 / .00 / .00 | 2082.05 / .00 / .00 / 224.53 |
| 03/24/2003 03/24/2003 | 131 | | .00 / .00 | .00 / .00 | 26.75 / .00 / .00 | .00 / .00 / .00 | 14.71 / .00 / 12.04 / 12.04 |

HIGHLY CONFIDENTIAL
SMWMASS 001143

44

| Relationship |
| --- |
| Employee |

| Provider ID | Patient Account |
| --- | --- |
| 22-2519813 | VAE96739 |

REDACTED

04/27/2005
Date Issued

**Amount Paid: $510.38**

LUDLOW, MA 01056

File Copy This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131 Toll-free (800) 831-4914

Claim No. **2877902**

Check No. **1401278**

## Explanation of Benefits

SMW+ Program

| Dates of Service From | To | Amount Charged | Non-Covered | Charges Allowed | Covered MajMed | MajMed Paid |
| --- | --- | --- | --- | --- | --- | --- |
| 03/03/2005 | 03/03/2005 | $4,718.95 | $0.00 | $510.38 | $510.38 | $510.38 |
| | Total | $4,718.95 | $0.00 | $510.38 | $510.38 | $510.38 |

Comments:

Payment made to:

WING MEMORIAL HOSPITAL CORPO
40 WRIGHT ST.
PALMER, MA 01069

Provider: WING MEMORIAL HOSPITAL CORPO
Participant SSN: Dependent:
JLS Claim Number: 2877902

REDACTED

Processed by *Southern Benefit Administrators, Inc.*

REDACTED

WING MEMORIAL HOSPITAL
40 WRIGHT ST
PALMER MA 01069
(413)283-7651

2 MCR OP SUPPLEMENTAL

3 PATIENT CONTROL NO. VAE96739 | 4 TYPE OF BILL 131

5 FED. TAX NO. 222519813 | 6 STATEMENT COVERS PERIOD FROM 030305 THROUGH 030305 | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11

LUDLOW MA 01056

14 BIRTHDATE 05111922 | 15 SEX M | 16 MS | 17 ADMISSION DATE 030305 | HR 08 | TYPE 2 | SRC 1 | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. M017944

LUDLOW,MA 01056

REDACTED

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 250 | PHARMACY | | 030305 | 1 | 33729 | |
| 260 | IV THERAPY | 90780 | 030305 | 1 | 6300 | |
| 270 | MED SURG SUPPLIES | | 030305 | 2 | 2392 | |
| 301 | LAB CHEMISTRY | 80053 | 030305 | 1 | 3600 | |
| 335 | RAD THERAPY CHEMO IV | 96410 | 030305 | 1 | 8700 | |
| 636 | RX DETAIL CODE | J9170 | 030305 | 7 | 400679 | |
| 001 | TOTAL CHARGE | | | | 471895 | |

50 PAYER MEDICARE | 51 PROVIDER NO. 220030 | Y | Y | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE

DUE FROM PATIENT 0

58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME MEDICARE / SMAENA/RETIRED | 62 INSURANCE GROUP NO.

63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION

REDACTED

67 PRIN. DIAG. CD. 185 | OTHER DIAG. CODES V581 | 76 ADM. DIAG. CD. | 77 E-CODE | 78

79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE

82 ATTENDING PHYS. ID 220236
H22851 JOHNSON TIMOTHY A MD

83 OTHER PHYS. ID

84 REMARKS
SHEET METAL WORKERS NHTF
PO BOX 1449
GOODLETTSVILLE, TN 37070

85 PROVIDER REPRESENTATIVE JANICE MALINOWICZ | 86 DATE 033105

UB-92 HCFA-1450 APPROVED OMB NO. 0938-0279 Printed on Recycled Paper

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

220030 |Wing Memorial Hospital|09/30/2005|Mutual of Omaha 20050325 PAGE

| PATIENT NAME<br>ICN NUMBER<br>CLAIM #\|CLM STATUS<br>NAME CHG=xx | PATIENT CNTRL NUMBER<br>HIC NUMBER<br>MEDICAL REC NUMBER<br>HIC CHG=x TOB=xxx | FRM DT<br>THR DT<br>PAT ST<br>CV LN | COST<br>COVDV<br>NCVDV<br>NCV L | REPTD CHGS<br>NCVD/DENIED<br>CLAIM ADJS<br>COVD CHGS | DRG NBR<br>DRG AMOUNT<br>DRG O-C<br>NEW TECH | OUTLIER AMT<br>DEDUCTIBLES<br>COINS AMT<br>MSP LIAB MET | REIMB RATE<br>MSP PRI PAY<br>PROF COMP<br>ESRD AMT | ALLOW/REIM<br>PROC CD AMT<br>LINE ADJ AMT<br>CONT ADJ AMT | INTEREST<br>PAT REFUND<br>PERDIEM AMT<br>NET. REIMB |
|---|---|---|---|---|---|---|---|---|---|
| 20507100610102<br>161 \|1<br>NAME CHG=QC | VAE80988<br>M060706<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 178.00<br>35.00<br>0.00<br>143.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>25.32<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 129.93<br>28.63<br>-12.25<br>0.00 | 0.00<br>0.00<br>0.42<br>129.93 |
| 20507100604002<br>162 \|1<br>NAME CHG=QC | VAE80721<br><br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 33.50<br>0.00<br>0.00<br>33.50 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 15.99<br>15.99<br>17.51<br>0.00 | 0.00<br>0.00<br>0.42<br>15.99 |
| 20508200485902<br>163 \|4<br>NAME CHG=QC | VAE89719<br><br>HIC CHG=HN TOB=130 | 050315<br>050315<br><br>0 | 0<br>0<br>0<br>0 | 26.00<br>26.00<br>0.00<br>0.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.42<br>0.00 |
| 20508200486002<br>164 \|4<br>NAME CHG=QC | VAE89720<br><br>HIC CHG=HN TOB=130 | 050315<br>050315<br><br>0 | 0<br>0<br>0<br>0 | 66.00<br>66.00<br>0.00<br>0.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.42<br>0.00 |
| 20507100604502<br>165 \|1<br>NAME CHG=QC | VAE80735<br>M017944<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 4718.95<br>0.00<br>0.00<br>4718.95 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>510.38<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 1994.53<br>28.63<br>2214.04<br>0.00 | 0.00<br>0.00<br>0.42<br>1994.53 |
| 20507100614502<br>166 \|1<br>NAME CHG=QC | VAE80954<br><br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 44.00<br>0.00<br>0.00<br>44.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 18.72<br>18.72<br>25.28<br>0.00 | 0.00<br>0.00<br>0.42<br>18.72 |
| 20507100601802<br>167 \|19<br>NAME CHG=QC | VAE80664<br>M099078<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 56.00<br>0.00<br>0.00<br>56.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>21.45<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 81.41<br>0.00<br>-46.86<br>0.00 | 0.00<br>0.00<br>0.42<br>81.41 |
| 20507100611802<br>168 \|19<br>NAME CHG=QC | VAE80927<br><br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 2114.96<br>0.00<br>0.00<br>2114.96 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>234.05<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 936.22<br>0.00<br>944.69<br>0.00 | 0.00<br>0.00<br>0.42<br>936.22 |
| 20507100617402<br>169 \|19<br>NAME CHG=QC | VAE80983<br>M096724<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 56.00<br>0.00<br>0.00<br>56.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>21.45<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 81.41<br>0.00<br>-46.86<br>0.00 | 0.00<br>0.00<br>0.42<br>81.41 |
| 20507100605502<br>170 \|19<br>NAME CHG=QC | VAE80762<br>M092195<br>HIC CHG=HN TOB=131 | 050302<br>050302<br><br>0 | 0<br>0<br>0<br>0 | 21.92<br>0.00<br>0.00<br>21.92 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>4.66<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 18.62<br>0.00<br>-1.36<br>0.00 | 0.00<br>0.00<br>0.42<br>18.62 |
| 20507100616302<br>171 \|1<br>NAME CHG=QC | <br>M013170<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 350.00<br>0.00<br>0.00<br>350.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>63.81<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 78.00<br>0.00<br>208.19<br>0.00 | 0.00<br>0.00<br>0.42<br>78.00 |
| 20507100613802<br>172 \|19<br>NAME CHG=QC | <br>M121967<br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 35.00<br>0.00<br>0.00<br>35.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>11.52<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 46.06<br>0.00<br>-22.58<br>0.00 | 0.00<br>0.00<br>0.42<br>46.06 |
| 20507100599602<br>173 \|19<br>NAME CHG=QC | VAE80593<br><br>HIC CHG=HN TOB=131 | 050303<br>050303<br><br>0 | 0<br>0<br>0<br>0 | 56.00<br>0.00<br>0.00<br>56.00 | <br>0.00<br>0.00<br>0.00 | 0.00<br>0.00<br>21.45<br>0.00 | 0.420<br>0.00<br>0.00<br>0.00 | 81.41<br>0.00<br>-46.86<br>0.00 | 0.00<br>0.00<br>0.42<br>81.41 |

REDACTED