## Exhibit 3(d): Baxter

- J3490
- J9060
- J9062
- J9000
- J1644
- J3370



36

Employee

-3423948          5480

REDACTED

REDACTED

05/19/2004
Date Issued

Amount Paid:     $61.71

PITTSFIELD, MA 01201

REDACTED

File Copy          This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2521211**

Check No. **1066636**

**Explanation of Benefits**          **SMW+ Program**



| Date of Service | | Amount Charged | Non-Covered/Discount | Charges Allowed | Covered Charges | Mar/Med Paid |
|---|---|---|---|---|---|---|
| 03/31/2004 | 03/31/2004 | $893.00 | $0.00 | $61.71 | $61.71 | $61.71 |

Comments:

REDACTED

Provider:          BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
PDS   Claim Number:   2521211                                    0

BERKSHIRE HEMATOLOGY ONCOL
P.O. BOX 18612
NEWARK, NJ 07191

Processed by      *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 001625

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS

PO BOX 1449
GOODLIETTSVILLE TN 37070

APPROVED OMB-0938-0008

CARRIER

| | | PICA | | | | | **HEALTH INSURANCE CLAIM FORM** | PICA | | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| X (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| L | | 03 09 1945 | M [X]  F [ ] | |

| 5. PATIENT'S ADDRESS (No., Street) | | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|---|
| | | Self [X]  Spouse [ ]  Child [ ]  Other [ ] | |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| PITTSFIELD | MA | Single [ ]  Married [ ]  Other [ ] | PITTSFIELD | MA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 01201 | | Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ] | 01201 | ( ) |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [ ] YES  [ ] NO

a. INSURED'S DATE OF BIRTH — 03 09 1945 M [ ] F [ ] — *REDACTED*

b. OTHER INSURED'S DATE OF BIRTH — *REDACTED*

b. AUTO ACCIDENT?  [ ] YES  [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME — RETIRED SHEET METAL WORKE

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  [ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME — MEDICARE-PITTS & N. ADAMS

d. INSURANCE PLAN NAME OR PROGRAM NAME — MEDICARE-PITTS & N. ADAMS

10d. RESERVED FOR LOCAL USE — MSP

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [X] YES  [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 04/28/2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| HARVEY ZIMBLER, MD | A56039 | FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|---|
| SEE ATTACHMENTS | | [ ] YES  [ ] NO | .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|
| 1. 163.9    3. 300.5 | | |
| 2. 288.0    4. | 23. PRIOR AUTHORIZATION NUMBER | |

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG. | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 03 31 2004 | | 11 | 1 | 03490 | | 3 | 681.00 | 1 | | | | |
| 03 31 2004 | | 11 | 1 | J3480 | | 3 | 20.00 | 5 | | | | |
| 03 31 2004 | | 11 | 1 | J3475 | | 1 3 | 12.00 | 8 | | | | |
| 04 01 2004 | | 11 | 1 | 72505 | | 2 | 6195.00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 043423948 | [ ] [X] | 5480 | [X] YES  [ ] NO | $ 6908.00 | $ 2252.84 | $ 563.21 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED ... M.D.  DATE ../2004PITTSFIELD MA 01201 | BERKSHIRE HEM/ONC, P.C.  8 CONTE DRIVE | BERKSHIRE HEMATOLOGY ONCOLOGY  P.O. BOX 18612  NEWARK NJ 07191-8612  (800) 743-1453  GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 001626

```
NATIONAL HERITAGE INSURANCE COMPANY              127487505 100001968          MEDICARE
PROVIDER #: M20539                               BERKSHIRE HEMATOLOGY ON       REMITTANCE
CHECK/EFT #:127487505           04/21/04         PAGE #: 12 OF 14              NOTICE
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | | | ASG Y  HOA MA01 | |
| J01136 | 0217 021704 11 | 1 | 82977 | | 28.00 | 2.15 | 0.00 | 0.00 CO-42 | 25.85 | | 2.15 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0217 021704 11 | 1 | 85610 | | 28.00 | 5.49 | 0.00 | 0.00 CO-42 | 22.51 | | 5.49 |
| PT RESP | 0.00 | | CLAIM TOTALS | | 56.00 | 7.64 | 0.00 | 0.00 | 48.36 | | 7.64 |
| | | | | | | | | | | | 7.64 NET |
| NAME | | | | | | | | | | ASG Y  HOA MA01 | |
| J01136 | 0319 031904 11 | 1 | 82977 | | 28.00 | 2.15 | 0.00 | 0.00 CO-42 | 25.85 | | 2.15 |
| REM: M75 | | | | | | | | | | | |
| PT RESP | 0.00 | | CLAIM TOTALS | | 28.00 | 2.15 | 0.00 | 0.00 | 25.85 | | 2.15 |
| | | | | | | | | | | | 2.15 NET |
| NAME | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 82247 | | 21.00 | 0.30 | 0.00 | 0.00 CO-42 | 20.70 | | 0.30 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 84520 | | 22.00 | 0.31 | 0.00 | 0.00 CO-42 | 21.69 | | 0.31 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 82310 | | 28.00 | 0.40 | 0.00 | 0.00 CO-42 | 27.60 | | 0.40 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 82565 | | 29.00 | 0.41 | 0.00 | 0.00 CO-42 | 28.59 | | 0.41 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 83615 | | 29.00 | 0.41 | 0.00 | 0.00 CO-42 | 28.59 | | 0.41 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 84550 | | 23.00 | 0.32 | 0.00 | 0.00 CO-42 | 22.68 | | 0.32 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | 82977 | | 28.00 | 0.39 | 0.00 | 0.00 CO-42 | 27.61 | | 0.39 |
| REM: M75 | | | | | | | | | | | |
| I22247 | 0331 033104 11 | 1 | J3490 | | 681.00 | 307.80 | 0.00 | 61.56 CO-42 | 373.20 | | 246.24 |
| I22247 | 0331 033104 11 | 5 | J3480 | | 20.00 | 0.35 | 0.00 | 0.07 CO-42 | 19.65 | | 0.28 |
| I22247 | 0331 033104 11 | 2 | J3475 | | 12.00 | 0.40 | 0.00 | 0.08 CO-42 | 11.60 | | 0.32 |
| PT RESP | 61.71 | | CLAIM TOTALS | | 893.00 | 311.09 | 0.00 | 61.71 | 581.91 | | 249.38 |
| | | | | | | | | | | | 249.38 NET |
| NAME | | | | | | | | | | ASG Y  HOA MA01 | |
| J01136 | 0402 040204 11 | 1 | 82378 | | 93.00 | 26.51 | 0.00 | 0.00 CO-42 | 66.49 | | 26.51 |
| J01136 | 0402 040204 11 | 1 | 84075 | | 25.00 | 1.28 | 0.00 | 0.00 CO-42 | 23.72 | | 1.28 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 84450 | | 31.00 | 1.59 | 0.00 | 0.00 CO-42 | 29.41 | | 1.59 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 82247 | | 21.00 | 1.08 | 0.00 | 0.00 CO-42 | 19.92 | | 1.08 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 84520 | | 22.00 | 1.13 | 0.00 | 0.00 CO-42 | 20.87 | | 1.13 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 82310 | | 28.00 | 1.44 | 0.00 | 0.00 CO-42 | 26.56 | | 1.44 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 82565 | | 29.00 | 1.49 | 0.00 | 0.00 CO-42 | 27.51 | | 1.49 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 83615 | | 29.00 | 1.49 | 0.00 | 0.00 CO-42 | 27.51 | | 1.49 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 84550 | | 23.00 | 1.18 | 0.00 | 0.00 CO-42 | 21.82 | | 1.18 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 82977 | | 28.00 | 1.45 | 0.00 | 0.00 CO-42 | 26.55 | | 1.45 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 99 | J9263 | | 2079.00 | 835.55 | 0.00 | 167.31 CO-42 | 1242.45 | | 669.24 |
| J01136 | 0402 040204 11 | 2 | J9263 | | 42.00 | 0.00 | 0.00 | 0.00 CO-57 | 42.00 | | 0.00 |
| REM: M25 | | | | | | | | | | | |
| PT RESP | 167.31 | | CLAIM TOTALS | | 2450.00 | 875.19 | 0.00 | 167.31 | 1574.81 | | 707.88 |
| | | | | | | | | | | | 707.88 NET |
| NAME | | | | | | | | | | ASG Y  HOA MA01 | |
| I22247 | 0223 022304 11 | 1 | 86304 | | 101.00 | 29.07 | 0.00 | 0.00 CO-42 | 71.93 | | 29.07 |
| PT RESP | 0.00 | | CLAIM TOTALS | | 101.00 | 29.07 | 0.00 | 0.00 | 71.93 | | 29.07 |
| | | | | | | | | | | | 29.07 NET |
| NAME | | | | | | | | | | ASG Y  HOA MA01  MA15 | |
| J01136 | 0402 040204 11 | 10 | J1260 | | 370.00 | 138.50 | 0.00 | 27.70 CO-42 | 231.50 | | 110.80 |
| J01136 | 0402 040204 11 | 5 | J9201 | | 1435.00 | 556.65 | 0.00 | 111.33 CO-42 | 878.35 | | 445.32 |
| J01136 | 0402 040204 11 | 20 | J1100 | | 20.00 | 2.00 | 0.00 | 0.40 CO-42 | 18.00 | | 1.60 |
| J01136 | 0402 040204 11 | 1 | 80001 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | | 3.00 |
| J01136 | 0402 040204 11 | 1 | 84295 | | 28.00 | 2.56 | 0.00 | 0.00 CO-42 | 25.44 | | 2.56 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 84132 | | 28.00 | 2.56 | 0.00 | 0.00 CO-42 | 25.44 | | 2.56 |
| REM: M75 | | | | | | | | | | | |
| J01136 | 0402 040204 11 | 1 | 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | | 10.86 |
| J01136 | 0402 040204 11 | 1 | 84520 | | 22.00 | 2.01 | 0.00 | 0.00 CO-42 | 19.99 | | 2.01 |
| REM: M75 | | | | | | | | | | | |
| | | | 1 | 82565 | | 29.00 | 2.67 | 0.00 | 0.00 CO-42 | 26.33 | 2.67 |
| | | | 80 | J0880 | | 4240.00 | 1696.00 | 0.00 | 339.20 CO-42 | 2544.00 | 1356.80 |
| | | | | CLAIM TOTALS | | 6224.00 | 2416.81 | 0.00 | 478.63 | 3807.19 | 1938.18 |
| | | | | | | | | | | | 1938.18 NET |
```

HIGHLY CONFIDENTIAL
SMWMASS 001627

MAR. 9. 2005  4:45PM   NY ONC/ HEM

NO. 7919   P. 2

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449
GOODLIETTSVILLE TN 37070

CARRIER

☐☐☐ PICA

**HEALTH INSURANCE CLAIM FORM**

PICA ☐☐☐

REDACTED

REDACTED

2. PATIENT'S BIRTH DATE  SEX
MM | DD | YY
03 09 1945 M ☒  F ☐

5. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

| CITY | | STATE | 8. PATIENT STATUS |
| PITTSFIELD | | MA | Single ☐  Married ☐  Other ☐ |

ZIP CODE
01201

Part-Time
Student ☐

CITY
PITTSFIELD  MA

ZIP CODE  TELEPHONE (INCLUDE AREA CODE)
01201

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER
01201

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☐ NO

a. INSURED'S DATE OF BIRTH  SEX
MM | DD | YY
03 09 1945  M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH  SEX
MM | DD | YY
M ☐  F ☐

b. AUTO ACCIDENT?  PLACE (State)
☐ YES  ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME
RETIRED SHEET METAL WORKE

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

10d. RESERVED FOR LOCAL USE
MSP

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 03/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT:  ILLNESS (First symptom) OR
MM | DD | YY  INJURY (Accident) OR
PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM | DD | YY          MM | DD | YY
FROM                    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HARVEY ZIMBLER, MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A56039

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM | DD | YY          MM | DD | YY
FROM                    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
☐ YES  ☐ NO

$ CHARGES
. 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 163.9

3.

2.

4.

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | B | C | D | | E | F | | G | H | I | J | K |
| DATE(S) OF SERVICE | | | | | Place | Type | PROCEDURES, SERVICES, OR SUPPLIES | | DIAGNOSIS | | | DAYS | EPSDT | | | RESERVED FOR |
| From | | | To | | of | of | (Explain Unusual Circumstances) | | CODE | $ CHARGES | | OR | Family | EMG | COB | LOCAL USE |
| MM | DD | YY | MM | DD | YY | Service | Service | CPT/HCPCS | MODIFIER | | | | UNITS | Plan | | | |
| 04 | 01 | 2004 | | | | 11 | 1 | 90782 | | 1 | 74 | 00 | 1 | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
043423948  ☒

26.

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☐ YES  ☐ NO

28. TOTAL CHARGE
$ 74 00

29. AMOUNT PAID
$ 21 33

30. BALANCE DUE
$ 5 33

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse
apply to this bill and are made a part thereof.)

HARVEY ZIMBLER, M.D.

SIGNED  03/07/200

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE
RENDERED (If other than home or office)
BERKSHIRE HEM/ONC, P.C.
8 CONTE DRIVE
SPITTSFIELD MA 01201

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
& PHONE #
BERKSHIRE HEMATOLOGY ONCOLOGY
P.O. BOX 18612
NEWARK NJ 07191-8612
(800) 743-1453  GRP#

PIN#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215-0055 FORM OWCP-1500,  FORM OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000257

MAR. 9. 2005 4:45PM PROVIDENCE NY ONC/ HEM                    127530587 100003615          NO. 7919       P. 3 CARE
PROVIDER R. MEDICO                                            BERKSHIRE HEMATOLOGY ON                                    NANCE
CHECK/EFT #:127530587              05/10/04                   PAGE #: 9 OF 14                                            NOTICE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | | ASG Y MOA MAO1 | |
| 122247 | 0406 040604 11 | 10 J1260 | | | 370.00 | 0.00 | 0.00 | 0.00 CO-42 | 370.00 | 0.00 |
| 122247 | 0406 040604 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 90781 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0406 040604 11 | 1 90784 | | | 149.00 | 0.00 | 0.00 | 0.00 CO-B15 | 149.00 | 0.00 |
| REM: W80 | | | | | | | | | | |
| 122247 | 0406 040604 11 | 1 90780 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0406 040604 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84520 | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 82310 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| PT RESP | 33.30 | | CLAIM TOTALS | | 1244.00 | 166.50 | 0.00 | 33.30 | 1077.50 | 133.20 |
| | | | | | | | | | | 133.20 NET |
| NAME | | | | | | | | | ASG Y MOA MAO1 HA15 | |
| 122247 | 0331 033104 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 3 90781 59 | | | 414.00 | 106.92 | 0.00 | 21.38 CO-42 | 307.08 | 85.54 |
| 122247 | 0331 033104 11 | 2 96412 | | | 330.00 | 104.80 | 0.00 | 20.96 CO-42 | 225.20 | 83.84 |
| 122247 | 0331 033104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0331 033104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0331 033104 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0331 033104 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84075 | | | 25.00 | 0.00 | 0.00 | 0.00 CO-18 | 25.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84450 | | | 31.00 | 0.00 | 0.00 | 0.00 CO-18 | 31.00 | 0.00 |
| PT RESP | 134.58 | | CLAIM TOTALS | | 2088.00 | 672.92 | 0.00 | 134.58 | 1415.08 | 538.34 |
| | | | | | | | | | | 538.34 NET |
| NAME | | | | | | | | ICN 0204118532990 | ASG Y MOA MAO1 | |
| 122247 | 0331 033104 11 | | | | 21.00 | 0.00 | 0.00 | 0.00 CO-18 | 21.00 | 0.00 |
| 122247 | 0331 033104 11 | | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0331 033104 11 | | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83615 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84450 | | | 23.00 | 0.00 | 0.00 | 0.00 CO-18 | 23.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82977 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 J3490 | | | 681.00 | 0.00 | 0.00 | 0.00 CO-18 | 681.00 | 0.00 |
| 122247 | 0331 033104 11 | 5 J3490 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 2 J3425 | | | 12.00 | 0.00 | 0.00 | 0.00 CO-18 | 12.00 | 0.00 |
| 122247 | 0401 040104 11 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0401 040104 11 | 1 J2505 | | | 6195.00 | 0.00 | 0.00 | 0.00 CO-18 | 6195.00 | 0.00 |
| PT RESP | 5.33 | | CLAIM TOTALS | | 7182.00 | 26.66 | 0.00 | 5.33 | 7135.34 | 21.33 |
| | | | | | | | | | | 21.33 NET |
| NAME | | | | | | | | | ASG Y MOA MAO1 HA15 | |
| 122247 | 0421 042104 11 | 3 J9060 | | | 282.00 | 40.68 | 0.00 | 8.14 CO-42 | 241.32 | 32.54 |
| 122247 | 0421 042104 11 | 2 J9062 | | | 940.00 | 135.58 | 0.00 | 27.12 CO-42 | 804.42 | 108.46 |
| 122247 | 0421 042104 11 | 20 J1100 | | | 20.00 | 2.00 | 0.00 | 0.40 CO-42 | 18.00 | 1.60 |
| 122247 | 0421 042104 11 | 1 90781 59 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0421 042104 11 | 1 96412 | | | 165.00 | 52.40 | 0.00 | 10.48 CO-42 | 112.60 | 41.92 |
| 122247 | 0421 042104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0421 042104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0421 042104 11 | 1 60001 | | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| 122247 | 0421 042104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0421 042104 11 | 1 J3490 | | | 681.00 | 307.80 | 0.00 | 61.56 CO-42 | 373.20 | 246.24 |
| 122247 | 0421 042104 11 | 1 J3420 | | | 4.00 | 0.00 | 0.00 | 0.00 CO-11 | 4.00 | 0.00 |
| REM: M25 M115 | | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-42 | 28.00 | 0.00 |
| REM: N75 | | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 83735 | | | 27.00 | 9.36 | 0.00 | 0.00 CO-42 | 17.64 | 9.36 |
| PT RESP | 207.07 | | CLAIM TOTALS | | 3436.00 | 1047.66 | 0.00 | 207.07 | 2388.34 | 840.59 |
| | | | | | | | | | | 840.59 NET |
| NAME | | | | | | | | | ASG Y MOA MAO1 HA15 | |
| 122247 | 0422 042204 11 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0422 042204 11 | 1 J2505 | | | 6195.00 | 2507.50 | 0.00 | 501.50 CO-42 | 3687.50 | 2005.00 |
| PT RESP | 506.83 | | CLAIM TOTALS | | 6269.00 | 2534.16 | 0.00 | 506.83 | 3734.84 | 2027.53 |
| | | | | | | | | | | 2027.53 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000258

MAR. 9.2005  4:46PM   NY ONC/ HEM                    NO. 7919   P. 4

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS

PO BOX 1449
GOODLIETTSVILLE TN 37070

## HEALTH INSURANCE CLAIM FORM

REDACTED

REDACTED

PITTSFIELD                    MA

ZIP CODE
01201

PITTSFIELD                    MA

ZIP CODE
01201          TELEPHONE (INCLUDE AREA CODE)
                ( )

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH    SEX

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH
03 09 1945          M    F

b. EMPLOYER'S NAME OR SCHOOL NAME
RETIRED SHEET METAL WORKE

c. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Signature on File   DATE 03/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Signature on File

14. DATE OF CURRENT:

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HARVEY ZIMBLER, MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A56039

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   NO          $ CHARGES
                        .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 163.9          3. 288.0

| 24. A DATE(S) OF SERVICE | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 06 2004 | | | | 11 | 1 | 90781 | 1 | 138.00 | 1 | | | | |
| 04 06 2004 | | | | 11 | 1 | 90780 | 1 | 353.00 | 1 | | | | |
| 04 22 2004 | | | | 11 | 1 | 90782 | 1 | 74.00 | 1 | | | | |
| 04 22 2004 | | | | 11 | 1 | J2505 | 3 | 6195.00 | 1 | | | | |
| 04 12 2004 | | | | 11 | 1 | J9060 | 1 | 282.00 | 3 | | | | |
| 04 12 2004 | | | | 11 | 1 | J9062 | 1 | 940.00 | 8 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
043423948

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
HARVEY ZIMBLER, M.D.
SIGNED         03/07/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
BERKSHIRE HEM/ONC, P.C.
8 CONTE DRIVE
PITTSFIELD MA 01201

28. TOTAL CHARGE
$ 7982.00

29. AMOUNT PAID
$ 2301.53

30. BALANCE DUE
$ 575.39

33. PHYSICIANS, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
BERKSHIRE HEMATOLOGY ONCOLOGY
P.O. BOX 18612
NEWARK NJ 07191-8612
(800)743-1453

PLEASE PRINT OR TYPE

HIGHLY CONFIDENTIAL
SMWMASS 000259

MAR. 9. 2005 4:46PM FRANCE NY ONC/ HEM

127530587 100003615  NO. 7919  P. 5

CHECK/EFT #:127530587   05/10/04

BERKSHIRE HEMATOLOGY ON
PAGE #: 9 OF 14

CARE
...ANCE
NOTICE

| REND PROV | SERV DATE | RENDNOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|--------|-------|-----------|---------|
| **NAME** | | | | | | | | ICN 0204118531920 | ASG Y MOA MA01 | |
| 122247 | 0406 040604 11 | 10 | J1260 | | 370.00 | 0.00 | 0.00 | 0.00 CO-18 | 370.00 | 0.00 |
| 122247 | 0406 040604 11 | 20 | J1100 | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 90781 | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0406 040604 11 | 1 | 90784 | | 149.00 | 0.00 | 0.00 | 0.00 CO-B15 | 149.00 | 0.00 |
| **REM: M80** | | | | | | | | | | |
| 122247 | 0406 040604 11 | 1 | 90780 | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0406 040604 11 | 1 | 60001 | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 84295 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 84132 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 83735 | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 85025 | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 84520 | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 82310 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 | 82565 | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| PT RESP | 33.30 | | CLAIM TOTALS | | 1244.00 | 166.50 | 0.00 | 33.30 | 1077.50 | 133.20 |
| | | | | | | | | | | 133.20 NET |
| **NAME** | | | | | | | | | ASG Y MOA MA01 MA15 | |
| 122247 | 0331 033104 11 | 20 | J1100 | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 3 | 90781 59 | | 414.00 | 106.92 | 0.00 | 21.38 CO-42 | 307.08 | 85.54 |
| 122247 | 0331 033104 11 | 2 | 96412 | | 330.00 | 104.80 | 0.00 | 20.96 CO-42 | 225.20 | 83.84 |
| 122247 | 0331 033104 11 | 1 | 96410 | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0331 033104 11 | 1 | 90780 59 | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0331 033104 11 | 1 | 60001 | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 99214 25 | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0331 033104 11 | 1 | 84295 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 84132 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 83735 | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 85025 | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 84075 | | 25.00 | 0.00 | 0.00 | 0.00 CO-18 | 25.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 84450 | | 31.00 | 0.00 | 0.00 | 0.00 CO-18 | 31.00 | 0.00 |
| PT RESP | 134.58 | | CLAIM TOTALS | | 2088.00 | 672.92 | 0.00 | 134.58 | 1415.08 | 538.34 |
| | | | | | | | | | | 538.34 NET |
| **NAME** | | | | | | | | | ASG Y MOA MA01 | |
| 122247 | 0331 033104 11 | 1 | 82247 | | 21.00 | 0.00 | 0.00 | 0.00 CO-18 | 21.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 84520 | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 82310 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 82565 | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 83615 | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 84550 | | 23.00 | 0.00 | 0.00 | 0.00 CO-18 | 23.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | 82977 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 | J3490 | | 681.00 | 0.00 | 0.00 | 0.00 CO-18 | 681.00 | 0.00 |
| 122247 | 0331 033104 11 | 5 | J3480 | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 2 | J3475 | | 12.00 | 0.00 | 0.00 | 0.00 CO-18 | 12.00 | 0.00 |
| 122247 | 0401 040104 11 | 1 | 90782 | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0401 040104 11 | 1 | J2505 | | 6195.00 | 0.00 | 0.00 | 0.00 CO-18 | 6195.00 | 0.00 |
| PT RESP | 5.33 | | CLAIM TOTALS | | 7162.00 | 26.66 | 0.00 | 5.33 | 7135.34 | 21.33 |
| | | | | | | | | | | 21.33 NET |
| **NAME** | | | | | | | | ICN 0204119491680 | ASG Y MOA MA01 MA15 | |
| 122247 | 0421 042104 11 | 3 | J9060 | | 282.00 | 40.58 | 0.00 | 8.14 CO-42 | 241.32 | 32.54 |
| 122247 | 0421 042104 11 | 2 | J9062 | | 940.00 | 135.58 | 0.00 | 27.12 CO-42 | 804.42 | 108.46 |
| 122247 | 0421 042104 11 | 20 | J1100 | | 20.00 | 2.00 | 0.00 | 0.40 CO-42 | 18.00 | 1.60 |
| 122247 | 0421 042104 11 | 1 | 90781 59 | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0421 042104 11 | 1 | 96412 | | 165.00 | 52.40 | 0.00 | 10.48 CO-42 | 112.60 | 41.92 |
| 122247 | 0421 042104 11 | 1 | 96410 | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0421 042104 11 | 1 | 90780 59 | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0421 042104 11 | 1 | 60001 | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| 122247 | 0421 042104 11 | 1 | 99214 25 | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0421 042104 11 | 1 | J3490 | | 681.00 | 307.80 | 0.00 | 61.56 CO-42 | 373.20 | 246.24 |
| 122247 | 0421 042104 11 | 1 | J3420 | | 4.00 | 0.00 | 0.00 | 0.00 CO-11 | 4.00 | 0.00 |
| **REM: M25** | | | | | | | | | | |
| 122247 | N115 | | | | | | | | | |
| | 0421 042104 11 | 1 | 84295 | | 28.00 | 0.00 | 0.00 | 0.00 CO-42 | 28.00 | 0.00 |
| **REM: N75** | | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 | 83735 | | 27.00 | 9.36 | 0.00 | 0.00 CO-42 | 17.64 | 9.36 |
| PT RESP | 207.07 | | CLAIM TOTALS | | 3436.00 | 1047.66 | 0.00 | 207.07 | 2388.34 | 840.59 |
| | | | | | | | | | | 840.69 NET |
| **NAME** | | | | | | | | ICN 0204119491682 | ASG Y MOA MA01 MA15 | |
| 122247 | | | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0422 042204 11 | 1 | J9350 | | 6195.00 | 2507.50 | 0.00 | 501.50 CO-42 | 3687.50 | 2006.00 |
| PT RESP | 506.83 | | CLAIM TOTALS | | 6269.00 | 2534.16 | 0.00 | 506.83 | 3734.84 | 2027.33 |
| | | | | | | | | | | 2027.33 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000260

MAR. 9. 2005 4:47PM    NY ONC/ HEM                      NO. 7919   P. 6

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS

PO BOX 1449
GOODLIETTSVILLE TN 37070

**HEALTH INSURANCE CLAIM FORM**

| | |
|---|---|
| REDACTED | 3. PATIENT'S BIRTH DATE 03 09 1945 M ☒ F ☐ |

8. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

REDACTED

| | STATE MA | 8. PATIENT STATUS | | STATE MA |
|---|---|---|---|---|
| PITTSFIELD | | Single ☐ Married ☐ Other ☐ | PITTSFIELD | |
| ZIP CODE 01201 | REDACTED | | ZIP CODE 01201 | TELEPHONE (INCLUDE AREA CODE) ( ) |

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)    10. IS PATIENT'S CONDITION RELATED TO:    11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)    ☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH 03 09 1945   M ☐   SEX   F ☐

b. OTHER INSURED'S DATE OF BIRTH     SEX    M ☐ F ☐
b. AUTO ACCIDENT?    ☐ YES ☐ NO   PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME
RETIRED SHEET METAL WORKE

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT?    ☐ YES ☐ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

d. INSURANCE PLAN NAME OR PROGRAM NAME    10d. RESERVED FOR LOCAL USE
MEDICARE-PITTS & N. ADAMS    MSP

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES ☐ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File    DATE 03/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.   GIVE FIRST DATE MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HARVEY ZIMBLER, MD
17a. I.D. NUMBER OF REFERRING PHYSICIAN
A56039
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

18. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   ☐ YES ☐ NO    $ CHARGES   .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 163.9    3.
2.    4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 04 21 2004 | | 11 | 1 | J1100 | | 1 | 20 00 | 20 | | | | |
| 2 04 21 2004 | | 11 | 1 | 90781 | 59 | 1 | 138 00 | 1 | | | | |
| 3 04 21 2004 | | 11 | 1 | 96412 | | 1 | 165 00 | 1 | | | | |
| 4 04 21 2004 | | 11 | 1 | 96410 | | 1 | 652 00 | 1 | | | | |
| 5 04 21 2004 | | 11 | 1 | 90780 | 59 | 1 | 353 00 | 1 | | | | |
| 6 | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. | 27. ACCEPT ASSIGNMENT ☒ YES ☐ NO | 28. TOTAL CHARGE $ 1328 00 | 29. AMOUNT PAID $ 371 20 | 30. BALANCE DUE $ 92 80 |
|---|---|---|---|---|---|---|
| 043423948 | ☒ | REDACTED | | | | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HARVEY ZIMBLER, M.D.
SIGNED 03/07/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
BERKSHIRE HEM/ONC, P.C.
8 CONTE DRIVE
PITTSFIELD MA 01201

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
BERKSHIRE HEMATOLOGY ONCOLOGY
P.O. BOX 18612
NEWARK NJ 07191-8612
1-(800) 743-1453 GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    APPROVED OMB-1215-0055 FORM OWCP-1500, FORM RRB-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000261

MAR. 9. 2005 4:47PM RANCE NY ONC/ HEM
COMPANY: NEWS9
CHECK/EFT #:127530507          05/10/04

127530567 100003615          NO. 7919   P. 7CARE
BERKSHIRE HEMATOLOGY ON                        R....ANCE
PAGE #: 9 OF 14                                 NOTICE

| *PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ASG Y  HOA MA01 | |
| 122247 | 0406 040604 11 | 10 J1260 | | | 370.00 | 0.00 | 0.00 | 0.00 CO-18 | 370.00 | 0.00 |
| 122247 | 0406 040604 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 90781 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0406 040604 11 | 1 90784 | | | 149.00 | 0.00 | 0.00 | 0.00 CO-B15 | 149.00 | 0.00 |
| REM: M80 | | | | | | | | | | |
| 122247 | 0406 040604 11 | 1 90780 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0406 040604 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84520 | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 82310 | | | 26.00 | 0.00 | 0.00 | 0.00 CO-18 | 26.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| PT RESP | 33.30 | | CLAIM TOTALS | | 1244.00 | 166.50 | 0.00 | 33.30 | 1077.50 | 193.20 |
| | | | | | | | | | | 193.20 NET |

| NAME | | | | | | | | | ASG Y  HOA MA01 · MA15 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122247 | 0331 033104 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 3 90781 59 | | | 414.00 | 106.92 | 0.00 | 21.38 CO-42 | 307.08 | 85.54 |
| 122247 | 0331 033104 11 | 2 96412 | | | 330.00 | 104.80 | 0.00 | 20.96 CO-42 | 225.20 | 83.84 |
| 122247 | 0331 033104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0331 033104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0331 033104 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0331 033104 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84075 | | | 25.00 | 0.00 | 0.00 | 0.00 CO-18 | 25.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84450 | | | 31.00 | 0.00 | 0.00 | 0.00 CO-18 | 31.00 | 0.00 |
| PT RESP | 134.58 | | CLAIM TOTALS | | 2088.00 | 672.92 | 0.00 | 134.58 | 1415.08 | 538.34 |
| | | | | | | | | | | 538.34 NET |

| NAME | | | | | | | | | ASG Y  HOA MA01 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122247 | 0331 033104 11 | 1 82247 | | | 21.00 | 0.00 | 0.00 | 0.00 CO-18 | 21.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84520 | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82310 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83615 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84550 | | | 23.00 | 0.00 | 0.00 | 0.00 CO-18 | 23.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82977 | | | 26.00 | 0.00 | 0.00 | 0.00 CO-18 | 26.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 J3490 | | | 681.00 | 0.00 | 0.00 | 0.00 CO-18 | 681.00 | 0.00 |
| 122247 | 0331 033104 11 | 5 J3480 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 3 J3475 | | | 12.00 | 0.00 | 0.00 | 0.00 CO-18 | 12.00 | 0.00 |
| 122247 | 0401 040104 11 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0401 040104 11 | 1 J2505 | | | 6195.00 | 0.00 | 0.00 | 0.00 CO-18 | 6195.00 | 0.00 |
| PT RESP | 5.33 | | CLAIM TOTALS | | 7162.00 | 26.66 | 0.00 | 5.33 | 7135.34 | 21.33 |
| | | | | | | | | | | 21.33 NET |

| NAME | | | | | | | | | ICN 0204119491680  ASG Y  HOA MA01  MA15 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122247 | 0421 042104 11 | 1 J9000 | | | 182.00 | 40.68 | 0.00 | 8.14 CO-42 | 241.32 | 32.54 |
| 122247 | 0421 042104 11 | 2 J9062 | | | 940.00 | 135.58 | 0.00 | 27.12 CO-42 | 804.42 | 108.46 |
| 122247 | 0421 042104 11 | 20 J1100 | | | 20.00 | 2.00 | 0.00 | 0.40 CO-42 | 18.00 | 1.60 |
| 122247 | 0421 042104 11 | 1 90781 59 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0421 042104 11 | 1 96412 | | | 165.00 | 52.40 | 0.00 | 10.48 CO-42 | 112.60 | 41.92 |
| 122247 | 0421 042104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0421 042104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0421 042104 11 | 1 60001 | | | 16.00 | 3.00 | 0.00 | 0.60 CO-42 | 15.00 | 3.00 |
| 122247 | 0421 042104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0421 042104 11 | 1 J3490 | | | 683.00 | 307.80 | 0.00 | 61.56 CO-42 | 373.20 | 246.24 |
| 122247 | 0421 042104 11 | 1 J3420 | | | 4.00 | 0.00 | 0.00 | 0.00 CO-11 | 4.00 | 0.00 |
| REM: M25 | M15 | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-42 | 28.00 | 0.00 |
| REM: M75 | | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 83735 | | | 27.00 | 9.36 | 0.00 | 0.00 CO-42 | 17.64 | 9.36 |
| PT RESP | 207.07 | | CLAIM TOTALS | | 3436.00 | 1047.66 | 0.00 | 207.07 | 2388.34 | 840.59 |
| | | | | | | | | | | 840.59 NET |

| NAME | | | | | | | | | ASG Y  HOA MA01  MA15 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 122247 | 0422 042204 11 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0422 042204 11 | 1 J2505 | | | 6195.00 | 2507.50 | 0.00 | 501.50 CO-42 | 3687.50 | 2006.00 |
| PT RESP | 506.83 | | CLAIM TOTALS | | 6269.00 | 2534.16 | 0.00 | 506.83 | 3734.84 | 2027.33 |
| | | | | | | | | | | 2027.33 NET |

HIGHLY CONFIDENTIAL
SMW/MASS 000262

MAR. 9. 2005  4:48PM    NY ONC/ HEM                              NO. 7919   P. 8

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS

PO BOX 1449
GOODLIETTSVILLE TN 37070

**HEALTH INSURANCE CLAIM FORM**

REDACTED

09 1945 M [X]   F [ ]

PATIENT RELATIONSHIP TO INSURED
[X] Spouse [ ] Child [ ] Other [ ]

REDACTED

CITY
PITTSFIELD                MA

ZIP CODE
01201

MARITAL STATUS
Single [ ]   Married [ ]   Other [ ]
Full-Time [ ] Student   Part-Time [ ] Student

CITY
PITTSFIELD                MA

ZIP CODE              TELEPHONE (INCLUDE AREA CODE)
01201

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
01201

a. OTHER INSURED'S POLICY OR GROUP NUMBER

REDACTED

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] YES   [ ] NO

a. INSURED'S DATE OF BIRTH
03 09 1945   M [ ]   F [ ]

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY          M [ ]   F [ ]

b. AUTO ACCIDENT?     PLACE (State)
[ ] YES   [ ] NO

b. EMPLOYER'S NAME OR SCHOOL NAME
RETIRED SHEET METAL WORKE

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES   [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

d. INSURANCE PLAN OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

10d. RESERVED FOR LOCAL USE
MSP

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES   [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File        DATE 03/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT:   [ ] ILLNESS (First symptom) OR
                        [ ] INJURY (Accident) OR
                        [ ] PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM            TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HARVEY ZIMBLER, MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A56039

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM            TO

19. RESERVED FOR LOCAL USE
Palonosetron .75 MG  NDC # 58063079725

20. OUTSIDE LAB?        $ CHARGES
[ ] YES  [ ] NO           .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 163.9          3. 285.9

2.                4.

22. MEDICAID RESUBMISSION
CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From To | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 21 2004 | | | | | 11 | 1 | 99214 | 25 | 1 | 128.00 | 1 | | | | |
| 04 21 2004 | | | | | 11 | 1 | J3490 | | 1 | 681.00 | 1 | | | | |
| 04 21 2004 | | | | | 11 | 1 | J0880 | | 1 3 | 2120.00 | 40 | | | | |
| 04 21 2004 | | | | | 11 | 1 | J3480 | | 1 | 20.00 | 5 | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
043423948          [ ] [X]

26. PATIENT'S ACCOUNT NO.

REDACTED

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[ ] YES   [ ] NO

28. TOTAL CHARGE        29. AMOUNT PAID     30. BALANCE DUE
$ 2949.00          $ 994.71        $ 248.68

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

HARVEY ZIMBLER, M.D.

SIGNED    03/07/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
BERKSHIRE HEM/ONC, P.C.
8 CONTE DRIVE
PITTSFIELD MA 01201

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
BERKSHIRE HEMATOLOGY ONCOLOGY
P.O. BOX 18612
NEWARK NJ 07191-8612
(800) 743-1453  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215-0055 FORM OWCP-1500, FORM CMS-1500 (12-90) (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000263

MAR.  9. 2005at 4:48PMrance aNY UNC/ REM                    127530587 100003615        NO. 7919   P   9CARE
PROVIDER #: McOD539                                   BERKSHIRE HEMATOLOGY ON                       REMITTANCE
CHECK/EFT #:327530587          05/10/04              PAGE #: 9 OF 14                                NOTICE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GAP/RC-AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|--------|-------|-----------|---------|
| | | | | | | | | | ASG Y  NOA HA01 | |
| 122247 | 0406 040604 11 | 20 J1200 | | | 370.00 | 0.00 | 0.00 | 0.00 CO-18 | 370.00 | 0.00 |
| 122247 | 0406 040604 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 90781 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0406 040604 11 | 1 90784 | | | 149.00 | 0.00 | 0.00 | 0.00 CO-815 | 149.00 | 0.00 |
| REM: M80 | | | | | | | | | | |
| 122247 | 0406 040604 11 | 1 90780 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0406 040604 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 84520 | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0406 040604 11 | 1 82310 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0406 040604 13 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| PT RESP | 33.30 | | CLAIM TOTALS | | 1244.00 | 166.50 | 0.00 | 33.30 | 1077.50 | 133.20 |
| | | | | | | | | | | 133.20 NET |

| NAME: | | | | | | | | | ASG Y  NOA HA01 MA15 | |
|-------|--|--|--|--|--|--|--|--|--|--|
| 122247 | 0331 033104 11 | 20 J1100 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 90781 59 | | | 414.00 | 106.92 | 0.00 | 21.38 CO-42 | 307.08 | 85.54 |
| 122247 | 0331 033104 11 | 2 96412 | | | 330.00 | 104.80 | 0.00 | 20.96 CO-42 | 225.20 | 83.84 |
| 122247 | 0331 033104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0331 033104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0331 033104 11 | 1 60001 | | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0331 033104 12 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84132 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83735 | | | 27.00 | 0.00 | 0.00 | 0.00 CO-18 | 27.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 85025 | | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84075 | | | 25.00 | 0.00 | 0.00 | 0.00 CO-18 | 25.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84460 | | | 31.00 | 0.00 | 0.00 | 0.00 CO-18 | 31.00 | 0.00 |
| PT RESP | 134.58 | | CLAIM TOTALS | | 2088.00 | 672.92 | 0.00 | 134.58 | 1415.08 | 538.34 |
| | | | | | | | | | | 538.34 NET |

| NAME: | | | | | | | | | ASG Y  NOA MA01 | |
|-------|--|--|--|--|--|--|--|--|--|--|
| 122247 | 0331 033104 11 | 1 82247 | | | 21.00 | 0.00 | 0.00 | 0.00 CO-18 | 21.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84520 | | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| 122247 | 0332 033104 11 | 1 82310 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82565 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 83615 | | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 84500 | | | 23.00 | 0.00 | 0.00 | 0.00 CO-18 | 23.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 82977 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| 122247 | 0331 033104 11 | 1 J3490 | | | 681.00 | 0.00 | 0.00 | 0.00 CO-18 | 681.00 | 0.00 |
| 122247 | 0331 033104 21 | 5 J3480 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-18 | 20.00 | 0.00 |
| 122247 | 0331 033104 13 | 2 J3475 | | | 12.00 | 0.00 | 0.00 | 0.00 CO-18 | 12.00 | 0.00 |
| 122247 | 0401 040104 32 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0401 040104 21 | 1 J2505 | | | 6195.00 | 0.00 | 0.00 | 0.00 CO-18 | 6195.00 | 0.00 |
| PT RESP | 5.33 | | CLAIM TOTALS | | 7162.00 | 26.66 | 26.66 | 5.33 | 7136.34 | 21.33 |
| | | | | | | | | | | 21.33 NET |

| NAME: | | | | | | | | | ICN 0204119491680  ASG Y  NOA MA01  MA15 | |
|-------|--|--|--|--|--|--|--|--|--|--|
| 122247 | 0421 042104 11 | 1 J0880 | | | 40.68 | 0.00 | 8.14 CO-42 | 241.32 | 32.54 |  |
| 122247 | 0421 042104 11 | 1 J0962 | | | 840.00 | 135.58 | 0.00 | 27.12 CO-42 | 604.42 | 108.46 |
| 122247 | 0421 042104 11 | 20 J1200 | | | 20.00 | 2.00 | 0.00 | 0.40 CO-42 | 18.00 | 1.60 |
| 122247 | 0421 042104 11 | 1 90781 59 | | | 138.00 | 35.64 | 0.00 | 7.13 CO-42 | 102.36 | 28.51 |
| 122247 | 0421 042104 11 | 1 96412 | | | 165.00 | 52.40 | 0.00 | 10.48 CO-42 | 112.60 | 41.92 |
| 122247 | 0421 042104 11 | 1 96410 | | | 652.00 | 243.10 | 0.00 | 48.62 CO-42 | 408.90 | 194.48 |
| 122247 | 0421 042104 11 | 1 90780 59 | | | 353.00 | 130.86 | 0.00 | 26.17 CO-42 | 222.14 | 104.69 |
| 122247 | 0421 042104 31 | 1 60001 | | | 18.00 | 3.00 | 0.00 | 0.00 CO-42 | 15.00 | 3.00 |
| 122247 | 0421 042104 11 | 1 99214 25 | | | 128.00 | 87.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| 122247 | 0421 042104 11 | 1 J3490 | | | 681.00 | 307.80 | 0.00 | 61.56 CO-42 | 373.20 | 246.24 |
| 122247 | 0421 042104 11 | 1 J3420 | | | 4.00 | 0.00 | 0.00 | 0.00 CO-11 | 4.00 | 0.00 |
| REM: M25 | N115 | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 84295 | | | 28.00 | 0.00 | 0.00 | 0.00 CO-42 | 28.00 | 0.00 |
| REM: M75 | | | | | | | | | | |
| 122247 | 0421 042104 11 | 1 83735 | | | 27.00 | 9.36 | 0.00 | 0.00 CO-42 | 17.64 | 9.36 |
| PT RESP | 207.07 | | CLAIM TOTALS | | 3436.00 | 1047.66 | 0.00 | 207.07 | 2388.34 | 840.59 |
| | | | | | | | | | | 840.59 NET |

| NAME: | | | | | | | | | ASG Y  NOA MA01  MA15 | |
|-------|--|--|--|--|--|--|--|--|--|--|
| 122247 | 0422 042204 21 | 1 90782 | | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| 122247 | 0422 042204 21 | 1 J2505 | | | 6195.00 | 2507.50 | 0.00 | 501.50 CO-42 | 3687.50 | 2006.00 |
| PT RESP | 506.83 | | CLAIM TOTALS | | 6269.00 | 2534.16 | 0.00 | 506.83 | 3734.84 | 2027.33 |
| | | | | | | | | | | 2027.33 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000264

MAR. 9.2005; 4:48PM,   NY ONC/ HEM   BERKSHIRE HEMATOLOGY ON   NO. 7919   P. 10
PAGE #: 10 OF 14

| SERV ACCT | SERV DATES | POS/POS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | ICN 020411949I690 | ASG Y MOA MA01 | |
| I2224/ | 0421 042104 11 | 1 85025 | | 34.00 | 10.86 | 0.00 | 0.00 CO-42 | 23.14 | 10.86 |
| I22247 | 0421 042104 11 | 1 84075 | | 25.00 | 1.28 | 0.00 | 0.00 CO-42 | 23.72 | 1.28 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 84450 | | 31.00 | 1.59 | 0.00 | 0.00 CO-42 | 29.41 | 1.59 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 82247 | | 21.00 | 1.08 | 0.00 | 0.00 CO-42 | 19.92 | 1.08 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 84520 | | 22.00 | 1.13 | 0.00 | 0.00 CO-42 | 20.87 | 1.13 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 82310 | | 28.00 | 1.44 | 0.00 | 0.00 CO-42 | 26.56 | 1.44 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 82565 | | 29.00 | 1.49 | 0.00 | 0.00 CO-42 | 27.51 | 1.49 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 83615 | | 29.00 | 1.49 | 0.00 | 0.00 CO-42 | 27.51 | 1.49 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 84550 | | 23.00 | 1.18 | 0.00 | 0.00 CO-42 | 21.82 | 1.18 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 1 82977 | | 28.00 | 1.45 | 0.00 | 0.00 CO-42 | 26.55 | 1.45 |
| REM: M75 | | | | | | | | | |
| I22247 | 0421 042104 11 | 40 J0880 | | 2120.00 | 848.00 | 0.00 | 169.60 CO-42 | 1272.00 | 678.40 |
| I22247 | 0421 042104 11 | 5 J3480 | | 20.00 | 0.35 | 0.00 | 0.07 CO-42 | 19.65 | 0.28 |
| PT RESP 169.67 | | CLAIM TOTALS | | 2410.00 | 871.34 | 0.00 | 169.67 | 1538.66 | 701.67 |
| | | | | | | | | | 701.67 NET |

| NAME | | | | | | | | | ASG Y MOA MA01 MA18 | |
| B33332 | 0329 032904 11 | 1 90782 | | 74.00 | 26.66 | 0.00 | 5.33 CO-42 | 47.34 | 21.33 |
| PT RESP 5.33 | | CLAIM TOTALS | | 74.00 | 26.66 | 0.00 | 5.33 | 47.34 | 21.33 |
| CLAIM INFORMATION FORWARDED TO: AARP | | | | | | | | | 21.33 NET |

| NAME | | | | | | | | | ASG Y MOA MA01 | |
| B33332 | 0412 041204 11 | 1 99213 | | 82.00 | 55.97 | 0.00 | 11.19 CO-42 | 26.03 | 44.78 |
| B33332 | 0412 041204 11 | 1 60001 | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 85025 | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 82232 | | 90.00 | 0.00 | 0.00 | 0.00 CO-18 | 90.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 84075 | | 25.00 | 0.00 | 0.00 | 0.00 CO-18 | 25.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 84450 | | 31.00 | 0.00 | 0.00 | 0.00 CO-18 | 31.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 82247 | | 21.00 | 0.00 | 0.00 | 0.00 CO-18 | 21.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 84520 | | 22.00 | 0.00 | 0.00 | 0.00 CO-18 | 22.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 82310 | | 28.00 | 0.00 | 0.00 | 0.00 CO-18 | 28.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 82565 | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 83615 | | 29.00 | 0.00 | 0.00 | 0.00 CO-18 | 29.00 | 0.00 |
| B33332 | 0412 041204 11 | 1 84550 | | 23.00 | 0.00 | 0.00 | 0.00 CO-18 | 23.00 | 0.00 |
| B33332 | 0412 041204 11 | 30 00136 EJ | | 870.00 | 0.00 | 0.00 | 0.00 CO-18 | 670.00 | 0.00 |
| PT RESP 11.19 | | CLAIM TOTALS | | 1302.00 | 55.97 | 0.00 | 11.19 | 1246.03 | 44.78 |
| | | | | | | | | | 44.78 NET |

| NAME | | | | | | | | | ASG Y MOA MA01 MA15 MA18 | |
| I22247 | 0331 033104 11 | 1 99214 | | 128.00 | 67.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| I22247 | 0331 033104 11 | 1 71020 | | 104.00 | 38.88 | 0.00 | 7.78 CO-42 | 65.12 | 31.10 |
| PT RESP 25.23 | | CLAIM TOTALS | | 232.00 | 126.12 | 0.00 | 25.23 | 105.88 | 100.89 |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | 100.89 NET |

| NAME | | | | | | | | | ASG Y MOA MA01 MA07 | |
| A31527 | 0407 040704 11 | 1 71020 | | 104.00 | 38.88 | 0.00 | 7.78 CO-42 | 65.12 | 31.10 |
| A31527 | 0407 040704 11 | 1 60001 | | 18.00 | 0.00 | 0.00 | 0.00 CO-18 | 18.00 | 0.00 |
| A31527 | 0407 040704 11 | 1 85025 | | 34.00 | 0.00 | 0.00 | 0.00 CO-18 | 34.00 | 0.00 |
| PT RESP 7.78 | | CLAIM TOTALS | | 156.00 | 38.88 | 0.00 | 7.78 | 117.12 | 31.10 |
| | | | | | | | | | 31.10 NET |

| NAME | | | | | | | | | ASG Y MOA MA01 MA07 | |
| A31527 | 0329 032904 11 | 1 99214 | | 128.00 | 67.24 | 0.00 | 17.45 CO-42 | 40.76 | 69.79 |
| PT RESP 17.45 | | CLAIM TOTALS | | 128.00 | 87.24 | 0.00 | 17.45 | 40.76 | 69.79 |
| | | | | | | | | | 69.79 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000265

MAR. 9. 2005  4:49PM    NY ONC/ HEM                                    NO. 7919   P. 11

AWPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CARRIER

SHEET METAL WORKERS

PO BOX 1449
GOODLIETTSVILLE TN 37070

☐☐ PICA                              **HEALTH INSURANCE CLAIM FORM**                    PICA ☐☐

| ☐ MEDICARE | ☐ MEDICAID | ☐ CHAMPUS | ☐ CHAMPVA | ☐ GROUP HEALTH PLAN (SSN or ID) | ☐ FECA BLK LUNG (SSN) | ☐ OTHER (ID) | (FOR PROGRAM IN ITEM 1) |

REDACTED

3. PATIENT'S BIRTH DATE
MM  DD  YY      SEX
03  09  1945  M ☒  F ☐

REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

5. PATIENT'S ADDRESS
PITTSFIELD

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

Full-Time ☐  Part-Time ☐
Student        Student

7. INSURED'S ADDRESS
CITY  PITTSFIELD                STATE  MA

ZIP CODE
01201

ZIP CODE
01201       TELEPHONE (INCLUDE AREA CODE)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☐ NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY        SEX
03  09  1945   M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY        SEX
M ☐  F ☐

b. AUTO ACCIDENT?
☐ YES  ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
RETIRED SHEET METAL WORKE

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE-PITTS & N. ADAMS        MSP

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File        DATE 03/07/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

14. DATE OF CURRENT:  ☐ ILLNESS (First symptom) OR  ☐ INJURY (Accident) OR  ☐ PREGNANCY(LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY                MM  DD  YY
FROM                TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HARVEY ZIMBLER, MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A56039

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY                MM  DD  YY
FROM                TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
☐ YES  ☐ NO          $ CHARGES
.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 163.9        3. 789.5
2.              4.

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM DD YY | | | | | | | | | | | |
| 09 02 2004 | | | | 11 | 1 | 99212 | 25 | 1  3 | 75.00 | 1 | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

REDACTED

25. FEDERAL TAX I.D. NUMBER      SSN  EIN
043423948          ☐  ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 75.00

29. AMOUNT PAID
$ 32.26

30. BALANCE DUE
$ 8.07

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HARVEY ZIMBLER, M.D.
SIGNED      03/07/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
BERKSHIRE HEM/ONC, P.C.
8 CONTE DRIVE
PITTSFIELD MA 01201

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
BERKSHIRE HEMATOLOGY ONCOLOGY
P.O. BOX 18612
NEWARK NJ 07191-8612
PIN (800) 743-1453  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)        PLEASE PRINT OR TYPE        APPROVED OMB-0938-0008 CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS) 01,01

PHYSICIAN OR SUPPLIER INFORMATION

PATIENT AND INSURED INFORMATION

HIGHLY CONFIDENTIAL
SMWIMASS 000266

AR. 9.2005  4:45PM   NY ONC/ HEM                    NO. 7919   P. 1

Business Office
5 Old Route 146
Clifton Park, New York  12065
Phone: 518-373-3945
Fax: 518-373-3809

**Berkshire**
**Hematology**
**Oncology, PC**

# Fax

| To: | Beverly – Sheet Metal Workers | From: | Stephanie Stevens |
|-----|------|-------|------|
| Fax: | 615-859-0818 | Date: | 03/09/2005 |
| Phone: 866-769-7567 | | Pages: | 12   (including cover sheet) |
| Re: | | ID#: | 010345662 |

~~REDACTED~~

☐ Urgent   ☐ For Review   ☐ Please Comment   X Please Reply   ☐ Please Recycle

**Comments:**

REDACTED

**Beverly,**

**Thank you for your help in clearing                    eviewed
his account, moved money to where it should go and the attached claims are
all that are left.**

**Please call me at the number above if this isn't right either.**

**Thank you ☺**

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is confidential, proprietary, and privileged. If the reader of this message is not the intended recipient or the person responsible to deliver it to the intended recipient, you are prohibited from reading or disclosing the information contained in this transmission. Any examination, use, dissemination, distribution or copying of this communication is strictly prohibited unless authorized by the sender of this facsimile. If you have received this communication in error, please notify us immediately by telephone for further instructions.

HIGHLY CONFIDENTIAL
SMWMASS 000267



04-3423948

18

Employee

03/11/2005
Date Issued

REDACTED

PITTSFIELD, MA 01201

Amount Paid:  $5.33

File Copy          This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. **2826930**          Phone (615) 859-0131   Toll-free (800) 831-4914

Check No. **1356947**

**Explanation of Benefits**          **SMW+ Program**



| Date of Service | | Amount Billed | Not Covered/Disallowed | Covered/Allowed | Medicare Allowed | Medicare Paid |
|---|---|---|---|---|---|---|
| 04/01/2004 | 04/01/2004 | $7,162.00 | $0.00 | $5.33 | $5.33 | $5.33 |

| | Totals | $7,162.00 | $0.00 | $5.33 | $5.33 | $5.33 |

Comments:
PAYMENT ADJUSTMENT MADE FOR PREVIOU SLY PROCESSED CLAIMS.



BERKSHIRE HEMATOLOGY ONCOL
POB 18612
NEWARK, NJ 07191

Provider:          BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
BJK   Claim Number:   2826930

Processed by [Southern Benefit Administrators, Inc.] REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 000268



18

04-3423948                                                           Employee



<u>03/11/2005</u>
Date Issued

REDACTED                    Amount Paid:      $33.30

PITTSFIELD, MA 01201

## File Copy          This is not a Check

### SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. **2826931**        Phone (615) 859-0131   Toll-free (800) 831-4914        Check No. **1356948**

**Explanation of Benefits**        <u>SMW+ Program</u>



| Dates of Service From | To | Amount Charged | Non Covered | Charges Allowed | Covered at Man Med | Man Med Paid |
|---|---|---|---|---|---|---|
| 04/21/2004 | 04/21/2004 | $1,244.00 | $0.00 | $33.30 | $33.30 | $33.30 |

Comments:
PAYMENT ADJUSTMENT MADE FOR PREVIOU SLY PROCESSED CLAIMS.



Provider:              BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
BJK   Claim Number:   2826931

BERKSHIRE HEMATOLOGY ONCOL
POB 18612
NEWARK, NJ 07191

Processed by   *Southern Benefit Administrators, Inc.*   

HIGHLY CONFIDENTIAL
SMWMASS 000269



18

HIGGINS, DANIEL

04-3423948

Employee

03/11/2005
Date Issued

Amount Paid: 

REDACTED
PITTSFIELD, MA 01201

## File Copy    This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131  Toll-free (800) 831-4914

Claim No. 2826933

Check No. 1356950

### Explanation of Benefits    SMW+ Program



| Dates of Service From | Dates of Service To | Amount Charged | Non-Covered Charges | Covered Allowed | Covered Manual | Amount Paid |
|---|---|---|---|---|---|---|
| 04/22/2004 | 04/22/2004 | $6,269.00 | $0.00 | $506.83 | $506.83 | $506.83 |

Comments:
PAYMENT ADJUSTMENT MADE FOR PREVIOU SLY PROCESSED CLAIMS.

BERKSHIRE HEMATOLOGY ONCOL
POB 18612
NEWARK, NJ 07191

Provider:              BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
BJK   Claim Number:  2826933

Processed by  **Southern Benefit Administrators, Inc.**



HIGHLY CONFIDENTIAL
SMWMASS 000270

REDACTED

Employee   18

04-3423948

03/11/2005
Date Issued

Amount Paid: $169.67

REDACTED

PITTSFIELD, MA 01201

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. **2826934**        Phone (615) 859-0131   Toll-free (800) 831-4914        Check No. **1356951**

**Explanation of Benefits**        **SMW+ Program**



| Dates of Service From | To | Amount Charged | Non-Covered | Charges Allowed | Plan Paid | Amount Paid |
|---|---|---|---|---|---|---|
| 04/21/2004 | 04/21/2004 | $2,410.00 | $0.00 | $169.67 | $169.67 | $169.67 |

Total: $2,410.00   $0.00   $169.67   $169.67   $169.67

Comments:
PAYMENT ADJUSTMENT MADE FOR PREVIOU SLY PROCESSED CLAIMS.

Provider:            BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
BJK   Claim Number:   2826934

BERKSHIRE HEMATOLOGY ONCOL
POB 18612
NEWARK, NJ 07191

Processed by   *Southern Benefit Administrators, Inc.*   REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 000271

REDACTED  Employee    18

04-3423948

03/11/2005
Date Issued

REDACTED

PITTSFIELD, MA 01201

Amount Paid: $8.07

File Copy    This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131  Toll-free (800) 831-4914

Claim No. **2826935**

Check No. **1356952**

**Explanation of Benefits**    **SMW+ Program**



| Place of Service From | To | Amount Charged | Non Charge Covered | Charges Allowed | Payment Mar Med | Amount Paid |
|---|---|---|---|---|---|---|
| 09/02/2004 | 09/02/2004 | $75.00 | $0.00 | $8.07 | $8.07 | $8.07 |

| Total | | $75.00 | $0.00 | $8.07 | $8.07 | $8.07 |

Comments:

PAYMENT ADJUSTMENT MADE FOR PREVIOU SLY PROCESSED CLAIMS.

REDACTED

BERKSHIRE HEMATOLOGY ONCOL
POB 18612
NEWARK, NJ 07191

Provider:              BERKSHIRE HEMATOLOGY ONCOLO
Participant SSN:
BJK   Claim Number:  2826935

Processed by   *Southern Benefit Administrators, Inc.* REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 000272

PLEASE
DO NOT
STAPLE
IN THIS
AREA

[ ] PICA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB-0938-0008
RETURN
SMWN 0001
00113
SECONDARY

CARRIER

**HEALTH INSURANCE CLAIM FORM**   PICA [ ]

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| [ ] (Medicare #) | [ ] (Medicaid #) | [ ] (Sponsor's SSN) | [ ] (VA File #) | [ ] (SSN or ID) | [ ] (SSN) | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY  04 20 1937  SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [X]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY
SPRINGFIELD          STATE MA

8. PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY
SPRINGFIELD          STATE MA

ZIP CODE
01118-0000          TELEPHONE (Include Area Code)

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE
01118-0000          TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY  03 07 1937  SEX  M [X]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY  04 20 1937  SEX  M [ ]  F [X]

b. AUTO ACCIDENT?  [ ] YES  [X] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  [ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  [ ] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)  MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY  FROM        TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY  FROM        TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [X] NO          $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 174.9          3. |____
2. 288.0          4. |____

22. MEDICAID RESUBMISSION  CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 02 04 | 02 02 04 | 11 | 1 | J9070 | | 88 00 | 11 | | | | |
| 2 | 02 02 04 | 02 02 04 | 11 | 1 | J1100 | | 50 00 | 10 | | | | |
| 3 | 02 02 04 | 02 02 04 | 11 | 1 | J9000 | | 62 00 | 11 | | | | |
| 4 | 02 02 04 | 02 02 04 | 11 | 1 | J7040 | | | | | | | |
| 5 | 02 03 04 | 02 03 04 | 11 | 1 | 90782 | | 30 00 | | | | | |
| 6 | 02 03 04 | 02 03 04 | 11 | 1 | 12505 | | 3688 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER  04-3498186  [ ] SSN [X] EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [ ] YES  [ ] NO

28. TOTAL CHARGE  $ 4519 00

29. AMOUNT PAID  $ 3979 35

30. BALANCE DUE  $ 539 65

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04
COMPUTER GENERATED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PIN#          GRP#

MC (APPROVED BY AMA) ... 842          PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500,  APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000876

Date:  3/08/2004
Time:  4:25PM

Page:    1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985

# MEDICARE REMITTANCE NOTICE

Provider/Clinic#:                     N51714

## Check No/EFT Trace No:   127340082
## Date Paid:   2/26/2004

NAME:

-500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |
| PT Respon:  539.65 | | | | Claim Totals: | | 4519.00 | 2698.27 | 0.00 | 539.65 | 1820.73 | 2158.62 |

HIGHLY CONFIDENTIAL
SMWMASS 000877

25 HIGHLAND AVENUE
NEWBURYPORT MA  01950

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM | THROUGH | 7 COV D. | 8 N-C-D. | 9 C-I-D. | 10 L-R-D. | 11 |
|---|---|---|---|---|---|---|---|
| 042104338 | 080504 | 080504 | 0 | 0 | | | |

3 PATIENT CONTROL NO. VAJ31075   131

12 PATIENT NAME

13 PATIENT ADDRESS
;NEWBURYPORT;MA;01950

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01021926 | M | M | 080504 | 06 | 3 | 1 | 99 | 01 | M0105595 | | |

| 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 | 37 |
|---|---|---|---|---|---|

a
b

38 SHEET METAL WKRS NATIONAL HEAL
PO BOX 1449

GOODLETTSVILLE, TN 370701449

| | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | 250 | PHARMACY GENERAL | | 080504 | 6 | 36666 | | |
| 2 | 270 | MED SURG SUPPLIES | | 080504 | 22 | 57855 | | |
| 3 | 272 | MED/SRG STERILE SUPPLY | | 080504 | 1 | 8385 | | |
| 4 | 460 | PULMONARY FUNCTION GEN | 94760 | 080504 | 1 | 13755 | | |
| 5 | 481 | CARDIAC CATH LAB | 93510 | 080504 | 1 | 353325 | | |
| 6 | 481 | CARDIAC CATH LAB | 93543 | 080504 | 1 | 69825 | | |
| 7 | 481 | CARDIAC CATH LAB | 93545 | 080504 | 1 | 118020 | | |
| 8 | 481 | CARDIAC CATH LAB | 93555 | 080504 | 1 | 47355 | | |
| 9 | 481 | CARDIAC CATH LAB | 93556 | 080504 | 1 | 41580 | | |
| 10 | 636 | PHARMACY | J1644 | 080504 | 1 | 382 | | |
| 11 | 636 | PHARMACY | J2250 | 080504 | 2 | 350 | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | 001 | TOTAL CHARGE | | | | 747498 | 0 | |

| 50 PAYER | 51 PROVIDER NO. | | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|
| A | MEDICARE | 220029 | Y | Y | 659898 | 0 |
| B | SHEET METAL WKRS NATIONAL | 042104338 | Y | Y | | 87600 |
| C | | | | | | |

| 57 | | DUE FROM PATIENT | 0 |
|---|---|---|---|

| 58 INSURED'S NAME | 59 P. REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A | | 01 | | | |
| B | | 01 | | | |
| C | | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DCC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A | | 5 | RETIRED | |
| B | | 5 | | |
| C | | | | |

| 67 PRIN. DIAG. CD. | 68 CODE | 69 CODE | 70 CODE | 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41401 | 4111 | 2720 | V4582 | V1584 | | | | | 41401 | | |

| 78 P.C. | 79 | PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 80 ATTENDING PHYS. ID G18758 |
|---|---|---|---|---|---|
| 9 | | 3722 080504 | 8856 080504 | 8853 080504 | GHIASUDDIN,SALMAN MD FACC |

| OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 83 OTHER PHYS. ID G18758 |
|---|---|---|
| | | GHIASUDDIN,SALMAN MD FACC |

84 REMARKS
a
b
c
d COMM/S

OTHER PHYS. ID

| 85 PROVIDER REPRESENTATIVE | 86 DATE |
|---|---|
| XJ Edwards. | 090204 |

UB-82 HCFA-1450        OCR/ORIGINAL

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

HIGHLY CONFIDENTIAL
SMWMASS 000128

| | Employee |
|---|---|
| 04-2104338 | VAJ31075 |

10/04/2004
Date Issued

Amount Paid:  $876.00

NEWBURYPORT, MA 01950

## File Copy     This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131  Toll-free (800) 831-4914

Claim No. 2665060

Check No. 1203371

### Explanation of Benefits     SMW+ Program



| Dates of Service From | To | Amount Charged | Non-Covered | Charges Allowed | Covered/Mat Med | Mat Med Paid |
|---|---|---|---|---|---|---|
| 08/05/2004 | 08/05/2004 | $7,474.98 | $0.00 | $876.00 | $876.00 | $876.00 |

| Total | $7,474.98 | $0.00 | $876.00 | $876.00 | $876.00 |

Comments:

Payee mailed to:
ANNA JAQUES HOSPITAL
25 HIGHLAND AVE
NEWBURYPORT, MA 01950

Provider:           ANNA JAQUES HOSPITAL
Participant SSN:
RES   Claim Number:  2665060

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000129

ASSOCIATED HOSPITAL SERVICE - MASS    1515 HANCOCK STREET

220029    ANNA JAQUES HOSPITAL

QUINCY    MA 02169    TEL# 8889964997 VER# 3030M

PAID DATE: 08/31/2004    REMIT#: 18    PAGE: 88

PART B.

| PATIENT NAME | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MRTG NUMBER | | | | | | | | | | |
| FROM DT THRU DT | PATIENT CNTRL NUMBER / ICN NUMBER / NACHG HLCHG / COST COVDY | TOB NCOVDY | RC | REM / DRG# OUTCD / PROF COMP / DRG AMT | CAPCD | DRG OUT AMT / HSP PAYMT / DEDUCTIBLES | COINSURANCE / COVD CHGS / NCOVD CHGS / DENIED CHGS | PAT REFUND / ESRD-NET ADJ / INTEREST | CONTRACT ADJ / PER DIEM RATE / PROC CD AMT / NET REIMB |
|---|---|---|---|---|---|---|---|---|---|
| | 02  131 | | RC RC RC RC | REM REM REM REM  MA44 | | | | .00 .00 | 194.08 .36 76.92 76.92 |
| | | | A2 B3 | | .00 .00 | .00 .00 .00 | 261.00 .00 .00 | .00 .00 | |
| | 02  131 | | RC RC | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 108.63 .36 .00 22.87 |
| | | | A2 B3 2 | | .00 .00 | .00 .00 | 22.85 154.35 .00 | | |
| | 131 | | | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 360.19 .36 154.81 154.81 |
| | | S | A2 B3 96 | | .00 .00 | .00 .00 | 515.00 152.00 .00 | | |
| | 131 | | | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 87.26 .36 .00 101.61 |
| | | C | A2 B3 2 | | .00 .00 | .00 .00 | 38.63 227.70 .00 | | |
| | 141 | | | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 77.67 .36 71.53 57.22 |
| | | C | A2 B3 2 | | .00 .00 | .00 .00 | 14.31 149.20 .00 | | |
| | 141 | | | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 77.67 .36 71.53 57.22 |
| | | C | A2 B3 2 | | .00 .00 | .00 .00 | 14.31 149.20 .00 | | |
| | 141 | | | REM REM REM REM  MA44 | | .00 | .00 | .00 .00 | 77.67 .36 71.53 57.22 |
| | | | A2 B3 2 | | .00 .00 | .00 .00 | 14.31 149.20 .00 | | |
| | | 1 | | | | .00 | .00 .00 | .00 .00 | 5364.53 .36 .00 1234.45 |
| | | | | | | | 876.00 7474.98 .00 | | |

HIGHLY CONFIDENTIAL
SMW/MASS 000130



70

Employee

04-2103602                          25217241 1

REDACTED

<u>11/02/2005</u>
Date Issued

Amount Paid:  $531.64

REDACTED

MEDWAY, MA 02053

## File Copy    This is not a Check



**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Claim No. **3093339**      Phone (615) 859-0131   Toll-free (800) 831-4914      Check No. **1605648**
**Explanation of Benefits**      <u>SMW+ Program</u>

| Dates of Service From | To | Amount Charged | Non Charges Covered | Charges Allowed | Covered Mgt Used | Net/Mgt Paid |
|---|---|---|---|---|---|---|
| 09/19/2005 | 09/19/2005 | $6,134.82 | $0.00 | $531.64 | $531.64 | $531.64 |

| Total | $6,134.82 | $0.00 | $531.64 | $531.64 | $531.64 |
|---|---|---|---|---|---|

Comments:



MILFORDREGIONALMEDICAL CENT

MILFORD REGIONAL MEDICAL CEN
14 PROSPECT ST
MILFORD, MA 01757

Provider:
Participant SSN:
SMG  Claim Number:   3093339

Processed by    *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000523



| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 250 | PHARMACY | | 091905 | 9 | 47320 | | |
| 259 | PHARMACY | | 091905 | 10 | 9833 | 9833 | |
| 270 | M & S SUPPLY | | 091905 | 11 | 199900 | | |
| 360 | OPERATING ROOM | 66984RT | 091905 | 1 | 260100 | | |
| 636 | PHARMACY | J3370 | 091905 | 1 | 494 | | |
| 001 | TOTAL CHARGE | | | | 613482 | 9833 | |

MILFORD REGIONAL MEDICAL
14 PROSPECT ST PO BOX 190
MILFORD MA 01757
5084731190 5084731405

3 PATIENT CONTROL NO. 25217241 1
131

; MEDWAY; MA; 02053

MEDWAY MA
02053

REDACTED

60 PAYER
MEDICARE B. OUTPATIENT

51 PROVIDER NO. 220090

54 PRIOR PAYMENTS

DUE FROM PATIENT ▶

58 INSURED'S NAME

61 GROUP NAME

62 INSURANCE GROUP NO. A&B

| 67 PRIN. DIAG. CD. | | |
|---|---|---|
| 36614 | 36616 | |

78 ADM. DIAG. CD. 77 E-CODE

79 P.C. 80 PRINCIPAL PROCEDURE CODE DATE
9

B73598   GOODMAN GLEN MD
46944 GOODMAN, GLEN MD
B73598   GOODMAN GLEN MD
46944 GOODMAN, GLEN MD

B

CMS-1450 (UB-92)          OCR/ORIGINAL

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

HIGHLY CONFIDENTIAL
SMWMASS 000524

```
220090              |09/30/2005|                                    20051010 PAGE  6

PATIENT NAME        |PATIENT CNTRL NUMBER|FRM DT|COST |REPTD CHGS |DRG NBR     |OUTLIER AMT |REIMB RATE |ALLOW/REIM  |INTEREST
ICN NUMBER          |HIC NUMBER          |THRU DT|COVDV|NCVD/DENIED|DRG AMOUNT  |DEDUCTIBLES |MSP PRI PAY|PROC CD AMT |PAT REFUND
CLAIM #|CLM STATUS   |MEDICAL REC NUMBER  |PAT ST|NCVDV|CLAIM ADJS |DRG O-C     |COINS AMT   |PROF COMP  |ILINE ADJ AMT|PERDIEM AMT
NAME CHG=xx         |HIC CHG=x  TOB=xxx  |CV LN |NCV L|COVD CHGS  |            |MSP LIAB MET|ESRD AMT   |CONT ADJ AMT|NET. REIMB
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | |050917| 0| 1217.32| | 0.00| 0.310| 281.48| 0.00 |
| | | |050917| 0| 1.32| 0.00| 0.00| 0.00| 62.34| 0.00 |
| 54 |19 |199618 | | 0| 0.00| 0.00| 79.17| 0.00| 855.35| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 1216.00| | 0.00| 0.00| 0.00| 281.48 |
| | | |050919| 0| 507.00| | 0.00| 0.310| 54.33| 0.00 |
| | | |050919| 0| 0.00| 0.00| 0.00| 0.00| 54.33| 0.00 |
| 55 |1 |271236 | | 0| 0.00| 0.00| 0.00| 0.00| 452.67| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 507.00| | 0.00| 0.00| 0.00| 54.33 |
| | | |050829| 0| 451.00| | 0.00| 0.310| 72.21| 0.00 |
| | | |050829| 0| 0.00| 0.00| 0.00| 0.00| 46.28| 0.00 |
| 56 |19 |108625 | | 0| 0.00| 0.00| 38.04| 0.00| 340.75| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 451.00| | 0.00| 0.00| 0.00| 72.21 |
| | | |050919| 0| 944.00| | 0.00| 0.310| 80.37| 0.00 |
| | | |050919| 0| 0.00| 0.00| 0.00| 0.00| 25.69| 0.00 |
| 57 |19 |168828 | | 0| 0.00| 0.00| 44.73| 0.00| 818.90| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 944.00| | 0.00| 0.00| 0.00| 80.37 |
| | | |050919| 0| 62.00| | 0.00| 0.310| 17.04| 0.00 |
| | | |050919| 0| 0.00| 0.00| 0.00| 0.00| 17.04| 0.00 |
| 58 |1 |164905 | | 0| 0.00| 0.00| 0.00| 0.00| 44.96| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 62.00| | 0.00| 0.00| 0.00| 17.04 |
| | | |050916| 0| 506.00| | 0.00| 0.310| 55.14| 0.00 |
| | | |050916| 0| 0.00| 0.00| 0.00| 0.00| 55.14| 0.00 |
| 59 |1 |113082 | | 0| 0.00| 0.00| 0.00| 0.00| 450.86| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 506.00| | 0.00| 0.00| 0.00| 55.14 |
| | | |050917| 0| 3335.46| | 0.00| 0.310| 477.12| 0.00 |
| | | |050917| 0| 0.00| 0.00| 0.00| 0.00| 30.12| 0.00 |
| 60 |1 |174913 | | 0| 0.00| 0.00| 265.57| 0.00| 2592.77| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 3335.46| | 0.00| 0.00| 0.00| 477.12 |
| | | |050919| 0| 440.00| | 0.00| 0.310| 57.90| 0.00 |
| | | |050919| 0| 0.00| 0.00| 0.00| 0.00| 57.90| 0.00 |
| 61 |1 |195913 | | 0| 0.00| 0.00| 0.00| 0.00| 382.10| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 440.00| | 0.00| 0.00| 0.00| 57.90 |
| | | |050919| 0| 259.54| | 0.00| 0.310| 61.75| 0.00 |
| | | |050919| 0| 1.54| 0.00| 0.00| 0.00| 0.00| 0.00 |
| 62 |19 |116397 | | 0| 0.00| 0.00| 20.98| 0.00| 175.27| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 258.00| | 0.00| 0.00| 0.00| 61.75 |
| | | |050919| 0| 6134.82| | 0.00| 0.310| 893.48| 0.00 |
| | | |050919| 0| 98.33| 0.00| 0.00| 0.00| 0.00| 0.00 |
| 63 |1 |118237 | | 0| 0.00| 0.00| 531.64| 0.00| 4611.37| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 8036.49| | 0.00| 0.00| 0.00| 893.48 |
| | | |050920| 0| 178.00| | 0.00| 0.310| 14.79| 0.00 |
| | | |050920| 0| 0.00| 0.00| 0.00| 0.00| 14.79| 0.00 |
| 64 |1 |208279 | | 0| 0.00| 0.00| 0.00| 0.00| 163.21| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 178.00| | 0.00| 0.00| 0.00| 14.79 |
| | | |050919| 0| 428.00| | 0.00| 0.310| 28.63| 0.00 |
| | | |050919| 0| 0.00| 0.00| 0.00| 0.00| 28.63| 0.00 |
| 65 |1 |210302 | | 0| 0.00| 0.00| 0.00| 0.00| 399.37| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 428.00| | 0.00| 0.00| 0.00| 28.63 |
| | | |050916| 0| 45.00| | 0.00| 0.310| 7.16| 0.00 |
| | | |050916| 0| 0.00| 0.00| 0.00| 0.00| 7.16| 0.00 |
| 66 |1 |140279 | | 0| 0.00| 0.00| 0.00| 0.00| 37.84| 0.31 |
| NAME CHG=QC | |HIC CHG=IN TOB=131 | 0| 0| 45.00| | 0.00| 0.00| 0.00| 7.16 |

HIGHLY CONFIDENTIAL
SMWMASS 000525