**Exhibit 3(e): Bedford**

- J0640

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | |
|---|---|---|---|
| | | S | |
| PROVIDER TAX I.D. #: 042767880 | PATIENT ACCOUNT # | 10 | № 0588583 |

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

12/20/2002
DATE ISSUED

PAY ********95DOLLARS AND 20CENTS**           DOLLARS $ *****95.20**

TO THE ORDER OF

HALLMARK HEALTH SYSTEM, INC.
100 HOSPITAL RD
MALDEN    , MA 02148

0588583

AUTHORIZED SIGNATURE

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑴"0058B583"⑴ ⑴064000046⑴: 7021390302"⑴

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914 | Phone (615) 859-0131

SMW+ PROGRAM

**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 10/01/2002 | 10/31/2002 | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |
| | | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |

NON-COVERED CODES:

REDACTED

COMMENTS:

PROVIDER: HALLMARK HEALTH SYSTEM, INC.
PARTICIPANT
CDP   CLAIM NUMBER:   2005050

BRADFORD     MA    01835

Processed by  **SOUTHERN BENEFIT ADMINISTRATORS, INC.**

HIGHLY CONFIDENTIAL
SMW/MASS 001367

| | | | | | | | | | | | APPROVED OSM NO. 0938-279 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HALLMARK HEALTH<br>100 HOSPITAL RD<br>MALDEN ¶ MA02148<br>0000000000 | 2 | | | | | | | | 3 PATIENT CONTROL NUMBER | | 4 TYPE OF BILL<br>131 |
| | | 5 FED. TAX NO.<br>0042767880 | 6 STATEMENT COVERS PERIOD<br>FROM 100102 THROUGH 103102 | | | 7 COV D.<br>30 | 8 N-CD.<br>0 | 9 C-1D.<br>0 | 10 L-R D.<br>0 | 11 | |
| 12. PATIENT'S NAME | | | 13 PATIENT'S ADDRESS | | | | | BRADFORD, MA 01835- | | | |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 2 | 99 | 01 | H0081528 | 24 25 26 27 28 29 30 | |

| 32 OCCURRENCE<br>CODE DATE | 33 OCCURRENCE<br>CODE DATE | 34 OCCURRENCE<br>CODE DATE | 35 OCCURRENCE<br>CODE DATE | 36 OCCURRENCE SPAN<br>CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|
| | | | | | A<br>B<br>C |

| 38 SHEET METAL WORKERS<br>REDACTED | 39 VALUE CODES<br>CODE AMOUNT | 40 VALUE CODES<br>CODE AMOUNT | 41 VALUE CODES<br>CODE AMOUNT |
|---|---|---|---|
| | a 88   2405.80 | | A2   95.20 |

| 42 REV.CD | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 102902 | 1 | 400 | 000 | |
| 0280 | ONCOLOGY | 99212 | 100102 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99214 | 100802 | 1 | 10600 | 000 | |
| 0280 | ONCOLOGY | 99212 | 101502 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99213 | 102202 | 1 | 9100 | 000 | |
| 0280 | ONCOLOGY | 99212 | 102902 | 1 | 7300 | 7300 | |
| 0300 | LABORATORY | G0001 | 100102 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 101502 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 102902 | 1 | 1400 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 100102 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 101502 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 102902 | 1 | 3000 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100102 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100802 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 101502 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 102902 | 1 | 27800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100102 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100102 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100102 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100802 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100802 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100802 | 1 | 17800 | 000 | |

PAGE: 01 OF 02

| 50 PAYER | 51 PROVIDER NO. | 52 REL | 53 ASG | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| MEDICARE PART A | 220070 | Y | Y | 240580 | | |
| SHEET METAL WORKERS | | Y | Y | | 9520 | |

DUE FROM PATIENT

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC.-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | | | EOB ATTACHED |

| 67 PRIN.DIAG CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG CODES<br>71 CODE 72 CODE 73 CODE 74 CODE 75 CODE | 76 ADM DIAG CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|
| 1539 | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE<br>CODE DATE | 81 OTHER PROCEDURE<br>CODE DATE | OTHER PROCEDURE<br>CODE DATE | 82 ATTENDING PHYS. ID B72551<br>PENNACCHIO   JOSEPH |
|---|---|---|---|---|
| 9 | | | | |

| OTHER PROCEDURE<br>CODE DATE | OTHER PROCEDURE<br>CODE DATE | OTHER PROCEDURE<br>CODE DATE | 83 OTHER PHYS. ID<br>A |
|---|---|---|---|

| 84 REMARKS SHEET METAL WORKERS<br>PO BOX 1449<br>GOODLETTSVILLE, TN  37070-1449 | OTHER PHYS. ID B72551<br>PENNACCHIO   JOSEPH   B |
|---|---|
| | 85 PROVIDER REPRESENTATIVE<br>KATHY MARINELLI | 86 DATE<br>11072002 |

HIGHLY CONFIDENTIAL
SMWMASS 001368

| | | | | | | | | | APPROVED OMB NO. 0938-279 |
|---|---|---|---|---|---|---|---|---|---|
| HALLMARK HEALTH<br>100 HOSPITAL RD<br>MALDEN  1 MA02148<br>0000000000 | 2 | 5 FED. TAX NO.<br>0042767880 | 6 STATEMENT COVERS PERIOD<br>FROM  THROUGH<br>100102  103102 | 7 COV D<br>30 | 8 N-OD<br>0 | 9 C-I D<br>0 | 10 L-R D<br>0 | 11 | 3 PATIENT CONTROL NUMBER<br>4 TYPE OF BILL<br>131 |

| 12 PATIENT'S NAME | 13 PATIENT'S ADDRESS |
|---|---|
| | (REDACTED), MA 01835- |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES 24-30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 1 | 2 | 99 | 01 H0081528 | | |

| 38 | 39 VALUE CODES | 40 VALUE CODES | 41 VALUE CODES |
|---|---|---|---|
| SHEET METAL WORKERS<br>REDACTED | CODE AMOUNT<br>88  2405.80 | | CODE AMOUNT<br>A2  95.20 |

| 42 REV.CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | DRUGS/DETAIL CODE | J0640 | 101502 | 1 | 60 00 | 0 00 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 101502 | 2 | 26 00 | 0 00 | |
| 0636 | DRUGS/DETAIL CODE | 00166 | 101502 | 1 | 178 00 | 0 00 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 102902 | 1 | 60 00 | 0 00 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 102902 | 2 | 26 00 | 0 00 | |
| 0636 | DRUGS/DETAIL CODE | 00166 | 102902 | 1 | 178 00 | 0 00 | |
| 0001 | TOTAL CHARGES | | | 32 | 2720 00 | 219 00 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| PAGE: 02 OF 02 | | | | | | |
| MEDICARE PART A | 220070 | Y | Y | 2405 80 | | |
| SHEET METAL WORKERS | | Y | Y | | 95 20 | |

DUE FROM PATIENT

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC.-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | | | |

| 67 PRIN.DIAG CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG CODES 71-75 | 76 ADM DIAG CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|
| 1539 | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | OTHER PROCEDURE | 82 ATTENDING PHYS. ID  B72551 |
|---|---|---|---|---|
| 9 | | | | PENNACCHIO  JOSEPH |
| | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE | 83 OTHER PHYS ID  A |

| 84 REMARKS SHEET METAL WORKERS<br>PO BOX 1449<br>GOODLETTSVILLE, TN 37070-1449 | OTHER PHYS ID B72551 B<br>PENNACCHIO  JOSEPH<br>85 PROVIDER REPRESENTATIVE  86 DATE<br>KATHY MARINELLI  11072002 |
|---|---|

HIGHLY CONFIDENTIAL<br>SMWMASS 001369

```
             MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
==================================================================================
HALLMARK HEALTH SYSTEMS       PROVIDER: 220070      MEDICARE
100 HOSPITAL ROAD             ENDING: 10/31/2002
MALDEN  MA  02148             BILL TYPE: 131

==================================================================================
NAME:                                           SERVICE: 10/01/2002 THRU 10/31/2002
HIC:                    PCN: V19070457 1        MEDICARE PAYMENT DATE: 12/03/2002
MRN: H0081528           ICN: 1231539763         PAT STAT: 01    CLAIM STAT: 1
-----------------------------------------      -----------------------------------
          CHARGES                    PPS DATA                PAYMENT DATA

REPORTED...........2720.00 DRG.............|.........000 REIMB RATE............0.00
NON-COVERED.........219.00 DRG AMOUNT......|........0.00 PROF COMP.............0.00
DENIED................0.00 DRG/OPERATION...|........0.00 PERDIEM..................0
                           DRG/CAPITAL.....|........0.00 INTEREST..............0.00
                           OUTLIER( )......|........0.00

           DAYS
                           BLOOD DEDUCT....|........0.00
COVERED DAYS..........0000 TOTAL DEDUCT....|........0.00 CONT ADJ AMT.......1957.70
NON-COVERED DAYS......0000 CO-INSURANCE....|.......95.20 NET REIMB AMT.......448.10
-----------------------------------------      -----------------------------------
```

REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001370

**Exhibit 3(f): Boehringer**

- J9000
- J0640
- J9260

Date: 3/08/2004
Time: 4:25PM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT 06095
Phone: (800) 883-5985

## MEDICARE REMITTANCE NOTICE

Provider/Clinic#: N51714

Check No/EFT Trace No: 127340082
Date Paid: 2/26/2004

REDACTED

NAME:

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | J3490 | | 405.00 | 307.80 | 0.00 | 61.56 | 97.20 | 246.24 |
| PT Respon: 61.56 | | | | Claim Totals: | | 405.00 | 307.80 | 0.00 | 61.56 | 97.20 | 246.24 |

HIGHLY CONFIDENTIAL
SMWMASS 000873

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB-0938-0008
RETURN
SMWN 0001
00111
SECONDARY

PICA

1. MEDICARE [ ] MEDICAID [ ] CHAMPUS [ ] CHAMPVA [ ] GROUP HEALTH PLAN [ ] FECA BLK LUNG [ ] OTHER [X]
1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE: 04 20 1937   SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01118-0000

8. PATIENT STATUS: Single [ ] Married [X] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01118-0000

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH   SEX

b. OTHER INSURED'S DATE OF BIRTH: 04 20 1937   SEX

b. AUTO ACCIDENT? YES [ ] NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME: SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: HETZEL, PAUL C.
17a. I.D. NUMBER OF REFERRING PHYSICIAN: A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 174.9

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 02 04 | 02 02 04 | 11 | 1 | 99214 | 25 | | 127 00 | 1 | | | | |
| 02 02 04 | 02 02 04 | 11 | 5 | 96408 | | | 175 00 | 1 | | | | |
| 02 02 04 | 02 02 04 | 11 | 5 | 96410 | | | 245 00 | 1 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | 90780 | 59 | | 135 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 04-3498186   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES [ ] NO [ ]

28. TOTAL CHARGE: $ 682 00
29. AMOUNT PAID: $ 555 21
30. BALANCE DUE: $ 126 79

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL

Date: 3/08/2004  
Time: 4:25PM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC  
PO BOX 219  
WINDSOR, CT  06095  
Phone: (800) 883-5985

**MEDICARE REMITTANCE NOTICE**

Provider/Clinic#:     N51714

**Check No/EFT Trace No:** 12734008 REDACTED  
**Date Paid:** 2/26/2004

NAME: T

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 96410 |  | 245.00 | 243.10 | 0.00 | 48.62 | 1.90 | 194.48 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 96408 |  | 175.00 | 172.76 | 0.00 | 34.55 | 2.24 | 138.21 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 90780 | 59 | 135.00 | 130.86 | 0.00 | 26.17 | 4.14 | 104.69 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 99214 | 25 | 127.00 | 87.24 | 0.00 | 17.45 | 39.76 | 69.79 |

PT Respon: 126.79             Claim Totals: 682.00  633.96  0.00  126.79  48.04  507.17

HIGHLY CONFIDENTIAL  
SMWMASS 000875

| | |
|---|---|
| PLEASE DO NOT STAPLE IN THIS AREA | MAIL TO: SHEET METAL WORKERS NAT'L HEA<br>P O BOX 1449<br>GOODLETTSVILLE, TN 37070 |

APPROVED OMB-0938-0008
RETURN
SMWN 0001
00113
SECONDARY

## HEALTH INSURANCE CLAIM FORM

☐ PICA    PICA ☐

1. **MEDICARE** ☐ (Medicare #)  **MEDICAID** ☐ (Medicaid #)  **CHAMPUS** ☐ (Sponsor's SSN)  **CHAMPVA** ☐ (VA File #)  **GROUP HEALTH PLAN** ☐ (SSN or ID)  **FECA BLK LUNG** ☐ (SSN)  **OTHER** ☒ (ID)    1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE: 04 20 1937  SEX: F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)

CITY: SPRINGFIELD  STATE: MA
8. PATIENT STATUS: Single ☐ Married ☒ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: 01118-0000   TELEPHONE (Include Area Code)

CITY: SPRINGFIELD  STATE: MA
ZIP CODE: 01118-0000   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH: 03 07 1937  SEX: M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH: 04 20 1937  SEX: M ☐ F ☒
b. AUTO ACCIDENT? PLACE (State) **REDACTED**
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE - MASS
10d. RESERVED FOR LOCAL USE
SHEET METAL WORKERS NAT'L
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE...
SIGNED: SIGNATURE ON FILE    DATE: 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE...
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: HETZEL, PAUL C.
17a. I.D. NUMBER OF REFERRING PHYSICIAN: A68203
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 174.9
2. 288.0

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

24.

| A. DATE(S) OF SERVICE From — To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 02 04 — 02 02 04 | 11 | 1 | J9070 | 1 | 88 00 | 1 | | | | |
| 02 02 04 — 02 02 04 | 11 | 1 | J1100 | | 50 00 | 10 | | | | |
| 02 02 04 — 02 02 04 | 11 | 1 | J9000 | | 62 00 | 1 | | | | |
| 02 02 04 — 02 02 04 | 11 | 1 | J7040 | | 30 00 | 3 | | | | |
| 02 03 04 — 02 03 04 | 11 | 1 | 90782 | 2 | 30 00 | 1 | | | | |
| 02 03 04 — 02 03 04 | 11 | 1 | J2505 | 2 | 3688 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 04-3498186  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? ☐ NO
28. TOTAL CHARGE: $ 4519 00
29. AMOUNT PAID: $ 3979.35
30. BALANCE DUE: $ 539.65

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PLEASE PRINT OR TYPE    APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, FORM OWCP-1500. APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000876

Date: 3/08/2004
Time: 4:25PM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT 06095
Phone: (800) 883-5985

## MEDICARE REMITTANCE NOTICE

Provider/Clinic#:  N51714

Check No/EFT Trace No: 127340082
Date Paid: 2/26/2004

NAME:

.500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |

PT Respon: 539.65       Claim Totals: 4519.00   2698.27   0.00   539.65   1820.73   2158.62

HIGHLY CONFIDENTIAL
SMWMASS 000877

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | 64-9/640 |
|---|---|---|---|
| | | S | |
| PROVIDER TAX I.D. #: 042767880 | PATIENT ACCOUNT # | 10 | **N⁰ 0588583** |

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

12/20/2002
DATE ISSUED

PAY ********75 DOLLARS AND 20 CENTS**    DOLLARS $ *****95.20**

TO THE ORDER OF

HALLMARK HEALTH SYSTEM, INC.
100 HOSPITAL RD
MALDEN, MA 02148

0588583

AUTHORIZED SIGNATURE

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑆00588583⑆ ⑈064000046⑈ 7021390302⑈

## SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914 | Phone (615) 859-0131

SMW+ PROGRAM

### EXPLANATION OF BENEFITS

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 10/01/2002 | 10/31/2002 | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |
| | | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |

NON-COVERED CODES:

REDACTED

COMMENTS:

PROVIDER: HALLMARK HEALTH SYSTEM, INC.
PARTICIPANT
CDP   CLAIM NUMBER: 2005050

BRADFORD    MA   01835

Processed by  SOUTHERN BENEFIT ADMINISTRATORS, INC.

HIGHLY CONFIDENTIAL
SMW/MASS 001267

APPROVED OMB NO. 0938-279

| HALLMARK HEALTH<br>100 HOSPITAL RD<br>MALDEN   MA02148<br>0000000000 | 2 | | | 3 PATIENT CONTROL NUMBER | | | | | 4 TYPE OF BILL 131 |
|---|---|---|---|---|---|---|---|---|---|
| | | 5 FED. TAX NO.<br>0042767880 | 6 STATEMENT COVERS PERIOD<br>FROM 100102   THROUGH 103102 | 7 COV D.<br>30 | 8 N-CD.<br>0 | 9 C-ID.<br>0 | 10 L-R.0.<br>0 | 11 | |
| 12 PATIENT'S NAME | | | 13 PATIENT'S ADDRESS<br>BRADFORD, MA 01835- | | | | | | |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24-30 CONDITION CODES | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 2 | 99 | 01 | H0081528 | | |

| 32 OCCURRENCE<br>CODE DATE | 33 OCCURRENCE<br>CODE DATE | 34 OCCURRENCE<br>CODE DATE | 35 OCCURRENCE<br>CODE DATE | 36 OCCURRENCE SPAN<br>CODE FROM THROUGH | 37 | | |
|---|---|---|---|---|---|---|---|

| 38 SHEET METAL WORKERS<br>REDACTED   12/11/06 | 39 VALUE CODES<br>CODE AMOUNT<br>a 88  2405.80 | 40 VALUE CODES<br>CODE AMOUNT | 41 VALUE CODES<br>CODE AMOUNT<br>A2  95.20 |
|---|---|---|---|

| 42 REV.CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 102902 | 1 | 400 | 000 | |
| 0280 | ONCOLOGY | 99212 | 100102 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99214 | 100802 | 1 | 10600 | 000 | |
| 0280 | ONCOLOGY | 99212 | 101502 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99213 | 102202 | 1 | 9100 | 000 | |
| 0280 | ONCOLOGY | 99212 | 102902 | 1 | 7300 | 7300 | |
| 0300 | LABORATORY | G0001 | 100102 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 101502 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 102902 | 1 | 1400 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 100102 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 101502 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 102902 | 1 | 3000 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100102 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100802 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 101502 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 102902 | 1 | 27800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100102 | 1 | 600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100102 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100102 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100802 | 1 | 600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100802 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100802 | 1 | 17800 | 000 | |

| 50 PAYER   PAGE: 01 OF 02 | 51 PROVIDER NO. | 52 | 53 | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| MEDICARE PART A | 220070 | Y | Y | 240580 | | |
| SHEET METAL WORKERS | | | Y | | 9520 | |

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC.-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ES | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | | | EOB ATTACHED |

| 67 PRIN.DIAG CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG CODES<br>71 CODE  72 CODE  73 CODE  74 CODE  75 CODE | 76 ADM DIAG CD. | 77 E CODE | 78 |
|---|---|---|---|---|---|---|---|
| 1539 | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE<br>CODE   DATE | 81 OTHER PROCEDURE<br>CODE   DATE | OTHER PROCEDURE<br>CODE   DATE | 82 ATTENDING PHYS. ID B72551<br>PENNACCHIO   JOSEPH |
|---|---|---|---|---|
| 9 | | | | |
| | OTHER PROCEDURE<br>CODE   DATE | OTHER PROCEDURE<br>CODE   DATE | OTHER PROCEDURE<br>CODE   DATE | 83 OTHER PHYS. ID<br>A |

| 84 REMARKS SHEET METAL WORKERS<br>PO BOX 1449<br>GOODLETTSVILLE, TN 37070-1449 | OTHER PHYS. ID B72551<br>PENNACCHIO   JOSEPH   B<br>85 PROVIDER REPRESENTATIVE<br>KATHY MARINELLI   86 DATE 11072002 |
|---|---|

HIGHLY CONFIDENTIAL

| 1 HALLMARK HEALTH<br>100 HOSPITAL RD<br>MALDEN  1 MA02148<br>0000000000 | 2 | | | 3 PATIENT CONTROL NUMBER | APPROVED OMB NO. 0938-279<br>4 TYPE<br>OF BILL<br>131 |
|---|---|---|---|---|---|
| | | 5 FED. TAX NO.<br>0042767880 | 6 STATEMENT COVERS PERIOD<br>FROM  THROUGH<br>100102  103102 | 7 COV D. 8 N-C D. 9 C-I D. 10 L-R D. 11<br>30  0  0  0 | |
| 12 PATIENT'S NAME | | | 13 PATIENT'S ADDRESS<br>____, BRADFORD, MA 01835- | | |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24-30 CONDITION CODES | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 2 | 99 | 01 | H0081528 | | 01 |

| 32 OCCURRENCE<br>CODE DATE | 33 OCCURRENCE<br>CODE DATE | 34 OCCURRENCE<br>CODE DATE | 35 OCCURRENCE<br>CODE DATE | 36 OCCURRENCE SPAN<br>CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|
| | | | | | A<br>B<br>C |

| 38 SHEET METAL WORKERS REDACTED | 39 VALUE CODES<br>CODE AMOUNT | 40 VALUE CODES<br>CODE AMOUNT | 41 VALUE CODES<br>CODE AMOUNT |
|---|---|---|---|
| | a 88 2405 80 | | A2 95 20 |
| | b | | |
| | c | | |
| | d | | |

| 42 REV.CD | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | DRUGS/DETAIL CODE | J0640 | 101502 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 101502 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 101502 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 102902 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 102902 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 102902 | 1 | 17800 | 000 | |
| 0001 | TOTAL CHARGES | | | 32 | 272000 | 21900 | |

| 50 PAYER<br>PAGE: 02 OF 02<br>MEDICARE PART A<br>SHEET METAL WORKERS | 51 PROVIDER NO.<br>220070 | 52 REL 53 ASG<br>BEN BEN<br>Y Y<br>Y Y | 54 PRIOR PAYMENTS<br>240580 | 55 EST. AMOUNT DUE<br>9520 | 56 |
|---|---|---|---|---|---|

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC-ID NO.<br>01<br>02 | 61 GROUP NAME<br>DISABLED<br>DISABLED | 62 INSURANCE GROUP NO.<br>UNKNOWN<br>UNKNOWN |
|---|---|---|---|---|

| 63 TREATMENT AUTHORIZATION CODES | 64 ES | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|

| 67 PRIN.DIAG CD.<br>1539 | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG. CODES<br>71 CODE  72 CODE  73 CODE  74 CODE  75 CODE | 76 ADM.DIAG.CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|

| 79 PC | 80 PRINCIPAL PROCEDURE<br>CODE  DATE<br>9 | 81 OTHER PROCEDURE<br>CODE  DATE | OTHER PROCEDURE<br>CODE  DATE | 82 ATTENDING PHYS. ID B72551<br>PENNACCHIO  JOSEPH |
|---|---|---|---|---|
| | OTHER PROCEDURE<br>CODE  DATE | OTHER PROCEDURE<br>CODE  DATE | OTHER PROCEDURE<br>CODE  DATE | 83 OTHER PHYS. ID<br>A |

| 84 REMARKS SHEET METAL WORKERS<br>PO BOX 1449<br>GOODLETTSVILLE, TN  37070-1449 | OTHER PHYS. ID B72551  B<br>PENNACCHIO  JOSEPH |
|---|---|
| | 85 PROVIDER REPRESENTATIVE<br>KATHY MARINELLI | 86 DATE<br>11072002 |

HIGHLY CONFIDENTIAL

```
              MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
================================================================================
HALLMARK HEALTH SYSTEMS         PROVIDER: 220070     MEDICARE
100 HOSPITAL ROAD               ENDING:   10/31/2002
MALDEN   MA   02148             BILL TYPE: 131

================================================================================
NAME:                                         SERVICE: 10/01/2002 THRU 10/31/2002
HIC:                 PCN: V19070457 1         MEDICARE PAYMENT DATE: 12/03/2002
MRN: H0081528        ICN: 1231539763          PAT STAT: 01      CLAIM STAT: 1
--------------------------------------------------------------------------------
            CHARGES                  PPS DATA                 PAYMENT DATA

REPORTED..........2720.00  DRG.................000  REIMB RATE............0.00
NON-COVERED........219.00  DRG AMOUNT.........0.00  PROF COMP.............0.00
DENIED................0.00 DRG/OPERATION......0.00  PERDIEM..................0
                           DRG/CAPITAL........0.00  INTEREST..............0.00
                           OUTLIER( )........0.00

          DAYS
                           BLOOD DEDUCT......0.00
COVERED DAYS..........0000 TOTAL DEDUCT......0.00  CONT ADJ AMT.......1957.70
NON-COVERED DAYS......0000 CO-INSURANCE.....95.20  NET REIMB AMT.......448.10
```

REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001370

13

REDACTED

09/13/2001
Date Issued

Amount Paid: $4.54

NEW BEDFORD, MA 02740

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 1535299

Check No. 0058078

**Explanation of Benefits**        SMW+ Program

| Dates of Service From | To | Amount Charged | Not Covered | Charges Allowed | Covered MajMed | MajMed Paid |
|---|---|---|---|---|---|---|
| 12/29/2000 | 12/29/2000 | $57.00 | $0.00 | $4.54 | $4.54 | $4.54 |

| Total | $57.00 | $0.00 | $4.54 | $4.54 | $4.54 |

Comments:

REDACTED

SULLIVAN, FREDERICK
221 RICHMOND ST
NEW BEDFORD, MA 02740

Participant SSN:
MPC  Claim Number:  1535299

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 001000



## Medicare Summary Notice

442036103
Page 1 of 4
January 29, 2001

REDACTED

**CUSTOMER SERVICE INFORMATION**

FREDERICK J SULLIVAN
221 RICHMOND ST
NEW BEDFORD MA 02740-5620

If you have questions, write or call:
National Heritage Insurance Company
P.O. Box 1000
Hingham, MA 02044

Local: (781) 741-3300
Toll-free: 1-800-882-1228
TTY For Hearing Impaired: 1-800-559-0443

**HELP STOP FRAUD:** Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed from 01/02/2001 through 01/26/2001.

### PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 01-00356-057-390 | | | | | | |
| Andrew J Dadagian Md In, C, Roman House Annex, 386 County St, New Bedford, MA 02740-4932 | | | | | | |
| Dr. Dadagian, Andrew J. M.D. | | | | | | |
| 12/11/00 | 1 Remove impacted ear wax (69210) | $80.00 | $51.21 | $40.97 | $10.24 | |
| Claim number 02-01011-460-700 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, Boston, MA 02241-0001 | | | | | | |
| Dr. Charnond, Siroth M.D. | | | | | | |
| 11/22/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 11/22/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| | Claim Total | $57.00 | $22.70 | $18.16 | $4.54 | |

PMED34
081800
VER1

**THIS IS NOT A BILL - Keep this notice for your records.**

HIGHLY CONFIDENTIAL
SMWMASS 001001

Your Medicare

442036103
Page 2 of 4
January 29, 2001

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

REDACTED



| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 02-00356-544-050 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 12/13/00 | 1 Flu vaccine, 3 yrs, im (90658) | $25.00 | $4.92 | $4.92 | $0.00 | b |
| 12/13/00 | 1 Admin influenza virus vac (G0008) | 8.00 | 4.66 | 4.66 | 0.00 | b |
| 12/13/00 | 4 Methotrexate sodium inj (J9260) | 24.00 | 18.04 | 14.43 | 3.61 | a |
| 12/13/00 | 1 Injection, sc/im (90782) | 33.00 | 0.00 | 0.00 | 0.00 | c,a |
| Claim Total | | $90.00 | $27.62 | $24.01 | $3.61 | |
| Claim number 02-00363-395-520 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Davidson, Gail M.D. | | | | | | |
| 12/20/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 12/20/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| Claim Total | | $57.00 | $22.70 | $18.16 | $4.54 | |
| Claim number 02-01011-456-170 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 12/29/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 12/29/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| Claim Total | | $57.00 | $22.70 | $18.16 | $4.54 | |
| Claim number 02-01018-441-100 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 01/05/01 | 1 Injection, sc/im (90782) | $33.00 | $4.96 | $0.00 | $4.96 | d |



HIGHLY CONFIDENTIAL
SMWMASS 001002