**Exhibit 3(g):  Dey Labs**

- J7613

- J7644



70

Employee

59-3493196

05/06/2005
Date Issued

Amount Paid: $20.62

HOLBROOK, MA 02343

# File Copy        This is not a Check

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 2890236

Check No. 1412543

### Explanation of Benefits        SMW+ Program

| Dates of Service From | To | Amount Charged | Non-Covered Charges | Covered Allowed | Maj Med Covered Maj Med | Maj Med Paid |
|---|---|---|---|---|---|---|
| 03/24/2005 | 03/24/2005 | $1,212.60 | $0.00 | $20.62 | $20.62 | $20.62 |
| Total | | $1,212.60 | $0.00 | $20.62 | $20.62 | $20.62 |

Comments:

LINCARE PHARMACY SERVICES
POB 9515
AMHERST, NY 14226

Provider:        LINCARE PHARMACY SERVICES
Participant SSN:
SMG  Claim Number:   2890236

J1



Processed by    *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000176

PLEASE
DO NOT
STAPLE
IN THIS
AREA

6TN54

SHEET METAL WORKERS
PO BOX 1449
GOODLETTSVILLE   TN 37070 1449

APPROVED OMB-0938-0008

PICA  J9541379

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) X | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER | | [FOR PROGRAM IN ITEM 1] |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM 02 DD 28 YY 1922 SEX M X F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self X Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) |

| CITY HOLBROOK | STATE MA | 8. PATIENT STATUS Single X Married Other | CITY HOLBROOK | STATE MA |

| ZIP CODE 02343 1831 | TELEPHONE (Include Area Code) | Employed Full-Time Student Part-Time Student | ZIP CODE 02343 | TELEPHONE (INCLUDE AREA CODE) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) SAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 496 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO X | a. INSURED'S DATE OF BIRTH MM 08 DD 24 YY 1953 SEX M F |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? YES NO X PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE WOHL LAURENCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN A53825 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. 496 3. 2. 4. | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 24 05 | 12 | | J7613 KP ALBUTEROL UNIT DOSE | 1 | 324 00 | 300 | | | | |
| 03 24 05 | 12 | | J7644 KQ IPRATROPIUM BROMIDE UNIT DOSE | 1 | 813 50 | 120 | | | | |
| 03 24 05 | 12 | | G0371 DISPENSING FEE FOR UNIT DOSE MEDS | 1 | 75 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER 593493196 SSN EIN X | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES NO | 28. TOTAL CHARGE $ 1212 60 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED C GABUS COMPUTER GENERATED DATE 04 14 05 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) 4825 140TH AVE NORTH CLEARWATER FL 33762 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # LINCARE PHARMACY 800 882 0001 PO BOX 9515 AMHERST NY 14226 PIN# 592852900 GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
90013329  J9541379        22.32 FRI P7R: 1A000
PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500 APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000177

Electronic Remittance Notice MEDICARE PART B
                               HEALTHNOW NY, INC.
                               P.O BOX 6800
                               WILKES BARRE PA 18773 6800
Co: 90 Rg: 01 Ds: 33 Gr: 29 HINGHAM

| Batch#: 04EE49 Provr#: 1219950001 | | | | | Check#: 00000001011124 Check Date: 4/11/2005 Check Amt: | | | | | 9027.72 | | |

| DOS | POS | NOS | Proc Mods | Billed | Allowed | Deduct | Co Ins | RC | Amt | Prov Pd | |
|-----|-----|-----|-----------|--------|---------|--------|--------|-----|-----|---------|---|
| NAME | | | | | | | | | ASG Y MOA MA01 | | |
| 032405 To 032405 | 12 | 1 | G0371 | 75.00 | 57.00 | .00 | 11.40 | CO42 | 18.00 | 45.60 | SUPP |
| 032405 To 032405 | 12 | 300 | J7613 KP | 324.00 | 21.00 | .00 | 4.20 | CO42 | 303.00 | 16.80 | SUPP |
| 032405 To 032405 | 12 | 1 | J7644 KQ | 183.06 | .00 | .00 | .00 | CO57 | 183.06 | .00 | SUPP |
| | | | | | | | | CO42 | 605.43 | | |
| 032405 To 032405 | 12 | 93 | J7644 KQ | 630.54 | 25.11 | .00 | 5.02 | CO57 | 183.06 | 20.09 | SUPP |
| | | | | | | | | CO42 | 605.43 | | |
| REM: M25 | M115 | | | | | | | | | | |
| PT RESP | 20.62 | | CLAIM TOTALS | 1212.60 | 103.11 | .00 | 20.62 | | 1897.98 | 82.49 | NET |
| ADJ TO TOTALS: PREV PD | | .00 | INTEREST | .00 | | LATE FILING CHARGE | .00 | | NET | 82.49 | |

HIGHLY CONFIDENTIAL
SMWMASS 000178

**Exhibit 3(h):  Fujisawa**

- J3303
- J3302
- J3370
- J7507
- J1100
- J9000
- J9190
- J1580

REDACTED

| | 87-4 |
|---|---|
| | 640 |

PATIENT ACCOUNT #

042489146        17165

№ 0438624

07/19/2002
DATE ISSUED

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY _____ *******23DOLLARS AND 20CENTS**     DOLLARS $ ****23.20**

TO THE
ORDER
OF

⌐                              ⌐          0438624
CHARLES A. BIRBARA M.D. INC.
26 QUEEN STREET                                    AUTHORIZED SIGNATURE
⌐WORCESTER        ,MA 01610 ⌐        **NON NEGOTIABLE**
                                                   AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑆0043862⑇⑆ ⑈064000046⑇ 7021390302⑈

---

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449          SMW+ PROGRAM
Toll-Free 800-831-4914  Phone (615) 859-0131
**EXPLANATION OF BENEFITS**

| FROM<br>DATE | TO<br>DATE | CHARGES<br>SUBMITTED | NON<br>COVERED | CHARGES<br>ALLOWED | COVERED<br>CHARGES | AMOUNT<br>PAID |
|---|---|---|---|---|---|---|
| 06/11/2002 | 06/11/2002 | 226.00 | .00 | 23.20 | 23.20 | 23.20 |
| | | 226.00 | .00 | 23.20 | 23.20 | 23.20 |

NON-COVERED CODES:

COMMENTS:

REDACTED

| | HFO | CLAIM NUMBER: 1350522 |
|---|---|---|

FATICANTI, JOHN        B
51 PINE HILL RD

WORCESTER    MA   01604

Processed by  🏠 SOUTHERN BENEFIT

HIGHLY CONFIDENTIAL
SMWMASS 000969

PLEASE
DO NOT
STAPLE
IN THIS
AREA

REDACTED

SHEET METAL WORKERS
NATIONAL HEALTH TR FUND
P:O. BOX 1449
GOODLETTSVILLE TN 37070

REDACTED

**HEALTH INSURANCE CLAIM FORM**

PICA

PICA
[ITEM 1]

WORCESTER                    MA

ZIP CODE
01604

a. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

a. OTHER INSURED'S POLICY OR GROUP NUMBER
011266579A

b. OTHER INSURED'S DATE OF BIRTH        SEX
MM   DD   YY                M          F

c. EMPLOYER'S NAME OR SCHOOL NAME
P.O.BOX 111 HINGHAM MA 02044

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   [X] NO

b. AUTO ACCIDENT?        PLACE (State)
YES   [X] NO

c. OTHER ACCIDENT?
YES   [X] NO

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH          SEX
MM   DD   YY               M        F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES      NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary
to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment
below.
SIGNED   SIGNATURE ON FILE          DATE  07/03/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize
payment of medical benefits to the undersigned physician or supplier for
services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR
MM   DD   YY           INJURY (Accident) OR
                       PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM   DD   YY               MM   DD   YY
FROM                  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JOHN KELLY

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM   DD   YY               MM   DD   YY
FROM                  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   [X] NO

$ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 71596        3.

2. 72751        4.

22. MEDICAID RESUBMISSION
CODE              ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B | C | D PROCEDURES, SERVICES, OR SUPPLIES | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | Place of Service | Type of Service | (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| 1 06 | 11 | 02 | 06 | 11 | 02 | 11 | 2 | 20610 | | 1 | 105 00 | 1 | | | | A67226 |
| 2 06 | 11 | 02 | 06 | 11 | 02 | 11 | 2 | 20610 | | 2 | 105 00 | 1 | | | | A67226 |
| 3 06 | 11 | 02 | 06 | 11 | 02 | 11 | 1 | J3303 | | 1,2 | 16 00 | 4 | | | | A67226 |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER      SSN EIN
042489146            [X]

26. PATIENT'S ACCOUNT NO.
17165

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
YES   NO

28. TOTAL CHARGE
$   226 00

29. AMOUNT PAID
$   202 80

30. BALANCE DUE
$   23 20

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse
apply to this bill and are made a part thereof.)

CHARLES A. BIRBARA,
SIGNED  07/03/02   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE
RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
& PHONE #
CHARLES A. BIRBARA, M.D.  INC
26 QUEEN STREET
WORCESTER MA 01610
PIN#              GRP# A67226

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**
APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90).  FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500

HIGHLY CONFIDENTIAL
SMW/MASS 000070



NATIONAL HERITAGE INSURANCE COMPANY
· PROVIDER #: M11203
CHECK/EFT #:125778830                06/28/02

125778830 100000806
CHARLES A BIRBARA MD INC
PAGE #: 5 OF 13

~:-MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE POS MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|
| NAME DUBRINO, CANDACE | | HIC 027486844A | | ACNT 0260980018900 | | | ICN 0202168688180 | ASG Y  MOA MA01  MA07 | |
| N01540 | 0612 061202 11 | 1 99242 25 | | 110.00 | 91.81 | 0.00 | 18.36 CO-42 | 18.19 | 73.45 |
| N01540 | 0612 061202 11 | 1 20610 | | 105.00 | 70.39 | 0.00 | 14.08 CO-42 | 34.61 | -56.31 · |
| N01540 | 0612 061202 11 | 2 J3302 | | 10.00 · | 1.72 | 0.00 | 0.34 CO-42 | 8.28 | 1.38 |
| PT RESP | 32.78 | | CLAIM TOTALS | 225.00 | 163.92 | 0.00 | 32.78 | 61.08 | 131.14 |
| | | | | | | | | | 131.14 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0611 061102 11 | 1 20610 7651 | | 105.00 | | | | ·:·36.19 | |
| | | | | | | | CO-50 | 36.19 | · 8.32 |
| N01540 | 0611 061102 11 | 4 J3303 | | 16.00 | | | CO-42 | .35.60 | 92.79 |
| PT RESP | 23.20 | | CLAIM TOTALS | 226.00 | 115.99 | 0.00 | 23.20 | 110.01 | 92.79 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0611 061102 11 | 1 20610 | | 105.00 | 70.39 | 70.39 | 0.00 CO-42 | 34.61 | 0.00 |
| N01540 | 0611 061102 11 | 1 20552 7651 | | 105.00 | 32.51 | 29.61 | 0.58 CO-42 | 39.98 | 2.32 |
| | | | | | | | CO-59 | 32.51 | |
| N01540 | 0611 061102 11 | 1 20552 7651 | | 105.00 | 32.51 | 0.00 | 6.50 CO-42 | 39.98 | 26.01 |
| | | | | | | | CO-59 | 32.51 | |
| N01540 | ·0611 061102 11 | 6 J3302 | | 30.00 | 5.16 | 0.00 | 1.03 CO-42 | 24.84 | 4.13 |
| PT RESP | 108.11 | | CLAIM TOTALS | 345.00 | 140.57 | 100.00 | 8.11 | 204.43 | 32.46 |
| | | | | | | | | | 32.46 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0613 061302 11 | 1 99211 | | 35.00 | 22.03 | 0.00 | 4.41 CO-42 | 12.97 | 17.62 |
| N01540 | 0613 061302 11 | 1 J9260 | | 25.00 | 4.51 | 0.00 | 0.90 CO-42 | 20.49 | 3.61 |
| PT RESP | 5.31 | | CLAIM TOTALS | 60.00 | 26.54 | 0.00 | ·5.31 | 33.46 · | 21.23 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 21.23 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0611 061102 11 | 1 99211 | | 35.00 | 22.03 | 0.00 | 4.41 CO-42 | 12.97 | · 17.62 |
| N01540 | 0611 061102 11 | 1 J9260 | | 25.00 | 4.51 | 0.00 | 0.90 CO-42 | 20.49 | 3.61 |
| PT RESP | 5.31 | | CLAIM TOTALS | 60.00 | 26.54 | 0.00 | 5.31 | 33.46 | 21.23 · |
| | | | | | | | | | 21.23 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0611 061102 11 | 1 99211 | | 35.00 | 22.03 | 0.00 | 4.41 CO-42 | 12.97 | 17.62 |
| N01540 | 0611 061102 11 | 1 J9260 | | 25.00 | 4.51 | 0.00 | 0.90 CO-42 | 20.49 | 3.61 |
| PT RESP | 5.31 | | CLAIM TOTALS | 60.00 | 26.54 | 0.00 | 5.31 | 33.46 | 21.23 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 21.23 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0613 061302 11 | 1 20600 | | 95.00 | 53.22 | 0.00 | 10.64 CO-42 | 41.78 | 42.58 |
| N01540 | 0613 061302 11 | 1 20600 7651 | | 95.00 | 26.61 | 0.00 | 5.32 CO-42 | 41.78 | · 21.29 · |
| | | | | | | | CO-59 | 26.61 | |
| N01540 | 0613 061302 11 · | 1 20600 7651 | | 95.00 | 26.61 | 0.00 | 5.32 CO-42 | 41.78 | · 21.29· |
| | | | | | | | CO-59 | 26.61 | |
| PT RESP · | 21.28 | | CLAIM TOTALS · | 285.00 | 106.44 | 0.00 · | 21.28 | 178.56 | 85.16 |
| CLAIM INFORMATION FORWARDED TO: EMPIRE BC/BS | | | | | | | | | 85.16 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0613 061302 11 | 1 20552 | | 105.00 | 65.02 | 0.00 | 13.00 CO-42 | 39.98 | 52.02· |
| N01540 | 0613 061302 11 | 1 20552 7651 | | 105.00 | 32.51 | 0.00 | 6.50 CO-42 | 39.98 | 26.01 · |
| | | | | | | | CO-59 | 32.51 | |
| N01540 | 0613 061302 11 | 1 20552 7651 · | | 105.00 | 32.51 | ·0.00 | 6.50 CO-42 | 39.98 | 26.01 |
| | | | | | | | CO-59 | 32.51 | |
| N01540 | 0613 061302 11 · | 6 J3302 | | 30.00 | 5.16 | 0.00 | 1.03 CO-42 | 24.84 | 4.13 |
| PT RESP | 27.03 | | CLAIM TOTALS | 345.00 | 135.20 | 0.00 | 27.03 | 209.80 | ·108.17 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 108.17 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0611 061102 11 | 1 20552 | | 105.00 | 65.02 | 0.00 | 13.00 CO-42 | 39.98 | 52.02 |
| N01540 · | 0611 061102 11 | 1 20552 7651 | | 105.00 | ·32.51 | 0.00 | 6.50 CO-42 | 39.98 | 26.01 |
| | | | | | | | CO-59 | 32.51 | |
| N01540· | 0611 061102 11 | 1 20552 7651 | | 105.00 | 32.51 | 0.00 | 6.50 CO-42 | 39.98 | 26.01 |
| | | | | | | | CO-59 | 32.51 | |
| N01540 | 0611 061102 11· | 6 J3302 | | 30.00 | 5.16 | 0.00 | 1.03 CO-42 | 24.84 | 4.13 |
| PT RESP | 27.03 | | CLAIM TOTALS | 345.00 | 135.20 | 0.00 | 27.03 | 209.80 | 108.17 |
| CLAIM INFORMATION FORWARDED TO: JOHN HANCOCK | | | | | | | | | 108.17 NET |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N01540 | 0610 061002 11 | 1 99212 | | 45.00 | 38.68 | 0.00 | 7.74 CO-42 | 6.32 | · 30.94 |
| PT RESP | 7.74· | | CLAIM TOTALS | 45.00 | 38.68 | 0.00 | 7.74 | 6.32 | 30.94 |
| | | | | | | | | | · 30.94 NET |

HIGHLY CONFIDENTIAL
SMW/MASS 000071

| PROVIDER TAX I.D. #: | PATIENT ACCOUNT # | 87-4 / 640  M |
|---|---|---|
| 042489146 | 9342 | NO 0438625 |

07/19/2002
DATE ISSUED

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY   ********8DOLLARS AND 11CENTS**                          DOLLARS $ ******8.11**

TO THE
ORDER
OF

0438625

CHARLES A. BIRBARA M.D. INC.
26 QUEEN STREET                                    AUTHORIZED SIGNATURE

WORCESTER        , MA 01610              **NON NEGOTIABLE**
                                                   AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑈"00438625⑈' ⑆064000046⑆ 7021390302⑈"

## SHEET METAL WORKERS' NATIONAL HEALTH FUND

P.O. Box 1449
Goodlettsville, Tennessee 37070-1449                    SMW+ PROGRAM
Toll-Free 800-831-4914  Phone (615) 859-0131

### EXPLANATION OF BENEFITS

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 06/11/2002 | 06/11/2002 | 345.00 | .00 | 8.11 | 8.11 | 8.11 |
|  |  | 345.00 | .00 | 8.11 | 8.11 | 8.11 |

NON-COVERED CODES:

COMMENTS:
CHARGES APPLIED TO YOUR MEDICARE    PART B DEDUCTIBLE ARE NOT PAYABLE
UNDER THIS PLAN.   $100.00 WAS.     APPLIED.

REDACTED

NFB   CLAIM NUMBER: 1850523

FATICANTI, JOHN            B
51 PINE HILL RD

WORCESTER        MA  01604

Processed by  🏛 SOUTHERN BENEFIT

HIGHLY CONFIDENTIAL
SMWMASS 000972

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
NATIONAL HEALTH FUND
P.O. BOX 1449
GOODLETTSVILLE TN 37070

**HEALTH INSURANCE CLAIM FORM**

PICA

GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) [X]

3. PATIENT'S BIRTH DATE
MM 03 DD 14 YY 37   SEX M [ ]  F [X]

PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

PATIENT STATUS
Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

WORCESTER                    MA

ZIP CODE  01604   TEL (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

a. OTHER INSURED'S POLICY OR GROUP NUMBER
020289697A

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY    SEX M [ ]  F [ ]

c. EMPLOYER'S NAME OR SCHOOL NAME
P.O.BOX 111 HINGHAM MA 02044

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]
b. AUTO ACCIDENT?   PLACE (State)
YES [ ]  NO [X]
c. OTHER ACCIDENT?
YES [ ]  NO [X]

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH
MM DD YY    SEX M [ ]  F [ ]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO [ ]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  07/03/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JOHN KELLY

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]  NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 7265
2. 72142
3. 
4. 

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | | |
| 06 | 11 | 02 | 06 | 11 | 02 | 11 | 2 | 20610 | | 1 | 105 | 00 | 1 | | | | A67226 |
| 06 | 11 | 02 | 06 | 11 | 02 | 11 | 2 | 20552 | | 2 | 105 | 00 | 1 | | | | A67226 |
| 06 | 11 | 02 | 06 | 11 | 02 | 11 | 2 | 20552 | | 2 | 105 | 00 | 1 | | | | A67226 |
| 06 | 11 | 02 | 06 | 11 | 02 | 11 | 1 | J3302 | | 1,2 | 30 | 00 | 6 | | | | A67226 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
042489146   [X]

26. PATIENT'S ACCOUNT NO.
9342

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 345 00

29. AMOUNT PAID
$ 236 89

30. BALANCE DUE
$ 108 11

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
CHARLES A. BIRBARA,
SIGNED   DATE 07/03/02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
CHARLES A. BIRBARA, M.D., INC
26 QUEEN STREET
WORCESTER MA 01610
PIN#   GRP# A67226

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500,   APPROVED OMB-0720-2001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000973

REDACTED

| | | | 70 |
|---|---|---|---|
| | | Employee | |

| 04-2103602 | 25217241 1 | |
|---|---|---|



REDACTED

**11/02/2005**
Date Issued

**Amount Paid:** $531.64

MEDWAY, MA 02053

REDACTED

## File Copy          This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **3093339**

Check No. **1605648**

### Explanation of Benefits          SMW+ Program

| Dates of Service From | To | Amount Charged | Not Charges Covered | Charges Allowed | Covered by MailMed | MailMed Paid |
|---|---|---|---|---|---|---|
| 09/19/2005 | 09/19/2005 | $6,134.82 | $0.00 | $531.64 | $531.64 | $531.64 |

Total $6,134.82 $0.00 $531.64 $531.64 $531.64

Comments:

REDACTED

Provider:                    MILFORD REGIONAL MEDICAL CENT
Participant SSN:
SMG Claim Number:   3093339

MILFORD REGIONAL MEDICAL CEN
14 PROSPECT ST
MILFORD, MA 01757

Processed by    *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000523



HIGHLY CONFIDENTIAL
SMWMASS 000524

220090 | 09/30/2005 | 20051010 PAGE 6

| PATIENT NAME | PATIENT CNTRL NUMBER | FRM DT | COST | REP'TD CHGS | DAG NBR | OUTLIER AMT | REIMB RATE | ALLOW/REIM | INTEREST |
| ICN NUMBER | HIC NUMBER | THR DT | COVDV | NCVD/DENIED | DAG AMOUNT | DEDUCTIBLES | HSP PRI PAY | PROC CD AMT | PAT REFUND |
| CLAIM #/CLM STATUS | MEDICAL REC NUMBER | PAT ST | NCVDV | CLAIM ADJS | DRG O-C | COINS AMT | PROP COMP | LINE ADJ AMT | PERDIEM AMT |
| NAME CHG=xx | HIC CHG=x  TOB=xxx | ICV LN | NCV L | COVD CHGS | | MSP LIAB MET | ESRD AMT | CONT ADJ AMT | NET. REIMB |

| | | 050917 | 0 | 1217.32 | | 0.00 | 0.310 | 281.48 | 0.00 |
| | | 050917 | 0 | 1.32 | 0.00 | 0.00 | 0.00 | 62.34 | 0.00 |
| 54   119 | 199418 | | 0 | 0.00 | 0.00 | 79.17 | 0.00 | 855.35 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 1216.00 | | 0.00 | 0.00 | 0.00 | 281.48 |

| | | 050919 | 0 | 507.00 | | 0.00 | 0.310 | 54.33 | 0.00 |
| | | 050919 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 54.33 | 0.00 |
| 55   11 | 271236 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 452.67 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 507.00 | | 0.00 | 0.00 | 0.00 | 54.33 |

| | | 050829 | 0 | 451.00 | | 0.00 | 0.310 | 72.21 | 0.00 |
| | | 050829 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 46.28 | 0.00 |
| 56   119 | 108625 | | 0 | 0.00 | 0.00 | 38.04 | 0.00 | 340.75 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 451.00 | | 0.00 | 0.00 | 0.00 | 72.21 |

| | | 050919 | 0 | 944.00 | | 0.00 | 0.310 | 80.37 | 0.00 |
| | | 050919 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 25.69 | 0.00 |
| 57   119 | 168828 | | 0 | 0.00 | 0.00 | 44.73 | 0.00 | 818.90 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 944.00 | | 0.00 | 0.00 | 0.00 | 80.37 |

| | | 050919 | 0 | 62.00 | | 0.00 | 0.310 | 17.04 | 0.00 |
| | | 050919 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 17.04 | 0.00 |
| 58   11 | 164905 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 44.96 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 62.00 | | 0.00 | 0.00 | 0.00 | 17.04 |

| | | 050916 | 0 | 506.00 | | 0.00 | 0.310 | 55.14 | 0.00 |
| | | 050916 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 55.14 | 0.00 |
| 59   11 | 113082 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 450.86 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 506.00 | | 0.00 | 0.00 | 0.00 | 55.14 |

| | | 050917 | 0 | 3335.46 | | 0.00 | 0.310 | 477.12 | 0.00 |
| | | 050917 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 30.12 | 0.00 |
| 60   11 | 174913 | | 0 | 0.00 | 0.00 | 265.57 | 0.00 | 2592.77 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 3335.46 | | 0.00 | 0.00 | 0.00 | 477.12 |

| | | 050919 | 0 | 440.00 | | 0.00 | 0.310 | 57.90 | 0.00 |
| | | 050919 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 57.90 | 0.00 |
| 61   11 | 195913 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 382.10 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 440.00 | | 0.00 | 0.00 | 0.00 | 57.90 |

| | | 050919 | 0 | 259.54 | | 0.00 | 0.310 | 61.75 | 0.00 |
| | | 050919 | 0 | 1.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62   119 | 116397 | | 0 | 0.00 | 0.00 | 20.98 | 0.00 | 175.27 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 258.00 | | 0.00 | 0.00 | 0.00 | 61.75 |

| | | 050919 | 0 | 6134.82 | | 0.00 | 0.310 | 893.48 | 0.00 |
| | | 050919 | 0 | 98.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63   11 | 118237 | | 0 | 0.00 | 0.00 | 531.64 | 0.00 | 4611.37 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 6036.49 | | 0.00 | 0.00 | 0.00 | 893.48 |

| | | 050920 | 0 | 178.00 | | 0.00 | 0.310 | 14.79 | 0.00 |
| | | 050920 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 14.79 | 0.00 |
| 64   11 | 208219 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 163.21 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 178.00 | | 0.00 | 0.00 | 0.00 | 14.79 |

| | | 050919 | 0 | 428.00 | | 0.00 | 0.310 | 28.63 | 0.00 |
| | | 050919 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 28.63 | 0.00 |
| 65   11 | 210302 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 399.37 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 428.00 | | 0.00 | 0.00 | 0.00 | 28.63 |

| | | 050916 | 0 | 45.00 | | 0.00 | 0.310 | 7.16 | 0.00 |
| | | 050916 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 7.16 | 0.00 |
| 66   11 | 140279 | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 37.84 | 0.31 |
| NAME CHG=QC | HIC CHG=HN  TOB=131 | 0 | 0 | 45.00 | | 0.00 | 0.00 | 0.00 | 7.16 |

HIGHLY CONFIDENTIAL
SMWMASS 000525



49

05-0504251

REDACTED

07/12/2004
Date Issued

Amount Paid: $136.44

REDACTED

WORCHESTER, MA 01606

## File Copy        This is not a Check

### SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2575096**

Check No. **1117117**

### Explanation of Benefits        **SMW+ Program**



| Date of Service | | Amount Charged | Non-Covered | Charges Allowed | Covered @ Max Ml. | Max Ml. Paid |
|---|---|---|---|---|---|---|
| 06/08/2004 | 06/08/2004 | $905.62 | $0.00 | $136.44 | $136.44 | $136.44 |

| Total | | $905.62 | $0.00 | $136.44 | $136.44 | $136.44 |

Comments:

REDACTED

Payment to:
PROCARE PHARMACY DIRECT INC
PO BOX 99794
CHICAGO, IL 60696

Provider:                PROCARE PHARMACY DIRECT INC
Participant SSN:
DMA  Claim Number:  2575096

Processed by    Southern Benefit
                Administrators, Inc.

HIGHLY CONFIDENTIAL
SMWMASS 000352

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS PLUS
LOCAL 52 HEALTH WELFARE
PO BOX 1449
GOODLETTSVILLE, TN  37070-1449
LOCAL 63

## HEALTH INSURANCE CLAIM FORM

| | | | | | PICA | | | | | | | | | | | | PICA | |

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER    1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  [X] (SSN or ID)  (SSN)  (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM 05 DD 20 YY 1956   SEX  M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  WORCESTER  STATE MA

8. PATIENT STATUS
Single  Married  Other

CITY  WORCESTER  STATE MA

ZIP CODE  01606  TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE  01606  TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO

a. INSURED'S DATE OF BIRTH  MM 05 DD 20 YY 1956   SEX  M F

b. OTHER INSURED'S DATE OF BIRTH  MM 05 DD 20 YY 1956   SEX  M F

b. AUTO ACCIDENT?  PLACE (State)
YES  [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MCR

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  06/26/04

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
PANG YEN FAN

17a. I.D. NUMBER OF REFERRING PHYSICIAN
BF3192921

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  [X] NO   $ CHARGES  0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. V42.0   KIDNEY TRANSPLANT STATUS   3. └─

2. 250.00   DM TYPE II W/O COMP NT ST U   4. └─

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 08 04 RX#6181977 | | 12 | 9 | 00591-5052-10 PREDNISONE (WATSON) 5MG | 7506 | | 9 99 | 30 | | | | |
| 06 18 04 RX#5932725 | | 12 | 9 | 00004-0260-43 CELLCEPT CAPLET 500MG | 7517 | | 391 27 | 120 | | | | |
| 06 18 04 RX#5932727 | | 12 | 9 | 00469-0617-73 PROGRAF 1MG | 7507 | | 504 36 | 120 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
050504251

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
[X] YES  NO

28. TOTAL CHARGE  $ 905 62

29. AMOUNT PAID  $ 769 18

30. BALANCE DUE  $ 136 44

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

MIKE ZEGLINSKI RPH

SIGNED  06/26/2004  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

PROCARE PHARMACY DIRECT, INC
600 PENN CENTER BLVD
PITTSBURGH, PA  15235-5810
(412)824-2487

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PROCARE PHARMACY, INC.
PO BOX 99794,
CHICAGO, IL 60696  (412)824-2487
PIN #3958898  GRP #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  ATTACHMENTS: 11

PLEASE PRINT OR TYPE
06/26/2004 COMMERCIAL - MAJOR MEDICAL/INDEMNITY

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CARRIER  PATIENT AND INSURED INFORMATION  PHYSICIAN OR SUPPLIER INFORMATION

HIGHLY CONFIDENTIAL
SMWMASS 000353

.z-005909-04174-G498704Z-00811-T-01-05239

HealthNow New York Inc.
Provider #: 1272330002
Check/EFT #: 000009001741658          06/22/04

PROCARE PHARM DIRECT INC
Page #: 004 of 005

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| PT. RESP | 9.99 | | CLAIM TOTALS | | 64.94 | 49.95 | 0.00 | 9.99 CO-42 | 14.99 | 39.96 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 64.94 | 49.95 | 0.00 | 9.99 | 14.99 | 39.96 |
| CLAIM INFORMATION FORWARDED TO: | | HDM CORPORATION | | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 39.96 |

| 1272330002 0608 060804 12 | 450 J7507 | | | | 1864.99 | 1408.50 | 0.00 | 281.70 CO-42 | 456.49 | 1126.80 |
| PT RESP | 281.70 | | CLAIM TOTALS | | 1864.99 | 1408.50 | 0.00 | 281.70 | 456.49 | 1126.80 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 1126.80 |

| 1272330002 0609 060904 12 | 220 J7507 | | | | 880.59 | 657.50 | | | | |
| 1272330002 0609 060904 12 | 60 J7506 | | | | 9.99 | 1.20 | 0.00 | 0.24 CO-42 | 8.79 | 0.96 |
| PT RESP | 131.70 | | CLAIM TOTALS | | 890.58 | 658.50 | 0.00 | 151.70 | 231.88 | 526.80 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 526.80 |

| PT RESP | 56.16 | | CLAIM TOTALS | | 387.74 | 280.80 | 0.00 | 56.16 | 106.94 | 224.64 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 224.64 |
| CLAIM INFORMATION FORWARDED TO: | | ANTHEM BCBS OF CT | | | | | | | | |

| 1272330002 0424 042404 12 | 30 J7506 | | | | 9.99 | 0.60 | 0.00 | 0.12 | | 0.48 |
| 1272330002 0524 052404 12 | 30 J7506 | | | | 9.99 | 0.60 | 0.00 | 0.12 CO-42 | 9.39 | 0.48 |
| PT RESP | 0.24 | | CLAIM TOTALS | | 19.98 | 1.20 | 0.00 | 0.24 | 18.78 | 0.96 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 0.96 |

| NAME | | H | | ACNT | | | ICN | | Y  HOA MA01 | |
| 1272330002 0608 060804 12 | 30 J7506 | | | | 9.99 | 0.60 | 0.00 | | 9.39 | 0.48 |
| 1272330002 0608 060804 12 | 120 J7507 | | | | 500.68 | 375.60 | 0.00 | 75.12 CO-42 | 128.76 | 300.48 |
| 1272330002 0608 060804 12 | 120 J7517 | | | | 397.49 | 296.00 | 0.00 | CO-42 | 85.27 | 244.80 |
| PT RESP | 136.44 | | CLAIM TOTALS | | 908.16 | 682.20 | 0.00 | | 223.42 | 545.76 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 545.76 |

| PT RESP | 0.10 | | CLAIM TOTALS | | 24.80 | 0.48 | 0.00 | 0.10 | 24.32 | 0.38 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 0.38 |

| 1272330002 052704 12 | 120 J7520 | | | | 1023.14 | 765.60 | 0.00 | 153.12 CO-42 | 257.54 | 612.48 |
| PT RESP | 153.12 | | CLAIM TOTALS | | 1023.14 | 765.60 | 0.00 | 153.12 | 257.54 | 612.48 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 612.48 |

| 1272330002 0609 060904 12 | 15 J7506 | | | | 23.64 | 16.65 | 0.00 | 3.33 CO-42 | 6.99 | 13.32 |
| PT RESP | 3.57 | | CLAIM TOTALS | | 33.63 | 17.85 | 0.00 | 3.57 | 15.78 | 14.28 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 14.28 |

| 1272330002 0609 060904 12 | 90 J7515 | | | | 147.43 | 105.30 | 0.00 | 21.06 CO-42 | 42.13 | 84.24 |
| PT RESP | 49.14 | | CLAIM TOTALS | | 342.83 | 245.70 | 0.00 | 49.14 | 97.10 | 196.56 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 196.56 |

| PT RESP | 13.32 | | CLAIM TOTALS | | 85.58 | 66.60 | 0.00 | 13.32 CO-42 | 18.98 | 53.28 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 85.58 | 66.60 | 0.00 | 13.32 | 18.98 | 53.28 |
| | | | | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 53.28 |

| | | 3 AK223 NOKA | | | 158.55 | 115.56 | 0.00 | | HOA MA01 | |
| PT RESP | 23.11 | | CLAIM TOTALS | | 158.55 | 115.56 | 0.00 | 23.11 | 42.99 | 92.45 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 92.45 |

| 1272330002 0607 060704 12 | 30 J7506 | | | | 9.99 | 0.60 | 0.00 | 0.12 | 9.39 | 0.48 |
| PT RESP | 0.12 | | CLAIM TOTALS | | 9.99 | 0.60 | 0.00 | 0.12 | 9.39 | 0.48 |
| ADJ TO TOTALS: PREV PD | 0.00 | | INTEREST | | 0.00 | LATE FILING CHARGE | | | 0.00 NET | 0.48 |

HIGHLY CONFIDENTIAL
SMWMASS 000354

REDACTED                    Employee

04-3296910

12/01/2001
Date Issued

REDACTED

Amount Paid: $40.95

HANOVER, MA 02339

File Copy        This is not a Check

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Claim No. **1618975**    Goodlettsville, TN 37070-1449    Check No. **0142626**
Phone (615) 859-0131   Toll-free (800) 831-4914

**Explanation of Benefits**    **SMW+ Program**



| | | Amount Charged | Not Covered | Charges Allowed | Covered Amount | Net Med Paid |
|---|---|---|---|---|---|---|
| 10/09/2001 | 10/09/2001 | $309.00 | $0.00 | $40.95 | $40.95 | $40.95 |

Comments:

Provider:         COMMONWEALTH HEMATOLOGY ON
Participant SSN:
REDACTED         DMA  Claim Number:  1618975
COMMONWEALTH HEMATOLOGY O
10 WILLARD ST
QUINCY, MA 02169



Processed by   *Southern Benefit Administrators, Inc.*    REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001237

IN THIS
AREA    GOODLETTSVILLE TN 37070

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** ☐ (Medicare #)  **MEDICAID** ☐ (Medicaid #)  **CHAMPUS** ☐ (Sponsor's SSN)  **CHAMPVA** ☐ (VA File #)  **GROUP HEALTH PLAN** ☒ (SSN or ID)  **FECA BLK LUNG** ☐ (SSN)  **OTHER** ☒ (ID)  **1a.**

**2. PATIENT'S NAME** REDACTED

**3. PATIENT'S BIRTH DATE** MM 12 DD 04 YY 1935  **SEX** M ☒  F ☐

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒  Spouse ☐  Child ☐  Other ☐

REDACTED First (Name Middle Initial)

CITY HANOVER    STATE MA

**8. PATIENT STATUS** Single ☐  Married ☐  Other ☒

CITY    STATE

ZIP CODE 02339

Employed ☐  Full-Time Student ☐  Part-Time Student ☒

ZIP CODE    TELEPHONE (INCLUDE AREA CODE) ( )

**10. IS PATIENT'S CONDITION RELATED TO:**

**b. OTHER INSURED'S DATE OF BIRTH** REDACTED   SEX

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH** REDACTED  SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES  ☒ NO  PLACE (State)

**c. EMPLOYER'S NAME OR SCHOOL NAME** REDACTED

**b. EMPLOYER'S NAME OR SCHOOL NAME** REDACTED

c. OTHER ACCIDENT? ☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME** SHEET METAL WKRS HLTH FD

**d. INSURANCE PLAN NAME OR PROGRAM NAME** MEDICARE B

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☒ YES  ☐ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. SIGNATURE ON FILE    DATE 11/09/01

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below. SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE** JAMES R EVERETT MD

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES  ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)**
1. 162.9 NEOPLASM LUNG
3.
2.
4.

**22. MEDICAID RESUBMISSION** CODE    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 10 | 09 | 01 | | | | 3 | 90 | J7050 | 1 | 40 00 | 4 | | | | |
| 10 | 09 | 01 | | | | 3 | 90 | J1260 | 1 | 230 00 | 10 | | | | |
| 10 | 09 | 01 | | | | 3 | 90 | J1200 | 1 | 4 00 | 2 | | | | |
| 10 | 09 | 01 | | | | 3 | 90 | J1100 | 1 | 18 00 | 3 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 04-3296910  SSN ☐ EIN ☒

**27. ACCEPT ASSIGNMENT?** ☒ YES  ☐ NO

**28. TOTAL CHARGE** $ 292 00

**29. AMOUNT PAID** $ 251 05

**30. BALANCE DUE** $ 40 95

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.) JAMES EVERETT, M.D.  SIGNED 11/09/01  DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)** REDACTED

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE** COMMONWEALTH HEM-ONC 10 WILLARD STREET QUINCY MA 02169  PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

SECOND INSURANCE

HIGHLY CONFIDENTIAL
SMWMASS 001338

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M20160
CHECK/EFT #:125170270                    10/29/01

125170270 100002167
COMMONWEALTH HEMATOLOGY
PAGE #: 3 OF 10

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

**NAME:**

ICN 0201289154400 ASG  Y  MOA MA01

| J2301? | 1009 100901 11 | 4 J7050 | | 36.36 | 0.00 | 7.27 CO-42 | 3.64 | 29.09 |
| J23017 | 1009 100901 11 | 10 J1260 | 230.00 | 164.50 | 0.00 | 32.90 CO-42 | 65.50 | 131.60 |
| J23017 | 1009 100901 11 | 2 J1200 | 4.00 | 1.02 | 0.00 | 0.20 CO-42 | 2.98 | 0.82 |
| J23017 | 1009 100901 11 | 3 J1100 | 18.00 | 2.91 | 0.00 | 0.58 CO-42 | 13.09 | 2.33 |
| J23017 | 1009 100901 11 | 1 85024 | 17.00 | 11.70 | 0.00 | 0.00 CO-42 | 5.30 | 11.70 |
| PT RESP | 40.95 | CLAIM TOTALS | 309.00 | 216.49 | 0.00 | 40.95 | 92.51 | 175.54 |
| | | | | | | | | 176.54 NET |

**NAME:**

| J12474 | 0927 092701 22 | 1 99214 | 114.00 | 59.38 | 0.00 | 11.88 CO-B6 | 54.62 | 47.50 |
| PT RESP | 11.88 | CLAIM TOTALS | 114.00 | 59.38 | 0.00 | 11.88 | 54.62 | 47.50 |
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS
47.50 NET

**NAME:**

ICH

| J09389 | 1010 101001 11 | 1 85024 | 17.00 | 11.70 | 0.00 | 0.00 CO-42 | 5.30 | 11.70 |
| PT RESP | 0.00 | CLAIM TOTALS | 17.00 | 11.70 | 0.00 | 0.00 | 5.30 | 11.70 |
11.70 NET

**NAME:**

| J09389 | 1010 101001 11 | 1 99214 | 114.00 | 87.78 | 0.00 | 17.56 CO-42 | 26.22 | 70.22 |
| J09389 | 1010 101001 11 | 1 96410 | 93.00 | 74.70 | 0.00 | 14.94 CO-42 | 18.30 | 59.76 |
| J09389 | 1010 101001 11 | 2 96412 | 166.00 | 110.62 | 0.00 | 22.12 CO-42 | 55.38 | 88.50 |
| J09389 | 1010 101001 11 | 6 J9310 | 3732.00 | 2727.30 | 0.00 | 545.46 CO-42 | 1004.70 | 2181.84 |
| J09389 | 1010 101001 11 | 1 J1200 | 2.00 | 0.51 | 0.00 | 0.10 CO-42 | 1.49 | 0.41 |
| PT RESP | 600.18 | CLAIM TOTALS | 4107.00 | 3000.91 | 0.00 | 600.18 | 1106.09 | 2400.73 |
CLAIM INFORMATION FORWARDED TO: EMPIRE BC/BS
2400.73 NET

**NAME:**

ICH ASG

| J09389 | 1010 101001 11 | 1 G0001 | 10.00 | 3.00 | 0.00 | 0.00 CO-42 | 7.00 | 3.00 |
| PT RESP | 0.00 | CLAIM TOTALS | 10.00 | 3.00 | 0.00 | 0.00 | 7.00 | 3.00 |
3.00 NET

**NAME:**

| J02033 | 1011 101101 11 | 1 99213 | 73.00 | 56.41 | 0.00 | 11.28 CO-42 | 16.59 | 45.13 |
| J02033 | 1011 101101 11 | 1 85023 | 20.00 | 11.71 | 0.00 | 0.00 CO-42 | 8.29 | 11.71 |
| J02033 | 1011 101101 11 | 1 G0001 | 10.00 | 3.00 | 0.00 | 0.00 CO-42 | 7.00 | 3.00 |
| PT RESP | 11.28 | CLAIM TOTALS | 103.00 | 71.12 | 0.00 | 11.28 | 31.88 | 59.84 |
59.84 NET

**NAME:**

| J05964 | 0917 091701 32 | 1 99312 | 76.00 | 57.89 | 0.00 | 11.58 CO-42 | 18.11 | 46.31 |
| J05964 | 0918 091801 32 | 1 99311 | 46.00 | 36.09 | 0.00 | 7.22 CO-42 | 9.91 | 28.87 |
| PT RESP | 18.80 | CLAIM TOTALS | 122.00 | 93.98 | 0.00 | 18.80 | 28.02 | 75.18 |
75.18 NET

**NAME:**

| J23017 | 1009 100901 11 | 1 99214 | 114.00 | 87.78 | 0.00 | 17.56 CO-42 | 26.22 | 70.22 |
| J23017 | 1009 100901 11 | 1 90782 | 7.00 | 0.00 | 0.00 | 0.00 CO-B15 | 7.00 | 0.00 |
| PT RESP | 17.56 | CLAIM TOTALS | 121.00 | 87.78 | 0.00 | 17.56 | 33.22 | 70.22 |
CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO
70.22 NET

**NAME:**

| J23017 | 1009 100901 11 | 1 85024 | 17.00 | 11.70 | 0.00 | 0.00 CO-42 | 5.30 | 11.70 |
| J23017 | 1009 100901 11 | 1 G0001 | 10.00 | 3.00 | 0.00 | 0.00 CO-42 | 7.00 | 3.00 |
| J23017 | 1009 100901 11 | 30 J0136 | 468.00 | 367.80 | 0.00 | 73.56 CO-42 | 100.20 | 294.24 |
| PT RESP | 73.56 | CLAIM TOTALS | 495.00 | 382.50 | 0.00 | 73.56 | 112.50 | 308.94 |
CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO
308.94 NET

**NAME:**

| J23017 | 0925 092501 11 | 1 J3490 CC | 10.00 | 3.15 | 0.00 | 0.63 CO-42 | MA18 6.85 | 2.52 |
| PT RESP | 0.63 | CLAIM TOTALS | 10.00 | 3.15 | 0.00 | 0.63 | 6.85 | 2.52 |
CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO
2.52 NET

**NAME:**

| B49039 | 0929 092901 21 | 1 99254 | 210.00 | 160.85 | 0.00 | 32.17 CO-42 | 49.15 | 128.68 |
| B49039 | 0930 093001 21 | 1 99231 | 50.00 | 39.08 | 0.00 | 7.82 CO-42 | 10.92 | 31.26 |
| PT RESP | 39.99 | CLAIM TOTALS | 260.00 | 199.93 | 0.00 | 39.99 | 60.07 | 159.94 |
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS
159.94 NET

**NAME:**

| A28399 | 0921 092101 22 | 1 99214 | 114.00 | 59.38 | 0.00 | 11.88 CO-B6 | 54.62 | 47.50 |
| PT RESP | 11.88 | CLAIM TOTALS | 114.00 | 59.38 | 0.00 | 11.88 | 54.62 | 47.50 |
47.50 NET

HIGHLY CONFIDENTIAL
SMW/MASS 001239

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA RETURN
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB-0938-0008

SMWN 0001
00113
SECONDARY

| | PICA | | | | | | | | **HEALTH INSURANCE CLAIM FORM** | | PICA | | |

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER   1a. INSURED'S I.D. NUMBER   (FOR PROGRAM IN ITEM 1)
   (Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  (SSN or ID)  (SSN)  [X] (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
   MM | DD | YY    SEX
   04 20 1937   M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
   Self [ ]  Spouse [X]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY
SPRINGFIELD    STATE MA

8. PATIENT STATUS
   Single [ ]  Married [X]  Other [ ]

CITY
SPRINGFIELD    STATE MA

ZIP CODE
01118 -0000    TELEPHONE (Include Area Code)

   Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE
01118 -0000    TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
   [ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH
   MM | DD | YY    SEX
   03 07 1937   M [X]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH
   MM | DD | YY    SEX
   04 20 1937   M [ ]  F [X]

b. AUTO ACCIDENT?
   [ ] YES  [X] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
   [ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

SHEET METAL WORKERS NAT'L

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
   [X] YES  [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE    DATE 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
   MM | DD | YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
   GIVE FIRST DATE  MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
   MM | DD | YY    MM | DD | YY
   FROM          TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
   MM | DD | YY    MM | DD | YY
   FROM          TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
   [ ] YES  [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 174.9            3.

2. 288.0            4.

DATE

22. MEDICAID RESUBMISSION
   CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

24.

| A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 02 04 | 02 02 04 | 11 | 1 | T9070 | | | 88 80 | 11 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | J1100 | | | 50 00 | 10 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | T9000 | | | 62 00 | 11 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | 77040 | | | | | | | | |
| 02 03 04 | 02 03 04 | 11 | 1 | 90782 | | | 30 00 | 1 | | | | |
| 02 03 04 | 02 03 04 | 11 | 1 | T2505 | | | 3688 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER     SSN  EIN
04-3498186                 [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
   [ ] YES  [ ] NO

28. TOTAL CHARGE
   $ 4519 00

29. AMOUNT PAID
   $ 3979 35

30. BALANCE DUE
   $ 539 65

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PIN#          GRP#

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE PRINT OR TYPE

HIGHLY CONFIDENTIAL
SMWMASS 000876

Date: 3/08/2004
Time: 4:25PM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT 06095
Phone: (800) 883-5985

**MEDICARE REMITTANCE NOTICE**

Provider/Clinic#:

N51714

## Check No/EFT Trace No: 127340082
## Date Paid:  2/26/2004

NAME:

-500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |

PT Respon:  539.65          Claim Totals:   4519.00   2698.27   0.00   539.65   1820.73   2158.62

HIGHLY CONFIDENTIAL
SMW/MASS 000877

| EMPLOYEE | | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | | 87-5/840 |
|---|---|---|---|---|---|
| | | | E | | |
| PROVIDER TAX I.D. # | | PATIENT ACCOUNT # | | 10 | No 1482885 |
| 042832765 | | 091237 | | | |

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449   GOODLETTSVILLE, TN 37070-1449

01/26/2001
DATE ISSUED

PAY ******** **68DOLLARS AND 00CENTS**

DOLLARS $ ******68.00**

TO THE ORDER OF

CHARTWELL HOME THERAPIES
DEPT L-9687

1482885

AUTHORIZED SIGNATURE

COLUMBUS            ,OH 43260

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

Subject to the Approval of
FIRSTAR BANK, N.A.
Bank Without Boundaries
HERMITAGE, TENNESSEE

⑆148 2885⑆  ⑆064000059⑈        29307370⑆

---

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914   Phone (615) 859-0131
SMW+ PROGRAM

**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 06/16/2000 | 06/22/2000 | 388.87 | .00 | 68.00 | 68.00 | 68.00 |
| | | 388.87 | .00 | 68.00 | 68.00 | 68.00 |

NON-COVERED CODES:

COMMENTS:



PROVIDER: CHARTWELL HOME THERAPIES
PARTICIPANT SSN
PAG   CLAIM NUMBER: 1294437

Processed by  SOUTHERN BENEFIT
ADMINISTRATORS, INC.

HIGHLY CONFIDENTIAL
SMWMASS 001690

SHEET MENTAL WORKERS NATIONAL
HEALTH FUND
P.O. BOX# 1449
GOODLETTSVILLE, TN   37070-1449

APPROVED OMB-0938-0008

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |

1a. INSURED'S I.D. NUMBER  (FOR PROGRAM IN ITEM 1)

*(Medicare#)* *(Medicaid #)* *(Sponsor's SSN)* *(VA File #)* *(SSN or ID)* *(SSN)* *(ID)*

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX
00 | 08 | 24   XX   M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self   Spouse   Child   Other XX

7. INSURED'S ADDRESS (No., Street)

CITY   STATE
MANSFIELD   MA

8. PATIENT STATUS
Single   Married   Other

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)
02048-

Employed   Full-Time Student   Part-Time Student

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   NO XX

a. INSURED'S DATE OF BIRTH   SEX
MM | DD | YY   M   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM | DD | YY

b. AUTO ACCIDENT?   PLACE (State)
YES   NO XX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO XX

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
XX   YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:
MM | DD | YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM | DD | YY   TO   MM | DD | YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
LEROY PARKER

17a. I.D. NUMBER OF REFERRING PHYSICIAN
UPIN#-R75955

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM | DD | YY   TO   MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 150.9 : MAL NEO ESOPHAGUS
2.
3.
4.

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | | |
| 06 | 16 | 00 | 06 | 22 | 00 | 12 | | A4221 | | 1 | 113 | 08 | 7 | | | | |
| 06 | 16 | 00 | 06 | 22 | 00 | 12 | | A4222 | | 1 | 207 | 62 | 22 | | | | |
| 06 | 16 | 00 | 06 | 22 | 00 | 12 | | J9190 | | 1 | 67 | 97 | 7 | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
042832765   XX

26. PATIENT'S ACCOUNT NO.
09-1237-CHM-2

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
XX YES   NO

28. TOTAL CHARGE
$ 388 97

29. AMOUNT PAID
$ 272.01

30. BALANCE DUE
$ 68 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

CAROLYN J. AHRENS
SIGNED   10/13/2000   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
CHARTWELL HOME THERAPIES
DEPT. L-9657
COLUMBUS, OH   43260-9657
(800) 445-3496
PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-N-90 (9-85)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500   (12-90)
FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001691

PAGE 1

October 13, 2000                    CASE #:

                                    PATIENT:
SHEET MENTAL WORKERS NATIONAL       POLICY :
HEALTH FUND                         GROUP NUMBER:
P.O. BOX# 1449                      POLICYHOLDER:
GOODLETTSVILLE, IN   37070-1449     HOME CHEMOTHERAPY

DETAIL INVOICE
--------------

REDACTED

| DATE OF SERVICE | DESCRIPTION | QTY | UNIT PRICE | EXTENSION PRICE |
|---|---|---|---|---|
| 06/16/00 - 06/22/00 | GLOVES CHEMO LG EA | 4.0 | 3.46 | 13.84 |
| 06/16/00 - 06/22/00 | EXT SET 12" LL (MINI) | 1.0 | 4.40 | 4.40 |
| 06/16/00 - 06/22/00 | DISPENSING PIN, MINI | 4.0 | 5.85 | 23.40 |
| 06/16/00 - 06/22/00 | CLAVE NDLESS CNTOR C-1000 | 2.0 | 9.61 | 19.22 |
| 06/16/00 - 06/22/00 | BATTERY AA SIZE | 8.0 | 9.73 | 77.84 |
| 06/16/00 - 06/22/00 | COVER,STER (LCAP) | 4.0 | 0.68 | 2.72 |
| 06/16/00 - 06/22/00 | *** RX #: 292920 FLUOROURACIL 2655MG/180ML NS.9% | 1.0 | 127.73 | 127.73 |
| 06/16/00 - 06/22/00 | *** RX #: 292924 NACL 0.9%-10ML SDV | 2.0 | 4.68 | 9.36 |
| 06/16/00 - 06/22/00 | *** RX #: 292925 HEPARIN 100 U/ML-10ML | 2.0 | 4.90 | 9.80 |
| 06/16/00 - 06/22/00 | *** RX #: 292926 SYR 10CC LL | 2.0 | 0.55 | 1.10 |
| 06/16/00 - 06/22/00 | *** RX #: 292927 NDL, HUBER W/TUB 22GX3/4" | 2.0 | 12.09 | 24.18 |
| 06/16/00 - 06/22/00 | *** RX #: 292928 ACCESS KIT | 2.0 | 37.64 | 75.28 |

------------------- -------------------------         ---   -----   -------
                        *** PLEASE PAY THIS AMOUNT....   388.87

PLEASE REMIT TO:  CHARTWELL HOME THERAPIES
                  DEPT. L-9657
                  COLUMBUS, OH  43260-9657
                  042832765

HIGHLY CONFIDENTIAL
SMWMASS 001692

United HealthCare Ins. Co
Provider #: 0525720003
Check/EFT #: 000000002551153      08/22/00 -

1-570-735-9445
CHARTWELL HOME THERAPIES
Page #: 004 of 005

MEDICARE
REMITTANCE

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DED | COINS | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|

**NAME**

| | | | | | | | | | | HA01 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20003 | 0616 062200 | 12 | | A4221 | | | | | | 90.46 |
| 20003 | 0616 062200 | 12 | 22 | A4222 | | 207.82 | 207.82 | 0.00 | 41.56 OA-93 | 0.00 | 146.26 |
| 20003 | 0616 062200 | 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | 3.82 CO-42 | 48.86 | 15.29 |
| PT RESP | 65.00 | | | CLAIM TOTALS | | 388.87 | 340.01 | 0.00 | 68.00 | 48.86 | 272.01 |
| | | | | | | | | 272.01 | NET | | |

**NA**

| | | | | | | | | | | HA01 |
|---|---|---|---|---|---|---|---|---|---|---|
| 052 | 0625 062900 | | | A4221 | | 113.48 | 113.48 | 0.00 | 22.62 OA-93 | 0.00 | 90.46 |
| 0525720003 | 0625 062900 | 12 | 19 | A4222 | | 186.45 | 186.45 | 0.00 | 37.29 OA-93 | 0.00 | 149.16 |
| 0525720003 | 0625 062900 | 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | 3.82 CO-42 | 48.86 | 15.29 |
| PT RESP | 63.73 | | | CLAIM TOTALS | | 367.50 | 318.64 | 0.00 | 63.73 | 48.86 | 254.91 |
| | | | | | | | | 254.91 | NET | | |

**NA**

| | | | | | | | | | | 90.46 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0525720003 | 0630 070600 | 12 | 7 | A4221 | | 113.08 | 113.08 | 0.00 | 22.62 OA-93 | 0.00 | 90.46 |
| 0525720003 | 0630 070600 | 12 | 19 | A4222 | | 186.45 | 186.45 | 0.00 | | | 149.16 |
| 0525720003 | 0630 070600 | 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | | | 15.29 |
| PT RESP | 63.73 | | | CLAIM TOTALS | | 367.50 | 318.64 | 0.00 | | 48.86 | |
| | | | | | | | | 254.91 | NET | | |

ACNT 091689CHE1     ICN 0022821016700     ASG Y  MOA MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20003 | 0416 052100 | 12 | | A4221 | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| 0525720003 | 0418 052100 | 12 | 4 | A4222 | | 569.08 | 0.00 | 0.00 | 0.00 PR-107 | 569.08 | 0.00 |
| 0525720003 | 0418 052100 | 12 | 4 | A4222 | | 335.79 | 0.00 | 0.00 | 0.00 PR-107 | 335.79 | 0.00 |
| 0525720003 | 0418 052100 | 12 | 88 | J0895 | | 5946.00 | 0.00 | 0.00 | 0.00 PR-107 | 5946.00 | 0.00 |
| PT RESP | 6850.87 | | | CLAIM TOTALS | | 7550.87 | 0.00 | 0.00 | 0.00 | 7550.87 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

ACNT 091689CHE1     ICN 0022821016600     ASG Y  MOA MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 0518 060100 | 12 | 1 | E07 | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| 0525720003 | 0522 060100 | 12 | 1 | A4221 | | 15.54 | 0.00 | 0.00 | 0.00 PR-107 | 15.54 | 0.00 |
| 0525720003 | 0522 060100 | 12 | 11 | A4222 | | 205.94 | 0.00 | 0.00 | 0.00 PR-107 | 205.94 | 0.00 |
| 0525720003 | 0522 060100 | 12 | 33 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1410.68 | | | CLAIM TOTALS | | 2110.68 | 0.00 | 0.00 | 0.00 | 2110.68 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

ACNT 091689CHE1     ICN 0022821016500     ASG Y  MOA MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0602 060800 | | | A4222 | | 15.54 | 0.00 | 0.00 | 0.00 PR-107 | 15.54 | 0.00 |
| 20003 | 0602 060800 | | 29 | A4222 | | 392.74 | 0.00 | 0.00 | 0.00 PR-107 | 392.74 | 0.00 |
| 20003 | 0602 060800 | 12 | 87 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1597.48 | | | CLAIM TOTALS | | 1597.48 | 0.00 | 0.00 | 0.00 | 1597.48 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

ACNT 091689CHE1     ICN 0022821016400     ASG Y  MOA MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 0609 061500 | | | A4221 | | 25.76 | 0.00 | 0.00 | 0.00 PR-107 | 25.76 | 0.00 |
| 0525720003 | 0609 061500 | 12 | 21 | A4222 | | 205.94 | 0.00 | 0.00 | 0.00 PR-107 | 205.94 | 0.00 |
| 0525720003 | 0609 061500 | 12 | 63 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1420.90 | | | CLAIM TOTALS | | 1420.90 | 0.00 | 0.00 | 0.00 | 1420.90 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

ACNT 091689CHE1     ICN 0922821016300     ASG Y  MOA MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0616 062200 | | | A4221 | | 15.19 | 0.00 | 0.00 | 0.00 PR-107 | 15.19 | 0.00 |
| 0525720003 | 0616 062200 | 12 | 21 | A4222 | | 244.90 | 0.00 | 0.00 | 0.00 PR-107 | 244.90 | 0.00 |
| 0525720003 | 0616 062200 | 12 | 63 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| 0525720003 | 0618 061800 | 12 | 1 | E0781 RRKT | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| PT RESP | 1449.29 | | | CLAIM TOTALS | | 2149.29 | 0.00 | 0.00 | 0.00 | 2149.29 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

ACNT 091689CHE1     ICN 0022821016200     ASG Y  MOA MA15  MA18  MA01

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0525720003 | 0625 070900 | 1 | 3 | A4221 | | 51.68 | 0.00 | 0.00 | 0.00 PR-107 | 51.68 | 0.00 |
| 0525720003 | 0625 070900 | 12 | 17 | A4222 | | 599.07 | 0.00 | 0.00 | 0.00 PR-107 | 599.07 | 0.00 |
| 0525720003 | 0625 070900 | 12 | 72 | J0895 | | 2378.40 | 0.00 | 0.00 | 0.00 PR-107 | 2378.40 | 0.00 |
| PT RESP | 3029.15 | | | CLAIM TOTALS | | 3029.15 | 0.00 | 0.00 | 0.00 | 3029.15 | 0.00 |
| | | | | | | | | 0.00 | NET | | |

CLAIM INFORMATION FORWARDED TO:    ANTHEM BCBS NEW HAMPSHIRE

HIGHLY CONFIDENTIAL
SMWMASS 001693





Employee

20

04-3477239          F207550883

REDACTED

06/22/2004
Date Issued

Amount Paid:    $411.04

SO WEYMOUTH, MA 02190

## File Copy          This is not a Check

### SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2554958**

Check No. **1098039**

### Explanation of Benefits          **SMW+ Program**



| Dates of Service From | To | Amount Charged | Non-Covered Amount | Covered Allowed | Amount Allowed | Amount Paid |
|---|---|---|---|---|---|---|
| 01/07/2004 | 01/08/2004 | $3,510.55 | $0.00 | $411.04 | $411.04 | $411.04 |

Comments:

REDACTED

Provider:          QUINCY MEDICAL CENTER
Participant SSN:
VLC   Claim Number:  2554958          Dependent:          01

QUINCY MEDICAL CENTER
114 WHITWELL STREET
QUINCY, MA 02169

Processed by   *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 001438



APPROVED OMB NO. 0938-0271

| QUINCY MEDICAL CENTER | 2 | | | 3 PATIENT CONTROL NO. | | TYPE OF BILL |
| 114 WHITWELL STREET | | | | F20755038 3 | | 831 |

QUINCY [REDACTED]

| 5. FED. TAX NO. | | 7 COV D. | 8 N-C.D. | 9 C-I.D. | 10 L-R.D. | 11 |
| 04-3477239 | 010704 | 010804 | 1 | 0 | | |

12 PATIENT NAME                13 PATIENT ADDRESS

;SOUTH WEYMOUTH;MA;02190

| 14 BIRTHDATE | 15 SEX | 16 MS | | | 21 D HH | 22 STAT | 23 MEDICAL RECORD NO. | | | 31 |
| 07221923 | M | W | 010704 | 08 3 | 1 | 14 01 | M0095106 | | | |

31-32 OCCURRENCE    35-36 OCCURRENCE SPAN DATE

B
b
39  SHEET METAL WORKERS NATIONAL           VALUE CODES
    HEALTH FUND                      a
    PO BOX 1449                      b
    GOODLETTSVILLE, TN 37070-1449    c
                                     d

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 1 | 250 | PHARMACY | | | 11 | 10409 | | |
| 3 | 300 | LABORATORY | 86850 | 010204 | 1 | 6512 | | |
| 5 | 305 | LABORATORY HEMATOLOGY | 85027 | | 1 | 2230 | | |
| 7 | 370 | ANESTHESIA | | | 1 | 46345 | | |
| 9 | 636 | DRUGS REQUIRING DETAIL | J1580 | | 1 | 210 | | |
| 11 | 730 | EKG / ECG | 93005 | | 1 | 6269 | | |
| 23 | 001 | TOTAL CHARGE | | | | 353590 | 0 | |

| 50 PAYER | 51 PROVIDER NO. | REL INFO | ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
| A  MEDICARE | 220067 | Y | Y | 164599 | 0 | |
| B | | | | | | |
| C | | | | | | |

57          DUE FROM PATIENT ▶                    0

| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| A | 0 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| A | 5 | RETIRED | |
| B | | | |
| C | | | |

| 67 PRIN. DIAG. CD. | | | | | | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
| 60000 | 75261 | 5963 | | | | MA53276 | | |

| 70 P.C. | 80 | PRINCIPAL PROCEDURE CODE | DATE | | | | |
| 9 | 6029 | 010704 | A | B | B97746 | KALELI,ADNAN |
| | | | | | MA53276 | |
| | | | OTHER PROCEDURE | | B97746 | KALELI,ADNAN |
| | C | | | D | E | |

| 84 REMARKS | |
| a | |
| b | |
| c |     MEDICARE EOP ATTACHED |
| d | |

UB-82 HCFA-1450

I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

HIGHLY CONFIDENTIAL
SMWMASS 001439

220067          |QUINCY MEDICAL CENTER|09/30/2004|                                    |                                                           20040518 PAGE 26

| PATIENT NAME | PATIENT CNTRL NUMBER|FRM DT|COST |REPTD CHGS |DRG NBR | | OUTLIER AMT |REIMB RATE |ALLOW/REIM | INTEREST |
| --- | --- | --- | --- | --- | --- | --- |
| ICN NUMBER | HIC NUMBER | | |THR DT|COVDV|NCVD/DENIED|DRG AMOUNT | DEDUCTIBLES |INSP PRI PAY|PROC CD AMT |PAT REFUND |
| CLAIM #|CLM STATUS | MEDICAL REC NUMBER | |PAT ST|NCVDV|CLAIM ADJS |DRG O-C | COINS AMT |PROF COMP |LINE ADJ AMT'|PERDIEM AMT |
| NAME CHG=xx | |HIC CHG=x  TOB=xxx |CV LN |NCV L|COVD CHGS | | INSP LIAB NET|ESRD AMT |CONT ADJ AMT|NET. REIMB |

| | F20755088 3 | |040102| | 0| | 3510.55|000 | | | 1.55| | 0.370| | 1644.44| | 0.00 |
| 20412501196102 | | |040108| | 0| | 0.00| | 0.00| | 0.00| | 0.00| | 20.87| | 0.00 |
| 266    |1 | |N0095106 | | | | 0| | -1.55| | 0.00| | 411.04| | 0.00| | 1455.07| | -0.37 |
| NAME CHG=QC | |HIC CRG=HN   TOB=131 | | 0| | 0| | 3510.55| | | | 0.00| | 0.00| | 0.00| | 1645.99 |



HIGHLY CONFIDENTIAL
SMWMASS 001440