**Exhibit 3(i):  Gensia**

- J0640

| EMPLOYEE | | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | 514 840 |
|---|---|---|---|---|
| | | | S | |
| PROVIDER TAX I.O. #: | | PATIENT ACCOUNT # | | 10 |
| 042767880 | | | | |

**N⁰ 0588583**

12/20/2002

DATE ISSUED

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY _____ ********75DOLLARS AND 20CENTS**                    DOLLARS $ *****75.20**

TO THE
ORDER
OF

HALLMARK HEALTH SYSTEM, INC.                0588583
100 HOSPITAL RD

AUTHORIZED SIGNATURE

**NON NEGOTIABLE**

MALDEN        , MA 02148

AUTHORIZED SIGNATURE

BanTrust Bank, Nashville
Nashville, Tennessee 37230

⑈⁰⁰58858 3⑈ ⑆⁰64⁰⁰⁰⁴6⑆⑈ 7⁰2 ⑈39⁰3⁰2 ⑈

---

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914 | Phone (615) 859-0131

**SMW+ PROGRAM**

**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 10/01/2002 | 10/31/2002 | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |
| | | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |

NON-COVERED CODES:

REDACTED

COMMENTS:

PROVIDER: HALLMARK HEALTH SYSTEM, INC.
PARTICIPANT
CDP   CLAIM NUMBER: 2005050

BRADFORD        MA   01835

Processed by   **SOUTHERN BENEFIT ADMINISTRATORS, INC.**

HIGHLY CONFIDENTIAL
SMW/MASS 001267

| HALLMARK·HEALTH | | 2 | | | | 9 PATIENT CONTROL NUMBER | | APP'D OMB NO. 0938-279 |
| 100 HOSPITAL RD | | | | | | | | 4 TYPE OF BILL |
| MALDEN      ¶ MA02148 | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | | 7 COV D. | 8 N–C D. | 9 C–I D. | 10 L–R D. | 11 | 131 |
| 0000000000 | | 0042767880 | FROM 100102 | THROUGH 103102 | 30 | 0 | 0 | 0 | |
| 12 PATIENT'S NAME | | 13 PATIENT'S ADDRESS | | | | | | |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION | 18 | 19 | 20 | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | | | CONDITION CODES | | | | | 31 |
| 02251947 | F | M | DATE 10012002 | 07 | 3 | 2 | 99 | 01 | H0081528 | | 24 25 26 27 28 29 30 |

BRADFORD, MA 01835-

| 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |

| 38 SHEET METAL WORKERS | | | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
| REDACTED | | | a 88 | 2405.80 | | A2 | 95.20 |

| 42 REV.CD | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON–COVERED CHARGES | 49 |
| 0250 | PHARMACY | | 102902 | 1 | 400 | 000 | |
| 0280 | ONCOLOGY | 99212 | 100102 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99214 | 100802 | 1 | 10600 | 000 | |
| 0280 | ONCOLOGY | 99212 | 101502 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99213 | 102202 | 1 | 9100 | 000 | |
| 0280 | ONCOLOGY | 99212 | 102902 | 1 | 7300 | 7300 | |
| 0300 | LABORATORY | G0001 | 100102 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 101502 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 102902 | 1 | 1400 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 100102 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 101502 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 102902 | 1 | 3000 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100102 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100802 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 101502 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 102902 | 1 | 27800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100102 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100102 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100102 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100802 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100802 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100802 | 1 | 17800 | 000 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
| MEDICARE PART A    PAGE: 01 OF 02 | 220070 | Y | Y | 240580 | | |
| SHEET METAL WORKERS | | | | | 2520 | |
| | DUE FROM PATIENT: | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.–SSN–HIC.–ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| | | | EOB ATTACHED |

| 67 PRIN.DIAG CO. | 68 CODE | 69 CODE | 70 CODE | 71 OTHER DIAG CODES | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM DIAG CD | 77 E–CODE | 78 |
| 1539 | | | | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | | 82 ATTENDING PHYS. ID B72551 | |
| 9 | | | | PENNACCHIO         JOSEPH | |
| | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | | A |

| 84 REMARKS SHEET METAL WORKERS | | 83 OTHER PHYS. ID B72551 |
| PO BOX 1449 | | PENNACCHIO         JOSEPH |
| GOODLETTSVILLE, TN  37070-1449 | | 85 PROVIDER REPRESENTATIVE          86 DATE |
| | | KATHY MARINELLI      11072002 |

HIGHLY CONFIDENTIAL
SMW/MASS 001368

| HALLMARK HEALTH | 2 | | 3 PATIENT CONTROL NUMBER | APPROVED OMB NO. 0938-279 |
| 100 HOSPITAL RD | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 COV D. 8 N-C D. 9 C-I D. 10 L-R D. 11 | 131 |
| MALDEN      1 MA02148 | | FROM      THROUGH | | |
| 0000000000 | 0042767880 | 100 102   103102 | 30    0    0    0 | |
| 12 PATIENT'S NAME | | 13 PATIENT'S ADDRESS | | |

RADFORD, MA 01835-

| 14 BIRTHDATE | 15 SEX 16 MS | 17 ADMISSION 18 HR 19 TYPE 20 SRC | 21 D HR 22 STAT | 23 MEDICAL RECORD NO. | 24  25  26  27  28  29 CONDITION CODES 30 | 31 |
| 02251947 | M | 10012002 07 3 | 2 99 01 | H0081528 | | |

| 32 OCCURRENCE CODE/DATE | 33 | 34 OCCURRENCE CODE/DATE | 35 OCCURRENCE CODE/DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |

| 38 SHEET METAL WORKERS | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
| | | 80 2405 80 | | A2 95 20 |

REDACTED

| 42 REV. CD | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | DRUGS/DETAIL CODE | J0640 | 101502 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 101502 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 101502 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 102902 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 102902 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 102902 | 1 | 17800 | 000 | |
| 0001 | TOTAL CHARGES | | | 32 | 272000 | 21900 | |

| 50 PAYER PAGE: 02 OF 02 | 51 PROVIDER NO. | 52 REL 53 ASG | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|
| MEDICARE PART A | 220070 | Y Y | 240580 | | |
| SHEET METAL WORKERS | | Y Y | | 9520 | |

| DUE FROM PATIENT | |

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC.-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |

| 67 PRIN. DIAG. CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG. CODES 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG. CD. | 77 E-CD. | 78 |
| 1539 | | | | | | | | | | | |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 82 ATTENDING PHYS. ID B72551 |
| 9 | | | | PENNACCHIO        JOSEPH |
| | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | 83 OTHER PHYS. ID A |

| 84 REMARKS SHEET METAL WORKERS | | OTHER PHYS. ID B72551 B |
| PO BOX 1449 | | PENNACCHIO        JOSEPH |
| GOODLETTSVILLE, TN  37070~1449 | 85 PROVIDER REPRESENTATIVE | 86 DATE |
| | KATHY MARINELLI | 11072002 |

HIGHLY CONFIDENTIAL
SMWMASS 001369

```
              MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
==============================================================================
HALLMARK HEALTH SYSTEMS        PROVIDER: 220070      MEDICARE
100 HOSPITAL ROAD              ENDING: 10/31/2002
MALDEN  MA  02148              BILL TYPE: 131
==============================================================================
NAME:                                   SERVICE: 10/01/2002 THRU 10/31/2002
HIC:                 PCN: V19070457 1   MEDICARE PAYMENT DATE: 12/03/2002
MRN: H0081528        ICN: 1231539763    PAT STAT: 01    CLAIM STAT: 1
-----------------------------------   ----------------------------------------
      CHARGES              PPS DATA                 PAYMENT DATA

REPORTED...........2720.00 DRG...........000 REIMB RATE............0.00
NON-COVERED........219.00 DRG AMOUNT......0.00 PROF COMP.............0.00
DENIED...............0.00 DRG/OPERATION...0.00 PERDIEM.................0
                          DRG/CAPITAL.....0.00 INTEREST..............0.00
                          OUTLIER( )......0.00

      DAYS
                          BLOOD DEDUCT....0.00
COVERED DAYS..........0000 TOTAL DEDUCT....0.00 CONT ADJ AMT.......1957.70
NON-COVERED DAYS......0000 CO-INSURANCE...95.20 NET REIMB AMT.......448.10
-----------------------------------   ----------------------------------------
```

REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001370

**Exhibit 3(j):  Immunex**

- J0640

- J9260

- J9293

| EMPLOYEE | | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | |
|---|---|---|---|---|
| | | | S | 640 |
| PROVIDER TAX I.D. #: | | PATIENT ACCOUNT # | 10 | № 0588583 |
| 042767880 | | | | 12/20/2002 |
| | | | | DATE ISSUED |

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY _____ ********95DOLLARS AND 20CENTS** _____ DOLLARS $ ****95.20**

TO THE
ORDER
OF

HALLMARK HEALTH SYSTEM, INC.          0588583
100 HOSPITAL RD

AUTHORIZED SIGNATURE

LMALDEN          ,MA 02148

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈00588583⑈ ⑉064000046⑈ 702139030 2⑈

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449          SMW+ PROGRAM
Toll-Free 800-831-4914 | Phone (615) 859-0131
EXPLANATION OF BENEFITS

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 10/01/2002 | 10/31/2002 | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |
| | | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |

NON-COVERED CODES:

REDACTED

COMMENTS:

PROVIDER: HALLMARK HEALTH SYSTEM, INC.
PARTICIPANT
CDP  CLAIM NUMBER: 2005050

BRADFORD          MA   01835

Processed by          SOUTHERN BENEFIT
ADMINISTRATORS, INC.

HIGHLY CONFIDENTIAL
SMWMASS 001367

| HALLMARK HEALTH | 2 | | 3 PATIENT CONTROL NUMBER | | APPROVED OMB NO. 0938-0279 4 TYPE OF BILL 131 |
|---|---|---|---|---|---|
| 100 HOSPITAL RD | | | | | |
| MALDEN    1  MA02148 | 6 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM  THROUGH | 7 COV D. | 8 N-C.D. | 9 C-I.D. |10 L-R.D. |11 |
| 0000000000 | 0042767880 | 100102 103102 | 30 | 0 | 0 |  0 | 0 |

| 12 PATIENT'S NAME | | | 13 PATIENT'S ADDRESS |
|---|---|---|---|
| | | | BRADFORD, MA 01835- |

| 14 BIRTHDATE | 15 SEX |16 MS | 17 DATE    ADMISSION    18 HR |19 TYPE|20 SRC | 21 D HR |22 STAT | 23 MEDICAL RECORD NO. | 24 | 25 | 26 | 27 |28 CONDITION CODES | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 |07 |3 |2 |99 |01 | H0081528 | | | | | | | |

| 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|

| 38 SHEET METAL WORKERS REDACTED | | 39 VALUE CODES CODE  AMOUNT | 40 VALUE CODES CODE  AMOUNT | 41 VALUE CODES CODE  AMOUNT |
|---|---|---|---|---|
| | a | 88    2405.80 | | A2    95.20 |
| | b | | | |
| | c | | | |
| | d | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 102902 | 1 | 400 | 000 | |
| 0280 | ONCOLOGY | 99212 | 100102 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99214 | 100802 | 1 | 10600 | 000 | |
| 0280 | ONCOLOGY | 99212 | 101502 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99213 | 102202 | 1 | 9100 | 000 | |
| 0280 | ONCOLOGY | 99212 | 102902 | 1 | 7300 | 7300 | |
| 0300 | LABORATORY | G0001 | 100102 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 101502 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 102902 | 1 | 1400 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 100102 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 101502 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 102902 | 1 | 3000 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100102 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100802 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 101502 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 102902 | 1 | 27800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100102 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100102 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100102 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100802 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100802 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100802 | 1 | 17800 | 000 | |

| 50 PAYER    PAGE: 01 OF 02 | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| MEDICARE PART A | 220070 | Y | Y | 240530 | | |
| SHEET METAL WORKERS | | N | Y | | 9520 | |

| | | | DUE FROM PATIENT | | |
|---|---|---|---|---|---|

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.—SSN—HIC.—ID NO. | | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| | 01 | | | DISABLED | UNKNOWN |
| | 02 | | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | | | EOB ATTACHED |

| 67 PRIN.DIAG.CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG. CODES 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM.DIAG.CD. | 77 E—CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1539 | | | | | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE CODE    DATE | 81 OTHER PROCEDURE CODE    DATE | OTHER PROCEDURE CODE    DATE | 82 ATTENDING PHYS. ID  B72551 |
|---|---|---|---|---|
| 9 | | | | PENNACCHIO    JOSEPH |
| | OTHER PROCEDURE CODE    DATE | OTHER PROCEDURE CODE    DATE | OTHER PROCEDURE CODE    DATE | A |

| 84 REMARKS  SHEET METAL WORKERS | | 83 OTHER PHYS. ID  B72551 |
|---|---|---|
| PO BOX 1449 | | PENNACCHIO    JOSEPH |
| GOODLETTSVILLE, TN  37070-1449 | | 83 OTHER PHYS. SIGNATURE |
| | | KATHY MARINELLI    11012002 |

HIGHLY CONFIDENTIAL
CMW/MASS 001608

APPROVED OMB NO. 0938-0279

| | | | |
|---|---|---|---|
| HALLMARK HEALTH | 2 | 3 PATIENT CONTROL NUMBER | 131 |
| 100 HOSPITAL RD | | | |
| MALDEN      1 MA02148 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
| 0000000000 | 0042767880 | FROM 100102  THROUGH 103102 | 30 | 0 | 0 | 0 | |

| 12 PATIENT'S NAME | 13 PATIENT'S ADDRESS |
|---|---|
| | RADFORD, MA 01835- |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 ADMISSION DATE | HR | 18 TYPE | 19 SRC | 20 D HR | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES 24 25 26 27 28 29 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 2 | 99 | 01 | H008 | 1528 | | |

| 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|
| | | | | | |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| SHEET METAL WORKERS          REDACTED | a  88    2405.80 | | A2       95.20 |
| | b | | |
| | c | | |
| | d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | DRUGS/DETAIL CODE | J0640 | 101502 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 101502 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 101502 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 102902 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 102902 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0165 | 102902 | 1 | 7800 | 000 | |
| 0001 | TOTAL CHARGES | | | 32 | 272000 | 21900 | |

| 50 PAYER | PAGE: 02 OF 02 | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|---|
| MEDICARE PART A | | 220070 | Y | Y | 240580 | | |
| SHEET METAL WORKERS | | | Y | Y | | 9520 | |
| | DUE FROM PATIENT | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC.-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | | | |

| 67 PRIN DIAG CD. | 68 CODE | 69 CODE | 70 CODE | 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM DIAG CD. | 77 E CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1539 | | | | | | | | | | | |

| 79 PC | 80 PRINCIPAL PROCEDURE CODE  DATE | 81 OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | 82 ATTENDING PHYS. ID B72551 |
|---|---|---|---|---|
| 9 | | | | PENNACCHIO       JOSEPH |
| | OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | A |
| | | | | 83 OTHER PHYS. ID B72551 |

| 84 REMARKS | |
|---|---|
| SHEET METAL WORKERS | OTHER PHYS. ID B72551              B |
| PO BOX 1449 | PENNACCHIO       JOSEPH |
| GOODLETTSVILLE, TN  37070-1449 | 85 PROVIDER REPRESENTATIVE    86 DATE |
| | KATHY MARINELLI          11072002 |

HIGHLY CONFIDENTIAL
SMW/MASS 001369

```
         MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
=============================================================================
HALLMARK HEALTH SYSTEMS        PROVIDER: 220070    MEDICARE
100 HOSPITAL ROAD              ENDING: 10/31/2002
MALDEN  MA  02148              BILL TYPE: 131

=============================================================================
NAME:                                         SERVICE: 10/01/2002 THRU 10/31/2002
HIC:                    PCN: V19070457 1       MEDICARE PAYMENT DATE: 12/03/2002
MRN: H0081528           ICN: 1231539763        PAT STAT: 01    CLAIM STAT: 1
---------------------------------------       -----------------------------------
       CHARGES                  PPS DATA                  PAYMENT DATA

REPORTED..........2720.00 DRG.........|.........000 REIMB RATE............0.00
NON-COVERED........219.00 DRG AMOUNT..|.........0.00 PROF COMP.............0.00
DENIED.............0.00 DRG/OPERATION.|........0.00 PERDIEM................0
                       DRG/CAPITAL..|.........0.00 INTEREST..............0.00
                       OUTLIER( )...|.........0.00

       DAYS
                       BLOOD DEDUCT |.........0.00
COVERED DAYS.........0000 TOTAL DEDUCT |.........0.00 CONT ADJ AMT......1957.70
NON-COVERED DAYS......0000 CO-INSURANCE |........95.20 NET REIMB AMT......448.10
---------------------------------------       -----------------------------------
```

REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001370

13

REDACTED

**09/13/2001**
Date Issued

Amount Paid: **$4.54**

NEW BEDFORD, MA 02740

## File Copy      This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **1535299**                                         Check No. **0058078**

### Explanation of Benefits          SMW+ Program



| Dates of Service From | To | Amount Charged | Non Covered | Charges Allowed (Mar/Max) | Covered (Mar/Max) | Amount Paid |
|---|---|---|---|---|---|---|
| 12/29/2000 | 12/29/2000 | $57.00 | $0.00 | $4.54 | $4.54 | $4.54 |

Comments:

REDACTED

SULLIVAN, FREDERICK
221 RICHMOND ST
NEW BEDFORD, MA 02740

Participant SSN:
MPC  Claim Number:  1535299

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 001000



# Medicare Summary Notice

442056103
Page 1 of 4

January 29, 2001

## REDACTED

**CUSTOMER SERVICE INFORMATION**

FREDERICK J SULLIVAN
221 RICHMOND ST
NEW BEDFORD MA  02740-5620

If you have questions, write or call:
National Heritage Insurance Company
P.O. Box 1000
Hingham, MA 02044

**Local: (781) 741-3300**
**Toll-free: 1-800-882-1228**
TTY For Hearing Impaired: 1-800-559-0443

**HELP STOP FRAUD:** Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed from 01/02/2001 through 01/26/2001.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 01-00356-057-390 | | | | | | |
| Andrew J Dadagian Md Ia, C, Roman House Annex, | | | | | | |
| 386 County St , New Bedford, MA  02740-4932 | | | | | | |
| Dr. Dadagian, Andrew J. M.D. | | | | | | |
| 12/11/00 | 1 Remove impacted ear wax (69210) | $80.00 | $51.21 | $40.97 | $10.24 | |
| | | | | | | |
| Claim number 02-01011-460-700 | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA  02241-0001 | | | | | | |
| Dr. Charnond, Siroth M.D. | | | | | | |
| 11/22/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 11/22/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| | Claim Total | $57.00 | $22.70 | $18.16 | $4.54 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

PMED34
081800
VER1

HIGHLY CONFIDENTIAL
SMW/MASS 001001

Your Medicare

442036103
Page 2 of 4
January 29, 2001

## PART B MEDICAL INSURANCE – ASSIGNED CLAIMS (continued)

REDACTED

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **Claim number 02-00356-544-050** | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 12/13/00 | 1 Flu vaccine, 3 yrs, im (90658) | $25.00 | $4.92 | $4.92 | $0.00 | b |
| 12/13/00 | 1 Admin influenza virus vac (G0008) | 8.00 | 4.66 | 4.66 | 0.00 | b |
| 12/13/00 | 4 Methotrexate sodium inj (J9260) | 24.00 | 18.04 | 14.43 | 3.61 | a |
| 12/13/00 | 1 Injection, sc/im (90782) | 33.00 | 0.00 | 0.00 | 0.00 | c,a |
| Claim Total | | $90.00 | $27.62 | $24.01 | $3.61 | |
| **Claim number 02-00363-395-520** | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Davidson, Gail M.D. | | | | | | |
| 12/20/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 12/20/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| Claim Total | | $57.00 | $22.70 | $18.16 | $4.54 | |
| **Claim number 02-01011-456-170** | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 12/29/00 | 4 Methotrexate sodium inj (J9260) | $24.00 | $18.04 | $14.43 | $3.61 | a |
| 12/29/00 | 1 Injection, sc/im (90782) | 33.00 | 4.66 | 3.73 | 0.93 | |
| Claim Total | | $57.00 | $22.70 | $18.16 | $4.54 | |
| **Claim number 02-01018-441-100** | | | | | | |
| Hawthorn Medical Associ, P.O. Box 3076, | | | | | | |
| Boston, MA 02241-0001 | | | | | | |
| Dr. Egan, Michael W. M.D. | | | | | | |
| 01/05/01 | 1 Injection, sc/im (90782) | $33.00 | $4.96 | $0.00 | $4.96 | d |



HIGHLY CONFIDENTIAL
SMWMASS 001002

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

EOB ATTACHED

**HEALTH INSURANCE CLAIM FORM**

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)   1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM 03 DD 21 YY 1937  SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)   **REDACTED**

CITY AGAWAM   STATE MA

ZIP CODE 01001   TELEPHONE (Include Area Code)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

8. PATIENT STATUS
Single ☐   Married ☒   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☐

7. INSURED'S ADDRESS (No., Street)   **REDACTED**

CITY AGAWAM   STATE MA

ZIP CODE 01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)   **REDACTED**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH  MM 03 DD 21 YY 1937  SEX M ☒ F ☐

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐   NO ☒

b. AUTO ACCIDENT?   PLACE (State)
YES ☐   NO ☒

c. OTHER ACCIDENT?
YES ☐   NO ☒

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  MM 03 DD 21 YY 1937  SEX M ☒ F ☐

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES   ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   INJURY (Accident) OR   PREGNANCY (LMP)  MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID   CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES ☐   NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 198.5
2. 285.9
3. 787.02
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 12 | DD 16 | YY 2004 | To MM 12 | DD 16 | YY 2004 | 11 | 1 | 90780 | 59 | 1 | 165.00 | 1 | | | | 043499715 |
| 12 | 16 | 2004 | 12 | 16 | 2004 | 11 | 1 | 96410 | 59 | 1 | 300.00 | 1 | | | | 043499715 |
| 12 | 16 | 2004 | 12 | 16 | 2004 | 11 | 1 | J1100 | | 1 | 50.00 | 10 | | | | 043499715 |
| 12 | 16 | 2004 | 12 | 16 | 2004 | 11 | 1 | Q0136 | | 2 | 1800.00 | 60 | | | | 043499715 |
| 12 | 16 | 2004 | 12 | 16 | 2004 | 11 | 1 | J1626 | | 3 | 400.00 | 10 | | | | 043499715 |
| 12 | 16 | 2004 | 12 | 16 | 2004 | 11 | 1 | J9293 | | 1 | 3850.00 | 5 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER   043499715   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.   288260

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒   NO ☐

28. TOTAL CHARGE   $ 6565.00

29. AMOUNT PAID   $ 5997.81

30. BALANCE DUE   $ 567.19

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PHILIP T GLYNN MD
SIGNED 01/25/2005   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   978 289-1189
GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

1/19/DMH2  1/19 Dep

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000008



NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M2089b
CHECK/EFT #:128186567          01/10/05

128186567 100001381
MURRAY AND GLYNN PC
PAGE #: 2 OF 3

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| PT RESP 11.19 | | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 NET |
| | | | | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| PT RESP 11.19 | | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 NET |
| REDACTED | 1220 122004 11 | | | | 16.00 | 10.10 | 0.00 | 11.19 CO-42 | 44.03 | 46.78 |
| J08093 | 1216 122004 11 | | 60099 | | 24.00 | 10.01 | 0.00 | 0.00 CO-42 | 13.99 | 10.01 |
| PT | | CLAIM TOTALS | | | 140.00 | 76.08 | 0.00 | 11.19 | 63.92 | 64.89 |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | | 64.89 NET |
| J09882 | 1220 122004 11 | | 99213 | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| J09882 | 1220 122004 11 | | 1 93000 | | 60.00 | 28.81 | 0.00 | 5.76 CO-42 | 31.19 | 23.05 |
| PT RESP 16.95 | | CLAIM TOTALS | | | 160.00 | 84.78 | 0.00 | 16.95 | 75.22 | 67.83 |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | | 67.83 NET |

ACNT 288280                    ICN 0204382074100  ASG Y  MOA MA01

| REDACTED | | | | | 165.00 | 130.86 | 0.00 | 26.17 CO-42 | 34.14 | 104.69 |
| J08093 | | 59 | | | 35.00 | 0.00 | 0.00 | 0.00 CO-B15 | 35.00 | 0.00 |
| J08093 | | 59 | 99110 | | 300.00 | 243.10 | 0.00 | 48.62 CO-42 | 56.90 | 194.48 |
| J08093 | 1216 121604 11 | 10 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 CO-42 | 49.00 | 0.80 |
| J08093 | 1216 121604 11 | 60 | Q0136 | | 1800.00 | 697.20 | 0.00 | 139.44 CO-42 | 1102.80 | 557.76 |
| J08093 | 1216 121604 11 | 10 | J1626 | | 400.00 | 156.20 | 0.00 | 31.24 CO-42 | 243.80 | 124.96 |
| J08093 | 1216 121604 11 | 5 | J9293 | | 3850.00 | 1607.60 | 0.00 | 321.52 CO-42 | 2242.40 | 1286.08 |
| J08093 | 1216 121604 11 | 3 | J7040 | | 45.00 | 16.92 | 0.00 | 3.38 CO-42 | 28.08 | 13.54 |
| PT RESP 570.57 | | CLAIM TOTALS | | | 6645.00 | 2852.88 | 0.00 | 570.57 | 3792.12 | 2282.31 |
| | | | | | | | | | | 2282.31 NET |
| REDACTED | | | 1 99213 | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| PT 11.19 | | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| | | | | | | | | | | 44.78 NET |
| J09895 | | REDACTED CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| PT RESP | | | | | | | | | | 69.79 |
| CLAIM INFORMATION FORWARDED TO: UNICARE | | | | | | | | | | 69.79 NET |

HIGHLY CONFIDENTIAL
SMW/MASS-000000

PLEASE
DO NOT
STAPLE
IN THIS
AREA

**SHEET METAL WORKERS**
**PO BOX 1449**

**GOODLETTSVILLE TN 37070**

EOB ATTACHED

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   MM  DD  YY     SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY   **AGAWAM**   STATE **MA**

8. PATIENT STATUS
Single   Married X   Other

CITY   **AGAWAM**   STATE **MA**

ZIP CODE   **01001**   TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE   **01001**   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH   MM  DD  YY   **03  21  1937**   M X   SEX   F

b. OTHER INSURED'S DATE OF BIRTH

b. AUTO ACCIDENT?
YES   X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
**MEDICARE OF MA**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT:   MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM  DD  YY   TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**DAVID   CHADBOURNE MD**

17a. I.D. NUMBER OF REFERRING PHYSICIAN
**B99559**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM  DD  YY   TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **185**   3.
2.   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 12 14 2004 | 12 14 2004 | 11 | 1 | 99213 | 1 | 100 00 | 1 | | | | 043499715 |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   **043499715**   SSN   EIN X

26. PATIENT'S ACCOUNT NO.   **282550**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)   X YES   NO

28. TOTAL CHARGE   $ **100 00**

29. AMOUNT PAID   $ **88 81**

30. BALANCE DUE   $ **11 19**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**PHILIP T GLYNN MD**
SIGNED   **01/13/2005**   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**GLYNN AND MURRAY OFFICE**
**299 CAREW STREET, STE 400**
**SPRINGFIELD MA 01104**

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   289 1189
**GLYNN & MURRAY, PC**
**PO BOX 3160**
**ANDOVER MA 01810**
PIN #   GRP #   **043499715**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000010

```
NATIONAL HERITAGE INSURANCE COMPANY                    128168637 100001247              MEDICARE
PROVIDER #: H20895                              MURRAY AND GLYNN PC                      REMITTANCE
CHECK/EFT #:128168637           01/03/05       PAGE #: 4 OF 6                            NOTICE
```

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| J09682 | 1215 121504 11 | 1 99206 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 23.05 |
| J09682 | 1215 121504 11 | 1 93000 | | | 60.00 | 28.61 | 0.00 | 5.76 CO-42 | 31.19 | 23.05 |
| J09682 | 1215 121504 11 | 1 82270 | | | 15.00 | 4.54 | 0.00 | 0.00 CO-42 | 10.46 | 4.54 |
| PT RESP | 23.21 | CLAIM TOTALS | | | 225.00 | 120.59 | 0.00 | 23.21 | 104.41 | 97.38 |
| | | | | | | | | | | 97.38 NET |

| J08093 | 1216 121604 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |

CLAIM INFORMATION FORWARDED TO: NAT ASSOC OF LETTER CARRIER

| | 1216 121404 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |

| J08093 | 1214 121404 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |

ACNT 282550                       ICN 0204356042460   ASB Y  HOA HAOI

REDACTED

| | | AIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| | | | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| | | | | | | | | | | 44.78 NET |

| J09682 | 1215 121504 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| J09682 | 1215 121504 11 | 1 93000 | | | 60.00 | 28.81 | 0.00 | 6.76 CO-42 | 31.19 | 23.05 |
| J09682 | 1215 121504 11 | 1 94760 | | | 20.00 | 0.00 | 0.00 | 0.00 CO-B15 | 20.00 | 0.00 |
| PT RESP | 29.21 | CLAIM TOTALS | | | 230.00 | 116.05 | 0.00 | 23.21 | 113.95 | 92.84 |
| | | | | | | | | | | 92.84 NET |

CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO

| J09682 | 1216 121604 11 | 1 60008 | | | 24.00 | 10.01 | 0.00 | 0.00 CO-42 | 5.90 | 10.10 |
| J09682 | 1216 121604 11 | | | | | | | 0.00 CO-42 | 13.99 | 10.01 |
| PT RESP | 0.00 | CLAIM TOTALS | | | 40.00 | 20.11 | 0.00 | 0.00 | 19.89 | 20.11 |
| | | | | | | | | | | 20.11 NET |

| | 1214 121404 11 | 1 99213 | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| PT RESP | 11.19 | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| | | | | | | | | | | 44.78 NET |

| J09682 | 1216 121604 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |

| J08093 | 1214 121404 11 | 1 99213 | | | 100.00 | 55.97 | | 11.19 | 44.03 | 44.78 |
| PT RESP | 11.19 | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| | | | | | | | | | | 44.78 NET |

| J08093 | 1214 121404 11 | 1 99213 | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| PT RESP | 11.19 | CLAIM TOTALS | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 |
| | | | | | | | | | | 44.78 NET |

| J09682 | 1215 121504 11 | 1 99211 | | | 40.00 | 23.15 | 0.00 | 4.63 CO-42 | 16.85 | 18.52 |
| PT RESP | 4.63 | CLAIM TOTALS | | | 40.00 | 23.15 | 0.00 | 4.63 | 16.85 | 18.52 |
| | | | | | | | | | | 18.52 NET |

| J08093 | 1214 121404 11 | 1 90656 | | | 16.00 | 10.10 | 0.00 | 0.00 PR-49 | 24.00 | 0.08 |
| J08093 | 1214 121404 11 | 1 90471 | | | 24.00 | 0.00 | 0.00 | 0.00 PR-49 | 24.00 | 0.08 |
| J08093 | 1214 121404 11 | 1 90782 59 | | | 35.00 | 26.66 | 0.00 | 5.33 CO-42 | 8.34 | 21.33 |
| J08093 | 1214 121404 11 | 60 J0880 | | | 2460.00 | 1272.00 | 0.00 | 254.40 CO-42 | 1188.00 | 1017.60 |
| PT RESP | 283.73 | CLAIM TOTALS | | | 2535.00 | 1308.76 | 0.00 | 259.73 | 1226.24 | 1049.03 |
| | | | | | | | | | | 1049.03 NET |

HIGHLY CONFIDENTIAL
SMW/MASS 000011

PLEASE DO NOT STAPLE IN THIS AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

REDACTED

3. PATIENT'S BIRTH DATE: MM 03 DD 21 YY 1937   SEX M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

5. PATIENT'S ADDRESS (No., Street)

REDACTED

CITY: AGAWAM   STATE: MA

ZIP CODE: 01001   TELEPHONE (Include Area Code)

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

8. PATIENT STATUS: Single Married [X] Other

Employed Full-Time Student Part-Time Student

7. INSURED'S ADDRESS (No., Street)

REDACTED

CITY: AGAWAM   STATE: MA

ZIP CODE: 01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

REDACTED

b. OTHER INSURED'S DATE OF BIRTH: MM 03 DD 21 YY 1937   SEX M [X] F

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE OF MA

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO [X]

b. AUTO ACCIDENT? YES NO [X]   PLACE (State)

c. OTHER ACCIDENT? YES NO [X]

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH: MM 03 DD 21 YY 1937   SEX M [X] F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP): MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: DAVID CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN: B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 285.9   3.

2. ___   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 09 2004 | 12 09 2004 | 11 | 1 | 90782 | | 1 | 35 00 | 1 | | | | 043499715 |
| 12 09 2004 | 12 09 2004 | 11 | 1 | Q0136 | | 1 | 1200 00 | 40 | | | | 043499715 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 043499715   SSN EIN [X]

26. PATIENT'S ACCOUNT NO.: 281050

27. ACCEPT ASSIGNMENT? (For govt. claims see back) [X] YES NO

28. TOTAL CHARGE: $ 1235 00

29. AMOUNT PAID: $ 1136 71

30. BALANCE DUE: $ 98 29

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED: PHILIP T GLYNN MD   DATE: 01/13/2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   285 0169

GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810

PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

11.7 INH · 116 DeP

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000012

NATIONAL HERITAGE INSURANCE.COMPANY
PROVIDER #: M20895
CHECK/EFT #:128156460                12/28/04

12815646D I00000821
MURRAY AND GLYNN PC
PAGE #: 2 OF 3

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|--------|-------|------------|---------|
| J08093 | 1210 121004 11 | 1 90782 | | | 35.00 | 26.66 | 0.00 | 5.33 CO-42 | 8.34 | 21.33 |
| PT RESP | 98.29 | 40 00136 | | | 1200.00 | 464.80 | 0.00 | 92.96 CO-42 | 735.20 | 371.84 |
| | | CLAIM TOTALS | | | 1235.00 | 491.46 | 0.00 | 98.29 | 743.54 | 393.17 |
| | | | | | | | | | | 393.17 NET |
| | | | | | | | | | | |
| | 1210 121004 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | | | | 69.79 NET |
| | | | | | | | | | | |
| J08093 | 1210 121004 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CD-42 | 62.76 | |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |
| | | | | ACNT 281050 | | | | | | |
| J08093 | 1209 120504 11 | 1 90782 | | | 35.00 | 26.66 | 0.00 | 5.33 CO-42 | 8.34 | |
| J08093 | 1209 120904 11 | 40 00136 | | | 1200.00 | 464.80 | 0.00 | 92.96 CO-42 | 735.20 | 371.84 |
| PT RESP | 98.29 | CLAIM TOTALS | | OF ALABAMA | 1235.00 | 491.46 | 0.00 | 98.29 | 743.54 | 393.17 |
| | | | | | | | | | | 393.17 NET |
| | | | | ACNT 281050 | | | ICN 0204351043780 | ASG Y  NOA MAO1 | | |
| J08093 | 1209 120904 11 | | | | 35.00 | 26.66 | 0.00 | 5.33 CO-42 | 8.34 | 21.33 |
| J08093 | 1209 120904 11 | 40 00136 | | | 1200.00 | 464.80 | 0.00 | 92.96 CO-42 | 735.20 | 371.84 |
| PT RESP. | 98.29 | CLAIM TOTALS | | | 1235.00 | 491.46 | 0.00 | 98.29 | 743.54 | 393.17 |
| | | | | | | | | | | 393.17 NET |
| | 1210 121004 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CD-42 | 62.76 | |
| PT RESP | 17.45 | CLAIM TOTALS | | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 |
| | | | | | | | | | | 69.79 NET |
| | | | | | | | | | | |
| J09682 | 1210 121004 11 | 1 99214 | | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| J09682 | 1210 121004 11 | 1 93000 | | | 60.00 | 28.81 | 0.00 | 5.76 CO-42 | 31.19 | 23.05 |
| J09682 | 1210 121004 11 | 1 82270 | | | 15.00 | 4.54 | 0.00 | 0.00 CO-42 | 10.46 | 4.54 |
| PT RESP | 23.21 | CLAIM TOTALS | | | 225.00 | 120.59 | 0.00 | 23.21 | 104.41 | 97.38 |
| | | | | | | | | | | 97.38 NET |

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**BOB ATTACHED**

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**REDACTED**

3. PATIENT'S BIRTH DATE  MM 03 DD 21 YY 1937  SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**REDACTED**

5. PATIENT'S ADDRESS (No., Street)
**REDACTED**

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  AGAWAM   STATE MA

8. PATIENT STATUS
Single  Married X  Other

CITY  AGAWAM   STATE MA

ZIP CODE  01001   TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE  01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**REDACTED**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  MM 03 DD 21 YY 1937  SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH  MM 03 DD 21 YY 1937  SEX  M X

b. AUTO ACCIDENT?  YES  X NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY   TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID  CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY   TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 285.9    3. |___
2. 185.     4. |___

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 1 | 07 01 2004 | 07 01 2004 | 11 | 1 | 90782 | | 1,2 | 35.00 | 1 | | | | 043499715 |
| 2 | 07 01 2004 | 07 01 2004 | 11 | 1 | Q0136 | | 1,2 | 1200.00 | 40 | | | | 043499715 |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  043499715  SSN  EIN X

26. PATIENT'S ACCOUNT NO.  213290

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  X YES  NO

28. TOTAL CHARGE  $ 1235.00

29. AMOUNT PAID  $ 1136.71

30. BALANCE DUE  $ 98.29

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PHILIP T GLYNN MD
SIGNED  03/08/2005  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  978 289-1189
GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

10/4 Avo

HIGHLY CONFIDENTIAL
SMWNMASS 000044

```
NATIONAL HERITAGE INSURANCE COMPANY                    127905604 100000782        MEDICARE
PROVIDER #: M20895                          MURRAY AND GLYNN PC                    REMITTANCE
CHECK/EFT #:127905604          09/28/04      PAGE #: 3 OF 5                         NOTICE
```

| PERF PROV | SERV DATE POS MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|
| | 0910 091004 11 | 1 93000 | | 60.00 | 55.97 28.81 | 0.00 0.00 | 11.19 CO-42 5.76 CO-42 | 44.03 31.19 | 23.05 67.83 |
| PT RESP 16.95 | | CLAIM TOTALS | | 160.00 | 84.78 | 0.00 | 16.95 | 75.22 | 67.83 NET |
| J09682 | 0910 091004 11 | 1 93000 | | 150.00 60.00 | 87.24 28.81 | 0.00 0.00 | 17.45 CO-42 5.76 CO-42 | 62.76 31.19 | 69.79 23.05 |
| PT RESP 23.21 | | CLAIM TOTALS | | 210.00 | 116.05 | 0.00 | 23.21 | 93.95 | 92.84 NET |
| | 0908 090804 22 | 1 99213 | | 100.00 | 36.58 | 0.00 | 7.32 CO-B6 | 63.42 | 29.26 |
| PT RESP 7.32 | | CLAIM TOTALS | | 100.00 | 36.58 | 0.00 | 7.32 | 63.42 | 29.26 NET |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | |
| J09682 | 0910 091004 11 | 1 99214 | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| PT RESP 17.45 | | CLAIM TOTALS | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 NET |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | |
| PT RESP 11.19 | | CLAIM TOTALS | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| PT RESP 11.19 | | | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 NET |
| CLAIM INFORMATION FORWARDED TO: JOHN HANCOCK | | | | | | | | | |
| J00693 | 0910 091004 11 | 1 99214 | | 150.00 | 87.24 | 0.00 | 17.45 CO-42 | 62.76 | 69.79 |
| PT RESP 17.45 | | CLAIM TOTALS | | 150.00 | 87.24 | 0.00 | 17.45 | 62.76 | 69.79 NET |
| PT RESP 7.32 | | CLAIM TOTALS | | 100.00 | 36.58 | 0.00 | 7.32 CO-B6 | 63.42 | 29.26 |
| | | | | 100.00 | 36.58 | 0.00 | 7.32 | 63.42 | 29.26 NET |
| CLAIM INFORMATION FORWARDED TO: WPS-TRICARE | | | | | | | | | |
| PT RESP 7.32 | 0908 090804 22 | 1 99213 | | 100.00 | 36.58 | 0.00 | 7.32 CO-86 | 63.42 | 29.26 |
| | | CLAIM TOTALS | | 100.00 | 36.58 | 0.00 | 7.32 | 63.42 | 29.26 NET |
| PT RESP 11.19 | 0910 091004 11 | 1 99213 | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| | | CLAIM TOTALS | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 NET |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF ALABAMA | | | | | | | | | |
| PT RESP 11.19 | 0910 091004 11 | 1 99213 | | 100.00 | 55.97 | 0.00 | 11.19 CO-42 | 44.03 | 44.78 |
| | | CLAIM TOTALS | | 100.00 | 55.97 | 0.00 | 11.19 | 44.03 | 44.78 NET |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | |
| J09682 | 0910 091004 11 | 1 93000 | | 100.00 60.00 | 55.97 28.81 | 0.00 0.00 | 11.19 CO-42 5.76 CO-42 | 44.03 31.19 | 23.05 67.83 |
| PT RESP 16.95 | | CLAIM TOTALS | | 160.00 | 84.78 | 0.00 | 16.95 | 75.22 | 67.83 NET |
| CLAIM INFORMATION FORWARDED TO: JOHN HANCOCK | | | | | | | | | |
| PT RESP 7.32 | | CLAIM TOTALS | | 100.00 | 36.58 | 0.00 | 7.32 CO-B6 | 63.42 | 29.26 |
| CLAIM INFORMATION FORWARDED TO: AARP | | | | | | | | | | 29.26 NET |
| J08093 | 0701 070104 11 | REDACTED 40 00136 | ACNT 213290 | 35.00 1200.00 | 26.66 464.80 | ICN 0204260054720 0.00 5.33 CO-42 0.00 92.96 CO-42 | ASG Y NOA NA01 8.34 735.20 | 21.33 371.84 |
| PT RESP 98.29 | | CLAIM TOTALS | | 1235.00 | 491.46 | 0.00 | 98.29 | 743.54 | 393.17 393.17 NET |
| PT RESP 7.32 | 0908 090804 22 | 1 99213 | | 100.00 | 36.58 | 0.00 | 7.32 CO-B6 | 63.42 | 29.26 |
| | | CLAIM TOTALS | | 100.00 | 36.58 | 0.00 | 7.32 | 63.42 | 29.26 NET |
| CLAIM INFORMATION FORWARDED TO: WPS-TRICARE | | | | | | | | | |

HIGHLY CONFIDENTIAL

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

CARRIER

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM DD YY
03 21 1937 M X SEX F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

5. PATIENT'S ADDRESS (No., Street)

REDACTED

CITY AGAWAM    STATE MA

ZIP CODE 01001    TELEPHONE (Include Area Code) (

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

8. PATIENT STATUS
Single  Married X  Other

Employed  Full-Time Student  Part-Time Student

7. INSURED'S ADDRESS (No., Street)

CITY AGAWAM    STATE MA

ZIP CODE 01001    TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

REDACTED

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY
03 21 1937 M X SEX F

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

b. AUTO ACCIDENT?
YES  X NO    PLACE (State)

c. OTHER ACCIDENT?
YES  X NO

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH
MM DD YY
03 21 1937 M X SEX F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY    MM DD YY
FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID  CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY    MM DD YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 285.9
2. 185
3.
4.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | |
| 1 | 02 10 2005 | | | 02 10 2005 | | 11 | 1 | G0351 | 1,2 | 38.00 | 1 | | | | 043499715 |
| 2 | 02 10 2005 | | | 02 10 2005 | | 11 | 1 | Q0136 | 1,2 | 1800.00 | 60 | | | | 043499715 |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 043499715  X | 308230 | X YES  NO | $ 1838.00 | $ 1711.74 | $ 126.26 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED 03/08/2005 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #    978 289-1189
GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

317 DeP

HIGHLY CONFIDENTIAL
SMWMASS 000016

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M20895
CHECK/EFT #:128300543          02/28/05

128300543 100001294
MURRAY AND GLYNN PC
PAGE #: 5 OF 8

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | | | | | | PROV PD |
|-----------|-----------|---------|------|------|---|---|---|---|---|---------|
| J08093 | 0210 021005 11 | 1 99213 | 111.00 | 55.74 | 0.00 | 11.15 CO-42 | 55.26 | 44.59 | | |
| PT RESP | 11.15 | CLAIM TOTALS | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 | 44.59 NET | |

| J08093 | 0202 020205 22 | 1 99211 25 | 47.00 | 9.35 | 0.00 | 1.87 CO-86 | 37.65 | 7.48 | | |
| J08093 | 0202 020205 22 | 1 38220 5951 | 401.00 | 92.58 | 0.00 | 6.52 CO-86 | 335.84 | 26.06 | | |
| | | | | | | CO-59 | 32.58 | | | |
| J08093 | 0202 020205 22 | 1 38221 59 | 442.00 | 82.06 | 0.00 | 16.41 CO-86 | 359.94 | 65.65 | | |
| PT RESP | 24.80 | CLAIM TOTALS | 890.00 | 123.99 | 0.00 | 24.80 | 766.01 | 99.19 | 99.19 NET | |

| J08093 | 0208 020805 11 | 1 99213 | 111.00 | 55.74 | 0.00 | 11.15 CO-42 | HA18 55.26 | 44.59 | | |
| PT RESP | 11.15 | CLAIM TOTALS | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 | 44.59 NET | |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF ALABAMA | | | | | | | | | | |

REDACTED

| | | | ACNT 308230 | | | ICN 0205047059500 | ASG Y  HOA NAO1 | | |
| | | | 38.00 | 70.52 | 0.00 | 4.30 CO-42 | 17.48 | 16.42 | |
| | | | 1800.00 | 610.80 | 0.00 | 122.16 CO-42 | 3189.20 | 488.64 | |
| PT RESP | 126.26 | CLAIM TOTALS | 1838.00 | 631.32 | 0.00 | 126.26 | 1206.68 | 505.06 | 505.06 NET |

| J08093 | 0102 010205 21 | 1 99223 | 250.00 | 161.95 | 0.00 | 32.39 CO-42 | 88.06 | 129.56 | |
| PT RESP | 32.39 | CLAIM TOTALS | 250.00 | 161.95 | 0.00 | 32.39 | 88.06 | 129.56 | 129.56 NET |

| J08093 | 0210 021005 11 | 1 99214 | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 | |
| PT RESP | 17.44 | CLAIM TOTALS | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 | 69.74 NET |

| J08093 | 0209 020905 22 | 1 99214 | 174.00 | 60.96 | 0.00 | 12.19 CO-86 | 113.04 | 48.77 | |
| PT RESP | 12.19 | CLAIM TOTALS | 174.00 | 60.96 | 0.00 | 12.19 | 113.04 | 48.77 | 48.77 NET |
| CLAIM INFORMATION FORWARDED TO: WPS-TRICARE | | | | | | | | | |

| J09682 | 0208 020805 11 | 1 99213 | 111.00 | 56.74 | 55.74 | 0.00 CO-42 | 55.26 | 0.00 | |
| J09682 | 0208 020805 11 | 1 90732 | 47.00 | 23.28 | 0.00 | 0.00 CO-42 | 23.72 | 23.28 | |
| J09682 | 0208 020805 11 | 1 G0008 | 40.00 | 22.07 | 0.00 | 0.00 CO-42 | 17.93 | 22.07 | |
| PT RESP | 55.74 | CLAIM TOTALS | 198.00 | 101.09 | 55.74 | 0.00 | 96.91 | 45.35 | 45.35 NET |

| J08093 | 0209 020905 22 | 1 99214 | 174.00 | 60.96 | 0.00 | 12.19 CO-86 | 113.04 | 48.77 | |
| PT RESP | 12.19 | CLAIM TOTALS | 174.00 | 60.96 | 0.00 | 12.19 | 113.04 | 48.77 | 48.77 NET |
| CLAIM INFORMATION FORWARDED TO: WPS-TRICARE | | | | | | | | | |

| J08093 | 0208 020805 11 | 1 99214 | 174.00 | 87.18 | 54.26 | 6.58 CO-42 | 86.82 | 26.34 | |
| PT RESP | 60.84 | CLAIM TOTALS | 174.00 | 87.18 | 54.26 | 6.58 | 86.82 | 26.34 | 26.34 NET |

| J08093 | 0210 021005 11 | 1 G0360 | 80.00 | 43.27 | 0.00 | 8.65 CO-42 | 36.73 | 34.62 | |
| J08093 | 0210 021005 11 | 1 G0362 | 173.00 | 95.03 | 0.00 | 19.01 CO-42 | 77.97 | 76.02 | |
| J08093 | 0210 021005 11 | 1 G9021 | 43.34 | 43.34 | 0.00 | 8.67 | | 34.67 | |
| J08093 | 0210 021005 11 | 1 G9025 | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 | |
| J08093 | 0210 021005 11 | 1 G9030 | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 | |
| J08093 | 0210 021005 11 | 50 J9035 | 5760.00 | 2854.00 | 0.00 | 570.80 CO-42 | 2846.00 | 2283.20 | |
| J08093 | 0210 021005 11 | 10 J1100 | 10.00 | 1.40 | 0.00 | 0.28 CO-42 | 8.60 | 1.12 | |
| J08093 | 0210 021005 11 | 40 Q0136 | 1200.00 | 407.20 | 0.00 | 81.44 CO-42 | 792.80 | 325.76 | |
| J08093 | 0210 021005 11 | 2 J9190 | 6.00 | 3.36 | 0.00 | 0.67 CO-42 | 2.64 | 2.69 | |
| J08093 | 0210 021005 11 | 10 J1626 | 400.00 | 70.90 | 0.00 | 14.18 CO-42 | 329.10 | 56.72 | |
| J08093 | 0210 021005 11 | 9 J9206 | 2880.00 | 1130.22 | 0.00 | 226.04 CO-42 | 1749.78 | 904.18 | |
| J08093 | 0210 021005 11 | 1 J0640 | 15.00 | 1.30 | 0.00 | 0.26 CO-42 | 13.70 | 1.04 | |
| J08093 | 0210 021005 11 | 4 J7040 | 60.00 | 0.20 | 0.00 | 0.04 CO-42 | 59.80 | 0.16 | |
| PT RESP | 947.38 | CLAIM TOTALS | 10654.00 | 4736.88 | 0.00 | 947.38 | 5917.12 | 3789.50 | 3789.50 NET |
| CLAIM INFORMATION FORWARDED TO: UNICARE | | | | | | | | | |

HIGHLY CONFIDENTIAL
SMW/MASS 000017

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

**HEALTH INSURANCE CLAIM FORM**

PICA | | | | | | PICA | | |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM 03 DD 21 YY 1937 SEX M [X] F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

REDACTED

REDACTED

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) |

| CITY AGAWAM | STATE MA | 8. PATIENT STATUS Single Married [X] Other | CITY AGAWAM | STATE MA |

| ZIP CODE 01001 | TELEPHONE (Include Area Code) | Employed Full-Time Student Part-Time Student | ZIP CODE 01001 | TELEPHONE (INCLUDING AREA CODE) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

REDACTED

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [X] NO | a. INSURED'S DATE OF BIRTH MM 03 DD 21 YY 1937 SEX M [X] F |

| b. OTHER INSURED'S DATE OF BIRTH MM 03 DD 21 YY 1937 SEX M [X] F | b. AUTO ACCIDENT? YES [X] NO PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME MEDICARE OF MA | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE DAVID    CHADBOURNE MD | 17a. I.D. NUMBER OF REFERRING PHYSICIAN B99559 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES [X] NO $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 285.9    3.

2.    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 03 2005 | 02 03 2005 | 11 | 1 | Q0136 | 1 | 1800.00 | 60 | | | | 043499715 |
| 02 03 2005 | 02 03 2005 | 11 | 1 | G0351 | 1 | 38.00 | 1 | | | | 043499715 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER 043499715 | SSN EIN [X] | 26. PATIENT'S ACCOUNT NO. 305160 | 27. ACCEPT ASSIGNMENT? (For govt. claims see back) [X] YES NO | 28. TOTAL CHARGE $ 1838.00 | 29. AMOUNT PAID $ 1711.74 | 30. BALANCE DUE $ 126.26 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) PHILIP T GLYNN MD SIGNED 03/08/2005 DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office) GLYNN AND MURRAY OFFICE 299 CAREW STREET, STE 400 SPRINGFIELD MA 01104 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # 978 289-1189 GLYNN & MURRAY, PC PO BOX 3160 ANDOVER MA 01810 PIN # GRP # 043499715 |

311 Dep

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CARRIER PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION

HIGHLY CONFIDENTIAL
SMWNMASS 000048

```
NATIONAL-HERITAGE INSURANCE COMPANY          128289075 100001078        MEDICARE
PROVIDER #: H20895                      MURRAY AND GLYNN PC             REMITTANCE
CHECK/EFT #:128289075        02/22/05   PAGE #: 3 OF 4                     NOTICE
```

| PERF PROV | SERV DATE | POS | MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|-----|------|------|--------|---------|--------|-------|-----------|---------|
| J09883 | 0203 020305 | 11 | | | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | | | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF ALABAMA | | | | | | | | | | | |

REDACTED

|  |  |  |  |  |  | ACNT 305160 | | | ICN 02D5040049720 | ASG Y  MOA MA01 | |
|  | | | | | | 1800.00 | 610.80 | 0.00 | 122.16 CO-42 | 1189.20 | 488.64 |
|  | 0203 020305 | 11 | | | 60351 | 38.00 | 20.52 | 0.00 | 4.30 CO-42 | 17.48 | 16.42 |
| | | | | CLAIM TOTALS | | 1838.00 | 631.32 | 0.00 | 126.26 | 1206.68 | 505.06 |
| | | | | | | | | | | | 505.06 NET |

| J09882 | 0204 020405 | 11 | | 1 99214 | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |

| J09882 | 0203 020305 | 11 | | 1 99243 | | 257.00 | 128.61 | 0.00 | 25.72 CO-42 | 128.39 | 102.89 |
| PT RESP | 25.72 | | | CLAIM TOTALS | | 257.00 | 128.61 | 0.00 | 25.72 | 128.39 | 102.89 NET |
| CLAIM INFORMATION FORWARDED TO: UNICARE | | | | | | | | | | | |

| J09883 | 0203 020305 | 11 | | 1 99215 | | 300.00 | 243.10 | 0.00 | 48.62 CO-42 | 56.90 | 194.48 |
| PT RESP | 48.62 | | | CLAIM TOTALS | | 300.00 | 243.10 | 0.00 | 48.62 | 56.90 | 194.48 NET |
| CLAIM INFORMATION FORWARDED TO: UNICARE | | | | | | | | | | | |

| J09882 | 0203 020305 | 11 | | 1 99214 | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |

| J09883 | 0204 020405 | 11 | | 1 99214 | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | | CLAIM TOTALS | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |

| | | | | 1 99213 | | 111.00 | 55.74 | 0.00 | 11.15 CO-42 | 55.26 | 44.59 |
| PT RESP | 11.15 | | | CLAIM TOTALS | | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 NET |

| J09882 | 0215 021505 | 11 | | 1 99213 | | 111.00 | 55.74 | 55.74 | 0.00 CO-42 | 55.26 | 0.00 |
| PT RESP | 55.74 | | | CLAIM TOTALS | | 111.00 | 55.74 | 55.74 | 0.00 | 55.26 | 0.00 NET |

| J09882 | 0215 021505 | 11 | | 1 J3010 2600 | | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 |
| REM: M51 | | | | | | | | | | | |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 NET |

| REM: M51 | | | | | | | | | | | |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 NET |

| | 021505 | 11 | | 1 J3010 2600 | | 14.00 | 0.00 | 0.00 | 0.00 CO-B18 | 14.00 | 0.00 |
| REM: M51 | | | | | | | | | | | |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 14.00 | 0.00 | 0.00 | 0.00 | 14.00 | 0.00 NET |

| J09882 | 0211 021105 | 11 | | 1 94760 | | 111.00 | 55.74 | 55.74 | 0.00 CO-B15 | 10.00 | 0.00 |
| PT RESP | 55.74 | | | CLAIM TOTALS | | 121.00 | 55.74 | 55.74 | 0.00 | 66.26 | 0.00 NET |

| | | | | | | 111.00 | 0.00 | 0.00 | 0.00 PR-31 | 111.00 | 0.00 |
| PT RESP | 111.00 | | | CLAIM TOTALS | | 111.00 | 0.00 | 0.00 | 0.00 | 111.00 | 0.00 NET |

HIGHLY CONFIDENTIAL
SMW/MASS 000018



04-3499715    288260    · 57

Employee

<u>04/25/2005</u>
Date Issued

**Amount Paid:**    $98.29



AGAUAM, MA 01001

## File Copy ·    This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2876150**                                          Check No. **1399686**

### Explanation of Benefits        **SMW+ Program**

| Dates of Service From | To | Amount Charged | Non- Covered | Charges Allowed | Covered Amount | Amount Paid |
|---|---|---|---|---|---|---|
| 12/09/2004 | 12/09/2004 | $1,235.00 | $0.00 | $98.29 | $98.29 | $98.29 |
| Total | $1,235.00 | $0.00 | $98.29 | $98.29 | $98.29 | |

Comments:

---

| | Provider: | | |
|---|---|---|---|
| | Participant SSN: | REDACTED | |
| MURRAY AND GLYNN PC | RES    Claim Number:  2876150 | | 01 |
| PO BOX 3160 | | | |
| ANDOVER, MA 01810 | | | |

Processed by      *Southern Benefit*
                              *Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000020



57

| Employee |

04-3499715 | 288260

<u>04/25/2005</u>
Date Issued

Amount Paid:  $11.19



File Copy       This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2876149**

Check No. **1399685**

**Explanation of Benefits**          **SMW+ Program**

| Dates of Service From | To | Amount Charged | Non Covered | Charges Allowed | Covered Why What | May Was Paid |
|---|---|---|---|---|---|---|
| 12/14/2004 | 12/14/2004 | $100.00 | $0.00 | $11.19 | $11.19 | $11.19 |

| | | Total | $100.00 | $0.00 | $11.19 | $11.19 | $11.19 |

Comments:

Provider:
Participant SSN
RES   Claim Number:  2876149

REDACTED

01

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

 *Southern Benefit*
Processed by   *Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000031



57

| 04-3499715 | 288260 |
|---|---|

04/25/2005
Date Issued

**Amount Paid:** $126.26



AGAUAM, MA 01001

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2876151**

Check No. **1399687**

**Explanation of Benefits**        **SMW+ Program**

| Dates of Service From | To | Amount Charges Covered | Non Covered | Charges Allowed | Covered Maj Med | Maj Med Pay |
|---|---|---|---|---|---|---|
| 02/10/2005 | 02/10/2005 | $1,838.00 | $0.00 | $126.26 | $126.26 | $126.26 |

| Total Charges | | | $0.00 | $126.26 | $126.26 | $126.26 |

Comments:

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

Provider:
Participant SSN:  REDACTED MURRAY AND GLYNN PC
RES   Claim Number:  2876151

01

Processed by     *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000033

PLEASE DO NOT STAPLE IN THIS AREA

SHEET METAL WORKERS
PO BOX 1449
GOODLETTSVILLE TN 37070

EOB ATTACHED

## HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER  — 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME — **REDACTED**

3. PATIENT'S BIRTH DATE  03 21 1937  SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial) — **REDACTED**

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse Child Other

7. INSURED'S ADDRESS — **REDACTED**

CITY AGAWAM  STATE MA

8. PATIENT STATUS  Single  Married [X]  Other

CITY AGAWAM  STATE MA

ZIP CODE 01001  TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE 01001  TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) — **REDACTED**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES [X] NO

a. INSURED'S DATE OF BIRTH  03 21 1937  SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH  03 21 1937  SEX M [X] F

b. AUTO ACCIDENT?  YES [X] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME  MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  [X] YES  NO  If yes, return to and complete items 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE  DAVID  CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN  B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 185.__    3. 787.02
2. 285.9     4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 07 2005 | 01 07 2005 | 11 | 1 | G0351 | | 1 | 21 00 | 1 | | | | 043499715 |
| 01 07 2005 | 01 07 2005 | 11 | 1 | J1100 | | 1 | 50 00 | 10 | | | | 043499715 |
| 01 07 2005 | 01 07 2005 | 11 | 1 | Q0136 | | 2 | 1800 00 | 60 | | | | 043499715 |
| 01 07 2005 | 01 07 2005 | 11 | 1 | J1626 | | 3 | 400 00 | 10 | | | | 043499715 |
| 01 07 2005 | 01 07 2005 | 11 | 1 | J9293 | | 1 | 3850 00 | 5 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]  043499715

26. PATIENT'S ACCOUNT NO.  292970

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  [X] YES  NO

28. TOTAL CHARGE  $ 6121 00

29. AMOUNT PAID  $ 5658 48

30. BALANCE DUE  $ 462 52

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD  SIGNED 02/24/2005 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)  GLYNN AND MURRAY OFFICE  299 CAREW STREET, STE 400  SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  978 289-1189  GLYNN & MURRAY, PC  PO BOX 3160  ANDOVER MA 01810  PIN #  GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000023

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: N20895
CHECK/EFT #:120242476                 02/01/05

128242476 100000073B
MURRAY AND GLYNN PC
PAGE #: 2 OF 4

MEDICARE
REMITTANCE
NOTICE

| PERF.PROV | SERV.DATE POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-------------------|------|------|--------|---------|--------|-------|-----------|---------|
| J08093 | 0110 011005 11 | 3 J2430 | | 160.00 | 80.51 | 22.82 | 11.54 CO-42 | 1487.82 | 141.74 |
| J08093 | 0110 011005 11 | 1 J7040 | | 1565.00 | 177.18 | 0.00 | 35.44 CO-42 | 14.95 | 0.04 |
| J08093 | 0110 011005 11 | 1 60347 | | 15.00 | 0.05 | 0.00 | 0.01 CO-42 | | 64.80 |
| J08093 | 0130 011005 11 | 1 60347 | | 81.00 | 81.00 | 0.00 | 16.20 | | 22.40 |
| J08093 | 0110 011005 11 | 1 60348 | | 28.00 | 28.00 | 0.00 | 5.60 | | 30.40 |
| J08093 | 0110 011005 11 | 1 60356 | | 38.00 | 38.00 | 0.00 | 7.60 | | 0.00 |
| J08093 | 0110 011005 11 | 1 69021 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0110 011005 11 | 1 69025 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0110 011005 11 | 1 69029 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 305.53 |
| PT RESP | 99.21 | CLAIM TOTALS | | 1987.03 | 404.74 | 22.82 | 76.39 | 1582.29 | 305.53 NET |

REDACTED

| | | | | ACNT 292970 | | | 1CR 0205020049B90 ASG Y HOA HA03 | | |
|-----------|-------------------|------|------|--------|---------|--------|-------|-----------|---------|
| | 0110 010705 11 | | | 45.00 | 0.00 | 0.00 | 0.00 CO-107 | 45.00 | 0.00 |
| J08093 | 0107 010705 11 | 1 60351 | | 21.00 | 20.52 | 0.00 | 4.10 CO-42 | 0.48 | 16.42 |
| J08093 | 0107 010705 11 | 1 60353 | | 30.00 | 0.00 | 0.00 | 0.00 CO-B15 | 30.00 | 0.00 |
| REM: M80 | | | | | | | | | |
| J08093 | 0107 010705 11 | 1 60359 | | 182.00 | 0.00 | 0.00 | 0.00 CO-B13 | 182.00 | 0.00 |
| REM: M86 | | | | | | | | | |
| J08093 | 0107 010705 11 | 1 69022 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0107 010705 11 | 1 69025 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0107 010705 11 | 1 69030 | | 0.01 | 0.00 | 0.00 | 0.28 CO-42 | 0.01 | 0.00 |
| J08093 | 0107 010705 11 | 10 J1100 | | 50.00 | 1.40 | 0.00 | 0.28 CO-42 | 48.60 | 1.12 |
| J08093 | 0107 010705 11 | 60 00136 | | 1800.00 | 610.80 | 0.00 | 122.16 CO-42 | 1189.20 | 488.64 |
| J08093 | 0107 010705 11 | 10 J1626 | | 400.00 | 70.90 | 0.00 | 14.18 CO-42 | 329.10 | 56.72 |
| J08093 | 0107 010705 11 | 5 J9293 | | 3850.00 | 1609.00 | 0.00 | 321.80 CO-42 | 2241.00 | 1287.20 |
| PT RESP | 462.52 | CLAIM TOTALS | | 6378.00 | 2312.62 | 0.00 | 462.52 | 4065.41 | 1850.10 |
| | | | | | | | | | 1850.10 NET |

| J09682 | 0114 011405 11 | 1 99214 | | 150.00 | 67.18 | 57.18 | 0.00 CO-42 | 62.52 | 10.10 |
| J09682 | 0114 011405 11 | 1 90658 | | 16.00 | 10.10 | 0.00 | 0.00 CO-42 | 5.90 | 22.07 |
| J09682 | 0114 011405 11 | 1 60008 | | 24.00 | 22.07 | 0.00 | 0.00 CO-42 | 1.93 | 32.17 |
| PT RESP | 87.18 | CLAIM TOTALS | | 190.00 | 119.35 | 57.18 | 0.00 | 70.65 | 32.17 NET |

| J08093 | 0114 01... | | | | 55.74 | 54.26 | ... | 44.26 | 1.18 |
| PT RESP | 54.56 | CLAIM TOTALS | | 100.00 | 55.74 | 54.26 | 0.30 | 44.26 | 1.18 |
| | | | | | | | | | 1.18 NET |

HIGHLY CONFIDENTIAL



57

04-3499715                    288260

**04/25/2005**
Date Issued

Amount Paid: 


AGAUAM, MA 01001

File Copy          This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. **2876148**    Phone (615) 859-0131   Toll-free (800) 831-4914    Check No. **1399684**

**Explanation of Benefits**          **SMW+ Program**

| Dates of Service From | To | Amount Charged | Not Covered | Charges Allowed | Covered by Plan | Paid Amount |
|---|---|---|---|---|---|---|
| 12/16/2004 | 12/16/2004 | $6,645.00 | $0.00 | $570.57 | $570.57 | $570.57 |
| Total | | $6,645.00 | $0.00 | $570.57 | $570.57 | $570.57 |

Comments:

Provider: MURRAY AND GLYNN PC          01

RES   Claim Number: 2876148

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

Processed by   *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000025

REDACTED | Employee | 57
04-3499715 | 296260

04/25/2005
Date Issued

Amount Paid: $570.57

REDACTED

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. 2876143     Phone (615) 859-0131  Toll-free (800) 831-4914     Check No. 1399679

**Explanation of Benefits**     **SMW+ Program**



| Dates of Service From | To | Amount Charged | Not Covered | Charges Allowed | Covered Net Medi | Medical Paid |
|---|---|---|---|---|---|---|
| 12/16/2004 | 12/16/2004 | $6,645.00 | $0.00 | $570.57 | $570.57 | $570.57 |

| Total | | $6,645.00 | $0.00 | $570.57 | $570.57 | $570.57 |

Comments:

---

REDACTED
MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

Provider: REDACTED
Participant SSB
RES  Claim Number: 2876143

01



Processed by    *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000026

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE  MM 03 DD 21 YY 1937  SEX M X F
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

REDACTED

CITY AGAWAM    STATE MA

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

REDACTED

CITY AGAWAM    STATE MA

ZIP CODE 01001    TELEPHONE (Include Area Code)

8. PATIENT STATUS
Single  Married X  Other
Employed  Full-Time Student  Part-Time Student

ZIP CODE 01001    TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

REDACTED

b. OTHER INSURED'S DATE OF BIRTH  MM 03 DD 11 YY 1937  SEX M X F

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

MEDICARE OF MA

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

b. AUTO ACCIDENT?
YES  X NO    PLACE (State)

c. OTHER ACCIDENT?
YES  X NO

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  MM 03 DD 21 YY 1937  SEX M X F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT:  MM DD YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM   TO   MM DD YY |
|---|---|---|

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID   CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY  FROM   TO   MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. L185._
2. 285.9
3. L____
4. L____

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A  DATES OF SERVICE  From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 27 2005 | 01 27 2005 | 11 | 1 | J9293 | 1,2 | 644 00 | 1 | | | | 043499715 |
| 2 | 01 27 2005 | 01 27 2005 | 11 | 1 | J7040 | 1,2 | 45 00 | 3 | | | | 043499715 |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims see back)  X YES  NO | 28. TOTAL CHARGE  $ 689 00 | 29. AMOUNT PAID  $ 624 61 | 30. BALANCE DUE  $ 64 39 |
|---|---|---|---|---|---|
| 043499715  X | 302320 | | | | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED 02/24/2005   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE #   978 289-1189

GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN#    GRP# 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE
2/22 DCP

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWM/AGG 000067

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M20895
CHECK/EFT #:128268310          02/14/05

128268310 100001480
MURRAY AND GLYNN PC
PAGE #: 3 OF 7

**MEDICARE
REMITTANCE
NOTICE**

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0127 012705 11 | 1 99214 | | | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | CLAIM TOTALS | | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |
| J09682 | 0125 012505 11 | 1 99214 | | | | 174.00 | 87.18 | 22.82 | 12.87 CO-42 | 86.82 | 51.49 |
| PT RESP | 35.69 | | CLAIM TOTALS | | | 174.00 | 87.18 | 22.82 | 12.87 | 86.82 | 51.49 NET |
| J08093 | 0126 012605 22 | 1 99214 | | | | 174.00 | 60.96 | 0.00 | 12.19 CO-86 | 113.04 | 48.77 |
| PT RESP | 12.19 | | CLAIM TOTALS | | | 174.00 | 60.96 | 0.00 | 12.19 | 113.04 | 48.77 NET |
| J08093 | 0126 012605 22 | 1 99213 | | | | 111.00 | 36.71 | 0.00 | 7.34 CO-86 | 74.29 | 29.37 |
| PT RESP | 7.34 | | CLAIM TOTALS | | | 111.00 | 36.71 | 0.00 | 7.34 | 74.29 | 29.37 NET |
| J08093 | 0125 012505 11 | 1 99214 | | | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | CLAIM TOTALS | | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |
| J09682 | 0125 012505 11 | 1 99213 | | | | 111.00 | 55.74 | 0.00 | 11.15 CO-42 | 55.26 | 44.59 |
| PT RESP | 11.15 | | CLAIM TOTALS | | | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 NET |

CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J09682 | 0127 012705 11 | 1 93000 | | | | 174.00 | 87.18 | 87.18 | 0.00 CO-42 | 86.82 | 0.00 |
| | | | | | | 58.00 | 29.01 | 22.82 | 1.24 CO-42 | 28.99 | 4.95 |
| PT RESP | 111.24 | | CLAIM TOTALS | | | 232.00 | 116.19 | 110.00 | 1.24 | 115.81 | 4.95 NET |
| J09682 | | | | | | 174.00 | 87.18 | 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP | 17.44 | | CLAIM TOTALS | | | 174.00 | 87.18 | 0.00 | 17.44 | 86.82 | 69.74 NET |
| J08093 | 0125 012504 21 | 1 99253 | | | | 204.00 | 100.60 | 0.00 | 20.12 CO-42 | 103.40 | 80.48 |
| PT RESP | 20.12 | 0.00 INT | CLAIM TOTALS | | | 204.00 | 100.60 | 0.00 | 20.12 | 103.40 | 80.48 |
| ADJS: PREV PD | | -0.00 LATE FILING CHARGE | | | | | 8.05 | | | | 72.43 NET |
| J08093 | 0127 012705 11 | 1 99214 | | | | 174.00 | 87.18 | 54.26 | 6.58 | 86.82 | 26.34 |
| PT RESP | 60.84 | | CLAIM TOTALS | | | 174.00 | 87.18 | 54.26 | 6.58 | 86.82 | 26.34 NET |
| PT RESP | 8.20 | | CLAIM TOTALS | | | 82.00 | 40.98 | 0.00 | 8.20 | 41.02 | 32.78 |
| | | | | | | 82.00 | 40.98 | 0.00 | 8.20 | 41.02 | 32.78 NET |
| J08093 | | | | | | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 |
| PT RESP | 11.15 | | CLAIM TOTALS | | | 111.00 | 55.74 | 0.00 | 11.15 | 55.26 | 44.59 NET |

**REDACTED**

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ACNT 302320 | | 87.00 | 47.63 | 0.00 | ICN 020B033035990 | 39.47 | ASG Y  MOA MA01 |
| J08093 | | 1 G0359 | | | | 355.00 | 196.12 | 0.00 | 9.61 CO-42 | 158.88 | 38.02 |
| J08093 | 0127 012705 11 | 1 G9022 | | | | 0.01 | 0.01 | 0.00 | 39.22 CO-42 | | 156.90 |
| J08093 | 0127 012705 11 | 1 G9025 | | | | 0.01 | 0.01 | 0.00 | 0.00 | | 0.01 |
| J08093 | 0127 012705 11 | 1 G0031 | | | | 0.01 | 0.01 | 0.00 | 0.00 | | 0.01 |
| J08093 | 0127 012705 11 | 10 J1100 | | | | 10.00 | 1.40 | 0.00 | 0.28 CO-42 | 8.60 | 1.12 |
| J08093 | 0127 012705 11 | 1 J9293 | | | | 644.00 | 321.80 | 0.00 | 64.36 CO-42 | 322.20 | 257.44 |
| J08093 | 0127 012705 11 | 3 J7040 | | | | 45.00 | 0.15 | 0.00 | 0.03 CO-42 | 44.85 | 0.12 |
| PT RESP | 113.40 | | CLAIM TOTALS | | | 1141.03 | 567.03 | 0.00 | 113.40 | 574.00 | 453.63 |
| | | | | | | | | | | | 453.63 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000028

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (VA File #)   (SSN or ID)   (SSN) [X]  (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   MM DD YY   03 21 1937  M [X]  F     SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

5. PATIENT'S ADDRESS (No., Street)

REDACTED

6. PATIENT RELATIONSHIP TO INSURED   Self [X]  Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)   37 SPRING STREET   REDACTED

CITY   AGAWAM   STATE   MA

8. PATIENT STATUS   Single   Married [X]  Other

CITY   AGAWAM   STATE   MA

ZIP CODE   01001   TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE   01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

MM DD YY   03 21 1937  M [X]  SEX F

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES   NO [X]

b. AUTO ACCIDENT?   YES   NO [X]   PLACE (State)

c. OTHER ACCIDENT?   YES   NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH   MM DD YY   03 21 1937  M [X]  SEX F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME   MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   [X] YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   FROM   TO   MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE   DAVID   CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN   B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   FROM   TO   MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES   NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 285 9     3. 
2. 185        4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | | | |
| 01 28 2005 | | | 01 28 2005 | | | 11 | 1 | G0351 | | 1,2 | 38 00 | | 1 | | | | 043499715 |
| 01 28 2005 | | | 01 28 2005 | | | 11 | 1 | Q0136 | | 1,2 | 1800 00 | | 60 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN   043499715 [X]

26. PATIENT'S ACCOUNT NO.   302680

27. ACCEPT ASSIGNMENT? (For govt. claims see back)   [X] YES   NO

28. TOTAL CHARGE   $ 1838 00

29. AMOUNT PAID   $ 1711 74

30. BALANCE DUE   $ 126 26

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   PHILIP T GLYNN MD   SIGNED 02/24/2005 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)   GLYNN AND MURRAY OFFICE   299 CAREW STREET, STE 400   SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   978 289-1189   GLYNN & MURRAY, PC   PO BOX 3160   ANDOVER MA 01810   PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

2/22 DCP

HIGHLY CONFIDENTIAL
SMW/MASS 000030

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M20896
CHECK/EFT #:128268310                02/14/05

128268310 100001480
MURRAY AND GLYNN PC
PAGE #: 4 OF 7

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS | PROC | WMS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|-----|------|-----|--------|---------|--------|-------|------------|---------|

REDACTED

ACNT 302580                                      ICN 020503303000   ASG Y  HOA HAUI
J08093   0128 012805 11   1 G0351              38.00   20.52   0.00   4.10 CO-42   17.48   16.42
J08093   0128 012805 11   60 00136            1800.00  610.80   0.00  122.16 CO-42  1188.20  488.64
PT RESP  126.76         CLAIM TOTALS         1838.00  631.32   0.00  126.26        1206.68  505.06
                                                                                          505.06 NET

J08093   0126 012605 11   1 99214              174.00         27.82   0.00 CO-42        1.95
J08093  -0126 012605 11   1 93000               58.00   29.01   22.82   1.24 CO-42   28.99   4.54
J08093   0126 012605 11   1 G0107               15.00    4.54   0.00   0.00 CO-42   10.46   9.49
PT RESP  111.24         CLAIM TOTALS           247.00  120.73  110.00   1.24        126.27   9.49 NET
CLAIM INFORMATION FORWARDED TO: BC/BS OF NJ

J08093   0126 012605 22   1 99214              174.00   60.96   0.00  12.19 CO-B6   119.04
PT RESP  12.19          CLAIM TOTALS           174.00   60.96   0.00  12.19        113.04   48.77
                                                                                          48.77 NET

J08093   0127 012705 11   1 99214              174.00   87.18   0.00  17.44 CO-42           69.74
PT RESP  17.44          CLAIM TOTALS           174.00   87.18   0.00  17.44         86.87   69.74
                                                                                          69.74 NET

J09682   0126 012605 11   1 99214              174.00   87.18   36.17  10.21 CO-42           21.21
J09682   0126 012605 11   1 93000               58.00   29.01   0.00   5.80 CO-42   28.99   64.06
PT RESP  52.13          CLAIM TOTALS           232.00  116.19   36.12  16.01        115.81   64.06 NET

J08093   0125 012505 11   1 G0107               15.00    0.00   0.00   0.00 CO-119   15.00    0.00
REM: M25---                                                                         
PT RESP  33.04          CLAIM TOTALS           189.00   87.18   19.61  13.63        101.82   54.14
                                                                                          54.14 NET

J09682   0126 012605 11   1 99214              174.00   87.18   0.00  17.44 CO-42           23.21
J09682   0126 012605 11   1 93000               58.00   29.01   0.00   5.80 CO-42   28.99   10.10
J09682   0126 012605 11   1 90658               20.00   10.10   0.00   0.00 CO-42    9.90   22.07
J09682   0126 012605 11   1 B0008               40.00   22.07   0.00   0.00 CO-42   17.93    0.00
J09682   0126 012605 11   1 94760               10.00    0.00   0.00   0.00 CO-B15  10.00   125.12
PT RESP  23.24          CLAIM TOTALS           302.00  148.36   0.00  23.24        153.64  125.12 NET

J08093   0127 012705 11   1 99214              174.00   87.18   0.00  17.44         86.82   69.74
PT RESP  17.44          CLAIM TOTALS           174.00   87.18   0.00  17.44         86.82   69.74 NET

J09682   0119 011905 11   1 99214              174.00   87.18   54.26   6.58 CO-42   86.82   26.34
J09682   0119 011905 11   1 90658               20.00   10.10   0.00   0.00 CO-42    9.90   10.10
J09682   0119 011905 11   1 60008               40.00   22.07   0.00   0.00 CO-42   17.93   22.07
PT RESP  60.84          CLAIM TOTALS           234.00  139.35   54.26   6.58        114.65   58.51
                                                                                          58.51 NET

J08093   0127 012705 11   1 G0349               87.00   47.53   0.00   9.51 CO-42   38.47   38.02
J08093   0127 012705 11   2 G0358              292.00  189.88   0.00  31.98 CO-42  132.12  127.90
J08093   0127 012705 11   1 G0359              356.00  196.12   0.00  39.22 CO-42  158.86  156.90
J08093   0127 012705 11   1 G0360               80.00   43.27   0.00   8.65 CO-42   36.73   34.62
J08093   0127 012705 11   1 B9022                0.01    0.01   0.00   0.00            0.01    0.01
J08093   0127 012705 11   1 B9025                0.01    0.01   0.00   0.00            0.01    0.01
J08093   0127 012705 11   1 G0030                0.01    0.01   0.00   0.00                    0.01
J08093   0127 012705 11   50 J9035             5700.00 2854.00   0.00 570.80 CO-42  2845.00  2283.20
J08093   0127 012705 11   10 J1100               10.00    1.40   0.00   0.28 CO-42    8.60    1.12
J08093   0127 012705 11   2 J9190                6.00    3.36   0.00   0.67 CO-42    2.54    2.69
J08093   0127 012705 11   9 J9206             2880.00 1130.22   0.00 226.04 CO-42  1749.78  904.18
J08093   0127 012705 11   1 J0640               15.00    1.30   0.00   0.26 CO-42   13.70    1.04
J08093   0127 012705 11   4 J7040               60.00    0.20   0.00   0.04 CO-42   59.80    0.16
PT RESP  887.45         CLAIM TOTALS           9485.03 4437.31   0.00 887.45       5047.72  3549.86
CLAIM INFORMATION FORWARDED TO: UNICARE                                                    3549.86 NET

HIGHLY CONFIDENTIAL
SMWMASS 000039

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA                                                                                                    PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)          3. PATIENT'S BIRTH DATE   MM 03 DD 21 YY 1937   SEX M [X] F

**REDACTED**

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

**REDACTED**

5. PATIENT'S ADDRESS (No., Street)          6. PATIENT RELATIONSHIP TO INSURED   Self [X] Spouse Child Other

**REDACTED**

7. INSURED'S ADDRESS (No., Street)

**REDACTED**

CITY  AGAWAM          STATE  MA          8. PATIENT STATUS   Single  Married [X]  Other

CITY  AGAWAM          STATE  MA

ZIP CODE  01001          TELEPHONE (Include Area Code)          Employed  Full-Time Student  Part-Time Student

ZIP CODE  01001          TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)          10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

**REDACTED**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES [X] NO

a. INSURED'S DATE OF BIRTH   MM 03 DD 21 YY 1937   SEX M [X] F

b. OTHER INSURED'S DATE OF BIRTH   MM 03 DD 21 YY 1937   SEX M [X] F          b. AUTO ACCIDENT?   YES [X] NO   PLACE (State)          b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME          c. OTHER ACCIDENT?   YES [X] NO          c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME   MEDICARE OF MA          10d. RESERVED FOR LOCAL USE          d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   [X] YES  NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)          15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY          16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE   DAVID  CHADBOURNE MD          17a. I.D. NUMBER OF REFERRING PHYSICIAN   B99559          18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

18. RESERVED FOR LOCAL USE          20. OUTSIDE LAB?   YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 185.          3.

2. 285.9          4.

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 27 2005 | 01 27 2005 | 11 | 1 | G0349 | | 1,2 | 87 00 | 1 | | | | 043499715 |
| 2 | 01 27 2005 | 01 27 2005 | 11 | 1 | G0359 | | 1,2 | 355 00 | 1 | | | | 043499715 |
| 3 | 01 27 2005 | 01 27 2005 | 11 | 1 | G9022 | | 1,2 | 0 01 | 1 | | | | 043499715 |
| 4 | 01 27 2005 | 01 27 2005 | 11 | 1 | G9025 | | 1,2 | 0 01 | 1 | | | | 043499715 |
| 5 | 01 27 2005 | 01 27 2005 | 11 | 1 | G9031 | | 1,2 | 0 01 | 1 | | | | 043499715 |
| 6 | 01 27 2005 | 01 27 2005 | 11 | 1 | J1100 | | 1,2 | 10 00 | 10 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER  043499715  SSN  EIN [X]          26. PATIENT'S ACCOUNT NO.  302320          27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES [X]  NO          28. TOTAL CHARGE  $ 452 03          29. AMOUNT PAID  $ 403 02          30. BALANCE DUE  $ 49 01

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED 02/24/2005  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 11104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   978 289-1189

GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN #          GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)          **PLEASE PRINT OR TYPE**

2/22 DPP

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000021

```
NATIONAL HERITAGE INSURANCE COMPANY              128268310 100001480     MEDICARE
PROVIDER #: M20895                       MURRAY AND GLYNN PC              REMITTANCE
CHECK/EFT #:128268310        02/14/05    PAGE #: 3 OF 7                    NOTICE
```

| PERF PROV | SERV DATE POS NOS | PROC MODS | BILLED | ALLOWED DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|
| | 0127 012705 11 | CLAIM TOTALS | 174.00 | 87.18 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP 17.44 | | | 174.00 | 87.18 0.00 | 17.44 | 86.82 | 69.74 NET |
| | 0127 012705 11 | 99214 | 174.00 | 87.18 22.82 | 12.87 CO-42 | 86.82 | 51.49 |
| PT RESP 35.69 | | CLAIM TOTALS | 174.00 | 87.18 22.82 | 12.87 | 86.82 | 51.49 NET |
| J08091 0126 012605 22 | 1 99214 | | 174.00 | 60.96 0.00 | 12.19 CO-86 | 113.04 | 48.77 |
| PT RESP 12.19 | | CLAIM TOTALS | 174.00 | 60.96 0.00 | 12.19 | 113.04 | 48.77 NET |
| J08093 | 99217 | | 111.00 | 36.71 0.00 | 7.34 CO-86 | 74.29 | 29.37 |
| PT RESP 7.34 | | CLAIM TOTALS | 111.00 | 36.71 0.00 | 7.34 | 74.29 | 29.37 NET |
| 0125 012505 11 | 1 99214 | | 174.00 | 87.18 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP 17.44 | | CLAIM TOTALS | 174.00 | 87.18 0.00 | 17.44 | 86.82 | 69.74 NET |
| J09682 0125 012605 11 | | CLAIM TOTALS | 111.00 | 55.74 0.00 | 11.15 CO-42 | 55.26 | 44.59 |
| PT RESP 11.15 | | | 111.00 | 55.74 0.00 | 11.15 | 55.26 | 44.59 NET |
| CLAIM INFORMATION FORWARDED TO: METLIFE INS. CO | | | | | | | |
| J09682 0127 012705 11 | 1 93000 | 58.00 | 29.01 22.82 | 1.24 CO-42 | 28.99 | 4.95 |
| PT RESP 111.24 | | CLAIM TOTALS | 232.00 | 116.19 110.00 | 1.24 | 115.81 | 4.95 NET |
| J09682 0125 012505 11 | | CLAIM TOTALS | 174.00 | 87.18 0.00 | 17.44 CO-42 | 86.82 | 69.74 |
| PT RESP 17.44 | | | 174.00 | 87.18 0.00 | 17.44 | 86.82 | 69.74 NET |
| J08093 0125 012504 21 | 1 99253 | 204.00 | 100.60 0.00 | 20.12 CO-42 | 103.40 | 80.48 |
| PT RESP 20.12 | | CLAIM TOTALS | 204.00 | 100.60 0.00 | 20.12 | 103.40 | 80.48 |
| ADJS; PREV PD 0.00 INT 0.00 LATE FILING CHARGE 8.05 | | | | | | | 72.43 NET |
| J08093 0127 012705 11 | | CLAIM TOTALS | 174.00 | 87.18 54.26 | 6.58 | 86.82 | 26.34 |
| PT RESP 60.84 | | | | | | | 26.34 NET |
| PT RESP 8.20 | | CLAIM TOTALS | 82.00 | 40.98 0.00 | 8.20 | 41.02 | 32.78 32.78 NET |
| J08093 0127 012705 11 | | CLAIM TOTALS | 111.00 | 55.74 0.00 | 11.15 CO-42 | 55.26 | 44.59 |
| PT RESP 11.15 | | | | | | | 44.59 NET |

| | | | ACNT 302320 | | ICN 0206033035990 | ASG Y MOA MA01 | |
|---|---|---|---|---|---|---|---|
| J08 | | | 87.00 | 47.63 0.00 | 9.51 CO-42 | 39.47 | 38.02 |
| J08 0127 012705 11 | 99232 | 355.00 | 196.12 0.00 | 39.22 CO-42 | 158.88 | 156.90 |
| J08 | | 69025 | 0.01 | 0.01 0.00 | 0.00 | | 0.01 |
| J08093 0127 012705 11 | 1 69031 | 0.01 | 0.01 0.00 | 0.00 | | 0.01 |
| J08093 0127 012705 11 | 10 J1100 | 10.00 | 1.40 0.00 | 0.28 CO-42 | 8.60 | 1.12 |
| J08093 0127 012705 11 | 1 99253 | 644.00 | 321.80 0.00 | 64.36 CO-42 | 322.20 | 257.44 |
| J08093 0127 012705 11 | 3 J7040 | 45.00 | 0.15 0.00 | 0.03 CO-42 | 44.85 | 0.12 |
| PT RESP 113.40 | | CLAIM TOTALS | 1141.03 | 567.03 0.00 | 113.40 | 574.00 | 453.63 453.63 NET |

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

CARRIER

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) ☐  MEDICAID (Medicaid #) ☐  CHAMPUS (Sponsor's SSN) ☐  CHAMPVA (VA File #) ☐  GROUP HEALTH PLAN (SSN or ID) ☐  FECA BLK LUNG (SSN) ☐  OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM 03 DD 21 YY 1937   SEX M [X] F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
REDACTED

5. PATIENT'S ADDRESS (No., Street)
REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
REDACTED

CITY  AGAWAM   STATE  MA

8. PATIENT STATUS
Single ☐  Married [X]  Other ☐

CITY  AGAWAM   STATE  MA

ZIP CODE  01001   TELEPHONE (Include Area Code)

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
REDACTED

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO [X]

a. INSURED'S DATE OF BIRTH
MM 03 DD 21 YY 1937   SEX M [X] F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM 03 DD 21 YY 1937   SEX M [X] F ☐

b. AUTO ACCIDENT?
YES ☐  NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO ☐  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:
MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID    CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 285 9   3.
2. 185   4.

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | | |
| 01 | 13 | 2005 | 01 | 13 | 2005 | 11 | 1 | G0351 | | 1,2 | 38 | 00 | 1 | | | | 043499715 |
| 01 | 13 | 2005 | 01 | 13 | 2005 | 11 | 1 | Q0136 | | 1,2 | 1200 | 00 | 60 | | | | 043499715 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN [X]
043499715

26. PATIENT'S ACCOUNT NO.
295630

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO ☐

28. TOTAL CHARGE
$ 1238 00

29. AMOUNT PAID
$ 1111 74

30. BALANCE DUE
$ 126 26

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED 02/24/2005 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  978 285-1189
GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**  2/1/le DeP

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

PHYSICIAN OR SUPPLIER INFORMATION

HIGHLY CONFIDENTIAL
SMWMASS 000033

NATIONAL HERITAGE INSURANCE COMPANY
PROVIDER #: M20895
CHECK/EFT #:128253261                    02/07/05

12R253261 100001298
MURRAY AND GLYNN PC
PAGE #: 4 OF 8

MEDICARE
REMITTANCE
NOTICE

| PERF PROV | SERV DATE | POS MOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|--------|-------|-----------|---------|
| | | | | | | 10.10 | 55.74 | 0.00 CO-42 | 55.26 | 10.10 |
| J09682 | 0120 012005 11 | 1 90658 | | 20.00 | 10.10 | 0.00 | 0.00 CO-42 | 9.90 | 22.07 |
| J09682 | 0120 012005 11 | 1 G0008 | | 40.00 | 22.07 | 0.00 | 0.00 CO-47 | 17.93 | 32.17 |
| PT RESP | 55.74 | | CLAIM TOTALS | | 171.00 | 87.91 | 55.74 | 0.00 | 83.09 | 32.17 NET |
| | | | | | | | | | A016 | |
| J08093 | 0120 012005 11 | 1 99215 | | 252.00 | 126.01 | 86.69 | 7.86 CO-42 | 125.99 | 31.46 |
| PT RESP | 94.55 | | CLAIM TOTALS | | 252.00 | 126.01 | 86.69 | 7.86 | 125.99 | 31.46 |
| | | | | | | | | | | 31.46 NET |
| | | | | | | 87.18 | 0.00 | 17.44 CO-42 | 62.82 | 69.74 |
| PT RESP | 17.44 | | CLAIM TOTALS | | 150.00 | 87.18 | 0.00 | 17.44 | 62.82 | 69.74 |
| | | | | | | | | | | 69.74 NET |
| J09682 | 1203 120304 11 | 1 99214 | | 361.00 | 179.23 | 0.00 | 35.85 CO-42 | 181.77 | 143.38 |
| PT RESP | 35.85 | | CLAIM TOTALS | | 361.00 | 179.23 | 0.00 | 35.85 | 181.77 | 143.38 |
| CLAIM INFORMATION FORWARDED TO: CIGNA | | | | | | | | | | 143.38 NET |
| J09682 | 0118 011805 11 | 1 99214 | | 174.00 | 87.18 | 78.03 | 1.83 | 86.82 | 7.32 |
| PT RESP | 79.86 | | CLAIM TOTALS | | 174.00 | 87.18 | 78.03 | 1.83 | 86.82 | 7.32 NET |
| CLAIM INFORMATION FORWARDED TO: CIGNA | | | | | | | | | | |



REDACTED

| | | | 1 | ACNT 295630 | 38.00 | 20.52 | 0.00 | ICN 0205024095480 ASG Y NOA NAOI | | |
| | | | | | | | | 4.10 CO-42 | 17.48 | 16.42 |
| JOBO93 | | | | 1200.00 | 610.80 | 0.00 | 122.16 CO-42 | 589.20 | 488.64 |
| PT RESP | 126.26 | | CLAIM TOTALS | | 1238.00 | 631.32 | 0.00 | 126.26 | 606.68 | 505.06 NET |

| J08093 | 0118 011805 11 | 1 G0347 | | 176.00 | 46.76 | 46.76 | 0.00 CO-42 | | 20.78 |
| J08093 | 0118 011805 11 | 1 60348 | | 53.00 | 28.42 | 2.44 | 5.20 CO-42 | 24.58 | 20.78 |
| J08093 | 0118 011805 11 | 3 J2430 | | 354.00 | 177.18 | 0.00 | 35.44 CO-42 | 176.82 | 141.74 |
| J08093 | 0118 011805 11 | 1 J7040 | | 1.00 | 0.05 | 0.00 | 0.01 CO-42 | 0.05 | 0.00 |
| J08093 | 0118 011805 11 | 1 B9021 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0118 011805 11 | 1 89026 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 0.00 |
| J08093 | 0118 011805 11 | 1 B9031 | | 0.01 | 0.00 | 0.00 | 0.00 CO-107 | 0.01 | 162.56 |
| PT RESP | 129.85 | | CLAIM TOTALS | | 668.03 | 292.41 | 89.20 | 40.65 | 273.62 | 162.56 NET |

| | | | 1 99254 | | 293.00 | 146.45 | 0.00 | 29.29 CO-42 | 146.55 | 117.16 |
| PT RESP | 29.29 | | CLAIM TOTALS | | 293.00 | 146.45 | 0.00 | 29.29 | 146.55 | 117.16 NET |

| J08093 | 0113 011305 21 | 1 99253 | | 163.00 | 81.60 | 0.00 | 16.32 | 81.40 | 65.28 |
| PT RESP | 16.32 | | CLAIM TOTALS | | 163.00 | 81.60 | 0.00 | 16.32 | 81.40 | 65.28 NET |

| J09682 | 0120 012005 11 | 1 90204 | | 58.00 | 29.01 | 0.00 | 5.80 CO-42 | 28.99 | 23.21 |
| J09682 | 0120 012005 11 | 1 93000 | | 15.00 | 4.54 | 0.00 | 0.00 CO-42 | 10.46 | 4.54 |
| J09682 | 0120 012005 11 | 1 G0107 | | 360.00 | 177.23 | 110.00 | 12.53 | 182.79 | 54.68 |
| PT RESP | 122.53 | | CLAIM TOTALS | | | | | | | 54.68 NET |
| CLAIM INFORMATION FORWARDED TO: UNICARE | | | | | | | | | | |

| J08093 | | | | | 293.00 | 146.45 | 0.00 | 29.29 | 146.55 | 117.16 |
| PT RESP | 29.29 | | CLAIM TOTALS | | 293.00 | 146.45 | 0.00 | 29.29 | 146.55 | 117.16 |
| | | | | | | | | | | 117.16 NET |

| J08093 | 0119 011905 22 | 1 99213 | | 111.00 | 36.71 | 6.88 | 5.97 CO-B6 | 74.29 | 23.86 |
| PT RESP | 12.85 | | CLAIM TOTALS | | 111.00 | 36.71 | 6.88 | 5.97 | 74.29 | 23.86 |
| | | | | | | | | | | 23.86 NET |

| J09682 | 1222 122204 11 | 1 G0107 | | 15.00 | 4.54 | 0.00 | 0.00 CO-42 | 10.46 | 4.54 |
| PT RESP | 0.00 | | CLAIM TOTALS | | 15.00 | 4.54 | 0.00 | 0.00 | 10.46 | 4.54 |
| | | | | | | | | | | 4.54 NET |

HIGHLY CONFIDENTIAL
SMWMASS 000034



57

04-3499719    292970    Employee

04/25/2005
Date Issued

Amount Paid:  $462.52


AGAWAM, MA 01001

## File Copy     This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2876147**                Check No. **1399683**

### Explanation of Benefits        SMW+ Program



| Dates of Service From | To | Amount Charged | Non-Covered Charges/Savings | Charges Allowed/Non Med | Covered/Non Med | Amount Paid |
|---|---|---|---|---|---|---|
| 01/07/2005 | 01/07/2005 | $6,378.03 | $0.00 | $462.52 | $462.52 | $462.52 |



Comments:

Provider:        MURRAY AND GLYNN PC
Participant SSN:
RES   Claim Number:   2876147                    01

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

Processed by   **Southern Benefit Administrators, Inc.**

HIGHLY CONFIDENTIAL
SMWMASS 000035



57

| Employee |

04-3499715    302320

04/25/2005
Date Issued

Amount Paid: $126.26

REDACTED

AGAUAM, MA 01001

File Copy    This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. 2876145    Phone (615) 859-0131   Toll-free (800) 831-4914    Check No. 1399681

**Explanation of Benefits**    **SMW+ Program**



| Dates of Service From | To | Amount Charged | Not Covered | Charges Allowed | Covered Maj Med | Maj Med Paid |
|---|---|---|---|---|---|---|
| 01/28/2005 | 01/28/2005 | $1,838.00 | $0.00 | $126.26 | $126.26 | $126.26 |

Comments:

---

Provider:                MURRAY AND GLYNN PC
Participant SSN
RES   Claim Number: 2876145

01

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA 01810

  Processed by     *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000036

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**
## HEALTH INSURANCE CLAIM FORM

CARRIER

| PICA | | | | | | | | PICA |

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER
(Medicare #)   (Medicaid #)   (Sponsor's SSN)   (VA File #)   (SSN or ID)   (SSN)   [X] (ID)

1a. INSURED'S I.D. NUMBER   (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

REDACTED

3. PATIENT'S BIRTH DATE     SEX
MM  DD  YY
03  21  1937   M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

5. PATIENT'S ADDRESS (No., Street)

AGAWAM                                          STATE  MA

8. PATIENT STATUS
Single   Married [X]   Other

CITY
AGAWAM                                          STATE  MA

ZIP CODE          TELEPHONE (Include Area Code)
01001

Employed   Full-Time Student   Part-Time Student

ZIP CODE          TELEPHONE (INCLUDING AREA CODE)
01001        (     )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

REDACTED

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
01001

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO

a. INSURED'S DATE OF BIRTH          SEX
MM  DD  YY
03  21  1937   M [X]  F

b. OTHER INSURED'S DATE OF BIRTH      SEX
MM  DD  YY
03  21  1937   M [X]  F

b. AUTO ACCIDENT?          PLACE (State)
YES [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE                   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY          MM  DD  YY
FROM          TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID   CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY          MM  DD  YY
FROM          TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?          $ CHARGES
YES [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. L185.
2. 285.9
3. L___
4. L___

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 01 27 2005 | 01 27 2005 | 11 | 1 | G0349 | 1,2 | 87.00 | 1 | | | | 043499715 |
| 01 27 2005 | 01 27 2005 | 11 | 1 | G0359 | 1,2 | 355.00 | 1 | | | | 043499715 |
| 01 27 2005 | 01 27 2005 | 11 | 1 | G9022 | 1,2 | 0.01 | 1 | | | | 043499715 |
| 01 27 2005 | 01 27 2005 | 11 | 1 | G9025 | 1,2 | 0.01 | 1 | | | | 043499715 |
| 01 27 2005 | 01 27 2005 | 11 | 1 | G9031 | 1,2 | 0.01 | 1 | | | | 043499715 |
| 01 27 2005 | 01 27 2005 | 11 | 1 | J1100 | 1,2 | 10.00 | 10 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
043499715   [X]

26. PATIENT'S ACCOUNT NO.
302320

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
[X] YES   NO

28. TOTAL CHARGE
$ 452.03

29. AMOUNT PAID
$ 377.01

30. BALANCE DUE
$ 75.02

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED  03/21/2005   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #          978 289-1189
GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810
PIN #          GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**PLEASE PRINT OR TYPE**
R/11 AaO

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM DWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CARRIER PATIENT AND INSURED INFORMATION          PHYSICIAN OR SUPPLIER INFORMATION

HIGHLY CONFIDENTIAL
SMWNMASS 000037



NATIONAL HERITAGE INSURANCE COMPANY
75 WILLIAM TERRY DRIVE
HINGHAM MA  02044
877-567-3130

128307012 000000557

**MEDICARE
REMITTANCE
NOTICE**

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA  01810-0803

PROVIDER #:      M20895
PAGE #:          1 OF 4
DATE:            03/01/05
CHECK/EFT #:     128307012

*************************************************************************
The Centers for Medicare & Medicaid Services has selected a random sample of
providers to participate in a satisfaction survey. Survey responses are due
by March 31, 2005. If you received a survey packet, please complete and
submit your survey responses as soon as possible. Your feedback is very
important to us.
*************************************************************************

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | | 174.00 | 87.18 | 15.31 | 14.41 CO-42 | | 57.58 |
| | | | CLAIM TOTALS | | 174.00 | 87.18 | 15.31 | 14.41 | 86.82 | 57.66 |
| PT RESP | 29.52 | | | | | | | | | 57.66 NET |

ACNT 302320                    ICN 8305059900144   ASG Y  MOA  MA62  MA67
                                                                 MA03

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| J08093 | 0127 012705 11 | 1 60349 | | 87.00 | 47.53 | 0.00 | 9.51 CO-42 | 39.47 | 38.02 |
| J08093 | 0127 012705 11 | 1 60359 | | 355.00 | 196.12 | 0.00 | 39.22 CO-42 | 158.88 | 156.90 |
| J08093 | 0127 012705 11 | 1 69022 | | 43.34 | 43.34 | 0.00 | 8.67 | | 34.67 |
| J08093 | 0127 012705 11 | 1 69025 | | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 |
| J08093 | 0127 012705 11 | 1 69031 | | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 |
| J08093 | 0127 012705 11 | 10 J1100 | | 10.00 | 1.40 | 0.00 | 0.28 CO-42 | 8.60 | 1.12 |
| J08093 | 0127 012705 11 | 1 J9293 | | 644.00 | 321.80 | 0.00 | 64.36 CO-42 | 322.20 | 257.44 |
| J08093 | 0127 012705 11 | 3 J7040 | | 45.00 | 0.15 | 0.00 | 0.03 CO-42 | 44.85 | 0.12 |
| PT RESP | 139.41 | | CLAIM TOTALS | | 1271.00 | 697.00 | 0.00 | 139.41 | 574.00 | 557.59 |
| ADJS: PREV PD | 453.63 INT | 0.00 LATE FILING CHARGE | | | 0.00 | | | | | 103.98 NET |

P D
N 9
E 9
O 9
B 0
9 4

HIGHLY CONFIDENTIAL

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

EOB ATTACHED

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA

REDACTED

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

REDACTED

3. PATIENT'S BIRTH DATE
MM 03 DD 21 YY 1937   SEX M X F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY AGAWAM   STATE MA

8. PATIENT STATUS
Single   Married X   Other

CITY AGAWAM   STATE MA

ZIP CODE 01001   TELEPHONE (Include Area Code)

Employed   Full-Time Student   Part-Time Student

ZIP CODE 01001   TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

REDACTED

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   X NO

a. INSURED'S DATE OF BIRTH
MM 03 DD 21 YY 1937   SEX M X F

b. OTHER INSURED'S DATE OF BIRTH
MM 03 DD 21 YY 1937   SEX M X F

b. AUTO ACCIDENT?
YES   X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES   NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE DAVID   CHADBOURNE MD | 17a. I.D. NUMBER OF REFERRING PHYSICIAN B99559 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?   YES   X NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 185.
2. 285.9
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 27 2005   01 27 2005 | 11 | 1 | J9293 | 1,2 | 644.00 | 1 | | | | 043499715 |
| 01 27 2005   01 27 2005 | 11 | 1 | J7040 | 1,2 | 45.00 | 3 | | | | 043499715 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN 043499715   X | 26. PATIENT'S ACCOUNT NO. 302320 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) X YES   NO | 28. TOTAL CHARGE $ 689.00 | 29. AMOUNT PAID $ 624.61 | 30. BALANCE DUE $ 64.39 |
|---|---|---|---|---|---|

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED 03/21/2005 DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #   978 289-1189

GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810

PIN #   GRP # 043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

3/11 DCP

HIGHLY CONFIDENTIAL
SMW/MASS 000030



NATIONAL HERITAGE INSURANCE COMPANY
75 WILLIAM TERRY DRIVE
HINGHAM MA  02044
877-567-3130

128307012 000000557

MEDICARE
REMITTANCE
NOTICE

MURRAY AND GLYNN PC
PO BOX 3160
ANDOVER, MA  01810-0803

| PROVIDER #: | M20895 |
|---|---|
| PAGE #: | 1 OF 4 |
| DATE: | 03/01/05 |
| CHECK/EFT #: | 128307012 |

The Centers for Medicare & Medicaid Services has selected a random sample of
providers to participate in a satisfaction survey. Survey responses are due
by March 31, 2005. If you received a survey packet, please complete and
submit your survey responses as soon as possible. Your feedback is very
important to us.

| PERF PROV | SERV DATE | POS | XQS | PROC | MODS | BILLED | | | | PRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ICN 8305059900144 | | |
| ~~J09~~ | ~~0127 012705 11~~ | | | | | 174.00 | 87.18 | 15.11 | 14.41 CO-42 | 86.82 | 57.66 |
| PT RESP | 29.62 | | | CLAIM TOTALS | | 174.00 | 87.18 | 15.11 | 14.41 | 86.82 | 57.66 |
| | | | | | | | | | | | 57.66 NET |

ACNT 302320    ICN 8305059900144   ASG Y  MOA MA62  MA67
MA03

| J08093 | 0127 012705 11 | 1 | G0349 | | | 87.00 | 47.53 | 0.00 | 9.51 CO-42 | 39.47 | 38.02 |
| J08093 | 0127 012705 11 | 1 | G0359 | | | 355.00 | 196.12 | 0.00 | 39.22 CO-42 | 158.88 | 156.90 |
| J08093 | 0127 012705 11 | 1 | G9022 | | | 43.34 | 43.34 | 0.00 | 8.67 | | 34.67 |
| J08093 | 0127 012705 11 | 1 | G9025 | | | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 |
| J08093 | 0127 012705 11 | 1 | G9031 | | | 43.33 | 43.33 | 0.00 | 8.67 | | 34.66 |
| J08093 | 0127 012705 11 | 10 | J1100 | | | 10.00 | 1.40 | 0.00 | 0.28 CO-42 | 8.60 | 1.12 |
| J08093 | 0127 012705 11 | 1 | J9293 | | | 644.00 | 321.80 | 0.00 | 64.36 CO-42 | 322.20 | 257.44 |
| J08093 | 0127 012705 11 | 3 | J7040 | | | 45.00 | 0.15 | 0.00 | 0.03 CO-42 | 44.85 | 0.12 |
| PT RESP | 139.41 | | | CLAIM TOTALS | | 1271.00 | 697.00 | 0.00 | 139.41 | 574.00 | 557.59 |
| ADJS: PREV PD | 453.63 | INT | 0.00 | LATE FILING CHARGE | | 0.00 | | | | | 103.96 NET |

P O
W 3
E O
O 9
0 0
3 4

HIGHLY CONFIDENTIAL

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEET METAL WORKERS
PO BOX 1449

GOODLETTSVILLE TN 37070

**EOB ATTACHED**

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER  1a. INSURED'S I.D. NUMBER  (FOR PROGRAM IN ITEM 1)

(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  (SSN or ID)  (SSN)  [X] (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM  DD  YY
03  21  1937   M [X]  SEX  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

**REDACTED**

5. PATIENT'S ADDRESS (No., Street)

**REDACTED**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

**REDACTED**

CITY  AGAWAM  STATE  MA

8. PATIENT STATUS
Single  Married [X]  Other

CITY  AGAWAM  STATE  MA

ZIP CODE  01001  TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE  01001  TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER   **REDACTED**

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  [X] NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY
03  21  1937   M [X]  SEX  F

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY
03  21  1937   M [X]  SEX  F

b. AUTO ACCIDENT?
YES  [X] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE OF MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY   FROM  TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID  CHADBOURNE MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
B99559

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY   FROM  TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 185
2.
3.
4.

22. MEDICAID RESUBMISSION
CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A<br>DATE(S) OF SERVICE<br>From / To<br>MM DD YY  MM DD YY | | B<br>Place of Service | C<br>Type of Service | D<br>PROCEDURES, SERVICES, OR SUPPLIES<br>(Explain Unusual Circumstances)<br>CPT/HCPCS  MODIFIER | E<br>DIAGNOSIS CODE | F<br>$ CHARGES | G<br>DAYS OR UNITS | H<br>EPSDT Family Plan | I<br>EMG | J<br>COB | K<br>RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 07 2005 | 01 07 2005 | 11 | 1 | G0349 | 1 | 45.00 | 1 | | | | 043499715 |
| 2 | 01 07 2005 | 01 07 2005 | 11 | 1 | G0353 | 1 | 30.00 | 1 | | | | 043499715 |
| 3 | 01 07 2005 | 01 07 2005 | 11 | 1 | G0359 | 1 | 182.00 | 1 | | | | 043499715 |
| 4 | 01 07 2005 | 01 07 2005 | 11 | 1 | G9022 | 1 | 0.01 | 1 | | | | 043499715 |
| 5 | 01 07 2005 | 01 07 2005 | 11 | 1 | G9025 | 1 | 0.01 | 1 | | | | 043499715 |
| 6 | 01 07 2005 | 01 07 2005 | 11 | 1 | G9030 | 1 | 0.01 | 1 | | | | 043499715 |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
043499715  [X]

26. PATIENT'S ACCOUNT NO.
292970

27. ACCEPT ASSIGNMENT?
(For govt. claims see back)
[X] YES  NO

28. TOTAL CHARGE
$ 257.03

29. AMOUNT PAID
$ 179.62

30. BALANCE DUE
$ 77.41

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

PHILIP T GLYNN MD
SIGNED  03/21/2005  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

GLYNN AND MURRAY OFFICE
299 CAREW STREET, STE 400
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  978 289-1189

GLYNN & MURRAY, PC
PO BOX 3160
ANDOVER MA 01810

PIN#  GRP#  043499715

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

CARRIER →

← PATIENT AND INSURED INFORMATION →

← PHYSICIAN OR SUPPLIER INFORMATION →

HIGHLY CONFIDENTIAL
SMWMASS 000041



HIGHLY CONFIDENTIAL
SMW/MASS 000042



57

04-3499715                    302320                    Employee

<u>04/28/2005</u>
Date Issued

REDACTED

**Amount Paid:**     $139.41

AGAUAM, MA 01001

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449

Claim No. **2880080**   Phone (615) 859-0131   Toll-free (800) 831-4914   Check No. **1403261**

**Explanation of Benefits**        **SMW+ Program**



| Dates of Service From | To | Amount Charges | Not Charges Covered | Charges Allowed | Covered Wai Med | Wai Med Paid |
|---|---|---|---|---|---|---|
| 01/27/2005 | 01/27/2005 | $1,271.00 | $0.00 | $139.41 | $139.41 | $139.41 |

Comments:

GLYNN & MURRAY
PO BOX 3160
ANDOVER, MA 01810

Provider:        GLYNN & MURRAY
Participant S   REDACTED
RES  Claim Number: 2880080

01



Processed by   *Southern Benefit*
*Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMW/MASS 000043