**Exhibit 3(k): Pharmacia**

- J9000
- J9190
- J9070

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA  RETURN
P O BOX 1449                   SMWN 0001
GOODLETTSVILLE, TN 37070       00113
                               SECONDARY

APPROVED OMB-0938-0008

☐ PICA

## HEALTH INSURANCE CLAIM FORM

PICA ☐

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM 04 | DD 20 | YY 1937   SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY
SPRINGFIELD          STATE MA

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY
SPRINGFIELD          STATE MA

ZIP CODE 01118-0000   TELEPHONE (Include Area Code)

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE 01118-0000   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH
MM 03 | DD 07 | YY 1937   SEX  M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH
MM 04 | DD 20 | YY 1937   SEX  M ☐  F ☒

b. AUTO ACCIDENT?
☐ YES  ☒ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE      DATE 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM | DD | YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM | DD | YY   TO MM | DD | YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM | DD | YY   TO MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO      $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 174.9
2. 288.0
3. 
4.

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 02 | DD 02 | YY 04 | To MM 02 | DD 02 | YY 04 | 11 | 1 | J9070 | | | 88 90 | 11 | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | J1100 | | | 50 00 | 10 | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | J9000 | | | 62 70 | 11 | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | J7040 | | | 96 00 | 3 | | | | |
| 02 | 03 | 04 | 02 | 03 | 04 | 11 | 1 | 90782 | | | 30 00 | 1 | | | | |
| 02 | 03 | 04 | 02 | 03 | 04 | 11 | 1 | J2505 | | | 3688 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
04-3498186      ☐ ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☐ YES  ☐ NO

28. TOTAL CHARGE
$ 4519 00

29. AMOUNT PAID
$ 3979 35

30. BALANCE DUE
$ 539 65

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 100
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PIN#          GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000876

Date:   3/08/2004
Time:   4:25PM

Page:    1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985

**MEDICARE REMITTANCE NOTICE**

Provider/Clinic#:

N51714

**Check No/EFT Trace No:  127340082**
**Date Paid:   2/26/2004**

NAME:

-500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |

PT Respon:  539.65          Claim Totals:   4519.00   2698.27   0.00   539.65   1820.73   2158.62

HIGHLY CONFIDENTIAL
SMW/MASS 000877

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | 87-6/840 |
|---|---|---|---|
| | | E | |
| PROVIDER TAX I.D. #: 042832765 | PATIENT ACCOUNT # 091237 | 10 | **N⁰ 1482885** |

01/26/2001

DATE ISSUED

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY    **\*\*\*\*\*\*\*\*68DOLLARS AND 00CENTS\*\***                              DOLLARS $  **\*\*\*\*68.00\*\***

TO THE
ORDER
OF

⌐ CHARTWELL HOME THERAPIES
  DEPT L-9637                                      1482885

  ⌐COLUMBUS          ,OH 43260  ⌐                AUTHORIZED SIGNATURE

Subject to the Approval of
PEOPLES BANK, N.A.
Bank Where Drawn below
HERMITAGE, TENNESSEE

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

⑊148 2885⑊ ⑊064000059⑊ 293073706⑊

---

## SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914   Phone (615) 859-0131

**SMW+ PROGRAM**

### EXPLANATION OF BENEFITS

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 06/16/2000 | 06/22/2000 | 388.87 | .00 | 68.00 | 68.00 | 68.00 |
| | | 388.87 | .00 | 68.00 | 68.00 | 68.00 |

NON-COVERED CODES:

COMMENTS:



PROVIDER CHARTWELL HOME THERAPIES
PARTICIPANT SSN
PAS  CLAIM NUMBER: 1294437



Processed by  SOUTHERN BENEFIT
ADMINISTRATORS, INC.

HIGHLY CONFIDENTIAL
SMWMASS 001690

SHEET METAL WORKERS NATIONAL
HEALTH FUND
P.O. BOX# 1449
GOODLETTSVILLE, TN    37070-1449

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
02 | 03 | 24 M[XX] F[ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self[XX] Spouse[ ] Child[ ] Other[ ]

7. INSURED'S ADDRESS (No., Street)

CITY
MANSFIELD          STATE MA

8. PATIENT STATUS
Single[ ] Married[ ] Other[ ]

CITY          STATE

ZIP CODE
02048-          TELEPHONE (Include Area Code)

Employed[ ] Full-Time Student[ ] Part-Time Student[ ]

**REDACTED**

ZIP CODE          TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES[ ] NO[XX]

a. INSURED'S DATE OF BIRTH
MM | DD | YY     M[ ] F[ ]

b. OTHER INSURED'S DATE OF BIRTH
MM | DD | YY    SEX M[ ] F[ ]

**REDACTED**

b. AUTO ACCIDENT?
YES[ ] NO[XX]    PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES[ ] NO[XX]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES[ ] NO[XX]    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM | DD | YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM | DD | YY   TO MM | DD | YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
LEROY PARKER

17a. I.D. NUMBER OF REFERRING PHYSICIAN
UPIN#-K75955

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM | DD | YY   TO MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES[ ] NO[ ]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 150.9   MAL NEO ESOPHAGUS
2.
3.
4.

22. MEDICAID RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 16 00 | 06 22 00 | 12 | | A4221 | | 1 | 113 08 | 7 | | | | |
| 06 16 00 | 06 22 00 | 12 | | A4222 | | 1 | 207 82 | 22 | | | | |
| 06 16 00 | 06 22 00 | 12 | | J9190 | | 1 | 67 97 | 7 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN[ ] EIN[XX]
042832765

26. PATIENT'S ACCOUNT NO.
09-1237-CHM-2

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES[XX] NO[ ]

28. TOTAL CHARGE
$ 388 87

29. AMOUNT PAID
$ 272 01

30. BALANCE DUE
$ 68 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

CAROLYN J. AHRENS
SIGNED          10/13/2000   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
CHARTWELL HOME THERAPIES
DEPT. L-9657
COLUMBUS, OH   43260-9657
(800) 445-3496
PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   WHCFA-1500-N-50 (3-66)

PLEASE PRINT OR TYPE

FORM HCFA-1500   (12-90)
FORM OWCP-1500
FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001691

PAGE   1

October 13, 2000                           CASE #:

                                           PATIENT:
SHEET MENTAL WORKERS NATIONAL              POLICY :
HEALTH FUND                                GROUP NUMBER:
P.O. BOX# 1449                             POLICYHOLDER:
GOODLETTSVILLE, TN   37070-1449            HOME CHEMOTHERAPY

DETAIL INVOICE
--------------

REDACTED

|                                  |  |                          | QTY | UNIT PRICE | EXTENSION PRICE |
| -------------------------------- |  | ------------------------ | --- | ---------- | --------------- |
| DATE OF SERVICE                  |  | DESCRIPTION              |     |            |                 |
| 06/16/00 - 06/22/00 | | GLOVES CHEMO LG EA | 4.0 | 3.46 | 13.84 |
| 06/16/00 - 06/22/00 | | EXT SET 12" LL (MINI) | 1.0 | 4.40 | 4.40 |
| 06/16/00 - 06/22/00 | | DISPENSING PIN, MINI | 4.0 | 5.85 | 23.40 |
| 06/16/00 - 06/22/00 | | CLAVE NDLESS CNTOR C-1000 | 2.0 | 9.61 | 19.22 |
| 06/16/00 - 06/22/00 | | BATTERY AA SIZE | 8.0 | 9.73 | 77.84 |
| 06/16/00 - 06/22/00 | | COVER, STER (LCAP) | 4.0 | 0.68 | 2.72 |
| 06/16/00 - 06/22/00 | | *** RX #: 292920  FLUOROURACIL 2655MG/180ML  NS.9% | 1.0 | 127.73 | 127.73 |
| 06/16/00 - 06/22/00 | | *** RX #: 292924  NACL 0.9%-10ML SDV | 2.0 | 4.68 | 9.36 |
| 06/16/00 - 06/22/00 | | *** RX #: 292925  HEPARIN 100 U/ML-10ML | 2.0 | 4.90 | 9.80 |
| 06/16/00 - 06/22/00 | | *** RX #: 292926  SYR 10CC LL | 2.0 | 0.55 | 1.10 |
| 06/16/00 - 06/22/00 | | *** RX #: 292927  NDL, HUBER W/TUB 22GX3/4" | 2.0 | 12.09 | 24.18 |
| 06/16/00 - 06/22/00 | | *** RX #: 292928  ACCESS KIT | 2.0 | 37.64 | 75.28 |

--------------------  ----------------------  ---  -----  -------
                      ***  PLEASE PAY THIS AMOUNT....   388.87

PLEASE REMIT TO:   CHARTWELL HOME THERAPIES
                   DEPT. L-9657
                   COLUMBUS, OH  43260-9657
                   042832765

HIGHLY CONFIDENTIAL
SMWMASS 001692

United HealthCare Ins. Co
Provider #: 0525720003
Check/EFT #: 000000002351153          08/22/00 -

1-570-735-9445
CHARTWELL HOME THERAPIES
Page #: 004 of 005

MEDICARE
REMITTANCE

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DED | COINS | GRP/RC AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|-----|-------|-----------|---------|

NAME
|  | 20003 0616 062200 12 | | A4221 | | | | | | | HA01 |
|  | | | | | | | | | | 90.46 |
|  | 20003 0616 062200 12 | 22 | A4222 | | 207.82 | 207.82 | 0.00 | 41.56 OA-93 | 0.00 | 166.26 |
|  | 20003 0616 062200 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | 3.82 CO-47 | 48.86 | 15.29 |
| PT RESP | 68.00 | | CLAIM TOTALS | | 388.67 | 340.01 | 0.00 | 68.00 | 46.86 | 272.01 |
|  | | | | | | | 272.01 NET | | | |

NA
|  | 052...20003 0623 062700 12 | | A4221 | | 113.08 | 113.08 | 0.00 | 22.62 OA-93 | 0.00 | 90.46 |
|  | 0525720003 0623 062900 12 | 19 | A4222 | | 186.45 | 186.45 | 0.00 | 37.29 OA-93 | 0.00 | 149.16 |
|  | 0525720003 0623 062900 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | 3.82 CO-47 | 48.86 | 15.29 |
| PT RESP | 63.75 | | CLAIM TOTALS | | 367.50 | 318.64 | 0.00 | 63.75 | 48.86 | 254.91 |
|  | | | | | | | 254.91 NET | | | |

NA
|  | 0525720003 0630 070600 12 | 7 | A4221 | | 113.08 | 113.08 | 0.00 | 22.62 OA-93 | 0.00 | 90.46 |
|  | 0525720003 0630 070600 12 | 19 | A4222 | | 186.45 | 186.45 | 0.00 | 37.29 OA-9A | 0.00 | 149.16 |
|  | 0525720003 0630 070600 12 | 7 | J9190 | | 67.97 | 19.11 | 0.00 | 3.82 CO | 48.86 | 15.29 |
| PT RESP | 63.75 | | CLAIM TOTALS | | 367.50 | 318.64 | 0.00 | 63.75 | 48.86 | 254.91 |
|  | | | | | | | 254.91 NET | | | |

ACNT 091689CHE1          ICN 00228210167000   ASG Y   MOA MA18   MA01
|  | | | | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| 0525720003 0418 052100 12 | | 4 | A4221 | | 569.88 | 0.00 | 0.00 | 0.00 PR-107 | 569.88 | 0.00 |
| 0525720003 0418 052100 12 | | 4 | A6922 | | 335.79 | 0.00 | 0.00 | 0.00 PR-107 | 335.79 | 0.00 |
| 0525720003 0418 052100 12 | | 88 | J0895 | | 5946.00 | 0.00 | 0.00 | 0.00 PR-107 | 5946.00 | 0.00 |
| PT RESP | 6850.87 | | CLAIM TOTALS | | 7550.87 | 0.00 | 0.00 | 0.00 | 7550.87 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

ACNT 091689CHE1          ICN 00228210166000   ASG Y   MOA MA18   MA01
|  | | 1 | E07 | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| 0525720003 0522 060100 12 | 1 | A4221 | | 15.54 | 0.00 | 0.00 | 0.00 PR-107 | 15.54 | 0.00 |
| 0525720003 0522 060100 12 | 11 | A4222 | | 205.94 | 0.00 | 0.00 | 0.00 PR-107 | 205.94 | 0.00 |
| 0525720003 0522 060100 12 | 33 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1410.68 | | CLAIM TOTALS | | 2110.68 | 0.00 | 0.00 | 0.00 | 2110.68 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

ACNT 091689CHE1          ICN 00228210165000   ASG Y   MOA MA18   MA01
|  | | | | | 15.54 | 0.00 | 0.00 | 0.00 PR-107 | 15.54 | 0.00 |
|  | 20003 0602 060800 12 | 29 | A4222 | | 392.74 | 0.00 | 0.00 | 0.00 PR-107 | 392.74 | 0.00 |
|  | 20003 0602 060800 12 | 87 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1597.48 | | CLAIM TOTALS | | 1597.48 | 0.00 | 0.00 | 0.00 | 1597.48 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

ACNT 091689CHE1          ICN 00228210164000   ASG Y   MOA MA18   MA01
|  | | | | | 25.76 | 0.00 | 0.00 | 0.00 PR-107 | 25.76 | 0.00 |
| 0525720003 0609 061500 12 | 21 | A4222 | | 205.94 | 0.00 | 0.00 | 0.00 PR-107 | 205.94 | 0.00 |
| 0525720003 0609 061500 12 | 63 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| PT RESP | 1420.90 | | CLAIM TOTALS | | 1420.90 | 0.00 | 0.00 | 0.00 | 1420.90 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

ACNT 091689CHE1          ICN 00228210163000   ASG Y   MOA MA18   MA01
|  | | | | | 15.19 | 0.00 | 0.00 | 0.00 PR-107 | 15.19 | 0.00 |
| 0525720003 0616 062200 12 | 21 | A4222 | | 244.90 | 0.00 | 0.00 | 0.00 PR-107 | 244.90 | 0.00 |
| 0525720003 0616 062200 12 | 63 | J0895 | | 1189.20 | 0.00 | 0.00 | 0.00 PR-107 | 1189.20 | 0.00 |
| 0525720003 0618 061800 12 | 1 | E0781 RRCI | | 700.00 | 0.00 | 0.00 | 0.00 CO-B17 | 700.00 | 0.00 |
| PT RESP | 1449.29 | | CLAIM TOTALS | | 2149.29 | 0.00 | 0.00 | 0.00 | 2149.29 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

ACNT 091689CHE1          ICN 00228210162000   ASG Y   MOA MA15   MA18   MA01
| 0525720003 0623 074900 1 | 3 | A4221 | | 51.68 | 0.00 | 0.00 | 0.00 PR-107 | 51.68 | 0.00 |
| 0525720003 0623 070900 12 | 17 | A4222 | | 599.07 | 0.00 | 0.00 | 0.00 PR-107 | 599.07 | 0.00 |
| 0525720003 0623 070900 12 | 72 | J0895 | | 2378.40 | 0.00 | 0.00 | 0.00 PR-107 | 2378.40 | 0.00 |
| PT RESP | 3029.15 | | CLAIM TOTALS | | 3029.15 | 0.00 | 0.00 | 0.00 | 3029.15 | 0.00 |
| CLAIM INFORMATION FORWARDED TO: | | | ANTHEM BCBS NEW HAMPSHIRE | | | | 0.00 NET | | | |

HIGHLY CONFIDENTIAL
SMWMASS 001693

Date:   3/08/2004
Time:   4:25PM

Page:       1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985

**MEDICARE REMITTANCE NOTICE**

Provider/Clinic#:

N51714

**Check No/EFT Trace No:** 127340082
**Date Paid:** 2/26/2004

REDACTED

NAME:

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | J3490 | | 405.00 | 307.80 | 0.00 | 61.56 | 97.20 | 246.24 |
| PT Respon: | 61.56 | | | Claim Totals: | | 405.00 | 307.80 | 0.00 | 61.56 | 97.20 | 246.24 |

HIGHLY CONFIDENTIAL
SMW/MASS 000873

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB 0938-0008
RETURN
SMWN 0001
00111
SECONDARY

CARRIER

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | PICA |

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
[Medicare #]  [Medicaid #]  [Sponsor's SSN]  [VA File #]  [SSN or ID]  [SSN]  [X] [ID]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX
MM 04 DD 20 YY 193?   F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [X]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY   SPRINGFIELD   STATE   MA

8. PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY   SPRINGFIELD   STATE   MA

ZIP CODE   01118-0000   TELEPHONE (Include Area Code)

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE   01118-0000   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   SEX   REDACTED

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM 04 DD 20 YY 1937   REDACTED

b. AUTO ACCIDENT?   PLACE (State)
YES [ ]  NO [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME   REDACTED

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X]  NO [ ]   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 174.9
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | 99214 | 25 | | 127 00 | | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 5 | 96408 | | | 175 00 | | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | 96410 | | | 245 00 | | | | | |
| 02 | 02 | 04 | 02 | 02 | 04 | 11 | 1 | 90780 | 59 | | 135 00 | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN   EIN
04-3498186   [ ] [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [ ]  NO [ ]

28. TOTAL CHARGE   $ 682 00

29. AMOUNT PAID   $ 555 21

30. BALANCE DUE   $ 126 79

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04
COMPUTER GENERATED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 273
WINDSOR, CT 06095-0000
PIN#   GRP#

MC (APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000974

Date:    3/08/2004
Time:    4:25PM

Page:    1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985

**MEDICARE REMITTANCE NOTICE**

Provider/Clinic#:

**N51714**

**Check No/EFT Trace No:** 12734008 REDACTED

**Date Paid:** 2/26/2004

NAME: T

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 96410 | | 245.00 | 243.10 | 0.00 | 48.62 | 1.90 | 194.48 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 96408 | | 175.00 | 172.76 | 0.00 | 34.55 | 2.24 | 138.21 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 90780 | 59 | 135.00 | 130.86 | 0.00 | 26.17 | 4.14 | 104.69 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 001 | 99214 | 25 | 127.00 | 87.24 | 0.00 | 17.45 | 39.76 | 69.79 |
| PT Respon: 126.79 | | | | Claim Totals: | | 682.00 | 633.96 | 0.00 | 126.79 | 48.04 | 507.17 |

HIGHLY CONFIDENTIAL
SMW/MASS 000875

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA
P O BOX 1449
GOODLETTSVILLE, TN 37070

APPROVED OMB-0938-0008
RETURN
SMWN 0001
00113
SECONDARY

CARRIER

| PICA | | | | | **HEALTH INSURANCE CLAIM FORM** | | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE
MM 04 DD 20 YY 1937   SEX  F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse X  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY  SPRINGFIELD          STATE MA

8. PATIENT STATUS
Single  Married X  Other

CITY  SPRINGFIELD          STATE MA

ZIP CODE  01118-0000   TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE  01118-0000   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH
MM 03 DD 07 YY 1937   SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH
MM 04 DD 20 YY 1937   SEX M  F X

b. AUTO ACCIDENT?       PLACE (State)
YES  X NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 174.9          3.
2. 288.0          4.

22. MEDICAID RESUBMISSION
CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | T9070 | | 88 00 | 11 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | U1100 | | 50 00 | 10 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | T9000 | | 620 00 | 11 | | | | |
| 02 02 04 | 02 02 04 | 11 | 1 | T7000 | | 94 00 | 3 | | | | |
| 02 03 04 | 02 03 04 | 11 | 1 | 90782 | | 30 00 | 1 | | | | |
| 02 03 04 | 02 03 04 | 11 | 1 | T2505 | | 3688 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
04-3498186          X

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES  NO

28. TOTAL CHARGE
$ 4519 00

29. AMOUNT PAID
$ 3979.35

30. BALANCE DUE
$ 539.65

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1100
SPRINGFIELD, MA 01104-0000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PIN#          GRP#

MC (APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500, FORM RRB-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000876

Date:   3/08/2004
Time:   4:25PM                                                                Page:      1

SPRINGFIELD MEDICAL ASSOC INC                **MEDICARE REMITTANCE NOTICE**
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985                        Provider/Clinic#:              N51714

### Check No/EFT Trace No:  127340082
### Date Paid:  2/26/2004

NAME:

·500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |
| PT Respon: 539.65 | | | | Claim Totals: | | 4519.00 | 2698.27 | 0.00 | 539.65 | 1820.73 | 2158.62 |

HIGHLY CONFIDENTIAL
SMWMASS 000877

**Exhibit 3(l): Phizer**

- J0456



APPROVED OMB NO.

| LAWRENCE GENERAL HOSPITAL | 2 A | | 3 PATIENT CONTROL NO. 3718061-001 | 4 TYPE OF BILL 131 |
|---|---|---|---|---|

1 GENERAL STREET
LAWRENCE MA 01841
978 683 4000

| 5 FED. TAX NO. 042103586 | | 052105 | 052305 | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R.D. | 11 |

12 PATIENT NAME REDACTED
13 PATIENT ADDRESS  60 AGILLAR ROAD, ANDOVER, MA 01810

| 14 BIRTHDATE 07121921 | 15 SEX F | 16 M | 17 052105 | 18 19 | 20 1 | 21 1 7 | 22 STAT 01 | 23 MEDICAL RECORD NO. 458504 | | | 31 |

11 052105

38 REDACTED
ED
ANDOVER MA 01810

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | 250 PHARMACY | J0456 | 052105 | 1 | 5338 | | |
| 3 | 250 PHARMACY | J2765 | 052105 | 1 | 523 | | |
| 5 | 250 PHARMACY | J2550 | 052205 | 4 | 908 | | |
| 7 | 258 IV SOLUTIONS | | 052105 | 2 | 5250 | | |
| 9 | 271 M/S SUPP NSTR | | 052105 | 2 | 875 | | |
| 11 | 300 LABORATORY-GENERAL | 36415 | 052105 | 1 | 1125 | | |
| 13 | 301 LAB/CHEMISTRY | 80048 | 052105 | 1 | 2525 | | |
| 15 | 301 LAB/CHEMISTRY | 82150 | 052105 | 1 | 2100 | | |
| 17 | 301 LAB/CHEMISTRY | 82553 | 052105 | 1 | 3775 | | |
| 19 | 301 LAB/CHEMISTRY | 84484 | 052105 | 1 | 3875 | | |
| 21 | 301 LAB/CHEMISTRY | 82553 | 052205 | 2 | 7550 | | |
| 23 | SUB-TOTAL | | | | 59628 | | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| A MEDICARE PART A | 220010 | Y | Y | | | |
| B STEEL WRKRS WORKERS | | | | | | |
| C | | | | | | |

DUE FROM PATIENT ▶

| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A | 18 | REDACTED | OBSERVATION | |
| B | | | O/P SECONDARY | |
| C | | | | |

REDACTED

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A | | | |
| B | | RETIRED | |
| C | | | |

| 67 PRIN. DIAG. CD. 786.59 | 434.0 | 733.00 | V43.3 | | | | | | 76 ADM. DIAG. CD. 786.59 | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE 99.22 | DATE 052105 | 81 99.29 | 052105 | B | A54479 ISEKE, RICHARD MD | A |
|---|---|---|---|---|---|---|---|
| | C | D | | E | H07545 SIMMONS, MARC MD | B |

84 REMARKS

B6170)

HIGHLY CONFIDENTIAL
SMWMASS 000044



MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
MEDICARE

LAWRENCE GENERAL HOSPITAL
ONE GENERAL STREET
LAWRENCE
220010

PAT STAT: J1   CLAIM STAT: 1

FEE: 9/09/05   FCN: 3718061-001
PAID: 6/21/05   MRN: 55944
CRT: 00215   ICN: 205153 01926502

SVC FROM: 5/21/05
THRU: 5/23/05

| REV | SVC DATE | HCPCS | MODS | UNT/VST | CHARGES | ALLOWED | GC | RSN | AMOUNT | REMARK CODES |
|-----|----------|-------|------|---------|---------|---------|----|----|--------|--------------|
| 0258 | 5/21/05 | | | 2 | 52.50 | 105.00 | | | | |
| 0270 | 5/21/05 | | | 2 | 36.75 | 17.00 | | | | |
| 0271 | 5/21/05 | | | 2 | 17.55 | 135.12 | 42 | | 8.25 | |
| 0272 | 5/21/05 | J0456 | | 1 | 53.73 | 18.86 | 42 | | 16.85 | |
| 0280 | 5/22/05 | J7405 | | 1 | 9.08 | 16.46 | 42 | | 19.84 | |
| 0300 | 5/21/05 | J2550 | | 4 | 9.23 | 12.00 | 42 | | 22.40 | |
| 0300 | 5/21/05 | 36415 | | 1 | 22.50 | 10.82 | 42 | | 11.94 | |
| 0301 | 5/22/05 | 36415 | | 1 | 45.25 | 8.30 | 42 | | 43.42 | |
| 0301 | 5/21/05 | A4216 | | 2 | 26.25 | 18.12 | 42 | | 53.84 | |
| 0301 | 5/21/05 | A4216 | | 1 | 21.00 | 21.60 | 42 | | 28.00 | |
| 0301 | 5/22/05 | 82550 | | 2 | 75.50 | 43.32 | 42 | | 25.00 | |
| 0301 | 5/22/05 | 82553 | | 2 | 37.75 | 29.24 | 42 | | 35.89 | |
| 0301 | 5/21/05 | 84484 | | 1 | 30.75 | 27.50 | 42 | | 9.07 | |
| 0305 | 5/22/05 | 84484 | | 1 | 16.75 | 21.80 | 42 | | | |
| 0307 | 5/21/05 | 81001 | | 3 | 13.50 | 8.86 | | | | |
| 0324 | 5/21/05 | 90784 | | 3 | 328.00 | 456.00 | | | | |
| 0450 | 5/21/05 | 99285 | | | 379.00 | 758.00 | | | | |
| 0730 | 5/21/05 | 93005 | | 1 | 72.00 | 144.00 | | | | |
| 0730 | 5/23/05 | 93005 | | 1 | 72.00 | 144.00 | | | | |
| 0762 | 5/23/05 | 99219 | | 15 | 930.00 | 1660.00 | | | | |

REMARK CODES: MA44
ADJ REASON CODES: PR 2   217.88   CO A2   2944.10

**Exhibit 3(m):  Sicor**

- J9000

- J0640

PLEASE
DO NOT
STAPLE
IN THIS
AREA

MAIL TO:
SHEET METAL WORKERS NAT'L HEA RETURN
P O BOX 1449                        SMWN 0001
GOODLETTSVILLE, TN 37070            00113
                                    SECONDARY

APPROVED OMB-0938-0009

☐ PICA                    **HEALTH INSURANCE CLAIM FORM**                        PICA ☐

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|---|
| | MM 04 DD 20 YY 1937 | | M ☐ F ☒ | |

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☒  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                    STATE    8. PATIENT STATUS
SPRINGFIELD             MA       Single ☐  Married ☒  Other ☐

CITY                    STATE
SPRINGFIELD             MA

ZIP CODE          TELEPHONE (Include Area Code)
01118-0000

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE          TELEPHONE (INCLUDE AREA CODE)
01118-0000

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH
MM 03 DD 07 YY 1937     M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH      SEX
MM 04 DD 20 YY 1937   M ☐  F ☒

b. AUTO ACCIDENT?          PLACE (State)
☐ YES  ☒ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
SHEET METAL WORKERS NAT'L

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MASS

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 11-17-03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ☐ ILLNESS (First symptom) OR ☐ INJURY (Accident) OR ☐ PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM DD YY | | FROM MM DD YY   TO MM DD YY |

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
HETZEL, PAUL C.

17a. I.D. NUMBER OF REFERRING PHYSICIAN
A68203

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?          $ CHARGES
☐ YES  ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 174.9              3. ____

2. 288.0              4. ____

22. MEDICAID RESUBMISSION
CODE              ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A DATE(S) OF SERVICE | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 1 | 02 02 04 | | 02 02 04 | | 11 | 1 | T9070 | | 88 00 | 11 | | | | |
| 2 | 02 02 04 | | 02 02 04 | | 11 | 1 | J1100 | | 50 00 | 10 | | | | |
| 3 | 02 02 04 | | 02 02 04 | | 11 | 1 | T9000 | | 627 00 | 11 | | | | |
| 4 | 02 02 04 | | 02 02 04 | | 11 | 1 | T9000 | | 94 00 | 3 | | | | |
| 5 | 02 03 04 | | 02 03 04 | | 11 | 1 | 90782 | | 30 00 | 1 | | | | |
| 6 | 02 03 04 | | 02 03 04 | | 11 | 1 | 12505 | | 3688 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 04-3498186 | ☐ ☒ | | ☒ YES  ☐ NO | $ 4519 00 | $ 3979 35 | $ 539 65 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
HETZEL, PAUL M.D.
LIC.# 039373    03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

PIN#          GRP#

MC (APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)          PLEASE PRINT OR TYPE          APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMW/MASS 000876

Date:   3/08/2004
Time:   4:25PM

Page:   1

SPRINGFIELD MEDICAL ASSOC INC
PO BOX 219
WINDSOR, CT  06095
Phone: (800) 883-5985

## MEDICARE REMITTANCE NOTICE

Provider/Clinic#:          N51714

## Check No/EFT Trace No:   127340082
## Date Paid:   2/26/2004

NAME:

-500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.68 | 0.00 | 5.33 | 3.34 | 21.33 |

PT Respon:  539.65          Claim Totals:   4519.00   2698.27   0.00   539.65   1820.73   2158.62

HIGHLY CONFIDENTIAL
SMWMASS 000877

| EMPLOYEE | DEPENDENT (IF APPLICABLE) | RELATIONSHIP | 5/4 |
|---|---|---|---|
| | | S | 640 |

| PROVIDER TAX I.D. #: | PATIENT ACCOUNT # | | |
|---|---|---|---|
| 042767880 | | 10 | NO 0588583 |

12/20/2002
DATE ISSUED

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY _____ *********95DOLLARS AND 20CENTS** _____ DOLLARS $ *****95. 20**

TO THE
ORDER
OF

⌐                                    ⌐        0588583

HALLMARK HEALTH SYSTEM, INC.
100 HOSPITAL RD                                    AUTHORIZED SIGNATURE

L MALDEN          , MA 02148      ⌐

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

BarTrust Bank, Nashville
Nashville, Tennessee 37220

⑆00588583⑈ ⑆064000046⑇ 702139030 2⑆                    •⬤

---

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449                **SMW+ PROGRAM**
Toll-Free 800-831-4914 | Phone (615) 859-0131
**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 10/01/2002 | 10/31/2002 | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |
| | | 2720.00 | .00 | 95.20 | 95.20 | 95.20 |

NON-COVERED CODES:

REDACTED

COMMENTS:

---

PROVIDER: HALLMARK HEALTH SYSTEM, INC.
PARTICIPANT
CDP   CLAIM NUMBER:  2005850

BRADFORD          MA    01835

Processed by   SOUTHERN BENEFIT
ADMINISTRATORS, INC.

HIGHLY CONFIDENTIAL
SMW/MASS 001267

APPROVED OMB NO. 0938-279

| HALLMARK HEALTH | 2 | | | | 3 PATIENT CONTROL NUMBER | | | TYPE OF BILL 131 |
|---|---|---|---|---|---|---|---|---|

100 HOSPITAL RD
MALDEN    ¶ MA02148
0000000000

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM | THROUGH | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
|---|---|---|---|---|---|---|---|
| 0042767880 | 100102 | 103102 | 30 | 0 | . 0 | 0 | |

12 PATIENT'S NAME

13 PATIENT'S ADDRESS
BRADFORD, MA 01835-

| 14 BIRTHDATE | 15 SEX | 16 MS | ADMISSION 17 DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02251947 | F | M | 10012002 | 07 | 3 | 2 | 99 | 01 | H0081528 | | | | | | | | |

29 SHEET METAL WORKERS

**REDACTED**   12/11/06

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | 88 | 2405.80 | | | A2 | 95.20 |
| b | | | | | | |
| c | | | | | | |

| 42 REV. CD | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 102902 | 1 | 400 | 000 | |
| 0280 | ONCOLOGY | 99212 | 100102 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99214 | 100802 | 1 | 10600 | 000 | |
| 0280 | ONCOLOGY | 99212 | 101502 | 1 | 7300 | 7300 | |
| 0280 | ONCOLOGY | 99213 | 102202 | 1 | 9100 | 000 | |
| 0280 | ONCOLOGY | 99212 | 102902 | 1 | 7300 | 7300 | |
| 0300 | LABORATORY | G0001 | 100102 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 101502 | 1 | 1400 | 000 | |
| 0300 | LABORATORY | G0001 | 102902 | 1 | 1400 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 100102 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 101502 | 1 | 3000 | 000 | |
| 0305 | LAB/HEMATOLOGY | 85025 | 102902 | 1 | 3000 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100102 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 100802 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 101502 | 1 | 27800 | 000 | |
| 0331 | CHEMOTHER/INJ | Q0083 | 102902 | 1 | 27800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100102 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100102 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100102 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 100802 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 100802 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 100802 | 1 | 17000 | 000 | |

| 50 PAYER   PAGE: 01 OF 02 | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| MEDICARE PART A | 220070 | Y | Y | 240580 | | |
| SHEET METAL WORKERS | | | | | 9520 | |

DUE FROM PATIENT

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.—SSN—HIC.—ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| | 01 | | DISABLED | UNKNOWN |
| | 02 | | DISABLED | UNKNOWN |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|

**EOB ATTACHED**

| 67 PRIN DIAG CD. 1539 | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG CODES 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM DIAG CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 79 PC | 80 PRINCIPAL PROCEDURE CODE | DATE | 81 OTHER PROCEDURE CODE | DATE | OTHER PROCEDURE CODE | DATE | 82 ATTENDING PHYS. ID | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | B72551 | PENNACCHIO | JOSEPH |

| OTHER PROCEDURE CODE | DATE | OTHER PROCEDURE CODE | DATE | OTHER PROCEDURE CODE | DATE | 83 OTHER PHYS. ID | A |
|---|---|---|---|---|---|---|---|

| 84 REMARKS | SHEET METAL WORKERS | | 83 OTHER PHYS. ID B72551 | PENNACCHIO | B JOSEPH |
|---|---|---|---|---|---|

PO BOX 1449
GOODLETTSVILLE, TN  37070-1449

86 PROVIDER REPRESENTATIVE
KATHY MARINELLI

87 DATE
10/7/2002

HIGHLY CONFIDENTIAL
SMW/MASS 001288

| | | 2 | | | | | 3 PATIENT CONTROL NUMBER | | APPROVED OMMB FORM-2/2 3 TYPE OF BILL |
|---|---|---|---|---|---|---|---|---|---|

HALLMARK HEALTH
100 HOSPITAL RD
MALDEN      1  MA02148
0000000000

| | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 COVD. | 8 N-CD. | 9 C-1D. | 10 L-R D. | 11 | 131 |
|---|---|---|---|---|---|---|---|---|

0042767880  100102  103102    30    0    0    0

**12 PATIENT'S NAME**   13 PATIENT'S ADDRESS

RADFORD, MA 01835-

| 14 BIRTHDATE | 15 SEX | 16 MS | ADMISSION 17 DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES 24 25 26 27 28 29 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|

02251947 F  M  10012002  07  3  2  99  01  H0081528

| 38 | | | | | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|---|---|---|---|

SHEET METAL WORKERS                    REDACTED

a 88  2405.80                        A2  95.20

| 42 REV.CD | 43 DESCRIPTION | 44. HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | DRUGS/DETAIL CODE | J0640 | 101502 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 101502 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0166 | 101502 | 1 | 17800 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J0640 | 102902 | 1 | 6000 | 000 | |
| 0636 | DRUGS/DETAIL CODE | J9190 | 102902 | 2 | 2600 | 000 | |
| 0636 | DRUGS/DETAIL CODE | Q0165 | 102902 | | 17800 | 000 | |
| 0001 | TOTAL CHARGES | | | 32 | 272000 | 21900 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|

PAGE: 02 OF 02
MEDICARE PART A   220070   Y  Y   240580
SHEET METAL WORKERS           Y  Y          9520

**58 INSURED'S NAME** | 59 P.REL | 60 CERT.–SSN–HIC.–ID NO. | | 61 GROUP NAME | 62 INSURANCE GROUP NO.

01          DISABLED   UNKNOWN
02          DISABLED   UNKNOWN

**63 TREATMENT AUTHORIZATION CODES** | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION

**67 PRIN.DIAG CD.** 1539 | 68-75 CODE

79PC | 80 PRINCIPAL PROCEDURE CODE / DATE  9 | 81 OTHER PROCEDURE | 82 ATTEND.PHYS.ID B72551  PENNACCHIO   JOSEPH   A

**84 REMARKS** SHEET METAL WORKERS
PO BOX 1449
GOODLETTSVILLE, TN  37070-1449

83 OTHER PHYS. ID B72551  PENNACCHIO   JOSEPH   B

86 PROVIDER SIGNATURE  KATHY MARINELLI  87 DATE 11072002

HIGHLY CONFIDENTIAL
SMW/MASS 001363

MEDICARE NATIONAL STANDARD INTERMEDIARY REMITTANCE ADVICE
```
==============================================================================
HALLMARK HEALTH SYSTEMS      PROVIDER: 220070    MEDICARE
100 HOSPITAL ROAD            ENDING: 10/31/2002
MALDEN  MA  02148            BILL TYPE: 131

==============================================================================
NAME:                                   SERVICE: 10/01/2002 THRU 10/31/2002
HIC:                 PCN: V19070457 1   MEDICARE PAYMENT DATE: 12/03/2002
MRN: H0081528        ICN: 1231539763    PAT STAT: 01    CLAIM STAT: 1
------------------------------------------------------------------------------
        CHARGES              PPS DATA              PAYMENT DATA

REPORTED..........2720.00 DRG.........|........000 REIMB RATE............0.00
NON-COVERED........219.00 DRG AMOUNT..|.......0.00 PROF COMP.............0.00
DENIED...............0.00 DRG/OPERATION|......0.00 PERDIEM.................0
                         DRG/CAPITAL.|.......0.00 INTEREST.............0.00
                         OUTLIER( )..|.......0.00


        DAYS
                         BLOOD DEDUCT|.......0.00
COVERED DAYS........0000 TOTAL DEDUCT|.......0.00 CONT ADJ AMT.......1957.70
NON-COVERED DAYS....0000 CO-INSURANCE|......95.20 NET REIMB AMT.......448.10
------------------------------------------------------------------------------
```

REDACTED

HIGHLY CONFIDENTIAL
SMWMASS 001270