## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Pharmaceutical Industry Average Wholesale Price Litig.__
District Court Case No. __01:cv-12257-PBS__    District of __Massachusetts__
Date Notice of Appeal filed __8.23.07__    Court of Appeals Case No. _____
Form filed on behalf of __Demra Jordan__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __Docket 2076/motion hearing 1-19-06; Docket 4516/settlement hearing 7-19-07; Docket 4519 motion hearing 7-26-07__

### TRANSCRIPT ORDER

Name of Court Reporter __Lee A. Marzilli__
Phone Number of Reporter __617-345-6787__

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made: __I have already received transcripts.__

✓ Private funds. __Paid online__
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Scott C. Kinsel__    Filer's Signature _____
Firm/Address __1609 Shoal Creek, Ste 100, Austin TX 78701__
Telephone number __512-499-8900__    Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)    SEE INSTRUCTIONS ON REVERSE