# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>*County of Orange v. Abbott Laboratories, et al.,* CA 07-2777; | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance as counsel for Defendant Sepracor, Inc. in the above-captioned matter. Robert P. Sherman, Zachary N. Coseglia, and the law firm of DLA Piper US LLP will continue to represent Sepracor, Inc. in this matter.

/s/ Lisa S. Core
Lisa S. Core (BBO #658709)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  September 6, 2007