# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| *County of Orange v. Abbott Laboratories, et al.,* CA 07-2777; | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Sepracor, Inc.

/s/ Zachary N. Coseglia
Zachary N. Coseglia
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6023

Dated:  September 6, 2007

BOST1\487583.1
352500-805