# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Bayer Corp.

/s/ Zachary N. Coseglia
Zachary N. Coseglia
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6023

Dated:  September 6, 2007

BOST1\487585.1
352500-805