**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | ) ) |
| *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) | ) ) |
| *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) | ) ) |
| *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) | ) ) |
| *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) | ) ) |
| *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) | ) ) |
| *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) | ) ) |
| *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) | ) ) |
| *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | ) ) |

[Caption Continues on Next Page]

**JOINT MOTION FOR ENTRY OF [PROPOSED] CASE MANAGEMENT ORDER**

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |

| | |
|---|---|
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| *County of Ulster v. Abbott Labs, et al* | ) |
| (N.D.N.Y. Case No. 06-CV-0123) | ) |
| *County of Wyoming v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV06379) | ) |
| | ) |
| AND | ) |
| | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |
| *County of Orange v. Abbott Labs., et al.*, | ) |
| (S.D.N.Y. No. 07-CV-2777) | ) |

The plaintiffs and defendants, by and through their undersigned counsel, respectively move the Court for the entry of the proposed Case Management Order No. _____.

On July 26, 2007, the Court heard argument on the defendants' joint motion to dismiss the First Amended Consolidated Complaint (FACC). During the hearing, the Court requested that the parties work together to submit a case management order (CMO). To comply with the Court's request, the parties have conducted several meet and confer calls and exchanged

1

correspondence to negotiate the proposed CMO.

The parties have been able to agree on most of the terms of the proposed CMO. However, the parties have been unable to resolve the issue of the proper time frame for discovery on drugs reimbursed based on an AWP logic (as opposed to a FUL logic).

Defendants' Position

Defendants maintain that discovery on drugs in Exhibits B-1 and B-3 for which plaintiffs are alleging AWP fraud should not extend to years between 1997 and 2001 in light of the "perfect storm" of information about AWPs as of 2001 and the fact that the first consolidated complaint was filed on June 22, 2005.  This is consistent with the Court's statements at the July 26, 2007 hearing.  At the hearing, the Court stated that 2001 was a good date for purposes of statute of limitations.  (7/26/07 Mtn. Hr'g at 33-34.)

Plaintiffs' Position

Plaintiffs disagree with defendants' view for a number of reasons.  (1) The first county complaints (Suffolk, Westchester and Rockland) were filed in 2003.  The City of New York filed in 2004.  The fact that all counties have since joined together in a consolidated complaint has no bearing on the initial filing dates of the county claims or the dates from which discovery periods should be evaluated.  (2) Certain of plaintiffs' claims are subject to a six year statute of limitations.  Even without tolling or fraudulent concealment, plaintiffs would be entitled to discovery back to 1997; and (3) plaintiffs have expressly alleged a damages period back to 1992 and have alleged tolling and fraudulent concealment.  This Court has not yet ruled on the extent to which tolling or fraudulent concealment will apply to plaintiffs' claims.  In light of the foregoing, plaintiffs seek discovery from 1992 forward.

2

For the Court's convenience, the parties have submitted two competing versions of the proposed CMO. The defendants' proposed CMO is attached hereto as Exhibit A. The plaintiffs' competing proposed CMO is attached hereto as Exhibit B. The only difference between Exhibits A and B is the addition by defendants of the following sentence to paragraph seven of the proposed CMO in Exhibit A: "The Court finds that AWP-based claims that accrued prior to 2001 face a substantial statute of limitations defense and accordingly limits the time period for discovery on drugs covered in this paragraph seven to the period 2001 to 2005." In Exhibit B, paragraph seven of the proposed CMO contains no time period limitation on the discovery of drugs in Exhibits B-1 and B-3.

The parties respectfully request that Court enter one of the two competing proposed CMOs, attached hereto as Exhibits A and B. The parties agree that, unless the Court otherwise directs, no hearing is requested from the Court in connection with the adjudication of the joint motion.

Dated:   Boston, Massachusetts
         September 6, 2007

                                    Respectfully Submitted,

                                    ON BEHALF OF ALL DEFENDANTS
                                    SERVED IN ACCORDANCE WITH FRCP 4
                                    OR WHO HAVE WAIVED SERVICE

                                    By:   /s/ Jennifer M. Ryan (BBO No. 661498)
                                          Thomas E. Dwyer (BBO No. 139660)
                                          Jennifer M. Ryan (BBO No. 661498)
                                          **DWYER & COLLORA, LLP**
                                          600 Atlantic Avenue
                                          Boston, MA  02210
                                          Tel: (617) 371-1000
                                          Fax: (617) 371-1037
                                          tdwyer@dwyercollora.com
                                          jryan@dwyercollora.com

3

        Steven M. Edwards (SE 2773)
        Lyndon M. Tretter (LT 4031)
        Admitted *pro hac vice*
        **HOGAN & HARTSON LLP**
        875 Third Avenue
        New York, NY  10022
        Tel: (212) 918- 3640

*Attorneys for Defendant Bristol-Myers Squibb Company*

By:   /s/ Joanne M. Cicala_____
        Joanne M. Cicala (JC 5032)
        James P. Carroll Jr. (JPC 8348)
        Aaron D. Hovan (AH 3290)
        **KIRBY McINERNEY & SQUIRE, LLP**
        830 Third Avenue
        New York, NY  10022
        Tel: (212) 371-6600

*Attorneys for the City of New York and All Captioned New York Counties Except County of Nassau and County of Orange*

By:   /s/ Ross B. Brooks_____
        Melvyn I. Weiss
        Ross B. Brooks
        **MILBERG WEISS LLP**
        One Pennsylvania Plaza
        New York, NY  10119-0165
        Tel: (212) 594-5300

*Special Counsel for the County of Nassau*

By:   /s/ Theresa A. Vitello_____
        Theresa A. Vitello
        Stanley Levy
        **LEVY PHILLIPS & KONIGSBERG, LLP**
        800 Third Avenue
        New York, NY  10022
        Tel: (212) 605-6200

*Attorneys for County of Orange*

**CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE**

I, Lyndon M. Tretter, hereby certify that, on September 6, 2007, I caused a copy of **Joint Motion for Entry of [Proposed] Case Management Order** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

                                                                      /s/ Lyndon M. Tretter
                                                                          Lyndon M. Tretter