UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) | |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion for Leave to File Under Seal Exhibits to its Objections to August 13, 2007 Order by Magistrate Judge Bowler,

1. The United States' Motion is GRANTED;

2. Exhibits 2 and 3 to the United States' Objections to August 13, 2007 Order by Magistrate Judge Bowler shall remain under seal pending further Order of the Court.

IT IS SO ORDERED,

This _____ day of _____, 200_.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE