**OIG PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD902-0001-HHD902-0045 | 2/12/2001 | Report | Draft of OAS Report A-06-01-00005 (Medicaid Pharmacy Actual Acquisition Cost - Montana) | OAS Staff | Margaret Bullock, Assistant Administrator- Department of Public Health and Human Services; cc: Jeff Buska | Deliberative Process |
| HHD902-0046-HHD902-0068 | 2/12/2001 | Report | Draft of OAS Report A-06-01-00004 (Medicaid Pharmacy Actual Acquisition Cost - Colorado) | OAS Staff | Roger Gunter, Acute Rates Manager- Department of Health Care Policy and Financing; cc: Tony Bedell, Phyllis Coolen, Siri Childs, Carolyn Adams | Deliberative Process |
| HHD902-0069-HHD902-0094 | 2/12/2001 | Report | Draft of OAS Report A-06-01-00006 (Medicaid Pharmacy Actual Acquisition Cost - Washington) | OAS Staff | James Wilson, Assistant Secretary- Department of Social and Health Services; cc: cc: Tony Bedell, Phyllis Coolen, Siri Childs, Carolyn Adams | Deliberative Process |
| HHD902-0095-HHD902-0175 | | Report | Draft of OAS Reports A-06-00-00023, A-06-01-00053, A-06-02-00041 and Related Documents Including Transmittal Memos and Appendicies | OAS Staff | | Deliberative Process |
| HHD902-0176-HHD902-0190 | 5/25/2001 | Transmittal Memo and Report | Draft of Transmittal Memo and OAS Report A-06-00-00023 (Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products) | Michael F. Mangano, Acting Inspector General | Michael McMullen, Acting Deputy Administrator- HCFA | Deliberative Process |
| HHD902-0191-HHD902-0217 | 6/18/2002 | Transmittal Memo and Report | Transmittal Memo and Draft OAS Report A-06-02-00041 (Medicaid Pharmacy- Additional Analyses of the Actual Acquisition Cost of Prescription Drug Products) | Janet Rehnquist, Inspector General | Thomas Scully, Administrator, Centers for Medicare & Medicaid Services | Deliberative Process |
| HHD902-0218-HHD902-0221 | 4/12/2001 | Notes | Independent Reviewer's Notes on OAS Report A-06-00-00023 (Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products) | Howard Webb | | Deliberative Process |
| HHD902-0222-HHD902-0225 | 6/18/2001 | Notes | Independent Reviewer's Notes on OAS Report A-06-01-00053 (Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products) | Howard Webb | | Deliberative Process |
| HHD902-0226-HHD902-0228 | 5/7/2002 | Notes | Independent Reviewer's Notes on OAS Report A-06-02-00041 | OAS Staff | | Deliberative Process |
| HHD902-0229-HHD902-0230 | 4/27/2001 | E-mail | Questions and Comments on OAS Reports A-06-00-00053 and A-06-01-00023 | Janet Fowler | Robin A. Neddo, Paul Chesser, Bill Shrigley, Stacie Templet Last | Deliberative Process |
| HHD902-0231-HHD902-0251 | | Report | Draft IRR Corrections on Draft of OAS Report | OAS Staff | | Deliberative Process |
| HHD902-0252-HHD902-0267 | | Report | Draft IRR Corrections on Transmittal Memo and Draft of OAS Report A-06-00-00023 (Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products) | OAS Staff | | Deliberative Process |
| HHD902-0268-HHD902-0284 | | Report | Draft IRR Corrections on Transmittal Memo and Draft of OAS Report A-06-01-0053 (Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products) | OAS Staff | | Deliberative Process |
| HHD902-0285-HHD902-0300 | | Report | Draft of Transmittal Memo and Draft of OAS Report A-06-01-0053 (Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products) | OAS Staff | | Deliberative Process |
| HHD902-0301-HHD902-0314 | 5/1998 | Report | Draft of Transmittal Memo and OAS Report A-06-97-00052 (Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs) | OAS Staff | | Deliberative Process |
| HHD902-0315-HHD902-0315 | | Report | Table of Contents of Draft of OAS Report A-06-01-00007 (Medicaid Pharmacy Actual Acquisition Cost- West Virginia) | OAS Staff | | Deliberative Process |
| HHD902-0316-HHD902-0333 | 2/12/2001 | Report | Draft of OAS Report A-06-01-00007 (Medicaid Pharmacy Actual Acquisition Cost- West Virginia) | OAS Staff | Nancy Atkins, Commissioner- Department of Health and Human Resources | Deliberative Process |

**OIG PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD902-0334-HHD902-0337 | 2/12/2001 | Notes | Independent Reviewer's Notes on OAS Report A-06-01-00007 (Medicaid Pharmacy Actual Acquisition Cost- West Virginia) | Howard Webb | | Deliberative Process |
| HHD902-0338-HHD902-0351 | | Report | Draft of OAS Report A-06-95-00072 (Medicaid Pharmacy Actual Acquisition Cost- Virginia) | OAS Staff | Robert Metcalf, Director- Department of Medical Assistance Services | Deliberative Process |
| HHD902-0352-HHD902-0369 | | Report | Draft of OAS Report A-06-95-00070 (Medicaid Pharmacy Actual Acquisition Cost- New Jersey) | OAS Staff | Velvet Miller, Director- Division of Medical Assistance and Health Services | Deliberative Process |
| HHD902-0370-HHD902-0387 | | Report | Draft of OAS Report A-06-95-00069 (Medicaid Pharmacy Actual Acquisition Cost- Nebraska) | OAS Staff | Robert Seiffert, Administrator- Medical Services Division | Deliberative Process |
| HHD902-0388-HHD902-0405 | | Report | Draft of OAS Report A-06-95-00071 (Medicaid Pharmacy Actual Acquisition Cost- North Carolina) | OAS Staff | Barbara Matula, Director- Division of Medical Assistance | Deliberative Process |
| HHD902-0406-HHD902-0439 | | Report | Draft of OAS Report A-06-95-00068 (Medicaid Pharmacy Actual Acquisition Cost- Montana) | OAS Staff | Peter Blouke, Director- Department of Public Health and Human Services | Deliberative Process |
| HHD902-0440-HHD902-0469 | | Report | Draft of Cover for OAS Report A-06-95-00067 and Related Documents (Medicaid Pharmacy Actual Acquisition Cost- Missouri) | OAS Staff | | Deliberative Process |
| HHD902-0470-HHD902-0481 | | Report | Draft of Cover for OAS Report A-06-95-00065 (Medicaid Pharmacy Actual Acquisition Cost- Florida) | OAS Staff | | Deliberative Process |
| HHD902-0482-HHD902-0483 | 12/5/1995 | Notes | Independent Reviewer's Notes on OAS Report A-06-95-00065 (Medicaid Pharmacy Actual Acquisition Cost- Florida) | OAS Staff | | Deliberative Process |
| HHD902-0484-HHD902-0484 | | Form | Draft of Cover for OAS Report A-06-95-00063 (Medicaid Pharmacy Actual Acquisition Cost- Delaware) | OAS Staff | | Deliberative Process |
| HHD902-0485-HHD902-0495 | | Report | Draft of OAS Report A-06-95-00063 (Medicaid Pharmacy Actual Acquisition Cost- Delaware) | OAS Staff | Philip Soule, Sr., Medicaid Director- Department of Health and Social Services | Deliberative Process |
| HHD902-0496-HHD902-0497 | 8/1/1996 | Correspondence | Comments on Draft Report - Pharmacy Acquisition Costs of the Delaware Medicaid Program | Carmen Nazario, Secretary, Delaware Health & Social Services | June Gibbs-Brown, IG; cc's: Elaine Archangelo, Phil Soule, Sr., & Cindy Denemark | Deliberative Process |
| HHD902-0498-HHD902-0514 | | Report | Draft of OAS Report A-06-95-00063 (Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Delaware Dept. of Health and Social Services) | OAS Staff | | Deliberative Process |
| HHD902-0515-HHD902-0516 | 10/4/1995 | Notes | Independent Reviewer's Notes re. A-06-95-00063 | J. Trent | | Deliberative Process |
| HHD902-0517-HHD902-0582 | 2/12/2001 | Report | Draft report: Medicaid Pharmacy Actual Acquisition Cost A-06-01-00001 | C Miller | | Deliberative Process |
| HHD902-0583-HHD902-0594 | 9/0/1994 | Letter | Draft Letter relating to A-06-95-00066 | | | Deliberative Process |
| HHD902-0595-HHD902-0606 | 10/5/1995 | Notes | Independent Reviewer's Notes re. A-06-95-00066 | J. Trent | | Deliberative Process |

**OIG PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD902-0607-HHD902-0609 | 10/5/1995 | Notes | Independent Reviewer's Notes | J. Trent | | Deliberative Process |
| HHD902-0610-HHD902-0635 | | Report and cover letters | Draft Report: Medicaid Pharmacy-Actual Acquisition Costs of Generic Prescription Drug Products (A-06-97-00011) and draft transmittal letters | | | Deliberative Process |
| HHD902-0636-HHD902-0640 | 10/3/1995 | Notes | Independent Reviewer's Notes re: A-06-94-00070 | L H Pinkett | | Deliberative Process |
| HHD902-0641-HHD902-0649 | 10/3/1995 | Notes | Sampling Planning Documents noting revisions to Sampling Plan | LHP | | Deliberative Process |
| HHD902-0650-HHD902-0656 | 9/29/1989 | Memorandum | Draft OIG Management Advisory Report re: A-06-94-00070 with margin notes | Richard P. Kusserow, IG | Louis B. Hays, Acting Administrator | Deliberative Process |
| HHD902-0657-HHD902-0659 | 12/1/1994 | E-mail | Notes regarding revision of Sampling Plan for A-06-94-00070 | Janet Fowler | Paul Chesser | Deliberative Process |
| HHD902-0660-HHD902-0702 | 12/31/1999 | Report, Letter | Draft report re: Medicaid prescription drug program of the Indiana Family and Social Services Administration with draft cover letter | Gordon L. Sato | | Deliberative Process |
| HHD902-0703-HHD902-0706 | 2/12/2001 | Notes | Medicaid Pharmacy Actual Acquisition Cost A-06-01-00008 Independent Report Review's Certification and notes | C Miller | | Deliberative Process |
| HHD902-0707-HHD902-0717 | 09/0/1994 | Letter | Draft letter re: Pharmacy Acquisition Costs for Drugs Reimbursed Under the Prescription Drug Program of the District of Columbia | | | Deliberative Process |
| HHD902-0718-HHD902-0761 | 11/0/2001 | Notes | Independent Reviewer's Notes re: Review of Pharmacy Acquisition Costs For Drugs Reimbursed Under The Medicaid Prescription Drug Program of The Wisconsin Department of Health And Social Services | Office of Inspector General, DHHS | | Deliberative Process |
| HHD902-0762-HHD902-0806 | 12/0/2001 | Report | Draft Report re: Review Of Pharmacy Acquisition Costs of Drugs Reimbursed Under The Medicaid Prescription Drug Program of The Florida Agency For Health Care Administration | Office of Inspector General, DHHS | | Deliberative Process |
| HHD902-0807-HHD902-0826 | 1/16/1992 | Memorandum | Memorandum circulating draft report:  Medicaid Drug Rebates:  The HCFA Needs to Provide Additional Guidance to Drug Manufacturers to Better Implement Program with draft report | Donald L. Dillie | John Hapchuk, HCFAD, Ben Jackson, HCFAD, Bill Shrigley, Little Rock Field Office | Deliberative Process |
| HHD902-0827-HHD902-0930 | Dec-91 | Notes | Reviewers' and auditors' comments and proposed revisions re:  draft report A-06-91-00092 | | | Deliberative Process |
| HHD902-0931-HHD902-0963 | | Report, Notes | Draft Reports: Medicaid Drug Rebates Based on Average Wholesale Price (A-06-97-00052).  Some drafts containing hand-written notes, others containing cross-references and hand-written notes | June Gibbs Brown, Inspector General | Bruce Vladeck, Admininstrator, HCFA | Deliberative Process |
| HHD902-0964-HHD902-0970 | 10/2/1997 | Notes | Independent Report Review Certification Forms and hand-written notes for Medicaid Drug Rebates Based on Average Wholesale Price Draft Report | Jim Trout | Gordon Sato, Bill Shrigley, Paul Chessler | Deliberative Process |
| HHD902-0971-HHD902-0989 | 11/16/1992 | Draft Letter | Draft letter with proposed revisions for A-06-91-00092 | Brian Mitchell, Principal Deputy | Willaim Toby, Jr., Acting Admininstrator, HCFA | Deliberative Process |
| HHD902-0990-HHD902-0996 | 6/24/1997 | Letter | OIG  Draft Report on Retroactive Adjustment in Rebate Submitted by The Searle Company | June Gibbs Brown, Inspector General | Bruce Vladeck, Admininstrator, HCFA | Deliberative Process |
| HHD902-0997-HHD902-1000 | 9/23/1997 | Letter | HCFA's Comments on Searle Draft Report A-06-97-00031 | Nancy-Ann Min DeParle, Deputy | June Gibbs-Brown, IG | Deliberative Process |

**OIG PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD902-1001-HHD902-1027 | 12/0/1997 | Report, Memorandum | Draft Report, Comments on Draft Report: Need to Estbalish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs | June Gibbs Brown, Inspector General | | Deliberative Process |
| HHD902-1028-HHD902-1032 | 3/20/1997 | Memorandum | OPDIV Comments on OIG Draft report A-06-96-00030 | Deputy Inspector General for Audit Services | George M. Reeb, Assistant Inspector General for Health Care Financing Audits | Deliberative Process |
| HHD902-1033-HHD902-1048 | 4/17/1997 | Report | Draft Report A-06-94-00070 with handwritten notes | | | Deliberative Process |
| HHD902-1049-HHD902-1060 | | Report | Draft report re: Medicaid Pharmacy - Actual Acquisition Cost of Prescriptin Drug Products (A-06-96-00030) | June Gibbs Brown, Inspector General | Bruce Vladeck, Admininstrator, HCFA | Deliberative Process |