**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-00050008 | 12/12/1996 | E-mail | E-Mail messages Re: Vogel Letter-Zeneca w/ attached Medicare B News, Issue No. 148 w/handwritten notations. E-Mails relate to predecisional deliberations concerning reimbursement for Lurpon and Zolodex. | Imgrund, Joseph; Musculus, Robert | | Pat Mckee, Pat; Manning, Vicky; Krushinsky, Mark; Wiieski, Terri | | Moynihan, Eileen; O'Connell, Brent | DP Deliberative Process |
| AWP901-00150016 | 1/22/1997 | E-mail messages | Re: Zoldex vs Lupron w/ handwritten notation. E-mails relate to draft article concerning Zolodex and Lupron reimbursement. | Imgrund, Joseph; Bucek, Patricia | | McKee, Pat; Smith, Cynthia; Imgrund, Joseph; Lenker, Ed | | Schoener, Lynette; Bucek, Patricia | DP Deliberative Process |
| AWP901-00170018 | 1/23/1997 | Various e-mail messages | Re: Zoldex vs Lupron in reply to 1/22/1997 letter. E-mails relate to draft article concerning Zolodex and Lupron reimbursment. | Mckee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00210022 | 1/23/1997 | E-mail messages | Re: Vogel Letter - Zeneca - in reply to letter of 11/14/1996. E-Mails relate to predecisional deliberations concerning reimbursement for Lurpon and Zolodex. | Mckee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00250027 | 9/12/2000 | Letter | Draft of Letter to Member of Congress re: HCFA carriers' drug payment policy. | DeParle, Nancy-Ann Min | Administrator | Member of Congress | | | DP Deliberative Process |
| AWP901-01610169 | 4/23/1999 | Fee Schedule | Fee Schedule for Unlisted Drugs 1999 w/ handwritten notations | | | | | | DP Deliberative Process |
| AWP901-01720172 | 8/20/2002 | E-mail messages | Subj: Re: Summary of aranesp issue - attorney/client confidential w/handwritten notation | Stone, John M. | | Neville, John B. | Legal.BCBSU/TBG | | AC Attorney-Client, DP Deliberative Process |
| AWP901-01730173 | 8/20/2002 | Phone message | Message for John Neville from Anne Vickery on 8/20 w/ handwritten notes dated 8/21/02 | S. E. | | Neville, John B. | | | DP Deliberative Process, AC Attorney-Client |
| AWP901-01910192 | 3/6/2003 | E-mail messages | Subject Darbepoetin - Aranesp - pricing | Stone, John M. | | Neville, John B.; Tohill, Lora A., GOVMNT/BCBSU/TBG; Kreeck, Boyd, GOVMNT/BCBSU/TBG | Legal.BCBSU/TBG | Cannaday, Jennifer, LEGAL/BCBSU/TBG, Mitchell, John, GOVMNT/BCBSU/TBG | DP Deliberative Process, WP Work Product |
| AWP901-02020204 | XX/XX/XXXX | Spreadsheet | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comparison | | | | | | DP Deliberative Process |
| AWP901-02050208 | 4/15/2002 | E-mail | Re: Aranesp | Hackathorn, Kathy; Payne, Carolyn, Wichtia Nephrology Group | | Moore, Darrell | | Watson, Les, Price, P. | AC Attorney-Client |
| AWP901-02090212 | 10/12/2002 | E-mail message w/attached analysis | Coverage determination for pegfilgrastim (Neulasta) | Price, Patrick | | Stone, J. M. | | | WP Work Product |
| AWP901-02130222 | 5/18/1999 | Minutes | Steering Committee Conference Call Minutes. Minutes record predecisional recommendations, discussions, and the individual opinions of contractor medicial directors and HCFA staff on a variety of topics. | | | Sheridan, D. Dr.; Adamson, J., Dr.; Cox, E. Dr.; Satya-Murti, S. Dr.;Ramirez, J., Dr.; Staples, P.; Dr.; Perez, D., Dr.; Oleck, A., Dr.; Lurvey, A., Dr.; Krubsack, A., Dr,; Waldmann, G., Dr.; Alexander, J., Dr.; Marciniak, T., Dr.; Primack, A., Dr.; Feinberg, L., Dr.; Skinner, D., Scally, K.; Geyer, L.; Olshan, S; Combs, M. & Hippler, S. | | | DP Deliberative Process |
| AWP901-02230225 | 6/23/1997 | Handwritten note w/attachments | Re: last steering committee consensus concerning procrit. Contains discussion of predecisional recommendations concerning coverage of procrit. | Dr. Price | | Priscilla | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-02260228 | XX/XX/XXXX | SPREADSHEET | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comarison | | | | | | WP Work Product |
| AWP901-02290242 | 1/3/2002 | Rough Draft | Letter re: Desialylated erythropoieton.  Contains suggested changes to draft letter concerning Aranesp coverage and reimbursement. | Price, Patrick, M. D., FACS | Medicare Medical Director | Huetsch, Randy L. | Payer/Provider Relations Manager, Amgen, Inc | Stanard, Jacqui; Rhoads, Donna; Dennison, Jane; Sean; Biotch, Ortho | DP Deliberative Process |
| AWP901-02430255 | 7/19/2002 | Handwritten draft | Draft concerning Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-02560304 | XX/XX/XXXX | Fax transmission and Rough Draft | Rough drafts of document concerning Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-03050305 | 4/9/2002 | E-mail message w/fax transaction report dated 4/15/02 | EMail messages reflecting predecisional recommendations on Aranesp reimbursement. | Price, Patrick | | Price, L.; Niemann, R.; Schneider, Mary | | | DP Deliberative Process |
| AWP901-03060308 | 4/8/2002 | E-mail messages & Fax transaction report dated 4/15/02 | E-mail containing recommendations for policy concerning Aranesp reimbursement. | Murff, Donna; Niemann, Robert | CMS/HHS | Ernest, Cathy; Timperley, Jenny | BCBSNE | Price, P; Stamp, Gigi; Mason, Angela; McGuirk, Glenn; Richter, Henry; Price, Lana; Radke, Susan | DP Deliberative Process |
| AWP901-03090334 | 6/11/2002 | Correspondence file | Correspondence to and from Melanie Combs concerning carrier survey on Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-03350341 | 6/11/1002 | Survey w/attachments Email messages re: Important Survey re: Aranesp | Melanie Combs Data Survey | Price, P., Combs, Melanie | | | | Zerbe, Annette; Gross, Bill; Berkey, Julie; Combs, M.; Murti, Satya S.; Lichter, V. | DP Deliberative Process |
| AWP901-03420344 | 4/2/2002 | Email | E-mail reflecting predecisional recommendations/opinions on Aranesp treatment. | Feinberg, Laurie | CMS HHS | Price, P.; Stanard, J.; Feinberg, J.; Bryan, M., Foster-Reily, N.; DeiCas, R. | | Zerbe, A.; Rhoads, D.; Schneider, M.; Douglas, P. | DP Deliberative Process |
| AWP901-03450354 | 4/1/2002 | Correspondence file | Kay, Terry CMS - letters re Aranesp ocverage, with recommendations and suggestions. | Patrick, P. | Medicare Medical Director | Kay, Terrence L. | | Combs, M.; Kang, Jeffrey, M.D; Stone, J., M.D.; Stanard, J.; Bryan, M. | DP Deliberative Process |
| AWP901-03640368 | 4/9/2002 | Email to and from Lana Price, CMS | E-mails reflecting predecisional deliberations on Aranesp coverage and reimbursement. | Price, Patrick. | | Murti, M.; Price, L.; Niemann, R.; Schneider, M. | | | DP Deliberative Process |
| AWP901-03700375 | 14/10/2002 | Correspondence file | Email and correspondence re: Aranesp to and from Stanard, Jacqui R. O. EMail messages reflect predecisional recommendations on Aranesp reimbursement | Price, P. | | Stone, J. | | Schneider, M. | DP Deliberative Process |
| AWP901-03760398 | 10/21/2003 | Email | Confidental: Re-Review fo E CR 2963-- Change in Coding on Medicare Claims for Aranesp and EPO 2003.  E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp and EPO. | Price, P. | | Richter, H. | | Nixon, I.; Zerbe, A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Sheridan, David; Stone, J.; Gross, B. | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-03990414 | 10/21/2003 | Email | Subject: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO. E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp. | Stone, J. | | Price, P. | | Richter, H.; Nixon, I.; Zerbe, A.; Rhoads, D. | DP Deliberative Process |
| AWP901-04150424 | 2/15/2001 | Draft | Edits to draft of document concerning chronic renal failure reimbursement issues (Handwritten). | | | | | | DP Deliberative Process |
| AWP901-04250466 | 10/9/2002 | Draft Policy | Medicare Part B - KS/NE/W.MO-Synthetic Erythropoietin and Non Renal Failure. Draft policy with handwritten notations suggesting changes. | | | | | | DP Deliberative Process |
| AWP901-04670542 | 9/25/2002 | Bibliography (handwritten) | Jama Bibliography Sept. 25, 2002, Vol 228 #12 pgs 1499-1507. Draft with comments suggesting changes. | | | | | | DP Deliberative Process |
| AWP901-05430563 | 10/21/2003 | Email | Correspondence file for Richte, Henry, CMS - Subj: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO.   E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp and EPO. | Price, P. | | Richter, H. | | Nixon, I.; Zerbe, A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Streets, Brad; | DP Deliberative Process |
| AWP901-05640566 | 6/2/1999 | Correspondence | Data Lauren Geyer - Correspondence to and from Lauren Geyer re: Procrit. E-mail contains suggestions concerning EPO and Procrit coverage and reimbursement policies. | Price, P. | | Geyer, L., HCFA | | Murti, Satya, S. | DP Deliberative Process |
| AWP901-05670568 | 6/4/1999 | Email | Procrit - Reply to E-Mail containing suggestions concerning EPO and Procrit reimbursement. | Price, Patrick | | Geyer, L., | | | DP Deliberative Process |
| AWP901-05700570 | XX/XX/1996 | Data Analysis | Data Analysis of Number of Claims (July - December 1996 Procrit) | | | | | | DP Deliberative Process |
| AWP901-05710571 | 10/10/1997 | Handwritten Notes | Handwritten Notes Re: Procrit coverage policy and whether it should change. | | | | | | DP Deliberative Process |
| AWP901-05720572 | 5/15/1998 | Email | Procrit/EPO | Price, Patrick | | Mylinda, Wilhite; Evans, Diana; Schnnneider, Mary; Satya-Murti S; Gable, Joan; Burke, Priscilla; Hainline, Barbara | | | DP Deliberative Process |
| AWP901-0573-0590 | 3/15/2001 | Email w/attachment | Steering Committee Agenda - March 2001 w/attached email & handwritten note re: Discussion Guide for LHRH.  Agenda includes predecisional suggestions/recommendations for policy changes. | Murti, Satya S. | | Haller, Marcia | | Price, P | DP Deliberative Process |
| AWP901-05930593 | 5/17/1991 | Memorandum | Carrier coverage of the Drug Filgrastim (Neupogen, a chemotherapy drug) and whether national policy was required. | Warren, Richard | | | Director, Office of Coverage Policy, BPD | | DP Deliberative Process |
| AWP902-03130319 | 5/1/2001 | Draft | Request for Information in Narrative Report MS Word Format. Draft with handwritten suggestions/recommendations. | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Douglass, Barbara, Cigna; Stone, Robin, Palmetto; | Government Benefits Administrator | | | | DP Deliberative Process |
| AWP902-03200325 | 5/1/2001 | Draft | Request for Information in Narrative Report MS Word Format. | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Douglass, Barbara, Cigna; Stone, Robin, Palmetto; Douglass, Barbara, Cigna | Government Benefits Administrator | | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-04880488 | 6/17/1997 | Memo | CMD Steering Committee Conference Call Minutes (with Notations).  Minutes reflect predecisional deliberations of HCFA and Carrier personnel on policy issues. | | | | | | DP Deliberative Process |
| AWP902-04890499 | 10/10/2000 | Report | External Infusion Pumps (Draft of HCPCS Codes) | | | | | | DP Deliberative Process |
| AWP902-05010504 | 7/16/1999 | Policy | Draft Oral Antiemitic Drugs (Replacement for Intervanuous Antiemetics) List | | | | | | DP Deliberative Process |
| AWP902-05170522 | 1/31/2000 | Program Memorandum-Carriers | Draft Transmittal Re: New Oral Anti-Cancer Drugs Approved for Use by Medicare | HCFA | | | | | DP Deliberative Process |
| AWP902-05230527 | 7/26/1994 | Composite Draft | Medical Policy re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05300531 | 10/16/1997 | Fax | Region B Suggestions - Medical Policy Change - Erythropoietin - Changes in Coverage and Documentation (Handwritten Notes suggesting changes in draft). | | | | | | DP Deliberative Process |
| AWP902-05320533 | 10/3/1997 | Fax with Attachment | Draft of Region A Medical Policy Change --Erythropoietin.  Handwritten notes suggesting changes in draft. | Bach, Debra, DMERC Region A | RN | McNab, Janice, Region B; Mekkelson, Alice, Region B; Wilhelm, Pat, Region C; Rheinecker, Mary, Region D; Majors, Elizabeth, SADMERC | | | DP Deliberative Process |
| AWP902-05340534 | 9/11/1997 | Fax | Draft of Region A Medical Policy Change of 09/10/1997 re Eythropoietin | UHC DMERC A | | Region C | | | DP Deliberative Process |
| AWP902-05350540 | 10/22/1994 | Composite Draft | Draft of Medical Policy Coverage and Payment rules re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05410553 | 7/21/1993 | Email with Attachments | Medicare Contractor Regional Bulletin No. 93 -?, Update on Epoetin (with Handwritten Notes). Contains draft letters and comments/notes. | | | | | JTW, TCF, DMS, GIB, DBV | DP Deliberative Process |
| AWP902-05540558 | 10/2/1996 | Survey with Attachments | Revision to National Policy for EPO (with Handwritten Notations). Contains predecisional recommendations and suggestions for policy change. | HCFA/Medicare/ROG | | | | | DP Deliberative Process |
| AWP902-05590560 | 1/14/2004 | Draft | Epoetin and Darbepoetin - New Codes (with Notations) | | | | | | DP Deliberative Process |
| AWP902-05610565 | 6/27/2001 | Draft | Epoetin HCPCS Codes | | | | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-05660567 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Oleck, Adrian, Anthem | | Warren, J, CMS; Ballantine, L, HCFA; Spalding, J, HCFA | | Collins, Nita; Brazell, Nancy; Valdieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, Kenneth, PGBA; Hutter, Jennifer, PGBA; Bridges, Phyllis, Tricenturion; Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | DP Deliberative Process |
| AWP902-05680569 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Hidlt, Renee, CMS | | Oleck, Adrian, Anthem; Spalding, Joann, CMS: Warren, John, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |
| AWP902-05700571 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Warren, John, CMS | | Oleck, Adrian, Anthem; Spalding, Joann, CMS: Warren, John, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |
| AWP902-05720573 | 4/25/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Oleck, Adrian, Anthem | | Collins, Nita; Brazell, Nancy; Valdivieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, K, PGBA; Hutter, Jennifer, PGBA ; Bridges, Phyllis, Tricenturion, Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | | | DP Deliberative Process |
| AWP902-05740577 | 5/24/2002 | Draft Policy | Draft #5 Re: Epoetin HCPCS Codes | | | | | | DP Deliberative Process |
| AWP902-05780582 | 7/26/1994 | Composite Draft | Medical Policy re: Epoetin | | | | | | DP Deliberative Process |
| AWP902-05830588 | 10/22/1994 | Composite Draft | Medical Policy re: Epoetin (with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-05890589 | 10/25/1999 | Draft Bullentin Article | Oral Anticancer Drugs Benefit - New Drug | | | | | | DP Deliberative Process |
| AWP902-05900591 | 1/19/1994 | Memo | Re: Oral Cancer Drugs coverage policy options (Handwritten Notes reflecting opinion on policy options | Oleck, Adrian, AdminaStar Federal | | Arney, Steve, Region V | DMERC Medical Director | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-05980602 | 1/16/1995 | Memo with Attachments | External Infusion Pumps RMRP Comment & Review Distribution Action Item A-357-2 (with Handwritten Notes commenting upon Composite draft). | Allen, Martina | | Archibald, Ann | | | DP Deliberative Process |
| AWP902-06150617 | 6/12/1995 | Memo | Comments and suggestions concerning Infusion Pump Draft RMRP | Zone, Bob | Medical Doctor | DMERC Medical Directors | | | DP Deliberative Process |
| AWP902-06180625 | 11/18/1994 | Draft | DMERC Proposed Regional Medical Review Policy re External Infusion Pumps (with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-06260637 | 12/18/2003 | Subpoena with Attachments | Inspection and Copying of Documents on Schedule A, Civil Case MDL No.: 1456, Case Number: Civil Action No. 01-CV-12257PBS (D. Mass) | Hobart, Jeoffrey, Hobart, Holland & Knight | Issuing Officer | United Healthcare, Medicare Part B | Custodian of Records | | DP Deliberative Process |
| AWP902-06660666 | 1/2/2004 | Memo | Carrier Subpoenas Seeking Documents Related to Pharmaceutical Litigations | Walters, Gerald, CMS; Carson, Gregory, CMS | Director, Medicare Contractor Management Group | All Medicare Carriers and Durable Medical Equipment Regional Carriers | | All Ras; All CCMO's; Polise, Lou, CMM/MCMG; Hinson, Jeff, CMM/MCMG; Rinker, Verne, CMM/MCMG: Walters, Gerald, OFM; Bennett, Carol, OGC; Barsky, Troy, OGC; Connelly, William, OGC; Polston, Mark, OGC | AC Attorney-Client, DP Deliberative Process |
| AWP902-06670673 | 2/2/1994 | Draft | EPO Conference Minutes and Draft policy. Minutes reflect deliberations on policies concerning EPO use. | | | | | | DP Deliberative Process |
| AWP902-06740680 | 2/8/1994 | Memo with Attachments | Re: Unlabled EPO Use - Proposed Drsft Policy and Conference Minutes | Mohs, Frank, General American Life Insurance Company | | TAC Ad Hoc Committee on Unlabeled EPO Use | | | DP Deliberative Process |