**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION BY THE DEFENDANT ABBOTT LABORATORIES INC. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE UNITED STATES' FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Abbott Laboratories Inc. ("Abbott") requests permission to file a reply brief in support of its Motion to Dismiss the United States' First Amended Complaint. If permitted to so file, Abbott's brief will not exceed twenty (20) pages, and will be filed on or before September 21, 2007. The United States and the Relator do not oppose Abbott's motion. Plaintiffs have indicated that, if they believe a sur-reply is appropriate, they would submit one on or before October 1, 2007.

The Motion to Dismiss the First Amended Complaint is a significant motion covering a range of issues and arguments. Abbott respectfully submits that its reply brief will assist the Court in its consideration of the pending Motion to Dismiss, and will lead to a more just and efficient litigation of this action.

Wherefore, Abbott respectfully requests that the Court allow Abbott to file a reply brief in support of its Motion to Dismiss the United States' First Amended Complaint.

Dated:  September 10, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing UNOPPOSED MOTION BY THE DEFENDANT ABBOTT LABORATORIES, INC. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE UNITED STATES' FIRST AMENDED COMPLAINT to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 10th day of September, 2007.

/s/ David S. Torborg
David S. Torborg