# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Chief Mag. Judge Marianne B. Bowler |

## DEFENDANT BMS's MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF DX 1227 AND DX 1268

Pursuant to Federal Rule of Civil Procedure 60(b)(1), defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. (together "BMS") hereby move this Court for reconsideration of its August 15, 2007 Order excluding DX 1227 and DX 1268 from evidence in the Class 2/3 trial. The grounds for this motion are set forth in Defendant BMS's Memorandum of Law in Support of Motion for Reconsideration of Admissibility of DX 1227 and DX 1268, the Declaration of Lyndon M. Tretter in Support of Motion for Reconsideration, and the exhibits attached thereto.

WHEREFORE, for the reasons set forth in the above-referenced memorandum of law, BMS respectfully requests that the Court grant its motion and enter an order:

a.  granting the motion for reconsideration and withdrawing its August 15, 2007 Order;

b.  overruling plaintiffs' objections to DX 1227 and DX 1268 and readmitting these trial exhibits into evidence; and

    c.    providing such other and further relief as the Court deems just and proper.

Dated:  September 11, 2007

        Respectfully submitted,

        HOGAN & HARTSON L.L.P.

        By: __/s/ Lyndon M. Tretter_____
            Steven M. Edwards
            Lyndon M. Tretter
        875 Third Avenue
        New York, New York 10022
        (212) 918-3000

        Thomas E. Dwyer Jr. (BBO No. 139660)
        Jennifer M. Ryan (BBO No. 661498)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        (617) 371-1000

        *Attorneys for Bristol-Myers Squibb Company and Oncology Therapeutics Network Corp.*

## CERTIFICATE OF SERVICE

        I, Hoa T.T. Hoang, certify that a true and correct copy of Defendant BMS's Motion for Reconsideration of Admissibility of DX 1227 and DX 1268 was served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 on September 11, 2007, by sending a copy to LexisNexis for posting and notification to all parties.

                                        _____/s/ Hoa T.T. Hoang_____
                                              Hoa T.T. Hoang

## **LOCAL RULE 7.1 CERTIFICATION**

I, Lyndon M. Tretter, hereby certifies pursuant to Local Rule 7.1(A)(2) that I have conferred in good faith with counsel for the plaintiffs in an attempt to resolve or narrow the issues presented by this motion.

                                                             /s/ Lyndon M. Tretter