# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*County of Erie v. Abbott Laboratories, Inc.*, C.A. No. 6:06-6505 (W.D.N.Y.)<br><br>*County of Nassau v. Abbott Laboratories, Inc.*, C.A. No. 05-CV-10179<br><br>*County of Oswego v. Abbott Laboratories, Inc.*, C.A. No. 5:06-1239 (N.D.N.Y.)<br><br>*County of Schenectady v. Abbott Laboratories, Inc.*, C.A. No. 1:06-1239 (N.D.N.Y.)<br><br>*People of the State of Illinois v. Abbott Laboratories, et al.*, Case No. 05 CH 2474<br><br>*State of Mississippi v. Abbott Laboratories, Inc., et al.* CA No. G2005-2021<br><br>*The County of Orange v. Abbott Laboratories, Inc., et al.*, CA No. 07-CV-2777(S.D.N.Y)<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.* N.D.N.Y Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.* W.D.N.Y Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.* W.D.N.Y Case No. 05-CV-0256 | Judge Patti B. Saris |

*County of Cayuga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0423

*County of Chautugua v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-0214

*County of Chemung v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6744

*County of Chenango v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0354

*County of Columbia v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0867

*County of Cortland v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0881

*County of Dutchess v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-6458

*County of Essex v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0878

*County of Fulton v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Sececa v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.* .N.D.N.Y. Case No. 05-CV-0479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 06-CV-0123

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06138

*County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

## **NOTICE OF CHANGE OF ADDRESS**

Please take notice of the new address of Dechert LLP, counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"):

>Frederick G. Herold, Esquire
>Dechert, LLP
>2440 W. El Camino Real, Suite 700
>Mountain View, CA 94040-1499
>Tel: (650) 813-4930
>Fax:(650) 813-4848

Dated:    September 12, 2007              /s/ Brian K. French
                                          Brian K. French (BBO #637856)
                                          NIXON PEABODY LLP
                                          100 Summer Street
                                          Boston, MA 02110
                                          Tel: (617) 345-1000
                                          Fax:(617) 345-1300

Frederick G. Herold, Esquire
DECHERT, LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel:  (650) 813-4930
Fax: (650) 813-4848

Mark H. Lynch
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
PO Box 7566
Washington, D.C., 20044-7566
Tel: (202) 662-6000
Fax: (202) 662-6291

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

5

## CERTIFICATE OF SERVICE

I, Brian K. French, hereby certify that on September 12, 2007, I caused true and correct copies of the foregoing NOTICE OF CHANGE OF ADDRESS to be served on all counsel of record by causing same to be posted electronically via Lexis Nexis File & Serve®.

/s/ Brian K. French
Brian K. French