UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | ) MDL No. 1456 ) |
| THIS DOCUMENT RELATES TO: *State of Nevada v. American Home Products, et al.*, Civil Action No. 02-CV-12086-PBS *State of Montana v. Abbott Labs., Inc., et al.*, Civil Action No. 02-CV-12084-PBS | ) CIVIL ACTION: 01-CV- ) 12257 ) ) ) ) ) ) ) ) |

**AMENDED ORDER**

September 12, 2007

Saris, U.S.D.J.


   The plaintiff's motion for summary judgment (Docket No. 3731) and the defendants' motions for summary judgment (Docket Nos. 3630, 3642, 3643, 3646, 3659, 3662, 3664, 3674, 3676, 3681, 3682, 3683, 3695, 3698, 3703, 3706, 3713, 3722, 3733, 3748, 3749) are **DENIED** without prejudice to being refiled in their Federal courts of origin after transfer of the cases.


                                    **S/PATTI B. SARIS**
                                    United States District Judge