# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris ) |
| The City of New York v. Abbott Labs., et al. (S.D.N.Y. No. 03-CV-06054) County of Suffolk v. Abbott Labs., et al. (E.D.N.Y. No. CV-03-229) County of Westchester v. Abbott Labs., et al. (S.D.N.Y. No. 03-CV-6178) County of Rockland v. Abbott Labs., et al. (S.D.N.Y. No. 03-CV-7055) County of Putnam v. Abbott Labs, et al. (S.D.N.Y. No. 05-CV-04740) County of Dutchess v. Abbott Labs, et al. (S.D.N.Y. No. 05-CV-06458) County of Putnam v. Abbott Labs, et al. (S.D.N.Y. No. 05-CV-04740) County of Washington v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00408) County of Rensselaer v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00422) County of Albany v. Abbott Labs, et al (N.D.N.Y. No. 05-CV-00425) County of Warren v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00468) County of Greene v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00474) County of Saratoga v. Abbott Labs, et al. (N.D.N.Y. No. 05-CV-00478) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

[Caption Continues on Next Page]

**[PROPOSED] ORDER GRANTING IVAX CORPORATION, IVAX PHARMACEUTICALS, INC. AND BARR LABORATORIES, INC.'S JOINT RENEWED MOTION TO DISMISS THE NEW YORK COUNTIES' FIRST AMENDED CONSOLIDATED COMPLAINT ON THE GROUND THAT THEY WERE PREVIOUSLY DISMISSED FROM THIS CASE PURSUANT TO THE COURT'S "SUFFOLK 13" DECISION**

County of Columbia v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00867) )
Essex County v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00878) )
County of Ulster v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00123) )
County of Chanango v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00354) )
County of Broome v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00456) )
County of Onondaga v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00088) )
County of Tompkins v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00397) )
County of Cayuga v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00423) )
County of Madison v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00714) )
County of Cortland v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00881) )
County of Herkimer v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00415) )
County of Oneida v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00489) )
County of Fulton v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00519) )
County of St. Lawrence v. Abbott Labs, et al.)
(N.D.N.Y. No. 05-CV-00479) )
County of Jefferson v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00715) )
County of Lewis v. Abbott Labs, et al. )
(N.D.N.Y. No. 05-CV-00839) )
County of Chautauqua v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06204) )
County of Allegany v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06231) )
County of Cattaraugus v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06242) )
County of Genesee v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06206) )
County of Wayne v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06138) )
County of Monroe v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06148) )
County of Yates v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06172) )

County of Niagara v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06296) )
County of Seneca v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06370) )
County of Orleans v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06371) )
County of Ontario v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06373) )
County of Schuyler v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06387) )
County of Wyoming v. Abbott Labs, et al. )
(W.D.N.Y. No. 05-CV-06739) )
County of Chemung v. Abbott Lab, et al. )
(W.D.N.Y. No. 05-CV-06744), )
)
      AND )
)
County of Nassau v. Abbott Labs, et al. )
(E.D.N.Y. No. 04-CV-5120) )
_____ )

Having reviewed the parties' submissions on Ivax Corporation, Ivax Pharmaceuticals, Inc, and Barr Laboratories, Inc.'s Joint Renewed Motion to Dismiss the New York Counties' First Amended Complaint on the Ground That They Were Previously Dismissed From This Case Pursuant to the Court's "Suffolk 13" Decision, the motion is hereby GRANTED *with respect to the claims by Suffolk County.*

So ordered this __7__ day of __September__ 2007.

_Patti B. Saris_
Honorable Patti B. Saris

- 3 -