**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES**

Defendant Abbott Laboratories, Inc. ("Abbott") hereby respectfully asks—pursuant to Federal Rules of Civil Procedure 34 and 37, and the Court's inherent power to oversee discovery and prevent litigation abuses—that this Court issue an order (1) prohibiting the Government from destroying evidence critical to Abbott's defenses and (2) requiring the Government to provide an affidavit describing its prior spoliation and the possibilities for amelioration, and to designate a 30(b)(6) witness to testify about the same.

WHEREFORE, Abbott asks that its motion be granted, and relief be provided as requested in the accompanying memorandum. A Proposed Order is attached.

Dated:  September 13, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc.* | ) | Magistrate Judge Marianne B. Bowler |
| *v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

## [PROPOSED] ORDER

Having considered the Defendant's Motion For a Preservation Order and Affidavit Regarding Spoliation Issues, and the arguments presented in support and opposition, it is hereby ORDERED that the Defendant's Motion is GRANTED as follows:

(1)     The United States shall immediately take all steps to preserve all documentary evidence of relevance in this case, including, but not limited to, the e-mail and other documents of the individuals identified by the Government as having knowledge of drug reimbursement policy in response to Abbott's Interrogatory No. 2.  This Order applies to all documents stored in all formats, including, but not limited to, centralized electronic storage repositories, individual employee hard drives, diskettes, compact discs, and paper records, at all locations, including off-site storage locations, including, but not limited to, the Federal Records Center.

(2)     On or before October 10, 2007, the United States shall provide an affidavit stating (a) whether any of the documents referenced in the preceding paragraph have ever existed and (b) whether those documents exist today.  If any of those documents have existed but do not exist today, the United States shall state how it became aware of their prior existence and current non-

existence, and shall provide any information it has regarding how and why the documents were destroyed or lost and what efforts it made to secure and/or preserve those documents. This affidavit shall include, as exhibits, unredacted copies of all document retention memoranda relevant to this matter.

(3) If any of the documents referenced in Paragraph (1) do exist today, the United States shall state, in the affidavit described in Paragraph (2), how it became aware of their existence, who has custody of them, what efforts it has made to obtain them, and why it has been unable to obtain them.

(4) Within 15 days of the filing of the affidavit described in Paragraph (2), the United States shall designate a 30(b)(6) witness who shall submit to a deposition regarding the topics addressed in that affidavit.

_____
Patti B. Saris
United States District Judge

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 13th day of September, 2007.

                                      /s/ David S. Torborg
                                      David S. Torborg