# EXHIBIT F

## JONES, DAY, REAVIS & POGUE

77 WEST WACKER

CHICAGO, ILLINOIS 60601-1692

TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

312-269-4140

177138:tac
080024-024238

September 1, 2000

VIA FACSIMILE

T. Reed Stephens, Esq.
Department of Justice
Civil Division
Post Office Box 261
Benjamin Franklin Station
Washington, D.C. 20044

Re: United States ex rel. [Relator] v. [Defendants] (S.D. Fla.) (Under Seal)

Dear Mr. Stephens:

We represent Abbott Laboratories in connection with the above-captioned action. On behalf of Abbott, we join in the position paper entitled "Analysis of Why the United States Should Decline Intervention in United States ex rel. [Relator] v. [Defendants] (S.D. Fla.) (Under Seal)" submitted on March 17, 2000 to you by some of the manufacturer defendants.

We look forward to discussing this Analysis with you. Please call me if you have any questions or comments.

Very truly yours,

Daniel E. Reidy

cc: Stacey Chronis, Esq.
    R. Christopher Cook, Esq.

ATLANTA • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • GENEVA • HONG KONG • IRVINE • LONDON • LOS ANGELES
CH: 1121658v1 • NEW DELHI (AN ASSOCIATE FIRM) • NEW YORK • PARIS • PITTSBURGH • RIYADH • SHANGHAI • SYDNEY • TAIPEI • TOKYO • WASHINGTON