# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>C.A. No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**WATSON PHARMACEUTICALS, INC.'S RESPONSE TO CLASS PLAINTIFFS' RESPONSE TO AMGEN AND WATSON'S <u>SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION</u>**

Exhibit 3:     Declaration of Michelle L. Butler

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | C.A. No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

## DECLARATION OF MICHELLE L. BUTLER

1.      I am an attorney at Hyman, Phelps & McNamara, P.C.  I am one of the attorneys representing Watson Pharmaceuticals, Inc. ("Watson") in this litigation.

2.      In an email sent on August 13, 2007, Plaintiffs provided a chart that listed alleged Class 2 and Class 3 coverage as to Watson based on Watson's subject drugs: injectable dexamethasone acetate, injectable dexamethasone sodium phosphate, injectable gentamicin sulfate, injectable vancomycin hydrochloride, diazepam intravenous solution, INFeD®, and Ferrlecit®.[1]  Plaintiffs' chart alleged Class 2 coverage in a variety of states by Sheet Metal Workers National Fund ("Sheet Metal Workers") and United Food and Commercial Workers Unions and Employers Midwest Health

---

[1]      Plaintiffs' chart included information pertaining to lorazepam (J2060), fluphenazine (J2680), and an inhalation form of dexamethasone (J7637 and J7638).  However, none of these drugs is a subject drug for Watson: (1) lorazepam because the injectable product was a new drug stricken from the case by the Court's April 13, 2006, Order; (2) fluphenazine because Watson never marketed an injectable version of this drug; and (3) inhalation dexamethasone because Watson never marketed an inhalation version of dexamethasone.

Benefits Fund ("UFCW").  Plaintiffs' chart alleged Class 3 coverage in a variety of states by UFCW and Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli").  A copy of the chart is attached as Exhibit A.

3.      In an email sent on September 7, 2007, Plaintiffs provided a revised chart, which deleted reference to coverage by UFCW in certain states.  A copy of this chart is attached as Exhibit B.

4.      With regard to Ferrlecit, I reviewed the documents cited by the Plaintiffs in the revised chart to support coverage by Sheet Metal Workers and Pirelli.  I prepared two charts (one for Sheet Metal Workers and one for Pirelli) showing the Ferrlecit J-Code, the date of administration, the name of the place at which the drug was administered, and the state of administration.  A copy of the chart related to administrations reimbursed by Sheet Metal Workers is attached as Exhibit C.  A copy of the chart related to administrations reimbursed by Pirelli is attached as Exhibit D.

5.      As shown in Exhibits C and D, Plaintiffs' revised chart referred to reimbursements for administrations of Ferrlecit for the period of August 2001 to December 2003 (none of which was in Massachusetts, and therefore had not been discussed in Watson's earlier opposition to class certification).

6.      All of the reimbursements claimed for Sheet Metal Workers for Ferrlecit appear to have occurred at dialysis clinics or outpatient facilities.  See Exhibit C.

7.      Plaintiffs' revised chart contained no reference to any alleged coverage for Ferrlecit by UFCW, for either Class 2 or Class 3.  See Exhibit B.

8.      Legal assistants under my direct supervision reviewed the claims forms for

the Sheet Metal Workers reimbursements alleged in Plaintiffs' revised chart as to

Watson's generic multi-source subject drugs (injectable dexamethasone acetate,

injectable dexamethasone sodium phosphate, injectable gentamicin sulfate, injectable

vancomycin hydrochloride, diazepam intravenous solution).  I reviewed a chart of these

administrations and found that all reimbursements for the generic multi-source drugs by

Sheet Metal Workers occurred within the period from June 2000 to November 2003.

These administrations are in the same time period as those discussed in Watson

Pharmaceuticals, Inc.'s Individual Memorandum in Opposition to Class Certification,

filed June 15, 2006 (redacted version filed June 30, 2006) (Docket No. 2810).

Accordingly, for the reasons discussed in that pleading, it was highly unlikely to

impossible that the drugs administered were Watson's drugs (or those of its affiliate,

Schein Pharmaceutical, Inc.).

9.    Plaintiffs' original and revised charts contained references to

reimbursements by UFCW as the basis for Class 2 and Class 3 coverage for certain

Watson subject drugs other than Ferrlecit.  Because Plaintiffs' charts only referred to

"UFCW data" rather than any specific citations, and the data we had were

incomprehensible because there were no column headings, we requested a copy of the

underlying data from Plaintiffs.  We received these data, which consisted of hundreds of

pages of line listings of reimbursements, on September 8, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2007.

Michelle L. Butler

Exhibit A

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| | | | | | | |
|---|---|---|---|---|---|---|
| Dexamethasone Acetate | J1094 | Multi | AL AR AZ CA FL GA IL IN LA MS NY OH PA TN | none | AZ CA IA MS TN | AR CA IL KY |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AL AR AZ CA CO CT FL GA IA IL IN KS KY LA MA MD MI MN MO MS MT NC ND NE NJ NV NY OH OK OR PA RI SC TN TX VA VT WA WI WV | IL | AZ CA FL IA IL KY LA MO MS TN | AR FL IL IN LA MO NV OK TN TX WI |
| Diazepam | J3360 | Multi | AL AR CA FL GA IL IN KS MA MN NY OH OR PA SC TN TX | none | FL IA NV TN | AR AZ IL |
| Ferrlecit | J2916 | Multi | GA IL LA NJ NY OH PA TX WI | none | TN | IL WI |
| Fluphenazine | J2680 | Multi | none | none | none | IL |
| Gentamicin | J1580 | Multi | AL AR AZ CA CO CT FL GA IL IN LA MA MD MI MN MO NC ND NJ NY OH PA SC TN TX VA WA WI | none | CA FL IA LA MS TN | FL IL MO |

1

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| | | | | | |
|---|---|---|---|---|---|
| Infed | J1750 | Multi | AL AZ CA CO FL IA IL IN KY LA MA MD MI MN ND NE NJ NY OH PA TX WA WI WV | none | CA IA MO | IL MI |
| Lorazepam | J2060 | Multi | AR AZ CA FL GA IL IN KS KY MD MN NE NJ NV OH TX WA WI | none | MS | FL IL IN MO |
| Vancomycin | J3370 | Multi | AL AR CA CO FL GA IA IL IN KS KY LA MA MD MN MO NE NJ NY OH PA TN TX WA WI WV | none | FL TN | FL IL IN |

2

**WATSON – Track 2 Nationwide Coverage – CLASS 2**
**(Sheet Metal Workers and UFCW)**

| Drug | HCPCS Code | Drug Source | Class 2 Sample Documentation | |
|---|---|---|---|---|
| | | | State | Document |
| Dexamethasone Acetate | J1094 | Multi | AL | SMW82213 – SMW82222 |
| | | | AR | SMW094880 – SMW094882 |
| | | | AZ | SMW45291 – SMW5293 |
| | | | CA | SMW105524 – SMW105532 |
| | | | FL | SMW80200 – SMW80212 |
| | | | GA | SMW39052 – SMW39054 |
| | | | IL | SMW51201 – SMW51203 |
| | | | IN | SMW093816 – SMW093818 |
| | | | LA | SMW81442 – SMW81444 |
| | | | MS | SMW101381 – SMW101382 |
| | | | NY | SMW60173 – SMW60274 |
| | | | OH | SMW099219 – SMW099220 |
| | | | PA | SMW102094 – SMW102096 |
| | | | TN | SMW093937 – SMW093939 |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AL | SMW88064 – SMW88068 |
| | | | AR | SMW62000 – SMW62002 |
| | | | AZ | SWM55394 – SMW55398 |
| | | | CA | SMW64848 – SMW64851 |
| | | | CO | SMW88149 – SMW88151 |
| | | | CT | SMW87833 – SMW87839 |
| | | | FL | SMW55391 – SMW55393 |
| | | | GA | SMW55308 – SMW55312 |
| | | | IA | SMW60170 – SMW60173 |
| | | | IL | SMW58195 – SMW58197 |
| | | | | UFCW data |
| | | | IN | SMW56848 – SMW56851 |
| | | | KS | SMW57997 – SMW57999 |
| | | | KY | SMW56707 – SMW56712 |
| | | | LA | SMW67243 – SMW67253 |
| | | | MA | SMW000383 – SMW000388 |
| | | | MD | SMW101966 – SMW101968 |
| | | | MI | SMW38590 – SMW38592 |
| | | | MN | SMW57249 – SMW57250 |
| | | | MO | SMW57478 – SMW57487 |
| | | | MS | SMW71608 – SMW71610 |
| | | | MT | SMW096442 – SMW096448 |
| | | | NC | SMW60301 – SMW60306 |
| | | | ND | SMW84432 – SMW84434 |

| | | | NE | SMW82970 – SMW82984 |
|---|---|---|---|---|
| | | | NJ | SMW77090 -- SMW77101 |
| | | | NV | SMW55967 – SMW55969 |
| | | | NY | SMW61193 – SMW61198 |
| | | | OH | SMW55828 – SMW55832 |
| | | | OK | SMW48045 – SMW48046 |
| | | | OR | SMW56807 – SMW56813 |
| | | | PA | SMW56977 – SMW56981 |
| | | | RI | SMW62393 – SMW62396 |
| | | | SC | SMW104453 – SMW104455 |
| | | | TN | SMW62843 – SMW62845 |
| | | | TX | SMW54413 – SMW54418 |
| | | | VA | SMW56982 – SMW56985 |
| | | | VT | SMW90693 – SMW90694 |
| | | | WA | SMW64452 – SMW64455 |
| | | | WI | SMW59999 – SMW60001 |
| | | | WV | SMW45164 – SMW45166 |
| **Diazepam** | **J3360** | **Multi** | AL | SMW856684 – SMW85686 |
| | | | AR | SMW83592 – SMW83593 |
| | | | CA | SMW096864 – SMW096866 |
| | | | FL | SMW87029 – SMW87031 |
| | | | GA | SMW65400 |
| | | | IL | SMW85488 – SMW85490 |
| | | | IN | SMW55658 – SMW55659 |
| | | | KS | SMW37548 – SMW37550 |
| | | | MA | SMWMASS001566 – SMWMASS001568 |
| | | | MN | SMW87273 – SMW87275 |
| | | | NY | SMW096636 – SMW096637 |
| | | | OH | SMW094546 – SMW094548 |
| | | | OR | SMW91792 – SMW91794 |
| | | | PA | SMW88734 – SMW88737 |
| | | | SC | SMW92763 – SMW92764 |
| | | | TN | SMW096681 – SMW096682 |
| | | | TX | SMW73752 – SMW73762 |
| **Ferrlecit** | **J2916, J2915** | **Multi** | GA | SMW78940 – SMW78944 |
| | | | IL | SMW80674 – SMW80676 |
| | | | LA | SMW59968 – SMW59970 |
| | | | MA | SMW75870 – SMW75872 |
| | | | NJ | SMW73255 – SMW73261 |
| | | | NY | SMW3150 – SMW31562 |
| | | | OH | SMW74922 – SMW74924 |
| | | | PA | MW31563 – SMW31565 |
| | | | TX | SMW099582 – SMW099587 |
| | | | WI | SMW05139 – SMW05143 |

2

| | | | | |
|---|---|---|---|---|
| **Fluphenzine** | **J2680** | **Multi** | No Coverage | |
| **Gentamicin** | **J1580** | **Multi** | AL | SMW39691 – SMW39693 |
| | | | AR | SMW56820 – SMW56821 |
| | | | AZ | SMW102700 – SMW102704 |
| | | | CA | SMW75063 – SMW75065 |
| | | | CO | SMW55095 – SMW55097 |
| | | | CT | SMW71572 – SMW71575 |
| | | | FL | SMW60447 – SMW60449 |
| | | | GA | SMW095264 – SMW095269 |
| | | | IL | SMW102626 – SMW102628 |
| | | | IN | SMW097838 – SMW097841 |
| | | | LA | SMW86179 – SMW86180 |
| | | | MA | SMWMASS001602 – SMWMASS001604 |
| | | | MD | SMW54422 – SMW54423 |
| | | | MI | SMW84627 – SMW84631 |
| | | | MN | SMW89360 – SMW89361 |
| | | | MO | SMW85729 – SMW85731 |
| | | | NC | SMW097817 – SMW097819 |
| | | | ND | SMW099697 – SMW099699 |
| | | | NJ | SMW48734 – SMW48737 |
| | | | NY | SMW68974 – SMW68975 |
| | | | OH | SMW68232 – SMW68233 |
| | | | PA | SMW44328 – SMW44331 |
| | | | SC | SMW74331 – SMW74333 |
| | | | TN | SMW56374 – SMW56376 |
| | | | TX | SMW69355 – SMW69357 |
| | | | VA | SMW54186 – SMW54188 |
| | | | WA | SMW90796 – SMW90804 |
| | | | WI | SMW60307 – SMW60309 |
| **Infed** | **J1750** | **Multi** | AL | SMW103996 – SMW104005 |
| | | | AZ | SMW77084 – SMW77086 |
| | | | CA | SMW62966 – SMW62968 |
| | | | CO | SMW095677 – SMW095680 |
| | | | FL | SMW65848 – SMW65852 |
| | | | IA | SMW60252 – SMW60255 |
| | | | IL | SMW53894 – SMW53896 |
| | | | IN | SMW65609 – SMW65611 |
| | | | KY | SMWSMW30049 – SMW30057 |
| | | | LA | SMW67323 – SMW67328 |
| | | | MA | SMWMASS001259 – SMWMASS001268 |
| | | | MD | SMW89892 – SMW89894 |
| | | | MI | SMW64743 – SMW64745 |
| | | | MI | SMW100259 – SMW100261 |

3

| | | | MN | SMW73305 – SMW73307 |
|---|---|---|---|---|
| | | | MN | SMW75245 – SMW75249 |
| | | | ND | SMW75245 – SMW75249 |
| | | | NE | SMW094361 – SMW094363 |
| | | | NJ | SMW80140 – SMW80141 |
| | | | NY | SMW83464 – SMW80468 |
| | | | OH | SMW59813 – SMW59815 |
| | | | PA | SMW88109 – SMW88113 |
| | | | TX | SMW63604 – SMW63606 |
| | | | WA | SMW105961 – SMW105963 |
| | | | WI | SMW78076 – SMW78082 |
| | | | WV | SMW45164 – SMW45166 |
| **Lorazepam** | **J2060** | **Multi** | AR | SMW095362 – SMW095363 |
| | | | AZ | SMW79994 – SMW79997 |
| | | | CA | SMW81928 – SMW81933 |
| | | | FL | SMW55404 – SMW55413 |
| | | | GA | SMW42475 – SMW42478 |
| | | | IL | SMW65039 – SMW65044 |
| | | | IN | SMW103771 – SMW103775 |
| | | | KS | SMW56190 – SMW56194 |
| | | | KY | SMW096996 – SMW97004 |
| | | | MD | SMW64484 – SMW64487 |
| | | | MN | SMW86589 – SMW86590 |
| | | | NE | SMW099783 – SMW099794 |
| | | | NJ | SMW100051 – SMW100056 |
| | | | NV | SMW94839 – SMW84952 |
| | | | OH | SMW74620 – SMW74623 |
| | | | TX | SMW72710 – SMW72714 |
| | | | WA | SMW57913 – SMW57923 |
| | | | WI | SMW45369 – SMW45372 |
| **Vancomycin** | **J3370** | **Multi** | AL | SMW094591 – SMW094592 |
| | | | AR | SMW90092 – SMW90101 |
| | | | CA | SMW83887 – SMW83890 |
| | | | CO | SMW65505 – SMW65524 |
| | | | FL | SMW65937 – SMW65948 |
| | | | GA | SMW68636 – SMW68637 |
| | | | IA | SMW097971 – SMW097972 |
| | | | IL | SMW32685 – SMW32688 |
| | | | IN | SMW095484 – SMW095502 |
| | | | KS | SMW096464 – SMW096466 |
| | | | KY | SMW58748 – SMW58750 |
| | | | LA | SMW097312 – SMW097314 |
| | | | MA | SMW75870 – SMW75872 |
| | | | MD | SMW63878 – SMW63880 |
| | | | MN | SMW64756 – SMW64757 |

|  |  |  | MO | SMW79894 – SMW79895 |
|--|--|--|----|----------------------|
|  |  |  | NE | SMW093532 – SMW093536 |
|  |  |  | NJ | SMW73604 – SMW73606 |
|  |  |  | NY | SMW106651 – SMW106653 |
|  |  |  | OH | SMW88417 – SMW88419 |
|  |  |  | PA | SMW75803 – SMW75805 |
|  |  |  | TN | SMW60678 – SMW60680 |
|  |  |  | TX | SMW60384 – SMW60386 |
|  |  |  | WA | SMW61353 – SMW61356 |
|  |  |  | WI | SMW102071 – SMW102074 |
|  |  |  | WI | SMW106482 – SMW106486 |
|  |  |  | WV | SMW54043 – SMW54051 |

**WATSON – Track 2 Nationwide Coverage – CLASS 3**
**(Pirelli and UFCW)**

| Drug | HCPCS Code | Drug Source | Class 2 Sample Documentation | |
|---|---|---|---|---|
| | | | State | Document |
| Dexamethasone Acetate | J1094 | Multi | AZ | PIRELLI000399 – PIRELLI000401 |
| | | | AR | UFCW data |
| | | | CA | PIRELLI004830 – PIRELLI004833 |
| | | | | UFCW data |
| | | | IA | PIRELLI008456 – PIRELLI008458 |
| | | | IL | UFCW data |
| | | | KY | UFCW data |
| | | | MS | PIRELLI008683 – PIRELLI008686 |
| | | | TN | PIRELLI007365 – PIRELLI007366 |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AR | UFCW data |
| | | | AZ | PIRELLI003769 – PIRELLI003770 |
| | | | CA | PIRELLI003613 – PIRELLI003616 |
| | | | FL | PIRELLI009479 – PIRELLI009481 |
| | | | | UFCW data |
| | | | IA | PIRELLI002075 – PIRELLI002077 |
| | | | IL | PIRELLI007856 – PIRELLI007868 |
| | | | | UFCW data |
| | | | IN | UFCW data |
| | | | KY | PIRELLI002579 – PIRELLI002581 |
| | | | LA | PIRELLI002067 – PIRELLI002071 |
| | | | | UFCW data |
| | | | MO | PIRELLI005697 – PIRELLI005699 |
| | | | | UFCW data |
| | | | MS | PIRELLI009671 – PIRELLI009674 |
| | | | NV | UFCW data |
| | | | OK | UFCW data |
| | | | TN | PIRELLI002030 – PIRELLI002038 |
| | | | | UFCW data |
| | | | TX | UFCW data |
| | | | WI | UFCW data |
| Diazepam | J3360 | Multi | AR | UFCW data |
| | | | AZ | UFCW data |
| | | | FL | PIRELLI009485 – PIRELLI009490 |
| | | | IA | PIRELLI007470 – PIRELLI007472 |
| | | | | PIRELLI011084 – PIRELLI011085 |
| | | | IL | UFCW data |
| | | | NV | PIRELLI012768 – PIRELLI012774 |
| | | | TN | PIRELLI008674 – PIRELLI008676 |
| Ferrlecit | J2916, | Multi | IL | UFCW data |

|  |  |  | TN | PIRELLI008869 – PIRELLI008886 |
|---|---|---|---|---|
| | J2915 | | WI | UFCW data |
| Fluphenazine | J2680 | Multi | IL | UFCW data |
| Gentamicin | J1580 | Multi | CA | PIRELLI011203 – PIRELLI011205 |
| | | | FL | UFCW data |
| | | | | PIRELLI012521 – PIRELLI012522 |
| | | | IA | PIRELLI007104 – PIRELLI007106 |
| | | | IL | UFCW data |
| | | | LA | PIRELLI002091 – PIRELLI002094 |
| | | | MO | UFCW data |
| | | | MS | PIRELLI004841 – PIRELLI004843 |
| | | | TN | PIRELLI004441 – PIRELLI004443 |
| Infed | J1750 | Multi | CA | PIRELLI010150 – PIRELLI010168 |
| | | | IA | PIRELLI009859 – PIRELLI009869 |
| | | | IL | UFCW data |
| | | | MO | PIRELLI009870 – PIRELLI009871 |
| | | | WI | UFCW data |
| Lorazepam | J2060 | Multi | FL | UFCW data |
| | | | IL | UFCW data |
| | | | IN | UFCW data |
| | | | MO | UFCW data |
| | | | MS | PIRELLI011437 – PIRELLI011440 |
| Vancomycin | J3370 | Multi | FL | UFCW data |
| | | | | PIRELLI012498 – PIRELLI012503 |
| | | | IL | UFCW data |
| | | | IN | UFCW data |
| | | | TN | PIRELLI003997 |

Exhibit B

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| Drug | HCPCS Code | Drug Source | Class 2 Coverage Sheet Metal Workers | Class 2 Coverage UFCW | Class 3 Coverage Pirelli | Class 3 Coverage UFCW |
|------|-----------|-------------|--------------------------------------|----------------------|--------------------------|------------------------|
| Dexamethasone Acetate | J1094 | Multi | AL AR AZ CA FL GA IL IN LA MS NY OH PA TN | none | AZ CA IA MS TN | IL |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AL AR AZ CA CO CT FL GA IA IL IN KS KY LA MA MD MI MN MO MS MT NC ND NE NJ NV NY OH OK OR PA RI SC TN TX VA VT WA WI WV | IL | AZ CA FL IA IL KY LA MO MS TN | AR FL IL IN MO NV OK TX WI |
| Diazepam | J3360 | Multi | AL AR CA FL GA IL IN KS MA MN NY OH OR PA SC TN TX | none | FL IA NV TN | AR AZ IL |
| Ferrlecit | J2916 | Multi | GA IL LA NJ NY OH PA TX WI | none | TN | none |
| Fluphenazine | J2680 | Multi | none | none | none | IL |
| Gentamicin | J1580 | Multi | AL AR AZ CA CO CT FL GA IL IN LA MA MD MI MN MO NC ND NJ NY OH PA SC TN TX VA WA WI | none | CA FL IA LA MS TN | FL IL MO |

1

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| | | | | | | |
|---|---|---|---|---|---|---|
| Infed | J1750 | Multi | AL AZ CA CO FL IA IL IN KY LA MA MD MI MN ND NE NJ NY OH PA TX WA WI WV | none | CA IA MO | IL WI |
| Lorazepam | J2060 | Multi | AR AZ CA FL GA IL IN KS KY MD MN NE NJ NV OH TX WA WI | none | MS | IL IN |
| Vancomycin | J3370 | Multi | AL AR CA CO FL GA IA IL IN KS KY LA MA MD MN MO NE NJ NY OH PA TN TX WA WI WV | none | FL TN | FL IL |

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| Manufacturers at Drug Utilization Date |
|---|
| Allscripts*, Alto Pharmaceuticals Inc., American Pharmaceutical Partiers, American Regent, Astellas Pharma, Baxter, Central Pharmaceutical, Clint Pharmaceuticals, Consolidated Midland Corp, Elkins-Sinn, Hyrex, Ide Interstate, Insource, Iolab Pharmaceuticals, Legere Pharmaceuticals, Major Pharmaceuticals, Medtech, Merz, Organon, Physicians Total Care*, Roberts/Hauck Pharm. Corp., **Rugby Laboratories (Watson), Schein (Watson)**, Seatrace Co, Shoals Pharmaceuticals Inc., Sicor, Taylor, Truxton Co. Inc., Veratex Corp. |
| |
| |
| **(Watson Not Identified)** American Pharmaceutical Partners, B. Braun Medical, Elkins-Sinn, Hospira (Physicians Total Care* entered in 2003) |

Watson Track II Drug Coverage Class 2 (Sheet Metal Workers and UFCW) and Class 3 (Pirelli and UFCW)

| | | (Watson Not Identified) American Pharamaceutical Partners, Baxter, Elkins Sinn, Hospira |
|---|---|---|

4

**WATSON – Track 2 Nationwide Coverage – CLASS 2**
**(Sheet Metal Workers and UFCW)**

| Drug | HCPCS Code | Drug Source | Class 2 Sample Documentation | |
|---|---|---|---|---|
| | | | State | Document |
| Dexamethasone Acetate | J1094 | Multi | AL | SMW82213 – SMW82222 |
| | | | AR | SMW094880 – SMW094882 |
| | | | AZ | SMW45291 – SMW5293 |
| | | | CA | SMW105524 – SMW105532 |
| | | | FL | SMW80200 – SMW80212 |
| | | | GA | SMW39052 – SMW39054 |
| | | | IL | SMW51201 – SMW51203 |
| | | | IN | SMW093816 – SMW093818 |
| | | | LA | SMW81442 – SMW81444 |
| | | | MS | SMW101381 – SMW101382 |
| | | | NY | SMW60173 – SMW60274 |
| | | | OH | SMW099219 – SMW099220 |
| | | | PA | SMW102094 – SMW102096 |
| | | | TN | SMW093937 – SMW093939 |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AL | SMW88064 – SMW88068 |
| | | | AR | SMW62000 – SMW62002 |
| | | | AZ | SWM55394 – SMW55398 |
| | | | CA | SMW64848 – SMW64851 |
| | | | CO | SMW88149 – SMW88151 |
| | | | CT | SMW87833 – SMW87839 |
| | | | FL | SMW55391 – SMW55393 |
| | | | GA | SMW55308 – SMW55312 |
| | | | IA | SMW60170 – SMW60173 |
| | | | IL | SMW58195 – SMW58197 |
| | | | | UFCW data |
| | | | IN | SMW56848 – SMW56851 |
| | | | KS | SMW57997 – SMW57999 |
| | | | KY | SMW56707 – SMW56712 |
| | | | LA | SMW67243 – SMW67253 |
| | | | MA | SMW000383 – SMW000388 |
| | | | MD | SMW101966 – SMW101968 |
| | | | MI | SMW38590 – SMW38592 |
| | | | MN | SMW57249 – SMW57250 |
| | | | MO | SMW57478 – SMW57487 |
| | | | MS | SMW71608 – SMW71610 |
| | | | MT | SMW096442 – SMW096448 |
| | | | NC | SMW60301 – SMW60306 |
| | | | ND | SMW84432 – SMW84434 |

| | | | NE | SMW82970 – SMW82984 |
|---|---|---|---|---|
| | | | NJ | SMW77090 – SMW77101 |
| | | | NV | SMW55967 – SMW55969 |
| | | | NY | SMW61193 – SMW61198 |
| | | | OH | SMW55828 – SMW55832 |
| | | | OK | SMW48045 – SMW48046 |
| | | | OR | SMW56807 – SMW56813 |
| | | | PA | SMW56977 – SMW56981 |
| | | | RI | SMW62393 – SMW62396 |
| | | | SC | SMW104453 – SMW104455 |
| | | | TN | SMW62843 – SMW62845 |
| | | | TX | SMW54413 – SMW54418 |
| | | | VA | SMW56982 – SMW56985 |
| | | | VT | SMW90693 – SMW90694 |
| | | | WA | SMW64452 – SMW64455 |
| | | | WI | SMW59999 – SMW60001 |
| | | | WV | SMW45164 – SMW45166 |
| **Diazepam** | **J3360** | **Multi** | AL | SMW856684 – SMW85686 |
| | | | AR | SMW83592 – SMW83593 |
| | | | CA | SMW096864 – SMW096866 |
| | | | FL | SMW87029 – SMW87031 |
| | | | GA | SMW65400 |
| | | | IL | SMW85488 – SMW85490 |
| | | | IN | SMW55658 – SMW55659 |
| | | | KS | SMW37548 – SMW37550 |
| | | | MA | SMWMASS001566 – SMWMASS001568 |
| | | | MN | SMW87273 – SMW87275 |
| | | | NY | SMW096636 – SMW096637 |
| | | | OH | SMW094546 – SMW094548 |
| | | | OR | SMW91792 – SMW91794 |
| | | | PA | SMW88734 – SMW88737 |
| | | | SC | SMW92763 – SMW92764 |
| | | | TN | SMW096681 – SMW096682 |
| | | | TX | SMW73752 – SMW73762 |
| **Ferrlecit** | **J2916, J2915** | **Multi** | GA | SMW78940 – SMW78944 |
| | | | IL | SMW80674 – SMW80676 |
| | | | LA | SMW59968 – SMW59970 |
| | | | MA | SMW75870 – SMW75872 |
| | | | NJ | SMW73255 – SMW73261 |
| | | | NY | SMW3150 – SMW31562 |
| | | | OH | SMW74922 – SMW74924 |
| | | | PA | MW31563 – SMW31565 |
| | | | TX | SMW099582 – SMW099587 |
| | | | WI | SMW05139 – SMW05143 |

| Fluphenzine | J2680 | Multi | No Coverage | |
|---|---|---|---|---|
| Gentamicin | J1580 | Multi | AL | SMW39691 – SMW39693 |
| | | | AR | SMW56820 – SMW56821 |
| | | | AZ | SMW102700 – SMW102704 |
| | | | CA | SMW75063 – SMW75065 |
| | | | CO | SMW55095 – SMW55097 |
| | | | CT | SMW71572 – SMW71575 |
| | | | FL | SMW60447 – SMW60449 |
| | | | GA | SMW095264 – SMW095269 |
| | | | IL | SMW102626 – SMW102628 |
| | | | IN | SMW097838 – SMW097841 |
| | | | LA | SMW86179 – SMW86180 |
| | | | MA | SMWMASS001602 – SMWMASS001604 |
| | | | MD | SMW54422 – SMW54423 |
| | | | MI | SMW84627 – SMW84631 |
| | | | MN | SMW89360 – SMW89361 |
| | | | MO | SMW85729 – SMW85731 |
| | | | NC | SMW097817 – SMW097819 |
| | | | ND | SMW099697 – SMW099699 |
| | | | NJ | SMW48734 – SMW48737 |
| | | | NY | SMW68974 – SMW68975 |
| | | | OH | SMW68232 – SMW68233 |
| | | | PA | SMW44328 – SMW44331 |
| | | | SC | SMW74331 – SMW74333 |
| | | | TN | SMW56374 – SMW56376 |
| | | | TX | SMW69355 – SMW69357 |
| | | | VA | SMW54186 – SMW54188 |
| | | | WA | SMW90796 – SMW90804 |
| | | | WI | SMW60307 – SMW60309 |
| Infed | J1750 | Multi | AL | SMW103996 – SMW104005 |
| | | | AZ | SMW77084 – SMW77086 |
| | | | CA | SMW62966 – SMW62968 |
| | | | CO | SMW095677 – SMW095680 |
| | | | FL | SMW65848 – SMW65852 |
| | | | IA | SMW60252 – SMW60255 |
| | | | IL | SMW53894 – SMW53896 |
| | | | IN | SMW65609 – SMW65611 |
| | | | KY | SMWSMW30049 – SMW30057 |
| | | | LA | SMW67323 – SMW67328 |
| | | | MA | SMWMASS001259 – SMWMASS001268 |
| | | | MD | SMW89892 – SMW89894 |
| | | | MI | SMW64743 – SMW64745 |
| | | | MI | SMW100259 – SMW100261 |

|  |  |  | MN | SMW73305 – SMW73307 |
|---|---|---|---|---|
|  |  |  | MN | SMW75245 – SMW75249 |
|  |  |  | ND | SMW75245 – SMW75249 |
|  |  |  | NE | SMW094361 – SMW094363 |
|  |  |  | NJ | SMW80140 – SMW80141 |
|  |  |  | NY | SMW83464 – SMW80468 |
|  |  |  | OH | SMW59813 – SMW59815 |
|  |  |  | PA | SMW88109 – SMW88113 |
|  |  |  | TX | SMW63604 – SMW63606 |
|  |  |  | WA | SMW105961 – SMW105963 |
|  |  |  | WI | SMW78076 – SMW78082 |
|  |  |  | WV | SMW45164 – SMW45166 |
| **Lorazepam** | **J2060** | **Multi** | AR | SMW095362 – SMW095363 |
|  |  |  | AZ | SMW79994 – SMW79997 |
|  |  |  | CA | SMW81928 – SMW81933 |
|  |  |  | FL | SMW55404 – SMW55413 |
|  |  |  | GA | SMW42475 – SMW42478 |
|  |  |  | IL | SMW65039 – SMW65044 |
|  |  |  | IN | SMW103771 – SMW103775 |
|  |  |  | KS | SMW56190 – SMW56194 |
|  |  |  | KY | SMW096996 – SMW97004 |
|  |  |  | MD | SMW64484 – SMW64487 |
|  |  |  | MN | SMW86589 – SMW86590 |
|  |  |  | NE | SMW099783 – SMW099794 |
|  |  |  | NJ | SMW100051 – SMW100056 |
|  |  |  | NV | SMW94839 – SMW84952 |
|  |  |  | OH | SMW74620 – SMW74623 |
|  |  |  | TX | SMW72710 – SMW72714 |
|  |  |  | WA | SMW57913 – SMW57923 |
|  |  |  | WI | SMW45369 – SMW45372 |
| **Vancomycin** | **J3370** | **Multi** | AL | SMW094591 – SMW094592 |
|  |  |  | AR | SMW90092 – SMW90101 |
|  |  |  | CA | SMW83887 – SMW83890 |
|  |  |  | CO | SMW65505 – SMW65524 |
|  |  |  | FL | SMW65937 – SMW65948 |
|  |  |  | GA | SMW68636 – SMW68637 |
|  |  |  | IA | SMW097971 – SMW097972 |
|  |  |  | IL | SMW32685 – SMW32688 |
|  |  |  | IN | SMW095484 – SMW095502 |
|  |  |  | KS | SMW096464 – SMW096466 |
|  |  |  | KY | SMW58748 – SMW58750 |
|  |  |  | LA | SMW097312 – SMW097314 |
|  |  |  | MA | SMW75870 – SMW75872 |
|  |  |  | MD | SMW63878 – SMW63880 |
|  |  |  | MN | SMW64756 – SMW64757 |

4

| | | | MO | SMW79894 – SMW79895 |
|---|---|---|---|---|
| | | | NE | SMW093532 – SMW093536 |
| | | | NJ | SMW73604 – SMW73606 |
| | | | NY | SMW106651 – SMW106653 |
| | | | OH | SMW88417 – SMW88419 |
| | | | PA | SMW75803 – SMW75805 |
| | | | TN | SMW60678 – SMW60680 |
| | | | TX | SMW60384 – SMW60386 |
| | | | WA | SMW61353 – SMW61356 |
| | | | WI | SMW102071 – SMW102074 |
| | | | WI | SMW106482 – SMW106486 |
| | | | WV | SMW54043 – SMW54051 |

**WATSON – Track 2 Nationwide Coverage – CLASS 3**
**(Pirelli and UFCW)**

| Drug | HCPCS Code | Drug Source | Class 2 Sample Documentation | |
|---|---|---|---|---|
| | | | State | Document |
| Dexamethasone Acetate | J1094 | Multi | AZ | PIRELLI000399 – PIRELLI000401 |
| | | | CA | PIRELLI004830 – PIRELLI004833 |
| | | | IA | PIRELLI008456 – PIRELLI008458 |
| | | | IL | UFCW data |
| | | | MS | PIRELLI008683 – PIRELLI008686 |
| | | | TN | PIRELLI007365 – PIRELLI007366 |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | AR | UFCW data |
| | | | AZ | PIRELLI003769 – PIRELLI003770 |
| | | | CA | PIRELLI003613 – PIRELLI003616 |
| | | | FL | PIRELLI009479 – PIRELLI009481 |
| | | | | UFCW data |
| | | | IA | PIRELLI002075 – PIRELLI002077 |
| | | | IL | PIRELLI007856 – PIRELLI007868 |
| | | | | UFCW data |
| | | | IN | UFCW data |
| | | | KY | PIRELLI002579 – PIRELLI002581 |
| | | | LA | PIRELLI002067 – PIRELLI002071 |
| | | | MO | PIRELLI005697 – PIRELLI005699 |
| | | | | UFCW data |
| | | | MS | PIRELLI009671 – PIRELLI009674 |
| | | | NV | UFCW data |
| | | | OK | UFCW data |
| | | | TN | PIRELLI002030 – PIRELLI002038 |
| | | | TX | UFCW data |
| | | | WI | UFCW data |
| Diazepam | J3360 | Multi | AR | UFCW data |
| | | | AZ | UFCW data |
| | | | FL | PIRELLI009485 – PIRELLI009490 |
| | | | IA | PIRELLI007470 – PIRELLI007472 |
| | | | | PIRELLI011084 – PIRELLI011085 |
| | | | IL | UFCW data |
| | | | NV | PIRELLI012768 – PIRELLI012774 |
| | | | TN | PIRELLI008674 – PIRELLI008676 |
| Ferrlecit | J2916, J2915 | Multi | TN | PIRELLI008869 – PIRELLI008886 |
| Fluphenazine | J2680 | Multi | IL | UFCW data |
| Gentamicin | J1580 | Multi | CA | PIRELLI011203 – PIRELLI011205 |
| | | | FL | UFCW data |
| | | | | PIRELLI012521 – PIRELLI012522 |

1

| | | | IA | PIRELLI007104 – PIRELLI007106 |
|---|---|---|---|---|
| | | | IL | UFCW data |
| | | | LA | PIRELLI002091 – PIRELLI002094 |
| | | | MO | UFCW data |
| | | | MS | PIRELLI004841 – PIRELLI004843 |
| | | | TN | PIRELLI004441 – PIRELLI004443 |
| **Infed** | **J1750** | **Multi** | CA | PIRELLI010150 – PIRELLI010168 |
| | | | IA | PIRELLI009859 – PIRELLI009869 |
| | | | IL | UFCW data |
| | | | MO | PIRELLI009870 – PIRELLI009871 |
| | | | WI | UFCW data |
| **Lorazepam** | **J2060** | **Multi** | IL | UFCW data |
| | | | IN | UFCW data |
| | | | MS | PIRELLI011437 – PIRELLI011440 |
| **Vancomycin** | **J3370** | **Multi** | FL | UFCW data |
| | | | | PIRELLI012498 – PIRELLI012503 |
| | | | IL | UFCW data |
| | | | TN | PIRELLI003997 |

Exhibit C

# Plaintiffs' Claimed Coverage for Ferrlecit for Sheet Metal Workers (Class 2)

| J-Code | Date of Admin | Place of Admin | State of Admin |
|---|---|---|---|
| 2916 | 4/11/03 | Gambro Healthcare | GA |
| 2916 | 4/16/03 | Gambro Healthcare | GA |
| 2916 | 4/18/03 | Gambro Healthcare | GA |
| 2916 | 4/21/03 | Gambro Healthcare | GA |
| 2916 | 4/23/03 | Gambro Healthcare | GA |
| 2916 | 4/25/03 | Gambro Healthcare | GA |
| 2916 | 5/03* | Dialysis Centers of America | IL |
| 2916 | 1/03* | Blue Island Dialysis Center | LA |
| 2916 | 5/03* | Shore Memorial Hospital | NJ** |
| 2916 | 5/03* | Shore Memorial Hospital | NJ** |
| 2915 | 8/01* | North Jersey Dialysis Center | NJ |
| 2916 | 12/12/03 | Hortense & Louis Rubin | NY |
| 2916 | 5/8/03 | St. Rita's Medical Center | OH |
| 2916 | 5/15/03 | St. Rita's Medical Center | OH |
| 2916 | 5/22/03 | St. Rita's Medical Center | OH |
| 2916 | 12/12/03 | BMA of Uniontown | PA |
| 2916 | 9/8/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/10/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/15/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/17/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/19/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/22/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/24/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 9/26/03 | BMA Towngate Dialysis Center | TX |
| 2916 | 12/4/03 | AMG Dialysis Centers | WI |
| 2916 | 12/11/03 | AMG Dialysis Centers | WI |

* Specific date not listed.
** Plaintiffs claim Massachusetts coverage, but services were performed in NJ.

Exhibit D

## Plaintiffs' Claimed Coverage for Ferrlecit for Pirelli (Class 3)

| J-Code | Date of Admin | Place of Admin | State of Admin |
|---|---|---|---|
| 2916 | 8/03* | Renal Care Group Southeast | TN |
| 2916 | 9/03* | Renal Care Group Southeast | TN |
| 2916 | 9/03* | Renal Care Group Southeast | TN |
| 2916 | 9/03* | Renal Care Group Southeast | TN |
| 2916 | 10/03* | Renal Care Group Southeast | TN |
| 2916 | 11/03* | Renal Care Group Southeast | TN |

* Specific date not listed.