UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | MDL No. 1456<br><br>C.A. No.: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

WATSON PHARMACEUTICALS, INC.'S RESPONSE TO CLASS PLAINTIFFS' RESPONSE TO AMGEN AND WATSON'S
<u>SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION</u>

Exhibit 5: CMS, End Stage Renal Disease Composite Rate Fact Sheet (April 2006).

APRIL 2006

# End Stage Renal Disease
## Composite Payment Rate System



**FACT Sheet**

This Fact Sheet highlights significant policy changes that were published in the November 15, 2004 Final Rule for End Stage Renal Disease (ESRD).

## Background

The End Stage Renal Disease (ESRD) Medicare payment for dialysis services has been made based on a fixed amount known as the composite rate. The composite rate provided a single payment amount that was not varied according to the characteristics of the beneficiary treated. This rate included the cost of some drugs, laboratory tests, and other items and services provided to Medicare beneficiaries receiving dialysis. Drugs that were separately billable were paid based on the Average Wholesale Price (AWP). Epogen (EPO) was not paid at the AWP; rather, it was paid at $10.00 per 1,000 units.

## ESRD Payment Provisions in the Medicare Prescription Drug, Improvement and Modernization Act of 2003

The Medicare Prescription Drug, Improvement and Modernization Act (MMA) of 2003 requires Medicare to change the way it pays facilities for dialysis treatments and separately billable drugs. A key purpose of §623 of the MMA is to eliminate the cross-subsidization of composite rate payments by drug payments. These revisions will also lead to more accurate payment for both drugs and the composite rate. Medicare will spend the same amount of money as would have been spent under the prior system, but the cross-subsidy will be eliminated.



### Changes Effective January 1, 2005

- Composite rate payments increase by 1.6 percent
- Payment for separately billable drugs based on acquisition costs
- Facilities paid separately for syringes used for administering EPO
- Facilities **should** begin to report two new value codes:
  • Value Code A8 - patient weight in kilograms (after dialysis)
  • Value Code A9 - patient height in centimeters (as patient presents)
- Drug add-on adjustment of 8.7 percent added to the composite rate

### Changes Effective April 1, 2005

- Case-mix adjustments for limited patient characteristics
- Budget neutrality with respect to aggregrate payments
- Facilities **must** report two new value codes:
  • Value Code A8 - patient weight in kilograms (after dialysis)
  • Value Code A9 - patient height in centimeters (as patient presents)
  • If facilities do not report these value codes, bills will be returned to them
- New exception window opens for ESRD facilities that qualify as pediatric facilities

Providers are encouraged to report and code co-morbidities on ESRD claims, which will enable the development of an additional number of patient case-mix measures.

**ALSO IN THIS ISSUE:**
Hospital and Independent Facility Rates
Additional Adjustment Factors
Drug Payment Information
Drug Add-On
Case-Mix Adjustments
Pediatric Patient Adjustments
Future Changes
Helpful Resources


CENTERS for MEDICARE & MEDICAID SERVICES

Visit www.cms.hhs.gov/ESRDGeneralInformation for more information.

Medicare Learning Network

1

## Hospital and Independent Facility Specific Rates
(effective January 1, 2005)

|  | Hospital | Independent |
|---|---|---|
| Facility Specific Base Rate | $132.41 | $128.35 |

## Additional Adjustment Factors

| Adjustment Factor | Multiplier |
|---|---|
| Drug Add-On* | 1.087 |
| Body Surface Area (BSA)** (per 0.1 $_\Delta$ BSA from 1.84) | 1.037 |
| Body Mass Index (BMI) (<18.5 kg/m²) | 1.112 for patients with BMI less than 18.5 |
| Age | 1.62 for pediatric patients under age 18 |
| Case-Mix Budget Neutrality Factor | 0.9116 |

*Drug add-on effective January 1, 2005. All other additional adjustment factors effective April 1, 2005.
**The BSA adjustment multiplier is used in the following calculation: $1.037^{((BSA-1.84)/0.1)}$

| Other Adjustment Factors | Effect on Composite Rate |
|---|---|
| Condition Code 73 (if applicable) for Revenue Code 0821, 0831, and 851 | Add $20 to final rate |
| Condition Code 73 (if applicable) for Revenue Code 0841 | Add $12 to final rate |
| Condition Code 74 (if applicable) | Multiply (3/7) by final rate |

## Payment Amount for the 10 Most Frequently Used Separately Billed Drugs
(effective January 1, 2005)

| Drug | 2005 Average Acquisition Payment Amount |
|---|---|
| Epogen | $ 9.76 |
| Calcitriol | $ 0.96 |
| Doxercalciferol | $ 2.60 |
| Iron dextran | $10.94 |
| Iron sucrose | $ 0.37 |
| Levocarnitine | $13.63 |
| Paricalcitol | $ 4.00 |
| Sodium ferric gluconate | $ 4.95 |
| Alteplase, Recombinant | $31.74 |
| Vancomycin | $ 2.98 |



*Other ESRD drugs will be paid at the Average Sales Price (ASP) plus 6 percent. Hospital-based ESRD facilities will continue to be paid cost for all separately billable drugs with the exception of EPO, which will be paid the average acquisition payment amount.*

**DID YOU KNOW?**
Effective January 1, 2005, Medicare pays ESRD facilities separately for syringes used for administering EPO.

ESRD Composite Rate Payment System FACT*Sheet*   2

## Drug Add-On

The MMA requires an adjustment add-on to the composite rate to account for the drug spread, which amounts to an increase of 8.7 percent or $11.17 for independent facilities and $11.52 for hospital-based facilities. Since this is an add-on to the composite rate, the payments are also geographically adjusted. The drug spread is the difference between the payments under the old composite payment system for separately billable drugs (95 percent of AWP) and payments based on the revised drug pricing methodology.

## Changes Effective April 1, 2005 - Case-Mix Adjustments to Composite Rates Based on Patient Characteristics for Non-Pediatric Patients

- Patients with a BMI less than 18.5 kg/m$^2$
- BSA (meters$^2$)
- Five age categories

| Age | Multiplier |
|---|---|
| 18-44 | 1.223 |
| 45-59 | 1.055 |
| 60-69 | 1.000 |
| 70-79 | 1.094 |
| 80+ | 1.174 |

## For Pediatric Patients (under age 18)



The BMI, BSA and age adjustments that have been developed for Medicare ESRD patients will not be applied to beneficiaries under age 18. For pediatric patients, a case-mix adjustment factor of 1.62 will be applied to the composite rate. This adjustment is temporary until an appropriate permanent adjustment can be developed. Facilities that otherwise qualify as a pediatric facility under §623(b) of the MMA will be permitted to seek an exception to the composite rate if they believe that their circumstances warrant a higher payment rate under the atypical services exception provision set forth in the regulations. Qualification for a pediatric exception is limited to those facilities in which pediatric patients comprise at least 50 percent of the caseload. Pediatric facilities that had exceptions in effect as of October 1, 2002 may not apply for an exception under §623 of the MMA.

---

### RECENT CHANGES

Early 2005
- Published revised conditions of coverage

Mid 2005
- Published proposed rule for 2006 updates

Fall 2005
- Described and discussed fully bundled ESRD Prospective Payment System in Report to Congress

January 1, 2006
- Began demonstration to test new system

# Helpful End Stage Renal Disease Resources

Centers for Medicare & Medicaid Services
End Stage Renal Disease Center
www.cms.hhs.gov/ESRDGeneralInformation

Centers for Medicare & Medicaid Services
ESRD Composite Payment Rate System Program Transmittals

>   Change Request 3539 / Transmittal 348
>   www.cms.hhs.gov/transmittals/Downloads/R348CP.pdf
>
>   Change Request 3554 / Transmittal 27
>   www.cms.hhs.gov/transmittals/Downloads/R27BP.pdf
>
>   Change Request 3554 / Transmittal 373
>   www.cms.hhs.gov/transmittals/Downloads/R373CP.pdf
>
>   Change Request 3720 / Transmittal 477
>   www.cms.hhs.gov/transmittals/Downloads/R477CP.pdf

Centers for Medicare & Medicaid Services
Medicare Part B Drugs Average Sales Price
www.cms.hhs.gov/McrPartBDrugAvgSalesPrice

Centers for Medicare & Medicaid Services
Medicare Learning Network
www.cms.hhs.gov/MLNGenInfo

Centers for Medicare & Medicaid Services
*MLN Matters* Articles
www.cms.hhs.gov/MLNMattersArticles

Centers for Medicare & Medicaid Services
Medicare Modernization Update
www.cms.hhs.gov/MMAUpdate

Federal Register
Payment for Renal Dialysis Services Final Rule
Vol. 69, No. 219, November 15, 2004
http://a257.g.akamaitech.net/7/257/2422/15nov20040800/edocket.access.gpo.gov/2004/pdf/04-24785.pdf

This fact sheet was current at the time it was published or uploaded onto the web. Medicare policy changes frequently so links to the source documents have been provided within the document for your reference.

This fact sheet was prepared as a tool to assist providers and is not intended to grant rights or impose obligations. Although every reasonable effort has been made to assure the accuracy of the information within these pages, the ultimate responsibility for the correct submission of claims and response to any remittance advice lies with the provider of services. The Centers for Medicare & Medicaid Services (CMS) employees, agents, and staff make no representation, warranty, or guarantee that this compilation of Medicare information is error-free and will bear no responsibility or liability for the results or consequences of the use of this guide. This publication is a general summary that explains certain aspects of the Medicare Program, but is not a legal document. The official Medicare Program provisions are contained in the relevant laws, regulations, and rulings.

The Medicare Learning Network (MLN) is the brand name for official CMS educational products and information for Medicare fee-for-service providers. For additional information visit the Medicare Learning Network's web page at www.cms.hhs.gov/MLNGenInfo on the CMS website.
ICN: 006440