# EXHIBIT D



**VEN-A-CARE**
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX. (305) 292-1739

# FAX TRANSMITTAL SHEET

## "PERSONAL AND CONFIDENTIAL"

TO: __MARK LAVINE, ESQUIRE, Assistant United States Attorney__

AT: __United States Attorney Office, Southern District of Florida__

FAX: __305-536-4101__

FROM: __Zach & Mark__

FAX NO: __305-292-1739__

DATE: __5/30/97__    TIME: _____

RE: __Abbott__

PAGES TO FOLLOW INCLUDING COVER SHEET: __8__

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL 305-292-1635.

**2201142**

HIGHLY CONFIDENTIAL                                                    R2-040765



**VEN-A-CARE**
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

**SENSITIVE - DO NOT DISCLOSE
UNDER COURT ORDERED SEAL**

**DATE:** May 30, 1997

**TO:** ALL INTERESTED PARTIES REGARDING PHARMACEUTICAL MANUFACTURER'S FALSE AND FRAUDULENT REPRESENTATIONS OF COST AND PRICE TO THE MEDICARE AND STATES' MEDICAID PROGRAMS.

**RE:** **UPDATE # 1** INTRODUCTION OF GENERIC ZOVIRAX (ACYCLOVIR SODIUM ) BY ABBOTT LABORATORIES, INC.

Zovirax, is manufactured by Glaxo-Wellcome, and is a antiviral parenteral drug commonly used to treat viral infections in HIV/AIDS patients. In 1996 Glaxo-Wellcome generated **$529,300,000.00** in revenues from the sale of Zovirax.

Abbott Labs has announced the availability of their **"COST-CUTTING"** generic, Acyclovir Sodium, and has insured their success by falsely and fraudulently representing that their prices are approximately 60% higher than that of Glaxo's Zovirax. In truth and in fact, the **new** initial cost to providers for Abbott's Acyclovir is approximately **45%** less than Glaxo's Zovirax.

Enclosed you will find a copy of a **contract revision notice** from Abbott Labs announcing their new product, Acyclovir, and its **revised** pricing information. **Abbott Labs has already reduced the provider's initial cost by approximately 14.5%.** Also enclosed is a copy of the June 1997 Red Book Update, page 9, which indicates a "direct price" of $800.00 for 10 - 500mg vials of Acyclovir ($80.00 each) and a $1600.00 "direct price" for 10 - 1000mg vials (1gm) of Acyclovir ($160.00 each). We have also **revised** the chart demonstrating the comparison of reimbursement and cost between Abbott's generic and Glaxo's brand, Zovirax.

2201143

24 Hour Beeper Service • 745-0289

HIGHLY CONFIDENTIAL

R2-040766

Memo Update #1
May 30, 1997
Page 2

At approximately 9:30am today, Zachary Bentley spoke with Mr. Dennis M. Walker, Manager, National Accounts for Abbott Labs on the telephone. Mr. Walker informed Bentley of Abbott's price reduction for their Acyclovir stating that Abbott was **"widening the spread for providers."**

Sincerely,

Zachary T. Bentley

T. Mark Jones

John M. Lockwood, MD

**DID YOU KNOW THAT IN DECEMBER 1997 BRISTOL-MYERS SQUIBB'S TAXOL (PACLITAXEL) WILL BE OFF OF PATENT PROTECTION? BRISTOL-MYERS SQUIBB REPORTED TAXOL SALES OF $813,000,000.00 FOR 1996, A 40% INCREASE OVER 1995 SALES. TAXOL IS INDICATED FOR THE TREATMENT OF METASTATIC OVARIAN AND BREAST CANCER. THE ANNUAL AVERAGE COST FOR TREATMENT IS APPROXIMATELY $30,000.00 (TAXOL ONLY- EXCLUSIVE OF ANY ADJUNCTIVE DRUGS)**

**WHAT WILL THE ANNUAL COSTS BE FOR ABBOTT'S GENERIC?**

2201144

HIGHLY CONFIDENTIAL                                                    R2-040767