# EXHIBIT F

```
                     07-03-2007 1003 Tuesday.txt
                                                                         1

  1                   UNITED STATES DISTRICT COURT

  2                     DISTRICT OF MASSACHUSETTS

  3    -------------------------------
       IN RE:                         :    Civil Action
  4                                   :    No. 01-12257-PBS
       PHARMACEUTICAL INDUSTRY        :    Courtroom No. 19
  5    AVERAGE WHOLESALE PRICE        :    1 Courthouse Way
       LITIGATION                     :    Boston, MA 02210
  6                                   :    10:00 a.m., Tuesday
       _____:    July 3, 2007
  7

  8                             HEARING

  9

 10    Before:       THE HONORABLE PATTI B. SARIS,
                     UNITED STATES DISTRICT JUDGE
 11

 12

 13    APPEARANCES:

 14    Hagens Berman Sobol Shapiro LLP, (by Steve W. Berman, Esq.)
          1301 5th Avenue, Seattle, WA 98101-1090,
 15       on behalf of the Plaintiffs.

 16    Hagens Berman Sobol Shapiro LLP,
          (by Edward Notargiacomo, Esq.),
 17       One Main Street, Cambridge, MA 02142,
          on behalf of the Plaintiffs.
 18
       The Haviland Law Firm, LLC, (by Donald E. Haviland, Esq.)
 19       740 S. Third Street, Philadelphia, PA 91912,
          on behalf of the Plaintiffs.
 20
       Hogan & Hartson, (by Steven J. Edwards, Esq. and Lyndon M.
 21       Tretter, Esq.), 875 Third Ave., New York, NY 10022,
          on behalf of the Defendant Bristol-Myers Squibb.
 22

 23                       Marie L. Cloonan
                        Federal Court Reporter
 24              1 Courthouse Way - Room 7200
                Boston, MA  02210- 617-439-7086
 25        Mechanical Steno - Transcript by Computer


                                                                         2

  1
       APPEARANCES CONTINUED:
  2
       Dwyer & Collora, LLP, (by Thomas E. Dwyer, Jr., Esq.),
  3       600 Atlantic Avenue, Boston, MA 02210-2211,
          on behalf of the Defendant Bristol-Myers Squibb.
  4
       Kirkpatrick & Lockhart Preston Gates Ellis, LLP,
                                Page 1
```

```
                    07-03-2007 1003 Tuesday.txt
 5    (by Michael Demarco, Esq. and Aimee E. Bierman, Esq.),
      State Street Financial Center, One Lincoln Street,
 6    Boston, MA 02111-2950, on behalf of the Defendants.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                                 3
 1              THE CLERK:  In Re:  Pharmaceutical Industry

 2    Average Wholesale Price Litigation, Civil Action No.

 3    01-12257, will now be heard before this Court.

 4              Counsel, please identify themselves for the

 5    record.

 6              MR. NOTARGIACOMO:  Good morning, your Honor.

 7    Edward Notargiacomo, Hagens, Berman, Sobol, Shapiro, for

 8    the plaintiffs, and on the phone is Steve Berman from

 9    our Seattle office.
                            Page 2
```

07-03-2007 1003 Tuesday.txt

6          But, I'm just simply saying I just view this
7  as a life project for me if some of this doesn't start
8  working.  And, I'm sure your companies are saying the
9  same thing to you.
10         So, Mr. Berman, is there a way?  Have you
11 talked to the federal government?
12         MR. BERMAN:  We have not, your Honor.
13         THE COURT:  Is that something that makes any
14 sense?  I mean, I -- I don't know whether you worked
15 with them in the past.  I'm trying to come up with a
16 global resolution for various companies.  State
17 governments, federal government, consumers and third-
18 party payers, just to clean this up.  Is it possible,
19 even?
20         MR. BERMAN:  Well, it may be possible.
21 There's a long history in the drug cases with the
22 federal government and state working together.
23         And, before your opinion came out, we were
24 working with a large group of defendants to discuss a
25 potential global settlement and we're still working,

                                                      22

1  after the opinion.
2          THE COURT:  And, would that include the
3  federal government and the state?
4          MR. BERMAN:  It would not.
5          THE COURT:  It would not.  See, so they still
6  have that exposure out there.  That's their issue.
7  Right?
8          MR. BERMAN:  Correct.
9          MR. EDWARDS:  I think one of the issues here,
10 your Honor, is these companies are very independent
                         Page 18

07-03-2007 1003 Tuesday.txt

11   companies.  And, the plaintiffs, the states, are also
12   very independent.  And, the law firms representing the
13   plaintiffs in all of these cases don't always see eye to
14   eye.
15          THE COURT:  And, I certainly understand that.
16   I mean, one of the -- most of this litigation has been
17   tried on the so-called crosscutting issues.  But,
18   really, when it came down to it, for me, it was not only
19   company by company, but drug by drug, NDC by NDC, and
20   even -- and year by year.  So, it's incredibly time
21   intensive for me.
22          I probably dealt with most of what I'll call
23   the crosscutting issues.  But, of course, other
24   defendants have the right to say I was wrong and ask me
25   to reconsider it because they haven't been actually

                                                          23

1    heard in front of me.
2           But, even putting that aside, from the
3    plaintiffs' point of view, it's really a nightmare and
4    I'm quite interested in trying to come up with -- is it
5    possible to talk to the federal government, at least,
6    and have the federal government and plaintiffs and maybe
7    BMS or the Track 1 defendants meet with Mr. Green to
8    figure out of there's at least an outline for how
9    someone might just put this whole piece of litigation
10   behind us?
11          Mr. Dwyer is looking dubious.
12          MR. DWYER:  Your Honor, well, the problem is
13   there's a very complicated overlay here, and that is the
14   states don't usually settle on their own.  States
15   usually settle as part of a package combined with a