# EXHIBIT A

# EXHIBIT A

### (Abbott recommended sample of documents for *in camera* review)

**CMS Amended Privilege Log**

HHC901-0093 – 133
HHC901-0176 – 84
HHC901-0767
HHC901-0788 – 89
HHC901-1018 – 28
HHC902-0005 – 16
HHC902-0035 – 52
HHC902-0053 – 55
HHC902-0080
HHC902-0109 – 11
HHC902-0187 – 201
HHC902-00214 – 44
HHC902-0251 – 58
HHC902-0271 – 310
HHC902-0315
HHC902-0355 – 60
HHC902-0545 – 47
HHC902-0646 – 51
HHC902-0795 – 800
HHC902-0875 – 77
HHC902-1078 – 89
HHC903-0046 – 49
HHC903-0103 – 10
HHC903-0458 – 61
HHC903-0678 – 79
HHC903-0894 – 904
HHC903-0966 – 74
HHC904-0145 – 54
HHC904-0182 – 91
HHC904-0603 – 06
HHC905-1083 – 1599
HHC906-0166 – 71
HHC906-0558 – 59
HHC906-0585 – 86
HHC907-0852 – 60

**OIG Office of Evaluations and Inspections Privilege Log**

HHD900-1065 – 67
HHD900-1122

HHD900-1513
HHD900-1705 – 15
HHD900-1716 – 22
HHD900-1818
HHD900-1909 – 11
HHD900-1976 – 78
HHD900-2121 – 28
HHD900-2237 – 38
HHD900-2274
HHD900-2536

**OIG Office of Audit Services Privilege Log**

HHD-902-0496 – 97
HHD-902-0583 – 94
HHD-902-0707 – 17