# EXHIBIT D

Vito, Robert - Vol. II  June 20, 2007
Philadelphia, PA

Page 289

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME II

| | |
|---|---|
| IN RE:  PHARMACEUTICAL | : MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : CIVIL ACTION: |
| PRICE LITIGATION | : 01-CV-12257-PBS |
| | : |
| THIS DOCUMENT RELATES TO | : |
| U.S. ex rel. Ven-A-Care of | : |
| the Florida Keys, Inc. v. | : |
| Abbott Laboratories, Inc. | : |
| No. 06-CV-11337-PBS | : |

- - -

Continuation of the videotaped deposition of ROBERT VITO was taken, pursuant to notice, at MORGAN LEWIS & BOCKIUS, LLP, 1701 Market Street, Philadelphia, Pennsylvania, on Wednesday, June 20, 2007, beginning at 8:43 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public; Michael Hunterton, Certified Legal Video Specialist, there being present:

Henderson Legal Services
202-220-4158

37dbe22c-39bb-473f-8cc6-c16d7974b122

Vito, Robert - Vol. II  
Philadelphia, PA  
June 20, 2007

Page 610

1  MR. TORBORG: I'm just about done.
2  THE VIDEOGRAPHER: -- get an operator on
3  the phone?
4  MR. McDONALD: Well, yeah, but, David,
5  it's going to terrible. Why don't you just mute it
6  or something? It's going to be worthless to have
7  the video and not -- I mean, I can hear the
8  feedback back here. Just mute the conference call.
9        ---
10  (Whereupon, the telephone was muted.)
11        ---
12  BY MR. TORBORG:
13  Q. And do you recall who it was that made
14  the comment at the hearing?
15  A. I don't recall, but I do believe that
16  that was mentioned at -- at the -- at the hearing.
17  It might have been GAO or it might have been -- I
18  don't know exactly who it was, but there is a
19  record of the hearing. I believe it was in -- in
20  2001, either September or October.
21  Q. Was that concept ever discussed at the
22  state pharmacy association meetings that you

Page 611

1  attended?
2  A. The -- the -- again, you're talking
3  about the Medicare context of -- and then the other
4  -- the state representatives are the Medicaid. So
5  I believe that the Medicaid, we mainly talked about
6  the AWP issues. We did not -- in our reports, we
7  did not talk about the Medicare issues with them
8  unless it had to do with J codes, in which they
9  were being billed to the Medicaid program.
10  Q. Do you recall discussions at the state
11  pharmaceutical meetings that you attended that the
12  payment for ingredient costs would subsi --
13  subsidize an insufficient dispensing fee?
14  MR. NEAL: Objection as to form.
15  THE WITNESS: I -- I think there has
16  always been questions about the dispensing fee and
17  if it's proper or not, so there probably was some
18  discussions about that.
19  BY MR. TORBORG:
20  Q. And do you recall any conversations with
21  HCFA relating to the Medicare side about whether or
22  not the payment for ingredient cost would subsidize

Page 612

1  inadequate payment for services?
2  MR. NEAL: You can answer that consistent
3  with my previous instruction on privileged
4  communications with HCFA officials.
5  THE WITNESS: I think it --
6  MR. AZORSKY: Objection to form.
7  THE WITNESS: I think it was -- in our
8  later reports, we mention that in the conclusion or
9  the recommendation, so I think there was -- that
10  was definitely, I believe, in a public document
11  from the OIG.
12  BY MR. TORBORG:
13  Q. With -- without revealing to me the
14  substance of the communications, was that a -- a
15  topic that was discussed at the exit conferences
16  that you had with HCFA?
17  MR. NEAL: You can answer that question
18  yes or no.
19  THE WITNESS: Hmph.
20  MR. NEAL: Or I -- or I don't remember.
21  MR. AZORSKY: Objection to form.
22  THE WITNESS: I don't remember.

Page 613

1  MR. TORBORG: Why don't we break for the
2  day.
3  MR. NEAL: That's fine.
4  MR. TORBORG: Thank you very much, Mr.
5  Vito, for your time.
6  THE VIDEOGRAPHER: The time is 4:34 p.m.
7  We're going off the record, concluding this day's
8  testimony, consisting of six tapes in the
9  deposition of Robert Vito, in the matter of In Re:
10  Pharmaceutical Average Wholesale Price Litigation.
11  This -- this day of testimony consists of six tapes
12  and will be held by Henderson Legal Services of
13  Washington, DC.
14        ---
15  (Whereupon, the deposition adjourned at
16  4:35 p.m.)
17        ---

82 (Pages 610 to 613)

Henderson Legal Services  
202-220-4158

37dbe22c-39bb-473f-8cc6-c16d7974b122