BF EXPENSE

| Date | | | | File | Description | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01/25/06 10:02:04 AM | | BF | BF | 120 | G:\DEH\_PERSONAL DEH\Lippincott\Research\CJS re Party walls.wpd | $0.00 | PS | W/L |
| 01/25/06 10:02:04 AM | | BF | BF | 205 | G:\DEH\_PERSONAL DEH\Lippincott\Research\DC re Party walls with windows.wpd | $0.00 | PS | W/L |
| 01/25/06 10:02:04 AM | | BF | BF | 130 | G:\DEH\_PERSONAL DEH\Lippincott\Research\Pa no presumption of party walls.wpd | $0.00 | PS | W/L |
| 01/25/06 10:02:05 AM | | BF | BF | 215 | G:\DEH\_PERSONAL DEH\Lippincott\Research\Party wall with windows Indiana.wpd | $17.25 | PS | W/L |
| 02/21/06 10:54:49 AM | | BF | AWP | 250 | G:\DEH\_PERSONAL DEH\Tenant\Mercer.wpd | Landlord filed action in ejectment | $0.00 | PS | W/L |
| 02/21/06 10:54:49 AM | | BF | AWP | 930 | G:\DEH\_PERSONAL DEH\Tenant\Restatement.wpd | Restatement of the Law -- Property Restatement (Second) of Property: Landlord & Tenant Current through September 2005 | $0.00 | PS | W/L |
| 02/21/06 11:06:50 AM | | BF | AWP | 90 | G:\DEH\_PERSONAL DEH\Tenant\Sup Ct notice of 60 days equal footing.wpd | whether the lease was terminated by written notice given plaintiff by defendant, plaintiff appeals | $0.00 | PS | W/L |
| 02/27/06 11:20:56 AM | | BF | AWP | 105 | G:\DEH\_PERSONAL DEH\Tenant\philips.wpd | Where a lease beginning on the first day of a month provides that after its termination... | $39.29 | PS | W/L |
| 04/14/06 11:11:22 AM | | BF | AWP | 200 | G:\DEH\_PERSONAL DEH\Lippincott\Research\Replevin law in PA.wpd | | $15.42 | PS | W/L |
| | | | | | | $71.96 | | |

AWP EXPENSE

| Date | Type | | Size | Description | Subject | Amount | | Status |
|---|---|---|---|---|---|---|---|---|
| 08/10/05 1:56:24 PM | AWP | | 5250 | G:\DEH\_PERSONAL DEH\Gateway | 15 USCA Is 1692c (Consumer Credit Protection) | $0.00 | PS | W:L |
| 08/30/05 10:22:29 AM | AWP | | 145 | _From Old (Real Estate\Sheriff Sale\406 Monroe) | OWNER-NAME(KARP) & ADN(406) & STREET-NAME(MONROE) & CITY(PHILADELPHIA) & ZIP-CODE(19147) | $0.00 | PS | W/L |
| 08/30/05 10:22:29 AM | AWP | | 75 | _From Old (Real Estate\Sheriff Sale\408 Monroe) | ADN(408) & STREET-NAME(MONROE) & CITY(PHILADELPHIA) | $109.95 | PS | W/L |
| 12/28/05 12:07:13 PM | AWP | | 235 | G:\DEH\_POTENTIAL LITIGATIONS\Phone taxes\PA case re tax refund.wpd | | $7.60 | PL | W/L |
| 01/24/06 3:22:38 PM | AWP | | 500 | DB v Haviland (9th Cir. Web) | BARTON & WEB | $0.00 | X | W/L |
| 01/31/06 4:18:15 PM | AWP | AWP | 325 | G:\DEH\_PERSONAL DEH\Lippincott\Appeal brief.wpd | | $21.25 | PS | W/L |
| 02/13/06 12:17:38 PM | AWP | BF | 1180 | _PERSONAL DEH\Atla article\Atla Buspar Deft Class Brief.wpd | GODA | $0.00 | ? | W/L |
| 02/13/06 12:17:39 PM | AWP | BF | 725 | _PERSONAL DEH\Atla article\Atla Coumadin pltf appeal Brief.wpd | GODA | $0.00 | ? | W/L |
| 02/13/06 12:17:40 PM | AWP | BF | 1820 | _PERSONAL DEH\Atla article\ATLA KDu Class Brief.wpd | | $0.00 | ? | W/L |
| 02/13/06 12:17:42 PM | AWP | BF | 2065 | G:\DEH\_PERSONAL DEH\Atla article\Atla Mylan case.wpd | | $0.00 | ? | W/L |
| 02/13/06 12:17:44 PM | AWP | BF | 840 | G:\DEH\_POTENTIAL LITIGATIONS\Phone taxes\Verizon Class Brief.wpd | GODA | $0.00 | PL | W/L |
| 02/14/06 3:36:07 PM | AWP | BF | 65 | Lippincott Purchases (Binswanger ref.) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:07 PM | AWP | BF | 55 | Lippincott Purchases (Binswanger) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:07 PM | AWP | BF | 55 | Lippincott Purchases (Colton) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:07 PM | AWP | BF | 70 | Lippincott Purchases (Domb 3) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 60 | Lippincott Purchases (Domb) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 75 | Lippincott Purchases (Flick 5NW) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |

AWP EXPENSE

| Date | Category | Type | Qty | Description | Subject | Amount | Code | Source |
|---|---|---|---|---|---|---|---|---|
| 02/14/06 3:36:08 PM | AWP | BF | 75 | Lippincott Purchases (Flick 5NW2) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 75 | Lippincott Purchases (Flick cons) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 60 | Lippincott Purchases (Flick cons2) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 75 | Lippincott Purchases Domb 5C) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:08 PM | AWP | BF | 70 | Lippincott Purchases (Green resale) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:09 PM | AWP | BF | 60 | Lippincott Purchases (Haut 3SE) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:09 PM | AWP | BF | 60 | Lippincott Purchases (Haviland) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:09 PM | AWP | BF | 70 | Lippincott Purchases (Karafin) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:09 PM | AWP | BF | 60 | Lippincott Purchases Green 1C) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:09 PM | AWP | BF | 50 | Lippincott Purchases (Lager) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:10 PM | AWP | BF | 65 | Lippincott Purchases (Lane 1SE) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:10 PM | AWP | BF | 70 | Lippincott Purchases (Lane mtg.) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:10 PM | AWP | BF | 65 | Lippincott Purchases (Langsdorf) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:10 PM | AWP | BF | 55 | Lippincott Purchases (Levin 3NW) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:10 PM | AWP | BF | 65 | Lippincott Purchases (MCW ref) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $0.00 | PS | W/L |
| 02/14/06 3:36:11 PM | AWP | BF | 65 | Lippincott Purchases (MCW) | ADN(227) & STREET-NAME(S & 6TH) & CITY(PHILADELPHIA) | $229.74 | PS | W/L |
| 03/12/06 10:01:34 PM | AWP | None-Sun. | 500 | DB v Haviland (Barton) | ATTORNEY W/3 CLIENT W/10 PRIVILEGE! & WEB W/5 SITE | $23.47 | X | W/L |
| 04/11/06 3:53:47 PM | AWP | AWP | 1 | Pacer 12/01/2005-10/31/2006 bill | Radio Shack [phone tax] | $0.08 | PL | Pacer [ks0092] |
| 04/11/06 3:54:40 PM | AWP | AWP | 1 | Pacer 12/01/2005-10/31/2006 bill tax] | Radio Shack 01/01/06 to 04/01/06 [phone | $0.08 | PL | Pacer [ks0092] |

AWP EXPENSE

| Date | Type | | Qty | File | Case | Amount | | Source |
|---|---|---|---|---|---|---|---|---|
| 04/11/06 3:56:36 PM | AWP | AWP | 1p | Pacer 12/01/2005-10/31/2006 bill | 06-00028 (Radio Shack) [phone tax] | $0.08 | PL | Pacer [ks0092] |
| 04/11/06 3:57:14 PM | AWP | AWP | 1p | Pacer 12/01/2005-10/31/2006 bill | 1:2006CV00028 (Radio Shack) [phone tax] | $0.08 | PL | Pacer [ks0092] |
| 05/22/06 1:20:57 PM | AWP | AWP | 1 | Pacer 12/01/2005-10/31/2006 bill | Oxford Health Plans [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/22/06 1:21:50 PM | AWP | AWP | 1 | Pacer 12/01/2005-10/31/2006 bill | Oxford Health Plans, Inc Nos. 160 [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/22/06 1:23:32 PM | AWP | AWP | 1 | Pacer 12/01/2005-10/31/2006 bill | Vogel, Howard Nos 160 [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 1:10:25 PM | AWP | BF | 460 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\berger case brief.wpd | | $0.00 | PL | W/L |
| 05/24/06 1:10:25 PM | AWP | BF | 750 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\berger case.wpd | | $0.00 | PL | W/L |
| 05/24/06 2:22:58 PM | AWP | BF | 635 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\ientino 3rd cir malpractice.wpd | | $0.00 | PL | W/L |
| 05/24/06 2:22:59 PM | AWP | BF | 1120 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\paper sysytems.wpd | "IN RE POTASH" & FIDUCIARY | $0.00 | PL | W/L |
| 05/24/06 3:24:55 PM | AWP | BF | 1520 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\Law review.wpd | | $0.00 | PL | W/L |
| 05/24/06 4:07:24 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 91-5258 (Community Psychiatric) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 4:10:00 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 92-1913 (Fidelity Medical) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 4:10:14 PM | AWP | BF | 3p | Pacer 12/01/2005-10/31/2006 bill | 2:1992CV01913 (Fidelity Medical) [Milberg Weiss] | $0.24 | PL | Pacer [ks0092] |
| 05/24/06 5:11:26 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913\_0-1 (Fidelity Medical) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 5:11:50 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913\_1-0-80668-3 (Fidelity Medical) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 5:12:33 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913 (Fidelity Medical) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/24/06 5:13:02 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913\_0-1 (Fidelity Medical) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |

AWP EXPENSE

| Date/Time | Category | User | Qty | Description | Matter | Amount | Source |
|---|---|---|---|---|---|---|---|
| 05/24/06 5:13:20 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913_1-0-80668-2 (Fidelity Medical) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/24/06 5:15:10 PM | AWP | BF | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-01913MTB (Fidelity Medical) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 10:46:46 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 94-1584 (T2 Medical) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 10:48:12 AM | AWP | LEVY | 5p | [5/26/06 email from Adam Levy to Kent Williams and Don Haviland] | 5:93-cv-20292-RMW [cooperman] | $0.40 PL | Pacer [ks0092] |
| 05/25/06 10:52:49 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | T2 Medical [MW] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 11:22:56 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 3:1990CV02920 (Software Toolworks) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 11:23:04 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 3:1990CV02920 (Software Toolworks) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 11:52:09 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 92-0743 (U.S. Bioscience) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 11:52:18 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1992CV00743 (U.S. Bioscience) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 11:55:43 AM | AWP | LEVY | 8p | [5/26/06 email from Adam Levy to Kent Williams and Don Haviland] | 1:94-cv-00744-RLV [in re t2 medical] | $0.64 PL | Pacer [ks0092] |
| 05/25/06 12:00:06 PM | AWP | LEVY | 4 | Pacer 12/01/2005-10/31/2006 bill | 2:89CV06538 (Columbia Sav. & Loan) [MW] | $0.32 PL | Pacer [ks0092] |
| 05/25/06 12:20:41 PM | AWP | LEVY | 4 | Pacer 12/01/2005-10/31/2006 bill | 1:92cv-01584RLV (T2 Medical) [Milberg Weiss] | $0.32 PL | Pacer [ks0092] |
| 05/25/06 12:46:57 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 93-20292 (Sun Microsystems) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 12:47:06 PM | AWP |  | 1 | Pacer 12/01/2005-10/31/2006 bill | 5:19CV20292 (Sun Microsystems) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 12:53:00 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-00743-SD 336_0-1(U.S. Bioscience) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 12:53:22 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:92-CV-00743-SD (U.S. Bioscience) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 1:01:00 PM | AWP |  | 12p | [5/26/06 email from Adam Levy to Kent Williams and Don Haviland] | 2:92-cv-00678-SD [in re us biosciences] | $0.96 PL | Pacer [ks0092] |
| 05/25/06 1:22:21 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 90-2920 (Software Toolworks) (Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/25/06 1:22:25 PM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 3:1990CV02920 (Software Toolworks) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |

AWP EXPENSE

| Date | | Type | User | Qty | Description | Case | Amount | | Source |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/06 1:55:58 PM | | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 89-2448 (Amer. Continental/Lincoln Sav.) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/25/06 1:59:46 PM | | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:19890CV06538 (Columbia Sav. & Loan) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/25/06 4:30:01 PM | | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 97-2325 (Oxford Health Plans) [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/25/06 4:30:05 PM | | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 3:1997CV02325 (Oxford Health Plans) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/25/06 4:33:24 PM | | AWP | LEVY | 3 | Pacer 12/01/2005-10/31/2006 bill | Oxford Health Plans [MW] | $0.24 | PL | Pacer [ks0092] |
| 05/25/06 5:30:48 PM | | AWP | LEVY | 4 | Pacer 12/01/2005-10/31/2006 bill | 3:1997CV02325AVC (Oxford Health Plans) [Milberg Weiss] | $0.32 | PL | Pacer [ks0092] |
| 05/26/06 8:30:23 AM | | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 98-2532 (Baan) [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/26/06 8:30:27 AM | | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 1:1998CV02532 (Baan) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/26/06 9:31:13 AM | | AWP | LEVY | 12p | Pacer 12/01/2005-10/31/2006 bill | 1:1998CV02532ESH (Baan) [Milberg Weiss] | $0.96 | PL | Pacer [ks0092] |
| 05/26/06 11:00:50 AM | | AWP | LEVY | | Pacer 12/01/2005-10/31/2006 bill | 1:1995cv00182 (Future Healthcare) [Milberg Weiss] | $0.08 | PL | Pacer [ks0092] |
| 05/26/06 11:25:04 AM | | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 97-5754 () [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/26/06 12:01:07 PM | | AWP | LEVY | 2 | Pacer 12/01/2005-10/31/2006 bill | 1:1995cv00182JS (Future Healthcare) [Milberg Weiss] | $0.16 | PL | Pacer [ks0092] |
| 05/30/06 9:09:01 AM | | AWP | LEVY | 10 | Pacer 12/01/2005-10/31/2006 bill | 3:90CV02042 (Cetus) [MW] | $0.80 | PL | Pacer [ks0092] |
| 05/30/06 9:19:50 AM | | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:90cv02832 (LA Gear) [MW] | $0.08 | PL | Pacer [ks0092] |
| 05/30/06 9:23:59 AM | | AWP | LEVY | 5 | Pacer 12/01/2005-10/31/2006 bill | 2:89cv07135 (First Executive) [MW] | $0.40 | PL | Pacer [ks0092] |
| 05/30/06 10:00:50 AM | | AWP | LEVY | 4p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 3:92-cv-00780-RE | $0.32 | PL | Pacer [ks0092] |
| 05/30/06 10:00:50 AM | | AWP | LEVY | 4 | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] Pacer 12/01/2005-10/31/2006 bill | 3:1992CV00780RE (Epitode) [Milberg Weiss] | $0.32 | PL | Pacer [ks0092] |
| 05/30/06 10:03:51 AM | | AWP | LEVY | 8p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 3:92-cv-00759-RE | $0.64 | PL | Pacer [ks0092] |

AWP EXPENSE

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/06 11:08:41 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 90-2042 (Cetus) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:14:46 AM | AWP | LEVY | 4p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 2:89-cv-01733-RCB | $0.32 PL | Pacer [ks0092] |
| 05/30/06 11:14:46 AM | AWP | LEVY | 4 | Pacer 12/01/2005-10/31/2006 bill | 2:89CV01733RCB (Valley National) [MW] | $0.32 PL | Pacer [ks0092] |
| 05/30/06 11:15:39 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 89-2579 (Cineplex Odeon) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:17:55 AM | AWP | LEVY | 30p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 2:89-cv-01069-RCB | $2.40 PL | Pacer [ks0092] |
| 05/30/06 11:19:29 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 90-2832 (LA Gear) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:19:33 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1990CV02832 (LA Gear) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:22:06 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | LA Gear [MW] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:23:24 AM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 89-7135 [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:23:35 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1989CV07135 (First Executive) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:34:20 AM | AWP | LEVY | 2 | Pacer 12/01/2005-10/31/2006 bill | 90-6183 (Jan Bell) [Milberg Weiss] | $0.16 PL | Pacer [ks0092] |
| 05/30/06 11:41:17 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1990CV00099 (Prime Motor Inns) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 11:44:44 AM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1989CV00315 (One Bancorp.) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 12:00:39 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 3:1992CV00780 (Epitode) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 12:26:38 PM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 4:1990CV00464 (Fairfield Comm.) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/30/06 12:26:50 PM | AWP | LEVY | 6 | Pacer 12/01/2005-10/31/2006 bill | 4:90CV00464SVWV (Fairfield Comm.) [MW] | $0.48 PL | Pacer [ks0092] |
| 05/30/06 12:29:32 PM | AWP | LEVY | 19 | Pacer 12/01/2005-10/31/2006 bill | 0:90cv06183 (Jan Bell Marketing) [Milberg Weiss] | $1.52 PL | Pacer [ks0092] |
| 05/30/06 12:32:11 PM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1990CV00253 (Shawmut) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |

AWP EXPENSE

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/30/06 12:32:38 PM | AWP | LEVY | 10p | Pacer 12/01/2005-10/31/2006 bill | 2:1990CV00253AHN (Shawmut) [Milberg Weiss] | $0.80 PL Pacer [ks0092] |
| 05/30/06 12:37:27 PM | AWP | LEVY | 10p | Pacer 12/01/2005-10/31/2006 bill | 2:1990CV00253AHN (Shawmut) [Milberg Weiss] | $0.80 PL Pacer [ks0092] |
| 05/30/06 12:41:37 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 2:90-CV-00099-RJH (Prime Motor Inns) [Milberg Weiss] | $0.08 PL Pacer [ks0092] |
| 05/30/06 12:44:54 PM | AWP | LEVY | 9p | Pacer 12/01/2005-10/31/2006 bill | 2:1989CV00315GC (One Bancorp.) [Milberg Weiss] | $0.72 PL Pacer [ks0092] |
| 05/30/06 12:44:54 PM | AWP | LEVY | 9p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 2:89-cv-00315-GC | $0.72 PL Pacer [ks0092] |
| 05/30/06 1:05:57 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | Milberg Weiss | $0.08 PL Pacer [ks0092] |
| 05/30/06 1:13:58 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 89-1733 (Valley National) [Milberg Weiss] | $0.08 PL Pacer [ks0092] |
| 05/30/06 1:14:01 PM | AWP | LEVY | 1p | Pacer 12/01/2005-10/31/2006 bill | 2:1988CV01733 (Valley National) [Milberg Weiss] | $0.08 PL Pacer [ks0092] |

AWP EXPENSE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/30/06 1:26:32 PM | AWP | | 1990 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\Lexicon harm to class 9th cir.wpd | | $0.00 PL | W/L |
| 05/30/06 1:26:36 PM | AWP | LEVY | 700 | G:\DEH\_POTENTIAL LITIGATIONS\Milberg\Lexicon harm to class.wpd | | $180.60 PL | W/L |
| 05/30/06 1:37:27 PM | AWP | | 10p | [5/30/06 email from Adam Levy to Kent Williams and Don Haviland re: Additional Cooperman Cases] | 2:90-cv-00253-AHN | $0.80 PL | Pacer [ks0092] |
| 05/30/06 1:59:42 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | 89-6538 (Columbia Sav. & Loan) [Milberg Weiss] | $0.08 PL | Pacer [ks0092] |
| 05/31/06 10:06:13 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 184-0 | $0.08 Isostatic [2005001] | Pacer [ks0092] |
| 05/31/06 8:06:21 PM | AWP | LEVY | 1 | Pacer 12/01/2005-10/31/2006 bill | Milberg Weiss | $0.08 PL | Pacer [ks0092] |
| 06/02/06 2:45:28 PM | AWP | LEVY | 4 | Pacer 12/01/2005-10/31/2006 bill | Abbott Laboratories [MW] | $0.32 PL | Pacer [ks0092] |
| 06/16/06 1:13:36 PM | AWP | LEVY | 15p | | 2:00-CV-01857-JF | $1.20 Isostatic [2005001] | Pacer [ks0092] |
| 06/16/06 1:14:21 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 187-0 | $0.08 Isostatic [2005001] | Pacer [ks0092] |
| 06/16/06 2:09:00 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 187-0 | $0.08 Isostatic [2005001] | Pacer [ks0092] |
| 06/20/06 2:48:57 PM | AWP | AWP | 555 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Appellant Brief.wpd | | $0.00 PS | W/L |
| 06/20/06 2:48:58 PM | AWP | AWP | 185 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Appellant Reply Brief.wpd | | $0.00 PS | W/L |
| 06/20/06 2:48:58 PM | AWP | AWP | 595 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Appellee Brief.wpd | | $0.00 PS | W/L |
| 06/20/06 2:48:59 PM | AWP | AWP | 40 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Opinion in Wolters case.wpd | | $0.00 PS | W/L |

AWP EXPENSE

| Date/Time | | | | Directory | Case | Amount | Source |
|---|---|---|---|---|---|---|---|
| 06/20/06 3:23:11 PM | AWP | AWP | 225 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Research adverse possession by windows 2.wpd | ADVERSE W/3 POSSESS! & WINDOW" W/5 "PARTY WALL" | $0.00 | PS W/L |
| 06/20/06 3:23:11 PM | AWP | AWP | 495 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Research adverse possession by windows 3.wpd | ADVERSE W/3 POSSESS! & WINDOW" W/5 "PARTY WALL" | $0.00 | PS W/L |
| 06/20/06 3:23:12 PM | AWP | AWP | 170 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Research adverse possession by windows 1.wpd | ADVERSE W/3 POSSESS! & WINDOW" W/5 "PARTY WALL" | $0.00 | PS W/L |
| 06/20/06 3:23:12 PM | AWP | AWP | 235 | G:\DEH\_PERSONAL DEH\Lippincott\Turchi Lawsuits\Research adverse possession by windows 4.wpd | ADVERSE W/3 POSSESS! & WINDOW" W/5 "PARTY WALL" | $106.03 | PS W/L |
| 06/23/06 12:19:31 PM | AWP | LEVY | 6p | | 2:00-CV-01857-JF 336_0-1 | $0.48 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:19:39 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-23 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:03 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-69 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:07 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-71 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:14 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-80 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:34 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-13 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:44 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-13 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:49 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:20:58 PM | AWP | LEVY | 6p | | 2:00-CV-01857-JF 144-0 | $0.48 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:24:08 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-13 | $0.08 | Isostatic [2005001] Pacer [ks0092] |
| 06/23/06 12:24:15 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005001] Pacer [ks0092] |

AWP EXPENSE

| Date | | | | | Subject | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 06/23/06 12:24:24 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:24:29 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:24:34 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:24:40 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-15 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:24:48 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-012660-15 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:25:36 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-012660-15 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:25:46 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:25:51 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:25:55 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 12:26:18 PM | | AWP | LEVY | 11p | 2:00-CV-01857-JF 166-0 | $0.88 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:50:15 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:50:31 PM | | AWP | LEVY | 3p | 2:00-CV-01857-JF 167-0 | $0.24 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:50:48 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:51:00 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-17 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:51:13 PM | | AWP | LEVY | 2p | 2:00-CV-01857-JF 170-0 | $0.16 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:51:55 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-17 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:52:05 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 176-0 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:52:15 PM | | AWP | LEVY | 1p | 2:00-CV-01857-JF 1-0-12660-17 | $0.08 | Isostatic [2005001] | Pacer [ks0092] |
| 06/23/06 2:52:28 PM | | AWP | LEVY | 4p | 2:00-CV-01857-JF 178-0 | $0.32 | Isostatic [2005001] | Pacer [ks0092] |

AWP EXPENSE

| Date/Time | Category | | | Description | Source | Amount | | Source |
|---|---|---|---|---|---|---|---|---|
| 06/23/06 2:53:37 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF_1-0-12660-3 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:53:56 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF_1-0-12660-3 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:54:01 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:54:26 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:54:39 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:54:47 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:54:55 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:01 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:08 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:13 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:20 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:25 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:55:38 PM | AWP | LEVY | 10p | | 2:00-CV-01857-JF 185-0 | $0.80 | Isostatic [200500] | Pacer [ks0092] |
| 06/23/06 2:56:50 PM | AWP | LEVY | 20p | | 2:00-CV-01857-JF 183-0 | $1.60 | Isostatic [200500] | Pacer [ks0092] |
| 06/27/06 9:33:37 AM | AWP | LEVY | 16p | | 2:00-CV-01857-JF | $1.28 | Isostatic [200500] | Pacer [ks0092] |
| 06/27/06 9:34:13 AM | AWP | LEVY | 20p | | 2:00-CV-01857-JF 183-0 | $1.60 | Isostatic [200500] | Pacer [ks0092] |
| 06/29/06 11:18:05 AM | AWP | BF | 7p | G:\DEH\_POTENTIAL LITIGATIONS\Tenet dismissal order.pdf | U.S. v. Tenet CV03-00206-GAF (C.D. Cal.) (6-29-06) | $0.56 | PL | Pacer [ks0092] |
| 06/29/06 11:19:58 AM | AWP | BF | 7p | G:\DEH\_POTENTIAL LITIGATIONS\Tenet stip & order.pdf | U.S. v. Tenet CV03-00206-GAF (C.D. Cal.) (6-29-06) | $0.56 | PL | Pacer [ks0092] |
| 06/29/06 11:45:41 AM | AWP | LEVY | 6p | | 2:00-CV-01857-JF 336_0-1 | $0.48 | Isostatic [200500] | Pacer [ks0092] |

AWP EXPENSE

| Date | Type | User | Qty | File/Description | Case | Amount | Category | Source |
|---|---|---|---|---|---|---|---|---|
| 06/29/06 11:45:58 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-14 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:46:10 AM | AWP | LEVY | 6p | | 2:00-CV-01857-JF 144-0 | $0.48 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:47:37 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-16 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:47:45 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-17 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:47:53 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-17 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:48:02 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:48:09 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-18 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:48:19 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:48:29 AM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-19 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 06/29/06 11:48:53 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-13 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 07/05/06 2:39:05 PM | AWP | LEVY | 16p | | 2:00-CV-01857-JF | $1.28 | Isostatic [2005500] | Pacer [ks0092] |
| 07/06/06 9:44:46 AM | AWP | | 625 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Consumer Protection trebling\Common knowledge as defense in prod liability action.wpd | IS INTERVENING CAUSE A RELEVANT FACTOR IN A STATUTORY CONSUMER FRAUD ACTION | ? | | W/L |
| 07/06/06 9:44:48 AM | AWP | | 5725 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Consumer Protection trebling\Consumer fraud rules generally.wpd | IS INTERVENING CAUSE A RELEVANT FACTOR IN A STATUTORY CONSUMER FRAUD ACTION | ? | | W/L |
| 07/17/06 6:52:15 PM | AWP | LEVY | 6p | | 2:00-CV-01857-JF 336_0-1 | $0.48 | Isostatic [2005500] | Pacer [ks0092] |
| 07/17/06 6:52:25 PM | AWP | LEVY | 1p | | 2:00-CV-01857-JF 1-0-12660-20 | $0.08 | Isostatic [2005500] | Pacer [ks0092] |
| 07/31/06 1:50:17 PM | AWP | | 160 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Class Trial No Bifurcation for Bankrupt Defts School Asbestos.wpd | | ? | | W/L |

AWP EXPENSE

Page 13 of 13

| Date | Category | Hours | Description | Source | Amount | Location |
|---|---|---|---|---|---|---|
| 07/31/06 1:50:18 PM | AWP | 365 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Class Trial Order re Phases 2 School Asbestos.wpd | | ? | W/L |
| 07/31/06 1:50:19 PM | AWP | 95 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Class Trial Order re Phases School Asbestos.wpd | | ? | W/L |
| 07/31/06 1:50:19 PM | AWP | 420 | G:\DEH\_PERSONAL DEH\CLASS ACTION\Research\Nullum Tempus Doctrine in PA School Asbestos.wpd | | ? | W/L |
| various | AWP | | Pacer 12/01/2005-10/31/2006 bill | 2:03-CV-00217-GZS (Hagens Berman) | $77.68 PL | Pacer [ks0092] |
| | | | | | $793.84 | |

## LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*



ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER
DONALD E. HAVILAND, JR.
DANIEL C. LEVIN
THEODORE BERNSTEIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
SCOTT LEVENSTEIN
JUDY SHORT

510 WALNUT STREET
Suite 500
PHILADELPHIA, PA 19106-3697

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

October 16, 2001

Combustion Science & Engineering
8940 Old Annapolis Road
Suite L
Columbia, MD 21045-2129

Re:  Bridgeport Litigation

Dear Sirs:

Donald E. Haviland, a former associate of our firm, left his employment with us and is now associated with the firm of Kline & Specter in Philadelphia.

"irrelevant and privileged material redacted"

Very truly yours,

Howard J. Sedran

/kl
cc:  Donald E. Haviland, Jr., Esquire

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAWRENCE S. BERMAN
FRED S. LONGER
CHERYL R. HILL
DONALD E. HAVILAND, JR.
DANIEL C. LEVIN
TERRIANNE BENEDETTO
CHARLES E. SCHAFFER
AUSTIN B. COHEN

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663
EMAIL lfsb@plnet.com

November 7, 2001

*Via Fax and U.S. Mail*

Donald E. Haviland, Jr., Esquire
Kline & Specter, PC
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Re: *Professional Flooring, Inc., et al v. Bushar Corp., et al*
CCP, Montgomery County, C.A. No. 01-10504
Your File No.: 01-1486

Dear Don:

This letter is in response to your letter of October 31, 2001.

First, with respect to your position at our firm, because you were unwilling to sign any of the proposed non-equity partnership agreements, the first of which was presented to you on or about January 11, 2001, there was no change in your associate status. While you and I assumed that we would be able to work out the terms of your designation as a non-equity partner, we were unable to do so. Our series of correspondence on this issue speaks for itself.

"irrelevant and privileged information redacted"

RECEIVED

NOV 09 2001

LEVIN, FISHBEIN, SEDRAN & BERMAN
November 7, 2001
Page 2

"irrelevant and privileged information redacted"

Very truly yours,

Howard J. Sedran

/kl
cc:   Arnold Levin, Esquire