# EXHIBIT 6

NJ hearing trnscrpt.txt

1

```
 1    SUPERIOR COURT OF NEW JERSEY
      LAW DIVISION:  MONMOUTH COUNTY
 2    CIVIL ACTION NO. MON-L-3136-06
      ---------------------------------------------------X
 3    INTERNATIONAL UNION OF OPERATING
      ENGINEERS, LOCAL NO. 68 WELFARE FUND
 4    (An Unincorporated Trust),

 5                              Plaintiff,

 6    vs.

 7    ASTRAZENECA PLC; ASTRAZENECA
      PHARMACEUTICAL, LP; ASTRAZENECA LP;
 8    ZENECA INC., TAP PHARMACEUTICAL
      PRODUCTS, IC;  ABBOTT LABORATORIES;
 9    TAKEDA CHEMICAL INDUSTRIES, LTD.;
      BAYER AG; BAYER CORPORATION, MILES
10    LABORATORIES, INC.; CUTTER LABORATORIES,
      INC.; GLAXOSMITHKLINE, P.L.C;
11    SMITHKLINE BEECHAM CORPORATION; GLAXO
      WELLCOME, INC.; PHARMACIA CORPORATION;
12    PHARMACIA & UPJOHN, INC.; MONSANTO COMPANY;
      G.D. SEARLE COMPANY; SANOFI-SYNTHELABO,
13    INC.; JOHNSON & JOHNSON; ALZA CORPORATION;
      CENTOCOR, INC.; ORTHO BIOTECH, INC.; ALPHA
14    THERAPEUTIC CORPORATION; HOFFMAN-LA ROCHE,
      INC.; AMGEN, INC.;IMMUNEX CORPORATION;
15    AVENTIS PHARMACEUTICALS, INC.; AVENTIS
      BEHRING, L.L.C; HOECHST MARION ROUSSEL,
16    INC.; CENTEON, L.L.C; ARMOUR

17    - - - - - - - - - - - - - - - - - - - - -
      (CAPTION CONTINUED)
18

19              HEARING BEFORE:
        THE HONORABLE WILLIAM G. BASSLER (RET)
20           WEDNESDAY, AUGUST 29, 2007
                   11:07 A.M.
21

22


23
             D'AMICO CERTIFIED REPORTING, LLC
24                  225 LENOX AVENUE
               WESTFIELD, NEW JERSEY 07090
25          908.233.6577 * 908.233.6578 (FAX)
              DAMICO.REPORTING@VERIZON.NET
```

Page 1

NJ hearing trnscrpt.txt

38

1  to get at the end of all of this, I have a lot of
2  other things I want to talk about in general.
3          But I'm just trying to get an idea of
4  what it is you need -- when you say discovery, I
5  assume we are talking about depositions because --
6          MR. JACKSON: No, Your Honor, we need
7  to know the documents that the plaintiffs have that
8  would justify why this is a class action.
9          SPECIAL MASTER BASSLER: All right,
10 then we'll held up because of a protective order
11 and we got to get through that.
12         MR. JACKSON: I guess in part, Your
13 Honor, but we'd like to know what the proposed
14 classes are. We think it's a state only class, but
15 we're not sure.
16         SPECIAL MASTER BASSLER: Why is that
17 so difficult to answer?
18         MR. HAVILAND: Your Honor, it's in the
19 complaint. It says a half a dozen times, it an
20 nationwide class, New Jersey and the country. It
21 has only come up in recent pleadings because there
22 was one comment made at one hearing by one lawyer
23 about the status of the case as it existed on
24 remand.
25         SPECIAL MASTER BASSLER: Well, it was

NJ hearing trnscrpt.txt

39

```
1    a statement to a federal judge as to why the case
2    should not be part of the MDL.
3              MR. HAVILAND:  And, Your Honor --
4              SPECIAL MASTER BASSLER:  It's more
5    than just an off-the-cuff remark.
6              MR. HAVILAND:  I appreciate that.  And
7    the ruling, the remand was not premised upon that.
8              SPECIAL MASTER BASSLER:  Right.
9              MR. HAVILAND:  Your Honor, we have --
10             SPECIAL MASTER BASSLER:  Let's not
11   cross that, can we just not cross that issue right
12   now?  We'll come to it.
13             I want to get an idea of why doesn't
14   the complaint identify the classes?
15             MR. WILLIAMS:  It does.
16             MR. JACKSON:  Well, I'll give you a
17   very concrete example, Your Honor.
18             It says, for example, that there are
19   some kind of government programs at issue in this
20   case.  We don't know what government programs are
21   at issue.  We ask in discovery what are they.  And
22   they didn't tell us.
23             SPECIAL MASTER BASSLER:  What does
24   that have to do with identification?
25             MR. JACKSON:  Well, if a union trust
```

NJ hearing trnscrpt.txt

40

```
1    fund, do they -- are the issues typical in
2    commonality and adequacy and numerosity, the normal
3    kind of Federal Rule 23 and state class action
4    rule, why can the trust fund act as an adequate
5    representative for a claim regarding some
6    government payment.  And we don't even know what
7    government payments we're talking about.
8              There are many, for example,
9    New Jersey government systems where drugs are paid
10   for.  We don't know which ones they are talking
11   about.  Some aren't even based upon AWP.
12             So that's why we need to know what is
13   it you're proposing in terms of classes, claims,
14   drugs, so that we can then decide which of these
15   various class issues should be addressed.
16             SPECIAL MASTER BASSLER:  You have
17   interrogatories addressed to that issue.  If those
18   interrogatories are answered, doesn't that give you
19   the information you need?
20             MR. JACKSON:  They're not answered,
21   Your Honor.
22             SPECIAL MASTER BASSLER:  I know
23   they're not answered, but you have a remedy for
24   that.
25             MR. JACKSON:  Yes.
```

NJ hearing trnscrpt.txt

44

1            MR. JACKSON:  Well, the suggestion
2    there would be follow the terms of the MDL
3    protective order.
4            SPECIAL MASTER BASSLER:  Yes, right
5    why can't we do that for the time being?
6            MR. JACKSON:  I think that's probably
7    something that could be worked out.
8            SPECIAL MASTER BASSLER:  No, no, no,
9    we're going to work it out today.
10           MR. JACKSON:  Because there are
11   parts --
12           SPECIAL MASTER BASSLER:  Look, this
13   thing has been dragging through no fault of the
14   courts other than the MDL system, but even then,
15   I'm not sure -- Judge Saris said, well, how come
16   somebody didn't bring to it my attention?  And
17   nobody brought it to her attention.  For three
18   years, it's sitting up in Boston.  This thing is
19   going to move.
20           Now, I'm trying to reasonable.
21           MR. JACKSON:  Yes, Your Honor.
22           I think the defendants that are
23   subject to the MDL I think they won't have a
24   problem with that.  We've got defendants who are
25   not subject to the MDL, not subject to the

1   whoever I was talking to on the phone not realizing
2   the other side wasn't on.
3              MR. JACKSON:  Your Honor, using that
4   as an example, they represent a trust fund that has
5   said has paid for drugs based on AWP. Which drugs
6   did they pay for? If they didn't pay for drugs
7   from J and J, for example, to go on, then they
8   don't have a case against J and J.
9              SPECIAL MASTER BASSLER:  You know how
10  we answer this, you do what has to be done.
11             MR. JACKSON:  I understand, Your
12  Honor.
13             SPECIAL MASTER BASSLER:  All right.
14             So I guess we've answered the
15  question, it's the plaintiff's position that they
16  want a nationwide class?
17             MR. WILLIAMS:  Yes, Your Honor.
18             SPECIAL MASTER BASSLER:  O.K.
19             MR. JACKSON:  We'll do what has to be
20  done on that as well, Your Honor.
21             SPECIAL MASTER BASSLER:  I understand,
22  I'm just trying to clarify where we are.
23             MR. HAVILAND:  Your Honor, I'll
24  expound ever so slightly as we did with Judge
25  Lotascio, just that this plaintiff is the same