Donald E. Haviland, Jr., Esquire
Adam S. Levy, Of Counsel
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
(215) 609-4661 telephone
(215) 392-4400 facsimile

CO-LEAD COUNSEL FOR PLAINTIFF AND THE CLASS

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund (an unincorporated trust) <br><br> Plaintiff, <br><br> v. <br><br> AstraZeneca PLC; et al. <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MONMOUTH COUNTY <br><br> CIVIL ACTION NO. MON-L-3136-06 <br><br> **NOTICE OF MOTION FOR ENTRY OF CASE MANAGEMENT ORDER 3** |

TO DEFENSE LIAISON COUNSEL:

J. Andrew Jackson, Esquire
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006

Michael L. Rosenberg, Esquire
Sterns & Weinroth, P.C.
50 West State Street
P.O. Box 1298
Trenton, NJ 08607-1298

AND TO ALL DEFENSE COUNSEL ON SERVICE LIST

**PLEASE TAKE NOTICE** that on September 7, 2007, at a time to be determined by the

Court, or at a time on another date to be determined by the Court, The Haviland Law Firm, LLC

and Keefe Bartels, Co-Lead Counsel for Plaintiff, International Union of Operating Engineers,

Local No. 68 Welfare Fund, and for the Class, shall, pursuant to Rule 4:24-1(c), move before the

Honorable Louis F. Locascio, J.S.C., Superior Court of New Jersey, Law Division, Monmouth

County, for entry of Case Management Order 3, a proposed form of which is submitted herewith. Plaintiff will rely on the Certification of Counsel in support of the Motion, which has been filed and served simultaneously herewith.

The Motion is being filed at this time to comply with the time requirements for filing motions to extend discovery under Rule 4:24-1(c) and, specifically, in time to obtain a return date no later than the current Discovery End Date of September 7, 2007, as established by operation of this case being designated a Track IV case in Case Management Order 1.

I certify that the Clerk of Monmouth County was served on this date with the original motion papers via Federal Express. Additionally, I certify that all counsel of record were served on this date with a copy of these motion papers via LexisNexis, the Court-approved electronic document delivery system.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument on this Motion.

Dated: August 21, 2007          By:   _Donald E Haviland Jr._ /sTS

Donald E. Haviland, Jr., Esquire
Adam S. Levy, Of Counsel
Michael J. Lorusso, Esquire
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400

John E. Keefe, Jr., Esquire
Stephen T. Sullivan Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
Telephone: (732) 224-9400
Facsimile: (732) 224-9494

Kent M. Williams, Esquire
Law Offices of Kent M. Williams
1632 Homestead Trail
Long Lake, MN  55356
Telephone: (763) 473-1383

CO-LEAD COUNSEL FOR PLAINTIFF AND THE CLASS

# SERVICE LIST

Re:  *International Union of Operating Engineers, Local No 68 Welfare Fund*
*v. AstraZeneca Pharmaceuticals, L.P., et al.*

Joshua T. Buchman, Esquire
**MCDERMOTT, WILL & EMERY**
227 West Monroe Street
Chicago, IL 60606-5096
jbuchman@mwe.com
National counsel for defendant, Abbott
Laboratories

Andrew D. Schau, Esquire
**PATTERSON, BELKNAP, WEBB & TYLER, LLP**
1133 Avenue of the Americas
New York, NY 10036-6710
adschnau@pbwt.com
National counsel for defendants, Alza
Corporation, Johnson & Johnson, Centocor, Inc.,
Ortho Biotech

Walter F. Timpone, Esquire
**MCELROY, DEUTSCH, MULVANEY &**
    **CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
wtimpone@mdmc-law.com
Counsel for defendants Johnson & Johnson,
Centocor, Inc., Ortho Biotech, Inc., and Alza
Corporation

John A. Guernsey, Esquire
**CONRAD O'BRIEN GELLMAN & ROHN, PC**
1040 Kings Highway North, Suite 600
Cherry Hill, NJ 08034
jguernsey@cogr.com
Counsel for Amgen Inc.

Joseph H. Young, Esquire
**HOGAN & HARTSON, LLP**
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
jhyoung@hhlaw.com
National counsel for defendants, Amgen, Inc.,
Apothecon, Inc., Bristol-Myers Squibb Company,
Oncology Therapeutics Network Corporation

Steven M. Edwards, Esquire
**HOGAN & HARTSON L.L.P.**
875 Third Avenue
New York, NY  10022
smedwards@hhlaw.com
National counsel for defendants, Amgen, Inc.,
Apothecon, Inc., Bristol-Myers Squibb Company,
Oncology Therapeutics Network Corporation

Liza M. Walsh, Esquire
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, NJ 07068-3702
lwalsh@connellfoley.com
Counsel for defendants Aventis Pharmaceuticals
Inc., ZLB Behring LLC f/k/a Aventis Behring
LLC, and Sanofi-Synthelabo Inc.

Michael L. Koon, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108-2118
Counsel for defendants Aventis Pharmaceuticals
Inc., ZLB Behring LLC f/k/a Aventis Behring
LLC, and Sanofi-Synthelabo Inc.

David R. Kott, Esquire
James H. Knight, Esquire
**MCCARTER & ENGLISH**
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
dkott@mccarter.com
jknight@mccarter.com
Counsel for defendants, Bristol-Myers Squibb
Company, Oncology Therapeutics Network
Corporation, and Apothecon, Inc.

David J. Cooner, Esquire
**McCarter & English**
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
dcooner@mccarter.com
Counsel for defendants, Astra Zeneca
Pharmaceuticals LP, AstraZeneca LP,
AstraZeneca PLC, and Zeneca LP

Kimberly Harris, Esquire
**Davis Polk & Wardwell**
450 Lexington Ave.
New York, NY 10017
kim.harris@dpw.com
National counsel for defendants, AstraZeneca,
PLC, AstraZeneca Pharmaceuticals LP,
AstraZeneca LP, Zeneca, Inc.

Jason Bruno, Esquire
J. Andrew Jackson, Esquire
**Dickstein Shapiro, LLP**
1825 Eye Street NW
Washington, D.C. 20006-5403
jacksona@dicksteinshapiro.com
brunoj@dicksteinshapiro.com
Counsel for defendants Baxter Healthcare
Corporation and Baxter International, Inc.

Michael L. Rosenberg, Esquire
**Sterns & Weinroth**
50 West State Street
P.O. Box 1298
Trenton, NJ 08607
mrosenberg@sternslaw.com
Counsel for defendants, Baxter Healthcare
Corporation and Baxter International, Inc.

Richard D. Raskin, Esquire
**Sidley Austin Brown & Wood LLP**
Bank One Plaza
10 S. Dearborn Street, 48th Floor
Chicago, IL 60603
rraskin@Sidley.com
National counsel for defendants, Bayer AG, Bayer
Corporation

David G. Tomeo, Esquire
Robert D. Towey, Esquire
**Lowenstein Sandler, PC**
65 Livingston Avenue
Roseland, NJ 07068-1791
dtomeo@lowenstein.com
rtowey@lowenstein.com
Counsel for Bayer AG and Bayer Corporation

Charles F. Forer, Esquire
**Eckert Seamans**
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
cforer@eckertseamans.com
Counsel for defendant Bayer Corporation and
Bayer AG

Paul J. Coval, Esquire
**Vorys, Sater, Vorys, Sater,**
    **Seymour and Pease LLP**
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1003
pjcoval@vssp.com
National counsel for defendants, Bedford
Laboratories, Ben Venue Laboratories, Inc.,
Boehringer Ingelheim Corporation, Roxane
Laboratories, Inc.

Darrell Prescott, Esq.
**Baker & McKenzie, LLP**
1114 Avenue of the Americas
New York, NY 10036
Darrell.Prescott@bakernet.com
National counsel for defendant, Dey, Inc.

Paul L. Kattas, Esquire
**Kelley Drye & Warren, LLP**
200 Kimball Drive
Parsippany, NJ 07054
pkattas@kelleydrye.com
Counsel for defendant Dey, Inc.

John J. Zefutie, Jr., Esq.
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street
Suite 250
Princeton, NJ 08540
jzefutie@reedsmith.com
Counsel for Fujisawa

Christopher M. Farella, Esq.
**STAHL FARELLA & SAROKIN, LLC**
220 St. Paul Street
Westfield, NJ 07090
Counsel for Fujisawa

Michael T. Scott, Esq.
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
mscott@reedsmith.com
National counsel for defendants,
Fujisawa USA, Inc., Fujisawa Healthcare, Inc.,
Fujisawa Pharmaceutical Co., Ltd.

Scott A. Stempel, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue
Washington, DC 20004-2921
sstempel@morganlewis.com
National counsel for defendants,
G.D. Searle, Monsanto Company,
Pharmacia Corporation, Pharmacia & Upjohn, Inc

John C. Dodds, Esquire
Frank C. Testa, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103-2921
jdodds@morganlewis.com
ftesta@morganlewis.com
National counsel for defendants,
G.D. Searle, Monsanto Company,
Pharmacia Corporation, Pharmacia & Upjohn, Inc.

Frederick G. Herold, Esquire
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
frederick.herold@dechert.com
National counsel for defendants,
Glaxo Wellcome, Inc., GlaxoSmithKline, P.L.C.,
SmithKline Beecham Corporation

David J. Burman, Esquire
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
DBurman@perkinscoie.com
National counsel for defendant,
Immunex Corporation

Louis R. Moffa, Jr., Esquire
Joseph H. Kenney, Esquire
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043
kenneyj@ballardspahr.com
moffal@ballardspahr.com
Counsel for Immunex Corporation

Brien T. O'Connor, Esquire
**ROPES & GRAY**
One International Place
Boston, MA 02110
brien.o'connor@ropesgray.com
National counsel for Schering-Plough Corporation
and Warrick Pharmaceuticals Corporation

Douglas S. Eakeley, Esq.
**LOWENSTEIN SANDLER PC**
65 Livingston Ave.
Roseland, NJ 07068
deakeley@lowenstein.com
Counsel for Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

Robert R. Stauffer, Esquire
**JENNER & BLOCK**
One IBM Plaza, 45th Floor
330 N. Wabash Ave.
Chicago, IL 60611
rstauffer@jenner.com
National counsel for defendant,
Takeda Chemical Industries, Ltd.

Joseph H. Kenney, Esquire
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636
kenneyj@ballardspahr.com
Counsel for defendants Takeda Pharmaceutical
Company Limited

Daniel E. Reidy, Esquire
**JONES DAY REAVIS & POGUE**
77 West Wacker
Chicago, IL 60601-1692
dereidy@jonesday.com
National counsel for defendant,
TAP Pharmaceutical Products Inc.

Marc C. Groves, Esquire
**RIKER DANZIG SCHERER HYLAND**
**PERRETTI, LLP**
Headquarters Plaza One
Speedwell Avenue
Morristown, NJ 07962-1981
mgroves@riker.com
Counsel for defendant Abbott Laboratories and
TAP Pharmaceutical Products, Inc.

S. Craig Holden, Esq.
**OBER, KALER GRIMES & SHRIVER**
120 E. Baltimore Street
Baltimore, MD 21202
scholden@ober.com
National counsel for defendants, Wyeth,
Wyeth Pharmaceuticals

Thomas J. Herten, Esquire
**HERTEN, BURSTEIN, SHERIDAN, CEVASCO,**
**BOTTINELLI, LITT & HARZ, LLC**
21 Main Street
Court Plaza South
Hackensack, NJ 07601-7095
therten@hertenburstein.com
Counsel for defendants Wyeth and Wyeth
Pharmaceuticals

Terry K. Sherman, Esquire
52 West Whittier Street
Columbus, OH 43206
ofc43206@aol.com
National counsel for defendant,
Robert A. Berkman, M.D.

Jack Fernandez, Esquire
**ZUCKERMAN, SPAEDER, LLP**
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
National counsel for defendant,
Stanley C. Hopkins, M.D.

Thomas P. McGonigle, Esquire
**WOLF, BLOCK, SCHORR AND SOLIS-COHEN,**
**LLP**
1100 North Market Street, Suite 1001
Wilmington, DE 19801-1246
tmcgonigle@wolfblock.com
National counsel for defendant, Saad Antoun,
M.D.

Andrew W. Schwartz, Esquire
**SILLS CUMMIS EPSTEIN & GROSS, P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
aschwartz@sillscummis.com
Local counsel for Defendants, Bedford
Laboratories, Ben Venue Laboratories, Inc.,
Roxane Laboratories, Inc., and Boehringer
Ingelheim Corporation

Joseph M. Gorrell, Esquire
**WOLF BLOCK, LLP**
101 Eisenhower Parkway
Roseland, NJ 07068
jgorrell@wolfblock.com
Counsel for Dr. Saad Antoun
National counsel for Saad Antoun, M.D.

Kevin Stack, Esquire
**KNAPP, PETERSON AND CLARKE**
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203
kjs@kpclegal.com
National counsel for defendant,
Alpha Therapeutic Corp.

Colleen M. Hennessey, Esquire
**PEABODY & ARNOLD, LLP**
30 Rowes Wharf
Boston, MA 02110
chennessey@peabodyarnold.com
National Counsel for defendant,
Hoffman La-Roche, Inc.

Janet Costello, Esq.
**GIBBONS, P.C.**
One Gateway Center
Newark, NJ 07102
jcostello@gibbonslaw.com
Local Counsel for Hoffman La-Roche, Inc.

Karen Green, Esquire
**HALE & DORR, LLP**
60 State Street
Boston, MA 02109
karen.green@wilmerhale.com
National counsel for defendants,
Novartis International AG, Novartis
Pharmaceutical Corp., Sandoz Pharmaceutical
Corp.

Thomas Curtin, Esquire
**GRAHAM CURTIN**
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991
tcurtin@grahamcurtin.com
Counsel for defendants,
Novartis Pharmaceuticals Corporation

Saul P. Mortenstern, Esquire
Jane W. Parver, Esquire
Samuel Lonergen, Esquire
Dilpreet K. Rai, Esquire
**KAYE SCHOLER**
425 Park Avenue
New York, NY 10022
smorgenstern@kayescholer.com
jparver@kayescholer.com
slonergan@kayescholer.com
drai@kayescholer.com
Counsel for defendants,
Novartis Pharmaceuticals Corporation

John M. Spinnato, Vice Pres. & General Counsel
**SANOFI-SYNTHELABO INC.**
90 Park Avenue
New York, New York 10016
National counsel for defendant,
Sanofi-Synthelabo, Inc.

Dennis M. Duggan, Jr., Esquire
**NIXON PEABODY, LLP**
101 Federal Street
Boston, MA 02210
dduggan@nixonpeabody.com
National counsel for defendant,
Alpha Therapeutic Corp.

Renee F. Bergmann. Esq.
**NIXON PEABODY LLP**
1818 Market Street, 11th Floor
Philadelphia, PA 19103
rbergmann@nixonpeabody.com
Counsel for Alpha Therapeutic Corp.

Michael E. Patunas, Esquire
**LITE DEPALMA GREENBERG & RIVAS, LLC**
Two Gateway Center
12th Floor
Newark, NJ  07102
mpatunas@ldgrlaw.com
Counsel for Scior, Inc., and Gensia Scior
Pharmaceuticals