Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, New Jersey 08034
(856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68,
WELFARE FUND AND THE CLASS

| | |
|---|---|
| International Union of Operating Engineers,  Local No. 68 Welfare Fund (an unincorporated trust)<br><br>Plaintiff,<br><br>v.<br><br>AstraZeneca PLC; et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:  MONMOUTH COUNTY<br><br>CIVIL ACTION NO. MON-L-3136-06<br><br>**NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE CONFLICTING CLASS CLAIMS AS TO DEFENDANTS OVERLAPPING MDL 1456** |

TO DEFENSE LIAISON COUNSEL:

J. Andrew Jackson, Esquire
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006

Michael L. Rosenberg, Esquire
Sterns & Weinroth, P.C.
50 West State Street
P.O. Box 1298
Trenton, NJ 08607-1298

AND TO ALL DEFENSE COUNSEL ON SERVICE LIST

**PLEASE TAKE NOTICE** that on October 5, 2007, at a time to be determined by the Court, or at a time on another date to be determined by the Court, The Haviland Law Firm and Keefe Bartels, Co-Lead Counsel for Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, and for the Class, shall move before the Honorable Louis F. Locascio, J.S.C., Superior Court of New Jersey, Law Division, Monmouth County, for an Order dismissing without prejudice defendants, Abbott Laboratories, Amgen Inc., Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Hoechst Marion Roussel, Inc., Aventis Behring L.L.C., Baxter International Inc., Baxter Healthcare Corporation, Bayer Corporation, Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc., Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech, Pharmacia Corporation, Pharmacia & Upjohn, Inc., Schering-Plough Corporation, Warrick Pharmaceuticals Corporation, Sicor, Inc., Gensia Sicor Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc.   Plaintiff will rely on the Certification of Counsel in support of the Motion, which has been filed and served simultaneously herewith.

I certify that the Clerk of Monmouth County was served on this date with the original motion papers via Hand Delivery.  Additionally, I certify that all counsel of record were served on this date with a copy of these motion papers via LexisNexis, the Court-approved electronic document delivery system.

2

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument on this Motion, if timely opposition is received.

Dated: September 18, 2007      By:     *Donald E. Haviland Jr.*
                                   Donald E. Haviland, Jr., Esquire
                                   Michael J. Lorusso, Esquire
                                   The Haviland Law Firm
                                   112 Haddontowne Court
                                   Suite 202
                                   Cherry Hill, New Jersey 08034
                                   (856) 354-0030

                                   John E. Keefe, Jr., Esquire
                                   Stephen T. Sullivan Jr., Esquire
                                   Keefe Bartels
                                   830 Broad Street
                                   Shrewsbury, NJ 07702
                                   Telephone: (732) 224-9400
                                   Facsimile: (732) 224-9494

                                   Kent M. Williams, Esquire
                                   Law Offices of Kent M. Williams
                                   1632 Homestead Trail
                                   Long Lake, MN  55356
                                   Telephone: (763) 473-1383

                                   CO-LEAD COUNSEL FOR PLAINTIFF AND THE CLASS

3