Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, New Jersey 08034
(856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, WELFARE FUND AND THE CLASS

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund (an unincorporated trust)<br><br>         Plaintiff,<br><br>v.<br><br>AstraZeneca PLC; et al.<br>         Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>CIVIL ACTION NO. MON-L-3136-06<br><br>**ORDER DISMISSING WITHOUT PREJUDICE CONFLICTING CLASS CLAIMS AS TO DEFENDANTS OVERLAPPING MDL 1456** |

**THIS MATTER** having been opened to the Court by The Haviland Law Firm and Keefe Bartels, Counsel for Plaintiff and the Class, on Plaintiff's Motion to dismiss without prejudice conflicting class claims as to defendants overlapping MDL 1456, and having considered all papers submitted by the parties, along with oral argument, if any, and for good cause shown;

On this _____ day of **October 2007**

**ORDERED** that Plaintiff's motion to dismiss without prejudice conflicting class claims as to defendants overlapping MDL 1456 is granted;

**IT IS FURTHER ORDERED** that all of pending class claims against Overlapping Defendants that are subsumed within an existing class certified by the MDL Court or subsumed within a pending motion for class certification in MDL 1456 are dismissed without prejudice. Overlapping Defendants include only the following defendants:

> Abbott Laboratories, Amgen Inc., Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Hoechst Marion Roussel, Inc., Aventis Behring L.L.C., Baxter International Inc., Baxter Healthcare Corporation, Bayer Corporation, Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc., Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech, Pharmacia Corporation, Pharmacia & Upjohn, Inc., Schering-Plough Corporation, Warrick Pharmaceuticals Corporation, Sicor, Inc., Gensia Sicor Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc.

**IT IS FURTHER ORDERED** that Plaintiff may reinstate any class claims dismissed without prejudice pursuant to this Stipulation in the event the MDL Court either decertifies all or part of a class of claims that were certified against an Overlapping Defendant, or affords final classwide relief which does not resolve fully Local 68's claims as originally pled.

**IT IS FURTHER ORDERED** that any and all applicable statutes of limitations and/or repose shall be tolled for the time period between dismissal and such resinstatement of such class claims, and the reinstatement of any class claim dismissed hereby will not trigger a right of removal to federal court by any Defendant.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within seven days of receipt from the Court.

_____
Honorable Louis F. Locascio, J.S.C.