Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, New Jersey 08034
(856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68,
WELFARE FUND AND THE CLASS

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund (an unincorporated trust)<br><br>Plaintiff,<br><br>v.<br><br>AstraZeneca PLC; et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>CIVIL ACTION NO. MON-L-3136-06<br><br>**NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE CONFLICTING CLASS CLAIMS AS TO DEFENDANTS OVERLAPPING MDL 1456** |

TO DEFENSE LIAISON COUNSEL:

    J. Andrew Jackson, Esquire
    Dickstein Shapiro, LLP
    1825 Eye Street, NW
    Washington, DC 20006

    Michael L. Rosenberg, Esquire
    Sterns & Weinroth, P.C.
    50 West State Street
    P.O. Box 1298
    Trenton, NJ 08607-1298

AND TO ALL DEFENSE COUNSEL ON SERVICE LIST

**PLEASE TAKE NOTICE** that on October 5, 2007, at a time to be determined by the Court, or at a time on another date to be determined by the Court, The Haviland Law Firm and Keefe Bartels, Co-Lead Counsel for Plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, and for the Class, shall move before the Honorable Louis F. Locascio, J.S.C., Superior Court of New Jersey, Law Division, Monmouth County, for an Order dismissing without prejudice defendants, Abbott Laboratories, Amgen Inc., Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Hoechst Marion Roussel, Inc., Aventis Behring L.L.C., Baxter International Inc., Baxter Healthcare Corporation, Bayer Corporation, Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc., Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech, Pharmacia Corporation, Pharmacia & Upjohn, Inc., Schering-Plough Corporation, Warrick Pharmaceuticals Corporation, Sicor, Inc., Gensia Sicor Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc. Plaintiff will rely on the Certification of Counsel in support of the Motion, which has been filed and served simultaneously herewith.

I certify that the Clerk of Monmouth County was served on this date with the original motion papers via Hand Delivery. Additionally, I certify that all counsel of record were served on this date with a copy of these motion papers via LexisNexis, the Court-approved electronic document delivery system.

2

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument on this Motion, if timely opposition is received.

Dated: September 18, 2007       By: *Donald E. Haviland Jr.*
Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, New Jersey 08034
(856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
Telephone: (732) 224-9400
Facsimile: (732) 224-9494

Kent M. Williams, Esquire
Law Offices of Kent M. Williams
1632 Homestead Trail
Long Lake, MN 55356
Telephone: (763) 473-1383

CO-LEAD COUNSEL FOR PLAINTIFF AND THE CLASS

3