UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>*County of Orange v. Abbott Laboratories, et al.,* CA 07-2777; | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## MOTION TO WITHDRAW ATTORNEYS
## BERMAN, O'REILLY, LEVY AND COSTELLO

Pursuant to Local Rule 83.5.2(c) Defendant Berlex Laboratories, Inc. moves to withdraw Mark Berman, Michael O'Reilly, Bruce Levy, and Janet Costello of GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE as counsel.

Dated:  September 19, 2007

                                                            Respectfully submitted,

                                                            /s/ Bruce Levy
                                                            Michael O'Reilly
                                                            Bruce Levy
                                                           Janet Costello
                                                            GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
                                                            A Professional Corporation
                                                           One Riverfront Plaza
                                                           Newark, New Jersey 07102-5497
                                                           (973) 596-4500

## CERTIFICATE OF SERVICE

      I, Bruce Levy, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 19th day of September, 2007.

                                          /s/ Bruce Levy