## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK 1 TRIAL | Judge Patti B. Saris |

### PLAINTIFFS' OPPOSITION TO BMS MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF DX 1227 AND 1268

Plaintiffs oppose BMS's belated attempt to admit DX 1227 and 1268 through a motion for reconsideration.  There is no reason to re-open the trial record at this late date to accommodate the admission of these exhibits.  The Court appropriately excluded them, and there is no evidentiary reason to change course now.

BMS contends that it could have called a witness to establish the proper foundation for DX 1227, yet the Court already rejected that attempt:

> MR. TRETTER:  [T]here's been an objection to 1227, and I would like an opportunity to bring in CRA because they –
>
> THE COURT:  No.  I've had it with this.  It's not a big deal.  It's not even these drugs.  It's not a big point.  She [Dr. Haegele] testified to what she testified to.  No.  We're going to finish this trial.  I'm now committed to this.

Trial Tr. Day 14 at 143.

As for DX 1268, BMS failed to lay a foundation for the document in a timely manner once the Court rejected its use during the examination of Dr. Hartman.  As the Court stated in sustaining objection to its use, "[i]t's somebody else's document.  It didn't go to knowledge of anyone that we know."  Trial Tr. Day 9 at 53.  Thus, even had BMS submitted the affidavit of

U.S. Oncology's records custodian in a timely manner at the time BMS sought to use the

document with Dr. Hartman, the Court still could have objected it for the independent basis that

"[i]t didn't go to the knowledge of anyone that we know."


DATED:  September 19, 2007

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

001534-16  197132 V1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on September 19, 2007, I caused copies of **PLAINTIFFS' OPPOSITION TO BMS MOTION FOR RECONSIDERATION OF ADMISSIBILITY OF DX 1227 AND 1268** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

  **/s/ Steve W. Berman**
Steve W. Berman

001534-16  197132 V1