# EXHIBIT 4

Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

John E. Keefe, Jr., Esquire
Stephen Sullivan, Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, WELFARE FUND AND THE CLASS

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust),<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AstraZeneca PLC, et al.,<br><br>　　　　　　　　Defendants. | Superior Court of New Jersey<br>Law Division: Monmouth County<br><br>Civil Action No. MON-L-3136-06<br><br>**STIPULATION AND CONSENT ORDER TO STAY CLASS CERTIFICATION CLAIMS AS TO DEFENDANTS OVERLAPPING MDL 1456** |

**THIS MATTER** having been presented to the Court for entry of a Stipulation and Consent Order seeking to stay the claims brought by plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund, on behalf of itself and others similarly situated ("Local 68") against parties who are Defendants in this case and who are also currently Defendants in *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL

1456 (D.Mass.)("MDL 1456")(hereinafter the "Stipulation and Consent Order") by and through its attorneys, The Haviland Law Firm and Keefe Bartels;

**WHEREAS**, on June 30, 2003, the Plaintiff filed a class action Complaint alleging claims regarding the sales and marketing practices of numerous pharmaceutical companies, and seeking to certify the following Class:

> All persons and entities in New Jersey and throughout the country who, during the period beginning at least 1991 through the present, paid any portion of the cost of cancer, inhalant and miscellaneous other drugs manufactured, marketed, distributed and sold by Defendants, which cost was based, in whole or in part, upon the published AWPs for such drugs. Excluded from the Class are Defendants, any entity in which a Defendant has a controlling interest, and their legal representatives, heirs, successors, any governmental entities, and any person or entity seeking to make a claim under ERISA, Medicare, or federal law.

See Complaint at paragraph 99 (hereinafter the "Class");

WHEREAS, at all relevant times the plaintiffs in MDL 1456 have had a similar action pending against parties who are Defendants in this case, namely: Abbott Laboratories, Amgen Inc., Zeneca, Inc., AstraZeneca US, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Hoechst Marion Roussel, Inc., Aventis Behring L.L.C., Baxter International Inc., Baxter Healthcare Corporation, Bayer Corporation, Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon, Inc., Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., GlaxoSmithKline, P.L.C., SmithKline Beecham Corporation, GlaxoWellcome, Inc., Immunex Corporation, Johnson & Johnson, Centocor, Inc., Janssen Pharmaceutical Products, L.P., McNeil-PPC, Inc., Ortho Biotech, Pfizer, Inc., Pharmacia Corporation, Pharmacia & Upjohn, Inc., Schering-Plough Corporation, Warrick

Pharmaceuticals Corporation, Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., and Watson Pharmaceuticals, Inc. (hereinafter "the Overlapping Defendants");

**WHEREAS**, the plaintiffs in MDL 1456 currently have pending motions for nationwide certification of class claims against one or more of the Overlapping Defendants;

**WHEREAS**, on July 16, 2007, the Court entered an Order of Reference and Appointment of Special Master, appointing the Honorable William G. Bassler, United States District Judge (retired), as Special Master pursuant to Rule 4:41 of the New Jersey Rules of Civil Procedure;

**WHEREAS**, on August 21, 2007, Local 68 filed a Notice of Motion for Entry of Case Management Order No. 3, seeking, inter alia, the extension of the Track IV discovery cutoff of September 7, 2007 per the Discovery End Date issued by the Court. Local 68's proposed CMO 3 included the following provision at paragraph 1 thereto:

> This case is designated a "Coordinated State Court Case" pursuant to Case Management Order No. 9 issued in the matter of *In re Average Wholesale Price Litig.*, MDL 1456 (D.Mass)(Saris, J.)(attached hereto). Per the terms of CMO 9, the Court will reach out to Judge Saris to ensure coordination of this case with the MDL for purposes of both trial and mediation and/or settlement. The Court encourages Judge Bassler, the Court-appointed Special Master in this case, to do the same.

*See* Proposed CMO 3 attached to Plaintiff's Notice of Motion for Entry of Case Management Order No. 3;

**WHEREAS**, the Special Master convened a conference on August 29, 2007 to discuss Local 68's Motion and to try to work out a case management schedule;

**WHEREAS**, during the pendency of the period for submission of a Joint Order by the parties reflecting the outcome of the conference, the Court in MDL 1456 issued a

3

Notice of Status Hearing regarding Plaintiff's Class Counsel Representation, to be held on September 11, 2007;

**WHEREAS**, at the September 11 hearing, the MDL Court indicated that it had conferred with the Special Master and was concerned about the potential overlap of class claims against parties who are Defendants in both MDL 1456 and this case; and

**WHEREAS**, counsel for Local 68, having conferred with counsel for MDL Class Plaintiffs in MDL 1456, agrees that there should be no overlap of class claims against parties who are Defendants in both MDL 1456 and this case;

**IT IS STIPULATED** and **AGREED** by Counsel for Local 68 and Liaison Counsel for Defendants, acting on behalf of all Defendants herein, through their undersigned counsel, as follows:

1. Local 68 hereby agrees to stay all of its class claims against any and all Overlapping Defendants who are the subject of a pending motion for class certification in MDL 1456 that includes New Jersey.

2. In the event the plaintiffs in MDL 1456 bring a motion for class certification against an Overlapping Defendant in the future, Local 68 will stay all of its class claims against said Overlapping Defendant for the state(s) covered by said class certification motion.

3. In the event the MDL Court certifies any claims of class members of one or more state(s) against an Overlapping Defendant that includes New Jersey, the stay described in Nos. 1 and 2, *supra* will continue with respect to the class claims for those state(s) against that Overlapping Defendant.

4.     In the event the MDL Court denies certification of all of the claims of class members of one or more state(s) against an Overlapping Defendant, decertifies all of the claims that were previously certified as described in No. 3 *supra* against an Overlapping Defendant, or dismisses all of the claims of members of one or more state(s) against an Overlapping Defendant without ruling on the issue of class certification with respect to said Defendant, the stay described in Nos 1 and 2, *supra* will end with respect to the class claims for those state(s) against that Overlapping Defendant.

SO ORDERED:

_____
HON. LOUIS F. LOCASCIO, JSC

The undersigned parties hereby stipulate and consent to the form and entry of this Order.

By: _____   By: _____

Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

John E. Keefe, Jr., Esquire
Stephen Sullivan, Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile

COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, WELFARE FUND AND THE CLASS

Michael L. Rosenberg, Esquire
Marshall D. Bilder, Esquire
Christopher E. Torkelson
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
Post Office Box 1298
Trenton, NJ 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7965

J. Andrew Jackson, Esquire
Jodi Trulove, Esquire
Jared Rodrigues, Esquire
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

ATTORNEYS FOR BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC., AND AS LIAISON COUNSEL ON BEHALF OF CORPORATE DEFENDANTS