UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF DUANE BURNHAM AND THOMAS HODGSON**

# EXHIBIT 7

**ABBOTT**

INTEROFFICE CORRESPONDENCE

From: Cynthia Sensibaugh
Director, Washington Affairs

Dept: Washington Office
202/659-8524

TO: John Campbell
Michael Heggie
Paul Landauer
Chris Lockett
Rich Masterson
Loreen Mershimer
Glenn Pittluck

cc: Mark Barmak
David Landsidle

DATE: July 15, 1997

RE: *House Offer on Medicare Provisions in the Budget Reconciliation Bill*

*********************************Via Fax*******************************

Last week, the House-Senate conference on the Budget Reconciliation bill began. Listed below is the initial House offer on several provisions. The Senate could respond as early as today. I will keep you updated.

1. AWP - Accept the House provision which reduces reimbursement to AWP minus 5%. Does not include CPI, allow Secretary discretion in determining AWP or require a study on alternatives to AWP.

2. Reimbursement for laboratories - House accepts Senate provision which lowers the payment ceiling from 76% to 74%, but retains their provision freezing updates in laboratory payments. House accepts Senate provision calling for the Institute of Medicine to conduct a study on alternative reimbursement methodologies for labs.

3. Competitive bidding - Accept House provision which calls for a limited demonstration project.

4. Prostate cancer screening - Accept House provision providing annual prostate cancer screening. The Senate did not have a similar provision.

5. Diabetes preventive benefits (diabetes education, monitors, test strips and 10% reduction in reimbursement for test strips) - This provision will be in the final bill since the House and Senate passed the same provision. The 10% reduction is probably still in although I know it has been brought to the attention of Speaker Gingrich's staff. As a big proponent of diabetes testing, Gingrich may object to the 10% cut.

Highly Confidential

ABT-DOJ 296212