UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF DUANE BURNHAM AND THOMAS HODGSON**

# EXHIBIT 9

MAY. 4. 1998 12:40PM    ABBOTT EXEC OFFICE

## ABBOTT

Duane L. Burnham
Chairman of the Board
and Chief Executive Officer

Abbott Laboratories
Abbott Park, Illinois 60064-3500

August 5, 1997

The Honorable Bill Archer
1236 Longworth House Office Building
United States House of Representatives
Washington, DC  20515

Dear Bill:

First, let me congratulate you for leading the effort to pass the balanced budget legislation. The tax and spending bills you passed are truly historic in importance and their passage was due, in no small part, to the many hours you personally spent putting the package together.

Second, I want to express our gratitude for what you accomplished with the Medicare drug reimbursement provision. When we spoke on the telephone you said you intended to hold the House language in the conference committee, and you did. Your language was clearly superior to the Senate's and Abbott thanks you for convincing the rest of the conferees. I know you had far bigger issues on the agenda. Taking the time to call me and discuss our concerns was greatly appreciated.

I wish you continued success in the 105th Congress.

Sincerely,

*[signature]*

DLB:par

Highly Confidential

ABT-DOJ 296003


EXHIBIT
Plaintiffs 1140
RMJ 7-12-07