UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti Saris |
| ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF DUANE BURNHAM AND THOMAS HODGSON**

# EXHIBIT 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY   )
AVERAGE WHOLESALE PRICE          )
LITIGATION                       )   MDL No. 1456
_____)   Civil Action No. 01-12257
                                 )
THIS DOCUMENT RELATES TO:        )   Judge Patti B. Saris
                                 )
_____)
                                 )
United States of America,        )
ex res. Ven-A-Care of the        )
Florida Keys, Inc. v. Abbott     )
Laboratories, Inc.               )
CIVIL ACTION NO. 06-11337-PBS    )
                                 )
                                 )


VIDEO DEPOSITION OF DONALD C. ROBERTSON


DATE TAKEN:    Thursday, September 13, 2007

TIME:          8:54 a.m. to 4:28 p.m.

BEHALF OF:     The United States

PLACE TAKEN:   United States Attorney's Office
               2110 First Street,
               Fort Myers, Florida

REPORTER:      Lisa L. Rios, Court Reporter,
               and Notary Public, State of
               Florida at Large

---

MARTINA REPORTING SERVICES
Courtney Building, Suite 201
2069 First Street
Fort Myers, Florida  33901
(239) 334-6545
FAX  (239) 332-2913

1  BY MS. ST. PETER-GRIFFITH:

2      Q    Okay.

3           What about do you recall as you sit here today

4  furnishing any documents to - incident to one of those

5  memos?

6      A    Any -- No, ma'am, I don't.  But any document that I

7  had with regard to a sales plan are - my supervisor would

8  also have had.

9      Q    Oh, okay.

10          So do you send all the sales plans up to the

11 president?

12     A    Well, he would have had copies of those; yes,

13 ma'am.

14     Q    Okay.

15          So Mr. Kringel, initially, and then Mr. Gonzalez?

16     A    Yes; they would have copies of our sales plans.

17     Q    Would you discuss the sales plans with either

18 Mr. Kringel or Mr. Gonzalez?

19     A    Either Mr. Kringel or Mr. Gonzalez would approve

20 our sales plan and then we would present it to the

21 corporation, and after corporate approval it would become

22 cast in stone as our sales plan.

23     Q    Okay.

24          Who would -- And would this be done on an annual

25 basis?

9d08c905-b265-4985-b6be-b8c9e568b1fc

1    A    The sales plan would be done on an annual basis and
2    it would be updated.
3    Q    How frequently would it be updated?
4    A    In April and August.
5    Q    In April and August?
6         And who in corporate would sign off on the sales
7    plans for your business units?
8    A    As I recall, Hodgson, the president of the
9    corporation.
10   Q    Mr. Hodgson would?
11   A    Mr. Hodgson, yes.
12   Q    Okay.
13        And who else was the president of the corporation
14   while you were there?
15   A    While I worked for the corporation?  Boy, there
16   must have been - there were a lot of them; Kirk Robb, Jim
17   Vincent, Jack Schuler - there were at least four.
18   Q    Okay.
19        Did you ever work with Miles White?
20   A    No.
21   Q    Okay.
22        Did you work with Mr. White when you were in
23   Diagnostics at all?
24   A    No -- Oh - hold on - yes; I made a sales call with
25   Mr. White probably in 1983 on the largest customer we had -

1  he was in national accounts then and I had Physiological
2  Diagnostics - we made a sales call on MetPath in Teterboro,
3  New Jersey, and Mr. White accompanied me on that call.
4       Q    Okay.
5            Do you recall when Mr. White took over as president
6  of the company?
7       A    Probably in 1999 or --
8       Q    Okay.
9       A    -- 2000.
10      Q    Do you remember who preceded him?
11      A    Who preceded him as president?  It may have been
12 Jack Schuler - I don't even remember - Mr. Schuler as
13 president?
14      Q    Okay.
15           So when Mr. White --
16      A    No - excuse me - Tom Hodgson was president.
17      Q    Tom Hodgson; okay.
18      A    Yeah.
19      Q    So when Mr. White took over in '99 and 2- --
20      A    Mr. White is CEO.
21      Q    Is CEO.
22      A    Right.
23      Q    Okay.
24           Would he sign off on the plans?
25      A    I don't know if he dealt in the level of detail

Page 93

1  that would include a business like Alternate Site Product
2  Sales or Home Infusion Services.
3      I am sure that, as president -- Well, the president
4  was a gentleman named Bob Parkinson - Mr. White was
5  chairman.  Mr. Parkinson, I'm sure would -- But whether
6  Mr. White as chairman would sign off at that level of
7  detail, I doubt -- I don't know.
8      Q    Okay.
9      What about you talked earlier about trying to phase
10 out of the Home Infusion Business Unit --
11     A    Yes, ma'am.
12     Q    -- would that be a decision that would need to be
13 made above you?
14     A    Yes, it would.
15     Q    Who would you expect would need to be consulted and
16 conferred with and ultimately make that decision?
17     A    Mr. Kringel or Mr. Gonzalez, and then probably
18 Mr. Hodgson or Mr. Parkinson.
19          COURT REPORTER:  Give me one second.
20          MS. ST. PETER-GRIFFITH:  Okay.
21     Why don't we take a brief break.
22          VIDEOGRAPHER:  Going off the record.
23          (Whereupon, a brief recess was taken)
24          VIDEOGRAPHER:  We're back on the record.
25 BY MS. ST. PETER-GRIFFITH: