UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | ) ) ) ) ) | JUDGE PATTI B. SARIS |

**DECLARATION OF DAVID M. GLYNN IN SUPPORT OF INDIVIDUAL
MEMORANDUM OF AVENTIS PHARMACEUTICALS INC.
IN OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF TRACK 2
<u>CLASS CERTIFICATION REGARDING STATE LAW ISSUES</u>**

1. I am an associate in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, representing Defendant Aventis Pharmaceuticals Inc. ("Aventis");

2. I offer this declaration in support of Aventis's Individual Memorandum in Opposition to Plaintiffs' Supplemental Memorandum in Support of Track 2 Class Certification Regarding State Law Issues;

3. Attached hereto as Exhibit A is a true and correct copy of an October 17, 1997 letter from Hoechst Marion Roussel, Inc. to pricing compendia;

4. Attached hereto as Exhibit B is a true and correct copy of a 1999 Annual Registration Report for Hoechst Marion Roussel, Inc.;

5. Attached hereto as Exhibit C is a true and correct copy of a January 26, 2000 letter from Aventis to pharmaceutical buyers.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2007                     /s/ David M. Glynn
                                                                          David M. Glynn

## CERTIFICATE OF SERVICE

  I hereby certify that on September 21, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                /s/ David M. Glynn
                David M. Glynn