Hoechst Marion Roussel

Hoechst Marion Roussel, Inc.

10236 Marion Park Drive
Mail: P.O. Box 9627
Kansas City, MO 64134-0627
Telephone (816) 966-5000

October 17, 1997

TO:   Pricing Compendium

Hoechst Marion Roussel is pleased to announce the stocking of Anzemet® (dolasetron mesylate) in injection and tablet form. The attached product fact sheet will provide you with the product NDC numbers and pricing. I have also attached indication information.

Listed below is the package description for Anzemet vials.

ANZEMET® Injection (dolasetron mesylate injection) 20 mg/mL is supplied in vials as a clear, colorless solution. Stored at room temperature.

| Strength | Description | NDC Number |
| --- | --- | --- |
| 100 mg/5mL | 5-mL single use vial | 0088-1206-32 |

I will send a hard copy of the P.I. for Anzemet via Federal Express, since a fax copy would be illegible. I would appreciate you placing this new product in your system as soon as possible. We expect to start shipping Anzemet to the trade in late October. If you have any questions, please feel free to call me or my assistant, Linda Given, at 1-800-362-7466.

Sincerely,

Susan W. Terman
Distribution Marketing Manager

Moulder DEPOSITION
EXHIBIT 5    M.J.A.

Hoechst Marion Roussel
A member of the Hoechst Group

Hoechst

H:\Data\ST972\companz

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

AV-BCA-0040316