CRAR
APR/23/1999   **REBECCA McDOWELL COOK, Secretary Of State**   CHECK #: 000701578
6083005001   **1999 ANNUAL REGISTRATION REPORT**   AMOUNT: 45.00
\*(Business)\*
                                                                          √ 59

THIS REPORT IS DUE BY:   04/15/99      NOTE: TO CHANGE REGISTERED AGENT OR OFFICE SHOWN DIRECTLY BELOW, REQUEST FORM #59 FROM THE SECRETARY OF STATE.

| 1 | WE SHOW YOUR FISCAL TAX YEAR AS: | | |
|---|---|---|---|
| | BEG. MONTH | END MONTH | |
| | 01/01 | 12/31 | |
| | IF YOUR FISCAL TAX YEAR IS DIFFERENT: | | |
| | BEG. MONTH | END MONTH | |

F00015888
HOECHST MARION ROUSSEL, INC.

% EDWARD H. STRATEMEIER
10236 MARION PARK DRIVE
KANSAS CITY       MO  64137

**RECEIVED**

**MAR 2 3 1999**

Rebecca McDowell Cook
SECRETARY OF STATE

2 | YOUR LAST ANNUAL REPORT WAS MARKED __YES__ regarding whether your corporation is liable for franchise tax. ( A corporation is liable for franchise tax if line 6a or 6b on the franchise tax report is more than $200,000. ) | If this tax liability has changed for this year, mark "X" in this box. ☐

3 | PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS: |
10236 Marion Park Drive   STREET
Kansas City, Missouri   64137
CITY/STATE                  ZIP

4 | NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF OFFICERS: (MUST HAVE A PRESIDENT AND A SECRETARY; WILL ASSUME PRESIDENT IS ALSO SECRETARY, IF SECRETARY IS NOT LISTED.) | NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF BOARD OF DIRECTORS: (MUST HAVE ONE DIRECTOR; IF NOT LISTED, WILL ASSUME DIRECTORS ARE THE SAME AS OFFICERS)

PRES ....See Attached Statement....          NAME....See Attached Statement....
STREET/RT..........                           STREET/RT..........
CITY/STATE/ZIP..........                      CITY/STATE/ZIP..........
V-PRES..........                              NAME..........
STREET/RT..........                           STREET/RT..........
CITY/STATE/ZIP..........                      CITY/STATE/ZIP..........
SEC'Y..........                               NAME..........
STREET/RT..........                           STREET/RT..........
CITY/STATE/ZIP..........                      CITY/STATE/ZIP..........
TREAS..........                               NAME..........
STREET/RT..........                           STREET/RT..........
CITY/STATE/ZIP..........                      CITY/STATE/ZIP..........

**ATTACH NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS**

5 | The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo 1986
| OFFICER SIGN HERE > > >  [signature]
Officer signing must be listed in box #4 above or on attached list.

6 | ATTACHED IS THE REGISTRATION FEE OF:
X  $45.00  If filed on or before due date
__ $60.00  If within 30 days after due date
__ $75.00  If within 60 days after due date
__ $90.00  If within 90 days after due date
Corporation will be administratively dissolved if report is not filed.

F00015888
98    0731964
AG    0303997
AG    0202998

F00015888 [barcode]

**COMPLETE THE BOXES OR FORM WILL BE RETURNED**
( BOXES  3, 4, AND 5 ARE REQUIRED)
**RETURN AND MAKE CHECK PAYABLE TO SECRETARY OF STATE**
P.O. BOX 1366, JEFFERSON CITY, MO 65102

SOS FORM (FSCORP64) 1999

CRAR
APR/23/1999
6083005001

**RECEIVED**
F00015868
MAR 23 1999

*Rebecca McDowell Cook*
SECRETARY OF STATE

**HOECHST MARION ROUSSEL, INC.**
**Missouri 1999 Annual Registration**

| OFFICERS: | | |
|---|---|---|
| Gerald P. Belle | President & CEO | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Pierre Lagault | Vice President and Chief Financial Officer | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Charles A. Portwood | Vice President, Operations | 10236 Marion Park Dr. Kansas City, MO 64134 |
| John P. Kelley | Vice President, U.S. Commercial Director | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Tommy R. White | Vice President, Human Resources and Corporate Relations | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Philippe Bey | Vice President, Head of DI&A U.S. | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Tim C. Gau | Sr. Vice Presiden, Head Global Drug Regulatory Affairs & Drug Surveilance | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Ulrich M. Grau | Sr. Vice President, Head Global Product Realization | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Kevin M. Hartley | Vice President, Head Global Tax Planning | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Thomas Hofstaetter | Sr. vice President, Business Development & Strategic Planning | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Claude Ourceyre | Vice President, Corporate Human Resources-Bridgewater Center | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Diane L. Parks | Vice President, U.S. Marketing | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Kirk Schueler | Sr. Vice President, Global Marketing | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Edward H. Stratemeier | Vice President and General Counsel, HMR-North America | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Vincent Traina | Sr. Vice President, Head Global Lead Optimization | 10236 Marion Park Dr. Kansas City, MO 64134 |



CRAR
APR/23/1999
6083005001

## HOECHST MARION ROUSSEL, INC.
### Missouri 1999 Annual Registration

**RECEIVED**
F000015888
MAR 2 3 1999

Rebecca McDowell Cook
SECRETARY OF STATE

| OFFICERS: | | |
|---|---|---|
| Michael A. Yeomans | Vice President, Licensing & Alliances | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Martin Zeiger | Vice President | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Charles D. Dalton | Vice President, Gen Counsel-Bridgewater Center Assistant Secretary | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Gary D. Street | Vice President, Chief Patent Counsel of North America Assistant Secretary | 2110 E. Galbraith Road Cincinnati, Oh 45215 |
| Rebecca R. Tilden | Vice President, Secretary | 10236 Marion Park Dr. Kansas City, MO 64134 |
| E. Todd Johnson | Treasurer | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Owen K. Ball, Jr. | Assistant Secretary | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Kenneth C. Kotenberg | Assistant Secretary | 10236 Marion Park Dr. Kansas City, MO 64134 |
| John C. Saile, Jr. | Assistant Secretary | 10236 Marion Park Dr. Kansas City, MO 64134 |

| DIRECTORS | |
|---|---|
| Gerald P. Belle | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Daniel Camus | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Peter Ladell | 10236 Marion Park Dr. Kansas City, MO 64134 |
| Richard J. Markham | 10236 Marion Park Dr. Kansas City, MO 64134 |



F00015888

## CERTIFICATE OF CORPORATE RECORDS

### AVENTIS PHARMACEUTICALS INC.

I, ROBIN CARNAHAN, Secretary of the State of the State of Missouri and Keeper of the Great Seal thereof, do hereby certify that the annexed pages contain a full, true and complete copy of the original documents on file and of record in this office for which certification has been requested.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 18th day of September, 2007

*Robin Carnahan*

Secretary of State

Certification Number: 10085033-1   Reference:
Verify this certificate online at http://www.sos.mo.gov/businessentity/verification