*Aventis Pharmaceuticals*                                              **Aventis**

January 26, 2000

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Wednesday, January 26, 2000, at 5:00 a.m. CST.

This increase **will affect** all former Hoechst Marion Roussel products with the **exception** of:
- Arava™ (leflunomide) Tablets
- Priftin® (rifapentine) 150 mg Tablets
- Rifadin® (rifampin capsules)
- Rifadin® IV (rifampin for injection)
- Rifamate® (rifampin 300 mg, isoniazid 150 mg capsules)
- Rifater® (rifampin 120 mg, isoniazid 50 mg, pyrazinamide 300 mg) Tablets

All former Rhone-Poulenc Rorer products will **NOT** be affected by this pricing action, with the **exception** of the following products that **have increased in price**:
- DDVAP® (desmopressin acetate) Tablets, 0.1 mg
- Intal® (cromolyn sodium inhalation aerosol) Inhaler
- Intal® (cromolyn sodium inhalation solution, USP) Nebulizer Solution
- Nasacort® AQ (triamcinolone acetonide) Nasal Spray
- Tilade® (nedocromil sodium inhalation aerosol) Inhaler

All orders received after 5:00 a.m. CST on January 26, 2000, will be billed at the new price. Please find attached a list of the new prices representing this pricing action.

As communicated in our December merger letter, at this time please continue to order former Hoechst Marion Roussel and former Rhone-Poulenc Rorer products as you have in the past. If you have any questions, please feel free to contact your National Trade account manager, our Customer Service Department at 1-800-821-4703, or me.

Sincerely,

Dave Pickhardt
Vice President, Managed Care
Aventis Pharmaceuticals

**New Pricing Attached**

A:\2000 price increase2.doc                1

Aventis Pharmaceuticals · 10236 Marion Park Drive · P.O. Box 9627 · Kansas City, MO 64134-0627
Telephone (816) 966-5000 · www.aventispharma-us.com                                    AV-BCA-0010200

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456



EXHIBIT
Pickhardt 005
11/4/05   m