UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Andrew R. Varcoe of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Biogen Idec Inc. in connection with the above-captioned action.

        Respectfully submitted,

        /s/ Andrew R. Varcoe
        Andrew R. Varcoe (BBO #647113)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        (202) 663-6000
        andrew.varcoe@wilmerhale.com

Dated:  September 25, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on September 25, 2007 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

        By:    /s/ Andrew R. Varcoe
                Andrew R. Varcoe

1