# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____ ) | |
| ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** ) | |
| *United States of America ex rel.* ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* ) | |
| *Abbott Laboratories, Inc.* ) | |
| CIVIL ACTION NO. 06-11337-PBS ) | |
| _____ ) | |

## <u>UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME</u>

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion for an enlargement of time until October 12, 2007 to file its response to defendant Abbott Laboratories, Inc.'s ("Abbott's") Motion for a Preservation Order (Docket Entry 4711). In support, the United States provides the following.

1.  The United States' response is due September 27, 2007. Additional time is needed due to undersigned counsel's previously scheduled matters, including days away from the district on work-related travel, as well as other case deadlines that were previously scheduled.

2.  Counsel for the United States contacted counsel for defendant Abbott who indicated that he would not oppose this request for additional time.

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN                      PETER D. KEISLER
UNITED STATES ATTORNEY                   ASSISTANT ATTORNEY GENERAL

George B. Henderson, II                   /s/ Justin Draycott
Assistant U.S. Attorney                  Joyce R. Branda
John Joseph Moakley U.S. Courthouse      Daniel R. Anderson
Suite 9200, 1 Courthouse Way             Renée Brooker
Boston, MA 02210                         Justin Draycott
Phone: (617) 748-3398                    Gejaa T. Gobena
Fax: (617) 748-3272                      Rebecca Ford
                                         Civil Division
R. ALEXANDER ACOSTA                      Commercial Litigation Branch
UNITED STATES ATTORNEY                   P. O. Box 261
SOUTHERN DISTRICT OF FLORIDA             Ben Franklin Station
                                         Washington, D.C.  20044
/s/ Ana Maria Martinez                   Phone: (202) 307-1088
Mark A. Lavine                           Fax: (202) 307-3852
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
  the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

Dated: September 26, 2007

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Date: September 26, 2007

 /s/ Justin Draycott_____
Justin Draycott