# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Civil Action No. 01-12257-PBS |
| ——————————————— | ) | |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States of America ex rel.* | ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* | ) | |
| *Abbott Laboratories, Inc.* | ) | |
| CIVIL ACTION NO. 06-11337-PBS | ) | |
| ——————————————— | ) | |

## *[PROPOSED]* ORDER

This matter came before the Court upon the United States' Unopposed Motion for an

Enlargement of Time until October 12, 2007 to file its response to Abbott Laboratories, Inc.'s

Motion for a Preservation Order (D.E. 4711).   Having reviewed the motion and the record in this

case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file

its response by October 12, 2007.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston,

Massachusetts.


_____