UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SETTLEMENT WITH DEFENDANT GLAXOSMITHKLINE ("GSK") | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

Plaintiffs, by their undersigned attorneys, respectfully request leave to file a short reply brief in support of their Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7 ("Motion for Imposition of Appeal Bond"). As grounds for the foregoing, Plaintiffs state as follows:

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. Plaintiffs require this reply brief because, in its opposition to Plaintiffs' Motion for Imposition of Appeal Bond, Objector made misrepresentations regarding the law that should guide the Court's analysis.

3. Plaintiffs respectfully request leave to file a short reply in support of their Motion for Imposition of Appeal Bond, attached as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a reply brief in support of their Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7, and all other relief that this Court deems just and proper.

| | |
|---|---|
| DATED:  September 27, 2007 | By: /s/ Jennifer Fountain Connolly |

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile: (708) 776-5600

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

>Marc H. Edelson
>Edelson & Associates LLC
>45 W. Court Street
>Doylestown, PA  18901
>Telephone: (215) 230-8043
>Facsimile: (215) 230-8735
>
>***Co-Lead Counsel For Plaintiffs***

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on September 27, 2007, I caused copies of ***Plaintiffs' Motion for Leave to File Reply Brief in Support of Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
jfc@wtwlaw.com

4