UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS'
REBUTTAL TO WATSON PHARMACEUTICALS, INC.'S RESPONSE
TO CLASS PLAINTIFFS' RESPONSE TO AMGEN'S AND WATSON'S
SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION**

Plaintiffs, by their undersigned attorneys, respectfully request leave to file their Rebuttal to Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification ("Rebuttal"). As grounds for the foregoing, Plaintiffs state as follows:

1.	Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2.	Plaintiffs require this rebuttal because, in its opposition to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification, Watson raised new arguments to which Plaintiffs have not had the opportunity to respond.

3.	Plaintiffs respectfully request leave to file their Rebuttal, attached as Exhibit 1.

WHEREFORE Plaintiffs respectfully request that this Court grant Plaintiffs leave to file Plaintiffs' Rebuttal to Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification, and all other relief that this Court deems just and proper.

DATED:  September 27, 2007                    By: /s/ Jennifer Fountain Connolly
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol (BBO#471770)
　　　　　　　　　　　　　　　　　　　　　　　　　Edward Notargiacomo (BBO#567636)
　　　　　　　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003

　　　　　　　　　　　　　　　　　　　　　　　　　*Liaison Counsel*

　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth A. Wexler
　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Fountain Connolly
　　　　　　　　　　　　　　　　　　　　　　　　　Wexler Toriseva Wallace LLP
　　　　　　　　　　　　　　　　　　　　　　　　　55 W. Monroe Street, Suite 3300
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 346-2222
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 346-0022

　　　　　　　　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　　　　　　　　Sean R. Matt
　　　　　　　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594

　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Fegan
　　　　　　　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　　　　　　　820 North Boulevard, Suite B
　　　　　　　　　　　　　　　　　　　　　　　　　Oak Park, IL  60302
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (708) 776-5600
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (708) 776-5600

　　　　　　　　　　　　　　　　　　　　　　　　　Eugene A. Spector
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Kodroff
　　　　　　　　　　　　　　　　　　　　　　　　　Spector, Roseman & Kodroff, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 496-0300
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 496b-6611

                                                  Marc H. Edelson
                                                  Edelson & Associates LLC
                                                  45 W. Court Street
                                                  Doylestown, PA  18901
                                                  Telephone: (215) 230-8043
                                                  Facsimile: (215) 230-8735

                                                ***Co-Lead Counsel For Plaintiffs***

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

    I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on September 27, 2007, I caused copies of ***Plaintiffs' Rebuttal to Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
jfc@wtwlaw.com

4