**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>C.A. No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

**OPPOSITION OF WATSON PHARMACEUTICALS, INC.**
**TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REBUTTAL, OR,**
**IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SURREBUTTAL**
**RELATING TO CLASS CERTIFICATION**

Plaintiffs moved yesterday for leave to file a pleading entitled "Plaintiffs' Rebuttal to Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification" (Docket No. 4747) (Plaintiffs' "Rebuttal"). In this highly irregular filing (a "rebuttal" to a "response" to a "response" to a "supplemental opposition"), Plaintiffs state, for the first time, that they are seeking to certify two class representatives whom they have never before asked this Court to certify. Because the Court said on August 27, 2007, that it would try to rule on class certification issues by the end of September 2007, and because the Rebuttal raises new issues and arguments three days before the end of September, Watson requests the Court either to deny Plaintiffs Motion for Leave to File, or to permit Watson to file the short Surrebuttal attached as Exhibit 1 to this filing.

Respectfully submitted,

/s/ Douglas B. Farquhar
Douglas B. Farquhar (admitted *pro hac vice*)
Michelle L. Butler
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)

Date:  September 28, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that I, Douglas B. Farquhar, caused a true and correct copy of the foregoing Opposition or, in the Alternative, Motion for Leave to File, and exhibit, to be delivered on September 28, 2007, to all counsel of record by electronic service, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                          By:    /s/ Douglas B. Farquhar
                                                      Douglas B. Farquhar
                                                       Hyman, Phelps & McNamara, P.C.
                                                       700 13th Street, N.W., Suite 1200
                                                       Washington, D.C.  20005
                                                       (202) 737-5600
                                                       (202) 737-9329 (Fax)