# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE   LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y.  Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0881<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br><br>**NOTICE OF FILING REVISED EXHIBIT "A", REVISED EXHIBIT "B" AND NEW EXHIBIT "G" TO THE FIRST AMENDED CONSOLIDATED COMPLAINT** |

N.D.N.Y. Case No. 05-CV-0519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*

| | |
|---|---|
| W.D.N.Y. Case No. 05-CV-6387 *County of Seneca v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-6370 *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0479 *County of Saratoga v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0478 *County of Steuben v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-6223 *County of Suffolk v. Abbott Laboratories, Inc., et al.* E.D.N.Y. Case No. 03-CV-12257 *County of Tompkins v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0397 *County of Ulster v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 06-CV-0123 *County of Warren v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0468 *County of Washington v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0408 *County of Wayne v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-06138 *County of Westchester v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 03-CV-6178 *County of Wyoming v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-6379 *County of Yates v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-061722 | |

PLEASE TAKE NOTICE THAT, pursuant to this Court's Order of July 30, 2007 and the Joint Motion for Entry of Proposed Case Management Order filed September 6, 2007, Plaintiffs, the City of New York and the Captioned Counties, hereby file:

(1) A revised Exhibit A to the FACC;

(2) A revised Exhibit B to the FACC (redacted);  and

3

(3) A new Exhibit G to the FACC (redacted).

The revised Exhibit A is an updated case summary that takes into account the Court's July 30, 2007 Order. Specifically, it sets forth on a defendant-by-defendant basis the at-issue expenditures and NDCs in the case.

The revised Exhibit B presents each of plaintiffs' at-issue NDCs and revised spreads. The revised spreads are calculated based on an actual acquisition cost ("AAC") that complies with this Court's July 30, 2007 Order, *i.e.* the AAC is a "weighted average, or typical, price calculated on a reasonable, good faith basis consistent with this Court's prior opinions". (Order at ¶5). The revised Exhibit B also identifies which drugs are dual-channel and breaks the NDCs, for each defendant, into two groups (a) NDCs with spreads of 30% and above; (b) NDCs with spreads between 25-30%.

The new Exhibit G lists the 26 NDCs for which plaintiffs previously had asserted spreads based on an actual acquisition cost of $0.01 and which plaintiffs are dropping from the case at this time.

Given that the revised Exhibit B and new Exhibit G contain data that have been designated "HIGHLY CONFIDENTIAL" and "CONFIDENTIAL" by third party wholesalers, plaintiffs are filing those exhibits in redacted form here. Plaintiffs simultaneously are filing a motion for leave to file the revised B and new Exhibit G under seal. Defendants have been supplied copies of these two exhibits in their entirety and under separate cover.

Dated: September 28, 2007

                          Respectfully submitted,

**City of New York and all captioned Counties except Nassau, by**

**KIRBY McINERNEY, LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
Joanne M. Cicala (JC 5032)
By:  James P. Carroll Jr. (JPC 8348)
Aaron D. Hovan (AH 3290)

**For the City of New York**

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York

John R. Low-Beer (JL 3755)
Assistant Corporation Counsel
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-1007

**LORNA B. GOODMAN**
Peter J. Clines
Nassau County Attorney, by

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**

Melvyn I. Weiss
Ross Brooks
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

6

*Special Counsel for the
County of Nassau*

**Certificate of Service**

I certify that on September 28, 2007 a true and correct copy of the foregoing Notice of Filing was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

/s/ Aaron D. Hovan
Aaron D. Hovan
