# CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
MDL. NO. 1456
Civil Action No. 01-CV-12257-PBS

# REVISED EXHIBIT B TO FIRST AMENDED CONSOLIDATED COMPLAINT

FILED ON BEHALF OF

## THE CITY OF NEW YORK

AND

## NEW YORK COUNTIES

[Subject of Motion for Leave to File Under Seal]

Joanne M. Cicala, Esq.
James P. Carroll, Esq.
Aaron D. Hovan, Esq.
KIRBY McINERNEY, LLP
830 Third Avenue
New York, NY  10022
Tel:  (212) 371-6600

SEPTEMBER 28, 2007

# EXHIBIT B
**[FILED SEPARATELY UNDER SEAL]**