UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>CASE No: 1:03-cv-11226-PBS | |

### STATUS REPORT-OCTOBER 1, 2007

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA ("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                            Respectfully submitted,

                                            EDMUND G. BROWN JR.
                                            Attorney General for the State of California

Dated: October 1, 2007            By:    /s/ Nicholas N. Paul
                                                   NICHOLAS N. PAUL
                                                   CA State Bar No: 190605
                                                   Supervising Deputy Attorney General
                                                   Bureau of Medi-Cal Fraud and Elder Abuse
                                                   Office of The Attorney General
                                                   1455 Frazee Road, Suite 315
                                                   San Diego, California 92108
                                                   Tel: (619) 688-6099
                                                   Fax: (619) 688-4200

                                              **Attorneys for Plaintiff,**
                                              **STATE OF CALIFORNIA**

1

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948). The Court has not yet ruled on the two remaining individual motions to dismiss (i.e., those of defendants ZLB Behring, and the two Boehringer entities.)[1] Defendants Abbott Laboratories Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corporation, B. Braun Medical Inc., Ben Venue Laboratories Inc. and Bedford Laboratories, Boehringer Ingelheim Roxane Inc. f/k/a Roxane Laboratories Inc., Dey L.P. and Dey Inc., Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc., Sandoz Inc., Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, ZLB Berhing LLC f/k/a Aventis Behring LLC and Armour Pharmaceutical Co., filed their individual Answers on May 21, 2007. Defendant Abbott Laboratories Inc. filed an Amended Answer on June 1, 2007.

---

[1.] California has dismissed B. Braun of America from the case (see electronic order filed May 26, 2006, entered May 31, 2006).

2

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).

**Alternative Dispute Resolution**

On July 24, 2007, the court entered an Order of Reference for Alternative Dispute Resolution (No. 4508) in several cases including this case.  The State of California contacted Eric Greene pursuant to the court's instructions and filed a Status Report in Response to Order of Reference for Alternative Dispute Resolution on August 6, 2007 (No. 4598).  On September 21, 2007, California participated in a preliminary mediation conference with Eric Greene in compliance with the court's amended order of September 5, 2007 (No. 4709).  The date for the next conference is pending.

**CERTIFICATE OF SERVICE**

    I, Nicholas N. Paul, hereby certify that on October 1, 2007, I caused a true and correct copy of the foregoing, **STATUS REPORT-October 1, 2007**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General