UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

OCTOBER 1, 2007, STATUS REPORT OF THE UNITED STATES
AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for September 1, 2007, in accordance with the Court's June 17, 2004, Procedural Order.

| **United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.** <br> **MDL Docket Number 06-11337** <br> **Original Jurisdiction: United States District Court Southern District of Florida** | | |
|---|---|---|
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| United States Second Motion to Compel Abbott to Produce Documents and Memorandum in Support of its Second Motion to Compel Production of Documents from Abbott Filed April 9, 2007.  (Docket 4047 and 4048) | Docket #4153 | None Scheduled |
| United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support of its Motion to Compel Abbott to Respond to the United States First Set of Interrogatories and United States' Motion for Leave to File Under Seal Exhibits to its Memorandum in Support of its Motion to Compel Abbott to Respond to the Untied States' First Set of Interrogatories filed on April 16, 2007.  (Docket 4060, 4061 and 4063) | Docket #4152 <br><br> Sealed Exhibits (Docket 4114, 4115 and 4116) | June 19, 2007 |
| Abbott's Motion to Dismiss or Partially Dismiss the United States First Amended Complaint (Docket 4469, 4470) | Docket 4661, 4662, 4720 and 4749 | None scheduled |
| Consent Motion for Extension of Time to August 9, 2007 to File Rule 72 Objections by United States (Docket 4527) | n/a | None scheduled |
| Consent Motion for Extension of Time to August 16 to to file Objections Pursuant to Fed.R.Civ. Pro. 72(a) by United States (Docket 4613) | n/a | None scheduled |
| United States' Motion to Stay Order Pending a Ruling on Objections (Docket 4657) | Docket #4721 | None scheduled |
| Motion of Abbott Laboratories, Inc., Duane Burnham, and Thomas Hodgson for a Protective Order Relating to the Proposed Depositions of Messrs. Burnham and Hodgson (Docket 4692) | Docket #4736 | None scheduled |
| Objection by United States to August 13, 2007 Order By Magistrate Judge Bowler. (Docket 4696, 4697) | Docket #4722 | None scheduled |
| Abbott Laboratories, Inc.'s Objections to Magistrate Judge Bowler's August 13, 2007 Order (Docket 4698) | Docket #4718 | None Scheduled |
| Unopposed Motion by the Defendant Abbott Laboratories Inc. to File a  Reply Brief in Support of its Motion to Dismiss the United States' First Amended Complaint by Abbott Laboratories, Inc. (Docket 4699) | N/A | None scheduled |

| | | |
|---|---|---|
| Abbott Laboratories, Inc.'s Motion for Preservation Order and Affidavit Regarding Spoliation Issues (Docket 4711) | Due Sept. 27, 2007-See Docket 4744 for Motion to Extend Time | None scheduled |
| United States Motion to Maintain Seal on Documents (Docket 4734) | Due October 4, 2007 | None scheduled |
| United States' Unopposed Motion to Enlarge Time to October 12, 2007 to File Response/Reply as to Motion to Preserve Evidence and Affidavit Regarding Spoliation Issues (Docket 4744) | n/a | None scheduled |

| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al., MDL Docket No. 05-11084-PBS  Original Jurisdiction: United States District Court, District of Massachusetts | | |
|---|---|---|
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| Dey Defendants' Motion to Amend the Court's July 17, 2007 Memorandum and Order to Include a Certification of Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), filed July 31, 2007 (Docket #4523) | U.S. Opposition, filed August 31, 2007 (Docket # 4673) | None scheduled |

| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., MDL Docket No. 07-10248-PBS  Original Jurisdiction: United States District Court, District of Massachusetts | | |
|---|---|---|
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| Roxane Defendants' Joint Motion to Dismiss the U.S. Complaint, filed March 22, 2007 (Dkt #14) | Docket #22 (U.S. Opposition); Docket 23 (Defendants' Reply); Docket 27 (U.S. Surreply) | June 20, 2007 |
| Roxane Defendants' Joint Motion to Dismiss the Relator Ven-a-Care's Complaint, filed April 23, 2007 (Dkt #20) | Docket #24 (Relator's Opposition); Docket 28 (Defendants' Reply) | June 20, 2007 |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| /s/ *George B. Henderson, II*<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ *Gejaa T. Gobena*<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ *Alison W. Simon*<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day caused an electronic copy of the above "OCTOBER 1, 2007, STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                         /s/ *George B. Henderson, II*

Dated: October 1, 2007                                          George B. Henderson, II