UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

# EXHIBIT A

To The United States' Motion to Require Abbott to Comply With the Protective Order and With the Court's September 5, 2007 and September 7, 2007 Orders, and To Set Forth A Procedure For Future Compliance

ADR, APPEAL, CASREF, LEAD, MDL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:01-cv-12257-PBS

Citizens for Consume, et al v. Abbott Laboratories,, et al
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B. Bowler
Demand: $0
Member case: (View Member Case)
related Cases: 1:02-cv-10850-PBS
 1:02-cv-10851-PBS
 1:02-cv-10852-PBS
 1:02-cv-10853-PBS
 1:02-cv-10854-PBS
 1:02-cv-10846-PBS
 1:02-cv-10847-PBS
 1:02-cv-10848-PBS
 1:02-cv-10855-PBS
 1:02-cv-10856-PBS
 1:02-cv-10857-PBS
 1:02-cv-10859-PBS
 1:02-cv-10860-PBS
 1:02-cv-10861-PBS
 1:02-cv-10862-PBS
 1:02-cv-11257-PBS
 1:02-cv-11258-PBS
 1:02-cv-11259-PBS
 1:02-cv-10849-PBS
 1:02-cv-11260-PBS
 1:01-cv-11747-MEL
 1:02-cv-11261-PBS
 1:02-cv-11744-PBS
 1:02-cv-11745-PBS
 1:02-cv-11746-PBS
 1:02-cv-11747-PBS
 1:02-cv-12085-PBS
 1:03-cv-10069-PBS
 1:03-cv-11227-PBS
 1:03-cv-11228-PBS
 1:03-cv-11285-PBS
 1:03-cv-11349-PBS
 1:03-cv-11157-PBS
 1:03-cv-11350-PBS
 1:06-cv-10613-PBS
 1:03-cv-11351-PBS

Date Filed: 12/19/2001
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

1:03-cv-11348-PBS
1:03-cv-11529-PBS
1:03-cv-11865-PBS
1:07-cv-10271-PBS

Cause: 15:1 Antitrust Litigation

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2007 | 4747 | MOTION for Leave to File *Plaintiffs' Rebuttal to Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen's and Watson's Supplemental Opposition to Class Certification* by All Plaintiffs. (Attachments: # 1 Exhibit 1)(Fountain Connolly, Jennifer) (Entered: 09/27/2007) |
| 09/27/2007 | 4746 | MOTION for Leave to File *Reply Brief in Support of Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7* by All Plaintiffs. (Attachments: # 1 Exhibit A)(Fountain Connolly, Jennifer) (Entered: 09/27/2007) |
| 09/27/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 4744 Motion for Extension of Time to File Response re 4711 MOTION to Preserve Evidence *and Affidavit Regarding Spoliation Issues*. Responses due by 10/12/2007 (Patch, Christine) (Entered: 09/27/2007) |
| 09/26/2007 | 4744 | Assented to MOTION for Extension of Time to October 12, 2007 to File Response/Reply as to 4711 MOTION to Preserve Evidence *and Affidavit Regarding Spoliation Issues* by United States, ex rel.. (Attachments: # 1 Text of Proposed Order)(Gobena, Gejaa) (Entered: 09/26/2007) |
| 09/25/2007 | 4743 | NOTICE of Voluntary Dismissal by The County of Orange (Vitello, Theresa) (Entered: 09/25/2007) |
| 09/25/2007 |  | Judge Patti B. Saris : Electronic ORDER entered denying 4704 Motion for Reconsideration of Admissibility of DX 1227 and DX 1268. (Patch, Christine) (Entered: 09/25/2007) |
| 09/25/2007 | 4742 | NOTICE of Withdrawal of Appearance by Andrew R. Varcoe (Varcoe, Andrew) (Entered: 09/25/2007) |
| 09/24/2007 | 4741 | MEMORANDUM OF LAW by United States of America to 4307 MOTION to Dismiss for Lack of Jurisdiction. (Henderson, George) (Entered: 09/24/2007) |
| 09/24/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 4737 Motion for Extension of Time to File Response to the Supplemental Memorandum of the Haviland Law Firm, LLC in Support of Motion for Appointment as Class Counsel for the Track 2 Consumer Sub-Classes. Responses due by 10/2/2007 (Patch, Christine) (Entered: 09/24/2007) |
| 09/21/2007 | 4740 | Response by Amgen Inc., Watson Pharma, Inc. to 4675 Brief,. (Attachments: # 1 Exhibit A)(Brooks, Douglas) (Entered: 09/21/2007) |
| 09/21/2007 | 4739 | DECLARATION re 4738 Response *and Opposition to Plaintiffs' Supplemental Memorandum in Support of Track 2 Class Certification Regarding State Law Issues* by Aventis Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Glynn, David) (Entered: 09/21/2007) |
| 09/21/2007 | 4738 | Response by Aventis Pharmaceuticals Inc. *in Opposition to Plaintiffs'* |

| | | |
|---|---|---|
| | | *Against the State of Nevada* filed by Johnson & Johnson, (3695 in 1:01-cv-12257-PBS) MOTION for Summary Judgment filed by Astrazeneca Pharmaceuticals LP. Associated Cases: 1:01-cv-12257-PBS, 1:02-cv-12084-PBS, 1:02-cv-12086-PBS(Patch, Christine) (Entered: 09/11/2007) |
| 09/05/2007 | | Judge Patti B. Saris : Electronic ORDER entered re 4654 Motion for Leave to File Under Seal Exhibits to the United States' Opposition to Abbott Laboratories Inc.'s Motion to Dismiss. I overrule the claim of confidentiality. In the future, if there is a disagreement, the attorney claiming confidentiality shall support the assertion subject to Fed. R. Civ. P. 11. The claim of confidentiality here is frivolous." (Patch, Christine) (Entered: 09/06/2007) |
| 09/05/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4634 Motion for Extension of Time (Patch, Christine) (Entered: 09/06/2007) |
| 09/05/2007 | 4684 | AFFIDAVIT of Glenn Randle with Exhibits 1 and 2 re 2523 Memorandum in Support of Motion, by All Plaintiffs. (Attachments: # 1 Exhibit 3a# 2 Exhibit 3b-3c# 3 Exhibit 3d# 4 Exhibit 3e-3f# 5 Exhibit 3g-3h# 6 Exhibit 3i-3j# 7 Exhibit 3k-3m# 8 Exhibit 3n)(Berman, Steve) (Entered: 09/05/2007) |
| 09/05/2007 | 4683 | Response by Abbott Laboratories, Inc. to 4622 Notice of Appeal of Magistrate Judge Decision to District Court,,. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Murray, Brian) (Entered: 09/05/2007) |
| 09/05/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4682 Motion for Leave to Appear Pro Hac Vice Added P. Jeffrey Archibald for State of Illinois, Commonwealth of Kentucky, State of South Carolina, State of Idaho. Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Forms and then scroll down to CM/ECF Forms. (Patch, Christine) (Entered: 09/05/2007) |
| 09/04/2007 | | Filing fee: $ 455.00, receipt number 82172 for 4642 Notice of Appeal, (Patch, Christine) (Entered: 09/11/2007) |
| 09/04/2007 | 4681 | STATUS REPORT *for September 1, 2007* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 09/04/2007) |
| 09/04/2007 | 4680 | STATUS REPORT *September 1, 2007* by All Plaintiffs. (Sobol, Thomas) (Entered: 09/04/2007) |
| 09/04/2007 | 4679 | STATUS REPORT by State of Ohio. (Heuck, Robert) (Entered: 09/04/2007) |
| 09/04/2007 | 4678 | STATUS REPORT *FOR SEPTEMBER 1, 2007* by United States, ex rel.. (Lavine, Mark) (Entered: 09/04/2007) |
| 09/04/2007 | 4677 | *Class Plaintiffs' Submission Regarding Reimbursements for Anzamet by Pipefitters Local 537 Trust Fund* Response by All Plaintiffs. (Attachments: # 1 Declaration of Edward Notargiacomo Regarding Reimbursements for Anzamet by Pipefitters Local 537 Trust Fund)(Berman, Steve) (Entered: 09/04/2007) |
| 09/04/2007 | | ELECTRONIC NOTICE of STATUS HEARING. Status Hearing re: Plaintiff's Class Counsel Representation set for 9/11/2007 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/04/2007) |
| 09/04/2007 | | ELECTRONIC NOTICE issued requesting courtesy copy for 4675 Brief. Counsel who filed this document are requested to submit a courtesy copy of this document to the Clerk's Office by. **These documents must be clearly marked** |