## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, ) | |
| No. 06-CV-11337-PBS ) | |

### ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE BOWLER'S AUGUST 13, 2007 ORDER

Pursuant to Local Rule 7.1(b)(3), Abbott Laboratories, Inc. respectfully requests permission to file a supplemental submission in support of its Objections to Magistrate Bowler's August 13, 2007 Order. Abbott's supplemental submission discusses recent activity relating to the Government's assertion of the deliberative process privilege at the deposition of Larry Reed, including the Government's "recall" of a particularly relevant document during that deposition. Abbott respectfully suggests that its supplemental submission will assist the Court in its consideration of the parties' pending objections to Magistrate Bowler's August 13, 2007 Order relating to Abbott's motions to compel evidence withheld under the deliberative process privilege.

Wherefore, Abbott respectfully requests that the Court allow Abbott to file a supplemental submission in support of its Objections to Magistrate Bowler's August 13, 2007 Order.

Dated: October 1, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

    I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE BOWLER'S AUGUST 13, 2007 ORDER to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 1st day of October, 2007.

                                              /s/ David S. Torborg
                                              David S. Torborg