UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

### ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE BOWLER'S AUGUST 13, 2007 ORDER, AND RELATED EXHIBITS, UNDER SEAL

Abbott Laboratories, Inc. respectfully moves this Court for leave to file its Supplemental Submission in Support of its Objections to Magistrate Judge Bowler's August 13, 2007 Order, and Related Exhibits, under seal.

Abbott's supplemental submission discusses a three-page document that was previously produced by the United States and was marked as an exhibit to last week's deposition of CMS official Larry Reed. After the document was shown to Mr. Reed, the United States stated that it wanted to recall this document as inadvertently produced, further confer with CMS on the document, and provide a final decision of whether to assert the deliberative process privilege over the document prior to the resumption of Mr. Reed's deposition.

Abbott disagrees with the Government's assertion that this document might be protected from disclosure in this case under the deliberative process privilege. However, in light of the Government's recall of this document and pending decision on whether to assert the privilege, filing this document under seal is necessary to avoid waiving the privilege. Abbott submits that an *in camera* review of the document will assist the Court in its evaluation of Abbott's Objections to Magistrate Bowler's August 13, 2007 Order (Dkt. No. 4698).

Dated:  October 1, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE BOWLER'S AUGUST 13, 2007 ORDER, AND RELATED EXHIBITS, UNDER SEAL to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 1st day of October, 2007.

                                              /s/ David S. Torborg
                                              David S. Torborg