UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

## [PROPOSED] ORDER

Upon consideration of Abbott Laboratories, Inc.'s Motion for Leave to File its Supplemental Submission in Support of its Objections to Magistrate Judge Bowler's August 13, 2007 Order, and Related Exhibits, Under Seal,

1. Abbott's Motion is GRANTED;

2. Abbott's Supplemental Submission in Support of Its Objections to Magistrate Judge Bowler's August 13, 2007, and Related Exhibits, shall remain under seal pending further Order of the Court.

IT IS SO ORDERED,

This _____ day of _____, 200_.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE