UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

# EXHIBIT B

To The United States Response To Third-Party
TAP Pharmaceutical Product, Inc.'s
Motion to Clarify Paragraph Six
of the Court's September 7, 2007 Order

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL )
INDUSTRY AVERAGE WHOLESALE ) MDL No. 1456
PRICE LITIGATION ) Civil Action No.
) 01-12257-PBS
)
THIS DOCUMENT RELATES TO: )
)
United States of America, ) Hon. Patti Saris
ex rel. Ven-a-Care of the )
Florida Keys, Inc., v. )
Abbott Laboratories, Inc., )
and Hospira, Inc. )
CIVIL ACTION NO. 06-11337-PBS )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL )
INDUSTRY AVERAGE WHOLESALE ) MDL No. 1456
PRICE LITIGATION ) Civil Action No.
) 01-CV-12257-PBS
)
THIS DOCUMENT RELATES TO: )
) Judge Patti B. Saris
State of Arizona v. Abbott )
Labs., et al. )
Civil Action No. 06-CV-11069-PBS )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
BRUCE E. RODMAN
August 29, 2007

Volume 1

HIGHLY CONFIDENTIAL   CONFIDENTIAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Page 130**

1  Q. Okay.
2  A. Yeah.
3  Q. When you say you have an understanding of
4  now, what do you mean?
5  A. I mean, I'm reading it now and if you ask me
6  some questions, I may be able to answer them.
7  Q. Okay. First I want to ask you, on the re
8  line it says "Lupron." Do you see that?
9  A. Yes.
10 Q. What is Lupron?
11 A. That was a drug provided by TAP
12 Pharmaceuticals.
13 Q. Was it also distributed --
14 A. It is provided by.
15 Q. Was it distributed as part of the contracts
16 that the Home Infusion Services division had with its
17 clients?
18 A. My memory on this is that there were some
19 patients being serviced by Abbott that were Lupron
20 patients. I don't think it was a lot. And I don't
21 think I knew much about it at the time, but, yes.
22 Q. Okay. Sir, does this issue -- do you
23 remember there being an issue in June of 1996
24 concerning increasing the AWP of Lupron and that
25 necessitating an increase in list price?

**Page 131**

1  A. I don't. I do not remember that.
2  Q. Okay. Do you remember anything with regard
3  to pricing of Lupron that affected the reimbursement
4  department?
5  A. No.
6  Q. Do you remember anything concerning the drug
7  Lupron at all during your tenure in the Home Infusion
8  business unit?
9      MS. FUMERTON: Objection, form.
10 A. I'm thinking.
11 Q. (BY MS. ST. PETER-GRIFFITH) Okay.
12 A. Sorry.
13    MR. STETLER: We noticed the smoke
14 coming out of your ears.
15 A. I think -- I think, to the best of my
16 recollection, when we were closing the business unit
17 there were issues for the patients that the Abbott
18 pharmacy in Chicago was still treating, providing the
19 Lupron to, and finding another way for them to be
20 provided with the drug therapy. That's -- that's what
21 I recall.
22 Q. (BY MS. ST. PETER-GRIFFITH) Would Abbott
23 pharmacies, the Abbott-owned pharmacies, would it
24 distribute Lupron to patients?
25 A. The Abbott-owned pharmacy that I recall in

**Page 132**

1  that would have been the Chicago one, so, therefore,
2  yes, they must have distributed Lupron.
3  Q. Sir, under the contractual arrangements
4  whereby Abbott provided consigned goods was to some of
5  its Home Infusion customers.
6  A. Yes.
7  Q. Do you remember that?
8  A. Yes.
9  Q. Would it provide Lupron on a consignment
10 basis?
11 A. I wouldn't know that specifically.
12 Q. What about the Ross products, do you know
13 whether they provided the Ross enteral products on a
14 consignment basis?
15 A. I would not know that specifically.
16 Q. Okay.
17 A. Okay.
18 Q. Do you remember -- do you remember any --
19 A. The best I can say, yeah.
20 Q. Okay. That's fine.
21 A. Okay.
22 Q. Do you remember any litigation arising
23 against TAP concerning its pricing of Lupron?
24 A. The only litigation that I recall is -- had
25 to do with -- I think, as I recall, it had to do with

**Page 133**

1  representations that allegedly TAP was making to
2  physician offices for the Lupron and I know that --
3  from that that there were some TAP employees, I think
4  mostly on the sales side, that had been involved in
5  that. And that's about what I recall.
6  Q. Anything else?
7  A. No, that's it.
8  Q. Do you remember any litigation involving Ross
9  products?
10 A. I recall there was a situation in Southern
11 Illinois that had to do with representations allegedly
12 by Ross, I guess, to certain providers of enteral
13 products. And I think I recall that it had to do with
14 representations of how to bill the government for them
15 and that ultimately, I think, there was a settlement
16 between Abbott or Ross, if you will, or even some
17 obscure subsidiary that I never heard of before, and
18 the government on that case.
19 Q. How did you know that?
20 A. Both of those from newspapers.
21 Q. Okay. Was there any discussion about that at
22 all at Abbott?
23 A. Not that I can recall.
24 Q. Do you recall a letter from Miles White
25 concerning the Ross investigation that he sent out to

34 (Pages 130 to 133)