UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

# EXHIBIT C

## To The United States Response To Third-Party TAP Pharmaceutical Product, Inc.'s Motion to Clarify Paragraph Six of the Court's September 7, 2007 Order

Miller, James E.                                             July 30, 2007

Chicago, IL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE: PHARMACEUTICAL            )
INDUSTRY AVERAGE WHOLESALE       )
PRICE LITIGATION                 ) MDL No. 1456
---------------------------------) Civil Action
This document relates to:        ) No. 01-12257-PBS
United States of America,        )
ex. rel. Ven-a-Care of the       )
Florida Keys, Inc.,              ) Hon. Patti Saris
    vs.                          )
Abbott Laboratories, Inc.,       ) Magistrate Judge
CIVIL ACTION NO. 06-11337-PBS    ) Marianne Bowler
---------------------------------X


VIDEOTAPED DEPOSITION OF

JAMES E. MILLER

CHICAGO, IL

JULY 30, 2007

Miller, James E.                                               July 30, 2007
Chicago, IL

**Page 230**

1    THE WITNESS: TAP is a joint venture.
2    BY MS. FORD:
3    Q. Okay, so when you referenced six
4    companies, were you referring -- was TAP on of
5    the six that you were referring to?
6    MS. TABACCHI: Object to the form.
7    THE WITNESS: No.
8    BY MS. FORD:
9    Q. So there's one other you just can't
10   remember at this time?
11   A. There's basically Corporate.
12   Q. Corporate, okay.
13   I wanted to ask you just a little bit
14   more about TAP. You have indicated throughout
15   your testimony today that TAP was at least at
16   some of the Medicare Working Group meetings; is
17   that correct?
18   A. That is correct.
19   Q. And a representative of TAP is on the
20   Medicaid Working Group distribution list; is that
21   correct?
22   MS. TABACCHI: Object to the form.

**Page 231**

1    MS. FORD: What is wrong?
2    MS. TABACCHI: It's Medicare.
3    MS. FORD: Oh, thank you.
4    BY MS. FORD:
5    Q. At least one representative of TAP is
6    listed on the Medicare Working Group distribution
7    list; is that correct?
8    A. That is correct.
9    Q. And that is John Campbell; is that
10   correct?
11   A. Yes.
12   Q. Okay. Did you work with anyone else
13   from TAP in the context of the Medicare Working
14   Group?
15   A. I do not recall.
16   Q. Okay. Do you recall any -- anyone else
17   from TAP attending Medicare Working Group
18   meetings?
19   A. No.
20   Q. Okay. If Abbott is a separate company
21   from TAP, why was TAP included on Abbott's
22   internal Medicare Working Group distribution

**Page 232**

1    list?
2    MS. TABACCHI: Object to the form.
3    THE WITNESS: TAP was jointly owned by
4    Abbott and Takeda of Japan. So anything that
5    would have affected TAP would 50% flow through to
6    Abbott.
7    BY MS. FORD:
8    Q. To your knowledge, was TAP included on
9    other internal committees of Abbott?
10   A. Oh, yes.
11   Q. Okay. Can you give me an example of a
12   few of those?
13   A. Sure. I mean in the Controller's
14   Council, the MIS areas. I mean it's not unusual
15   for TAP to have been on an Abbott committee.
16   Q. What about public relations, did TAP
17   have their own public relations?
18   MS. TABACCHI: Object to the form.
19   THE WITNESS: I'm not qualified to
20   answer that.
21   BY MS. FORD:
22   Q. Do you know?

**Page 233**

1    A. I think so.
2    Q. You think they had their own public
3    relations?
4    A. Yes, but I wouldn't swear to it.
5    Q. Okay.
6    MS. TABACCHI: That's the standard.
7    MR. SOFFER: There you go. That's one
8    of those rare moments where it actually makes
9    sense to say that.
10   BY MS. FORD:
11   Q. I want to go back to a little bit of
12   your testimony this morning when you and Mr.
13   Sisneros talked about the inception of the
14   Medicare Working Group, and I believe you
15   testified that Mr. Moorehead asked you to create
16   the group. Is that correct?
17   A. That is correct.
18   Q. Okay, and do you recall the discussions
19   that you had with Mr. Moorehead around that time?
20   MS. TABACCHI: Object to the form.
21   BY MS. FORD:
22   Q. Let me be more specific. Do you recall

22a7552e-50af-408f-9678-8863d73aaafb