UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

# EXHIBIT D

## To The United States Response To Third-Party TAP Pharmaceutical Product, Inc.'s Motion to Clarify Paragraph Six of the Court's September 7, 2007 Order

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - x

IN RE:  PHARMACEUTICAL         : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     : CIVIL ACTION:

PRICE LITIGATION               : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO       :

U.S. ex rel. Ven-a-Care of     : Judge Patti B. Saris

the Florida Keys, Inc. v.      :

Abbott Laboratories, Inc.,     : Chief Magistrate

No. 06-CV-11337-PBS            : Judge Marianne B.

- - - - - - - - - - - - - - - x Bowler

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

- - - - - - - - - - - - - - - x

STATE OF ALABAMA,             :

          Plaintiff,          :

     vs.                      : Case No.: CV-05-219

ABBOTT LABORATORIES, INC.,    : Judge Charles Price

et al.,                       :

          Defendants.         :

- - - - - - - - - - - - - - - x

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        July 12, 2007
Washington, DC

Page 54

1        Q.   Do you remember when you -- do you

2   recall the first time you ever had to deal with

3   any Medicare drug reimbursement issues during

4   your time at Abbott, the first time?

5        A.   Do you mean specific?  Generally?

6   What?

7        Q.   Yeah.  Do you recall the first time

8   when you were at Abbott Labs -- you started

9   working there, I think September of '95; correct?

10       A.   Right.

11       Q.   After you started working there in

12   September of '95, when was the first time you

13   recall working on a Medicare issue related to

14   drug reimbursement?

15            MS. TABACCHI:  Object to the form.

16       A.   I remember one of the first things

17   would have been probably in -- let's see -- '96

18   or '97 or so.

19       Q.   And what issue was it that you found

20   yourself working on in '96 or '97?

21       A.   One of my main focuses then was on a,

22   with a drug called Lupron.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia  HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    July 12, 2007
Washington, DC

Page 55

1        Q.    Was Lupron manufactured by Abbott Labs

2     --

3              MS. TABACCHI:  Object to --

4        Q.    -- to your knowledge?

5              MS. TABACCHI:  Object to the form.

6        A.    Not to my, not to my knowledge.

7        Q.    Do you know who manufactured the drug

8     Lupron?

9              MS. TABACCHI:  Object to the form.

10       Q.    You can answer.

11       A.    Yes.

12       Q.    Who manufactured Lupron?

13       A.    TAP Pharmaceuticals.

14       Q.    So is it fair to say that you worked on

15    reimbursement issues related to TAP as part of

16    your duties in the Washington affairs office for

17    Abbott Labs?

18             MS. TABACCHI:  Object to the form.

19       A.    I did only with regard to that one

20    issue.

21       Q.    Okay.  And what was that issue that you

22    worked on with respect to reimbursement for

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      July 12, 2007
Washington, DC

Page 56

1    Lupron?

2        A.    It was a policy proposed by Medicare

3    carriers.

4        Q.    And what was the policy that was being

5    proposed by the Medicare carriers that you worked

6    on?

7        A.    The policy was known as, least costly

8    alternative.

9            MR. RIKLIN:   I'm sorry?

10       A.    Least costly alternative.

11       Q.    Explain to me what that policy was, the

12   least costly alternative?

13           MS. TABACCHI:   Object to the form.

14       A.    Well, it was a policy that Medicare was

15   attempting to use in saying that two drugs that

16   they were reimbursing, currently reimbursing for,

17   were the same and so should receive the same

18   payment.

19       Q.    And so -- and the same payment being

20   the payment triggered by the least costly drug of

21   those two drugs?

22           MS. TABACCHI:   Object to the form.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 57

1      A.    Yes, that's correct.

2      Q.    And that other drug was Zoladex; is

3  that correct?

4      A.    That is correct.

5      Q.    So if I understand this correctly,

6  certain Medicare carriers -- was it more than one

7  carrier or was it just one carrier that was

8  proposing to use the least costly method

9  alternative for Lupron?

10     MS. TABACCHI:   Object to the form.

11     A.    It started off with one.

12     Q.    Do you recall which carrier it was?

13     A.    It was Palmetto.

14     Q.    Palmetto is located in South Carolina;

15  is that correct?

16     A.    That's correct.

17     Q.    After Palmetto proposed to implement

18  the least costly alternative method for paying

19  for Lupron, did any other carriers start the

20  process of implementing similar measures?

21     MS. TABACCHI:   Object to the form.

22     A.    Yes, they did.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      July 12, 2007

Washington, DC

Page 58

1      Q.    Do you recall which other carriers

2   started to also utilize the least costly

3   alternative method for reimbursing for Lupron?

4      A.    I don't recollect specifically which

5   ones it was.

6      Q.    But you recall specifically Palmetto?

7      A.    Yes.

8      Q.    All right.  And so what -- so when this

9   issue cropped up, what did you do to work on the

10  issue of this least costly alternative

11  reimbursement methodology being applied to

12  Lupron?  What did you do specifically on it?

13         MS. TABACCHI:  Object to the form.

14     A.    Basically, what I did was to work with

15  members of Congress to ask them to express

16  concern with the policy to the carriers.

17     Q.    What was the impact of Palmetto

18  utilizing the least costly alternative method for

19  reimbursing for Lupron on Abbott?  Why did Abbott

20  have an interest in this?

21         MS. TABACCHI:  Object to the form.

22     A.    Well, because basically it could

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          July 12, 2007
Washington, DC

Page 59

1    jeopardize the ability of patients to have access

2    to a drug.

3         Q.    Why would the use of least costly

4    alternative method of reimbursing for Lupron

5    impact patient access to the Lupron?

6              MS. TABACCHI:  Object to the form.

7         A.    Because if Medicare was paying a lower

8    reimbursement rate, it would be, you know,

9    impossible for the physicians to be able to

10   prescribe the drug, you know, if they felt like

11   it was best for their patients.

12        Q.    So is it fair to say that by Palmetto

13   using the least costly alternative method of

14   reimbursing for Lupron, it impacted the

15   profitability to the physician of using, using

16   Lupron?

17             MS. TABACCHI:  Object to the form.

18        A.    I don't have any knowledge of exactly

19   how that, you know, would have worked.

20        Q.    Okay.  If -- I guess I'm trying to

21   understand what you're saying about the patient

22   care here.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 60

1          Why is it that a physician would not

2     use Lupron, notwithstanding the fact that Lupron

3     might have been reimbursed using the least costly

4     alternative reimbursement principals?

5          MS. TABACCHI:  Object to the form.

6     A.    Because it would be, they would be

7     being reimbursed at a rate lower than what they

8     were paying for the drug.

9     Q.    I see.  So for example, they're paying

10    $10.00 for Lupron as a hypothetical.  Obviously,

11    it's not that much.

12         Is it your testimony then that by the

13    carrier shifting to the least costly alternative

14    method of reimbursing for Lupron, that the

15    physician is going to be reimbursed less than

16    that hypothetical $10.00 figure?

17         MS. TABACCHI:  Object to the form.

18    A.    If, well, if the Medicare reimbursement

19    amount for the, if the least costly alternative

20    drug is less than 10 in that hypothetical, then

21    yes.

22    Q.    Do you know whether for Lupron that the

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         July 12, 2007
Washington, DC

Page 61

1    Medicare reimbursement amount for Zoladex, since

2    you worked on the issue, do you know whether the

3    reimbursement amount for Zoladex was less than

4    the amount that physicians were paying Abbott to

5    purchase Lupron?

6         MS. TABACCHI:   Object to the form.

7         A.   Yes, it was my understanding that it

8    was.

9         Q.   So Abbott's concern is that physicians

10   would stop purchasing Lupron because it would,

11   they would not be reimbursed fully for the amount

12   that they were paying, that the physicians were

13   paying Abbott to purchase the drug; is that

14   correct?

15        MS. TABACCHI:   Object to the form.

16        A.   What was our concern was that they

17   wouldn't be able to prescribe the drug, you know,

18   that the patients wouldn't be able to prescribe

19   the drug or the physicians, excuse me.   The

20   physicians wouldn't be able to prescribe the drug

21   that was best for the patient, in their view.

22        Q.   The reason why they wouldn't be able to

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        July 12, 2007
Washington, DC

Page 62

1    prescribe the drug is because they would be

2    incurring a loss if they purchased the drug from

3    Abbott and then sought reimbursement from

4    Medicare; is that correct?

5            MS. TABACCHI:  Object to the form.

6        A.   Under the proposed least costly

7    alternative, yes.

8        Q.   So it's not that the physicians

9    couldn't prescribe the drug for their patients,

10   it's that they might not prescribe them because

11   they wouldn't be fully reimbursed by Medicare?

12   Was that Abbott's concern?

13           MS. TABACCHI:  Object to the form.

14       A.   Again, yes, our concern was make sure

15   the patients have access to the medicines.

16       Q.   Okay.  So when Palmetto and the other

17   carriers proposed to shift to the least costly

18   alternative for reimbursing for Lupron, you

19   mentioned that you worked with members of

20   Congress to try and have them express concern

21   about this change.

22           Did I understand your testimony

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 63

1      correctly?

2          A.   That's correct.

3          Q.   Do you recall which specific members of

4      Congress you reached out to on this particular

5      issue?

6          A.   With the issue generally?

7          Q.   Yeah.   The Lupron least costly

8      alternative issue?

9          A.   With regard to Palmetto, the Palmetto

10     action, it was Senator Thurmond.

11         Q.   And you worked with -- in Senator

12     Thurmond's office until, I believe it was October

13     1992; is that correct?

14         A.   That's correct.   Yes.

15         Q.   And so did you still have colleagues,

16     former colleagues of yours from Senator

17     Thurmond's staff still working for him when this

18     issue cropped up, I think you said it was '96,

19     '97; correct?

20         A.   Yes, I did.

21         Q.   You still had colleagues?

22         A.   Yes, I did.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   July 12, 2007
Washington, DC

Page 64

1          Q.    And did you reach out to particular

2    colleagues in, I guess '96, '97, when this Lupron

3    least costly alternative issue came up on Senator

4    Thurmond's staff?

5               MS. TABACCHI:   Object to the form.

6          A.    Yes, we did.

7          Q.    Who did you talk to on Senator

8    Thurmond's staff about this issue?

9          A.    We talked with Ken Rentiers.

10         Q.    How do you spell the name, for the

11   court reporter?

12         A.    R-E-N-T-I-E-R-S.

13         Q.    And what was Mr. Rentiers's job title

14   within Senator Thurmond's office?

15         A.    He was head of his project section.

16         Q.    What -- was there a project section in

17   Senator Thurmond's office when you were working

18   there?

19         A.    Yes, there was.   Yes, there was.

20         Q.    What exactly, the project section, what

21   was its responsibilities?

22              MS. TABACCHI:   Object to the form.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 65

1      A.   It dealt mainly with, dealing, kind of

2   our interface with the Federal Government

3   agencies.

4      Q.   So the project sections would be the

5   group that would reach out, let's say to the

6   Department of Health and Human Services, reach

7   out to the agency; is that correct?

8            MS. TABACCHI:  Object to the form.

9      A.   That is correct, yes.

10      Q.   And did you speak to anyone else on

11   Senator Thurmond's staff about this Lupron least

12   costly alternative issue, at least with regards

13   to Palmetto and Senator Thurmond's staff?

14      A.   I don't recall if we did.

15      Q.   Okay.  And so you reached out to Mr.

16   Rentiers.  What did you ask Mr. Rentiers to do

17   specifically on this issue?

18            MS. TABACCHI:  Object to the form.

19      A.   To consider asking Senator Thurmond to,

20   on behalf of his constituents to express concern

21   about the proposed policy.

22      Q.   And do you know whether Senator

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 66

1     Thurmond agreed ultimately to express concern

2     about the proposed policy?

3          A.   Yes.   Yes.

4          Q.   And how did Senator Thurmond or his

5     office express concern about this proposed policy

6     change by Palmetto?

7          A.   As I recall, he ended up writing a

8     letter on this.

9          Q.   And who did Senator Thurmond write his

10    letter to?

11         A.   The specific person?

12         Q.   Did he write the letter to Palmetto?

13         A.   I don't recall.   I don't recall.

14         Q.   Did you get a copy of the letter?

15         A.   Yes.   I'm sure I did.   Yes.

16         Q.   But you don't remember who the letter

17    was addressed to, whether -- is that your

18    testimony?

19         A.   No, I don't.   That's correct.   I don't

20    recall.

21         Q.   Was that all that Senator Thurmond's

22    office did on Abbott's behalf on this particular

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   July 12, 2007
## Washington, DC

Page 67

1    issue?

2         MS. TABACCHI:  Object to the form.

3         A.    Yes.  As I recollect, that's what he

4    did on behalf of his constituents.

5         Q.    Did Palmetto change its policy with

6    regard to, how it was going to reimburse for

7    Lupron after Senator Thurmond wrote this letter?

8         MS. TABACCHI:  Object to the form.

9         A.    I don't recall the ultimate

10   disposition, ultimate disposition.

11        Q.    So with regard to this Lupron

12   reimbursement issue, you reached out to Senator

13   Thurmond's office, you spoke with Senator

14   Thurmond, Senator Thurmond wrote a letter, did

15   you do anything else on Abbott's behalf in terms

16   of working on this reimbursement policy issue

17   involving Lupron?

18        MS. TABACCHI:  Object to the form.

19        A.    I don't recollect that we contacted any

20   other specific members or --

21        Q.    I thought you testified earlier that

22   you contacted, you worked with members of

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      July 12, 2007
Washington, DC

Page 68

1   Congress.

2              Did I misunderstand your testimony

3   earlier?

4        A.    It might have been more in the general

5   sense than specific members.

6        Q.    So on this Lupron least costly

7   alternative reimbursement issue, you, it's your

8   recollection that your work focused solely on

9   contacting Senator Thurmond's office and working

10  with them to, and ultimately having Senator

11  Thurmond write a letter on behalf of his

12  constituents?  Is that a fair summary?

13             MS. TABACCHI:  Object to the form.

14       Q.    Is that a fair summary of your work on

15  that issue?

16       A.    That was the main focus, but I remember

17  there was some other legislation, but it's not

18  really that honest and clear in my recollection.

19       Q.    We're going to be going through some

20  documents that might help clarify later on.

21       A.    Okay.

22       Q.    But do you recall whether you or anyone

76aeb8db-bc59-43fd-b096-a948aafc54cd

Page 69

1    else in your office reached out to Palmetto

2    directly to discuss this issue of using the least

3    costly alternative method to reimburse for

4    Lupron?

5         A.   I don't recall that, no.

6         Q.   Why didn't you just call Palmetto and

7    discuss the issue with them?

8              MS. TABACCHI:  Object to the form.

9         A.   You know, payment issues were not

10   necessarily my, my specialty or anything that I

11   would have been working on at the time.

12        Q.   Do you know who at Abbott -- is it

13   that, is it your testimony that your job

14   responsibilities at the Washington affairs office

15   was to work with members of Congress on these

16   types of reimbursement policy issues?

17        A.   Yes.  At the time, yes.

18        Q.   Okay.  Was it also your job

19   responsibility to work with Federal agencies

20   directly on reimbursement policy issues?

21             MS. TABACCHI:  Object to the form.

22        A.   On the Lupron issue, no.  No.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          July 12, 2007
Washington, DC

Page 70

1        Q.    Who at Abbott did you work with outside

2   of the Washington affairs office on this Lupron

3   least costly alternative reimbursement issue?

4        A.    There wouldn't have been anyone at

5   Abbott.

6        Q.    Who at TAP?

7        A.    At TAP, it would have been Chris

8   Lockett was my main contact.

9        Q.    And who is Chris Lockett?

10        A.    It's my understanding -- I don't know

11   his exact title, but was with the -- he headed up

12   their, what they called their state government

13   affairs.

14        Q.    Do you know whether TAP had a federal

15   government affairs department?

16             MS. TABACCHI:   Object to the form.

17        A.    It's my recollection that at that time

18   they did not.

19        Q.    So you worked with Mr. Lockett on the

20   Lupron reimbursement issue.

21             Is there anyone else aside from Mr.

22   Lockett at TAP that you worked on with respect to

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia  HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   July 12, 2007
Washington, DC

Page 71

1   this Lupron reimbursement issue?

2        A.   Not that I recollect.  He was the main

3   focus person.

4        Q.   Do you know what work Mr. Lockett was

5   doing with respect to addressing Palmetto's

6   decision to reimburse Lupron using the least

7   costly alternative method?

8             MS. TABACCHI:  Object to the form.

9        A.   He had a number of contacts within the

10  states.

11       Q.   Do you know who some of these contacts

12  within the states were?

13       A.   Well, the people that he supervised

14  would have had the contacts and perhaps some of

15  the state carriers.

16       Q.   So was Mr. Lockett and his staff then

17  going to the -- did they go to the state of South

18  Carolina, for example, to discuss this issue?

19            MS. TABACCHI:  Object to the form.

20       A.   I'm not -- I don't know whether they

21  had any specific discussions with the people who

22  were, you know, in charge of making the

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      July 12, 2007
Washington, DC

Page 72

1    decisions.

2          Q.   Well, let me just sort of take a step

3    back.

4               What exactly, what is it that Mr.

5    Lockett was doing, to the best of your

6    recollection, to -- I think I asked this earlier,

7    but I don't think I have a clear answer.  What

8    exactly was he doing to help address this issue

9    of Palmetto employing the least costly

10   alternative method to reimburse Lupron?  You were

11   talking to Congress and specifically to Senator

12   Thurmond's office.

13              What was Mr. Lockett doing, to your

14   knowledge?

15              MS. TABACCHI:  Object to the form.

16         A.   He was, to the extent his -- you know,

17   people who reported to him, his state government

18   affairs people, would be monitoring what was

19   going on in the state and then also talking with

20   patient groups that they had contacts with.

21         Q.   Do you know who some of these patient

22   groups were specifically?

76aeb8db-bc8b-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER       July 12, 2007
Washington, DC

Page 73

1        A.    The only one I recall was perhaps a

2    urologist.

3        Q.    A urologist group wouldn't have been a

4    patient group though.  That would have been a

5    group representing providers; correct?

6        A.    Right.  And well, perhaps -- also to

7    the extent that there are prostate cancer groups.

8        Q.    To your knowledge, was Mr. Lockett or

9    anyone else on his staff contacting any of the

10   advocacy groups, such as American Society for

11   Clinical Oncologists?

12            MS. TABACCHI:  Object to the form.

13       Q.    Is that one of the groups that Mr.

14   Lockett and his group were reaching out to work

15   on this issue?

16            MS. TABACCHI:  Object to the form.

17       A.    I don't know specific -- they were

18   involved in it, but I don't know specifically if

19   he was or what the contact was.

20       Q.    Did you personally discuss the Lupron

21   reimbursement issue with anyone at, I'm going to

22   call it ASCO or A-S-C-O.

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      July 12, 2007
Washington, DC

Page 74

1      A.    I don't recall.

2      Q.    Do you recall speaking to any lobbying

3   groups about this Lupron reimbursement issue?   I

4   mentioned ASCO.   Any others that you might recall

5   talking to?

6           MS. TABACCHI:   Object to the form.

7      A.    What do you mean by lobbying?

8      Q.    We talked about the American Society

9   for Clinical Oncologists, ASCO, that's a group

10   that to advocate on behalf of oncologists;

11   correct?

12      A.    Correct.

13      Q.    I believe your testimony is you don't

14   recall discussing this Lupron least costly

15   alternative issue with them?

16      A.    Uh-huh.

17      Q.    Were there any other groups that

18   advocate on behalf of either oncologists,

19   physicians or patients that you recall personally

20   talking to with regard to this Lupron

21   reimbursement issue?

22      A.    That I recall talking to?

76aeb8db-bc59-43fd-b096-a948aafc54cd

Sensibaugh, Cynthia  HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    July 12, 2007
Washington, DC

Page 75

1          Q.    Yes.

2          A.    No.

3          Q.    Okay.  So you said that this was the

4     first issue that you worked on, reimbursement,

5     Medicare drug reimbursement issue you worked on

6     was this Lupron least costly alternative?

7          A.    Right.

8          Q.    Do you recall working on any other

9     Medicare drug reimbursement issues?

10         A.    Ever at Abbott?

11         Q.    Let's go chronologically, and just walk

12    through the chronology you had where you recall

13    the issues that you worked on that dealt with

14    Medicare drug reimbursement.

15               What was the next one?

16         A.    Well, we did, we did work on, kind of

17    as a follow-up to the Lupron, trying to get some

18    language in Medicare legislation.

19         Q.    What kind of language in Medicare

20    legislation?

21         A.    It was basically to only -- to not

22    allow Medicare to use the least costly

76aeb8db-bc59-43fd-b096-a948aafc54cd