UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* ) ) ) ) CIVIL ACTION NO. 06-11337-PBS ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

---

# EXHIBIT F

To The United States Response To Third-Party
TAP Pharmaceutical Product, Inc.'s
Motion to Clarify Paragraph Six
of the Court's September 7, 2007 Order

# REDACTED

*See* the United States' Motion to Require Abbott to
Comply With the Protective Order and With the Court's
September 5, 2007 and September 7, 2007 Orders, and To
Set Forth A Procedure For Future Compliance,
Dkt. No. 4758