UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

# EXHIBIT G

## To The United States Response To Third-Party TAP Pharmaceutical Product, Inc.'s Motion to Clarify Paragraph Six of the Court's September 7, 2007 Order

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


In re: PHARMACEUTICAL          )   MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE     )   CIVIL ACTION

PRICE LITIGATION               )   01CV12257-PBS

_____


                 Videotaped Deposition of RICHARD

                 RIEGER, at 77 West Wacker Drive,

                 Chicago, Illinois, commencing at

                 9:00 a.m. on Thursday, August 9, 2007,

                 before Donna M. Kazaitis, RPR, CSR

                 No. 084-003145.

1e5a4ab5-b302-4f48-afa7-9b082a61301d

Rieger, Richard                                    August 9, 2007
                        Chicago, IL

Page 289

1        Q.     Did you understand -- let me back up.

2        A.     Well, it actually doesn't matter for the

3    U.S. market, but Lupron is also an Abbott brand

4    outside the United States.

5               So Abbott has an interest in the

6    U.S. business through TAP and outside the United

7    States through its own Lupron business.  So it has

8    sort of a worldwide view on the brand.

9        Q.     But with respect to Medicare reform, you

10   would agree with me, wouldn't you, that that's

11   really a U.S. issue?

12       A.     It is, yes.

13       Q.     So with respect to the references to TAP

14   and Lupron in the Medicare Working Group

15   documents, that would be related to Lupron in the

16   U.S. market?

17       A.     Yes, and Abbott's fifty percent

18   ownership in the company that sells Lupron.

19       Q.     Okay.  Let me go back a little bit to

20   your employment history.

21               You indicated that at one point in

22   time for about six months you were an Abbott

Henderson Legal Services
202-220-4158

1e5a4ab5-b302-4f48-afa7-9b082a61301d

Rieger, Richard                           August 9, 2007
                    Chicago, IL

1   employee on loan to TAP; is that correct?

2       A.    Yes.

3       Q.    During that time did you receive, did

4   you still receive a paycheck from Abbott?

5       A.    Yes.

6       Q.    And did you still receive the typical

7   employment benefits from Abbott?

8       A.    Yes.

9       Q.    Meaning, for example, healthcare?

10      A.    Yes.

11      Q.    401-K?

12      A.    Yes.

13      Q.    Similar benefits, okay.

14            And that ended in June of 2003; is

15  that right?

16      A.    Yes.

17      Q.    And then in July of 2003 I believe you

18  testified that you were hired by TAP?

19      A.    Yes.

20      Q.    At that time were you doing the same,

21  did you have the same position that you had when

22  you were on loan to TAP?

1e5a4ab5-b302-4f48-afa7-9b082a61301d

Rieger, Richard                                    August 9, 2007
                        Chicago, IL

                                                        Page 291

1        A.      Yes.

2        Q.      What was your title at that time?

3        A.      I was working in a consulting role for

4    TAP.  So they slotted me in as a senior manager,

5    kind of working as a consultant within their

6    business development group.

7        Q.      So at that time, July of 2003, did you

8    stop getting a check from Abbott and begin getting

9    a check from TAP?

10       A.      Yes.

11       Q.      And what about your medical and other

12   employment benefits, did those start coming from

13   TAP at that point?

14       A.      They come from TAP, but it's the same,

15   the way they have it structured is when you're at

16   TAP you have the identical benefits package as an

17   Abbott employee.

18       Q.      Was it administered the same way?

19       A.      It's administered identically.

20               In fact, years of service are,

21   whether you're at TAP or Abbott you continue to

22   accumulate towards your overall years of service.

Henderson Legal Services
202-220-4158

1e5a4ab5-b302-4f48-afa7-9b082a61301d

Rieger, Richard                                      August 9, 2007
                         Chicago, IL

Page 292

1       Q.      For purposes of pension or vacation?

2       A.      For purposes of pension, yes.

3       Q.      Things like that?

4       A.      Yes, exactly.

5       Q.      Did you have to, for example, notify

6    healthcare providers that you've changed your

7    employer?  Did that change your insurance at all?

8       A.      No.  It's seamless.  Same insurance,

9    same 401-K, same everything.

10      Q.      What about your paychecks, did they come

11   from the same paycheck processing system or

12   company?

13      A.      I don't know where they came from, but

14   it said TAP on the check instead of Abbott.

15      Q.      So you did notice a difference there?

16      A.      Yeah.

17      Q.      Any other differences that you can

18   recall when you went from being an Abbott employee

19   to a TAP employee in terms of personnel issues?

20      A.      No.  There may be some subtle

21   differences in the benefits plans, but if they are

22   they're so subtle that I don't remember them.

1e5a4ab5-b302-4f48-afa7-9b082a61301d

Rieger, Richard                                    August 9, 2007
                        Chicago, IL

                                                    Page 298

1       Q.    Have you ever been engaged in a lawsuit
2   against Abbott?
3       A.    No.
4       Q.    At the time that you left Abbott, did
5   you have any sort of contract or agreement with
6   them?
7       A.    No.
8       Q.    So, for example, no noncompete agreement
9   or anything of that nature?
10      A.    No.
11      Q.    With respect to TAP, do you anticipate
12  receiving a pension from TAP?
13      A.    It's all lumped together with Abbott.
14  So the years of service, it's combined.  So you
15  take your Abbott, plus TAP, and that is all
16  jumbled together into the calculation.
17      Q.    Would the same be true for your 401-K?
18      A.    Yes.
19      Q.    Did you have a separate 401-K with TAP?
20      A.    No.  It was the same one.
21            It's literally identical benefits.
22  People don't resign from Abbott and go to TAP and

Rieger, Richard                                      August 9, 2007
                          Chicago, IL

                                                        Page 299

1    people don't resign from TAP and go to Abbott.

2    They just move across the companies as though

3    they're moving divisions, at least from a benefits

4    perspective.

5        Q.     When you went to work for TAP, where

6    were they headquartered?

7        A.     In Lake Forest, Illinois.

8        Q.     Have you ever been involved in any

9    litigation with TAP aside from giving your

10   deposition?

11       A.     No, just the deposition.

12       Q.     At the time that you left TAP, did you

13   enter into any agreements with TAP such as a

14   noncompete agreement?

15       A.     No.

16       Q.     A disclosure type of agreement?

17       A.     None that I, I think I may have signed

18   a, it may have been, I don't know if

19   "nondisclosure" is the right language but they did

20   ask me to sign and I consented to it regarding

21   knowledge of TAP's trade secrets or something to

22   that effect.  I don't remember the exact scope,

1e5a4ab5-b302-4f48-afa7-9b082a61301d