UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### THE HAVILAND LAW FIRM, LLC'S
### NOTICE OF WITHDRAWAL AS CLASS COUNSEL

To: All Counsel of Record

    PLEASE TAKE NOTICE that The Haviland Law Firm, LLC hereby withdraws as class counsel in this action in view of the standing of most of its clients to represent any consumer class in Track 2 being mooted, the irreconcilable conflict that has arisen with other class counsel, and for the additional reasons set forth in the Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes and Class Counsel's Submission Dated September 18, 2007, the Declaration of Donald E. Haviland, Jr., in support thereof and exhibits thereto, filed contemporaneously herewith.  For the same reasons, The Haviland Law Firm, LLC withdraws its pending Motion for Appointment as Class Counsel for the Track 2 Consumer Sub-Classes Pursuant to Fed.R.Civ.Proc. 23(g) filed on August 24, 2007 [Docket No. 4658] and Renewed Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification [Docket No. 4224].

Date: October 1, 2007

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM, LLC
740 South Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400