UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The Haviland Law Firm, LLC, respectfully moves this Honorable Court for leave to file under seal a redacted version of the Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes Pursuant to Fed.R.Civ.Proc. 23(g), and Class Counsel's Submission Dated September 18, 2007, and Exhibits "A" through "JJ" (excluding Exhibit "CC") to the Declaration of Donald E. Haviland, Jr. in support thereof ("Haviland Reply Declaration"), to the extent the Court finds that any of the foregoing warrant such protection of the Court.

The exhibits to the Haviland Reply Declaration may contain certain confidential attorney work product and communications amongst plaintiffs' counsel that might be protected from public disclosure, despite the fact that MDL Class Counsel already have revealed many communications and informal discussions in their public filings to date to which the Haviland Reply Declaration responds. Because of the partial disclosures and potential waiver, we respectfully request the Court to decide how best to treat the documents.

WHEREFORE, the undersigned respectfully requests that the Court grant leave to file under seal a redacted version of the Reply Memorandum (to the extent it makes substantive reference to an under seal exhibit) and such exhibits to the Haviland Reply Declaration deemed non-public by the Court.

Dated: October 1, 2007

Respectfully submitted,
/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
The Haviland Law Firm, LLC
740 South Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400