UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br>C.A. No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING THE HAVILAND LAW FIRM, LLC'S MOTION TO FILE UNDER SEAL**

Having considered the Motion, The Haviland Law Firm, LLC is hereby granted leave to file under seal a redacted version of the Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes Pursuant to Fed.R.Civ.Proc. 23(g), and Class Counsel's Submission Dated September 18, 2007 (to the extent it makes substantive reference to under seal exhibits) and the following exhibits to the Declaration of Donald E. Haviland, Jr. in Support of The Haviland Law Firm, LLC's Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes and Class Counsel's Submission Dated September 18, 2007, hereby deemed to be non-public. The non-public exhibits include the following: [list of exhibits]

Only these exhibits shall be filed under seal.

Dated: October ___, 2007                        _____
                                                                 Hon. Patti B. Saris
                                                                 United States District Court Judge