UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | MDL No. 1456 <br> C.A. No. 01-12257-PBS <br><br> Judge Patti B. Saris |

**THE HAVILAND LAW FIRM, LLC'S**
**NOTICE OF FILING UNDER SEAL**

To: All Counsel of Record

PLEASE TAKE NOTICE that on October 1, 2007, The Haviland Law Firm, LLC caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes Pursuant to Fed.R.Civ.Proc. 23(g), and Class Counsel's Submission Dated September 18, 2007 and the exhibits to the Declaration of Donald E. Haviland, Jr., in Support thereto (excluding Exhibit "CC"), pending determination by the Court as to the propriety of the same.

Date: October 1, 2007

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
740 South Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400