# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF DONALD E. HAVILAND, JR., IN SUPPORT OF THE HAVILAND LAW FIRM, LLC'S REPLY MEMORANDUM CONCERNING THE APPOINTMENT OF CLASS COUNSEL FOR THE TRACK 2 CLASSES PURSUANT TO FED.R.CIV.PROC. 23(g), AND CLASS COUNSEL'S SUBMISSION DATED SEPTEMBER 18, 2007**

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

**I.  Introduction**

1. I am the managing partner of the Haviland Law Firm, LLC ("HLF"), counsel for the consumer plaintiffs in this matter. I am submitting this Declaration in support of HLF's Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes Pursuant to Fed.R.Civ.Proc. 23(g), and Class Counsel's Submission Dated September 18, 2007.

2. I hereby attest that the facts set forth in the Reply Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes Pursuant to Fed.R.Civ.Proc. 23(g), and Class Counsel's Submission Dated September 18, 2007 are true and correct to the best of my knowledge, information and belief. If called to testify as to the same, I would so testify. In addition, there is additional documentary support for such facts that I would be prepared to submit to the Court forthwith, upon request for the same.

3. Attached as Exhibits hereto are true and correct copies of the following documents:

| Exhibit "A" | *In re Lupron* - Excerpts from the transcript of the April 15, 2005 Fairness Hearing Before the Honorable Richard G. Stearns |
|---|---|
| Exhibit "B" | E-mail thread dated April 5, 2006 |
| Exhibit "C" | E-mail dated Tuesday, May 16, 2006 |
| Exhibit "D" | E-mail thread dated October 5, 2005 - October 12, 2005; E-mail thread dated October 14, 2005 |
| Exhibit "E" | E-mail thread dated October 3, 2006 |
| Exhibit "F" | E-mail dated October 17, 2005; E-mail thread dated October 15, 2005; and E-mail dated October 17, 2005 |
| Exhibit "G" | E-mail thread dated October 15, 2005 - September 7, 2006 |
| Exhibit "H" | BEAN1296; E-mail dated March 23, 2007 |
| Exhibit "I" | E-mail thread dated April 6, 2006 |
| Exhibit "J" | E-mail thread dated July 31, 2006 |
| Exhibit "K" | E-mail thread dated August 1, 2006 |
| Exhibit "L" | E-mail thread dated November 3, 2006 |
| Exhibit "M" | E-mail thread dated November 3, 2006 |
| Exhibit "N" | E-mail thread dated November 9, 2006 |
| Exhibit "O" | E-mail thread dated November 9, 2006 |
| Exhibit "P" | E-mail thread dated November 8, 2006 - November 9, 2006 |
| Exhibit "Q" | E-mail thread dated January 19, 2007 |
| Exhibit "R" | E-mail thread dated March 9, 2007; E-mail thread dated March 15, 2007; Memo to Co-Lead Counsel dated March 19, 2007; and E-mail dated March 29, 2007 |

| Exhibit "S" | E-mail thread dated July 7, 2006 |
|---|---|
| Exhibit "T" | E-mail dated July 25, 2006 |
| Exhibit "U" | E-mail thread dated November 7, 2007 - November 9, 2007 |
| Exhibit "V" | E-mail thread dated May 17, 2006 |
| Exhibit "W" | E-mail thread dated September 6, 2006 |
| Exhibit "X" | E-mail thread dated August 16, 2006 |
| Exhibit "Y" | E-mail thread dated August 24, 2006 |
| Exhibit "Z" | E-mail dated March 23, 2006; March 23, 2006, Associated Press article, "Jury awards more than $10 million in water bottlers' lawsuit" |
| Exhibit "AA" | E-mail thread dated October 31, 2005 - November 1, 2005 |
| Exhibit "BB" | E-mail dated April 24, 2006 |
| Exhibit "CC" | Record on Appeal in the Bridgeport Fire Litigation |
| Exhibit "DD" | E-mail thread dated April 14, 2007 |
| Exhibit "EE" | Letter to Steve Berman dated September 10, 2007; E-mail thread dated December 27, 2006 |
| Exhibit "FF" | E-mail thread dated April 2, 2007 |
| Exhibit "GG" | Email thread dated February 2, 2005 |
| Exhibit "HH" | Email dated April 3, 2007; Class Counsel's Response to Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification |
| Exhibit "II" | Email thread dated September 10, 2007; Letter to Steve Berman dated September 10, 2007 |
| Exhibit "JJ" | Email dated August 27, 2007; Joint Motion of Co-Lead Counsel for Plaintiffs to Seal Pleading |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 1st day of October, 2007.

By: /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

**EXHIBITS TO THE DECLARATION OF DONALD E. HAVILAND, JR., IN SUPPORT OF THE HAVILAND LAW FIRM, LLC'S REPLY MEMORANDUM CONCERNING THE APPOINTMENT OF CLASS COUNSEL FOR THE TRACK 2 CLASSES PURSUANT TO FED.R.CIV.PROC. 23(g), AND CLASS COUNSEL'S SUBMISSION DATED SEPTEMBER 18, 2007**

**[WITH THE EXCEPTION OF EXHIBIT "CC', VOLUMINOUS EXHIBIT FILED SEPARATELY WITH THE CLERK'S OFFICE]**

**FILED UNDER SEAL**