UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' PARTIAL OPPOSITION TO ABBOTT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Abbott has filed a motion for leave to file under seal its Supplemental Submission in Support of its Objections to Magistrate Judge Bowler's August 13, 2007 Order, and Related Exhibits (Motion to Seal). *See* Docket No. 4760. Abbott failed to meet and confer with the United States prior to the filing of the Motion to Seal as required by the Local Rules. Had Abbott done so, it would have obviated the need to file this Opposition, and the parties could have worked together to substantially narrow the Motion to Seal so that it only addresses truly confidential documents.

As discussed below, the United States opposes, in large part, the Motion to Seal.[1] The United States respectfully requests that Abbott's motion be denied as to Exhibits 2 through 7 to its Supplemental Submission in Support of its Objections to Magistrate Judge Bowler's August 13, 2007 Order (Supplemental Submission). The United States asks that the Motion to Seal be

---

[1] The United States will be addressing the Supplemental Submission itself in a separate brief.

granted as to Exhibit 1, an inadvertently produced privileged government document. The United States further requests that Abbott be directed to publicly file its Supplemental Submission, redacting privileged material as appropriate.

## ARGUMENT

The Court has raised concerns about the overdesignation of documents by Abbott as confidential and has rejected numerous such designations in recent rulings. *See* 09/05/2007 and 09/07/2007 Electronic Orders of Judge Patti B. Saris (entered 09/06/2007 and 09/11/07 respectively). The United States agrees fully with these decisions and shares the Court's concerns that parties should not abuse the confidentiality provisions of the protective order in place in this case.

Exhibits 1 through 6 of the Supplemental Submission in Support of Abbott's Supplemental Submission are government documents or excerpts of depositions of government witnesses. The United States has not designated Exhibits 2 through 6 to the Motion to Seal as confidential. Therefore, Exhibits 2 through 6 could have and should have been filed publicly.

The United States has, however, asserted a deliberative process privilege claim over Exhibit 1 to Abbott's Supplemental Submission. While privileged, the document is hardly relevant or material to this case; it is a late 2002 document that postdates and has no bearing on the Abbott conduct at issue in this case (*i.e.*, Abbott's decision to abuse government reimbursement systems by submitting false pricing information on certain of its drugs). The document does not expressly reference Abbott or any of the Abbott drugs in this case.

Exhibit 1 was inadvertently produced to Abbott, and Abbott has not returned the document. Abbott has unfortunately chosen instead to opportunistically use the document to vitiate privilege claims over other government documents. Since Exhibit 1 is a privileged

document, it should have been filed under seal to the extent Abbott is asking the Court to evaluate any privilege claim with regard to the document.[2]

Exhibit 7 is an excerpt from the deposition of an Abbott witness that Abbott designated "highly confidential"; the United States disagrees with Abbott's designation and asks that the Court overrule the designation and require that the document be filed publicly.

## CONCLUSION

The United States respectfully asks this Court to deny Abbott's Motion to Seal as to Exhibits 2 through 7 of its Supplemental Submission. The United States requests that the Court grant the Motion to Seal as to Exhibit 1, an inadvertently produced privileged document. The United States further requests that Abbott be directed to file publicly its Supplemental Submission, redacting privileged material as appropriate.

---

[2] Exhibit 1 is not, however, one of the types of privileged documents that Judge Bowler ordered produced in the August 13, 2007 Order on deliberate process privilege claims, to which both sides have now objected. Therefore, it is not the subject of the Order or the pending objections to that Order.

Respectfully submitted,

| For the United States of America, | PETER D. KEISLER |
| --- | --- |
| | ASSISTANT ATTORNEY GENERAL |

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY                  /s/ Gejaa T. Gobena
                                        Joyce R. Branda
George B. Henderson, II                 Daniel R. Anderson
Assistant U.S. Attorney                 Renée Brooker
John Joseph Moakley                     Justin Draycott
U.S. Courthouse                         Rebecca A. Ford
Suite 9200, 1 Courthouse Way            Gejaa T. Gobena
Boston, MA 02210                        Civil Division
Phone: (617) 748-3272                   Commercial Litigation Branch
Fax: (617) 748-3971                     P. O. Box 261
                                        Ben Franklin Station
R. ALEXANDER ACOSTA                     Washington, D.C.  20044
UNITED STATES ATTORNEY                  Phone:  (202) 307-1088
SOUTHERN DISTRICT OF                    Fax: (202) 307-3852
FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney
General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


Dated: October 2, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' PARTIAL OPPOSITION TO ABBOTT'S MOTION FOR LEAVE TO FILE UNDER SEAL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                    /s/ Gejaa T. Gobena

Dated: October 2, 2007                  Gejaa T. Gobena