UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## MOTION FOR ADMISSION OF SARAH L. REID *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Sarah L. Reid be permitted to appear and participate in this action *pro hac vice* as counsel for defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. The undersigned counsel states as follows:

1. Ms. Reid is a member of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declaration of counsel, attached hereto as Exhibit A, certifies that Ms. Reid has met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Sarah L. Reid *pro hac vice*.

Dated: October 2, 2007

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Paul F. Doyle (BBO # 133460)

101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7786
Facsimile: (212) 808-7897

Attorneys for Dey, Inc., Dey L.P. and
Dey L.P., Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 2, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Paul F. Doyle