# EXHIBIT A:  DECLARATION OF SARAH L. REID

I, Sarah L. Reid, hereby certify as follows:

1. I am a member of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following jurisdictions on the dates indicated for each:

| JURISDICTION | DATE ADMITTED |
| --- | --- |
| The State of New York | April 3, 1978 |
| United States Supreme Court | February 22, 1988 |
| United States Court of Appeals for the First Circuit | February 25, 2003 |
| United States Court of Appeals for the Second Circuit | May 13, 1982 |
| United States Court of Appeals for the Third Circuit | December 17, 1990 |
| United States Court of Appeals for the Ninth Circuit | October 10, 1997 |
| United States Court of Appeals for the Eleventh Circuit | May 17, 1982 |
| United States District Court for the Southern District of New York | November 14, 1978 |
| United States District Court for the Eastern District of New York | November 14, 1978 |
| United States District Court for the Northern District of New York | February 15, 2000 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 2, 2007.

By: _____/s/ Sarah Reid_____
Sarah L. Reid