# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__SARAH   LAYFIELD   REID__, Bar # __SR4603__

was duly admitted to practice in this Court on

__NOVEMBER   14th,   1978__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York         on    OCTOBER   2nd,   2007

J. MICHAEL McMAHON
Clerk

by: _[signature]_
Deputy Clerk