IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>C.A. No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) |  |

### ORDER REGARDING INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND

WHEREAS, *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al.*, Civil Action No. Mon-L-3136-06 (the "New Jersey case"), was originally filed in the Superior Court of Monmouth County, New Jersey, and was subsequently removed to the Federal District Court for the District of New Jersey;

WHEREAS, the Judicial Panel on Multidistrict Litigation transferred the New Jersey case to this Court for consolidation with MDL No. 1456;

WHEREAS, the International Union of Operating Engineers, Local No. 68 Welfare Fund, ("the Fund") sought a remand to the New Jersey Superior Court based on a lack of subject matter jurisdiction;

WHEREAS, counsel for the Fund on several occasions represented to this Court that the New Jersey case was a state-only class action that did not involve federal claims;

WHEREAS, this Court, in reliance on the Fund's representations concerning the scope of the New Jersey case, among other grounds, remanded the New Jersey case to the United States District Court for the District of New Jersey;

DSMDB-2328087v02

WHEREAS, this Court has been presiding over MDL No. 1456 for six years and has made numerous rulings on class certification and the merits;

WHEREAS, counsel for the Fund, Donald E. Haviland, Jr. has been an active participant in MDL. No. 1456 for the past several years and is well aware of the Court's rulings in the case;

WHEREAS, notwithstanding prior representations to this Court, the Fund and its counsel have recently been asserting that they intend to pursue overlapping claims in the New Jersey case against defendants in MDL No. 1456;

WHEREAS, the Fund's prosecution of AWP based claims in the New Jersey case against defendants conflicts with this Court's jurisdiction and authority to manage and adjudicate the claims in MDL No. 1456; and

WHEREAS, under the Anti-Injunction Act and the All Writs Act, this Court has the authority to issue injunctions necessary in aid of its jurisdiction over MDL No. 1456;

THEREFORE, in order to maintain the orderly management and disposition of MDL NO. 1456;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The International Union of Operating Engineers Local No. 68 Welfare Fund, The Haviland Law Firm, Donald E. Haviland, Jr., Esq, and any of the Fund's other attorneys or agents shall not further prosecute and shall dismiss all claims in *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al.*, Civil Action No. Mon-L-3136-06 against the following defendants:

Abbott Laboratories, Amgen Inc., AstraZeneca LP, AstraZeneca Pharmaceuticals LP, AstraZeneca PLC, Zeneca Inc., ZLB Behring, L.L.C. (f/k/a/ Aventis Behring, L.L.C.), Centeon, L.L.C., Armour Pharmaceuticals, Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Inc.,

Sanofi-Synthelabo Inc., Baxter Healthcare Corporation, Baxter International Inc., Immuno-U.S., Inc., Bayer Corporation, Bayer AG, Miles Laboratories, Inc., Cutter Laboratories, Inc., Bristol-Myers Squibb Company, Apothecon, Inc., Oncology Therapeutics Network Corp., Dey, Inc., Fujisawa USA, Inc., Fujisawa Healthcare, Inc., Fujisawa Pharmaceutical Co., Ltd., Immunex Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech, Alza Corporation, Gensia Sicor Pharmaceuticals, Inc., Sicor, Inc., Pharmacia Corporation, Pharmacia & Upjohn LLC, Monsanto Company, G.D. Searle LLC, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation.

IT IS SO ORDERED this _____ day of _____, 2007

_____
Patti B. Saris, U.S.D.J.