# EXHIBIT D



**U.S. Department of Justice**

Civil Division

JRB:DA:GTGobena
46-18-1921

Tel. (202) 307-1088

*Post Office Box 261*
*Benjamin Franklin Station*
*Washington, D.C. 20044*

September 12, 2007

**BY EMAIL**

Jason G. Winchester, Esq.
Jones Day
77 West Wacker
Chicago, Illinois  60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories,* MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Jason:

      We have reviewed the Responses to United States' Deposition Upon Written Questions of Miles White (White Responses).  The United States provided detailed questions into the three areas regarding the October 31, 2000 Stark letter to Mr. White identified by Judge Bowler in her July 20, 2007 ruling.  It is important to note at the outset that our consent to this initial set of questions regarding the Stark letter and related events was not a waiver of our ability to pursue his deposition later on other topics.

      Mr. White's responses can be fairly summarized as follows: I am not sure I saw the October 31, 2000 letter from Congressman Stark or discussed it with anyone other than lawyers.  There is a potential conflict between the White Responses and the evidence.  If the United States is permitted to show Mr. White additional documents and ask Mr. White follow-up questions under oath, it would be able to permit Mr. White to elaborate on these initial responses regarding the October 31, 2000 Stark letter, as well as explore several other topics – as generally identified in the United States' correspondence and pleadings regarding Mr. White's deposition – on which Mr. White has some unique knowledge.

      The White Responses are a vague and inadequate proxy for his sworn, oral testimony on the various issues in this case.  Therefore, we are again requesting Mr. White's oral deposition. Under Case Management Order 29, you have until September 26 to provide dates for Mr. White's deposition; that date must be within 30 days of this written request (i.e., a date set on or before October 12, 2007).  If you decide to file for a protective order again, you have until October 3.  Due to the excessive delays that have already transpired with regard to Mr. White's deposition, we cannot agree to any extension of the deadlines set forth in the Case Management Order.

-2-

Sincerely,

/s/ Gejaa T. Gobena

GEJAA T. GOBENA
Trial Attorney
Commercial Litigation Branch
Counsel for the United States

cc:     James R. Daly
        Renee Brooker
        Mark Lavine
        Ann St. Peter-Griffith
        James Breen