UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | |

*The City of New York v. Abbott Labs., et al.*
(S.D.N.Y. No. 04-CV-06054)
*County of Albany v. Abbott Labs, et al*
(N.D.N.Y. No. 05-CV-00425)
*County of Allegany v. Abbott Labs, et al.*
(W.D.N.Y. No. 05-CV-0236)
*County of Broome v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-0145)
*County of Cattaraugus v. Abbott Labs, et al.*
(W.D.N.Y. No. 05-CV-0256)
*County of Cayuga v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00423)
*County of Chautauqua v. Abbott Labs, et al.*
(W.D.N.Y. No. 05-CV-0214)
*County of Chemung v. Abbott Labs, et al.*
(W.D.N.Y. No. 05-CV-06744)
*County of Chenango v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00354)
*County of Cortland v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00881)
*County of Columbia v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00867)
*County of Dutchess v. Abbott Labs, et al.*
(S.D.N.Y. No. 05-CV-06458)
*County of Essex v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00878)
*County of Fulton v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00519)
*County of Genesee v. Abbott Labs, et al.*
(W.D.N.Y. No. 05-CV-00267)
*County of Greene v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00474)
*County of Herkimer v. Abbott Labs, et al.*
(N.D.N.Y. No. 04-CV-06054)
*County of Jefferson v. Abbott Labs, et al.*

[Caption Continues on Next Page]

(N.D.N.Y. No. 05-CV-00715)       )
*County of Lewis v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00839)       )
*County of Madison v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00714)       )
*County of Monroe v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-1648)       )
*County of Nassau v. Abbott Labs, et al.*       )
(E.D.N.Y. No. 04-CV-5126)       )
*County of Niagara v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06296)       )
*County of Oneida v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00489)       )
*County of Onondaga v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00088)       )
*County of Ontario v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06373)       )
*County of Orleans v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06371)       )
*County of Putnam v. Abbott Labs, et al.*       )
(S.D.N.Y. No. 05-CV-04748)       )
*County of Rensselaer v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-04224)       )
*County of Rockland v. Abbott Labs., et al.*       )
(S.D.N.Y. No. 03-CV-7055)       )
*County of St. Lawrence v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00479)       )
*County of Saratoga v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00478)       )
*County of Schuyler v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06387)       )
*County of Seneca v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06370)       )
*County of Steuben v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06223)       )
*County of Suffolk v. Abbott Labs., et al.*       )
(E.D.N.Y. No. CV-03-229)       )
*County of Tompkins v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00397)       )
*County of Ulster v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 06-CV-0123)       )
*County of Warren v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00468)       )
*County of Washington v. Abbott Labs, et al.*       )
(N.D.N.Y. No. 05-CV-00408)       )
*County of Wayne v. Abbott Labs, et al.*       )
(W.D.N.Y. No. 05-CV-06138)       )

[Caption Continues on Next Page]

| | |
|---|---|
| *County of Westchester v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. No. 03-CV-6178) | ) |
| *County of Wyoming v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-6379) | ) |
| *County of Yates v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |

## STIPULATION AND ORDER

WHEREAS, the Court issued a Memorandum and Order in the above-captioned cases (the "Consolidated Counties Action") on April 2, 2007 (Docket No. 3979) ("Order"); and

WHEREAS, the Order ruled on the defendants' joint motion to dismiss the Amended Consolidated Complaint of New York City and plaintiff New York Counties filed June 22, 2005 and the Second Amended Complaint of the County of Nassau filed January 30, 2006 (collectively, the "Complaints");

WHEREAS, the Order held that the Complaints' Best Prices allegations survived the joint motion to dismiss with respect to defendant Biogen Idec Inc.'s drugs Avonex, Amevive and Zevalin;

WHEREAS, in opposing defendant Biogen Idec Inc.'s individual motion to dismiss the Complaints (Docket No. 2226) (on which motion the Court has not ruled), the plaintiffs acknowledged that they had not purchased Amevive and Zevalin and were not asserting claims relating to these products, but were asserting claims against Biogen Idec Inc. relating to Avonex alone (Docket No. 2437, at 1 n.1); and

WHEREAS, the plaintiffs filed a First Amended Consolidated Complaint in the Consolidated Counties Action on June 8, 2007 (Dkt. No. 4302);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the plaintiffs in the Consolidated Counties Action do not assert any claims relating to Biogen Idec Inc.'s drugs Amevive and Zevalin, and are asserting claims against Biogen Idec Inc. relating to Avonex alone.

By: /s/ James C. Burling
James C. Burling
Mary B. Strother
Jonathan Thessin
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Attorneys for Defendant Biogen Idec Inc.

Date: 8/31/07

By: /s/ Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY 10022

Attorneys for the City of New York and all Captioned New York Counties Except Nassau County

Date: 9/24/07

By: /s/ Ross B. Brooks
Ross B. Brooks
Milberg Weiss LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119

Attorneys for the County of Nassau

Date: 9/25/07

SO ORDERED:

_____
Hon. Patti B. Saris, USDJ

- 2 -