UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br>*United States of America ex rel.*<br>*Ven-a-Care of the Florida Keys, Inc., v.*<br>*Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) ) ) | |

### UNOPPOSED MOTION BY THE UNITED STATES FOR LEAVE TO FILE RESPONSE TO ABBOTT'S SUPPLEMENTAL SUBMISSION RELATING TO THE MAGISTRATE'S AUGUST 13, 2007 ORDER

The United States respectfully files this unopposed motion for leave to file a response to defendant Abbott Laboratories, Inc.'s ("Abbott's") Supplemental Submission in Support of its Objections to Magistrate Bowler's August 13, 2007 Order.

1. On October 1, 2007, Abbott submitted further briefing in support of its objections to the Magistrate's August 13, 2007 Order which relates to the Government's assertion of the deliberative process privilege in this litigation. Abbott's brief contains statements about the Government's position regarding the privilege and about a privileged document that was inadvertently produced in this litigation but which was recently recalled by the United States at a deposition subject to further consultation with the Centers for Medicare and Medicaid Services ("CMS").

2. Counsel for the United States is conferring with its client agency, CMS, concerning the document in question. The United States expects that it will be able to file a very brief

response to Abbott's latest submission by October 10, 2007 and that the response will set out the Government's position with respect to the document at issue as well as with respect to other assertions and arguments in Abbott's filing.

The United States respectfully suggests that by allowing the Government to file a response to Abbott's supplemental submission the Court will be able to make a more fully-informed decision regarding the objections that have been filed to the Magistrate's order – particularly with respect to assertions in Abbott's October 1, 2007 submission.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca A. Ford<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Ana Maria Martinez<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: October 5, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO ABBOTT'S SUPPLEMENTAL SUBMISSION RELATING TO THE MAGISTRATE'S AUGUST 13, 2007 ORDER to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: October 5, 2007

                                                    /s/ Justin Draycott
                                                    Justin Draycott