UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) |

[PROPOSED] **ORDER**

Upon consideration of the United States' motion for leave to file a response to defendant

Abbott Laboratories, Inc.'s (Abbott's) Supplemental Submission in Support of its Objections to

Magistrate Bowler's August 13, 2007 Order, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED;

The United States may file its Response to Abbott's Supplemental Submission on or

before October 10, 2007 and may indicate in the caption of the Response that leave to file has

been granted.

This _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE