UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | | |

### THIRD-PARTY TAP PHARMACEUTICAL PRODUCTS, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO CLARIFY PARAGRAPH SIX OF THE COURT'S SEPTEMBER 7, 2007 ORDER

TAP Pharmaceutical Products, Inc. ("TAP") respectfully requests permission to file the attached, three-page reply in support of its Motion to Clarify Paragraph Six of the Court's September 7, 2007 Order (Dkt. No. 4719).  In support of this Motion, TAP states as follows:

1. TAP filed its motion to clarify on Sept. 17, 2007.  The United States thereafter filed a memorandum in response on October 1, 2007.

2. After reviewing the Government's responsive memorandum, TAP believes that the Court would be aided by a reply memorandum.

Wherefore, TAP seeks the Court's permission to file a brief, three-page reply memorandum in support of its motion to clarify.

Dated: October 5, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Third-Party TAP Pharmaceutical Products, Inc.*

- 2 -

CHI-1610618v1

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing *Third-Party TAP Pharmaceutical Products, Inc.'s Motion For Leave To File Reply In Support Of Its Motion to Clarify Paragraph Six of the Court's Sept. 7, 2007 Order* to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 5th day of October, 2007.

/s/ Brian J. Murray
Brian J. Murray