# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**CITIZENS FOR CONSUME, et al**      .   CIVIL ACTION NO. 01-12257-PBS
      **Plaintiffs**                 .
                                  .
      **V.**                         .   BOSTON, MASSACHUSETTS
                                  .   MAY 16, 2007
**ABBOTT LABORATORIES, et al**        .
      **Defendants**                 .
. . . . . . . . . . . . . . . . . . .

```
                   TRANSCRIPT OF MOTION HEARING
              BEFORE THE HONORABLE MARIANNE B. BOWLER
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the United States:    Rene Brooker, Esquire
                          Justin Draycott, Esquire
                          United States Department of Justice
                          601 D Street, NW
                          Patrick Henry Building, Room 9028
                          Washington, DC  20004
                          202-307-1088

For Ven-A-Care:           James J. Breen, Esquire
                          The Breen Law Firm, P.A.
                          3562 Old Milton Parkway
                          Alpharetta, GA 30005
                          770-740-0008

For Abbott Laboratories:  James Daly, Esquire
                          Jason Winchester, Esquire
                          Jones Day Reavis & Pogue
                          77 West Wacker Drive
                          Chicago, IL  60601-1692
                          312-782-3939

Court Reporter:

Proceedings recorded by digital sound recording, transcript produced by transcription service.

---

*MARYANN V. YOUNG*
**Certified Court Transcriber**
240 Chestnut Street
Wrentham, Massachusetts 02093
(508) 384-2003

I - 62

1        THE COURT:  This is what happens when you get to
2   4:00.  Everybody--
3        MR. BREEN:  That's right.  I'm sorry.
4        MR. WINCHESTER:  --but we attached those papers to
5   our response.  Your Honor can see that.  They asked to have
6   Abbott designate a 30(b)(6) witness to talk about this, what
7   impact did the Tap settlement have on Abbott, whatever that
8   means, and the judge said, no, you don't get that.  It's not at
9   issue in the case.  It's no more at issue here than it is
10  there.
11       In terms of I guess counsel's statements which is
12  well, Abbott may have changed the way it did business as a
13  result of seeing what happened in Tap, to the extent they're
14  trying to discovery things about this reduction of price in
15  2001, which by the way is where their complaint ends, then
16  we've already told them we're giving them all the non-privilege
17  documents that have to do with the reduction of prices for
18  these drugs that happen in 2001.  They're getting those
19  documents.  This class of things--
20       THE COURT:  All right.
21       MR. WINCHESTER:  --class of things they're talking
22  about is outside the case.
23       THE COURT:  Denied without prejudice at this time,
24  maybe to be renewed upon at further showing down the road.
25  Right now I don't see the relevance.