# EXHIBIT C

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4283
larusso@jonesday.com

September 21, 2007

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Rebecca A. Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys Inc. v. Abbott Laboratories*, 06–CV-11337-PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456/Civil Action No. 01-12257

Dear Ms. Ford:

As a courtesy, TAP Pharmaceutical Products Inc. ("TAP") has authorized us to accept service of the subpoena the Department of Justice wishes to serve. As I advised you in my letter of September 18, 2007, however, TAP submits that the subpoena is unauthorized and in contravention of Magistrate Judge Bowler's rulings. Service of the subpoena also is improper in light of the Motion TAP filed to Clarify Paragraph Six of the Court's September 7, 2007 Order. TAP's acceptance of service of the subpoena is without waiver of these and its other objections.

Very truly yours,

Lee Ann Russo

cc:   Jason G. Winchester, Esq.
      Brian J. Murray, Esq.

CHI-1608163v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON