UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER BARRING THE DEPOSITIONS OF DUANE BURNHAM AND THOMAS HODGSON

Abbott Laboratories Inc., Duane Burnham, and Thomas Hodgson respectfully request permission to file the reply attached as Exhibit A hereto in support of their motion for a protective order barring the deposition of Messrs. Burnham and Hodgson (Dkt. No. 4692). The United States does not oppose this motion. To the extent that the United States wishes to submit a sur-reply, it will do so on or before October 12, 2007.

Dated: October 5, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc. and Duane L. Burnham*

/s/ Robert L. Michels
Robert L. Michels
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorney for Thomas R. Hodgson*

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing *Unopposed Motion For Leave To File Reply In Support Of Motion For Protective Order Barring The Depositions Of Duane Burnham And Thomas Hodgson* to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 5th day of October, 2007.

/s/ Brian J. Murray
Brian J. Murray