# EXHIBIT 2



6/14/01 **Chicago Tribune** (KRTBN) (Pg. Unavail. Online)
**2001** WLNR 10072887

**Chicago Tribune** (KRT)
(c) 2001, Chicago Tribune. Distributed by Knight Ridder/Tribune Business News.

June 14, 2001

**Abbott    Laboratories** Cuts Prices Amid Investigation into Drug Costs

**Jun** . 14-- **Abbott    Laboratories** has quietly lowered prices on dozens of drugs and medical treatments amid multiple state and federal investigations alleging that U.S. drug companies lied to the government about the wholesale price of certain pharmaceuticals.

**Chicago Tribune**

**Jun**. 14--**Abbott Laboratories** has quietly lowered prices on dozens of drugs and medical treatments amid multiple state and federal investigations alleging that U.S. drug companies lied to the government about the wholesale price of certain pharmaceuticals.

New government documents show that many **Abbott** prices have been slashed to a fraction of their list price of less than two months ago. The reductions on scores of **Abbott** drugs paid for by the Illinois Department of Public Aid mean an immediate savings of about $2.5 million annually to taxpayers, state officials said.

Applied to Medicaid programs across the country, savings from the new prices likely would amount to many times that figure, according to analysts and Medicaid officials.

Abbott's recent price adjustments bolster assertions by state and federal investigators that public health insurance programs have been grossly overpaying for many products. Prosecutors and congressional probes suggest that overpayments-- resulting because government programs in essence pay whatever drug companies ask-- exceed $1 billion annually.

Many of the cuts are enormous, affecting everything from intravenous solutions to pain killers to heart medicine. For example, Abbott's wholesale price for a 20 milliliter vial of the cardiac drug Dobutamine is now $9.26--just one-sixth of the $54.11 listed just weeks ago.

A drug kit used by home health workers to clear clogged IVs was $127 before and is now $2.39, according to a list of prices obtained from the Illinois Department of Public Aid, which administers the Medicaid program.

Prices on dozens of other drugs, however, remained the same or were lowered only modestly. North Chicago-based Abbott is one of more than 20 drug companies under U.S. Justice Department scrutiny amid allegations that they inflated prices paid by Medicare, the federal health insurance program for the elderly, and Medicaid, the state/federal health insurance program for the poor. Abbott also acknowledges separate investigations of pricing practices in five states, including Illinois.

In addition, TAP Pharmaceutical Products Inc. which is 50 percent owned by Abbott, is under a separate federal investigation of its methods used to market Lupron, a leading prostate cancer treatment. Neither TAP nor Abbott has been charged, but four urologists have pleaded guilty or agreed to plead guilty in the case. Lake Forest- based TAP has been negotiating a settlement that could top $800 million, which would

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

be a record for a pharmaceutical company.

Abbott, the first major drugmaker known to have notified notify Medicaid of reductions in so-called average wholesale prices of its drugs, may be trying to lower its liability in any potential settlements of investigations, say sources close to the investigation.

The price cuts also have implications for the private sector, because many large employers that provide a prescription drug benefit to workers and retirees base their payments on the same price list supplied to the government programs.

Yet an Abbott spokeswoman characterized the price cuts as routine. "In all of our businesses, Abbott periodically and routinely evaluates pricing based on a number of factors, including competitor pricing, operation costs, etc.," said Abbott spokeswoman Christy Beckmann.

But a member of a national task force scrutinizing drug company pricing in the U.S. said Abbott is bending to regulatory pressure.

"I attribute it to doing the right thing in the enforcement atmosphere they're in," said David Waterbury, chief of Medicaid fraud investigation for the state of Washington and a leader of an inquiry by the National Association of Medicaid Fraud Control Units.

It's not clear whether other drug companies will follow Abbott's lead.

At least one other company, Germany-based Bayer AG has agreed to pay $14 million to resolve allegations that it lied about the wholesale prices of certain drugs, including treatments for AIDS. Bayer's settlement requires the company to give state regulators more accurate price information and cooperate with the ongoing investigation, the company said in September.

"I don't think it's a surprise to see some reduction in prices being charged to the Medicaid program, but to this degree--it surprises me," said Sarah Ross, an analyst who follows **Abbott** and other medical product companies for brokerage Edward Jones in St. Louis. "I think other drug companies are going to be taking a close look at their prices. But to this magnitude, I wouldn't count on it."

**Abbott** said that the company did not set the prices used by Medicaid and Medicare programs to reimburse providers for its products.

"The **AWP** is not set by **Abbott** for any of its products, nor does **Abbott** establish the formula for calculating **AWP**," Beckmann said.

**Abbott** said the company reports its published list prices to so-called reporting agencies like health information firm First DataBank, and "they calculate **AWP**," Beckmann said.

But First DataBank executive vice president and chief operating officer Jim Wilson said: "We have nothing to do with setting the prices. We are simply a conduit for the industry."

"We simply collect the information from drug companies and wholesalers and pass it along," to governments and other insurers, Wilson said.

Illinois Medicaid Director Matt Powers said many public and private insurers, particularly state Medicaid programs use the information reported from First DataBank to reimburse providers.

Pharmacists, doctors and hospitals, buy the drugs at a discount. They in turn get to keep the spread between the prices they pay and government reimbursement, which is pegged to **AWP**. Federal investigators say drug makers inflate their prices to win providers' favor and keep market share.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

In Illinois, providers are generally paid 90 percent of **AWP**, while other states are reimbursed at roughly between 85 and 95 percent of **AWP**.

Although it's not clear how much the cuts could cost **Abbott**, the short-term bottom line is not the company's only concern.

"Drug companies' biggest issue now is the world of public opinion, and they have come up against some real challenges that, in some cases, they could have handled better," Edward Jones' Ross said. "They are trying to regain confidence of the public."

By **Bruce Japsen** and Andrew Zajac

-----

To see more of the **Chicago Tribune**, or to subscribe to the newspaper, go to http://www.chicago.tribune.com/

---- INDEX REFERENCES ----

COMPANY: EDWARD JONES; ABBOTT LABORATORIES; TAP PHARMACEUTICAL PRODUCTS INC; BAYER AG

NEWS SUBJECT:  (Major Corporations (1MA93))

INDUSTRY:  (Pharmaceuticals Cost-Benefits (1PH30); Pharmaceuticals & Biotechnology (1PH13); Manufacturing (1MA74); Prescription Drugs (1PR52))

REGION:  (Germany (1GE16); Europe (1EU83); Central Europe (1CE50); USA (1US73); Americas (1AM92); Illinois (1IL01); North America (1NO39); Western Europe (1WE41))

Language:   EN

OTHER INDEXING:   (**ABBOTT**; **ABBOTT LABORATORIES**; **ABBOTT LABORATORIES** CUTS PRICES; **AWP**; BAYER AG; EDWARD JONES; ILLINOIS; ILLINOIS DEPARTMENT; ILLINOIS DEPARTMENT OF PUBLIC AID; ILLINOIS MEDICAID; MEDICAID; NATIONAL ASSOCIATION OF MEDICAID FRAUD CONTROL; STATE MEDICAID; TAP; TAP PHARMACEUTICAL PRODUCTS INC; US JUSTICE DEPARTMENT) (Andrew Zajac; Bayer; Beckmann; Bruce Japsen; Christy Beckmann; David Waterbury; Drug; Jim Wilson; Matt Powers; Pharmacists; Prosecutors; Ross; Sarah Ross; Wilson) (Pharmaceuticals)

TICKER SYMBOL: ABT

Word Count: 1333
6/14/01 KRT-CHITRIB (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.