# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) ) |
| | Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES TO ITS DOCUMENT REQUEST NOS. 37 AND 38

Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for an order compelling Plaintiffs United States of America ("United States" or "Government") to produce documents in response to Abbott's Document Request Nos. 37 and 38 from CMS's Office of Legislation and its Rulemaking Support Files pertaining to legislation or regulations concerning the payment for drugs under Medicare or Medicaid, including documents referring to the spread between Average Wholesale Price ("AWP") and providers' actual acquisition costs for drugs.  In the event the Government withholds any such documents pursuant to the deliberative process privilege, the Court should order the Government to provide a privilege log pursuant to Federal Rule of Civil Procedure 26(b)(5) detailing each withheld document and evidence supporting the efforts undertaken by the Government to determine that the privilege applies to each document.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Abbott hereby requests oral argument on this Motion.

| | |
|---|---|
| Dated: October 11, 2007 | Respectfully submitted, |
| | /s/ R. Christopher Cook |
| | James R. Daly |
| | Tina M. Tabacchi |
| | Brian J. Murray |
| | JONES DAY |
| | 77 West Wacker Drive, Suite 3500 |
| | Chicago, Illinois 60601 |
| | Telephone: (312) 782-3939 |
| | Facsimile: (312) 782-8585 |
| | |
| | R. Christopher Cook |
| | David S. Torborg |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001-2113 |
| | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| | |
| | *Counsel for Defendant Abbott Laboratories, Inc.* |

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

  I certify that the moving party communicated with counsel for Plaintiffs in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                /s/ R. Christopher Cook
                R. Christopher Cook

**CERTIFICATE OF SERVICE**

      I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES TO ITS DOCUMENT REQUEST NOS. 37 AND 38 and all related papers to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 11th day of October, 2007.

      /s/ R. Christopher Cook
      R. Christopher Cook