# EXHIBIT C – Part 3

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION:**

1. RO is responsible for preparation of the final report.

    a. Issued Final Report: Destroy after a total retention of 10 years after the fiscal year for which it was prepared.

    b. Draft Reports, background Materials: Cut off file at the end of the CY in which the report is released. Destroy after a total retention of 2 years after the cutoff date.

2. All Other Offices: Destroy reports on receipt of updated report.

**T. Computer Printouts (N1-440-95-1, Item 13)**

Includes all DATAMED reports from CMS Headquarters to RO, copies of DATAMED listings sent to CMS Headquarters; copies of minicomputer printouts generated at RO which include data analysis pertinent to error rate projections, and related subjects not maintained as part of another file.

**DISPOSITION:** Cut off file 1 year after closeout of review period. File in inactive file. Destroy 3 years after cutoff and all appeals are exhausted.

**U. State Contractor Contracts for Administration of Medicaid Programs (NC1-440-82-4, Item 20)**

Copies of contracts between States and contractors for administration of Medicaid programs, CMS approvals of contracts over $100,000 and related documents.

**DISPOSITION:** Cut off file at the end of the FY in which all appropriate expenditures under the contract have been claimed by the State and approved by CMS RO. File in inactive file. Destroy after a total retention of 5 years after the cutoff date.

**V. State's Accountable Expenditures and Estimates of Account Files (NC1-440-82-4, Item 22)**

Includes quarterly expenditures reports (CMS-64) and estimated expenditures reports (CMS-37) from States for approved programs. Included are CMS-64 (quarterly report of expenditures), copies of CMS grant awards approvals and computation sheets, review correspondence, decision letters, reports and other related documents. Retained for HHS and GAO site audits.

**DISPOSITION:** Cut off file at the end of the FY covered by account. Place in inactive file. Destroy after a total retention of 6 years and 3 months after period covered by account. *(General Records Schedule 6/1A and FPMR B-111, 7/7/81 states "records pertaining to American Indians are not authorized for disposal. Such records must be retained indefinitely since they may be needed in litigation involving the Government's role as trustee of property held by the Government and managed for the benefit of Indians.)*

**W. Disallowance Case File (NC1-440-82-4, Item 23)**

Correspondence and related records which document CMS disallowance of a State claim for funding from inception of a disallowance through recovery of funds.

08/27/03   Page 39 of 59

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION**: Cut off active file upon final resolution and recovery of funds. Place in inactive file. Destroy after a total retention of 3 year after the cutoff date.

### X. HHS Audit Agency Reports Files (NC1-440-82-4, Item 24)

Includes HHS Audit Agency reviews of financial and management practices of State agencies, project grantees and selected aspects of the States' Medicaid program administration. Also includes correspondence and other documents pertinent to RO resolution of findings and documents each audit from first action through final resolution of findings.

**DISPOSITION**: Cut off file at the end of the FY following final closing of HHS audit. Place in active file and destroy after a total retention of 3 years after the cutoff date.

### Y. State Re-approval Review Files (Mechanized Claims Processing Information Retrieval System) (NC1-440-82-4, Item 25A and B)

RO file contains all work papers, review documentation, score sheets, and correspondence relating to the annual System Performance Review (SPR) for MMIS system re-approval and funding. File is used for RO re-approval/disapproval, funding notification and for CMS Headquarters review of appeals.

**DISPOSITION:**

1) If review does not result in appeal, cut off active file upon next subsequent of notification of re-approval/disapproval and funding. Place in inactive file. Destroy after a total retention of 3 years after the review.

2) If review results in appeal, cut off upon final resolution or next subsequent notification of re-approval/disapproval and funding, whichever comes later. Place in inactive file. Destroy after a total retention of 3 years after the review.

### Z. SPR Files on Mechanized Claims Processing MMIS (NC1-440-85-1)

The SPR is used for MMIS re-approval/disapproval and funding decisions. The RO shall maintain a separate SPR file for each State MMIS in the region. Each SPR file shall contain all work papers, worksheets, review documentation, reports, correspondence and other records relating to the annual review of each State's MMIS. The information retained shall fully document the RO review findings and support RO recommendations to CO on the re-approval/disapproval and funding for each State's MMIS.

**DISPOSITION:**

1. **Re-approval**

If the review results in re-approval of a State MMIS, cut off the active file on December 31 after the end of the fiscal year under review. Retain in inactive file. Destroy after a total retention of 1 year after the cutoff date.

2. **Disapproval**

(a) If the review results in disapproval of a State MMIS with reduction in Federal Financial Participation (FFP) and the State appeals to the Grant Appeals Board, cut off active file upon completion of all actions and final resolution of all issues which arose

08/27/03                                                         Page 40 of 59

## STANDARD OPERATING PROCEDURE A75.15

from the appeal and judicial review thereof, if any, or on December 31 after the end of the next subsequent fiscal year under review, whichever is later. Retain in inactive file. Destroy after a total retention of 2 years after the cutoff date.

(b) If the review results in disapproval of a State MMIS with reduction in FFP, but the State does not appeal to the Grant Appeals Board, cut off the active file on December 31 after the end of the next subsequent fiscal year under review. Retain in inactive file. Destroy after a total retention of 2 years after the cutoff date.

2. If the review results in disapproval of a State MMIS, but without reduction in FFP; e.g., State was granted a waiver for good cause or a waiver disposition procedures stated in paragraph 2(b) above. Due to circumstances beyond its control, follow the retention and

### AA. Medicaid State Corrective Plans (CAPS) Files (NC1-440-82-4, Item 28)

Includes formal CAPS submitted by each State to the RO. CAPS are developed to correct deficiencies in a State's quality control of eligibility factors, so that the State does not incur funding liability penalties. Also includes background data, correspondence with the States and CMS Headquarters which relate to corrective action.

**DISPOSITION**: Cut off file at the end of the CY upon resolution of all elements in plan or after resolution of all appeals. Destroy 3 years after cutoff date or when no longer needed for reference, whichever is sooner.

### BB. Waiver Programs (N1-440-94-1, Item 1)

1. Includes the approved waiver(s), correspondence, memoranda, background material and other working papers relating to State Waiver Programs maintained by Headquarters and the Regional Office.

**DISPOSITION**: Cut off file annually upon replacement by another waiver renewal or when the waiver program is no longer operational. Destroy 5 years after cutoff.

2. Section 1115 Medicaid waiver concept papers or proposals received from a State in which the State voluntarily withdrew or decided not to pursue.(N1-440-00-3)

**DISPOSITION**: Cutoff file annually. Destroy 3 years after cutoff.

### 3. Electronic Mail and Word Processing System Copies

a) Copies that have no further administrative value after the recordkeeping copy made. Includes copies maintained by individuals in in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy.

**DISPOSITION**: DELETE within 180 days after the recordkeeping copy has been produced.

b) Copies used for dissemination, revision or updating that are maintained in addition to the recordkeeping copy.

**DISPOSITION**: Delete when dissemination, revision, or updating is completed.

# STANDARD OPERATING PROCEDURE A75.15

**CC. State ADP Systems Plans Files (Integrated Eligibility Determination Systems or Medicaid-Related Administrative Systems) (N1-440-94-1, Item 2)**

Copies of all State requests for title XIX grant monies including Advance Planning Documents and Updates, Requests for Proposals, Contracts, and correspondence including progress information from the States, and Headquarters approvals. CMS Headquarters files are used in CMS's approval of title XIX grant money to the States and for CMS Headquarters post-implementation reviews.

**DISPOSITION:** Cut off file upon termination or completion of project. Hold until post-implementation review is complete. Destroy 3 years and 6 months after cutoff.

**DD. Medicaid State Assesment Files (NC1-440-82-4, Item Assessment**

Includes published Annual State Evaluation Reports (ASER) prepared at CMS RO for each state and all documents retained at the RO relevant to preparation of each ASER. Typical subjects included in the ASER are claims processing, eligibility, financial management, abortion, sterilization, program intergrity, administration and management, service integrity, provider enrollments, etc. Also included in the files are draft ASERs, interim reports, correspondence and comments. Final ASERs are distributed by the RO to the State, CMS Headquarters, other CMS ROs, and other interested parties.

**DISPOSITION:**

1. Regional Office - Responsible for preparation of final ASER.
(a) Published Final Report - Destroy 10 years after publication.
(b) Draft ASERs, background materials - Cutoff file at end of CY in which ASER is published. Destroy 2 years after cutoff.

2. All other Offices - Destroy ASER on receipt of updated report.

## STANDARD OPERATING PROCEDURE A75.15

### VI. GRANT RECORDS

These files accumulate in administering the CMS grant management program. Disposition is not authorized by NARA's General Records Schedule Number 3.

#### A. Grant Files (NC1-440-80-3, Item 1)

Official copies of grants, including planning documents, applications, memorandums and other correspondence, technical evaluation reports, periodic reports, financial advisory reports, budget negotiations, award notices, and similar records. The files are maintained on a fiscal year basis in grant number sequence.

**DISPOSITION:** Close out file upon completion of project period or upon completion of final audit (if required), whichever is later. Hold 1 year and transfer to the FRC. Destroy after a total retention of 6 years after the close out.

#### B. Final Product Files (NC1-440-80-3, Item 2)

Published reports, books, studies, audiovisual material or any other final grant or contract product and related records in textual or machine readable form.

**DISPOSITION:**

1. Office of record for grant or contract.

PERMANENT. Retain one copy of the final report or product on each project for 1 year after the final report or product is received, then transfer to the FRC. Transfer to the National Archives (NA) when 15 years old.

2. Other offices.

Destroy copies when no longer needed.

## STANDARD OPERATING PROCEDURE A75.15

### VII. HEALTH MAINTENANCE ORGANIZATION RECORDS

#### A. HMO APPLICATION FILES

1. **Initial and Expansion Application Files** (N1-440-99-2, Item 1a)

This file consists of individual case folders on "federally-qualified and Medicare-contracting Health Maintenance Organizations (HMO)s" pursuant to statutory and regulatory requirements under Titles XIII of the Public Health Service Act and XVIII of the Social Security Act, as amended. These files comprise the initial and expansion applications, including supporting documentation related to six functional areas: health services delivery, structural and contractual, management information system, management, financial, and marketing; and other pertinent data as officially required.

DISPOSITION: Cut off on close of case. Transfer to the FRC when 3 years old. Destroy 10 years after cutoff.

2. **Official Correspondence File** (N1-440-99-2, Item 1b)

This file consists of incoming and outgoing correspondence and essential back up material pertaining to individual HMO applications for general reference and control purposes. These files consist of, or relate to, correspondence on such matters as site visits, reviews, evaluations, specialty reports, meetings, letters of approval, denial and revocation, and other associated documentation as necessary.

DISPOSITION: Cutoff annually and transfer to FRC. Destroy 10 years after cutoff.

#### B. COMPLIANCE FILES

**Official Compliance Files** (N1-440-95-1, and N1-440-99-2)

This file consist of material in support of the continuing compliance with the statutory and regulatory requirements of Title XIII of the Public Health Service Act and Title XVIII of the Social Security Act. These files include or relate to program correspondence on such matters as analyses, reports, evaluations, non-compliance, revocations, financial reports and other associated documentation. Financial reporting is accomplished through the use of the National Data Reporting Requirements (NDRR) and audited financial reports.

DISPOSITION:

1. <u>Audited Financial Reports</u> - Cutoff annually and transfer to FRC unless revoked. Destroy 7 years after cutoff. (N1-440-99-2, Item 2a)

2. <u>Revoked Audited Financial Reports</u> - Cutoff annually and transfer to the FRC. Destroy 7 years after cutoff. (N1-440-99-2, Item 2b)

3. <u>Annual NDRR Reports</u> - Retain onsite for 3 years. Destroy older reports. (N1-440-95-1, Item 15)

4. <u>Quarterly NDRR Reports</u> - Retain onsite current year reports and reports from the immediately preceding year. Destroy older reports. (N1-440-99-2, Item 2)

## STANDARD OPERATING PROCEDURE A75.15

5. <u>Program Correspondence, Analyses, Reports, Evaluations, Non-Compliance Actions</u>

    a. <u>CMS Central Office</u> - Cut off annually and transfer to the FRC. Destroy 7 years after cutoff. (N1-440-99-2, Item 2d)

    b. <u>CMS Regional Office</u> - Cut off annually. Destroy after a total retention of 4 years. (N1-440-95-1, Item 15)

6. <u>Enrollment Certifications</u> - Cutoff anually. Destroy after a total retention of 6 years. (N1-440-01-6, Item 1f)

7. <u>Electronic Mail and Word Processing System Copies</u>

(a) Copies that have no further administrative value after the recordkeeping copy is made. Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy. **(N1-440-01-6, Item 2a)**

**DISPOSITION:** Delete after the recordkeeping copy is made, or when copies are no longer needed, whichever is later.

(b) Copies used for dissemination, revision, or updating that are maintained in addition to the recordkeeping copy. **(N1-440-01-6, Item 2b)**

**DISPOSITION:** Delete when dissemination, revision, or updating is complete.

## C. LOAN/LOAN GUARANTEE FILES (N1-440-93-4, Item 3)

This file is maintained for each loan made to or loan guarantee made on behalf of a health maintenance organization. These records comprise the official file copy of the application, evaluation, recommendations, correspondence, standard commitment and loan closing documents (including certifications, promissory notes, Operating Cost Assistance Agreement, or Escrow Agreement, etc.) program narratives, and other related documentation.

**DISPOSITION:**

1. <u>Loans Paid in Full</u> - Cutoff on final payment. Transfer to the FRC 2 years after final payment. Destroy after a total retention of 6 years and 3 months after the final payment.

2. <u>Uncollected Loans</u> - Transfer the original loan file to the Department of Justice (DOJ). Retain onsite one copy of all pertinent loan documentation. Destroy the onsite copy after a total retention of 6 years and 3 months from the date of transfer to DOJ.

## D. HMO GRANTEE DEVELOPMENT FILES (N1-440-99-2, Item 3)

These files consist of feasibility, planning, initial development and expansion grant applications for funds, to develop an organization into a qualified HMO. A file would typically consist of application for funds specialists reports, notice-of-grants awards, audit reports, progress reports, consultants reports, reviews, grantee site visit reports, and related correspondence. The files include such materials as when the organizations became a qualified HMO.

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION**: Cutoff and transfer to the FRC when file is closed and no longer needed for day-to-day program operations. Destroy 10 years after cutoff.

### E. SERVICE AREA EXPANSION FILES (N1-440-99-2, Item 4)

These files consist of material for complete service area expansion documentation. The files include application related material, guidelines, specialists reports, reviews, approvals, site visits, notes, and other required correspondence.

**DISPOSITION:**

Records dated 1987 through 1993:

1. <u>Office of Record</u> - Cut off annually and transfer to the FRC. Destroy 10 years after cutoff. (N1-440-99-2, Item 4a1)

2. <u>Other Offices</u> - Destroy when no longer needed for day-to-day program operations. (N1-440-99-2, Item 4a2)

Records dated 1994 to Present: File with the Official Application File. (See N1-440-99-2, Item 1a)

### F. ADJUSTED COMMUNITY RATE (ACR) PROPOSAL (N1-440-98-2)

These files consist of a health plan's documentation supporting its proposed monthly premium charge to Medicare beneficiaries who enroll. Additionally, the file contains the value of health benefits it will provide to the Medicare enrollees which are over and above what Medicare covers. These benefits can be described as additional, optional and mandatory supplemental benefits. CMS's letters of approval to the health plans are also contained in each of the folders.

**DISPOSITION**: CMS contractors and subcontractors: Cutoff file annually and transfer it to the Federal Records Center 18 months after closure. Destroy 6 years and 3 months after files are closed.

HHC013-1534

STANDARD OPERATING PROCEDURE A75.15

## VIII. PROVIDER REIMBURSEMENT REVIEW BOARD RECORDS

### OFFICE OF HEARINGS

1. Administrative Files

a. Instruction Files (N1-440-02-2, Item 1a)

Manuals, directives, handbooks, instructions, and other formal policy and procedural issuances prepared by the Office of Hearings (OH).

**DISPOSITION**: PERMANENT. Cutoff file and retire to the Federal Records Center (FRC) at the end of the calendar year when superseded or discontinued. Transfer to NARA 10 years after cutoff. (Estimated volume, 1 cubic foot, Arranged alphabetically by title.)

b. Instructions Background Files (N1-440-02-2, Item 1b)

Records accumulated in the preparation, clearance, and publication of manuals, directives, handbooks, instructions, and other formal policy and procedural issuances. Included are studies, clearance comments, recommendations and similar records, which provide a basis for publication and contribute to the content of the issuance.

**DISPOSITION**: Temporary. Destroy when superseded or discontinued.

c. Office of Hearings Database

Case Tracker serves as an index for the cases and tracks case actions in data fields such as date of request, date of acknowledgement, filing dates, hearing dates, decision, withdrawal or dismissal dates, case number, intermediary information, final actions taken, date of retention implementation, and others. Dates: 1990 to Present.

(1) Master Data File:

**DISPOSITION**: Temporary. Delete/destroy when superseded, obsolete, or when migrated to a new system. **(N1-440-02-2, Item 1c(1))**

(2) Documentation. Contains data dictionaries, program codes and record layouts for the data fields, user manuals, glossaries for program terms and acronyms, and related materials.

**DISPOSITION**: Temporary. Destroy or delete when superseded or obsolete, or upon authorized migration of the database, whichever is sooner. (N1-440-02-2, Item 1c(2))

(3) Outputs. Regular and ad hoc reports:

PRRB Reports:

PRRB Monthly Progress Report (by fiscal year)

PRRB Work In Process (by fiscal year)

STANDARD OPERATING PROCEDURE A75.15

PRRB Aged Appeals (by Year of Receipt)

Decision Inventory (as of Month and FY)

Decision Conferences (through Month and FY))

Position Paper Report (Month and FY)

Preliminary Position Paper Report (Month and FY)

Mediation Report

**MGCRB Reports:**

Case Status - By Case Number

Case Status - By Provider Number

Case Listing - By Selected Provider Number

**Ad Hoc Reports:**

These are produced to get specific case information or when we receive a request for something specific, e.g.; all open PRRB or MGCRB appeals in a State.

**DISPOSITION:** Temporary. File with appropriate record series or destroy or delete when no longer needed for administrative, legal, fiscal, or reference purposes, as applicable.

(N1-440-02-2, Item 1c(3))

(4) Back-up Files. Daily and weekly incremental backups, intended for restoration to its native environment in case of system failure. (N1-440-02-2, Item 1c(4))

**DISPOSITION:** Temporary. Destroy or delete when no longer needed for current business or when replaced by a subsequent security backup file.

2. **Provider Reimbursement Review Board Files**

a. Hearing Decisions (N1-440-02-2, Item 2a)

Case files containing documents accumulated in the hearing process. Included are the provider's request for a hearing, provider position papers, fiscal intermediary position papers, cost reports, notice of hearing, hearing transcripts, hearing decision by the Board, and related documents. Hearing decisions may be reviewed by the Secretary of HHS, and provider may seek judicial review of unfavorable decisions.

**DISPOSITION:** Temporary. Cutoff file after the final decision and retire to the FRC by fiscal year. Destroy 6 years and 3 months after cutoff.

b. Closed Case Files (N1-440-02-2, Item 2b)

Case files containing documents accumulated in the hearing process. Included are the provider's request for a hearing, provider position papers, fiscal intermediary position papers, cost reports, notice of hearing and related documents. Cases are usually closed without a formal hearing and have been withdrawn or dismissed by the Board.