# EXHIBIT C – Part 4

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION**: Temporary. Cutoff file after the final decision, and retire to the FRC by fiscal year. Destroy 6 years and 3 months after cutoff.

### 3. Medicare Geographic Classification Review Board Files (N1-440-02-2, Item 3)

Decisions issued by the Medicare Geographic Classification Review Board (MGCRB) on applications submitted by hospitals seeking geographic reclassification for purposes of determining a hospital's standardized amount or the applicable area wage index or both. The MGCRB's decisions are subject to review by the Administrator. The Administrator's decisions reviewing MGCRB decisions will be placed in the MGCRB file and returned to the MGCRB. (Any pre-decisional attorney-client privileged material generated during the review will be maintained by the Office of the Attorney Advisor permanently.)

**DISPOSITION**: Temporary. Cutoff file upon issuance of the final agency action on a hospital's application. Place in an inactive file by fiscal year. Hold in the Office of Hearings for 36 months from the date the final agency action was taken, then retire to the Federal Records Center (FRC) by fiscal year. Destroy 6 years and 3 months after cutoff.

### 4. Hearing Officer Decisions or Proposed Decision Files (N1-440-02-2, Item 4)

Case files contain documents accumulated in the hearing process. Included are request for hearings, position papers of the parties, cost reports, notice of hearing, hearing transcript, hearing officer decision or proposed decision to the CMS Administrator, and related documents. The following types of cases are handled by the CMS Hearing Officers: Appeals from Denials of Medicaid State Plan Amendments, Appeals from Cost Determinations from HMO/CMP Cost Reports, Appeals from Denials of Medicare Provider or Supplier Enrollment Number, Appeals from Cost Determinations from Organ Procurement Organizations or Histocompatibility laboratory. With regard to Provider and Supplier Number appeals, the record includes initial Carrier Determination and Carrier Hearing Officer Decision. For State Plan Amendment and HMO/CMP appeals, the Hearing Officer prepares proposed decision to the CMS Administrator. The final decision of the CMS Administrator is included in the file.

**DISPOSITION**: Temporary. Cutoff after the final decision and retire to the FRC by fiscal year. Destroy 6 years and 3 months after cutoff.

### 5. Electronic Mail and Word Processing System Copies (N1-440-02-2, Item 5)

a. Copies that have no further administrative value after the recordkeeping (paper) copy is made. Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy.

**DISPOSITION**: Temporary. Delete within 180 days after the recordkeeping copy has been produced.

b. Copies used for dissemination, revision, or updating that are maintained in addition to the recordkeeping copy.

**DISPOSITION**: Temporary. Delete when dissemination, revision, or updating is completed.

## STANDARD OPERATING PROCEDURE A75.15

### IX. MACHINE READABLE SYSTEM OF RECORDS (Master Data Files)

#### A. Enrollment Database (Replaced Health Insurance Beneficiary Master Records (NC1-440-81-1, Item 1)

The enrollment database is an online master file of all prior and current Medicare beneficiaries. This database is the authoritative source of Medicare entitlement and supports Medicare bill and payment record processing by providing CMS Common Working File host sites with accurate, timely entitlement information. In addition, the enrollment database supports research activities through both static and adhoc data extract facilities. It is updated daily in an environment that concurrently supports a mix of multiple updates and queries. The database contains multiple indexes, but most updates use the health insurance claim number--the primary index. The beneficiary record contains information on enrollment in Part A (hospital insurance) and Part B (supplementary medical insurance), personal demographics (age, race, residence) group health plan enrollment, and other enrollment information. The database is backed up daily.

**DISPOSITION**: Retain three generations of the daily backups.

#### B. Health Insurance Provider Master Record (NC1-440-81-1, Item 2)

A master record on magnetic tape, listing hospital, skilled nursing facility, home health agency, outpatient physical therapist, and providers of renal service participating in the Medicare program. Records are in sequence by the intermediary number and provider number. This file, which contains records from July 1966 to date, is updated monthly.

**DISPOSITION**: Erase and return to blank stock 998 days after update.

#### C. Group Health Plan System - Master File (NC1-440-81-1, Item 3)

A master enrollment file, in machine-readable form, of all enrollees in prepayment health plans and health maintenance organizations. Records are indexed by health insurance claim number and date from July 1966 to present. The system is updated monthly and contains membership information and information on health insurance entitlement and supplementary medical insurance entitlement.

**DISPOSITION**: Erase and return blank stock 90 days after update.

#### D. Third-Party Master File (NC1-440-81-1, Item 4)

A master file, on cartridges, of health insurance and supplementary medical insurance beneficiaries whose premiums are paid by third parties (States, agencies, private organizations, Civil Service Commission, etc.).

The records are in health insurance claim number sequence and are updated monthly. They date from July 1966 to present and included such information as claim number, beneficiary identification code, name, sex, date of birth, third-party identification, and billing and payment history.

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION**: Erase and return to blank stock after 120 days. File is held in the Tape Library for 90 days then sent to an offsite security storage facility until the end of the 120-day retention period.

### E. Health Insurance General Enrollment Period File (NC1-440-81-1, Item 5)

A record, on cartridge, for each individual who is eligible to enroll in supplementary medical insurance during the general enrollment period. The file is in sequence by health insurance claim number and is updated annually. Records date from January of the current year. Information in each record consists of claim number, date of birth, name, address, hospital insurance enrollment and termination information, and any previous supplementary medical insurance enrollment and termination information.

**DISPOSITION**: Erase and return to blank stock after 190 days.

## X. GRANTS, RESEARCH AND DEMONSTRATION FILES

### A. Interchange of Research Experts Files (NC1-440-80-2, Item 1)

Case files on foreign and U.S. research experts who are participating in interchange fellowship programs under PL 86-610, and similar Public Laws. The case files contain reports, itineraries, and correspondence with Fellows, Federal agencies, American Embassies, and public and private agencies, schools and others.

**DISPOSITION**: Transfer to the FRC 1 year after case is closed. Destroy after a total retention of 10 years.

### B. International Participant Files (NC1-440-80-2, Item 2)

Case files on foreign training participants who are studying social welfare and health insurance programs in the United States in programs planned by CMS. The case files contain reports, itineraries, and correspondence with the participants, Federal agencies, international organizations, public and private welfare agencies, schools and others.

**DISPOSITION**: Transfer to the FRC 1 year after case is closed. Destroy after a total retention of 10 years.

### C. Legislative Records (NC1-440-80-2, Item 3)

1. Legislation Case Files on public and private laws. Resolutions, reports, working papers, copies of laws, and other material relating to the laws.

   **DISPOSITION**: PERMANENT. Transfer to the FRC after adjournment of the second subsequent Congress. Transfer to the National Archives when 20 years old. Files arranged by program and subject matter.

2. Draft Legislation Case Files Correspondence, reports, working papers, and related material concerning legislation which has not been introduced as a bill in the House or Senate.

   **DISPOSITION**: Transfer to the FRC after adjournment of the second subsequent Congress. Destroy after a total retention of 20 years.

# STANDARD OPERATING PROCEDURE A75.15

D. **Public Inquiry Name Files** (NC1-440-80-2, Item 4)

Letters, together with copies of replies referred from the offices of the President, Congressman, and Government agencies or received directly from persons requesting general information on CMS programs which cannot be answered except through personalized correspondence.

DISPOSITION: Cutoff file at end of each year. Destroy after a total retention of 1 year.

E. **State Compliance Hearings** (NC1-440-80-2, Item 5)

Records consisting of correspondence, briefs, moves, and official hearing dockets (bound) pertaining to States' plans practices and procedures which are not in conformity with Federal provisions, arranged alphabetically by State.

DISPOSITION: PERMANENT. Retain onsite for 5 years and transfer to the FRC. Transfer to the National Archives when 15 years old.

F. **State Grant Dockets** (NC1-440-80-2, Item 6)

Quarterly reports from States, territories and possessions, of estimated and actual expenditures for programs approved under Title XIX of the Social Security Act, as amended; computations of amounts certified for grants; and related correspondence.

DISPOSITION: Cutoff files at the end of each fiscal year. Retain onsite for 3 years and then transfer to the FRC. Destroy after a total retention of 10 years.

G. **State Grant Ledgers and Cash Tables** (NC1-440-80-2, Item 7)

Ledgers showing quarterly and annual grants, and cash tables showing cumulative grants to States, territories and possessions for programs approved under Title XIX of the Social Security Act, as amended.

DISPOSITION: PERMANENT. Cutoff file at the end of each fiscal year. Retain onsite for 3 years and then transfer to the FRC. Transfer to the National Archives when 10 years old.

H. **Statistical Reports** (NC1-440-80-2, Item 8)

1. State and local records submitted by public welfare agencies containing statistical data and other information on CMS programs approved under Title XIX of the Social Security Act, as amended.

DISPOSITION: Eligible for destruction after 5 years. Cutoff file at the end of each calendar year. Retain onsite for 2 years and transfer to the FRC. Destroy after a total retention of 5 years.

2. Comprehensive statistical reports on CMS programs compiled from State and local reports.

08/27/03

HHC013-1540

## STANDARD OPERATING PROCEDURE A75.15

DISPOSITION: Office responsible for compiling report. Retain reports onsite for 3 years, then transfer to the FRC. Destroy after a total retention of 10 years.

I. **Policy and Reference Files** (NC1-440-80-2, Item 9)

Copies of correspondence, other documents, and directives maintained as precedent locator file.

DISPOSITION: Destroy when superseded or obsolete.

J. **State Plans File** (NC1-440-80-2, Item 10)

Material submitted by each State, territory and possession pertaining to the administration of medical assistance grants-in-aid programs under Title XIX of the Social Security Act, as amended consisting of State laws.

Attorney Generals' opinions, draft and approved medical assistance plans developed by the States, formal transmittals, plans maintenance data, and related material. As portions of the plans are changed the superseded materials are withdrawn and filed as obsolete material in the same order as filed in the State plan. For each State there is the current plan material and earlier material showing its evolution. This file is basic for a study of the operations of the medical assistance program in the States.

DISPOSITION:

1. **Record Copy of State Plans File** - Transfer obsolete or superseded plan materials to the FRC after 3 years. Destroy after a total retention of 20 years.

2. **Duplicate or Loan Set of State Plans** - Dispose of plan materials after a total retention of 2 years after they are superseded or obsolete.

3. Other copies of State Plans - Dispose of after a total retention of 1 year.

4. **Control Records** - Associate with records copies of State Plans Files and follow appropriate disposition instructions for those files. (These forms are prepared by State agencies as transmittal sheets listing new and revised plan materials citing superseded portions, and indicating filing point.)

K. **Demonstration Cost Reports** (N1-440-95-1, Item 14)

Cost reports are required for certain demonstrations to reimburse providers and collect data for the demonstration evaluation. The cost reports are unique to each demonstration. For cost type demonstrations, providers are granted hearing and appeal rights should they dispute the government determination of reimbursable costs. Cost reports are currently utilized for the Municipal Health Services Program, Alzheimer Disease Demonstration and the Community Nursing Organization Demonstrations.

DISPOSITION: Cutoff file upon final determination of program liability and all appeals are exhausted, or 1 year after the issuance of a report to Congress, whichever is later. Destroy 6 years and 3 months after cutoff.

L **Demonstration Project Files** (N1-440-98-1).

## STANDARD OPERATING PROCEDURE A75.15

The demonstration file consists of the following information for management payment (capitation or cost) as well as for the evaluation: Award/initiation letter, cost reports, financial statements, correspondence, progress reports, corrective actions, site visit reports, interim and final reports, desk review programs, notices of program reimbursement, adjustment reports, appeals information (e.g., position papers), payment information, enrollee data, monthly and history edits.

**DISPOSITION:** Close demonstration file at the end of the fiscal year after final action is completed (e.g., final payment, settlement, appeal or evaluation). Transfer to a FRC 2 years after closure. Destroy 10 years after closure. If inactive case becomes active, it must be PERMANENTLY WITHDRAWN from the FRC.

### M. R&D Project Case Files (N1-440-89-2)

This file contains research and development records assembled by SRI, International, under a 5-year contract, No. CMS-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, "Evaluation of the Arizona Health Care Cost Containment System (AHCCCS). AHCCCS is a project of CMS Office of Research and Demonstrations. The records in this file document the cost and delivery of acute health care in AHCCCS facilities. The SRI contract ends January 31, 1989.

**DISPOSITION:** Transfer immediately to a FRC. Destroy when 10 years old.

## XI. CLINICAL LABORATORY IMPROVEMENT AMENDMENTS (CLIA)

The files described in this schedule are created in the administration of the Clinical Laboratory Improvement Amendments. CLIA establishes quality standards for all laboratory testing to ensure the accuracy, reliability and timeliness of patient test results regardless of where the test was performed. CLIA requires facilities performing laboratory testing subject to CLIA apply for certification in the CLIA program. These facilities must pay biannual user fees to HHS which covers costs to administer the program.

### A. Laboratory Personnel Report, Form CMS-114 (N1-440-96-1, Item 5)

Used to collect data regarding the qualifications of the laboratory director and all other laboratory staff which have supervisory or consultant responsibilities, or perform laboratory tests. It is used for laboratories which have been issued CLIA certificates and CLIA waivers.

**DISPOSITION:**

a. Form CMS-114 (CYs 1992 through 1994) - Destroy immediately upon approval of schedule.

b. Form CMS-114 (from CY 1997 forward) - Cutoff file at the end of the calendar year. Transfer to the Federal Records Center 1 year after cutoff. Destroy 6 years after cutoff.

# STANDARD OPERATING PROCEDURE A75.15

## B. Clinical Laboratory Application, Form CMS-116 (N1-440-96-1, Item 6)

Used to collect general information regarding clinical laboratories. This information includes address, CLIA identification number, name of director, type of laboratory, hours, number of operating sites, accreditation, and ownership information.

**DISPOSITION:**

a. <u>Form CMS-116</u> - Cutoff file at the end of the calendar year. Transfer to the Federal Records Center 2 years after cutoff. Destroy 6 years after cutoff.

b. <u>CMS-116 Database</u> - Destroy or delete data files when superseded, obsolete, or no longer needed for administrative, legal, audit, or other operational purposes.

*NOTE: If the CMS-116 application form data resides in a database management system with other CLIA program records, this disposition applies only to the information in the system that was collected on the CMS-116 form.*

## C. User Fee Related Files

(1) Bank Media - These records document only the basic final transaction, money received by the lockbox bank and forwarded to CMS. Records include deposit tickets, debit vouchers, credit vouchers, account batch listings, and copies of checks received from laboratories to pay their CLIA User Fees. (N1-440-01-04, Item 1a(1))

**DISPOSITION:** Cutoff at the close of the calendar year in which paid, or voided, as applicable. Retire to FRC 1 year after cutoff. Destroy 6 years and 3 months after cutoff.

(2) Canceled Payments - These records are listings of refund checks that are returned to the United States Treasury. These listings include information necessary to reapply the money to the appropriate account(s). (N1-440-01-04, Item 1a(2))

**DISPOSITION:** Cutoff at the close of the calendar year in which paid, or voided, as applicable. Retire to FRC 1 year after cutoff. Destroy 6 years and 3 months after cutoff.

(3) Refund Reports - These reports include the names and addresses of all person who overpaid CLIA and are receiving refunds. The reports are generated and forwarded to the United States Treasury who in turns sends the checks to the recipients. (N1-440-01-04, Item 1a(3))

**DISPOSITION:** Cutoff at the close of the calendar year. Retire to FRC 1 year after cutoff. Destroy 6 years and 3 months after cutoff.

(4) Administrative Accounts Reconciliation Files - - Correspondence, weekly reports and data relating to the user fee operation. (N1-440-01-04, Item 9a(4))

**DISPOSITION:** Cutoff at the close of the calendar year. Retire to the FRC 1 year after cutoff. Destroy 6 years and 3 months after cutoff.

## D. CLIA Proficiency Testing Program Files

## STANDARD OPERATING PROCEDURE A75.15

The proficiency testing (PT) is a means of measuring a laboratory's performance by comparing it to the accuracy of tests performed by laboratories across the nation. PT involves sending sample specimens with known values to each laboratory 3 times per year to evaluate which laboratory results match the specimens known value. PT samples are provided by private non-profit organizations, Federal or State agencies. The CLIA Amendments of 1988 require the annual approval of each PT program. The specific standards applicable to the annual approval of each PT program are found in 42 CFR 493.901 through 493.959. The PT program files include the letters, documents, correspondence and participant summary reports necessary for the annual approval of each PT program.

**DISPOSITION:** Annual Approval Letters, Documents and Correspondence - Maintain last 2 PT program approvals files onsite. (N1-440-01-04, Item 1b(1))

Annual Approval Letters, Documents and Correspondence - Maintain last 2 PT program approvals files onsite. (N1-440-01-04, Item 1b(1))

(1) Currently Approved PT programs - Cutoff at the end of the calendar year in which is approved, then retire to the FRC. Destroy 10 years after cutoff. (N1-440-01-04, Item 1b1(a))

(2) Discontinued PT programs - Cutoff at the end of the calendar year in which it is discontinued, then retire to the FRC. Destroy 5 years after cutoff. (N1-440-01-04, Item 1b1(b))

E. **PT Participant Summary Reports** - Cutoff at the end of the calendar year. Retire to the FRC 2 years after cutoff. Destroy 6 years after cutoff. (N1-440-01-04, Item 1c)

F. **CLIA Validation Review Files** (N1-440-01-04, Item 1d)

Documents related to annual validation review of laboratory accreditation organizations, whose accreditation programs have been approved as equivalent to the CLIA program requirements. The validation reviews evaluate the extent to which the accreditation organization's respective laboratories maintain equivalency in laboratory practices and testing.

**DISPOSITION:** Cutoff at the end of the validation review. Retire to the FRC 3 years after cutoff. Destroy 6 years after cutoff.

G. **Electronic Mail and Word Processing System Copies**

Electronic copies of records that are created on electronic and mail and word processing systems and used solely to generate a recordkeeping copy of the records covered by the other items on this schedule. Also includes electronic copies of records created on electronic mail and word processing systems that are maintained for updating, revision or dissemination.

(1) Copies that have no other administrative value after the recordkeeping copy is made. Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy. (N1-440-01-04, Item 1e(1))

HHC013-1544

## STANDARD OPERATING PROCEDURE A75.15

**DISPOSITION:** Delete after recordkeeping copy is made or when copies are no longer needed, whichever is later.

(2) Copies used for dissemination, revision or updating that are maintained in addition to the recordkeeping copy. (N1-440-01-04, Item 1e(2))

**DISPOSITION:** Destroy/delete when dissemination, revision, or updating is completed.

## XII. MEDIGAP

A. <u>State Review Files</u> (N1-440-96-1, Item 2)

Documentation relating to the administrative review of State Medigap plan operations and certification procedures. Substantiates that the State has been and continues to meet the requirements as stated in Section 1882 of the Social Security Act. Included are State reviews that determine the degree of adherence to Federal Medigap requirements, plan approval, documentation, memoranda to insurance commissioners, regulations and similar material.

**DISPOSITION:**

(1) <u>CMS Headquarters</u> - PERMANENT. Cut off file annually. Maintain the last two reviews onsite. Transfer all other reviews to the Federal Records Center 3 years after cutoff. Transfer to the National Archives 13 years after cutoff.

(2) <u>Other Offices</u> - Destroy 2 years after cutoff.

B. <u>Instructions/Background Files</u> (N1-440-96-1, Item 3)

Records accumulated in the preparation, clearance, and publication of manuals, directives, handbooks, and other formal policy and procedural issuances. Included are

HHC013-1545

## STANDARD OPERATING PROCEDURE A75.15

studies, clearance comments, recommendations, and similar records which provide basis for publication or contribute to the content of the issuance.

**DISPOSITION:**

(1) <u>Office Responsible for Instructions Coordination</u> - Cutoff file when no longer needed for current operations. Transfer inactive file to the Federal Records Center annually. Destroy 10 years after cutoff.

(2) <u>Other Offices</u> - Destroy 2 years after the close of the calendar year in which dated.

C. **Program Files** (N1-440-96-1, Item 4)

Documents relating to reviews and special studies of CMS Central and Regional Offices, and Medicare contractors to determine the degree of adherence to established policy, instructions and specifications. Includes chronological files (also known as reading files).

**DISPOSITION:** Destroy 2 years after the close of the calendar year in which dated.

### XIII. PRESS OFFICE FILES
1. Press Release Files
Documents relating to the preparation coordination, clearance and dissemination of information to any public communications media. Includes drafts, clearance comments, forms, press releases and related papers.
**DISPOSITION:**
a. Record copy of Agency news releases, held by the CMS Press Office. PERMANENT. Transfer to the Washington National Records Center when 2 years old or until volume warrants. Transfer to the National Archives when 20 years old. (N1-440-02-1, Item 1a)
b. All other copies - Destroy when 2 years old. (N1-440-02-1, Item 1b)
2. Daily Press Service (News Clips) (N1-440-02-1, Item 2)
Daily compilation of articles and similar materials appearing in the press that relate to health care issues. The material is distributed for review by top-level CMS staff.
**DISPOSITION:** Destroy when 3 years old.
3. News Conference File (N1-440-02-1, Item 3)
Consists of transcripts of the Administrator's press conferences and some related background materials. Records are maintained in binders and arranged by date of press conference.
**DISPOSITION:** PERMANENT. Transfer to the FRC if volume warrants. Offer to NARA in blocks of 5 years when 20 years old.
4. Publication Planning and Clearance Request Form, HHS-615 (N1-440-02-1, Item 4)

## STANDARD OPERATING PROCEDURE A75.15

This clearance form is used for the production of any CMS publication (as defined in the Public Affairs Management Manual). Approval of this form by the Public Affairs Office is mandatory before print production may proceed.
**DISPOSITION:** Destroy 5 years after the close of the fiscal year in which approved.
5. Electronic Mail and Word Processing System Copies (N1-440-02-1, Item 5)
a. Copies that have no further administrative value after the recordkeeping copy is made. Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy.
**DISPOSITION:** Delete after the recordkeeping copy is made, or when copies are no longer needed, whichever is later.
b. Copies used for dissemination, revision, or updating that are maintained in addition to the recordkeeping copy.
**DISPOSITION:** Destroy/delete when dissemination, revision, or updating is completed.
F: 115-Press Office

08/27/03

Page 59 of 59

HHC013-1547    L