# EXHIBIT D

Page 1

```
          UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - -x
IN RE:  PHARMACEUTICAL      : MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION:
PRICE LITIGATION            : 01-CV-12257-PBS
THIS DOCUMENT RELATES TO    :
U.S. ex rel. Ven-a-Care of  : Judge Patti B. Saris
the Florida Keys, Inc. v.   :
Abbott Laboratories, Inc.,  : Chief Magistrate
No. 06-CV-11337-PBS         : Judge Marianne B.
- - - - - - - - - - - - - -x Bowler
            IN THE CIRCUIT COURT OF
         MONTGOMERY COUNTY, ALABAMA
- - - - - - - - - - - - - -x
STATE OF ALABAMA,           :
            Plaintiff,      :
       vs.                  : Case No.: CV-05-219
ABBOTT LABORATORIES, INC.,  : Judge Charles Price
et al.,                     :
            Defendants.     :
- - - - - - - - - - - - - -x
```

Parker, Lisa                                                         June 6, 2007
                              Baltimore, MD

|  | Page 2 |  | Page 4 |
|---|---|---|---|
| 1 | IN THE COURT OF THE SECOND JUDICIAL CIRCUIT | 1 | Videotaped Deposition of LISA PARKER, a |
| 2 | IN AND FOR LEON COUNTY, FLORIDA | 2 | witness herein, called for examination by counsel |
| 3 |  | 3 | for Abbott Laboratories in the above-entitled |
| 4 | THE STATE OF FLORIDA | 4 | matter, pursuant to notice, the witness being duly |
| 5 | ex rel. | 5 | sworn by Robert M. Jakupciak, a Notary Public in |
| 6 | - - - - - - - - - - - - - - - -x | 6 | and for the District of Columbia, taken at the |
| 7 | VEN-A-CARE OF THE FLORIDA    : | 7 | offices of Center for Medicare & Medicaid Services, |
| 8 | KEYS, INC., a Florida        : | 8 | 7111 Security Blvd., Baltimore, Maryland, 21244, at |
| 9 | Corporation, by and through its : | 9 | 2:20 p.m., on June 6, 2007, and the proceedings |
| 10 | principal officers and directors, : | 10 | being taken down by Stenotype by Robert M. |
| 11 | ZACHARY T. BENTLEY and       : | 11 | Jakupciak, RPR. |
| 12 | T. MARK JONES,               : | 12 |  |
| 13 | Plaintiffs,        : | 13 |  |
| 14 | vs.          : Civil Action | 14 |  |
| 15 | MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G | 15 |  |
| 16 | PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William | 16 |  |
| 17 | LTD., SCHEIN PHARMACEUTICAL, INC.,:   L. Gary | 17 |  |
| 18 | TEVA PHARMACEUTICAL INDUSTRIES   : | 18 |  |
| 19 | LTD., TEVA PHARMACEUTICAL USA;   : | 19 |  |
| 20 | and WATSON PHARMACEUTICALS, INC., : | 20 |  |
| 21 | Defendants,     : | 21 |  |
| 22 | - - - - - - - - - - - - - - - -x | 22 |  |
|  | Page 3 |  | Page 5 |
| 1 | IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS | 1 | APPEARANCES: |
| 2 | STATE OF MISSOURI | 2 |  |
| 3 | - - - - - - - - - - - - - - - -x | 3 | On behalf of the United States of America: |
| 4 | STATE OF MISSOURI, ex rel.,    : | 4 |  |
| 5 | JEREMIAH W. (JAY) NIXON,       : | 5 | ANA MARIA MARTINEZ, ESQUIRE |
| 6 | Attorney General,              : | 6 | U.S. Department of Justice |
| 7 | and                            : | 7 | 99 N.E. 4th Street |
| 8 | MISSOURI DEPARTMENT OF SOCIAL  : | 8 | Miami, Florida  33132 |
| 9 | SERVICES, DIVISION OF MEDICAL  : Case No.: | 9 | (305) 961-9431 |
| 10 | SERVICES,              : 054-1216 | 10 |  |
| 11 | Plaintiffs,  : Division No. 31 | 11 | On behalf of the U.S. Department of |
| 12 | vs.          : | 12 | Health and Human Services: |
| 13 | DEY INC., DEY, L.P., MERCK KGaA, : | 13 |  |
| 14 | EMD, INC., WARRICK             : | 14 | TROY A. BARSKY, ESQUIRE |
| 15 | PHARMACEUTICALS CORPORATION,   : | 15 | U.S. Department of Health and |
| 16 | SCHERING-PLOUGH CORPORATION, and : | 16 | Human Services |
| 17 | SCHERING CORPORATION,          : | 17 | C2-05-23 |
| 18 | Defendants,    : | 18 | 7500 Security Blvd. |
| 19 | - - - - - - - - - - - - - - - -x | 19 | Baltimore, Maryland  21244-1850 |
| 20 |  | 20 | (410) 786-8873 |
| 21 |  | 21 |  |
| 22 |  | 22 | (CONTINUED) |

2 (Pages 2 to 5)

Parker, Lisa                                                                June 6, 2007
Baltimore, MD

Page 86

1  passage of time. Once something is at the
2  records center it's there and it's with the
3  archive. So if we send it over there, it's
4  preserved. It's in the packing did a folder get
5  missed; when we are packing boxes did a folder
6  get missed or did something inadvertently get
7  left out, which is not a frequent occurrence,
8  it's very rare. But there are some cases where a
9  folder is missing from a box or we can't find a
10 specific document.
11     Q.  So are you telling me that the record
12 retention policy that we've seen in Exhibit
13 Abbott 073 as well as Exhibit Abbott 072, to your
14 knowledge, was not followed by your department?
15        MS. MARTINEZ: Objection as to --
16     Q.  -- prior to -- prior to you becoming
17 the records manager for your department?
18        MS. MARTINEZ: Objection as to form,
19 and only because you asked about the entire
20 Exhibit Abbott 072 or Exhibit Abbott 073, and --
21     Q.  With respect to just the sections N and
22 O regarding the rule-making record and the rule-

Page 87

1  making support file?
2         MS. MARTINEZ: And I object as form. I
3  think you probably meant to only ask about O.
4  BY MR. GABEL:
5     Q.  Let me restate the entire thing. Do
6  you know one way or another whether Section 0 on
7  the rule-making support file and the section
8  specifically that talks about the disposition of
9  the rule-making support file resulted in the
10 destruction of any rule-making support files
11 prior to you becoming the records manager for
12 your department?
13    A.  I don't know for sure.
14    Q.  Since you've become the record manager,
15 which you became in 2004; is that right?
16    A.  Yes.
17    Q.  What month in 2004?
18    A.  The spring sometime.
19    Q.  Sometime in the spring?
20    A.  Uh-huh.
21    Q.  Since you became records manager in
22 spring of 2004, are you aware of any rule-making

Page 88

1  support files that have been destroyed?
2     A.  No, I'm not.
3     Q.  So to the extent this policy still
4  applied -- applied from 2004 until it was changed
5  in 2006, it would not have been followed?
6     A.  That's what it seems like, yes.
7     Q.  And you don't know one way or another
8  whether it was followed prior to you becoming the
9  records manager?
10    A.  Well, what I'm saying, I don't know
11 definitively whether or not it was followed, but
12 because I'm responsible for calling back
13 information, it doesn't appear that it was
14 followed. It doesn't appear that anything was
15 destroyed.
16    Q.  Okay. So if the defendants in this
17 case wanted any documents related to previously
18 published regulations or proposed regulations,
19 those documents should be able to be retrieved
20 from the federal record center?
21    A.  Yes, I believe so.
22    Q.  And it typically takes you

Page 89

1  approximately a week to receive the documents
2  back from the federal record center?
3     A.  Correct.
4     Q.  Have any litigation holds that you've
5  seen or preservation instructions instructed you
6  specifically to refrain from destroying rule-
7  making support files?
8     A.  I believe that those preservation memos
9  say that any documents related to thus and so
10 regulation should be preserved, so we would
11 preserve the public file as well as the internal
12 work as well.
13    Q.  And which regulations have you been
14 instructed to preserve documents on?
15    A.  Well, I know those two that we are
16 working on, and I don't recall any others, but to
17 the extent they are in the memo, I refer to the
18 memo.
19    Q.  For the 1998 regulation that you've
20 requested documents from the federal records
21 center on, does the reference number HCFA-1006-FC
22 refresh your recollection at all?

23 (Pages 86 to 89)

Henderson Legal Services
202-220-4158

cd6e2006-bc24-4e87-bc11-84b0ac83caa4