# EXHIBIT F





Home | Medicare | Medicaid | SCHIP | About CMS | Regulations & Guidance | Research, Statistics, Data & Systems | Outrea

People with Medicare & Medicaid | Questions | Careers | Newsroom | Contact CMS | Acronyms | Help

CMS Home > About CMS > Office of Legislation > Overview

## Office of Legislation

**Overview**

Congressional Leadership

Congressional Affairs

Congressional Committees of Interest

## Overview

Legislation (OL) is responsible for responding to and addressing any issue brought to the attention of CMS by any Member of Congress. More specifically, the Office

- Provides leadership on Medicare, Medicaid and State Children's Health Insurance Program (SCHIP) legislative strategies and hearings;
- Advances the policy process through development, analysis and review of health care initiatives and issues; and
- Facilitates constructive relationships with the Congress, the White House, the Department, and other partners while fostering a work environment rich in challenge, opportunity, and cooperation.

OL works principally with the Agency's three authorizing committees—House Ways and Means, House Energy and Commerce, and Senate Finance (for more information about all of the Committees with authority over CMS, see the Congressional Committees of Interest Link). OL is responsible for responding to and addressing any issue brought to the attention of CMS by any Member of Congress. Such inquiries require timely and accurate responses on complex and numerous Medicare or Medicaid policy issues as well as specific cases involving providers or contractors in a Member's district. This assistance requires in-depth understanding of all CMS programs, as well as the ability to quickly grasp complex issues and provide appropriate solutions.

OL works to ensure good and effective relationships with all Members of Congress and their staff, as well as with those who serve on the critical committees of jurisdiction. As a result, we are responsible to 535 Members of Congress (including 100 Senators) who call OL on numerous issues ranging from complex payment policies to beneficiary case work.

OL works to ensure that the Agency speaks with a single, collective, clear voice to Congress in responding to multiple requests from Members and staff including Congressional testimony, reports to Congress, and responses to Office of the Inspector General and GAO reports. For more information about the structure of OL, download the organizational chart from the link below.