# EXHIBIT K

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-a-Care of | : | Judge Patti B. Saris |
| the Florida Keys, Inc. | : | |
| v. | : | |
| Abbott Laboratories, Inc., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |

- - - - - - - - - - - - - - -x    Bowler

Baltimore, Maryland

Friday, September 14, 2007


Videotaped Telephone Deposition of ROBERT NIEMANN

27a18706-d632-4df8-8162-703fc9f893ed

Niemann, Robert                                                September 14, 2007
                              Baltimore, MD

```
                                        Page 2                                          Page 4
 1      IN THE CIRCUIT COURT OF                 1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2      MONTGOMERY COUNTY, ALABAMA              2             STATE OF HAWAII
 3   ---------------x                           3   -----------------x
 4   STATE OF ALABAMA,        :                 4   STATE OF HAWAII,         :
 5      Plaintiff,            :                 5       Plaintiff,           :
 6      vs.          : Case No.: CV-05-219      6       vs.          :Case No. 06-10720-04-EEH
 7   ABBOTT LABORATORIES, INC.,  : Judge Charles Price  7  ABBOTT LABORATORIES, et al.,  :Judge Eden Elizabeth
 8    et al.          :                         8       Defendants.     :Hifo
 9      Defendants.     :                       9   -----------------x
10   ---------------x                          10
11                                             11
12                                             12
13                                             13
14                                             14
15                                             15
16                                             16
17                                             17
18                                             18
19                                             19
20                                             20
21                                             21
22                                             22

                                        Page 3                                          Page 5
 1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT  1        COMMONWEALTH OF KENTUCKY
 2        IN AND FOR LEON COUNTY, FLORIDA       2     FRANKLIN CIRCUIT COURT - DIVISION II
 3   THE STATE OF FLORIDA                       3        CIVIL ACTION NO. 03-CI-1134
 4   ex rel.                                    4   -----------------x
 5   -----------------x                         5   COMMONWEALTH OF KENTUCKY      :
 6   VEN-A-CARE OF THE FLORIDA     :            6       Plaintiff,     : Judge Crittenden
 7   KEYS, INC., a Florida         :            7       vs.            :
 8   Corporation, by and through its :          8   ABBOTT LABORATORIES, INC.    :
 9   principal officers and directors, :        9       Defendant.      :
10   ZACHARY T. BENTLEY and        :           10   -----------------x
11   T. MARK JONES,                :           11
12       Plaintiffs,       :                   12
13      vs.            : Civil Action          13
14   MYLAN LABORATORIES INC.; MYLAN  : No.: 98-3032G  14
15   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William  15
16   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary   16
17   TEVA PHARMACEUTICAL INDUSTRIES  :         17
18   LTD., TEVA PHARMACEUTICAL USA;  :         18
19   and WATSON PHARMACEUTICALS, INC., :       19
20       Defendants.       :                   20
21   -----------------x                        21
22                                             22
```

                                                                    2 (Pages 2 to 5)

27a18706-d632-4df8-8162-703fc9f893ed

```
                                                    Page 6                                                          Page 8
 1   STATE OF SOUTH CAROLINA : IN THE COURT OF         1   APPEARANCES:
 2   COUNTY OF RICHMOND     : COMMON PLEAS             2
 3                          : FOR THE FIFTH            3   On Behalf of the United States of America:
 4   - - - - - - - - - - - X JUDICIAL DISTRICT         4       LAURIE A. OBEREMBT, ESQ.
 5   STATE OF SOUTH CAROLINA :                         5       U.S. Department of Justice
 6   and HENRY D. McMASTER in: Case No. 2006-CP-40-4394 6       Civil Division
 7   his official capacity as:                         7       601 D Street, Northwest
 8   Attorney General for the:                         8       P.O. Box 261
 9   State of South Carolina :                         9       Washington, D.C. 20044
10          Plaintiffs, :                             10
11       vs.            :                             11   On Behalf of the U.S. Department of
12   ABBOTT LABORATORIES    :                         12       Health and Human Services:
13          Defendant. :                              13       LESLIE STAFFORD, ESQ.
14   - - - - - - - - - - - X                          14       U.S. Department of Health and Human Services
15                                                    15       OGC, CMS Division
16                                                    16       Mail Stop C2-05-23
17                                                    17       7500 Security Boulevard
18                                                    18       Baltimore, MD  21244-1850
19                                                    19       (410) 786-9655
20                                                    20
21                                                    21
22                                                    22

                                                    Page 7                                                          Page 9
 1   STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY 1   APPEARANCES (continued)
 2          Branch 9                                   2
 3   - - - - - - - - - - - X                           3   On behalf of the State of California: (Via telephone)
 4   STATE OF WISCONSIN,   :                           4       RANDAL GLASER, ESQ.
 5         Plaintiff, :Case No. 04-CV-1709             5       Bureau of Medi-Cal Fraud & Elder Abuse
 6       vs.           :                               6       Office of the Attorney General
 7   AMGEN, INC., et al,   :                           7       California Department of Justice
 8         Defendants. :                               8       (619) 688-6099
 9   - - - - - - - - - - - X                           9
10             Baltimore, Maryland                    10   On Behalf of the State of Alabama:
11             Friday, September 14, 2007             11       ROGER BATES, ESQ.
12      Videotaped Telephone Deposition of ROBERT     12       Hand Arendall, L.L.C.
13   NIEMANN, a witness herein, called for examination by 13   1200 Park Place Tower
14   counsel for Abbott Laboratories in the above-entitled 14  2001 Park Place North
15   matter, pursuant to subpoena, the witness being duly 15   Birmingham, AL  35203
16   sworn by SUSAN L. CIMINELLI, a Notary Public in and 16    (205) 502-0105
17   for the State of Maryland, taken at the offices of 17
18   Centers for Medicare & Medicaid Services, 7411   18
19   Security Boulevard, Baltimore, Maryland, at 9:18 19
20   a.m., and the proceedings being taken down by    20
21   Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and   21
22   transcribed under her direction.                 22
```

3 (Pages 6 to 9)

Page 70

1  Q. With the in person meetings or the
2  face-to-face meetings, my question is, would you work
3  with the legislative office ahead of time to prepare
4  for these communications?
5  A. I mean, that's such a general question,
6  I'm sure we had discussions.
7  Q. Right.
8  A. And they are not always -- they weren't
9  always specific, you know, we didn't know what the
10 staffer was going to ask. But there would -- yes, we
11 would have, we would have discussions.
12 Q. And you indicated to me that you can't
13 remember any specifics of any of these conversations?
14 A. No. Not really.
15 Q. And why is that?
16 A. Well, it's -- it's because I've moved on.
17 Q. And it's been a long time?
18 A. Yes. It's been a long time. I don't, I
19 don't think about this stuff.
20 Q. So if I had asked you, say, in 1997 about
21 a conversation that took place in 1996, there is a
22 much better chance that you would remember what you

Page 71

1  said in 1996?
2      MS. OBEREMBT: Objection.
3      THE WITNESS: I would hope so.
4      BY MR. COOK:
5  Q. It's fair to say?
6  A. I guess that's right. I hope that's true.
7  Q. Does anything stick out in your mind about
8  any of the conversations with Congress on drug
9  payment policy issues? I mean, is there one that
10 really stands out at all with Congressman so and so
11 and he said something or --
12 A. No.
13 Q. Do you know if any of these conversations
14 had to do with the concept of average wholesale
15 price?
16 A. Yes.
17 Q. Was that a frequent topic of conversation
18 in your -- to the extent that frequent can be used
19 for these conversations with the legislative branch?
20 A. Yes. Well, that was the basis for what
21 our payment policy was, so yes. It would have been.
22 Q. If I wanted to find out what those

Page 72

1  communications were between the agency and Congress
2  regarding average wholesale price, standing here in
3  2007, is there any way that I could reconstruct those
4  communications?
5  A. I guess your best hope of doing that, if
6  that's possible, would be to contact the legislative
7  people, the staff over there.
8  Q. Do you remember by name any of the other
9  individuals who were on any of these meetings or
10 telephone calls?
11 A. Well, one name I certainly remember is Ira
12 Bernie, who may still be working there. Another
13 name, and I'm sure she is not working there now, is
14 Kathleen. I seem to have a pattern here. I can
15 remember first names and not last names. I can't
16 remember Kathleen's last name, but I'm sure she left
17 the government.
18 Q. Where did they work, Kathleen and Ira
19 Bernie?
20 A. It was called OLP, at least then. Office
21 of -- well, the L is Legislation. I'm not sure what
22 the P stands for. It was Office of Legislation.

Page 73

1  Q. Anybody else that you can remember that
2  were involved in these conversations?
3  A. Peter Hickman, he was the division
4  director over there.
5  Q. How about on the other side of the
6  telephone on the legislative side. Do you recall any
7  specifics of the individuals with whom you spoke?
8  A. I don't.
9  Q. Do you remember any of the issues that
10 were raised in these conversations at any level of
11 generality, other than the general topic of average
12 wholesale price?
13 A. Other than that?
14 Q. Yes, sir.
15 A. No.
16 Q. And now in these conversations related to
17 average wholesale price, we've used the term average
18 wholesale price. What do you understand average
19 wholesale price to be?
20     MS. OBEREMBT: Objection.
21     THE WITNESS: Well, I guess, some mix of
22 what the words mean and what the IG reported. What

19 (Pages 70 to 73)