# EXHIBIT M

Page 1

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION

PRICE LITIGATION                ) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      ) Judge Patti B.

the Florida Keys, Inc.          ) Saris

      v.                        ) Chief Magistrate

Abbott Laboratories, Inc.,      ) Judge Marianne B.

No. 06-CV-11337-PBS             ) Bowler

- - - - - - - - - - - - - - - - -

        (captions continue on following pages)




        Videotaped deposition of Kathleen Buto

                      Volume I



                   Washington, D.C.

            Wednesday, September 12, 2007

                      9:00 a.m.
```

6d424235-0f61-4f68-bb27-bd89de0f8093

```
                                    Page 2                                              Page 4
 1       IN THE CIRCUIT COURT OF                  1        IN THE COURT OF COMMON PLEAS
 2       MONTGOMERY COUNTY, ALABAMA               2            FIFTH JUDICIAL CIRCUIT
 3   ----------------                             3   ------------------
 4   STATE OF ALABAMA,         )                  4   STATE OF SOUTH CAROLINA, and   ) STATE OF
 5        Plaintiff,    ) Case No.                5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6     vs.             ) CV-05-219                6   capacity as Attorney General for  )  COUNTY OF
 7   ABBOTT LABORATORIES, INC.,   ) Judge Charles 7   the State of South Carolina,    )  RICHLAND
 8   et al.,          ) Price                     8        Plaintiffs,       )
 9        Defendants.    )                        9     vs.             ) Civil Action No.
10   ----------------                            10   WARRICK PHARMACEUTICALS       ) 2006-CP-40-4390
11                                               11   CORPORATION, et al.,       ) 2006-CP-40-4399
12                                               12        Defendants.     )
13       STATE OF WISCONSIN CIRCUIT COURT        13   ------------------
14            DANE COUNTY                        14   STATE OF SOUTH CAROLINA, and    ) STATE OF
15   ----------------                            15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   STATE OF WISCONSIN,        )                16   capacity as Attorney General for  )  COUNTY OF
17        Plaintiff,    )                        17   the State of South Carolina,    )  RICHLAND
18     vs.             ) CASE NO.                18        Plaintiffs,       )
19   AMGEN INC., et al.,     ) 04-CV-1709        19     vs.             ) Case No.
20        Defendants.    )                       20   ABBOTT LABORATORIES, INC.     ) 2006-CP-40-4394
21   ----------------                            21        Defendant.      )
22                                               22   ------------------

                                    Page 3                                              Page 5
 1       UNITED STATES DISTRICT COURT             1        IN THE COURT OF COMMON PLEAS
 2       DISTRICT OF MASSACHUSETTS                2            FIFTH JUDICIAL CIRCUIT
 3   ------------------                           3   ------------------
 4   THE COMMONWEALTH OF MASSACHUSETTS, )         4   STATE OF SOUTH CAROLINA, and    ) STATE OF
 5        Plaintiff,     )                        5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6     vs.            ) Civil Action No.          6   capacity as Attorney General for  )  COUNTY OF
 7   MYLAN LABORATORIES, INC., et al.  ) 03-CV-11865-PBS 7   the State of South Carolina,    )  RICHLAND
 8        Defendants.        )                    8        Plaintiffs,       )
 9   ------------------                           9     vs.             ) Civil Action No.
10                                               10   PAR PHARMACEUTICALS COMPANIES,  ) 2006-CP-40-7151
11       SUPERIOR COURT OF NEW JERSEY            11   INC.,             ) 2006-CP-40-7153
12            UNION COUNTY                       12        Defendant.      )
13   ------------------                          13   ------------------
14   CLIFFSIDE NURSING HOME, INC., on )          14   STATE OF SOUTH CAROLINA, and    ) STATE OF
15   behalf of itself and all others   )         15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   similarly situated, as defined   )          16   capacity as Attorney General for  )  COUNTY OF
17   herein,           ) LAW DIVISION            17   the State of South Carolina,    )  RICHLAND
18        Plaintiffs,      ) DOCKET NO.          18        Plaintiffs,       )
19     vs.             ) UNN-L-2329-04           19     vs.             ) Civil Action No.
20   DEY, INC., et al.,         )                20   MYLAN LABORATORIES INC.       ) 2007-CP-40-0282
21        Defendants.       )                    21        Defendant.      ) 2007-CP-40-0283
22   ------------------                          22   ------------------
```

2 (Pages 2 to 5)

Page 6

```
 1         IN THE COURT OF COMMON PLEAS
 2             FIFTH JUDICIAL CIRCUIT
 3    -----------------
 4    STATE OF SOUTH CAROLINA, and    )  STATE OF
 5    HENRY D. McMASTER, in his official )  SOUTH CAROLINA
 6    capacity as Attorney General for   )  COUNTY OF
 7    the State of South Carolina,    )  RICHLAND
 8         Plaintiffs,         )
 9       vs.              ) Civil Action No.
10    BARR PHARMACEUTICALS, INC.,    ) 2007-CP-40-0280
11         Defendant.        ) 2007-CP-40-0286
12    -----------------
13      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14              STATE OF HAWAII
15    ---------------
16    STATE OF HAWAII,         )
17         Plaintiff,     ) Case No.
18       vs.            ) 06-1-0720-04 EEH
19    ABBOTT LABORATORIES, INC.,   )
20    et al.,            ) JUDGE EDEN
21         Defendants.    ) ELIZABETH HIFO
22    ---------------
```

Page 8

```
 1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2              STATE OF MISSOURI
 3    -----------------
 4    STATE OF MISSOURI, ex rel.,     )
 5    JEREMIAH W. (JAY) NIXON, Attorney )
 6    General, and MISSOURI DEPARTMENT  )
 7    OF SOCIAL SERVICES, DIVISION OF   )
 8    MEDICAL SERVICES,              )
 9         Plaintiffs,       ) Case No.
10       vs.              ) 054-1216
11    DEY INC., DEY, L.P., MERCK KGaA,  ) Division No. 31
12    EMD, INC., WARRICK           )
13    PHARMACEUTICALS CORPORATION,   )
14    SCHERING-PLOUGH CORPORATION, and )
15    SCHERING CORPORATION,        )
16         Defendants.     )
17    -----------------
18
19
20
21
22
```

Page 7

```
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2        IN AND FOR LEON COUNTY, FLORIDA
 3    THE STATE OF FLORIDA
 4    ex rel.
 5    -----------------
 6    VEN-A-CARE OF THE FLORIDA KEYS,   )
 7    INC., a Florida Corporation, by and )
 8    through its principal officers and  )
 9    directors, ZACHARY T. BENTLEY and   )
10    T. MARK JONES,              )
11         Plaintiffs,       ) Civil Action No.
12       vs.            ) 98-3032G
13    MYLAN LABORATORIES INC.; MYLAN    )
14    PHARMACEUTICALS INC.; NOVOPHARM    ) Judge William
15    LTD., SCHEIN PHARMACEUTICAL, INC.; ) L. Gary
16    TEVA PHARMACEUTICAL INDUSTRIES    )
17    LTD.; TEVA PHARMACEUTICAL USA; and )
18    WATSON PHARMACEUTICALS, INC.,    )
19         DEFENDANTS.          )
20    -----------------
21
22
```

Page 9

```
 1         COMMONWEALTH OF KENTUCKY
 2       FRANKLIN CIRCUIT COURT - DIV. II
 3    -----------------
 4    COMMONWEALTH OF KENTUCKY,     )
 5         Plaintiff,     ) Civil Action No.
 6       vs.            ) 03-CI-1134
 7    ABBOTT LABORATORIES, INC., et al., )
 8         Defendants.         )
 9    -----------------
10
11
12         COMMONWEALTH OF KENTUCKY
13       FRANKLIN CIRCUIT COURT - DIV. I
14    -----------------
15    COMMONWEALTH OF KENTUCKY, ex rel.  )
16    GREGORY D. STUMBO, Attorney General )
17         Plaintiff,       ) Civil Action No.
18       vs.            ) 04-CI-1487
19    ALPHAPHARMA, INC., et al.,     )
20         Defendants.         )
21    -----------------
22
```

3 (Pages 6 to 9)

Buto, Kathleen                                                September 12, 2007
Washington, DC

Page 62

1  administrator.
2      In my associate administrator days I
3  was the exception.  I was the only career
4  associate administrator, I think.  There may have
5  been -- actually, there may have been one other
6  management guy.  But that was unusual.  Usually
7  those were political jobs.  And we reverted to
8  political appointees heading up the centers and
9  then career people as deputies for each of those
10 centers.
11     So our agreement was the same in the
12 sense of to the extent there was drug
13 reimbursement it would have come out of this
14 center for health plans and providers.
15     Q.  Then you left that position in July of
16 2000 and went to the congressional budget office?
17     A.  Yes.
18     Q.  And you were a senior health advisor
19 there.  Could you explain briefly what your
20 position was there?
21     A.  Yes.  That was when the Congress was
22 considering passage of the Medicare drug benefit.

Page 63

1  And CBO wanted someone with expertise in some of
2  the implementation issues in order for their
3  model to be accurate, as accurate as possible, in
4  trying to forecast what the impact would be on
5  the program.  So I went to CBO to help with
6  elements of the model that had to do with kind of
7  the real world implementation.
8      Q.  Were you recruited for that position?
9      A.  I was.
10     Q.  So they were looking for someone who
11 had real life experience in implementing a
12 Medicare drug benefit?
13     A.  Well, implementing Medicare programs.
14 No one had experience implementing a Medicare
15 drug benefit.  It hadn't been enacted yet.
16     Q.  Prior to that Medicare did reimburse
17 for some drugs but it was a more limited set of
18 drugs; is that fair to say?
19     A.  Right.  And it was not a drug benefit.
20 It was really incident to a physician's service.
21     Q.  And did Congress eventually pass a
22 Medicare drug benefit?

Page 64

1      A.  Yes, they did.
2      Q.  And when did they do that?
3      A.  When?  I think -- wasn't it 2003?
4  Gosh, I --
5      Q.  It was under the Medicare --
6      A.  Modernization Act.
7      Q.  -- Modernization Act?
8      A.  I think it was 2003.
9      Q.  And then you left the CBO in September
10 of 2001 and went to Johnson & Johnson?
11     A.  Yes.
12     Q.  And were you recruited into that
13 position?
14     A.  Yes.
15     Q.  And just briefly, what is your and what
16 has been your job duties at Johnson & Johnson?
17     A.  Health policy, so that is very broad
18 and encompassing and it encompasses federal,
19 state and international issues, including
20 reimbursement issues that affect Johnson &
21 Johnson, both system issues, so large changes in
22 reimbursement systems, like the DRG system,

Page 65

1  physician payment -- or the Medicare drug
2  benefit, for that matter -- as well as
3  international global issues like the regulation
4  by different governments of medical devices,
5  pharmaceuticals and consumer products, as well as
6  interacting with sort of the public policy
7  community on issues like evidence-based medicine,
8  health insurance reform or the uninsured, quality
9  of care, those kinds of things.
10     Q.  Do you belong to any professional
11 organizations?
12     A.  Yes.  I'm going to refresh my memory
13 here.  I'm on the board of directors of Academy
14 Health.  That's a public policy health
15 association, not a lobbying group focused on
16 really health services research.  I'm a member of
17 the board of directors for the National Academy
18 of Social Insurance.  It's a group that was
19 founded by one of the founders of Social Security
20 to look at what the future of social insurance
21 should be, what its role is and so on and so
22 forth.

17 (Pages 62 to 65)