# EXHIBIT R

FROM: INTERNET:DAVID.SHERIDAN@bcbssc.com,
INTERNET:DAVID.SHERIDAN@bcbssc.com
TO:    (unknown), INTERNET:USK77JBT@IBMMAIL.COM.INET
        (unknown), INTERNET:EDDIE_MD_HUMPERT@AICI.COM.INET
        (unknown), INTERNET:70664.3504@COMPUSERVE.COM.INET
        (unknown), INTERNET:MEDBMS@IX.NETCOM.COM.INET
        (unknown), INTERNET:103455.1737@COMPUSERVE.COM.INET
        (unknown), INTERNET:FROBERTSON@BCBSAL.ORG.INET
        (unknown), INTERNET:AWNUTT@MEM.PO.COM.INET
        (unknown), INTERNET:AJYERG@CIGNA.E-MAIL.COM.INET
        (unknown), INTERNET:LLINGLE@HCFA.GOV.INET
        (unknown), INTERNET:CCARPENTER@HCFA.GOV.INET
        (unknown), INTERNET:JADAMSON@INTELLINET.COM.INET
        (unknown), INTERNET:103021.2225@COMPUSERVE.COM.INET
        (unknown), INTERNET:104124.1673@COMPUSERVE.COM.INET
        (unknown), INTERNET:LAMEDREV@PREMIER.NET.INET
        (unknown), INTERNET:SEIBEL@IX.NETCOM.COM.INET
CC:    (unknown), INTERNET:NEAL.RUSSELL@BCBSSC.COM
DATE: 2/20/97 11:27 AM

Re:    Medicare drug pricing

Sender: DAVID.SHERIDAN@bcbssc.com
Received: from bcsco109 (bcsco109.bcbssc.com [207.19.198.2]) by
hil-img-4.compuserve.com (8.6.10/5.950515)
      id LAA18340; Thu, 20 Feb 1997 11:17:31 -0500
From: <DAVID.SHERIDAN@bcbssc.com>
Received: by bcsco109 (Smail3.1.28.1 #3)
      id m0vxaWy-0001lnC; Thu, 20 Feb 97 10:35 EST
Message-Id: <m0vxaWy-0001lnC@bcsco109>
Date: Thursday, 20 February 1997 11:13am ET
To: usk77jbt@ibmmail.com.inet, eddie_md_humpert@aici.com.inet,
    70664.3504@CompuServe.COM.inet, medbms@ix.netcom.com.inet,
    103455.1737@compuserve.com.inet, frobertson@bcbsal.org.inet,
    AWNutt@mem.po.com.inet, AJYerg@cigna.e-mail.com.inet,
    LLingle@hcfa.gov.inet, CCarpenter@hcfa.gov.inet,
    JAdamson@intellinet.com.inet, 103021.2225@compuserve.com.inet,
    104124.1673@compuserve.com.inet, lamedrev@premier.net.inet,
    seibel@ix.netcom.com.inet
Cc: NEAL.RUSSELL@bcbssc.com
Subject: Medicare drug pricing

Just talked with Bernadette Schumaker and Bob Niemann at Central
Office about the response to our latest LMRP for least costly
alternative pricing for Lupron. They indicated that a national
policy based on the TAC recommendation of equivalency is probably
going to be slow in coming. There is concern about pre-empting the
discretion of the CMD to establish policy. Therefore, if you were
considering adopting an LMRP, you'd best proceed.

They also provided me with the general section in the President's
budget that addresses the issue of acquisition cost. This is the

summary, the full text is still being drafted. You might want to discuss this issue with your Congressional representatives. The section is as follows:

Clinton Budget FY 1998

Section 11236 - Eliminate Mark-up for Medicare Covered Drugs

Proposal: Eliminate the mark-up for Medicare covered drugs and biologicals that are not currently paid on a cost or prospective payment basis (e.g., lupron or albuterol furnished by physicians, suppliers or independent dialysis facilities). Effective 1/1/98, payment would be made on the basis of the acquisition cost of the biller subject to a median limit.

Rationale: There are numerous accounts of prices for drugs being charged to the Medicare program in excess of the market price; persons bill Medicare the "average wholesale price" (AWP) while receiving substantial discounts below the manufacturers published AWP. Studies by the HHS Inspector General have concluded that actual drug prices are well below the AWP rate. Elimination of the mark-up would mean that persons who bill Medicare for covered drugs would be paid for their professional services or items they furnish and not derive a profit from furnishing drugs incident to their service or item they furnish. In the case of pharmacies (who bill Medicare for self-administered drugs or biologicals under limited circumstances) a dispensing fee would be allowed in addition to their acquisition cost.