# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *County of Orange v. Abbott Laboratories, et al.,* CA 07-2777 | |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Berlex Laboratories, Inc.

/s/ Jaime L.M. Jones
Jaime L.M. Jones
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Dated:  October 12, 2007