# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *County of Orange v. Abbott Laboratories, et al.,* CA 07-2777 | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Berlex Laboratories, Inc.

/s/ Robert P. Sherman
Robert P. Sherman
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6023

Dated:  October 12, 2007

BOST1\492939.1
352500-805