UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION PBS | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF APPEARANCE OF BEN KEITH
### AND MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE, that pursuant to paragraph 16 of this Court's Case Management Order No. 1 and Local Rule 83.5.3(b), Ben Keith of the law firm of Sidley Austin LLP, hereby enters his appearance on behalf of Berlex Laboratories, Inc. and Bayer Corporation in the above-captioned matter.

Mr. Keith is not a member of the bar of the United States District Court for the District of Massachusetts.  He respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case management Order No. 1.  The accompanying Certificate demonstrates that Mr. Keith is a member in good standing of his respective bars and is familiar with the Local Rules of the Court.  The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

Respectfully submitted,

/s/ Ben Keith
Ben Keith
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Dated:  October 12, 2007

BOST1\492956.1
352500-805