# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION PBS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CERTIFICATE OF BEN KEITH

I, Ben Keith, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am associated with the law firm of Sidley Austin, LLP, which maintains offices at One South Dearborn Street, Chicago, Illinois 60603;

2. I am a member in good standing of the bars of the State of Illinois and the U.S. District Court for the Northern District of Illinois;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 12, 2007

    /s/ Ben Keith_____
Ben Keith
SIDLEY AUSTIN, LLP
One Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

BOST1\493059.1