

**Donnelly, Conroy & Gelhaar, LLP**
One Beacon Street, 33rd Floor
Boston, MA 02108
617.720.2880 ph.
617.720.3554 fx.
www.dcglaw.com

Peter E. Gelhaar
peg@dcglaw.com

October 12, 2007

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Overlapping Claims and Defendants in MDL No. 1456 and International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al. – Civil Action Number MON-L-3136-06

Dear Judge Saris:

The Overlapping Corporate Defendants in the New Jersey AWP case filed a response regarding overlapping claims and defendants on October 2, 2007. Document No. 4771. We are writing to inform you that the Fund and the defendants are negotiating on the terms of dismissal of the claims and defendants that overlap with MDL 1456. We will keep you apprised of our progress.

Respectfully Submitted,

<u>e-filed / *Peter E. Gelhaar*</u>
Peter E. Gelhaar (BBO #188310)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: 617-720-2880
Facsimile: 617-720-3554

Counsel for Defendants Baxter International
Inc. and Baxter Healthcare Corporation

<u>e-filed / *J. Andrew Jackson*</u>
J. Andrew Jackson
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200
Facsimile: 202-420-2201

Counsel for Defendants
Baxter International Inc. and
Baxter Healthcare Corporation and as
Coordinating Counsel for the Corporate
Defendants in *International Union of
Operating Engineers, Local No. 68 Welfare
Fund v. AstraZeneca PLC, et al.*

cc:   All Counsel of Record NJ AWP (via File&Serve)
      All Counsel of Record MDL 1456 (via File&Serve)