UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an Enlargement of Time until October 19, 2007 to file its response to Abbott Laboratories, Inc.'s motion for a preservation order (D.E. 4711).  Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file its response by October 19, 2007.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston, Massachusetts.

_____