UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>)<br>**THIS DOCUMENT RELATES TO:** )<br>)<br>*United States of America, ex rel. Ven-a-Care* )<br>*of the Florida Keys, Inc., v. Abbott* )<br>*Laboratories, Inc.*, )<br>CIVIL ACTION NO. 06–CV-11337-PBS ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## UNITED STATES' THIRD MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ABBOTT LABORATORIES INC. AND TO REQUIRE THAT ABBOTT DE-DESIGNATE NON-CONFIDENTIAL INFORMATION

The United States of America, through its undersigned counsel, respectfully files this Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information in this case involving Abbott's alleged scheme to defraud the Medicare and Medicaid programs that serve the elderly, poor and disabled.  The fact discovery deadline of December 31, 2007 is rapidly approaching. For this and other reasons set forth in the accompanying Memorandum, the United States requests that this Court require Abbott within ten days to produce specific categories of highly relevant documents that have been outstanding for many months to more than a year; comply with Judge Saris's Order of September 7, 2007 (Dkt. No. 4701) and produce, among other things, "all documents which refer or relate to Abbott's marketing a spread on a drug involving AWP no matter what drug or what year"; and to require Abbott to produce or confirm production of all documents responsive to the United States' First and Second Requests for Production of Documents.

Further, in accordance with Judge Saris's several recent rulings on the improper designations of documents as "Confidential" or "Highly Confidential" (Exhibit 7), we ask this Court to require Abbott to comply with those Orders, to de-designate as "Confidential" or "Highly Confidential" "all pricing information from more than 5 years ago," and "all commercial information from the 1990s," and otherwise review its confidentiality designations of documents and transcripts, and re-designate only those for which Abbott has a good faith basis under the terms of the Protective Order; we ask that this be done within twenty days.  We further request that the Court order Abbott to provide the good faith basis for any future designations of documents or transcripts as  "Confidential" or "Highly Confidential."

Relator Ven-A-Care consents to and joins in this Motion.

Respectfully submitted,

| | |
|---|---|
| For the United States of America, | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Renée Brooker<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: October 15, 2007

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she conferred with counsel for the Defendant Abbott Laboratories, Inc. on the issues raised in this motion and have not been able to reach agreement.

Dated: October 15, 2007

/s/ Renée Brooker
Renée Brooker

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Third Motion to Compel the Production of Documents From Abbott Laboratories Inc. and To Require That Abbott De-Designate Non-Confidential Information** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: October 15, 2007

/s/ Renée Brooker
Renée Brooker