# EXHIBIT 4, PART 3



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, NW*                              *Telephone: (202) 616-3797*
*Ninth Floor*                                   *Telecopier: (202) 616-3085*
*Washington, D.C. 20004*

April 4, 2007

<u>*Via Electronic Transmission*</u>

Mr. Jason G. Winchester
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories,* 06–CV-11337-
       PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL No.
       1456/Civil Action No. 01-12257

Dear Jason:

       This letter responds to your letter of March 30, 2007, pertaining to Abbott's document
production efforts in this case. Abbott's initial disclosures were incomplete and omitted relevant
evidence to this case. Our repeated requests directed at Abbott to produce additional relevant
materials in this case have been straightforward. Abbott has produced only approximately 2,000
pages of materials in this case since the United States served its First and Second Requests for
the Production of Documents on July 19, 2006 and November 17, 2006.

       Asking Abbott for straight answers on when it will finally produce additional documents
pursuant to document requests that have been pending for eight and a half, and four and a half
months, respectively, does not constitute "invective or innuendo" as your letter claims. Yet you
refuse to inform us what materials, or volume of materials, we are to expect in the upcoming 2-3
week time period alluded to in your letter. All we have received from Abbott is a handful of
documents and rhetoric; it is now time to start producing documents.

       <u>Time Period: End Date.</u>  Your correspondence does not reflect any agreement between

**4-54**

-2-

the parties on this matter because there was no such agreement.  As you know, Judge Saris made it clear at the hearing on February 27, 2007, that the end cut-off should include at least through the end of 2003.[1]  Transcript, Feb. 27 hearing, page 18-19, 31-32.  Please inform us whether Abbott will be producing documents at least through the end of 2003.

    <u>Time Period: Start Date and Vancomycin</u>.  You stated:  "As to pre-1991, we believe that is outside the scope of the Government's case and that Abbott should not be forced to conduct an entirely new search for such aged documents, particularly when Abbott already responded to the 1996 CID, which requested Vancomycin documents dating back to 1986."  Please inform us whether Abbott has conducted any new searches for documents relating to Vancomycin since the time the United States served its 1996 CID, and if so, the dates and extent of the searches.

    Further, please let us know whether Abbott can represent that it has searched for and produced to the United States all documents relating to Vancomycin that are responsive to the United States' First and Second Requests for Production.

    <u>Alternate Site Sales Force</u>.  You stated:  "....we are attempting to determine the numbers (and identities) of Alternate Site sales personnel as far back as we can through the relevant period."  Abbott has been making this promise for months now.  Please inform the United States on Friday when it can expect the identities of all Alternate Site sales personnel during the relevant time period and a production date for documents Abbott plans to produce from those sales personnel's files.  Also inform us what documents falling within this category Abbott plans to withhold on relevance grounds.

    <u>AMP Documents</u>.  We understand that Abbott will <u>not</u> produce its AMP data even though it places at issue the accuracy of its AMP data provided to HCFA/CMS, and has indicated that it will ask the United States to admit the accuracy of its AMP data.

    <u>Compensation of Sales Force</u>.  We understand Abbott will not produce any documents that show how Abbott's compensation and employment review policies were applied to its Alternate Site sales force.

    <u>Customer Information</u>.  We understand Abbott will not produce documents covering its relationship with 20% of Alternate Site's customers.

    <u>TAP documents</u>.  Contrary to your statement that the United States has not provided Abbott with any indication of the relevance of these documents, the United States has done so in numerous meet and confer sessions on this subject.  We requested "all documents relating to or

---

[1] Depending upon the upcoming depositions of Abbott's witnesses, and Abbott's document production, the United States may have a basis to argue that certain documents or categories of documents created on or after 2003 should also be produced.  We reserve our rights in that regard.

**4-55**

-3-

otherwise reflecting communications regarding the impact of the 2001 TAP Pharmaceuticals criminal plea and civil settlement on the prices or pricing practices" for Abbott's drugs. The relevance of these materials should be obvious. They are relevant because Abbott changed its pricing policy for its Hospital Products Division ("HPD") drugs at the same time TAP – a joint venture between Abbott and Takeda Pharmaceuticals – was under investigation by the federal government for similar pricing fraud conduct.

In addition to these TAP-related documents, the United States asks that you collect and produce documents by Friday relating to or otherwise reflecting communications regarding the impact on the prices or pricing practices for Abbott drugs of the October 31, 2000 letter from Congressman Peter Stark to Miles White, then CEO of Abbott, raising concerns about Abbott's fraudulent pricing practices. As the letter is directed to Abbott's CEO, such documents are directly responsive to Request #26 of the United States' Second Request for Production. These requests have been pending since mid-November 2006, and presumably Abbott has collected the responsive documents. We ask that Abbott produce the documents by Friday or inform the United States that it will not be producing these clearly relevant documents.

IMS Data. The United States worked out similar issues with third parties before producing third party materials to Abbott. We expect Abbott to do the same. Please contact IMS and let us know the status of discussions you have with them on this issue as soon as possible.

Medicare Working Group Documents. We learned at the recent deposition of Virginia Tobiason of the existence of Abbott's Medicare Working Group ("MWG"), and that documents pertaining to the MWG were created, including but not limited to, meeting minutes. See TX Ex. 546, TXABT 673723-674367 ("Since Medicare seems to be 'heating up', our working group seems interested in continuing to meet, and others are becoming interested in what we are doing, Jim and I would like to find a way to communicate outside of our working group. To that end, we are thinking about documenting each of our working group meetings (via minutes) and using this as a communications tool.") We are troubled that Abbott has not produced to the United States any documents related to the MWG. Please inform us by Friday whether and when Abbott will be producing the universe of these clearly relevant documents.

We further request that Abbott produce on Friday a copy of the revenue sharing agreement entered into between Abbott and Baylor in October 1997, which is referenced in the Baylor Audit Report attached as an exhibit to Ms. Tobiason's deposition. See ABT-DOJ 0226598-599.

Lobbying Documents. We understand from your correspondence, and the deposition of Ms. Klaus, that Abbott is searching for documents that are responsive to Request ##66-68 of the United States' Second Request for Production. We ask that by Friday Abbott inform the United States when it will be producing these relevant materials, and the anticipated volume of documents. Please also inform us what documents falling within this category Abbott plans to withhold on relevance grounds.

**4-56**

-4-

<u>Burdensomeness Objections</u>.  You state: "...the objections Abbott raised to burdensomeness were, and remain, well founded.  Thus, I disagree with the gratuitous statements made in the closing of your letter."  I pointed out in the closing of my letter that Abbott has supplied no information to evaluate any claims that production would be unduly burdensome.  Your recent letter still does not provide any support.  Moreover, at the recent deposition of Abbott's corporate designee on its document production in this case, you repeatedly instructed Ms. Klaus not to respond to questions related to the burden associated with the document searches or production.  *See* Deposition of Ellen Klaus, March 15, 2007 at 280-292, 372-379.  As a result, Ms. Klaus could provide no information on the document searches in order to support Abbott's objection.  Had Abbott provided information in any format of the burdensome nature of the document searches, the United States would have been able to consider it.

We would appreciate a direct response to the issues in this letter no later than Friday, April 6 given the number of months they have been outstanding.

Sincerely,

/s/

Renée Brooker

cc: James Breen



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9000*

April 17, 2007

Carol Geisler
Jason G. Winchester
77 West Wacker
Chicago, Illinois  60601-1692

Re:   U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories, MDL No.
      1456/Civil Action No. 01-12257-PBS

Dear Carol and Jason:

I am writing to follow up on our efforts to secure complete Abbott transactional data, and also to supplement Friday's letter from Justin Draycott as to that point. We just recently received the three new CDROM's described as containing partial data for 1995, 1999 and 2000 which you shipped on April 6, 2007. We also received data on or about March 8, 2007 on the three non-blank CDROM's. The first batch of data was provided prior to the commencement of litigation. Please explain the precise manner in which we should combine the data in order to have a complete and accurate set of transactional data. Please also confirm that Abbott is now able to represent to the United States that it has complete data for every transaction involving the identified NDC's from 1994 to 2001?

In addition, of course, as I noted in my letter of February 23, 2007, we have never received any data regarding 00074-1966-07. Please advise me as to when you expect to provide us with that data. Likewise, once we review the data in more detail, we may require discussions regarding fields not included in the data provided to date.

Please provide a response to all of these issues this week. If you have any questions, please feel free to contact me.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Mark A. Lavine
Assistant U.S. Attorney
(305) 961-9303
(305) 536-4101 Fax
Mark.Lavine@usdoj.gov

**4-58**

Winchester.4.16.07.wpd



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, NW*                                    *Telephone: (202) 514-1511*
*Ninth Floor*
*Washington, D.C. 20004*

April 23, 2007

*Via Electronic Transmission*

Mr. Jason G. Winchester
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories,* 06–CV-11337-
      PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL No.
      1456/Civil Action No. 01-12257

Dear Jason:

I am writing to request that Abbott produce all documents relating to its pricing
committee (or whatever name Abbott gives to its committee(s) or internal group(s) that considers
pricing issues and/or makes pricing decisions) including, but not limited to, pricing committee
meeting minutes and decision-making documents. These documents are responsive to the
United States' previous Request for Production of Documents, including requests 19-25 and 26,
among others, and it does not appear that any documents relative to this committee or group have
been produced by Abbott to date.

Sincerely,

/s/

Rebecca A. Ford

Cc:    James Breen, Esq.

**4-59**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4335
tfumerton@jonesday.com

JP003465
080024-024348                      April 25, 2007

VIA HAND DELIVERY

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street N.W.
Room 9028
Washington, D.C. 20004

Re:  *U.S. ex rel Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*

Dear Renee:

Enclosed please find documents bates labeled ABT-DOJ 0233658 to ABT-DOJ 0233774, some of which have been designated 'Confidential.'

Please feel free to call us with any questions or concerns.

Very Truly Yours,

Tara A. Fumerton

Enclosures

**4-60**

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

 **U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, NW*
*Ninth Floor*
*Washington, D.C. 20004*

*Telephone: (202) 616-3797*
*Telecopier: (202) 616-3085*

April 28, 2007

<u>*Via Electronic Transmission*</u>

Mr. Jason G. Winchester
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories,* 06–CV–11337-
         PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No.
         1456/Civil Action No. 01-12257

Dear Jason:

         This letter is to restate my requests for documents made at the recent depositions of Daryl
Dorcy and Cliff Krajewski, which took place on April 25 and April 26.  Please produce the
following categories of documents about which Messrs. Dorcy and Krajewski testified.

<u>Daryl Dorcy</u>

•      All *monthly activity reports* created by Abbott's in-house lobbyists

•      All internal *emails* among Abbott's in-house lobbyists and their supervisors, and among
       Abbott's in-house lobbyists and individuals within Abbott's other operating divisions,
       particularly HPD and PPD

•      The *lobbying time reports* created by Abbott's in-house lobbyists

•      All handouts, Power Point presentations, and other materials generated for and/or

-2-

disseminated at the yearly meetings, including but not limited to documents used by speakers from the various Operating Divisions

- All documents relating to Abbott's Government Reimbursement Professional Executives ("GRPEs"), including but not limited to, all documents from the files of GRPEs, and all communications among Abbott's lobbyists and GRPEs

- All written performance goals and evaluations of Abbott's in-house lobbyists

<u>Cliff Krajewski</u>

- Mr. Krajewski's written performance goals and evaluations while he was employed at Abbott, copies of which he testified are likely to be sitting on his desk

- All documents created for or relating to the monthly meetings about which Mr. Krajewski testified, including but not limited to the Power Point presentations

- All documents from the files of Mr. Krajewski during his time spent in the Contract Marketing Department from 1988-1990, and as a National Accounts Manager from 1990-1994

The United States reserves its rights to request additional documents beyond those contained in this letter that relate to these depositions.  In addition, please inform us immediately whether Abbott intends to produce any lobbying documents or IMS data per my letters of April 4 and April 23, so that we may know how to proceed.

Sincerely,

/s/

Renée Brooker

cc: James Breen

**4-62**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 10, 2007

**VIA FEDERAL EXPRESS**

Renee Brooker
Gejaa Gobena
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re:  U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,
      Case No 06 CV-11337

Dear Renee and Gejaa:

    I am enclosing documents from Abbott's privilege log Bates labeled ABT-DOJ 0233776
– ABT-DOJ 0235422.  These documents were produced to the Texas AG's office pursuant to the
Texas District Court's Order of May 18, 2006 and the Texas Supreme Court's Order of April 27,
2007.

                    Very truly yours,

                    *Carol P. Geisler*

                    Carol P. Geisler

Enclosures

cc:    Jason G. Winchester

**4-63**

CHI-1588244v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

From: Jason G. Winchester [jgwinchester@JonesDay.com]
Sent: Thursday, May 10, 2007 2:15 PM
To: Brooker, Renee (CIV)
Cc: Carol Geisler
Subject: Re: Abbott's Document Production


Working on it now, Renee. As I think I mentioned to you, I have been out of the office since our
call until this morning. Will try to have something to you tomorrow or Monday. J


Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
312.782.3939 (phone)
312.782.8585 (fax)



| "Brooker, Renee \(CIV\)" <Renee.Brooker@usdoj.gov> | To | "Jason G. Winchester" <jgwinchester@JonesDay.com>, "Carol Geisler" <cgeisler@JonesDay.com> |
| 05/10/2007 01:12 PM | cc | "Lavine, Mark \(USAFLS\)" <Mark.Lavine@usdoj.gov>, "St.Peter-Griffith, Ann \(USAFLS\)" <Ann.St.Peter-Griffith@usdoj.gov>, "Jim Breen" <jbreen@breenlaw.com>, "Gobena, Gejaa \(CIV\)" <Gejaa.Gobena@usdoj.gov> |
| | Subject | Abbott's Document Production |

4-64

Jason and Carol, when can we expect to receive a letter from you concerning the numerous representations you made in our meet and confer regarding Abbott's document production that took place on May 8?  We are concerned about the ticking discovery clock and we would like to resolve expeditiously as many matters as possible.  Thank you in advance.  --Renee

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 • FACSIMILE: (312) 782-8585

Direct Number:  (312) 269-4373
jgwinchester@jonesday.com

JP741122
080024-024348

May 15, 2007

VIA E-MAIL

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W.
Ninth Floor
Washington, DC 20004

Re:    U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-11337

Dear Renee:

I write this letter as a follow up to our meet and confer on May 8, 2007, and in response to various correspondence we have received from you, Gejaa, Mark, and Rebecca over the past few weeks.  It is my hope that this will serve to focus the issues for our continued discussion on May 21, 2007.

Recent Document Productions from Abbott

During our discussion on May 8, you requested further information about the documents that Abbott has recently produced to you.  Pursuant to Abbott's agreement to extend the timeline for production through December 31, 2001, we sent you a production on April 17, 2007, that contained all responsive documents from the January 2001 through December 31, 2001 time period that Abbott has produced in other litigation matters as well as the Medicare Working Group Documents.  These documents are responsive to a number of different RFP's served by the Government including 36, 37, 40 and 64.  On April 19, 2007, we produced to you the documents from the California and Peralta litigation during the period February 1, 2001 through December 31, 2001.  These documents are arguably responsive to certain of your RFP's, such as No. 43.  On May 10, 2007, we produced to you the documents that were previously listed on Abbott's privilege log, but which Abbott was ordered to produce in the Texas litigation.

Privilege Log

We are currently preparing a privilege log for this case, which we plan to provide to you on or before Monday, May 21.  We will endeavor to make the privilege log current through the date it is provided, but naturally we reserve our right to supplement it as appropriate.  As we

CHI-1588638v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

4-66

JONES DAY

Renee Brooker
May 15, 2007
Page 2

discussed, Abbott will log any privileged documents that relate to the October 2000 letter from Congressman Pete Stark to Abbott.

Alternate Site Sales Force

Abbott has reviewed its Corporate Records facility, and has uncovered no files from Alternate Site field sales personnel. We have identified those persons who worked in the Alternate Site field sales force from 1991 through 2001, however, and we are working with Hospira to examine their files for any documents responsive to the Government's requests.

Pricing Committee

Rebecca sent a letter to me asking for all documents relating to Abbott's "Pricing Committee." As we discussed on May 8, I am not aware of any such committee at Abbott. None of the Government participants on the call could direct me to any document or testimony relating to the existence of such a group at Abbott, either. If you do have such a reference, please let me know. Otherwise, our current information is that there is no "pricing committee" at Abbott, and that pricing decisions relating to the Subject Drugs were made in HPD, the division responsible for these products.

Regardless of whether such a group exists, Abbott has committed to producing all responsive documents relating to the pricing of the Subject Drugs. This would include all pricing documents that directly mention the Subject Drugs or that would apply to the Subject Drugs, even if they are not specifically mentioned.

Medicare Working Group

We produced to you on April 19, 2007 all documents relating to the Medicare Working Group that we have located to date. We are continuing our search and will confirm for you when this production is complete.

Lobbying Documents

As we discussed, Abbott is gathering, reviewing, and will produce relevant, non-privileged documents relating to RFP No. 66-68. Other than the documents that you already have from Mr. Dorsey's deposition, we are informed that Abbott has no responsive documents relating to communications with state governmental entities. You asked that we inquire again with respect to Government Reimbursement Professional Executives, and we will do that. On the federal side, we are gathering and reviewing potentially responsive materials. We will begin our rolling production of these documents today.

CHI-1588638v1

**4-67**

JONES DAY

Renee Brooker
May 15, 2007
Page 3

2001 Price Adjustment

You have requested all documents relating to "the decision in 2001 to lower certain prices Abott reported to the price reporting compendia." (*See* Mr. Gobena's letter of April 12.) You received certain documents responsive to this request on May 10, 2007. Abbott will produce all non-privileged documents relating to any lowered pricing for the Subject Drugs. If responsive documents are withheld on the grounds of privilege, they will be logged.

CHIPS Data

Abbott has undertaken extensive efforts to collect data from the CHIPS system that was utilized by the former·Home Infusion Services group. Our vendors inform us that this information should be available in an accessible format for production to the Government within 2-3 weeks.

<p style="text-align:center">*       *       *       *</p>

We look forward to speaking with you on May 21 at 9:00 a.m. CST.

Sincerely,

s/ Jason G. Winchester

cc:    James R. Daly
       Carol Geisler
       Ann St. Peter-Griffith
       Mark LaVine
       Jim Breen
       Gejaa Gobena

CHI-1588638v1

**4-68**

From: Carol Geisler [cgeisler@JonesDay.com]
Sent: Monday, May 21, 2007 6:12 PM
To: Brooker, Renee (CIV); Gobena, Gejaa (CIV)
Cc: Jason G. Winchester
Subject: U.S. v. Abbott

Attachments: Privilege log.pdf


Attached please find Abbott's privilege log.


Carol P. Geisler
JONES DAY
77 W. Wacker
Chicago, IL 60601-1692
312.269.4174 (Phone)
312.782.8585 (Fax)


==========

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

==========

**4-69**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466                        May 22, 2007
080024-024348

VIA FEDERAL EXPRESS

Renee Brooker
Gejaa Gobena
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W. - Room 9028
Washington, D.C. 20004


Re:    U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,
       Case No. 06 CV-11337

Dear Renee and Gejaa:

I am enclosing documents Bates labeled ABT-DOJ 0236454 through 0236636. These documents were voluntarily removed from the Texas Privilege Log and are arguably responsive, at a minimum, to your document requests Nos. 29 and 66.

Sincerely,

Carol P. Geisler

Carol P. Geisler

Enclosures

cc:    Jason G. Winchester

**4-70**

CHI-1590130v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

From: Jason G. Winchester [jgwinchester@JonesDay.com]
Sent: Tuesday, May 29, 2007 12:51 PM
To: Brooker, Renee (CIV)
Cc: Carol Geisler
Subject: Update on Abbott production


Renee -

In response to your voicemail last Friday, I have the following update:

1.  Alt Site contract files for the bottom 20% of customers.  What we initially estimated to be about 100 boxes of documents potentially responsive to this request from the Government will actually be somewhat closer to 225 boxes.  These boxes have been pulled and will go to our vendor for scanning today.  Once they are scanned, they must be reviewed before production. We estimate 4-6 weeks to get these materials to you.

2.  Personnel files.  I do not have further information about this review right now, but will update you when I do.


Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.782.3939 (phone)
312.782.8585 (fax)


===========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
===========

From: Tara Fumerton [tfumerton@JonesDay.com]
Sent: Tuesday, May 29, 2007 5:46 PM
To: Margaret Moore
Cc: John Clark; Diane Jacobs; jarrett@anderson-llc.com;
jbreen@breenlaw.com; Raymond Winter; Brooker, Renee (CIV); Rhonda
Rodriguez; riklin@goodelaw.com; Shellie Dimery; Susan Thomas; Eric P.
Berlin; glewis@georgeandbrothers.com
Subject: Re: Production


Margaret,

We are sending a complete version of the Contract Marketing Basic Operation Manual to Texas
today, which you should receive tomorrow.

With respect to your request for "parameter price contracts," we have determined that no Abbott
contracts with that description exist.    Your April 23 letter referenced Mike Sellers' April 12,
2007 testimony, but a close review of that testimony reveals that Mr. Sellers never testified that
such contracts exist.  Instead, Mr. Sellers referenced "field-generated contracts," which were
created using parameter pricing.   (See Sellers Dep. at 771:21-24.)   Abbott has already produced
to Texas all responsive field-generated contracts.   (See, e.g., Bates ranges TXABT
142951-143138 and TXABT 145001-145143.)

Please let me know if you have any questions.

Tara

--------------------------------------------
Tara A. Fumerton
JONES DAY
77 W. Wacker Dr.
Chicago, IL 60601
(312) 269-4335
(312) 782-8585 (fax)
tfumerton@jonesday.com
--------------------------------------------



"Margaret Moore" <Margaret.Moore@oag.state.tx.us>


05/22/2007 10:17 AM To
<tfumerton@JonesDay.com>
cc
<jarrett@anderson-llc.com>, "Susan Thomas" <sthomas@bm.net>, <jbreen@breenlaw.com>,

**4-72**

"Shellie Dimery" <sdimery@breenlaw.com>, "John Clark" <clark@goodelaw.com>, <riklin@goodelaw.com>, "Diane Jacobs" <Diane.Jacobs@oag.state.tx.us>, "Raymond Winter" <raymond.winter@oag.state.tx.us>, "Rhonda Rodriguez" <rhonda.rodriguez@oag.state.tx.us>, "Renee Brooker" <Renee.Brooker@usdoj.gov> Subject Production

Tara--I am following up on your letter of May 3, 2007. We had requested "parameter price contracts" and a complete version fo the "Contract Marketing Basic Operating Procedure Manual" by letter of April 23, 2007. We have not received the Manual, nor have we received any further information about the parameter price contracts.

Could you please check into this? Thanks,

Margaret Moore
Assistant Attorney General
Antitrust & Civil Medicaid Fraud
512-936-1319
PO Box 12548
Austin, TX 78711-2548
Fax 512-499-0712
margaret.moore@oag.state.tx.us

This memorandum may be confidential and/or privileged pursuant to Government Code Sections 552.101, 552.103, 552.107 & 552.111, and should not be disclosed without the express authorization of the Attorney General.

============

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

============

**4-73**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

June 6, 2007

VIA FEDERAL EXPRESS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W. - Room 9028
Washington, D.C. 20004

Re:   U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,
        Case No. 06 CV-11337

Dear Renee:

I am enclosing a CD bates labeled ABT-DOJ 0236637, which includes Abbott's Average
Manufacturer Price Data for the NDC's named by the DOJ.  We will produce additional
responsive materials on a rolling basis.  This material is being produced pursuant to the
Government's and Ven-a-Care's agreement not to share this information with any non-party until
the Court resolves our objections to sharing.

Sincerely,

Carol P. Geisler

Carol P. Geisler

Enclosures

cc:    Jason G. Winchester

**4-74**

CHI-1592349v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

From: Brooker, Renee (CIV)
Sent: Wednesday, June 13, 2007 9:43 AM
To: 'Jason G. Winchester'; Brian Murray; Carol Geisler
Cc: Gobena, Gejaa (CIV); Lavine, Mark (USAFLS); St.Peter-Griffith, Ann
(USAFLS); Ford, Rebecca (CIV); 'jfc'; Raymond Winter
Subject: Abbott Production

Jason, we have been informed about Abbott's anticipated production of emails to MDL private
plaintiffs (below).  Please inform us whether Abbott will agree to provide production of the same
to the United States and Relator in this case.  If not, please explain your reasons.  Thank you.
--Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jennifer F. Connolly [mailto:JFC@wtwlaw.us]
Sent: Friday, June 01, 2007 5:07 PM
To: Raymond Winter; Brooker, Renee (CIV)
Subject: FW: Abbott MDL E-mails

Ray and Renee:  Per below, on Monday we are receiving a production of e-mails from Abbott
from 2001 to the present.

---

From: Brian J Murray [mailto:bjmurray@JonesDay.com]
Sent: Friday, June 01, 2007 4:03 PM
To: Jennifer F. Connolly
Cc: tmtabacchi@jonesday.com; Carol Geisler
Subject: Abbott MDL E-mails

**4-75**

Jennifer:  Thank you for your e-mail.  We have been working diligently to complete the production on the terms we agreed to.  As we indicated some time ago, it was unrealistic to think we could finish this by today.  That said, we have made good progress.

We have restored the tapes we agreed to and run the filter of keywords we agreed to.  As we had predicted, not everyone who was a custodian actually had e-mails to be restored.  Of the 39 custodians we agreed on, there are 7 for whom there are no e-mails.  These include:  Casey, Crofoot, Door, Glover, McGill, Mitchell, Tobiason.

As to the remainder of the custodians, we had expected to be able to produce 8 custodians' worth of e-mails to you today, but our vendor informed us this morning that it will be Monday, June 4.  These eight include:  Brundza, Harling, Herden, Lane, Latz, Lyjak, Renick, Walker.

By the following Monday, June 11, we expect to produce at least the following:  Mershimer, O'Donnell, Patel, Kipperman.

We expect to complete production by the end of June, focusing on producing first those individuals with upcoming depositions.  That date is a full month earlier than we had previously advised.

Again, we appreciate your working with us on this task, and we look forward to its prompt conclusion.
Please feel free to call if I can answer any questions.
bjm

---

Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL  60601-1692
Tel: (312) 269-1570
Fax: (312) 782-8585
bjmurray@jonesday.com

From: Brooker, Renee (CIV)
Sent: Wednesday, June 13, 2007 9:14 AM
To: 'Margaret Moore'; tfumerton@JonesDay.com
Cc: jarrett@anderson-llc.com; Susan Thomas; jbreen@breenlaw.com; Shellie
Dimery; John Clark; riklin@goodelaw.com; Diane Jacobs; Raymond Winter;
Rhonda Rodriguez; Lavine, Mark (USAFLS); St.Peter-Griffith, Ann
(USAFLS); Gobena, Gejaa (CIV); Ford, Rebecca (CIV)
Subject: RE: Contract Marketing Basic Operating Procedures Manual

The United States joins in this request made by Texas.  Please provide us an
unredacted version of the complete Contract Marketing Basic Operating Procedures
Manual.  In the event Abbott claims this is privileged, please provide us the
reasons and an appropriate privilege log so that we may challenge any such
designation we consider improper.  Thank you.  --Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Margaret Moore [mailto:Margaret.Moore@oag.state.tx.us]
Sent: Saturday, June 09, 2007 1:58 PM
To: tfumerton@JonesDay.com
Cc: jarrett@anderson-llc.com; Susan Thomas; jbreen@breenlaw.com; Shellie Dimery;
John Clark; riklin@goodelaw.com; Diane Jacobs; Raymond Winter; Rhonda Rodriguez;
Brooker, Renee (CIV)
Subject: Contract Marketing Basic Operating Procedures Manual

Dear Tara--We have not received a response from you regarding the production of an
unredacted version of the complete Contract Marketing Basic Operating Procedures
Manual. Please advise whether and when this will be forthcoming.
Thanks,

Margaret Moore
Assistant Attorney General
Antitrust & Civil Medicaid Fraud
512-936-1319
PO Box 12548
Austin, TX 78711-2548
Fax 512-499-0712
margaret.moore@oag.state.tx.us


This memorandum may be confidential and/or privileged pursuant to Government Code
Sections 552.101, 552.103, 552.107 & 552.111, and should not be disclosed without
the express authorization of the Attorney General.

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

June 15, 2007

**VIA FEDERAL EXPRESS**

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W. - Room 9028
Washington, D.C. 20004

Re:   U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,
      Case No. 06 CV-11337

Dear Renee:

   I am enclosing a document bates labeled ABT-DOJ 0236638 to 0236688, which includes Abbott's determination of Average Manufacturer Price.  We will produce additional responsive materials on a rolling basis.  This material is being produced pursuant to the Government's and Ven-a-Care's agreement not to share this information with any non-party until the Court resolves our objections to sharing.

                                        Sincerely,

                                        Carol P. Geisler

                                        Carol P. Geisler

Enclosures

cc:   Jason G. Winchester

**4-78**

CHI-1592349v2

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

-----Original Message-----
From: Brooker, Renee (CIV)
Sent: Saturday, June 16, 2007 5:44 PM
To: 'Jason G. Winchester'
Cc: Carol Geisler; Jim Breen; Gobena, Gejaa (CIV); Lavine, Mark (USAFLS); St.Peter-Griffith, Ann (USAFLS)
Subject: RE: Update on Abbott production

Jason, please confirm the following (see your email below).

1. Alt Site contract files for the bottom 20% of customers. Your representation that we would receive the entire production in 4-6 weeks should mean that we can expect to receive them during the next week or two. Please confirm the exact date(s) of production. Also, will the production be in native format, and if not, why not.

2. HPD's Salespersons written performance goals and evaluations (i.e., what you refer to as the "personnel files"). The court ordered these to be produced on May 16.

We would appreciate a prompt response. Thank you. --Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Monday, June 18, 2007 11:07 AM
To: Brooker, Renee (CIV)
Cc: Tara Fumerton; Carol Geisler
Subject: Contract Marketing Basic Operating Procedures Manual


Renee -

I saw some recent correspondence between you and Tara relating to the DOJ's request for an
unredacted copy of the Contract Marketing Basic Operating Procedures Manual.  I believe you
were copied on Tara's response to a similar request from the Texas attorneys, and our response to
DOJ is the same.  Certain portions of the manual are privileged.  We will produce a redacted
copy of the manual to DOJ (if we have not done so already).  We also will make an appropriate
update to our privilege log to reflect the portions of the manual that we have designated as
privileged. JGW


Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.782.3939 (phone)
312.782.8585 (fax)


==========
This e-mail (including any attachments) may contain information that is private, confidential, or
protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and
notify sender by reply e-mail, so that our records can be corrected.
==========

**4-80**



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

601 D Street, NW
Ninth Floor
Washington, D.C. 20004

Telephone: (202) 616-3797
Telecopier: (202) 616-3085

June 18, 2007

_Via Electronic Transmission_

Mr. Jason G. Winchester
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories,* 06–CV-11337-
      PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No.
      1456/Civil Action No. 01-12257

Dear Jason:

As you know, the Court ordered Abbott to produce *no later than June 21, 2007*, the
categories of documents identified below.  We have heard nothing from you on these categories
since the Court entered this order.

(1)   All documents that mention the charged drugs;
(2)   All documents that relate to the charged drugs including, general sales and "across the
      board" marketing information that would encompass the charged drugs;
(3)   All documents that reflect any alleged effort on the part of Abbott to market the spread or
      manipulate the published AWP for any drug within Abbott's former HPD;
(4)   All documents that show a pattern or practice with respect to the charged drugs.

For categories *two* and *three* above, the Court further ordered that Abbott produce among
other things, documents regarding other drugs marketed and sold by HPD to the extent such
documents involve how Abbott put together the spread, as well as all cross cutting sales
documents inclusive of broad based marketing documents.

**4-81**

-2-

Further, the Court ordered that all such documents be produced through 2003.

Surprisingly we have seen few, if any, marketing plans.  We would expect to see hundreds of such marketing plans or marketing documents for the period of time from at least 1991 to 2003.  Please inform us whether we can expect Abbott to produce all of its marketing plans and other related documents, regardless of what Abbott calls such materials, that it creates and uses internally to advance its marketing efforts, for the time period 1991-2003, which would apply to the generic drugs at issue in this case.

Also, please confirm by the deadline set by the Court whether Abbott has fully complied with this Order.

Sincerely,

/s/

Renée Brooker

cc: James Breen

**4-82**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1676
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

June 21, 2007

HIGHLY CONFIDENTIAL

VIA FEDERAL EXPRESS

Renee Brooker
U.S. Department of Justice
Civil Division, Comerical Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re:     U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-
        11337

Dear Renee:

Pursuant to the Court's May 22, 2007 ruling on the CMO 5 & 10 motion, enclosed please find a CD containing responsive documents for the period January 1, 2002 through December 31, 2003 bates labeled ABT-DOJ 0236689-0295694.  Previously, you received responsive documents for the time period prior to January 1, 2002.  We will be providing a few additional documents no later than Monday.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:     Jason G. Winchester

4-83

CHI-1594699v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# JONES DAY

77 WEST WACKER

CHICAGO, ILLINOIS 60601-1692

TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466                        June 22, 2007                   HIGHLY CONFIDENTIAL
080024-024348

VIA HAND DELIVERY

Renee Brooker
U.S. Department of Justice
Civil Division, Comerical Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re:    U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-
       11337

Dear Renee:

I am enclosing a CD containing documents bates labeled ABT-DOJ 0295758 - ABT-DOJ
0295793.  These documents are being produced pursuant to the Court's May 22, 2007 ruling on
the CMO 5 & 10 motion, for the period January 1, 2002 through December 31, 2003.  These are
the additional documents I reference in my June 21, 2007 letter.

Sincerely,

*Carol Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

**4-84**

CHI-1594843v1

ATLANTA • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK
MILAN • MUMBAI* • MUNICH • NEW DELHI* • NEW YORK • PARIS • PITTSBURGH • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON
*ASSOCIATE FIRM

"Lavine, Mark
\(USAFLS\)"
&lt;Mark.Lavine@usdo                                    To
j.gov&gt;              "Jason G. Winchester"
                    &lt;jgwinchester@JonesDay.com&gt;, "Carol
                    Geisler" &lt;cgeisler@JonesDay.com&gt;
06/29/2007 10:54                              cc
AM                  "R. Christopher Cook"
                    &lt;christophercook@JonesDay.com&gt;,
                    "Jim Breen" &lt;jbreen@breenlaw.com&gt;,
                    "Martinez, Ana Maria \(USAFLS\)"
                    &lt;Ana.Maria.Martinez@usdoj.gov&gt;,
                    "St.Peter-Griffith, Ann \(USAFLS\)"
                    &lt;Ann.St.Peter-Griffith@usdoj.gov&gt;,
                    "Gobena, Gejaa \(CIV\)"
                    &lt;Gejaa.Gobena@usdoj.gov&gt;,
                    "Draycott, Justin \(CIV\)"
                    &lt;Justin.Draycott@usdoj.gov&gt;,
                    "Brooker, Renee \(CIV\)"
                    &lt;Renee.Brooker@usdoj.gov&gt;, "Ford,
                    Rebecca \(CIV\)"
                    &lt;Rebecca.Ford@usdoj.gov&gt;, "Alison
                    Simon" &lt;alisonsimon@breenlaw.com&gt;,
                    "James R. Daly"
                    &lt;jrdaly@JonesDay.com&gt;, "David S.
                    Torborg" &lt;dstorborg@JonesDay.com&gt;
                                    Subject
                    Cancelled M&C/Data Issues


Jason and Carol,


It is quite disappointing that you have cancelled another Meet & Confer at
the last minute with no more explanation than "something has come up".  As
you know, we wanted to speak with you on Monday of this week in follow-up to the last meeting
where your availability was limited to 45 minutes.  We agreed to today to accommodate your
schedule.


One of the many items we need to discuss with you pertains to data.  We have been waiting
months for instructions on how to assemble the various transactional data CDROM's in a way

**4-85**

that will result in one complete set of transactional data.  To date, we have received nothing but vague assurances that you are working on it.  Please provide this information.

In addition, although we just received what is described as "the CHIP's data," the accompanying cover letter provided virtually no information stating in its entirety, "Enclosed please find 62 CDs bates labeled ABT-DOJ
0295695 -0295757 containing the CHIPs data."  We have asked for more informative cover letters on many occasions.  The cover letters accompanying discovery produced by the United States are good examples of the information that should be accompanying your production. Your continued insistence on using bare bones cover letters is hampering our discovery efforts, especially when our telephone meetings are so hard to schedule.
Similarly unhelpful letters with no explanation of the scope or the source of the documents accompanied the document CDROM's produced last week.

Moreover, unless it is buried somewhere on one of the CHIP's CDROM's, you have failed to provide any explanation of the scope of the data, the time frame, the fields, or the meaning of the fields.  There is no data dictionary or layout tables.  Even the labels on the CDROMs are useless, e.g., CVN – ARMMST & CLMMST.  In short, there seems to be none of information that would be necessary to allow us to actually view or analyze the data.  Please immediately provide all of the background information regarding the data.

Mark Lavine

U.S. Attorney's Office

Southern District of Florida

(305) 961-9303

**4-86**

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Friday, June 29, 2007 4:37 PM
To: Lavine, Mark (USAFLS)
Cc: Alison Simon; Martinez, Ana Maria (USAFLS); St.Peter-Griffith, Ann (USAFLS); Carol
Geisler; R. Christopher Cook; David S. Torborg; Gobena, Gejaa (CIV); Jim Breen; James R.
Daly; Draycott, Justin (CIV); Ford, Rebecca (CIV); Brooker, Renee (CIV)
Subject: CHIPS Information

Mark -

I am pleased to hear that you received the CHIPS data, but do wish you would do a bit more
homework before firing off your typical, accusatory email claiming that we have not produced
materials that have in fact been produced.

The following information relating specifically to the CHIPS system data (including the data
dictionary that you claim was never produced) has been in DOJ's possession for months, and
should assist in your analysis of the
data:

| Document title | Bates Range |
|---|---|
| CHIP (Client Home Infusion Program) System - Clinical Monitoring | ABT-DOJ 0182424-0182608 |
| CHIP Implementation Manual - Aurora Home Medical Services | ABT-DOJ 0182609-0182664 |
| CHIP (Client Home Infusion Program) System - New User Start-Up | ABT-DOJ 0182665-0182722 |
| CHIP (Client Home Infusion Program) System - Catalog | ABT-DOJ 0182723-0182763 |
| CHIP (Comprehensive Homecare Information Prescription) - Training Program | ABT-DOJ 0182764-0182788 |
| CHIP (Client Home Infusion Program) System - User Procedures | ABT-DOJ 0182789-0183007 |
| CHART (CHIP Analysis & Reporting Tool) Your Course - Abbott Outcomes | ABT-DOJ 0183011-0183147 |

**4-87**



```
|Monitoring Program              |                      |
|--------------------------------+----------------------------------|
|CHIP System Data Dictionary     |ABT-DOJ  0183148-0183425          |
|--------------------------------+----------------------------------|
|CHIP Inventory Module User's Guide |ABT-DOJ  0183426-0183609       |
|--------------------------------+----------------------------------|
|CHIP Pharmacy Module User's Guide  |ABT-DOJ  0183610-0183660       |
|--------------------------------+----------------------------------|
|CHIP Reimbursement Module User's   |ABT-DOJ  0183661-0184067       |
|Guide               |              |                      |
|--------------------------------+----------------------------------|
|CHIP System Financial Reporting    |ABT-DOJ  0184068-0184163       |
|Package             |              |                      |
|--------------------------------+----------------------------------|
|                    |             |                      |
|--------------------------------+----------------------------------|
```

In terms of the date range, the CD's we provided include the date range on the labels.

As you know, the CHIPS system was retired when Home Infusion Services was shut down. In order to restore the data you requested, Abbott had to buy hardware to access the data and put it into a form that you could use. The CD's provided to you contain the full claims files and accounts receivable files that were recovered from the CHIPS database for every HIS customer.

As for the label headings that you deem "useless," I can shed some light (and would have been happy to do so had you asked). Each customer was assigned a 3-digit code ("CVN" in the example you cite). The client codes are set forth in the Data Dictionary, which you have had since August 2006.
If you happen to find particular codes that are not set forth in the dictionary, please let us know. "ARMMST" means Accounts Receivable Master, which is a file showing collections, including what Abbott was paid.
"CLMMST" means Claims Master, which is a file showing the actual claims that were submitted for reimbursement to third-party payers such as Medicare or Medicaid. All of this data has been provided to you on a client by client basis, which, as I understand it, is how the data was maintained in the ordinary course when the system was active.

In order to further assist in your review of this data, we will provide a file layout that will describe the column headings. We are also happy to discuss with you any additional information you may require.

Finally, with regard to the transactional sales data, we agree with your suggestion that pulling a "clean" set of the data relating to this case would be the most efficient. We are in the process of

**4-88**

assembling this data and will provide it to you as soon as possible.  We have an inquiry in to the people responsible for pulling the data to ask for a timeline and will provide further information as it is available.  JGW

Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.782.3939 (phone)
312.782.8585 (fax)

------ Original Message -----
From: "Brooker, Renee \(CIV\)" [Renee.Brooker@usdoj.gov]
Sent: 07/02/2007 06:11 PM
To: "Jason G. Winchester" <jgwinchester@JonesDay.com>
Cc: "Gobena, Gejaa \(CIV\)" <Gejaa.Gobena@usdoj.gov>;"Lavine, Mark \(USAFLS\)"
<Mark.Lavine@usdoj.gov>;"St.Peter-Griffith, Ann \(USAFLS\)"
<Ann.St.Peter-Griffith@usdoj.gov>
Subject: RE: Marketing Plans

Jason, have you forwarded a sample document you referenced yet?  If so, I may have overlooked
your email.  Thank you.  --Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

**4-90**