# EXHIBIT 5

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-06-00156-CV**

**In re Abbott Laboratories Inc.**

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

## MEMORANDUM OPINION

Abbott Laboratories has filed a petition for a writ of mandamus challenging the district court's Order on Plaintiff's Motion to Compel dated January 27, 2006. We deny Abbott's petition.

On March 28, 2006, this Court granted in part Abbott's motion for temporary relief, staying the district court's order pending our resolution of Abbott's petition. Because the petition is denied, we lift the stay.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: April 4, 2006

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-06-00295-CV**

**In re Abbott Laboratories, Inc.**

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

## MEMORANDUM OPINION

Abbott Laboratories has filed a petition for a writ of mandamus challenging the portion of the district court's order dated May 18, 2006, compelling production of the documents numbered 21, 26, 40, 43, 45-47, 54, and 62-67 on its privilege log. We have reviewed the documents *in camera* and we cannot hold that the district court's order was a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). Accordingly, we deny Abbott's petition for a writ of mandamus and lift our stay of the district court's order.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: June 21, 2006

# COURT OF APPEALS
# FOR THE
# THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

DIANE O'NEAL, CLERK

Date: June 21, 2006

Case Number: 03-06-00295-CV
Trial Court No.: GV401286

Style: In re Abbott Laboratories Inc.

---

The enclosed opinion was sent this date to the following persons:

Hon. John E. Clark
Goode Casseb Jones
Riklin Choate & Watson
P. O. Box 120480
San Antonio, TX 78212

Mr. C. Michael Moore
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Mr. Gary L. Lewis
George & Brothers, LLP
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

Mr. Patrick J. O'Connell
Assistant Attorney General
Antitrust & Civil Medicaid Fraud Section
P. O. Box 12548
Austin, TX 78711-2548

Mr. James J. Breen
The Breen Law Firm, PA
P. O. Box 297470
Pembroke Pines, FL 33029

Mr. Merle M. Delancey
Dickstein Shapiro Morn & Oshinsky, LLP
2101 L. St. NW
Washington, DC 20037

Mr. C. Jarrett Anderson
Anderson LLC
1300 Guadalupe, Suite 103
Austin, TX 78701

Mr. D. Douglas Brothers
George & Brothers, LLP
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701

Mr. Jeffrey R. Jury
Burns, Anderson, Jury & Brenner, LLP
P. O. Box 26300
Austin, TX 78755-6300

*The Honorable Scott H. Jenkins*
Judge, 53rd District Court
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767

Mr. James R. Daly
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601



OFFICIAL NOTICE FROM
SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711-2248

RE: Case No. 06-0294
COA #: 03-06-00156-CV TC #: GV401268
DATE: 9/22/2006
STYLE: IN RE ABBOTT LABORATORIES, INC.

Today the Supreme Court of Texas denied the petition for writ of mandamus in the above referenced case. The stay order issued April 13, 2006 is lifted.

---

MAIL TO:

MR. RAYMOND C. WINTER
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P O BOX 12548 MC ~~018~~ 813
AUSTIN TX 78711-2548

INTERAGENCY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

September 22, 2006

Mr. Gary L. Lewis
George & Brothers, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701

Mr. John E. Clark
Goode Casseb Jones Riklin Choate & Watson, P.C.
2122 N. Main Ave.
San Antonio, TX 78212-9680

Honorable Scott H. Jenkins
53rd District Court
P. O. Box 1748
Austin, TX 78767

Mr. D. Douglas Brothers
George & Brothers, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701

Mr. Jeffrey Jury
Burns Anderson Jury & Brenner, L.L.P.
P.O. Box 26300
Austin, TX 78755-0300

Mr. Raymond C. Winter
Office of the Attorney General of Texas
P.O. Box 12548, MC-018
Austin, TX 78711-2548

Mr. C. Michael Moore
Locke, Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

RE: Case Number: 06-0294
Court of Appeals Number: 03-06-00156-CV
Trial Court Number: GV401268

Style: IN RE ABBOTT LABORATORIES, INC.

Dear Counsel:

Today the Supreme Court of Texas denied the petition for writ of mandamus in the above-referenced case. The stay order issued April 13, 2006 is lifted.

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc: Ms. Diane O'Neal



**Case # 06-0562 -> Event: petition for writ of mandamus acted upon**

CaseMail

## Event Information:

| | |
|---|---|
| **Event Type:** | petition for writ of mandamus acted upon |
| **Description:** | Event and/or disposition refers to mandamus |
| **Date:** | 4/27/2007 |
| **Disposition:** | proceeding denied |
| **Opinion Written:** | |

## Opinions Related to this Event:

| Date Issued |
|---|
| No records returned. |

**Hint:** Click on the folder icons above for more case information.

General Information

Supreme Court Home Page
Frequently Asked Questions
Weekly Orders - 04/27/07

Clerk's Office
General Filing Requirements | Fees | Rules & Standards | Weekly Event Report | Electronic Briefing | Certificates of Good Standing | Orders/ Opinions | Administrative Orders | Multidistrict Litigation Orders

About the Court
Contact | Justices | Employment | FAQs | History | Court-Related Links | Court News & Advisories

Court Improvement Project
Process Server Review Board
Search Court Site

Case Information

Case Search
Opinion Search
Oral Arguments Schedule
Oral Arguments Audio/Video

Case Mail

Track Cases or Released Opinions
My Account | Case Tracking | Opinion Tracking | Register | Basics | FAQs

Texas Appellate Courts



The Supreme Court of Texas

Court of Criminal Appeals

Courts of Appeals [District-City]

1-Houston | 2-Fort Worth | 3-Austin
4-San Antonio | 5-Dallas | 6-Texarkana
7-Amarillo | 8-El Paso | 9-Beaumont
10-Waco | 11-Eastland | 12-Tyler
13-Corpus Christi | 14-Houston

Appellate Statistics

The Supreme Court of Texas • Supreme Court Building • 201 West 14th, Room 104 • Austin, Texas 78701 • Telephone: (512) 463-1312 • Fax: (512) 463-1365

Accessibility Policy | Privacy & Security Policy | Open Records Policy | State Web Site Link & Privacy Policy | Email Webmaster

Texas Online | Trail - Statewide Search | Texas Homeland Security | Texas Courts Online



Filed in The District Court
of Travis County, Texas

OCT 05 2007
At 4:07 P M.
Amalia Rodriguez-Mendoza, Clerk

**Cause No. D-1-GV-04-001286**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| *ex rel.* | § | |
| | § | |
| VEN-A-CARE OF THE FLORIDA KEYS, INC. | § | |
| | § | |
| | § | |
| *Plaintiffs*, | § | TRAVIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| ABBOTT LABORATORIES INC., ABBOTT LABORATORIES, HOSPIRA, INC., | § | |
| | § | |
| | § | |
| *Defendants.* | § | 201st JUDICIAL DISTRICT |

**ORDER**

On September 10, 2007, came on to be heard Defendants' Motion to Compel Production of All Responsive Electronic Data and for Sanctions. All parties appeared through their respective counsel. Having examined the pleadings and heard the arguments of counsel, the Court makes the following ruling:

Under the authority of Texas Rule of Civil Procedure 215.2(b.)2., Defendants are ordered to pay $5,000 to Plaintiffs.

Signed this 4 day of ~~September~~ OCT, 2007.

John K. Dietz
Judge Presiding