# EXHIBIT 6

---



### Medicare and Medicaid Pharmacy Issues
### July 17, 2000

Program for Cardinal Health
Mike Tootell
Ross Products/Abbott Laboratories

---



### Overview

- Background
- Average Wholesale Prices
  - DoJ
- Congressional pharmacy proposals
- Future

---

### Background
### Average Wholesale Prices

- Manufacturer list (catalog) prices plus markup (18% - 25%)
- Published by First Data Bank-MediSpan and Redbook
- First Data Bank survey of wholesale distributors
- AWPs are determined by manufacturers

---



### AWP

- Payment basis for Medicaid
  - AWP minus 8% to 15% plus $3 - $5 dispensing fee is common formula
- Payment foundation for Medicare
  - 95% of AWP
  - median within relevant HCPCS codes, if multiple drugs with a common code

---



### Average Wholesale Price

Whistle-blower lawsuit released wholesale supplier catalog pricing for pharmaceutical products
Presentation to state Medicaid Fraud Officers
May 1, Dept of Justice informed First Data Bank of new AWPs
    for 50 drugs, 433 NDC codes
    Data Source undeclared
Most Medicaid states using lower AWPs

---



### Shalala Action

- HCFA to send Medicaid pricing data to Medicare carriers for October 1 update
- First Data Bank "will revise the way it collects and reports average wholesale price data...based on information in wholesaler catalogs."
- Proposed payment rate is 83% AWP.
- Considering "actual acquisition costs"

1

TUBES TPVZ LUCENT

### Available Data Bases

- Wholesale supplier catalogs = new AWP
- AMP -- Average Manufacturer Price = average price to non-governmental purchasers
- Medicaid Best Price = lowest price for any non-governmental purchaser



### Average Wholesale Price

- Legislative effort now to study actual pricing differences
- Cancer community generated 41,000 letters
- DoJ and state Medicaid Fraud Officers threatening civil action
- Outcome uncertain: watch legal and political decisions



### Pharmacy in the 106th Congress

**Pricing differences between markets**

**Medicare pharmacy benefit**



### Medicare was a Budget Problem

### Stopping Increase in Medicare Outlays

**Made Pharmacy Benefit Affordable**



### Outpatient Pharmacy Costs as Political Problem

- Americans pay more for their pharmaceuticals than they did
- Historical comparison assumes no new technology, no new drugs, no improvement in QOL
- Industry not successfully made this case

2

TUBES TPVZ LUCENT



### Hospice example

- Hospice benefit began 1983
  - Drug Costs were $1 per day.
- Hospice drug costs now exceed $13/day.
- Some inexpensive old drugs (Morphine, Compazine, Methadone)
- New costs from new drugs
  - StandoStatin, Actiq, Megase, Fentanyl patches, chemotherapy, many others



### Congressional Mainstream Proposals

- Republican (Medicare RX 2000)
- Democratic (Medicare Access Needed Drugs, MEND)
- Senate Republican Finance Committee



### Republican / Democratic

Republican
- Medicare RX 2000
- HR 4680
- Rep. Bill Thomas
- passed House of Representatives

Democratic
- Medicare Expansion for Needed Drugs (MEND)
- S2541
- Sen. Thomas Daschle
- referred to Senate Finance



### Republican / Democratic

Republican
- Voluntary enrollment
- Community rating (common premium without consideration of health status)
- Guaranteed issue (cannot be denied drug benefit due to health status)

Democratic
- Voluntary enrollment
- Community rating
- Guaranteed issue



### Republican / Democratic

Republican
- Patient pays first $250 (deductible)
- Plan pays 50% of next $2100
- Patient pays drug costs to $6000
- Plan pays all drug costs over $6000.

Democratic
- No deductible
- Plan pays 50% to plan limit, which starts at $2,000. In 2009, plan limit is $5,000.
- Catastrophic benefit to be added later



### Republican Bill

- Market-based model
- Standards for Qualified Drug Coverage
- PDPs provide standard coverage or Actuarially equivalent coverage
- at least 2 PDPs in each market.
- Requires GAO study of Average Acquisition Cost payment methodology

3

TUBES TPVZ LUCENT



### Democratic Bill

- 15 regions, competitive bidding for 2 - 5 year exclusive contracts
- Prescription drug benefit program, prescription drug vendor, insurer, pharmacy delivery system, provider
- Private entity negotiates manufacturer or supplier prices, retail pharmacy contracts



### Democratic Bill

- May propose coinsurance below 50% for
  - generic prescription drugs
  - formulary selection
  - mail order

### Consensus Bills Emerging

- S2758...Graham
- Medicare Outpatient Drug Act of 2000
- At least 10 coverage areas
- Competitive bidding, select at least two winners in each region
- Risk corridors to protect private entities



### Importation of Drugs for Personal Use

- Amendment to authorization (budget) bill of the FDA
- Prohibits FDA from interfering with individuals who are importing prescription drugs for their own use.
- Massive approval in House



### State Pharmacy Legislation Worth Watching

- Maine law passed and signed May, 2000
- State prescription card for all residents
- State agency negotiates discounts from manufacturers and from retailers
- State expects negotiated rates to approximately equal Medicaid lowest price.
- Manufacturers cannot leave the market. Fine: $100,000 per violation.



### Maine status

- Anticipate lawsuit by PhRMA, delay in implementation
- Maine approaching other states to adopt similar programs.
- Program designed to pressure DC, other states.

4

TUBES TPVZ LUCENT

### Prediction 1



- Within the next year, passage of Medicare drug benefit
  - voluntary, optional benefit
  - Federal supervision, private contractors
  - Guaranteed issue, community rates
  - Will damage +Choice programs

### Uncertain Consequences



- Pricing mechanism undetermined
- Options range from
  - central administered pricing (revised AWP)
  - multiple competitive contracts for formulary participation within regions
  - some composite... local negotiation, public disclosure of consequent rates

### Certain Consequences



- Aggressive Medicare pricing will injure small manufacturers who depend on equity as financial source
- Management of therapeutic equivalence will be payer skill of the future.
- New technology investment more risky

### Prediction #2



- Pricing differences between market segments will become more visible
  - US market vs. Canada-Mexico
  - US vs. Third World (Catch 22)
  - Volume purchasers vs. individual retail purchasers
    - Maine Medicaid vs. individual retail
  - Internet/mail order vs. retail



Devil will be in the details

And the

Opportunity will be there too



**Skate where the puck is going to be**

Wayne Gretzky

TUBES TPVZ LUCENT

 

TUBES TPVZ LUCENT