# EXHIBIT 9

| ⓐ Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| **Document Number:**<br>B2-04 | **Document Type:**<br>Policy | **Issue Date:**<br>09/22/2004 | **Superseded Date:**<br>11/17/2003 | **Effective By Date:**<br>03/16/2004 |

**Title: Federal Health Care Program and Other Third Party Payor Requirements – United States – Reimbursement Information and Support**

### 1.0 Overview Section

#### 1.1 Purpose

This policy is intended to establish minimum requirements to ensure that Reimbursement Information and Reimbursement Support relating to Abbott Products is furnished to Customers consistent with the requirements of Federal Health Care Programs and state and federal laws relating to other third party health benefit programs (including but not limited to private insurance, employer group health plans, and other state or local programs).

#### 1.2 Scope

This Policy is applicable to all employees and agents of Abbott Laboratories, its divisions and affiliates, when operating within the United States and its territories including, but not limited to, Puerto Rico, in connection with arrangements involving products for which payment may be made in whole or in part under Federal Health Care Programs or other third party payors. References to employees in this Policy include agents

#### 1.3 Implementation

Implementation is in accordance with *Effective By Date*.

11/17/03 – Ross Products Division Enteral Nutrition Business

03/16/04 – Remainder of Ross and Abbott

#### 1.4 Responsibilities

| Function | Responsibility |
|---|---|
| Divisions/Businesses | To adopt division policies and/or operating procedures to ensure compliance with the requirements of this policy, including monitoring compliance with those policies and operating procedures; and together with the Office of Ethics and Compliance and the Legal Division, to develop and implement training programs addressing these requirements. Where specific programs involving matters covered by this policy have been adopted by a Division or Business with documented rules or policies approved by the Legal Division and/or the Office of Ethics and Compliance, such programs must be operated in compliance with those rules and policies, as well as this policy. |
| Corporate Internal Audit | To adopt and implement auditing protocols which address compliance with the specific requirements of this policy and applicable division policies and operating procedures. |

This information is Confidential to Abbott. User is responsible for confirming use of the current Issued Version prior to use.

Highly Confidential                                                                                                           ABT-DOJ 0302496

| Abbott Laboratories – Office of Ethics and Compliance ||||| 
|---|---|---|---|---|
| Document Number: B2-04 | Document Type: Policy | Issue Date: 09/22/2004 | Superseded Date: 11/17/2003 | Effective By Date: 03/16/2004 |

| Function | Responsibility |
|---|---|
| Office of Ethics and Compliance | To assist divisions in identifying and verifying current, accurate, and complete coding information for Abbott Products that may be disclosed to Customers. To review and approve division policies and operating procedures described above, monitoring activities and training activities. To monitor and promote compliance with this policy and to promote consistency between the divisions/businesses in implementing this policy. To provide ethics and compliance guidance interpreting this policy and matters covered by this policy. |
| Legal Division | An appropriate Senior Counsel or Division Vice President from the Legal Division to review and approve the division policies and operating procedures described above. To provide legal guidance interpreting this policy and matters covered by this policy. |

**2.0  Definitions**

"**Abbott Products**" means products or services marketed, promoted, leased, sold, or otherwise distributed by Abbott.

"**Centralized Reimbursement Department**" means any centralized location or department, approved by the Director, Corporate Reimbursement, established to provide Reimbursement Information and Support. The corporation or a division may have one or more Centralized Reimbursement Departments.

"**Customer**" means all health care professionals, institutions, providers, suppliers, wholesalers, distributors, patients, consumers, medical businesses, and their employees.

"**Federal Health Care Programs**" include any plan or program that provides health benefits, whether directly, through insurance, or otherwise, which is funded directly in whole or in part by the United States government, including but not limited to Medicare, Medicaid, Tricare, Department of Veterans Affairs programs, state CHIP programs, and block grant programs under titles V and XX of the Social Security Act, but not including the Federal Employee Health Benefits program.

"**Reimbursement Communication Center**" means a center (including but not limited to, toll-free call centers and websites), established to communicate information generated by the Centralized Reimbursement Department.

"**Reimbursement Information**" means information relating to the coverage, coding, or payment amounts for Abbott Products, including but not limited to information on third party payor policies relating to coverage, coding or payment.

"**Reimbursement Support**" means assistance provided to a Customer regarding the submission or processing of a claim for an Abbott Product related thereto, including but not limited to coverage investigations, claims filing, prior authorization, medical necessity determination, benefit denial investigation, or claims appeals.

This information is Confidential to Abbott. User is responsible for confirming use of the current Issued Version prior to use.

Highly Confidential                                                                                                                    ABT-DOJ 0302497

| Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| Document Number:<br>B2-04 | Document Type:<br>Policy | Issue Date:<br>09/22/2004 | Superseded Date:<br>11/17/2003 | Effective By Date:<br>03/16/2004 |

### 3.0 Requirements

#### 3.1 General

Abbott may provide Reimbursement Information and Reimbursement Support only in accordance with this Policy and applicable division policies and operating procedures.

#### 3.2 Reimbursement Information

1. <u>General</u>. Abbott may provide the types of Reimbursement Information specified below to Customers in accordance with the standards specified below, so long as:
   a. Abbott will undertake reasonable efforts to ensure that the information is current, accurate and complete in accordance with operating procedures established by the division and the Director, Corporate Reimbursement, including a comprehensive review at least annually;
   b. Abbott advises the Customer that the Customer is ultimately responsible for determining the appropriate codes, coverage, and payment policies for individual patients; and
   c. Notwithstanding the foregoing, any Reimbursement Information concerning adult enteral nutrition products may only be furnished through or with the approval of a Centralized Reimbursement Department, hotline, or website pursuant to division policies and operating procedures.

2. <u>Coverage Information</u>. Divisions may allow Abbott employees to inform Customers that a product is covered by a particular payor and to provide copies of publicly available payor coverage policies furnished through or with the approval of a Centralized Reimbursement Department.

3. <u>Billing Codes</u>. Divisions may allow Abbott employees to communicate billing codes (e.g., HCPCS, CPT, APC, DRG) applicable to Abbott Products, furnished through or with the approval of a Centralized Reimbursement Department. Where feasible, the applicable payor coding policy should be provided or referenced.

4. <u>Reimbursement/Payment</u>.
   a. General -
      i. Abbott may provide Reimbursement Information to Customers concerning payment amounts for Abbott Products only in accordance with division policies and/or operating procedures meeting the following standards:
         (a) No Abbott employee should provide reimbursement amounts to Customers either verbally or in writing, except that written information based on publicly available payment amounts may be distributed if it is approved by the Centralized Reimbursement Department pursuant to division policies and operating procedures. In addition, such personnel should refer the Customer to an approved Reimbursement Communication Center to obtain payment amount information.
         (b) Information must be publicly available (e.g., CMS listing or published payor fee schedule).

Highly Confidential                                                                                                                                         ABT-DOJ 0302498

| Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| Document Number:<br>B2-04 | Document Type:<br>Policy | Issue Date:<br>09/22/2004 | Superseded Date:<br>11/17/2003 | Effective By Date:<br>03/16/2004 |

      (c) The division should verify, at least annually, payment amount information to be provided to Customers.

  ii. Abbott employees may provide information with respect to current published catalog prices and contract prices for products.

  iii. Under no circumstances may Abbott employees guarantee third-party coverage or payment for Abbott Products, or reimburse Customers for claims that are denied by third party payors.

  iv. Abbott employees shall not create their own reimbursement aids ("home grown" materials).

b. Average Wholesale Price Information (AWP) -
  i. No Abbott employee may provide Average Wholesale Price information to Customers and must refer all queries to outside drug databases, except that helplines approved by a Centralized Reimbursement Department may communicate AWP information only through a hard or electronic copy of an actual drug database listing or, subject to approved division operating procedures, Abbott managed care sales employees may provide AWP information directly to managed care Customers.
  ii. Information provided by Abbott to drug databases should communicate only WAC (wholesale acquisition cost or list price) and not AWP.

c. Margin Information and Reimbursement Modeling
  i. Abbott employees may not use or provide Customers with tools to enable reimbursement modeling which may be used to determine the margin between acquisition costs and reimbursement amounts ("spread"). Examples of such tools include reimbursement calculators, charts and spreadsheets.
  ii. Abbott employees may not provide reimbursement margin, spread, or other information about profitability to Customers, and must decline to respond to requests for such information. For example, an Abbott Employee may not inform a Customer that they will receive greater reimbursement by using an Abbott Product over a competitor's product.

d. Beneficiary Copayment Information
  i. Abbott employees may not provide information to health care providers/Customers concerning beneficiary co-payments in connection with Federal Health Care Programs.
  ii. Abbott employees shall not encourage health care providers/Customers to waive beneficiary co-pays

e. Usual and Customary Charge Levels/Cost Reporting
  i. Abbott employees shall not provide information regarding or recommend usual and customary charge levels or other amounts that providers should bill to third parties.
  ii. Abbott employees shall not recommend or suggest cost centers to which the costs for Abbott Products should be assigned, allocated, or apportioned in cost reports submitted to third parties.

This information is Confidential to Abbott. User is responsible for confirming use of the current Issued Version prior to use.

Highly Confidential

ABT-DOJ 0302499

| Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| **Document Number:** B2-04 | **Document Type:** Policy | **Issue Date:** 09/22/2004 | **Superseded Date:** 11/17/2003 | **Effective By Date:** 03/16/2004 |

5. Medical Necessity and Other Federal Health Care Program Information.
   a. No information may be provided to physicians or health care providers, or their staff or agents, that encourages specific diagnostic coding to obtain payment. No Abbott employee may encourage or make a medical necessity determination on behalf of an individual patient. Abbott employees may provide publicly available Medical Necessity, National Program Memoranda, Medicare Transmittals, National Coverage Decisions, Medical Review Policies supplied by a Centralized Reimbursement Department, including Local Medical Review Policies (or "LMRPs") developed by the Medicare contractors or other publicly available individual information, which describe the medical conditions for which a product may be covered. All material must be dated.
   b. Abbott employees may not provide or suggest or confirm ICD-9 or other diagnostic codes to document medical necessity for patients, except as permitted on an exceptions basis by division operating procedures.

6. Review of Sales and Marketing Materials.
   a. All sales and marketing materials, including training or presentation materials, containing Reimbursement Information must be reviewed and approved by the Director, Corporate Reimbursement and an appropriate Senior Counsel or Division Vice President from the Legal Division in accordance with division operating procedures.
   b. All helplines (external, internal, or other companies' through co-marketing) that provide reimbursement services must have scripts approved by the Director, Corporate Reimbursement and an appropriate Senior Counsel or Division Vice President from the Legal Division, in accordance with division operating procedures. Scripts should be updated annually.

### 3.3 Reimbursement Support

1. Abbott may provide Reimbursement Support to Customers only through Abbott helplines approved by the Director, Corporate Reimbursement, in accordance with the standards set forth below and applicable division operating procedures. Engagements of third parties to provide Reimbursement Support must be pursuant to written agreements approved by an appropriate Senior Counsel of Division Vice President from the Legal Division.

2. All Reimbursement Support must be provided consistent with the restrictions on the use and disclosure of protected health information under the Health Insurance Portability and Accountability Act ("HIPAA") and similar state laws.

3. Abbott may contact third party payors to investigate coverage and benefit parameters for Abbott Products, may furnish Customers with payor-required prior authorization forms, may provide medical literature in support of coverage of particular uses of Abbott Products consistent with FDA regulations, may make inquiries regarding the status of prior authorization and medical necessity requests, and may provide other Reimbursement Support activities approved by the Director, Corporate Reimbursement and an appropriate Senior Counsel or Division Vice President from the Legal Division, all in accordance with division operating procedures.

This information is Confidential to Abbott. User is responsible for confirming use of the current Issued Version prior to use.

Highly Confidential                                                                                                          ABT-DOJ 0302500

| Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| Document Number:<br>B2-04 | Document Type:<br>Policy | Issue Date:<br>09/22/2004 | Superseded Date:<br>11/17/2003 | Effective By Date:<br>03/16/2004 |

### 3.4 Lobbying/Advocacy Efforts

Designated Abbott representatives, pursuant to applicable Corporate and/or Division policies and/or operating procedures, may provide information about products and payment policies to government officials (including administrators of Federal Health Care Programs), Customers, patients, competitors and others for purposes of lobbying or public advocacy. This information may include product characteristics, the connection between product characteristics and payment policies, as well as recommendations about payment policies, amounts and procedures.

### 3.5 Exceptions

Exceptions to this policy may only be granted with the approval of (1) the Chief Operating Officer of the Medical Products Group or Pharmaceutical Products Group, as applicable, or the President of the relevant Division or business, (2) the Chief Ethics and Compliance Officer or the DVP, Ethics and Compliance, and (3) an attorney from the health care compliance legal function.

Highly Confidential

ABT-DOJ 0302501

| Abbott Laboratories – Office of Ethics and Compliance | | | | |
|---|---|---|---|---|
| **Document Number:** B2-04 | **Document Type:** Policy | **Issue Date:** 09/22/2004 | **Superseded Date:** 11/17/2003 | **Effective By Date:** 03/16/2004 |

## 4.0 Document Information

### 4.1 Attachments
None

### 4.2 Governing Documents
None

### 4.3 Reference Documents

- Federal Health Care Program Requirements- United States

### 4.4 Description of Change
Document reformatted per CP-00, Corporate Policy Control requirements. No change to content.

### 4.5 Distribution
Official Key Contact(s)

### 4.6 Signature Block

| Approver Name | Signature Date | Approver Functional Area |
|---|---|---|
| Catherine Sazdanoff | 7/25/04 | Initiator / SME |
| Charles Brock | 9/20/04 | Chief Ethics and Compliance Officer |

### END OF DOCUMENT

Highly Confidential                                                                                                            ABT-DOJ 0302502

ABBOTT LABORATORIES
1990-1994 LONG RANGE PLAN
**WORLDWIDE STRATEGIC SPENDING BY BUSINESS SEGMENT**

Strategic funds are expenditures for significant change in the scope of products or services; methods of operation; business volume; market segmentation; market share or other indicators of competitive position. Below is the Strategic Spending Summary for 1990-1994:

| ($MM) | PROJECT EXPENSE | | | CUMULATIVE CONTRIBUTION MARGIN 1990-1994 | '90 FIXED CAPITAL SPENDING |
|---|---|---|---|---|---|
| | CUM. PROJ. TO DATE | PLAN 1990 | CUM. 1990-94 | | |
| PHARMACEUTICAL a | N/A | 278.2 | 1,863.1 | N/A | ... |
| DIAGNOSTICS | 245.1 | 131.0 | 683.8 | 1,731.2 | 6.2 |
| NUTRITIONAL | 64.5 | 29.9 | 189.8 | 233.2 | 20.3 |
| CHEM./AGRICULTURE & CONSUMER | 46.3 | 20.2 | 97.4 | 25.1 | 3.2 |
| HOSPITAL | 35.2 | 25.2 | 115.2 | 523.6 | 57.8 |
| TOTAL STRATEGIC SPENDING | 391.1 b | 484.5 | 2,949.3 | | |

a Reflects Pharmaceutical Strategic Spending on a global basis (including International), but excluding Physicians Office Diagnostics.

50

Highly Confidential                                                                                                               ABT-DOJ 0302462