UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES INC.'S MOTION TO SEAL AN EXHIBIT SUBMITTED BY THE UNITED STATES IN DOCKET NO. 4761

Pursuant to the Court's Order of October 12, 2007, Abbott Laboratories Inc. respectfully moves the Court to direct that the documents that comprise Exhibit F to the *United States' Response to Third Party TAP Pharmaceutical Products, Inc.'s Motion to Clarify Paragraph 6 of the Court's September 7, 2007 Order* (Dkt. No. 4761) (the "Response") be filed under seal.  In support of this motion, Abbott states that:

1.  On Friday, September 28, 2007, the Government notified Abbott that it wanted to attach numerous documents to the Response.  Although Abbott does not advocate the Court's consideration of any material submitted by the United States, Abbott agreed that all of the proposed documents, except Exhibit F, could be filed in the public record.

2.  The documents contained in Exhibit F should be filed under seal.  These documents were designated by Abbott as "Highly Confidential" under the protective order.  They contain current, highly-sensitive information about Abbott's internal data and how it is maintained, as well as how Abbott processes financial and other business information.  This proprietary data management expertise provides Abbott with a competitive advantage, and it would cause harm to Abbott in the marketplace if this information were disclosed publicly.  Certain of the documents also reveal information about the confidential financial terms and

conditions of Abbott's business agreements with its customers; this information, too, is sensitive and could cause harm to Abbott if it were disclosed.

    3.    Abbott's counsel has conferred with counsel for the United States, who states that the United States takes no position with respect to this motion.

WHEREFORE, Abbott respectfully requests that the Court direct that the documents that comprise Exhibit F to the *United States' Response to Third Party TAP Pharmaceutical Products, Inc.'s Motion to Clarify Paragraph 6 of the Court's September 7, 2007 Order* (Dkt. No. 4761) be filed under seal. A draft order is attached for the Court's convenience.

Dated:  October 16, 2007                        Respectfully submitted,

                                                     ABBOTT LABORATORIES INC.

                                                     By:  /s/ Brian J. Murray

                                                     James R. Daly
                                                     Jason G. Winchester
                                                     Brian J. Murray
                                                     Nicole C. Henning
                                                     JONES DAY
                                                     77 W. Wacker Dr., Suite 3500
                                                     Chicago, Illinois  60601-1692
                                                     Telephone: (312) 782-3939
                                                     Facsimile:  (312) 782-8585

                                                     R. Christopher Cook
                                                     David S. Torborg
                                                     JONES DAY
                                                     51 Louisiana Avenue, N.W.
                                                     Washington, D.C.  20001-2113
                                                     Telephone:  (202) 879-3939
                                                     Fax:  (202) 626-1700

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 16, 2007, the foregoing **ABBOTT LABORATORIES INC.'S MOTION TO SEAL AN EXHIBIT FILED BY THE UNITED STATES IN DOCKET NO. 4761** was served upon all counsel of record in this action electronically by posting a true and correct copy of same via Lexis-Nexis.

/s/ Brian J. Murray

CHI-1611828v1