# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## PROPOSED ORDER

Upon consideration of Abbott Laboratories Inc.'s *Motion to Seal an Exhibit Filed by the United States in Docket No. 4761*, it is hereby ORDERED THAT the motion is granted.

IT IS FURTHER ORDERED THAT Exhibit F to the *United States' Response to Third Party TAP Pharmaceutical Products, Inc.'s Motion to Clarify Paragraph 6 of the Court's September 7, 2007 Order* (Dkt. No. 4761) will remain under seal pursuant to the Protective Order governing this matter until further order of the Court.

This _____ day of _____ 2007.

_____
Patti B. Saris
United States District Judge