UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : | MDL NO.1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS |
| | : | |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.,*<br>CIVIL ACTION NO. 03-CV-11226-PBS | : : : : : : | Judge Patti B. Saris |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of Ven-A-Care of the Florida Keys, Inc., in the above captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing and admitted to practice in the United States District Court for the Eastern District of Pennsylvania.

In further accordance with this Court's Case Management Order No. 1, we have included a check in the amount of $50.00 in payment of the fee associated with the *pro hac vice* status.

Respectfully submitted,

_____
Marjory P. Albee (PA ID # 28150)
MAGER & GOLDSTEIN LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103
(215) 640-3280

Dated: October 15, 2007

## CERTIFICATE OF SERVICE

I, William J. Mecoli, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 16, 2007 a copy to Lexis Nexis for posting and notification to all parties.

                                                            William J. Mecoli
                                                            Paralegal