UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' UNOPPOSED MOTION TO FILE CORRECTED COPY OF MEMORANDUM IN SUPPORT OF ITS THIRD MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ABBOTT LABORATORIES INC. AND TO REQUIRE THAT ABBOTT DE-DESIGNATE NON-CONFIDENTIAL INFORMATION**

The United States of America, through its undersigned counsel, respectfully files this Unopposed Motion to File Corrected Copy of the Memorandum in Support of its Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information. Undersigned counsel contacted counsel for Abbott, who states that Abbott does not oppose the United States' effort to file a corrected brief. In support of this Motion, the United States represents the following.

The United States seeks to substitute four words with thirteen words and add a missing parenthesis. In the first full paragraph on page 10 of the memorandum filed on October 15, 2007 (Dkt No. 4800), the text currently reads (language to be removed is in *italics*):

> The first document is referred to as a policy document pertaining to federal health care reimbursement from Abbott's Office of Ethics and Compliance, and was issued on September 22, 2004. *See e.g.*, Ex. 9 (ABT-DOJ 0302496-2502). The United States does not believe that *a* policy document *from the 1990s* meets the standards set forth by Judge Saris in her October 10 electronic

> Order. *See* Ex. 7 at 6. The second item is a single page (50 from Abbott's 1990-1994 Long Range Plan. [footnote omitted]. *See* Ex. 9 (ABT-DOJ 0302462). This document also would not appear to comply with Judge Saris's recent Order.

The text to be substituted (in *italics*) is as follows:

> The first document is referred to as a policy document pertaining to federal health care reimbursement from Abbott's Office of Ethics and Compliance, and was issued on September 22, 2004. *See e.g.*, Ex. 9 (ABT-DOJ 0302496-2502). The United States does not believe that *this* policy document*, which Abbott agreed to publicly filing a couple days after producing it,* meets the standards set forth by Judge Saris in her October 10 electronic Order. *See* Ex. 7 at 6. The second item is a single page (50) [end parenthesis added] from Abbott's 1990-1994 Long Range Plan. [footnote in original text to remain]. *See* Ex. 9 (ABT-DOJ 0302462). This document also would not appear to comply with Judge Saris's recent Order.

Along with this Motion, as Exhibit A, is a copy of the attached [Proposed] Corrected Memorandum in Support of its Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

Dated: October 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Unopposed Motion to File Corrected Copy of Memorandum in Support of its Third Motion To Compel the Production of Documents From Abbott Laboratories Inc. and To Require That Abbott De-Designate Non-Confidential Information** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: October 17, 2007

/s/ Renée Brooker
Renée Brooker