UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:**  ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, <br> CIVIL ACTION NO. 06–CV-11337-PBS  ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the United States' Unopposed Motion to File Corrected Copy of the Memorandum in Support of its Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information, it is hereby ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the United States shall file its Corrected Memorandum in Support of its Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information.

This _____ day of _____, 2007.

_____
United States Magistrate Judge