UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF RICHARD A. GONZALEZ**

# EXHIBIT 4

## Sellers, Mike W   APX

| | |
|---|---|
| From: | Sellers, Mike W   APX |
| Sent: | Monday, May 22, 2000 6:21 PM |
| To: | Gonzalez, Richard A   APX |
| Cc: | Baker, Pete   APX; Wiebking, Guy   APX; Chronis, Stacey L LN; Leone, Lynn E   APX; Lyman, Robert  APX; Rodriguez, Susan  APX |
| Subject: | AWP Changes |

Two of my folks attended a seminar on Medicaid rebates given by HCFA last week. At the seminar, First DataBank (FDB) announced that they were implementing reductions to the Medicare/Medicaid AWP for 437 drug products as dictated by the Justice Department based upon a survey of pricing done by the agency. These reduced prices are being adopted in the current reimbursement formulas (e.g. AWP - 15%, AWP - 20%, etc.) for many states and in the few drugs covered by Medicare. Per the attendees the FDB representative read a "prepared statement" due to its "legal ramifications" and answered few questions.

Today via the FDB website, we have been able to access the entire list of products affected. Out of the 437 drugs listed, Abbott products covered 101 of the items. The products included: Aminosyn, Heparin, Calcijex, various general IV solutions, Liposyn, Gentamicin, Diazapam, Lorazapam, Amikacin, tobramycin, Clindamycin, Acyclovir, steroids, and furosemide. Other products listed included Anzemet and Lupron. We are still evaluating the value of the reductions. A typographical error on our vancomycin has already caused a number of calls from providers asking for clarification. We will need to highlight this to FDB and ask for amendment.

Several companies were listed for vancomycin ... all at different price levels.

1

ABT-DOJ 0233988
Highly Confidential

ABT109-0214    FL