UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S
MOTION FOR A PROTECTIVE ORDER RELATING TO THE
DEPOSITION OF RICHARD A. GONZALEZ**

# EXHIBIT 5

 *contract marketing*

**INTEROFFICE CORRESPONDENCE**

**FROM:**   Mike Sellers
General Manager, Contract Marketing

**DEPT:** 0361   **BLDG:** AP30   **EXT:**   7-1776

**TO:**   Meeting Attendees

**DATE:** March 7, 2001

**RE:**   Rules of The Road

Attached is for discussion at the 10 AM meeting in Rick Gonzalez office.

MIKE

ABT-DOJ 0233898
Highly Confidential

ABT109-0124      FL

Prepared for L. Schumacher   Attorney Work Product   3/2/01

# PUBLISHED PRICES FOR HPD

**CATALOG LIST PRICE** – Manufacturer's suggested list price last published in a catalog April 19, 1999.  May include price breaks based upon single-order case volume purchases.

**WHOLESALER ACQUISITION COST (WAC)** – Price charged to drug wholesalers on the initial purchase transaction for product moved into their inventory.  This price is the basis for chargebacks.  Typically offered with a "2% 30 Net 31" payment terms.  This price is also used for Radiology Supply distributors with regard to the Berlex products marketed by HPD.

**JIT PRICE** – Price charged to med-surg distributors on the initial purchase transaction for product moved into their inventory.  This price is the basis for chargebacks.  The payment terms are "1.5% 30 Net 31".  This price was established in the late 80's as we responded to Baxter's ValueLink just-in-time distribution initiative on large volume IV solutions and administration equipment.  Due to the bulk and weight of these products, drug wholesalers were not interested in distributing these products.

**DISTRIBUTOR ACQUISITION COST (DAC)** – Price charged to oncology distributors for product moved into their inventory.  This price was initially defined by Gensia, the manufacturer of products sold and distributed by HPD within the Oncology franchise, prior to establishment of the Abbott marketing agreement.  When Abbott assumed the marketing responsibility on these products, we established WAC prices at levels above the market ASP for drug wholesalers.  In the three (3) years since the initiation of the Gensia agreement, we have tried to align DAC with WAC, but have not done so to date due to the financial impact of the inventory cost adjustment that would be experienced in such an alignment.

**RxLINK** – In 1991, HPD recognized a market opportunity in the chargeback process that would facilitate the full documentation of all drug wholesaler sales (without paying for sales tracings) and would gain our products some preference in the non-contract sales process within the wholesalers.  An agreement was developed and sold to wholesalers under which they could qualify current non-contract sales at prices below WAC and in return gain a 2% revenue from Abbott in the form of a quarterly rebate.  RxLink is purely an opportunistic sale made to small buyers and to our competition's contract purchasers during periodic competitive supply interruptions.

**ABT-DOJ 0233899**
**Highly Confidential**

ABT109-0125  FL

Developed at the direction of Laura Schumacher                           Attorney Work Product
                                        03/07/01

## POLICY IMPLEMENTATION:

Per directions from last meeting:
1. Discussed price adjustment with other Divisions:
   **PPD** – Standard WAC prices at 5% below List; potential exposure on Ery products which are sold at 40% to 60% below List; some sales volume risk with lower List price.
   **RPD** – No exposure anticipated; distributor prices at 30% off List.
   **SPD** – Animal Health prices higher than HPD ASP, currently making comparisons; no major risk anticipated.

2. Evaluated the impact of using lower JIT prices. List Price billings erosion increased $1.5 million to $1.8 million.

3. Evaluated the impact of DAC adjustments for Oncology drugs. Few drugs are impacted since many co-marketed products remain sold at List Price. No direct sales for these items.

### Proposed Implementation Schedule:

A) **First 45 Days** – Finalize WAC prices with Accounting verification and Business Unit approvals.

B) **Next 45 Days** – Announce changes to WAC, JIT and DAC prices to trading partners.

C) **Next 30 Days** – Announce catalog price change and publish new List Prices to RedBook and First Data Bank.

|  | 2001 | ANNLZD |
|---|---|---|
| **Definite Impact - Price Lost Due to Reduction** | | |
| • List Price & Special Price Sales | $ 0.9 million | $ 1.8 million |
| • Inability to Raise FSS Prices | $ 0.1 million | $ 0.2 million |
| **Potential Impact - Volume Lost due to Reimbursement Reductions** | | |
| • Alternate Site Product Sales | $ 2.9 million | $ 8.8 million |
| • Home Infusion Revenue Sharing | $ 0.6 million | $ 1.8 million |
| **Total Potential Impact** | **$ 4.5 million** | **$ 12.6 million** |

Assuming July 1, 2001 catalog price date.

Catalog Price Policy 2/9/01 8:00AM                                          Page 3

ABT-DOJ 0233901
Highly Confidential

ABT109-0127        FL

Prepared for L. Schumacher                 Attorney Work Product                      3/2/01

# PUBLISHED PRICES FOR HPD

**CATALOG LIST PRICE** – Manufacturer's suggested list price last published in a catalog dated April 19, 1999. Usually defined as one price level, but it may include price breaks based upon single-order case volume purchases (e.g. Calcijex).

**WHOLESALER ACQUISITION COST (WAC)** – Price charged to drug wholesalers on the initial purchase transaction for product moved into their inventory. This price is the basis for chargebacks. Typically offered with a "2% 30 Net 31" payment term. This price is also used for Radiology Supply Distributors for Berlex products marketed by HPD (e.g. Magnevist).

**JIT PRICE** – Price charged to Medical Distributors (e.g. General Medical, Allegiance) on the initial purchase transaction for product moved into their inventory. This price is the basis for chargebacks. The payment terms are "1.5% 30 Net 31". This price was established in the late 80's as Abbott's response to Baxter's ValueLink just-in-time distribution initiative on large volume IV solutions and administration equipment. Due to the bulk and weight of these products, drug wholesalers were not interested in distributing them. On IV solutions, this price is usually lower than WAC.

**DISTRIBUTOR ACQUISITION COST (DAC)** – Price charged to alternate site Oncology Distributors (e.g. Oncology Supply) for product moved into their inventory. This price was initially defined by Gensia (the manufacturer of oncology products sold and distributed by HPD) prior to establishment of the Abbott marketing agreement. When Abbott assumed the marketing responsibility on these products, HPD established WAC prices at levels above the market ASP for drug wholesalers. In the three (3) years since the initiation of the Gensia agreement, we have tried to align DAC with WAC on new product introductions, but have not done so on the original products (about 17 list numbers).

**RxLINK** – In 1991, HPD recognized a market opportunity in the chargeback process that would facilitate the full documentation of all drug wholesaler sales (without paying for sales tracings) and would gain our products some preference in the non-contract sales process within the wholesalers. An agreement was developed and sold to wholesalers under which they could qualify current non-contract sales at prices below WAC and in return gain a 2% revenue from Abbott in the form of a quarterly rebate. RxLink is purely an opportunistic sale made to small buyers and to our competition's contract purchasers during periodic competitive supply interruptions.

**PARAMETER PRICES** – In 1995/6 due to the implementation of HPD's main pricing system (CAS), a policy was established to manually override any non-contract direct purchases with Parameter Prices. This was done to assure evaluation of all "list priced" billings before invoicing, and to minimize the magnitude and disruption of billing adjustments that might occur with the new system. Parameter Prices were set above the Group High price and at or below RxLink prices. This policy has remained in effect through today.

**ABT-DOJ 0233902**
**Highly Confidential**

ABT109-0128        FL