UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Hon. Patti Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

**THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF RICHARD A. GONZALEZ**

# EXHIBIT 6




Select a Country | Site Map | Contact Us

 Enter Search

Home
About Abbott
Products
Science & Innovation
Global Citizenship
Careers
News & Media
Investor Relations
   Reports & Financials
   Investor Resources
   Stock/Dividends
   Events & Presentations
   Corporate Governance
      Senior Management Team
      Board of Directors
      Board Committees
      Governance Principles
      Code of Business Conduct
Global Licensing

## Board of Directors

**Roxanne S. Austin**
Former President and Chief Operating Officer
DIRECTV, Inc.
El Segundo, California

**William M. Daley**
Chairman of the Midwest
JP Morgan Chase & Co.
Chicago, Illinois

**W. James Farrell**
Retired Chairman and Chief Executive Officer
Illinois Tool Works Inc. (ITW)
Glenview, Illinois

**H. Laurance Fuller**
Retired Co-Chairman of the Board
BP Amoco, p.l.c.
London, United Kingdom

**The Rt. Hon. Lord Owen CH**
Chairman
Europe Steel, p.l.c.
London, United Kingdom

**Boone Powell Jr.**
Retired Chairman
Baylor Health Care System
Dallas, Texas

**W. Ann Reynolds, Ph.D.**
Former President
The University of Alabama at Birmingham
Birmingham, Alabama

**Roy S. Roberts**
Managing Director

Reliant Equity Investors
Chicago, Illinois

**Samuel C. Scott III**

Chairman, President and Chief Executive Officer

Corn Products International Inc.

Westchester, Illinois

**William D. Smithburg**

Retired Chairman, President and Chief Executive Officer

The Quaker Oats Co.

Chicago, Illinois

**Glenn F. Tilton**

Chairman, President and Chief Executive Officer

UAL Corporation and United Air Lines, Inc., a wholly owned subsidiary of UAL Corporation

Chicago, Illinois

**Miles D. White**

Chairman of the Board and Chief Executive Officer

Abbott

Contact our Directors

🖨 Printer Friendly

Home | Select a Country | Site Map | Contact Us | Privacy Policy | Terms of Use

Copyright © 2006, 2007 Abbott Laboratories. Abbott Park, Illinois, U.S.A.

Unless otherwise specified, all product names appearing in this Internet site are trademarks owned by or licensed to Abbott Laboratories, its subsidiaries or affiliates. No use of any Abbott trademark, trade name, or trade dress in this site may be made without the prior written authorization of Abbott Laboratories, except to identify the product or services of the company.