# UNITED STATES DISTRICT COURT

United States District Court   DISTRICT OF   Massachusetts

In re: PHARMACEUTICAL
INDUSTRY AVERAGE WHOLESALE
PRICE LITIGATION

**APPEARANCE**

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case Number: MDL 1456

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dey, Inc.

Dey L.P.

Dey L.P., Inc

I certify that I am admitted to practice in this court.

October 12, 2007
Date

*/s/ Sarah L. Reid*
Signature

Sarah L. Reid
Print Name                                    Bar Number

Kelley Drye & Warren LLP, 101 Park Avenue
Address

New York,        New York            10178
City              State              Zip Code

(212) 808-7720                (212) 808-7897
Phone Number                   Fax Number

NY01/REIDS/1243228.1

## CERTIFICATE OF SERVICE

I certify that on October 19, 2007, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_s/Sarah L. Reid_
Sarah L. Reid

NY01/KIMSE/1085906.1