UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) Civil Action No. 01-12257- PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) ) Hon. Patti B. Saris ) |
| *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.* CIVIL ACTION NO.03-11865-PBS | ) Magistrate Judge Marianne B. Bowler ) ) |

**THE COMMONWEALTH OF MASSACHUSETTS' MOTION TO INTERVENE IN *IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,* CIVIL ACTION NO. 01-12257, FOR THE LIMITED PURPOSE OF MOVING TO ADD AN ADDENDUM TO THE 12/13/02 PROTECTIVE ORDER PERMITTING THE COMMONWEALTH ACCESS TO CONFIDENTIAL AND HIGHLY CONFIDENTIAL MATERIAL.**

Now comes the Commonwealth of Massachusetts, plaintiff in *The Commonwealth v. Mylan Laboratories, Inc. et al.,* Civil Action No. 03-11865-PBS, (hereinafter "the Commonwealth's Action), by its attorneys, pursuant to the 10/17/2007, Order of this Court in the Commonwealth's Action, moves this Court for an order permitting the Commonwealth to intervene in *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,* Civil Action No. 01-12257-PBS (hereinafter "AWP Litigation"), for the limited purpose of adding an addendum to the protective order entered in the AWP Litigation on 12/13/02. The addendum is necessary to make the Commonwealth eligible to receive the information designated "Confidential" and "Highly Confidential" under the 12/13/02 Protective Order. A copy of the Commonwealth's Motion For Order Adding Addendum To The 12/13/02 Protective Order In *In Re: Pharmaceutical Industry Average*

*Wholesale Price Litigation,* Civil Action No. 01-12257; Memorandum In Support thereof; and the Proposed Order is attached as Exhibit A to this Motion.  This Motion To Intervene is made in accordance with the electronic order entered by this Court on 10/17/07, in which Judge Robert B. Collings ruled that the plaintiff must intervene in the AWP Litigation to allow all parties in that litigation the opportunity to be heard on any motion involving the 12/13/02 Protective Order.  See Electronic Order of Judge Robert B. Collings, attached as Exhibit B to this Motion.

### Request for Oral Argument

The Plaintiff believes that oral argument would assist the Court in deciding this Motion and requests oral argument.

### Local Rule 7.1(a)(2) Certification

The undersigned counsel certifies that he, through other attorneys from his office, has conferred by email with counsel for the defendants in this action, in a good faith effort to resolve or narrow the issues raised by this Motion.

                    Respectfully submitted,

                    Commonwealth of Massachusetts
                    By its attorney,

                    MARTHA COAKLEY
                    Attorney General


            By:     /s/ Peter A. Mullin_____
                    Peter A. Mullin (BBO#360260)
                    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on counsel of record for each of the defendants by causing the documents to be filed electronically in the Court's CM/ECF system this 23rd day of October, 2007.

/s/ Peter A. Mullin
Assistant Attorney General