# EXHIBIT B

## TO

**THE COMMONWEALTH OF MASSACHUSETTS' MOTION TO INTERVENE IN** *IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,* **CIVIL ACTION NO. 01-12257, FOR THE LIMITED PURPOSE OF MOVING TO ADD AN ADDENDUM TO THE 12/13/02 PROTECTIVE ORDER PERMITTING THE COMMONWEALTH ACCESS TO CONFIDENTIAL AND <u>HIGHLY CONFIDENTIAL MATERIAL.</u>**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, October 17, 2007 1:27 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:03-cv-11865-PBS The Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al Order on Motion for Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/17/2007 at 1:27 PM EDT and filed on 10/17/2007
**Case Name:**   The Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al
**Case Number:**   1:03-cv-11865
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge Robert B. Collings: Electronic ORDER entered denying without prejudice [339] Motion for Order. The motion, filed in the instant case, requests a modification of a Protective Order filed in another case, i.e. 01cv12257. In my judgment, any motion to modify the Protective Order in 01cv12257 must be filed in that case and not in the instant case. If the Commonwealth is not a party to the case 01cv12257, it would need to file a motion to intervene for the purposes of seeking a modification of the Protective Order in that case. The simple fact is that the parties in 01cv12257 must have the opportunity to be heard on any motion to modify an order which has been entered in that case; only by filing the motion in that case will those parties have the opportunity to file an opposition/objection, etc.

**1:03-cv-11865 Notice will be electronically mailed to:**
Louis J. Scerra, Jr   scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com
Robert J. Muldoon, Jr   rjmuldoon@sherin.com
Peter A. Mullin   peter.mullin@state.ma.us, nang.tran@state.ma.us
John T. Montgomery   jmontgomery@ropesgray.com, SamplePlead@ropesgray.com
Brien T. O'Connor   boconnor@ropesgray.com, SamplePlead@ropesgray.com
Richard C. Heidlage   richard.heidlage@ago.state.ma.us
Gary R. Greenberg   greenbergg@gtlaw.com, champagnew@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com, scerral@gtlaw.com
Erik J. Frick   efrick@eckertseamans.com, PDueffert@wc.com, aboone@wc.com, gpoor@eckertseamans.com
Peter E. Ball   peb@sally-fitch.com, dac@sally-fitch.com
Stephen R. Delinsky   srd@escm.com