UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | ) ) ) MDL No. 1456 ) Civil Action No. 01-12257- PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) ) Hon. Patti B. Saris ) |
| *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.* CIVIL ACTION NO.03-11865-PBS | ) Magistrate Judge Marianne B. Bowler ) ) |

**[PROPOSED] ORDER GRANTING THE COMMONWEALTH OF MASSACHUSETTS' MOTION TO INTERVENE IN *IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*, CIVIL ACTION NO. 01-12257, FOR THE LIMITED PURPOSE OF MOVING TO ADD AN ADDENDUM TO THE 12/13/02 PROTECTIVE ORDER.**

**IT IS HEREBY ORDERED:**

1.  The Motion to Intervene by the Commonwealth of Massachusetts, plaintiff in *The Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.,* Civil Action No. 03-11865-PBS, is GRANTED. The Commonwealth is permitted to intervene in *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,* Civil Action No. 01-12257-PBS, (hereinafter "AWP Litigation"), for the limited purpose of filing and having heard the Commonwealth's Motion For Order Adding Addendum To The 12/13/02 Protective Order In in *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,* Civil Action No. 01-12257, Allowing Commonwealth of Massachusetts Access To Confidential and Highly Confidential Information In That Action, (hereinafter "Motion For Addendum").

2.	The Commonwealth's Motion For Addendum, together with the Motion In Support thereof and the Proposed Order, being attached as an Exhibit to the Commonwealth's Motion To Intervene In The AWP Litigation, is deemed filed with this Court upon the granting of this Motion To Intervene.  All requisite due dates with regard to responsive pleading will run as of the date of the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2007             _____
                                    Patti B. Saris
                                    United States District Judge