UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br>*United States of America ex rel.*<br>*Ven-a-Care of the Florida Keys, Inc., v.*<br>*Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNOPPOSED MOTION BY THE UNITED STATES TO ENLARGE TIME

The United States respectfully files this motion for an enlargement of time until November 2, 2007 to file its response to defendant Abbott Laboratories, Inc.'s ("Abbott's") Motion to Compel Responses to Document Request Nos. 37 and 38. In support of this request, the United States makes the following representations.

The United States' response to Abbott's motion is due October 25, 2007. Additional time is needed due to undersigned counsel's previously scheduled matters in this case and others. Counsel for the United States contacted counsel for Abbott who indicated that he would not oppose this request for additional time.

For these reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Ana Maria Martinez
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
 the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

 /s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-1088
Fax: (202) 307-3852

Dated: October 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above' UNOPPOSED MOTION BY THE UNITED STATES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: October 25, 2007

                                           /s/ Renée Brooker
                                           Renée Brooker