UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

*[PROPOSED]* **ORDER**

This matter came before the Court upon the Unopposed Motion by the United States to Enlarge Time until November 2, 2007 to file its response to Abbott Laboratories, Inc.'s Motion to Compel Responses to Document Requests Nos. 37 and 38.  Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file its response to Abbott's motion by November 2, 2007.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston, Massachusetts.

_____