# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO.: 1456<br>Civil Action No.: 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective October 26, 2007 the new address for counsel for defendants, Hoffmann-La Roche, Inc. is as follows:

> Peabody & Arnold, LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue
> Boston, MA  02210-2261
> Tel: 617-951-2100
> Fax: 617-951-2125

Respectfully submitted,

HOFFMANN-LA ROCHE, INC.

By its attorney,

/s/ Colleen M. Hennessey_____
Colleen M Hennessey, Esq.  (BBO 559235)
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
Tel:  617-951-2100
Fax:  617-951-2125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all counsel of record electronically by CM/ECF, this 25th day of October, 2007.

/s/ Colleen M. Hennessey
Colleen M. Hennessey
PEABODY & ARNOLD, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2216
Tel:  617-951-2100

PABOS2:CHENNES:670861_1
14690-90035