UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Laboratories Inc., et al.,* CA No. 02-CV-12084-PBS | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

[PROPOSED] STIPULATION AND ORDER

     IT IS HEREBY STIPULATED, by and between the undersigned, that, pursuant to the Conditional Remand Order of the United States Judicial Panel on Multidistrict Litigation, dated September 24, 2007, the attached Exhibit A designates the contents of the record to be remanded to the District of Montana.

- 2 –

| HAGENS BERMAN SOBOL SHAPIRO ON BEHALF OF PLAINTIFF | PERKINS COIE LLP FOR IMMUNEX CORPORATION AND ON BEHALF OF ALL DEFENDANTS |
|---|---|
| By:/s/ Jeniphr A.E. Breckenridge<br>    Steve W. Berman<br>    Jeniphr A.E. Breckenridge<br>    HAGENS BERMAN SOBOL SHAPIRO LLP<br>    1301 Fifth Avenue, Suite 2900<br>    Seattle, WA 98101<br>    Telephone: (206) 623-7292<br>    Fax: (206) 623-0594 | By:/s/ Kathleen M. O'Sullivan<br>    David J. Burman<br>    Kathleen M. O'Sullivan<br>    PERKINS COIE LLP<br>    1201 Third Avenue, Suite 4800<br>    Seattle, WA  98101-3099<br>    Telephone:  206-359-8000<br>    Fax:  206-359-9000 |

Dated: October __, 2007

**SO ORDERED:**   _____
                  **United States District Judge**