# Exhibit A

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 10/16/2002 | 179 | Notice of Certified copy of Transfer order, re: State of Nevada, Montana, v. Abbott, American Home Products, filed. (ms) (Entered: 11/04/2002) |
| 10/18/2002 | 156 | Notice of copy of conditional order of transfer re: State of Montana, Nevada v. Abbott, American Home Products, filed. (ms) (Entered: 10/22/2002) |
| 11/22/2002 | 251 | Motion by State of Montana in 1:01-cv-12257 to remand and request for oral arguement, filed. (ms) (Entered: 11/25/2002) |
| 11/22/2002 | 252 | Notice of appearance of attorney for State of Montana in 1:01-cv-12257, State of Nevada in 1:01-cv-12257 by Thomas M. Sobol, filed. (ms) (Entered: 11/25/2002) |
| 11/22/2002 | 252 | Notice of appearance of attorney for State of Montana in 1:01-cv-12257, State of Nevada in 1:01-cv-12257 by Steve W. Berman, filed. (ms) (Entered: 11/25/2002) |
| 11/22/2002 | 253 | Memorandum by State of Montana in 1:01-cv-12257 in support of [251-1] motion to remand and request for oral arguement, filed. (ms) (Entered: 11/25/2002) |
| 11/22/2002 | 254 | Declaration of Steve W. Berman in 1:01-cv-12257, re: [251-1] motion to remand and request for oral arguement, filed. (ms) (Entered: 11/25/2002) |
| 12/27/2002 | 303 | Memorandum by Astrazeneca US in 1:01-cv-12257 in opposition to State of Montanas [251-1] motion to remand and request for oral arguement filed. (ms) (Entered: 12/30/2002) |
| 12/27/2002 | 304 | Declaration of D. Scott Wise in 1:01-cv-12257, re: [303-1] Astrazenecas opposition memorandum, filed. (ms) (Entered: 12/30/2002) |
| 1/6/2003 | 310 | Memorandum by State of Montana in 1:01-cv-12257 in support of [255-1] motion to remand and request for oral argument, filed. (ms) (Entered: 01/08/2003) |
| 6/11/2003 | 379 | Judge Patti B. Saris : MEMORANDUM AND ORDER entered re: motion to remand. The Court denies deft Pharmacia Corps Objection to the Mags Judges Report and recommendation regarding Pltfs motion to remand. Allows Pltf State of Minnesota's motion to remand and orders civil action 03-10069 Minnesota remanded to District court of the Fourth Judicial District, County of Hennepin, Minnesota. The court denies Minnesota's request for attys fees. The court Denies Pltfs State of Montana's motion to remand. The Court Allows in part and Denies in part Pltf State of Nevadas motion to remand and orders civil action 02-12085 Nevada remanded to the second Judicial District Court Washoe County, Nevada. (Simeone, Maria) (Entered: 06/11/2003) |
| 8/4/2003 | 451 | MOTION for Leave to File second amended complaint under seal by State of Montana.(Simeone, Maria) (Entered: 08/04/2003) |
| 8/12/2003 | 463 | MOTION for entry of Scheduling order by All Defendants, All Plaintiffs.(Simeone, Maria) (Entered: 08/13/2003) |
| 8/13/2003 | 470 | Judge Patti B. Saris : SCHEDULING ORDER ENTERED re: 463 motion for scheduling order by the State of Montana and Nevada: A hearing on motions to dismiss is set for 12/3/03 at 2:00pm(Simeone, Maria) Modified on 8/19/2003 (Simeone, Maria). (Entered: 08/19/2003) |
| 9/2/2003 | 489 | MOTION for Protective Order to maintain the confidentiality of portions of the amended Master consolidated complaint, and the Montana and Nevada II amended complaints (not opposed) by All Defendants.(Simeone, Maria) (Entered: 09/03/2003) |
| 9/2/2003 | 490 | MEMORANDUM in Support re 489 MOTION for Protective Order filed by All Defendants. (Simeone, Maria) (Entered: 09/03/2003) |
| 9/2/2003 | 491 | MOTION to Seal exhibit C to 490 memorandum in support of motion for a protective order by All Defendants.(Simeone, Maria) (Entered: 09/03/2003) |
| 9/3/2003 | 495 | Joint MOTION to Compel Discovery by All Plaintiffs.(Simeone, Maria) (Entered: 09/08/2003) |
| 9/3/2003 | 496 | MEMORANDUM in Support re 495 MOTION to Compel filed by All Plaintiffs. (Attachments: # 1Declaration w/exhibits of Steven W. Berman)(Simeone, Maria) (Entered: 09/08/2003) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 9/3/2003 | 609 | DECLARATION of Arden Buettner re 490 Memorandum in Support of Motion for protective order by All Defendants. (Attachments: # 1 Decl. of Kathleen O' Sullivan in support of deft motion for Proto# 2 Affidavit of Michael Sellars in support of Deft motion for a protective order)(Simeone, Maria) (Entered: 11/14/2003) |
| 9/4/2003 |  | Judge Patti B. Saris : electronic ORDER entered entered 489 Motion for Protective Order. File the Amcc and state complaints with the sections containing the "confidential" or "highly Confidential" information underlined. This will facilitate my ruling. (Simeone, Maria) (Entered: 09/04/2003) |
| 9/4/2003 |  | Judge Patti B. Saris : Electronic ORDER entered denying 491 Motion to Seal. Denied. The Declarations do not appear confidential. The motion to file exhibit C under seal is DENIED. (Simeone, Maria) (Entered: 09/04/2003) |
| 9/15/2003 | 508 | DEFT SPECIFIC MEMORANDUM in Support re: motions to dismiss: [211] Motion to Dismiss, [203] Motion to Dismiss, [188] Motion to Dismiss, [205] Motion to Dismiss, [215] Motion to Dismiss filed by Abbott Laboratories, Amgen Inc., Astrazeneca PLC, Aventis Pharmacy, Aventis S.A., B. Braun Medical Inc., Baxter Healthcare Corp., Baxter International, Inc., Bayer Corp., Bedford Laboratories, Ben Venue Laboratories Inc., Boehringer Ingelheim Corp., Dey LP, Glaxosmithkline, PLC, Immunex Corp., Novartis Pharmaceuticals, Pfizer, Inc., Pharmacia & Upjohn, Inc., Pharmacia Corp., Schering-Plough,Corp, State of California, TAP Pharmaceutical Products, Inc., Warrick Pharmaceuticals Corporation. (Simeone, Maria) Additional attachment(s) added on 9/17/2003 (Simeone, Maria). Additional attachment(s) added on 11/4/2003 (Hurley, Virginia). (Entered: 09/16/2003) |
| 9/15/2003 | 513 | Response in opposition to deft specific 508 Memorandum in Support of Motion to dismiss. (Simeone, Maria) (Entered: 09/16/2003) |
| 9/15/2003 | 515 | AFFIDAVIT of Thomas Sobol in Support re 512 Memorandum in Opposition to Motion to dismiss master consolidated complaint. (Simeone, Maria) (Entered: 09/16/2003) |
| 9/15/2003 | 521 | Objection by Fujisawa to 505 Pltfs Joint MOTION to Compel discovery and notice of Failure to serve.(Simeone, Maria) Modified on 9/17/2003 (Simeone, Maria). (Entered: 09/16/2003) |
| 9/15/2003 | 523 | MOTION to Dismiss the State of Montana's Second amended complaint and the State of Nevada's Amended complaint. by All Defendants.(Simeone, Maria) (Entered: 09/16/2003) |
| 9/15/2003 | 524 | APPENDIX of Exhibits re 523 MOTION to Dismiss by All Defendants. (Simeone, Maria) (Entered: 09/16/2003) |
| 9/15/2003 | 551 | Deft-Specific MEMORANDA in Support re 523 MOTION to Dismiss filed by Abbott Laboratories, Amgen Inc., Astrazeneca PLC, Aventis Pharmacy, Bayer Corp., Berlax Laboratories, Inc., Biogen, Inc., Eli Lilly and Company, Forest Pharmaceuticals, Inc., Merck & Co., Inc., Novartis Pharmaceuticals, Pfizer, Inc., Pharmacia & Upjohn, Inc., Pharmacia Corp., Purdue Pharma L.P., Reliant Pharmaceauticals, LLC, Sanofi-Synthelabo, Inc., Schering-Plough,Corp, TAP Pharmaceutical Products, Inc., Warrick Pharmaceuticals Corporation. (Attachments: # (1) cont deft specific memoranda)(Simeone, Maria) (Entered: 09/25/2003) |
| 9/17/2003 | 528 | NOTICE of filings of the Amcc and state Complaints UNDER SEAL as requested in order on motion for protective by All Defendants re: Order on Motion for Protective Order, (Simeone, Maria) Modified on 9/17/2003 (Simeone, Maria). Re: Nevada, Montana, Amd Cmp (Entered: 09/17/2003) |
| 9/17/2003 | 538 | RESPONSE to Motion re 522 MOTION for a case management order corrdinating discovery filed by State of Montana, State of Nevada. (Attachments: # 1 Exhibit A)(Simeone, Maria) (Entered: 09/22/2003) |
| 9/18/2003 | 537 | NOTICE of Hearing on Motion to dismiss re: State of Montana and State of Nevada: This hearing will also include the motion to dismiss by the County of Suffolk, NY. 523 MOTION to Dismiss: Motion Hearing set for 12/12/2003 02:00 PM in Courtroom 13 before Judge Patti B. Saris. (Simeone, Maria) (Entered: 09/22/2003) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 9/18/2003 | | Elcetronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 9/18/2003 on various Motions to Remand, and scheduling issues. Court hears argument of counsel on State of California's Motion to Remand. Court denies without prejudice State of California's Motion to Remand. Court hears argument on New York and Connecticut Remand Motions. Court reschedules 12/3/03 Hearing on State of Montana and Nevada Motions to Dismiss, along with County of Suffolk - New York, for 12/12/03 at 2:00 p.m. Court addresses Proposed Case management Order No. 8. Court accepts Proposed Case Management Order No. 8 without prejudice. Parties to confer and submit a revised Case Management Order No. 8. Motions to Dismiss in California Relator case will be heard at the 11/21/03 hearing. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 09/18/2003) |
| 9/23/2003 | | Judge Patti B. Saris : Electronic ORDER entered denying 495 Motion to Compel. Denied for the reasons stated in court. (Simeone, Maria) (Entered: 09/26/2003) |
| 9/19/2003 | 556 | Judge Patti B. Saris : ORDER entered I deny the motion to maintain the confidentiality of the information highlighted in pink on the grounds that deft have failed t demonstrate good cause....(Simeone, Maria) (Entered: 09/25/2003) |
| 9/22/2003 | 543 | NOTICE of Correction by Defts re 523 MOTION to Dismiss which inadvertantly included the names of two defts that did not join the motion to dismiss. (Simeone, Maria) (Entered: 09/24/2003) |
| 9/23/2003 | 550 | Letter from Peter Gelhaar responding to the courts inquiry concerning deft motion for protective order. (Simeone, Maria) (Entered: 09/25/2003) |
| 9/23/2003 | | Judge Patti B. Saris : Electronic ORDER entered denying 495 Motion to Compel. Denied for the reasons stated in court. (Simeone, Maria) (Entered: 09/26/2003) |
| 9/30/2003 | | Judge Patti B. Saris : Electronic ORDER entered denying 489 Motion for Protective Order. Denied except with respect to the information concerning pricing from the 2000 manufacturers list. (Simeone, Maria) (Entered: 09/30/2003) |
| 9/30/2003 | | Judge Patti B. Saris : Electronic ORDER entered denying 451 Motion for Leave to File second amended complaint under seal. Denied. (Simeone, Maria) (Entered: 10/01/2003) |
| 10/7/2003 | 575 | AFFIDAVIT of Michael Sellers in support of Defts motion for a protective order to maintain the confidentiality of portions of the amended Master Consolidated complaint and the Montana and Nevada II Amended complaints. (Simeone, Maria) (Entered: 10/10/2003) |
| 10/10/2003 | 577 | MEMORANDUM in Opposition re: 509 MOTIONS to Dismiss, 467 MOTION to Dismiss filed by State of Montana, State of Nevada. (Attachments: # 1 part 2 pgs 31-60)(Simeone, Maria) (Entered: 10/15/2003) |
| 10/10/2003 | 578 | Joint MEMORANDUM in Opposition re 509 MOTION to Dismiss, 467 MOTION to Dismiss filed by State of Montana, State of Nevada. (Simeone, Maria) (Entered: 10/15/2003) |
| 10/28/2003 | 589 | MOTION for Extension of Time for filing of deft and pltfs surreply on defts motion to dismiss the state of Montana's second amended complaint and the State of Nevada's amended complaint by All Defendants.(Simeone, Maria) (Entered: 10/29/2003) |
| 10/30/2003 | | Judge Patti B. Saris : Electronic ORDER entered granting 589 Motion for Extension of Time for filing of defts reply and plaintiffs surreply on defts motion to dismiss the state of Montana and Nevada second amended complaint (Simeone, Maria) (Entered: 10/31/2003) |
| 11/6/2003 | 597 | NOTICE of filing of redacted complaints in accordance with 9/24/04 order filed by All Plaintiffs. Redacted Amended Master Consolidated class action complaint; Redacted State of Montanas second amended complaint. Documents too large to be scanned. Copies have been provided for the file in the file room. Please see customer services for copies of these complaints. (Simeone, Maria) (Entered: 11/07/2003) |
| 11/7/2003 | 602 | Consolidated Reply MEMORANDUM in Support re 523 defts MOTION to Dismiss filed by All Defendants. (Simeone, Maria) (Entered: 11/10/2003) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 11/7/2003 | 604 | Deft-Specific MEMORANDUM in Support re 509 MOTION to Dismiss, 523 MOTION to Dismiss filed by All Defendants. (Attachments: # 1 part 2# 2 part #3)(Simeone, Maria) (Entered: 11/10/2003) |
| 11/18/2003 | 617 | AFFIDAVIT OF SERVICE Executed as to Fujisawa Healthcare, Inc., Fujisawa USA, Inc.. Fujisawa Healthcare, Inc. served on 11/12/2003, answer due 12/2/2003; Fujisawa USA, Inc. served on 11/12/2003, answer due 12/2/2003. Acknowledgement filed by Thomas Sobol. (Simeone, Maria) (Entered: 11/19/2003) |
| 11/25/2003 | 624 | MEMORANDUM in Opposition re 523 defts MOTION to Dismiss filed by State of Montana, State of Nevada. (Simeone, Maria) Additional attachment(s) added on 11/26/2003 (Simeone, Maria). (Entered: 11/26/2003) |
| 12/3/2003 | 629 | NOTICE by Fujisawa Healthcare, Inc., Fujisawa USA, Inc. of Joinder in defts motion to Dismiss re 509 MOTION to Dismiss (Simeone, Maria) (Entered: 12/04/2003) |
| 12/4/2003 | 631 | SUMMONS Returned Executed Zeneca, Inc. served on 11/26/2003, answer due 12/16/2003. (Attachments: # 1 Return of service for Zeneca)(Simeone, Maria) (Entered: 12/04/2003) |
| 12/22/2003 | 665 | Letter from Steve Berman to Judge Saris re: remanding the Nevada and Montanta cases. (Simeone, Maria) (Entered: 12/29/2003) |
| 1/5/2004 | 681 | Defts Supplemental Brief in support of supplemental juristiction by All Defendants. (Simeone, Maria) (Entered: 01/07/2004) |
| 1/9/2004 | 682 | Letter from Judge Saris to Secretary Thompson requesting an amicus brief. (Simeone, Maria) (Entered: 01/09/2004) |
| 1/9/2004 | 683 | MOTION for Leave to File Memorandum as Amicus Curiae in Opposition to the Defendants' Motions to Dismiss on the Grounds of Preemption by Commonwealth of Massachusetts.(Heidlage, Richard) (Entered: 01/09/2004) |
| 4/1/2004 | 766 | RESPONSE to Motion re 765 MOTION for Clarification re 756 Case Management Order No. 10, filed by State of Montana, State of Nevada. (Patch, Christine) (Entered: 04/05/2004) |
| 6/10/2004 | 866 | Judge Patti B. Saris : ORDER entered MEMORANDUM AND ORDER allowing in part and denying in part 523 MOTION to Dismiss the State of Montana's Second amended complaint and the State of Nevada's Amended complaint filed by All Defendants. "Nevada's state RICO claim (Count IV) is dismissed. Montana's False Claims Act "Best Price" claims (Count IV) are dismissed. Montana's Medicaid Fraud Act (Count III) "Best Price" claims are dismissed against all Defendants and with respect to all drugs except GSK Group's Flonase and Paxil, Bayer's Cipro and Adalat CC, AstraZeneca's Zoladex, and Pfizer's Lipitor. Nevada's "Best Price" Medicaid claims (Count V) are dismissed against all Defendants and with respect to all drugs except AstraZeneca's Zoladex and Pfizer's Lipitor. The court dismisses the claims against TAP withoud prejudice and Montana's claims against Bayer covered by the settlement with prejudice."(Patch, Christine) (Entered: 06/14/2004) |
| 6/22/2004 | 876 | Assented to MOTION for Extension of Time to July 12, 2004 to Answer State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint by All Defendants.(Fowler, Lucy) (Entered: 06/22/2004) |
| 6/24/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 876 Motion for Extension of Time to Answer the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint. (Patch, Christine) (Entered: 06/29/2004) |
| 7/12/2004 | 892 | ANSWER to Complaint with Jury Demand [Answer to Plaintiff's Second Amended Complaint] by Baxter Healthcare Corp., Baxter International, Inc.. (Attachments: # 1 Pages 18-37)(Brenner, Jill) Additional attachment(s) added on 7/14/2004 (Patch, Christine). (Entered: 07/12/2004) |
| 7/12/2004 | 896 | ANSWER to Complaint State of Montana's Second Amended Complaint by Astrazeneca PLC. (Attachments: # 1 Pages 29 to 46)(Fowler, Lucy) (Entered: 07/12/2004) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 7/12/2004 | 898 | Fujisawa Healthcare, Inc.'s and Fujisawa USA, Inc.'s ANSWER to Complaint *of State of Montana* by Fujisawa Healthcare, Inc..(Hurst, Andrew) (Entered: 07/12/2004) |
| 7/12/2004 | 899 | ANSWER to Complaint *(State of Montana's Second Amended Complaint)* by Immunex Corp..(Ronan, Gary) (Entered: 07/12/2004) |
| 7/12/2004 | 900 | ANSWER to Complaint *Defendant Abbott Laboratories' Answer and Defenses to State of Montana's Second Amended Complaint* by Abbott Laboratories.(Cook, Robert) (Entered: 07/12/2004) |
| 7/12/2004 | 901 | ANSWER to Complaint *State of Montana's Second Amended Complaint* by Schering-Plough,Corp.(Therien, John) (Entered: 07/12/2004) |
| 7/12/2004 | 904 | ANSWER to Complaint *State of Montana's Second Amended Complaint* by Warrick Pharmaceuticals Corporation.(Therien, John) (Entered: 07/12/2004) |
| 7/12/2004 | 908 | ANSWER to Complaint *(Second Amended) of State of Montana* by Pfizer, Inc..(Smith, Mark) Additional attachment(s) added on 7/19/2004 (Patch, Christine). (Entered: 07/12/2004) |
| 7/12/2004 | 909 | ANSWER to Complaint *(Second Amended) of State of Montana* by Pharmacia & Upjohn, Inc., Pharmacia Corp..(Smith, Mark) Additional attachment(s) added on 7/19/2004 (Patch, Christine). (Entered: 07/12/2004) |
| 7/12/2004 | 911 | ANSWER to Complaint *(Second Amended) of the State of Montana* by Novartis Pharmaceuticals.(Green, Karen) (Entered: 07/12/2004) |
| 7/12/2004 | 912 | ANSWER to Complaint [State of Montana's Second Amended] by Aventis Pharma, Hoechst Marion Roussel, Inc.. (Attachments: # 1)(Bierman, Aimee) (Entered: 07/12/2004) |
| 7/12/2004 | 914 | ANSWER to Amended Complaint *(Second) of Montana* by Bristol-Myers Squibb Company.(Haviland, Joseph) (Entered: 07/12/2004) |
| 7/12/2004 | 916 | ANSWER to Complaint [State of Montana Second Amended] by Aventis Behring LLC. (Attachments: # 1)(Bierman, Aimee) (Entered: 07/12/2004) |
| 7/12/2004 | 917 | GlaxoSmithKline's ANSWER to Amended Complaint *(Second Amended) of State of Montana* by SmithKline Beecham Corporation.(Kosto, Seth) Additional attachment(s) added on 7/20/2004 (Patch, Christine). (Entered: 07/12/2004) |
| 7/12/2004 | 918 | Bayer's Corporation's ANSWER to Amended Complaint *State of Montana's Second Amended Complaint* by Bayer Corporation.(Jaffe, Marisa) (Entered: 07/12/2004) |
| 7/12/2004 | 919 | Dey, Inc.'s ANSWER to Amended Complaint *(Second Amended) of the State of Montana* by Dey, Inc..(Robben, Philip) (Entered: 07/12/2004) |
| 7/13/2004 | 920 | ANSWER to Complaint *State of Montana's Second Amended* by B.Braun of America.(Kass, Colin) (Entered: 07/13/2004) |
| 7/13/2004 | 921 | Consent MOTION for Extension of Time to 07/19/04 to File Answer State of Montana's Second Amended Complaint by Sicor, Inc.. (Attachments: # 1 Text of Proposed Order)(Hack, Elizabeth) (Entered: 07/13/2004) |
| 7/14/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 921 Motion for Extension of Time to Answer the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint by Sicor, Inc.. (Patch, Christine) (Entered: 07/14/2004) |
| 7/19/2004 | 930 | ANSWER to Complaint *(Defendant TAP Pharmaceutical Products Inc.'s Answer And Defenses To State Of Montana's Second Amended Complaint)* by TAP Pharmaceutical Products, Inc..(Bapooji, Anita) (Entered: 07/19/2004) |
| 7/19/2004 | 932 | ANSWER to Complaint *Answer to State of Montana's Second Amended Complaint* by Sicor, Inc..(Hack, Elizabeth) (Entered: 07/19/2004) |
| 9/10/2004 | 1020 | MOTION to Dismiss for Lack of Jurisdiction Montana's Second Amended Complaint (Renewed Motion) by B.Braun of America. (Attachments: # 1 Text of Proposed Order)(Kass, Colin) (Entered: 09/10/2004) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 9/10/2004 | 1021 | MEMORANDUM in Support re 1020 MOTION to Dismiss for Lack of Jurisdiction Montana's Second Amended Complaint (Renewed Motion) filed by B.Braun of America. (Kass, Colin) (Entered: 09/10/2004) |
| 9/21/2004 | 1064 | MOTION for Leave to File Its Joinder in Class Plaintiffs' (1) Motion to Compel B. Braun Of America And (2) Supplement to Their Opposition to B. Braun's Motion to Dismiss by State of Montana. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) Additional attachment(s) added on 9/22/2004 (Patch, Christine). (Entered: 09/21/2004) |
| 9/21/2004 | 1065 | RESPONSE to Motion re 1060 MOTION for Leave to File *Reply Briefs in Support of (1) Plaintiffs' Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and (2) Plaintiffs' Motion to Add B. Braun Medical, Inc. as a Defendant. Plaintiff State of Montana's Joinder in Class Plaintiffs' Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel B. Braun of America* filed by State of Montana. (Attachments: # 1)(Berman, Steve) Additional attachment(s) added on 9/22/2004 (Patch, Christine). (Entered: 09/21/2004) |
| 9/23/2004 | 1072 | MEMORANDUM in Opposition re 1064 MOTION for Leave to File Its Joinder in Class Plaintiffs' (1) Motion to Compel B. Braun Of America And (2) Supplement to Their Opposition to B. Braun's Motion to Dismiss filed by B.Braun of America. (Attachments: # 1 Exhibit A)(Attridge, Daniel) (Entered: 09/23/2004) |
| 9/23/2004 | 1073 | CERTIFICATE OF SERVICE by B.Braun of America re 1072 Memorandum in Opposition to Motion, State of Montana's Mot to Join. (Attridge, Daniel) (Entered: 09/23/2004) |
| 9/24/2004 | 1074 | Opposition re 1020 MOTION to Dismiss for Lack of Jurisdiction Montana's Second Amended Complaint (Renewed Motion) Plaintiff State of Montana's Opposition to B. Braun of America Inc.'s Renewed Motion to Dismiss filed by State of Montana. (Berman, Steve) (Entered: 09/24/2004) |
| 9/30/2004 | 1084 | Response by B.Braun of America to 1074 Opposition to Motion, B. Braun of America Inc. Opp. to State of Montana's Cross Motion for Stay (Dkt# 1074). (Attridge, Daniel) (Entered: 09/30/2004) |
| 9/30/2004 | 1087 | REPLY to Response to Motion re 1020 MOTION to Dismiss for Lack of Jurisdiction Montana's Second Amended Complaint (Renewed Motion) filed by B.Braun of America. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/01/2004) |
| 10/15/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 1064 Motion for Leave to File and Motion to Compel; State of Montana's motion to join in the class plaintiffs' motion to compel is allowed and the motion to compel is denied for the reasons set forth on the record in open court. (Bowler, Marianne) (Entered: 10/15/2004) |
| 11/24/2004 | 1187 | MOTION to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint,* by Watson Pharmaceuticals, Inc..(Farquhar, Douglas) Additional attachment(s) added on 11/29/2004 (Patch, Christine). Modified on 11/29/2004 (Patch, Christine). (Entered: 11/24/2004) |
| 11/24/2004 | 1190 | MEMORANDUM in Support re 1187 MOTION to Dismiss State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, filed by Watson Pharmaceuticals, Inc. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/29/2004) |
| 11/24/2004 | 1191 | DECLARATION of Douglas Farquhar re 1187 MOTION to Dismiss State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, by Watson Pharmaceuticals, Inc. Re-entered by Court staff to correct data entry. (Patch, Christine) (Entered: 11/29/2004) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 12/8/2004 | 1220 | Opposition re 1187 MOTION to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by All Plaintiffs. (Attachments: # 1 Exhibit Exhibits A through G)(Sobol, Thomas) (Entered: 12/08/2004) |
| 12/8/2004 | 1221 | DECLARATION re 1220 Opposition to Motion, Declaration of Edward Notargiacomo in Support of Plaintiffs' State of Montana and State of Nevada's Opposition to Defendant Watson Pharmaceuticals, Inc?s Motion to Dismiss by State of Montana, State of Nevada. (Sobol, Thomas) (Entered: 12/08/2004) |
| 12/16/2004 | 1228 | MOTION for Leave to File *Reply Memorandum* by Watson Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit Reply Memorandum in Support of Motion to Dismiss# 2 Affidavit Supplemental Declaration of Douglas B. Farquhar)(Farquhar, Douglas) (Entered: 12/16/2004) |
| 12/17/2004 | 1257 | REPLY Memorandum in Support of 1187 MOTION to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by Watson Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Douglas B. Farquhar)(Patch, Christine) (Entered: 12/21/2004) |
| 12/17/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 1228 Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss the State of Montana's Second Amended Complaint and the State of Nevada's Amended Complaint. (Patch, Christine) (Entered: 12/21/2004) |
| 2/7/2005 | 1338 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER granting 1020 MOTION to Dismiss for Lack of Jurisdiction Montana's Second Amended Complaint (Renewed Motion) filed by B.Braun of America.(Patch, Christine) (Entered: 02/09/2005) |
| 4/8/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Case Management Conference held on 4/8/2005. Court addresses scheduling and case management issues with regard to Montana, Nevada, and New York Counties cases. (Court Reporter Deborah Joyce.) (Alba, Robert) (Entered: 04/08/2005) |
| 4/21/2005 | 1501 | MOTION for Order to to Enter Case Management Order No. 15 by State of Montana, State of Nevada. (Attachments: # 1 Text of Proposed Order Proposed Case Management Order No. 15)(Berman, Steve) (Entered: 04/21/2005) |
| 4/22/2005 | 1503 | MOTION for Order Case Management Order 15 by All Defendants, and response to 1501 Motion for Case Management Order 15 (Attachments: # 1 Text of Proposed Order)(Fowler, Lucy) Modified on 4/25/2005 (Patch, Christine). (Entered: 04/22/2005) |
| 4/25/2005 | 1506 | Judge Patti B. Saris : CASE MANAGEMENT ORDER NO. 15 entered (Patch, Christine) (Entered: 04/27/2005) |
| 4/25/2005 | 1511 | Judge Patti B. Saris : ORDER entered. ORDER consolidating cases(Patch, Christine) (Entered: 05/02/2005) |
| 6/16/2005 | 1557 | Judge Patti B. Saris: ORDER entered REFERRING 1187 MOTION to Dismiss State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration, filed by Watson Pharmaceuticals, Inc., to Magistrate Judge Marianne B. Bowler(Alba, Robert) (Entered: 06/16/2005) |
| 7/1/2005 |  | NOTICE of Hearing on Motion; 1187 Watson Pharmaceuticals, Inc.'s Motion to Dismiss State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration: Motion hearing set for 7/14/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 07/01/2005) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 7/14/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 7/14/2005; 1439 Motion to Dismiss *The Second Amended Master Consolidated Class Action Complaint* filed by B. Braun Medical Inc. and 1187 Motion to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by Watson Pharmaceuticals, Inc.; The court hears argument on the motions and takes the matters under advisement.(Court Reporter Judith Twomey.)(Saccoccio, Dianalynn) (Entered: 07/14/2005) |
| 7/29/2005 | 1623 | MOTION to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* by SmithKline Beecham Corporation. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2)(Kosto, Seth) (Entered: 07/29/2005) |
| 8/12/2005 | 1644 | Opposition re 1623 MOTION to Compel Discovery from Plaintiffs the State of Nevada and the State of Montana filed by State of Montana, State of Nevada. (Berman, Steve) (Entered: 08/12/2005) |
| 8/16/2005 | | NOTICE of Hearing on Motion: 1597 Motion to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order*, 1581 Motion to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca*, 1621 Motion to Compel *Deposition of Erik Q. Schultz and for Order Assessing Fees And Costs*, 1601 Motion to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"*, 1623 Motion to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana*, 1593 Motion to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents*: Motion hearing set for 9/19/2005 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) Modified on 8/16/2005 (Saccoccio, Dianalynn). (Entered: 08/16/2005) |
| 9/19/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 9/19/2005; 1634 Motion for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by SmithKline Beecham Corporation, 1623 Motion to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* filed by SmithKline Beecham Corporation, 1597 Motion to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order* filed by All Defendants, 1581 Motion to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* filed by All Plaintiffs, 1593 Motion to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by All Plaintiffs and 1601 Motion to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"* filed by SmithKline Beecham Corporation; The court hears argument on the motions and rulings are issued in open court; Defendants' counsel also moves to withdraw docket entry # 1597 and the court allows the motion to be withdrawn. (Court Reporter Niles Fowlkes.) (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 12/7/2005 | 1941 | Emergency MOTION to Preserve Evidence, MOTION for Contempt by SmithKline Beecham Corporation, Glaxosmithkline. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9)(Hobart, Geoffrey) (Entered: 12/07/2005) |
| 12/7/2005 | 1942 | MOTION to Expedite *Briefing Schedule and Oral Argument On Def's Motion for An Order Holding Plaintiffs In Contempt, For Preservation of Potentially Relevant Documents, And For An Accounting Of Spoliated Documents* by SmithKline Beecham Corporation.(Hobart, Geoffrey) (Entered: 12/07/2005) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 12/8/2005 | 1948 | Opposition re 1942 MOTION to Expedite Briefing Schedule and Oral Argument On Def's Motion for An Order Holding Plaintiffs In Contempt, For Preservation of Potentially Relevant Documents, And For An Accounting Of Spoliated Documents OPPOSITION OF THE STATES OF NEVADA AND MONTANA TO DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT ON DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATION OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOLIATED DOCUMENTS filed by State of Nevada/State of Montana, State of Nevada/State of Montana. (Berman, Steve) (Entered: 12/08/2005) |
| 12/8/2005 | 1949 | DECLARATION re 1948 Opposition to Motion,, OF JENIPHR BRECKENRIDGE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT by State of Nevada/State of Montana. (Berman, Steve) (Entered: 12/08/2005) |
| 12/12/2005 | 1958 | MOTION for Leave to File Reply Memorandum In Support of Motion for Expedited Briefing Schedule And Oral Argument by SmithKline Beecham Corporation. (Attachments: # 1 Reply Memorandum In Support of Motion for Expedited Briefing Schedule And Oral Argument)(Hobart, Geoffrey) (Entered: 12/12/2005) |
| 12/15/2005 | 1962 | Opposition re 1958 MOTION for Leave to File Reply Memorandum In Support of Motion for Expedited Briefing Schedule And Oral Argument filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 12/15/2005) |
| 12/21/2005 | 1978 | Opposition re 1941 Emergency MOTION to Preserve Evidence MOTION for Contempt MOTION for Contempt OPPOSITION OF THE STATES OF NEVADA AND MONTANA TO DEFENDANTS' MOTION FOR AN ORDER HOLDING PLAINTIFFS IN CONTEMPT, FOR PRESERVATOIN OF POTENTIALLY RELEVANT DOCUMENTS, AND FOR AN ACCOUNTING OF SPOLIATED DOCUMENTS filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 12/21/2005) |
| 12/21/2005 | 1979 | DECLARATION re 1978 Opposition to Motion, OF JENIPHR BRECKENRIDGE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT by State of Nevada/State of Montana. (Berman, Steve) Additional attachment(s) added on 1/4/2006 (Patch, Christine). (Entered: 12/21/2005) |
| 1/4/2006 | 1999 | Judge Marianne B. Bowler: ORDER entered. REPORT AND RECOMMENDATION RE: 1187 MOTION to Dismiss *State of Montana's Second Amended Complaint and State of Nevada's Amended Complaint, with supporting Memorandum and Declaration,* filed by Watson Pharmaceuticals, Inc., Recommendation: ALLOWED. RE: 1439 MOTION to Dismiss *The Second Amended Master Consolidated Class Action Complaint* filed by B. Braun Medical Inc., ALLOWED Objections to R&R due by 1/19/2006(Feeney, Eileen) (Entered: 01/04/2006) |
| 1/6/2006 | 2014 | MOTION for Leave to File Reply Brief in Support of their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents by SmithKline Beecham Corporation.(Hobart, Geoffrey) (Entered: 01/06/2006) |
| 1/6/2006 | 2015 | REPLY to Response to Motion re 1941 Emergency MOTION to Preserve Evidence MOTION for Contempt MOTION for Contempt , for Preservation of Potentially Relevant Documents filed by SmithKline Beecham Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Hobart, Geoffrey) (Entered: 01/06/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 1/20/2006 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 1999 Report and Recommendations, re 1439 Motion to Dismiss filed by B. Braun Medical Inc.,, 1187 Motion to Dismiss, filed by Watson Pharmaceuticals, Inc., Action on motion: granting. "No objections having been filed, the Court adopts the Report. The motions are allowed."(Patch, Christine) (Entered: 01/23/2006) |
| 1/11/2006 | 2024 | Opposition re 2014 MOTION for Leave to File Reply Brief in Support of their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoilated Documents filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 01/11/2006) |
| 1/20/2006 | 2064 | Joint MOTION to Amend CMO 15 by SmithKline Beecham Corporation. (Attachments: # 1 [Proposed] CMO 22)(Hobart, Geoffrey) (Entered: 01/20/2006) |
| 1/24/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 2064 Motion to Amend CMO No. 15 (Patch, Christine) (Entered: 01/25/2006) |
| 1/31/2006 | 2101 | MOTION for Leave to Appear Pro Hac Vice by Jeniphr Breckenridge by All Plaintiffs. (Attachments: # 1 Certificate of Good Standing)(Sobol, Thomas) (Entered: 01/31/2006) |
| 1/31/2006 | 2104 | MOTION to Compel *Discovery from Plaintiffs State of Nevada and State of Montana* by SmithKline Beecham Corporation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30)(Hobart, Geoffrey) (Entered: 01/31/2006) |
| 1/31/2006 | 2105 | MOTION to Amend CMO 15 by Immunex Corp.. (Attachments: # 1 Text of Proposed Order [Proposed] Case Management Order No. [23])(O'Sullivan, Kathleen) (Entered: 01/31/2006) |
| 1/31/2006 | 2106 | MOTION for Reconsideration of Order Denying Joint Motion to Amend CMO 15 by Baxter International, Inc., Baxter Healthcare Corp.. (Attachments: # 1)(Meixel, Jill) (Entered: 01/31/2006) |
| 2/1/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 2101 Motion for Leave to Appear Pro Hac Vice. (Bowler, Marianne) (Entered: 02/01/2006) |
| 2/2/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 2106 Motion for Reconsideration re Order on Motion to Amend CMO 15. "Denied without prejudice. The parties have not explained the issues in this case. Is it possible to bifurcate liability discovery from damage discovery? Can't summary judgment be briefed prior to the close of expert discovery?" (Patch, Christine) (Entered: 02/07/2006) |
| 2/3/2006 | 2124 | Judge Patti B. Saris : Case Management ORDER No. 23 entered. (Patch, Christine) (Entered: 02/08/2006) |
| 2/7/2006 | 2121 | Opposition re 2105 MOTION to Amend *CMO 15 Opposition of the States of Nevada and Montana to Motion of Defendants to Amend CMO 15* filed by State of Nevada/State of Montana. (Attachments: # 1 Text of Proposed Order Proposed Case Management Order No. [23])(Berman, Steve) (Entered: 02/07/2006) |
| 2/14/2006 | 2135 | Opposition re 2104 MOTION to Compel Discovery from Plaintiffs State of Nevada and State of Montana of the States of Nevada and Montana to Defendants' Second MOtion to Compel Discovery filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 02/14/2006) |
| 2/14/2006 | 2136 | DECLARATION re 2135 Opposition to Motion, *of Jeniphr Breckenridge in Support of Opposition of the States of Nevada and Montana to Defendants' Second Motion to Compel Discovery* by State of Nevada/State of Montana. (Attachments: # 1 Exhibit Exhibits 1-4# 2 Exhibit Exhibits 5-9# 3 Exhibit Exhibits 10-16)(Berman, Steve) (Entered: 02/14/2006) |
| 2/14/2006 | 2137 | DECLARATION re 2135 Opposition to Motion, of Randy Holm by State of Nevada/State of Montana. (Berman, Steve) (Entered: 02/14/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 2/14/2006 | 2138 | DECLARATION re 2135 Opposition to Motion, of Mel Rosenberg by State of Nevada/State of Montana. (Berman, Steve) (Entered: 02/14/2006) |
| 3/3/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 2105 Motion to Amend CMO 15. (Patch, Christine) (Entered: 03/06/2006) |
| 3/6/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 2167 Motion for Extension of Time of Track II Discovery Schedule and to Amend CMO No. 23 Only with Respect to Baxter. (Patch, Christine) (Entered: 03/07/2006) |
| 3/21/2006 | 2309 | NOTICE by State of Montana *State of Montana's Notice of Substitution of Local Counsel* (Berman, Steve) (Entered: 03/21/2006) |
| 3/24/2006 | 2325 | REPLY to Response to Motion re 2104 MOTION to Compel Discovery from Plaintiffs State of Nevada and State of Montana filed by SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. (Hobart, Geoffrey) (Entered: 03/24/2006) |
| 3/24/2006 | 2327 | REPLY to Response to Motion re 2104 MOTION to Compel *Discovery from Plaintiffs State of Nevada and State of Montana* filed by SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. (Attachments: # 1 Exhibit Ex. 31# 2 Exhibit Ex. 32# 3 Exhibit Ex. 33# 4 Exhibit Ex. 34# 5 Exhibit Ex. 35# 6 Exhibit Ex. 36# 7 Exhibit Ex. 37# 8 Exhibit Ex. 38# 9 Exhibit Ex. 39# 10 Exhibit Ex. 40# 11 Exhibit Ex. 41# 12 Exhibit Ex. 42# 13 Exhibit Ex. 43# 14 Exhibit Ex. 44# 15 Exhibit Ex. 45# 16 Exhibit Ex. 46# 17 Exhibit Ex. 47# 18 Exhibit Ex. 48# 19 Exhibit Ex. 49# 20 Exhibit Ex. 50# 21 Exhibit Ex. 51# 22 Exhibit Ex. 52# 23 Exhibit Ex. 53# 24 Exhibit Ex. 54)(Hobart, Geoffrey) (Entered: 03/24/2006) |
| 3/24/2006 | 2328 | MOTION for Leave to File a Reply Brief in Support of Their Motion to Compel Discovery from Plaintiffs the State of Nevada and the State of Montana by SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 03/27/2006) |
| 3/27/2006 | | Documents terminated: 2325 Reply to Response to Motion filed by SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,. (Patch, Christine) (Entered: 03/27/2006) |
| 3/27/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 2325 terminated because it was filed using the incorrect event. Please refer to Document No. 2328 for corrected filing (Patch, Christine) (Entered: 03/27/2006) |
| 3/28/2006 | 2336 | NOTICE by Immunex Corp. Notice of Errata Submitted on Behalf of Defendants (Attachments: # 1 Errata Exhibit 39 to Notice of Errata Submitted on Behalf of Defendants)(O'Sullivan, Kathleen) (Entered: 03/28/2006) |
| 4/3/2006 | 2350 | MOTION to Amend CMO NO. 23 by State of Montana, State of Nevada. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) (Entered: 04/03/2006) |
| 4/6/2006 | 2368 | RESPONSE to Motion re 2350 MOTION to Amend *CMO NO. 23 Defendants' Response to Plaintiffs' Motion to Amend CMO No. 23* filed by Immunex Corp.. (Attachments: # 1 Text of Proposed Order [Proposed] Case Management Order No. ____)(O'Sullivan, Kathleen) (Entered: 04/06/2006) |
| 4/6/2006 | 2369 | Proposed Document(s) submitted by Immunex Corp.. Document received: [Proposed] Case Management Order No. ____. (O'Sullivan, Kathleen) (Entered: 04/06/2006) |
| 4/7/2006 | 2406 | Judge Patti B. Saris : ORDER entered. "For good cause shown, all proceedings involving SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") in the consolidated class cases and the Montana case are stayed until further order of the Court." (Patch, Christine) (Entered: 04/10/2006) |
| 4/11/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 2350 Motion to Amend CMO No. 23 (Patch, Christine) (Entered: 04/13/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 4/18/2006 | 2461 | BRIEF by State of Montana *Opposition to Bayer Corporation's First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(B)(6) Witness*. (Berman, Steve) (Entered: 04/18/2006) |
| 4/18/2006 | 2464 | Opposition re Bayer Corporation's First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(B)(6)Witness, filed by State of Montana. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 04/19/2006) |
| 4/19/2006 | 2465 | First MOTION to Compel *Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness* by Bayer Corporation.(Sherman, Robert) (Entered: 04/19/2006) |
| 4/19/2006 |  | Documents terminated: 2461 Brief filed by State of Montana,. (Patch, Christine) (Entered: 04/19/2006) |
| 4/19/2006 |  | Notice of correction to docket made by Court staff. Correction: Document No. 2461 terminated because it was filed using the incorrect event. Please refer to Document No. 2464 for corrected filing (Patch, Christine) (Entered: 04/19/2006) |
| 5/5/2006 | 2516 | REPLY to Response to Motion re 2465 First MOTION to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness filed by Bayer Corporation. (Jones, Jaime) (Entered: 05/05/2006) |
| 5/5/2006 | 2517 | MOTION for Leave to File Reply Memorandum in Support of Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(B)(6) Witness by Bayer Corporation. (Attachments: # 1 Exhibit Reply Memorandum). Re-entered by court staff to correct data entry error.(Patch, Christine) (Entered: 05/08/2006) |
| 5/8/2006 |  | Documents terminated: 2516 Reply to Response to Motion filed by Bayer Corporation,. (Patch, Christine) (Entered: 05/08/2006) |
| 5/8/2006 |  | Notice of correction to docket made by Court staff. Correction: Document No. 2516 terminated because it was filed using the incorrect event. Please refer to Document No. 2517 for corrected filing (Patch, Christine) (Entered: 05/08/2006) |
| 6/21/2006 | 2745 | MOTION for Protective Order *Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP* by State of Montana, State of Nevada.(Berman, Steve) (Entered: 06/21/2006) |
| 6/21/2006 | 2746 | DECLARATION re 2745 MOTION for Protective Order Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP by State of Nevada/State of Montana. (Berman, Steve) (Entered: 06/21/2006) |
| 6/27/2006 | 2777 | First MOTION for Leave to File *a Notice of Supplemental Facts in Support of its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness* by Bayer Corp.. (Attachments: # 1 Supplement Bayer Corporation's Proposed Notice of Supplemental Facts in Support of its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness# 2 Affidavit Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts# 3 Exhibit Exhibit A to Doss Affidavit# 4 Exhibit Exhibit B to Doss Affidavit# 5 Exhibit Exhibit C to Doss Affidavit)(Raskin, Richard) (Entered: 06/27/2006) |
| 6/27/2006 | 2778 | NOTICE by Bayer Corp. *of Filing Under Seal Exhibit B to Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File A Notice of Supplemental Facts* (Raskin, Richard) (Entered: 06/27/2006) |
| 6/27/2006 | 2779 | First MOTION for Leave to File *Under Seal Exhibit B to Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts* by Bayer Corp..(Raskin, Richard) (Entered: 06/27/2006) |
| 6/27/2006 | 2781 | Recommendations for Scheduling Order Extending Dates Under Case Management Order # 25 Jointly Proposed By Plaintiffs and Defendants and Submitted by Bristol-Myers Squibb, Co.. (Elberg, Jacob) (Entered: 06/27/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 6/27/2006 | 2784 | Recommendations for Scheduling Order [Corrected version of Document Number 2781] Extending Dates Under Case Management Order #25 Jointly Proposed By Plaintiffs and Defendants and Submitted by Bristol-Myers Squibb, Co.. (Elberg, Jacob) (Entered: 06/28/2006) |
| 6/30/2006 |  | Judge Patti B. Saris : ELECTRONIC ENDORSEMENT granting 2784 Recommendations for Scheduling Order re: Case Management Order No. 25 (Patch, Christine) (Entered: 07/06/2006) |
| 7/5/2006 | 2834 | Opposition re 2745 MOTION for Protective Order *Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP* filed by Johnson & Johnson. (Attachments: # 1 Affidavit Mark G. Young# 2 Exhibit 1 to Affidavit of Mark G. Young# 3 Affidavit Brian Fedotin# 4 Exhibit 1 to Affidavit of Brian Fedotin# 5 Exhibit 2 to Affidavit of Brian Fedotin)(Schau, Andrew) (Entered: 07/05/2006) |
| 7/6/2006 | 2838 | MOTION to Seal Memorandum and Declaration by Warrick Pharmaceuticals Corporation.(Christofferson, Eric) (Entered: 07/06/2006) |
| 7/6/2006 | 2839 | Cross MOTION to Take Deposition from Harvey Weintraub for Purposes of Preservation of Testimony by Warrick Pharmaceuticals Corporation.(Christofferson, Eric) (Entered: 07/06/2006) |
| 7/6/2006 | 2840 | MEMORANDUM in Opposition re 2755 MOTION to Quash MAY 18, 2006 AMENDED NOTICE OF DEPOSITION OF HARVEY WEINTRAUB FILED BY DEFENDANT WARRICK PHARMACEUTICALS CORPORATION and in Support of Cross Motion for Leave to Take Deposition of Harvey Weintraub for Purposes of Preservation of Testimony (Redacted Version) filed by Warrick Pharmaceuticals Corporation. (Christofferson, Eric) (Entered: 07/06/2006) |
| 7/6/2006 | 2841 | AFFIDAVIT of Eric P. Christofferson in Opposition re 2755 MOTION to Quash MAY 18, 2006 AMENDED NOTICE OF DEPOSITION OF HARVEY WEINTRAUB FILED BY DEFENDANT WARRICK PHARMACEUTICALS CORPORATION and in Support re 2839 Cross Motion for Leave to Take Deposition of Harvey Weintraub for Purposes of Preservation of Testimony (Redacted Version) filed by Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A-G# 2 Exhibit H)(Christofferson, Eric) (Entered: 07/06/2006) |
| 7/7/2006 |  | Judge Patti B. Saris : Electronic ORDER entered denying 2779 Motion for Leave to File under Seal. "The information is old." (Patch, Christine) (Entered: 07/12/2006) |
| 7/10/2006 | 2850 | Third Party MEMORANDUM in Support re 2745 MOTION for Protective Order Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP filed by BCBS of Montana filed by Blue Cross Blue Shield of Montana, Inc.. (Nesgos, Nicholas) Modified on 7/10/2006 (Patch, Christine). (Entered: 07/10/2006) |
| 7/14/2006 | 2859 | EXHIBIT re 2777 First MOTION for Leave to File *a Notice of Supplemental Facts in Support of its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness*, 2778 Notice (Other) *Exhibit B to the Affidavit of Michael Doss in Support of Bayer's Motion for Leave to File a Notice of Supplemental Facts, Originally Filed Under Seal* by Bayer Corp.. (Raskin, Richard) (Entered: 07/14/2006) |
| 7/21/2006 | 2907 | MOTION for Joinder *IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS* by State of Nevada/State of Montana.(Berman, Steve) (Entered: 07/21/2006) |
| 7/21/2006 | 2908 | DECLARATION re 2907 MOTION for Joinder IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS OF JENIPHR BRECKENRIDGE by State of Nevada/State of Montana. (Berman, Steve) (Entered: 07/21/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 7/24/2006 | 2913 | MEMORANDUM in Opposition re 2745 MOTION for Protective Order Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP filed by Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Schau, Andrew) (Entered: 07/24/2006) |
| 7/24/2006 | 2914 | DECLARATION re 2745 MOTION for Protective Order *Relating to Defendants' Second Subpoena to Blue Cross Blue Shield of Montana and Deposition Notice to MMCAP (Declaration of Mark G. Young In Opposition)* by Johnson & Johnson, Centocor, Inc., Ortho Biotech Products, L.P.. (Attachments: # 1 Exhibits 1-3)(Schau, Andrew) (Entered: 07/24/2006) |
| 7/25/2006 | 2916 | Joint MOTION to Amend CMO No. 25 by State of Nevada/State of Montana. (Attachments: # 1 Text of Proposed Order Stipulation and Order)(Berman, Steve) (Entered: 07/25/2006) |
| 7/27/2006 |  | Judge Patti B. Saris : Electronic ORDER entered granting 2916 Motion to Amend CMO No. 25. "The Summary Judgment Hearing is rescheduled to December 12, 2006 at 2:00 PM." (Patch, Christine) (Entered: 07/31/2006) |
| 8/3/2006 | 2950 | MOTION for Leave to File Reply Memorandum in Support of Cross Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony (2839) by Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A)(Wright, Adam) (Entered: 08/03/2006) |
| 8/4/2006 | 2953 | Opposition re 2907 MOTION for Joinder IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS filed by Baxter Healthcare Corp., Baxter Healthcare Corporation, Baxter Healthcare Corp.. (Gelhaar, Peter) (Entered: 08/04/2006) |
| 8/4/2006 | 2954 | First AFFIDAVIT of Merle M. DeLancey in Opposition re 2907 MOTION for Joinder *IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS* filed by Baxter Healthcare Corp., Baxter Healthcare Corporation, Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Gelhaar, Peter) (Entered: 08/04/2006) |
| 8/4/2006 | 2955 | Second AFFIDAVIT of Merle M. DeLancey in Opposition re 2907 MOTION for Joinder *IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS* filed by Baxter Healthcare Corp., Baxter Healthcare Corporation, Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Gelhaar, Peter) (Entered: 08/04/2006) |
| 8/14/2006 | 2984 | REPLY to Response to Motion re 2907 MOTION for Joinder IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS Montana's and Nevada's Joinder in Reply in Support of Plaintiffs' Motion for Sanctions and Default Judgment Against Baxter Healthcare for Obfuscation of Documents and Dilatory Tactics filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 08/14/2006) |
| 8/31/2006 | 3054 | Second MOTION to Amend THE STATE OF MONTANA AND NEVADA'S SECOND MOTION TO AMEND CASE MANAGEMENT ORDER ("CMO") NO. 25 by State of Nevada/State of Montana. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) (Entered: 08/31/2006) |
| 9/5/2006 | 3061 | Opposition re 3054 Second MOTION to Amend THE STATE OF MONTANA AND NEVADA'S SECOND MOTION TO AMEND CASE MANAGEMENT ORDER ("CMO") NO. 25 Defendant's Opposition to the Second Motion of the States of Montana and Nevada to Amend Case Management Order No. 25 filed by Immunex Corp.. (O'Sullivan, Kathleen) (Entered: 09/05/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 9/6/2006 | 3074 | MOTION for Leave to File *THE STATES' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO THE SECOND MOTION OF THE STATES OF MONTANA AND NEVADA TO AMEND CASE MANAGEMENT ORDER NO. 25* by State of Nevada/State of Montana.(Berman, Steve) (Entered: 09/06/2006) |
| 9/6/2006 | 3075 | REPLY to Response to Motion re 3054 Second MOTION to Amend THE STATE OF MONTANA AND NEVADA'S SECOND MOTION TO AMEND CASE MANAGEMENT ORDER ("CMO") NO. 25 filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 09/06/2006) |
| 9/12/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 3074 Motion for Leave to File a Reply to Defendants' Opposition to the Second Motion of the States of Montana and Nevada to Amend Case Management Order No. 25; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Patch, Christine) (Entered: 09/14/2006) |
| 9/14/2006 | | Judge Marianne B. Bowler: ORDER entered granting 2600 Motion for Leave to File; granting 2616 Motion for Leave to File; granting 2777 Motion for Leave to File; granting 2838 Motion to Seal; granting 2882 Motion for Leave to File; granting 2901 Motion to Seal Document and granting 2979 Motion for Leave to File. (Bowler, Marianne) (Entered: 09/14/2006) |
| 9/20/2006 | 3121 | REPLY to Response to Motion re 3054 Second MOTION to Amend THE STATE OF MONTANA AND NEVADA'S SECOND MOTION TO AMEND CASE MANAGEMENT ORDER ("CMO") NO. 25 [Leave to File Granted on September 12, 2006] filed by State of Nevada/State of Montana. (Berman, Steve) (Entered: 09/20/2006) |
| 10/10/2006 | 3177 | Judge Marianne B. Bowler : ORDER entered. REPORT AND RECOMMENDATION re 2786 MOTION for Sanctions *and Default Judgment Against Baxter Healthcare for Obfuscation of Documents and Dilatory Tactics* filed by All Plaintiffs, is DENIED; and 2907 MOTION for Joinder *IN PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS* filed by State of Nevada/State of Montana, is DENIED. Objections to R&R due by 10/24/2006(Feeney, Eileen) (Entered: 10/10/2006) |
| 10/18/2006 | 3229 | REPLY to Response to Motion re 2517 MOTION for Leave to File *Reply Memorandum in Support of Its First Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness* filed by Bayer Corporation. (Attachments: # 1 Exhibit)(Jones, Jaime) (Entered: 10/18/2006) |
| 10/18/2006 | 3230 | NOTICE by Bayer Corporation of Supplemental Facts in Support of Its Motion to Compel Plaintiff the State of Montana to Produce a Rule 30(b)(6) Witness (Attachments: # 1 Affidavit)(Jones, Jaime) (Entered: 10/18/2006) |
| 10/24/2006 | 3252 | OBJECTION to 3177 Report and Recommendations By Magistrate Regarding Plaintiffs' Motion for Sanctions and Default Judgement Against Baxter Healthcare filed by All Plaintiffs. (Fegan, Elizabeth) (Entered: 10/24/2006) |
| 10/24/2006 | 3253 | DECLARATION re 3252 Objection to Report and Recommendations *by Magistrate Regarding Plaintiffs' Motion for Sanctions and Default Judgment Against Baxter Healthcare* by All Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Fegan, Elizabeth) (Entered: 10/24/2006) |
| 11/1/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 2465 Motion to Compel, to the extent set forth on the record in open court; granting 2510 Motion for Protective Order; denying 2603 Motion for Protective Order and denying 2630 Motion to Compel without prejudice, to be renewed in 45 days if necessary. (Bowler, Marianne) (Entered: 11/01/2006) |

| Date Filed | Dkt. # | Docket Entry |
|---|---|---|
| 11/1/2006 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING 3177 REPORT AND RECOMMENDATIONS for 2786 Motion for Sanctions filed by All Plaintiffs, 2907 Motion for Joinder filed by State of Nevada/State of Montana, Action on motions: DENIED. "After review of the plaintiffs' objections, I adopt the report and recommendation. Plaintiffs may propose an alternative discovery schedule to alleviate the burden and expense of Baxter's late production of so many documents."(Patch, Christine) (Entered: 11/02/2006) |
| 11/1/2006 | 3285 | Joint MOTION to Amend CMO No. 25 by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation.(Klemeyer, Carisa) (Entered: 11/01/2006) |
| 12/12/2006 | 3454 | Judge Patti B. Saris : ORDER entered re 3285 Joint MOTION to Amend CMO No. 25 filed by Warrick Pharmaceuticals Corporation,, Schering-Plough Corporation. Motions for Summary Judgment due by 2/8/2007; oppositions due by 3/22/07; replies due by 4/5/07; sur-replies due by 4/12/07. A Hearing on the Motion for Summary Judgment is set for 5/2/07 at 2:00 PM. (Patch, Christine) (Entered: 12/12/2006) |
| 1/30/2007 | 3598 | Emergency MOTION for Protective Order *Relating to Defendants' Attempt to Take Depositions of Non-Parties* by State of Nevada/State of Montana.(Berman, Steve) (Entered: 01/30/2007) |
| 1/30/2007 | 3599 | DECLARATION re 3598 Emergency MOTION for Protective Order *Relating to Defendants' Attempt to Take Depositions of Non-Parties OF JENIPHR BRECKENRIDGE* by State of Nevada/State of Montana. (Attachments: # 1 Errata 1-6)(Berman, Steve) (Entered: 01/30/2007) |
| 2/1/2007 | | ELECTRONIC NOTICE of Hearing on Motion. Hearing on Emergency MOTION for Protective Order 3598 set for 2/12/2007 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 02/01/2007) |
| 2/2/2007 | 3614 | RESPONSE to Motion re 3598 Emergency MOTION for Protective Order Relating to Defendants' Attempt to Take Depositions of Non-Parties filed by Astrazeneca Pharmaceuticals LP. (Schmeckpeper, Katherine) (Entered: 02/02/2007) |
| 2/2/2007 | 3615 | DECLARATION of James J. Duffy in Support of Defendants' Memorandum of Law in Response to States' Emergency Motion for Protective Order Relating to Defendants' Attempt to Take Depositions of Non-Parties by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit 1-8)(Schmeckpeper, Katherine) (Entered: 02/02/2007) |
| 2/7/2007 | 3627 | MOTION to Seal DEFENDANT DEY, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL by Dey, Inc.. (Attachments: # 1 Text of Proposed Order)(Robben, Philip) (Entered: 02/07/2007) |
| 2/7/2007 | 3628 | NOTICE by Dey, Inc. NOTICE OF FILING UNDER SEAL (Robben, Philip) (Entered: 02/07/2007) |
| 2/8/2007 | 3638 | MOTION for Leave to File *Under Seal Declaration of Eric M. Gaier, Ph.D in Support of Defendants' Joint Motions for Summary Judgment in the States of Montana and Nevada (with exhibits)* by Aventis Pharmaceuticals Inc..(Glynn, David) (Entered: 02/08/2007) |
| 2/8/2007 | 3639 | NOTICE by Aventis Pharmaceuticals Inc. *of Filing Under Seal* (Glynn, David) (Entered: 02/08/2007) |
| 2/8/2007 | 3640 | MOTION for Leave to File *Under Seal* by Abbott Laboratories.(Citera, Toni-Ann) (Entered: 02/08/2007) |
| 2/8/2007 | 3641 | MOTION for Leave to File *Under Seal* by TAP Pharmaceutical Products, Inc..(Citera, Toni-Ann) (Entered: 02/08/2007) |
| 2/8/2007 | 3642 | MOTION for Summary Judgment by Abbott Laboratories.(Citera, Toni-Ann) (Entered: 02/08/2007) |
| 2/8/2007 | 3643 | MOTION for Summary Judgment by TAP Pharmaceutical Products, Inc..(Citera, Toni-Ann) (Entered: 02/08/2007) |