- 1 -

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Nevada v. American Home Products Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR | |

## [PROPOSED] STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, that, pursuant to the Conditional Remand Order of the United States Judicial Panel on Multidistrict Litigation, dated September 24, 2007, the attached Exhibit A designates the contents of the record to be remanded to the District of Nevada.

- 2 -

| **HAGENS BERMAN SOBOL SHAPIRO LLP** **ON BEHALF OF PLAINTIFF** | **ROPES AND GRAY LLP** **FOR SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION AND ON BEHALF OF ALL DEFENDANTS** |
|---|---|
| By: /s/ Jeniphr A.E. Breckenridge<br>    Steve W. Berman<br>    Jeniphr A.E. Breckenridge<br>    HAGENS BERMAN SOBOL SHAPIRO LLP<br>    1301 Fifth Avenue, Suite 2900<br>    Seattle, WA 98101<br>    Telephone: (206) 623-7292<br>    Fax: (206) 623-0594 | By: /s/ Carisa A. Klemeyer<br>    John P. Bueker<br>    Carisa A. Klemeyer<br>    ROPES AND GRAY LLP<br>    One International Place<br>    Boston, MA  02110<br>    Telephone:  617-951-7000<br>    Fax:  617-951-7050 |

Dated:  October 25, 2007

**SO ORDERED:**  _____

**United States District Judge**