**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES**

Pursuant to Local Rule 7.1(b)(3), Abbott Laboratories, Inc. requests permission to file a reply memorandum in support of its September 13, 2007 Motion for a Preservation Order and Affidavit Regarding Spoliation Issues (Dkt. 4711) to which the United States filed a Response on October 19, 2007 (Dkt. 4808). Abbott respectfully suggests that its reply memorandum will assist the Court in its consideration of the Motion. Should leave be granted, Abbott shall file its reply by November 9, 2007. The United States does not oppose Abbott's motion.

Wherefore, Abbott respectfully requests that the Court allow Abbott to file a reply in support of its Motion for a Preservation Order and Affidavit Regarding Spoliation Issues.

| | |
|---|---|
| Dated: October 26, 2007 | Respectfully submitted,<br><br>/s/ R. Christopher Cook<br>James R. Daly<br>Tina M. Tabacchi<br>Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585<br><br>R. Christopher Cook<br>David S. Torborg<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br><br>*Counsel for Defendant Abbott Laboratories, Inc.* |

## **CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 26th day of October, 2007.

                                      /s/ David S. Torborg
                                      David S. Torborg