# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____<br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

### UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' MOTION TO COMPEL DOCUMENTS

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' motion to compel various documents (Dkt. No. 4799) until November 7, 2007. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1.	The United States filed its motion on October 15, 2007, and the motion raises a variety of issues.

2.	Pursuant to Local Rule 7.1(b)(2), Abbott's response would be due on or before October 29, 2007

3.	The parties agree that Abbott shall have until November 7, 2007 to respond to this Motion.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to the United States' motion to compel (Dkt. No. 4799) be enlarged to November 7, 2007.

Dated:  October 26, 2007                    Respectfully submitted,

ABBOTT LABORATORIES INC.

By:  /s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 26, 2007, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' MOTION TO COMPEL DOCUMENTS** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                                  /s/ Carol P. Geisler