# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 04-CV-06054 | Judge Patti B. Saris |
| *County of Albany v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00425 | **BARR LABORATORIES, INC.'S ANSWER TO PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT** |
| *County of Alleghany v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-00236 | |
| *County of Broome v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00456 | |
| *County of Cattaraugus v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-00256 | |
| *County of Cayuga v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00423 | |
| *County of Chautauqua v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-00214 | |
| *County of Chemung v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-06744 | |
| *County of Chenango v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00354 | |
| *County of Columbia v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00867 | |
| *County of Cortland v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-00881 | |
| *County of Dutchess v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 05-CV-06458 | |

*County of Essex v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00878

*County of Fulton v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06373

*County of Orange v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 07-CV-02777

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-07055

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00478

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06370

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-00229

*County of Tompkins v. Abbott  Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 06-CV-00123

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-06178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06739

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

### BARR LABORATORIES, INC.'S ANSWER TO PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT

Barr Laboratories, Inc. ("Barr"), by its counsel Kirkland and Ellis LLP, responds as follows to the corresponding numbered allegations in the plaintiffs' Revised First Amended Consolidated Complaint ("Complaint"):

I.      **INTRODUCTION**

1.      Barr denies the allegations in paragraph 1 of the Complaint, except to admit that the plaintiffs have brought a lawsuit against the defendants.  Barr denies that the plaintiffs have asserted proper claims under any of the statutes or sources of law cited, or that any relief is appropriate.   Further answering, Barr denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 1 of the Complaint, and therefore denies them.

2.      Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2 of the Complaint, and therefore denies them.  Barr further denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.

3.      Paragraph 3 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory and regulatory provisions apparently described

speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

4.      Barr denies the allegations in paragraph 4 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 4 of the Complaint, and therefore denies them.

5.      Paragraph 5 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the regulatory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

6.      Paragraph 6 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

7.      Paragraph 7 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

8.      Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8 of the Complaint, and therefore denies them.

9.      Barr denies the allegations in paragraph 9 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 9 of the Complaint, and therefore denies them.

10.     Barr denies the allegations in paragraph 10 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 10 of the Complaint, and therefore denies them.

11.     Barr denies the allegations in paragraph 11 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 11 of the Complaint, and therefore denies them.

12.     Barr denies the allegations in paragraph 12 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.   Barr also denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.   Further answering, Barr states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 12 of the Complaint, and therefore denies them.

13.     Barr denies the allegations in paragraph 13 of the Complaint as they purport to apply to Barr.   Barr further states that the regulatory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

14.     Barr denies the allegations in paragraph 14 of the Complaint as they purport to apply to Barr.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 14 of the Complaint, and therefore denies them.

15.     Barr denies the allegations in paragraph 15 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.   Barr lacks sufficient knowledge or information to form a belief as to the

truth of the allegations regarding other parties in paragraph 15 of the Complaint, and therefore denies them.

16.     Barr denies the allegations in paragraph 16 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 16 of the Complaint, and therefore denies them.

17.     Barr denies the allegations in paragraph 17 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 17 of the Complaint, and therefore denies them.

18.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 of the Complaint, and therefore denies them.

19.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19 of the Complaint, and therefore denies them.

20.     Barr denies the allegations in paragraph 20 of the Complaint as they purport to apply to Barr, except that Barr admits it is a manufacturer of fluoxetine.  Barr further states that the cited source speaks for itself, and Barr denies that the plaintiffs' characterization of that source is necessarily complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 20 of the Complaint, and therefore denies them.

21.     Barr denies the allegations in paragraph 21 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the

truth of the allegations regarding other parties in paragraph 21 of the Complaint, and therefore denies them.

22.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22 of the Complaint, and therefore denies them.

23.     Barr denies the allegations in paragraph 23 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 23 of the Complaint, and therefore denies them.

24.     Barr denies the allegations in paragraph 24 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 24 of the Complaint, and therefore denies them.

25.     Barr denies the allegations in paragraph 25 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 25 of the Complaint, and therefore denies them.

26.     In response to paragraph 26 of the Complaint, Barr states that pharmaceutical industry compendia periodically publish AWPs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 26 of the Complaint, and therefore denies them.

27.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

28.     Barr denies the allegations in paragraph 28 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 28 of the Complaint, and therefore denies them.

29.     Barr denies the allegations in paragraph 29 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form

a belief as to the truth of the allegations regarding other parties in paragraph 29 of the Complaint, and therefore denies them.

30.     Barr denies the allegations in paragraph 30 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.   Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 30 of the Complaint, and therefore denies them.

31.     Paragraph 31 of the Complaint calls for legal conclusions to which no response is necessary.   Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

32.     Barr denies the allegations in paragraph 32 of the Complaint as they purport to apply to Barr.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 32 of the Complaint, and therefore denies them.

33.     Barr denies the allegations in paragraph 33 of the Complaint as they purport to apply to Barr.   Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily

complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 33 of the Complaint, and therefore denies them.

34.   Barr denies the allegations in paragraph 34 of the Complaint as they purport to apply to Barr.  Barr further states that the cited source speaks for itself, and Barr denies that the plaintiffs' characterization of that source is necessarily complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 34 of the Complaint, and therefore denies them.

35.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 35 of the Complaint, and therefore denies them.

36.   Barr denies the allegations in paragraph 36 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 36 of the Complaint, and therefore denies them.

37.   Barr denies the allegations in paragraph 37 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 37 of the Complaint, and therefore denies them.

## II.   JURISDICTION AND VENUE

38.   Paragraph 38 of the Complaint calls for legal conclusions to which no response is necessary, but Barr denies that the plaintiffs have asserted proper claims under any of the statutes or sources of law cited, or that any relief is appropriate.

39. Paragraph 39 of the Complaint calls for legal conclusions to which no response is necessary, but Barr denies that the plaintiffs have asserted proper claims under any of the statutes or sources of law cited, or that any relief is appropriate.

40. Barr denies the allegations in paragraph 40 of the Complaint as they purport to apply to Barr, except to state that the Judicial Panel on Multi-District Litigation has centralized these actions in this District for pre-trial proceedings. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 40 of the Complaint, and therefore denies them.

## III.   PARTIES

41. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41 of the Complaint, and therefore denies them. Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

42. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42 of the Complaint, and therefore denies them. Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

42A. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42A of the Complaint, and therefore denies them. Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

43. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 43 of the Complaint, and therefore denies them.

44.     Barr denies the allegations in paragraph 44 of the Complaint as they purport to apply to Barr, except to state that Barr is a manufacturer and seller of prescription drugs that are available across the United States, including in New York, and some of which are eligible for reimbursement under Medicaid.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 44 of the Complaint, and therefore denies them.

45.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 45 of the Complaint, and therefore denies them.

46.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 46 of the Complaint, and therefore denies them.

47.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 47 of the Complaint, and therefore denies them.

48.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 48 of the Complaint, and therefore denies them.

49.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 49 of the Complaint, and therefore denies them.

50.     Barr denies the allegations in paragraph 50 of the Complaint, except to state that it is a manufacturer and seller of prescription drugs and is a Delaware corporation with its principal executive offices at 400 Chestnut Ridge Road, Woodcliff Lake, NJ  07677.

51.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 51 of the Complaint, and therefore denies them.

52.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 52 of the Complaint, and therefore denies them.

53.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 53 of the Complaint, and therefore denies them.

54.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 54 of the Complaint, and therefore denies them.

55.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 55 of the Complaint, and therefore denies them.

56.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 56 of the Complaint, and therefore denies them.

57.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 57 of the Complaint, and therefore denies them.

58.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 58 of the Complaint, and therefore denies them.

59.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 59 of the Complaint, and therefore denies them.

60.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 60 of the Complaint, and therefore denies them.

61.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 61 of the Complaint, and therefore denies them.

62.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 62 of the Complaint, and therefore denies them.

63.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 63 of the Complaint, and therefore denies them.

64.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 64 of the Complaint, and therefore denies them.

65.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 65 of the Complaint, and therefore denies them.

66.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 66 of the Complaint, and therefore denies them.

67.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 67 of the Complaint, and therefore denies them.

68.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 68 of the Complaint, and therefore denies them.

69.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 69 of the Complaint, and therefore denies them.

70.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 70 of the Complaint, and therefore denies them.

71.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 71 of the Complaint, and therefore denies them.

72.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 72 of the Complaint, and therefore denies them.

73.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 73 of the Complaint, and therefore denies them.

74.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 74 of the Complaint, and therefore denies them.

75.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 75 of the Complaint, and therefore denies them.

76.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 76 of the Complaint, and therefore denies them.

77.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 77 of the Complaint, and therefore denies them.

78.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 78 of the Complaint, and therefore denies them.

79.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 79 of the Complaint, and therefore denies them.

80.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 80 of the Complaint, and therefore denies them.

81.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 81 of the Complaint, and therefore denies them.

82.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 82 of the Complaint, and therefore denies them.

83.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 83 of the Complaint, and therefore denies them.

84.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 84 of the Complaint, and therefore denies them.

85.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 85 of the Complaint, and therefore denies them.  Barr denies that it has committed any illegal acts, whether by itself or with others.

86.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 86 of the Complaint, and therefore denies them.  Barr denies that it has committed any illegal acts, whether by itself or with others.

87.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 87 of the Complaint, and therefore denies them.  Barr denies that it has committed any illegal acts, whether by itself or with others.

88.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 88 of the Complaint, and therefore denies them.

## IV.     ALLEGATIONS APPLICABLE TO ALL DEFENDANTS

89.     Paragraph 89 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

90.     Paragraph 90 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory and regulatory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

91.     Paragraph 91 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for

themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

92.    Paragraph 92 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

93.    Paragraph 93 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

94.    Paragraph 94 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

95.    Paragraph 95 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

96.    Paragraph 96 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

97.     Paragraph 97 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

98.     Paragraph 98 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

99.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 99 of the Complaint, and therefore denies them.

100.    Barr admits that the FDA assigns National Drug Codes (NDCs) to Barr's products.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 100 of the Complaint, and therefore denies them.

101.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 101 of the Complaint, and therefore denies them.

102.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 102 of the Complaint, and therefore denies them.

103.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 103 of the Complaint, and therefore denies them.

104.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 104 of the Complaint, and therefore denies them.

105.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 105 of the Complaint, and therefore denies them.

106.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 106 of the Complaint, and therefore denies them.  Barr further denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.

107.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 107 of the Complaint, and therefore denies them.

108.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 108 of the Complaint, and therefore denies them.  Barr further denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.

109.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 109 of the Complaint, and therefore denies them.

110.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 110 of the Complaint, and therefore denies them.

111.    Paragraph 111 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

112.    Barr denies the allegations in paragraph 112 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 112 of the Complaint, and therefore denies them.

113.    Barr denies the allegations in paragraph 113 of the Complaint as they purport to apply to Barr.  Barr further states that the quoted source apparently described speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 113 of the Complaint, and therefore denies them.

114.    Barr denies the allegations in paragraph 114 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Further answering, Barr states that the quoted source apparently described speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 114 of the Complaint, and therefore denies them.

115.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 115 of the Complaint, and therefore denies them.  Barr further states that the quoted source apparently described speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

116.    Paragraph 116 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for

itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

117.    Paragraph 117 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

118.    Paragraph 118 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

119.    Paragraph 119 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

120.    Paragraph 120 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

121.    Paragraph 121 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

122.    Paragraph 122 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

123.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 123 of the Complaint, and therefore denies them.

124.    Paragraph 124 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provisions apparently described speak for themselves, and Barr denies that the plaintiffs' characterization of those provisions is necessarily complete or accurate.

125.    Paragraph 125 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

126.    Paragraph 126 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

127.    Paragraph 127 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

128.    Paragraph 128 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

129.    Barr denies the allegations in paragraph 129 of the Complaint, and therefore denies them.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

130.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 130 of the Complaint, and therefore denies them.

131.    Paragraph 131 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

132.    Barr admits that it has entered into a Rebate Agreement under the Medicaid Program.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 132 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

133.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 133 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

134.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 134 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

135.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 135 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

136.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 136 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

137.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 137 of the Complaint, and therefore denies them.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

138.    Paragraph 138 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

139.    Paragraph 139 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

140.     Paragraph 140 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

141.     Paragraph 141 of the Complaint calls for legal conclusions to which no response is necessary.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

142.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 142 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

143.     Paragraph 143 of the Complaint calls for legal conclusions to which no response is necessary.

144.     Barr denies the allegations in paragraph 144 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 144 of the Complaint, and therefore denies them.

145.     Barr denies the allegations in paragraph 145 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 145 of the Complaint, and therefore denies them.

146.    Barr denies the allegations in paragraph 146 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 146 of the Complaint, and therefore denies them.

147.    Barr denies the allegations in paragraph 147 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr also denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Further answering, Barr states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 147 of the Complaint, and therefore denies them.

148.    Barr denies the allegations in paragraph 148 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 148 of the Complaint, and therefore denies them.

149.    Barr denies the allegations in paragraph 149 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 149 of the Complaint, and therefore denies them.

150.    Barr denies the allegations in paragraph 150 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 150 of the Complaint, and therefore denies them.

151.    Barr denies the allegations in paragraph 151 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 151 of the Complaint, and therefore denies them.

152.    Barr denies the allegations in paragraph 152 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs.  Barr also states that it does not know the prices paid by indirect purchasers in the chain of distribution.  Barr lacks sufficient knowledge or

information to form a belief as to the truth of the allegations regarding other parties in paragraph 152 of the Complaint, and therefore denies them.

153.    Barr denies the allegations in paragraph 153 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 153 of the Complaint, and therefore denies them.

154.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 154 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

155.    Barr denies the allegations in paragraph 155 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 155 of the Complaint, and therefore denies them.

156.    Barr denies the allegations in paragraph 156 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 156 of the Complaint, and therefore denies them.

157.    Barr denies the allegations in paragraph 157 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr lacks sufficient knowledge or information to form

a belief as to the truth of the allegations regarding other parties in paragraph 157 of the Complaint, and therefore denies them.

158.     Barr denies the allegations in paragraph 158 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 158 of the Complaint, and therefore denies them.

159.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 159 of the Complaint, and therefore denies them.

160.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 160 of the Complaint, and therefore denies them.

161.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 161 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

162.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 162 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

163.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 163 of the Complaint, and therefore denies them.

164.     Barr denies the allegations in paragraph 164 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 164 of the Complaint, and therefore denies them.

165.     Barr denies the allegations in paragraph 165 of the Complaint as they purport to apply to Barr.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 165 of the Complaint, and therefore denies them.

166.     Barr denies the allegations in paragraph 166 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 166 of the Complaint, and therefore denies them.

167.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 167 of the Complaint, and therefore denies them.

168.     Paragraph 168 of the Complaint calls for legal conclusions to which no response is necessary, except that Barr admits that it has entered into a Rebate Agreement under the Medicaid Program.  Barr further states that the statutory provision apparently described speaks for itself, and Barr denies that the plaintiffs' characterization of that provision is necessarily complete or accurate.

169.     Barr denies the allegations in paragraph 169 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 169 of the Complaint, and therefore denies them.

170.     Barr denies the allegations in paragraph 170 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 170 of the Complaint, and therefore denies them.

171.     Barr denies the allegations in paragraph 171 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 171 of the Complaint, and therefore denies them.

172.     Barr denies the allegations in paragraph 172 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 172 of the Complaint, and therefore denies them.

173.     Barr denies the allegations in paragraph 173 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 173 of the Complaint, and therefore denies them.

174.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 174 of the Complaint, and therefore denies them.

175.     Barr denies the allegations in paragraph 175 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 175 of the Complaint, and therefore denies them.

176.     Barr denies the allegations in paragraph 176 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 176 of the Complaint, and therefore denies them.

## V.     GOVERNMENT INVESTIGATIONS

177.     Barr denies the allegations in paragraph 177 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 177 of the Complaint, and therefore denies them.

178.     Barr denies the allegations in paragraph 178 of the Complaint as they purport to apply to Barr, except to state that in 2003, the U.S. House of Representatives contacted numerous pharmaceutical companies requesting information relating to drug pricing.  Barr denies that the inquiry had merit.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 178 of the Complaint, and therefore denies them.

179.     Barr denies the allegations in paragraph 179 of the Complaint as they purport to apply to Barr, except to state that in 2003, the U.S. House of Representatives asked numerous pharmaceuticals companies for information concerning drug pricing.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

180.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 180 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

181.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 181 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

182.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 182 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

183.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 183 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

184.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 184 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

185.    Barr denies the allegations in paragraph 185 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 185 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

186.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 186 of the Complaint, and therefore denies

them.  Barr also states that the cited source speaks for itself, and Barr denies that the plaintiffs' characterization of that source is necessarily complete or accurate.  Further answering, Barr states that pharmaceutical industry compendia periodically publish AWPs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs.

187.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 187 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

188.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 188 of the Complaint, and therefore denies them.  Barr also states that the cited source speaks for itself, and Barr denies that the plaintiffs' characterization of that source is necessarily complete or accurate.  Further answering, Barr states that pharmaceutical industry compendia periodically publish AWPs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs.

189.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 189 of the Complaint, and therefore denies them.  Barr also states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

190.    Barr denies the allegations in paragraph 190 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 190 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

191.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 191 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

192.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 192 of the Complaint, and therefore denies them.  Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

193.    Barr denies the allegations in paragraph 193 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 193 of the Complaint, and therefore denies them.

## VI.    ALLEGATIONS PARTICULAR TO THE COUNTIES AND THE INDIVIDUAL DEFENDANTS

194.    Barr denies the allegations in paragraph 194 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 194 of the Complaint, and therefore denies them.

195.    Barr denies the allegations in paragraph 195 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 195 of the Complaint, and therefore denies them.

196.    Barr denies the allegations in paragraph 196 of the Complaint as they purport to apply to Barr, and Barr denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 196 of the Complaint, and therefore denies them.

### A.      ABBOTT

197.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 197 of the Complaint, and therefore denies them.

198.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 198 of the Complaint, and therefore denies them.

199.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 199 of the Complaint, and therefore denies them.

200.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 200 of the Complaint, and therefore denies them.

201.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 201 of the Complaint, and therefore denies them.

202.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 202 of the Complaint, and therefore denies them.

203.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 203 of the Complaint, and therefore denies them.

204.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 204 of the Complaint, and therefore denies them.

205.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 205 of the Complaint, and therefore denies them.

206.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 206 of the Complaint, and therefore denies them.

207.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 207 of the Complaint, and therefore denies them.

208.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 208 of the Complaint, and therefore denies them.

209.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 209 of the Complaint, and therefore denies them.

210.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 210 of the Complaint, and therefore denies them.

211.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 211 of the Complaint, and therefore denies them.

212.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 212 of the Complaint, and therefore denies them.

213.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 213 of the Complaint, and therefore denies them.

214.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 214 of the Complaint, and therefore denies them.

215.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 215 of the Complaint, and therefore denies them.

216.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 216 of the Complaint, and therefore denies them.

217.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 217 of the Complaint, and therefore denies them.

218.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 218 of the Complaint, and therefore denies them.

219.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 219 of the Complaint, and therefore denies them.

220.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 220 of the Complaint, and therefore denies them.

221.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 221 of the Complaint, and therefore denies them.

**B.     THE ALPHARMA GROUP**

222.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 222 of the Complaint, and therefore denies them.

223.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 223 of the Complaint, and therefore denies them.

224.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 224 of the Complaint, and therefore denies them.

225.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 225 of the Complaint, and therefore denies them.

226.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 226 of the Complaint, and therefore denies them.

227.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 227 of the Complaint, and therefore denies them.

228.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 228 of the Complaint, and therefore denies them.

229.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 229 of the Complaint, and therefore denies them.

230.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 230 of the Complaint, and therefore denies them.

231.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 231 of the Complaint, and therefore denies them.

## C.     ALPHA THERAPEUTICS

232.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 232 of the Complaint, and therefore denies them.

233.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 233 of the Complaint, and therefore denies them.

234.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 234 of the Complaint, and therefore denies them.

235.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 235 of the Complaint, and therefore denies them.

236.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 236 of the Complaint, and therefore denies them.

237.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 237 of the Complaint, and therefore denies them.

238.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 238 of the Complaint, and therefore denies them.

239.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 239 of the Complaint, and therefore denies them.

### D.    THE AMGEN GROUP

240.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 240 of the Complaint, and therefore denies them.

241.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 241 of the Complaint, and therefore denies them.

242.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 242 of the Complaint, and therefore denies them.

243.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 243 of the Complaint, and therefore denies them.

244.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 244 of the Complaint, and therefore denies them.

245.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 245 of the Complaint, and therefore denies them.

246.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 246 of the Complaint, and therefore denies them.

247.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 247 of the Complaint, and therefore denies them.

248.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 248 of the Complaint, and therefore denies them.

249.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 249 of the Complaint, and therefore denies them.

250.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 250 of the Complaint, and therefore denies them.

251.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 251 of the Complaint, and therefore denies them.

252.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 252 of the Complaint, and therefore denies them.

253.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 253 of the Complaint, and therefore denies them.

254.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 254 of the Complaint, and therefore denies them.

255.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 255 of the Complaint, and therefore denies them.

256.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 256 of the Complaint, and therefore denies them.

257.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 257 of the Complaint, and therefore denies them.

258.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 258 of the Complaint, and therefore denies them.

259.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 259 of the Complaint, and therefore denies them.

### E.     ASTRAZENECA

260.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 260 of the Complaint, and therefore denies them.

261.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 261 of the Complaint, and therefore denies them.

262.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 262 of the Complaint, and therefore denies them.

263.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 263 of the Complaint, and therefore denies them.

264.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 264 of the Complaint, and therefore denies them.

265.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 265 of the Complaint, and therefore denies them.

266.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 266 of the Complaint, and therefore denies them.

267.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 267 of the Complaint, and therefore denies them.

268.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 268 of the Complaint, and therefore denies them.

269.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 269 of the Complaint, and therefore denies them.

270.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 270 of the Complaint, and therefore denies them.

271.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 271 of the Complaint, and therefore denies them.

272.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 272 of the Complaint, and therefore denies them.

273.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 273 of the Complaint, and therefore denies them.

274.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 274 of the Complaint, and therefore denies them.

275.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 275 of the Complaint, and therefore denies them.

276.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 276 of the Complaint, and therefore denies them.

277.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 277 of the Complaint, and therefore denies them.

278.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 278 of the Complaint, and therefore denies them.

279.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 279 of the Complaint, and therefore denies them.

280.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 280 of the Complaint, and therefore denies them.

281.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 281 of the Complaint, and therefore denies them.

282.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 282 of the Complaint, and therefore denies them.

### F.     BARR

283.     Barr denies the allegations in paragraph 283 of the Complaint, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.

284.     Barr denies the allegations in paragraph 284 of the Complaint.

285.     Barr denies the allegations in paragraph 285 of the Complaint.

286.     Barr denies the allegations in paragraph 286 of the Complaint, except to state that in 2001, the Massachusetts Attorney General asked a number of pharmaceuticals companies for information concerning drug pricing.  Barr denies that the inquiry had merit.

287.     Barr denies the allegations in paragraph 287 of the Complaint, except to state that Massachusetts filed a meritless lawsuit against Barr relating to drug pricing.

288.     Barr denies the allegations in paragraph 288 of the Complaint.

289.     Barr denies the allegations in paragraph 289 of the Complaint, except to acknowledge that several states have filed meritless lawsuits against Barr relating to drug pricing.

290.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 290 of the Complaint, and therefore denies them.

291.    Barr denies the allegations in paragraph 291 of the Complaint, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.

292.    Barr denies the allegations in paragraph 292 of the Complaint.

293.    Barr denies the allegations in paragraph 293 of the Complaint, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.

294.    Barr denies the allegations in paragraph 294 of the Complaint as they purport to apply to Barr, except to state that in 2003, the U.S. House of Representatives contacted numerous pharmaceutical companies requesting information relating to drug pricing.  Barr denies that the inquiry had merit.

295.    Barr denies the allegations in paragraph 295 of the Complaint, except to state that in 2003, the U.S. House of Representatives contacted numerous pharmaceutical companies requesting information relating to drug pricing, and asked Barr for information concerning the pricing of fluoxetine and oxycodone.  Barr denies that the inquiry had merit.  Barr further states that the cited source speaks for itself, and Barr denies that the plaintiffs' characterization of that source is necessarily complete or accurate.

**G.    BAXTER**

296.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 296 of the Complaint, and therefore denies them.

297.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 297 of the Complaint, and therefore denies them.

54

298.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 298 of the Complaint, and therefore denies them.

299.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 299 of the Complaint, and therefore denies them.

300.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 300 of the Complaint, and therefore denies them.

301.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 301 of the Complaint, and therefore denies them.

302.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 302 of the Complaint, and therefore denies them.

303.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 303 of the Complaint, and therefore denies them.

304.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 304 of the Complaint, and therefore denies them.

305.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 305 of the Complaint, and therefore denies them.

306.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 306 of the Complaint, and therefore denies them.

307.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 307 of the Complaint, and therefore denies them.

308.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 308 of the Complaint, and therefore denies them.

309.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 309 of the Complaint, and therefore denies them.

310.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 310 of the Complaint, and therefore denies them.

311.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 311 of the Complaint, and therefore denies them.

312.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 312 of the Complaint, and therefore denies them.

313.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 313 of the Complaint, and therefore denies them.

### H.    BAYER

314.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 314 of the Complaint, and therefore denies them.

315.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 315 of the Complaint, and therefore denies them.

316.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 316 of the Complaint, and therefore denies them.

317.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 317 of the Complaint, and therefore denies them.

318.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 318 of the Complaint, and therefore denies them.

319.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 319 of the Complaint, and therefore denies them.

320.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 320 of the Complaint, and therefore denies them.

321.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 321 of the Complaint, and therefore denies them.

322.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 322 of the Complaint, and therefore denies them.

323.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 323 of the Complaint, and therefore denies them.

324.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 324 of the Complaint, and therefore denies them.

325.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 325 of the Complaint, and therefore denies them.

326.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 326 of the Complaint, and therefore denies them.

327.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 327 of the Complaint, and therefore denies them.

328.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 328 of the Complaint, and therefore denies them.

329.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 329 of the Complaint, and therefore denies them.

330.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 330 of the Complaint, and therefore denies them.

331.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 331 of the Complaint, and therefore denies them.

332.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 332 of the Complaint, and therefore denies them.

## I.      BIOGEN IDEC

333.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 333 of the Complaint, and therefore denies them.

334.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 334 of the Complaint, and therefore denies them.

335.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 335 of the Complaint, and therefore denies them.

336.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 336 of the Complaint, and therefore denies them.

337.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 337 of the Complaint, and therefore denies them.

338.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 338 of the Complaint, and therefore denies them.

339.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 339 of the Complaint, and therefore denies them.

340.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 340 of the Complaint, and therefore denies them.

341.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 341 of the Complaint, and therefore denies them.

## J.    BOEHRINGER GROUP

342.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 342 of the Complaint, and therefore denies them.

343.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 343 of the Complaint, and therefore denies them.

344.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 344 of the Complaint, and therefore denies them.

345.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 345 of the Complaint, and therefore denies them.

346.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 346 of the Complaint, and therefore denies them.

347.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 347 of the Complaint, and therefore denies them.

348.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 348 of the Complaint, and therefore denies them.

349.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 349 of the Complaint, and therefore denies them.

350.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 350 of the Complaint, and therefore denies them.

351.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 351 of the Complaint, and therefore denies them.

352.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 352 of the Complaint, and therefore denies them.

353.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 353 of the Complaint, and therefore denies them.

354.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 354 of the Complaint, and therefore denies them.

355.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 355 of the Complaint, and therefore denies them.

356.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 356 of the Complaint, and therefore denies them.

357.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 357 of the Complaint, and therefore denies them.

358.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 358 of the Complaint, and therefore denies them.

359.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 359 of the Complaint, and therefore denies them.

360.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 360 of the Complaint, and therefore denies them.

361.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 361 of the Complaint, and therefore denies them.

362.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 362 of the Complaint, and therefore denies them.

363.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 363 of the Complaint, and therefore denies them.

364.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 364 of the Complaint, and therefore denies them.

365.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 365 of the Complaint, and therefore denies them.

366.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 366 of the Complaint, and therefore denies them.

## K.    THE BMS GROUP

367.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 367 of the Complaint, and therefore denies them.

368.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 368 of the Complaint, and therefore denies them.

369.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 369 of the Complaint, and therefore denies them.

370.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 370 of the Complaint, and therefore denies them.

371.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 371 of the Complaint, and therefore denies them.

372.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 372 of the Complaint, and therefore denies them.

373.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 373 of the Complaint, and therefore denies them.

374.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 374 of the Complaint, and therefore denies them.

375.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 375 of the Complaint, and therefore denies them.

376.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 376 of the Complaint, and therefore denies them.

377.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 377 of the Complaint, and therefore denies them.

378.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 378 of the Complaint, and therefore denies them.

379.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 379 of the Complaint, and therefore denies them.

380.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 380 of the Complaint, and therefore denies them.

381.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 381 of the Complaint, and therefore denies them.

382.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 382 of the Complaint, and therefore denies them.

383.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 383 of the Complaint, and therefore denies them.

384.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 384 of the Complaint, and therefore denies them.

385.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 385 of the Complaint, and therefore denies them.

**L.     CHIRON**

386.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 386 of the Complaint, and therefore denies them.

387.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 387 of the Complaint, and therefore denies them.

388.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 388 of the Complaint, and therefore denies them.

389.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 389 of the Complaint, and therefore denies them.

390.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 390 of the Complaint, and therefore denies them.

391.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 391 of the Complaint, and therefore denies them.

392.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 392 of the Complaint, and therefore denies them.

393.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 393 of the Complaint, and therefore denies them.

394.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 394 of the Complaint, and therefore denies them.

395.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 395 of the Complaint, and therefore denies them.

396.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 396 of the Complaint, and therefore denies them.

397.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 397 of the Complaint, and therefore denies them.

398.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 398 of the Complaint, and therefore denies them.

## M.   DEY

399.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 399 of the Complaint, and therefore denies them.

400.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 400 of the Complaint, and therefore denies them.

401.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 401 of the Complaint, and therefore denies them.

402.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 402 of the Complaint, and therefore denies them.

403.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 403 of the Complaint, and therefore denies them.

404.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 404 of the Complaint, and therefore denies them.

405.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 405 of the Complaint, and therefore denies them.

406.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 406 of the Complaint, and therefore denies them.

407.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 407 of the Complaint, and therefore denies them.

408.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 408 of the Complaint, and therefore denies them.

409.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 409 of the Complaint, and therefore denies them.

410.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 410 of the Complaint, and therefore denies them.

411.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 411 of the Complaint, and therefore denies them.

412.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 412 of the Complaint, and therefore denies them.

413.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 413 of the Complaint, and therefore denies them.

414.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 414 of the Complaint, and therefore denies them.

415.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 415 of the Complaint, and therefore denies them.

416.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 416 of the Complaint, and therefore denies them.

417.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 417 of the Complaint, and therefore denies them.

418.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 418 of the Complaint, and therefore denies them.

419.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 419 of the Complaint, and therefore denies them.

420.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 420 of the Complaint, and therefore denies them.

421.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 421 of the Complaint, and therefore denies them.

422.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 422 of the Complaint, and therefore denies them.

423.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 423 of the Complaint, and therefore denies them.

424.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 424 of the Complaint, and therefore denies them.

425.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 425 of the Complaint, and therefore denies them.

426.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 426 of the Complaint, and therefore denies them.

427.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 427 of the Complaint, and therefore denies them.

428.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 428 of the Complaint, and therefore denies them.

429.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 429 of the Complaint, and therefore denies them.

**N.    ELI LILLY**

430.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 430 of the Complaint, and therefore denies them.

431.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 431 of the Complaint, and therefore denies them.

432.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 432 of the Complaint, and therefore denies them.

433.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 433 of the Complaint, and therefore denies them.

434.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 434 of the Complaint, and therefore denies them.

435.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 435 of the Complaint, and therefore denies them.

436.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 436 of the Complaint, and therefore denies them.

437.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 437 of the Complaint, and therefore denies them.

438.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 438 of the Complaint, and therefore denies them.

439.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 439 of the Complaint, and therefore denies them.

440.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 440 of the Complaint, and therefore denies them.

441.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 441 of the Complaint, and therefore denies them.

442.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 442 of the Complaint, and therefore denies them.

443.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 443 of the Complaint, and therefore denies them.

**O.    ENDO PHARMACEUTICALS**

444.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 444 of the Complaint, and therefore denies them.

445.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 445 of the Complaint, and therefore denies them.

446.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 446 of the Complaint, and therefore denies them.

447.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 447 of the Complaint, and therefore denies them.

448.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 448 of the Complaint, and therefore denies them.

449.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 449 of the Complaint, and therefore denies them.

450.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 450 of the Complaint, and therefore denies them.

451.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 451 of the Complaint, and therefore denies them.

## P.     ETHEX

452.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 452 of the Complaint, and therefore denies them.

453.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 453 of the Complaint, and therefore denies them.

454.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 454 of the Complaint, and therefore denies them.

455.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 455 of the Complaint, and therefore denies them.

456.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 456 of the Complaint, and therefore denies them.

457.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 457 of the Complaint, and therefore denies them.

458.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 458 of the Complaint, and therefore denies them.

459.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 459 of the Complaint, and therefore denies them.

460.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 460 of the Complaint, and therefore denies them.

461.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 461 of the Complaint, and therefore denies them.

**Q.   THE FOREST GROUP**

462.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 462 of the Complaint, and therefore denies them.

463.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 463 of the Complaint, and therefore denies them.

464.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 464 of the Complaint, and therefore denies them.

465.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 465 of the Complaint, and therefore denies them.

466.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 466 of the Complaint, and therefore denies them.

467.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 467 of the Complaint, and therefore denies them.

468.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 468 of the Complaint, and therefore denies them.

## R.      THE FUJISAWA GROUP

469.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 469 of the Complaint, and therefore denies them.

470.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 470 of the Complaint, and therefore denies them.

471.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 471 of the Complaint, and therefore denies them.

472.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 472 of the Complaint, and therefore denies them.

473.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 473 of the Complaint, and therefore denies them.

474.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 474 of the Complaint, and therefore denies them.

475.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 475 of the Complaint, and therefore denies them.

476.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 476 of the Complaint, and therefore denies them.

### S.    THE GSK GROUP

477.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 477 of the Complaint, and therefore denies them.

478.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 478 of the Complaint, and therefore denies them.

479.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 479 of the Complaint, and therefore denies them.

480.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 480 of the Complaint, and therefore denies them.

481.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 481 of the Complaint, and therefore denies them.

482.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 482 of the Complaint, and therefore denies them.

483.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 483 of the Complaint, and therefore denies them.

484.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 484 of the Complaint, and therefore denies them.

485.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 485 of the Complaint, and therefore denies them.

486.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 486 of the Complaint, and therefore denies them.

487.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 487 of the Complaint, and therefore denies them.

488.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 488 of the Complaint, and therefore denies them.

489.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 489 of the Complaint, and therefore denies them.

490.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 490 of the Complaint, and therefore denies them.

491.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 491 of the Complaint, and therefore denies them.

492.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 492 of the Complaint, and therefore denies them.

493.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 493 of the Complaint, and therefore denies them.

494.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 494 of the Complaint, and therefore denies them.

495.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 495 of the Complaint, and therefore denies them.

496.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 496 of the Complaint, and therefore denies them.

497.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 497 of the Complaint, and therefore denies them.

498.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 498 of the Complaint, and therefore denies them.

499.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 499 of the Complaint, and therefore denies them.

500.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 500 of the Complaint, and therefore denies them.

501.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 501 of the Complaint, and therefore denies them.

502.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 502 of the Complaint, and therefore denies them.

### T.    THE HOFFMAN-LAROCHE GROUP

503.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 503 of the Complaint, and therefore denies them.

504.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 504 of the Complaint, and therefore denies them.

505.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 505 of the Complaint, and therefore denies them.

506.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 506 of the Complaint, and therefore denies them.

507.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 507 of the Complaint, and therefore denies them.

508.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 508 of the Complaint, and therefore denies them.

### U.   THE IVAX GROUP

509.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 509 of the Complaint, and therefore denies them.

510.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 510 of the Complaint, and therefore denies them.

511.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 511 of the Complaint, and therefore denies them.

512.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 512 of the Complaint, and therefore denies them.

513.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 513 of the Complaint, and therefore denies them.

514.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 514 of the Complaint, and therefore denies them.

515.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 515 of the Complaint, and therefore denies them.

516.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 516 of the Complaint, and therefore denies them.

517.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 517 of the Complaint, and therefore denies them.

518.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 518 of the Complaint, and therefore denies them.

519.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 519 of the Complaint, and therefore denies them.

520.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 520 of the Complaint, and therefore denies them.

521.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 521 of the Complaint, and therefore denies them.

522.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 522 of the Complaint, and therefore denies them.

523.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 523 of the Complaint, and therefore denies them.

524.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 524 of the Complaint, and therefore denies them.

525.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 525 of the Complaint, and therefore denies them.

## V.    JOHNSON & JOHNSON GROUP

526.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 526 of the Complaint, and therefore denies them.

527.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 527 of the Complaint, and therefore denies them.

528.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 528 of the Complaint, and therefore denies them.

529.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 529 of the Complaint, and therefore denies them.

530.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 530 of the Complaint, and therefore denies them.

531.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 531 of the Complaint, and therefore denies them.

532.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 532 of the Complaint, and therefore denies them.

533.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 533 of the Complaint, and therefore denies them.

534.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 534 of the Complaint, and therefore denies them.

535.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 535 of the Complaint, and therefore denies them.

536.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 536 of the Complaint, and therefore denies them.

537.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 537 of the Complaint, and therefore denies them.

538.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 538 of the Complaint, and therefore denies them.

539.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 539 of the Complaint, and therefore denies them.

540.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 540 of the Complaint, and therefore denies them.

541.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 541 of the Complaint, and therefore denies them.

542.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 542 of the Complaint, and therefore denies them.

543.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 543 of the Complaint, and therefore denies them.

544.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 544 of the Complaint, and therefore denies them.

545.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 545 of the Complaint, and therefore denies them.

546.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 546 of the Complaint, and therefore denies them.

## W.    THE KING GROUP

547.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 547 of the Complaint, and therefore denies them.

548.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 548 of the Complaint, and therefore denies them.

549.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 549 of the Complaint, and therefore denies them.

550.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 550 of the Complaint, and therefore denies them.

551.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 551 of the Complaint, and therefore denies them.

552.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 552 of the Complaint, and therefore denies them.

553.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 553 of the Complaint, and therefore denies them.

554.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 554 of the Complaint, and therefore denies them.

555.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 555 of the Complaint, and therefore denies them.

556.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 556 of the Complaint, and therefore denies them.

557.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 557 of the Complaint, and therefore denies them.

558.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 558 of the Complaint, and therefore denies them.

559.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 559 of the Complaint, and therefore denies them.

560.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 560 of the Complaint, and therefore denies them.

561.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 561 of the Complaint, and therefore denies them.

**X.     MEDIMMUNE**

562.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 562 of the Complaint, and therefore denies them.

563.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 563 of the Complaint, and therefore denies them.

564.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 564 of the Complaint, and therefore denies them.

565.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 565 of the Complaint, and therefore denies them.

566.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 566 of the Complaint, and therefore denies them.

567.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 567 of the Complaint, and therefore denies them.

**Y.   MERCK**

568.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 568 of the Complaint, and therefore denies them.

569.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 569 of the Complaint, and therefore denies them.

570.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 570 of the Complaint, and therefore denies them.

571.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 571 of the Complaint, and therefore denies them.

572.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 572 of the Complaint, and therefore denies them.

573.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 573 of the Complaint, and therefore denies them.

574.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 574 of the Complaint, and therefore denies them.

575.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 575 of the Complaint, and therefore denies them.

576.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 576 of the Complaint, and therefore denies them.

577.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 577 of the Complaint, and therefore denies them.

## Z.      THE MYLAN GROUP

578.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 578 of the Complaint, and therefore denies them.

579.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 579 of the Complaint, and therefore denies them.

580.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 580 of the Complaint, and therefore denies them.

581.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 581 of the Complaint, and therefore denies them.

582.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 582 of the Complaint, and therefore denies them.

583.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 583 of the Complaint, and therefore denies them.

584.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 584 of the Complaint, and therefore denies them.

585.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 585 of the Complaint, and therefore denies them.

586.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 586 of the Complaint, and therefore denies them.

587.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 587 of the Complaint, and therefore denies them.

588.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 588 of the Complaint, and therefore denies them.

**AA.    THE NOVARTISS/SANDOZ GROUP**

589.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 589 of the Complaint, and therefore denies them.

590.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 590 of the Complaint, and therefore denies them.

591.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 591 of the Complaint, and therefore denies them.

592.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 592 of the Complaint, and therefore denies them.

593.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 593 of the Complaint, and therefore denies them.

594.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 594 of the Complaint, and therefore denies them.

595.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 595 of the Complaint, and therefore denies them.

596.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 596 of the Complaint, and therefore denies them.

597.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 597 of the Complaint, and therefore denies them.

## BB.   ORGANON

598.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 598 of the Complaint, and therefore denies them.

599.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 599 of the Complaint, and therefore denies them.

600.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 600 of the Complaint, and therefore denies them.

601.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 601 of the Complaint, and therefore denies them.

602.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 602 of the Complaint, and therefore denies them.

603.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 603 of the Complaint, and therefore denies them.

**CC.   PAR**

604.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 604 of the Complaint, and therefore denies them.

605.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 605 of the Complaint, and therefore denies them.

606.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 606 of the Complaint, and therefore denies them.

607.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 607 of the Complaint, and therefore denies them.

608.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 608 of the Complaint, and therefore denies them.

609.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 609 of the Complaint, and therefore denies them.

610.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 610 of the Complaint, and therefore denies them.

611.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 611 of the Complaint, and therefore denies them.

612.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 612 of the Complaint, and therefore denies them.

613.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 613 of the Complaint, and therefore denies them.

614.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 614 of the Complaint, and therefore denies them.

### DD.    THE PFIZER GROUP

615.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 615 of the Complaint, and therefore denies them.

616.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 616 of the Complaint, and therefore denies them.

617.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 617 of the Complaint, and therefore denies them.

618.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 618 of the Complaint, and therefore denies them.

619.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 619 of the Complaint, and therefore denies them.

620.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 620 of the Complaint, and therefore denies them.

621.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 621 of the Complaint, and therefore denies them.

622.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 622 of the Complaint, and therefore denies them.

623.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 623 of the Complaint, and therefore denies them.

624.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 624 of the Complaint, and therefore denies them.

625.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 625 of the Complaint, and therefore denies them.

626.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 626 of the Complaint, and therefore denies them.

627.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 627 of the Complaint, and therefore denies them.

628.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 628 of the Complaint, and therefore denies them.

629.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 629 of the Complaint, and therefore denies them.

630.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 630 of the Complaint, and therefore denies them.

631.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 631 of the Complaint, and therefore denies them.

632.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 632 of the Complaint, and therefore denies them.

633.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 633 of the Complaint, and therefore denies them.

634.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 634 of the Complaint, and therefore denies them.

635.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 635 of the Complaint, and therefore denies them.

636.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 636 of the Complaint, and therefore denies them.

**EE.    THE PURDUE GROUP**

637.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 637 of the Complaint, and therefore denies them.

638.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 638 of the Complaint, and therefore denies them.

639.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 639 of the Complaint, and therefore denies them.

640.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 640 of the Complaint, and therefore denies them.

641.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 641 of the Complaint, and therefore denies them.

642.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 642 of the Complaint, and therefore denies them.

643.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 643 of the Complaint, and therefore denies them.

644.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 644 of the Complaint, and therefore denies them.

645.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 645 of the Complaint, and therefore denies them.

646.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 646 of the Complaint, and therefore denies them.

## FF.    SANOFI-AVENTIS GROUP

647.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 647 of the Complaint, and therefore denies them.

648.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 648 of the Complaint, and therefore denies them.

649.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 649 of the Complaint, and therefore denies them.

650.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 650 of the Complaint, and therefore denies them.

651.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 651 of the Complaint, and therefore denies them.

652.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 652 of the Complaint, and therefore denies them.

653.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 653 of the Complaint, and therefore denies them.

654.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 654 of the Complaint, and therefore denies them.

655.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 655 of the Complaint, and therefore denies them.

656.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 656 of the Complaint, and therefore denies them.

657.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 657 of the Complaint, and therefore denies them.

658.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 658 of the Complaint, and therefore denies them.

659.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 659 of the Complaint, and therefore denies them.

660.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 660 of the Complaint, and therefore denies them.

661.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 661 of the Complaint, and therefore denies them.

662. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 662 of the Complaint, and therefore denies them.

663. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 663 of the Complaint, and therefore denies them.

664. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 664 of the Complaint, and therefore denies them.

665. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 665 of the Complaint, and therefore denies them.

666. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 666 of the Complaint, and therefore denies them.

## GG.    THE SCHERING GROUP

667. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 667 of the Complaint, and therefore denies them.

668. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 668 of the Complaint, and therefore denies them.

669.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 669 of the Complaint, and therefore denies them.

670.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 670 of the Complaint, and therefore denies them.

671.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 671 of the Complaint, and therefore denies them.

672.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 672 of the Complaint, and therefore denies them.

673.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 673 of the Complaint, and therefore denies them.

674.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 674 of the Complaint, and therefore denies them.

675.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 675 of the Complaint, and therefore denies them.

676.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 676 of the Complaint, and therefore denies them.

677.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 677 of the Complaint, and therefore denies them.

678.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 678 of the Complaint, and therefore denies them.

679.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 679 of the Complaint, and therefore denies them.

680.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 680 of the Complaint, and therefore denies them.

681.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 681 of the Complaint, and therefore denies them.

682.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 682 of the Complaint, and therefore denies them.

683.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 683 of the Complaint, and therefore denies them.

684.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 684 of the Complaint, and therefore denies them.

685.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 685 of the Complaint, and therefore denies them.

686.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 686 of the Complaint, and therefore denies them.

687.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 687 of the Complaint, and therefore denies them.

688.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 688 of the Complaint, and therefore denies them.

689.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 689 of the Complaint, and therefore denies them.

690.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 690 of the Complaint, and therefore denies them.

691.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 691 of the Complaint, and therefore denies them.

692.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 692 of the Complaint, and therefore denies them.

693.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 693 of the Complaint, and therefore denies them.

694.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 694 of the Complaint, and therefore denies them.

**HH.   SERONO**

695.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 695 of the Complaint, and therefore denies them.

696.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 696 of the Complaint, and therefore denies them.

697.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 697 of the Complaint, and therefore denies them.

698.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 698 of the Complaint, and therefore denies them.

699.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 699 of the Complaint, and therefore denies them.

## II.   TAP PHARMACEUTICAL

700.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 700 of the Complaint, and therefore denies them.

701.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 701 of the Complaint, and therefore denies them.

702.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 702 of the Complaint, and therefore denies them.

703.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 703 of the Complaint, and therefore denies them.

704.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 704 of the Complaint, and therefore denies them.

705.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 705 of the Complaint, and therefore denies them.

706.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 706 of the Complaint, and therefore denies them.

707.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 707 of the Complaint, and therefore denies them.

708.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 708 of the Complaint, and therefore denies them.

709.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 709 of the Complaint, and therefore denies them.

710.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 710 of the Complaint, and therefore denies them.

711.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 711 of the Complaint, and therefore denies them.

712.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 712 of the Complaint, and therefore denies them.

713.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 713 of the Complaint, and therefore denies them.

714.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 714 of the Complaint, and therefore denies them.

715.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 715 of the Complaint, and therefore denies them.

716.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 716 of the Complaint, and therefore denies them.

717.    Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 717 of the Complaint, and therefore denies them.

718.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 718 of the Complaint, and therefore denies them.

### JJ.   TEVA GROUP

719.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 719 of the Complaint, and therefore denies them.

720.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 720 of the Complaint, and therefore denies them.

721.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 721 of the Complaint, and therefore denies them.

722.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 722 of the Complaint, and therefore denies them.

723.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 723 of the Complaint, and therefore denies them.

724.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 724 of the Complaint, and therefore denies them.

725.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 725 of the Complaint, and therefore denies them.

726.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 726 of the Complaint, and therefore denies them.

727.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 727 of the Complaint, and therefore denies them.

728.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 728 of the Complaint, and therefore denies them.

729.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 729 of the Complaint, and therefore denies them.

730.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 730 of the Complaint, and therefore denies them.

731.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 731 of the Complaint, and therefore denies them.

732.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 732 of the Complaint, and therefore denies them.

733.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 733 of the Complaint, and therefore denies them.

734.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 734 of the Complaint, and therefore denies them.

735.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 735 of the Complaint, and therefore denies them.

736.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 736 of the Complaint, and therefore denies them.

737.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 737 of the Complaint, and therefore denies them.

738.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 738 of the Complaint, and therefore denies them.

739.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 739 of the Complaint, and therefore denies them.

740.   Barr denies the allegations in paragraph 740 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 740 of the Complaint, and therefore denies them.

741.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 741 of the Complaint, and therefore denies them.

## KK.   THE WATSON GROUP

742.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 742 of the Complaint, and therefore denies them.

743.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 743 of the Complaint, and therefore denies them.

744.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 744 of the Complaint, and therefore denies them.

745.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 745 of the Complaint, and therefore denies them.

746.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 746 of the Complaint, and therefore denies them.

747.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 747 of the Complaint, and therefore denies them.

748.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 748 of the Complaint, and therefore denies them.

749.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 749 of the Complaint, and therefore denies them.

750.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 750 of the Complaint, and therefore denies them.

751.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 751 of the Complaint, and therefore denies them.

752.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 752 of the Complaint, and therefore denies them.

753.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 753 of the Complaint, and therefore denies them.

754.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 754 of the Complaint, and therefore denies them.

**LL.    WYETH**

755.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 755 of the Complaint, and therefore denies them.

756.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 756 of the Complaint, and therefore denies them.

757.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 757 of the Complaint, and therefore denies them.

758.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 758 of the Complaint, and therefore denies them.

759.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 759 of the Complaint, and therefore denies them.

760.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 760 of the Complaint, and therefore denies them.

761.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 761 of the Complaint, and therefore denies them.

762.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 762 of the Complaint, and therefore denies them.

763.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 763 of the Complaint, and therefore denies them.

764.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 764 of the Complaint, and therefore denies them.

765.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 765 of the Complaint, and therefore denies them.

766.     Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 766 of the Complaint, and therefore denies them.

767.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 767 of the Complaint, and therefore denies them.

768.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 768 of the Complaint, and therefore denies them.

769.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 769 of the Complaint, and therefore denies them.

## VII.   DAMAGES TO THE COUNTY MEDICAID PROGRAMS

770.   Barr denies the allegations in paragraph 770 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 770 of the Complaint, and therefore denies them.

771.   Barr denies the allegations in paragraph 771 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 771 of the Complaint, and therefore denies them.

772.   Barr denies the allegations in paragraph 772 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 772 of the Complaint, and therefore denies them.

## VIII.   FRAUDULENT CONCEALMENT

773.   Barr denies the allegations in paragraph 773 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.   Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 773 of the Complaint, and therefore denies them.

774.   Barr denies the allegations in paragraph 774 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.   Barr further states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 774 of the Complaint, and therefore denies them.

775.   Barr denies the allegations in paragraph 775 of the Complaint as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.   Barr further states that pharmaceutical industry

compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 775 of the Complaint, and therefore denies them.

776.   Barr denies the allegations in paragraph 776 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 776 of the Complaint, and therefore denies them.

777.   Barr denies the allegations in paragraph 777 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 777 of the Complaint, and therefore denies them.

778.   Barr denies the allegations in paragraph 778 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 778 of the Complaint, and therefore denies them.

779.   Barr denies the allegations in paragraph 779 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 779 of the Complaint, and therefore denies them.

780.   Barr denies the allegations in paragraph 780 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 780 of the Complaint, and therefore denies them.

781.   Barr denies the allegations in paragraph 781 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 781 of the Complaint, and therefore denies them.

782.   Barr denies the allegations in paragraph 782 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 782 of the Complaint, and therefore denies them.

783.   Barr denies the allegations in paragraph 783 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 783 of the Complaint, and therefore denies them.

784.   Barr denies the allegations in paragraph 784 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 784 of the Complaint, and therefore denies them.

785.   Barr denies the allegations in paragraph 785 of the Complaint, including subparts (i) through (iv), as they purport to apply to Barr, and states that it has not made any misrepresentations about the nature of the prices that it has quoted for its products.  Barr further

states that pharmaceutical industry compendia periodically publish AWPs and WACs for prescription medicines sold in this country and that it has long been common knowledge and understood, including by the State of New York, the plaintiffs, and/or their agents, that AWPs and WACs do not, and are not intended to, reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 785 of the Complaint, including subparts (i) through (iv), and therefore denies them.

786. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 786 of the Complaint, and therefore denies them. Barr further states that the quoted source speaks for itself, and Barr denies that the plaintiffs' selective quotation is necessarily complete or accurate.

787. Barr denies the allegations in paragraph 787 of the Complaint as they purport to apply to Barr. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 787 of the Complaint, and therefore denies them.

788. Barr denies the allegations in paragraph 788 of the Complaint as they purport to apply to Barr. Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 788 of the Complaint, and therefore denies them.

789. Barr denies the allegations in paragraph 789 of the Complaint as they purport to apply to Barr. Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 789 of the Complaint, and therefore denies them.

790.   Barr denies the allegations in paragraph 790 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 790 of the Complaint, and therefore denies them.

## COUNT I

791.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

792.   Barr admits that it is a manufacturer of prescription drugs, some of which are covered by the Medicaid program.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 792 of the Complaint, and therefore denies them.

793.   Paragraph 793 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory provision apparently described speaks for itself, and Barr denies that plaintiffs' characterization of that provision is necessarily complete or accurate.

794.   Barr denies the allegations in paragraph 794 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 794 of the Complaint, and therefore denies them.

795.   Barr denies the allegations in paragraph 795 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 795 of the Complaint, and therefore denies them.

796.   Barr denies the allegations in paragraph 796 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 796 of the Complaint, and therefore denies them.

797.   Barr denies the allegations in paragraph 797 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 797 of the Complaint, and therefore denies them.

798.   Barr denies the allegations in paragraph 798 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 798 of the Complaint, and therefore denies them.

799.   Paragraph 799 of the Complaint calls for legal conclusions to which no response is necessary.

800.   Barr denies the allegations in paragraph 800 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 800 of the Complaint, and therefore denies them.

## COUNT II

801.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

802.   Barr admits that it is a manufacturer of prescription drugs, some of which are covered by the Medicaid program.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 802 of the Complaint, and therefore denies them.

803.   Paragraph 803 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory provisions apparently described speak for themselves, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

804.   Barr denies the allegations in paragraph 804 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 804 of the Complaint, and therefore denies them.

805.   Barr denies the allegations in paragraph 805 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 805 of the Complaint, and therefore denies them.

806.   Barr denies the allegations in paragraph 806 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 806 of the Complaint, and therefore denies them.

807.   Barr denies the allegations in paragraph 807 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 807 of the Complaint, and therefore denies them.

## COUNT III

808.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

809.   Paragraph 809 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

810.   Barr denies the allegations in paragraph 810 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 810 of the Complaint, and therefore denies them.

811.   Barr denies the allegations in paragraph 811 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 811 of the Complaint, and therefore denies them.

812.   Barr denies the allegations in paragraph 812 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 812 of the Complaint, and therefore denies them.

813.   Barr denies the allegations in paragraph 813 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 813 of the Complaint, and therefore denies them.

**COUNT IV**

814.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

815.   Paragraph 815 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

816.   Paragraph 816 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

817.   Barr denies the allegations in paragraph 817 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 817 of the Complaint, and therefore denies them.

**COUNT V**

818.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

819.   Paragraph 819 of the Complaint calls for legal conclusions to which no response is necessary, except that Barr admits that it has entered into a Rebate Agreement under the Medicaid Program.  Barr states that the statutory and regulatory provisions apparently described speaks for itself, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

820.   Paragraph 820 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

821.   Paragraph 821 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

822.   Paragraph 822 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

823.   Paragraph 823 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory and regulatory provisions apparently described speak for themselves, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

824.   Paragraph 824 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory and regulatory provisions apparently described speak for themselves, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

825.   Paragraph 825 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

826.   Paragraph 826 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory and regulatory provisions apparently described speak for themselves, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

827.   Paragraph 827 of the Complaint calls for legal conclusions to which no response is necessary.  Barr states that the statutory and regulatory provisions apparently described speak

for themselves, and Barr denies that plaintiffs' characterization of those provisions is necessarily complete or accurate.

828.   Barr denies the allegations in paragraph 828 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 828 of the Complaint, and therefore denies them.

829.   Barr denies the allegations in paragraph 829 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 829 of the Complaint, and therefore denies them.

830.   Barr denies the allegations in paragraph 830 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 830 of the Complaint, and therefore denies them.

## COUNT VI

831.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

832.   Barr denies the allegations in paragraph 832 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs' selective compilation of information in their exhibits is complete or accurate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 832 of the Complaint, and therefore denies them.

833.   Barr denies the allegations in paragraph 833 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 833 of the Complaint, and therefore denies them.

834.   Barr denies the allegations in paragraph 834 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 834 of the Complaint, and therefore denies them.

835.   Barr denies the allegations in paragraph 835 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 835 of the Complaint, and therefore denies them.

836.   Barr denies the allegations in paragraph 836 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 836 of the Complaint, and therefore denies them.

837.   Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 837 of the Complaint, and therefore denies them.

838.   Barr denies the allegations in paragraph 838 of the Complaint, including subparts (a) through (c), as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 838 of the Complaint, including subparts (a) through (c), and therefore denies them.

839.   Barr denies the allegations in paragraph 839 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of

the allegations regarding other parties in paragraph 839 of the Complaint, and therefore denies them.

## COUNT VII

840.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

841.   Barr denies the allegations in paragraph 841 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 841 of the Complaint, and therefore denies them.

842.   Barr denies the allegations in paragraph 842 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 842 of the Complaint, and therefore denies them.

843.   Barr denies the allegations in paragraph 843 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 843 of the Complaint, and therefore denies them.

844.   Paragraph 844 of the Complaint recites laws and regulations which speak for themselves and to which no response is necessary, but Barr denies that plaintiffs' recitation of those laws and regulations is necessarily complete or accurate.

845.   Barr denies the allegations in paragraph 845 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 845 of the Complaint, and therefore denies them.

## COUNT VIII

846.   Barr incorporates by reference its responses to the preceding paragraphs of the Complaint as though set forth verbatim herein.

847.   Barr denies the allegations in paragraph 847 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 847 of the Complaint, and therefore denies them.

848.   Barr denies the allegations in paragraph 848 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 848 of the Complaint, and therefore denies them.

849.   Barr denies the allegations in paragraph 849 of the Complaint as they purport to apply to Barr.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 849 of the Complaint, and therefore denies them.

## **PRAYER FOR RELIEF**

850.   Barr denies the allegations in paragraph 850 of the Complaint as they purport to apply to Barr, and denies that the plaintiffs have asserted proper claims under any of the statutes or sources of law cited, or that any relief is appropriate.  Barr lacks sufficient knowledge or information to form a belief as to the truth of the allegations regarding other parties in paragraph 850 of the Complaint, and therefore denies them.

851.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 851 of the Complaint.

852.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 852 of the Complaint.

853.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 853 of the Complaint.

854.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 854 of the Complaint.

855.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 855 of the Complaint.

856.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 856 of the Complaint.

857.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 857 of the Complaint.

858.   Barr denies that the plaintiffs are entitled to a judgment or to any other relief as requested in paragraph 858 of the Complaint.

## AFFIRMATIVE DEFENSES

Without assuming any burden that it would not otherwise bear, Barr asserts the following affirmative defenses:

### First Affirmative Defense

Barr generally denies liability for all claims alleged in the Complaint and denies each allegation contained in the Complaint that has not been admitted.

### Second Affirmative Defense

Plaintiffs fail to state a claim upon which relief can be granted.

### Third Affirmative Defense

Plaintiffs fail to plead fraud with the requisite specificity.

## Fourth Affirmative Defense

Barr has made no assertion, representation or statement of fact which is "unfair" or "deceptive" as required under N.Y. Gen. Bus. L. § 349.

## Fifth Affirmative Defense

Barr has made no assertion, representation or statement of fact which is fraudulent, misleading, or otherwise deceptive, as required under N.Y. Soc. Serv. L. § 145-b and 18 N.Y. Comp. Codes R. & Regs. § 515.2.

## Sixth Affirmative Defense

Barr has not knowingly made or caused to be made any false statement or misrepresentation of a material fact, as required under N.Y. Soc. Serv. L. § 145-b and 18 N.Y. Comp. Codes R. & Regs. § 515.2.

## Seventh Affirmative Defense

Plaintiffs' claims against Barr are barred because Barr did not directly or indirectly engage in any conduct in violation of state or federal law.

## Eighth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because Barr's alleged conduct was reasonable and based on independent, legitimate business and economic justifications.

## Ninth Affirmative Defense

Any and all of Barr's actions alleged by plaintiffs were lawful, justified, pro-competitive, carried out in furtherance of Barr's legitimate business interests, and constitute *bona fide* business competition.

## Tenth Affirmative Defense

Any and all actions taken by Barr with respect to any of the matters alleged in the Complaint were taken in good faith and in accordance with established industry practice.

### Eleventh Affirmative Defense

Plaintiffs' claims against Barr are barred, in whole or in part, because Barr did not make any false statements to plaintiffs or their agents.  As to any statement asserted against Barr that plaintiffs allege to be false or misleading, Barr had no reasonable grounds to believe, and did not believe at the time such a statement was made, that the statement was false or misleading.

### Twelfth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because plaintiffs' alleged injuries and damages were not legally or proximately caused by any acts or omissions of Barr and/or were caused, if at all, by the conduct of plaintiffs and/or third parties.

### Thirteenth Affirmative Defense

Plaintiffs did not reasonably rely on any allegedly fraudulent statements, conduct, or omissions by Barr.

### Fourteenth Affirmative Defense

Any alleged misconduct by Barr was not a substantial factor in plaintiffs' decision to reimburse purchases of Barr's products.

### Fifteenth Affirmative Defense

Barr denies that plaintiffs have a valid claim against Barr under the state statutes alleged in the Complaint.  However, if such claims are found to exist, Barr pleads all available defenses under those statutes.

### Sixteenth Affirmative Defense

Plaintiffs and/or their agents knew and were aware that AWP and WAC did not and were not intended to reflect either an actual average of wholesale prices or actual acquisition costs inclusive of all rebates and discounts for generic drugs.  Legal and equitable principles preclude this action for damages, and the Due Process Clause of the United States Constitution and the

New York Constitution preclude plaintiffs from bringing claims and seeking damages and other relief as alleged in the Complaint.

### Seventeenth Affirmative Defense

New York's reimbursement rates for drugs for Medicaid recipients were filed with, reviewed, and approved by a federal regulatory agency with authority to do so under the Medicaid Act. Actions in a state court seeking relief, including alleged damages, contending that rates approved by a federal regulatory agency do not apply or are not binding are, as the United States Supreme Court directed, precluded by the Supremacy Clause. This action is barred by the Supremacy Clause of the Constitution.

### Eighteenth Affirmative Defense

The State of New York's reimbursement rates for drugs for Medicaid recipients were intentionally set at an amount higher than pharmacy acquisition costs to provide pharmacies with "reasonable operating margin" or profit.

### Nineteenth Affirmative Defense

Plaintiffs' claims against Barr are barred in whole or in part by the existence and terms of the written rebate agreement between Barr and the Secretary of the Department of Health and Human Services ("HHS"), on behalf of HHS and States including New York, entitled "Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer Identified in Section XI of this Agreement," which was entered into pursuant to 42 U.S.C. § 1396r-8, and requires Barr to report to the federal government the average discounted unit prices for its drugs and to remit rebate payments based on those average discounted unit prices.

### Twentieth Affirmative Defense

Barr has affirmatively stated on its published price lists that the AWP reported on its lists was only a "suggested" AWP.  Accordingly, plaintiffs are estopped from claiming to have been defrauded by virtue of any action by Barr.

### Twenty-First Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because they have no standing or capacity to bring some or all of the claims raised in this suit.

### Twenty-Second Affirmative Defense

Plaintiffs have not suffered, and will not suffer, any injury to a legally protected or cognizable interest by reason of the conduct of Barr as alleged in the Complaint.

### Twenty-Third Affirmative Defense

Some or all of plaintiffs' claims against Barr arise from plaintiffs' failure to follow their federal and state statutory and regulatory obligations to properly establish appropriate reimbursement rates.

### Twenty-Fourth Affirmative Defense

The claims alleged herein, based on the facts alleged, are barred by the plaintiffs' own negligence or gross negligence, including with respect to plaintiffs' obligations under federal law and plaintiffs' failings with respect thereto.

### Twenty-Fifth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the doctrine of contributory and/or comparative fault because plaintiffs' own actions or failures to act helped bring about any injuries sustained.

## Twenty-Sixth Affirmative Defense

Plaintiffs' claims are barred in whole or in part with respect to any alleged overcharge or supracompetitive price because such supracompetitive price, if any, was absorbed in whole or in part by a person and/or entity that purchased the medicine directly, and/or by an intermediate indirect purchaser, and was not passed through to plaintiffs.

## Twenty-Seventh Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because they violate Barr's rights under the Due Process and *Ex Post Facto* Clauses of the United States Constitution and the analogous provisions of the Constitution of the State of New York, insofar as plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

## Twenty-Eighth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the First Amendment to the United States Constitution and the analogous provisions of the Constitution of the State of New York.

## Twenty-Ninth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the *Noerr-Pennington* doctrine to the extent that such claims are premised, in whole or in part, on alleged statements or conduct by Barr in judicial, legislative, or administrative proceedings of any kind or at any level of government.

## Thirtieth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the political question and separation of powers doctrines.

## Thirty-First Affirmative Defense

Plaintiffs' claims are preempted, in whole or in part, by federal law, including without limitation the Federal Employment Retirement Income and Security Act of 1974, the Federal

Medicare Act, and the Federal Medicaid Act, including all amendments to the same and all regulations promulgated thereunder.

### Thirty-Second Affirmative Defense

Plaintiffs' claims are preempted by the dormant Commerce Clause and by the Commerce Clause of the United States Constitution.

### Thirty-Third Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the filed rate doctrine.

### Thirty-Fourth Affirmative Defense

Any and all of the plaintiffs' claims are barred under the state action doctrine.

### Thirty-Fifth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because plaintiffs have failed to join indispensable parties to this litigation.

### Thirty-Sixth Affirmative Defense

Plaintiffs' claims against Barr are misjoined with plaintiffs' claims against other defendants and must be severed.

### Thirty-Seventh Affirmative Defense

Plaintiffs' claims against Barr are barred, in whole or in part, by the applicable statutes of limitations and repose.

### Thirty-Eighth Affirmative Defense

Plaintiffs fail to state with particularity facts to support the claims of fraudulent conduct and fraudulent concealment as to Barr contained in the Complaint.

### Thirty-Ninth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, to the extent that plaintiffs have released, settled, entered into an accord and satisfaction or otherwise compromised their claims.

### Fortieth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or laches.

### Forty-First Affirmative Defense

Plaintiffs have failed to exhaust available statutory and administrative remedies.

### Forty-Second Affirmative Defense

Any and all of the plaintiffs' claims are barred under the voluntary payment doctrine.

### Forty-Third Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the economic loss doctrine.

### Forty-Fourth Affirmative Defense

Plaintiffs have not suffered any actual injury or damage as a result of any conduct alleged as a basis of this lawsuit.

### Forty-Fifth Affirmative Defense

Plaintiffs' claims against Barr for damages are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that plaintiffs have reimbursed for products manufactured, marketed, and sold by Barr after the filing of plaintiffs' original Complaint.

### Forty-Sixth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because plaintiffs' alleged damages, if any, are too speculative and uncertain.

### Forty-Seventh Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because plaintiffs failed to mitigate damages, if any, allegedly suffered as a result of the conduct they allege, and their failure to mitigate damages should proportionately reduce their recovery and the allocation of fault, if any exists, attributable to Barr.

144

### Forty-Eighth Affirmative Defense

Any damages recovered by the plaintiffs from Barr must be limited by the applicable statutory ceilings on recoverable damages.

### Forty-Ninth Affirmative Defense

Plaintiffs' claims against Barr for damages are barred, in whole or in part, because plaintiffs would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint.

### Fiftieth Affirmative Defense

Barr is entitled to set-off, should any damages be awarded against it, for the entire amount of all damages or settlement amounts recovered by plaintiffs, with respect to the same alleged injuries.

### Fifty-First Affirmative Defense

To the extent plaintiffs' claims would result in Barr paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple liability would violate rights guaranteed to Barr by the United States Constitution, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

### Fifty-Second Affirmative Defense

To the extent plaintiffs obtain recovery in any other case predicated on the same factual allegations, plaintiffs are barred from seeking recovery against Barr based on the Complaint pursuant to the doctrines of res judicata and collateral estoppel, and the prohibition on double recovery for the same injury.

## Fifty-Third Affirmative Defense

Barr's payment of Medicaid rebates reduces or eliminates the amount of damages alleged by the plaintiff. All such rebates paid by Barr should be taken into account in determining the amount of damages, if any, to which the plaintiffs allegedly are entitled.

## Fifty-Fourth Affirmative Defense

Plaintiffs fail to allege facts or a cause of action against Barr sufficient to support a claim for compensatory damages, attorneys' fees and/or legal fees, or any other relief.

## Fifty-Fifth Affirmative Defense

To the extent punitive damages are sought, plaintiffs' punitive damages claims against Barr (1) have no basis in law or fact; (2) are not recoverable because the allegations of the Complaint are legally insufficient to support a claim for punitive damages against Barr; (3) cannot be sustained because the laws regarding the standards for determining liability for and the amount of punitive damages fail to give Barr prior notice of the conduct for which punitive damages may be imposed and the severity of the penalty that may be imposed, and are void for vagueness in violation of Barr's Due Process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of New York; (4) cannot be sustained because any award of punitive damages exceeding the limits authorized by the criminal laws or other laws would violate Barr's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and statutory laws of the State of New York; (5) cannot be sustained because an award of punitive damages in this case, combined with any prior, contemporaneous, or subsequent judgments against Barr for punitive damages arising from the distribution, supply, marketing, sale, or use of Barr's products would constitute impermissible multiple punishments for the same wrong, in violation of Barr's Due Process and

146

Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would constitute double jeopardy in violation of the Constitution, common law, and statutory laws of the State of New York; (6) cannot be sustained because any award of punitive damages without the apportionment of the award separately and severally between or among the alleged joint tortfeasors, as determined by the alleged percentage of the wrong committed by each alleged tortfeasor, would violate Barr's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York; and (7) cannot be sustained because any award of punitive damages, which are penal in nature, without according Barr the same protections that are accorded to all criminal defendants, including the protection against unreasonable searches and seizures, the privilege against self-incrimination, and the rights to confront adverse witnesses, a speedy trial, and the effective assistance of counsel, would violate Barr's rights guaranteed by the Fourth, Fifth, and Sixth Amendments as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York.

## Fifty-Sixth Affirmative Defense

To the extent punitive damages are sought, plaintiffs' claims for punitive damages against Barr cannot be sustained because an award of punitive damages by a jury that (1) is not provided constitutionally adequate standards of sufficient clarity for determining the appropriate imposition of, and the appropriate size of, a punitive damages award; (2) is not adequately instructed on the limits of punitive damages imposed by the applicable principles of deterrence and punishment; (3) is not expressly prohibited from awarding punitive damages, or determining the amount of an award of punitive damages, in whole or in part on the basis of invidiously

discriminatory characteristics, including without limitation the residence, wealth, and corporate status of Barr; (4) is permitted to award punitive damages under a standard for determining liability for punitive damages that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes punitive damages permissible; (5) is not properly instructed regarding plaintiffs' burden of proof with respect to each and every element of a claim for punitive damages; and (6) is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of constitutionally adequate and objective standards, would violate Barr's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution, and would be improper under the Constitution, common law, and public policies of the State of New York.

## Fifty-Seventh Affirmative Defense

To the extent punitive damages are sought, plaintiffs' claims for punitive damages against Barr cannot be sustained because an award of punitive damages that is not subject to a reasonable limit and specific standards, such as a maximum multiple of compensatory damages or a maximum amount of punitive damages that may be imposed, would (1) violate Barr's Due Process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution; (2) violate Barr's right not to be subjected to an excessive award; and (3) be improper under the Constitution, common law, and public policies of the State of New York.

## Fifty-Eighth Affirmative Defense

The recovery of penalty assessments by plaintiffs in this action would violate Article 1, sections 1, 2, 5, 6 and 12 of the New York Constitution because (1) it is impermissible to impose penalty assessments, which are penal in nature, upon a civil defendant upon the State satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal

148

cases; (2) the procedures pursuant to which any penalty assessments would be awarded fail to provide a reasonable limit on the amount of the award against Barr; (3) the procedures pursuant to which any penalty assessments would be awarded are unconstitutionally vague; (4) the procedures pursuant to which any penalty assessments would be awarded fail to provide specific standards for the amount of the award of such penalty assessments; (5) the award of penalty assessments in this case would constitute a deprivation of property without due process; and (6) the procedures pursuant to which any penalty assessments would be awarded permit the imposition of an excessive fine.

## Fifty-Ninth Affirmative Defense

Plaintiffs' unjust enrichment claims and prayers for relief in the form of restitution are barred, in whole or in part, because Barr did not retain any money belonging to the New York Counties as a result of any alleged overpayments as required under New York law.

## Sixtieth Affirmative Defense

Plaintiffs' unjust enrichment claims are barred, in whole or in part, because plaintiffs have no authority to bring such claims on behalf of the State.

## Sixty-First Affirmative Defense

To the extent that plaintiffs attempt to seek equitable relief against Barr, plaintiffs are not entitled to such relief because they have an adequate remedy at law.

## Sixty-Second Affirmative Defense

To the extent plaintiffs seek prospective relief, such claims were mooted by the passage of the Medicare Prescription Drug, Improvement and Modernization Act of 2003.

## Sixty-Third Affirmative Defense

Plaintiffs' claims for equitable relief against Barr are barred by the doctrines of *in pari delicto* and/or unclean hands.

### Sixty-Fourth Affirmative Defense

Barr denies that it has engaged in any conduct that entitles plaintiffs to recover the penalty assessments demanded and avers that plaintiffs' Complaint fails to state a claim upon which penalty assessments may be awarded.

### Sixty-Fifth Affirmative Defense

Plaintiffs fail to allege facts or a cause of action against Barr sufficient to support a claim for prejudgment interest or any other relief.

### Sixty-Sixth Affirmative Defense

Barr adopts by reference any additional, applicable defense pleaded by any other defendant in this matter.

## <u>CONCLUSION</u>

Barr reserves the right to amend this Answer and to assert other defenses as this action proceeds.

WHEREFORE, Barr denies that the plaintiffs are entitled to any relief whatsoever and respectfully requests judgment dismissing the Complaint with prejudice, and with costs and fees, as may be allowed by law, and such further relief as the Court deems appropriate.

Dated this 26th day of October, 2007.           Respectfully submitted,


/s/  Edwin John U
Edwin John U

Karen N. Walker (*pro hac vice*)
Edwin John U (*pro hac vice*)
Jennifer S. Atkins (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC  20005
Main:            (202) 879-5000
Facsimile:      (202) 879-5200

*With*

Michael Sullivan
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD LLP
Ten Post Office Square
Boston, MA  02109
Main:            (617) 348-8219
Facsimile:      (617) 482-6444


*Attorneys for Defendant Barr Laboratories, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2007, a true and correct copy of the foregoing **BARR LABORATORIES, INC.'S ANSWER TO PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT** was filed and served upon all counsel of record via the Court's ECF Electronic Court Filing System.


/s/  Edwin John U
Edwin John U