Coffee County Health Dept.
Coh-Health & Human Services
Colbert County Health Dept.
Cole County Health Dept
Colleton County Home Health - Sc Dh
Collier Health Services Inc
Collier Health Services, Inc
Columbia Basin Health Assoc
Columbia Basin Health Association
Columbia Health Center
Columbia Valley Community Hlth
Columbine Family Health Ctr
Columbine Family Health Ctr
Columbus Ambulatory Healthcare Serv
Columbus County Health Dept
Columbus Neighborhood Health
Columbus Northeast Health Cntr
Colusa County Health Dept
Comm Hlth And Soc Svcs (chass)
Commonwealth of Puerto Rico
Communicable/HIV Drugs
Communicable/Immunizations
Communicable/STD Drugs
Community Care Pharmacy
Community Health Care
Community Health Care, Pharmac
Community Health Center
Community Health Center
Community Health Centers
Community Health Centers
Community Health Centers, Inc
Community Health Foundation
Community Health Improvement C
Community Health of S. Dade, Inc
Community Health of South Dade
Community Health of South Dade
Community Health Partners
Community Health Pharmacy
Community Health Services Inc
Community Hlth Svcs Pharmacy
Community Medical Center
Comprecare Health Center Pharm
Comprehensive Health Ctr, Inc
Comprehensive Health Pharmacy
Concilio De Salud Integral De
Concilio De Salud Integral De

-6-

Conecuh County Health Department Cl
Constant Care Clinic Pharmacy
Contra Costa Regional Medical
Cook County HIV Primary Care
Cook County Hospital
Cook County Hospital Pharmacy
Cooper County Nursing Service
Coosa Health Department
Cornerstone Medical Center
Corp Serv Integrales De Salud
Corp Serv Integrales De Salud
Corp Serv Integrales De Salud
Corp Serv Integrales De Salud
Corp Serv Integrales De Salud
Corp Serv Integrales Salud, In
Corp Serv Interales De Salud
Corp Servicios Integrales De
Corp Servicios Integrales De
Corporacion De Servicios
Correctional Health Services Pharma
Cossma-corp.de Salud A Migrantes
Cottage Corner Community
Cottage Corner Health
Coughlin, Brenda Marie W MD
Country Doctor Community Clini
Country Doctor Community Clini
County of Humbolt
County of Santa Cruz
County of Santa Cruz Hlth Svc
Covington Co Health Dept.
Cowley County Health Dept.
Craig, Allen Scott MD
Craig's Drug Store Inc
Crater Health District Pharmacy
Craven County Health Department
Crawford County Memorial Hospital
Crawford County Public Health
Crenshaw Co Public Health Dept
Crook County Health Dept
Cross Timbers Health Clinics,inc
Crozer-chester Medical Center
Crusaders Central Clinic Assoc
Crusaders West End Pharmacy
Crusaders West End Pharmacy
Crusaders West End Pharmacy
Crusaders West End Pharmacy

-7-

Cullman Co. Health Dept.
Cumberland County Health Dept.
Cumberland Hospital - Hhc
Curry County Health Dept
CVS Procare Pharmacy #2921 (contracted pharmacy)
D A W Inc
Dale Co Health Department
Dallas Co Health Dept
Dallas Co Health Dept
Dallas County Health Dept
Dallas County Health Dept
Dare County Health Dept
Darren Matchell, M.D.
Daughters of Charity Community
Dave's Eagle Super Market, Inc
David Powell Clinic Pharmacy
Davidson County Health Dept
Daviess County Health Dept.
De La Torre, Laura Elias MD
Decatur County Health Dept
Deharo-Saldivar Health Ctr
Dekalb Co Health Department
Dekalb County Board of Health
Delta Community Hlth Ctr, Inc
Delta County Health Dept
Dent County Health Department
Denver Health Medical Center
Department of Health
Department of Health Services
Department of Public Health
Dept of Health Services,human Res C
Dept of Public Health - CT
Deschutes County Health Dept
Detroit Receiving & University Heal
Dhr District 7 - West Central Hlth
Dhr District 7- Columbus Health Dept
Dhr District 8, Unit 2
Dhr District 9, Unit 3
Di Lillo, Louis MD
Dickson County Health Dept
Diego, Silvia Margarita MD
District Health Dept # 4
Doctor's Choice Pharmacy, Inc
Dolores County Health Assoc
Dooley, Parker C MD
Dover Health Center

-8-

Downtown Health Plaza
Downtown Health Plaza
Dr Gajewski Pharmacy/erie County
Duke University Medical Center
Duplin County Health Departmen
Durham County Health Dept Pharmacy
Dutchess County Health Dept.
Duval County Dept of Hlth-
Duval County Health Department
Duval County Public Health
E & W Perlman Ambulatory Care
E Valley Community Health Cent
Earl K Long Medical Center
East Arkansas Family Hlth Cntr
East Boston Neighborhood Health
East Dallas Health Center
East Metro Health District
East New York Diagnostic & Treatmen
Eastside Health Center Phcy
Eau Claire Cooperative Health Cente
Ebeye Hospital
Econo Drug (contracted pharmacy)
Edgecombe County Health Department
Edisto Health District
Edward Roybal Chc
El Rio Santa Cruz Neighborhood
Ellis Fischel Outpatient Pharmacy
Ellsworth County Health Dept.
Elmhurst Hospital Center - Hhc
Elmore Co Health Department
Elson Student Health Center
Elson Student Health Center
Erich Pessl, M.D.
Erie Co. Home And Infirmary
Erie County Dept. of Health
Erie County Health Department
Erie County Health Dept.
Erie County Medical Center
Erie County Medical Center
Erlanger Medical Center
Escambia Co. Public Hlth Dept
Escambia County Health Dept
Escondido Community Clinic
Estill Co Health Dept
Etowah Co Health Department
Etowah Qualit of Life Council

-9-

Evening Family Planning Clinic
Excelth Network Central City
Excelth, Inc. - Florida/desire
Fagan, Timothy C MD
Fairfax County Health Dept Ph
Fairmont Hospital Pharmacy
Family & Medical Counseling
Family And Medical Counseling
Family Health and Social
Family Health Center
Family Health Center Abo
Family Health Center Pharmacy
Family Health Centers of San Diego
Family Health Network
Family Health of North Ms
Family Health Pharmacy
Family Health Pharmacy
Family Health Pharmacy
Family Health Pharmacy
Family Healthcare Network
Family Hlth Ctr Phcy Inc
Family Med
Family Medical Clinic Phamacy
Family Medical Practice
Family Medicine Pharmacy
Family Pharmacy Inc
Family Planning Council of
Family Practice Pharmacy Abo
Family Practice Pharmacy, Und
Farmacias Plaza #3 (contracted pharmacy)
Farthing, Charles F MD
Fayette County Health Dept
Fayette County Health Dept.
Fenway Community Health Center
Fenway Community Health Center, Inc
Finney County Health Dept.
First Choice Community Health
First Choice Family Health Car
First choice s. Valley clinic
First Choice/Smith's 429
First Choice/Smith's 571 (contracted pharmacy)
Florence Hill Ambulatory Healthcare
Florida Community Health Ctrs
Florida Department of Health
Florida Hlth Sciences Ctr Inc
Foote Hlth Center Pharmacy

-10-

[[NYCORP:2547823]]

Foote Hospital Health Center Pharma
Forest Manor Adolescent Clinic
Forest Manor Comm Health Ctr
Forrest General Hospital
Forrest General Hospital Homecare/h
Forsyth Co. Dept. of Public Health
Fort Bend Family Health Center
Foster Drug Inc (contracted pharmacy)
Franklin C Fetter Family
Franklin Co. Health Dept
Franklin County Health Department
Franklin County Health Dept
Franklin County Health Dept.
Franklin Health Center
Franklin Memorial Hlth Ctr, In
Franklin Primary Health Center
Franklin Primary(Use Acct#5021
Free Medical Clinic of
Fresno County Purchasing
Friend Family Health Center
Froedtert Clinic Pharmacy
Froedtert Hosp Main Opd Phcy
Froedtert Hosp/Outpat Phar #1
Fry, Alison Michelle MD
Fulton-dekalb Hosp Auth: Grady Infe
G A Carmichael Family Hlth Ctr
Ga Charmichael Family Hlth Ctr
Ga Mountains Community Service
Galasso, Philip J MD
Gardner Family Health Network
Garland Health Center
Gasconade County Health Dept.
Gaston County Health Department
Gateway Community Health
Geiger/Gibson Health Ctr
Geiger/Gibson Health Ctr
Geisert, Cathy Ann MD
Genesee Hospital
Geneva Co Health Dept.
Georgia DW Public Health
Georgia Tuberculosis Center
Gila Bend Primary Care
Gilbert, Cathy Ann MD
Gogu, Sudhir R Do
Golden Valley Health Center
Golden Valley Health Center

-11

Golden Valley Health Center
Golden Valley Health Center
Golden Valley Health Center
Gotchel, Richard MD
Grace Hill
Grady Health East Point
Grady IDP Health System
Grady Memorial Hospital
Grady Memorial Hospital
Grady Memorial Hospital
Grady Memorial Outpatient Pharmacy
Grant Co. Health Dept.
Grant County Health Department
Granville-Vance Dist Hlth Dept
Grassy Creek Hlth Center Phcy
Grassy Creek Pharmacy
Great Brook Valley Health Center
Greater Meridian Health Clinic
Greater Meridian Health Clinic
Greater Meridian Health Clinic
Greater New Bedford Community
Green Co Health Department
Greene County Health Dept
Greene County Health Dept
Greene Rural Health Center
Greenup County Health Departme
Greenville Co Health Dept
Greenwood Leflore Hospital
Grundy County Health Dept
Guilford Co Hlth Dept Pharm-wendove
Gulf Coast Health Center
Gurabo Community Health Center
Gwinnett County Health Department
Hackley Pharmacy
Hadden, David M MD
Haines Medical Center
Hale County Health Dept.
Hamilton County Health Dept.
Hamilton County TB Control
Hamlin Pharmacy Inc
Hammond Developmental Center
Hampton Health Department Pharmacy
Hannahville Indian Community
Harbor Health Services Inc
Harbor Health Services Inc.
Harborview Medical Center

-12-

[[NYCORP:2547823]]

Harlem Hospital Center - Hhc
Harney County Health Dept.
Harris County Hospital District
Harrison, Daniel MD
Hartford Hospital
Hartsville Health Dept
Harvard St Neighborhood Hlth Ctr
Harvest Family Health
Hawaii State Department of Health
Hcmc 4 North Pharmacy
Health American
Health Care Partners, Inc.
Healthnet, Inc
Healthnet, Inc
Heart of Texas Community Health Cen
Helen B Bentley Family
Helen Bentley Family Hlth Ctr.
Hemophilia Center
Henderson County Dept of Public Hea
Hennepin Co Med Ctr 4n Phcy
Hennepin County Med Center
Hennepin County Medical Center
Hennepin County Medical Center
Hennepin County Medical Center
Hennepin County Medical Center
Hennepin County Medical Center
Henry Co Health Dept.
Henry County Health Department
Henry Health Department
Herman Keifer Health Complex
Hertford County Health Dept
Hickory County Health Department
Hill Health Center
Hillman Health Center
Hilltop Health Center
Hitawala, Salma MD
Hoboken Family Planning, Inc.
Hoke County Health Dept
Hollywood Sunset Free Clinic
Holsten, Ramond L 11 MD
Holsten, Raymond L MD
Home Infusion Pharmacy
Homeless Program
Homer G Phillips Amb Care Center
Hoopa Health Association
Hope Medical Center

-13-

Horry Co Hlth Dept Std Pr
Hospital Pharmacy
Hough Norwood Family Hlth Ctr.
Houston County Health Dept
Howard County Health Dept.
Howard County Public Hlth Dept
Hrs Citrus County Health Dept
Hubert H. Humphrey Chc
Huron Family Health Center
Iberia Medical Center
Illinois Department of Public
Illinois Dept.of Public Health
Indiana Hemophilia And Thrombosis C
Indiana University Med Ctr
Intercare Community Hlth Net.
International District
Iowa State Health Department
Ips-West Baltimore Pharmacy
Iredell County Health Department
Iron County Health Department
Isaac Coggs Health Connection, Inc
Island Pond Health Center
J.O. Wyatt Community Health Center
J.p.s. Health Network (tchd)
Jackson - Madison Co Health Departm
Jackson County Health Dept
Jackson County Health Dept.
Jackson County Oregon Hhs
Jackson Memorial Hospital
Jackson Memorial Hospital
Jackson Memorial Medical Center
Jackson North Maternity Center
Jackson-Hinds, Compr Ctr
Janes St Academic Comm Hlth Ctr
Jefferson County Health Department
Jefferson County Public Health
Jefferson Regional Medical Center
Jefferson Regional Medical Center
Jeffrey Yatsu, M.D.
John Hopkins Bayview Med Ctr
Johns Hopkins Bayview
Johns Hopkins Bayview Medical Cnt
Johns Hopkins Hospital
Johnson County Public Health
Johnson, Pearl D MD
Johnston County Public Health Depar

-14-

[[NYCORP:2547823]]

Jones County Health Dept
Joseph M Smith Health Ctr
Kaibeto Health Clinic
Kansas Department of Health
Kansas Dept of Health & Enviro
Kansas State Bureau of Disease
Kansas State Department Health
Karen Nonhof
KDHE-Pharmacy
Kentucky Cabinet For Human Res
Kentucky Cabinet For Human Res
Kern County Health Dept
Kern Medical Center Pharmacy
King, Matthew M MD
Kingman County Health Department
Kings County Health Dept
Kings County Hospital Center - Hhc
Kings County Med Cntr
Kino Community Hospital
Klamath County Health Dept
Knight Drugs CDP #1
Knox County Finance-
Knox County Health Department
Knox County Health Dept
Knox County Health Dept.
Kodiak Public Health Center
La Casa De Buena Salud
La Casa De Buena Salud, Inc
La Casa De Bueno Salud
La Clinica De La Raza
La Clinica De La Raza
La Clinica Del Valle
La Clinica Del Valle Family Health
La Clinica Pediatric Pharmacy
La Clinical Del Valley Family
La Esperanza Clinic
La Maestra Family Clinic
Lac Harbor UCLA Medl Center
Lac Harbor Ucla N-22 Pharmacy
Lac Vieux Desert Band
Lac/usc Medical Center
LAC/USC Medical Center
Laclede County Health Dept
Lafayette County Health Dept
Lagunzad, Edward Payot Do
Lake Powell Medical Center

-15-

[[NYCORP:2547823]]

Lakeview Lynay Pharmacy
Lal, Jagdish MD
Lamar County Health Department
Lancaster County Health Dept
Lancaster County Health Dept
Lane County Health & Human Services
Lauderdale Co. Public Hlth Dpt
Laurel Fork Health Commission, Inc.
Laurel Heights Clinic
Lawndale Christian Hlth Ctr
Lawrence Co. Health Dept.
Lawrence Douglas County Health Dep
Lbj Hospital
Lee County Health Department
Lehigh Valley Hospital Center
Lemuel Shattuck Hospital
Lenoir Co Health Dept
Lenoir County Health Dept.
Leonard J Chabert Med Center
Lester, Terry L MD
Lewis County Primary Care Ctr
Lexington-fay Urba County
Lexington-Fayette County Health Dept.
Lillian Courtney Health Center
Limestone Co. Hlth Dept.
Lincoln County H&Hs Department
Lincoln County Health Departme
Lincoln County Health Dept
Lincoln County Health Dept.
Lincoln Hospital/Sr Belvis
Lincoln Medical & Mental - HHC
Linda Vista Hlth Care Ctr
Linder, Ryan Lloyd Dds
Linn County Dept of Health
Linn County Health Dept
Lipsitz, Cynthia M MD
Lister Hill Health Care Center
Little River Medical Center
Little Sandy District Health
Livingston County Health Ctr
Livingston County Health Dept
Livingston County Health Dept.
Local Hlth Council of East
Lopez, Norma I Do
Los Angeles Co Dept of Health Svcs
Los Angeles Co Dept of Hlth S

-16-

[[NYCORP:2547823]]

Los Angeles Cty Midvalley
Los Angeles Free Clinic
Low Country Health Care
Lowndes Co Public Health Department
Lsu Hospital
Lucile Packard Childrens Hosp
Lummi Indian Health Center
Lummi Phs Indian Hlth Ctr
Lynn Community Health Center
Lynn Community Hlth Ctr, Inc. Schmidtlein, Jill Marie MD
Macon County Health Departmnet
Macon-Bibb County Health Dept
Macphersons Pharmacy
Madison County Health Dept
Madison County Health Dept.
Main Street Health Mary Hall
Malheur County Health Dept
Manatee County Corr Facility
Manatee County Rural Health Service
Manatee County, Rural Health
Manatee County, Rural Health
Marengo Co. Health Department
Maricopa County Correctional Health
Maricopa County Public Health - Cli
Maricopa Medical Center
Maricopa Medical Center
Maricopa Medical Center
Maricopa Medical Center
Marin County Health Department
Marion County Health Dept
Marion County Health Dept.
Mariposa Community Health Cntr
Mariposa Community Health Ctr
Mariposa Community Health Ctr.
Mariposa Pharmacy
Marshall Co Public Health Dept
Marshfield Medical Foundation
Martin Luther King Clinic
Martin Luther King, Jr.
Martin Tyrell Washington Dist
Martin, Barry A MD
Mattapan Community Hlth Ctr
Max C Starkloff Amb Fac Health Ctr
Mayaguez Migrant Hlth Ctr
Mcbride, David R MD
Mcclennan Banks Amb Care Pharm

-17-

Mccormick Co Health Dept
Mccoy, Beverly J NP
Mcg Health, Inc.
Mcghi Outpatient Pharmacy
Mcormick County Health Dept.
MD Dept of Health & Mental Hyg
MDPM Hoffman Heights Clinic
Meade County Health Department
Mecklenburg Co Health Departme
Mecklenburg Co Health Dept
Med Share Pharmacy
Medical Center
Medical Center Clinics
Medical Center Hospital Employee Ph
Medical Center Hospital Pharm
Medical Center Hospital Pharmacy
Medical Center of Central GA
Medical Center of Central GA
Medical Center of La Hiv Clnc
Medical College of Georgia
Medical Ctr of La Nw Orlns/chr
Medical Univeristy of S Caroli
Medical University of SC
Memorial Hermann Hospital
Memorial Hospital At Gulfport
Memphis Health Center, Inc
Memphis/shelby Co. Hlth. Dept.
Mendocino Coast Health Clinic, Inc.
Mendocino Comm Health Clinics
Mendocino Comm Hlth Clinic, In
Merced Commun Med Ctr
Mercer County Health Dept.
Mercy Diagnostic & Treatment
Mercy Hospital & Medical Cente
Merrithew Memorial Outpatient
Methodist Specialty/transplant
Metro Family Practice Inc
Metro Health Dept. of Nashville
Metropolitan Hospital Center - Hhc
Metropolitan Nashville General
Miami County Health Department
MIC-Womens Hlth Services/MHRA
Mid Cumberland Regional Office
Migrant Health Program
Mile Square Health Center
Mile Square Health Center

-18-

Mile Square Neighborhood Clinic
Milwaukee Health Dept Ctrl Ctr
Milwaukee Hlth Services, Inc
Mission Mesa Pediatrics
Mission Neighborhood Health Ct
Mississippi County Health
Mississippi State Department of Hea
Missouri Department of Health
Missouri Department of Health
Missouri Dept of Health
Mitchell County Health Dept.
Mobile County Health Departmen
Mobile County Health Dept
Mohave County Health Departmen
Mohrlock, Richard Dennis Dds
Mon Valley Asn Hlth Ctrs, Inc.
Monroe County Health Dept
Montefiore Medical Group
Montezuma Creek Community
Montgomery Co Health Dept
Montgomery Co Health Dept.
Montgomery County Health & Human
Montgomery County Health Dept
Montgomery County Health Dept
Montgomery Primary Care, HSI
Moore & King Pharmacy - Whitehall B
Moore Co Health Dept
Moore, Douglas L MD
Morgan co. Health department
Morovis Community Health
Morovis Community Health
Morovis Community Hlth.ctr.,inc.
Morovis Community Hlth.Ctr.Inc
Morris Heights Health Center
Morrisania Diagnostic & Treatment C
Morrow County Health Dept
Mortimer, Evan E MD
Mountain Maternal Hlth League
Mountain Park Health Center
Mountain Park Health Center
Mountain Peoples's Health
Mountain Peoples' Hlth Councils,
Mourad, Mohammad Bashshar MD
Mt Auburn Health Center Inc
Mt Shasta Medical Clinic
Mt. Graham Regional Medical Center

-19-

Muhlenberg Community Hospital
Multnomah Co. Health Dept.
Musc Hollings Cancer Cente Pharmacy
Musc Mcclennan Banks Pharmacy
Musc Rt Pharmacy
Myrtle Hilliard Davis Comp
N C Baptist Hospital Pharmacy
N Vallley Clinic
Naeem Malik
Naeem, Lubna MD
NAPCH Care Pharmacy (contracted pharmacy)
Naphcare Pharmacy
Naphcare, Inc.
Naranjito Health Center
Naranjito Health Center
Nash County Health Dept
National City Family Clinic
National Jewish Medical & Research
Natividad Medical Center
Natividad Medical Ctr/monterey Co
Navajo County Health Dept
NC Dept of Hlth & Hmn Services
NCBH Piedmont PY
Ncs Healthcare Salisbury
Ne Health Plan
Nebr Hlth Sys Summit Plz Phar
Nebraska Health & Human Services
Neighborhood Health Ctr Phcy
Nevada Rural Health Centers-carson
Nevarez, Joseph G MD
New Gouverneur Hospital Snf
New Hanover County Health Departmen
New Hanover County Health Dept
New Haven Clinic
New Horizons Mental Health Clinic,
New York Childrens Health Proj
New York City Dept of Health
New York City Dept. of Health
Newark Beth Isreal Medical Ctr
NJ Dept of Health & Senior Svs
NJ Dept of Health Warehouse
Njl Inc Pharmacy Services
NORCOR
Norfolk Health Department Pharmacy
North Arlington Center
North Arlington Health Center

-20-

[[NYCORP:2547823]]

North Broward Hospital District
North Broward Hospital District
North Campus Pharmacy
North Carolina Baptist Hospital
North Carolina Baptist Hospital
North Carolina Baptist Hospital
North Carolina Baptist Hospitl
North Central Bronx Hospital
North Country Community Health Cent
North County Health Services
North County Health Svcs.
North Dade Health Center
North East Medical Services
North Oakland Medical Center
Northampton County Health Dept
Northeast Health Ctr Pharmacy
Northeast Heatlh Center Pharm
Northeast Medical Group
Northeast Mississippi
Northeast Ohio Neighborhood Health
Northeast Ohio Neighborhood Health
Northeast Valley Health Corp
Northwest Arizona Regional Health C
Northwest Hlth Office
Northwest Medical Ctr Franklin
Northwest Michigan(Use # 4981)
Nw Michigan Comm Health Agcy
NYC Health & Hospital
Nyc Health & Hospital Corp
Oahu Community Mental Health
Oc Public Health Department
Ocean Side Community Hlth Clin
Ocepek, David Brent MD
Oklahoma Department of Health
Oklahoma State Dept of Hlth
Oklahoma State Health Dept
Oldham County Health Dept.
Olive View Med Ctr
Olive View Medical Center
Olson, James J MD
Onslow County Health Dept
Open Door Family Med Center
Oph-dept of Hlth & Human Srvs
Orange County Dept of Health
Orange County Health Department
Oregon County Health Dept

-21

Oregon County Health Dept
Oregon Health Division - Dental Program
Oregon State Health Division
Orocovis Health Center
Osonma, Timothy Ikechukwu MD
Out Patient Pharmacy
Outpatient Pharmacy
Ozark County Health Center
PA Department of Health
PA Dept of Health
Padgett Pharmacy (contracted pharmacy)
Padgett Pharmacy (contracted pharmacy)
Palmetto Richland Memorial Pharmacy
Palmetto Richland Pharmacy, Ps
Park Duvalle Community Health
Park Shore Pharmacy
Park West Medical Center, Inc
Parkland Memorial Hospital
Parkland Memorial Hospital
Parkland Memorial Hospital
Parkland Memorial Hospital
Parks, Steven Neil MD
Parra, Norma G MD
Pasquotank Co Health Dept
Patillas Health Center
Patillas Health Center
Patterson, Janet L MD
Paul Dieringer, M.D.
Pediatric Family Med
Pee Dee Health District
Penn State Milton S. Hershey Medica
Penncare Obgyn At Presbyterian
Penncare Obgyn At Presbyterian
Pennsylvania Dept of Health
Pennsylvania Dept of Health
Penobscot Nation Hlth Dept
People's Family Health Serv.
Peoples Clinic Pharmacy
Peoples Clinic Pharmacy
Peoples Community Health Clinic
Peoples Health Centers Phcy
Perks, Joseph M Do
Perry Co. Health Department
Perry County Health Dept
Person Street Pharmacy of Raleigh Inc
Petaluma Health Care District

-22-

[[NYCORP:2547823]]

Pgpa Pharmacy, Inc
Pharmacy
Pharmerica/henry Welcome Clinic
Phelps County Health Dept
Philadelphia Department of
Philadelphia Department of
Philadelphia Dept of Public
Piedmont Plaza Pharmacy
Piedmont Plaza Pharmacy
Pike Co Health Dept
Pike Community Pharmacy (contracted pharmacy)
Pike Market Med Clinic
Pike Market Medical Clinic
Pikens Co. Health Department
Pima County Health Dept
Pinal County Finance Dept
Pinal County Public Health
Pine Hills Family Health Center
Pioneer Memorial Hospital
PIT River Health Servic, Inc
Pitt County Health Department
Pittsburg Health Center Phcy
Planned Parenthood
Planned Parenthood of
Planned Parenthood of Eastern Oklah
Planned Parenthood of N M
Platte County Health Dept
PMS Pharmacy Services
Polk County Health Dept
Polk County Public Health
Portsmouth Health Department
Portsmouth Health Dept
Potter Valley Community Health Cent
Presbyterian Hospital
Presbyterian Hospital of Greenville
Presbyterian Medical Center
Presbyterian Medical Center
Presbyterian Medical Center
Presbyterian Medical Ctr
Presbyterian Medical Services
Primary Care Center Pharmacy
Primary Care Center Pharmacy
Primary Care Health Services
Primary Health Care Pharmacy
Primary Health Care Services
Primemed Pharmacy Srvcs, Inc

-23-

Programa Sida De San Juan
Prospect Hill Health Center
Providence Community Health
Provident Hospital
Provident Hospital of Cook County
Provident Medical Center
Public Health Div, Rx Serv Sect.
Pueblo Community Health Center,
Putnam County Health Dept
Queen's Physicians Office Bldg. Ii
Queens Hospital Center
Queens Hospital Center - HHC
R.o. Watts Medical Ctr
Raleigh General Hospital
Ralls County Health Department
Randolph County Health Dept
Rasbury, Pegge Day Do
Rea Clinic-christopher Grtr Area
Regional Medical Center
Regional Medical Center of Memphis
Regional Medical Center-Memphi
Regional Medical Ctr.At Lubec
Regions Hospital
Regions Hospital
Regions Hospital Pharmacy
Renaissance Health Care Ntwk
Renaissance Health,diagnostic & Trt
Reyes, Miarflor T MD
Rice County Health Dept
Richard A. Lankes, M. D.
Richmond County Health Dept
Richmond Health Center
Riley County Manhattan
Rincon Health Center
Rio Grande Comm Health Center
Riverside County Regional Medical
Riverside Neighborhood Health
Riverside San Bernadino Center
Roanoke, City Health Dept Pha
Robert Mcalister
Robeson County Dept of Public Healt
Rochester Gen/Gen Apoth
Rochester Mental Hlth Ctr.
Rochestergeneralhospital
Rockingham County Dept of Public He
Rockingham County NC

-24-

{[NYCORP:2547823]}

Rodas, Sergio Ulises MD
Roderick Pharmacy Group Inc
Rodriguez-Asbun, Armando MD
Roosevelt Pharmacy
Rosenfeld, Edward J MD
Rossville Health Center
Rowan County Health Dept
Rural Health Care Inc
Rural Health Services, Inc.
Rural Health Svcs Consortium,inc
Russell Ambulatory Ctr Phar
Russell Co Health Dept.
Rutledge Tower Operating Room Pharm
Ryder Memorial Hospital
S C Hou Comm Action Coun
Sacramento County Pharmacy & S
Saliba's Pharmacy (contracted pharmacy)
Saline County Health Departmen
Saline County Health Office
Salt Lake Community Health
Salt Lake Community Health Centers
Salt Lake Community Health Ctr
Sampson County Health Dept
Samuel U. Rodgers Comm. Health Ctr.
Samuel U. Rodgers Comm. Health Ctr.
San Angelo - Tom Green Health Dept.
San Antonio Neighborhood Hlth
San Benito Health Foundation
San Bernardino County of
San Fernando Health Center
San Francisco General Hospital
San Francisco General Hospital
San Joaquin General Hospital
San Joaquin General Hospital O
San Juan Basin Health Department
San Manuel Health Care Center
San Pedro Peninsula Hospital
San Vicente Pharmacy
San Vicente Pharmacy
San Ysidro Health Center
Sanchez, Susan Guzman MD
Santa Barbara Cnty-comm Hlth Clinic
Santa Clara Valley Medical
Santa Clara Valley Medical Center
Sarasota County Health Department
Sarasota County Health Department

-25-

[[NYCORP:2547823]]

Saunders, Stephen E MD
Sc Dhec Marion County Health D
Sc Florence Co Health Dept.
Scenic Bluffs Health Center
Schuyler County Health Dept
Scofield Marques, Sharon S MD
Scotland Co Health Dept
Script Shop Pharmacy
Script Shop Pharmacy
Sea Island Medical Center
Seminole Tribe of Florida
SF General Hospital Med Center
Shah, Syed Nadeem M MD
Shands At Agh
Shands Cancer Center
Shands Hospital
Shands Jacksonville Medical Ct
Shands Medical Plaza
Shands Teaching Hosp & Clinic
Shands Teaching Hosp & Clinic
Shands Teaching Hosp, & Clinic
Shands Teaching Hospital
Shands Teaching Hospital
Shands Teaching Hospital & Clinic
Shands Teaching Hospital And
Shands/Alachua
Shasta Co Health Dept
Shasta Community Health Center
Shawnee County Health
Shelby County Health Dept
Shelby County Health Dept
Siletz Community Hlth Cl Phar
Simenson, Robert D MD
Sinai Community Pharmacy
Sinai Samaritan Medical Center, Inc
Smiths Pharmacy (contracted pharmacy)
Snohomish Health District
Somerton Clinic
Sonoma County Health Services
Sonoma County Indian Health
Sonoma County Indian Health
South Baltimore Family Health
South Baltimore Family Health
South Baltimore Family Hlth, C
South Baltimore Pharmacy
South Bronx Health Center

-26-

[NYCORP:2547823]]

South Bronx Health Center
South Carolina Department of Health
South Carolina Dhec Std Prog.
South Central Public Health
South County Health Center
South Dakota Dept of Health
South Lake Family Health Ctr
South Lake, Fam Health Center
South Texas Rural Health Servi
Southeast Family Health Care
Southeast Tn Regional Pub Hlth
Southern Ohio Health Service
Southern Ohio Health Services
Southside Pharmacy
Southside Pharmacy
Spartanburg Co Health Dept
Spectrum Pharmacy Services
Springfield/Greene County
St Charles County Govt
St Clair Co Health Dept.
St Helena Center
St James-Santee Rural
St Joseph-Buchanan County
St Louis Comprehensive Health
St Paul - Ramsey Co Dept Public Health
St. Claire County Health
St. James Health Center Pharma
St. John Detroit Riverview Hospital
St. Joseph Mercy Care Services
St. Louis Connectcare
St. Louis County D.o.c.h.a.m.c.
St. Mary's Regional Medical Center
St. Vincent Charity Hospital
Stack, Vince John MD
Stadlanders Pharmacy (contracted pharmacy)
Stadtlander Pharmacy (contracted pharmacy)
Stanislaus Outpatient Pharmacy
Stanley Co Health Department
Stanley, Sharilyn K MD
Starceski, Philip Joseph MD
State Lab Institute
State of AL. Clinic Labs
State of Colorado
State of Georgia
State of Hawaii Dept of Health
Statscript #4017

-2-

[[NYCORP:2547823]]

STD Program
Ste Genevieve County Hlt Dept
Stoddard County Health Dept
Stokes County Health Department
Stone Mountain Health Services
Stop Six Community Clinic
Stout Street Clinic
Student Health Service
Suffolk County Dept Hlth Svcs.
Suffolk County Dept. of Health Serv
Sullivan County Dept of Health
Sullivan County Health Dept
Sumter Co. Health Dept.
Sun Life Family Health Center
Sun Life Health Center
Suncoast Community Health Center
Sunlife Family Health Care Ctr
Suny - Health Science Ctr At Brookl
Surry County Health & Nutrition Cen
Surry County Health Dept.
Sutter Merced Medical Center
Sutter Merced Medical Center
Swain County Health Dept
Swope Parkway Health Center
Sycuan Medical Dental Center
Syracuse Community Phcy, Inc
Talladega Co Health Department
Talladega Co Health Department
Tallapoosa co. Health dept
Tallapoosa County Health Dept.
Tampa General Hospital
Taney County Health Dept
Tarrant County Hospital District
Tb Control Program
Tegenfeldt, Edwin MD
Tennessee Dept of Health
Texas Dept of Health
The Apothercary At Umgp
The Assistance Fund
The Assistance Fund
The Children's Hospital
The Door Center For Alternativ
The Durham Center
The Genesee Hospital
The Jeffrey Goodman Special
The Ohio Department of Health

-28-

The Script Shop, Inc
The Ucsf Ambulatory Care Center
The Winston County Hlth Dept
Thom, Frederick W MD
Thomas E Langley Medical Ctr
Thomas E Langley Medical Ctr
Thomas E Langley Medical Ctr
Thomas E Langley Medical Ctr
Thomas Street Pharmacy
Thompson, Billy N MD
Thunder Bay Comm Hlth - Atlanta
Tiburcio Vasquez Hlth Ctr
Tollesboro Clinic Pharmacy
Tollesboro Clinic Pharmacy
Toren, Carl B MD
Travelers Aid Society
Tri-County Health Dept
Trident Co Health District
Trident Health District
Tulalip Health Clinic
Tulane University Hospital
Tulare Co Health Department
Tuscaloosa Health Department
Uc Davis Cancer Center Pharmacy
Uc Davis Medical Center
Uci Pharmacy Technology
Ucla Medical Center
Ucla Medical Center - Opdcia
UCLA Medical Center Medical
Ucla Medical Plaza
Ucla Medical Plaza - 1st Floor Phar
UCLA Medical Plaza 1st Floor
Ucsd Ambulatory Care Clinic
Ucsd Medical Group Pharmacy
Ulster Co Health Department
Umatilla County Public Health
Umc Quick Care At The Lk Pharm
Und Family Practice Pharmacy
Union Co Health Department
Union County Public Health
United Coalition Pharmacy
United Coalition Pharmacy
United Neighborhood Health Services Cayce Family Health Center
United Neighborhood Health Svcs
Univ Health Network Davis Pharmacy
Univ Health Network Greenwood Pharm

-29-

Univ Health Network Mount Ogden Pha
Univ Hospital & Clinics
Univ of Ala Hosp. Clinic/pharmacy
Univ of Arizona
Univ of Calif San Francisco
Univ of California San Diego
Univ of Iowa Hospital & Clnc
Univ of Maryland Hospital
Univ of Maryland Medical Systs
Univ of MD Medical Systems
Univ of Med & Dent of NJ
Univ of Medicine and Dentistry
Univ of Utah Pharmacy At Rocky Mt.
Univ of Virginia Hospital Barringer
Univ of Virginia Med Center
Univeristy of Texas Medical Branch
Univerity Hlth Net-Pk City-Phs
University Health Center Dwtn
University Healthcare Center
University Hospital
University Hospital
University Hospital & Clinics
University Hospital & Clinics Pharm
University Hospital of Arkansas
University Hospital, Inc.
University Med Center
University Med Center Home Inf
University Medical Center
University Medical Center
University Medical Center
University Medical Center
University Medical Center
University Medical Center
University Medical Center OF
University Medical Center of So. NE
University Medical Center, Inc
University of Alabama Hospital
University of Cincinnati Hospital
University of Colorado Hospital
University of Florida Plaza Ph
University of Iowa Hospitals And Cl
University of Kansas
University of Maryland Med Sys
University of Medcn & Dntstry of NJ
University of New Mexico Hospital

-30-

University of Nm Outpatient Ph
University of Pennsyvania Health
University of Utah
University of Utah
University of Utah Med Center
University of Utah Stansbury Clinic
University of Va Barring
University of VA Medical Center
University of VA Primary Care
University of Virginia Med Ctr
University of Washington
University Physicians Building Phar
Utah Department of Health
Utah State Health Dept
Uvalde County Clinic, Inc.
Vaccination Services of America, In
Valley Aids Council
Valley Health
Valley Health Center At Bascom
Valley Health Center At Chaboya
Valley Health Center At Moorpark
Valley Health Center At Silvercreek
Valley Health Systems Inc
Valley Regional Medical Center
Valley Wide Pharmacy
Vance County Health Dept
Vance-warren Compre,health Plan
Vanderbilt #2 Outpatient
Vanderbilt #2 Outpatient
Vanderbilt University Hosp
Vanderbilt University Medical
Vanderbilt University Medical
Vanderbilt University Medical Cntr
Vanderburgh County Health Dept
Vargas, Efren MD
Ventura County Med Center
Ventura County Medical Center
Ventura County Medical Center
Ventura County Medical Center
Ventura County Ob/Gyn Med Ctr
Vernon County Health Dept
Virginia Beach Health Department
Volusia Chd
Volusia Chd
Vono Pharmacy
Vono Pharmacy

-31

W Al Health Svcs Inc
W VA Department of Health & HU
Wabaunsee County Health Dept
Wabaunsee Health Department
Wahluke Family Health Center Pharma
Wainscott, Barry L MD
Wake County Human Services Pharmacy
Wake Medical Center
Wakulla Medical Center
Walker County Health Dept.
Wallowa County Health Dept
Walton Cbd
Warren County Health Dept
Wasco-Sherman Public Health
Washington Co Health Dept
Washington County Public Hlth
Washington Free Clinic
Washington Health Center
Washoe Co Health Dept
Washoe Pharmacy At Ryland
Wateree Public Hlth Dist Phcy
Waverly Belmont Family Health Ct
Wayne County Health Department
Wayne County Medical Clinic
Wells County Health Dept
West End Pharmacy
West Georgia Health System, Inc.
West Georgia Medical Center
West Oakland Health Council, Inc
West Side Comm Health Services
West Side Community Health Center
West VA Dept-Hlth & Human Res.
Westchester Co.dept.of Health
Westchester County Health Departmen
Westside Community Health
Westside Community Health Cent
Westside Community Hlth Ctr
Westside Health Center
Wewahitchka Medical & Dent Ctr
Whiteside County Health Department
Whitman Walker Clinic
Whitman Walker Clinic
Whitman Walker Clinic
Whitman Walker Clinic
Whitman Walker Clinic
Whitman Walker Clinic, Phcy

-32-

Attachment H

# CORPORATE INTEGRITY AGREEMENT
### BETWEEN THE
### OFFICE OF INSPECTOR GENERAL
### OF THE
### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### AND
### KING PHARMACEUTICALS, INC.

## I.    PREAMBLE

King Pharmaceuticals, Inc., and its United States subsidiaries that manufacture or sell pharmaceutical products (collectively, "King") hereby enters into this Corporate Integrity Agreement (CIA) with the Office of Inspector General (OIG) of the United States Department of Health and Human Services (HHS) to promote compliance with the statutes, regulations, and written directives of Medicare, Medicaid, and all other Federal health care programs (as defined in 42 U.S.C. § 1320a-7b(f)) in which King participates and the requirements of other government programs in which King participates (collectively, "Federal Health Care Programs") specified below in Section II.C.2 (Federal Health Care Program Requirements). Contemporaneously with this CIA, King is entering into a settlement agreement with the United States (Settlement Agreement), and this CIA is incorporated by reference into the Settlement Agreement. King also will enter into settlement agreements with various States, and King's agreement to this CIA is a condition precedent to those agreements.

Prior to the Effective Date of this CIA (as defined below), King established a voluntary compliance program which, as represented by King, includes, among other things, the appointment of a Corporate Compliance Officer, the development and dissemination of a Code of Conduct, the establishment of written policies and procedures, a Disclosure Program, screening measures for Ineligible Persons, review and disciplinary proceedings, regular training to Covered Persons concerning King's Code of Conduct and policies and procedures, and regular internal auditing.

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

1

King shall continue the operation of its compliance measures in accordance with the terms set forth below for the term of this CIA. King may modify its voluntary compliance measures as appropriate, but, at a minimum, King shall ensure that during the term of this CIA, it shall comply with the integrity obligations enumerated in this CIA.

## II.   TERM AND SCOPE OF THE CIA

A. The period of the compliance obligations assumed by King under this CIA shall be 5 years from the effective date of this CIA, unless otherwise specified. The effective date shall be the date on which the final signatory of this CIA executes this CIA (Effective Date). Each one-year period, beginning with the one-year period following the Effective Date, shall be referred to as a "Reporting Period."

B. Sections VII, VIII, IX, X, and XI shall expire no later than 120 days after OIG's receipt of: (1) King's final Annual Report; or (2) any additional materials submitted by King pursuant to OIG's request, whichever is later.

C. The scope of this CIA shall be governed by the following definitions:

1. "Covered Persons" means:

a. all officers, directors, and employees of King based in the United States; and

b. except for the Third Party Personnel (as defined below), all contractors, subcontractors, agents, and other persons who perform Government Pricing and Medicaid Drug Rebate Related Functions, as defined below in Section II.C.2, on behalf of King.

Notwithstanding the above, this term does not include part-time or per diem employees, contractors, subcontractors, agents, and other persons who are not reasonably expected to work more than 160 hours per year, except that any such individuals shall become "Covered Persons" at the point when they work more than 160 hours during the calendar year.

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

2

· King has entered joint venture agreements and agreements to co-market its products with other entities (hereafter "Relevant Third Party Agreements"), including Wyeth Pharmaceuticals (Wyeth). The personnel of the entities with whom King has or may, in the future, have such agreements shall be collectively referred to as "Third Party Personnel." King has represented that: i) the Third Party Personnel are employed by other pharmaceutical manufacturers; ii) King does not control the Third Party Personnel; and iii) it would be unable to compel their compliance with the requirements set forth in this CIA.

For purposes of this CIA, King agrees to promote, to the maximum extent practicable, compliance by the Third Party Personnel with Federal Health Care Program Requirements. In order to fulfill this obligation, King agrees to the following:

a. within 120 days after the Effective Date and annually thereafter by the anniversary of the Effective Date, King shall send a letter to all entities with which King has entered Relevant Third Party Agreements. The letter shall outline King's obligations under this CIA and its commitment to full compliance with all Federal Health Care Program Requirements. The letter shall include a description of King's compliance program. King shall attach a copy of its Code of Conduct to the letter and ask that the Code of Conduct and the description of King's compliance program be distributed to all relevant Third Party Personnel; and

b. King shall submit: 1) a copy of each letter (including all attachments); and 2) a list of all King's existing Relevant Third Party Agreements to the OIG with the Implementation Report, the first Annual Report (to the extent the information changes from the date of the Implementation Report) and with each subsequent Annual Report.

2. "Relevant Covered Persons" means the following categories of Covered Persons:

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

3

1) all employees of King whose job responsibilities relate to the collection, calculation, verification, or reporting of information for purposes of the Medicaid Drug Rebate Program (codified at 42 U.S.C. § 1396r-8, et seq.), the Medicare Program (42 U.S.C. § 1395-1395ggg), or other government programs (including the 340B Drug Pricing Program, codified at 42 USC § 256b (the "340B Program") and the Veterans Administration pricing programs (the "VA Programs"), as set forth in the Federal Supply Schedule and the Veteran's Healthcare Act of 1992) (hereafter collectively, "Government Pricing and Medicaid Drug Rebate Related Functions"). This group includes, but is not limited to, those individuals whose job responsibilities include the calculation and reporting of Average Sales Price, Average Manufacturer Price, Best Price, and all other price information reported and used in connection with reimbursement under the Federal Health Care Programs described in this paragraph; and

2) all contractors, subcontractors, agents, and other persons who perform Government Pricing and Medicaid Drug Rebate Related Functions on behalf of King.

## III.   CORPORATE INTEGRITY OBLIGATIONS

To the extent not already accomplished, King shall establish and maintain a Compliance Program throughout the term of this CIA that includes the following elements:

A. Corporate Compliance Officer and Committee.

1. *Corporate Compliance Officer.* King presently has a Corporate Compliance Officer (the "Compliance Officer") with responsibility for administering King's compliance program. King shall continue to employ an individual to serve as its Compliance Officer during the term of this CIA. The Compliance Officer shall be responsible for developing and implementing policies, procedures, and practices designed

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

to ensure compliance with the requirements set forth in this CIA and with Federal Health Care Program Requirements. The Compliance Officer shall be a member of senior management of King, shall make periodic (at least quarterly) reports regarding compliance matters directly to the Audit Committee of the Board of Directors of King, and shall be authorized to report on such matters to the Audit Committee of the Board of Directors at any time.[1] The Compliance Officer shall not be or be subordinate to the General Counsel or Chief Financial Officer. The Compliance Officer shall be responsible for monitoring the day-to-day compliance activities engaged in by King as well as for any reporting obligations created under this CIA.

King shall report to OIG, in writing, any changes in the identity or position description of the Compliance Officer, or any actions or changes that would affect the Compliance Officer's ability to perform the duties necessary to meet the obligations in this CIA, within 15 days after such a change.

2. *Compliance Committee*. Prior to the Effective Date, King established a Compliance Committee (Compliance Committee) and King shall maintain a Compliance Committee during the term of this CIA. The Compliance Committee shall, at a minimum, include the Compliance Officer and other members of senior management necessary to meet the requirements of this CIA (e.g., senior executives of relevant departments, such as sales, marketing, government contracting/pricing, regulatory affairs, human resources, audit, and operations). The Compliance Officer shall chair the Compliance Committee and the Compliance Committee shall support the Compliance Officer in fulfilling his/her responsibilities (e.g., shall assist in the analysis of the organization's risk areas and shall oversee monitoring of internal and external audits and investigations).

King shall report to OIG, in writing, any changes in the composition of the Compliance Committee, or any actions or changes that would affect the Compliance Committee's ability to perform the duties necessary to meet the obligations in this CIA, within 15 days after such a change.

---

1 King has represented that the Audit Committee of the Board of Directors is comprised entirely of independent directors, and that the Compliance Officer makes at least annual reports to the full Board of Directors.

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

5

B. Written Standards.

1. *Code of Conduct.* **Prior to the Effective Date, King developed,** implemented, and distributed a written code of conduct known as the Corporate Code of Conduct and Ethics (the "Code") to all Covered Persons. King shall make the promotion of, and adherence to, the Code an element in evaluating the performance of all employees. The Code shall, at a minimum, set forth:

a. King's commitment to full compliance with all Federal Health Care Program Requirements, including its commitment to comply with all government contracting and price reporting requirements, and to market, sell, promote, and advertise its products in accordance with Federal Health Care Program Requirements (including but not limited to, the Federal anti-kickback Statute, codified at 42 U.S.C. § 1320a-7b);

b. King's requirement that all of its Covered Persons shall be expected to comply with all Federal Health Care Program Requirements and with King's own Policies and Procedures as implemented pursuant to this Section III.B (including the requirements of this CIA);

c. the requirement that all of King's Covered Persons shall be expected to report to the Compliance Officer or other appropriate individual designated by King suspected violations of any Federal Health Care Program Requirements or of King's own Policies and Procedures;

d. the possible consequences to both King and Covered Persons of failure to comply with Federal Health Care Program Requirements and with King's own Policies and Procedures and the failure to report such noncompliance; and

e. the right of all individuals to use the Disclosure Program described in Section III.E, and King's commitment to nonretaliation

and to maintain, as appropriate, confidentiality and anonymity with respect to such disclosures.

To the extent not already accomplished, within 120 days after the Effective Date, each Covered Person shall certify, in writing, that he or she has received, read, understood, and shall abide by King's Code. New Covered Persons shall receive the Code and shall complete the required certification within 30 days after becoming a Covered Person or within 120 days after the Effective Date, whichever is later.

King shall periodically review the Code to determine if revisions are appropriate and shall make any necessary revisions based on such review. Any revised Code shall be distributed within 30 days after any revisions are finalized. Each Covered Person shall certify, in writing, that he or she has received, read, understood, and shall abide by the revised Code within 30 days after the distribution of the revised Code.

2. *Policies and Procedures.* To the extent not already accomplished, within 120 days after the Effective Date, King shall implement written Policies and Procedures regarding the operation of King's compliance program and its compliance with Federal Health Care Program Requirements. At a minimum, the Policies and Procedures shall address:

a. the subjects relating to the Code identified in Section III.B.1;

b. collecting, calculating, verifying and reporting the data and information reported to the Centers for Medicare & Medicaid Services (CMS), State Medicaid programs or other government entities in connection with Government Pricing and Medicaid Drug Related Functions;

c. selling, marketing, and promoting King products in compliance with all applicable Federal Health Care Program Requirements, including, but not limited to, the Federal anti-kickback statute, codified at 42 U.S.C. § 1320a-7b; and

    d. disciplinary policies and procedures for violations of King's Policies and Procedures, including policies relating to Federal Health Care Program Requirements.

To the extent not already accomplished, within 120 days after the Effective Date, the relevant portions of the Policies and Procedures shall be distributed in hard-copy or electronic format to all individuals whose job functions relate to those Policies and Procedures. Distribution may include publishing such Policies and Procedures on King's intranet or a web site, including the Axentis Corporate Governance System. If King publishes such Policies and Procedures on its intranet or a web site, King must notify the relevant persons receiving such Polices and Procedures that the Policies and Procedures will be distributed in such a manner and King must track distribution to ensure that all appropriate relevant persons received the Policies and Procedures. Appropriate and knowledgeable staff shall be available to explain the Policies and Procedures.

At least annually (and more frequently, if appropriate), King shall assess and update as necessary the Policies and Procedures. Within 30 days after the effective date of any revisions, the relevant portions of any such revised Policies and Procedures shall be distributed to all individuals whose job functions relate to those Policies and Procedures.

    C. <u>Training and Education</u>.

    1. *General Training*. Within 120 days after the Effective Date, King shall provide at least two hours of General Training to each Covered Person[2]. This training, at a minimum, shall explain King's:

        a. CIA requirements;

        b. Compliance Program (including the Code and the Policies and Procedures as they pertain to general compliance issues); and

---

2  Independent directors of King shall receive training on the topics set forth in Sections III.C.1.a-b of the CIA. King has represented that its independent directors sit on King's Board of Directors and are not members of King's management.

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

    c. in general, in a manner appropriate for the individual's job function, the proper methods of promoting, marketing and selling, and contracting for products in accordance with Federal Health Care Program Requirements; the need to calculate and report accurate pricing and other information in connection with the Government Pricing and Medicaid Drug Rebate Related Functions; and a general discussion of King's systems relating to the Government Pricing and Medicaid Drug Rebate Related Functions.

New Covered Persons shall receive the General Training described above within 45 days after becoming a Covered Person or within 120 days after the Effective Date, whichever is later. After receiving the initial General Training described above, each Covered Person shall receive at least one hour of General Training annually.

    2. *Specific Training.* Within 120 days after the Effective Date, each Relevant Covered Person shall receive at least two hours of Specific Training in addition to the General Training required above. This Specific Training shall include a discussion of:

    a. in detail, and as appropriate for the individual's job functions, King's systems for gathering relevant data and calculating, verifying, and reporting information to CMS and/or the State Medicaid Programs for purposes of the Medicaid Drug Rebate Program, the Medicare Program, the 340B Program or the VA Programs;

    b. all applicable Federal Health Care Program Requirements (including the sanctions for violations) relating to Government Pricing and Medicaid Drug Rebate Related Functions;

    c. the personal obligation of each individual to comply with Federal Health Care Program Requirements, and, as appropriate for the individual's job functions, applicable legal requirements referenced above in Section III.C.2.b. and to track and review any pricing or

contract exceptions, variations, or outliers identified within King's systems;

d. the legal sanctions for violations of the Federal Health Care Program Requirements referenced above in Section III.C.2.b; and

e. examples of proper and improper practices related to Government Pricing and Medicaid Drug Rebate Related Functions.

Relevant Covered Persons shall receive this training within 45 days after the beginning of their employment or becoming Relevant Covered Persons, or within 120 days after the Effective Date, whichever is later. A King employee who has completed the Specific Training shall review a new Relevant Covered Person's work, to the extent that the work relates to Government Pricing and Medicaid Drug Rebate Related Functions, until such time as the new Relevant Covered Person completes his or her Specific Training.

After receiving the initial Specific Training described in this Section, each Relevant Covered Person shall receive at least two hours of Specific Training annually.

3. *Certification.* Each individual who is required to attend training shall certify, in writing, or in electronic form, if applicable, that he or she has received the required training. The certification shall specify the type of training received and the date received. The Compliance Officer (or designee) shall retain the certifications, along with all course materials. These shall be made available to OIG, upon request.

4. *Qualifications of Trainer.* The training and education required under this Section III.C may be provided by supervisory employees, knowledgeable staff, King trainers, and/or outside consultant trainers selected by King. The Specific Training requirements outlined in Section III.C.2 may be satisfied through relevant continuing education programs offered by established and knowledgeable providers, so long as the programs cover the topics outlined in Section III.C.2. Persons providing the training shall be knowledgeable about the applicable subject areas, including the relevant Federal Health Care Program Requirements relating to the promotion, sales, and marketing of

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

10

King's products and requirements applicable to Government Pricing and Medicaid Drug Rebate Related Functions.

     5. *Update of Training.* King shall annually review the training, and, where appropriate, update the training to reflect changes in applicable Federal Health Care Program Requirements, any issues discovered during internal audits or the IRO Reviews, and any other relevant information.

     6. *Computer-based Training.* King may provide the training required under this CIA through appropriate computer-based training approaches. In that event, all applicable references to "hours" in this Section III.C shall mean "normative hours" as that term is used in the computer-based training industry. If King chooses to provide computer-based training, it shall make available appropriately qualified and knowledgeable staff or trainers to answer questions or provide additional information to the individuals receiving such training.

     7. *Miscellaneous Training – Related Provisions.* To the extent that King has provided training that satisfies the General or Specific Training requirements set forth above within 180 days prior to the Effective Date, the OIG shall credit that training for purposes of satisfying King's training obligations for the first Reporting Period of the CIA. For purposes of the General Training requirements, if King provided General Training that satisfies the requirements set forth in Section III.C.1 above to Covered Persons within 180 days prior to the Effective Date, King may satisfy its remaining General Training obligation for the first year of the CIA by notifying those Covered Persons of the fact that King entered a CIA and notifying them of King's requirements and obligations under the CIA.

     King provides training on a regular basis concerning a variety of topics to its employees. The training required by this CIA need not be separate and distinct from the regular training provided by King, but instead may be integrated fully into such regular training to the extent the training satisfies the requirements set forth in this CIA.

     To the extent a Covered Person is on a leave of absence when the required training is offered, the Covered Person shall receive the training within 30 days of the conclusion of the leave of absence.

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

D. Review Procedures.

1. *General Description.*

a. *Engagement of Independent Review Organization.* Within 120 days after the Effective Date, King shall engage an entity (or entities), such as an accounting, auditing, or consulting firm (hereinafter the "Independent Review Organization" or "IRO"), to perform reviews to assist King in assessing and evaluating its systems, processes, policies, and practices related to the Government Pricing and Medicaid Drug Rebate Related Functions. The applicable requirements relating to the IRO are outlined in Appendix A to this Agreement, which is incorporated by reference.

Each IRO engaged by King shall have expertise in the applicable Federal Health Care Program Requirements and other applicable legal requirements, as may be appropriate to the Engagement for which it is retained. Each IRO shall assess, along with King, whether it can perform the IRO review in a professionally independent and/or objective fashion, as appropriate to the nature of the engagement, taking into account any other business relationships or other engagements that may exist.

The IRO(s) review shall evaluate and analyze King's systems, processes, policies, and practices relating to the Government Pricing and Medicaid Drug Rebate Related Functions (the "Government Pricing and Medicaid Drug Rebate Engagement" or the "Engagement").

b. *Frequency of Engagement.* The Government Pricing and Medicaid Drug Rebate Engagement shall be performed annually and shall cover each of the Reporting Periods.

c. *Retention of Records.* The IRO and King shall retain and make available to OIG, upon request, (i) all work papers relating to the

Corporate Integrity Agreement
King Pharmaceuticals, Inc.

12