**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0881<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0519 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>**JURY TRIAL REQUESTED**<br><br>**SANDOZ INC.'S ANSWER TO<br>THE REVISED FIRST<br>AMENDED<br>CONSOLIDATED<br>COMPLAINT** |

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orange v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 07-CV-2777

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

| | |
|---|---|
| *County of Seneca v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6370<br><br>*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0479<br><br>*County of Saratoga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0478<br><br>*County of Steuben v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6223<br><br>*County of Suffolk v. Abbott Laboratories, Inc., et al.*<br>E.D.N.Y. Case No. 03-CV-12257<br><br>*County of Tompkins v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0397<br><br>*County of Ulster v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 06-CV-0123<br><br>*County of Warren v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0468<br><br>*County of Washington v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0408<br><br>*County of Wayne v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-06138<br><br>*County of Westchester v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 03-CV-6178<br><br>*County of Wyoming v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6379<br><br>*County of Yates v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-06172 | |

## SANDOZ INC.'S ANSWER TO THE REVISED FIRST AMENDED CONSOLIDATED COMPLAINT

Defendant Sandoz Inc. ("Sandoz"), by and through its undersigned counsel, hereby responds to the Revised First Amended Consolidated Complaint ("Complaint"), dated October 5, 2007, as follows.  Unless expressly admitted, Sandoz denies each and every allegation in the

Complaint, and all allegations containing legal arguments and/or conclusions of law on the ground that such allegations do not require a response.  Sandoz also denies any allegations set forth in the table of contents and headings to the Complaint.

1.      Sandoz denies the allegations contained in paragraph 1 insofar as they pertain to Sandoz, except admits that it sells generic pharmaceutical products in the United States.  Sandoz states that it is without knowledge or information to form a belief as to the truth of the remaining allegations of paragraph 1 and therefore denies them.

2.      Paragraph 2 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 2 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 2 and therefore denies them.

3.      Paragraph 3 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 3 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 and therefore denies them.

4.      Sandoz denies the allegations contained in paragraph 4 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4 and therefore denies them.

5.      Paragraph 5 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 5 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 5 and therefore denies them.

6.       Paragraph 6 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 6 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 6 and therefore denies them.

7.       Paragraph 7 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 7 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 7 and therefore denies them.

8.       Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 8 and therefore denies them.

9.       Sandoz denies the allegations contained in paragraph 9 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 9 and therefore denies them.

10.       Sandoz denies the allegations contained in paragraph 10 as they pertain to Sandoz, except admits that from time to time for certain of its products, Sandoz has provided AWP and WAC to First DataBank, Medi-Span, and Redbook, in accordance with Sandoz' understanding of the use of those terms.

11.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 and therefore denies them.

12.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 and therefore denies them.

13.     Sandoz denies the allegations contained in paragraph 13 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 13 and therefore denies them.

14.     Sandoz denies the allegations contained in paragraph 14 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 14 and therefore denies them.

15.     Sandoz denies the allegations contained in paragraph 15 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 15 and therefore denies them.

16.     Sandoz denies the allegations contained in paragraph 16 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 16 and therefore denies them.

17.     Sandoz denies the allegations contained in paragraph 17 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 17 and therefore denies them.

18.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 and therefore denies them.

19.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 and therefore denies them.

20.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 and therefore denies them.

21.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21 and therefore denies them.

22.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 and therefore denies them.

23.     Sandoz denies the allegations contained in paragraph 23 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 23 and therefore denies them.

24.     Sandoz responds that the allegations contained in paragraph 24 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24 and therefore denies them.

25.     Sandoz denies the allegations contained in paragraph 25 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 25 and therefore denies them.

26.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 and therefore denies them.

27.     Sandoz denies the allegations contained in paragraph 27 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 27 and therefore denies them.

28.     Sandoz denies the allegations contained in paragraph 28 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 28 and therefore denies them.

29.     Sandoz denies the allegations contained in paragraph 29 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 29 and therefore denies them.

30.     Sandoz denies the allegations contained in paragraph 30 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 30 and therefore denies them.

31.     Paragraph 31 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 31 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 31 and therefore denies them.

32.     Sandoz denies the allegations contained in paragraph 32 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 32 and therefore denies them.

33.     Sandoz denies the allegations contained in paragraph 33 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 33 and therefore denies them.

34.     Sandoz responds that the allegations contained in paragraph 34 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 and therefore denies them.

35.      Sandoz responds that the allegations contained in paragraph 35 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 and therefore denies them.

36.      Sandoz responds that the allegations contained in paragraph 36 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 and therefore denies them.

37.      Sandoz denies the allegations contained in paragraph 37 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 37 and therefore denies them.

38.      Paragraph 38 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 38 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 38 and therefore denies them.

39.      Paragraph 39 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 39 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 39 and therefore denies them.

40.     Paragraph 40 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 40 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 40 and therefore denies them.

41.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41 and therefore denies them.

42.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42 and therefore denies them.

42A.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42A and therefore denies them.

43.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43 and therefore denies them.

44.     Sandoz denies the allegations contained in paragraph 44 insofar as they pertain to Sandoz, except admits that it sells generic pharmaceutical products in the State of New York.  Sandoz states that it is without knowledge or information to form a belief as to the truth of the remaining allegations of paragraph 44 and therefore denies them.

45.     Sandoz responds that the allegations contained in paragraph 45 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45 and therefore denies them.

46.     Sandoz responds that the allegations contained in paragraph 46 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46 and therefore denies them.

47.     Sandoz responds that the allegations contained in paragraph 47 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47 and therefore denies them.

48.     Sandoz responds that the allegations contained in paragraph 48 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48 and therefore denies them.

49.     Sandoz responds that the allegations contained in paragraph 49 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 49 and therefore denies them.

50.     Sandoz responds that the allegations contained in paragraph 50 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50 and therefore denies them.

51.     Sandoz responds that the allegations contained in paragraph 51 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51 and therefore denies them.

52.     Sandoz responds that the allegations contained in paragraph 52 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 and therefore denies them.

53.     Sandoz responds that the allegations contained in paragraph 53 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 and therefore denies them.

54.     Sandoz responds that the allegations contained in paragraph 54 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54 and therefore denies them.

55.     Sandoz responds that the allegations contained in paragraph 55 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55 and therefore denies them.

56.     Sandoz responds that the allegations contained in paragraph 56 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56 and therefore denies them.

57.     Sandoz responds that the allegations contained in paragraph 57 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57 and therefore denies them.

58.     Sandoz responds that the allegations contained in paragraph 58 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58 and therefore denies them.

59.     Sandoz responds that the allegations contained in paragraph 59 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59 and therefore denies them.

60.     Sandoz responds that the allegations contained in paragraph 60 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60 and therefore denies them.

61.     Sandoz responds that the allegations contained in paragraph 61 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61 and therefore denies them.

62.     Sandoz responds that the allegations contained in paragraph 62 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62 and therefore denies them.

63.     Sandoz responds that the allegations contained in paragraph 63 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63 and therefore denies them.

64.     Sandoz responds that the allegations contained in paragraph 64 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64 and therefore denies them.

65.     Sandoz responds that the allegations contained in paragraph 65 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65 and therefore denies them.

66.     Sandoz responds that the allegations contained in paragraph 66 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66 and therefore denies them.

67.     Sandoz responds that the allegations contained in paragraph 67 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67 and therefore denies them.

68.     Sandoz responds that the allegations contained in paragraph 68 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68 and therefore denies them.

69.     Sandoz responds that the allegations contained in paragraph 69 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69 and therefore denies them.

70.     Sandoz responds that the allegations contained in paragraph 70 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70 and therefore denies them.

71.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71(a), except admits that the principal place of business of Novartis Pharmaceuticals Corporation is East Hanover, New Jersey.  Sandoz further admits that its principal place of business is 506 Carnegie Center, Suite 400, Princeton, NJ 08540-6243, and that it develops, manufactures, and sells generic pharmaceuticals.  Sandoz also states that it is a Colorado corporation, and that the company, misidentified in the Complaint as "Sandoz, Inc.," was formerly known as "Geneva Pharmaceuticals, Inc."  Sandoz denies the remaining allegations of paragraph 71.

72.     Sandoz responds that the allegations contained in paragraph 72 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72 and therefore denies them.

73.     Sandoz responds that the allegations contained in paragraph 73 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73 and therefore denies them.

74.     Sandoz responds that the allegations contained in paragraph 74 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74 and therefore denies them.

75.     Sandoz responds that the allegations contained in paragraph 75 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75 and therefore denies them.

76.     Sandoz responds that the allegations contained in paragraph 76 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76 and therefore denies them.

77.     Sandoz responds that the allegations contained in paragraph 77 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77 and therefore denies them.

78.     Sandoz responds that the allegations contained in paragraph 78 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78 and therefore denies them.

79.     Sandoz responds that the allegations contained in paragraph 79 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79 and therefore denies them.

80.     Sandoz responds that the allegations contained in paragraph 80 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80 and therefore denies them.

81.     Sandoz responds that the allegations contained in paragraph 81 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81 and therefore denies them.

82.     Sandoz responds that the allegations contained in paragraph 82 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 82 and therefore denies them.

83.     Sandoz responds that the allegations contained in paragraph 83 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 83 and therefore denies them.

84.     Sandoz responds that the allegations contained in paragraph 84 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84 and therefore denies them.

85.     Sandoz responds that the allegations contained in paragraph 85 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85 and therefore denies them.

86.     Sandoz responds that the allegations contained in paragraph 86 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 86 and therefore denies them.

87.     Sandoz responds that the allegations contained in paragraph 87 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 87 and therefore denies them.

88.     Sandoz responds that the allegations contained in paragraph 88 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 88 and therefore denies them.

89.     Paragraph 89 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 89 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 89 and refers to the cited statute for its terms.

90.     Paragraph 90 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 90 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 90 and refers to the cited statutes and regulations for their terms.

91.     Paragraph 91 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 91 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 91 and and refers to the cited statutes for their terms.

92.     Paragraph 92 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 92 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 92 and and refers to the cited statutes for their terms.

93.     Paragraph 93 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 93 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 93 and therefore denies them.

94.    Paragraph 94 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 94 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 94 and therefore denies them.

95.    Paragraph 95 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 95 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 95 and therefore denies them.

96.    Paragraph 96 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 96 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 96 and therefore denies them.

97.    Paragraph 97 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 97 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 97 and therefore denies them.

98.    Paragraph 98 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 98 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of paragraph 98 and therefore denies them.

99.     Paragraph 99 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 99 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 99 and therefore denies them.

100.     Sandoz denies the allegations contained in paragraph 100 insofar as they pertain to Sandoz, except admits that Sandoz has drug products with NDCs.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100 and therefore denies them.

101.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101 and therefore denies them.

102.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102 and therefore denies them.

103.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103 and therefore denies them.

104.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104 and therefore denies them.

105.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105 and therefore denies them.

106.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 106 and therefore denies them.

107.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107 and therefore denies them.

108.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108 and therefore denies them.

109.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109 and therefore denies them.

110.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110 and therefore denies them.

111.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111 and therefore denies them.

112.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112 and therefore denies them, except admits that pricing compendia such as Blue Book publish AWPs and FULs, and denies that Sandoz has any control over such prices.

113.     Sandoz denies the allegations contained in paragraph 113 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 113 and therefore denies them.

114.     Sandoz denies the allegations contained in paragraph 114 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 114 and therefore denies them.

115.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115 and therefore denies them.

116.    Sandoz denies the allegations contained in paragraph 116, except admits that it has a rebate agreement with the Secretary of Health and Human Services which speaks for itself.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 116 and therefore denies them, and refers to the cited statute for its terms.

117.    Paragraph 117 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 117 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 117 and therefore denies them.

118.    Paragraph 118 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 118 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 118 and therefore denies them.

119.    Paragraph 119 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 119 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 119 and therefore denies them.

120.    Paragraph 120 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 120 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 120 and therefore denies them.

121.    Paragraph 121 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 121 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 121 and therefore denies them.

122.    Paragraph 122 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 122 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 122 and therefore denies them.

123.    Paragraph 123 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 123 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 123 and therefore denies them.

124.    Paragraph 124 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 124 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 124 and therefore denies them.

125.     Paragraph 125 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 125 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 125 and therefore denies them.

126.     Paragraph 126 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 126 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 126 and therefore denies them.

127.     Paragraph 127 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 127 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 127 and therefore denies them.

128.     Paragraph 128 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 128 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 128 and therefore denies them.

129.     Paragraph 129 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 129 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 129 and therefore denies them.

130.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 130 and therefore denies them.

131.    Paragraph 131 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 131 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 131 and therefore denies them.

132.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 132 and therefore denies them except Sandoz admits that it has executed a Rebate Agreement that is in all material aspects identical to the Model Rebate Agreement.

133.    Paragraph 133 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 133 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 133 and therefore denies them.

134.    Sandoz denies the allegations contained in paragraph 134 insofar as they pertain to Sandoz, except admits that the Model Rebate Agreement contains the quoted language, but denies any characterization thereof.   Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 134.

135.    Sandoz denies the allegations contained in paragraph 135 insofar as they pertain to Sandoz, except admits that the Model Rebate Agreement contains the quoted language, but denies the characterization thereof.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 135.

136.    Paragraph 136 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 136 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 136 and therefore denies them.

137.    Paragraph 137 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 137 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 137 and therefore denies them.

138.    Paragraph 138 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 138 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 138 and therefore denies them.

139.    Paragraph 139 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 139 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 139 and therefore denies them.

140.    Paragraph 140 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 140 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 140 and therefore denies them.

141.    Paragraph 141 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 141 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 141 and therefore denies them.

142.    Sandoz denies the allegations contained in paragraph 142 as they pertain to Sandoz, except admits that the cited document contains the quoted language, but denies the characterization thereof.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 142.

143.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 143 and therefore denies them.

144.    Sandoz denies the allegations contained in paragraph 144 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 144 and therefore denies them.

145.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 145 and therefore denies them.

146.     Sandoz denies the allegations contained in paragraph 146 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 146 and therefore denies them.

147.     Sandoz denies the allegations contained in paragraph 147 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 147 and therefore denies them.

148.     Sandoz denies the allegations contained in paragraph 148 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 148 and therefore denies them.

149.     Sandoz denies the allegations contained in paragraph 149 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 149 and therefore denies them.

150.     Sandoz denies the allegations contained in paragraph 150 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 150 and therefore denies them.

151.     Sandoz responds that the allegations contained in paragraph 151 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 151 and therefore denies them.

152.     Sandoz denies the allegations contained in paragraph 152 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 152 and therefore denies them.

153.    Sandoz denies the allegations contained in paragraph 153 insofar as they pertain to Sandoz, except admits that certain states besides the counties in New York have filed suit against Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 153 and therefore denies them.

154.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 154 and therefore denies them.

155.    Sandoz denies the allegations contained in paragraph 155 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 155 and therefore denies them.

156.    Sandoz denies the allegations contained in paragraph 156 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 156 and therefore denies them.

157.    Sandoz denies the allegations contained in paragraph 157 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 157 and therefore denies them.

158.    Sandoz denies the allegations contained in paragraph 158 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 158 and therefore denies them.

159.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 159 and therefore denies them.

160.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160 and therefore denies them.

161.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161 and therefore denies them.

162.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 162 and therefore denies them.

163.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 163 and therefore denies them.

164.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 164 and therefore denies them.

165.    Sandoz denies the allegations contained in paragraph 165 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 165 and therefore denies them.

166.    Sandoz denies the allegations contained in paragraph 166 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 166 and therefore denies them.

167.    Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 167 and therefore denies them.

168.    Sandoz denies the allegations contained in paragraph 168 insofar as they pertain to Sandoz, except admits that it executed a Rebate Agreement which speaks for itself. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 168 and refers to the cited statute for its terms.

169.    Sandoz denies the allegations contained in paragraph 169 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 169 and therefore denies them.

170.     Sandoz denies the allegations contained in paragraph 170 insofar as they pertain to Sandoz, and further states that the Court has dismissed all Medicaid rebate-related allegations in the Complaint as to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 170 and therefore denies them.

171.     Sandoz denies the allegations contained in paragraph 171 insofar as they pertain to Sandoz, and further states that the Court has dismissed all Medicaid rebate-related allegations in the Complaint as to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 171 and therefore denies them.

172.     Sandoz denies the allegations contained in paragraph 172 insofar as they pertain to Sandoz, and further states that the Court has dismissed all Medicaid rebate-related allegations in the Complaint as to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 172 and therefore denies them.

173.     Sandoz denies the allegations contained in paragraph 173 insofar as they pertain to Sandoz, and further states that the Court has dismissed all Medicaid rebate-related allegations in the Complaint as to Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 173 and therefore denies them.

174.     Sandoz denies the allegations contained in paragraph 174 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 174 and therefore denies them.

175.     Sandoz denies the allegations contained in paragraph 175 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 175 and therefore denies them.

176.     Sandoz responds that the allegations contained in paragraph 176 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 176 and therefore denies them.

177.     Sandoz denies the allegations contained in paragraph 177 insofar as they pertain to Sandoz, except admits that it received a June 26, 2003 letter from Representatives Tauzin and Greenwood, and refers to the letter for its terms.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 177 and therefore denies them.

178.     Sandoz denies the allegations contained in paragraph 178 insofar as they pertain to Sandoz, except admits that it received a June 26, 2003 letter from Representatives Tauzin and Greenwood, and refers to the letter for its terms.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 178 and therefore denies them.

179.     Sandoz denies the allegations contained in paragraph 179 insofar as they pertain to Sandoz, and refers to the June 26, 2003 letter for its terms.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 179 and therefore denies them.

180.     Sandoz responds that the allegations contained in paragraph 180 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 180 and therefore denies them.

181.     Sandoz responds that the allegations contained in paragraph 181 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 181 and therefore denies them.

182.     Sandoz denies the allegations contained in paragraph 182 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 182 and therefore denies them.

183.     Sandoz denies the allegations contained in paragraph 183 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 183 and therefore denies them.

184.     Sandoz denies the allegations contained in paragraph 184 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 184 and therefore denies them.

185.     Sandoz denies the allegations contained in paragraph 185 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 185 and therefore denies them.

186.     Sandoz denies the allegations contained in paragraph 186 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 186 and therefore denies them.

187.     Sandoz denies the allegations contained in paragraph 187 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 187 and therefore denies them.

188.     Sandoz denies the allegations contained in paragraph 188 insofar as they pertain to Sandoz and refers to the cited report for its terms.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 188 and therefore denies them.

189.     Sandoz denies the allegations contained in paragraph 189 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 189 and therefore denies them.

190.     Sandoz denies the allegations contained in paragraph 190 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 190 and therefore denies them.

191.     Sandoz denies the allegations contained in paragraph 191 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 191 and therefore denies them.

192.     Sandoz denies the allegations contained in paragraph 192 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 192 and therefore denies them.

193.     Sandoz denies the allegations contained in paragraph 193 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 193 and therefore denies them.

194.     Sandoz denies the allegations contained in paragraph 194 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 194 and therefore denies them.

195.     Sandoz denies the allegations contained in paragraph 195 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 195 and therefore denies them.

196.     Sandoz denies the allegations contained in paragraph 196 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 196 and therefore denies them.

197-588.     Sandoz responds that the allegations contained in paragraphs 197-588 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 197-588 and therefore denies them.

589.     Sandoz denies the allegations contained in paragraph 589 insofar as they pertain to Sandoz, except states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 589 and therefore denies them.  Sandoz specifically denies the existence of a "Novartis/Sandoz Group."

590.     Sandoz denies the allegations contained in paragraph 590 insofar as they pertain to Sandoz.  Sandoz specifically denies the existence of a "Novartis/Sandoz Group." Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 590 and therefore denies them.

591.    Sandoz denies the allegations contained in paragraph 591 insofar as they pertain to Sandoz.  Sandoz specifically denies the existence of a "Novartis/Sandoz Group." Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 591 and therefore denies them.

592.    Sandoz responds that the allegations contained in paragraph 592 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 592 and therefore denies them.

593.    Sandoz denies the allegations contained in paragraph 593 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 593 and therefore denies them.

594.    Sandoz denies the allegations contained in paragraph 594 insofar as they pertain to Sandoz.  Sandoz specifically denies the existence of a "Novartis/Sandoz Group." Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 594 and therefore denies them.

595.    Sandoz denies that it has engaged in wrongful conduct and otherwise responds that the allegations contained in paragraph 595 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 595 and therefore denies them.

596.    Sandoz responds that the allegations contained in paragraph 596 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an

answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 596 and therefore denies them.

597.   Sandoz denies the allegations contained in paragraph 597 insofar as they pertain to Sandoz, except admits that it received a June 26, 2003 letter from Representatives Tauzin and Greenwood, and refers to the letter for its terms.

598-769.   Sandoz responds that the allegations contained in paragraphs 598-769 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 598-769 and therefore denies them.

770.   Sandoz denies the allegations contained in paragraph 770 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 770 and therefore denies them.

771.   Sandoz denies the allegations contained in paragraph 771 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 771 and therefore denies them.

772.   Sandoz denies the allegations contained in paragraph 772 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 772 and therefore denies them.

773.   Sandoz denies the allegations contained in paragraph 773 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 773 and therefore denies them.

774.    Sandoz denies the allegations contained in paragraph 774 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 774 and therefore denies them.

775.    Sandoz denies the allegations contained in paragraph 775 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 775 and therefore denies them.

776.    Sandoz denies the allegations contained in paragraph 776 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 776 and therefore denies them.

777.    Sandoz denies the allegations contained in paragraph 777 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 777 and therefore denies them.

778.    Sandoz denies the allegations contained in paragraph 778 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 778 and therefore denies them.

779.    Sandoz denies the allegations contained in paragraph 779 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 779 and therefore denies them.

780.    Sandoz denies the allegations contained in paragraph 780 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 780 and therefore denies them.

781.     Sandoz denies the allegations contained in paragraph 781 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 781 and therefore denies them.

782.     Sandoz denies the allegations contained in paragraph 782 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 782 and therefore denies them.

873.     Sandoz denies the allegations contained in paragraph 783 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 783 and therefore denies them.

784.     Sandoz denies the allegations contained in paragraph 784 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 784 and therefore denies them.

785.     Sandoz denies the allegations contained in paragraph 785 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 785 and therefore denies them.

786.     Sandoz denies the allegations contained in paragraph 786 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 786 and therefore denies them.

787.     Sandoz denies the allegations contained in paragraph 787 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 787 and therefore denies them.

788.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 788 and therefore denies them.

789.     Sandoz denies the allegations contained in paragraph 789 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 789 and therefore denies them.

790.     Sandoz denies the allegations contained in paragraph 790 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 790 and therefore denies them.

791.     Sandoz incorporates by reference its answers to paragraphs 1 through 790 above.

792.     To the extent the allegations in paragraph 792 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 792 insofar as they pertain to Sandoz, except admits that it manufactures drugs covered by Medicaid.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 792 and therefore denies them.

793.     To the extent the allegations in paragraph 793 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 793 insofar as they pertain to Sandoz, except admits that it that it has a rebate agreement with the Secretary of Health and Human Services.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 793 and therefore denies them.

794.     To the extent the allegations in paragraph 794 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 794 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 794 and therefore denies them.

795.     To the extent the allegations in paragraph 795 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 795 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 795 and therefore denies them.

796.     To the extent the allegations in paragraph 796 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 796 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 796 and therefore denies them.

797.     To the extent the allegations in paragraph 797 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 797 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 797 and therefore denies them.

798.     To the extent the allegations in paragraph 798 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 798 insofar as they pertain to Sandoz.

Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 798 and therefore denies them.

799.     To the extent the allegations in paragraph 799 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 799 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 799 and therefore denies them.

800.     To the extent the allegations in paragraph 800 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 800 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 800 and therefore denies them.

801.     Sandoz incorporates by reference its answers to paragraphs 1 through 800 above.

802.     To the extent the allegations in paragraph 802 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 802 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 802 and therefore denies them.

803.     To the extent the allegations in paragraph 803 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 803 and therefore denies them.

804.     To the extent the allegations in paragraph 804 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 804 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 804 and therefore denies them.

805.     To the extent the allegations in paragraph 805 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 805 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 805 and therefore denies them.

806.     To the extent the allegations in paragraph 806 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 806 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 806 and therefore denies them.

807.     To the extent the allegations in paragraph 807 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 807 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 807 and therefore denies them.

808.     Sandoz incorporates by reference its answers to paragraphs 1 through 807 above.

809.     Paragraph 809 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 809 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 809 and therefore denies them.

810.     Sandoz denies the allegations contained in paragraph 810 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 810 and therefore denies them.

811.     Sandoz denies the allegations contained in paragraph 811 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 811 and therefore denies them.

812.     Sandoz denies the allegations contained in paragraph 812 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 812 and therefore denies them.

813.     Sandoz denies the allegations contained in paragraph 813 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 813 and therefore denies them.

814.     Sandoz incorporates by reference its answers to paragraphs 1 through 813 above.

815.     To the extent the allegations in paragraph 815 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 815 insofar as they pertain to Sandoz.  Sandoz states

that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 815 and therefore denies them.

816.    To the extent the allegations in paragraph 816 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 816 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 816 and therefore denies them.

817.    To the extent the allegations in paragraph 817 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 817 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 817 and therefore denies them.

818.    Sandoz incorporates by reference its answers to paragraphs 1 through 817 above.

819.    To the extent the allegations in paragraph 819 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 819 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 819 and therefore denies them.

820.    To the extent the allegations in paragraph 820 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 820 and therefore denies them.

821.     To the extent the allegations in paragraph 821 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 821 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 821 and therefore denies them.

822.     To the extent the allegations in paragraph 822 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 822 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 822 and therefore denies them.

823.     To the extent the allegations in paragraph 823 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 823 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 823 and therefore denies them.

824.     To the extent the allegations in paragraph 824 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 824 and therefore denies them.

825.     To the extent the allegations in paragraph 825 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 825 insofar as they pertain to Sandoz.

Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 825 and therefore denies them.

826.     To the extent the allegations in paragraph 826 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 826 and therefore denies them.

827.     To the extent the allegations in paragraph 827 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 827 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 827 and therefore denies them.

828.     To the extent the allegations in paragraph 828 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 828 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 828 and therefore denies them.

829.     To the extent the allegations in paragraph 829 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required, Sandoz denies the allegations contained in paragraph 829 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 829 and therefore denies them.

830.     To the extent the allegations in paragraph 830 are directed at Sandoz, Sandoz states that the Court has dismissed them.  To the extent that an answer may be required,

Sandoz denies the allegations contained in paragraph 830 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 830 and therefore denies them.

831. Sandoz incorporates by reference its answers to paragraphs 1 through 830 above.

832. Sandoz denies the allegations contained in paragraph 832 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 832 and therefore denies them.

833. Sandoz denies the allegations contained in paragraph 833 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 833 and therefore denies them.

834. Sandoz denies the allegations contained in paragraph 834 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 834 and therefore denies them.

835. Sandoz denies the allegations contained in paragraph 835 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 835 and therefore denies them.

836. Sandoz denies the allegations contained in paragraph 836 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 836 and therefore denies them.

837. Paragraph 837 contains legal conclusions as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 837 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 837 and therefore denies them.

838.    Sandoz denies the allegations contained in paragraph 838 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 838 and therefore denies them.

839.    Sandoz denies the allegations contained in paragraph 839 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 839 and therefore denies them.

840.    Sandoz incorporates by reference its answers to paragraphs 1 through 839 above.

841.    Sandoz denies the allegations contained in paragraph 841 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 841 and therefore denies them.

842.    Sandoz denies the allegations contained in paragraph 842 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 842 and therefore denies them.

843.    Sandoz denies the allegations contained in paragraph 843 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 843 and therefore denies them.

844.    Paragraph 844 contains legal conclusions as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 844 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 844 and therefore denies them.

845.     Sandoz denies the allegations contained in paragraph 845 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 845 and therefore denies them.

846.     Sandoz incorporates by reference its answers to paragraphs 1 through 845 above.

847.     Sandoz denies the allegations contained in paragraph 847 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 847 and therefore denies them.

848.     Sandoz denies the allegations contained in paragraph 848 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 848 and therefore denies them.

849.     Sandoz denies the allegations contained in paragraph 849 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 849 and therefore denies them.

Sandoz further denies any allegations in the WHEREFORE paragraph and denies that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

By making the assertions set forth below, Sandoz does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these assertions or that Plaintiff is relieved of its burdens to prove each and every element of its claims and the damages, if any, to which it is entitled.  As and for its affirmative defenses, Sandoz states as follows:

## FIRST AFFIRMATIVE DEFENSE

1.     Plaintiff fails to state a claim against Sandoz upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2.     The State's unjust enrichment claims are barred, in whole or in part, because the State has no authority to bring such claims either on behalf of itself or on behalf of Medicare Part B participants.

## THIRD AFFIRMATIVE DEFENSE

3.     Plaintiff has no standing or capacity to bring some or all of the claims raised in this suit to recover Medicaid or Medicare expenditures or to seek injunctive relief related to either of these programs.

## FOURTH AFFIRMATIVE DEFENSE

4.     Plaintiff has not suffered, and will not suffer, any injury to a legally protected or cognizable interest by reason of the conduct of Sandoz as alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

5.     To the extent Plaintiff obtains recovery in any other case predicated on the same factual allegations, Plaintiff is barred from seeking recovery against Sandoz based on the Complaint pursuant to the doctrines of res judicata and collateral estoppel, and the prohibition on double recovery for the same injury.

## SIXTH AFFIRMATIVE DEFENSE

6.     Plaintiff's claims are barred, in whole or in part, by the First Amendment to the United States Constitution and the analogous provisions of the Constitution of the State of New York.

## SEVENTH AFFIRMATIVE DEFENSE

7.      Plaintiff's claims are barred, in whole or in part, by the filed rate doctrine.

## EIGHTH AFFIRMATIVE DEFENSE

8.      Any and all actions taken by Sandoz with respect to any of the matters alleged in the Complaint were taken in good faith and in accordance with established industry practice

## NINTH AFFIRMATIVE DEFENSE

9.      Plaintiff's claims are preempted, in whole or in part, by federal law, including without limitation the Federal Employment Retirement Income and Security Act of 1974, the Federal Medicare Act, and the Federal Medicaid Act, including all amendments to the same and all regulations promulgated there under.

## TENTH AFFIRMATIVE DEFENSE

10.     Plaintiff's claims are preempted by the dormant Commerce Clause of the United States Constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     Plaintiff's claims against Sandoz are barred because Sandoz has complied with all applicable regulations of the federal government, the State of New York and other state governments.

## TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's claims against Sandoz are barred, in whole or in part, by the applicable statute of limitations and repose, and by the doctrines of laches, estoppel, and waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.     Plaintiff's claims are barred, in whole or in part, because they violate Sandoz's rights under the Due Process and Ex Post Facto clauses of the United States Constitution, as well as the Constitution of the State of New York, insofar as Plaintiff seeks to impose liability retroactively for conduct that was not actionable at the time it occurred.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.     Sandoz's statements or actions were not the proximate cause or cause in fact of any injury to or alleged loss by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.     To the extent that Plaintiff attempts to seek equitable relief against Sandoz, it is not entitled to such relief because it has an adequate remedy at law.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     Plaintiff's claims against Sandoz for injunctive relief were mooted, at least in part, by the enactment of the Medicare Prescription Drug, Improvement and Modernization Act of 2003.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiff's claims for injunctive relief against Sandoz are barred by the doctrines of in pari delicto and/or unclean hands.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.     Plaintiff's claims against Sandoz are barred, in whole or in part, due to its failure to join indispensable parties.

**NINETEENTH AFFIRMATIVE DEFENSE**

19.     Plaintiff's claims against Sandoz are barred, in whole or in part, because it has suffered no damages as a result of the matters alleged in the Complaint.

**TWENTIETH AFFIRMATIVE DEFENSE**

20.     Plaintiff's claims are barred, in whole or in part, because any injuries sustained by Plaintiff were the result of its own conduct or the intervening or superseding conduct of non parties.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21.     Plaintiff's claims against Sandoz for damages are barred, in whole or in part:

(1)     because it failed to mitigate its damages, and its failure to mitigate damages should proportionately reduce the recovery of Plaintiff and the allocation of any fault, if any exists, attributable to Sandoz;

(2)     because it would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint;

(3)     by the doctrine of consent and/or ratification to the extent that Plaintiff has paid for products manufactured, marketed and sold by Sandoz after the filing of Plaintiff's original Complaint; and

(4)     because they are speculative and remote and because of the impossibility of ascertaining and allocating of those alleged damages.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     Sandoz is entitled to a set-off, should any damages be awarded against it, for the entire amount of all damages or settlement amounts recovered by Plaintiff, with respect to the same alleged injuries.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     Any damages recovered by Plaintiff from Sandoz must be limited by the applicable statutory ceilings on recoverable damages.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     Plaintiff fails to allege facts or a cause of action against Sandoz sufficient to support a claim for compensatory damages, attorneys' fees and/or legal fees, or any other relief.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

25.     To the extent penalty assessments are sought, Plaintiff's penalty assessments claims against Sandoz:

(1)     have no basis in law or fact;

(2)     are not recoverable because the allegations of the Complaint are legally insufficient to support a claim for penalty assessments against Sandoz;

(3)     cannot be sustained because the laws regarding the standards for determining liability for and the amount of penalty assessments fail to give Sandoz prior notice of the conduct for which penalty assessments may be imposed and the severity of the penalty that may be imposed, and are void for vagueness in violation of Sandoz's Due Process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of New York;

(4)     cannot be sustained because any award of penalty assessments exceeding the limits authorized by the laws or other comparable laws would violate Sandoz's due process and equal protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law and laws of the State of New York;

(5)     cannot be sustained because an award of penalty assessments in this case, combined with any prior, contemporaneous, or subsequent judgments against Sandoz for penalty assessments arising from the design, development, manufacture, fabrication, distribution, supply, marketing, sale, or use of Sandoz's products would constitute impermissible multiple punishments for the same wrong, in violation of Sandoz's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would constitute double jeopardy in violation of the Constitution, common law, and statutory laws of the State of New York;

(6)     cannot be sustained because any award of penalty assessments without the apportionment of the award separately and severally between or among the alleged joint tortfeasors, as determined by the alleged percentage of the wrong committed by each alleged tortfeasor, would violate Sandoz's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York; and

(7)     cannot be sustained because any award of penalty assessments, which are penal in nature, without according Sandoz the same protections that are accorded to all criminal defendants, including the protection against unreasonable searches and seizures, the privilege against self-incrimination, and the rights to confront adverse witnesses, a speedy trial,

and the effective assistance of counsel, would violate Sandoz's rights guaranteed by the Fourth, Fifth, and Sixth Amendment as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York.

(8)     cannot be sustained because it is impermissible to impose penalty assessments, which are penal in nature, upon civil defendant upon the State satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal cases, and to do so would violate Sandoz's rights guaranteed by the Fourth, Fifth, and Sixth Amendment as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York.

(9)     cannot be sustained because the procedures pursuant to which any penalty assessments would be awarded permit the imposition of an excessive fine and would violate Sandoz's rights under the Eighth Amendment as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of New York.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.     To the extent penalty assessments are sought, Plaintiff's claims for penalty assessments against Sandoz cannot be sustained because an award of penalty assessments by a jury that:

(1)     is not provided constitutionally adequate standards of sufficient clarity for determining the appropriate imposition of, and the appropriate size of, a penalty assessments award;

(2)      is not adequately instructed on the limits of penalty assessments imposed by the applicable principles of deterrence and punishment;

(3)      is not expressly prohibited from awarding penalty assessments, or determining the amount of an award of penalty assessments, in whole or in part on the basis of invidiously discriminatory characteristics, including without limitation the residence, wealth, and corporate status of Sandoz;

(4)      is permitted to award penalty assessments under a standard for determining liability for penalty assessments that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes penalty assessments permissible;

(5)      is not properly instructed regarding Plaintiff's burden of proof with respect to each and every element of a claim for penalty assessments; and

(6)      is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of constitutionally adequate and objective standards, would violate Sandoz's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution, and would be improper under the Constitution, common law, and public policies of the State of New York.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27.      To the extent penalty assessments are sought, Plaintiff's claims for penalty assessments against Sandoz cannot be sustained because an award of penalty assessments that is subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount of penalty assessments that may be imposed, would:

(1)      violate Sandoz's due process rights guaranteed by the Fifth and

Fourteenth Amendments to the United States Constitution;

(2)      violate Sandoz's right not to be subjected to an excessive award;

and

(3)      be improper under the Constitution, common law, and public

policies of the State of New York.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28.      Some or all of Plaintiff's claims against Sandoz arise from Plaintiff's

failure to follow its federal and state statutory and regulatory obligation to properly establish

appropriate reimbursement rates.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29.      The State's claims against Sandoz are barred, in whole or in part, by the

existence and terms of the written rebate agreement between Sandoz and the Secretary of the

Department of Health and Human Services ("HHS") on behalf of HHS and all States, entitled,

"Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer

Identified in Section XI of this Agreement."

**THIRTIETH AFFIRMATIVE DEFENSE**

30.      Plaintiff's claims against Sandoz are misjoined with Plaintiff's claims

against other Defendants and must be severed.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

31.      Plaintiff's claims are barred, in whole or in part, by the Noerr Pennington

doctrine to the extent such claims are premised, in whole or in part, on alleged statements or

conduct by Sandoz in judicial, legislative or administrative proceedings of any kind or at any level
of government.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

32.     Plaintiff failed to state with particularity and failed to plead with
particularity the fraud-based allegations in the Complaint as required by FRCP 9(b).

### THIRTY-THIRD AFFIRMATIVE DEFENSE

33.     Plaintiff's claims against Sandoz are barred, in whole or in part, because
Sandoz did not knowingly cause to be presented to an officer or employee of the State a false or
fraudulent claim for payment or statement nor conspired to defraud the State by getting a false or
fraudulent claim allowed or paid, as required under New York Social Service Law § 366-b.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.     The claims alleged herein, based on the facts alleged, are barred by
Plaintiff's own negligence or gross negligence.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

35.     Plaintiff fails to allege facts or a cause of action against Sandoz sufficient to
support a claim for prejudgment interest or any other relief.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

36.     The State's claims are barred, in whole or in part, because they violate the
New York Constitution, insofar as the State seeks to impose liability retroactively for conduct that
was not actionable at the time it occurred.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37.     The State fails to state with particularity facts to support claims of fraudulent conduct against Sandoz contained in the Complaint, in violation of Rule 9 of the Federal Rules of Civil Procedure.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

38.     Sandoz has not knowingly made or caused to be made any false statement or representation of a material fact, as required to sustain a claim under New York Social Services Law § 145-b.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

39.     Sandoz hereby gives notice that it intends to rely upon any other and additional defense that is now or may become available or appear during, or as a result of the discovery proceedings in this action and hereby reserves its right to amend its answer to assert such defense.

WHEREFORE, Sandoz prays that this Court:

      1.      Dismiss the First Amended Complaint with prejudice and enter judgment in favor of Sandoz and against Plaintiff;

      2.      Award Sandoz its costs and expenses; and

      3.      Grant such other and further relief for Sandoz as this Court deems just and proper.

Dated: October 26, 2007

By: _____

Wayne A. Cross (*pro hac vice*)
Michael J. Gallagher (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

Counsel for Defendant Sandoz Inc.