Box 123

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| *The City of New York v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 04-CV-06054) | **MOTION OF AVENTIS BEHRING, LLC, N/K/A ZLB BEHRING, LLC FOR LEAVE TO FILE OUT OF TIME BEHRING'S ANSWER TO PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT** |
| *County of Albany v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00425) |  |
| *County of Allegany v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06231) |  |
| *County of Broome v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00456) |  |
| *County of Cattaraugus v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06242) |  |
| *County of Cayuga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00423) |  |
| *County of Chautauqua v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06204) |  |
| *County of Chemung v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06744) |  |
| *County of Chenango v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00354) |  |
| *County of Columbia v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00867) |  |

[Caption Continues on Next Page]

| | |
|---|---|
| *County of Cortland v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00881) | )<br>) |
| *County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-06458) | )<br>) |
| *County of Essex County v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00878) | )<br>) |
| *County of Fulton v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00519) | )<br>) |
| *County of Genesee v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06206) | )<br>) |
| *County of Greene v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00474) | )<br>) |
| *County of Herkimer v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00415) | )<br>) |
| *County of Jefferson v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00715) | )<br>) |
| *County of Lewis v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00839) | )<br>) |
| *County of Madison v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00714) | )<br>) |
| *County of Monroe v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06148) | )<br>) |
| *County of Nassau v. Abbott Laboratories, Inc., et al.*<br>(E.D.N.Y. No. 04-CV-5126) | )<br>) |
| *County of Niagara v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06296) | )<br>) |
| *County of Oneida v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00489) | )<br>) |
| *County of Onondaga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00088) | )<br>) |
| *County of Ontario v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06373) | )<br>) |
| *County of Orange v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 07-CV-2777) | )<br>) |
| *County of Orleans v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06371) | )<br>) |
| *County of Putnam v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-04740) | )<br>) |

[Caption Continues on Next Page]

\\\DC - 065744/000023 - 2626664 v1

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00422)  )

*County of Rockland v. Abbott Laboratories, Inc., et al.*  )
(S.D.N.Y. No. 03-CV-7055)  )

*County of Saratoga v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00478)  )

*County of Schuyler v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 05-CV-06387)  )

*County of Seneca v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 05-CV-06370)  )

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00479)  )

*County of Steuben v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 05-CV-06223)  )

*County of Suffolk v. Abbott Laboratories, Inc., et al.*  )
(E.D.N.Y. No. CV-03-229)  )

*County of Tompkins v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00397)  )

*County of Ulster v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 06-CV-0123)  )

*County of Warren v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00468)  )

*County of Washington v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00408)  )

*County of Wayne v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 05-CV-06138)  )

*County of Westchester v. Abbott Laboratories, Inc., et al.*  )
(S.D.N.Y. No. 03-CV-6178)  )

*County of Wyoming v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 03-CV-6379)  )

AND

*County of Yates v. Abbott Laboratories, Inc., et al.*  )
(W.D.N.Y. No. 05-CV-06172)  )

\\\DC - 065744/000023 - 2626664 v1

## ASSENTED TO MOTION FOR LEAVE TO FILE
## ONE BUSINESS DAY OUT OF TIME

Defendant Aventis Behring, LLC, n/k/a ZLB Behring, LLC ("Behring"), with plaintiffs' assent, respectfully moves for leave to file its Answer to Plaintiffs' Revised First Amended Consolidated Complaint ("FACC") one business day out of time.  Behring was prepared to timely file its Answer to the FACC on Friday, October 26, 2007 but the computer network of Behring's national counsel malfunctioned that afternoon, erasing portions of Behring's Answer and preventing electronic transmission of Behring's Answer to the undersigned counsel.  As a result of these network problems, Behring was unable to file and serve its Answer to the FACC on October 26, 2007.  Behring submits that these technical issues constitute good cause for filing Behring's Answer to the FACC one business day out of time, and Behring therefore respectfully requests that the Court accept Behring's Answer for filing.

Respectfully submitted,

AVENTIS BEHRING LLC,
 N/K/A ZLB BEHRING, LLC

By its Attorneys,

/s/David M. Glynn
Michael DeMarco (BBO #119960)
 michael.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
 aimee.bierman@klgates.com
David M. Glynn (BBO #650964)
 david.glynn@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

William D. Nussbaum
Jonathan T. Rees
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington D.C. 20004
(202) 637-5600
FAX:  (202) 637-5910

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ David M. Glynn
David M. Glynn

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on October 29, 2007, counsel for Aventis Behring, LLC n/k/a ZLB Behring, LLC conferred with counsel for plaintiffs on this motion.  Plaintiffs indicated that they assent to this Motion

/s/ David M. Glynn
David M. Glynn

\\\DC - 065744/000023 - 2626664 v1