# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL No. 1456 |
| LITIGATION | ) | |
|  | ) | CIVIL ACTION: 01-CV-12257-PBS |
|  | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| ALL CLASS ACTIONS | ) | |
|  | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Jason E. Baranski, formerly of Morgan, Lewis & Bockius LLP, as counsel for Defendant Pharmacia Corporation in the above-captioned matter.  Pharmacia Corporation will continue to be represented by the undersigned, as well as the attorneys at Morgan, Lewis & Bockius LLP who have been admitted to the Court by pro hac vice application.

Dated: October 30, 2007

Respectfully submitted,

/s/ Mark D. Smith
Mark D. Smith (BBO# 542676)
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA  02109
Tel:  (617).367.7984
Fax:  (617).367.6475

John C. Dodds
Kimberly K. Heuer
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103
Tele: 215.963.5000
Fax:  215.963.5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tele: 202.739.3000
Fax: 202.739.3001

Attorneys for Defendant
Pharmacia Corporation

## <u>CERTIFICATE OF SERVICE</u>

I, Mark D. Smith, hereby certify that on this 30th day of October, 2007, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.

/s/ Mark D. Smith
LAREDO & SMITH, LLP