# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | ) ) ) ) ) ) Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS OR PARTIALLY DISMISS THE RELATORS' COMPLAINT

Defendant Abbott Laboratories, Inc. ("Abbott") hereby respectfully asks, pursuant to Federal Rule of Civil Procedure 12(b)(6), that this Court dismiss the Relator's Complaint, filed August 30, 2007. In the alternative, Abbott respectfully requests that this Court partially dismiss all untimely claims found in the complaint. The bases for this motion are explained in detail in the accompanying memorandum of law.

WHEREFORE, Abbott asks that is motion be granted, and relief be provided as requested in the accompanying memorandum.

Dated:  October 30, 2007					Respectfully submitted,

/s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS OR PARTIALLY DISMISS THE RELATOR'S COMPLAINT to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 30th day of October, 2007.

                                        /s/ David S. Torborg
                                        David S. Torborg