# EXHIBIT I

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15  P 1:4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Ex Rel** <br>     **VEN-A-CARE OF THE** <br>     **FLORIDA KEYS, INC.,** <br>     **a Florida Corporation,** <br>     **by and through its principal** <br>     **officers and directors,** <br>     **ZACHARY T. BENTLEY and** <br>     **T. MARK JONES,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|     **Plaintiff,** | ) **CIVIL ACTION NO. 00 CV10698 MEL** <br> ) |
| **v.** | ) <br> ) |
| **ABBOTT LABORATORIES, INC.;** | ) **FILED IN CAMERA AND** <br> ) **UNDER SEAL** <br> ) <br> ) <br> ) <br> ) <br> ) **THIRD AMENDED COMPLAINT** <br> ) <br> ) |
| **BOEHRINGER INGELHEIM, CORP.;** <br> **BOEHRINGER INGELHEIM** <br> **PHARMACEUTICALS, INC.;** <br> **BOEHRINGER INGELHEIM** <br> **INTERNATIONAL GmbH;** <br> **BOEHRINGER INGELHEIM** <br> **AUSLANDBETEILIGUNGS GmbH;** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| **C.H. BOEHRINGER SOHN;** <br> **DEY, INC.;** | ) <br> ) <br> ) |
| **EM PHARMA, INC.;** <br> **EMD PHARMACEUTICALS, INC.;** | ) <br> ) <br> ) |

CIVIL ACTION NO. 00 CV10698 MEL

)
)
)
)          **For Money Damages and Civil**
)          **Penalties Under the False Claims**
)          **Act 31 U.S.C. §§3729-3732**
)
)
)
**LIPHA, S.A.;**                                    )
                                                   )
**MERCK-LIPHA, S.A.;**                             )
**MERCK KGaA;**                                    )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
**PHARMA-INVESTMENT LIMITED;**                     )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
**ROXANE LABORATORIES, INC.;**                     )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
            **Defendants.**                        )
_____            )
                                                   )

2

CIVIL ACTION NO. 00 CV10698 MEL

## THIRD AMENDED COMPLAINT
## FOR MONEY DAMAGES AND CIVIL PENALTIES UNDER THE FALSE
## CLAIMS ACT 31 U.S.C. §§3729-3732

COMES NOW, the UNITED STATES OF AMERICA ("UNITED STATES" or

"GOVERNMENT"), by and through VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-

CARE" or "the Relator"), and its principal officers and directors, ZACHARY T. BENTLEY

and T. MARK JONES, and by and through the undersigned attorneys on behalf of the

UNITED STATES and on the Relator's own behalf and brings this action against ABBOTT

LABORATORIES, INC.;

BOEHRINGER INGELHEIM, CORP.; BOEHRINGER

INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM INTERNATIONAL

GmbH; BOEHRINGER INGELHEIM AUSLANDBETEILIGUNGS GmbH;

C.H. BOEHRINGER SOHN; DEY, INC.;

EM PHARMA, INC.; EMD PHARMACEUTICALS, INC.;

3

CIVIL ACTION NO. 00 CV10698 MEL

███████ LIPHA, S.A.; MERCK-LIPHA, S.A.; MERCK KGaA; ███████

████████████████████████████████████████████████████████

PHARMA-INVESTMENT LIMITED; ████████████████████████████████

████████████████████████████████████████████████████████

███████████████ ROXANE LABORATORIES, INC.; ████████████████

████████████████████████████████████████████████████████

███████████████████ (sometimes referred to collectively as "DEFENDANTS"), for

money damages and civil penalties arising out of the DEFENDANTS' violations of the

Federal False Claims Act ("False Claims Act" or the "Act") 31 U.S.C., §§3729-3732.

## TABLE OF CONTENTS

**Page No:**

**SECTION NO. 1**    **11**
**SUMMARY OF THE ACTION**

**A.**    **THE DEFENDANTS' FRAUD PERTAINED TO TWO CATEGORIES OF PRESCRIPTION DRUGS: 1) DRUGS REIMBURSED SOLELY BY MEDICAID AND 2) DRUGS REIMBURSED BY BOTH MEDICAID AND PART B OF MEDICARE**    **15**

**B.**    **DRUG MANUFACTURERS' FALSE PRICE AND COST REPRESENTATIONS INVOLVING RETAIL PHARMACIES AND THE STATE MEDICAID PROGRAMS**    **16**

4

CIVIL ACTION NO. 00 CV10698 MEL

## TABLE OF CONTENTS

| | | Page No: |
|---|---|---|
| C. | DRUG MANUFACTURERS' FALSE PRICE AND COST REPRESENTATIONS  INVOLVING PHYSICIANS AND PHARMACIES AND THE STATE MEDICAID PROGRAMS AS WELL AS MEDICARE | 19 |
| | ███████████████████████████████ | 20 |
| E. | DAMAGES CAUSED BY THE DEFENDANTS' FALSE CLAIMS SCHEMES | 22 |
| SECTION NO. 2 THE PARTIES | | 24 |
| SECTION NO. 3 JURISDICTION & VENUE | | 46 |
| SECTION NO. 4 HOW DRUG MANUFACTURERS' PRICE AND COST REPRESENTATIONS ARE OBTAINED BY  THE MEDICARE AND STATE MEDICAID PROGRAMS WHICH THEN UTILIZE THEM TO CALCULATE DRUG REIMBURSEMENT AMOUNTS | | 47 |
| SECTION NO. 5 ROLE OF THE DRUG WHOLESALER | | 52 |
| SECTION NO. 6 BACKGROUND OF HOW UNITED STATES' MONIES ARE PAID FOR DRUG CLAIMS UNDER THE MEDICARE PROGRAM | | 54 |
| SECTION NO. 7 BACKGROUND OF HOW UNITED STATES' MONIES ARE PAID FOR DRUG CLAIMS UNDER THE STATES' MEDICAID PROGRAMS | | 58 |
| A. | FUNDING FOR MEDICAID | 58 |

## TABLE OF CONTENTS

| | | Page No: |
|---|---|---|
| **B.** | **MEDICAID PAYMENT OF CLAIMS FOR PRESCRIPTION DRUGS** | **60** |
| | ██████████████████████████ | **65** |
| **SECTION NO. 9** | **THE FALSE CLAIMS SCHEMES** | **71** |
| **A.** | **DEFENDANTS' SCHEMES RESULTED IN MULTIPLE VIOLATIONS OF THE FALSE CLAIMS ACT** | **71** |
| **B.** | **THE NATURE AND IMPACT OF THE DEFENDANTS' FALSE CLAIM SCHEMES** | **79** |
| **SECTION NO. 10** | **THE DEFENDANT DRUG MANUFACTURERS' KNOWLEDGE OF THE FALSE CLAIMS SCHEMES** | **81** |
| **SECTION NO. 11** | **DAMAGES CAUSED BY DEFENDANTS' FRAUD SCHEMES** | **88** |
| **SECTION NO. 12** | **DEFENDANTS CONSPIRED TO DEFRAUD THE MEDICARE AND MEDICAID PROGRAMS** | **92** |
| | ██████████████████████████ | **96** |
| **SECTION NO. 14** | **THE DEFENDANTS HAVE REPEATEDLY UNDERMINED EFFORTS OF THE FEDERAL AND STATE GOVERNMENTS TO ENSURE THAT GOVERNMENT DRUG REIMBURSEMENT AMOUNTS ARE REASONABLE** | **101** |

CIVIL ACTION NO. 00 CV10698 MEL

| **TABLE OF CONTENTS** | **Page No:** |
| --- | --- |
| **SECTION NO. 15**<br>**THE SPECIFIC FALSE PRICE AND COST REPRESENTATIONS OF DEFENDANT ABBOTT AS TO MEDICAID** | **105** |
| | **110** |
| | **114** |
| | **118** |
| | **121** |
| **SECTION NO. 20**<br>**THE SPECIFIC FALSE PRICE AND COST REPRESENTATIONS OF DEFENDANT DEY AS TO MEDICARE AND MEDICAID** | **125** |
| | **127** |
| | **131** |

CIVIL ACTION NO. 00 CV10698 MEL

## <u>TABLE OF CONTENTS</u>

Page
No:



135

141

143

147

152

155

159

**SECTION NO. 30**
 **THE SPECIFIC FALSE PRICE AND COST**
 **REPRESENTATIONS OF DEFENDANT**
 **ROXANE AS TO MEDICARE AND MEDICAID**

162

CIVIL ACTION NO. 00 CV10698 MEL

## **TABLE OF CONTENTS**



| | Page No: |
|---|---|
| | 167 |
| | 172 |
| | 175 |
| | 178 |
| | 182 |
| | 186 |
| | 190 |
| **SECTION NO. 38**<br>    **RECOVERY OF STATES' SHARES OF DAMAGES TO THE MEDICAID PROGRAM** | 193 |

## TABLE OF CONTENTS

Page No:

**COUNT I**    195
**FALSE CLAIMS ACT; CAUSING PRESENTATION OF FALSE OR FRAUDULENT CLAIMS**

**COUNT II**    196
**FALSE CLAIMS ACT; CAUSING A FALSE RECORD OR STATEMENT TO BE MADE OR USED TO GET A FALSE OR FRAUDULENT CLAIM PAID OR APPROVED BY THE GOVERNMENT**

**COUNT III**    197
**FALSE CLAIMS ACT; CAUSING FALSE RECORDS OR STATEMENTS TO BE USED TO CONCEAL AN OBLIGATION TO PAY MONEY TO THE GOVERNMENT**

**COUNT IV**    198
**FALSE CLAIMS ACT; CAUSING PRESENTATION OF FALSE OR FRAUDULENT CLAIMS; ILLEGAL REMUNERATION**

**COUNT V**    200
**FALSE CLAIMS ACT; CAUSING PRESENTATION OF FALSE OR FRAUDULENT CLAIMS; PROHIBITED REFERRALS, CLAIMS AND COMPENSATION ARRANGEMENTS**

**COUNT VI**    202
**FALSE CLAIMS ACT; CONSPIRING TO DEFRAUD THE GOVERNMENT BY GETTING A FALSE OR FRAUDULENT CLAIM ALLOWED OR PAID; J-CODE/PHYSICIAN SERVICES**

**COUNT VII**    204
**FALSE CLAIMS ACT; CONSPIRING TO DEFRAUD THE GOVERNMENT BY GETTING A FALSE OR FRAUDULENT CLAIM ALLOWED OR PAID; HUB AND SPOKE CONSPIRACY**

## <u>TABLE OF CONTENTS</u>

**Page No:**



**208**

**210**

<u>COUNT X</u>      **212**
   **FALSE CLAIMS ACT; FALSE CLAIMS UNDER STATE LAW
   ARISING FROM SAME TRANSACTION OR OCCURRENCE AS
   BROUGHT IN THIS FALSE CLAIMS ACTION**

**REQUESTS FOR RELIEF**      **213**

**DEMAND FOR JURY TRIAL**      **218**

## SECTION NO. 1
## SUMMARY OF THE ACTION

1.     This is an action for damages, treble damages, restitution, civil penalties, pre-judgment interest and equitable relief, and for attorneys' fees and expenses of the Relator, against the DEFENDANTS for violations of the False Claims Act as set out in Counts I through X. The violations arise from DEFENDANTS' actions which caused Medicare and the State Medicaid Programs to pay grossly inflated prices for DEFENDANTS' prescription

Pages 12-104 redacted

Case 1:07-cv-12578-PBS   Document 14861-10   Filed 08/30/2007   Page 14 of 34
Case 1:01-cv-12257-PBS   Document 4861-10   Filed 10/30/07   Page 14 of 34

CIVIL ACTION NO. 00 CV10698 MEL

determined with reference to the reported prices of all versions of that drug, a single manufacturer's false, inflated price reports can cause the FUL for all versions of that drug to be set at a higher amount than would be set if the manufacturer reported the prices generally and currently available in the marketplace, based on its own business records and information. Thus, FULs distorted by the false price reports of manufacturers, including the DEFENDANTS, to recognized publishing compendia circumvented the Government's efforts to limit amounts paid for claims. One false report can affect the FUL by distorting the median price.

## SECTION NO. 15
## THE SPECIFIC FALSE PRICE AND COST
## REPRESENTATIONS OF DEFENDANT
## ABBOTT AS TO MEDICAID

192.    From on or before December 31, 1995 and continuing through the present date, ABBOTT knowingly caused  Medicaid   to pay false or fraudulent claims for prescription drugs, including those specified in this Section, and further made or used false records statements to get such false or fraudulent claims paid or approved.  As a result of the said actions of ABBOTT and those persons and entities acting directly or indirectly in concert with ABBOTT, Medicaid   paid grossly excessive, unreasonable and unlawful amounts for claims for the drugs, including those specified in this Section.  The acts committed by ABBOTT that caused Medicaid to pay or approve said false or fraudulent claims included, but were not necessarily limited to, knowingly making false or fraudulent

representations about prices and costs of the drugs, including those specified in this Section which ABBOTT knew would be utilized by Medicaid in paying or approving claims for such drugs and using the inflated Spread created by its false representations of prices and costs as a financial inducement to increase or maintain sales and marketshare of those drugs. Each of ABBOTT'S false representations was utilized by Medicaid in paying or approving claims for the drugs, including those specified in this Section.

193. During the entire period of time specified in this Section, ABBOTT knowingly caused its false or fraudulent price and cost representations to be reported by the recognized price publishing compendia known as Red Book, Blue Book and First DataBank's Automated Services and Medi-Span and further made or used false records or statements regarding the prices and costs of its drugs, including those specified in this Section and submitted same to Medicaid. ABBOTT made or caused to be made approximately 9,792,222 false statements in the form of false or fraudulent price and cost representations to the state Medicaid Programs.

194. By way of example, ABBOTT'S price and cost representations for certain of the drugs in question, as reported by ABBOTT are shown in the following chart. In comparison, the amount listed under the Relator's Cost column represents the actual contract prices that were available to the Relator for the listed drugs. The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software. As a very small infusion pharmacy, the Relator

did not receive the lowest prices available to volume purchasers. Accordingly, in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator. For Providers that paid less, the Spread on the drugs was correspondingly greater than the Spread on the same drugs available to the Relator. A listing of drugs with respect to which ABBOTT knowingly caused Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibit "1"** (Medicaid only) attached hereto and incorporated herein by reference. Attached as **Exhibits "9"** and **"10"** are charts showing ABBOTT's WACs and WEACs for certain of the drugs in question.

| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
|------|------|------|------|------|------|------|
| 1993 | $65.31 | $65.31 | $65.31 | $55.00 | | |
| 1994 | $65.31 | $65.31 | $65.31 | $55.00 | | $28.76 |
| 1995 | $65.31 | $65.31 | $65.31 | $55.00 | | $37.07 |
| 1996 | $65.31 | $65.31 | $65.31 | $55.00 | | $37.07 |
| 1997 | $67.21 | | $67.21 | | | $38.18 |
| 1998 | $67.21 | | $67.21 | | | $38.18 |
| 1999 | $67.21 | | $67.21 | $58.35 | | $38.18 |
| 2000 | $69.29 | | $69.29 | $58.35 | | $38.18 |
| 2001 | $69.29 | | $69.29 | $58.35 | $33.20 | $38.18 |

CIVIL ACTION NO. 00 CV10698 MEL

| Defendant ABBO Erythromycin Stearate 250 mg Tablets 500's NDC #00074-6346-53 | | | | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 2002 | $69.29 | | $69.29 | | $29.80 | $38.18 |
| 2003 | $69.29 | | $69.29 | | | $38.18 |
| 2004 | $69.29 | | $72.69 | | $37.69 | $56.54 |

| Defendant ABBo Erythromycin Stearate 500 mg Tablets 100's NDC #00074-6304-53 | | | | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 1993 | $24.85 | $24.85 | $24.86 | $20.93 | | |
| 1994 | $24.85 | $24.85 | $24.86 | $20.93 | | $13.37 |
| 1995 | $24.85 | $24.85 | $24.86 | $20.93 | | $14.85 |
| 1996 | $24.85 | $24.85 | $24.86 | $20.93 | | $14.85 |
| 1997 | $25.58 | | $25.58 | NA | | $15.30 |
| 1998 | $25.58 | | $25.58 | NA | | $15.30 |
| 1999 | $25.58 | | $25.58 | $22.19 | | $15.30 |
| 2000 | $26.35 | | $26.35 | $22.19 | | $15.30 |
| 2001 | $26.35 | | $26.35 | $22.19 | $13.30 | $15.30 |
| 2002 | $26.35 | | $26.35 | | $13.30 | $15.30 |

CIVIL ACTION NO. 00 CV10698 MEL

| | | | Defendant ABBOTT Erythromycin Stearate 500 mg Tablets 100s NDC #00074-6316-13 | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 2003 | | | $26.35 | | | $15.30 |
| 2004 | | | $27.65 | | $14.59 | $21.89 |

| | | | Defendant ABBOTT ... 500 mg Tablets ... NDC #00074-6316-13 | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 1993 | $23.75 | $23.75 | $23.75 | $20.00 | | |
| 1994 | $23.75 | $23.75 | $23.75 | $20.00 | | $7.50 |
| 1995 | $23.75 | $23.75 | $23.75 | $20.00 | | $7.50 |
| 1996 | $23.75 | $23.75 | $24.44 | $20.00 | | $7.50 |
| 1997 | $24.44 | | $24.44 | | | $7.72 |
| 1998 | $24.44 | | $24.44 | | | $7.72 |
| 1999 | $24.44 | | $25.18 | $21.20 | | $7.72 |
| 2000 | $25.18 | | $25.18 | $21.20 | | $7.72 |
| 2001 | $25.18 | | $25.18 | $21.20 | $7.21 | $7.72 |
| 2002 | $25.18 | | $25.18 | | $6.60 | $7.72 |

CIVIL ACTION NO. 00 CV10698 MEL

| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost / Contract Price | Invoice Price to Wholesaler |
|------|------|------|------|------|------|------|
| 2003 | $25.18 | | $25.18 | | | $7.47 |
| 2004 | $25.18 | | $26.41 | | $16.21 | $24.32 |

195. As a result of ABBOTT'S actions as alleged herein, the UNITED STATES has sustained damages, and ABBOTT is liable to the United States for civil penalties and treble damages as provided by the False Claims Act.

## SECTION NO. 16



196.

Pages 111-217 redacted

CIVIL ACTION NO. 00 CV10698 MEL

## DEMAND FOR JURY TRIAL

A jury trial is demanded in this case.

Dated: _February 15_, 2005

Respectfully submitted,
Attorneys for
the Private Person Plaintiff,
Ven-A-Care of the Florida Keys, Inc.

Jonathan Shapiro
BBO No. 454220
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
617-742-5800

THE BREEN LAW FIRM
James J. Breen
Florida Bar No. 297178
Alison W. Simon
Florida Bar No: 0109568
P. O. Box 297470
Pembroke Pines, FL 33029
Phone: 954-874-1635
Fax: 954-874-1705

Attorneys for the United States
of America by and through
Ven-A-Care of the Florida
Keys, Inc., the Relator

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Gary L. Azorsky
Susan S. Thomas
Jeanne A. Markey
Joy Clairmont
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3000

GOODE, CASSEB, JONES,
RIKLIN, CHOATE & WATSON
John E. Clark
2122 North Main Avenue
San Antonio, Texas 78212-9680
Phone: 512-733-6030

218

CIVIL ACTION NO. 00 CV10698 MEL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _15th_ day of _February_, 2005, I caused an original and a copy of this Third Amended Complaint to be filed under seal and in camera for sixty (60) days and not to be served on the Defendants named herein or until further order of this Honorable Court.

I HEREBY CERTIFY that prior to this _15th_ day of _February_, 2005, I caused a copy of this Third Amended Complaint and written disclosure of substantially all material evidence and information the Relator, VEN-A-CARE possesses to be served on the Government pursuant to Rule 4(i)(1)(A) and (B), Fed.R.Civ.P., prior to the filing of this Third Amended Complaint by delivering a copy of the Third Amended Complaint, material evidence and information to the United States Attorney for the District of Massachusetts, and by sending a copy of the Third Amended Complaint, material evidence and information by Certified Mail, Return Receipt Requested, to the Attorney General of the United States in Washington, D.C.

Jonathan Shapiro

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Bos-3rd-Amd-Cmp-Final.wpd

219

# EXHIBIT "1"

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 1

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Abbott | E.E.S. 200 Susp. 100 ml | 00074-6306-13 | Oral |
| Abbott | E.E.S. 200 Liq 200 Mg/5 ml | 00074-6306-16 | Oral |
| Abbott | E.E.S. 400 Liq 400 Mg/5 ml | 00074-6373-16 | Oral |
| Abbott | E.E.S./ sulfisoxazole 200 Mg, 100 ml | 00074-7156-13 | Oral |
| Abbott | E.E.S./ sulfisoxazole 200 Mg 150 ml | 00074-7156-43 | Oral |
| Abbott | E.E.S./sulfisoxazole 200 Mg  200 ml | 00074-7156-53 | Oral |
| Abbott | Ery-tab E/c Ud 250 Mg 100's | 00074-6304-11 | Oral |
| Abbott | Ery-tab E/c 250 Mg 100's | 00074-6304-13 | Oral |
| Abbott | Ery-tab E/c 250 Mg 30's | 00074-6304-30 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-11 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-13 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-30 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-53 | Oral |
| Abbott | Ery-tab 500 Mg u | 00074-6321-11 | Oral |
| Abbott | Ery-tab 500 Mg e | 00074-6321-13 | Oral |
| Abbott | Erythromycin Ethylsuccinate Tab 400 mg | 00074-2589-13 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 2

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Abbott | Erythromycin Ethylsuccinate Tab 400 mg | 00074-2589-53 | Oral |
| Abbott | Erythromycin Stearate 500 Mg Tab 100's | 00074-6316-13 | Oral |
| Abbott | Erythromycin Base 250 Mg Tab 100's | 00074-6326-13 | Oral |
| Abbott | Erythromycin Base 250 Mg Tab 500's | 00074-6326-53 | Oral |
| Abbott | Erythromycin Stearate 250 Mg Tab 100's | 00074-6346-20 | Oral |
| Abbott | Erythromycin Stearate Ud 250 Mg Tab 100's | 00074-6346-38 | Oral |
| Abbott | Erythromycin Stearate 250 Mg Tab 500's | 00074-6346-53 | Oral |
| Abbott | Isoflurane Vial | 00074-3292-01 | Inhalant |
| Abbott | Isoflurane Vial | 00074-3292-02 | Inhalant |
| Abbott | Pediazole Susp | 00074-8030-13 | Oral |
| Abbott | Pediazole Susp | 00074-8030-43 | Oral |
| Abbott | Pediazole Susp | 00074-8030-53 | Oral |
| | | | |

Remainder of Ex. 1 redacted


and


Ex. 2-8 redacted

EXHIBIT "9"

# EXHIBIT "9"
## WAC - page 1

The following tables, organized by drug and NDC number, reflect the 2001 false wholesaler prices in First Data Bank's automated services. The information in the table under the heading "False Reported WAC" reflects each DEFENDANT'S false representations of price charged to wholesalers for drugs. The heading "Relator's Cost" reflects the true price that each DEFENDANT charged the Relator for the drug or caused another entity to charge the Relator for the drug.

| ABBOTT | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | ABBOTT'S FALSE REPORTED WAC | RELATOR'S COST (in or about January 2001) |
| Erythromycin Base 250 mg Tab 100's 00074-6326-13 | $11.16 | $7.40 |
| Erythromycin Base 250 mg Tab 500's 00074-6326-53 | $56.19 | $35.89 |
| Erythromycin Stearate 250 mg Tab 100's 00074-6346-20 | $11.00 | $7.86 |
| Erythromycin Stearate 250 mg Tab 500's 00074-6346-53 | $52.25 | $38.18 |
| Erythromycin Stearate 500 mg Tab 100's 00074-6316-13 | $19.88 | $15.30 |
| Erythromycin Stearate UD 250 mg Tab 100's 00074-6346-38 | $14.28 | $10.03 |
| ERY-TAB E/C | $6.36 | $2.76 |
| ERY-TAB E/C | $21.31 | $7.72 |

1

# EXHIBIT "9"
## WAC - page 2

| ABBOTT | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | ABBOTT'S FALSE REPORTED WAC | RELATOR'S COST (in or about January 2001) |
| ERY-TAB E/C UD 250 mg, 100's 00074-6304-11 | $23.20 | $9.90 |
| E.E.S. 200 Susp. 100 ml 00074-6306-13 | $3.82 | $3.45 |
| ERY E-Succ/Sulfisoxazole 200 mg, 100 ml 00074-7156-13 | $10.21 | $4.21 |
| ERY E-Succ/Sulfisoxazole 200 mg, 150 ml 00074-7156-43 | $15.31 | $6.32 |
| ERY E-Succ/Sulfisoxazole 200 mg 200 ml 00074-7156-53 | $19.86 | $8.42 |



Remainder of Ex. 9 redacted

EXHIBIT "10"

# EXHIBIT "10"
## WEAC - page 1

The false price and cost representations, as they were submitted to the State of Texas are organized in the following charts by "Drug", "NDC Number", Texas Medicaid Payment Amount ("WEAC"/"DEAC"), "Relator's Cost", the "Gross Profit" and the percentage of "Gross Profit." The amount under the heading "Relator's Cost" is the true price that each DEFENDANT charged the Relator for the drug or caused another entity to charge the Relator for the drug. A comparison of the Relator's cost with each DEFENDANT'S price representations shows the falsity of each DEFENDANT'S price representations for the specified drugs. Furthermore, the tables show the impact of each DEFENDANT'S false statements because they show health care providers made a profit for prescribing each DEFENDANT'S drugs. Texas Medicaid, which intended to pay for drugs based upon estimated acquisition costs, never intended to pay the amounts under the heading "Gross Profit."

| DEFENDANT ABBOTT | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Erythromycin Base 250 mg Tab 100's | 00074-6326-13 | $12.46<br>$12.45 | $7.40 | $5.06<br>$5.05 | 41%<br>41% |
| Erythromycin Base 250 mg Tab 500's | 00074-6326-53 | $59.705<br>$59.15 | $35.89 | $23.815<br>$23.26 | 40%<br>39% |
| Erythromycin Stearate 250 mg Tab 100's | 00074-6346-20 | $12.98<br>$12.28 | $7.86 | $5.12<br>$4.42 | 39%<br>36% |
| Erythromycin Stearate 250 mg Tab 500's | 00074-6346-53 | $61.665<br>$58.35 | $38.18 | $23.485<br>$20.17 | 38%<br>35% |

# EXHIBIT "10"
## WEAC - page 2

| DEFENDANT ABBOTT | | | | | | |
|---|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>===<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>===<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>===<br>DEAC Provider's Gross Profit % |
| Erythromycin Stearate 500 mg Tab 100's | 00074-6316-13 | $24.42<br>$22.19 | $15.30 | $9.12<br>$6.89 | 37%<br>31% |
| ERY-TAB E/C 250 mg, 100's | 00074-6304-13 | $_____<br>$21.20 | $7.72 | $_____<br>$13.48 | %<br>64% |
| ERY E-Succ/ Sulfisoxazole 200 mg, 100 ml | 00074-7156-13 | $_____<br>$10.75 | $4.21 | $_____<br>$6.54 | %<br>61% |
| ERY E-Succ/ Sulfisoxazole 200 mg, 150 ml | 00074-7156-43 | $_____<br>$15.90 | $6.32 | $_____<br>$9.58 | %<br>60% |
| ERY E-Succ/ Sulfisoxazole 200 mg 200 ml | 00074-7156-53 | $_____<br>$20.90 | $8.42 | $_____<br>$12.48 | %<br>60% |



Remainder of Ex. 10 redacted