# EXHIBIT L

Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VEN-A-CARE OF THE FLORIDA KEYS, INC., | § § § | 06-21303-CV-ASG |
| Plaintiff | § § | CIVIL ACTION NO. 95-1354-CIV-GOLD |
| vs. | § § § | FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 |
| ABBOTT LABORATORIES, INC., et al., | § § § | |
| Defendants | § § | |

## PLAINTIFF VEN-A-CARE'S MOTION FOR LEAVE TO AMEND COMPLAINT BY ADOPTING UNITED STATES' COMPLAINT IN INTERVENTION

On or about March 17, 2006, the United States intervened in this action as to defendant Abbott Laboratories, Inc. (Abbott) only.

Pursuant to 31 U.S.C. § 3730(c)(1), Ven-A-Care has the right to continue as a party to the action against Abbott and elects to exercise that right. Accordingly, Ven-A-Care moves, pursuant to Rule 15, Federal Rules of Civil Procedure, for leave to amend its complaint as to Abbott only by adopting the United States' Intervention Complaint as Ven-A-Care's complaint against Abbott and by adding a request to the United States' Intervention Complaint that the Relator receive the maximum share of the proceeds of the action or settlement of the claim provided by law, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs.

Respectfully submitted,

*[signature]*

James J. Breen
Florida Bar No. 297178
Alison W. Simon
Florida Bar No. 0109568
THE BREEN LAW FIRM, P.A.
P. O. Box 297470
Pembroke Pines, FL 33029
Telephone: 954-874-1635
Facsimile: 954-874-1705


Sherrie R. Savett
Gary L. Azorsky
Susan S. Thomas
Jeanne A. Markey
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4636

Attorneys for Ven-A-Care of the
Florida Keys, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___17th___ day of March, 2006, a true and correct copy of the foregoing was sent to the United States via U.S. Mail to Gejaa Gobena, Trial Attorney, U.S. Department of Justice, Civil Division, Commercial Litigation Branch, Fraud Section, 601 D Street, N.W., Washington, DC 20004 and via hand delivery to Mark A. Lavine, Esquire, Assistant United States Attorney, Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, FL 33132.

*[signature]*
Alison W. Simon