# EXHIBIT M


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

FILED by ___ D.C.

MAY 2 4 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC., | § § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 95-1354-CIV-GOLD |
| vs. | § § § | FILED IN CAMERA AND UNDER SEAL PURSUANT TO |
| ABBOTT LABORATORIES, INC., et al., | § § § | 31 U.S.C. § 3730 |
| Defendants | § § | |

## ORDER

Plaintiff Ven-A-Care's motion for leave to amend its complaint as to Abbott only by adopting the United States' Intervention Complaint as its complaint against Abbott and by adding a request to the United States' Intervention Complaint that the Relator receive the maximum share of the proceeds of the action or settlement of the claim provided by law, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs, is GRANTED.

Signed this 24 day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record
AUSA Mark Lavine [305-536-4101]