# EXHIBIT P

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Ven-A-Care of the Florida Keys, Inc.,<br><br>         Plaintiff,<br>v.<br><br>Abbott Laboratories, Inc.<br><br>         Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 07CV11618<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**VEN-A-CARE OF THE FLORIDA KEYS, INC.'S MOTION TO TRANSFER
CASE TO MULTI-DISTRICT LITIGATION PROCEEDING NO. 1456**

Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care"), the Relator, filed the above captioned severed *qui tam* action on August 30, 2007 against Abbott Laboratories, Inc. ("Abbott").[1]  The action is related to a multidistrict litigation proceeding, In Re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456, now pending before United States District Judge Patti B. Saris in this District.  At this time, the Relator now moves to transfer this matter to MDL No. 1456 for pre-trial proceedings.  Abbott has indicated that it does not oppose transfer to the MDL proceeding before Judge Saris for the limited purpose of pre-trial proceedings.

---

[1] Ven-A-Care's claims against Abbott in this matter were filed under seal on February 15, 2001 in the District of Massachusetts as Case No.00-CV-10698 currently in front of United States District Judge Lasker.  The claims in this action against Abbott were severed from the main action in anticipation of the United States' declination and in anticipation of the Relator litigating those declined claims.

CIVIL ACTION NO. 07CV11618

In this case, Ven-A-Care alleges that Abbott violated the False Claims Act, 31 U.S.C. § 3729-33 ("FCA"), by inflating average wholesale prices ("AWPs") and other prices reported to price compendia relied upon by the Medicaid program in setting pharmaceutical reimbursement rates.  Abbott has accepted service of the complaint filed by Ven-A-Care.  Its responsive pleading is due October 30, 2007.

The cases pending before Judge Saris in MDL No. 1456, involve, inter alia, claims that "pharmaceutical defendants engaged in fraudulent marketing, sales and/or billing schemes by unlawfully inflating the average wholesale price of their Medicare covered prescription drugs in order to increase the sales of these drugs to health care professionals and thereby boost the pharmaceutical companies' profits."  *In re Immunex Corp. Average Wholesale Price Litigation*, 201 F. Supp. 2d 1378, 1380 (J.P.M.L. 2002) (ruling of Judicial Panel on Multidistrict Litigation transferring cases to Judge Saris).  In addition to Medicare claims, cases in the MDL also involve pricing fraud with respect to the Medicaid program.  Abbott is a defendant in various actions in MDL No. 1456, including a case initiated by Ven-A-Care in which the United States intervened, *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, et al., MDL Docket Number 06-11337, which originated in the Southern District of Florida and involves conduct similar in nature to the conduct at issue in this action.  Abbott is also a defendant in the lead case, *Citizens For Consumer Justice, et al. v. Abbott Laboratories, Inc., et al.*, Civil Action No. OI-12257-PBS.  The United States and the Relator are also plaintiffs in two other FCA cases transferred to the District of Massachusetts and assigned to Judge Saris as part of MDL No. 1456: *United States of*

CIVIL ACTION NO. 07CV11618

*America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, MDL Docket No. 05-11084; and *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelhiem Corp., et al.,* MDL Docket No. 07-10248.  The Relator believes that discovery in the FCA cases listed above and the instant matter should be coordinated as much as possible.  Therefore, the Relator believes it would be appropriate to transfer the instant matter to MDL No. 1456.

Dated: September 20, 2007

        Respectfully submitted,
        For the Relator, Ven-a-Care of the Florida Keys, Inc.,

        **/s/ Alison W. Simon**
        James. J. Breen
        Alison W. Simon
        The Breen Law Firm
        3350 S.W. 148th Avenue, Suite 110
        Miramar, FL 33027
        Tel: (954) 874-1635
        Fax: (954) 874-1705
        Email: jbreen@breenlaw.com

        Jonathan Shapiro, Esq.
        Kenneth Resnik, Esq.
        Stern, Shapiro, Weissberg & Garin, LLP
        90 Canal Street
        Boston, MA 02114-2002
        Phone: 617-742-5800
        Fax: 617-742-5858

CIVIL ACTION NO. 07CV11618

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of September, 2007, a true and correct copy of the foregoing was sent to the United States via U.S. Mail to: George B. Henderson, II, Assistant U.S. Attorney, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and Gejaa T. Gobena, Trial Attorney, U.S. Department of Justice, Civil Division, Commercial Litigation Branch, Fraud Section, P.O. Box 261, Ben Franklin Station, Washington D.C. 20044.

                                              /s/ Alison W. Simon
                                              Alison W. Simon