# EXHIBIT Q

## Ex. Q:  CHRONOLOGY OF EVENTS IN CURRENT LITIGATION

The following timeline sets forth key events both in this Massachusetts case, as well as the previously-filed Florida Case.  Italicized items refer to events in this Massachusetts Case.

| Date | Event |
| --- | --- |
| 6/23/95 | Ven-A-Care files Complaint in Southern District of Florida. |
| 3/28/97 | Ven-A-Care voluntarily dismisses Abbott from Florida Complaint; files First Amended Complaint |
| 8/12/97 | Ven-A-Care re-files claims against Abbott in Second Amended Florida Complaint |
| 12/9/99 | Ven-A-Care files Third Amended Florida Complaint. |
| 4/10/00 | *Ven-A-Care files Massachusetts Complaint (Abbott not named as a defendant)* |
| 2/15/01 | *Ven-A-Care files First Amended Massachusetts Complaint (Abbott added as defendant)* |
| 2/1/02 | *Ven-A-Care files Second Amended Massachusetts Complaint.* |
| 12/11/02 | Ven-A-Care files Fourth Amended Florida Complaint. |
| 2/5/2005 | *Ven-A-Care files Third Amended Massachusetts Complaint* |
| 3/17/06 | United States intervenes in Florida Complaint as to specific drug codes, and files Complaint in Intervention |
| 5/16/06 | Ven-A-Care amends Florida Complaint to adopt United States' Complaint in Intervention |
| 8/30/07 | *Claims against Abbott in Massachusetts Complaint severed; Severed Amended Massachusetts Complaint unsealed* |