UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
RENEWED MOTION FOR PROTECTIVE ORDER BARRING
THE DEPOSITION OF ABBOTT CEO MILES WHITE**

Abbott Laboratories Inc. respectfully requests permission to file the reply attached as

Exhibit A hereto in support of its renewed motion for a protective order barring the deposition of

its CEO, Miles D. White (Dkt. No. 4774).  The United States does not oppose this motion.  To

the extent that the United States wishes to submit a sur-reply, it will do so on or before

November 7, 2007.

Dated:  October 31, 2007                  Respectfully submitted,

                                        /s/ Brian J. Murray
                                        James R. Daly
                                        Jason G. Winchester
                                        Brian J. Murray
                                        JONES DAY
                                        77 West Wacker Drive, Suite 3500
                                        Chicago, Illinois  60601
                                        Telephone:  (312) 782-3939
                                        Facsimile:  (312) 782-8585

                                        *Counsel for Abbott Laboratories Inc.*

<u>CERTIFICATE OF SERVICE</u>

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing *Unopposed Motion For Leave To File Reply In Support Of Renewed Motion For Protective Order Barring The Deposition Abbott CEO Miles White* to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 31st day of October, 2007.

<u>/s/ Brian J. Murray</u>
Brian J. Murray

# Exhibit A