# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

---------------------------------x
IN RE: PHARMACEUTICAL             :   MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE        :
PRICE LITIGATION                  :
                                  :   CIVIL ACTION: 01-12257-PBS
THIS DOCUMENT RELATES TO          :
U.S. ex rel. Ven-a-Care of        :   Hon. Patti
The Florida Keys, Inc. v.         :   B. Saris
Abbott Laboratories, Inc.,        :
No. 06-CV-11337-PBS               :   Magistrate Judge
                                  :   Marianne B.
---------------------------------x    Bowler

## DECLARATION OF LISA PARKER

I, Lisa Parker, declare as follows:

1.  My name is Lisa Parker. I am over twenty-one years of age, of sound mind, and am fully competent to make this affidavit. My statements in this declaration are based upon information personally known to me or conveyed to me by agency personnel who have reviewed the material described in subsequent paragraphs of this declaration.

2.  I am presently employed as a Supervisory Health Insurance Specialist by the United States Department of Health and Human Services (HHS), Centers for Medicare & Medicaid Services (CMS), Office of Strategic Operations and Regulatory Affairs (OSORA). In that capacity, I serve as a manager within OSORA's Regulations Development Group. I have held my current position since 2002.

3.  One of OSORA's duties is to manage CMS's decision-making and regulatory process including the maintenance of official records for all regulations published by CMS. The Regulation Development Group within OSORA has direct responsibility for, among other things, the preservation of official rulemaking records and rulemaking support files. As a manager within the Regulation Development Group, I am responsible for overseeing the compilation of rulemaking records and the storage of those documents at the Washington National Records Center (WNRC) in Suitland, Maryland, or the CMS warehouse located at CMS Headquarters in Baltimore, Maryland.

4. The OSORA does not have a formal investigative or policy-making role within CMS in particular or within HHS as a whole. Therefore, OSORA does not itself perform audits or reviews of CMS programs. With regard to regulations, OSORA is responsible for ensuring that the relevant offices within CMS and HHS have the opportunity to review and approve regulations for publication in final form.

5. Under CMS's current records disposition authority the "Official Rulemaking Record" consists of the published proposed rule, all timely filed public comments received in response to the proposed rule or notice that the agency considered in developing the final policy, the public comment log prepared by the recordkeeping office, any computer runs, internal/external studies, final actuarial determinations and all data that relate in any way to the policy. In practice, the official rulemaking record is often made up almost entirely of public comments because typically no studies, computer runs or other data is produced in connection with the regulation.

6. Under CMS's current records disposition authority, the "Rulemaking Support File" consists of internal, pre-decisional documents and drafts, including clearances, drafts of the rules, internal comments received on the drafts, regulation logs, regulation specifications, preliminary actuarial estimates, internal recommendations and briefing papers. This file may also contain the memorandum to the Secretary for the final rule, and the final rule signed by the Secretary.

7. Prior to 2005, CMS' rulemaking related files were not segregated between material that would become part of the Official Rulemaking Record and internal, pre-decisional documents that would not become part of the Official Rulemaking Record. Therefore, pre-2005 rulemaking related files were a mix of documents which would include documents that would be released as part of the Official Rulemaking Record as well as internal, pre-decisional documents and drafts that would not have been released as part of the Official Rulemaking File and are now part of the Rulemaking Support File. CMS was given approval by the National Archives & Records Administration in 2005 to change its records policy so that the rulemaking related files could be separated into the Official Rulemaking Record which would contain only the items listed in paragraph 5, above,

and the Rulemaking Support File which would contain those documents described in paragraph 6. CMS sought this approval because it never released internal, pre-decisional documents and drafts as part of the Official Rulemaking File or in response to a Freedom of Information Act request. CMS has always considered such documents as subject to the deliberative process privilege.

8. OSORA is in receipt of Requests for Production of Documents issued in the above-captioned matter, and more specifically in receipt of a document entitled Schedule B which lists nine published regulations. OSORA staff has checked the Schedule B list against its index of rulemaking related files stored at the WNRC. According to our records, CMS retains control of the rulemaking related files for only six of the regulations listed. In accordance with National Archives and Records Administration regulations at 36 C.F.R. 1228.270, physical and legal custody of the rulemaking records is transferred to the National Archives after 30 years or more of storage at the WNRC. Thus the rulemaking records (which, in these pre-2005 regulations, will include documents now part of the Rulemaking Support File) for 34 Fed. Reg. 1244 (January 25, 1969), 39 Fed. Reg. 41,480 (Nov. 27 1974), 40 Fed. Reg. 34, 516 (August 15, 1975) and 40 Fed. Reg. 32,284 (July 31, 1975) are no longer in CMS control and are now in the custody of the National Archives.

9. There is a total of 163 boxes for the six regulations included on Schedule B over which CMS retains control. Of the 163 boxes, the WRNC storage inventory identifies 132 boxes as containing public comments, 18 are listed as containing other documents which would include Rulemaking Support File-type documents and 13 boxes are listed as containing unknown documents.

10. In response to a Request for the Production of Documents by Abbott Laboratories, Inc., OSORA recalled to CMS Headquarters in Baltimore, MD, 66 boxes which would be part of the Official Rulemaking Record for 56 Fed. Reg. 25,860 (June 5, 1991), exclusive of the materials now retained in the Rulemaking Support File. The boxes contain only public comments on proposed rules. These documents were made available for review by defendants in the above-captioned matter. Counsel for at least one defendant has come to CMS Headquarters to review the documents.

11. Also, in response to a Request for the Production of Documents, OSORA recalled to CMS Headquarters in Baltimore, MD, five other boxes related to 56 Fed. Reg. 25,860 (June 5, 1991) which were expected to contain Rulemaking Support File-type documents. A review of these five boxes confirmed that the substantial majority of documents contained therein were pre-decisional drafts and memoranda.

12. OSORA estimates that the 18 boxes of documents with the Rulemaking Support File-type documents contain over 1,600 individual documents.

13. CMS hereby asserts that the material in the Rulemaking Support Files and documents of a similar nature maintained in files created prior to 2005 described above in paragraphs 11 and 14 are subject to the deliberative process privilege. This assertion is based on a review of documents by staff at OSORA and the Office of General Counsel, information in the document inventories, and the provisions of CMS's document disposition authority and protocols. The documents retained in these and all Rulemaking Support Files reflect the comments, opinions, and recommendations exchanged between agency staff as part of the administrative process by which CMS develops and issues final regulations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _2_ day of November, 2007 in ___2007___.

*Lisa Parker* (signature)
Lisa Parker