UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
MDL. NO. 1456
Civil Action No. 01-CV-12257-PBS

# REVISED EXHIBITS A AND B-30 TO THE FIRST AMENDED CONSOLIDATED COMPLAINT

FILED ON BEHALF OF

## THE CITY OF NEW YORK

AND

## NEW YORK COUNTIES

Joanne M. Cicala, Esq.
James P. Carroll, Esq.
Aaron D. Hovan, Esq.
KIRBY McINERNEY & SQUIRE, LLP
830 Third Avenue
New York, NY  10022
Tel:  (212) 371-6600

November 5, 2007

First Amended Consolidated Complaint Revised Exhibit A: Defendant Summary

| Defendant | Actionable Expenditures 1992-2005 | Number of NDCs at Issue | Number of NDCs for Which Plaintiffs Allege AWP Fraud | Number of NDCs for Which Plaintiffs Allege FUL Fraud |
|---|---|---|---|---|
| Abbott | $ 779,840,777 | 653 | 643 | 10 |
| Alpharma | $ 117,648,724 | 391 | 240 | 151 |
| Amgen/Immunex | $ 337,871,266 | 64 | 64 | |
| AstraZeneca | $ 815,871,763 | 138 | 138 | |
| Barr | $ 111,940,208 | 213 | 123 | 90 |
| Baxter | $ 13,396,736 | 66 | 66 | |
| Bayer | $ 156,667,612 | 64 | 64 | |
| Biogen | $ 46,597,835 | 2 | 2 | |
| Boehringer | $ 285,948,703 | 376 | 331 | 45 |
| BMS | $ 1,056,768,985 | 430 | 348 | 82 |
| Chiron | $ 14,028,232 | 8 | 8 | |
| Dey | $ 66,870,920 | 53 | 42 | 11 |
| Eli Lilly | $ 1,023,298,559 | 52 | 52 | |
| Endo | $ 90,476,851 | 95 | 71 | 24 |
| Ethex | $ 30,668,428 | 77 | 70 | 7 |
| Forest | $ 129,597,667 | 125 | 114 | 11 |
| Fujisawa | $ 67,927,903 | 21 | 21 | |
| GSK | $ 2,149,061,232 | 270 | 264 | 6 |
| Hoffman LaRoche | $ 229,777,006 | 94 | 94 | |
| Ivax | $ 161,889,351 | 487 | 312 | 175 |
| Johnson & Johnson | $ 1,574,527,271 | 151 | 150 | 1 |
| King/Monarch | $ 90,884,878 | 159 | 158 | 1 |
| MedImmune | $ 120,215,618 | 5 | 5 | |
| Merck | $ 1,281,434,702 | 216 | 216 | |
| Mylan | $ 295,260,216 | 666 | 445 | 221 |
| Novartis | $ 560,164,969 | 216 | 213 | 3 |
| Organon | $ 38,561,652 | 12 | 12 | |
| Par | $ 102,440,974 | 278 | 170 | 108 |
| Pfizer | $ 2,674,391,051 | 535 | 497 | 38 |
| Purdue | $ 98,416,769 | 38 | 38 | |
| Sandoz | $ 221,589,474 | 728 | 475 | 253 |
| Sanofi-Aventis | $ 524,797,986 | 189 | 188 | 1 |
| Schering/Warrick | $ 680,029,497 | 166 | 148 | 18 |
| Serono | $ 4,772,797 | 4 | 4 | |
| TAP | $ 396,533,124 | 21 | 21 | |
| Teva | $ 324,192,105 | 736 | 447 | 289 |
| Watson | $ 266,352,062 | 1349 | 719 | 630 |
| Wyeth | $ 380,902,976 | 402 | 323 | 79 |
| TOTAL | $ 17,321,616,881 | 9550 | 7296 | 2254 |

# EXHIBIT B-30
**[FILED SEPARATELY UNDER SEAL]**