# Exhibit D

# Exhibit D-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE COMMONWEALTH OF
MASSACHUSETTS

              Plaintiff,

      v.

MYLAN LABORATORIES, INC.; BARR
LABORATORIES, INC.; DURAMED
PHARMACEUTICALS, INC.; IVAX
CORPORATION; WARRICK
PHARMACEUTICALS CORPORATION;
WATSON PHARMACEUTICALS, INC.;
SCHEIN PHARMACEUTICAL, INC.; TEVA
PHARMACEUTICALS USA, INC.; PAR
PHARMACEUTICALS, INC.; DEY, INC.;
ETHEX CORPORATION; PUREPAC
PHARMACEUTICAL CO.; and ROXANE
LABORATORIES, INC.,

             Defendants.

Civil Action No. 03-CV-11865-PBS

## CROSS-NOTICE OF DEPOSITION
## OF THOMAS SCULLY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Warrick Pharmaceuticals Corporation hereby cross-notices the deposition of Thomas

Scully for purposes of the above-captioned action.

On March 27, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of Mr.

Scully for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories,*

*Inc.,* No. 06-CV-11337-PBS.  The notice is attached.  Through this cross-notice, counsel in the

above-caption action are informed that this deposition will also be proceeding for purposes of

*Commonwealth of Massachusetts v. Mylan Laboratories, Inc., et al.,* Civil Action No. 03-CV-11865-PBS.

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at the office of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., 20001.  The deposition of Thomas Scully will take place on May 1, 2007, beginning at 9:00 a.m.  The attached subpoena *duces tecum* directs the witness to appear for deposition and produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

By attorneys,

John T. Montgomery (BBO#352220)
Brien T. O'Connor (BBO# 546767)
Carisa A. Klemeyer (BBO# 655045)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Mark D. Meredith (BBO# 632864)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

*Attorneys for Warrick Pharmaceuticals Corporation*

Dated:  April 9, 2007

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel for the Plaintiff via first class mail and upon all defense counsel of record via electronic mail on April 9, 2007.

Carisa A. Klemeyer

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

### NOTICE OF DEPOSITION OF THOMAS SCULLY

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Thomas Scully.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C.,

20001, on May 1, 2007 beginning at 9:00 a.m. The attached subpoena *duces tecum* directs the

witness to appear for deposition and produce certain documents. The deposition will be taken

upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: March 27, 2007

_/s/ R. Christopher Cook_____
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF THOMAS SCULLY, and attachments, to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 27th day of March, 2007.

_/s/ R. Christopher Cook_____
R. Christopher Cook

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br><br>THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br><br>MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS<br>Lead Case No. 01-CV-12257<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Thomas Scully
        Care of:
        Gejaa Gobena, Esq.
        Patrick Henry Building
        601 D Street, N.W.
        Room 9028
        Washington, D.C. 20004

☐ **YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION<br>**Jones Day**<br>**51 Louisiana Avenue, N.W.**<br>**Washington, D.C. 20001** | DATE AND TIME<br><br>May 1, 2007 at 9:00 AM |
|---|---|

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**
        Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant Abbott Laboratories, Inc. | DATE<br><br>March 27, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: R. Christopher Cook, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, DC 20001 (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i)    fails to allow reasonable time for compliance;
(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)   subjects a person to undue burden.

(B) If a subpoena

(i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.


(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensening of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

     4.     "WAC" means "Wholesale Acquisition Cost."

# Exhibit D-2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS<br><br>Plaintiff,<br><br>v.<br><br>MYLAN LABORATORIES, INC.; BARR LABORATORIES, INC.; DURAMED PHARMACEUTICALS, INC.; IVAX CORPORATION; WARRICK PHARMACEUTICALS CORPORATION; WATSON PHARMACEUTICALS, INC.; SCHEIN PHARMACEUTICAL, INC.; TEVA PHARMACEUTICALS USA, INC.; PAR PHARMACEUTICALS, INC.; DEY, INC.; ETHEX CORPORATION; PUREPAC PHARMACEUTICAL CO.; and ROXANE LABORATORIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 03-CV-11865-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CROSS-NOTICE OF DEPOSITION OF CARDINAL HEALTH, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Warrick Pharmaceuticals Corporation hereby cross-notices the deposition of Cardinal

Health, Inc., for purposes of the above-captioned action.

On June 26, 2007, Cardinal Health, Inc. was noticed for deposition in the matter of

*Alabama Medicaid Pharmaceutical Average Wholesale Pricing,* CV-2005-219, a case pending in

the Circuit Court of Montgomery County, Alabama ("Alabama Action").  The notice is attached.

Through this cross-notice, counsel in the above-caption action are informed that this deposition

will also be proceeding for purposes of *Commonwealth of Massachusetts v. Mylan Laboratories,*
*Inc., et al.,* Civil Action No. 03-CV-11865-PBS.

The deposition will take place before a notary public, or any other officer authorized to
administer oaths, at Cardinal Health, Inc., at 7000 Cardinal Place, Dublin OH 43017, on August
31, 2007 at 10:00 a.m.  The attached subpoena *duces tecum* directs the witness to appear for the
deposition and produce certain documents.  The deposition will be taken upon cross-
examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The
deposition is being taken for the purposes of discovery, for use at trial, and for such other
purposes as permitted under the Federal Rules of Civil Procedure.

By attorneys,

/s/ Jobe G. Danganan
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Carisa A. Klemeyer (BBO#655045)
Jobe G. Danganan (BBO#660446)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Warrick Pharmaceuticals*
*Corporation*

Dated:  August 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon counsel for the Plaintiff via first class mail and upon all defense counsel of record via electronic mail on August 24, 2007.

/s/ Jobe G. Danganan
Jobe G. Danganan

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CV–05-219 |
| | ) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF CARDINAL HEALTH

TO:   All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Alabama Rules of Civil Procedure and Rules 30 and 45 of the Ohio Civil Procedure, Defendant Johnson & Johnson (on behalf of all defendants in this action), will take the testimony upon oral examination of Cardinal Health, Inc. by one or more of its designated corporate representatives having knowledge of the subjects specified in the subpoena attached hereto. The deposition will take place before a duly qualified officer at 10:00 a.m. on Friday, July 20, 2007 at the offices of Cardinal Health, Inc. at 7000 Cardinal Place, Dublin, Ohio 43017, or such other date and location as the parties may agree, and will be recorded stenographically. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this the 26th day of June, 2007.

Capell & Howard P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I have caused a true and correct copy of the foregoing document to be served on all counsel of record by electronic service, pursuant to Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

**IN THE FRANKLIN COUNTY COURT OF COMMON PLEAS**
369 SOUTH HIGH STREET, COLUMBUS, OHIO 43215
## CIVIL SUBPOENA

STATE OF ALABAMA
-vs-
ABBOTT LABORATORIES, INC., Et Al.

Case No. 07 MS 132

**FOR CLERK USE ONLY:**

TO: Cardinal Health, Inc. _____ (Name)

    7000 Cardinal Place _____ (Address)

    Dublin, Ohio 43017 _____ (City-State-Zip)

Receipt # _____
CLERK $ _____ (cost) $ _____ (deposit)
FR. CO. SHERIFF $ _____ $ _____
FOREIGN SHERIFF $ _____

## YOU ARE HEREBY COMMANDED TO:

[✓] ATTEND AND GIVE TESTIMONY AT A (TRIAL) (HEARING) (DEPOSITION) ON THE DATE, TIME AND AT THE PLACE SPECIFIED BELOW.   **(See attached Notice of Deposition for details.)**

[ ] ATTEND AND PRODUCE (DOCUMENTS) (TANGIBLE THINGS) AT A (TRIAL) (HEARING) (DEPOSITION) ON THE DATE, TIME AND AT THE PLACE SPECIFIED BELOW.

[ ] PRODUCE AND PERMIT INSPECTION AND COPYING, ON THE DATE AND AT THE TIME AND PLACE SPECIFIED BELOW, OF ANY DESIGNATED DOCUMENTS THAT ARE IN YOUR POSSESSION, CUSTODY OR CONTROL.

[ ] PRODUCE AND PERMIT INSPECTION AND COPYING, TESTING OR SAMPLING, ON THE DATE AND AT THE TIME AND PLACE SPECIFIED BELOW, OF ANY TANGIBLE THINGS THAT ARE IN YOUR POSSESSION, CUSTODY OR CONTROL.

[ ] PERMIT ENTRY UPON THE FOLLOWING DESCRIBED LAND OR OTHER PROPERTY, FOR THE PURPOSES DESCRIBED IN *CIVIL RULE. 34(A)(3)*, ON THE DATE AND AT THE TIME SPECIFIED BELOW.
*DESCRIPTION OF LAND OR OTHER PREMISES:* _____

DAY __Friday__ DATE __July 20, 2007__ TIME __10:00 a.m.__

PLACE __Offices of Cardinal Health, Inc., 7000 Cardinal Place, Dublin, Ohio 43017__

_____ DESCRIPTION OF ITEMS TO BE PRODUCED: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THE STATE OF OHIO
Franklin County, ss
To the Sheriff of _____ County, Ohio Greetings:
YOU ARE HEREBY COMMANDED TO SUBPOENA THE ABOVE NAMED PERSON.

WITNESS MY HAND AND SEAL OF SAID COURT THIS __17th__ DAY OF __July__ 2007
JOHN O'GRADY, CLERK OF THE COURT OF COMMON PLEAS

BY: _~~~~~~~_ Signature of: (Deputy Clerk) Attorney for (Plaintiff) (Defendant).

REQUESTING PARTY INFORMATION:
NAME: __Sheri E. Auttonberry, Attorney for Johnson & Johnson Defendants__
(Attorney for (Plaintiff) Defendant) or (Plaintiff) or (Defendant) (Other: Specify _____)

ATTORNEY CODE: __0071405__ TELEPHONE NUMBER: __(513) 721-4532__

**NOTE: READ ALL INFORMATION ON THE REVERSE SIDE OF THIS SUBPOENA.**
*WHITE-ORIGINAL -- CANARY-WITNESS -- PINK-FOR YOUR RECORDS -- GOLD-RETURN OF SERVICE*
COC-CV-106 Rev. 7/01

CASE NO: <u>07 MS 132</u>

### Civ.R. 45(C) Protection of persons subject to subpoenas

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.

(2)(a)  A person commanded to produce under divisions (A)(1)(b)(ii), (iii), (iv), or (v) of this rule need not appear in person at the place of production or inspection unless commanded to attend and give testimony at a deposition, hearing, or trial.

(b)  Subject to division (D)(2) of this rule, a person commanded to produce under divisions (A)(1)(b)(ii), (iii), (iv), or (v) of this rule may, within fourteen days after service of the subpoena or before the time specified for compliance if such time is less than fourteen days after service, serve upon the party or attorney designated in the subpoena written objections to production.  If objection is made, the party serving the subpoena shall not be entitled to production except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena, upon notice to the person commanded to produce, may move at any time for an order to compel the production.  An order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the production commanded.

(3)  On timely motion, the court from which the subpoena was issued shall quash or modify the subpoena, or order appearance  or production only under specified conditions, if the subpoena does any of the following:

(a)  Fails to allow reasonable time to comply;

(b)  Requires disclosure of privileged or otherwise protected matter and no exception or waiver applies;

(c)  Requires disclosure of a fact known or opinion held by an expert not retained or specially employed by any party in anticipation of litigation or preparation for trial as described by Civ.R.26(B)(4), if the fact or opinion does not describe specific events or occurrences in dispute and results from study by that expert that was not made at the request of any party;

(d)  Subjects a person to undue burden.

(4)  Before filing a motion pursuant to division (C)(3)(d) of this rule, a person resisting discovery under this rule shall attempt to resolve any claim of undue burden through discussions with the issuing attorney.  A motion filed pursuant to division (C)(3)(d) of this rule shall be supported by an affidavit of the subpoenaed person or a certificate of that person's attorney of the efforts made to resolve any claim of undue burden.

(5)  If a motion is made under division (C)(3)(c) or (C)(3)(d) of this rule, the court shall quash or modify the subpoena unless the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated.

### Civ.R. 45(D) Duties in responding to subpoena

(1)  A person responding to a subpoena to produce documents shall, at the person's option, produce them as they are kept in the usual course of business or organized and labeled to correspond with the categories in the subpoena.  A person producing documents pursuant to a subpoena for them shall permit their inspection and copying by all parties present at the time and place set in the subpoena for inspection and copying.

(2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials under Civ.R.26(B)(3) or (4), the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

### Civ.R. 45(E) Sanctions

Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued.  A subpoenaed person or that person's attorney who frivolously resists discovery under this rule may be required by the court to pay the reasonable expenses, including reasonable attorney's fees, of the party seeking the discovery.  The court from which a subpoena was issued may impose upon a party or attorney in breach of the duty imposed by division (C)(1) of this rule an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fees.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## \* \* \* \* RETURN OF SERVICE \* \* \* \*

I received this subpoena on _____, and served the party named

on the reverse hereof by _____ on _____

I was unable to complete service for the following reason:_____

_____

**Sheriff's Fees**                       _____

Service _____                                    (Signature of Serving Party)

Mileage _____

Copy _____                Circle One:   Deputy Sheriff   Attorney

Total _____                              Process Server   Deputy Clerk

                                             Other _____

Sheri E. Auttonberry (Bar ID # _____)      Attorney for Defendant
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400              _____
Cincinnati, OH 45202-4787
Phone: (513) 721-4532 ext. 3212
Fax: (513) 762-0012
Email: sauttonberry@Katzteller.com

STATE OF ALABAMA,                    )    FRANKLIN COUNTY COURT OF
                                     )    COMMON PLEAS, COLUMBUS,
              Plaintiff,             )    OHIO
                                     )
        v.                           )
                                     )    No._____
BRISTOL-MYERS SQUIBB COMPANY,        )
                                     )    *Case No. 05-219 pending in the
              Defendant              )    Circuit Court of Montgomery County,
                                     )    Alabama*

CIVIL SUBPOENA FOR DEPOSITION TESTIMONY OF
CARDINAL HEALTH, INC.

TO:   Custodian of Records
      Cardinal Health, Inc.
      7000 Cardinal Place
      Dublin, Ohio 43017


        Pursuant to Rules 30 and 45 of the Ohio Rules of Civil Procedure, Cardinal Health, Inc.

shall designate, in writing to the undersigned counsel for Johnson & Johnson, one or more of its

officers, officials, employees, or other representative(s) who are most knowledgeable about and

will testify on its behalf as to all matters described herein, before a Notary Public or other person

authorized to administer oaths at Cardinal Health, Inc., 7000 Cardinal Place, Dublin, Ohio 43017

at 10:00 a.m. on Friday, July 20, 2007.  The deposition will be recorded by stenographic, sound,

and/or visual means and will continue from day to day until completion.

You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to Robert F. Northcutt and state, with respect to any item or category to which objection is made, your reasons for such objection.

If you fail to attend as required by this subpoena, you may be subject to the sanctions as authorized and appropriate pursuant to Ohio Rules of Civil Procedure, including but not limited to costs, attorney fees and imprisonment.

### Definitions and Instructions

As used in the Areas of Inquiry herein, the following terms shall have the meanings set forth below:

1.    The words "**And**" and "**Or**" shall mean "and/or."

2.    The term "**Alabama Customer**" shall refer to any entity in Alabama that purchases or has purchased any of the Subject Drugs from You or that has a postal address in Alabama to which You have shipped any of the Subject Drugs, including, but not limited to, pharmacies, physicians and entities owned or operated by the State of Alabama.

3.    The term "**Cardinal**," **You,**" and "**Your**" shall refer to Cardinal Health, Inc., its domestic or foreign parents and any of its subsidiaries, divisions, affiliates, joint venture or other entity having at least 10% ownership interest in You; Your agents, independent contractors, directors, employees, officers, and representatives; and merged, consolidated or acquired predecessors; and any other person or entity acting on behalf of Cardinal Health, Inc.

4.    The term "**AWP Pricing Litigation**" shall refer to all litigations involving allegations of the manipulation of the pricing of average wholesale price ("AWP"), including, but not limited to, the following actions: *State of Alabama v. Abbott Laboratories, Inc., et al.*,

Civ. No. 2005-219; *State of Alaska v. Alpharma Branded Products Divisions Inc., et al.*, No. 3AN-06-12026 CI; *State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc.*, et al., No. 03-CV-2238, MDL No. 1456, 01-CV-12257-PBS; *State of Florida ex rel Ven-A-Care of the Florida Keys, Inc., et al. v. Alpharma, Inc., et al.*, Civ. No. 98-3032A, MDL No. 1456, 01-CV-12257-PBS; *State of Wisconsin v. Amgen, Inc., et al.*, No. 04 CV 1709; *State of Hawaii v. Abbott Laboratories Inc., et al.*, Civ. No. 06-1-0720-04 EEH; *State of Montana v. Abbott Labs., Inc., et al.*, No. 02-CV-12084-PBS; *State of Nevada v. Abbott Labs., Inc., et al.*, No. 02-CV-12084-PBS; *State of Idaho v. Alpharma USPD, Inc., et al.*, No. CV OC 0701847; *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D. Ill.), MDL No. 1456, 01-CV-12257-PBS; *Commonwealth of Kentucky v. Alpharma Inc., et al.*, No. 04-CI-1487; *State of Mississippi v. Abbott Laboratories, Inc., et al.*, Civ. No. G2005-2021, MDL No. 1456, 01-CV-12257-PBS; *State of South Carolina v. Bristol-Myers Squibb Co.*, No. 2007-CP-40-0284; *State of South Carolina v. Sandoz Inc.*, No. 2007-CP-40-0287; No. 2007-CP-40-0285; *City of New York and New York Counties v. Abbott Laboratories, Inc., et al.*, MDL No. 1456, 01-CV-12257-PBS; *County of Nassau v. Abbott Laboratories, Inc., et al.*, MDL No. 1456, 01-CV-12257-PBS; *County of Erie v. Abbott Laboratories, Inc., et al.*, MDL No. 1456, 01-CV-12257-PBS; *The County of Orange v. Abbott Laboratories, Inc. et al.*, MDL No. 1456, 01-CV-12257-PBS; *The County of Oswego v. Abbott Laboratories, Inc. et al.*, MDL No. 1456, 01-CV-12257-PBS; *The County of Schenectady v. Abbott Laboratories, Inc. et al.*, MDL No. 1456, 01-CV-12257-PBS

     5.    The term "Communication(s)" shall refer to all transmissions of information, whether written or oral, and whether verbal or otherwise, including assertions by non-verbal conduct; Communication includes, but is not limited to, notes, letters, memoranda,

electronic mail, voicemail, telegrams, invoices, telephone conversations, face-to-face meetings, and other similar forms of communication or correspondence.

6.      The term "Customer" shall refer to any entity that purchases or has purchased any of the Subject Drugs from You, including, but not limited to, pharmacies, physicians and other retail entities that provide health care services or products to consumers.

7.      The term "Document" shall refer to any writing or recording of any kind, in any medium, whether written, graphic, pictorial, photographic, electronic, emails, phonographic, mechanical, taped, saved on computer disks, hard drives or data tapes or otherwise, and every non-identical copy.  Different versions of the same document, such as different copies of a written record bearing different handwritten notations, are different documents within the meaning of the term as used.  In case originals or original non-identical copies are not available, "document" includes copies of originals or copies of non-identical copies as the case may be.

8.      The term "Defendant Manufacturer" shall refer to the entities identified in Exhibit A (attached hereto).

9.      The term "List Price" shall refer to any price or suggested price for any Subject Drug communicated by You to an Alabama Customer that is not a transaction price for such Subject Drug.

10.     The term "NDC" shall refer to the 10-digit national discount code, assigned by the Food & Drug Administration, that identifies, among other things, the package and dosage size for a particular pharmaceutical drug.

11.     The term "Prescription Drug" shall refer to any drug or other product that requires a prescription, including, but not limited to, "biological" products such as hemophilia factors and intravenous solutions.

12.     "Regarding," "Relate(d) to" and "relating to" shall mean relating to, regarding, consisting of, referring to, reflecting, manifesting, prepared in connection with, in comparison to, describing, containing, attesting to, or being in any way legally, logically, or factually connected with the matter discussed, whether directly or indirectly.

13.     The term "Request" shall refer to any Communication to Cardinal from any state involved in an AWP Pricing Litigation, including, but not limited to, the State of Wisconsin, requesting information, data and/or documents concerning the Subject Drugs or Defendant Manufacturers; such a Request includes, but is not limited to, all subpoenas and civil investigative demand issued by any state involved in an AWP Pricing Litigation, including but not limited to, the State of Wisconsin.

14.     "State of Alabama" shall refer collectively to any State office, agency or body, including, but not limited to, the Office of the Attorney General, the Department of Public Health, the Alabama Medicaid agency, the State Auditor, the State legislature, legislative committees, all successors and predecessors, and officials, agents, employees, commissions, boards, divisions, departments, agencies, instrumentalities, administrators and other persons or entities acting on their behalf and/or involved in administering, overseeing, or monitoring any State program, including Medicaid, that purchases or provides reimbursement for Prescription Drugs generally and the Subject Drugs, specifically.

15.     The term "Subject Drug(s)" shall refer to the brand name, trade name or generic products identified, by NDC, in Exhibit B (attached hereto).

16.     The term "State" shall refer to any state or commonwealth that is a party to AWP Litigation; its Attorney General; any representative of the state or commonwealth or its Attorney General, including but not limited to private outside legal counsel retained or appointed by the state or commonwealth to represent it in AWP Litigation; and any expert or consultant retained by the state or commonwealth, its Attorney General or its outside counsel retained to represent the state or commonwealth in AWP Litigation.

17.     Unless otherwise indicated in a specific area of inquiry, the relevant time period for the topics listed herein refer to documents, data and information created from January 1, 1990 to the present and the documents relating to such period even though created before that period.

### Areas of Inquiry

1.     Cardinal's documents or electronic databases that identify, by NDC, the price and quantity of all sales of Subject Drugs by Cardinal to Alabama Customers during the period January 1, 1990 to the present and the contents thereof, including, but not limited to, the data and information contained therein and how such data and information is compiled.

2.     Cardinal's documents, data or other information, that indicate sales to a Customer where the price is nominal in amount and how such data is created, generated or compiled.

3.     The categories or fields of data contained in Cardinal's electronic databases, including, but not limited to, prices and other information related to the Subject Drugs, and descriptions of such fields.

4.     Information from Cardinal, including, but not limited to, documents and electronic databases, that is available to Alabama Customers and that displays the prices for

Subject Drugs including, but not limited to, reference prices, List Prices, catalogue prices, suggested selling price, WACs and AWPs and the process by which each price is set or created by Cardinal.

     5.    The entities that receive rebates or discounts off of list, catalogue and suggested selling prices, the circumstances in which these rebates or discounts are given, Cardinal's policies related to such discounts and rebates and all communications with Defendant Manufacturers concerning prices to Alabama Customers.

     6.    Documents, data or other information produced or gathered in response to any Request, including, but not limited to, all data or other information produced in this action and any information gathered in response to any Request but not produced, and how such data, documents or information was compiled.

     7.    Communications between Cardinal and any State involved in an AWP Litigation, including, but not limited to, the State of Wisconsin regarding the Requests.

     8.    Non-privileged communications within Cardinal about any Request.

## EXHIBIT A

### List of Defendant Manufacturers

Abbott Laboratories, Inc.
Agouron Pharmaceuticals, Inc.
Alcon Laboratories, Inc.
Allergan, Inc.
Alpharma, Inc.
ALZA Corporation
Amgen, Inc.
Andrx Corporation
Andrx Pharmaceutical Co.
AstraZeneca LP
AstraZeneca Pharmaceutical LP
Aventis Behring, LLC
Aventis Pharmaceuticals, Inc.
Barr Laboratories, Inc.
Baxter Healthcare Corporation
Baxter International Inc.
Bayer Corporation
Bayer Healthcare, LLC
Bayer Pharmaceuticals Corporation
Biovail Pharmaceuticals, Inc.
Boehringer Ingelheim Corporation
Boehringer Ingelheim Pharmaceuticals, Inc.
Bristol-Myers Squibb Company
DEY, L.P.
Eisai, Inc.
Eli Lilly and Company
Endo Pharmaceuticals, Inc.
ETHEX Corporation
Forest Laboratories, Inc.
Forest Pharmaceuticals, Inc.
Fujisawa Healthcare, Inc.
Fujisawa USA, Inc.
G.D. Searle, LLC
Geneva Pharmaceuticals, Inc.
Genzyme Corporation
Gilead Sciences, Inc.
Glaxo Wellcome, Inc.
GlaxoSmithKline, PLC
Hoffmann-La Roche Inc.
Immunex Corporation

IVAX Corporation
IVAX Pharmaceuticals, Inc
Janssen Pharmaceutical Products, LP
Johnson & Johnson
King Pharmaceuticals, Inc.
McNeil-PPC, Inc
MedImmune, Inc.
Merck & Co., Inc.
Monarch Pharmaceuticals, Inc.
Mylan Laboratories, Inc.
Mylan Pharmaceuticals, Inc.
Novartis Pharmaceuticals Corporation
Novo Nordisk Pharmaceuticals, Inc.
Organon Pharmaceuticals USA, Inc.
Ortho Biotech Products LP
Ortho-McNeil Pharmaceutical, Inc.
Par Pharmaceutical, Inc.
Pfizer, Inc.
Pharmacia & Upjohn Company
Pharmacia Corporation
Purdue Pharma, L.P.
Purepac Pharmaceutical Company
Roche Laboratories Inc.
Roxane Labs, Inc.
Sandoz Inc.
Sanofi-Synthelabo, Inc.
Schering-Plough Corporation
SmithKline Beecham Corporation
Takeda Pharmaceuticals North America, Inc.
TAP Pharmaceutical Products, Inc.
Teva Pharmaceuticals USA, Inc.
UDL Laboratories, Inc.
Warrick Pharmaceuticals Corporation
Watson Laboratories, Inc.
Watson Pharma, Inc.
Watson Pharmaceuticals, Inc.
Wyeth Pharmaceuticals, Inc.
Wyeth, Inc.
ZLB Behring, LLC

EXHIBIT B

## List of Subject Drugs

Aminosyn
Abilify®
Accolate®
AccuNeb®
Accupril®
Accutane®
Acebutolol HCl
Acetaminophen w/Codeine
AcipHex®
Acticin®
Actigall®
Activella®
Actonel®
Actos®
Acular®
Acyclovir
Adalat®
Adalat® CC
Adriamycin
Advair Diskus®
Advate™
Aerobid®
Aerobid®-M
AeroChamber®
Agenerase®
Aggrenox®
Albuterol
Albuterol Sulfate
Altocor™
Aldactone®
Alesse®
Allegra®
Allegra-D®
Allopurinol
Alocril®
Alphagan®
Alphagan® P
Altace®
Alupent®
Amantadine HCl
Amaryl®

Ambien®
AmBisome®
Amerge®
Aminosyn II
Amiodarone HCl
Amitriptyline Chlordiazepoxide
Amitriptyline HCl
Amitriptyline w/Perphenazine
Amox Tr/Potassium Clavulanate
Amoxapine
Amoxicillin
Amoxicillin Trihydrate
Amoxil®
Amphetamine Salt Combinations
Anafranil®
Anaprox®
Anaprox® DS
Anemagen FA
Anemagen OB
Anemagen™
Ansaid®
Anzemet®
Aranesp®
Arava®
Aredia®
Aricept®
Arimidex®
Aromasin®
Arthrotec®
Aspirin
Atacand HCT®
Atacand®
Atenolol
Atgam®
Ativan®
Atrovent®
Augmentin ES-600®
Augmentin XR®
Augmentin®
Avalide®
Avandamet®
Avandia®
Avapro®
Avelox®
Aviane®

Axert®
Azathioprine
Azmacort®
Azopt®
Azulfidine®
Baclofen
Bactroban®
Baycol®
Bebulin® VH
Beclovent
Beconase AQ®
Beconase®
Benazepril HCl
BeneFIX®
BenzaClin®
Benzamycin®
Benzonatate
Benztropine Mesylate
Betagan®
Betoptic S®
Betoptic®
Bextra®
Biaxin®
Biaxin® XL
BiCNU®
Bioclate™
Biohist LA®
Bisoprolol Fumarate
Bisoprolol Fumarate with HCTZ
Bisoprolol Fumarate/HCTZ
Blenoxane NovaPlus
Blenoxane®
Bleomycin Sulfate
Blephamide®
Brethine
Bromfenex™ PD
Bromocriptine Mesylate
Budeprion SR
Bumetanide
Bumex®
Bupropion HCl
BuSpar®
Buspirone HCl
Butalbital Compound w/Codeine
Butorphanol Tartrate

Calan® SR
Calcimar
Calcitriol
Camptosar®
Cancidas®
Capoten®
Capozide®
Captopril
Carafate®
Carbamazepine
Carbidopa/Levodopa
Carboplatin
Cardene®
Cardene® SR
Cardizem®
Cardizem® CD
Cardizem® LA
Cardizem® SR
Cardura®
Carimune NF
Carisoprodol
Cardisoprodol Compound
Cartia XT®
Casodex®
Cataflam®
Catapres®
Catapres-TTS®
Caverject®
Cefaclor
Cefadroxil
Ceftin®
Cefzil®
Celebrex®
Celexa®
CellCept®
Cenestin®
Cephalexin
Ceredase®
Cerezyme®
Cerumenex®
Chemdal HD
Chlorpromazine HCl
Chlorzoxazone
Ciloxan®
Cimeditine HCl

Cimetidine
Cipro®
Cipro® HC OTIC
Cipro® I.V.
Cipro® XR
Ciproderm®
Ciprofloxacin HCl
Cisplatin
Claforan®
Clemastine Fumarate
Cleocin®
Cleocin HCl®
Cleocin Pediatric®
Cleocin T®
Clindamycin HCl
Clindamycin Phosphate
Clomipramine HCl
Clonazepam
Clonidine HCl
Clorazepate Dipotassium
Clotrimazole
Clozapine
Clozaril®
Cognex®
Colestid®
Collagenase Santyl®
Combivent®
Combivir®
Compazine
COMTan®
Concerta®
Copaxone®
Copegus®
Cordarone®
Coreg®
Corgard®
Cortef®
Cortisporin
Cortisporin®
Cosopt®
Coumadin®
Covera-HS®
Cozaar®
Crestor®
Crixivan®

Cromolyn Sodium
Cutivate®
Cyclobenzaprine HCl
Cyclocort®
Cylert®
Cyproheptadine HCl
Cytotec®
Cytovene®
Cytoxan ®
Danazol
Daypro®
DDAVP®
Decadron®
Declomycin®
Demadex®
Depakene®
Depakote®
Depakote® ER
Depakote® Sprinkle
Depo®-Testoterone
Depo-Medrol®
Depo-Provera®
Desferal®
Desferal® Mesylate
Desipramine HCl
Desmopressin Acetate
Detrol®
Detrol® LA
Dexamethasone
Dexedrine®
Dextroamphetamine Sulfate
Dextrose
Dextrose in Water
Dextrose w/Sodium Chloride
DiaBeta®
Diamox® Sequels®
Diazepam
Dibenzyline®
Diclofenac Sodium
Dicyclomine HCl
Diflucan®
Diflunisal
Digitek®
Digoxin
Digoxin

Dilacor XR®
Dilantin®
Dilantin-125®
Diltia XT®
Diltiazem HCl
Diltiazem XR
Diovan®
Diovan HCT®
Diphenoxylate w/Atropine
Dipyridamole
Disopyramide Phosphate
Ditropan XL®
Dolobid®
Dostinex®
Dovonex®
Doxazosin Mesylate
Doxepin HCl
Doxil®
Doxorubicin HCl
DuoNeb®
Duraclon®
Duragesic®
Duricef®
Dyazide
DynaCirc®
DynaCirc CR®
E.E.S.® 400
EC-Naprosyn®
Effexor®
Effexor XR®
Elidel®
Eligard®
Elimite®
Ellence®
Elmiron®
Eloxatin®
Embrex® 600
Emis®
Enalapril Maleate
Enalapril Maleate w/HCTZ
Enalapril Maleate/HCTZ
Enbrel®
Endocet®
Entocort® EC
Enulose

EpiPen®
EpiPen® Jr
Epivir®
Epogen®
Ery-tab®
Erythromycin
Erythromycin Estolate
Erythromycin Ethylsuccinate
Erythromycin w/Sulfisoxazole
Esgic-Plus
Eskalith CR®
Estraderm®
Estradiol
Estring®
Estrostep® Fe
Ethyol®
Etodolac
Etopophos®
Etoposide
Exelon®
Fabrazyme®
Famotidine
Famvir®
Faslodex®
Feiba®VH Immuno
Feldene®
Femara®
FemHRT®
Ferrlecit®
Ferrous Sulfate
Flagyl®
Flecainide Acetate
Flexeril®
Flolan®
Flomax®
Flonase®
Florinal® w/Codeine #3
Florinef® Acetate
Flovent®
Floxin®
Flumadine®
Fluocinonide
Fluoxetine HCl
Fluphenazine Decanoate
Fluphenazine HCl

Flurbiprofen
Fluvoxamine Maleate
Focalin™
Fortaz®
Fortovase®
Fosamax®
Foscavir®
Fosinopril Sodium
Fragmin®
Furosemide
Fuzeon®
Gabapentin
Gabitril®
Gamimune® N
Gammagard® S/D
Gammar-P I.V.
Gamunex®
Gemfibrozil
Gengraf®
Genotropin®
Geodon®
Gleevec™
Glipizide
Glipizide ER
Glucophage®
Glucophage® XR
Glucotrol®
Glucotrol XL®
Glucovance®
Glyburide
Glyburide Micronized
Glyburide w/Metformin HCl
Glynase®
Glyset®
Granisetron HCl
Granulex®
Grifulvin V®
Guanfacine HCl
Haldol®
Haldol® Decanoate
Haloperidol
Haloperidol Decanoate
Helixate®
Helixate® FS
Hemofil™ M

Hismanal®
Histex®
Histinex® HC
Humatis-P®
Humira®
Hyalgan®
Hycamtin®
Hydergine LC
Hydergine®
Hydrea
Hydrea®
Hydrochlorothiazide
Hydrocodine Bitartrate and Ibuprofen
Hydrocodone w/Acetaminophen
Hydro-Tussin™ HC
Hydroxychloroquine Sulfate
Hydroxyurea
Hydroxyzine HCl
Hydroxyzine Pamoate
Hyoscyamine Sulfate
Hytrin®
Hyzaar®
Ibuprofen
Ifex®
Imipramine HCl
Imitrex®
Imuran™
Indapamide
Inderal®
Inderal® LA
Indomethacin
INFeD®
Intal®
Intralipid
Invirase®
Ipratropium Bromide
Iressa®
Ismo®
Isoptin® SR
Isosorbide Dinitrate
Isosorbide Mononitrate
Iveegam™ EN
Kaletra®
Kerlone®
Ketoconazole

Ketoprofen
Ketorolac Tromethamine
Kineret®
Klonopin®
K-Lor®
Koate®-DVI
Koate-HP
Kogenate®
Kogenate® FS
Kristalose
K-Tab®
Kytril®
Labetalol HCl
Lac-Hydrin®
Lactulose
Lamictal®
Lamisil®
Lanoxin®
Lantus®
Lasix®
Lescol®
Lescol® XL
Leucovorin Calcium
Leukine®
Levaquin®
Levothroid®
Levothyroxine Sodium
Levoxyl®
Lexapro®
Lidoderm®
Lindane
Lipitor®
Liposyn® II
Liposyn® III
Lisinopril
Lisinopril w/HCTZ
Lisinopril-HCTZ
Lithium Carbonate
Livostin®
Imdur®
Lo/Ovral®
Lodine®
Loestrin® Fe
Lonox®
Loperamide HCl

Lopid®
Lopidine®
Lopressor HCT®
Lopressor®
Lorabid®
Loratadine
Lorazepam
Lorcet®
Lorcet Plus®
Lotensin HCT®
Lotensin®
Lotrel®
Lotronex®
Lovastatin
Lovenox®
Low-Ogestrel®
Loxapine Succinate
Lozol®
Lumigan®
Lumelle™
Marinol®
Mavik®
Maxalt®
Maxalt-MLT®
Maxzide®
Mebendazole
Meclizine HCl
Meclofenamate Sodium
Megace®
Megestrol Acetate
Mellaril®
Mellaril-S
Mentax
Meprobamate
Mepron®
Merrem®
Mesna
Mesnex®
Metformin HCl
Metformin HCl ER
Methadone HCl
Methocarbamol
Methotrexate
Methotrexate Sodium
Methyldopa

Methyldopa/Hydrochlorothiazide
Methylphenidate HCl
Methylphenidate HCl
Methylprednisolone
Metoclopramide HCl
Metoprolol Tartrate
Mevacor®
Mexitil®
Miacalcin®
Micardis HCT®
Micardis®
Micro-K
Micronase®
Minocycline HCl
Minoxidil
Mirapex®
Mirtazapine
Misoprostol
Moban
Moban®
Mobic®
Moexipril HCl
Monoclate-P®
Monopril®
Monopril®-HCT
Morphine Sulfate
Motrin®
MS Contin®
Mupirocin
Mycelex
Mycelex®
Mycobutin®
Mysoline®
Nabumetone
Nadolol
Naltrexone HCl
Namenda®
Naprosyn®
Naproxen
Naproxen Sodium
Nasacort®
Nasacort® AQ
NatalCare®
NatalCare® CFe
NatalCare® PIC

NatalCare® PIC Forte
NatalCare® Plus
NatalCare® Rx
NatalCare® Three
Navane®
Navelbine®
Necon®
Neomycin/Polymyxin/HC
Neoral®
Nephro-Vite® RX
Neptazane®
Neulasta®
Neupogen®
Neurontin®
Nexium®
Nifediac® CC
Nifedical® XL
Nifedipine
Nifedipine Extended-release
Nifurantoin Monohyd Macro
Nitrek
Nitrodisc
Nitrofurantoin
Nitrofurantoin Macrocrystal
Nitroglycerin
NitroQuick®
Nitrostat®
Nizatidine
Nizoral®
Nolvadex®
Norco®
Noroxin®
Norpace® CR
Norplant
Nortriptyline HCl
Norvasc®
Norvir®
Novantrone
NovaFine® 30
Novolin® 70/30
Novolin® N
Novolin® R
Novolog®
NovoLog® Mix 70/30
Nov-Onxol

NovoSeven®
Nutren®
Nystatin
Nystatin w/Triamcinolone
Ocuflox®
Omeprazole
Omnicef®
Onxol™
Oramorph® SR
Orphenadrine Citrate
Ortho Evra®
Ortho Tri-Cyclen®
Ortho-Cyclen®
Ortho-Novum®
Orudis®
Oruvail®
Oxaprozin
Oxazepam
Oxistat®
Oxybutynin Chloride
Oxycodone HCl
Oxycodone w/Acetaminophen
Oxycodone/APAP
OxyContin®
Paclitaxel
Paclitaxel Novaplus
Pamelor®
Pancrease®
Pancrease® MT
Paraplatin®
Paraplatin® Novaplus
Parlodel®
Paroxetine HCl
Patanol®
Paxil®
Paxil CR®
PCE®
PediaSure®
Pediazole®
Pegasys®
Penicillin V Potassium
Penlac®
Pentazocine/Naloxone
Pentoxifylline
Pepcid®

Pepcid® AC
Peptamen Junior®
Percocet®
Perphenazine
Phenergan®
Phenobarbital
Phenytek
Phenytoin
Phenytoin Sodium Extended
Piroxicam
Plaquenil®
Platinol®
Plavix®
Plendil®
Polytrim®
Potassium Chloride
Prandin®
Pravachol®
Precose®
Pred Forte®
Prednisolone
Prednisolone Acetate
Prednisone
Premarin®
Premphase®
Prempro™
Prevacid®
Prevpac®
Prilosec®
Primaxin®
Primidone
Prinivil®
Prinzide®
Procardia®
Procardia XL®
Prochlorperazine Maleate
Procrit®
Proglycem®
Prograf®
Prolastin®
Prolixin®
Prolixin® Decanoate
Promethazine
Promethazine HCl
Propine®

Propoxyphene HCl w/APAP
Propoxyphene Napsylate and Acetaminophen
Propoxyphene Napsylate w/Acetaminophen
Propoxyphene Napsylate w/APAP
Propranolol HCl
Propulsid®
Proscar®
Protonix®
Protopic®
Provera®
Psorcon®
Psorcon® E™
Pulmicort®
Purinethol®
Questran®
Quinidex Extentabs®
Quinine Sulfate
Qvar®
Ranitidine HCl
Rapamune®
Recombinate™
ReFacto®
Regranex®
Relafen®
Relpax®
Remeron®
Remicade®
Reminyl®
Renagel®
Requip®
Rescriptor®
Restasis®
Retrovir®
Reyataz®
Rezulin®
Rhinocort Aqua®
Rhinocort®
Rhophylac®
Rifadin®
Rilutek®
Risperdal®
Risperdal® Consta™
Ritalin®
Ritalin LA®
Ritalin® SR

Rocaltrol®
Rocephin®
Roferon® A
Rondec®
Rondec® DM
Roxicet®
Roxicodone®
Rubex®
Rythmol®
Sandimmune®
Sandoglobulin®
Sandostatin LAR®
Sandostatin LAR® Depot
Sandostatin®
Sectral®
Seldane®
Seldane-D®
Serevent®
Serevent® Diskus®
Seroquel®
Serzone®
Sinemet®
Sinemet® CR
Singulair®
Skelaxin®
Slo-Bid
Sodium Chloride
Sodium Polystyrene Sulfonate
Sonata®
Soriatane®
Sotalol
Spectazole®
Spironolactone
Sporanox®
SSD
SSD®
Stadol
Stadol NS®
Starlix®
Sucralfate
Sular®
Sulfamethoxazole/Trimethoprim
Sulfatrim®
Sulindac
Suprax®

Sustiva®
Synagis®
Synthroid®
Tagamet®
Tabacen®
Tamiflu®
Tamoxifen Citrate
Tarka®
Taxol®
Taxotere®
Tazicef®
Tazorac®
Tiaztia XT®
Tegretol®
Tegretol®-XR
Temazepam
Tenex®
Tenoretic®
Tenormin®
Tequin®
Terazol® 3
Terazol® 7
Terazosin HCl
Theophylline Anhydrous
Thioridazine HCl
Thiothixene
Tiazac®
Ticlid®
Ticlopidine HCl
Timolol Maleate
Timoptic®
Timoptic-XE®
Tizanidine HCl
Tizanidine HCl
TobraDex®
Tolectin®
Topamax®
Topicort®
Toposar®
Toprol-XL®
Toradol®
Torsemide
Tramadol HCl
Trandate®
Transderm-Nitro®

Travasol®
Travatan®
Trazodone HCl
Trental®
Triamterene w/HCTZ
TriCor®
Trifluoperazine HCl
Trihexyphenidyl HCl
Trileptal®
Trilisate®
Trimox®
TriNessa™
Triphasil®
Trivora®
Trizivir®
Trovan®
Trusopt®
Truvada®
Tylox®
Ultracal®
Ultracet®
Ultram®
Ultravate®
Uniphyl®
Urispas®
Ursodiol
Vagifem®
Valcyte™
Valproic Acid
Valtrex®
Vancomycin HCl
Vantin®
Vaseretic®
Vasotec®
Ventolin®
VePesid®
Verapamil HCl
Verelan®
Vfend®
Vicodin ES®
Vicoprofen®
Videx®
Videx® EC
Vigamox™
Vioxx®

Viracept®
Viramune®
Viread®
Vistaril®
Vivelle®
Voltaren®
Warfarin Sodium
Wellbutrin®
Wellbutrin SR®
Wellbutrin XL®
Westcort®
Xalatan®
Xeloda®
Xenical®
Zaditor™
Zantac®
Zarontin®
Zaroxolyn
Zelnorm®
Zemplar®
Zerit®
Zestoretic®
Zestril®
Ziac®
Ziagen®
Zithromax®
Zithromax® Tri-Pak
Zocor®
Zofran®
Zofran ODT®
Zoloft®
Zometa®
Zomig®
Zomig® ZMT
Zonegran®
Zosyn®
Zovirax®
Zyrtec®
Zyrtec-D®
Zyvox®

KTBH:647530.1

WNY - 648379/000157 - N36771 v5