# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------X

In re:  PHARMACEUTICAL           )   MDL No. 1456

INDUSTRY AVERAGE WHOLESALE       )   CIVIL ACTION

PRICE LITIGATION                 )   No. 01-12257-PBS

---------------------------------X


VIDEOTAPED DEPOSITION OF MICHAEL TOOTELL

OCTOBER 25, 2007

CHICAGO, ILLINOIS


Videotaped Deposition of MICHAEL TOOTELL, at

71 South Wacker Drive, 32nd Floor, Chicago,

Illinois, commencing at 9:00 a.m. on Thursday,

October 25, 2007, before Donna M. Kazaitis, RPR,

CSR  No. 084-003145.

Tootell, Michael                                          October 25, 2007
                              Chicago, IL

Page 2

1  APPEARANCES OF COUNSEL:
2
3  FOR THE UNITED STATES:
4
5       U.S. DEPARTMENT OF JUSTICE
6       CIVIL DIVISION
7       BY: MS. ANN ST. PETER-GRIFFITH
8       99 N.E. 4th Street
9       Miami, Florida 33132
10      (305) 961-9003
11      ann.stpeter-griffith@usdoj.gov
12
13 FOR THE STATE OF CALIFORNIA:
14
15      STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
16      BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
17      BY: MR. ELISEO SISNEROS
18         (via teleconference)
19      110 West A Street, Suite 1100
20      San Diego, California 92101
21      (619) 688-6043
22      eliseo.sisneros@doj.ca.gov

Page 4

1  APPEARANCES OF COUNSEL: (CONTINUED)
2
3  FOR THE DEPONENT:
4
5       MAYER BROWN LLP
6       BY: MR. JAMES R. FERGUSON
7       71 South Wacker Drive
8       Chicago, Illinois 60606
9       (312) 701-7282
10      jferguson@mayerbrownrowe.com
11
12
13 ALSO PRESENT:
14
15      Anthony Micheletto, Videographer
16
17
18
19
20
21
22

Page 3

1  APPEARANCES OF COUNSEL: (CONTINUED)
2
3  FOR THE RELATOR VEN-A-CARE OF THE FLORIDA
4  KEYS, INC.:
5
6       ANDERSON LLC
7       BY: MR. C. JARRETT ANDERSON
8       1300 Guadalupe, Suite 103
9       Austin, Texas 78701
10      (512) 469-9191
11
12 FOR ABBOTT LABORATORIES:
13
14      JONES DAY
15      BY: MR. JASON G. WINCHESTER
16      77 West Wacker Drive
17      Chicago, Illinois 60601-1692
18      (312) 782-3939
19      jgwinchester@jonesday.com
20
21
22 (CONTINUED)

Page 5

1                  I N D E X
2
3  WITNESS: MICHAEL TOOTELL                PAGE
4     Examination By Ms. St. Peter-Griffith..... 007
5     Examination By Mr. Anderson............... 222
6
7                 E X H I B I T S
8  NUMBER        DESCRIPTION               PAGE
9  Exhibit Tootell 001, MT 01286-01510............ 009
10 Exhibit Tootell 002, Two CDs, ABT-DOJ-E 0545292
11      -941 and ABT-DOJ 0309695
12      -997...................... 011
13 Exhibit Tootell 003, MT 01260-01261............ 030
14 Exhibit Tootell 004, ABT-DOJ-E 0545739-770..... 114
15 Exhibit Tootell 005, ABT-DOJ-E 0545771-791..... 153
16 Exhibit Tootell 006, ABT-DOJ-E 0545901-922..... 167
17 Exhibit Tootell 007, ABT-DOJ-E 0545899-900..... 188
18 Exhibit Tootell 008, ABT-DOJ-E 0545620-653..... 216
19 Exhibit Tootell 009, ABT 52704-707............. 295
20 Exhibit Tootell 010, ABT 52795-797............. 299
21 Exhibit Tootell 011, ABT 53177-180............. 303
22 Exhibit Tootell 012, ABT-DOJ 296250-256........ 307

                                    2 (Pages 2 to 5)

Tootell, Michael                                          October 25, 2007
                       Chicago, IL

Page 122

1  of the trade press at that point.
2      Q.  Did you look to anything to provide the
3  information for your presentation or for your
4  overview?
5      A.  I'm sure I did.
6      Q.  Do you recall what you reviewed?
7      A.  No. I do not.
8      Q.  Let me ask you, did you orally or
9  verbally present this presentation?
10     A.  It was a Powerpoint presentation, and I
11 presented it in person.
12     Q.  Was anyone else from Abbott in
13 attendance?
14     A.  No.
15     Q.  And you say, the next item says
16 "Congressional Pharmacy Proposals." Do you see
17 that?
18     A.  Uh-huh.
19     Q.  Is that just your description of you're
20 going to discuss congressional pharmacy
21 proposals?
22     A.  Yes.

Page 123

1      Q.  If you can flip to the next page, it
2  says "Background, Average Wholesale Prices." Oh,
3  let me ask you, did anyone else participate in
4  the drafting of this or was this exclusively your
5  drafting?
6      A.  Not that I recall. I don't recall
7  anybody else working on drafting this.
8      Q.  Is it fair to then for us to conclude
9  this was your work product?
10     A.  This was my work product, sure.
11         MR. WINCHESTER: Objection, form.
12 BY MS. ST. PETER-GRIFFITH:
13     Q.  Can you explain the information that's
14 contained in each of the bullet points on this
15 page, please?
16     A.  As I described earlier this morning,
17 the process of setting average wholesale prices
18 is two participants. The manufactures are asked
19 to provide their list prices, their highest
20 published prices. And we had an extensive
21 discussion this morning about that.
22         Those prices are delivered to the

Page 124

1  compendia, your phrase. The compendia add a
2  mark-up from their own processes and publish and
3  charge publication prices for the average
4  wholesale price publications.
5         The process of setting an AWP requires
6  two participants, the manufactures and the
7  compendia of publishers.
8      Q.  When it says "Manufacturer List Catalog
9  Prices, Plus A Mark-up," is that the mark-up that
10 you're discussing the compendia attached?
11     A.  Yes.
12     Q.  Your next bullet point says "Published
13 by First Databank, Medi-Span, and Red Book." Is
14 that just a description of the compendia?
15     A.  Yes. Those are three different
16 compendia. And First Databank and Medi-Span I
17 believe have merged.
18     Q.  The next item says "First Databank
19 Survey of Wholesale Distributors." What survey
20 are you referencing?
21     A.  First Databank has a survey that they
22 cite as a, or certainly did in 2000, as a

Page 125

1  reference for the mark-up.
2      Q.  And the next item is "AWPs are
3  determined by manufacturers." Do you see that?
4      A.  Yes. I see that.
5      Q.  What did you mean by that?
6      A.  Well, it clearly needs to be understood
7  in the context of that whole thing that
8  manufacturers start the process and can't be
9  completed without the compendia.
10     Q.  Did you communicate this information to
11 the folks at Cardinal that you made this
12 presentation to?
13     A.  Sure.
14     Q.  Let me ask you, is there anything in
15 this presentation that you can think of that you
16 left out --
17         MR. FERGUSON: Object to form.
18 BY MS. ST. PETER-GRIFFITH:
19     Q.  -- in your verbal -- it was poorly
20 phrased.
21         When you verbally presented this
22 Powerpoint presentation, did you present each of

                                    32 (Pages 122 to 125)

Tootell, Michael                                              October 25, 2007
                              Chicago, IL

Page 314

1    MR. WINCHESTER: The same for Abbott as
2  well.
3    MR. SISNEROS: And on behalf of
4  California we have yet to take our turn to ask
5  our questions.
6    MR. ANDERSON: Let's go off the record.
7    THE VIDEOGRAPHER: We are off the
8  record at 5:07 p.m. with the conclusion of
9  today's deposition of Michael Tootell.
10   (WHEREUPON said deposition was so
11 adjourned.)
12
13
14   _____
15          MICHAEL TOOTELL
16
17 Subscribed and sworn to and before me
18 this _____ day of _____, 20____.
19
20
21 _____
22   Notary Public

Page 315

1  STATE OF ILLINOIS )
2  COUNTY OF C O O K )
3     I, Donna M. Kazaitis, RPR, CSR No.
4  084-003145, do hereby certify:
5     That the foregoing deposition of MICHAEL
6  TOOTELL was taken before me at the time and place
7  therein set forth, at which time the witness was
8  put under oath by me;
9     That the testimony of the witness and all
10 objections made at the time of the examination
11 were recorded stenographically by me, were
12 thereafter transcribed under my direction and
13 supervision and that the foregoing is a true
14 record of same.
15    I further certify that I am neither counsel
16 for nor related to any party to said action, nor
17 in any way interested in the outcome thereof.
18    IN WITNESS WHEREOF, I have subscribed my name
19 this 29th day of October, 2007.
20
21 _____
22   Donna M. Kazaitis, RPR, CSR 084-003145

80 (Pages 314 to 315)