## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456 |
| | | CIVIL ACTION:  01-CV-12257-PBS |
| | | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES, INC.'S RENEWED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES

On October 26, 2007, Abbott Laboratories, Inc., filed a motion requesting permission to file a reply memorandum in support of its September 13, 2007 Motion for a Preservation Order and Affidavit Regarding Spoliation Issues (Dkt. 4711) to which the United States filed a Response on October 19, 2007 (Dkt. 4808).  The United States assented to that motion, which indicated that Abbott would file its reply by November 9, 2007.

Abbott hereby renews its request, pursuant to Local Rule 7.1(b)(3), for permission to file a reply memorandum, which is attached as Exhibit A.  The United States does not oppose Abbott's renewed motion for leave to file.

Wherefore, Abbott respectfully renews its request that the Court allow Abbott to file a reply in support of its Motion for a Preservation Order and Affidavit Regarding Spoliation Issues.

Dated:  November 9, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRESERVATION ORDER AND AFFIDAVIT REGARDING SPOLIATION ISSUES to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 9th day of November, 2007.

                                        /s/ David S. Torborg
                                        David S. Torborg