# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
| | | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* | ) ) ) ) | Judge Patti B. Saris |
| | | Chief Magistrate Judge Marianne B. Bowler |

Original Case No. 07-CV-11618

## [PROPOSED] ORDER

This matter came before the Court upon Assented to Motion by Ven-A-Care of the Florida Keys, Inc. to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Dismiss or Partially Dismiss the Relator's Complaint.  Having reviewed the motion and the record in this case, it is hereby

ORDERED that the motion of Ven-A-Care of the Florida Keys, Inc. is granted. Ven-A-Care of the Florida Keys, Inc. shall file its response by November 29, 2007 and Abbott Laboratories, Inc. shall file its reply by December 20, 2007.

DONE AND ORDERED this _____ day of _____ , 2007, in Boston, Massachusetts.

_____
UNITED STATES DISTRICT JUDGE PATTI B. SARIS