# 83417

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

MDL NO. 1456 NOV -8  A 10: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH W. SWANSON FOR DEFENDANT ENDO PHARMACEUTICALS INC.

The following submission for admission *pro hac vice* is made pursuant to Case

Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is
> acting as counsel for a Plaintiff or Defendant herein and
> who is in good standing in any district court of the United
> States shall be deemed admitted *pro hac vice* to practice
> before this Court in connection with this action upon
> payment of the appropriate filing fee.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of

Joseph W. Swanson as counsel for Endo Pharmaceuticals Inc. in this action.

Dated: November 7, 2007                    Respectfully submitted,

Joseph W. Swanson
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5994 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Endo Pharmaceuticals Inc.*