UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 NOV -8  A 10: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br><br>Judge Patti B. Saris |

### CERTIFICATE IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH W. SWANSON

I, Joseph W. Swanson, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am an associate at the firm of Arnold and Porter LLP, attorneys for Endo Pharmaceuticals Inc., in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Maryland.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Joseph W. Swanson

Dated November 7, 2007