## **CERTIFICATE OF SERVICE**

I, Joseph W. Swanson, hereby certify that on this 7th day of November, 2007, I caused a true and correct copy of the APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH W. SWANSON FOR DEFENDANT ENDO PHARMACEUTICALS INC., and CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH W. SWANSON to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Joseph W. Swanson