# EXHIBIT 3

Page 443

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | U.S. ex rel. |
| Ven-a-Care of The Florida | : | Judge Patti B. Saris |
| Keys, Inc. | : | |
|     v. | : | |
| Abbott Laboratories, Inc., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |

- - - - - - - - - - - - - - - -x  Bowler


THOMAS A. SCULLY - VOLUME II

JULY 13, 2007

WASHINGTON, DC




(CAPTION CONTINUED)

15199ddc-fb97-46a6-9907-a9804764b3c3

Scully, Thomas A. - Vol. II                      July 13, 2007
                    Washington, DC

Page 708

1  generally, that with generic products, as a
2  general proposition, WAC prices over time
3  declined to reflect competition?
4      MR. NEAL: Object to the form. You can
5  answer.
6      A. I didn't know that.
7      Q. Did you know that to the extent some
8  drugs end up having high spreads it's because --
9  some generic drugs -- end up with high spreads
10 it's because prices keep getting lower and lower
11 as there's more competition?
12     MR. NEAL: Objection.
13     MR. RIKLIN: Objection to form.
14     A. I was aware of that.
15     Q. So were you aware that -- that
16 increasing spreads were --
17     A. But prices get lower and lower to the
18 providers, not to the government.
19     Q. Well, to the providers, in the sense
20 that the, for example, the WAC keeps declining?
21     A. Right.
22     Q. And AMPs would keep declining, as well;

Page 709

1  right?
2      MR. NEAL: Objection to form. You can
3  answer.
4  BY MR. ESCOBAR:
5      Q. Well, that would be -- that would
6  generally be true; right?
7      MR. RIKLIN: Objection to form.
8  BY MR. ESCOBAR:
9      Q. And so the government would be able to
10 see that the life of a drug like Albuterol that
11 the WACs and the AMPs decline over time; right?
12     MR. RIKLIN: Objection to form.
13     MR. NEAL: I'll join in the objection.
14 You can answer.
15     A. Yes.
16     Q. Now, if you turn to page 13 of the
17 complaint, Exhibit Dey 028, just read to yourself
18 paragraph 40?
19     A. Yes.
20     Q. Okay. Now, this was a complaint that
21 was signed the 22nd day of August, 2006, and on
22 paragraph 40, in the first sentence, it says, AWP

Page 710

1  is used to refer to the price at which a
2  pharmaceutical firm or a wholesaler sells a drug
3  to a retail customer, who then administers it to
4  a patient; do you see that?
5      A. Yes.
6      Q. That's not what AWP was viewed as,
7  that's not the view of CMS as to what AWP was, is
8  it?
9      MR. NEAL: Objection as to form.
10 BY MR. ESCOBAR:
11     Q. Is it?
12     MR. NEAL: This is not a 30 (b)(6),
13 this is not a 30 (b)(6) deposition. You can
14 answer.
15     A. No, I don't think that's what AWP is
16 commonly considered to be, I think that's an
17 inaccurate description.
18     Q. In fact, that's a completely inaccurate
19 statement of AWP; right?
20     MR. NEAL: Objection as to form.
21     A. I think it's probably a poor
22 description, yes.

Page 711

1      Q. Because it's not accurate?
2      A. Yes.
3      MR. NEAL: Objection as to form.
4  BY MR. ESCOBAR:
5      Q. Now, you would think that -- well,
6  let's take the next one -- WAC is used to refer
7  to the price at which a pharmaceutical firm
8  typically sells a drug to wholesalers who will
9  then resell it to a retail customer; do you see
10 that?
11     A. Yes.
12     Q. And that's a description of what WAC
13 is, is also not accurate; is it?
14     MR. NEAL: Objection as to form.
15     A. Well, a little closer.
16     Q. But it's not accurate, is it?
17     MR. NEAL: Objection.
18     A. Probably not totally accurate.
19     Q. In fact, that sentence, where the
20 government describes in the complaint against Dey
21 what WAC is, this does not include the fact that
22 it's -- it lists price before discounts, which is

Scully, Thomas A. - Vol. II                              July 13, 2007
                        Washington, DC

Page 900

1  document speaks for itself.
2      A. I don't know. I would have to read the
3  whole -- yeah, I'm not sure of the context it's
4  in. I'd --
5      Q. Well, let's talk about paragraph 42.
6  The sentence reads that AWP is used to refer to
7  the price at which a pharmaceutical firm or a
8  wholesaler sells a drug to a retail customer, who
9  then administers it to a patient, to start with,
10 do you use average wholesale price to refer to
11 the price at which a firm sells a drug to a
12 wholesaler or a customer?
13         MR. GOBENA: Object to the form.
14     A. Do I -- do I have my government
15 context, I would say no.
16     Q. All right. Have you ever used average
17 wholesale price to refer to the price at which a
18 pharmaceutical firm or a wholesaler sells a drug
19 to a retail customer?
20     A. No.
21         MR. GOBENA: Object to the form.
22 BY MR. COOK:

Page 901

1      Q. Have you ever heard anybody else use
2  AWP to refer to the price of which a
3  pharmaceutical firm or a wholesaler sells a drug
4  to a retail customer?
5          MR. GOBENA: Object to the form.
6      A. No.
7      Q. And when you talk about what average
8  wholesale price is supposed to be you're
9  referring to, I assume, and you can tell me if
10 I'm correct, the dictionary definition for the
11 words, average, wholesale, and price?
12     A. Yes.
13     Q. You're not referring to the manner in
14 which it's ever been used, commonly, in the
15 industry; correct?
16         MR. GOBENA: Object to the form.
17         MR. KELLEY: Objection to form.
18     A. Yes, the definition is the same as
19 average sales price or average manufacturers
20 price, you would think that -- there are a
21 million ways to implement them and to actually
22 define them. I mean, they're basic concepts.

Page 902

1      Q. All right. But paragraph 42, in front
2  of you, certainly does not describe any way in
3  which the government has ever defined AWP;
4  correct?
5          MR. GOBENA: Object to the form. This
6  is not a 30(b)(6) witness on behalf of the
7  government.
8          MR. RIKLIN: Objection.
9      A. My experience is that -- that in my
10 terms with the government nobody looked at what
11 the price of what AWP would pay.
12         MR. COOK: I have no more questions.
13 Thank you.
14         MR. GOBENA: All right. We'll let go
15 of this witness.
16         THE VIDEOGRAPHER: The time is 5:00 --
17 the time is 5:05 -- the time is 5:05 P.M. We're
18 going off the record, concluding tape number six,
19 and this days' testimony, and volume two of the
20 deposition of Thomas Scully in the matter of in
21 re Pharmaceutical Industry Average Wholesale
22 Price Litigation. This deposition contains five

Page 903

1  tapes, or six tapes.
2          (Signature having not been waived, the
3  deposition of Thomas Scully was concluded at 5:06
4  P.M.)

12         ACKNOWLEDGMENT OF DEPONENT
13 I, Thomas Scully, do hereby acknowledge that I
14 have read and examined the foregoing testimony, and
15 the same is a true, correct and complete transcription
16 of the testimony given by me and any corrections
17 appear on the attached Errata sheet signed by me.
18
19 _____   _____
20    (DATE)                      (SIGNATURE)

15199ddc-fb97-46a6-9907-a9804764b3c3