# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-a-Care of | : | Judge Patti B. Saris |
| the Florida Keys, Inc. | : | |
| v. | : | |
| Abbott Laboratories, Inc., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |

- - - - - - - - - - - - - - -x    Bowler

Baltimore, Maryland

Friday, September 14, 2007

Videotaped Telephone Deposition of ROBERT NIEMANN

Niemann, Robert                                September 14, 2007
                       Baltimore, MD

Page 286

1  universally recognized as a sticker price set by
2  manufacturers?
3       MS. OBEREMBT: Objection.
4       THE WITNESS: And I have to go back to
5  what I said before, what I knew was the IG reports.
6       BY MR. COOK:
7    Q.  You'll certainly agree with me that AWP is
8  commonly understood in the industry to refer to a
9  published sticker price, correct?
10      MS. OBEREMBT: Objection.
11      THE WITNESS: I've never polled the
12 industry. I really don't know.
13      BY MR. COOK:
14   Q.  You would agree with me that AWP is not
15 commonly understood to represent a calculated average
16 of prices?
17      MS. OBEREMBT: Objection.
18      THE WITNESS: I guess no matter how you
19 rephrase it, commonly, I don't have information about
20 commonly. I don't have it.
21      BY MR. COOK:
22   Q.  In your experience, do you find that it

Page 287

1  was commonly understood that AWP is not a calculated
2  average of prices?
3       MS. OBEREMBT: Objection.
4       THE WITNESS: I mean, you know, I'm trying
5  to think of who I talked to. I mean, Mr. Vito felt
6  that way. And some others I talked to felt that way.
7       BY MR. COOK:
8    Q.  So everybody you talked to felt that way?
9    A.  Well, what's coming to mind at the moment.
10 The five people or so, I guess.
11   Q.  Okay. And in fact, in the next -- in the
12 next sentence, you indicate that numerous studies
13 have concluded that actual drug prices are well below
14 the AWP rate set by the Medicare program, correct?
15      MS. OBEREMBT: Object. He has not
16 testified that he wrote this paragraph, and you keep
17 saying that.
18      BY MR. COOK:
19   Q.  It was inadvertent. I apologize. In the
20 next sentence, the writer of this memorandum states
21 that "numerous studies concluded that actual drug
22 prices are well below the AWP rate," correct?

Page 288

1    A.  That sentence says that.
2    Q.  And you would agree with that sentence,
3  correct?
4    A.  Yes.
5    Q.  And in fact, the memo goes on to cite
6  several OIG reports in support of that proposition?
7    A.  Yes.
8    Q.  And as the sentence goes on, "the OIG
9  studies indicate that acquisition costs can vary from
10 product to product, and from supplier to supplier."
11 Is that what the memorandum suggests?
12   A.  I'm not sure -- I'm sorry. I'm sure
13 you're right. You're reading it, right?
14   Q.  Yes, sir.
15   A.  "AWP may vary from product to product or
16 supplier" -- yes.
17   Q.  And that was consistent with your
18 understanding at this time that prices for drugs
19 varied from product to product and supplier to
20 supplier?
21   A.  As reflected in the IG reports.
22   Q.  Yes, sir. And the last sentence in that

Page 289

1  paragraph indicates that "some level of discount is
2  virtually always available." Does that sound like
3  language that you would have written?
4    A.  I'm trying to absorb it here. The
5  discount -- I don't remember if I -- if I wrote that
6  or not.
7    Q.  In the 1995 time period, would a document
8  such as this have been typed on a word processor or
9  computer?
10   A.  I think so.
11   Q.  What would be the general practice of
12 maintaining a copy of a document like this at
13 Medicare during this time period? Would it be
14 sitting on a stored drive, a shared drive somewhere
15 or in a file folder?
16   A.  What was it, December? See, we moved in
17 1995 from one building up here to this new building.
18 And who knows what might have happened in that move.
19 If this happened during that move, I thought hard
20 copies were saved. And I thought there would be a
21 disk somewhere. And at some point, you mentioned the
22 shared drives, and these were all possibilities. I'm

73 (Pages 286 to 289)

Henderson Legal Services
202-220-4158

27a18706-d632-4df8-8162-703fc9f893ed