# EXHIBIT 6

Buto, Kathleen - Vol. II                                September 13, 2007
                        Washington, DC

Page 275

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. |
| the Florida Keys, Inc. | ) Saris |
| v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - - - -

(captions continue on following pages)


Videotaped deposition of Kathleen Buto

Volume II


Washington, D.C.

Thursday, September 13, 2007

9:00 a.m.


Henderson Legal Services
202-220-4158

7b157f28-df3f-40ae-bc12-b3227fef509e

Buto, Kathleen - Vol. II                                September 13, 2007
                        Washington, DC

Page 432

1  submitted a plan based upon solely AWP you would
2  have expected that HCFA would have also
3  disapproved those plans, right?
4       MR. DRAYCOTT: Objection.
5       A. I guess the nuance to me is if it's AWP
6  minus 40 percent would I have disapproved it? I
7  don't know. It really had to do with AWP as a
8  basis and AWP unmodified.
9       Q. Fair enough. Now, let's go to 1991.
10 And I want to turn your attention to the proposed
11 rule that you submitted in 1991 or that HCFA
12 submitted regarding Medicare reimbursement.
13      A. Yes.
14      Q. And as you recall HCFA submitted a
15 proposed rule that it would be 85 percent of AWP,
16 correct?
17      A. Correct.
18      Q. But that wasn't adopted, right?
19      A. Right.
20      Q. And what ended up occurring is that
21 HCFA or ultimately Congress adopted 100 percent
22 AWP reimbursement for Medicare drugs or actual

Page 433

1  acquisition cost, right?
2       A. It wasn't Congress now. It was HCFA in
3  the final rule.
4       Q. That's right. Now, there's no doubt
5  that as of 1991 HCFA knew that unmodified AWP, a
6  hundred percent AWP, did not represent actual
7  acquisition cost, right?
8       A. Yes.
9       Q. And there was no doubt that in 1991
10 HCFA knew that there was no predictable
11 relationship between AWP and actual acquisition
12 cost, right?
13      A. Based on the surveys from the IG,
14 that's correct. That was our belief. Again, we
15 didn't have independent data.
16      Q. Right. That was your belief at that
17 time, right?
18      A. That's correct.
19      Q. And it's fair to say that when HCFA
20 adopted the final rule in 1991 paying 100 percent
21 AWP, it knew that if it paid 100 percent AWP it
22 was not paying actual acquisition cost, right?

Page 434

1       MR. DRAYCOTT: Objection.
2       A. We -- that's correct. We did not
3  intend for that to be the sole method, as you
4  know.
5       Q. You didn't spend to pay 100 percent AWP
6  forever because you intended to do the actual
7  surveys of acquisition costs, right?
8       A. That's correct.
9       Q. But that never happened, right?
10      A. That's also correct.
11      MR. GORTNER: I have no further
12 questions. Thank you for your time.
13      THE WITNESS: Thank you.
14      MR. DRAYCOTT: Unless I hear an
15 objection right now I'm assuming we're concluded.
16 With the reservation by Mr. Torborg stated
17 earlier.
18      THE VIDEOGRAPHER: This concludes
19 volume 2 tape 3 in the deposition of Kathleen
20 Buto. The deposition concludes at 12:40 p.m.
21      (Whereupon, at 12:40 p.m. the
22 deposition was adjourned.)

Page 435

5  _____
6        KATHLEEN BUTO

9  Subscribed and sworn to and before me
10 this _____ day of _____, 20____.
12 _____
13      Notary Public