# EXHIBIT 7

1025 warren draft

DRAFT VERSION

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF MASSACHUSETTS |
| 3 | - - - - - - - - - - - - - - - - |
| 4 | IN RE: PHARMACEUTICAL        ) MDL NO. 1456 |
| 5 | INDUSTRY AVERAGE WHOLESALE   ) CIVIL ACTION |
| 6 | PRICE LITIGATION             ) 01-CV-12257-PBS |
| 7 | THIS DOCUMENT RELATES TO     ) |
| 8 | U.S. ex rel. Ven-a-Care of   ) Judge Patti B. Saris |
| 9 | the Florida Keys, Inc.       ) |
| 10 | v.                          ) Chief Magistrate |
| 11 | Abbott Laboratories, Inc.,   ) Judge Marianne B. |
| 12 | No. 06-CV-11337-PBS          ) Bowler |
| 13 | - - - - - - - - - - - - - - - - |
| 14 | |
| 15 | Videotaped deposition of JOHN WARREN |
| 16 | (Pages 1 - ^) |
| 17 | |
| 18 | Baltimore, Maryland |
| 19 | Tuesday, November 7, 2007 |
| 20 | 9:00 a.m. |
| 21 | |
| 22 | |

DRAFT VERSION

2

1
2   Videotaped deposition of JOHN WARREN, held at
3   the law offices of Hogan & Hartson, 111 South

Page 1

```
                          1025 Warren draft
     4  to refer to that we read earlier, correct?
     5     A.   Yes.
     6     Q.   Did you participate at all in drafting
     7  paragraph 42 of the complaint?
     8     A.   I did not.
     9     Q.   When was the first time you saw paragraph
    10  42 of the complaint?
    11     A.   Just when I first saw the complaint
    12  earlier.
    13     Q.   Given the material that you've looked at
    14  here does paragraph 42 of the complaint as quoted
    15  here in interrogatory number 7 continue to be an
    16  accurate reflection of what you understand AWP to
    17  represent?
    18          MR. DRAYCOTT: Objection.  You can
    19  answer.
    20     A.   Yes.
    21     Q.   You still believe that AWP is used to
    22  refer to the price at which a pharmaceutical firm or
```

                                                              129
                          DRAFT VERSION

```
     1  a wholesaler sells a drug to a retail customer who
     2  then administers it to a patient?
     3     A.   That is what I believe AWP is meant to
     4  represent, yes.
     5     Q.   Meant by whom?
     6     A.   Meant by the government.
     7     Q.   Do you believe that that's what
     8  manufacturers mean when they publish an AWP?
     9          MR. DRAYCOTT: Objection.  You can
    10  answer.
```
                              Page 102

1025 Warren draft

11  A.   I believe in some cases no.
12  Q.   We've seen OIG reports and statements by
13 the President of the United States and testimony
14 from the administrator -- former administrator of
15 CMS indicating that they don't use AWP to refer to
16 the price at which a pharmaceutical firm or a
17 wholesaler sells a drug to a retail customer who
18 then administers it to a patient.  Do you still
19 believe that that's what it refers to?
20       MR. DRAYCOTT:  Objection.  Asked and
21 answered.  You can answer again.
22  A.   I believe that's what it's meant to refer

130

DRAFT VERSION

1  to.
2  Q.   I'm asking it whether that is what it is
3 used to refer to, not what it is meant to refer to?
4       MR. DRAYCOTT:  Objection.
5  A.   Used by whom?
6  Q.   Precisely.  Do you know anybody who uses
7 AWP in that manner?
8  A.   No.
9  Q.   And so when paragraph 42 of the complaint
10 states that AWP is used to refer to the price at
11 which a pharmaceutical firm or a wholesaler sells a
12 drug to a retail customer who then administers it to
13 a patient, it's your testimony that no one uses
14 AWP -- actually uses AWP in that manner, correct?
15       MR. DRAYCOTT:  Objection.
16  A.   I believe the program means for it to

1025 Warren draft

17  refer to that. But the practicality it is not used
18  in that manner.
19     Q.   The program is not a person, correct?
20     A.   Correct.
21     Q.   Limiting ourselves to natural persons,
22  there is no natural person who to your knowledge

131
DRAFT VERSION

1   uses AWP in the manner set forth in paragraph 42,
2   correct?
3          MR. DRAYCOTT: Objection.
4      A.   No.
5      Q.   How is it that the program can use a term
6   to refer to something when no person uses it in that
7   way?
8      A.   This I think is going to the intention
9   behind what Medicare wanted the AWP to represent.
10  The --
11     Q.   AWP currently is a creature of statute,
12  right?
13     A.   Right.
14     Q.   The relevant intention is not CMS's
15  intent, right?
16         MR. DRAYCOTT: Objection.
17     Q.   It's Congress' intent, correct?
18     A.   We have the obligation to implement the
19  statute.
20     Q.   And we've already determined that when
21  you implement the statute you look to published
22  numbers, correct?