# EXHIBIT 8

1026 Bassano draft

DRAFT VERSION                                        1

1              UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3     - - - - - - - - - - - - - - -

4     IN RE:  PHARMACEUTICAL          )  MDL NO. 1456

5     INDUSTRY AVERAGE WHOLESALE      )  CIVIL ACTION

6     PRICE LITIGATION                )  01-CV-12257-PBS

7     THIS DOCUMENT RELATES TO        )

8     U.S. ex rel. Ven-a-Care of      ) Judge Patti B. Saris

9     the Florida Keys, Inc.          )

10         v.                         )  Chief Magistrate

11    Abbott Laboratories, Inc.,      )  Judge Marianne B.

12    No. 06-CV-11337-PBS             )  Bowler

13    - - - - - - - - - - - - - - -

14

15         Videotaped deposition of AMY BASSANO

16              (Pages 1 - ^)

17

18              Baltimore, Maryland

19              Wednesday, November 8, 2007

20              9:00 a.m.

21

22


DRAFT VERSION                                        2

1

2         Videotaped deposition of AMY BASSANO, held at

3    the law offices of Hogan & Hartson, 111 South

1026 Bassano draft

19   testify as deliberative conversations that were
20   directed at implementing or changing or considering
21   the change to a policy.
22          If Mr. Gabel's question -- I think -- it

DRAFT VERSION

107

1   is a broad question -- is as to how something was
2   implemented and how a policy was implemented, you
3   can testify to that.  So if it's the conversations
4   that he's referring to -- and I understand why the
5   question is difficult --
6          MR. GABEL:  Let me restate the question.
7          MR. DRAYCOTT:  Yeah.  I think you need to
8   be more specific in your question.
9          MR. GABEL:  I will.
10         BY MR. GABEL:
11     Q.   Are you aware of anyone from the period
12   of 1991 through 2001, anyone at CMS who relied on
13   AWP to actually reflect the prices paid for drugs in
14   the marketplace?
15         MR. DRAYCOTT:  Objection.  But you can
16   answer it if you can.
17     A.   I don't think anyone personally relied on
18   the AWP or held it out and said this is the actual
19   market price.
20     Q.   And have you reviewed OIG reports from
21   the period of '91 through 2001?
22     A.   Yes.

DRAFT VERSION

108

Page 85

1026 Bassano draft

20    beginning of tape 3 in the deposition of Amy

21    Bassano.  Going back on the record, the time is

22    11:50:28.

DRAFT VERSION                                      112

1          BY MR. GABEL:

2      Q.    Ms. Bassano, I just have relatively short

3    number of questions left.  Do you know why AWP is

4    being used for vaccines and infusion drugs as

5    opposed to ASP?

6          MR. DRAYCOTT:  Objection.  You can answer

7    if you can.

8      Q.    And this is with respect to the current

9    methodology.

10     A.    Right.  I can speculate as to when

11   Congress' intent was.

12     Q.    What do you believe in your experience

13   was the intent behind that distinction?

14     A.    I think they were unsure of the effects

15   of ASP and because of the concern for vaccines the

16   fluctuations in the market with the flu being a --

17   the flu vaccine being a essentially product, they

18   wanted to ensure that there was a consistent price

19   available.  I think they also wanted to -- there may

20   have been an interest in keeping the price up higher

21   and sort of the public benefit of encouraging

22   vaccine production and availability to the public.

DRAFT VERSION                                      113

Page 89