# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## DECLARATION OF JARED RODRIGUES IN SUPPORT OF CERTAIN DEFENDANTS' WITHDRAWAL OF PLEADING REGARDING NEW JERSEY AWP LITIGATION

I, JARED RODRIGUES, duly declare under penalty of perjury as follows:

1.      I am an attorney at law admitted to practice in the Commonwealth of Virginia and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for defendants Baxter Healthcare Corporation and Baxter International Inc.  I am familiar with all of the facts and circumstances herein.  I make this declaration in support of Certain Defendants' Withdrawal of Pleading Regarding New Jersey AWP Litigation.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Order Dismissing Without Prejudice Defendants Overlapping MDL 1456, filed in the Superior Court of Monmouth County, New Jersey on November 5, 2007.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Jared D. Rodrigues

November 19, 2007

DSMDB-2350953

# EXHIBIT
# 1



Nov 9 2007
2:29PM

Donald E. Haviland, Jr., Esquire
Michael J. Lorruso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
(856) 354-0030



John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400 telephone
(732) 224-9494 facsimile
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 68, WELFARE FUND AND THE CLASS

|  |  |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund, (an unincorporated trust)<br><br>Plaintiff,<br><br>v.<br><br>AstraZeneca PLC, et al.,<br><br>Defendants. | Superior Court of New Jersey<br>Law Division: Monmouth County<br><br>Civil Action Docket No. MON-L-3136-06<br><br>**ORDER DISMISSING WITHOUT**<br>**PREJUDICE DEFENDANTS**<br>**OVERLAPPING MDL 1456** |

**THIS MATTER** having been opened to the court by The Haviland Law Firm and

Keefe Bartels, Counsel for Plaintiff and the Class, on Plaintiff's Motion to Dismiss Without

Prejudice Conflicting Class Claims as to Defendants Overlapping MDL 1456, and the parties

having amicably resolved their differences and consenting to the entering of this form of Order;

On this _5_ day of ~~October~~ *Nov* 2007

**ORDERED** that plaintiff's claims against the following defendants are dismissed

without prejudice:

Abbott Laboratories, Amgen Inc., Zeneca, Inc., Astra Zeneca
Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Hoechst Marion
Roussel, Inc., ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.),

DSMDB-2333856v01

Centeon, L.L.C., Armour Pharmaceuticals, Baxter International Inc.,
Baxter Healthcare Corporation, Immuno-U.S., Inc., Bayer Corporation,
Bayer AG, Miles Laboratories, Inc, Cutter Laboratories, Inc., Bristol-
Myers Squibb Co., Oncology Therapeutics Network Corp., Apothecon,
Inc., Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex
Corporation, Johnson & Johnson, Centocor, Inc., Ortho Biotech,
Pharmacia Corporation, Pharmacia & Upjohn LLC, f/k/a Pharmacia &
Upjohn, Inc., Monsanto Company, Schering-Plough Corporation, Warrick
Pharmaceuticals Corporation, Sicor, Inc., Gensia Sicor Pharmaceuticals,
Inc., and Watson Pharmaceuticals, Inc.;

**IT IS FURTHER ORDERED** that subject to and specifically reserving all defenses,

the parties agree that (1) none of the Defendants waives or releases any defenses or arguments,

including but not limited to, any statute of limitations and/or repose defenses, which could have

been asserted prior to the effective date of this Order and (2) any and all applicable statutes of

limitations and/or repose are, from the effective date of this Order and for the pendency of MDL

1456, tolled and the reinstatement of any Defendant to this action will not, as a result of this

Order, trigger a right of removal to federal court;

**IT IS FURTHER ORDERED** that plaintiff's Motion to Dismiss Without Prejudice

Conflicting Class Claims as to Defendants Overlapping MDL 1456 is withdrawn;

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all

counsel and the Special Master within seven days of receipt from the Court.

Honorable Louis F. Locascio, J.S.C.

2

DSMDB-2333856v01

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing documents to be served on all counsel of record in this case electronically via Lexis-Nexis File & Serve on November 19, 2007.

/s/ Jared D. Rodrigues
Jared D. Rodrigues

DSMDB-2308102