# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-a-Care of | : | Judge Patti B. Saris |
| the Florida Keys, Inc. | : | |
| v. | : | |
| Abbott Laboratories, Inc., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |

- - - - - - - - - - - - - - -x    Bowler

Baltimore, Maryland

Friday, September 14, 2007

Videotaped Telephone Deposition of ROBERT NIEMANN

27a18706-d632-4df8-8162-703fc9f893ed

Niemann, Robert                                             September 14, 2007
                              Baltimore, MD

Page 70

1   Q.  With the in person meetings or the
2   face-to-face meetings, my question is, would you work
3   with the legislative office ahead of time to prepare
4   for these communications?
5   A.  I mean, that's such a general question,
6   I'm sure we had discussions.
7   Q.  Right.
8   A.  And they are not always -- they weren't
9   always specific, you know, we didn't know what the
10  staffer was going to ask.  But there would -- yes, we
11  would have, we would have discussions.
12  Q.  And you indicated to me that you can't
13  remember any specifics of any of these conversations?
14  A.  No.  Not really.
15  Q.  And why is that?
16  A.  Well, it's -- it's because I've moved on.
17  Q.  And it's been a long time?
18  A.  Yes.  It's been a long time.  I don't, I
19  don't think about this stuff.
20  Q.  So if I had asked you, say, in 1997 about
21  a conversation that took place in 1996, there is a
22  much better chance that you would remember what you

Page 71

1   said in 1996?
2       MS. OBEREMBT:  Objection.
3       THE WITNESS:  I would hope so.
4       BY MR. COOK:
5   Q.  It's fair to say?
6   A.  I guess that's right.  I hope that's true.
7   Q.  Does anything stick out in your mind about
8   any of the conversations with Congress on drug
9   payment policy issues?  I mean, is there one that
10  really stands out at all with Congressman so and so
11  and he said something or --
12  A.  No.
13  Q.  Do you know if any of these conversations
14  had to do with the concept of average wholesale
15  price?
16  A.  Yes.
17  Q.  Was that a frequent topic of conversation
18  in your -- to the extent that frequent can be used
19  for these conversations with the legislative branch?
20  A.  Yes.  Well, that was the basis for what
21  our payment policy was, so yes.  It would have been.
22  Q.  If I wanted to find out what those

Page 72

1   communications were between the agency and Congress
2   regarding average wholesale price, standing here in
3   2007, is there any way that I could reconstruct those
4   communications?
5   A.  I guess your best hope of doing that, if
6   that's possible, would be to contact the legislative
7   people, the staff over there.
8   Q.  Do you remember by name any of the other
9   individuals who were on any of these meetings or
10  telephone calls?
11  A.  Well, one name I certainly remember is Ira
12  Bernie, who may still be working there.  Another
13  name, and I'm sure she is not working there now, is
14  Kathleen.  I seem to have a pattern here.  I can
15  remember first names and not last names.  I can't
16  remember Kathleen's last name, but I'm sure she left
17  the government.
18  Q.  Where did they work, Kathleen and Ira
19  Bernie?
20  A.  It was called OLP, at least then.  Office
21  of -- well, the L is Legislation.  I'm not sure what
22  the P stands for.  It was Office of Legislation.

Page 73

1   Q.  Anybody else that you can remember that
2   were involved in these conversations?
3   A.  Peter Hickman, he was the division
4   director over there.
5   Q.  How about on the other side of the
6   telephone on the legislative side.  Do you recall any
7   specifics of the individuals with whom you spoke?
8   A.  I don't.
9   Q.  Do you remember any of the issues that
10  were raised in these conversations at any level of
11  generality, other than the general topic of average
12  wholesale price?
13  A.  Other than that?
14  Q.  Yes, sir.
15  A.  No.
16  Q.  And now in these conversations related to
17  average wholesale price, we've used the term average
18  wholesale price.  What do you understand average
19  wholesale price to be?
20      MS. OBEREMBT:  Objection.
21      THE WITNESS:  Well, I guess, some mix of
22  what the words mean and what the IG reported.  What

19 (Pages 70 to 73)