# EXHIBIT 6

 Paul Glinowiecki <Paul-G@VIPS.com> on 11/01/2000 03:26:01 PM

To: Alan Schanie/ASF/AICI/US@AICI, Amy Capece <capece.amy@healthnow.org>, Amy keiderling <Amy.Keiderling@eds.com>, Billy Robertson <Billy.Robertson@pgba.com>, Brian Pelisek <Brian-P@VIPS.com>, Carolyn Chapman <Carolyn@VIPS.com>, Carolyn Helton <Carolyn.Helton@CIGNA.com>, Cheryl Burton <Cheryl.Burton@CIGNA.com>, Cheryl Eiler/ASF/AICI/US@AICI, Colleen King <king.colleen@healthnow.org>, "Douglas, Barbara D    795" <Barbara.Douglas@CIGNA.com>, Ellen Porter <Ellen-P@VIPS.com>, Julie Martell <Julie-M@VIPS.com>, Karen Furman <furman.karen@healthnow.org>, Larry Maurice <Larry-M@VIPS.com>, Mary Nunn <Mary.Nunn@palmettogba.com>, Mary Strausberg <Mary-St@VIPS.com>, Michele Berry <MicheleB@VIPS.com>, Natella shubinsky <Natella@VIPS.com>, Paul Glinowiecki <Paul-G@VIPS.com>, Peggy hansbury <'hansbury.peggy@healthnow.org'>, Robert Minneman <Rob-M@VIPS.com>, "ROBIN.STONE" <ROBIN.STONE@palmettogba.com>, Roger Phillips <Roger@VIPS.com>, Sharon Boone <Sharon-B@VIPS.com>, Sheryl Hardy <Sheryl@VIPS.com>, Tom Dotson/ASF/AICI/US@AICI, Verna Brantley <Verna.Brantley@palmettogba.com>
cc:

Subject: Addition to tomorrows PIDS call

---

For those planning on attending tomorrow's PIDS call, please review the following and come prepared to discuss.

Thanks, Paul

```
TRANSMITTAL NUMBER: 2001-110
HCFA Identifier:    None Given
Distribution Date:  October 30, 2000


Subject:     Medicare drug pricing updates
Attention:   Reimbursement
```

IMPORTANT NOTE: If you believe any portion of this E-mail is applicable to others not listed on the "attention" line, please notify the Communications department immediately.

All responses must be sent to Jacqueline Fellows and Debra G. Brown by 12:00 p.m. (Central) on the response due date.

All documentation for implementation must be forwarded to Jacqueline Fellows and Debra G. Brown with 15 days of the implementation date. If there is a delay in implementation, we must receive a copy of the notification you distributed to HCFA citing the reason for delay in implementation. The nature of the documentation varies depending on the instruction. It may include provider bulletins, other communications to providers, copies of print screens, system outputs, Medicare Summary Notices, Remittance Advices, etc.

2 Page(s)

```
From: Leticia Swanston [LSwanston@hcfa.gov]
Sent: Monday, October 30, 2000 12:37 PM
To:   karen_bryan@aici.com; almedicare@bcbsal.org; cignapartb@cigna.com;
```

```
lkasow@empirebcbs.com; ghi_partB@ghimedicare.com; t02050@transamerica.com
Subject:     Medicare drug pricing updates -Reply -Reply  -Reply
-Forwarded
```

Hello,

Can you review the attached question regarding "Medicare drug pricing updates and that you can go back to September 1, 2000 drugs prices without much difficulty."
When you respond please also copy RNiemann@HCFA.gov
<mailto:RNiemann@HCFA.gov> .
thanks so much.

```
From:   Lorraine Zicha [LZicha@hcfa.gov]
Sent:   Friday, October 27, 2000 8:06 AM
To:     adenion@hcfa.gov; cdavison@hcfa.gov; lholcomb@hcfa.gov;
lswanston@hcfa.gov; wkorangkool@hcfa.gov
Subject:     Medicare drug pricing updates -Reply -Reply  -Reply
```

B leads,  can you please check with a couple of your contractors with the question Bob has.  Thanks.   Lorraine
>>> Robert Niemann 10/26 2:31 pm >>>
Lorraine, can you verify that the contractors replied that they can go back to September 1, 2000 drugs prices without much difficulty.  It appears certain that Congress will freeze the AWP for Medicare at Sept 1.  It would be nice to have some estimate of how long it would take to roll back prices to Sept 1 (any idea how many carriers have had an update since then?)  If this is effective on the date of enactment, and since only a few drugs have an update in AWP at any one time, is there any guestimate on the workload of redoing the drug claims that would have been involved from the date of enactment?
>>> Lorraine Zicha 10/18 1:30 pm >>>
Bob,  I tried to make a couple of phone calls today with no luck of reaching anyone.  Can this wait until tomorrow?
>>> Louis Polise 10/17 6:07 pm >>>
Bob, I don't know the answer to Ira's question.  If no one else does either, you might want to get on the agenda of the weekly call that OIS has with carrier systems folks.  Pat, is Anita Denion the OIS person Bob should contact?
>>> Robert Niemann 10/17 4:13 pm >>>
Do you know the answer to Ira's question?  If not, do you know who would? thanks
>>> Ira Burney 10/17 1:52 pm >>>
Why would a rollback to AWPs in effect on September 1st be a big deal? Don't carriers have to maintain a pricing file for drugs supplied between July 1 and Sept 30, even if the bill is received after September 30th? Could you please check with the appropriate systems and operations folks?

>>> Marvin Stoogenke 10/05 10:08 am >>>
I feel uneasy with the PENDING part of the legislation.  The contractors have a lot on their plates with HIPAA.  If they have already updated, I personally cannot see them taking on an activity to reverse their updates. If the legislation becomes final, they will be mandated to use the prior updates.  Hopefully, they archive their updates.  This will make it easy to activate a prior set of prices.
>>> Robert Niemann 10/05 7:32 am >>>
There is pending legislatoin which would freeze Medicar payment alowances for
drugs at what we were paying as of September 2000.  DO you think the carriers
and DMERCs (and possibly some FIs for that matter) have or will update thier

prices in October?  If so, is there anything we could say about having them
rollback to the September prices?  Do you think this would be a big deal?
thanks

 - att1.htm