# EXHIBIT 7

```
        To: ISMTP@B11WDC-OV08B@Servers[<IBurney@hcfa.gov>]
      From: Robert Vito@OIG.OEI
        Cc:
       Bcc:
   Subject: re:
Attachment:
      Date: 5/29/97 3:07 PM
```

IRA
The revised chart is at you fax machine.  Please note that according to the regulation, Medicare computes an allowed amount for drugs based on the lower of the estimated acquisition cost (EAC) or the national average wholesale price (AWP). Since HCFA has been unable to obtain EAC, AWP is currently been used.

Any questions, let me know!

rob