UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Orange v. Abbott Laboratories, et al.*, SDNY Case No. 07-CV-277 | MDL NO 1456<br>CIV. A. No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## STIPULATION AND AGREEMENT

WHEREAS plaintiff, the County of Orange, commenced an action to recover damages with the filing of the Complaint in the United States District Court, Southern District of New York, on or about April 5, 2007, that action having been consolidated with other related actions in the above-referenced action;

WHEREAS plaintiff named Otsuka America, Inc. ("OAI") as a defendant in that Complaint;

WHEREAS counsel for OAI represented that it is a holding corporation which does not manufacture, sell, or market pharmaceuticals in the United States and therefore this entity was misjoined;

WHEREAS plaintiff intended to name as a defendant Otsuka America Pharmaceutical, Inc. ("OAPI"), a United States based entity, which sells, distributes, and/or markets pharmaceuticals in the United States;

WHEREAS counsel for the parties have agreed that plaintiff may substitute OAPI for OAI as a defendant in the action, that plaintiff will voluntarily dismiss without prejudice the Complaint against OAI, and that, in consideration therefore, counsel for OAPI will subsequently

execute a waiver of service of process on behalf of OAPI once the Notice of Dismissal of OAI has been filed;

IT IS HEREBY STIPULATED AND AGREED that: (a) pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff will file with the proper court a Notice of Dismissal stating that plaintiff the County of Orange voluntarily dismisses without prejudice the claims asserted in this action against defendant OAI; (b) within five (5) business days of the filing of that Notice of Dismissal, defense counsel will execute and serve upon plaintiff a waiver of service of process for OAPI; and (c) plaintiff shall file said waiver and subsequently amend the caption and any relevant paragraphs of the Complaint to reflect this substitution.

By: _____
Date: 11/20/07

Theresa A. Vitello Esq.
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue
New York, New York 10022
Tel.: (212) 605-6200

*Attorneys for Plaintiff*

By: _____
Date: Nov. 8, 2007

Timothy M. Broas, Esq.
WINSTON & STRAWN, LLP
1700 K Street, N.W.
Washington, DC 20006-3817
Tel.: (202) 282-5000

*Attorneys for Defendant Otsuka America Pharmaceutical, Inc. & Otsuka America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __20th__ day of __November__, 2007, caused a true and correct copy of the foregoing *Stipulation and Agreement* to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Theresa A. Vitello., Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 10th Floor
New York, NY 10022
(212) 605-6200