# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Orange v. Abbott Laboratories, et al.*, SDNY Case No. 07-CV-277 | MDL NO 1456<br>CIV. A. No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST OTSUKA AMERICA INC.

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff County of Orange hereby voluntarily dismisses, without prejudice, all claims asserted in this action against defendant Otsuka America, Inc.

THIS ACTION REMAINS PENDING as to the claims asserted by plaintiff County of Orange against any other party other than Otsuka America, Inc., unless otherwise separately noticed.

Dated November 20, 2007

Respectfully Submitted,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Theresa A. Vitello Esq.
800 Third Avenue
New York, New York 10022
Tel.: (212) 605-6200

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __20th__ day of __November__, 2007, caused a true and correct copy of the foregoing *Notice of Voluntary Dismissal of Claims Against Otsuka America, Inc.* to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

*/s/ Theresa A. Vitello*
Theresa A. Vitello., Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 10th Floor
New York, NY 10022
(212) 605-6200

00104540.WPD