UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED] AMENDED ORDER OF REFERENCE
FOR ALTERNATIVE DISPUTE RESOLUTION

The Court orders the parties in the above-captioned case to meet with Eric Green, Esq. and Jonathan Marks, Esq. ("the Mediators") for mediation. The parties shall discuss with the Mediators the scheduling for mediation of these cases, as well as the format of mediation. The Mediators shall exercise their discretion in structuring mediation of these cases, taking into account the views of the various parties.

No party shall be deemed to have waived any objections to this Court's subject-matter jurisdiction by agreeing to participate in mediation. In addition, nothing in this Order shall prevent the parties from agreeing to allow additional parties to join the mediation process.

The parties shall report to the Court on the progress of the mediation no later than December 4, 2007.

PATTI B. SARIS
United States District Court Judge

Dated: November 15, 2007

1