**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| ) | |
| THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) | Civil Action No. 01-CV-12257 PBS |
| ) | Judge Patti B. Saris |

### Judgment

IT IS ADJUDGED AND DECREED THAT:

Judgment is entered in favor of Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products, L.P. and against Class 1, Class 2 and Class 3.

Dated: November __, 2007                    _/s/ Patti B. Saris_