UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

### AFFIDAVIT OF DAWN M. BREHONY
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Dawn M. Brehony, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above-captioned action that:

1. I am an attorney at the firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys for Organon USA Inc., in the above-captioned action.

2. I am a member in good standing of the bar of the United States District Courts for the Southern, Northern and Western Districts of New York.

3. I have never been the subject of a professional disciplinary proceeding.

Dawn M. Brehony

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK  )

SWORN TO BEFORE ME and subscribed in my presence this 16th day of November, 2007.

_____
NOTARY PUBLIC

My Commission Expires:

ROSEMARY A. GIMMLER
Notary Public, State of New York
No. 24-4970225
Qualified in Queens County
Commission Expires August 6, 2010

NY/513054v1