01CV12257PBS

## CERTIFICATE OF SERVICE

I, Dawn M. Brehony, hereby certify that on the 16th day of November, 2007, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ORGANON USA INC., ADMISSION *PRO HAC VICE*, and AFFIDAVIT OF DAWN M. BREHONY IN SUPPORT OF ADMISSION *PRO HAC VICE* to be served on all counsel of record by electronic service pursuant to the Case Management Order via LexisNexis File and Serve.

Dawn M. Brehony

NY/513051v1