UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

### NOTICE OF APPEARANCE FOR DEFENDANT
### ORGANON USA INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is an Affidavit in Support of Application for Admission *Pro Hac Vice* of Barry Gerstman, as counsel for Organon USA Inc. in this action.

Dated: November 16, 2007
New York, New York

Respectfully submitted,

_____
BARRY GERSTMAN
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, NY 10004
(Tel.) 212-422-0202
(Fax) 212-422-0925
*Attorney for Defendant Organon USA Inc.*

NY/513053v1