**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2007 NOV 19  A 10: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO

ALL ACTIONS

MDL NO. 1456

Master File No.: 01-12257-PBS
Judge Patti B. Saris

**AFFIDAVIT OF BARRY GERSTMAN**
**IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Barry Gerstman, hereby certify pursuant to Case Management Order No. 1, section

V, entered in the above-captioned action that:

1.      I am an attorney at the firm of Sedgwick, Detert, Moran & Arnold LLP,

attorneys for Organon USA Inc., in the above-captioned action.

2.      I am a member in good standing of the bar of the United States District Courts

for the Southern and Eastern Districts of New York.

3.      I have never been the subject of a professional disciplinary proceeding.

Barry Gerstman

STATE OF NEW YORK    )
                                           ) SS:
COUNTY OF NEW YORK  )

SWORN TO BEFORE ME and subscribed in my presence this 16th day of
November, 2007.

NOTARY PUBLIC

My Commission Expires:

ROSEMARY A. GIMMLER
Notary Public, State of New York
No. 24-4970225
Qualified in Queens County
Commission Expires August 6, 2010

NY/513055v1