01cv12257 PBS

## CERTIFICATE OF SERVICE

I, Barry Gerstman, hereby certify that on the 16th day of November, 2007, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ORGANON USA INC., ADMISSION *PRO HAC VICE*, and AFFIDAVIT OF BARRY GERSTMAN IN SUPPORT OF ADMISSION *PRO HAC VICE* to be served on all counsel of record by electronic service pursuant to the Case Management Order via LexisNexis File and Serve.

_____
Barry Gerstman

NY/513053v1