IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

### CERTAIN DEFENDANTS' WITHDRAWAL OF PLEADING REGARDING NEW JERSEY AWP LITIGATION

During a September 11, 2007 hearing in this case, the Court expressed concerns regarding overlapping claims and defendants in MDL No. 1456 and the New Jersey State Average Wholesale Pricing case, *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al.*, Civil Action No. Mon-L-3136-06 ("the New Jersey case"). The Court ordered plaintiff's lead lawyer in the New Jersey case, Mr. Haviland, to resolve the matter by dismissing the overlapping claims and defendants from the New Jersey case. On October 2, 2007, the New Jersey overlapping defendants filed a pleading in this Court arguing that Mr. Haviland had not effected the appropriate dismissal of the overlapping claims and defendants. *See* MDL 1456 Document No. 4771.

On October 19, 2007, Mr. Haviland, through local counsel in New Jersey, filed a consent order dismissing certain overlapping defendants from the New Jersey case.[1] Judge Locascio signed the consent order on November 5, 2007. *See* Order Dismissing Without Prejudice

---

[1] Although AstraZeneca Pharmaceuticals LP and Zeneca Inc. were included in this consent order, Mr. Haviland refused to release AstraZeneca PLC and AstraZeneca LP, two related corporate entities against whom overlapping claims have been asserted in the New Jersey case. AstraZeneca continues to discuss the status of these entities with Mr. Haviland. Likewise, Mr. Haviland refused to release ALZA Corporation, a subsidiary of Johnson & Johnson. If the parties are unable to resolve these matters, Astra Zeneca and Johnson & Johnson may seek appropriate relief from this Court.

Defendants Overlapping MDL 1546, November 5, 2007 (attached as Exhibit 1 to the Declaration of Jared Rodrigues).

Based upon the New Jersey Superior Court's dismissal order, the New Jersey overlapping defendants hereby withdraw their October 2, 2007 pleading. (Document # 4771).

November 19, 2007

Signed / *J. Andrew Jackson*
J. Andrew Jackson
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-2200
Facsimile: 202-420-2201

Counsel for Defendants
Baxter International Inc. and
Baxter Healthcare Corporation and as
Coordinating Counsel on Behalf of the Corporate
Defendants in *International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al.*

e-filed / *Peter E. Gelhaar*
Peter E. Gelhaar (BBO #188310)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: 617-720-2880
Facsimile: 617-720-3554

Counsel for Defendants
Baxter International Inc. and
Baxter Healthcare Corporation

DSMDB-2353467