## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257 -PBS |
| This document relates to: | ) ) ) Judge Patti B, Saris |
| THE CITY OF NEW YORK, *et al*. | ) ) |
| v. | ) ) |
| ABBOTT LABS, *et al.* | ) ) |

### UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO TEVA PHARMACEUTICAL INDUSTRIES LTD.'S MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(2), counsel for Plaintiffs hereby respectfully file this Unopposed Motion for an order extending the time until December 12, 2007 for Plaintiffs to file their opposition and memoranda to Teva Pharmaceutical Industries, Ltd.'s Memorandum of Law in Support of Its Motion to Dismiss The Revised First Amended Consolidated Complaint For Lack of Personal Jurisdiction.  In support of this motion, Plaintiffs state as follows:

1. Defendant Teva Pharmaceutical Industries, Ltd. ("Teva Ltd.") filed their motion to dismiss late afternoon on Friday, October 26, 2007.  Pursuant to Local Rule 7.1(b)(2), any opposing motion must be filed within fourteen (14) days of service, by November 9, 2007.  An extension of time is permissible pursuant to order of the Court.  *See* Local Rule 7.1(b)(2).

2. Plaintiffs filed an Unopposed Motion for Extension of Time To Respond to Teva Pharmaceutical Industries, Ltd.'s Motion to Dismiss requesting an extension of time to respond until November 27, 2007.

3. Counsel for Plaintiffs and Teva Ltd. are continuing to negotiate a stipulation of voluntary dismissal. The additional time is needed to allow for these negotiations to continue and for consultation with clients.

4. The undersigned counsel contacted Patrick M. Byran, Esq. of Kirkland & Ellis LLP, counsel for defendant Teva Ltd. regarding this motion. Mr. Byran indicated his client does not object to this request for additional time.

For the above reasons, Plaintiffs respectfully request that this motion be granted.

Dated: November 27, 2007

By: ___/s/ James P Carroll Jr_____
Joanne M. Cicala
James P. Carroll Jr.
Aaron D. Hovan
KIRBY MCINERNEY LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600

*Counsel for The City of New York and various New York Counties in MDL 1456, except the County of Nassau and County of Orange*

Ross Brooks, Esq.
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Counsel for the County of Nassau*

**CERTIFICATE OF SERVICE**

     I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO TEVA PHARMACEUTICAL INDUSTRIES INC.'S MOTION TO DISMISS, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  November 27, 2007            ___/s/ James P Carroll Jr_____
                                                James P. Carroll Jr.