UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, <br> CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER

Upon consideration of the United States' Unopposed Motion for Leave to file Reply in Support of its Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information,

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER HEREBY ORDERED that the United States shall file its Reply.


This _____ day of _____, 2007.


_____
Judge