# EXHIBIT 1

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466:srg                              November 5, 2007
080024-024348

VIA FEDERAL EXPRESS

Mark A. Lavine
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL   33131

Re:    United States of America v. Abbott Labs

Dear Mark:

I am enclosing 26 CDs Bates labeled ABT-DOJ 0309974-0309999.  These CDs contain the direct and indirect sales data from 1991 - 2003 for the 44 NDCs named in the DOJ's complaint.  We are also providing file layouts for this data bates labeled ABTDOJ 0310000-0310003.

The direct sales data contains three additional fields that were not contained in our previous production.  These fields have been recently added to the data but do not contain any historical information and therefore are populated with empty string values.  These fields, DESC SZ STERN, SZ DESC, and DOSE DESC are contained on the file layout.

Please call me with any questions.

Sincerely,

Carol P. Geisler

Carol P. Geisler

Enclosures

cc:    Jason G. Winchester, Esq.

CHI-1616003v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**Abbott Laboratories**
**Indirect Sales Data**
**CONFIDENTIAL**

**File Layout**

| Column Heading | Attribute |
|---|---|
| Sales Date | DATE |
| Full NDC | VARCHAR2 (20) |
| List Number Id | VARCHAR2 (8) |
| Tuc Id | VARCHAR2 (2) |
| Sales Size Id | VARCHAR2 (3) |
| Product Description | VARCHAR2 (50) |
| Whlsr  Customer Number | VARCHAR2 (8) |
| Whlsr Name | VARCHAR2 (40) |
| Whlsr Address | VARCHAR2 (25) |
| Whlsr City | VARCHAR2 (22) |
| Whlsr State | CHAR (2) |
| Whlsr Zip | CHAR (5) |
| Buy Group Name | VARCHAR2 (25) |
| End  Customer Number | VARCHAR2 (8) |
| End  Customer Name | VARCHAR2 (40) |
| End  Customer Address | VARCHAR2 (25) |
| End  Customer City | VARCHAR2 (22) |
| End  Customer State | CHAR (2) |
| End  Customer Zip | CHAR (5) |
| Shipto Customer Class of Trade | VARCHAR2 (4) |
| Acute (1) Non_Acute (75) | VARCHAR2 (10) |
| Purchase Units | NUMBER (8) |
| WAC Total | NUMBER (14,2) |
| Wholesaler Charge back  Total | NUMBER (14,2) |
| End Customer Contract Price per Unit | NUMBER (14,2) |
| End Customer Invoice Total | NUMBER (14,2) |
| Customer Rebate Discount Etc. Total | NUMBER (14,2) |

1

**1-2**

ABT-DOJ 0310000
Highly Confidential

```
000001        01  RMRN43.
000002
*************************************************************
000003     * BASE SEGMENT  RMRN43              VERSION DATE 03/08/07  *
000004     *                                                          *
000005     *                   PC COMPATABLE COPY OF RMRN49           *
000006
*************************************************************
000007          03 DELM-CHAR-01-RMRN43              PIC X(01).
000008          03 CUST-NBR-STO-RMRN43              PIC X(8).
000009          03 DELM-CHAR-02-RMRN43              PIC X(3).
000010          03 CUST-NBR-BT-RMRN43               PIC X(8).
000011          03 DELM-CHAR-03-RMRN43              PIC X(3).
000012          03 CUST-TYP-RMRN43                  PIC X(1).
000013          03 DELM-CHAR-04-RMRN43              PIC X(3).
000014          03 CUST-NAM-RMRN43                  PIC X(24).
000015          03 DELM-CHAR-05-RMRN43              PIC X(3).
000016          03 ATTN-NAM-RMRN43                  PIC X(24)
000017          03 DELM-CHAR-06-RMRN43              PIC X(3).
000018          03 CUST-ADDR-RMRN43                 PIC X(24)
000019          03 DELM-CHAR-07-RMRN43              PIC X(3).
000020          03 CSZ-RMRN43                       PIC X(24)
000021          03 DELM-CHAR-08-RMRN43              PIC X(3).
000022          03 ABT-CUST-CLS-RMRN43              PIC X(04)
000023          03 DELM-CHAR-09-RMRN43              PIC X(3).
000024          03 VERTEX-GEO-ST-RMRN43             PIC X(2).
000025          03 DELM-CHAR-10-RMRN43              PIC X(3).
000026          03 VERTEX-GEO-CNTY-RMRN43           PIC X(3).
000027          03 DELM-CHAR-11-RMRN43              PIC X(3).
000028          03 VERTEX-GEO-CITY-RMRN43           PIC X(4).
000029          03 DELM-CHAR-12-RMRN43              PIC X(3).
000030          03 TERM-CD-RMRN43                   PIC X(2).
000031          03 DELM-CHAR-13-RMRN43              PIC X(3).
000032          03 MTH-RMRN43                       PIC X(2).
000033          03 DELM-CHAR-14-RMRN43              PIC X(3).
000034          03 DAY-RMRN43                       PIC X(2).
000035          03 DELM-CHAR-15-RMRN43              PIC X(3).
000036          03 YR-RMRN43                        PIC X(2).
000037          03 DELM-CHAR-16-RMRN43              PIC X(3).
000038          03 INVC-NBR-HI-ORD-RMRN43           PIC X.
000039          03 DELM-CHAR-17-RMRN43              PIC X(3).
000040          03 INVC-NBR-LO-ORD-RMRN43           PIC X(4).
000041          03 DELM-CHAR-18-RMRN43              PIC X(3).
000042          03 BR-DISTRT-CNTR-RMRN43            PIC X(2).
000043          03 DELM-CHAR-19-RMRN43              PIC X(3).
000044          03 SLS-TC-RMRN43                    PIC X(2).
000045          03 DELM-CHAR-20-RMRN43              PIC X(3).
000046          03 LIST-NBR-RMRN43                  PIC X(5).
000047          03 DELM-CHAR-21-RMRN43              PIC X(3).
000048          03 TUC-TUC-RMRN43                   PIC X(2).
000049          03 DELM-CHAR-22-RMRN43              PIC X(3).
000050          03 INV-SC-RMRN43                    PIC X(3).
000051          03 DELM-CHAR-23-RMRN43              PIC X(3).
000052          03 SLSSZ-CD-RMRN43                  PIC X(3).
000053          03 DELM-CHAR-24-RMRN43              PIC X(2).
000054          03 MKT-DIV-RMRN43                   PIC X(3).
000055          03 DELM-CHAR-25-RMRN43
```

ABT-DOJ 0310001
Highly Confidential

```
000056      03 INSTR-CD-RMRN43                    PIC X(2).
000057      03 DELM-CHAR-26-RMRN43                PIC X(3).
000058      03 PGRP-RMRN43                        PIC X(3).
000059      03 DELM-CHAR-27-RMRN43                PIC X(3).
000060      03 DEPT-WIN-LDGR-RMRN43               PIC X(3).
000061      03 DELM-CHAR-28-RMRN43                PIC X(3).
000062      03 QTY-BY-SLSSZ-RMRN43                PIC X(8).
000063      03 DELM-CHAR-29-RMRN43                PIC X(3).
000064      03 QTY-BY-INV-SZ-RMRN43               PIC X(8).
000065      03 DELM-CHAR-30-RMRN43                PIC X(3).
000066      03 LN-XTN-RMRN43                      PIC X(12).
000067      03 DELM-CHAR-31-RMRN43                PIC X(3).
000068      03 CONTR-NBR-RMRN43                   PIC X(12).
000069      03 DELM-CHAR-32-RMRN43                PIC X(3).
000070      03 LBL-CD-RMRN43                      PIC X(2).
000071      03 DELM-CHAR-33-RMRN43                PIC X(3).
000072      03 LN-WT-TOT-RMRN43                   PIC X(10).
000073      03 DELM-CHAR-34-RMRN43                PIC X(3).
000074      03 NBR-PROF-DIV-RMRN43                PIC X(3).
000075      03 DELM-CHAR-35-RMRN43                PIC X(3).
000076      03 BOL-NBR-INV-LOC-RMRN43             PIC X(20).
000077      03 DELM-CHAR-36-RMRN43                PIC X(3).
000078      03 INVC-TOT-AMT-RMRN43                PIC X(12).
000079      03 DELM-CHAR-37-RMRN43                PIC X(3).
000080      03 TAX-AMT-RMRN43                     PIC X(12).
000081      03 DELM-CHAR-38-RMRN43                PIC X(3).
000082      03 HNDL-CHRG-RMRN43                   PIC X(9).
000083      03 DELM-CHAR-39-RMRN43                PIC X(3).
000084      03 DELV-CHRG-AMT-RMRN43               PIC X(9).
000085      03 DELM-CHAR-40-RMRN43                PIC X(3).
000086      03 TAX-RATE-RMRN43                    PIC X(5).
000087      03 DELM-CHAR-41-RMRN43                PIC X(3).
000088      03 TAXB-MDSE-RMRN43                   PIC X(12).
000089      03 DELM-CHAR-42-RMRN43                PIC X(3).
000090      03 PO-NBR-CUST-RMRN43                 PIC X(24).
000091      03 DELM-CHAR-43-RMRN43                PIC X(3).
000092      03 CARR-4-CHAR-RMRN43                 PIC X(4).
000093      03 DELM-CHAR-44-RMRN43                PIC X(3).
000094      03 ABT-CUST-NBR-XREF-RMRN43           PIC X(8).
000095      03 DELM-CHAR-45-RMRN43                PIC X(3).
000096      03 FC-XTN-XCOP-RMRN43                 PIC X(12).
000097      03 DELM-CHAR-46-RMRN43                PIC X(3).
000098      03 INVC-NBR-RMRN43                    PIC X(13).
000099      03 DELM-CHAR-47-RMRN43                PIC X(3).
000100      03 SAP-DELV-NBR-RMRN43                PIC X(9).
000101      03 DELM-CHAR-48-RMRN43                PIC X(3).
000102      03 RC-RMRN43                          PIC X(02).
000103      03 DELM-CHAR-49-RMRN43                PIC X(3).
000104      03 PROD-TAX-GRP-RMRN43                PIC X(02).
000105      03 DELM-CHAR-50-RMRN43                PIC X(3).
000106      03 PROD-DESC-RMRN43                   PIC X(17).
000107      03 DELM-CHAR-51-RMRN43                PIC X(3).
000108      03 RBATE-ACCRL-RMRN43                 PIC X(12).
000109      03 DELM-CHAR-52-RMRN43                PIC X(3).
000110      03 DESC-SZ-OR-STREN-RMRN43            PIC X(25).
000111      03 DELM-CHAR-53-RMRN43                PIC X(3).
000112      03 SZ-DESC-RMRN43                     PIC X(12).
```

ABT-DOJ 0310002
Highly Confidential

```
000113          03 DELM-CHAR-54-RMRN43          PIC X(3).
000114          03 DOSE-DESC-RMRN43             PIC X(20).
000115          03 DELM-CHAR-55-RMRN43          PIC X(1).
000116          03 FILLER                       PIC X(0079).
```

**1-5**

**ABT-DOJ 0310003**
**Highly Confidential**



Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309974
Indirect Sales - 44 NDCs
Jan-Dec (1991)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309975
Indirect Sales - 44 NDCs
Jan-Dec (1992)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309976
Indirect Sales - 44 NDCs
Jan-Dec (1993)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309977
Indirect Sales - 44 NDCs
Jan-Dec (1994)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309979
Indirect Sales - 44 N

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309978

1-6



Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309981
Indirect Sales - 44 NDCs
Jan-Dec (1998)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309980
Indirect Sales - 44 NDCs
Jan-Dec (1997)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309983
Indirect Sales - 44 NDCs
Jan-Dec (2000)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309982
Indirect Sales - 44 NDCs
Jan-Dec (1999)

ABT-DOJ 0309985
Indirect Sales - 44 NDCs
Jan-Dec (2002)

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309984
Indirect Sales - 44 NDCs
Jan-Dec (2001)

Abbott Laboratories
DOJ Production
Highly Confidential

1-7



Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309987
Indirect Sales - 44 NDCs
Jan-Dec (2003)



Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309986
Indirect Sales - 44 NDCs
Jan-Jun (2003)

1-8

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309989
1993 Direct Sales
44 NDCs

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309988
1991 & 1992 Direct Sales
44 NDCs

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309991
1995 Direct Sales
44 NDCs

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309990
1994 Direct Sales
44 NDCs

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309993
1997 Direct Sales
44 NDCs

Abbott Laboratories
DOJ Production
Highly Confidential

ABT-DOJ 0309992
1996 Direct Sales
44 NDCs

1-9



Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309995
1999 Direct Sales
44 NDCs
Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309994
1998 Direct Sales
44 NDCs
Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309997
2001 Direct Sales
44 NDCs
Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309996
2000 Direct Sales
44 NDCs
Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309999
2003 Direct Sales
44 NDCs
Abbott Laboratories
DOJ Production
Highly Confidential
ABT-DOJ 0309998
2002 Direct Sales
44 NDCs

1-10

**From:** Lavine, Mark (USAFLS) [Mark.Lavine@usdoj.gov]
**Sent:** Wednesday, November 07, 2007 12:04 PM
**To:** Carol Geisler; Jason G. Winchester
**Cc:** Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Ford, Rebecca (CIV); Brooker, Renee (CIV)
**Subject:** Transactional Data

We received your package containing the CDROM's containing Abbott's sales data and we will review them to confirm the contents. However, your cover letter indicated that data was only being provided for 44 NDC's which I take to mean you have not included any data for acyclovir sales despite our many requests therefore. Pursuant to the Court's comments in the 11/5 hearing where she indicated she would allow amendment to add the Acyclovir claims, please immediately send the transactional data on those NDC's as well. Thank you.

*Mark Lavine*

*U.S. Attorney's Office*

*Southern District of Florida*

*(305) 961-9303*