# EXHIBIT 3

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

October 23, 2007

HIGHLY CONFIDENTIAL

VIA FEDERAL EXPRESS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re:   U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-11337

Dear Renee:

I am enclosing with this letter a replacement CD containing documents marked ABT-DOJ 0302522-0309694 which includes Abbott's initial production of Home Infusion documents. This should address the concerns raised by Becky Ford today.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1613750v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

3-1



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, N.W.*
*Ninth Floor*
*Washington, DC 20004*

*Telephone: (202) 514-1511*

November 2, 2007

*Via Electronic & First Class Mail*

Jason G. Winchester
Carol P. Geisler
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, 06–CV-11337-PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456/Civil Action No. 01-12257

Dear Jason and Carol:

As you know, during our July 6, 2007 meet and confer regarding Abbott's production of Alternate Site sales force personnel files and numerous other categories of outstanding discovery, you stated that Abbott would produce by the week of July 9, 2007, a detailed list of the types of documents making up the "personnel files" of the Alternate Site sales force, and a list of the 90 field sales force personnel for whom such records would be produced. We have yet to receive either such list. You further stated that you anticipated completing Abbott's production of the sales force personnel files in the three to four week time period following our July 6, 2007 meet and confer. (*See* 7/25/07 letter from R. Ford to J. Winchester at 1).

On August 16, 2007 and October 11, 2007, Abbott produced certain Alternate Site sales force personnel files. Those productions included documents Bates labeled ABT-DOJ 0298105 - 0300380 and ABT-DOJ 0300575 - 0302521, respectively. Among the pages produced by Abbott, the Department of Justice located personnel records related to the list of individuals attached at Exhibit 1. The cover letter of your October 11, 2007 letter stated that Abbott expected to complete its production of Alternate Site sales force personnel files by October 31, 2007. (*See* 10/11/07 letter from J. Winchester to R. Brooker at 2). As of today, the United States has yet to receive Abbott's final production of this category of documents.

-2-

As you know, on May 16, 2007, Magistrate Judge Bowler ordered Abbott to produce to the United States the Alternate Site sales force documents at issue here. The United States has been awaiting the production of these documents for many months. For these reasons, and because the discovery deadline in this case is less than 60 days away, it is imperative that Abbott produce the remaining sales force personnel files immediately. Accordingly, please provide us by close of business today, the complete list of Abbott's Alternate Site field sales force for the period 1991 - 2003, the names of the sales force for whom files have yet to be produced, the names of any Alternate Site sales force for whom Abbott will not be producing personnel files and the accompanying reasons why no production will be made, and the types of documents that should be included in the "personnel files" of the Alternate Site field sales force. In addition, please provide any remaining files by November 5, 2007, along with written confirmation that those files together with the files listed on Exhibit 1 to this letter are: (a) the personnel files related to all of Abbott's Alternate Site field sales force from 1991 - 2003, and (b) that Abbott's production of this category of discovery has been completed.

Sincerely,

/s/

Rebecca A. Ford

Enclosures:   (1)

Cc:   James Breen, Esquire

| Field Sales Representative | Bates Number Range |
| --- | --- |
| Rayford, Aaron | 0298105-0298200 |
| Hood, Laura | 0298201-0298202 |
| Palmer, Laura | 0298203-00298206 |
| Lyjak, Ted | 0298207-0298255; 0298260-0298308 |
| Bukaty, Kelly | 0298256-0298259 |
| Holland-Mayfield, Clydie | 0298309-0298313; 0298322-0298326; 0301176-0301231 |
| Mayfield, Camille | 0298314-0298321 |
| Paulson, Deborah | 0298327-0298362 |
| Bolt, Joanna | 0298363-0298367 |
| Lozano, Paul | 0298368-0298389; 0301116-0301161 |
| Ramsey, Mike | 0298390-0298432 |
| Blackwell, Ron | 0298433-0298441; 0301352-0301382 |
| Buffington, Karen | 0298442-0298456 |
| Houston, Kelly | 0298467-0298472; 0298481-0298482 |
| Crosby, Brad | 0298483-0298498 |
| Davidson, Brian | 0298499-0298500 |
| Dawson, Cindy | 0298501-0298501 |
| Drake, Debbie | 0298510-0298561 |
| Ellis, Elena | 0298562-0298568 |
| Felgenhauer, Carol | 0298569-0298598 |
| Gilmore, Scott | 0298599-0298608; 0301168-0301175 |
| Gilmore, Shannon | 0298609-0298610; 0301162-0301167 |
| Aldy, Keith | 0298611-0298638 |
| Connell, Jen | 0298639-0298642; 0298660-0298661; 0298664-0298673 |
| Wolfe, Jennifer | 0298643-0298659 |
| Crofoot, Andrew | 0298676-0298700 |
| Anderson, Tonita | 0298701-0298702 |
| Zackowski, Dave | 0298703-0298823 |
| Genuardi, Frank | 0298824-0298851; 0301073-0301113; 0301984-0301987 |
| Lauer, Trudy | 0298852-0298861; 029868-029869 |
| Goode, Trudy (Trudy Lauer?) | 0298862-0298867 |
| Harling, Dave | 0298870-0299039 |
| Kent, Julie | 0299040-0299058 |
| Rugnetta, Julie | 0299059-0299062; 0299078-0299093; 0301304-0301309; 0301310-03 |
| Less, Julie | 0299063-0299077; 0299094-0299098; 0301293-0301303 |
| Miser, Daryl | 0299099-0299179 |
| Quinby, Shannon | 0299180-029917 |
| Young, Diana | 0299218-0299231 |
| Dahlberg, Melina | 0299232-0299233 |
| Xavier, Melissa | 0299234-0299243 |
| Sellers, Michelle | 0299244-029945; 0299256-0299257 |
| Thrawl, Michelle | 0299246-0299255 |
| Kassak, Lisa | 0299258-0299534 |
| Schindler, David | 0299535-0299560 |
| Smith, Craig | 0299561-0299679 |
| Smith, Catrina | 0299680-0299712 |
| Strassner, Matthew | 02997013-0299735 |
| Hatfield, Amanda | 0299736-0299778 |
| Buck, Matthew | 0299779-0299845 |
| McGill, Doug "John" | 0299846-0299922 |
| McGill, Craig | 299865 |

| Name | Range |
|---|---|
| McNeal, Jomal | 0299923-0299945 |
| Loughman, Molly "Mary" | 0299946-0300039 |
| Kenney, Ma'at | 0300040-0300057; 0301332-0301344 |
| James, Chris | 0300058-0300180 |
| Lee-Haines, Jeani | 0300181-0300203; 0302306-0302334 |
| Jankowski, Deborah | 0300204-0300257; 0300262-0300294 |
| Spheeris, Paul | 0300258-0300261 |
| Bance-Cadichon, Matine | 0300295-0300380 |
| Moran, John "Marty" | 0300575-0300673 |
| Harsh, Harold "Frank" | 0300674-0300779 |
| Iwan-Massaro, Angeline | 0300780-0300789; 0300792-0300794; 0302335 |
| Vora, Suzy | 300790 |
| Ditty, Gerald | 300791 |
| Renick, Anne-Marie | 0300795-0300900 |
| Flournoy, Ed | 0300901-0300936 |
| Smith, Michelle | 0300937-0300951 |
| Flynn, Michael | 0300952-0300954 |
| Connors, Robert | 0300955-0300957 |
| Avila, Graviela | 0300958-0300960 |
| Zitlow, David | 0300961-0300963 |
| Pyfer, Paul | 0300964-0300965 |
| Metze, Laura | 0300966-0301000 |
| Sobo, Julia | 0301001-0301006 |
| French, Sr., Eric | 0301007-0301035 |
| Dillow, Monte | 0301036-0301072 |
| George, Tracy | 0301114-0301115 |
| Steenolsen, Scot | 0301232-0301257 |
| Szewczyk, Mark | 0301258-0301292 |
| Colon, Sam | 0302063-0302086; 0302017-0302062 |
| Beyrami, Jacquelyn | 0302086-0302103 |
| Hill, Denis | 0302104-0302123 |
| Sweeney, Edwin "Joseph" | 0302124-0302271 |
| Savage, Marva | 0302272-0302286 |
| Satterlee, Robert | 0302287-0302305 |
| Roach-Lucas, Doris | 0302336-0302363 |
| Rose, Beverly | 302348 |
| Spiers, Mark | 0302364-0302393 (Abbot procedure manual: 0302394-0301309) |
| Ridge, Jeanie | 0301345-0301349 |
| Anthony, Ma'at | 0301350-0301351 |
| Balzer, Jeff | 0301383-0301715 |
| Kelly, Dennis | 0301716-0301806 |
| Robertshaw, Dawn | 0301807-0301834 |
| Russert, John | 0301835-0301879 |
| Cannon, Rob | 0301880-0301905 |
| Coleman, Chandra | 0301906-0301938 |
| Jessup, Kaye | 0301939-0302016 |

-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Wednesday, November 07, 2007 11:02 AM
To: Jason G. Winchester
Cc: Carol Geisler; Jim Breen
Subject: FW: 11/2/07 Correspondence


Jason,

Further to our discussion yesterday afternoon, please advise us of the status of the Alternate Site field sales force personnel files. As discussed more fully in the attached letter to you dated November 2, 2007, your letter of October 11, 2007 stated that "We expect to complete our production of personnel files by October 31, 2007."

To our knowledge, Abbott has not made a production of Alternate Site sales force personnel files since the production that accompanied your October 11th letter. If Abbott has made a production that we are unaware of, please advise us of the date and the recipient of any such production. Alternatively, please advise us if it is now Abbott's position that the productions made on August 16th and October 11th (list of files listed on Exhibit 1 to our November 2nd letter - attached): (a) completes Abbott's production of this category of documents; and (b) that the personnel files related to all of Abbott's Alternate Site field sales force from 1991 - 2003 have been produced to the United States. Additionally, we request that all documents responsive to the United State's discovery requests that are located in these sales representatives' files be produced to us no later than November 23, 2007.

Finally, your letter of October 11th also references other categories of documents to be produced to the United States by October 31st (e.g., the remaining Home Infusion Documents (to our knowledge we have yet to receive home infusion documents since your initial production on October 19, 2007), a chart of the Bates ranges of the Alternate Site 20% customers previously produced by Abbott, and an updated privilege log (which you stated "Abbott [would] endeavor to provide . . . by October 26, 2007")).

Thank you for your assistance.

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC   20004
rebecca.ford@usdoj.gov


-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Friday, November 02, 2007 1:50 PM
To: Jason G. Winchester; Carol Geisler
Cc: 'James Breen'
Subject: 11/2/07 Correspondence

Please see the attached letter.

3-6

```
----- Original Message -----
From: "Ford, Rebecca (CIV)" [Rebecca.Ford@usdoj.gov]
Sent: 11/08/2007 10:19 AM EST
To: Ford, Rebecca (CIV)" <Rebecca.Ford@usdoj.gov>; Jason Winchester
Cc: Carol Geisler; Jim Breen" <jbreen@breenlaw.com>
Subject: RE: 11/2/07 Correspondence
```

Jason,

I understand from my conversation earlier today with Carol Geisler that it is Abbott's position that the Alternate Site field sale force personnel files that accompanied your October 11, 2007 letter completes Abbott's production of this category of documents. Please let us know if you disagree. Further, we would appreciate a response to the remainder of the e-mail below and our letter to you on this issue dated November 2, 2007. Specifically, please confirm that the personnel files related to ALL of Abbott's Alternate Site field sales force from 1991 - 2003 have been produced to the United States.

Additionally, we request that all documents responsive to the United State's discovery requests that are located in these sales representatives' files be produced to us no later than November 23, 2007.

Finally, your letter of October 11th also references other categories of documents to be produced to the United States by October 31st (e.g., the remaining Home Infusion Documents (initial production made on October 19, 2007), a chart of the Bates ranges of the Alternate Site 20% customers previously produced by Abbott, and an updated privilege log (which you stated "Abbott [would] endeavor to provide . . . by October 26, 2007")). To our knowledge, we have yet to receive these documents

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov

```
-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Wednesday, November 07, 2007 11:02 AM
To: 'Jason G. Winchester'
Cc: 'Carol Geisler'; 'Jim Breen'
Subject: FW: 11/2/07 Correspondence
```

Jason,

Further to our discussion yesterday afternoon, please advise us of the status of the Alternate Site field sales force personnel files. As discussed more fully in the attached letter to you dated November 2, 2007, your letter of October 11, 2007 stated that "We expect to complete our production of personnel files by October 31, 2007."

To our knowledge, Abbott has not made a production of Alternate Site sales force personnel files since the production that accompanied your October 11th letter. If Abbott has made a production that we are unaware of, please advise us of the date and the recipient of any such production.
Alternatively, please advise us if it is now Abbott's position that the productions made on August 16th and October 11th (list of files listed on Exhibit 1 to our November 2nd letter - attached): (a) completes Abbott's production of this category of documents; and (b) that the personnel files related to all of Abbott's Alternate Site field sales force from 1991 -
2003 have been produced to the United States. Additionally, we request that all documents responsive to the United State's discovery requests that are located in these sales representatives' files be produced to us no later than November 23, 2007.

Finally, your letter of October 11th also references other categories of documents to be produced to the United States by October 31st (e.g., the remaining Home Infusion Documents (to our knowledge we have yet to receive home infusion documents since your initial production on October 19, 2007), a chart of the Bates ranges of the Alternate Site 20% customers previously produced by Abbott, and an updated privilege log (which you stated "Abbott [would] endeavor to provide . . . by October 26, 2007")).

Thank you for your assistance.

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov


-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Friday, November 02, 2007 1:50 PM
To: Jason G. Winchester; Carol Geisler
Cc: 'James Breen'
Subject: 11/2/07 Correspondence

Please see the attached letter.


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========