# EXHIBIT 9, PART 2

1    Q.   Would -- for the purposes of looking at this

2    data, would you agree with me that it would seem

3    logical to first look at the classes of trade codes

4    that actually appeared in the production that you gave

5    to us?

6              MS. GEISLER:   Objection to the form.

7    Q.   (BY MS. MOORE)   In other words, we don't have

8    to understand every single code in --

9    A.   No.  I would --

10   Q.   -- Exhibit Number 15.

11   A.   I would say you would only want to concern

12   yourself with the ones that are in your data.

13   Q.   Right.  Do you know of any other class of

14   trade than W050 that we should be looking at if we

15   wanted to capture all of the transactions in our data

16   to wholesalers?

17   A.   Well, you could find transactions under --

18   well, you won't find any W055s.  Let me look here.

19   The only other possibility would be WL50s and then it

20   sounds like you've already got some stuff under WR50.

21   If I were you and I wanted to do that, I would just

22   get some search and query for anything from WL40 all

23   the way through W050 to make sure you have a complete

24   set of wholesalers.

25   Q.   All right.  And if you were to identify the

Page 316

1    retail class of trade --

2        A.    Uh-huh.

3        Q.    -- which -- which of these classes of trade

4    codes would you focus on?

5              MS. GEISLER:   Objection to form.

6        A.    Well, I would probably focus on E003.

7        Q.    (BY MS. MOORE)   What about A007, the chain?

8        A.    Well, I was just -- as I look at this, I

9    would probably -- the one named retail, it depends on

10   what you're trying to get at.   The one named retail,

11   which is what your question was, I would just go after

12   the class of trade that says retail.   If you want to

13   include chain pharmacies, you know, then you are going

14   to pick up chains like Osco and CVS.

15       Q.    Are there any other classes of trade that you

16   would include as obvious retail -- retail pharmacies?

17       A.    No.

18       Q.    All right.   As for transactions with

19   distributors before spinoff, would you focus on the

20   M061 class of trade?

21       A.    Yes.   Let me see it.   Let me just look at it

22   real ...   I would pick up M060 and M061 and M066.   I

23   would pick up those three.

24       Q.    All right.   And is there a class of trade

25   code for a chain warehouse in these numbers?

1      A.    I don't recall offhand.

2      Q.    Would you look at A077?

3      A.    Okay.  Chain pharmacy warehouse.

4      Q.    Do you know of any other class of trade code

5  for the chain warehouses?

6      A.    No.

7      Q.    Thank you.  When we issued a notice for a

8  corporate representative, we did include Hospira.  Is

9  it Hospira?

10     A.    Yes.

11     Q.    Not Hospira?

12     A.    Hospira.

13     Q.    Okay.  Thank you.  Were you aware that you

14  were actually offered as a corporate representative of

15  Hospira?

16     A.    Which would be appropriate through 2006 data.

17     Q.    So your answers would include all of that

18  data --

19     A.    Uh-huh.

20     Q.    -- for those products that eventually went to

21  Hospira.

22     A.    Right.

23     Q.    After 2006, do you have any knowledge as a

24  representative of Hospira of the data systems or data

25  production for Hospira?

Page 318

1    A.    No.   Only in the most general sense that they

2  use SAP, just like we use SAP, but they don't have it

3  configured the same way.

4    Q.    If we were to receive data from Hospira, do

5  you -- well, would you know whether or not all of --

6  whether or not it would be in the same format?

7    A.    No.

8           MS. GEISLER:   Objection to the form.

9    A.    I would suspect it would not be.

10    Q.    (BY MS. MOORE)   Do you know whether or not it

11  would use the same codes that we've been given on

12  behalf of Abbott?

13           MS. GEISLER:   Objection to form.

14    A.    When the migration first occurred, they were

15  using some of the same classes of trade.   They were

16  using the same NDC numbers for a while.   I don't know

17  what the status of all that is now.   That, obviously,

18  stayed the same through 2006 because I was reviewing

19  the data through May of 2006.   But after that, I can't

20  really speak to what they've done with it.

21    Q.    (BY MS. MOORE)   I wanted to return to one

22  other area that you testified to before we went to

23  lunch.   And I don't want to get your words wrong, but

24  just to refresh your recollection.   I believe you

25  testified that it was your standard practice simply to

1   build this driver file and request data and deliver to

2   the requestor whatever you got.

3       A.   That's right.

4       Q.   And I believe you testified that it was not

5   your ordinary practice to examine that data for

6   completeness or -- or accuracy; is that correct?

7               MS. GEISLER:   Objection to form.

8       A.   Our standard practice would be that we would

9   take whatever list was requested of us, we would run

10  it into our system and we would deliver any data that

11  matched.   I do not ever go through those files and try

12  to find that we actually found data for every one of

13  those.   There's just simply not time and these records

14  have millions of rows in them.

15              Now, normally what happens in these

16  kinds of events is whoever requested the data, if they

17  find data that didn't give them an answer, they'll

18  come back to us and we'll have to go back and do it

19  again.   And -- just as happened with the Knoll NDCs,

20  so ...

21      Q.   (BY MS. MOORE)   And those were -- those

22  requests that you get come from within Abbott as well

23  as for legal proceedings.

24      A.   That's correct.

25      Q.   Is that right?

Page 320

1      A.    That's correct.

2      Q.    And so when that user within Abbott discovers

3 something wrong with the data, they can come to you.

4      A.    Sure.

5      Q.    How do they find something wrong, typically?

6      A.    Well, if they ask -- the same way you did.

7 If they asked for certain NDCs and they didn't get any

8 results, they would call me back and say, "What's

9 going on?"  So ...

10      Q.    So in this case, because this was a legal

11 proceeding, the request came to you from your legal

12 department; is that right?

13      A.    That's correct.

14      Q.    Do you consider that to be the requesting

15 person then?

16      A.    I consider them to be the requesting person,

17 yeah.

18      Q.    So, in your mind, as a person who collects

19 this data, the completeness or noncompleteness or

20 responsiveness, or whatever of this data, you left to

21 that legal department?

22              MS. GEISLER:  Objection to the form.

23      A.    Yeah.

24      Q.    (BY MS. MOORE)  Would that be right?

25      A.    I leave the completeness to the requester.

1    Only the requester knows if he got what he wanted.  So

2    as far as responsiveness, I always responded within a

3    day or two of my receiving the data.  So I never sit

4    on it.

5        Q.   Do you -- I believe you testified, and I do

6    want you to correct me if I'm wrong, that you actually

7    knew that there were no Knoll products in the GAAT60

8    file under those Knoll NDCs; isn't that correct?

9        A.   I don't know that I knew that for sure.  I

10   knew there were -- I knew there were Knoll NDC numbers

11   on that list.

12       Q.   But when you went -- when you went to collect

13   data from the GAAT60 file, did you or did you not know

14   that those numbers were -- had data for them in that

15   file?

16       A.   I did not know until I did the extract, but

17   then the extract was not -- I did not recheck the

18   extract to see if it came back with numbers.

19       Q.   Okay.

20       A.   Now, there were also Knoll numbers under the

21   Abbott NDC in that list.

22       Q.   Four of them.

23       A.   No, more than four.  There's two things that

24   happened with that list.

25       Q.   Okay.

Page 322

1      A.    The four were -- there was a duplicate Abbott

2    NDC of the Knoll NDC.

3                  The second thing that happened is in

4    that list that was submitted to me --

5      Q.    There were --

6      A.    -- there were duplicates.  There were Abbott

7    NDCs for some of those products.  So my cursory look

8    at that list was, they're duplicatus.  So if I don't

9    find it under the Knoll NDC, I'm going to find it

10   under the Abbott NDC, so ...

11     Q.    That's what you mean by --

12     A.    Right.

13     Q.    -- duplicate.

14     A.    Yeah.

15     Q.    All right.

16     A.    For example, the Synthroids are in your list

17   with Abbott NDCs.

18     Q.    However, let me ask you this.

19     A.    Uh-huh.

20     Q.    You were given a time frame.  You were given

21   dates for which to pull the data.

22     A.    Exactly.

23     Q.    And you knew that you did not have direct

24   data for those Knoll products, correct?

25     A.    I wouldn't say that I knew that.  I would

FREDERICKS-CARROLL REPORTING

1  only know that if I pull the extract and I don't see

2  the data.

3      Q.   So -- but you testified that you knew that

4  the direct data was not acquired from Knoll; isn't

5  that correct?

6      A.   Well, that's a different question.

7      Q.   No.  If the direct data was not acquired from

8  Knoll, how could it be in the GAAT60 file?

9      A.   We are talking prior to 2001.

10     Q.   Right.

11     A.   Yeah.

12     Q.   So when you were asked to -- to extract data

13 going back to 1993, you knew there was not going to be

14 any data for those NDC numbers, those Knoll NDC

15 numbers for sure before 2001, right?

16     A.   I probably knew that, but the extract would

17 have showed me that --

18     Q.   Did you tell any --

19     A.   -- because it didn't produce any data prior

20 to '91, did it?

21     Q.   No.

22     A.   Okay.

23     Q.   In fact, it didn't produce any data at all.

24     A.   Well, that's -- that's a different subject.

25     Q.   Did you tell Abbott's legal department that

Page 324

1    there was no direct data for those NDCs --

2        A.    No.

3        Q.    -- prior --

4        A.    No.   I just sent them the file.

5               MS. MOORE:   I think we can take a short

6    break.

7               THE VIDEOGRAPHER:   Going off the record

8    at 1:45 p.m.

9               (Recess from 1:45 to 2:03)

10              THE VIDEOGRAPHER:   This marks the

11   beginning of Tape 3 in the deposition of Bruce

12   Stowell.  Going on the record.   The time is now 2:03

13   p.m.   Please proceed.

14              MR. BREEN:   Ms. Moore, are you finished?

15              MS. MOORE:   Yes, I am.   I'm going to

16   pass the witness to the Relator counsel.

17                        EXAMINATION

18   BY MR. BREEN:

19       Q.    Okay.   Good afternoon, Mr. Stowell.

20       A.    Hi.

21       Q.    I'm Jim Breen.   We've met a couple of times

22   now.

23       A.    Yes.

24       Q.    I represent Ven-A-Care, the Relator in this

25   case.   Do you have any idea what this case is about?

1     A.   My understanding is that there was a Medicare

2   claim or Medicaid claim and it was said to be in

3   excess of what the statutes said it was supposed to be

4   and that's what I understand the case is about.

5     Q.   And do you understand how Abbott's pricing

6   information in general relates to the case?

7     A.   Well, I know that Abbott's pricing is used as

8   part of the Medicaid calculation.

9     Q.   Okay.  Now -- and how did you gather this

10  understanding of what the case is about?

11    A.   Just things I've heard and read in the

12  papers.

13    Q.   Okay.  And have you been aware that there

14  have been investigations relating to the topic of

15  Abbott's pricing information as it relates to Medicaid

16  for quite some time now?

17    A.   Yes.

18    Q.   What is the earliest point in time, in

19  general, that you can recall being aware that either

20  the United States, or any state, was conducting

21  investigations of Abbott relating to its pricing

22  information with respect to Medicare or Medicaid?

23    A.   Well, probably the earliest would be the

24  earliest data in this Exhibit 1191.  I've produced

25  data back -- according to this exhibit, back in 2005,

1    verbal?

2       A.   Usually there's a document.  I often get a

3    copy of the subpoena and the subpoena usually has list

4    numbers in it, so that's usually why they send it to

5    me so I can build the driver file that we talked about

6    earlier this morning.

7       Q.   Gotcha.  Well, then let's go back to

8    Exhibit 1191.  Maybe I can refresh your recollection

9    then.

10       A.   Okay.

11       Q.   And take a good look at it again because I

12    need to be sure whether or not Ms. Klaus, or anybody

13    else, showed you this document in our effort to get

14    the data that we need in this case.

15       A.   I testified this morning that I have never

16    seen this document before this morning.

17       Q.   Okay.  Aside from a subpoena or a request for

18    production or the things you just mentioned, and aside

19    from Exhibit 1191, which nobody ever showed you, do

20    you recall receiving any other written instructions,

21    ever, relating to your assembly of data required in

22    this Texas lawsuit?

23       A.   Yes.  Normally, and as I said earlier, we get

24    various requests from the paralegal for various people

25    for various reasons.  We use the normal 51 field

decfb018-12eb-416b-892c-7c5f4ca6152c

Page 366

1  extract.  It has always been sufficient in the past.

2  In this particular case it was deemed not sufficient,

3  so we had to rerun the whole process and add six

4  additional fields.

5      Q.   Well, would the 50 -- would the normal 51

6  field process have gotten us the Knoll Synthroid

7  product data?

8      A.   No, because that was a conversion issue.

9      Q.   Well, when you say it's a conversion issue,

10  I'm still having a little hard time understanding

11  that.

12      A.   Well, the way --

13           MS. GEISLER:  Wait.  Let him ask a

14  question.

15      Q.   (BY MR. BREEN)  Because from what I

16  understand, we just went through this description

17  of -- of if it was sold under an Abbott label, then as

18  far as the computer information system, it's just like

19  any other Abbott product.  And if it was sold under a

20  Knoll label, then it's not in Abbott's computer

21  information systems anyway because it's in some Knoll

22  system that you don't have access to and you don't

23  know anything about.

24      A.   Right.

25      Q.   So what conversion are you talking about?

1    A.    Okay.   We -- when we produced the 234 NDCs --

2    Q.    Right.

3    A.    -- the Synthroids that were in that list

4    under their Abbott ID produced data.   The -- so as

5    long as the Abbott labeler was included in the list,

6    it produced the data.   If only the Knoll labeler was

7    included, it didn't produce any data.

8              Now, the way that we have to work this,

9    if we do not get the corresponding Abbott labeler, we

10   have to go through that process I mentioned earlier

11   where we had set up a cross-reference for the

12   convenience of our customers and that cross-reference

13   cross-references Knoll labelers to Abbott labelers.

14             So if you only ask me the question with

15   a Knoll labeler, I would have to convert that to the

16   Abbott labeler to find you any data.   If you only ask

17   me with a Knoll labeler, I won't find you any data.

18   Q.    Did anybody ever tell you the State of Texas

19   asked Abbott to do this conversion that you just

20   described?

21   A.    No.

22   Q.    Because you understand that we have been

23   asking for the transaction data, for the Synthroids

24   that were sold under the Abbott labeler code, which

25   you now said is -- if that happened, it's going to be

1   in the Abbott system like everything else, correct?

2        A.   It is.   It came out in this data.

3        Q.   And we've asked for the Knoll Synthroids that

4   were sold under the Knoll labeler code, which you've

5   testified are not going to be anywhere in the Abbott

6   database.

7        A.   But there's a cross -- there's no data, no

8   sales data, but there's a cross-reference in our

9   systems between Knoll labelers and Abbott labelers for

10  the sole purpose of allowing a customer to order

11  product under a Knoll labeler and receive the Abbott

12  product.

13       Q.   I understand that.

14       A.   Right.

15       Q.   But I'm assuming that Ms. Klaus, or whoever

16  informed you, told you what you were being asked to

17  do, correct?

18       A.   She gave me a list of NDCs and I processed

19  it.

20       Q.   So if we were asking for all the transaction

21  data for the Abbott Synthroid sold under the Abbott

22  labeler code and the transaction data for the Knoll

23  Synthroid sold under the Knoll labeler code, I still

24  don't understand how a conversion is required because

25  they're two different universes of sales data.   In

1  other words, we have given you the Abbott labeler code

2  we want the data on.

3      A.   You got those results.  What I'm talking

4  about is in your list of 234.  You've got Knoll only

5  labelers that aren't referenced to any Abbott labeler.

6  Those you got nothing for.  Those we had to go back as

7  a second step, convert the Knoll labeler to an Abbott

8  labeler, and rerun the process.  The items that you

9  gave us the Abbott labelers for, the Synthroids, those

10 you got data for.

11     Q.   All right.  I think I'm understanding you

12 now.

13     A.   Right.

14     Q.   Okay.  Are you saying the following:  That if

15 you would have just run the -- given us the data for

16 the Abbott labeler codes that we gave you --

17     A.   Uh-huh.

18     Q.   -- and if you would not have done this

19 conversion, then there were additional Abbott labeler

20 codes that would have been missed because we didn't

21 ask for those --

22     A.   Exactly.

23     Q.   -- but you knew they were there, you, Abbott,

24 because you had -- they had been created as

25 conversions from the Knoll labeler codes.

Page 370

1    A.   Right.

2    Q.   All right.  I understand now.  I appreciate

3    that.  That helps a lot.

4    A.   And just to close that loop back to what I've

5    been saying all day, we don't change what you guys ask

6    for.  We run what you ask for.

7    Q.   I gotcha.  I gotcha.  Okay.

8              MR. BREEN:  Do you want to take a brief

9    break and we'll move on to another topic?

10             THE WITNESS:  Okay.

11             THE VIDEOGRAPHER:  Going off the record

12   at 3:30 p.m.

13             (Recess from 3:30 to 3:50)

14             THE VIDEOGRAPHER:  This marks the

15   beginning of Tape 4 in the deposition of Bruce

16   Stowell.  Going on the record.  The time is now 3:50

17   p.m.  Please proceed.

18   Q.   (BY MR. BREEN)  Okay.  Just to finish up on

19   where we were.

20   A.   Yes.

21   Q.   Then as I understand what you're saying,

22   we've got to look at this as basically three different

23   possible categories of information in the computer

24   systems.  One category is this is all post-acquisition

25   in 2001 with Knoll.  One category is it was sold

decfb018-12eb-416b-892c-7c5f4ca6152c

Page 371

1    under -- with a Knoll labeler code on it, in which

2    case that would not be in Abbott's system, it would be

3    in Knoll's system if it -- if it happened at all.

4         A.    Right.

5         Q.    The other one is it was -- it was -- it was

6    an Abbott labeler -- it was ordered under the Abbott

7    labeler code and it was sold under the Abbott labeler

8    code, in which case that's the Abbott system that you

9    managed and ran for all those years, just like all the

10   other Abbott transactions.

11        A.    Exactly.

12        Q.    The third category, the one that's given

13   us -- has given me some confusion, is one where the

14   customer ordered it under the Knoll labeler code, but

15   Abbott shipped the Abbott labeler code.

16        A.    Uh-huh.

17        Q.    And that information was handled -- that

18   information was identified differently in the Abbott

19   computer system, correct?

20        A.    It was identified the same way as the

21   scenario that it sold under the Abbott labeler code.

22   Because all the system did was translate the sale -- a

23   customer calls in and says, "I want to order this

24   Knoll labeler," the system translated it to the Abbott

25   labeler because it was in stock.  It shipped under the

Page 372

1    Abbott labeler and that's in our systems.

2        Q.   All right.  But that Abbott labeler code

3    would have been additional labeler codes than those

4    that you were asked to provide.

5        A.   Well, no.  Those were probably the same

6    Synthroid labelers -- Synthroid Abbott labelers that

7    are in your list.

8        Q.   Okay.  Well, that's where I'm still hung up

9    then.

10       A.   Right.

11       Q.   If they're the same labeler codes that are in

12   our list, the information would have come out of the

13   computer by running those labeler codes, right?

14       A.   The Abbott labeler codes.

15       Q.   Correct.

16       A.   Keep in mind, your list has both the Knoll

17   labeler code by itself and then for some of those

18   Knoll labeler codes you have the Abbott labeler code

19   in your list.

20       Q.   I understand that.

21       A.   To the extent you gave me the Abbott labeler

22   code, the system pulled that data.

23       Q.   Okay.

24       A.   To the extent you only gave me a Knoll

25   labeler code, it didn't pull the data.  It didn't pull

1    any data for any Knoll labeler code.  It only pulled

2    data for those Knoll labeler codes that had Abbott --

3    where you provided the equivalent Abbott labeler code.

4         Q.   But if you pull the data for all the Abbott

5    labeler codes --

6         A.   Uh-huh.

7         Q.   -- whether they were created as a result of a

8    conversion of a Knoll product or not --

9         A.   Right.

10        Q.   -- but you ran all the data for all the

11   Abbott labeler codes, aren't you going to get the same

12   data?

13        A.   You are going to get the data for the Abbott

14   labeler codes that you requested.

15        Q.   Right.

16        A.   That's what you got.

17        Q.   If we requested all the Abbott labeler

18   codes -- let me ask the question this way:  Aren't you

19   going to double count if you -- if you -- if you pull

20   the data based upon a conversion from the Knoll

21   labeler code?

22        A.   Right.

23        Q.   And you also -- and we also gave you all the

24   Abbott labeler codes to pull, aren't you going to

25   double count that?

decfb018-12eb-416b-892c-7c5f4ca6152c

Page 374

1    A.    Exactly.

2    Q.    So did you do that?  Did you double count?

3    A.    Huh-uh.  Because we didn't get anything for

4  the Knoll labeler codes.  The only data you got was

5  where you provided me an Abbott labeler code.

6    Q.    All right.

7    A.    Now, the rerun that was done where we took

8  every Knoll code and converted it to an Abbott labeler

9  code and repulled those sales, that would have

10  duplicate data in it.  We need to remove from that

11  file everything we've already given you.  See, there

12  are some Knoll labeler codes that did not have an

13  Abbott labeler code in your list and those you got

14  nothing for until we give you this next rerun.

15    Q.    But if the Knoll labeler code did not have an

16  Abbott labeler code converted from it, how could you

17  have shipped product on an Abbott labeler code?

18    A.    It's probably got -- it's got a conversion

19  now.

20    Q.    In other words, now --

21    A.    There was -- there was a conversion over

22  time.

23    Q.    All right.  So now you've got an Abbott

24  labeler code --

25    A.    Sure.

Page 375

1    Q.    -- is what you're saying.

2    A.    Right.  Right.

3    Q.    All right.

4    A.    But -- so what we have done is we've taken

5    every Knoll labeler code, done a conversion, but

6    within that conversion that data does have duplicates,

7    as you're saying, of the Synthroid data we already

8    gave you.  So that should be removed from that file.

9    Q.    Well, who's supposed to remove it?  Did you

10   do that before you gave it to us?

11              THE WITNESS:  Have we given them that

12   file yet?

13              MS. GEISLER:  No, we haven't -- no,

14   that -- we haven't to date.

15   A.    The file is ready and I would recommend that

16   the Synthroid be removed that we already gave you.

17   Q.    (BY MR. BREEN)  Well --

18   A.    And that can be done.

19   Q.    Why didn't you do this the first time?

20   A.    Why didn't I do this the first time?

21   Q.    Correct.

22   A.    When I -- as I said before, we just pull

23   what's on your list.

24   Q.    All right.  Then how is it, then, that you

25   wound up giving us data for two Synthroid products --

Page 380

1  upon some totally other drug with a totally different

2  NDC, I would like you to explain to me how you are

3  giving me what I asked for.

4      A.    The systems archive -- do not archive the

5  manufacturer ID.  So when I go through my systems, I

6  pull this TUC.  When I stripped off 044 from these

7  four items, we found an Abbott list/TUC that matched

8  the Knoll list/TUC, which is a common occurrence in

9  the NDC world.

10      Q.    You commonly get the wrong drug because it's

11  got a common or a similar list/TUC and you wind up

12  reporting about or -- or delivering the wrong drug --

13      A.    No.

14      Q.    -- because it's got the same list truck?

15          MS. GEISLER:  Objection to the form.

16      A.    No.

17      Q.    (BY MR. BREEN)  So what is common here?

18      A.    Let me say it again.  In the sales records

19  that we interrogate, we do not store and manufacture

20  ID.  We store the list/TUC.  When these four items

21  were queried, they pulled an Abbott list/TUC that

22  matched the Knoll list/TUC.  The -- the NDC number, as

23  we've talked earlier, to be complete has to have the

24  manufacturer ID, but it's not stored in our systems.

25      Q.    So knowing that, what did you do to check the

1    information prior to having it produced in this court

2    case to be used by my experts at the expense of the

3    plaintiffs?

4        A.    I did not check this data for that result.

5        Q.    You relied upon the paralegal to do that in

6    the legal department, was that it?

7        A.    The paralegal doesn't do any checking.   I

8    would rely upon the people that ask for the data to be

9    checking.

10       Q.    Didn't you just testify --

11       A.    They got what they asked for.

12       Q.    Didn't you just testify that the person that

13   you perceived was asking for this information was a

14   paralegal in the general counsel's office?

15       A.    Yeah.

16       Q.    So -- so if you rely upon the people to check

17   the data that asked for it, are you testifying that

18   you expected the paralegal and the general counsel's

19   office to check your work and catch this mistake?

20       A.    No.

21       Q.    So who did you expect to check your work and

22   catch this mistake?

23       A.    The people that I sent the data to.

24       Q.    Who was that?

25       A.    That was the State of Texas, as far as I

Page 382

1    knew.

2       Q.   So how is the State of Texas then supposed to

3    figure this out and know that you had this conversion

4    factor going on, and everything else you have been

5    talking about here today, Texas was supposed to figure

6    this out?  So could you explain to the Court and the

7    jury how Texas was supposed to figure this out?

8       A.   Sure.  Texas -- all Texas had to do was come

9    back to me after they reviewed the data and said, "We

10   are missing all these NDCs for Knoll and you sent us

11   four list numbers that we didn't ask for."  And I

12   would have researched it and this would have been

13   done.

14      Q.   How would you know -- how would Texas have

15   known that you sent them four numbers they didn't ask

16   for?

17      A.   Didn't Texas analyze this data with a

18   computer expert?

19      Q.   If you were --

20      A.   He could have gone -- he would have gone

21   through and said, "You've got four list numbers in

22   here you didn't ask for."

23      Q.   Well, okay.  Then explain to me how you

24   reported these list numbers if you didn't report them

25   by NDC.

1    A.    They were reported as list/TUC --

2    Q.    List/TUC.

3    A.    -- and product description.

4    Q.    Did they match line items 1, 13, 28 and 29 on

5    Exhibit 1191?

6    A.    Who's "they"?

7    Q.    These four items that we are talking about.

8    A.    I don't know, because I've never seen this

9    exhibit.  Now, what is your question?

10   Q.    Well --

11   A.    Does --

12   Q.    -- look --

13   A.    Does Item 1 match what?

14   Q.    Look at Item 1.

15   A.    Yes.

16   Q.    You see an NDC number there, right?

17   A.    I see an NDC number.

18   Q.    And you see a name of a drug.

19   A.    I see a name of a drug.

20   Q.    And then you see a list/TUC that was --

21   that -- a list/TUC.

22   A.    Right.

23   Q.    Okay.

24   A.    009001.

25   Q.    Okay.  So are you -- is it your testimony