# EXHIBIT 10A

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466:srg
080024-024348

November 5, 2007

**VIA FEDERAL EXPRESS**

Mark A. Lavine
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL   33131

Re:   United States of America v. Abbott Labs

Dear Mark:

    I am enclosing 26 CDs Bates labeled ABT-DOJ 0309974-0309999. These CDs contain the direct and indirect sales data from 1991 - 2003 for the 44 NDCs named in the DOJ's complaint. We are also providing file layouts for this data bates labeled ABTDOJ 0310000-0310003.

    The direct sales data contains three additional fields that were not contained in our previous production. These fields have been recently added to the data but do not contain any historical information and therefore are populated with empty string values. These fields, DESC SZ STERN, SZ DESC, and DOSE DESC are contained on the file layout.

    Please call me with any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosures

cc:   Jason G. Winchester, Esq.

CHI-1616003v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON