UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Hon. Patti B. Saris |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW T. BOONE FOR DEFENDANTS PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.**

Undersigned counsel requests admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V, paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration in Support of the Application for Admission *Pro Hac Vice* of Andrew T. Boone.

Dated: November 29, 2007

Respectfully Submitted,

By: /s/ Andrew T. Boone
Andrew T. Boone
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029

## CERTIFICATE OF SERVICE

I certify that on November 29, 2007, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Andrew T. Boone for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

_____
Andrew T. Boone

## Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Hon. Patti B. Saris |

### DECLARATION OF ANDREW T. BOONE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Andrew T. Boone, an attorney with the firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005, hereby declares:

1. I am a member in good standing of the Virginia State Bar and the District of Columbia Bar.

2. I have been admitted to practice in the United States District Court for the Eastern District of Virginia, United States District Court for the Western District of Virginia, and the United States Court of Appeals for the Fourth Circuit.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing of the Bar of the United States District Court of the Eastern District of Virginia of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2007

Respectfully Submitted,

By: /s/ Andrew P. Boone
Andrew P. Boone
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Facsimile: 202.434.5029

**Exhibit B**

UNITED STATES DISTRICT COURT

Eastern          DISTRICT OF          Virginia

**CERTIFICATE OF GOOD STANDING**

I, _____Fernando Galindo_____, Clerk of this Court,

certify that _____Andrew Thomas Boone_____, Bar # 67971,

was duly admitted to practice in this Court on

_____5/12/2006_____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Alexandria, VA_____ on _____11/26/2007_____.
         LOCATION                        DATE


Fernando Galindo                      *RPBarke*
CLERK OF COURT                        DEPUTY CLERK