UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) )  MDL NO. 1456 )  Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et. al.*<br><br>*v.*<br><br>  *Abbott Laboratories, et al.* | ) )  Judge Patti B. Saris ) ) ) ) ) ) |

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney & Squire, LLP has changed its name to Kirby McInerney LLP.  The firm's domain name has also changed from "kmslaw.com" to "kmllp.com".  Thus, for example, Joanne M. Cicala's e-mail address is now "jcicala@kmllp.com".  The firm's office address, telephone and facsimile numbers remain the same.

Dated:  November 29, 2007

>                               Respectfully submitted,
>
>                               KIRBY McINERNEY, LLP
>
>
>     By:   /s/ Joanne M. Cicala
>           Joanne M. Cicala (JC 5032)
>           James P. Carroll Jr. (JPC 8348)
>           Aaron D. Hovan (AH 3290)
>           830 Third Avenue, 10th Floor
>           New York, NY 10022
>           Tel:   (212) 371 - 6600

*Counsel for The City of New York and various New York Counties in MDL 1456, except the County of Nassau and County of Orange*

**CERTIFICATE OF SERVICE**

I, Joanne M. Cicala, hereby certify that I caused a true and correct copy of the foregoing Notice of Firm Name change, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: November 29, 2007

                                             ___/s/ Joanne M. Cicala_____
                                                 Joanne M. Cicala