# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456

---

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Judge Patti B. Saris

---

## NOTICE OF APPEAL

Notice is hereby given that Demra Jordan, a member of the "Private Payor" class who timely objected to the class action settlement between Plaintiffs / Class Representatives and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, plc and Glaxo Wellcome, Inc., hereby appeals to the United States Court of Appeals for the First Circuit from the *Memorandum Opinion and Order Granting Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7* [Doc. No. 4868], signed and entered on November 2, 2007.

Respectfully submitted,

_____
Scott Kinsel (admitted *pro hac vice*)
Texas State Bar No.: 24038662
MOORE, LANDREY, L.L.P.
1609 Shoal Creek Boulevard, Suite 100
Austin, Texas 78701-1054
Ph: (512) 499-8900
Fax: (512) 628-3285

w/ permission  /s/ R. Hillman
_____
Robert D. Hillman (BBO # 552637)
DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
Ph: (617) 951-2300

Dated: December 3, 2007

## CERTIFICATE OF SERVICE

This is to certify that on this ___3d___ day of December, 2007, a true and correct copy of the foregoing has been forward by Federal Express, fax, e-mail and certified mail, return receipt requested to the following:

Steve W. Berman
HAGENS, BERMAN, SOBOL & SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
E-mail steve@hbsslaw.com
Fax: (206) 623-0594

Frederick G. Herold
DECHERT, L.L.P.
1117 California Avenue
Palo Alto, California 94304
E-mail: Frederick.herold@dechert.com
Fax: (650) 813-4848

Scott Kinsel