# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## CLASS PLAINTIFFS' AND DEFENDANT GSK'S OFFER TO OBJECTOR DEMRA JORDAN NOT TO OPPOSE <u>UNTIMELY OPT-OUT OF SETTLEMENT OR LATE CLAIM</u>

Plaintiffs and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), by and through their undersigned counsel, state the following with regard to Objector Demra Jordan ("Objector").

In her Response to Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7 [Doc. No. 4715], Objector stated that "[b]y the time Jordan filed her objection, the deadlines to opt out (May 27, 2007) or to file a claim (May 28, 2007) had passed." *Id.* at 13.

The parties have no objection to extending the time for this Objector to opt out of the settlement or to make a claim against the settlement, and neither Plaintiffs nor GSK will oppose Objector's request for either approach.

By: /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman Sobol Shapiro LLP
    One Main Street, 4th Floor
    Cambridge, MA 02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    *Liaison Counsel*

/s/ Frederick G. Herold
Frederick G. Herold
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA 94040-149
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

*Attorneys for Defendant GSK*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

***Co-Lead Counsel For Plaintiffs***

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

     I, Jennifer Fountain Connolly, hereby certify that I am one of Plaintiffs' attorneys and that, on December 3, 2007 I caused copies of **CLASS PLAINTIFFS' AND DEFENDANT GSK'S OFFER TO OBJECTOR DEMRA JORDAN NOT TO OPPOSE UNTIMELY OPT-OUT OF SETTLEMENT OR LATE CLAIM** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                  /s/ Jennifer Fountain Connolly
                                                  Jennifer Fountain Connolly
                                                  Wexler Toriseva Wallace LLP
                                                  55 W. Monroe Street, Suite 3300
                                                  Chicago, IL  60603
                                                  Telephone:  (312) 346-2222
                                                  Facsimile:  (312) 346-0022
                                                  jfc@wtwlaw.com