# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br>*United States of America ex rel.*<br>*Ven-a-Care of the Florida Keys, Inc., v.*<br>*Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

### MOTION BY THE UNITED STATES TO ENLARGE TIME TO RESPOND TO MOTION BY DEFENDANT ABBOTT LABORATORIES, INC.

The United States respectfully submits this motion for an enlargement of time until December 11, 2007 to file its response to defendant Abbott Laboratories, Inc.'s ("Abbott's") Emergency Motion to Compel Production of Ira Burney Documents (Dkt. 4892). In support of this request, the United States asserts the following points.

1. Abbott's motion to compel was filed two days before the Thanksgiving holiday. The United States' response to Abbott's motion is due December 4, 2007. Additional time is needed due to undersigned counsel's previously scheduled matters in this case and others. The enlargement of time requested by this motion is one week.

2. Preparing a brief that appropriately responds to the points raised by Abbott's motion requires time and effort. A more fully informed decision by the Court on that motion should result if the short extension request is granted.

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Ana Maria Martinez
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
 the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

/s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-1088
Fax: (202) 307-3852

Dated: December 4, 2007

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have attempted to communicate with counsel for defendant Abbott Laboratories in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

/s/ Justin Draycott
Justin Draycott

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above' MOTION BY THE UNITED STATES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: December 4, 2007

/s/ Justin Draycott
Justin Draycott