UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | |
| | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| | ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

[*PROPOSED*]
<u>**ORDER GRANTING ADDITIONAL TIME**</u>

Upon consideration of the Motion by the United States for an Extension of Time to

Respond to Motion to Compel Production of Ira Burney Documents, it is by the COURT

ORDERED:

That the motion by the United States for an extension of time is GRANTED; and

That the United States shall have up to and including December 11, 2007 by which to file

any Response to Abbott's Motion to Compel Production of Ira Burney Documents.


Date: _____          _____
                              United States District Court