UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )  MDL No. 1456
**IN RE PHARMACEUTICAL INDUSTRY**           )  Master File No.  01-12257-PBS
**AVERAGE WHOLESALE PRICE LITIGATION** )
 _____ )   Judge Patti B. Saris
                                            )
**THIS DOCUMENT RELATES TO:**               )
State of California, *ex rel.* Ven-A-Care v. )
Abbott Laboratories, Inc., *et al.*         )
CASE No: 1:03-cv-11226-PBS                  )
_____ )

**FIRST JOINT MEDIATION STATUS REPORT-December 4, 2007**

      Plaintiffs and Defendants ("the Parties") in the above captioned action hereby submit their First Joint Mediation Status Report in accordance with the Court's Amended Order of Reference for Alternative Dispute Resolution, filed November 15, 2007 ("the Order.")

      1.      The Parties have participated in preliminary telephonic discussions with each other, and mediators Eric Green and Jonathan Marks, during which they have addressed the schedule and format of the mediation, as required by the Order.  Mediation progress to date includes agreement on a framework, for the present, to mediate on a "group" basis (i.e., Plaintiffs California and Ven-A-Care are mediating with all Defendants in the California case.)

      2.      The Parties are scheduled to participate in two pre-mediation meetings with the mediators in or near Washington, D.C. on December 17-18, 2007. The mediators have requested several written submissions and document compilations from the Parties, on both a joint and ex-parte basis, to be provided on or before December 11, 2007.

      3.      The Parties are scheduled to participate in their first formal mediation session on February 12-13, 2008 in Washington, D.C.  The Parties anticipate further

1

requests from the mediators for additional submissions in advance of the February formal session, pending completion of the pre-mediation meetings.

4.  Unless otherwise directed, the Parties will submit their Second Joint Mediation Status Report on February 20, 2008, i.e., one week after the conclusion of the first formal mediation session.

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General for the State of California

Dated: December 4, 2007      By:    */s/ Nicholas N. Paul*
                      NICHOLAS N. PAUL
                      CA State Bar No:  190605
                      Supervising Deputy Attorney General
                      Bureau of Medi-Cal Fraud and Elder Abuse
                      Office of The Attorney General
                      1455 Frazee Road, Suite 315
                      San Diego, California  92108
                      Tel:  (619) 688-6099
                      Fax:  (619) 688-4200

                      **Attorneys for Plaintiff,**
                      **STATE OF CALIFORNIA**

Dated: December 4, 2007      THE BREEN LAW FIRM, P.A.

                By:    */s/ James J. Breen*
                      JAMES J. BREEN
                      5755 No. Point Parkway, Suite 39
                      Alpharetta, Georgia  30022
                      Telephone:  (770) 740-0008
                      Fax:  (770) 740-9109

                      **Attorneys for *Qui Tam* Plaintiff,**
                      **VEN-A-CARE OF THE**
                      **FLORIDA KEYS, INC.**

**FOR THE DEFENDANTS:**

Dated: December 4, 2007    By: _____*/s/ Toni-Ann Citera*
James R. Daly
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, Illinois  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-8376
Facsimile:  (212) 755-7306

**Counsel for Defendant
ABBOTT LABORATORIES INC.**

3

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on December 4, 2007, I caused a true and correct copy of the foregoing, **FIRST JOINT MEDIATION STATUS REPORT-December 4, 2007**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                             */s/ Nicholas N. Paul*

                                             NICHOLAS N. PAUL
                                             Supervising Deputy Attorney General