UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) | |

DECEMBER  2007 STATUS REPORT OF THE UNITED STATES  AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc.

("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file

the attached Status Report for December 2007, in accordance with the Court's June 17, 2004,

Procedural Order.

| United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. MDL Docket Number 06-11337 Original Jurisdiction: U. S. District Court Southern District of Florida | | |
|---|---|---|
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| United States' Second Motion to Compel Abbott to Produce Documents and Memorandum in Support of its Second Motion to Compel Production of Documents from Abbott Filed April 9, 2007 (Docket 4047 and 4048) | Docket #4153 | |
| United States' Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support and United States' Motion for Leave to File Under Seal filed on April 16, 2007 (Docket 4060, 4061 and 4063) | Docket #4152 Sealed Exhibits (Docket 4114, 4115 and 4116) | June 19, 2007 |
| Motion of Abbott Laboratories, Inc., Duane Burnham and Thomas Hodgson for a Protective Order Relating to the Proposed Depositions of Messrs. Burnham and Hodgson (Docket 4692) | Docket #4736 | |
| Abbott Laboratories, Inc.'s Motion for Preservation Order and Affidavit Regarding Spoliation Issues (Docket 4711) | 4808 | |
| United States' Motion to Maintain Seal on Documents (Docket 4734) | | |
| United States' Unopposed Motion to Enlarge Time to October 12, 2007 to File Response/Reply as to Motion to Preserve Evidence and Affidavit Regarding Spoliation Issues (Docket 4744) | N/A | |
| Second Motion for Protective Order Barring the Deposition of Miles White by Abbott Laboratories, Inc. (Docket 4774) | 4784 | |
| Motion for Leave to File Response by United States (Docket 4777) | N/A | |
| Motion for Protective Order Relating to the Proposed Deposition of Richard A. Gonzalez by Abbott Laboratories, Inc. (4781) | 4806 | |

| | | |
|---|---|---|
| Assented to Motion for Leave to File Reply in Support of Motion for Protective Order Barring the Depositions of Duane Burnham and Thomas Hodgson by Abbott Laboratories, Inc. (Docket 4782) | N/A | |
| Motion to Compel Discovery Responses to Its Document Request Nos. 37 and 38 by Abbott Laboratories, Inc. (Docket 4790 and 4791) | Response: 4869 Reply: 4890 | |
| Consent Motion for Extension of Time to October 19, 2007 to File Response/Reply as to 4711 Motion to Preserve Evidence and Affidavit Regarding Spoliation Issues by United States (Docket 4797) | N/A | |
| Motion to Compel by United States (Docket 4799 and 4800) | 4876 | |
| Motion to Seal an Exhibit Submitted by the United States in Docket No. 4761 by Abbott Laboratories, Inc.(Docket 4801) | | |
| Motion to Correct 4800 Memorandum in Support of Motion, Third Motion to Compel Abbott to Produce Documents and to Require Abbott to De-Designate Non-Confidential Information by United States (Docket 4805) | | |
| Assented to Motion for Extension of Time to November 2, 2007 to File Response/Reply as to 4790 Motion to Compel Discovery Responses to Its Document Request Nos. 37 and 38 by United States (Docket 4811) | N/A | |
| Assented to Motion for Leave to File a Reply Memorandum in Support of Motion for a Preservation Order and Affidavit Regarding Spoliation Issues by Abbott Laboratories (Docket 4820) | N/A | |
| Assented to Motion for Extension of Time to November 7, 2007 to File Response/Reply as to 4800 Memorandum in Support of Motion, 4799 Motion to Compel Documents by Abbott Laboratories, Inc. (Docket 4828) | N/A | |

| | | |
|---|---|---|
| Consent Motion for Leave to File Reply in Support of Renewed Motion for Protective Order Barring the Deposition of Abbott CEO Miles White by Abbott Laboratories, Inc. (Docket 4862) | N/A | |
| Motion for Leave to File First Amended Complaint by United States (Docket 4878) | 4889 | |
| Second Motion for Leave to File Reply in Support of Motion for a Preservation Order and Affidavit Regarding Spoliation Issues by Abbott Laboratories (Docket 4883) | | |
| Emergency Motion to Compel Production of Ira Burney Documents by Abbott Laboratories, Inc. (Docket 4892) | | |
| Emergency Motion to Compel Submission of "Cross-Cutting" Evidence Consistent with the Court's 11/13/2007 Deliberative Process Privilege Order by Abbott Laboratories, Inc. (Docket 4901) | 4904 | |
| Motion for Leave to File a Reply to Abbott Laboratories Inc.'s Opposition to Motion to Amend by United States (Docket 4907) | | |
| Motion for Leave to File Reply to Third Motion to Compel by United States (Docket 4908) | | |

| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al., MDL Docket No. 05-11084-PBS Original Jurisdiction: United States District Court, District of Massachusetts | | |
| --- | --- | --- |
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| Dey Defendants' Motion to Amend the Court's July 17, 2007 Memorandum and Order to Include a Certification of Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), filed July 31, 2007 (Docket 4523) | U.S. Opposition, filed August 31, 2007 (Docket 4673) | |

| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., MDL Docket No. 07-10248-PBS Original Jurisdiction: United States District Court, District of Massachusetts | | |
| --- | --- | --- |
| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
| Roxane Defendants' Joint Motion to Dismiss the U.S. Complaint, filed March 22, 2007 (Docket 14) | Docket 22 (U.S. Opposition); Docket 23 (Defendants' Reply); Docket 27 (U.S. Surreply); Docket 30 (Notice of Decision) | June 20, 2007 |
| Roxane Defendants' Joint Motion to Dismiss the Relator Ven-a-Care's Complaint, filed April 23, 2007 (Docket 20) | Docket 24 (Relator's Opposition); Docket 28 (Defendants' Reply) | June 20, 2007 |

Respectfully Submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

/s/ *George B. Henderson, II*

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA


/s/ *Mark A. Lavine*

Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

/s/ *Gejaa T. Gobena*

Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852


For the relator, Ven-A-Care of the Florida
Keys, Inc.,

/s/ *Alison W. Simon*

James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705


## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "DECEMBER 2007 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ *Mark A. Lavine*

Dated: December 4, 2007

Mark Lavine