UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**THE UNITED STATES' MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE DISCOVERY**

The United States moves this Court for an additional six months to complete fact discovery in this matter. The current discovery cut-off is December 31, 2007. As described in the in the accompanying memorandum of law, Abbott's discovery tactics – whether in responding to or propounding discovery – have severely slowed the United States' discovery efforts. There are over 100 depositions outstanding for both parties, as well as written discovery to which responses must be made. Further, there have been unforseen issues related to collection of data from Abbott, the states and the Centers for Medicare and Medicaid Services; a total and complete set of that data will not be ready by December 31, 2007.

Given the amount of discovery left to be completed In light of the upcoming December 31, 2007 cut-off – only three and a half weeks away – the United States respectfully requests that this motion be considered on an expedited basis.

**ORAL ARGUMENT REQUEST**

Pursuant to Local Rule 7.1(D), the United States requests oral argument on this motion.

**Local Rule 7.1(A)(2) Certification**: I certify that I have conferred with counsel for Abbott in a good faith attempt to resolve or narrow the issues in this motion. We could not come to an agreement.

**Local Rule 40.3 Statement**: There has been no pre-trial conference set for this action. This is the first motion for an enlargement of time to complete discovery filed in this matter.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3398

 /s/ Renée Brooker
Joyce R. Branda
Daniel Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

 /s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


Dated: November 30, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **THE UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ Renée Brooker |
| Dated: December 4, 2007 | Renée Brooker |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the United States' Motion For An Enlargement of Time to Complete Discovery, it is hereby ORDERED that the Motion is GRANTED. The new pre-trial schedule is as follows.:

| **DEADLINE** | ACTION |
|---|---|
| June 30, 2008 | Completion of fact discovery |
| July 30, 2008 | Plaintiffs shall serve expert reports |
| August 30, 2008 | Defendants shall serve expert reports |
| September 30, 2008 | Close of expert discovery |
| November 15, 2008 | Motions for Summary Judgment shall be filed |
| December 15, 2008 | Oppositions to Motions for Summary Judgment shall be filed |
| December 29, 2008 | Replies to Motions for Summary Judgment shall be filed |
| January 5, 2009 | Surreplies to Motions for Summary Judgment shall be filed |

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE