# EXHIBIT 10

From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Monday, December 03, 2007 5:57 PM
To: Brooker, Renee (CIV)
Cc: Alison Simon; Carol Geisler; Jim Breen; Margaret Moore
Subject: Re: Data questions

Renee -

As to the issues you raise vis-a-vis the data production to DOJ, we are having the data re-pulled so that the Rebate field is populated. The omission of that information from the prior data pull was an oversight.
Otherwise, my understanding is that the information provided to DOJ was correct. It is an undertaking to pull this data, but we are expediting the process and we hope to have it to you within the next 10 to 14 days.

I have not been directly involved in any matters concerning the Texas data, but I understand that the Texas team is working to address any such issue and will be discussing this with Ray and Margaret. JGW

(Embedde Jason G. Winchester
 d image 77 W. Wacker Drive, Chicago, IL 60601-1692
 moved to 312.269.4373 Direct
   file: 312.782.8585 Fax
 pic24220 jgwinchester@jonesday.com
   .gif)
   Jones
    Day

         SEASONS GREETINGS! WISHING YOU PEACE AND HAPPINESS IN THE NEW YEAR!

     In lieu of sending holiday cards, Jones Day has made a donation to After
                         School Matters
       to assist in their efforts to create a network of out-of-school
                         opportunities for teens
                 in underserved Chicago communities.

              (Embedded image moved to file: pic04181.gif)ASM

        To learn more about After School Matters please visit:
                 http://www.afterschoolmatters.org/about/
         If you would like to make a donation please visit:
                 http://www.afterschoolmatters.org/support/




            "Brooker, Renee
            (CIV)"
            <Renee.Brooker@us                         To
            doj.gov>           "Jason G. Winchester"
                         <jgwinchester@JonesDay.com>, "Carol
                         Geisler" <cgeisler@JonesDay.com>
            12/03/2007 04:35                          cc
            PM                 "Jim Breen" <jbreen@breenlaw.com>,

"Margaret Moore"
<Margaret.Moore@oag.state.tx.us>,
"Alison Simon"
<alisonsimon@breenlaw.com>
Subject

Jason and Carol:  Can you please respond to our letter we sent November 26, 2007.  We hope to have a speedy resolution to these outstanding data issues.  Thank you.  --Renee

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085


From: Brooker, Renee (CIV)
Sent: Monday, November 26, 2007 5:59 PM
To: Jason G. Winchester; Carol Geisler
Cc: Margaret Moore; Jim Breen; Alison Simon
Subject:

Jason and Carol:  Please find the attached letter and enclosure regarding Abbott's production of transactional data.  Thank you.  --Renee

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085
 [attachment "Transactional data letter.112607.pdf" deleted by Jason G. Winchester/JonesDay] [attachment "Exhibit-spreadsheet.pdf" deleted by Jason G. Winchester/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========