UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS ) ) ) | Judge Patti B. Saris |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Bristol-Myers Squibb Company, defendant in the above-captioned cases, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered against it in this action on November 20, 2007, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and from all of the District Court's orders and rulings that preceded and are embodied in that final judgment.

DATED:  December 5, 2007.

                         Respectfully Submitted,

                    By:   /s/ Jennifer M. Ryan
                           Thomas E. Dwyer (BBO No. 139660)
                           Jennifer M. Ryan (BBO No. 661498)
                           **DWYER & COLLORA, LLP**
                           600 Atlantic Avenue
                           Boston, MA  02210
                           Tel:   (617) 371-1000
                           Fax:  (617) 371-1037
                           tdwyer@dwyercollora.com
                           jryan@dwyercollora.com

2

        Steven M. Edwards (SE 2773)
        Lyndon M. Tretter ((LT 4031)
        Admitted *pro hac vice*
        **HOGAN & HARTSON L.L.P.**
        875 Third Avenue
        New York, NY  10022
        Tel:    (212) 918-3000

*Attorneys  for Defendant s Bristol -Myers Squibb Company*

### CERTIFICATE OF SERVICE

     I, Andrea W. Trento, certify that a true and correct copy of the above Notice of Appeal was served upon all counsel of record on December 5, 2007 by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending copies to Lexis-Nexis for posting and notification to all parties.

        /s/  Andrea W. Trento
        Andrea W. Trento