## UNITED STATES DISTRICT COURT
## THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

Civil Action No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*State of Nevada v. American Home Products
Corp., et al.,* D. Nev. Cause No. CV-N-02-
0202-ECR

## [PROPOSED] STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, that, pursuant to the

Conditional Remand Order of the United States Judicial Panel on Multidistrict Litigation, dated

September 24, 2007, the attached Exhibit A designates the contents of the record to be remanded

to the District of Nevada.

**HAGENS BERMAN SOBOL SHAPIRO LLP**
**ON BEHALF OF PLAINTIFF**

**ROPES AND GRAY LLP**
**FOR SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION AND ON BEHALF OF ALL DEFENDANTS**

By: /s/ Jeniphr A.E. Breckenridge
    Steve W. Berman
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL
    SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Fax: (206) 623-0594

By: /s/ Carisa A. Klemeyer
    John P. Bueker
    Carisa A. Klemeyer
    ROPES AND GRAY LLP
    One International Place
    Boston, MA 02110
    Telephone: 617-951-7000
    Fax: 617-951-7050

Dated: November 26, 2007

**SO ORDERED:** _____
                  **United States District Judge**