UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

Civil Action No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*State of Montana v. Abbott Laboratories Inc., et al.*, CA No. 02-CV-12084-PBS

[PROPOSED] STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, that, pursuant to the Conditional Remand Order of the United States Judicial Panel on Multidistrict Litigation, dated September 24, 2007, the attached Exhibit A designates the contents of the record to be remanded to the District of Montana.

- 1 -

**HAGENS BERMAN SOBOL SHAPIRO ON BEHALF OF PLAINTIFF**

**PERKINS COIE LLP FOR IMMUNEX CORPORATION AND ON BEHALF OF ALL DEFENDANTS**

By: /s/ Jeniphr A.E. Breckenridge
   Steve W. Berman
   Jeniphr A.E. Breckenridge
   HAGENS BERMAN SOBOL
   SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Fax: (206) 623-0594

By: /s/ Kathleen M. O'Sullivan
   David J. Burman
   Kathleen M. O'Sullivan
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA 98101-3099
   Telephone: 206-359-8000
   Fax: 206-359-9000

Dated: ~~October~~ November 28, 2007

**SO ORDERED:** _____
United States District Judge

-2-