# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL NO. 1456  CIVIL ACTION NO. 01-CV-12257-PBS  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files his Notice of Appearance for AstraZeneca Pharmaceuticals LP.

        /s/ Donald R. Ware
Donald R. Ware (BBO# 516260)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
dware@foleyhoag.com

Dated:  December 10, 2007

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on December 10, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                           /s/ Katherine B. Schmeckpeper
                                                            Katherine B. Schmeckpeper