# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

## NOTICE OF APPEARANCE

Undersigned counsel hereby files her Notice of Appearance for AstraZeneca Pharmaceuticals LP.

      /s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO# 631161)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
scooleybeck@foleyhoag.com

Dated: December 10, 2007

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on December 10, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                _/s/ Katherine B. Schmeckpeper_
                                                Katherine B. Schmeckpeper