# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> 01-CV-12257-PBS ) <br> ) | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257 PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEAL

Notice is hereby given that AstraZeneca Pharmaceuticals LP, a defendant in the above-named action, appeals to the United States Court of Appeals for the First Circuit from the judgment entered against it on November 20, 2007, pursuant to Fed. R. Civ. P. 54(b), and from any and all orders antecedent and ancillary thereto, including, but not limited to, any and all interlocutory decrees, rulings, or opinions that merged into and became part of the judgment, that shaped the judgment, or upon which the judgment is based.

Date: December 10, 2007

Respectfully Submitted,

/s/ Sarah Cooleybeck
Donald R. Ware (BBO No. 516260)
Nicholas C. Theodorou (BBO No. 495730)
Sarah Cooleybeck (BBO No. 631161)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Admitted *pro hac vice*
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was delivered on December 10, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                _/s/ Sarah Cooleybeck_
                Sarah Cooleybeck