UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL SUBMISSION OF EXHIBIT**

Abbott Laboratories, Inc. respectfully requests permission to file the Supplemental Submission of Exhibit attached as Exhibit A hereto in support of its Motion to Compel Discovery Responses to Its Document Request Nos. 37 and 38 [Dkt. # 4790] and Emergency Motion to Compel the Production of Ira Burney Documents [Dkt. # 4892].  The United States does not oppose this motion.

Dated:  December 11, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

    I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL SUBMISSION OF EXHIBIT to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 11th day of December, 2007.

                                          R. Christopher Cook
                                          R. Christopher Cook