UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

### JOINT MOTION TO SET DATES AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADINGS

Plaintiff, the State of Iowa, and Defendant Baxter Healthcare Corporation, on behalf of certain Defendants (set forth below, collectively "Defendants"), respectfully submit this Joint Motion to Set Dates and Briefing Schedule for Defendants' Responsive Pleadings. In support of this Joint Motion, the movants state:

1. The State of Iowa filed a complaint dated October 7, 2007, in the United States District Court for the Southern District of Iowa.

2. On October 19, 2007, Plaintiff's counsel Bradley Vatrt contacted in writing counsel for all defendants listed on the Complaint to request that all defendants accept service of the Complaint and waive formal service of the Summons and Complaint; thereafter Plaintiff's counsel and Defendants' counsel engaged in colloquy regarding this request.

3  On October 25, 2007, the United States Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court for the District of Massachusetts.

4. On November 2, 2007, Plaintiff's counsel Joanne Cicala proposed the following schedule for Defendants' responsive pleadings, in exchange for Defendants' agreement to waive formal service of the Summons(es) and Complaint:

- Defendants' Motions to Dismiss or Answers due January 18, 2008;
- Plaintiff's Oppositions to Defendants' Motions to Dismiss due February 29, 2008;
- Defendants' Replies in Support of Motions to Dismiss due March 28, 2008; and
- Plaintiff's Sur-replies to Defendants' Motions to Dismiss due April 25, 2008.

5. On November 15, 2007, the Clerk of the United States District Court for the District of Massachusetts filed the Conditional Transfer Order.

6. On November 27, 2007, after consulting with all Defendants, Jodi Trulove, counsel for Baxter Healthcare Corporation, notified Plaintiff's counsel that the Defendants below agreed to waive formal service and agreed to Plaintiff's proposed schedule:

    Abbott Laboratories, Inc.
    Agouron Pharmaceuticals, Inc.
    Alpharma, Inc.
    ALZA Corporation
    Amgen Inc.
    AstraZeneca LP
    AstraZeneca Pharmaceuticals, LP
    Aventis Behring LLC (n/k/a ZLB Behring LLC)
    Barr Laboratories, Inc.
    Baxter Healthcare Corporation
    Baxter International Inc.
    Bayer Corporation
    Bayer Pharmaceuticals Corporation
    Ben Venue Laboratories, Inc.
    Boehringer Ingelheim Corporation
    Boehringer Ingelheim Pharmaceuticals, Inc.
    Bristol-Myers Squibb Company
    Chiron Corporation
    Dey, Inc.
    Dey, L.P.
    Eli Lilly and Company
    Endo Pharmaceuticals Inc.
    Ethex Corporation
    Ethicon, Inc.
    Forest Laboratories
    Forest Pharmaceuticals, Inc.
    Geneva Pharmaceuticals, Inc.

Greenstone LTD.
Hoffmann-La Roche Inc.
Immunex Corporation
Ivax Corp.
Ivax Pharms.
Janssen L.P.
Johnson & Johnson
King Pharmaceuticals, Inc.
King Research and Development
McNeil-PPC, Inc.
MedImmune, Inc.
Merck & Co., Inc.
Monarch Pharmaceuticals, Inc.
Mylan Laboratories Inc.
Mylan Pharmaceuticals Inc.
Novartis Pharmaceuticals Corporation
Oncology Therapeutics Network Corporation
Ortho-Biotech Products, L.P.
Ortho-McNeil Pharmaceutical, Inc.
Par Pharmaceutical Companies, Inc.
Par Pharmaceutical, Inc.
Pfizer Inc.
Pharmacia Corporation
Purdue Pharma L.P.
Purepac Pharmaceutical, Co.
Roche Laboratories Inc.
Roxane Laboratories, Inc. (N/K/A Boehringer Ingelheim Roxane, Inc.)
Sandoz Inc.
Schering Corporation
Schering-Plough Corp.
Sicor, Inc.
SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")
TAP Pharmaceutical Products, Inc.
Teva Pharmaceuticals USA, Inc.
UDL Laboratories, Inc.
Warrick Pharmaceuticals Corporation
Watson Pharma, Inc.
Watson Pharmaceuticals, Inc.
Wyeth
Wyeth Pharmaceuticals, Inc.

7. For the above reasons, Plaintiff and the foregoing Defendants respectfully request that this Motion be granted and that the Court approve the dates and briefing schedule for Defendants' responsive pleadings set forth above.

3

| Dated: 12/11/07 | /s/ J. Andrew Jackson<br>J. Andrew Jackson<br>Merle M. DeLancey<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye St., N.W.<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. and on behalf of Certain Defendants |
|---|---|
|  | /s/ Joanne M. Cicala<br>Joanne M. Cicala<br>**KIRBY MCINERNEY LLP**<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br><br>Counsel for Plaintiff |

DSMDB-2363591v01

## CERTIFICATE OF SERVICE

      I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, JOINT MOTION TO SET DATES AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADINGS to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on December 11, 2007, for posting and notification to all parties.

                                        By  /s/ Shamir Patel  
                                        Shamir Patel  
                                        **DICKSTEIN SHAPIRO LLP**  
                                        1825 Eye Street NW  
                                        Washington, DC  20006  
                                        (202) 420-2200