## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

### PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's and certain Defendants'

Joint Motion to Set Dates and Briefing Schedule for Defendants' Responsive Pleadings; and

The Court having considered the Motion, representations of counsel, and the record,

it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that:

- Defendants' Motions to Dismiss or Answers are due January 18, 2008;
- Plaintiff's Opposition to Defendants' Motions to Dismiss are due February 29, 2008;
- Defendants' Replies in Support of Motions to Dismiss are due March 28, 2008; and
- Plaintiff's Sur-replies to Defendants' Motions to Dismiss are due April 25, 2008.

DONE and ORDERED this _____ day of December, 2007.

_____
THE HONORABLE PATTI SARIS
UNITED STATES DISTRICT JUDGE