**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456 )  )  CIVIL ACTION:  01-CV-12257-PBS )  )  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | )  )  Magistrate Judge Marianne B. Bowler )  ) |

**[PROPOSED] ORDER**

Upon consideration of Abbott Laboratories, Inc.'s Motion for Leave to File Its Supplemental Submission of Exhibit, IT IS HEREBY ORDERED THAT

Abbott's motion is GRANTED.

IT IS SO ORDERED,

This _____ day of _____, 200__.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE