**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**[PROPOSED] ORDER**

Upon consideration of Abbott Laboratories, Inc.'s Motion for Leave to File Its Supplemental Submission of Exhibit, IT IS HEREBY ORDERED THAT

Abbott's motion is GRANTED.

IT IS SO ORDERED,

This _____ day of _____, 200__.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE