UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | MDL No. 1456 |
| IN RE PHARMACEUTICAL INDUSTRY ) | Master File No. 01-12257-PBS |
| AVERAGE WHOLESALE PRICE LITIGATION ) |  |
| ) | Judge Patti B. Saris |
| ) |  |
| THIS DOCUMENT RELATES TO: ) |  |
| *State of California, ex rel. Ven-A-Care v.* ) |  |
| *Abbott Laboratories, et al.* ) |  |
| Case No. 03-cv-11226-PBS ) |  |
| ) |  |

NOTICE OF VOLUNTARY DISMISSAL OF
SPECIFIC CATEGORIES OF DAMAGES CLAIMS

Please take notice that the State of California, Plaintiff in the above-captioned matter, hereby dismisses with prejudice the following categories of damages claims:

1. All damages claims related to physician administered multi-source drugs, also known as multi-source X-codes. This applies to Defendants Abbott, Baxter, Bedford-Ben Venue and ZLB Behring.

2. All damages claims related to compound drug reimbursement, for the period between January 1, 1994 and September 29, 2003; and

3. All damages claims related to drug products for which California paid under a Maximum Allowable Ingredient Cost (MAIC), in accordance with this Court's Order of March 22, 2007.

1

The relator, Ven-A-Care of the Florida Keys, Inc., concurs.

                                                  Respectfully submitted,

                                                  EDMUND G. BROWN JR.
                                                  Attorney General for the State of California

Dated: December 12, 2007        By:    /s/ *Nicholas N. Paul*
                                                       NICHOLAS N. PAUL
                                                       CA State Bar No:  190605
                                                       Supervising Deputy Attorney General
                                                       Bureau of Medi-Cal Fraud and Elder Abuse
                                                       Office of The Attorney General
                                                       1455 Frazee Road, Suite 315
                                                       San Diego, California  92108
                                                       Tel:  (619) 688-6099
                                                       Fax:  (619) 688-4200

                                                **Attorneys for Plaintiff,**
                                                **STATE OF CALIFORNIA**

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for California has communicated with liaison counsel for Defendants, and that Defendants do not take a position with regard to the foregoing Notice.

>       /s/  *Nicholas N. Paul*
>            NICHOLAS N. PAUL

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 12, 2007, a copy to Lexis-Nexis for posting and notification to all parties.

>       /s/  *Nicholas N. Paul*
>            NICHOLAS N. PAUL