UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK 1 TRIALS | Judge Patti B. Saris |

### PLAINTIFFS' MOTION TO SET A DATE FOR THE TRIAL OF THE CLASS 2 AND 3 CLAIMS AGAINST DEFENDANTS ASTRAZENECA AND BMS

Pursuant to FED. R. CIV. P. 16, Plaintiffs move for an order setting a trial date for resolution of the Class 2 and 3 claims against Defendants AstraZeneca and BMS. In order to cogently prepare for the final disposition of this case, which has been pending for six years, a trial date is needed.

Trial should be set for September 2008, and Plaintiffs respectfully request that trial commence on Monday, September 15th. The Court has set a hearing on Plaintiffs' class motion for March 18, 2008. If the Court resolves the motion by mid-April, the parties will have ample time to prepare for a September trial. This will also provide Plaintiffs with several months in which to undertake a class notice campaign, in the event the Court grants the certification motion. If the Court declines to certify the classes, then the trial will move forward on Plaintiffs' individual claims or, in the alternative, the trial date can be vacated.

Plaintiffs also propose to try the case against both Defendants simultaneously. Because there will only be two Defendants and a limited number of drugs (one drug for AstraZeneca and

- 2 -

six for BMS), the cases against both will proceed efficiently and will not likely lead to confusion of issues.  Moreover, Plaintiffs believe that trial will be streamlined by according collateral estoppel effect to many of the Court's findings of fact and law from the Massachusetts trial. Plaintiffs' collateral estoppel motion will be filed shortly.

AstraZeneca and BMS will oppose this motion.  AstraZeneca does not believe that a trial should be set until the Court determines whether to certify the proposed classes, and BMS does not believe that a trial is feasible until November since trial of the State of Alabama AWP may be scheduled for August.  In response, Plaintiffs maintain that trial here will likely move forward with or without a certified class and that, consequently, a trial date should be set now.  In regard to BMS's scheduling concern, a September trial date here can be adjusted if the State of Alabama's trial in fact begins in August and/or that case is not settled.  In the alternative, if the Court decides to try the cases against AstraZeneca and BMS separately, the AstraZeneca trial can proceed first in September, followed by BMS in October or November.

|  |  |
|---|---|
| DATED:  December 13, 2007. | By___/s/ **Steve W. Berman**_____<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>**LIAISON COUNSEL** |

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on December 13, 2007, I caused copies of **PLAINTIFFS' MOTION TO SET A DATE FOR THE TRIAL OF THE CLASS 2 AND 3 CLAIMS AGAINST DEFENDANTS ASTRAZENECA AND BMS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

        **/s/ Steve W. Berman**
        Steve W. Berman

- 4 -