# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** ) | **Master File No. 01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** ) | |
| ) | **Judge Patti B. Saris** |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| *State of California, ex rel. Ven-A-Care v.* ) | |
| *Abbott Laboratories, et al.* ) | |
| **Case Nos. 03-cv-11226-PBS** ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## TIMOTHY C. FOOTE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Timothy C. Foote as one of the attorneys for plaintiff STATE OF CALIFORNIA in this action and all related actions. Mr. Foote was previously admitted *pro hac vice* as one of the attorneys for the STATE OF CALIFORNIA.

In support of this notice, the STATE OF CALIFORNIA states that the existing appearances of other attorneys who have entered *pro hac vice* appearances, on behalf of the STATE OF CALIFORNIA, remain in effect and are not affected by the withdrawal of Mr. Foote.

                                          Respectfully submitted,
                                          EDMUND G. BROWN, JR.
                                          Attorney General for the State of California

Dated: December 13, 2007.        By: _____
                                                TIMOTHY C. FOOTE
                                                Timothy.Foote@doj.ca.gov
                                                CA State Bar No: 115621
                                                Bureau of Medi-Cal Fraud & Elder Abuse
                                                Office of the Attorney General
                                                1455 Frazee Road, Suite 315
                                                San Diego, California 92108
                                                Tel: (619) 688-6114
                                                Fax: (619) 688-4200

**CERTIFICATE OF SERVICE**

I, Timothy C. Foote, hereby certify that on December 13, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF APPEARANCE OF TIMOTHY C. FOOTE,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                       /s/ Timothy C. Foote
                                                       TIMOTHY C. FOOTE