# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 01-cv-12257

Citizens for Consume, et al

v.

Abbott Laboratories, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

4867, 4880, 4896, 4927

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/5/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 13, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/14/07 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06