UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 01-cv-12257

Citizens for Consume, et al

v.

Abbott Laboratories, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

4935

and contained in   Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   12/10/2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 14, 2007.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/14/07 .

_Barchark_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06