**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| ) | |
| THIS DOCUMENT RELATES TO PROPOSED NATIONWIDE CLASSES 2 & 3 AS TO BMS AND ASTRAZENECA ) ) ) ) | Hon. Patti B. Saris |

**STIPULATION AND [PROPOSED] ORDER**
**CONCERNING BRIEFING SCHEDULE ON**
**PLAINTIFFS' MOTION TO SET A TRIAL DATE**

Class 2 and 3 Plaintiffs and Defendants AstraZeneca Pharmaceuticals LP ("AstraZeneca") and Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively, "BMS") respectfully submit this stipulation and proposed order establishing a briefing schedule for "Plaintiffs' Motion to Set A Trial Date for the Trial of the Class 2 and 3 Claims Against Defendants AstraZeneca and BMS" filed on December 13, 2007 (the "Motion to Set A Trial Date").

1. Defendants' Opposition to the Motion to Set A Trial Date shall be filed and served on or before January 4, 2008;

2. Plaintiffs' Reply in Support of the Motion to Set A Trial Date shall be filed and served on or before February 1, 2008.

Dated: Boston, Massachusetts
December 17, 2007

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003

**LIAISON COUNSEL**
Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Tel: (708) 776-5600
Fax: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel: (215) 496-0300
Fax: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Tel: (312) 346-2222
Fax: (312) 346-0022

**FOLEY HOAG LLP**

By:  /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 495730)
Katherine B. Schmeckpeper (BBO #663200)
155 Seaport Boulevard
Boston, MA  02110
Tel:  (617) 832-1000
Fax:  (617) 832-7000

**DAVIS POLK & WARDWELL**

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
450 Lexington Avenue
New York, NY  10017
Tel:  (212) 450-4000
Fax:  (212) 450-4188

*Attorneys for AstraZeneca Pharmaceuticals LP*

**DWYER & COLLORA, LLP**

Thomas E. Dwyer (BBO#139660)
Thomas E. Dwyer (BBO# 139660)
Jennifer M. Ryan (BBO#661498)
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037

**HOGAN & HARTSON LLP**

Steven M. Edwards, Esq. (SE 2773)
Lyndon M. Tretter (LT 4031)
Thomas J. Sweeney (TS 6557)
Admitted *pro hac vice*
875 Third Avenue
New York, NY  10022
Tel:  (212) 918-3640
Fax:  (212) 918-3100

*Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network*

*Corporation and Apothecon, Inc.*

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Tel: (215) 230-8043
Fax: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

SO ORDERED

_____
Honorable Patti B. Saris
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on December 17, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                             /s/ Katherine B. Schmeckpeper
                                                         Katherine B. Schmeckpeper