# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective January 1, 2008, the address for Heins Mills & Olson, P.L.C. will change as follows:

**Heins Mills & Olson, P.L.C.**
**310 Clifton Avenue**
**Minneapolis, MN 55403.**

The firm's telephone and facsimile numbers will remain the same. Telephone: (612) 338-4605. Facsimile: (612) 338-4692.

Dated: December 17, 2007          Respectfully submitted,

**HEINS MILLS & OLSON, P.L.C.**

  s/ David R. Woodward
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

**COUNSEL FOR PLAINTIFFS**

63167.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the following document:

1. Notice of Change of Address

was served on December 17, 2007 upon all counsel of record electronically via Lexis File and Serve pursuant to Case Management Order No. 2.

By:  /s/ David R. Woodward
HEINS MILLS & OLSON, P.L.C.
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

50418.1