# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | Civil Action No. 01-12257-PBS |
| LITIGATION ) | |
| ——————————————— ) | Hon. Patti Saris |
| THIS DOCUMENT RELATES TO ) | |
| UNITED STATES OF AMERICA, EX ) | |
| REL. VEN-A-CARE OF THE FLORIDA ) | |
| KEYS, INC. v. ABBOTT LABORATORIES, ) | |
| INC., AND HOSPIRA, INC. ) | |
| ——————————————— ) | |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

The United States ("Government") and Ven-A-Care of the Florida Keys, Inc. ("Relator")

(collectively "Plaintiffs"), hereby provide their Rule 26(a)(1) Disclosures:

### A. Witness Disclosures

The individuals identified on the attached **Exhibit A** may have discoverable information

that the Plaintiffs may use to support the claims in this case.[1]  Exhibit "A" also identifies

generally the subject matter upon which the identified individuals may be knowledgeable.  If an

identified individual is an employee of a corporate entity or a state, the information that each may

provide may be subject to the approval of their employer and/or counsel representing that

employer.

All contact and/or deposition scheduling of employees of the Government and the Relator

identified herein should be coordinated through an Assistant United States Attorney or a

---

[1] To the extent that any document covered by Section B of these disclosures identifies
additional persons not named herein who the Plaintiffs later determine may have information
supporting their claims, the names of those persons are incorporated in this initial disclosure.

1

Department of Justice Trial Attorney who has entered an appearance in this case or, where appropriate, through Relator's counsel.

Because Medicaid is a joint federal and state program, the Defendants may seek to obtain discoverable information -- whether on liability or damages -- from employees or representatives from various states throughout the country. At this stage, Plaintiffs do not anticipate calling any such individuals at trial. If that position changes, Plaintiffs will supplement these disclosures. To the extent Defendants nonetheless pursue such evidence, Defendants are referred to each individual state's Attorney General, Medicaid Agency legal representative, or other state legal representatives, who will be responsible for designating individual state witnesses authorized to provide information or testimony on each state's behalf.

**B.     Document Disclosures**

The United States is producing the documents identified in **Exhibit B** that may be used to support the Plaintiffs' claims in this case. The Relator has identified in **Exhibit C** documents in the possession, custody or control of Ven-A-Care of the Florida Keys, Inc. and/or its attorneys that may be used to support the Plaintiffs' claims in this case.

The Plaintiffs reserve all rights to object to any documents produced in this case, including but not limited to objections based on relevancy and materiality. The Plaintiffs also reserve the right to supplement the foregoing identified documents and witnesses.

**C. Damages**

The United States seeks the recovery of damages to the Medicaid and Medicare programs arising from the Defendants' unlawful conduct. Defendants have not yet fully produced

2

complete pricing and transaction data that is essential to identifying and understanding the amount of the United State's damages. Until then, Plaintiffs will be unable to complete their damages analyses. Hence, the amounts identified herein are estimates based on Plaintiffs' preliminary information and are subject to revision. Plaintiffs will refine their damage calculations as they obtain and analyze relevant information from Defendants through discovery and reserve their rights to fully amend and supplement this disclosure as necessary.

### 1.    FCA and Common Law Fraud Damages

**Medicaid**:    Information regarding damages suffered by the Medicaid Programs of each state in connection with NDC-based reimbursement is provided in the accompanying disc labeled "Damages 1" in the file named NDC.Damages.xls. There are a variety of different damages theories that may apply to the Defendants' false price reporting conduct and the resulting harm to the Medicaid Programs. The Medicaid Programs paid approximately $125 million for the Defendants' products identified in the Complaint. The payments were all tainted by the illegal kickbacks alleged in the United States' Complaint. Under a damages theory based on the claims being paid as a result of the Defendants' unlawful conduct, the single damages suffered by the Medicaid Programs would be the entire $125 million paid for the Defendants' products listed in the Complaint. Under an alternative damages theory, single damages would equal the difference between the reimbursements inflated by the Defendants' false price reporting and the prices at which the products in the Complaint were generally and currently available in the marketplace. Plaintiffs have engaged experts to explore alternative damages theories arising from NDC-based Medicaid reimbursement for the Defendants' drugs identified in the Complaint and will supplement this part of its initial disclosures as necessary.

3

Information regarding damages suffered by each state's Medicaid Program in connection with J-Code based reimbursement is not available at this time.  Plaintiffs do estimate that the total amount of Medicaid J-Code reimbursement could exceed the amount of Medicaid NDC-based reimbursement.  Plaintiffs have engaged experts to explore various Medicaid J-Code damages theories, including the damages theory based upon the claims having been paid as a result of the Defendants' wrongful conduct.

**Medicare**:    Information regarding damages suffered by the Medicare Program in connection with J-Code based reimbursement is provided in the accompanying disc labeled "Damages 1" in the file named Abbott Medicare Damages 1.xls.  The Medicare program paid approximately $210 million in total reimbursement for the specified J-Codes between 1993 and 2000.  Additional damages may also have been caused in connection with additional reimbursement paid in all or a portion of 2001.  The spreadsheet tab labeled Vancomycin calculates the portion of the total Vancomycin reimbursement paid for the Defendants' products based upon its estimated minimum market share for each year at issue.  The spreadsheet tab labeled Solutions calculates the portion of the total solutions reimbursement paid for the Defendants' products based upon its estimated minimum market share for each year at issue. The payments were all tainted by the illegal kickbacks alleged in the United States' Complaint. Under the damages theory that bases damages upon the claims paid as a result of the Defendants' unlawful conduct set forth above, the entire amount of reimbursement for the Defendants' products was improper, which for the Defendants is estimated to be approximately $89 million in single damages.  In addition to that theory, the Plaintiffs have engaged experts to explore

4

alternative Medicare damages theories and will supplement this part of its initial disclosures as necessary.

***

Additionally, Plaintiffs seek treble the amount of its actual damages under the False Claims Act, plus penalties of between $5,000/$5,500 and $10,000/$11,000 for each false claim submitted or caused to be submitted by the Defendants to Medicaid and Medicare during the time period identified in the Complaint.  For the common law fraud claims, the Plaintiffs seek compensatory and punitive damages in an amount to be determined, together with costs and interest.

### 2.   Unjust Enrichment

As set forth in the Complaint, the recovery sought for the Plaintiffs' unjust enrichment claim is the amounts by which the Defendants were unjustly enriched, including an accounting of all revenues unlawfully obtained by the Defendants, the imposition of a constructive trust upon such revenues, and the disgorgement of the illegal profits obtained by the Defendants, plus interest, costs, and expenses.  The information required to quantify these amounts is solely in the Defendants' possession and will be sought in discovery.

DATED this ____9th____ day of August, 2006.

Respectfully submitted,

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

MARK A. LAVINE
ANA MARIA MARTINEZ
ANN ST. PETER-GRIFFITH
Assistant U.S. Attorneys
99 N.E. 4th Street
Miami, FL   33132
Phone:  (305) 961-9003
Fax: (305) 536-4101
Mark.Lavine@usdoj.gov

MICHAEL F. HERTZ
JOYCE R. BRANDA
RENÉE BROOKER
JUSTIN DRAYCOTT
GEJAA T. GOBENA
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088

ATTORNEYS FOR THE UNITED STATES

6

JAMES J. BREEN
ALISON W. SIMON
THE BREEN LAW FIRM, P.A.
P. O. Box 297470
Pembroke Pines, FL 33029
Telephone: 954-874-1635
Facsimile: 954-874-1705


SHERRIE R. SAVETT
GARY L. AZORSKY
SUSAN S. THOMAS
JEANNE A. MARKEY
JOY CLAIRMONT
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4636


ATTORNEYS FOR VEN-A-CARE
OF THE FLORIDA KEYS, INC.

7

## CERTIFICATE OF SERVICE

I, Mark Lavine, hereby certify that this document served by electronic mail and express mail to counsel listed below, on this date.

August 9, 2006

Mark Lavine

## **SERVICE LIST**

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
*Counsel for Relator*

R. Christopher Cook
Daniel Reidy, Esq.
James Daly, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, Illinois 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: jrdaly@jonesday.com

*Counsel for Defendants*

8

**EXHIBIT A**

United States' an[...] r's FRCP 26(a)(1)(A) Disclosure
...g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL. No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Adams | Harry | Hospira; Commercial Business Development Manager | Home address: 641 Malady Parkway Libertyville, IL; Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits, Commercial business development |
| Arnold | Jeff | Formerly associated with Omnicare and Genmed | c/o C. Dean Furman; Furman & Nielsen; 4801 Outer Loop, Suite A-129 Louisville, KY 40219 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Baker | Pete | Hospira; Current Vice President; Former Vice President; Abbott Laboratories, Inc. | Home address: 1895 Royal Burkedale Vernon Hills, Illinois; Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Operations of Hospital Products Division, Home Infusion Services; Alternate Site Product Sales; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting, Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Balzer | Jeffrey | Hospira; National Account Manager; Alternate Site Product Sales Hospital Products Division; Current Divisional Manager | Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Commercial business development including the contract with Omnicare, Operations of Hospital Products Division, Home Infusion Services |
| Bassano | Amy | Supervisory Health Insurance Specialist, Center for Medicare Management, Hospital & Ambulatory Policy Group, Division of Ambulatory Services | 7500 Security Boulevard, Baltimore, Md 21244 410-786-3000 | Knowledge of Medicare Part B reimbursement for drugs, including federal statutory and regulatory reimbursement requirements, and Medicare reimbursement methodologies using average wholesale prices |
| Batezel | Douglas E. | Amerisource Bergen Corporation | c/o J. David Bickham, Jr. Vinson & Elkins 2801 Via Fortuna, Suite 100 Austin, Texas 78746-7568 (512) 542 - 8570 | ABC is one of the three large national wholesalers. ABC is knowledgeable of the pricing, distribution and marketing of pharmaceutical products; Interplay and market dynamics between wholesalers and drug manufacturers; process for servicing accounts between manufacturers and customers who have contractual relationships |

United States' and ___'s FRCP 26(a)(1)(A) Disclosure
___ug. 3, 2006
In re Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subject of Information |
|---|---|---|---|---|
| Beck | Dale | Abbott Contracts and Marketing | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Drug pricing including setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Bien | Timothy E. | Omnicare, Inc. | c/o Bill Darling, Esq. Strasburger & Price 600 Congress Avenue #1600 Austin, Texas 78701 (512) 499 - 3685 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Bowles | Bill | Abbott Major Accounts Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; Commercial business development; Contracting and marketing including marketing research, sales and customer service |
| Brinks | Dave | Abbott Corporate Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995 |
| Brown | Tena | Abbott Medical Coordinator Renal Care Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; Renal care operations |
| Bryan | Bob | Abbott Injectable Pricing Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Burchieri | Trudi | Abbott Alternate Site Product Sales Training Coordinator | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and Relator's FRCP 26(a)(1)(A) Disclosure
Aug. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Carlson | Nancy | Abbott Corporate Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Indirect sales data for hospital products and the Chargeback System |
| Chadwick | Kathleen M. | First Data Bank, Inc. | c/o John Kern Manatt Phelps Phillips, LLP 1111 Bayhill Dr., Suite 300 San Bruno, CA 94066-3053 (650) 812-1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Christopher | Michelle | Formerly with Medi-Span, Inc. | 12761 Eagle Pointe Circle Fort Myers, Florida 33913 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Chronis | Stacy | Abbott Legal Division Lawyer | Contact through counsel: Dave Stetler dstetler@ststleranddufty.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Price reporting to Texas Medicaid |
| Cicerale | Jerrie | Abbott Contract Marketing for Hospital Products Division | Home address:7814 17th Avenue Kenosha, WI 53143 Contact through counsel: Dave Stetler dstetler@ststleranddufty.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Curtis | Bob | Abbott Sales Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Dawson | Cindy | Abbott Field Sales Force District Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' [Disclosu]r's FRCP 26(a)(1)(A) Disclosure
Aug. 3, 2006
In re. Pharma. Industry AWP Litd., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subject of Information |
|---|---|---|---|---|
| DeGrace | Patrick | Hospira<br>Current Director of Customer Care<br>Abbott Laboratories, Inc.<br>Former Director of Trade Sales, | Home address:<br>1330 40th Avenue<br>Kenosha, Wisconsin<br>Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Dempsey | Bill | Abbott<br>Current Senior Vice President<br>Pharmaceutical Operations<br>Former General Manager<br>Alternate Site Product Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including market research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| DeYoung | Debra | Abbott<br>Strategic Pricing Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers; Importance of Medicare or Medicaid reimbursement to Abbott drugs |
| Dorr | Mike | Abbott<br>National Account Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Duzor | Deirdre | Director, Center for Medicaid & State Operations, Disabled & Elderly Health Programs Group, Division of Pharmacy | 7500 Security Boulevard<br>Baltimore, Md 21244<br>410-786-3000 | Knowledge of Medicaid reimbursement for drugs, including the Medicaid Drug Rebate Program, and federal statutory and regulatory reimbursement requirements |
| Dyer | Scot | McKesson Corporation | c/o Carrie Valiant<br>Epstein, Becker & Green, PC<br>1227 25th St. NW #700<br>Washington, D.C. 20037<br>(202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |

United States' ●●●●r's FRCP 26(a)(1)(A) Disclosure
●●ug. 3, 2006
In re: Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subject of Information |
|---|---|---|---|---|
| Edelstein | Ed | First Data Bank, Inc. | 1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Eichhorn | Gerald | Abbott<br>Former National Account Manager | Home address:<br>916 S. Dymond Road<br>Libertyville, IL 60048-3532<br>847-549-7721 | Commercial business development; Accounts management; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995 |
| Elliott | Phil | Abbott<br>Sales Representative | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Fiske | Joseph | Abbott<br>Corporate Representative | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Corporate structure including organization of and relationship between Abbott Laboratories and Abbott Laboratories, Inc.; The PPD departments responsibilities for pricing, sales and marketing including PPD's efforts regarding competitive pricing information; Importance of Medicare or Medicaid reimbursement to Abbott drugs; Importance of Medicaid reimbursement to customers; Drug pricing including price setting and reporting, PPD list prices and PPD communications with Red Book, First Data Bank and Medi-Span; Competitor pricing; Drug reimbursement process; Arrangement between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; Contracting and marketing including marketing research, sales and customer service |
| Glover | Scott | Abbott<br>Former Field Salesperson | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Contracting and marketing including marketing research, sales and customer service |

United States' and [ ]'s FRCP 26(a)(1)(A) Disclosure

In re Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re

U.S. ex rel. Ven-A-Care v. Abbott,

06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Gordon | Joshua M. | Cardinal Health, Inc | c/o Bill Darling<br>111 Congress Avenue<br>Austin, Texas 78701<br>(512) 472 - 5456 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Gustafson | Thomas | Deputy Director, Center for Medicare Management | 7500 Security Boulevard, Baltimore, Md 21244 410-786-3000 | Knowledge of Medicare Part B reimbursement for drugs, including federal statutory and regulatory reimbursement requirements, and Medicare reimbursement methodologies using average wholesale prices |
| Gutgesell | Kathy | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies, Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Hankinson | James | Abbott<br>Employee | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Hanson | Nadeen | Abbott<br>Alternate Site<br>Medicaid Rebate Specialist | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Harrington (retired) | Emmett | Abbott<br>Sales Representative<br>for Wholesale Sales<br>(1994-2000) | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; Commercial business development |
| Heggie | Michael | Abbott<br>Ex-Reimbursements for<br>Renal Care Manager<br>Hospital Products Division | Home address:<br>1229 Notchbrook Road<br>Stowe, VT 05672<br>Contact through counsel: Dave Stetler<br>dstetler@ststlerandduffy.com<br>312-338-0202<br>11 S. La Salle, Ste 1200<br>Chicago, IL 60603 | Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995; also involved in pharmaceutical reimbursement claims processing and pharmaceutical reimbursement management |

United States' and [Relato]r's FRCP 26(a)(1)(A) Disclosure

In re Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re

U.S. ex rel. Ven-A-Care v. Abbott,

06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Entities | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Heggie | Michael | Baxter Healthcare | One Baxter Parkway<br>Deerfield, Illinois 60015-4625 | How Defendants determined the prices reported by B Braun Medical Inc to the state Medicaid programs and the Medicare program; the prices charged by B Braun Medical Inc to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid reimbursement and/or Medicare reimbursement for pharmaceutical products to B Braun Medical Inc customers |
| Hickey | Mareah K. | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Hirschmann | Joseph L. | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Hodgson | Thomas | Abbott Laboratories, Inc.<br>1991-1998 President | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Operations; Commercial business development; Corporate structure and reporting; Drug pricing including price setting and reporting; Drug reimbursement process |
| Johnson | Doug | Abbott<br>National Account Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management including VHA and Tenet; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Juda | Wes | Abbott<br>National Account Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management including SunHealth and Premier; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |

United States' and [...] 's FRCP 26(a)(1)(A) Disclosure
[...] ug. 3, 2006

In re. Pharma. Industry AWP Lit, MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Karas | Peter | Hospira General Manager ASP Sales | Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Keely | Patrick | Abbott Former Contract Marketing | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Kelmer | Phillip | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Kipperman | Steve | Contract Marketing Manager Alternate Site Product Sales (Hospital Products Division) | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Kling | John | General Counsel at Dey Laboratories; Former McGaw General Counsel | 2751 Napa Valley Corporate Drive Napa, California 94558 | How Defendants determined the prices reported to the state Medicaid programs and the Medicare program; the prices charged to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid reimbursement and/or Medicare reimbursement for pharmaceutical products to customers |

United States' a████r's FRCP 26(a)(1)(A) Disclosure
██g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Krajewski | Cliff | Abbott<br>Distribution Relations Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Kreklow | Carla | Abbott<br>Marketing Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Latz | Diane | Abbott<br>Employee | Abbott Laboratories<br>Corporate Headquarters<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Leone | Lynn | Hospira<br>Employee | Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Importance of Medicare or Medicaid reimbursement to Abbott drugs; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Lloyd | Frank | Abbott<br>National Account Manager | Abbott Laboratories<br>Corporate Headquarters<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management including AmHS, Kaiser and UHC; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |

United States' and Relator's FRCP 26(a)(1)(A) Disclosure
Aug. 3, 2006

In re. Pharma. Industry AWP Litt, MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|-----------|-----------|------------------------|------------------------------|-------------------------|
| Lotz | Greg | Abbott Laboratories<br>Former employee of<br>Alternate Site Product Sales<br>Infusion Specialist | Contact through counsel:<br>Dave Stetler<br>dstetler@stetlerandduffy.com<br>312-338-0202<br>11 S. La Salle, Ste 1200<br>Chicago, IL 60603 | Operations of Hospital Products Division, Home Infusion Services; Importance of Medicare or Medicaid reimbursement to Abbott drugs; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Lyjack | Ted | Abbott Laboratories<br>Employee<br>Alternate Site<br>Product Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Lyman | Robert | Abbott<br>Major Accounts Manager | Abbott Laboratories<br>Corporate Headquarters<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Mays | Don | GeriMed, Inc. | c/o Harold W. Thomas<br>Thomas, Dodson & Wolford<br>9200 Shelbyville Road, Suite 611<br>Louisville, Kentucky 40222-8502<br>(502) 426-1700 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Mehta | Mukesh R.Ph. | Medical Economics Company, Inc.<br>(formerly owned RedBook) | c/o Thomas J. Cahill<br>Satterlee, Stephens, & Burke<br>230 Park Avenue<br>New York, New York 10169-0079<br>(212) 818-9200 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |

United States' and [  ]r's FRCP 26(a)(1)(A) Disclosure
[  ]g. 3, 2006
In re. Pharma. Industry AWP Liti., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|-----------|-----------|------------------------|------------------------------|-------------------------|
| Miller | Jack | Sales Representative for Hospital Products Division Alternate Site | Contact through counsel: Dave Stetler dstetler@stetlleranduffy.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Millsow | Dennis | McKesson Corporation | c/o Carrie Valiant Epstein, Becker & Green 1227 25th St. NW # 700 Washington, D.C. 20037 (202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Mitchell | Charlie | Abbott Director of Contract Marketing & Administration | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Molnar | Dave | Abbott National Accounts Manager PPD | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management including the contract with Omnicare; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Morgan | Kay | Former First Data Bank Editorial Services Pricing manager; Former Abbott Employee Controlled Policies Department | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and [...]'s FRCP 26(a)(1)(A) Disclosure
[...]g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Morgan | Patricia Kay | First Data Bank, Inc. | c/o John Kern<br>Manat Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Muller | Patricia J. | First Data Bank, Inc. | c/o John Kern<br>Manat Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| N/A | N/A | First Data Bank, Inc | c/o John Kern<br>Manat Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Nowak | Jim | Abbott<br>Corporate Representative | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers; Direct invoicing |
| Penner | Janet E. | AmerisourceBergen Corporation | c/o J. David Bickham, Jr.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, Texas 78746-7568<br>(512) 542 - 8570 | Interplay and market dynamics between wholesalers and drug manufacturers; process for servicing accounts between manufacturers and customers who have contractual relationships |

United States' an[...]r's FRCP 26(a)(1)(A) Disclosure
[...]g. 3, 2006

In re: Pharma. Industry AWP Litl., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subject of Information |
|---|---|---|---|---|
| Pettus | Mickey | Abbott National Accounts Manager, PPD, | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management including the contract with Omnicare; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Rader | Beth | First Data Bank, Inc. | Genentech, San Francisco (650) 225-1000 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Reed | Larry | Health Insurance Specialist, Center for Medicaid & State Operations, Disabled & Elderly Health Programs Group, Division of Pharmacy | 7500 Security Boulevard, Baltimore, Md 21244 410-786-3000 | Knowledge of Medicaid reimbursement for drugs, including the Medicaid Drug Rebate Program, and federal statutory and regulatory reimbursement requirements |
| Rhodus | Susan | GeriMed, Inc. | c/o Harold W. Thomas Thomas, Dodson & Wolford 9200 Shelbyville Road, Suite 611 Louisville, Kentucky 40222-8502 (502) 426 - 1700 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Richter | Elizabeth | Director, Center for Medicare Management, Hospital & Ambulatory Policy Group | 7500 Security Boulevard, Baltimore, Md 21244 410-786-3000 | Knowledge of Medicare Part B reimbursement for drugs, including federal statutory and regulatory reimbursement requirements, Medicare reimbursement methodologies using average wholesale prices |
| Robertson | Donald | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and [Relator]'s FRCP 26(a)(1)(A) Disclosure
[...]g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Rodman | Bruce | Abbott Home Infusion Services, Former Manager Home Infusion Operations Alternate Site Product Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Rosenbaum | Mark E. | Cardinal Health, Inc. | c/o Bill Darling 111 Congress Avenue Austin, Texas 78701 (512) 472 - 5456 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Rotz | Dave | Abbott Training Coordinator (Alternate Site Product Sales) | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Sabree | Mark W. | Former Abbott Manager Hospital Injectables Marketing Manager SVPs & Advantage Kits | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and [...]r's FRCP 26(a)(1)(A) Disclosure
[...]ug. 3, 2006

In re. Pharma. Industry AWP Litt., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| **Sellers** | Mike | Abbott<br>General Manager<br>Contract Marketing Alternate Site<br>Product Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | The timing and mechanics involved in the formation of Hospira, Inc; The Hospital Products Division departments' responsibilities for pricing, sales and marketing including Hospital Products Division's efforts regarding competitive pricing information; Drug pricing including price setting and reporting, Hospital Products Division list prices, and Hospital Products Division procedures for price reporting and Hospital Products Division communications with Red Book, First Data Bank and Medi-Span; Drug reimbursement process; Hospital Products Division primary classes of trade and the Hospital Products Division primary classes of trade and the pricing generally available to those classes of trade; Field sales reports generated by the Hospital Products Division Alternate Site sales force; Hospital Products Division's attendance at the February 21, 2001 "Industry Day" |
| Silko | David | McKesson Corporation | c/o Carrie Valiant/ Epstein, Becker & Green,<br>PC<br>1227 25th St. NW # 700<br>Washington, D.C. 20037<br>(202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Smith | Craig | Hospira<br>Former District Manager Hospital Products Division Alternate Site<br>Current National Account Manager [88-98]<br>Former NAM Hospital Products Division | Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Commercial business development and accounts management including the contracts with Coram, Apria, Chartwell, Purchase Connection and PBI; Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and [...]'s FRCP 26(a)(1)(A) Disclosure
[...]g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Sneed | Christine | Abbott<br>National Account Manager<br>Alternate Site Products Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development and accounts management; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Spinello | Mike | Abbott<br>Director<br>Customer Service | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Stanfield | Bill | Abbott<br>Manager of Contract Administration<br>Promoted to National Accounts | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Stegman | Christine | Abbott<br>Employee | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Stowell | Bruce | Abbott<br>Employee | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Data systems and price record keeping |

United States' and [...]'s FRCP 26(a)(1)(A) Disclosure

[...] g. 3, 2006

In re: Pharma. Industry AWP Litl., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Talley | Linda | Formerly with Medi-Span, Inc. | 8425 Woodfield Crossing Blvd Indianapolis, Indiana 46240-7315 (317) 469 - 5200 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set reimbursement levels |
| Thomas | Eric | Abbott Manager of Major Accounts | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development; Accounts management including HSCA, CMMA, Sisters of Sorrowful Mother, Sisters of Mary and Quorum; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendant and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Thomas | Michelle | Abbott Marketing Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Tobiason | Virginia | Abbott Director of Corporate Reimbursement and Health Policy | Home address: 1695 Second Street Highland Park, Illinois | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process and involved in the management of drug reimbursement claims processing for providers which generated revenues which Abbott shared with the providers; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

United States' and [...]'s FRCP 26(a)(1)(A) Disclosure
[...]g. 3, 2006

In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Turner | Tom | Abbott Manager of Contract Marketing Systems | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service. Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Van de Voorde | Kathleen | B. Braun, Marketing Department | B. Braun Medical Inc. 824 Twelfth Avenue Bethlehem, PA 18018 (610) 691-5400 | How Defendants determined the prices reported by B Braun Medical Inc to the state Medicaid programs and the Medicare program; the prices charged by B Braun Medical Inc to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid reimbursement and/or Medicare reimbursement for pharmaceutical products to B Braun Medical Inc customers |
| Walker | Dennis | Abbott Manager of National Account | Contact through counsel: Dave Stetler dstetler@stetleranduffy.com 312/338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Commercial business development; Accounts management including GenMed and Optioncare; Contracting and marketing including marketing research, sales and customer service. Importance of relative reimbursement mechanisms to Abbott customers, specifically including the customers of Alternate Site Product Sales; Marketing directly to Ven-A-Care of the Florida Keys, Inc; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including |

United States' and ████'s FRCP 26(a)(1)(A) Disclosure

In re: Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-21303 (S.D. Fla.)

████ ███, 2006

| Last Name | First Name | Job Title and Business | Address and Telephone Number | Subject of Information |
|---|---|---|---|---|
| Ward (deceased) | John | Abbott<br>General Manager<br>Alternate Site Product Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development, Accounts management including GeriMed and Optioncare; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers; Importance of relative reimbursement mechanisms to Abbott customers, specifically including the customers of Alternate Site Product Sales; Documenting of customers' interest in higher reimbursements on Abbott products relative to competitive products |
| Waters | David | Abbott<br>Marketing Manager<br>Specialty Infusion Systems | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Wecker | Sheldon | Abbott<br>Director of Market<br>Development Fluid Systems | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Yablon | Jeff | Abbott<br>Sales Representative PPD | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug reimbursement process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

## EXHIBIT B – GOVERNMENT'S DOCUMENT DISCLOSURES

1.  Department of Health & Human Services documents contained on the CD-ROMs labeled as below.  A set of these CD-ROMs with images and OCR in Summation and electronic format accompany these initial disclosures. 26,151 pages

| HHS Summation | | |
|---|---|---|
| CD Volume Name | No. of Pages | Source |
| HHSCD001 | 2,224 | CMS Central Office, Vol. 1 of 1 |
| HHSCD002 | 533 | CMS Region I, Vol. 1 of 1 |
| HHSCD003 | 1,034 | CMS Region III, Vol. 1 of 1 |
| HHSCH004 | 279 | CMS Region IV, Vol. 1 of 1 |
| HHSCD005 | 1,974 | CMS Region V, Vol. 1 of 1 |
| HHSCD006 | 4,168 | CMS Region VI, Vol. 1 of 1 |
| HHSCD007 | 83 | CMS Region VII, Vol. 1 of 1 |
| HHSCD008 | 3,368 | CMS Region VIII, Vol. 1 of 1 |
| HHSCD009 | 4,700 | CMS Region IX, Vol. 1 of 1 |
| HHSCD010 | 2,364 | CMS Region X, Vol. 1 of 1 |
| HHSCD011 | 772 | Various HHS Offices, Vol. 1 of 1 (See attached list) |
| HHSCD012 | 290 | CMS Region II, Vol. 1 of 1 |
| HHSCD013 | 480 | Various HHS Offices, Vol. 1 of 1 (See attached list) |
| HHSCD014 | 2 | CMS Central Office, Vol. 1 of 1 |
| HHSCD015 | 72 | CMS Region II, Vol. 1 of 1 |

| HHS Electronic | | |
|---|---|---|
| HHSCD101 | 3,808 | CMS Region VI, Vol. 1 of 1 |

2.  Materials obtained from the various identified corporations contracted to act as Medicare carriers contained on CD-ROMS labeled as follows..  A set of these CD-ROMs with images and OCR in Summation and Electronic format accompany these initial disclosures.  95,349 pages.

| Carrier Summation | | |
|---|---|---|
| CD Volume Name | No. of Pages | Source |
| AWPCD001 | 8,377 | Adminastar Federal, Vol. 1 of 2 |
| AWPCD002 | 7,148 | Adminastar Federal, Vol. 2 of 2 |
| AWPCD003 | 9,775 | Blue Cross and Blue Shield of Alabama, Vol. 1 of 1 |
| AWPCD004 | 1,169 | Blue Cross and Blue Shield of Arkansas, Vol. 1 of 1 |
| AWPCD005 | 3,200 | Blue Cross and Blue Shield of Florida, Vol. 1 of 1 |
| AWPCD006 | 2,741 | Blue Cross and Blue Shield of Kansas, Vol. of 1 |
| AWPCD007 | 98 | Blue Cross and Blue Shield of Montana, Vol. 1 of 1 |
| AWPCD008 | 7,952 | Cigna, Vol. 1 of 2 |
| AWPCD009 | 6,383 | Cigna, Vol. 2 of 2 |
| AWPCD010 | 279 | Empire Healthchoice, Vol. 1 of 1 |

| | | |
|---|---|---|
| AWPCD011 | 116 | Group Health Incorporated, Vol. 1 of 1 |
| AWPCD012 | 5,106 | Healthnow, Vol. 1 of 1 |
| AWPCD013 | 1,090 | Highmark, Vol. 1 of 1 |
| AWPCD014 | 8,924 | NHIC, Vol. 1 of 2 |
| AWPCD015 | 9,404 | NHIC, Vol. 2 of 2 |
| AWPCD016 | 839 | Noridian, Vol. 1 of 1 |
| AWPCD017 | 3,975 | Palmetto GBA, Vol. 1 of 1 |
| AWPCD018 | 465 | Regence Blue Cross and Blue Shield of Utah, Vol. 1 of 1 |
| AWPCD019 | 10 | Triple S, Vol. 1 of 1 |
| AWPCD020 | 8,140 | Trailblazer Health Systems, Vol. 1 of 2 |
| AWPCD021 | 4,754 | Trailblazer Health Systems, Vol. 2 of 2 |
| AWPCD022 | 1,863 | Wisconsin Physician Services, Vol. 1 of 1 |
| AWPCD023 | 526 | Various Carriers, Vol. 1 of 1 (See attached list) |
| AWPCD024 | 20 | Various Carriers, Vol. 1 of 1 (See attached list) |

| | | |
|---|---|---|
| Carrier Electronic | | |
| AWPCD101 | 1,441 | Adminastar Federal, Vol. 1 of 1 |
| AWPCD102 | 13 | Blue Cross Blue Shield of Alabama, Vol. 1 of 1 |
| AWPCD103 | 45 | Blue Cross Blue Shield of Montana, Vol. 1 of 1 |
| AWPCD104 | 63 | Cigna, Vol. 1 of 1 |
| AWPCD105 | 505 | Healthnow NY, Vol. 1 of 1 |
| AWPCD106 | 197 | NHIC, Vol. 1 of 1 |
| AWPCD107 | 728 | Palmetto GBA, Vol. 1 of 1 |
| AWPCD108 | 3 | Trailblazer Health Systems, Vol. 1 of 1 |

3. Materials produced to the United States by First DataBank ("FDB"). These materials are in three parts.

   a. The first part consists of what FDB has represented to the United States is identical to the materials it produced to the parties in MDL 1456. This first set of materials consists of approximately 30,000 pages of documents. These materials were produced directly to the Defendants in the MDL and are not being provided with these initial disclosures.

   b. A set of CD-ROMs containing historical price information published by FDB. These materials were produced directly to the Defendants in the MDL and are not being provided with these initial disclosures.

   c. Materials produced by FDB separately to the United States in 1998 consisting of their internal documentation regarding Abbott and FDB publication practices. These materials are available for inspection and copying at the United States Attorney's Office in Miami.

2

## EXHIBIT C – RELATOR'S DOCUMENT DISCLOSURES

1.  R2-000001 - 002855

2.  R2-002856 - 005543

3.  R2-005544 - 008412

4.  R2-008413 - 011330

5.  R2-011331 - 014694

6.  R2-014695 - 017297

7.  R2-017298 - 019463

8.  R2-019464 - 021652

9.  R2-021653 - 023035

10. R2-023036 - 023272

11. R2-023273 - 024693

12. R2-024694 - 026801

13. R2-026802 - 027461

14. R2-027462 - 027558

15. R2-027559 - 027847

16. R2-027848 - 030405

17. R2-030406 - 032958

18. R2-032959 - 035719

19. R2-035720 - 038006

20. Amerisource Bergen Southeast Region
    Echo Support Cust #119262
    Disk 1 of 1 11/18/02
    ZCOM30 File
    (originally referred to as Disk 7)

21. Amerisource Bergen Southeast Region
    Echo Support Cust #119262
    Disk 1 of 2 11/18/02
    Delta File
    (originally referred to as Disk 8)

22.     Amerisource Bergen Southeast Region
        Echo Support Cust #119262
        Disk 2 of 2 11/18/02
        Delta File
        (originally referred to as Disk 9)

23.     Drug Lists, Utilization & Medicaid Data
        7/29/04
        (originally referred to as Disk 10)

24.     Echow Databases
        (originall eferred to as Disk 11)

25.     Echow 3.1.5 Amerisource Bergen
        (originally referred to as Disk 12)

26.     FDA Rebate Files
        (originally referred to as Disk 13)

27.     Econolink McKesson mf zips
        (originally referred to as Disk 14)