# EXHIBIT 3

**From:** Brooker, Renee (CIV)
**Sent:** Tuesday, November 20, 2007 5:13 PM
**To:** R. Christopher Cook; Jason G. Winchester; Carol Geisler
**Cc:** Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); Ford, Rebecca (CIV); Jim Breen; Alison Simon
**Subject:** US Supplemental Disclosures

Chris and Jason: As we discussed on the last call with Chris, please find enclosed a supplemental disclosure pursuant to Fed. R. Civ. P. 26(e). We have also served this today via Lexis/Nexis.

Thank you. --Renee

*Renée Brooker*
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC 20004
ph: (202) 616-3797
fax: (202) 616-3085



LEXISNEXIS® FILE & SERVE
17322987
E-SERVICE
Nov 20 2007
4:49PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| | ) | |
| *United States of America, ex rel. Ven-a-Care* | ) | Magistrate Judge Marianne B. Bowler |
| *of the Florida Keys, Inc. v. Abbott* | ) | |
| *Laboratories, Inc.*, | ) | |
| CIVIL ACTION NO. 06–CV-11337-PBS | ) | |

**UNITED STATES' SUPPLEMENTAL DISCLOSURES**

The United States of America, through its undersigned counsel, hereby provides

supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) and (e).  Exhibit A is a

cumulative list to date of the names of individuals who may possess discoverable information

that the United States may use in support of its claims.  The information contained herein, and in

Exhibit A, is provided to the best of the United States' current knowledge and belief, and likely

will be updated when new information becomes available.

In the initial disclosures served upon Abbott on August 9, 2006, the United States

reserved its right to supplement its initial disclosures with the names of state Medicaid

employees or representatives.  The United States further informed Abbott that, to the extent

Abbott intended to purse the depositions of employees or representatives from various state

Medicaid agencies throughout the country, it should contact each individual state's Attorney

General or other state legal representative.  Abbott also served its initial disclosures on August 9,

2006, and included in the disclosures, the names of numerous state Medicaid employees and

officials.

In subsequently arguing for a case management order, Abbott asked the Court to allot it hundreds of hours to depose Medicaid witnesses from every state. *See* Transcript of 2/27/07 Hearing before Judge Saris at 42-44. Approximately six months after the United States served its initial disclosures, Abbott requested, and the Court allowed Abbott the opportunity to depose at least one state Medicaid witness from each state if it so chose. *See* Transcript of 2/27/07 Hearing before Judge Saris at 44. The Court then entered Case Management Order No. 29 on March 23, 2007, and allowed Plaintiffs and Abbott to each take up to 775 hours of depositions. Dkt. No. 3956 (CMO No. 29). As of the date of this supplemental disclosure, Abbott has chosen to depose very few State Medicaid employees in connection with this action.

On Exhibit A, based upon inquiries with states' Attorneys General, the United States hereby discloses the names of some current or former State Medicaid employees whom the United States believes are likely to have discoverable information that the United States may use to support its claims in this case. Should Abbott at this time choose to depose any or all of these individuals, counsel for the State Medicaid programs should be contacted directly and prior to any contact being made with state employees. In addition, the United States may supplement this disclosure with additional names of former or current State Medicaid employees, including but not limited to former and current Medicaid employees from the states of Alabama, Georgia, Indiana, Louisiana, Maine, New Jersey, North Carolina, South Carolina, and Tennessee as they become available from each state's Medicaid program's legal representative.

In addition, individuals or corporate representatives who may have discoverable information that the United States may use to support its case include, but are not limited to, Medicare carriers and Medicaid fiscal intermediaries who have knowledge about the Medicare

2

and Medicaid programs.  Some of these individuals who are employed by these entities are also included on Exhibit A.

The United States also hereby discloses that for each of the state Medicaid offices, the Medicare carriers, Medicaid fiscal intermediaries, and for third parties identified on Exhibit A or during the course of discovery, a representative records custodian who can attest that the documents produced by that agency or entity, pursuant to subpoena or otherwise, are kept in the regular course of its business, may have discoverable information.

As Abbott is aware, the United States has served subpoenas upon numerous third parties.  The United States hereby further supplements this disclosure to include corporate representatives or deponents on behalf of those entities; individuals identified in the documents may have discoverable information.

The United States also hereby supplements this disclosure by informing Abbott that all current and former Abbott employees and third parties who have been noticed for deposition, or who were or will be noticed for deposition prior to the close of discovery by any party may have discoverable information that the United States may use to support its claims in this case; individuals identified in the documents produced by Abbott may have discoverable information.

In addition to the individuals identified on Exhibit A, many individuals have provided testimony in connection with proceedings in the MDL 1456 and other state AWP proceedings. Such individuals are incorporated herein by reference.

The United States expressly reserves its right to supplement this disclosure as additional information becomes available.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine                        
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL


/s/ Renée Brooker                          
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852


Dated: November 20, 2007

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' SUPPLEMENTAL DISCLOSURES** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Renée Brooker

Dated: November 20, 2007          Renée Brooker



17322987

Nov 20 2007
4:49PM

# EXHIBIT A

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Litt., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Adams | Harry | Hospira Commercial Business Development Manager | Home address: 641 Malady Parkway Libertyville, IL<br><br>Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits; commercial business development |
| American Association for Homecare (AAH)**** | | Industry/Trade Group | Tyler Wilson President 2011 Crystal Drive Suite 725 Arlington, VA 22202 (703) 836-6263 | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott |
| American Society of Clinical Oncology* (ASCO) | | Industry/Trade Group | 1990 Duke Street Suite 200 Alexandria, VA 22314<br><br>Contact through counsel: Hanoi Veras London & Mead (202) 331-3334 x 4 | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott |
| Apria Healthcare* | | Abbott Customer | Corporate Headquarters Apria 26220 Enterprise Court Lake Forest, CA 92630<br><br>Raoul Smyth VP & Assoc. GC (949) 639-2018 C/o National Registered Agents, Inc. 2030 Main Street, Suite 1030 Irvine, CA 92614 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Arnold | Jeff | Formerly associated with Omnicare and Genmed | c/o C. Dean Furman Furman & Nielsen 4801 Outer Loop, Suite A-129 Louisville, KY 40219 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
November 20, 2007
In re: Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Bahr (and/or another representative)** | Debra | Formerly Kentucky Medicaid Pharmacy Director | Debra Bahr<br>3561 Hunters Green Way<br>Lexington, KY 40509<br>(859) 263-7314<br><br>To be contacted through counsel:<br>Paula J. Holbrook, Esq.<br>Assistant Attorney General<br>Medicaid Fraud Abuse and Control Division<br>Office of the Attorney General<br>1024 Capitol Center Drive, Suite 200<br>Frankfort, Kentucky 40601<br>(502) 696-5503<br>(502) 573-7150 facsimile | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Baker | Pete | Hospira<br>Current Vice President<br>Former Vice President<br>Abbott Laboratories, Inc. | Home address:<br>1895 Royal Burkedale<br>Vernon Hills, Illinois<br><br>Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Operations of Hospital Products Division, Home Infusion Services; alternate Site Product Sales; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |
| Balzer | Jeffrey | Hospira<br>National Account Manager<br>Alternate Site Product Sales Hospital Products Division<br>Current Divisional Manager | Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Commercial business development including the contract with Omnicare; operations of Hospital Products Division, Home Infusion Services |
| Bassano | Amy | Supervisory Health Insurance Specialist, Center for Medicare Management, Hospital & Ambulatory Policy Group, Division of Ambulatory Services | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | Medicare Part B payment for drugs, including federal statutory and regulatory payment requirements, and Medicare payment methodologies using average wholesale prices |
| Batezel | Douglas E. | Amerisource Bergen Corporation | c/o J. David Bickham, Jr.<br>Vinson & Elkins<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>(512) 542 - 8570 | ABC is one of three large national wholesalers. ABC is knowledgeable of the pricing, distribution and marketing of pharmaceutical products; interplay and market dynamics between wholesalers and drug manufacturers; process for servicing accounts between manufacturers and customers who have contractual relationships |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

2 of 31

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Beck | Dale | Abbott Contracts and Marketing | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Drug pricing including setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits |
| Bien | Timothy E. | Omnicare, Inc. | c/o Eamon O'Kelley Dewey & LeBouef LLP 1301 Avenue of the Americas New York, NY 10019-6092 (212) 259-8000 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Booth* | Charles | Former Director of Payment Policy, CMS | Charles R. Booth 8024 Ridgely Oak Road Baltimore, MD<br><br>Contact counsel for the United States: Justin Draycott, Esq. (202) 305-9300 | Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| Bowles | Bill | Abbott Major Accounts Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; commercial business development; contracting and marketing including marketing research, sales and customer service |
| Brinks | David | Abbott Corporate Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995 |
| Brown**** | Pearl | Team Leader, Division of Payment Management, Office of Assistant Secretary for Administration and Management, Dept. of HHS. | Dept. HHS 11400 Rockville Pike Rockwall Building #1, Suite 700 Rockville, MD 20852<br><br>Contact DOJ Counsel: George Henderson (617) 748-3272 | The Federal Payment Management System, or "SmartLink" system used by State Medicaid agency recipients to receive the federal share of state Medicaid expenditures; procedures relating to the payment of federal monies to State Medicaid agencies; the Form PSC-272; certifications of requests to HHS for payment of the federal share |
| Brown | Tena | Abbott Medical Coordinator Renal Care Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; renal care operations |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re: Pharma. Industry AWP Litig., MDL. No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Bryan | Bob | Abbott Injectable Pricing Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; Drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Burchieri | Trudi | Abbott Alternate Site Product Sales Training Coordinator | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100  Contact through counsel: Dave Stetler | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Buto* | Kathleen | Former Associate Administrator for Policy, CMS | Kathleen Buto 1350 I Street, N.W. Suite 1210 Washington, DC  Contact counsel for the United States: Justin Draycott, Esq. (202) 305-9300 | Medicare payment for drugs, and federal statutory and regulatory payment requirements |
| Carlson | Nancy | Abbott Corporate Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Indirect sales data for hospital products and the Chargeback System |
| Cathers, Pharm. D., R.Ph. (and/or another representative)** | Terri | Director of Pharmacy, Office of Medical Assistance Programs, Pennsylvania | Terri Cathers, Pharm.D., R.Ph. Director of Pharmacy Office of Medical Assistance Programs 49 Beech Drive Harrisburg, PA 17110-3591 Phone: 717-346-8156 c-tcathers@state.pa.us  Contact Counsel at Pennsylvania State AG: Pennsylvania Office of Attorney General 16th Floor Strawberry Square Harrisburg, PA 17120 (717) 787-3391 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/1/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Chadwick | Kathleen M. | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 -1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Christopher | Michelle | Formerly with Medi-Span, Inc. | 12761 Eagle Pointe Circle<br>Fort Myers, FL 33913 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Chronis | Stacy | Abbott<br>Legal Division<br>Lawyer | Contact through counsel:<br>Dave Stetler dstetler@ststleranduffy.com<br>312-338-0202<br>11 S. La Salle, Ste 1200<br>Chicago, IL 60603 | Price reporting to Texas Medicaid |
| Cicerale | Jerrie | Abbott<br>Contract Marketing for<br>Hospital Products Division | Home address:<br>7914 17th Avenue<br>Kenosha, WI 53143<br>Contact through counsel:<br>Dave Stetler dstetler@ststleranduffy.com<br>312-338-0202<br>11 S. La Salle, Ste 1200<br>Chicago, IL 60603 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Litt., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott, Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Cioppa (and/or another representative)** | Carl | Manager Formulary Operations and Systems Interface, Office of Health Insurance Programs, Bureau of Pharmacy Policy and Operations, New York | Carl Cioppa Manager Formulary Operations and Systems Interface Office of Health Insurance Programs Bureau of Pharmacy Policy and Operations 99 Washington Ave., Suite 720 Albany, NY 12210-2806 (518) 473-5451, or 518-486-3209 (secretary) ctc02@health.state.ny.us <br><br> To be contacted through counsel: Gregor N. Macmillan Director, Bureau of Health Insurance Programs Division of Legal Affairs New York State Department of Health Coming Tower – 24th floor Empire State Plaza Albany, NY 12238 gnm01@health.state.ny.us 518-408-1495 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Coram Health Care* | | Abbott Customer | Michael Dell Gen. Counsel (303) 672-8738 1675 Broadway, Suite 900 Denver, CO 80202 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Covance, Inc.* | | Consultant | Joseph Herring, Chairman & CEO 210 Carnegie Center Princeton, NJ 08540 (609) 452-4440 | Abbott's knowledge of Medicare and Medicaid payment; Abbott lobbying activities |
| Curtis | Bob | Abbott Sales Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; Drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| CVS*** | | Abbott Customer | CVS Corporate Headquarters One CVS Drive Woonsocket, RI 02895 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/1/07

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Dawson | Cindy | Abbott<br>Field Sales Force District Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| DeGrace | Patrick | Hospira<br>Current Director of Customer Care<br>Abbott Laboratories, Inc.<br>Former Director of Trade Sales, | Home address:<br>1330 40th Avenue<br>Kenosha, Wisconsin<br>Hospira<br>275 North Field Drive<br>Lake Forest, IL<br>224-212-2000 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting. Drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Dempsey | Bill | Abbott<br>Current Senior Vice President<br>Pharmaceutical Operations<br>Former General Manager<br>Alternate Site Product Sales | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including market research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| DeParle* | Nancy Ann | Former CMS Administrator | Nancy Ann DeParle<br>4229 Leland Street<br>Chevy Chase, MD 20815<br><br>Contact through counsel for the United States:<br>Justin Draycott, Esq. (202) 305-9300 | Medicare and Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| DeYoung | Debra | Abbott<br>Strategic Pricing Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers; importance of Medicare or Medicaid payment to Abbott drugs |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Donnelly (and/or another representative)** | James | Office of Health Insurance Programs, Bureau of Pharmacy Policy and Operations, New York | James Donnelly Office of Health Insurance Programs Bureau of Pharmacy Policy and Operations 99 Washington Ave., Suite 720 Albany, NY 12210-2806 (518) 257-4554<br><br>To be contacted through counsel: Gregor N. Macmillan Director, Bureau of Health Insurance Programs Division of Legal Affairs New York State Department of Health Corning Tower -- 24th floor Empire State Plaza Albany, NY 12238 gnm01@health.state.ny.us 518-408-1495 | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |
| Dorr | Mike | Abbott National Account Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development; accounts management; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Duane Reade*** | | Abbott Customer | Duane Reade Corporate Headquarters 440 Ninth Avenue New York, NY 10022 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Duzor | Deirdre | Director, Center for Medicaid & State Operations, Disabled & Elderly Health Programs Group, Division of Pharmacy | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | Medicaid payment for drugs, including the Medicaid Drug Rebate Program, and federal statutory and regulatory payment requirements |
| Dyer | Scot | McKesson Corporation | c/o Carrie Valiant Epstein, Becker & Green, PC 1227 25th St. NW # 700 Washington, D.C. 20037 (202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Edelstein | Ed | First Data Bank, Inc. | 1111 Bayhill Dr., Suite 300 San Bruno, CA 94066-3053 (650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Eichhorn | Gerald | Abbott<br>Former National Account Manager | Home address:<br>916 S. Dymond Road<br>Libertyville, IL 60048-3532<br>847-549-7721 | Commercial business development; accounts management; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995 |
| Eiler*** | Cheryl | Medicare Part B Representative<br>(National Government Services, Inc.,<br>formerly AdminaStar Federal) | To be contacted through:<br>Robert M. Squier, Jr.<br>Senior Counsel<br>National Government Services, Inc.<br>8115 Knue Road<br>INA102-AF25<br>Indianapolis, IN 46250<br>(317) 913-6574 | Carrier payment practices and pricing and determination of Medicare allowed amounts for covered drugs |
| Elliott | Phil | Abbott<br>Sales Representative | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Fiske | Joseph | Abbott<br>Corporate Representative | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Corporate structure including organization of and relationship between Abbott Laboratories and Abbott Laboratories, Inc; the PPD departments' responsibilities for pricing, sales and marketing including PPD's efforts regarding competitive pricing information; importance of Medicare or Medicaid payment to Abbott drugs; importance of Medicaid payment to customers; drug pricing including price setting and reporting, PPD list prices and PPD communications with Red Book, First Data Bank and Medi-Span; competitor pricing; Drug payment process; arrangement between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; contracting and marketing including marketing research, sales and customer service |
| Florida Infusion Services, Inc. dba Florida Oncology Pharmacy* | | Abbott Customer | Tom Magoulis<br>Vice President<br>Florida Infusion Services<br>1053 Progress Court<br>Palm Harbor, FL  34683<br>(727) 942-1829 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Generic Pharmaceutical Industry Association* (GPhA) | | Industry/Trade Group | Generic Pharmaceutical Industry Association 2300 Clarendon Blvd. Suite 400 Arlington, VA 22201<br><br>Contact through counsel: Ray Aragon McKenna, Long and Aldri (202) 496-7530 | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott |
| Gilmore (and/or another representative)** | Gary | Mass Health, Deputy Director of Pharmacy | Deputy Director of Pharmacy MassHealth 600 Washington Street Boston, MA 02111<br><br>To be contacted through counsel: Richard Heidlage Assistant Attorney General Medicaid Fraud Control Unit Office of the Attorney General Commonwealth of Massachusetts One Ashburton Place Boston, MA 02108 (617) 727-2200 Ex. 2381 Richard.Heidlage@ago.state.ma.us | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Glover | Scott | Abbott Former Field Salesperson | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development; Contracting and marketing including marketing research, sales and customer service |
| Gordon | Joshua M. | Cardinal Health, Inc | c/o Bill Darling 111 Congress Avenue Austin, Texas 78701 (512) 472 - 5456 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Gorospe (and/or another representative)** | Kevin | California State Medicaid | California Department of Health Care Services<br>1501 Capitol Avenue<br>Sacramento, CA 95814<br>(916) 552-9606<br><br>To be contacted through AG Counsel:<br>Nicholas Paul<br>(619) 688-6099 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Gustafson | Thomas | Deputy Director, Center for Medicare Management | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | Medicare Part B payment for drugs, including federal statutory and regulatory payment requirements, and Medicare payment methodologies using average wholesale prices |
| Gutgesell | Kathy | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Hankinson | James | Abbott<br>Employee | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Hanson | Nadeen | Abbott<br>Alternate Site<br>Medicaid Rebate Specialist | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Harrington (retired) | Emmett | Abbott<br>Sales Representative for Wholesale Sales<br>(1994-2000) | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; commercial business development |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Hazelwood (and/or another representative)** | Marvin | Former Illinois State Medicaid Pharmacy Manager | Marvin Hazelwood 1812 S. Cog Mill Ct. Springfield, IL 62704 (217) 787-6252  To be contacted through AG Counsel: Brent Stratton Assistant Chief Deputy A.G. 100 West Randolph Street Chicago, IL 60601 (312) 814-3000 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Heggie | Michael | Abbott Ex-payments for Renal Care Manager Hospital Products Division | Home address: 1229 Notchbrook Road Stowe, VT 05672 Contact through counsel: Dave Stetler dstetler@ststlleranddurfy.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits; involved in analysis of Vancomycin pricing decrease and subsequent increase around 1995; also involved in pharmaceutical payment claims processing and pharmaceutical payment management |
| Heggie (and/or another corporate representative for Baxter) | Michael | Baxter Healthcare | One Baxter Parkway Deerfield, IL 60015-4625 | How Defendants determined the prices reported by Baxter Inc to the state Medicaid programs and the Medicare program; the prices charged by Baxter to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid payment and/or Medicare payment for pharmaceutical products to Baxter |
| Helton*** | Carolyn | Medicare Part B Carrier Representative (CIGNA) | Carolyn Helton CIGNA 2 Vantage Way Nashville, TN 37228 (615) 782-4500  To be contacted through carrier counsel: Michael Wade Office of Counsel CIGNA Government Services Two Vantage Way, Nashville, TN 37228 Telephone: (860)226-2457 michael.wade@cigna.com | Carrier payment practices and pricing, and determination of Medicare allowed amounts for DME drugs |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Hickey | Mareah K. | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Hirschmann | Joseph L. | First Data Bank, Inc. | c/o John Kern<br>Manatt Phelps Phillips, LLP<br>1111 Bayhill Dr., Suite 300<br>San Bruno, CA 94066-3053<br>(650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Hodgson | Thomas | Abbott Laboratories, Inc.<br>1991-1998 President | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Operations; Commercial business development; Corporate structure and reporting; Drug pricing including price setting and reporting; Drug payment process |
| Hoover**** | John | Technical Director, Division of Management, Center for Medicare and Medicaid Services | 7500 Security Blv.<br>Baltimore, MD 21207<br>Telephone: (410) 786-2020<br><br>Contact DOJ Counsel:<br>George Henderson (617) 748-3272 | Procedures followed by the States in seeking the FMAP share of Medicaid expenditures; the automated Medicaid Budget and Expenditure System/State Children's Health Insurance Program Budget and Expenditure System (MBES/CBES); the Form CMS-37; the Form CMS-64; the Form CMS-21; summaries of information from Forms CMS-64 as set forth in Financial Management Reports (FMRs); the CMS Form 151 |
| Hospira, Inc.* | | Abbott Spin-off Corporation | Hospira, Inc.<br>275 North Field Drive<br>Lake Forest, IL 60045<br><br>Contact through counsel:<br>Tina Tabacchi<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601 | Location and storage of Abbott documents; Operations; Commercial business development; Corporate structure and reporting; Drug pricing including price setting and reporting; Drug payment process |
| IMS Health Incorporated | | Consultant | David R. Carlucci<br>Chairman & CEO<br><br>Contact through:<br>Robert H. Steinfeld, Sr. VP & Gen. Counsel<br>(203) 845-5200<br>901 Main Avenue, Suite 612<br>Norwalk, CT 06851 | Analysis of market share data for Abbott products, the types of market share data analysis ordered by and relied upon by Abbott, and authentication of Abbott related IMS data and analysis |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Jeffrey (and/or another representative)** | Paul L. | | Paul L. Jeffrey<br>Director of Pharmacy<br>MassHealth<br>600 Washington Street, 5th Floor<br>Boston, MA 02111<br>617/210-5319 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| | | MassHealth, Director of Pharmacy | To be contacted through counsel:<br>Richard Heidlage<br>Assistant Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 Ex. 2381<br>Richard.Heidlage@ago.state.ma.us | |
| Johnson | Doug | Abbott<br>National Account Manager | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development; Accounts management including VHA and Tenet; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Jones (and/or another representative)** | James | Deputy Administrator,<br>Division of Health Care Financing,<br>Wisconsin State Medicaid | James Jones<br>Deputy Administrator<br>Division of Health Care Financing<br>P. O. Box 309<br>Madison, WI 53701<br>(608) 266-8922<br><br>Contact through counsel:<br>Neil Gebhart<br>Assistant Legal Counsel<br>State of Wisconsin Department of Health and Family  Services<br>P.O. Box 7850<br>Madison, WI 53707 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re: Pharma. Industry AWP Litig., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Juda | Wes | Abbott National Account Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development; accounts management including SunHealth and Premier; drug pricing including price setting and reporting; Drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Karas | Peter | Hospira General Manager ASP Sales | Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Keely | Patrick | Abbott Former Contract Marketing | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Kelmer | Phillip | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Kenyon, R.Ph. (and/or another representative)** | James | Pharmacist Consultant, MDCH/Medical Services Administration, Michigan | James Kenyon, R.Ph, Pharmacist Consultant MDCH/Medical Services Administration 400 South Pine Street Lansing, MI 48933 T: 517/335-5265 F: 517/335-5294 [now 517-241-9409] E-mail: kenyonj@state.mi.us  To be contacted through counsel: Mark Matus Medicaid Fraud Control Unit of Michigan Office of the Attorney General 2860 Eyde Parkway East Lansing, MI 48823 Tel: 517-241-6552 Fax: 517-241-6515 matusm@michigan.gov | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
**November 20, 2007**
In re: Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Kipperman | Steve | Contract Marketing Manager Alternate Site Product Sales (Hospital Products Division) | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Kling | John | General Counsel at Dey Laboratories; Former McGaw General Counsel | 2751 Napa Valley Corporate Drive Napa, California 94558 | How Defendants determined the prices reported to the state Medicaid programs and the Medicare program; the prices charged to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid payment and/or Medicare payment for pharmaceutical products to customers |
| Krajewski | Cliff | Abbott Distribution Relations Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Kreklow | Carla | Abbott Marketing Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Kramer (and/or another representative)** | Sandy | Pharmacy, Program Specialist, Bureau of Program Policy, Michigan Dept. of Social Services | Sandy Kramer, Pharmacy Program Specialist Bureau of Program Policy Michigan Dept. of Social Services P. O. Box 30037, 400 South Pine Street Lansing, MI 48909 (517) 335-5128  To be contacted through: Trish O'Keefe Manager, Pharmacy Services Section Data Management Division Medicaid Program Operations & Quality Assurance Michigan Department of Community Health OKeefeT@michigan.gov Phone: 517-335-5442 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

16 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Latz | Diane | Abbott Employee | Abbott Laboratories Corporate Headquarters 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Leone | Lynn | Hospira Employee | Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Importance of Medicare or Medicaid payment to Abbott drugs; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Lincare Inc.* | | Abbott Customer | CT Corporation System 1200 S. Pine Island Rd. Plantation, FL  33324  Contact through counsel: Mitch Mitchelson, Esq., Alston & Bird LLP (404) 881-7661 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Lloyd | Frank | Abbott National Account Manager | Abbott Laboratories Corporate Headquarters 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development; accounts management including AmHS, Kaiser and UHC; drug pricing including price setting and reporting, drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Lotz | Greg | Abbott Laboratories Former employee of Alternate Site Product Sales Infusion Specialist | Contact through counsel: Dave Stetler dstetler@stetlerandduffy.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Operations of Hospital Products Division, Home Infusion Services; importance of Medicare or Medicaid payment to Abbott drugs; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Lucas (and/or another representative)*** | Susan | Washington State Medicaid | Susan Lucas Washington State Medicaid (360) 725-1828  To be contacted through: Dawn Cortez Assistant AG (360) 586-8872 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

17 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Lyjack | Ted | Abbott Laboratories Employee Alternate Site Product Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Lyman | Robert | Abbott Major Accounts Manager | Abbott Laboratories Corporate Headquarters 100 Abbott Park Road Abbott Park, Illinois 60064-3500 Telephone: (847) 937-6100 | Commercial business development; accounts management; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits |
| Managed Health Care Associates Inc.* | | Abbott Customer | Managed Health Care Associates Inc. Corporate Headquarters 25-B Vreeland Road Suite 300 P.O. Box 789 Florham Park, NJ 07932  Contact through counsel: Jeremy Frey Pepper Hamilton (215) 981-4445 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Mays | Don | GenMed, Inc. | c/o Harold W. Thomas Thomas, Dodson & Wolford 9200 Shelbyville Road, Suite 611 Louisville, Kentucky 40222-8502 (502) 426 - 1700 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| McQueeny*** | Marsha | Medicare Part B Representative (National Government Services, Inc., formerly AdminaStar Federal) | To be contacted through: Robert M. Squier, Jr. Senior Counsel National Government Services, Inc. 8115 Knue Road INA102-AF25 Indianapolis, IN 46250 (317) 913-6574 | Carrier payment practices and pricing and determination of Medicare allowed amounts for covered drugs |
| Mehta | Mukesh R.Ph. | Medical Economics Company, Inc. (formerly owned RedBook) | c/o Thomas J. Cahill Satterlee, Stephens, & Burke 230 Park Avenue New York, New York 10169-0079 (212) 818 - 9200 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicare agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Miller | Jack | Sales Representative for Hospital Products Division Alternate Site | Contact through counsel: Dave Stetler dstetler@stetlerandduffy.com 312-338-0202 11 S. La Salle, Ste 1200 Chicago, IL 60603 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Milsow | Dennis | McKesson Corporation | c/o Carrie Valiant Epstein, Becker & Green 1227 25th St. NW #700 Washington, D.C. 20037 (202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Mitchell | Charlie | Abbott Director of Contract Marketing & Administration | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Molnar | Dave | Abbott National Accounts Manager PPD | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management including the contract with Omnicare; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Morgan | Patricia Kay | First Data Bank, Inc. | c/o John Kern Manatt Phelps Phillips, LLP 1111 Bayhill Dr., Suite 300 San Bruno, CA 94066-3053 (650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Morgan | Kay | Former First Data Bank Editorial Services Pricing manager; Former Abbott Employee Controlled Policies Department | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Muller | Patricia J. | First Data Bank, Inc. | c/o John Kern Manatt Phelps Phillips, LLP 1111 Bayhill Dr., Suite 300 San Bruno, CA 94066-3053 (650) 812 - 1317 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

19 of 31

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re. Pharma. Industry AWP Litig., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| National Association of Chain Drug Stores (NACDS)**** | | Industry/Trade Group | Steven C. Anderson 413 N. Lee Street Alexandria, VA 22313 (703) 549-3001 | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott. |
| National Home Infusion Association (NHIA)* | | Industry/Trade Group | 100 Daingerfield Road Alexandria, VA 22314  Contact through counsel: Ralph Caccia Powell Goldstein (202) 624-7353 'rcaccia@pogolaw.com' | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott. |
| Nowak | Jim | Abbott Corporate Representative | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers; Direct invoicing |
| O'Keefe (and/or another representative)** | Trish M. | Manager, Pharmacy Services Section, Data Management Division, Medicaid Program Operations & Quality Assurance, Michigan Department of Community Health | Trish M. O'Keefe Manager, Pharmacy Services Section Data Management Division Medicaid Program Operations & Quality Assurance Michigan Department of Community Health OKeefeT@michigan.gov Phone: 517-335-5442  To be contacted through counsel: Mark Matus Medicaid Fraud Control Unit of Michigan Office of the Attorney General 2860 Eyde Parkway East Lansing, MI 48823 Tel: 517-241-6552 Fax: 517-241-6515 matusm@michigan.gov | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Liti., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Omnicare* | | | 1600 River Center II 100 E. River Center Blvd. Covington, KY 41011<br><br>Contact through counsel: Eamon O'Kelly (212) 259-6342 Dewy & LeBoeuf, 1301 Avenue of the Americas, New York, NY 10019 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| OptionCare, Inc.* | | Abbott Customer | Kevin Collins, Esq. 485 Half Day Road Suite 300 Buffalo Grove, IL 60089 (847) 465-2577 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Paccione (and/or another representative)*** | Maryanne | Virginia State Medicaid | Maryanne Paccione Department of Medical Assistance Services 600 East Main Street Richmond, VA 23219<br><br>To be contacted through counsel: Lelia Beck Assistant Attorney General Civil Investigation Unit, Medicaid Fraud Control Unit Commonwealth of Virginia Office of the Attorney General 900 East Main Street Richmond, VA 23219 (804) 371-2146 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Penner (and/or another representative) | Janet E. | AmerisourceBergen Corporation | c/o J. David Bickham, Jr. Vinson & Elkins 2801 Via Fortuna, Suite 100 Austin, TX 78746-7568 (512) 542 - 8570 | Interplay and market dynamics between wholesalers and drug manufacturers; process for servicing accounts between manufacturers and customers who have contractual relationships |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Pettus | Mickey | Abbott<br>National Accounts Manager, PPD, | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Commercial business development and accounts management including the contract with Omnicare; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Pharmaceutical Research and Manufacturers of America ("PhRMA")* | | Industry/Trade Group | 950 F Street, N.W.<br>Suite 300,<br>Washington, DC 20004<br><br>Contact through counsel:<br>Jose Gonzalez<br>Steptoe & Johnson<br>1330 Connecticut Ave, NW<br>Washington, DC 20036<br>(202) 429 8110<br>jrgonzalez@steptoe.com | Abbott's membership in and/or financial support of this organization, and analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Abbott |
| Rader | Beth | First Data Bank, Inc. | Genentech, San Francisco<br>(650) 225-1000 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| Reed | Larry | Health Insurance Specialist, Center for Medicaid & State Operations, Disabled & Elderly Health Programs Group, Division of Pharmacy | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | Medicaid payment for drugs, including the Medicaid Drug Rebate Program, and federal statutory and regulatory payment requirements |
| Reid (and/or another representative)** | Robert | Pharmacy Program Administrator, Ohio Department of Jobs and Family Services | Robert Reid<br>Ohio Department of Jobs and Family Services<br>Benefit Management Section<br>50 West Town Street<br>4th floor<br>Columbus, OH 43218<br>(614) 752-4614<br><br>To be contacted through counsel:<br>Ohio AG<br>State Office Tower<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215-3428<br>(614) 466-4320 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Rhodus (and/or another representative) | Susan | GeriMed, Inc. | Gerimed Corporate Headquarters 9505 Williamsburg Plaza Suite 302 Louisville, KY 40222 (502) 423-0351<br><br>c/o Harold W. Thomas Thomas, Dodson & Wolford 9200 Shelbyville Road. Suite 611 Louisville, KY 40222-8502 (502) 426 - 1700 | Policies and practices of a group purchasing organization; Abbott's sales practices and efforts to market the spread on drugs |
| Richter* | Elizabeth | Director, Center for Medicare Management, Hospital & Ambulatory Policy Group | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000<br><br>Contact counsel for the United States: Justin Draycott, Esq. (202) 305-9300 | Medicare Part B payment for drugs, including federal statutory and regulatory payment requirements, Medicare payment methodologies using average wholesale prices |
| Rite Aid*** | | Abbott Customer | 30 Hunter Lane Camp Hill, PA 17011 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Robertson | Donald | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Rodman | Bruce | Abbott Home Infusion Services, Former Manager Home Infusion Operations Alternate Site Product Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Rosenbaum (and/or another representative) | Mark E. | Cardinal Health, Inc. | c/o Bill Darling 111 Congress Avenue Austin, TX 78701 (512) 472 - 5456 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |
| Rotz | Dave | Abbott Training Coordinator (Alternate Site Product Sales) | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

23 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Sebree | Mark W. | Former Abbott Manager Hospital Injectables Marketing Manager SVPs & Advantage Kits | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Sellers | Mike | Abbott General Manager Contract Marketing Alternate Site Product Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | The timing and mechanics involved in the formation of Hospira, Inc; the Hospital Products Division departments' responsibilities for pricing, sales and marketing including Hospital Products Division's efforts regarding competitive pricing information; drug pricing including price setting and reporting, Hospital Products Division list prices, and Hospital Products Division procedures for price reporting and Hospital Products Division communications with Red Book, First Data Bank and Medi-Span; drug payment process; Hospital Products Division primary classes of trade and the Hospital Products Division primary classes of trade and the pricing generally available to those classes of trade; field sales reports generated by the Hospital Products Division Alternate Site sales force; Hospital Products Division's attendance at the February 21, 2001 "Industry Day" |
| Sibor (and/or another representative)** | David | ACS State Healthcare, LLC | Dave Sibor ACS State Healthcare, LLC 260 Franklin St Boston, MA 02110 (617) 423-9845  To be contacted through counsel: David Evans, Esq, Hanify & King One Beacon St. Boston, MA 02180 dle@hanify.com | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |
| Silko | David | McKesson Corporation | c/o Carrie Valiant/ Epstein, Becker & Green, PC 1227 25th St. NW # 700 Washington, D.C. 20037 (202) 861 - 0900 | Industry practices, including information relating the prices for Defendants' products that are currently and generally available in the market place |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Smith | Craig | Hospira Former District Manager Hospital Products Division Alternate Site Current National Account Manager [88-98] Former NAM Hospital Products Division | Hospira 275 North Field Drive Lake Forest, IL 224-212-2000 | Commercial business development and accounts management including the contracts with Coram, Apria, Chartwell, Purchase Connection and PBI; operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Sneed | Christine | Abbott National Account Manager Alternate Site Products Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Solomon (and/or another representative)** | Janet | Human Services Program Specialist, Pharmacy, Office of Medical Assistance Programs, Pennsylvania | Janet Solomon Human Services Program Specialist, Pharmacy Office of Medical Assistance Programs 49 Beech Drive Harrisburg, PA 17110-3591 Phone: 717-346-8164 jsolomon@state.pa.us  To be contacted through counsel: Pennsylvania Office of Attorney General 16th Floor Strawberry Square Harrisburg, PA 17120 (717) 787-3391 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Spinello | Mike | Abbott Director Customer Service | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Stanfield | Bill | Abbott Manager of Contract Administration Promoted to National Accounts | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

25 of 31

**United States' Supplemental Disclosures**
**November 20, 2007**
**In re: Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re**
**U.S. ex rel. Ven-A-Care v. Abbott,**
**06-CV-11337-PBS**

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Stegman | Christine | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Abbott Park, IL 60064-3500 (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Stone*** | Robin | Medicare Part B Carrier Representative (Palmetto GBA) | To be contacted through carrier counsel: Kendall R. Walker Associate General Counsel Blue Cross Blue Shield of SC Palmetto GBA Carolina Research Park 17 Technology Circle Columbia, SC 29203 Telephone: (803) 763-1098 | Carrier payment practices and pricing. Determination of Medicare allowed amounts for DME drugs |
| Stowell | Bruce | Abbott Employee | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Data systems and price record keeping |
| Sullivan (and/or another representative)** | Leo | Former TennCare Pharmacy Director | Leo Sullivan Leo Sullivan Consulting, Inc. 101 Overcast Court. Murfreesboro, TN 37129 Telephone: (615) 896-3876  Contact Counsel at Tennessee State AG: Peter Kaufman, Esq. (615) 741-3491 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Talley (and/or another representative) | Linda | Formerly with Medi-Span, Inc. | 8425 Woodfield Crossing Blvd Indianapolis, IN 46240-7315 (317) 469 - 5200 | Pricing practices and policies; Abbott's price representations and reporting that were ultimately used by state Medicaid agencies to set payment levels |
| TAP Pharmaceuticals* | | Abbott Joint Venture | Contact through counsel: Lee Ann Russo Jones Day 77 West Wacker Drive Suite 3500 Chicago, IL 60601-1692 | Abbott's sales practices and efforts to market the spread on drugs; Abbott's knowledge and participation in spread marketing at TAP and general compliance efforts as well as compliance related to the TAP criminal plea, civil settlement and CIA; Abbott's control of TAP |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

**United States' Supplemental Disclosures**
November 20, 2007
In re: Pharma. Industry AWP Litig., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Terrebonne (and/or another representative)** | Mary Julia | Pharmacy Director Louisiana State Medicaid | Mary Julia Terrebonne Pharmacy Director Louisiana Medicaid Pharmacy Benefit Program 628 N. Fourth Street Baton Rouge, LA 70802  Contact Counsel at Louisiana AG Medicaid Fraud Control Unit: Fred Duhy 1885 North 3rd Street Baton Rouge, LA 70802 P.O. Box 94005 Baton Rouge, LA 70804 (225) 326-6210 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Thomas | Michelle | Abbott Marketing Manager | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development and accounts management; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Thomas | Eric | Abbott Manager of Major Accounts | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development, Accounts management including HSCA, CMMA, Sisters of Sorrowful Mother, Sisters of Mary and Quorum; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendant and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Thompson*** | Donald | Senior Advisor, Center for Medicare Management, CMS | Contact Counsel for the United States: Justin Draycott, Esq. (202) 305-9300 | Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| Tobiason | Virginia | Abbott Director of Corporate payment and Health Policy | Home address: 1695 Second Street Highland Park, IL | Operations of Hospital Products Division, Home Infusion Services; Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug payment process and involved in the management of drug payment claims processing for providers which generated revenues which Abbott shared with the providers; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

27 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Tomlinson (and/or another representative)** | Bryan | Virginia State Medicaid | Department of Medical Assistance Services 600 East Main Street Richmond, VA 23219<br><br>To be contacted through Counsel at Virginia State AG:<br>Lelia Beck Assistant Attorney General Civil Investigation Unit, Medicaid Fraud Control Unit Commonwealth of Virginia Office of the Attorney General 900 East Main Street Richmond, VA 23219 (804) 371-2146 (804) 786-0807 - fascimile | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Traylor (and/or another representative)** | Chris | Associate Commissioner, Medicaid and CHIP, Texas State Medicaid | Chris Traylor Associate Commissioner, Medicaid and CHIP, Texas State Medicaid 11209 Metric Blvd., Bldg H-100 Austin, TX 78758<br><br>Contact Counsel at Texas State AG:<br>Raymond C. Winter Assistant Attorney General State of Texas 300 W. 15th Street, 9th Floor Austin, TX 78701 (512) 936-1709 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Turner | Tom | Abbott Manager of Contract Marketing Systems | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; Drug pricing including price setting and reporting and communications with customers; Drug payment process; Arrangements between Defendants and wholesalers including discounting, chargeback's, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

28 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Ultracare, Inc.* | | Abbott Customer | 2001 Janice Avenue<br>Melrose Park, IL 60160<br><br>Contact through counsel:<br>Troy Brown<br>Morgan Lewis & Brockius LLP<br>(215) 963-5214 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Van de Voorde | Kathleen | B. Braun, Marketing Department | B. Braun Medical Inc.<br>824 Twelfth Avenue<br>Bethlehem, PA 18018<br>(610) 691-5400 | How Defendants determined the prices reported by B Braun Medical Inc to the state Medicaid programs and the Medicare program; the prices charged by B Braun Medical Inc to its customers for the pharmaceuticals; communications with the state Medicaid programs and Medicare program; and communications regarding state Medicaid payment and/or Medicare payment for pharmaceutical products to B Braun Medical Inc customers |
| Veal*** | Jean | System Analyst, First Coast Service Options (Medicare Part B Carrier) | To be contacted through carrier counsel:<br>c/o Harvey B. Dikter Vice President, General Counsel & Secretary First Coast Service Options, Inc.<br>532 Riverside Avenue<br>Jacksonville, FL 32202<br>Telephone (904) 791-8760 | Carrier payment practices and pricing; determination of Medicare allowed amounts for DME drugs |
| Walgreen*** | | Abbott Customer | Corporate Headquarters<br>Walgreen<br>200 Wilmot Road<br>Deerfield, IL 60015 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Walker | Dennis | Abbott<br>Manager of National Account | Contact through counsel:<br>Dave Stetler<br>dstetler@stetleranduffy.com<br>312/338-0202<br>11 S. La Salle,<br>Ste 1200<br>Chicago, IL 60603 | Commercial business development; Accounts management including GenMed and Optioncare; contracting and marketing including marketing research, sales and customer service; importance of relative payment mechanisms to Abbott customers, specifically including the customers of Alternate Site Product Sales; marketing directly to Ven-A-Care of the Florida Keys, Inc; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

29 of 31

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Lit., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Walker*** | Sue | Medicare Part B Carrier Representative (CIGNA) | Sue Walker CIGNA 2 Vantage Way Nashville, TN 37228 (615) 782-4500<br><br>To be contacted through carrier counsel: Michael Wade Office of Counsel CIGNA Government Services Two Vantage Way Nashville, TN 37228 (860)226-2457 michael.wade@cigna.com | Carrier payment practices and pricing, determination of Medicare allowed amounts for Part B drugs |
| Wal-mart*** | | Abbott Customer | 702 Southwest Eighth Street Bentonville, AR 72716 | Abbott's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Ward (deceased) | John | Abbott General Manager Alternate Site Product Sales | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Commercial business development; Accounts management including GemMed and Optioncare; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers; Importance of relative payment mechanisms to Abbott customers, specifically including the customers of Alternate Site Product Sales; Documenting of customers' interest in higher payments on Abbott products relative to competitive products |
| Waters | David | Abbott Marketing Manager Specialty Infusion Systems | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Operations of Hospital Products Division, Home Infusion Services; contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |
| Wecker | Sheldon | Abbott Director of Market Development Fluid Systems | Corporate Headquarters Abbott Laboratories 100 Abbott Park Road Abbott Park, IL 60064-3500 Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07

United States' Supplemental Disclosures
November 20, 2007
In re. Pharma. Industry AWP Litig., MDL No. 1456, Civ. No. 01-12257-PBS, re
U.S. ex rel. Ven-A-Care v. Abbott,
06-CV-11337-PBS

| Last Name/ Company Name | First Name | Job Title and Business | Address and Telephone Number | Subjects of Information |
|---|---|---|---|---|
| Jerry F. Wells, former Florida State Medicaid (and/or another representative)** | Jerry F. | formerly of Florida State Medicaid | Jerry F. Wells<br>Home: (850) 926-7275<br>Fax:(850) 926-2999<br>Email: JerryFWells@emarqmail.com<br><br>Contact Counsel at Florida State AG | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| White* | Miles | Abbott | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | The circumstances surrounding Abbott's receipt of the October 31, 2000 Congressman Stark letter and Abbott's subsequent price change decision on the subject drugs |
| Woods (and/or another representative)*** | Amy | Missouri State Medicaid | Amy Woods (573) 751-6961<br><br>To be contacted through counsel at Missouri State AG's Office:<br>Richard Williams (573) 751-8790 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Abbott's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Yablon | Jeff | Abbott<br>Sales Representative PPD | Corporate Headquarters<br>Abbott Laboratories<br>100 Abbott Park Road<br>Abbott Park, IL 60064-3500<br>Telephone: (847) 937-6100 | Contracting and marketing including marketing research, sales and customer service; drug pricing including price setting and reporting and communications with customers; drug payment process; arrangements between Defendants and wholesalers including discounting, chargebacks, rebates, free goods and credits including communications with customers |

*Abbott was notified of entity or individual by prior deposition or subpoena
**US notified Abbott 8/9/06 of potential supplement of state Medicaid employees
***Name added since the disclosures of 8/9/06
****Name disclosed on 10/10/07