# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

### NOTICE OF NONPARTY DISCOVERY

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, subpoenas (copies of which are attached hereto) have been issued by Defendant

Abbott Laboratories, Inc. to the following entities to produce documents at the time and place

indicated in the subpoena:

1.  California Depart of Health Services
    1501 Capitol Avenue
    Sacramento, CA 95899

2.  Hawaii Department of Human Services
    Med-Quest Division
    P.O. Box 700190
    Kapolei, HI 96709-0190

3.  Idaho Department of Health and Welfare
    Idaho Medicaid Policy
    3380 Americana Terrace, Suite 140
    Boise, ID 83706-2519

4.  Maryland Department of Health and Mental Hygiene
    Healthchoice and Acute Care Administration
    201 West Preston Street, Room 409
    Baltimore, MD 21201

5.  Montana Public Health & Human Services
    Medicaid Services Bureau
    1400 Broadway, Room A206
    P.O. Box 202951
    Helena, MT 59620-2951

6.      Nevada Division of Health Care Financing and Policy
        1100 E. Williams St., Suite 116
        Carson City, NV 89701

7.      Ohio Department of Jobs and Family Services
        Bureau of Health Plan Policy
        30 East Broad Street, 27th Floor
        Columbus, OH 43215

8.      South Carolina Department of Health and Human Services
        P.O. Box 8206
        1801 Main Street, Suite J-12
        Columbia, SC 29202-8206

9.      Utah Department of Health
        Health Care Financing
        P.O. Box 143102
        Salt Lake City, UT 84114-3102

10.     Washington Department of Social and Health Services
        Medical Assistance Administration
        P.O. Box 45506
        Olympia, WA 98504


Dated:  November 29, 2006              /s/ David S. Torborg
                                       James R. Daly
                                       Tina M. Tabacchi
                                       Brian J. Murray
                                       JONES DAY
                                       77 West Wacker Drive, Suite 3500
                                       Chicago, Illinois  60601
                                       Telephone:  (312) 782-3939
                                       Facsimile:   (312) 782-8585

                                       R. Christopher Cook
                                       David S. Torborg
                                       JONES DAY
                                       51 Louisiana Avenue, N.W.
                                       Washington, D.C.  20001-2113
                                       Telephone:  (202) 879-3939
                                       Facsimile:  (202) 626-1700

                                       *Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF NONPARTY DISCOVERY to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 29th day of November, 2006.


 /s/ David S. Torborg
David S. Torborg