UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEAL

Notice is hereby given that Larry Young and Therese Shepley, named representative plaintiffs in the above class action, appeal to the United States Court of Appeals for the First Circuit from the judgment entered against them on November 20, 2007, pursuant to Fed.R.Civ.P. 54(b), and from any and all orders antecedent and ancillary thereto, including, but not limited to, any and all interlocutory decrees, rulings, or opinions that merged into and became part of the judgment, that shaped the judgment, or upon which the judgment is based.

Respectfully submitted,

Dated: December 19, 2007

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Adam S. Levy, Esquire, Of Counsel
Michael J. Lorusso, Esquire
**THE HAVILAND LAW FIRM, LLC**
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

COUNSEL FOR NAMED REPRESENTATIVE
PLAINTIFFS, LARRY YOUNG AND THERESE SHEPLEY

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., hereby certify that on December 19, 2007, a true and correct copy of the foregoing Notice of Appeal was filed via ECF electronic filing and notice was sent to all counsel of record.

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandlaw.com

COUNSEL FOR NAMED REPRESENTATIVE
PLAINTIFFS, LARRY YOUNG AND THERESE SHEPLEY