# EXHIBIT 1

CM/ECF - USDC Massachusetts - Version 3.1.2 as of 11/25/2007
Case 1:01-cv-12257-PBS Document 4955-2 Filed 12/19/07 Page 2 of 2
Page 293 of 293

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stephen M. Hudspeth**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Sung W. Kim**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Philip D. Robben**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | | Judge Patti B. Saris: Electronic ORDER entered denying in part 4923 Motion for Extension of Time to Complete Discovery. "The Court will give the parties until March 31, 2008 to complete all fact discovery. However, no new discovery requests shall be made after the date of this order with respect to parties or nonparties." (Patch, Christine) (Entered: 12/18/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/19/2007 16:38:13 | | |
| **PACER Login:** jd0772 | **Client Code:** | 080024-024348 |
| **Description:** Docket Report | **Search Criteria:** | 1:01-cv-12257-PBS Start date: 12/18/2007 End date: 12/18/2007 |
| **Billable Pages:** 30 | **Cost:** | 2.40 |