# EXHIBIT 3



Dec 18 2007
7:47PM
17717239

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' SECOND SUPPLEMENTAL DISCLOSURES

The United States of America, through its undersigned counsel, hereby provides supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) and (e).  As promised in our supplemental disclosures served on November 20, 2007, below is a supplemental list of the names of State Medicaid individuals who may possess discoverable information that the United States may use in support of its claims.  The information contained herein is provided to the best of the United States' current knowledge and belief, and likely will be updated when new information becomes available.

Jude E. Walsh
Governor's Office of Health Policy and Finance
Maine State Medicaid
c/o Dori Hartnett
Maine Office of the Attorney General
Burton M. Cross Building, 6th Floor
6 State House Station
Augusta, Maine 04333
(207) 626-8800

Brenda McCormick
MaineCare
Maine State Medicaid

c/o Dori Hartnett
Maine Office of the Attorney General
Burton M. Cross Building, 6th Floor
6 State House Station
Augusta, Maine 04333
(207) 626-8800

Lisa Weeks
Pharmacy Supervisor
North Carolina Division of Medical Assistance
c/o North Carolina Office of the Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001
(619) 716-6400

Barbara Waugh
Administrator
New Jersey Division of Medical Assistance and Health Services
c/o New Jersey Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625-0080
(609) 292-4925

Michael Sharp
Indiana State Medicaid
c/o Indiana Office of the Attorney General
Medicaid Fraud Control Unit
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
(317) 915-5300

In addition, the United States may supplement this disclosure with additional names of former or current State Medicaid employees, including but not limited to former and current Medicaid employees from the states of Alabama, Georgia, and South Carolina as they become available from each state's Medicaid program's legal representative. However, Abbott is expressly on notice that it need not wait until the United States identifies the names of individuals from each state in order to serve Rule 30(b)(6) subpoenas for designees in any state.

2

Abbott is in as good a position as the United States to subpoena and depose State Medicaid representatives.

We remind Abbott that in the initial disclosures served upon Abbott on August 9, 2006, the United States reserved its right to supplement with the names of state Medicaid employees or representatives.  As of the date of this supplemental disclosure, Abbott has chosen to depose no State Medicaid employees in this action, notwithstanding its representations to the Court on February 27, 2007, that it planned to spend hundreds of hours deposing State Medicaid witnesses.  Approximately six months after the United States served its initial disclosures, Abbott requested, and the Court allowed Abbott the opportunity to depose at least one state Medicaid witness from each state if it so chose.  *See* Transcript of 2/27/07 Hearing before Judge Saris at 44.  The Court then entered Case Management Order No. 29 on March 23, 2007, and allowed Plaintiffs and Abbott to each take up to 775 hours of depositions.  Dkt. No. 3956 (CMO No. 29).

To the extent Abbott intends to purse the depositions of employees or representatives from various state Medicaid agencies throughout the country, it should contact each individual state's Attorney General or other state legal representative.  Those representatives are responsible to designate witnesses from each state as corporate or state designees pursuant to proper Rule 30(b)(6) subpoenas.  The United States hereby expressly provides notice to Abbott that it will not object to Abbott's notices of depositions of state Medicaid witnesses as long as those depositions are noticed to take place no later than March 31, 2008, the date by which Judge Saris allowed discovery to be extended by electronic order on December 18, 2007.

The United States further expressly reserves its rights to supplement this disclosure with the identities of a representative records custodian for each of the state Medicaid offices, who can

attest that the documents produced by that agency or entity, pursuant to subpoena or otherwise, are kept in the regular course of its business.

The United States expressly reserves its right to supplement this disclosure as additional information becomes available.

Respectfully submitted,

| | |
|---|---|
| For the United States of America, | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY<br>GENERAL |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Renée Brooker<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Elizabeth Strawn |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | Washington, DC 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: December 18, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' SECOND SUPPLEMENTAL DISCLOSURES** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ Renée Brooker |
| Dated: December 18, 2007 | Renée Brooker |