Bond No. CMS242224

IN THE UNITED STATES DISTRICT COURT
FOR THE ___First___ DISTRICT OF ___Massachusetts___

FILED
IN CLERKS OFFICE
2007 DEC 14 P 1: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PHARMACEUTICAL INDUSTRY  :  CIVIL ACTION No. 01-CV-12257 PBS
AVERAGE WHOLESALE PRICE LITIGATION  :
                                    :  NO. MDL No. 1456
                                    :
THIS DOCUMENT RELATES TO            :  Judge Patti B. Saris
01-CV-12257-PBS                     :

## SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS, That we _____

_____ ASTRAZENECA PHARMACEUTICALS LP _____

the above named Plaintiff/Defendant, as principal, and _____

_____ RLI INSURANCE COMPANY _____

as surety, are held and firmly bound unto ___Plaintiff___

, in the full and just sum of _____
Fourteen Million Two Hundred Thirty Six Thousand Five Hundred Fifty Six and 00/100 ($ 14,236,556.00 ) Dollars, to be paid to

the said , ___Plaintiff___

certain attorney, successors, executors, administrators or assigns; to which payment to be well and truly made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, by these presents.

Sealed with our seals and dated this __12th__ day of __December__, A.D. __2007__.

WHEREAS, on __November 26th 20 TH__, __2007__, a Judgment was rendered in favor of the above named obligee, and the said ___/Defendant has/had appealed from said judgment to the United States Court of Appeals for the ___First___ Circuit; and

WHEREAS, the said ___/Defendant desire a stay of all proceedings in the above entitled cause until the determination of the said appeal;

NOW, THEREFORE, the condition of this obligation is such that if the said _____
___Defendant AstraZeneca Pharmaceuticals, LP___ as appellant, shall prosecute an appeal with effect and shall satisfy the said Judgment in full together with costs, interest and damages for delay if said appeal is dismissed or if the Judgment is affirmed, and shall satisfy in full such modification of the Judgment and costs, interest and damages as may be adjudged and awarded by the Appellate Court, then this obligation to be void; otherwise to remain in full force and effect.

ASTRAZENECA PHARMACEUTICALS LP

_____ (L.S.)

_____ (L.S.)

ORDER

RLI INSURANCE COMPANY

_____, _____.

The foregoing bond is hereby approved and is to stand as a supersedeas until the final determination of the appeal.

Richard A. Jacobus    Attorney-in-Fact

/s/ Patti B Saris

12/20/07



RLI Surety
P.O. Box 3967 | Peoria, IL 61612-3967
Phone: (800) 645-2402 | Fax: (309) 683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

*Know All Men by These Presents:*

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company**, an Illinois corporation, does hereby make, constitute and appoint:
Darella E. White, Douglas R. Wheeler, Richard A. Jacobus, Mary C. O'Leary, Sandra E. Bronson, Maureen McNeill, Marisa Thielen, Nancy K. Wallace, Megan M. Fitzgibbon, Wayne G. McVaugh, jointly or severally.

in the City of _____ Philadelphia _____, State of _____ Pennsylvania _____ its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any and all bonds provided the bond penalty does not exceed Twenty Five Million Dollars ($25,000,000.00).**

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** has caused these presents to be executed by its __Vice President__ with its corporate seal affixed this __23rd__ day of __July__, __2007__.

State of Illinois  } SS
County of Peoria  }

**RLI Insurance Company**

By: _____ Vice President
      Roy C. Die

On this __23rd__ day of __July__, __2007__, before me, a Notary Public, personally appeared __Roy C. Die__, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _Cherie L. Montgomery_
     Cherie L. Montgomery    Notary Public

"OFFICIAL SEAL"
CHERIE L. MONTGOMERY
COMMISSION EXPIRES 02/02/08

**CERTIFICATE**

I, the undersigned officer of **RLI Insurance Company**, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** this __12th__ day of __December__, __2007__.

**RLI Insurance Company**

By: _____ Vice President
      Roy C. Die

3732338020208