# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 04-CV-06054)<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00425)<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06231)<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00456)<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06242)<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00423)<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06204)<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06744)<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00354)<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00867)<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00881)<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-06458)<br><br>*County of Essex County v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00878)<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00519) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br><br><br><br><br><br><br>**DEFENDANT BIOGEN IDEC INC.'S MOTION FOR PROTECTIVE ORDER** |

| | |
|---|---|
| *County of Genesee v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06206)<br><br>*County of Greene v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00474)<br><br>*County of Herkimer v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00415)<br><br>*County of Jefferson v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00715)<br><br>*County of Lewis v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00839)<br><br>*County of Madison v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00714)<br><br>*County of Monroe v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06148)<br><br>*County of Nassau v. Abbott Laboratories, Inc., et al.*<br>(E.D.N.Y. No. 04-CV-5126)<br><br>*County of Niagara v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06296)<br><br>*County of Oneida v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00489)<br><br>*County of Onondaga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00088)<br><br>*County of Ontario v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06373)<br><br>*County of Orange v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 07-CV-2777)<br><br>*County of Orleans v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06371)<br><br>*County of Putnam v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-04740)<br><br>*County of Rensselaer v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00422)<br><br>*County of Rockland v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 03-CV-7055) | |

| | |
|---|---|
| *County of Saratoga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00478) <br><br> *County of Schuyler v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06387) <br><br> *County of Seneca v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06370) <br><br> *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00479) <br><br> *County of Steuben v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06223) <br><br> *County of Suffolk v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. CV-03-229) <br><br> *County of Tompkins v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00397) <br><br> *County of Ulster v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 06-CV-0123) <br><br> *County of Warren v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00468) <br><br> *County of Washington v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00408) <br><br> *County of Wayne v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06138) <br><br> *County of Westchester v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-6178) <br><br> *County of Wyoming v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 03-CV-6379) <br><br> *County of Yates v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06172) | |

Pursuant to Fed. R. Civ. P. 26(c)(1), Biogen Idec Inc. ("Biogen Idec") moves for an Order precluding the above-captioned Counties of the State of New York and the City of New York (collectively, the "plaintiffs") from seeking discovery related to Biogen Idec, and particularly discovery related to Biogen Idec's AVONEX® Admin Pack 30MCG VL (National Drug Code No. 59627000103) ("AVONEX® '103").

As grounds for its motion, Biogen Idec states that the plaintiffs' asserted spread regarding AVONEX® '103 is based entirely on a "cherry-picked" three-day (Friday, Saturday, Sunday) period in October 2004, and the alleged spread for even those few days is demonstrably incorrect (with the true spread less than 30%). These grounds are set forth more fully in the accompanying Memorandum and in the Affidavits of Lisa Kiniklis, Jonathan Thessin, Maura Carey, and Matt Minczeski.

WHEREFORE, Biogen Idec moves that the Court enter an Order providing the relief identified in Biogen Idec's Proposed Protective Order filed herewith.

                Respectfully submitted,

                /s/ James C. Burling
                James C. Burling (BBO # 065960)
                Mary B. Strother (BBO # 631682)
                Jonathan J. Thessin (BBO # 663891)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, MA 02109
                (617) 526-6000

                *Attorneys for Biogen Idec Inc.*

Date:   December 20, 2007

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

    I, Jonathan J. Thessin, hereby certify that, on December 20, 2007, I caused a copy of Biogen Idec Inc.'s Motion for Protective Order to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

/s/ Jonathan J. Thessin  
Jonathan J. Thessin

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I, Jonathan J. Thessin, counsel for Defendant Biogen Idec Inc., hereby certify that on November 19, 2007, I conferred with Joanne Cicala, counsel for the plaintiffs, and attempted in good faith to resolve or narrow the issues presented herein.

/s/ Jonathan J. Thessin  
Jonathan J. Thessin

US1DOCS 6486949v3