UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | CIVIL ACTION NO. 01-CV-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jessica V. Barnett as one of the attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. All other counsel of record for AstraZeneca will continue to represent AstraZeneca in this matter.

Respectfully submitted,

 /s/ Jessica V. Barnett
Jessica V. Barnett (BBO# 650535)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
jbarnett@foleyhoag.com

Dated: December 21, 2007

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on December 21, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

 /s/ Jessica V. Barnett
Jessica V. Barnett

B3443980.1