UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION,

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MDL NO. 1456
Master File No.: 01-12257-PBS
Hon. Patti B. Saris

## MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY M. BROAS FOR DEFENDANT OTSUKA AMERICA PHARMACEUTICAL INC.

Undersigned counsel requests admission *pro hac vice* pursuant to Case Management Order ("CMO") No. 1, section V, paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted pro hac vice to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration in Support of the Application for Admission *Pro Hac Vice* of Timothy M. Broas.

Dated: December 21, 2007

Respectfully Submitted:

By: /s/ Timothy M. Broas
Timothy M. Broas, Esq.
Winston & Strawn LLP
1700 K Street N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Timothy M. Broas for Defendant Otsuka America Pharmaceutical, Inc. to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, entered by the Honorable Patti B. Saris in MDL 1456, by sending a copy to Verilaw Technologies for posting and notification of all parties.

/s/ Timothy M. Broas
Timothy M. Broas

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION,

MDL NO. 1456
Master File No.: 01‑12257‑PBS
Hon. Patti B. Saris

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### DECLARATION OF TIMOTHY M. BROAS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Timothy M. Broas, an attorney with the law firm Winston & Strawn LLP, 1700 K Street N.W., Washington, DC 20006, hereby declare:

1. I am a member in good standing of the New York and New Jersey State Bar and the District of Columbia Bar.

2. I have been admitted to practice in the United States District Court for the District of Columbia, United States District Court for the District of New Jersey, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, and the United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Ninth and D.C. Circuits.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing from the United States District Court for the District of Columbia of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2007

Timothy M. Broas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: 202.282.5000
Facsimile: 202.282.5100

**EXHIBIT B**

# United States District Court
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**TIMOTHY M. BROAS**

was, on the  2nd  day of  June  A.D.  1986  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  12th  day of  December  A.D. 2007.



**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
**Deputy Clerk**