UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

**APPLICATION FOR ADMISSION *PRO HAC VICE* OF
JODI TRULOVE ON BEHALF OF DEFENDANTS BAXTER
HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC.**

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is a Certificate in Support of Application for Admission Pro Hac Vice of Jodi Trulove as counsel for Baxter Healthcare Corporation and Baxter International Inc. in this action.

Dated:  December 26, 2007

Respectfully submitted,

/s/ Jodi Trulove
Jodi Trulove
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C.  20006
(202) 420-4200 (phone)
(202) 420-4201 (fax)

*Attorneys for Defendants Baxter Healthcare
Corporation and Baxter International Inc.*

DSMDB-2359122v01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 |
| ) | |
| THIS DOCUMENT RELATES TO:         ) ) | Master File No.: 01-12257-PBS Judge Patti B. Saris |
| ) | |
| ALL ACTIONS                                    ) ) | |

## CERTIFICATE IN SUPPORT OF APPLICATION
## FOR ADMISSION *PRO HAC VICE* OF JODI TRULOVE

I, Jodi Trulove, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am a partner at the law firm of Dickstein Shapiro LLP, attorneys for Baxter Healthcare Corporation and Baxter International Inc. in the above-captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Maryland and the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*/s/ Jodi Trulove*
Jodi Trulove

Dated: December 26, 2007

## CERTIFICATE OF SERVICE

I, Shamir Patel, hereby certify that on this 27 day of December, 2007, I caused a true and correct copy of the APPLICATION FOR ADMISSION *PRO HAC VICE* OF JODI TRULOVE ON BEHALF OF DEFENDANTS BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC. and CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JODI TRULOVE to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Shamir Patel