IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

### ORDER OF INJUNCTION FROM PURSUING OVERLAPPING CLAIMS AND DEFENDANTS IN *SWANSTON V. TAP PHARMACEUTICAL PRODUCTS, INC., ET AL.*

WHEREAS, *Swanston v. TAP Pharmaceutical Products, Inc., et al.* was originally filed in the Superior Court of the State of Arizona in and for the County of Maricopa, CV2002-004988 (Hon. Janet E. Barton) ("*Swanston*"), and was subsequently removed to the United States District Court for the District of Arizona;

WHEREAS, the Judicial Panel on Multidistrict Litigation transferred *Swanston* to this Court for consolidation with MDL No. 1456 ("MDL");

WHEREAS, *Swanston* was remanded to the Maricopa County Superior Court;

WHEREAS, this Court has been presiding over the MDL for six years and has made numerous rulings on class certification and the merits;

WHEREAS, lead counsel for the plaintiff in *Swanston*, Mr. Donald E. Haviland, has been an active participant in the MDL for the past several years and is well aware of the Court's rulings in the case;

WHEREAS, on September 11, 2007, this Court ruled that Mr. Haviland cannot pursue claims and defendants overlapping with the MDL in state court cases;

WHEREAS, notwithstanding prior representations to this Court, Mr. Haviland intends to pursue overlapping claims and defendants in *Swanston*;

WHEREAS, the prosecution of AWP-based claims in *Swanston* conflicts with this Court's jurisdiction and authority to manage and adjudicate the claims in the MDL; and

WHEREAS, under the Anti-Injunction Act and the All Writs Act, this Court has the authority to issue injunctions necessary in aid of its jurisdiction over the MDL;

THEREFORE, in order to maintain the orderly management and disposition of the MDL;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Robert J. Swanston, Donald E. Haviland, or any other putative class representative shall not further prosecute and shall dismiss all claims in *Swanston v. TAP Pharmaceutical Products, Inc., et al.*, Superior Court of the State of Arizona in and for the County of Maricopa, CV2002-004988, against the following defendants for the pendency of the MDL:

Abbott Laboratories; Amgen Inc.; Zeneca, Inc.; AstraZeneca Pharmaceuticals L.P.; AstraZeneca LP; Aventis Pharmaceuticals Inc.; Hoechst Marion Roussel, Inc.; ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.); Baxter International Inc.; Baxter Healthcare Corporation; Bayer Corporation; Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; Apothecon, Inc.; Dey, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Immunex Corporation; Johnson & Johnson; Centocor, Inc.; Ortho Biotech Products, L.P.; Pharmacia Corporation; G.D. Searle, Pharmacia & Upjohn LLC, f/k/a Pharmacia & Upjohn, Inc.; Monsanto Company; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.; Gensia, Inc.; and Gensia Sicor Pharmaceuticals, Inc.

IT IS SO ORDERED this _____ day of _____, 2008

_____
Patti B. Saris, U.S.D.J.

DSMDB-2370772