# MDL EXHIBIT 4

Larry J. Crown (#013133)
Jorge Franco, Jr. (#013834)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
(602) 234-7800

Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, L.L.C.**
740 South Third Street, Third Floor
Philadelphia, PA 19147
(215) 609-4661

Attorneys for Plaintiffs

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBERT J. SWANSTON, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TAP PHARMACEUTICAL PRODUCTS INC. et al.,<br><br>Defendants. | Case No.: CV 2002-004988<br><br>**JOINT STATUS REPORT**<br><br>(Assigned to the Hon. Janet E. Barton) |

Pursuant to the Court's July 30, 2007 Minute Entry, the parties hereby submit this Joint Status Report. The Court has scheduled a Status and Scheduling Conference for October 15, 2007. For the reasons set forth below, Plaintiff requests that the Court vacate the October 15 Conference and reset another conference as described below. Defendants do not oppose Plaintiff's request.

Plaintiff has named in this action a number of defendants who are also defendants in MDL 1456. Plaintiff intends to seek a stipulated dismissal of certain defendants who are also defendants in MDL 1456, and anticipates that it may take approximately 30 days to

negotiate, prepare and file the stipulated dismissal with this Court. Plaintiff believes that scheduling any pre-trial and trial dates in this matter should await resolution of the anticipated stipulated dismissal. Accordingly, Plaintiff requests that the Court vacate the October 15 Conference. Plaintiff further requests that the Court allow approximately 30 days for the parties to file the stipulated dismissal and that, approximately two weeks after the Court has addressed the anticipated stipulated dismissal (or at the Court's earliest convenience thereafter) the Court set another status conference with the remaining defendants. Defendants do not oppose Plaintiff's requests.

RESPECTFULLY SUBMITTED this 12th day of October, 2007

By s/Jorge Franco
   Larry J. Crown, Esq.
   Jorge Franco, Jr., Esq.
   JENNINGS, HAUG & CUNNINGHAM
   2800 North Central Avenue
   Suite 1800
   Phoenix, AZ 85004

Donald E. Haviland, Esq.
THE HAVILAND LAW FIRM
740 South Third Street
Third Floor
Philadelphia, PA 19143
Attorneys for Plaintiffs

By s/Dawn L. Dauphine
   Dawn L. Dauphine, Esq
   OSBORN MALEDON
   2929 North Central Avenue
   Suite 2100
   Phoenix, AZ 85012
   Liaison Counsel for Defendants

**CERTIFICATE OF MAILING**

I hereby certify that the foregoing **JOINT STATUS REPORT** was duly filed and served this date, October 12th, 2007, on all parties, via Lexis/Nexis.

s/K. Cecil
3778-0

3