# MDL EXHIBIT 5

**From:** Dauphine, Dawn
**Sent:** Tuesday, November 20, 2007 1:33 PM
**To:** Haviland@HavilandLaw.com; Larry Crown; Jorge Franco
**Subject:** Swanston

Don, Larry, and Jorge:
As you know, on October 12, the parties stipulated to vacate the status conference and indicated that they would be filing within about 30 days a proposed stipulation to dismiss certain defendants. We have prepared the attached proposed stipulation and order for dismissal of certain defendants. Please confirm that these are acceptable and that you will be filing them with the court.
Thank you.
Dawn Dauphine

Dawn L. Dauphine
ddauphine@omlaw.com
biography
(602) 640-9310 (direct)
(602) 640-6075 (fax)

2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012
www.omlaw.com



This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. In order to comply with requirements imposed by the IRS, we inform you that unless we have expressly stated otherwise in writing, if this e-mail message (or any attachment) contains advice concerning any federal tax matter or submission, it was not written or intended to be used, and it may not be used, for the purpose of avoiding federal tax penalties.

1  Larry J. Crown (#013133)
   Jorge Franco, Jr. (#013834)
2  **JENNINGS, HAUG & CUNNINGHAM, LLP**
   2800 North Central Avenue
3  Suite 1800
   Phoenix, AZ 85004
4  (602) 234-7800

5  Donald E. Haviland, Jr.
   **THE HAVILAND LAW FIRM, L.L.C.**
6  740 South Third Street, Third Floor
   Philadelphia, PA 19147
7  (215) 609-4661

8  Attorneys for Plaintiffs

9

10              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                   IN AND FOR THE COUNTY OF MARICOPA

12

13  ROBERT J. SWANSTON, individually and  )   CV2002-004988
    on behalf of himself and all others similarly )
14  situated,                              )
                                           )
15                  Plaintiff,             )
                                           )   **STIPULATION FOR DISMISSAL**
16  vs.                                    )   **OF CERTAIN DEFENDANTS**
                                           )   **WITHOUT PREJUDICE**
17  TAP PHARMACEUTICAL PRODUCTS,           )
    INC.; et al.,                          )
18                                         )   (Assigned to the Honorable Janet E.
                    Defendants.            )   Barton)

19       **WHEREAS** there exist overlapping claims and defendants in this case and in

20  *In re Pharmaceutical Industry Average Wholesale Price Litigation,* CA No. 01-

21  12257-PBS, MDL No. 1456 (D. Mass.) ("MDL NO. 1456"); and

22       **WHEREAS** to eliminate these overlapping claims and defendants, Plaintiff

23  Robert J. Swanston and the defendants below have agreed that Plaintiff will dismiss

24  without prejudice all claims against the overlapping defendants;

25       **THEREFORE** the parties agree as follows:

26

(1) the following defendants may be dismissed without prejudice: Abbott Laboratories; Amgen Inc.; Zeneca, Inc.; AstraZeneca Pharmaceuticals L.P.; AstraZeneca LP; Aventis Pharmaceuticals Inc.; Hoechst Marion Roussel, Inc.; ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.); Baxter International Inc.; Baxter Healthcare Corporation; Bayer Corporation; Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; Apothecon, Inc.; Dey, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Immunex Corporation; Johnson & Johnson; Centocor, Inc.; Ortho Biotech Products, L.P.; Pharmacia Corporation; Pharmacia & Upjohn LLC, f/k/a Pharmacia & Upjohn, Inc.; Monsanto Company; Schering-Plough Corporation; Warrick Pharmaceuticals Corporation; Sicor, Inc.; Gensia, Inc., and Gensia Sicor Pharmaceuticals, Inc.; and

(2) that subject to and specifically reserving all defenses, the parties agree that (a) defendants do not waive or release any defenses or arguments, including but not limited to, any statute of limitations and/or repose defenses, which could have been asserted prior to the effective date of the Order granting dismissal, and (b) any and all applicable statutes of limitations and/or repose are, from the effective date of the Order granting dismissal and for the pendency of MDL 1456, tolled and the reinstatement of any defendant to this action will not trigger a right of removal to federal court.

RESPECTFULLY SUBMITTED this ___ day of November, 2007.

**Counsel for Plaintiffs**

Larry J. Crown (#013133)
Jorge Franco, Jr. (#013834)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
(602) 234-7800

Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, L.L.C.**
740 South Third Street, Third Floor
Philadelphia, PA 19147
(215) 609-4661

By _____
      Donald E. Haviland, Jr.


**Counsel for Defendants AstraZeneca Pharmaceuticals LP; Zeneca, Inc.; and AstraZeneca LP:**

William J. Maledon
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

By  /s/Dawn L. Dauphine
      Dawn L. Dauphine


**Counsel for TAP Pharmaceutical Products Inc.**

Timothy J. Burke
Fennemore Craig PC
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913

- 3 -

1810815

|   |   |
|---|---|
| 1 | Joseph F. Savage, Jr. |
|   | Sharon Lahey |
| 2 | Goodwin Procter LLP |
|   | Exchange Place |
| 3 | 53 State Street |
|   | Boston, MA  02109 |
| 4 |   |
|   | By   /s/Timothy J. Burke |
| 5 |   |
| 6 | **Counsel for Abbott Laboratories:** |
| 7 | Randy Papetti |
|   | Lewis and Roca LLP |
| 8 | 40 North Central Avenue |
|   | Phoenix, Arizona  85004-4429 |
| 9 |   |
|   | Lee Ann Russo |
| 10 | Adam W. Wiers |
|   | Jones Day |
| 11 | 77 W. Wacker Drive |
|   | Chicago, IL 60601-1692 |
| 12 |   |
|   | By   /s/Lee Ann Russo |
| 13 |   |
| 14 | **Counsel for Pharmacia Corporation,** |
|   | **Pharmacia & Upjohn, Inc.,** |
| 15 | **Monsanto Company, and G.D. Searle** |
|   | **& Company:** |
| 16 |   |
|   | Barry D. Halpern |
| 17 | Stephanie V. Hackett |
|   | Joseph G. Adams |
| 18 | Snell & Wilmer L.L.P. |
|   | One Arizona Center |
| 19 | 400 East Van Buren |
|   | Phoenix, Arizona  85004-2202 |
| 20 |   |
|   | John C. Dodds |
| 21 | Morgan, Lewis & Bockius, LLP |
|   | 1701 Market Street |
| 22 | Philadelphia, Pennsylvania  19103-2921 |
|   | Scott A. Stempel, Esq. |
| 23 | J. Clayton Everett, Jr. |
|   | Morgan, Lewis & Bockius, LLP |
| 24 | 1111 Pennsylvania Avenue, NW |
|   | Washington, DC 20004 |
| 25 |   |
|   | By   /s/Joseph G. Adams |
| 26 |   |

- 4 -

1810815

| | |
|---|---|
| 1 | |
| 2 | **Counsel for Johnson & Johnson, Ethicon Endo-Surgery, Indigo Medical Inc., Alza Corporation, Centocor, Inc., and Ortho Biotech Products, L.P.:** |
| 3 | |
| 4 | Mary G. Pryor |
| | The Cavanagh Law Firm PA |
| 5 | 1850 North Central Avenue, Suite 2400 |
| | Phoenix, Arizona  85004-4527 |
| 6 | |
| 7 | William F. Cavanaugh, Jr. |
| | Andrew D. Schau |
| | Erik Haas |
| 8 | Patterson, Belknap, Webb & Tyler LLP |
| | 1133 Avenue of the Americas |
| 9 | New York, New York  10036 |
| 10 | By   /s/Andrew D. Schau |
| 11 | |
| | **Counsel for Bayer Corporation:** |
| 12 | |
| 13 | D. Samuel Coffman |
| | Mariscal, Weeks, McIntyre & Friedlander, P.A. |
| | 2901 N. Central Ave., Suite 200 |
| 14 | Phoenix, Arizona 85012 |
| 15 | Richard D. Raskin |
| | Michael P. Doss |
| 16 | Sidley Austin LLP |
| | Bank One Plaza |
| 17 | 10 South Dearborn Street, 48th Floor |
| | Chicago, Illinois  60603 |
| 18 | |
| | Kimberly A. Dunne |
| 19 | Lacie P. Frisbie |
| | Sidley Austin Brown & Wood LLP |
| 20 | 555 West Fifth Street, 40th Floor |
| | Los Angeles, California  90013 |
| 21 | |
| | By   /s/Richard D. Raskin |

- 5 -

1810815

**Counsel for Apothecon, Inc., Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.:**

George Brandon
Andrea Marconi
Squire, Sanders & Dempsey L.L.P.
40 N. Central Avenue, Ste 2700
Phoenix, Arizona  85004

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York  10022

By   /s/Lyndon M. Tretter

**Counsel for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.**

Kathleen H. McGuan
Andrew L. Hurst
Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C.  20005

Michael T. Scott
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania  19103-7301

Martin A. Aronson
William D. Cleaveland
Morrill & Aronson, P.L.C.
One E. Camelback Road, Suite 340
Phoenix, Arizona  85012-1648

By   /s/Andrew L. Hurst

1810815

**Counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corp.:**

John T. Montgomery
Brien T. O'Connor
Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, Massachusetts  02110-2624

Andrew F. Halaby
Adam A. Lang
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona  85004-2202

By  /s/John T. Montgomery


**Counsel for Dey, Inc.:**

Paul F. Doyle
Christopher C. Palermo
Philip Robben
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10178

Don Bivens
Paul L. Stoller
SNELL & WILMER, L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ  850004-2202

By  /s/Don Bivens


**Counsel for Aventis Pharmaceuticals Inc. and Hoechst Marion Roussel, Inc.:**

Paul Schleifman
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, N.W.
Washington, D.C.  20005-2004

Michael L. Koon
Nicola R. Heskett

- 7 -

1810815

Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

Pamela M. Overton
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

By   /s/Michael L. Koon

**Counsel for Baxter International
and Baxter Healthcare Corporation:**

Merle M. DeLancey
Tina Ducharme Reynolds
Dickstein Shapiro Morin & Oshinsky
2101 L Street, NW
Washington, DC 20037
Vincent J. Montell
Holloway, Odegard, Forrest & Kelly P.C.
3101 N. Central Ave., Suite 1200
Phoenix, Arizona 85012

By   /s/Merle M. DeLancey

**Counsel for Amgen Inc.:**

Joseph H. Young
Steven F. Barley
Jennifer A. Walker
Hogan & Hartson L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Andrew S. Gordon
James D. Jorgensen
Coppersmith Gordon Schermer,
  Owens & Nelson P.L.C.
2800 N. Central Avenue, Suite 1000
Phoenix, Arizona 85004-1007

By   /s/Joseph H. Young

**Sicor Inc. (f/k/a Sicor Pharmaceuticals, Inc.,
f/k/a Gensia Sicor Pharmaceuticals, Inc.):**

1810815

|   |   |
|---|---|
| 1 | Michael J. O'Connor |
| 2 | Jennings, Strouss & Salmon, PLC<br>201 E. Washington Street<br>Phoenix, Arizona 85004 |
| 3 | |
| 4 | Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>153 East 53rd Street |
| 5 | New York, New York 10022 |
| 6 | Jennifer G. Levy<br>Patrick M. Bryan |
| 7 | John K.D. Chrisham<br>Kirkland & Ellis LLP |
| 8 | 655 Fifteenth Street N.W.<br>Washington D.C. 20005 |
| 9 | |
| 10 | By  /s/Jay P. Lefkowitz |
| 11 | **Counsel for ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.):** |
| 12 | William D. Nussbaum<br>Jonathan T. Rees |
| 13 | Hogan & Hartson L.L.P.<br>555 13th Street, N.W., Suite 13-W |
| 14 | Washington, D.C. 20004 |
| 15 | Pamela M. Overton<br>Greenberg Traurig, LLP |
| 16 | 2375 East Camelback Road, Suite 700<br>Phoenix, Arizona 85016 |
| 17 | |
| 18 | By  /s/Jonathan T. Rees |
| 19 | **Counsel for Wyeth and Wyeth Pharmaceuticals:** |
| 20 | Jeffrey S. Leonard<br>Sacks Tierney P.A. |
| 21 | 4250 N. Drinkwater Blvd., 4th Floor<br>Scottsdale, Arizona 85251 |
| 22 | |
| 23 | S. Craig Holden<br>Kelly J. Davidson |
| 24 | Ober, Kaler Grimes & Shriver<br>A Professional Corporation |
| 25 | 120 East Baltimore Street<br>Baltimore, Maryland 21202 |
| 26 | By  /s/Kelly J. Davidson |

- 9 -

1810815

**Counsel for Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Bedford Laboratories, Roxane Laboratories, Inc.:**

John E. DeWulf
Darlene M. Wauro
Roshka Heyman & DeWulf, PLC
One Arizona Center
400 East Van Buren Street, Ste. 800
Phoenix, Arizona 85004


Maria Pellegrino Rivera, No. 018124
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601-3363

    By   /s/Maria Pellegrino Rivera


**Counsel for Immunex Corporation:**

David J. Burman
Kathleen M. O'Sullivan
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

Michael K. Kennedy
Gallagher & Kennedy, P.A.
2575 E. Camelback Road
Phoenix, Arizona 85016-9225

    By   /s/David J. Burman

1  Larry J. Crown (#013133)
   Jorge Franco, Jr. (#013834)
2  **JENNINGS, HAUG & CUNNINGHAM, LLP**
   2800 North Central Avenue
3  Suite 1800
   Phoenix, AZ 85004
4  (602) 234-7800

5  Donald E. Haviland, Jr.
   **THE HAVILAND LAW FIRM, L.L.C.**
6  740 South Third Street, Third Floor
   Philadelphia, PA 19147
7  (215) 609-4661

8  Attorneys for Plaintiffs

9

10            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                 IN AND FOR THE COUNTY OF MARICOPA

12

13  ROBERT J. SWANSTON, individually and      )  CV2002-004988
    on behalf of himself and all others similarly )
14  situated,                                   )
                                                )
15                Plaintiff,                     )
                                                )  **ORDER DISMISSING CERTAIN**
16  vs.                                         )  **DEFENDANTS WITHOUT**
                                                )  **PREJUDICE**
17  TAP PHARMACEUTICAL PRODUCTS,               )
    INC.; et al.,                               )
                                                )  (Assigned to the Honorable Janet E.
18                Defendants.                   )  Barton)

19       Pursuant to stipulation of the parties and for good cause appearing, **IT IS**

20  **HEREBY ORDERED** as follows:

21       (1)     the following defendants are dismissed without prejudice:

22               Abbott Laboratories; Amgen Inc.; Zeneca, Inc.; AstraZeneca

23               Pharmaceuticals L.P.; AstraZeneca LP; Aventis Pharmaceuticals

24               Inc.; Hoechst Marion Roussel, Inc.; ZLB Behring, L.L.C. (f/k/a

25               Aventis Behring L.L.C.); Baxter International Inc.; Baxter

26

| | |
|---|---|
| 1 | Healthcare Corporation; Bayer Corporation; Bristol-Myers |
| 2 | Squibb Co.; Oncology Therapeutics Network Corp.; Apothecon, |
| 3 | Inc.; Dey, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; |
| 4 | Immunex Corporation; Johnson & Johnson; Centocor, Inc.; |
| 5 | Ortho Biotech Products, L.P.; Pharmacia Corporation; Pharmacia |
| 6 | & Upjohn LLC, f/k/a Pharmacia & Upjohn, Inc.; Monsanto |
| 7 | Company; Schering-Plough Corporation; Warrick |
| 8 | Pharmaceuticals Corporation; Sicor, Inc.; Genisa, Inc., and |
| 9 | Gensia Sicor Pharmaceuticals, Inc.; and |

(2) that subject to and specifically reserving all defenses, the parties agree that (a) defendants do not waive or release any defenses or arguments, including but not limited to, any statute of limitations and/or repose defenses, which could have been asserted prior to the effective date of the Order granting dismissal, and (b) any and all applicable statutes of limitations and/or repose are, from the effective date of the Order granting dismissal and for the pendency of *In re Pharmaceutical Industry Average Wholesale Price Litigation,* CA No. 01-12257-PBS, MDL No. 1456 (D. Mass.) tolled and the reinstatement of any defendant to this action will not trigger a right of removal to federal court.

DATED this _____ day of _____, 2007

_____
The Honorable Janet E. Barton

- 2 -