# MDL EXHIBIT 6

**From:** Donald Haviland [mailto:haviland@havilandlaw.com]
**Sent:** Wednesday, December 05, 2007 2:52 PM
**To:** Dauphine, Dawn; 'Herold, Frederick'
**Cc:** Larry Crown
**Subject:** Stip pf Dismissal

Dawn and Fred,
I am sending this to both of you, since we have folded into a larger stip the one Fred provided us for his client.
We believe this will have to be done by Motion under Ariz Rule 41.
Fred, we will do 2 separate Orders, since the GSK Order is with prejudice
Pls let us know as soon as possible whether this Stip can be filed.


Donald E. Haviland, Jr., Esquire
The Haviland Law Firm, LLC
740 South Third Street, Third Floor
Philadelphia, Pennsylvania 19147
(215) 609-4661 ph
(215) 392-4400 fax
haviland@havilandlaw.com

1  Larry J. Crown, Esquire (#013133)
   Jorge Franco, Jr., Esquire (#013834)
2  **JENNINGS, HAUG & CUNNINGHAM, LLP**
   2800 North Central Avenue
3  Suite 1800
   Phoenix, AZ 85004
4  (602) 234-7800

5  Donald E. Haviland, Jr., Esquire
   **THE HAVILAND LAW FIRM, L.L.C.**
6  740 South Third Street, Third Floor
   Philadelphia, PA 19147
7  (215) 609-4661

8  Attorneys for Plaintiffs and Class

9

10           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                    IN AND FOR THE COUNTY OF MARICOPA

12

| | |
|---|---|
| ROBERT J. SWANSTON, individually and on behalf of himself and all others similarly situated, | CV2002-004988 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS** |
| TAP PHARMACEUTICAL PRODUCTS, INC.; et al., | |
| Defendants. | (Assigned to the Honorable Janet E. Barton) |

19    **WHEREAS** there exist certain overlapping claims and defendants in this case and in

20  *In re Pharmaceutical Industry Average Wholesale Price Litigation*, CA No. 01-12257-PBS,

21  MDL No. 1456 (D. Mass.) ("MDL 1456");

22    **WHEREAS** to eliminate these overlapping claims, Plaintiffs and the Defendants

23  below have agreed that Plaintiffs will dismiss without prejudice all overlapping claims to

24  avoid conflicting jurisdiction between this Court and the MDL 1456 Court; and

25    **WHEREAS**, the Plaintiffs agree that Plaintiffs claims' were resolved in connection

26  with a settlement of class claims entered into by Defendants SmithKline Beecham

1  Corporation d/b/a GlaxoSmithKline (hereinafter "GSK"), GlaxoSmithKline, plc, and Glaxo
2  Wellcome, Inc., (hereinafter referred to collectively as the "GSK Defendants") in MDL 1456.
3  As a result, Plaintiffs agree to dismiss, with prejudice, their claims against the GSK
4  Defendants;
5      **WHEREAS**, Plaintiffs have decided to dismiss voluntarily their claims against the
6  following Defendants: Ethicon Endo-Surgery, Indigo Medical Inc., Christopher Coleman,
7  Michael T. Gendelman, Eddy James Hack, Scott Hidalgo, and David Jett.
8      **THEREFORE** the parties agree as follows:
9      (1)     the following defendants are Defendants in this case and MDL 1456:
10 Abbott Laboratories; Amgen Inc.; Zeneca, Inc.; AstraZeneca
11 Pharmaceuticals L.P.; Aventis Pharmaceuticals Inc.; Hoechst Marion
12 Roussel, Inc.; ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.);
13 Baxter International Inc.; Baxter Healthcare Corporation; Bayer
14 Corporation; Bristol-Myers Squibb Co.; Oncology Therapeutics
15 Network Corp.; Apothecon, Inc.; Dey, Inc.; Fujisawa Healthcare, Inc.;
16 Fujisawa USA, Inc.; GSK Defendants; Immunex Corporation; Johnson
17 & Johnson; Centocor, Inc.; Ortho Biotech Products, L.P.; Pharmacia
18 Corporation; Pharmacia & Upjohn LLC, f/k/a Pharmacia & Upjohn,
19 Inc.; Monsanto Company; Schering-Plough Corporation; Warrick
20 Pharmaceuticals Corporation; Sicor, Inc.; Gensia, Inc., and Gensia
21 Sicor Pharmaceuticals, Inc.;
22     (2)     to the extent Plaintiffs' claims in this case for alleged unlawful
23 conduct relating to the marketing and sales of drugs overlap with the
24 pending claims being asserted in MDL 1456 as to those same drugs,
25 the undersigned parties agree, pursuant to Rule 41(a) of the Arizona
26

|     |     |                                                                                  |
| --- | --- | -------------------------------------------------------------------------------- |
| 1   |     | Rules of Civil Procedure, that such claims should be dismissed without           |
| 2   |     | prejudice;                                                                        |
| 3   | (3) | in view of the above-described settlement, the parties agree that the            |
| 4   |     | Plaintiffs' claims against the GSK Defendants should be dismissed                 |
| 5   |     | with prejudice;                                                                  |
| 6   | (4) | the parties agree to the dismissal without prejudice of Plaintiffs' claims       |
| 7   |     | against the following Defendants (who are not Defendants in MDL                  |
| 8   |     | 1456): Ethicon Endo-Surgery, Indigo Medical Inc., Christopher                    |
| 9   |     | Coleman, Michael T. Gendelman, Eddy James Hack, Scott Hidalgo,                   |
| 10  |     | and David Jett.; and                                                             |
| 11  | (5) | subject to and specifically reserving all defenses, the parties agree that       |
| 12  |     | (a) defendants do not waive or release any defenses or arguments,                |
| 13  |     | including but not limited to, any statute of limitations and/or repose           |
| 14  |     | defenses, which could have been asserted prior to the effective date of          |
| 15  |     | the Order granting dismissal, and (b) any and all applicable statutes of         |
| 16  |     | limitations and/or repose are, from the effective date of the Order              |
| 17  |     | granting dismissal and for the pendency of MDL 1456, tolled and the              |
| 18  |     | reinstatement of any Defendant to this action will not trigger a right of        |
| 19  |     | removal to federal court.                                                        |

RESPECTFULLY SUBMITTED this ___ day of December, 2007.

**Counsel for Plaintiffs and the Class**

Larry J. Crown (#013133)
Jorge Franco, Jr. (#013834)
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
(602) 234-7800

Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, L.L.C.**
740 South Third Street, Third Floor
Philadelphia, PA 19147
(215) 609-4661

By    /s/ Donald E. Haviland, Jr.
           Donald E. Haviland, Jr.


**Counsel for Defendants AstraZeneca Pharmaceuticals LP; Zeneca, Inc.; and AstraZeneca LP:**

William J. Maledon
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

By   /s/Dawn L. Dauphine
           Dawn L. Dauphine


**Counsel for TAP Pharmaceutical Products Inc.**

Timothy J. Burke
Fennemore Craig PC
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913

1810815

Joseph F. Savage, Jr.
Sharon Lahey
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

By  /s/Timothy J. Burke

**Counsel for Abbott Laboratories:**

Randy Papetti
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona  85004-4429

Lee Ann Russo
Adam W. Wiers
Jones Day
77 W. Wacker Drive
Chicago, IL 60601-1692

By  /s/Lee Ann Russo

**Counsel for Pharmacia Corporation,
Pharmacia & Upjohn, Inc.,
Monsanto Company, and G.D. Searle
& Company:**

Barry D. Halpern
Stephanie V. Hackett
Joseph G. Adams
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona  85004-2202

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Scott A. Stempel, Esq.
J. Clayton Everett, Jr.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

By  /s/Joseph G. Adams

1810815

**Counsel for Johnson & Johnson, Ethicon Endo-Surgery, Indigo Medical Inc., Alza Corporation, Centocor, Inc., and Ortho Biotech Products, L.P.:**

Mary G. Pryor
The Cavanagh Law Firm PA
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004-4527

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

By  /s/Andrew D. Schau

**Counsel for Bayer Corporation:**

D. Samuel Coffman
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 N. Central Ave., Suite 200
Phoenix, Arizona 85012

Richard D. Raskin
Michael P. Doss
Sidley Austin LLP
Bank One Plaza
10 South Dearborn Street, 48th Floor
Chicago, Illinois 60603

Kimberly A. Dunne
Lacie P. Frisbie
Sidley Austin Brown & Wood LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013

By  /s/Richard D. Raskin

1810815

```
 1    Counsel for Apothecon, Inc., Bristol-Myers Squibb Co.
      and Oncology Therapeutics Network Corp.:
 2
      George Brandon
 3    Andrea Marconi
      Squire, Sanders & Dempsey L.L.P.
 4    40 N. Central Avenue, Ste 2700
      Phoenix, Arizona  85004
 5
      Steven M. Edwards
 6    Lyndon M. Tretter
      Hogan & Hartson L.L.P.
 7    875 Third Avenue
      New York, New York  10022
 8
              By   /s/Lyndon M. Tretter
 9

10    Counsel for Fujisawa Healthcare, Inc.
      and Fujisawa USA, Inc.
11
      Kathleen H. McGuan
12    Andrew L. Hurst
      Reed Smith LLP
13    1301 K Street NW
      Suite 1100 - East Tower
14    Washington, D.C.  20005

15    Michael T. Scott
      Reed Smith LLP
16    2500 One Liberty Place
      1650 Market Street
17    Philadelphia, Pennsylvania  19103-7301

18    Martin A. Aronson
      William D. Cleaveland
19    Morrill & Aronson, P.L.C.
      One E. Camelback Road, Suite 340
20    Phoenix, Arizona  85012-1648

21            By   /s/Andrew L. Hurst

22

23

24

25

26
```

1810815

**Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and Glaxo Wellcome, Inc.:**

Robert W. Shely
Rodney W. Ott
Kira D. Lodge
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406

Mark H. Lynch
Ethan M. Posner
Ronald G. Dove, Jr.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20044-7566

Geoffrey E. Hobart
Mark D. Seltzer
Holland & Knight
10 St. James Avenue
Boston, Massachusetts 02116-3813

Frederick G. Herold
Dechert LLP
975 Page Mill Road
Palo Alto, California 94304-1013

By  /s/Robert W. Shely

**Counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corp.:**

John T. Montgomery
Brien T. O'Connor
Eric P. Christofferson
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624

Andrew F. Halaby
Adam A. Lang
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202

By  /s/John T. Montgomery

- 8 -

1810815

**Counsel for Dey, Inc.:**

Paul F. Doyle
Christopher C. Palermo
Philip Robben
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Don Bivens
Paul L. Stoller
SNELL & WILMER, L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 850004-2202

By  /s/Don Bivens

**Counsel for Aventis Pharmaceuticals Inc. and Hoechst Marion Roussel, Inc.:**

Paul Schleifman
Shook, Hardy & Bacon LLP
Hamilton Square, Suite 800
600 14th Street, N.W.
Washington, D.C. 20005-2004

Michael L. Koon
Nicola R. Heskett
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

Pamela M. Overton
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

By  /s/Michael L. Koon

- 9 -

1810815

**Counsel for Baxter International
and Baxter Healthcare Corporation:**

Merle M. DeLancey
Tina Ducharme Reynolds
Dickstein Shapiro Morin & Oshinsky
2101 L Street, NW
Washington, DC 20037

Vincent J. Montell
Holloway, Odegard, Forrest & Kelly P.C.
3101 N. Central Ave., Suite 1200
Phoenix, Arizona 85012

By  /s/Merle M. DeLancey

**Counsel for Amgen Inc.:**

Joseph H. Young
Steven F. Barley
Jennifer A. Walker
Hogan & Hartson L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Andrew S. Gordon
James D. Jorgensen
Coppersmith Gordon Schermer,
  Owens & Nelson P.L.C.
2800 N. Central Avenue, Suite 1000
Phoenix, Arizona 85004-1007

By  /s/Joseph H. Young

**Sicor Inc. (f/k/a Sicor Pharmaceuticals, Inc.,
f/k/a Gensia Sicor Pharmaceuticals, Inc.):**

Michael J. O'Connor
Jennings, Strouss & Salmon, PLC
201 E. Washington Street
Phoenix, Arizona 85004

Jay P. Lefkowitz
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022

1810815

Jennifer G. Levy
Patrick M. Bryan
John K.D. Chrisham
Kirkland & Ellis LLP
655 Fifteenth Street N.W.
Washington D.C. 20005

By   /s/Jay P. Lefkowitz

**Counsel for ZLB Behring, L.L.C. (f/k/a Aventis Behring L.L.C.):**

William D. Nussbaum
Jonathan T. Rees
Hogan & Hartson L.L.P.
555 13th Street, N.W., Suite 13-W
Washington, D.C. 20004

Pamela M. Overton
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

By   /s/Jonathan T. Rees

**Counsel for Wyeth and Wyeth Pharmaceuticals:**

Jeffrey S. Leonard
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, Arizona 85251

S. Craig Holden
Kelly J. Davidson
Ober, Kaler Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202

By   /s/Kelly J. Davidson

1810815

**Counsel for Boehringer Ingelheim Corporation,
Ben Venue Laboratories, Inc., Bedford Laboratories,
Roxane Laboratories, Inc.:**

John E. DeWulf
Darlene M. Wauro
Roshka Heyman & DeWulf, PLC
One Arizona Center
400 East Van Buren Street, Ste. 800
Phoenix, Arizona  85004


Maria Pellegrino Rivera, No. 018124
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois  60601-3363

   By   /s/Maria Pellegrino Rivera


**Counsel for Immunex Corporation:**

David J. Burman
Kathleen M. O'Sullivan
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

Michael K. Kennedy
Gallagher & Kennedy, P.A.
2575 E. Camelback Road
Phoenix, Arizona  85016-9225

   By   /s/David J. Burman

**Counsel for Christopher Coleman:**

Curtis C. Coleman, III
Curtis C. Coleman, III, P.A.
916 South Evans Street
P.O. Box 588
Greenville, North Carolina 27835-0588

   By   /s/Curtis C. Coleman, III

**Counsel for Michael T. Gendelman:**

John E. Riley
Vaira & Riley, P.C.
1600 Market Street, Suite 2650
Philadelphia, Pennsylvania 19103

1810815

Dennis L. Hall
Christian C. Beans
Beshears Wallwork Bellamy
2700 N. Central Ave., 12th Floor
Phoenix, Arizona 85004-1169

By  /s/John E. Riley

**Counsel for Eddy James Hack:**

Charles M. Greene
111 North Orange Avenue
Orlando, Florida 32801

By  /s/Charles M. Greene


**Counsel for Scott Hidalgo:**

Chandler R. Mueller
Law Offices of Chandler R. Mueller, P.A.
1150 Louisiana Avenue, Suite 2
P.O. Box 2128
Winter Park, Florida 32789

By  /s/Chandler R. Mueller

**Counsel for David Jett:**

Robert M. Casale
250 West Main Street
Branford, Connecticut 06405

By  /s/Robert M. Casale