**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | ) ) Hon. Patti B. Saris ) ) ) |

**NOTICE OF CROSS-APPEAL**

NOTICE IS HEREBY GIVEN that Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products L.P., the prevailing defendants in the above-captioned action, hereby cross-appeal as a result of the appeal noticed on December 19, 2007 by appellants Larry Young and Therese Shepley, allegedly as "named representative plaintiffs in the above class action," to the United States Court of Appeals for the First Circuit from the judgment entered against Class 1 on November 20, 2007, pursuant to Fed.R.Civ.P. 54(b), and from any and all orders antecedent and ancillary thereto, including, but not limited to, any and all interlocutory decrees, rulings, or opinions that merged into and became part of the judgment, that shaped the judgment, or upon which the judgment is based.

Cross-appellants specifically preserve their right to contest the propriety and validity of the appeal noticed by Larry Young and Therese Shepley.

| | |
|---|---|
| Dated: January 2, 2008 | /s/ William F. Cavanaugh, Jr. |
| | William F. Cavanaugh, Jr. |
| | Andrew D. Schau |
| | Erik Haas |
| | Adeel A. Mangi |
| | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| | 1133 Avenue of the Americas |
| | New York, New York  10036-6710 |
| | (212) 336-2000 |
| | |
| | Attorneys for the Johnson & Johnson Defendants |

1423574v.1

## **CERTIFICATE OF SERVICE**

        I certify that on January 2, 2008 I caused a true and correct copy for the foregoing Notice of Cross Appeal to be served on all counsel of record by electronic service pursuant to Case Management Order 2.

        /s/ Andrew D. Schau
        Andrew D. Schau

1423574v.1