UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *The City of New York v. Abbott Labs., et al.* S.D.N.Y. Case No. 04-CV-06054 *County of Albany v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0425 *County of Allegany v. Abbott Labs., et al.* W.D.N.Y. Case No. 05-CV-0236 *County of Broome v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-00456 *County of Cattaraugus v. Abbott Labs., et al.* W.D.N.Y. Case No. 05-CV-0256 *County of Cayuga v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0423 *County of Chautauqua v. Abbott Labs., et al.* W.D.N.Y. Case No. 05-CV-0214 *County of Chemung v. Abbott Labs., et al.* W.D.N.Y. Case No. 05-CV-0214 *County of Chenango v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0354 *County of Columbia v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0867 *County of Cortland v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0881 *County of Dutchess v. Abbott Labs., et al.* S.D.N.Y. Case No. 05-CV-6458 *County of Essex v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0878 *County of Fulton v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0519 *County of Genesee v. Abbott Labs., et al.* W.D.N.Y. Case No. 05-CV-00267 *County of Greene v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0474 *County of Herkimer v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-00415 *County of Jefferson v. Abbott Labs., et al.* N.D.N.Y. Case No. 05-CV-0715 | ) ) ) ) ) ) ) ) ) **NOTICE OF VOLUNTARY** ) **DISMISSAL OF TEVA** ) **PHARMACEUTICAL** ) **INDUSTRIES INC., LTD** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

*County of Lewis v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0839 )
*County of Madison v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0714 )
*County of Monroe v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6148 )
*County of Nassau v. Abbott Labs., et al.* )
E.D.N.Y. Case No. 05-CV-05126 )
*County of Niagara v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6296 )
*County of Oneida v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0489 )
*County of Onondaga v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0088 )
*County of Ontario v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6373 )
*County of Orleans v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6371 )
*County of Putnam v. Abbott Labs., et al.* )
S.D.N.Y. Case No. 05-CV-4748 )
*County of Rensselaer v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0422 )
*County of Rockland v. Abbott Labs., et al.* )
S.D.N.Y. Case No. 03-CV-7055 )
*County of Schuyler v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6387 )
*County of Seneca v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6370 )
*County of St. Lawrence v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0479 )
*County of Saratoga v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0478 )
*County of Steuben v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6223 )
*County of Suffolk v. Abbott Labs., et al.* )
E.D.N.Y. Case No. 01-CV-12257 )
*County of Tompkins v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0397 )
*County of Ulster v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0123 )
*County of Warrren v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0468 )
*County of Washington v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0408 )
*County of Wayne v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6138 )

*County of Westchester v. Abbott Labs., et al.*  )
S.D.N.Y. Case No. 03-CV-6178  )
*County of Wyoming v. Abbott Labs., et al.*  )
W.D.N.Y. Case No. 05-CV-6379  )
*County of Yates v. Abbott Labs., et al.*  )
W.D.N.Y. Case No. 05-CV-06172  )
　　　　　　　　　　　　　　　　　　)

## NOTICE OF VOLUNTARY DISMISSAL OF
## TEVA PHARMACEUTICAL INDUSTRIES INC., LTD

Please take notice that Plaintiffs in the above-captioned matter hereby dismiss all claims against Teva Pharmaceutical Industries, Ltd., without prejudice, pursuant to Fed. R. Civ Proc. 41(a)(1).

Teva Pharmaceutical Industries, Ltd. Has not served an answer or motion for summary judgment in the above-captioned case and, therefore, Plaintiffs' claims will be dismissed without order of this Court upon the filing of this notice of dismissal.

DATED: January 3, 2008

By: _____
Joanne M. Cicala, Esq.
James P. Carroll Jr., Esq.
Aaron D. Hovan, Esq.
**KIRBY McINERNEY LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

*On behalf of the Captioned Counties, other than County of Nassau*

By: _____/s/_____
Ross B. Brooks, Esq.
**MILBERG WEISS LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Special Counsel for the County of Nassau*

Page 3 of 3

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 3rd day of January, 2008 he caused a true and correct copy of the Plaintiffs' Notice of Voluntary Dismissal of Teva Pharmaceutical Industries, Ltd. to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456. The response was posted to Lexis Nexis File and Serve's Electronic Service System.

/s/James P. Carroll, Jr.
James P. Carroll, Jr., Esq.
Kirby McInerney & Squire
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600