## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO PROPOSED NATIONWIDE CLASSES 2 AND 3 AS TO ASTRAZENECA AND BMS | ) ) ) ) ) ) Civil Action No. 01-CV-12257 PBS Hon. Patti B. Saris |

### DEFENDANT BMS's BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO SET A DATE FOR THE TRIAL OF CLASS 2 AND 3 CLAIMS

Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively, "BMS") respectfully submit this brief in opposition to Plaintiffs' Motion to Set A Date For The Trial Of The Class 2 and Class 3 Claims Against Defendants AstraZeneca ("AZ") and BMS.

<u>Argument</u>

Plaintiffs ask this Court to schedule a joint jury trial of purported nationwide Classes 2 and 3 against both AZ and BMS for September 15, 2008.   A joint trial would be highly prejudicial to BMS and AZ given the very different facts relating to their drugs and BMS respectfully requests, if the Court is inclined to consider such a trial, that it be granted a separate opportunity to brief that specific issue.  At this juncture, BMS provides three reasons why plaintiffs' motion to set <u>any</u> trial date against it is premature.

First, BMS has appealed to the First Circuit this Court's judgment against BMS (and all preceding decisions, findings, conclusions and orders) in favor of the Massachusetts-only Class 2 and Class 3 members.   Obviously, the decision on that appeal – which is likely to be handed down in 2008 – could have profound implications for the trial of any Class 2 or 3 members in others states.   It simply makes no sense to schedule a long and complex jury trial

before receiving meaningful guidance from the First Circuit on issues that may moot or influence that trial.

Second, no nationwide Class 2 or 3 has been certified, let alone notified.   Oral argument for the motion is scheduled for March 18, 2008.  Even if the Court were to certify a nationwide Class 2 and/or 3 (which it should not for the reasons stated in BMS's separate memorandum of law submitted simultaneously herewith), the Court should allow for time for BMS to appeal that ruling to the First Circuit under Fed. R. Civ. P. 23(f) prior to conducting any trial.  Moreover, any nationwide class would require an extraordinary notice period that allowed for the identification of and mailing to thousands of TPPs and consumers across the country.  Plaintiffs themselves previously informed the Court that "there is no one depository that can be utilized to identify all consumer members of Class 3."  (Class Plaintiffs' Response to the Court's Request Concerning the Feasibility of Notice to Consumers in Class 3 Prior to the November 6, 2006 Trial at  p. 3).  Plaintiffs' instant motion for the setting of a trial date simply glosses over these issues and is not realistic.

Third, BMS is also a "Track 1" defendant in the State of Alabama's "AWP" case against the drug manufacturing industry and may be facing a trial in Montgomery, Alabama in August 2008.  It would be unfair and prejudicial to BMS to schedule a trial in this case for September 2008.

<u>Conclusion</u>

For all of the above reasons, Plaintiffs' motion to set a trial date for their proposed "nationwide" Class 2 and 3 claims against BMS should be denied.

Dated: Boston, Massachusetts

January  4, 2008

Respectfully submitted,

**DWYER & COLLORA, LLP**
By:  <u>/s/ Thomas E. Dwyer (BBO#139660)</u>
   Thomas E. Dwyer (BBO# 139660)
   Jennifer M. Ryan (BBO#661498)
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com


**HOGAN & HARTSON LLP**

Steven M. Edwards, Esq. (SE 2773)
Lyndon M. Tretter (LT 4031)
Thomas J. Sweeney (TS 6557)
875 Third Avenue
New York, NY  10022
Tel:  (212) 918-3640
Fax:  (212) 918-3100

*Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea W. Trento, hereby certify that on January 4, 2008, I have caused a true and correct copy of the foregoing Defendant BMS's Brief in Opposition to Plaintiffs' Motion to Set a Date for the Trial of Class 2 and 3 Claims to be served on all counsel of record by electronic service, pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.


Date:   New York, New York
        January 4, 2008


                                    /s/ Andrea W. Trento
                                    Andrea W. Trento