UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Patti B. Saris |

## NOTICE OF CORPORATE NAME CHANGE

Mylan Laboratories Inc., a defendant in certain actions consolidated in this Multidistrict Litigation, hereby notifies the Court and all parties that its corporate name has changed to Mylan Inc ("Mylan"). Mylan respectfully requests that all future pleadings reflect this name change.

Dated: January 4, 2008

By attorneys,

/s/ Christopher C. Palermo
William A. Escobar (*pro hac vice*) (NY Bar # 1820620)
Neil Merkl (*pro hac vice*) (NY Bar # 1929058)
Christopher C. Palermo (*pro hac vice*) (NY Bar # 2197614)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Gary R. Greenberg (BBO # 209420)
Louis J. Scerra, Jr. (BBO # 543600)
James M. Vant (BBO # 653616)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

*Attorneys for Mylan Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January, 2008, true and correct copies of the foregoing Notice of Corporate Name Change were served upon all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                    /s/Christopher C. Palermo