UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
| | ) |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) |

MDL No. 1456
Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

Magistrate Judge Marianne B. Bowler

## UNITED STATES' MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS

The United States of America, through its undersigned counsel, respectfully submits this Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents. Through discovery in this matter, the United States has been attempting for over a year (since November 17, 2006) to obtain the working and personnel files of Abbott's Alternate Site sales force. On May 16, 2007, Magistrate Bowler ordered Abbott to produce Alternate Site sales force documents. Despite the Court's Order, Abbott has yet to complete its production. Further, on November 20, 2007, the United States identified 39 members of Abbott's Alternate Site sales force which it sought to depose. To date,

Abbott has failed to provide a single date for 37 of the 39 requested depositions,[1] nor has it moved for protection from those depositions, as required by Case Management Order 29.

This discovery is relevant or reasonably calculated to lead to the discovery of admissible evidence, and is not unduly burdensome for Abbott to produce. Given the relevance of this discovery, Abbott's delay in responding to the properly issued discovery requests, and the short time left in the discovery period,[2] the United States files this motion to enlist the Court's assistance in requiring Abbott to comply with its discovery obligations. Further support for this motion is contained in the accompanying memorandum.

---

[1] At 4:28 p.m. on Friday, January 4th, Abbott counsel, for the first time, provided one potential date each for just 2 of the 39 sales force depositions requested by the United States. It is unlikely, however, that these two depositions can go forward on the dates provided because Abbott has yet to produce the working files for these or other members of the sales force. Rather than being a true effort aimed at scheduling these depositions, Abbott's January 4th response appears to be another stalling tactic, designed to delay the filing of this motion and resolution of these matters.

[2] *See* December 18, 2007 Electronic Order, stating that all fact discovery must be completed by March 31, 2008.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley
U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3272
Fax:  (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF
FLORIDA

_____
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Attorneys for the Attorney
General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 536-4101

For the relator, Ven-A-Care of the
Florida Keys, Inc.,

_____
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL  33027
Phone:  (954) 874-1635
Fax: (954) 874-1705

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY
GENERAL

 /s/ Rebecca A. Ford
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 514-1511
Fax:  (202) 307-3852

3

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she has conferred with counsel for Defendant Abbott Laboratories, Inc. on the issues raised in this motion and the parties have been unable to reach agreement.

Dated:  January 7, 2008

/s/ Rebecca A. Ford
Rebecca A. Ford

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  January 7, 2008

/s/ Rebecca A. Ford
Rebecca A. Ford