UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) |
| | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) |
| | Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Abbott shall produce all of its (1) Alternate Site sales force personnel files, and (2) Alternate Site sales force working files within five business days from the entry of this Order;

IT IS FURTHER ORDERED that Abbott shall provide dates for the depositions of members of its Alternate Site sales force that have been requested by the United States. Abbott shall provide such dates on a rolling basis beginning no later than five business days from the entry of this Order and concluding no later than January 31, 2008, or as otherwise agreed to by the United States;

IT IS FURTHER ORDERED that Abbott shall work in good faith with counsel for the United States to schedule depositions on mutually agreeable dates before March 31, 2008;

IT IS FURTHER ORDERED that the United States may take the depositions of additional sales representatives whose names were disclosed by Abbott for the first time on December 19, 2007, or for whom Abbott produced documents following the Court's December 18, 2007 Order.

This _____ day of _____, 2008.


_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE