UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT G

# Ford, Rebecca (CIV)

**From:** Ford, Rebecca (CIV)
**Sent:** Wednesday, November 07, 2007 11:02 AM
**To:** Jason G. Winchester
**Cc:** Carol Geisler; Jim Breen
**Subject:** FW: 11/2/07 Correspondence

**Attachments:** 11.2.07 Ltr to JW re ASPS Personnel Files.pdf



11.2.07 Ltr to JW
re ASPS Pers...

Jason,

Further to our discussion yesterday afternoon, please advise us of the status of the Alternate Site field sales force personnel files. As discussed more fully in the attached letter to you dated November 2, 2007, your letter of October 11, 2007 stated that "We expect to complete our production of personnel files by October 31, 2007."

To our knowledge, Abbott has not made a production of Alternate Site sales force personnel files since the production that accompanied your October 11th letter. If Abbott has made a production that we are unaware of, please advise us of the date and the recipient of any such production. Alternatively, please advise us if it is now Abbott's position that the productions made on August 16th and October 11th (list of files listed on Exhibit 1 to our November 2nd letter - attached): (a) completes Abbott's production of this category of documents; and (b) that the personnel files related to all of Abbott's Alternate Site field sales force from 1991 - 2003 have been produced to the United States. Additionally, we request that all documents responsive to the United State's discovery requests that are located in these sales representatives' files be produced to us no later than November 23, 2007.

Finally, your letter of October 11th also references other categories of documents to be produced to the United States by October 31st (e.g., the remaining Home Infusion Documents (to our knowledge we have yet to receive home infusion documents since your initial production on October 19, 2007), a chart of the Bates ranges of the Alternate Site 20% customers previously produced by Abbott, and an updated privilege log (which you stated "Abbott [would] endeavor to provide . . . by October 26, 2007")).

Thank you for your assistance.

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov


-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Friday, November 02, 2007 1:50 PM
To: Jason G. Winchester; Carol Geisler
Cc: 'James Breen'
Subject: 11/2/07 Correspondence

1

Please see the attached letter.