UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* ) ) ) )<br>CIVIL ACTION NO. 06–CV-11337-PBS ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT J

# Ford, Rebecca (CIV)

**From:** Jason G. Winchester [jgwinchester@JonesDay.com]
**Sent:** Monday, December 03, 2007 5:09 PM
**To:** Ford, Rebecca (CIV)
**Subject:** Field Sales Depositions


Becky -

We are doing our best to track down the 39 field sales personnel that DOJ recently noticed for deposition, none of whom still works for Abbott. As you can imagine, the witnesses are scattered across the country, and their depositions will present some logistical difficulties. I do not know how many of these depositions, if any, that we will be able to schedule in December, given the anticipated holiday plans for all involved. We will do our best to group together the depositions for those persons who happen to be in or near the same town. If you think realistically that some of these are only half-day deps, we would be willing to try and schedule two in a day if it is feasible. JGW


Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.269.4373 (direct)
312.782.3939 (main)
312.782.8585 (fax)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

1