UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT M

## Ford, Rebecca (CIV)

| | |
|---|---|
| **From:** | Ford, Rebecca (CIV) |
| **Sent:** | Tuesday, December 18, 2007 12:48 PM |
| **To:** | Jason G. Winchester |
| **Cc:** | Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); 'jbreen@breenlaw.com'; 'Alison Simon' |
| **Subject:** | RE: Depositions requested by the U.S. |
| **Importance:** | High |

Jason,

We are still awaiting a response from you regarding dates for depositions of the 39 sales reps, as well as dates to resume the depositions of Leone, Baker, Abbott's 30(b)(6) on document production (Klaus), Kreklow and Tobiason.

While we have been awaiting dates for each of these depositions for a month, and would like to arrange dates for all these depositions, we ask that you prioritize providing us a date for resuming the deposition of Abbott's designee on its document preservation and collection in this matter.

In addition to dates for depositions, we are also awaiting the other information contained in my December 3rd and 6th e-mails and prior messages and letters to you related to Abbott's Alternate Site sales force, including: notification of whether any of the sales reps for whom we have requested depositions are represented by separate counsel, the attorney with whom we should coordinate the deposition (Jones Day or otherwise), the witnesses location, and whether all responsive documents from the sales reps' working files (e.g., call notes, monthly reports, significant events reports) have been produced to the United States. With respect to the sales reps, we are also still awaiting confirmation that Abbott has produced the files from each member of the ASPS field sales force from 1991 to 2003.

As you know, the time contemplated by the CMO for Abbott to provide dates for these depositions has long passed. This delay has rendered the taking of any of these depositions in December - as we had planned -- highly unlikely. If the Court grants the parties' request for an extension of the discovery deadline, we plan to take many of these depositions in January. To do so, we need to begin consulting with you on dates now.

Please get back to us by COB on Friday, 12/21/07 to let us know the status of providing dates for these depositions, as well as the long-ago requested information regarding the sales representatives.

Sincerely,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC   20004
P:   (202) 514-1511
rebecca.ford@usdoj.gov


-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Thursday, December 06, 2007 6:22 PM
To: Jason G. Winchester

1

Cc: Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); 'Jbreen@breenlaw.com'; 'Alison Simon'; Strawn, Elizabeth (CIV)
Subject: Depositions requested by the U.S.
Importance: High

Jason,

Please let me know where we stand on the sales representative depositions. As Ann mentioned earlier this afternoon with respect to the Leone, Baker and Harling depositions (day 2), while we are willing to consider dates in January should the Court grant our enlargement request, we need dates in December before the discovery cut off for the sales reps and other witnesses whose depositions we have requested.

In addition to dates for depositions of the 39 sales reps, we are also awaiting the other information contained in my December 3, 2007 e-mail and prior messages and letters to you on this subject, including: notification of whether any of these individuals are represented by separate counsel, the attorney with whom we should coordinate the deposition (Jones Day or otherwise), the witnesses location, and whether all responsive documents from the sales reps' working files (e.g., call notes, monthly reports, significant events reports) have been produced to the United States. With respect to the sales representatives, we are also still awaiting confirmation that Abbott has produced the files from each member of the ASPS field sales force from 1991 to 2003.

Further, we are awaiting dates to resume the depositions of Ellen Klaus (30(b)(6) on Abbott's document production), Karla Kreklow and Virginia Tobiason; and a date for the deposition of Shelly Bronson (a deposition we requested on September 17, 2007).

As you know, the time contemplated by the CMO for Abbott to provide dates for these depositions has passed. We do understand scheduling difficulties, but we hope to hear from you soon about scheduling of the remaining depositions the United States has requested. Although we have sought an extension of the discovery deadline, unless and until such an extension is granted, we must move forward with scheduling these depositions during the current discovery period.


Sincerely,


Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov


-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Monday, December 03, 2007 6:03 PM
To: Jason G. Winchester
Subject: RE: Field Sales Depositions

Jason,

Thank you for your e-mail on the status of locating the sales representatives that the United States has requested to depose. We agree that grouping together depositions of former Alternate Site sales representatives that now live in or near the same area will be beneficial for all parties involved. We can also commit to taking more than one deposition in a day, however, because all of the working files for each sales representative have yet to be produced to the U.S., I cannot say at this point whether that will be by having 1/2 day depositions or by having more than one attorney covering depositions on the same day. It will likely be some combination of the two.

2

Holiday plans notwithstanding, we would like to schedule as many of these depositions in December as possible, including for all dates in December except for 12/24, 12/25 and 12/26 (because of the need for a travel day between Christmas and the depo date). We will be in a better position to evaluate the ability to schedule each deposition in December and the necessary length of each deposition upon receiving from Abbott some information that we have been requesting for some time: (1) a list of all Alternate Site sales representatives from 1991 to 2003; (2) confirmation that Abbott has produced the files from each member of the ASPS field sales force from that period; and (3) all documents from each sales person's working files (e.g., call notes, monthly reports, significant events reports) responsive to the United States' pending discovery requests.

Please let me know if you would like to schedule a time to discuss these issues further.

Becky

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Monday, December 03, 2007 5:09 PM
To: Ford, Rebecca (CIV)
Subject: Field Sales Depositions


Becky -

We are doing our best to track down the 39 field sales personnel that DOJ recently noticed for deposition, none of whom still works for Abbott. As you can imagine, the witnesses are scattered across the country, and their depositions will present some logistical difficulties. I do not know how many of these depositions, if any, that we will be able to schedule in December, given the anticipated holiday plans for all involved. We will do our best to group together the depositions for those persons who happen to be in or near the same town. If you think realistically that some of these are only half-day deps, we would be willing to try and schedule two in a day if it is feasible. JGW


Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.269.4373 (direct)
312.782.3939 (main)
312.782.8585 (fax)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========