UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS  ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT O



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

99 N.E. 4 Street
Miami, FL 33132
(305) 961-9000

December 18, 2007

VIA E-MAIL

Jason Winchester, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

RE: Depositions of Undisclosed Sales Representatives
United States of America, ex rel., Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., United States District Court, District of Massachusetts, MDL Docket No. 1456, *In re Pharmaceutical Industry Average Wholesale Price Litigation*

Dear Mr. Winchester:

In furtherance of your e-mail today, wherein you indicate that you may be supplementing Abbott's disclosure of its list of sales representatives, this letter will serve as the United States' request that you furnish dates for the depositions of those additional sales representatives. At this time, we reserve the right to seek to depose each and every additional sales representative that Abbott discloses within the enlarged time period for discovery permitted in Judge Saris' order of today.

Thank you.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s/Ann M. St. Peter-Griffith
Ann M. St. Peter-Griffith
Assistant U.S. Attorney
Tel.: (305) 961-9419.

cc: James Breen, Esq.