UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | |
| ———————————————— | ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV–11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL
ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS
ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT P

**Ford, Rebecca (CIV)**

| | |
|---|---|
| **From:** | Ford, Rebecca (CIV) |
| **Sent:** | Thursday, December 20, 2007 12:13 PM |
| **To:** | Ford, Rebecca (CIV) |
| **Subject:** | FW: Abbott's List of Sales Reps? |
| **Attachments:** | Abbott's Second Amended Responses to US' First Set of Interrogatories.pdf |

**From:** Carol Geisler [mailto:cgeisler@JonesDay.com]
**Sent:** Wednesday, December 19, 2007 6:50 PM
**To:** Martinez, Ana Maria (USAFLS); St.Peter-Griffith, Ann (USAFLS); Ford, Rebecca (CIV); Gobena, Gejaa (CIV); Henderson, George (USAMA); John.Neal2@usdoj.gov; Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Mao, Andy (CIV); Brooker, Renee (CIV); jbreen@breenlaw.com; alisonsimon@breenlaw.com; nmerkl@KelleyDrye.com; sreid@KelleyDrye.com; egortner@kirkland.com; hwitt@kirkland.com; mmurphy@foleyhoag.com; MSzelag@KelleyDrye.com
**Cc:** Jason G. Winchester
**Subject:** Abbott's Second Amended Response to the United States' First Set of Interrogatories

Counsel,

Attached please find Abbott's Second Amended Response to the United States' First Set of Interrogatories, number 8. Please be advised that responsive documents from these individuals' personnel files were produced by Abbott on October 11, 2007.

Carol Geisler

 | **Carol Geisler**

77 W. Wacker Drive, Chicago, IL 60601-1692 • **Direct:** 312.269.4174 • **Fax:** 312.782.8585 • cgeisler@jonesday.com

**SEASONS GREETINGS! WISHING YOU PEACE AND HAPPINESS IN THE NEW YEAR!**

In lieu of sending holiday cards, Jones Day has made a donation to **After School Matters** to assist in their efforts to create a network of out-of-school opportunities for teens in underserved Chicago communities.


after school matters

**To learn more about After School Matters please visit:** http://www.afterschoolmatters.org/about/
**If you would like to make a donation please visit:** http://www.afterschoolmatters.org/support/

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* | Hon. Patti Saris |
| CIVIL ACTION NO. 06-11337-PBS | |

### ABBOTT LABORATORIES, INC.'S SECOND AMENDED RESPONSES TO THE UNITED STATES' FIRST SET OF INTERROGATORIES

Defendants Abbott Laboratories, Inc. ("Abbott") amends its responses to Plaintiff, the

United States' ("Plaintiff") First Set of Interrogatories ("Interrogatories") as follows:

### SECOND AMENDED RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 8:** Identify all of Your employees who were involved in the sales of the Pharmaceuticals identified in the complaint and the dates of their employment by You, including their positions at Abbott and any related organizational charts.

**RESPONSE:** Abbott incorporates its general and specific objections to its

Responses to Plaintiffs' First Set of Interrogatories and its Amended Responses to Plaintiffs'

First Set of Interrogatories herein. Subject to and without waiving its objections, Abbott states

that it in addition to those individuals named in its Amended Responses to Plaintiffs' First Set of

Interrogatories, the following individuals worked for some period of time during 1991 - 2003 in

the Hospital Products Division ("HPD") Alternate Site Product Sales and were responsible for

sales of products including the Subject Drugs. The employment dates provided indicate the

entire time that these individuals were employed by Abbott, not necessarily the time they spent

in Alternate Site Sales.

CHI-1621909v1

| Last Name | First Name | MI | Start Date | End Date | Final Job Title at Abbott |
|---|---|---|---|---|---|
| Stewart | Antoinette | | 08/15/88 | 1999 | Infusion Sys Spec |
| Thiel | Margo | L | 06/30/97 | 1999 | Infusion Sys Spec |
| Gardner | William | C | 06/03/96 | 2000 | Infusion Sys Spec |
| Pyfer | Paul | A | 07/23/97 | 2000 | Pain Specialist |
| Bobnar | Sharon | D | 09/05/89 | 1998 | Infusion Sys Spec |
| Lotz | William | G | 01/31/94 | 2001 | Pricing Specialist |
| Murphy | Christopher | | 07/15/96 | 2000 | Infusion Sys Spec |
| Boxer | Howard | A | 09/04/90 | 1993 | Infusion Sys Rep |
| McCaffrey | Timothy | M | 07/10/89 | 1992 | Infusion Sys Spec |
| Casey | Christopher | R | 10/07/96 | 1997 | Infusion Sys Rep |
| Dagle | Francis | L | 05/14/90 | 1998 | Infusion Sys Spec |
| Nachamkin | Sharon | C | 01/06/92 | 2000 | Infusion Sys Rep |
| Alberti | Mary | A | 01/25/93 | 1993 | Infusion Sys Rep |
| Bolt | Joanna | M | 09/12/94 | 1996 | Infusion Sys Rep |
| Godfrey | Mark | W | 09/01/87 | 1992 | Infusion Sys Spec |
| Mitchell | John | E | 11/21/88 | 1992 | Infusion Sys Spec |
| Connors | Robert | W | 08/17/92 | 1994 | Infusion Sys Rep |
| Austin-Marley | Kimberly | D | 07/29/94 | 1999 | Infusion Sys Spec |
| Flynn | Michael | K | 05/03/93 | 1994 | Infusion Sys Spec |
| Finkel | Christine | A | 06/13/90 | 2001 | Sr Account Exec |
| Avila | Graciela | | 04/05/93 | 1996 | Infusion Sys Rep |
| Kummings | Melissa | J | 06/25/90 | 1991 | Infusion Sys Spec |
| Marks | Pamela | A | 07/10/89 | 1991 | Infusion Sys Rep |
| Cardozo | Jeffrey | L | 06/15/87 | 1996 | Infusion Sys Rep |
| Guzik | Ronald | J | 07/06/92 | 1994 | Infusion Sys Rep |
| Zitlow | David | P | 02/17/92 | 1995 | Infusion Sys Spec |
| Greenwood | Philip | L | 06/05/89 | 1995 | Infusion Sys Spec |
| May | Sherry | L | 08/12/91 | 2001 | Supv Ins Sls & Adm |
| French | Eric | T | 01/20/97 | | Immunology Specialists |
| Love | Cornelius | | 06/08/92 | 1996 | Infusion Sys Spec |

| Last Name | First Name | MI | Start Date | End Date | Final Job Title at Abbott |
|---|---|---|---|---|---|
| Lundy | Jeffrey | P | 03/19/90 | 1997 | Infusion Sys Spec |
| Collins | Thomas | J | 11/05/97 | 1999 | Infusion Sys Rep |
| McCrary | Martin | S | 05/14/98 | 2000 | Infusion Sys Rep |
| Valdez | Ricardo | B | 01/13/97 | 1999 | Infusion Sys Rep |
| Mentze | Laura | D | 08/18/97 | | Immunology Specialist |
| Blakley | G. Lance | | 05/13/91 | 1993 | Infusion Sys Rep |
| Blooston | James | A | 12/30/96 | 1997 | Infusion Sys Rep |
| Tiffany | Patrick | F | 02/15/90 | 1991 | Infusion Sys Rep |
| Edwards | Ethel | L | 07/10/89 | 1993 | Infusion Sys Rep |
| Theriot | Julia | S | 02/19/90 | 2003 | Nurse PTT |
| Coffin | Bruce | E | 02/15/90 | 1991 | Infusion Sys Spec |
| Naylor | Glen | G | 02/15/90 | 1991 | Infusion Sys Spec |
| Hauschild | James | L | 09/03/91 | 1995 | Infusion Sys Spec |
| Cooper-Siegel | Crystal | E | 04/28/92 | 1996 | Infusion Sys Spec |
| Nelson | Greg | A | 02/01/89 | 1991 | Infusion Sys Spec |
| Poljak | Sasha | | 03/15/93 | 1994 | Infusion Sys Rep |
| Lloyd-Jones | Edward | G | 04/02/90 | 1992 | Infusion Sys Rep |
| Dillow | Monte | R | 08/05/96 | | Regional Mgr |
| Ironside | John | S | 06/01/87 | 1992 | Infusion Sys Rep |
| Colon | Samuel | E | 06/14/99 | 05/01/04 | Major Acct Executive |
| Colon | Wilfredo | | 06/10/91 | 1992 | Infusion Sys Rep |
| Tedeschi | John | E | 09/07/98 | 2000 | Infusion Sys Rep |
| Stark | Richard | A | 11/02/81 | 2004 | Dist Sls Mgr |
| Strasburg | Pete | C | 04/16/61 | 1994 | Sr Infsn Sys Spec |
| McReynolds | James | S | 07/11/89 | 1994 | Sr Infsn Sys Spec |
| Harsh | Harold | F | 02/05/90 | 05/01/04 | Account Mgr |
| Massaro | Angeline | C | 09/13/93 | 05/01/04 | Mgr Mktg – HPD |
| Renick | Anna Marie | | 01/06/88 | 05/01/04 | Mgr Mktg – HPD |
| Flournoy | J. Edward | | 09/12/88 | 05/01/04 | Sr Acct Mgr |
| Moran | John | M | 01/23/84 | 05/01/04 | Account Mgr |

| Last Name | First Name | MI | Start Date | End Date | Final Job Title at Abbott |
|---|---|---|---|---|---|
| Smith | Michelle | I | 06/19/89 | 05/01/04 | Pricing Specialist |

Dated:  December 19, 2007

Respectfully submitted,

ABBOTT LABORATORIES, INC.

By:  /s/ Jason G. Winchester_____

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, a true and correct copy of the foregoing **DEFENDANT ABBOTT LABORATORIES, INC.'S SECOND AMENDED RESPONSES TO THE UNITED STATES' FIRST SET OF INTERROGATORIES** was served upon:

Mark A. Lavine, Esq. **(By email)**
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132

Gejaa T. Gobena, Esq. **(By email)**
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

James J. Breen, Esq. **(By email)**
Alison Simon, Esq.
The Breen Law Firm
3350 S. W. 148th Avenue, Suite 110
Miramar, FL 33029

/s/ Carol P. Geisler _____