UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT Q

**Ford, Rebecca (CIV)**

**From:** Ford, Rebecca (CIV)
**Sent:** Thursday, December 20, 2007 6:05 PM
**To:** Jason G. Winchester
**Cc:** Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); jbreen; Alison Simon; Carol Geisler; Tina Tabacchi
**Subject:** RE: Depositions requested by the U.S.

Jason,

Thank you for your response to my e-mail of December 18th. I have forwarded to Ann St. Peter-Griffith the potential date you provided for resuming the Klaus deposition, as well as your message regarding attempting to schedule the Klaus and Kreklow depositions close in time on mutually agreeable dates in January. Further, I understand that you are still working on potential date(s) to resume the Tobiason deposition.

With respect to the sales representatives, on Wednesday, December 19th, we received Abbott's supplemental response to the United States' Interrogatory No. 8, requesting the identity of all Abbott employees involved in the sales of pharmaceuticals identified in the Complaint, as well as their positions and dates of employment by Abbott. In that supplemental response to Interrogatory No. 8, Abbott identified 61 members of the sales force who had not previously been identified to the United States. Further, for 45 of those members of the sales force disclosed on December 19th, Abbott has yet to produce copies of their personnel files (despite your representation that all sales force files were produced on or by October 11, 2007). In addition, with respect to Abbott's July 19, 2007 response to Interrogatory No. 8, there are 26 members of the sales force for whom Abbott has not produced personnel files. Please confirm whether personnel files for these approximately 71 members of the Abbott Alternate Site sales force exist, or alternatively, whether they have been lost, discarded, or for some other reason (if so, please specify the reason) are no longer available.

Further, we understand that Abbott is in the process of collecting the working files of the sales force, and we ask that the working files be produced for all members of the sales force whom Abbott has disclosed in response to the United States' Interrogatory No. 8, as well as for those personnel who have not been listed in response to Interrogatory No. 8, but for whom Abbott has produced a personnel file. (By our count, there are approximately 160 individuals who fit into one of these two categories).

Finally, you have yet to provide a single date for a sales force deposition, despite our November 20, 2007 request for dates for depositions of 39 named members of the sales force. As I am sure you are aware, scheduling and taking those depositions between now and March 31st will be challenging and will require timely coordination by both sides. Further, as indicated to you in the December 18, 2007 letter from Ann St. Peter-Griffith, the United States reserves the right to seek to depose each and every additional member of the Alternate Site sales force that Abbott disclosed on December 19th, as well as any other such sales force members disclosed within the enlarged time period for discovery and as permitted by Judge Saris's December 18th Order.

Given the very short time period left in discovery, the United States has no choice but to move by 1/7/08 to compel the sales force personnel files, working files and dates for depositions. Should you wish to discuss this matter before then to seek to resolve this matter without court intervention, please let me know as soon as possible when you may be available to do so.

Sincerely yours,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section

601 D Street, N.W.
PHB - Room 9149
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Tuesday, December 18, 2007 2:02 PM
To: Ford, Rebecca (CIV)
Cc: Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); jbreen; Alison Simon; Carol Geisler; Tina Tabacchi
Subject: Re: Depositions requested by the U.S.

Becky -

I am out today and most of this week, so do not have all of the info, but I can respond briefly as follows:

- We already have Baker and Leone scheduled. We gave you dates and you accepted them.

- Ms. Klaus is available Jan. 29. Pls let me know if that works.

- We have left messages for Ms. Kreklow and will aim for her deposition in January. If Ann is taking both Kreklow and Klaus, then I will try to book them together.

- I do not know the status right now re Tobiason, but will ask.

- Regarding the sales force, we will be supplementing the list of names, probably today. I hasten to point out that we already have produced materials relating to the personnel files of these people (the production of personnel file information for the former Alt. Site sales force is complete); we just realized that some names were not on the prior list. In terms of their working files, we are in the process of collecting those from across the country.

As far as their deps go, we are doing the best we can with a group of 39 people spread across the country. We will try to schedule as many in January as we can. Right now, I do not have the names of any other counsel; if these witnesses elect separate counsel we will let you know. I previously asked whether you think any of these are half day deps. Let us know if you have a view. JGW

------------

Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
312.782.3939 (phone)
312.782.8585 (fax)

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

-------------------

----- Original Message -----
From: "Ford, Rebecca (CIV)" [Rebecca.Ford@usdoj.gov]
Sent: 12/18/2007 12:47 PM
To: "Jason G. Winchester" <jgwinchester@JonesDay.com>
Cc: "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>;"Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov>;"St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>;"Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov>;<jbreen@breenlaw.com>;"Alison Simon" <alisonsimon@breenlaw.com>
Subject: RE: Depositions requested by the U.S.

Jason,

We are still awaiting a response from you regarding dates for depositions of the 39 sales reps, as well as dates to resume the depositions of Leone, Baker, Abbott's 30(b)(6) on document production (Klaus), Kreklow and Tobiason.

While we have been awaiting dates for each of these depositions for a month, and would like to arrange dates for all these depositions, we ask that you prioritize providing us a date for resuming the deposition of Abbott's designee on its document preservation and collection in this matter.

In addition to dates for depositions, we are also awaiting the other information contained in my December 3rd and 6th e-mails and prior messages and letters to you related to Abbott's Alternate Site sales force, including: notification of whether any of the sales reps for whom we have requested depositions are represented by separate counsel, the attorney with whom we should coordinate the deposition (Jones Day or otherwise), the witnesses location, and whether all responsive documents from the sales reps' working files (e.g., call notes, monthly reports, significant events reports) have been produced to the United States. With respect to the sales reps, we are also still awaiting confirmation that Abbott has produced the files from each member of the ASPS field sales force from 1991 to 2003.

As you know, the time contemplated by the CMO for Abbott to provide dates for these depositions has long passed. This delay has rendered the taking of any of these depositions in December - as we had planned -- highly unlikely. If the Court grants the parties' request for an extension of the discovery deadline, we plan to take many of these depositions in January. To do so, we need to begin consulting with you on dates now.

Please get back to us by COB on Friday, 12/21/07 to let us know the status of providing dates for these depositions, as well as the long-ago requested information regarding the sales representatives.

Sincerely,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Thursday, December 06, 2007 6:22 PM
To: Jason G. Winchester
Cc: Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); 'Jbreen@breenlaw.com'; 'Alison Simon'; Strawn, Elizabeth (CIV)
Subject: Depositions requested by the U.S.
Importance: High

Jason,

Please let me know where we stand on the sales representative depositions. As Ann mentioned earlier this afternoon with respect to

the Leone, Baker and Harling depositions (day 2), while we are willing to consider dates in January should the Court grant our enlargement request, we need dates in December before the discovery cut off for the sales reps and other witnesses whose depositions we have requested.

In addition to dates for depositions of the 39 sales reps, we are also awaiting the other information contained in my December 3, 2007 e-mail and prior messages and letters to you on this subject, including: notification of whether any of these individuals are represented by separate counsel, the attorney with whom we should coordinate the deposition (Jones Day or otherwise), the witnesses location, and whether all responsive documents from the sales reps' working files (e.g., call notes, monthly reports, significant events reports) have been produced to the United States. With respect to the sales representatives, we are also still awaiting confirmation that Abbott has produced the files from each member of the ASPS field sales force from 1991 to 2003.

Further, we are awaiting dates to resume the depositions of Ellen Klaus (30(b)(6) on Abbott's document production), Karla Kreklow and Virginia Tobiason; and a date for the deposition of Shelly Bronson (a deposition we requested on September 17, 2007).

As you know, the time contemplated by the CMO for Abbott to provide dates for these depositions has passed. We do understand scheduling difficulties, but we hope to hear from you soon about scheduling of the remaining depositions the United States has requested. Although we have sought an extension of the discovery deadline, unless and until such an extension is granted, we must move forward with scheduling these depositions during the current discovery period.

Sincerely,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Monday, December 03, 2007 6:03 PM
To: Jason G. Winchester
Subject: RE: Field Sales Depositions

Jason,

Thank you for your e-mail on the status of locating the sales representatives that the United States has requested to depose. We agree that grouping together depositions of former Alternate Site sales representatives that now live in or near the same area will be beneficial for all parties involved. We can also commit to taking more than one deposition in a day, however, because all of the working files for each sales representative have yet to be produced to the U.S., I cannot say at this point whether that will be by having 1/2 day depositions or by having more than one attorney covering depositions on the same day. It will likely be some combination of the two.

Holiday plans notwithstanding, we would like to schedule as many of these depositions in December as possible, including for all dates in

December except for 12/24, 12/25 and 12/26 (because of the need for a travel day between Christmas and the depo date). We will be in a better position to evaluate the ability to schedule each deposition in December and the necessary length of each deposition upon receiving from Abbott some information that we have been requesting for some time: (1) a list of all Alternate Site sales representatives from 1991 to 2003; (2) confirmation that Abbott has produced the files from each member of the ASPS field sales force from that period; and (3) all documents from each sales person's working files (e.g., call notes, monthly reports, significant events reports) responsive to the United States' pending discovery requests.

Please let me know if you would like to schedule a time to discuss these issues further.

Becky

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Monday, December 03, 2007 5:09 PM
To: Ford, Rebecca (CIV)
Subject: Field Sales Depositions

Becky -

We are doing our best to track down the 39 field sales personnel that DOJ recently noticed for deposition, none of whom still works for Abbott. As you can imagine, the witnesses are scattered across the country, and their depositions will present some logistical difficulties. I do not know how many of these depositions, if any, that we will be able to schedule in December, given the anticipated holiday plans for all involved. We will do our best to group together the depositions for those persons who happen to be in or near the same town. If you think realistically that some of these are only half-day deps, we would be willing to try and schedule two in a day if it is feasible. JGW

Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
312.269.4373 (direct)
312.782.3939 (main)
312.782.8585 (fax)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT G