UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, ) ) ) CIVIL ACTION NO. 06–CV-11337-PBS ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT TO PROVIDE DEPOSITION DATES FOR MEMBERS OF ITS ALTERNATE SITE SALES FORCE AND TO PRODUCE RELATED DOCUMENTS**

# EXHIBIT R

## Ford, Rebecca (CIV)

**From:** Tina M. Tabacchi [tmtabacchi@JonesDay.com]
**Sent:** Friday, January 04, 2008 4:28 PM
**To:** Ford, Rebecca (CIV)
**Subject:** Deposition Dates for Goode and Lucas

**Attachments:** pic18626.gif



pic18626.gif (2 KB)

Becky --

I tried to call you this afternoon to talk about the logistics for providing you with deposition dates. Please feel free to let me know if you have suggestions/preferences or there is another person you have assigned to coordinate this (and I will confess that I am looking for that opportunity myself). For now, we will provide you dates as soon as we have them on a rolling basis. We are making an effort to group together witnesses in the same location, where possible. It would also be helpful to know if there are witnesses you expect can be completed in less than a full day for us to know and we can try to schedule two in one day to expedite the process and reduce travel for all. We would appreciate it if you could let us know as soon as possible whether you wish to confirm a date or there is a conflict so that we can let the witness know/use the date for another witness if feasible. Thanks. TMT

| | | |
|---|---|---|
| Trudi Lauer Goode | Wednesday, January 16 | Jones Day, Chicago |
| Doris Roach-Lucas | Thursday, January 31 | Baker & Daniels LLP |
| | | 600 E. 96th Street, Suite 600 |
| | | Indianapolis, IN 46240 |

(Embedded image moved to file: pic18626.gif)

Jones Day

Tina M. Tabacchi
77 W. Wacker Drive, Chicago, IL 60601-1692 • Direct: 312.269.4081 • Fax: 312.782.8585 • tmtabacchi@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

### Martin, Sylvia (CIV)

**From:** Young, Brian (CIV)
**Sent:** Monday, January 07, 2008 9:27 AM
**To:** Martin, Sylvia (CIV)

Sylvia,
I also have a hotel room for Tampa that costs $153.75. I think that this exceeds the per dium, but it was all I could find.

```
                    BRIAN R. YOUNG
                    Trial Attorney
         United States Department of Justice
             Civil Division, Fraud Section
                   Tel: 202-353-2265
                   Fax: 202-305-4117
```