UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS CASES | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 34

The Court designates the following firms to act on behalf of all Plaintiffs in the Class cases:

    a.   **Liaison Counsel**

          Thomas M. Sobol (BBO#471770)
          Edward Notargiacomo (BBO#567636)
          Hagens Berman Sobol Shapiro LLP
          One Main Street, 4th Floor
          Cambridge, MA  02142
          Telephone: (617) 482-3700
          Facsimile: (617) 482-3003

    b.   **Co-Lead Counsel**

          Steve W. Berman
          Sean R. Matt
          Hagens Berman Sobol Shapiro LLP
          1301 Fifth Avenue, Suite 2900
          Seattle, WA  98101
          Telephone: (206) 623-7292
          Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

IT IS SO ORDERED.

DATED: __1/4/08__      ___/s/ Patti B. Saris___
                       Hon. Patti B. Saris
                       United States District Court Judge