**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL CASES | ) ) ) ) ) ) ) ) ) ) ) )  MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), I, Ryan M. DiSantis, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Ryan M. DiSantis, am an attorney practicing at Ropes & Gray LLP, the law firm representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP on January 17, 2008, and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, Ryan M. DiSantis, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/ Ryan M. DiSantis
Ryan M. DiSantis (BBO# 654513)

Dated:  January 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Ryan M. DiSantis
Ryan M. DiSantis