UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) )  MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) )  Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) |

## Joint Motion for Status Conference

The United States of America and Abbott Laboratories, Inc., through their undersigned

counsel, respectfully file this joint request for a status conference before the Honorable Judge

Patti B. Saris.  The Court has extended the fact discovery deadline in this case to March 31,

2008.  *See* December 18, 2007 Electronic Order denying in part the United States' Motion for

Extension of Time to Complete Discovery (Dkt. No. 4923).  There are a number of pending

motions in this matter.  *See* United States' January 2008 Status Report, filed January 3, 2008 at

2-4 (Dkt. No. 4971)(Exhibit 2).[1]  The parties anticipate the need to file a number of additional

discovery motions in the upcoming weeks in order to meet the March 31 deadline.  In addition,

substantial discovery issues between the parties have arisen as a result of the Court's December

18 Electronic Order (cited above) and December 20 Electronic Order, which need immediate

resolution.  *See also* December 20, 2007 Electronic Order denying Abbott's Second Motion to

---

[1]Since the filing of the Status Report, the United States has filed a Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents (Dkt. No. 4984).

Strike Plaintiffs' Untimely Supplemental Rule (26)(a)(1) Disclosure and Preclude Plaintiffs' Untimely Disclosed Medicaid Witnesses (Dkt. No. 4955).  The parties believe that a conference before the Court at this time may be the most efficient way to address issues, avoid unnecessary motions practice, and streamline discovery.  Thus, to ensure that fact discovery be efficiently concluded by March 31, 2008, the parties ask that the Court entertain a status conference at the Court's convenience.  Proposed agenda items are attached.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3398
Fax:  (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 536-4101

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY
GENERAL

/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Elizabeth Strawn
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 616-3797
Fax:  (202) 307-3852

For the relator, Ven-A-Care of the Florida
Keys, Inc.,

/s/ James J. Been
James J. Been
The Been Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

Dated:  January 9, 2008

3

Respectfully submitted,

/s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Counsel for Defendant Abbott
Laboratories, Inc.

Dated:  January 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **Joint Motion for Status Conference** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Renée Brooker

Dated: January 9, 2008                                    Renée Brooker

## PROPOSED AGENDA FOR STATUS CONFERENCE

1.  Amendment of deadlines of Pre-Trial Schedule in CMO 29 (Dkt. No. 3956), ¶18 in light of Court's Electronic Order of December 18, 2007.  *See* Joint Proposed Amended CMO 29 attached as Exhibit 1.

2.  Pending Discovery Motions (*See* United States' January 1, 2008 Status Report, filed January 2, 2008 at 2-4 (Dkt. No. 4971) (Exhibit 2))[2]

3.  Issues relating to written discovery and depositions in light of Court's Electronic Order of December 18, 2007

4.  Scheduling Fed. R. Civ. P. 30(b)(6) and 30(b)(1) depositions under the "Protocols" of Case Management Order (CMO) 29 (Dkt. No. 3956), ¶¶12-14

5.  Compliance with Judge Bowler's Discovery Orders of May 16, 2007 (Order orally made at hearing on this date) and May 22, 2007 (Dkt No. 4244)

6.  Court's December 20, 2007 Electronic Order requiring that "no further supplementation will be allowed" in light of the United States' and Abbott's continuing Fed. R. Civ. P. 26(e) disclosure obligations

7.  Use of State Medicaid and other Third Party Deposition Testimony taken in other AWP-related cases, and Production of it in this Case under the terms of the Protective Order governing this case (Dkt. No. 3804, entered Feb. 16, 2007)

---

[2]Since the filing of the Status Report, the United States has filed a Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents (Dkt. No. 4984).