# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant Baxter Healthcare Corporation, on behalf of certain Defendants (set forth below, collectively "Defendants"), respectfully submits this Consent Motion for Extension of Time to File Responsive Pleadings. In support of this Motion, the movants state:

1. The State of Iowa filed a complaint dated October 7, 2007, in the United States District Court for the Southern District of Iowa.

2  On October 25, 2007, the United States Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court for the District of Massachusetts. On November 15, 2007, the Clerk of the United States District Court for the District of Massachusetts filed the Conditional Transfer Order.

3. On November 27, 2007, the Defendants below agreed to waive formal service of the Complaint:

>   Abbott Laboratories, Inc.
>   Agouron Pharmaceuticals, Inc.
>   Alpharma, Inc.
>   ALZA Corporation
>   Amgen Inc.

AstraZeneca LP
AstraZeneca Pharmaceuticals, LP
Aventis Behring LLC (n/k/a ZLB Behring LLC)
Barr Laboratories, Inc.
Baxter Healthcare Corporation
Baxter International Inc.
Bayer Corporation
Bayer Pharmaceuticals Corporation
Ben Venue Laboratories, Inc.
Boehringer Ingelheim Corporation
Boehringer Ingelheim Pharmaceuticals, Inc.
Bristol-Myers Squibb Company
Chiron Corporation
Dey, Inc.
Dey, L.P.
Eli Lilly and Company
Endo Pharmaceuticals Inc.
Ethex Corporation
Ethicon, Inc.
Forest Laboratories
Forest Pharmaceuticals, Inc.
Geneva Pharmaceuticals, Inc.
Greenstone LTD.
Hoffmann-La Roche Inc.
Immunex Corporation
Ivax Corp.
Ivax Pharms.
Janssen L.P.
Johnson & Johnson
King Pharmaceuticals, Inc.
King Research and Development
McNeil-PPC, Inc.
MedImmune, Inc.
Merck & Co., Inc.
Monarch Pharmaceuticals, Inc.
Mylan Laboratories Inc.
Mylan Pharmaceuticals Inc.
Novartis Pharmaceuticals Corporation
Oncology Therapeutics Network Corporation
Ortho-Biotech Products, L.P.
Ortho-McNeil Pharmaceutical, Inc.
Par Pharmaceutical Companies, Inc.
Par Pharmaceutical, Inc.
Pfizer Inc.
Pharmacia Corporation
Purdue Pharma L.P.

      Purepac Pharmaceutical, Co.
      Roche Laboratories Inc.
      Roxane Laboratories, Inc. (N/K/A Boehringer Ingelheim Roxane, Inc.)
      Sandoz Inc.
      Schering Corporation
      Schering-Plough Corp.
      Sicor, Inc.
      SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")
      TAP Pharmaceutical Products, Inc.
      Teva Pharmaceuticals USA, Inc.
      UDL Laboratories, Inc.
      Warrick Pharmaceuticals Corporation
      Watson Pharma, Inc.
      Watson Pharmaceuticals, Inc.
      Wyeth
      Wyeth Pharmaceuticals, Inc.

4. On November 28, 2007, Plaintiff served Defendant Baxter Healthcare, for the first time, with the full Complaint, including all relevant exhibits. Previously, Baxter Healthcare did not have access to the sealed exhibits.

5. On December 11, 2007, Plaintiff and Defendants filed a Joint Motion before this Court to set dates and the briefing schedule for Defendants' responsive pleadings in the Iowa action.

6. On December 18, 2007, the Court entered an Order setting the dates and briefing schedule for Defendants' responsive pleadings. Pursuant to that Order, the current briefing schedule is as follows:
- Defendants' Motions to Dismiss or Answers are due January 18, 2008;
- Plaintiff's Oppositions to Defendants' Motions to Dismiss are due February 29, 2008;
- Defendants' Replies in Support of Motions to Dismiss are due March 28, 2008; and
- Plaintiff's Sur-replies to Defendants' Motions to Dismiss are due April 25, 2008.

7. As this Court knows, these AWP cases present complex issues that require significant time and effort to analyze. The 675-paragraph Iowa complaint asserts claims against

3

78 corporate entities based on Iowa and federal law. Each claim at issue is not limited to AWP pricing, but also includes WAC, FUL, Best Price and SMAC claims. Some claims are against all Defendants, while others are limited to certain subsets.

8. In addition, among other things, this case warrants historical analysis of Iowa's Medicaid reimbursement scheme to determine if there are bases therein for motions to dismiss all or part of certain claims, as in other cases before this Court. Research of Iowa's Medicaid Agency and its reimbursement process is not readily available in electronic format on its website, Westlaw, or LexisNexis and requires time-intensive research. In addition, the holidays caused unexpected delays and coordination difficulties.

9. On December 28th, on behalf of Defendants, counsel for Baxter Healthcare corresponded with Plaintiff's counsel and asked whether they would agree to an approximately thirty-day extension of time, until February 20, 2008, for Defendants to file responsive pleadings. Baxter's counsel proposed a corresponding extension of the briefing schedule.

10. Plaintiff's counsel has agreed to allow Defendants at least their requested extension of time to file their responsive pleadings. Plaintiff's counsel has indicated that they are still reviewing Defendants' proposed briefing schedule. Due to Plaintiff's schedule and the Iowa Attorney General's schedule, they may want due dates that differ from those Defendants proposed for Plaintiff's Opposition and for Replies and Sur-Replies. Given the current January 18th due date for Defendants' responsive pleadings, Defendants felt constrained to move this Court for an extension of time to file responsive pleadings while the parties negotiate a briefing schedule. Thus, Defendants hereby request an extension of time until February 20, 2008 to file responsive pleadings.

11. As soon as the parties fully negotiate the briefing schedule, they will file a motion with the Court to set the briefing schedule in its entirety.

12. For the above reasons, the foregoing Defendants respectfully request that this Consent Motion be granted and that the Court grant Defendants until February 20, 2008 to file responsive pleadings in the above-captioned matter.

| Dated: 1/10/08 | /s/ J. Andrew Jackson<br>J. Andrew Jackson<br>Jodi Trulove<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye St., N.W.<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. and on behalf of Certain Defendants |
|---|---|

DSMDB-2373785

## CERTIFICATE OF SERVICE

      I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on January 10, 2008, for posting and notification to all parties.

    By /s/ Shamir Patel
    Shamir Patel
    **DICKSTEIN SHAPIRO LLP**
    1825 Eye Street NW
    Washington, DC  20006
    (202) 420-2200