# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

## PROPOSED ORDER

THIS MATTER having come before the Court on certain Defendants' Consent Motion for Extension of Time to File Responsive Pleadings; and

The Court having considered the Motion, representations of counsel, and the record, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendants' responsive pleadings are due February 20, 2008

DONE and ORDERED this _____ day of January, 2008.

_____
THE HONORABLE PATTI SARIS
UNITED STATES DISTRICT JUDGE

DSMDB-2373785