

17772393

Dec 21 2007
6:14PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Bowler |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York, et al. v. Abbott Laboratories, et al.*<br>Civil Action No. 04-cv-06054 et al. | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT BOEHRINGER INGELHEIM ROXANE LABORATORIES, INC.**

Plaintiffs, the City of New York and New York Counties, respectfully move for entry of an order directing defendant Boehringer Ingelheim Roxane Laboratories, Inc. ("**Roxane**") to produce certain discovery sought by Plaintiffs' First Request for the Production of Documents, served October 18, 2007.

Specifically, Roxane is refusing to produce responsive documents and data for all Roxane NDCs listed in NY FACC Revised Exhibit B with spreads greater than 30% and reimbursed based on AWP.  Roxane is taking the position that if such NDCs were also reimbursed based on a Federal Upper Limit ("FUL") at any point during the relevant time period, plaintiffs are not entitled to any discovery on them.

Roxane's refusal to produce discovery on NDCs that were reimbursed based on AWP is entirely improper given the express language of CMO No. 33.  *See*  CMO 33, at ¶7) (Exhibit B hereto).

This Motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion to Compel Discovery; Exhibit A (December 12, 2007 letter from

Joanne M. Cicala, Esq. to Lauren O. Casazza, Esq); Exhibit B (Case Management Order No. 33 and Exhibit C (December 20, 2007 letter from Lauren O. Casazza, Esq. to Joanne M. Cicala, Esq).

### Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(a), the undersigned certifies that counsel for Plaintiffs City of New York and New York Counties discussed the subject of this motion in person with Roxane Counsel on December 11, 2007 and through written communications in an attempt to resolve the issues addressed.  The December 20, 2007 Casazza letter (Exhibit C to the Memorandum filed in support of this motion) confirms that Roxane will not alter its position.  Accordingly, Plaintiffs are regrettably unable to resolve this issue without motion practice.

Dated:  December 21, 2007

> Respectfully submitted,
> **City of New York and all captioned Counties except Nassau and Orange, by**
>
> **KIRBY McINERNEY, LLP**
> 830 Third Avenue
> New York, New York 10022
> (212) 371-6600
>
> /s/ Joanne M. Cicala
>    By:  Joanne M. Cicala (JC 5032)
>       James P. Carroll Jr. (JPC 8348)
>       Aaron D. Hovan (AH 3290)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *City of New York, et al. v.* <br> *Abbott Laboratories, et al.* <br> Civil Action No. 04-cv-06054 et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MEMORANDUM IN SUPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT BOEHRINGER INGELHEIM ROXANE

Having considered each of the parties' submissions with respect to the City of New York's and New York Counties' Motion To Compel Discovery, the Court hereby grants Plaintiffs' motion.

It is hereby ordered that Boehringer Ingelheim Roxane shall produce to the City of New York and the New York Counties all responsive documents and data for Roxane NDCs in NY FACC Exhibit B with spreads greater than 30% when such NDCs were reimbursed based on AWP.

It is further ordered that Roxane shall pay to the City of New York and New York Counties all reasonable costs and expenses in connection with this motion.

Dated: _____                                    _____
                                                Hon. Marianne B. Bowler
                                                United States Magistrate Judge

3

**CERTIFICATE OF SERVICE**

I, James P. Carroll, hereby certify that I caused a true and correct copy of the foregoing Motion To Compel Discovery from Defendant Boehringer Ingelheim Roxane to be served on counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  December 21, 2007

/s/___James P. Carroll
Kirby McInerney LLP