UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 01-cv-12257

In Re: Pharmaceutical Industry Average Wholesale Price Litigation

v.

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

4954, 4880

and contained in NOA 4954 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/19/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 19, 2007.

Sarah A Thornton, Clerk of Court

By: *(signature)*
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/11/08 .

*(signature)*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-1007

- 3/06