UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEAL

Notice is hereby given that M. Joyce Howe, Reverend David Aaronson, Harold Carter, Roger Clark, Harold Bean, Ethel Walters, Larry Young and Therese Shepley, named consumer class representative plaintiffs in the above class action, appeal to the United States Court of Appeals for the First Circuit from the Order of the Court entitled, "Case Management Order No. 34" dated January 4, 2008 [Docket No. 4976], pursuant to, *inter alia*, Fed.R.Civ.P. 23(f), and all orders antecedent and ancillary thereto, including, the judgment entered against certain of these plaintiffs on November 20, 2007, pursuant to Fed.R.Civ.P. 54(b), from which a timely appeal was taken on December 19, 2007, and the Order dated January 3, 2008 disqualifying counsel pursuant to Fed.R.Civ.Proc. 23(g). *See* Appeal Docket No. 08-1002.

Respectfully submitted,

Dated: January 14, 2008

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
COUNSEL FOR M. JOYCE HOWE, REV. DAVID AARONSON,
HAROLD CARTER, ROGER CLARK, HAROLD BEAN, ETHEL
WALTERS, LARRY YOUNG AND THERESE SHEPLEY

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr., hereby certify that on January 14, 2008, a true and correct copy of the foregoing Notice of Appeal was filed via ECF electronic filing and notice was sent to all counsel of record.

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandlaw.com
COUNSEL FOR M. JOYCE HOWE, REV. DAVID
AARONSON, HAROLD CARTER, ROGER CLARK,
HAROLD BEAN, ETHEL WALTERS, LARRY YOUNG AND
THERESE SHEPLEY