UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS CASES | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 34

The Court designates the following firms to act on behalf of all Plaintiffs in the Class cases:

   a.   **Liaison Counsel**

   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
   Hagens Berman Sobol Shapiro LLP
   One Main Street, 4th Floor
   Cambridge, MA 02142
   Telephone: (617) 482-3700
   Facsimile: (617) 482-3003

   b.   **Co-Lead Counsel**

   Steve W. Berman
   Sean R. Matt
   Hagens Berman Sobol Shapiro LLP
   1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594

- 1 -

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

IT IS SO ORDERED.

DATED: 1/4/08

Hon. Patti B. Saris
United States District Court Judge

-2-