## **CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., hereby certify that on January 14, 2008, I caused a true and correct copy of the Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) from Orders Appointing Class Counsel Pursuant to Fed.R.Civ.Proc. 23(g) on January 3 and 4, 2008, to be filed with the Court via CM/ECF system which will send notification of such filing to all interested counsel.

I also hereby certify that on January 14, 2008, I caused a true and correct copy of the foregoing document to be filed with the United States Court of Appeals for the First Circuit via UPS Overnight Delivery.

                                                                       /s/ Donald E. Haviland, Jr.
                                                                        Donald E. Haviland, Jr.

Bristol-Myers Squibb Company
Thomas E. Dwyer
Jennifer M. Ryan
DWYER & COLLORA, LLP
600 Atlantic Ave.
Boston, MA 02210

Steven M. Edwards
Lyndon M. Tretter
Thomas J. Sweeney
HOGAN & HARTSON LLP
875 Third Ave.
New York, NY 10022

Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation
John T. Montgomery
Steven A. Kaufman
Eric P. Christofferson
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Johnson & Johnson, Centocor Inc., and Ortho Biotech Products, L.P.
Andrew D. Schau
William F. Cavanaugh, Jr.
Erik Haas
Adeel A. Mangi
PATTERSON, BELKNAP, WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

AstraZeneca Pharmaceuticals LP
Sarah Cooleybeck
Donald R. Ware
Nicholas C. Theodorou
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02110

D. Scott Wise
Michael S. Flynn
Kimberly D. Harris
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY 10017