UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York, et al. v.*<br>*Abbott Laboratories, et al.*<br>Civil Action No. 04-cv-06054 et al. | Magistrate Judge Bowler |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc, and Boehringer Ingelheim Corporation, in the above captioned matter:

> Lauren O. Casazza
> KIRKLAND & ELLIS LLP
> Citigroup Center
> 153 East 53rd Street
> New York, New York 10022-4611
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
> lcasazza@kirkland.com

Ms. Casazza is a partner at the law firm of Kirkland & Ellis LLP.  Ms. Casazza is not a member of the bar of the United States District Court for the District of Massachusetts.  Ms. Casazza is a member in good standing of the bars of the following courts:

> The Supreme Court of New York
>
> The Supreme Court of Illinois

The United States Court of Appeals for the Third Circuit

The United States District Court for the Northern District of Illinois

The United State District Court for the Eastern District of Michigan

The United States District Court for the Southern District of New York

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: January 16, 2008

Respectfully submitted,

By: /s/ *Richard Goldstein*
Bruce Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090

## CERTIFICATE OF SERVICE

I, Richard Goldstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on January 16, 2008.

/s/ Richard Goldstein
Richard Goldstein