UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS<br><br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.*, 03-CV-11226-PBS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Roxane, Inc., f/k/a Roxane Laboratories, Inc. in the above captioned matters:

        Alyssa Wade
        KIRKLAND & ELLIS LLP
        777 South Figueroa Street, Suite 3700
        Los Angeles, CA 90017-5800
        Telephone: (213) 680-8400
        Facsimile: (213) 680-8500
        awade@kirkland.com

Ms. Wade is an associate at the law firm of Kirkland & Ellis LLP. Ms. Wade is not a member of the bar of the United States District Court for the District of Massachusetts. Ms. Wade is a member in good standing of the bars of the following courts:

The Supreme Court of California

The United States District Court for the Central District of California

The United States Court of Appeals for the Ninth Circuit

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: January 16, 2008

                    Respectfully submitted,

By:  /s/ *Richard Goldstein*
      Bruce Singal, BBO #464420
      Richard Goldstein, BBO #565482
      DONOGHUE, BARRETT & SINGAL, P.C.
      One Beacon Street, Suite 1320
      Boston, MA 02108
      Telephone: (617) 720-5090

## CERTIFICATE OF SERVICE

I, Richard Goldstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on January 16, 2008.

                    /s/ Richard Goldstein
                    Richard Goldstein