UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
|  | MDL Docket No. 1456 |
|  | Civil Action No. 01-CV-12257-PBS |
|  | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the undersigned as counsel to defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., IVAX Corporation, and IVAX Pharmaceuticals, Inc.

SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., IVAX CORPORATION, and IVAX PHARMACEUTICALS, INC.,

By their attorneys,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Courtney A. Clark (BBO # 651381)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Jay P. Lefkowitz (*pro hac vice*)
Jennifer G. Levy (*pro hac vice*)
Patrick M. Bryan (*pro hac vice*)
Michael C. Occhuizzo (*pro hac vice*)
John K. Crisham (*pro hac vice*)
Kirkland & Ellis LLP
625 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

00199410.DOC /

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2008, copies of the foregoing Motion for Withdrawal of Attorney were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

<u>/s/ Courtney A. Clark</u>