UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS |  |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Defendants Sicor, Inc., Sicor Pharmaceuticals, Inc. (collectively, "Sicor"), Teva Pharmaceuticals USA, Inc. ("Teva"), IVAX Corporation, and IVAX Pharmaceuticals, Inc. (collectively, "IVAX") request that the Court permit Pamela Zorn Adams, Sherin and Lodgen LLP, 101 Federal Street, Boston, Massachusetts 02110, to withdraw her appearance as counsel for Sicor, Teva and IVAX in this action.

In support of this motion, Sicor, Teva and IVAX state that Attorney Adams is no longer with the firm of Sherin and Lodgen. LLP.  Further, the appearance of all attorneys listed below remain in effect and are not affected by this withdrawal.

00199416.DOC /

- 2 -

WHEREFORE, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc. and IVAX Corporation request that the Court allow this Motion for Withdrawal of Appearance.

    SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., IVAX CORPORATION, and IVAX PHARMACEUTICALS, INC.,

By their attorneys,

/s/ Courtney A. Clark
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Courtney A. Clark (BBO # 651381)
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Jay P. Lefkowitz (*pro hac vice*)
Jennifer G. Levy (*pro hac vice*)
Patrick M. Bryan (*pro hac vice*)
Michael C. Occhuizzo (*pro hac vice*)
John K. Crisham (*pro hac vice*)
Kirkland & Ellis LLP
625 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, copies of the foregoing Motion for Withdrawal of Attorney were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Courtney A. Clark

- 2 -

00199416.DOC /