UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | | |

**[PROPOSED] ORDER REGARDING INTERNATIONAL UNION
OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND**

WHEREAS, *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) (the "New Jersey action") was originally filed in the Superior Court of Monmouth County, New Jersey, and was subsequently removed to the Federal District Court for the District of New Jersey;

WHEREAS, the Judicial Panel on Multidistrict Litigation transferred the New Jersey action to this Court for consolidation with MDL No. 1456;

WHEREAS, the International Union of Operating Engineers, Local No. 68 Welfare Fund (the "Fund") sought a remand to the New Jersey Superior Court based on a lack of subject matter jurisdiction;

WHEREAS, counsel for the Fund on several occasions represented to this Court that the New Jersey action was a state-only class action that did not involve federal claims;

WHEREAS, this Court, in reliance on the Fund's representations concerning the scope of the New Jersey case, among other grounds, remanded the New Jersey action to the Superior Court of Monmouth County, New Jersey;

WHEREAS, this Court has been presiding over MDL No. 1456 for six years and has made numerous rulings on class certification and on the merits;

WHEREAS, counsel for the Fund, Donald E. Haviland, Jr., was an active participant in MDL No. 1456 for several years and is well aware of this Court's rulings in the case;

WHEREAS, notwithstanding prior representations to this court, the Fund and its counsel continue to assert overlapping claims in the New Jersey case against overlapping defendants in MDL No. 1456; and

WHEREAS, under the Anti-Injunction Act and the All Writs Act, this Court has the authority to issue injunctions necessary in aid of its jurisdiction under MDL No. 1456;

THEREFORE, in order to maintain the orderly management and disposition of MDL No. 1456;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

The International Union of Operating Engineers, Local No. 68 Welfare Fund, the Haviland Law Firm, Donald E. Haviland, Jr., Esq., and any of the Fund's other attorneys or agents shall not further prosecute and shall dismiss all claims in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) against AstraZeneca LP and AstraZeneca PLC.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
Patti B. Saris, U.S.D.J.