UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) MDL NO. 1456 <br> CIVIL ACTION NO. 01-CV-12257-PBS <br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

**DECLARATION OF ANN BOOTH-BARBARIN IN SUPPORT OF
ASTRAZENECA DEFENDANTS' RENEWED MOTION FOR INJUNCTION**

Ann Booth-Barbarin declares and says:

1.  I am the Assistant Secretary of both AstraZeneca Pharmaceuticals LP and AstraZeneca LP.

2.  Following the April 6, 1999 merger between Zeneca Group PLC and Astra AB, the U.S. pharmaceutical business for AstraZeneca operates through AstraZeneca Pharmaceuticals LP and AstraZeneca LP, collectively.

3.  AstraZeneca LP is a limited partnership organized under the laws of Delaware. AstraZeneca Pharmaceuticals LP is a 99% shareholder and the general partner of AstraZeneca LP. Merck & Co., Inc. is a 1% limited partner.

4.  AstraZeneca PLC is the indirect parent of Zeneca Inc., AstraZeneca Pharmaceuticals LP, and AstraZeneca LP.

5.  AstraZeneca's U.S. pharmaceutical business (i.e. non-biologics) is conducted through the combined efforts of AstraZeneca LP and AstraZeneca

Pharmaceuticals LP. For instance, marketing, sales, and contracting functions are conducted by the same groups for AstraZeneca LP and AstraZeneca Pharmaceuticals LP.

6.     AstraZeneca's U.S. pharmaceutical business is conducted under the joint leadership of AstraZeneca Pharmaceuticals LP and AstraZeneca LP, as indicated on the AstraZeneca United States website (http://www.astrazeneca-us.com/). Indeed, the corporate officers responsible for overseeing AstraZeneca's U.S. pharmaceutical business are common to, and drawn from, AstraZeneca Pharmaceuticals LP and AstraZeneca LP.

7.     The performance of the U.S. pharmaceutical business is measured in accordance with a single "AZ US Scorecard," which is a performance management system that helps to enable the organization to translate its strategy and vision into action.

8.     AstraZeneca's products are sold in the United States through a single sales force. Similarly, all marketing activities for AstraZeneca's U.S. pharmaceutical business are undertaken by a single marketing force. Thus, the same marketing and sales personnel support the AstraZeneca products marketed and sold in the United States.

9.     Pricing and contracting strategy for AstraZeneca's U.S. pharmaceutical business is developed in a coordinated fashion.

10.     Similarly, account directors cover all products for certain types of customers for AstraZeneca's U.S. pharmaceutical business. For instance, an account director might be responsible for certain prescription benefit managers (e.g., Express Scripts, Inc. or Advance PCS) or third-party payors (e.g., Blue Cross/Blue Shield), and would cover the relevant portfolio drawn from all of AstraZeneca's U.S. pharmaceuticals products, regardless of labeler source code.

11.     As with the sales and marketing services, legal, portfolio and strategic planning, finance, tax, insurance, human resources, budgeting and planning, information services, public affairs, and headquarters operations are provided by the same groups to both AstraZeneca LP and AstraZeneca Pharmaceuticals LP.  Thus, for example, there is one department that provides legal guidance and services across AstraZeneca's U.S. pharmaceutical business.  The same is true for human resources.

By: _____
     Ann Booth-Barbarin

Dated:   January 17, 2008