UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Hon. Patti B. Saris

**DECLARATION OF KATHERINE B. SCHMECKPEPER IN SUPPORT OF ASTRAZENECA DEFENDANTS' RENEWED MOTION FOR INJUNCTION**

Katherine B. Schmeckpeper declares and says:

1. I am an attorney with Foley Hoag, LLP, counsel for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and AstraZeneca PLC (collectively, "AstraZeneca") in this action. I submit this declaration in support of the AstraZeneca Defendants' Memorandum of Law in Support of Their Renewed Motion for Injunction.

2. Attached as Exhibit 1 is a true and correct copy of excerpted pages from the Class Counsel Status Conference Transcript in MDL No. 1456, Civil Action No. 01-CV-12257, United States District Court, District of Massachusetts, held on September 11, 2007.

By: Katherine B. Schmeckpeper
    Katherine B. Schmeckpeper

Dated:  January 17, 2008