UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 JAN 11  A 10: 50

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION,

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL NO. 1456
Master File No.: 01-12257-PBS
Hon. Patti B. Saris

## NOTICE OF APPEARANCE OF MATTHEW A. CAMPBELL FOR DEFENDANT OTSUKA AMERICA PHARMACEUTICAL INC.

Undersigned counsel, pursuant to Case Management Order ("CMO") No. 1, section V, paragraph 16, enters his appearance on behalf of the Defendant Otsuka American Pharmaceutical, Inc. Attached as Exhibit A is the Declaration in Support of the Application for Admission *Pro Hac Vice* of Matthew A. Campbell.

Dated: January 10, 2008

Respectfully Submitted:

By: _Matthew A. Campbell_
Matthew A. Campbell, Esq.
Winston & Strawn LLP
1700 K Street N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Matthew A. Campbell for Defendant Otsuka America Pharmaceutical, Inc. to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, entered by the Honorable Patti B. Saris in MDL 1456, by sending a copy to Verilaw Technologies for posting and notification of all parties.

/s/ Matthew A. Campbell
Matthew A. Campbell