**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION,

MDL NO. 1456
Master File No.: 01-12257-PBS
Hon. Patti B. Saris

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### DECLARATION OF MATTHEW A. CAMPBELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Matthew A. Campbell, an attorney with the law firm Winston & Strawn LLP, 1700 K Street N.W., Washington, DC 20006, hereby declare:

1. I am a member in good standing of the Virginia State Bar and the District of Columbia Bar.

2. I have been admitted to practice in the United States District Court for the District of Columbia and the United States District Courts for the Eastern and Western Districts of Virginia.

3. I am a member in good standing in the courts listed above.

4. For over eight years, I have practiced primarily within the District of Columbia. Since my admission to practice, I have at all times remained a member in good standing of the District of Columbia bar. I have not been held in contempt of Court, convicted of a crime, censured, disciplined, disbarred or suspended by any Court.

5. During the 2002 calendar year, however, I did not complete timely the mandatory continuing legal education (MCLE) requirements for the Commonwealth of Virginia. As a result, for a brief period in March 2003, I was deemed delinquent and administratively suspended. Within a period of approximately a week, I completed my MCLE requirement and was reinstated. Since that time, I have remained a member in good standing of the Virginia bar.

6. Attached hereto as Exhibit B is a Certificate of Good Standing from the United States District Court for the District of Columbia of which I am a member.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2008

*Matthew A. Campbell*
Matthew A. Campbell
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: 202.282.5000
Facsimile: 202.282.5100