UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The City of New York and Captioned New York Counties v. Abbott Laboratories, Inc., et al.,* | MDL. NO. 1456<br><br>Civil Action No. 01-CV-12257- PBS<br><br>Judge Patti Saris |

**UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM BOEHRINGER INGELHEIM ROXANE LABORATORIES, INC.**

Pursuant to Local Rule 7.1(b)(2), counsel for Plaintiffs hereby respectfully file this Unopposed Motion for an order extending the time until January 25, 2008 for Plaintiffs to file their reply memorandum in further support of their motion to compel discovery from defendant Boehringer Ingelheim Roxane Laboratories, Inc. ("Roxane"). In support of this motion, Plaintiffs state as follows:

1.     Plaintiffs served their motion to compel discovery from Roxane on December 21, 2007. Pursuant to Local Rule 7.1(b)(2), any opposing motion was due within fourteen (14) days of service, or by January 4, 2008. Defendant requested a one-week extension of this deadline, or until January 11, 2008. Plaintiffs agreed but only on the condition defendant would agree to a similar extension in respect of plaintiffs' deadline for any reply. Plaintiffs insisted on this condition because plaintiffs knew that by giving defendant the requested extension, plaintiffs' reply deadline would roll to January 18, 2008. Plaintiffs knew that prior commitments the week

-1-

of January 14, 2008 could interfere substantially with the preparation of any reply by January 18, 2008.

2.      After receipt of Roxane's opposition, the undersigned counsel contacted Lauren O. Casazza, Esq, of Kirkland & Ellis LLP, counsel for defendant Roxane regarding this extension. Consistent entirely with the agreement counsel had struck when defendants requested additional time to oppose this motion, Ms. Casazza indicated that her client would not oppose plaintiffs' request for additional time on reply.

For the above reasons, Plaintiffs respectfully request that this motion be granted. A proposed order is attached hereto.

Dated: January 18, 2008

By:   /s/ Joanne M. Cicala
Joanne M. Cicala
James P. Carroll Jr.
Aaron D. Hovan
KIRBY MCINERNEY LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600

*Counsel for The City of New York and various New York Counties in MDL 1456, except the County of Nassau and County of Orange*

## CERTIFICATE OF SERVICE

    I, Aaron D. Hovan, hereby certify that I caused a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT BOEHRINGER INGELHEIM ROXANE, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: January 18, 2008             /s/ Aaron D. Hovan
                                                      Aaron D. Hovan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The City of New York and Captioned New York Counties v. Abbott Laboratories, Inc., et al.,* | MDL. NO. 1456<br><br>Civil Action No. 01-CV-12257- PBS<br><br>Judge Patti Saris |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the City of New York and Captioned New York Counties shall be granted an extension to January 25, 2008 to file their reply memorandum in further support of plaintiffs' motion to compel discovery from defendant Boehringer Ingelheim Roxane Laboratories, Inc.

Dated: January ____, 2008

_____
Hon. Patti B. Saris
United States District Court Judge