## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### CLASS PLAINTIFFS' AND GLAXOSMITHKLINE DEFENDANTS' JOINT MOTION FOR CERTIFICATION OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Class Plaintiffs and Defendant GlaxoSmithKline ("GSK") hereby move for certification of the Court's previous entry of judgment, related to the settlement between the parties, pursuant to Fed. R. Civ. P. 54(b).

On July 19, 2007, the Court heard oral argument on the parties' request for final approval of the settlement with GSK.  At the final approval hearing the Court overruled the objection of Demra Jordan to the settlement.  On August 7, 2007, for the reasons set forth therein, the Court issued its Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement with the GlaxoSmithKline Defendants, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys Fees, Reimbursement of Litigation Expenses and Compensation to Class Representatives (the "Final Approval Order")(Docket No. 4619).

The parties intended the Final Approval Order to be a final, appealable order despite the existence of claims against the remaining Track 1 and Track 2 defendants in the MDL. However, at the time of the hearing for final approval of the settlement between the parties,

neither party moved for certification pursuant to Fed. R. Civ. P. 54(b) and the proposed order submitted by the parties to the Court failed to address the finality of the requested order under 54(b).

A notice of appeal from the Final Approval Order was filed on August 23, 2007 by Demra Jordan (the "Jordan Appeal").  On January 10, 2008, the United States Court of Appeals for the First Circuit issued an order *sue sponte* to Ms. Jordan to show cause as to why the Jordan Appeal should not be dismissed for lack of jurisdiction on the part of the Court of Appeals, citing the lack of any language in the Final Approval Order that indicates this Court's intention that the Final Approval Order be a final judgment pursuant to 54(b).  A copy of that Order is attached hereto as Exhibit A.

The parties wish to avoid the dismissal of the Jordan Appeal and the procedural delay in having the Jordan Appeal dismissed only to have it refiled at some later date after an order from this Court pursuant to 54(b).  Any delay in the resolution of the Jordan Appeal will delay distribution of the settlement proceeds to thousands of class members, many of whom are, as the Court is well aware, sick and elderly.

"In the situation in which the parties file an appeal prior to the district court's issuance of a Rule 54(b) certificate, but the certificate is issued before the appellate court has an opportunity to dismiss the appeal, most circuits have ruled that the certification is sufficient to validate a premature notice of appeal." Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d §2660; *Clausen v. Sea-3, Inc*., 21 F.3d 1181, 1184-85 (1st Cir., 1994) (Although notice of appeal filed after district court's entry of judgment, but before its certification of judgment as final, was premature because judgment did not dispose of third-party claims, prematurity did not deprive

Court of Appeals of jurisdiction.  Subsequent certification of judgment as final ripened

premature notice of appeal as of date of certification.)

The settlement between the parties resolved all of the claims in the MDL against GSK.

The Final Approval Order was intended to be final and appealable and no party will be

prejudiced by the Court's certification of the Final Approval Order pursuant to 54(b).

Accordingly, the parties jointly request that the Court enter certification of the Final Approval

Order pursuant to Fed.R.Civ.P. 54(b).  A proposed order is filed herewith for the Court's

convenience.


DATED:  January 22, 2008           By____/s/ **Steve W. Berman**_____
                                        Thomas M. Sobol (BBO#471770)
                                        Edward Notargiacomo (BBO#567636)
                                   Hagens Berman Sobol Shapiro LLP
                                   One Main Street, 4th Floor
                                   Cambridge, MA  02142
                                   Telephone: (617) 482-3700
                                   Facsimile: (617) 482-3003

                                   **LIAISON COUNSEL**

                                   Steve W. Berman
                                   Sean R. Matt
                                   Hagens Berman Sobol Shapiro LLP
                                   1301 Fifth Avenue, Suite 2900
                                   Seattle, WA  98101
                                   Telephone: (206) 623-7292
                                   Facsimile: (206) 623-0594

                                   Elizabeth A. Fegan
                                   Hagens Berman Sobol Shapiro LLP
                                   820 North Blvd., Suite B
                                   Oak Park, IL  60302
                                   Telephone: (708) 776-5600
                                   Facsimile: (708) 776-5601

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

DATED:  January 22, 2008          By____**/s/ Frederick G. Herold**_____
                                       Frederick G. Herold
Dechert LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA  94040-149
Telephone: (650) 813-4930
Facsimile: (650) 813-4848

**ATTORNEYS FOR DEFENDANT GSK**

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on January 22, 2008, I caused copies of **CLASS PLAINTIFFS' AND GLAXOSMITHKLINE DEFENDANTS' JOINT MOTION FOR CERTIFICATION OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


                    _/s/ Steve W. Berman_____
                    Steve W. Berman