# EXHIBIT A

# United States Court of Appeals
## For the First Circuit

No. 07-2664

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**ORDER OF COURT**
Entered: January 10, 2008
Pursuant to 1st Cir. R. 27.0(d)

The appellant, Demra Jordan, filed a notice of appeal on August 23, 2007 (D.E. # 4642) from an order entered in civil action No. 01-12257 (D. Mass.) on August 13, 2007 granting approval to a class action settlement with the GlaxoSmithKline defendants (D.E. # 4619). Because claims against other defendants remain pending in the district court, this court does not appear to have jurisdiction to review this appeal absent certification pursuant to Fed. R. Civ. P. 54(b). See 28 U.S.C. §§1291, 1292; cf. Agretti v. ANR Freight Sys., Inc., 982 F.2d 242, 243 (7th Cir. 1992) (jurisdiction to review order approving class action settlement with one of three defendants was based upon the district court's certification of its order as a final judgment pursuant to 54(b)). We do not see where the district court made "an express determination that there is no just reason for delay." Fed. R. Civ. P. 54(b); see also Spiegel v. Trustees of Tufts College, 843 F.2d 38, 42-44(1st Cir. 1988) (discussing the elements of a proper 54(b) certification).

Accordingly, the appellant is ordered either to move for voluntary dismissal of this appeal pursuant to Fed. R. App. P. 42(b), or to show cause, in writing filed by **1/24/08**, why it should not be dismissed for lack of jurisdiction. The failure to take either action will lead to dismissal of the appeal for lack of diligent prosecution. See Loc. R. 3.0(b).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

[cc: all counsel of record]