**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | | |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND**
**TO THE UNITED STATES' MOTION TO COMPEL DEPOSITION DATES**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' motion to compel Abbott to provide deposition dates (Dkt. No. 4984) until January 25, 2008. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1.  The United States filed its motion on January 7, 2008, and the motion raises a variety of issues.

2.  Abbott's response is due on or before January 22, 2008. Additional time is needed due to Abbott's counsel's previously scheduled matters, including depositions in this case, as well as other court hearings and filings.

3.  Abbott has conferred with counsel for the United States, Renee Brooker, to request an extension of time. The parties agree that Abbott shall have until January 25, 2008, to respond to this Motion.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to the United States' motion to compel (Dkt. No. 4984) be enlarged to January 25, 2008.

Dated:  January 22, 2008                    Respectfully submitted,

ABBOTT LABORATORIES INC.

By:  /s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' MOTION TO COMPEL DEPOSITION DATES** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

    /s/ Carol P. Geisler