FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE

DISTRICT OF MASSACHUSETTS 2008 JAN 23 A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(a), notice is hereby given of the appearance of Philip L. Gregory and Joseph C. Wilson, of the law firm of Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, California 94010, on behalf of relator Ven-A-Care of the Florida Keys, Inc. in the above-referenced matter. Certificates of Good Standing from the United States District Court for the Northern District of California and declarations of admission for each of the aforementioned counsel are attached.

DATED: January 18, 2008           Respectfully submitted,

By _____
Philip L. Gregory (pgregory@cpmlegal.com)
Joseph C. Wilson (jwilson@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
*Counsel for Relator Ven-A-Care*