## DECLARATION OF JOSEPH C. WILSON

I, JOSEPH C. WILSON, hereby certify as follows:

1. I am an associate with the law firm of Cotchett, Pitre & McCarthy, which is located at 840 Malcolm Road, Suite 200, Burlingame, California 94010.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| California Supreme Court | June 1, 2007 |
| United States District Court for the Northern District of California | July 11, 2007 |
| United States District Court for the Central District of California | July 6, 2007 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Northern District of California is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on January 16, 2008 at Burlingame, California.

_____
Joseph C. Wilson

2

# Certificate of Good Standing

United States of District Court )
                                ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Joseph E. Wilson, Bar No. 249027** was duly admitted to practice in said Court on **July 11, 2007**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on January 8, 2008

Richard W. Wieking
Clerk