# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | Hon. Patti Saris |

### ABBOTT LABORATORIES, INC.'S AMENDED RESPONSES TO THE UNITED STATES' FIRST SET OF INTERROGATORIES

Defendant Abbott Laboratories, Inc. ("Abbott") amends its responses to Plaintiff, the United States' ("Plaintiff") First Set of Interrogatories ("Interrogatories") as follows:

### AMENDED RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 8:** Identify all of Your employees who were involved in the sales of the Pharmaceuticals identified in the complaint and the dates of their employment by You, including their positions at Abbott and any related organizational charts.

**RESPONSE:** In addition to its General Objections, Abbott objects to this Interrogatory because it is overly broad and unduly burdensome. Abbott further objects to the phrase "involved in the sales" as vague and ambiguous.

Subject to and without waiving its objections, Abbott states that the following individuals worked for some period of time during the Relevant Claim Period in Hospital Products Division ("HPD") Alternate Site Product Sales and were responsible for sales of products including the Subject Drugs. The employment dates provided indicate the entire time that these persons were employed by Abbott, not just the time spent in Alternate Site field sales.

| Last Name | First Name | MI | Start Date | End Date | Final Job Title at Abbott |
|---|---|---|---|---|---|
| Ridge | Jean | M | 9/11/2000 | 7/28/2001 | Infusion Sys Spec |
| Kelly | Dennis | P | 4/23/1990 | 5/1/2004 | Infusion Sys Spec |
| Weiss | Lisa | Ka | 6/16/1986 | 5/1/2004 | Sr Infsn Sys Spec |
| Cannon | Robert | E | 2/24/1997 | 5/1/2004 | Major Acct Executi |
| Greif | Brian | J | 1/19/2004 | 5/1/2004 | Infusion Sys Rep |
| Carey | Amy | M | 1/2/2002 | 4/24/2004 | Infusion Sys Spec |
| Sattin | Tiffany | | 9/11/2000 | 2/1/2003 | Anesthesia Special |
| McGuckin | Tracy | G | 3/29/1993 | 3/21/2004 | Infusion Sys Spec |
| Givens | Kenya | | 11/12/2001 | 5/17/2003 | Infusion Sys Spec |
| Robertshaw | Dawn | | 9/30/2002 | 5/1/2004 | Infusion Sys Spec |
| Zackowski | David | J | 7/29/1996 | 5/1/2004 | Major Acct Executi |
| Lowe | Janet | A | 7/12/1993 | 5/1/2004 | Sr Prod Comp Anlst |
| Davidson | Brian | H | 4/29/2002 | 5/1/2004 | Infusion Sys Rep |
| Gray | Janet | El | 1/3/1989 | 6/21/2001 | Infusion Sys Spec |
| Blackwell | Ronald | L | 2/19/1996 | 5/1/2004 | Infusion Sys Spec |
| Crofoot | Andrew | B | 9/7/1998 | 5/1/2004 | Major Acct Executi |
| Jansen | Meg | E | 2/1/1999 | 5/1/2004 | Sales Trainer |
| Young | Diana | L | 5/4/1992 | 5/1/2004 | Sr Infsn Sys Spec |
| Schindler | David | M | 6/2/1986 | 5/1/2004 | Infusion Sys Spec |
| Szewczyk | Mark | D | 9/7/1998 | 5/1/2004 | Mgr Contract Mktg |
| Glover | Thomas | S | 11/12/1984 | 2/24/2001 | Natl Sales Manager |
| Russert | John | D | 6/18/2001 | 5/1/2004 | Account Mgr |
| Palmer | Laura | M | 10/4/1999 | 5/1/2004 | Infusion Sys Spec |
| Goode | Trudy | A | 1/21/1991 | 5/1/2004 | Mgr Contract Mktg |
| Taty-Montoya | Karen | A | 4/9/2001 | 5/1/2004 | Account Rep |
| Thrawl | Michelle | L | 7/19/1993 | 5/1/2004 | Infusion Sys Spec |
| Satterlee | Robert | T | 5/6/2002 | 5/1/2004 | Infusion Sys Rep |
| Sweeney | Edwin | J | 6/29/1994 | 5/1/2004 | Natnl Acct Mgr Hpd |
| Moore | Scott | A | 3/11/1996 | 4/15/2006 | District Mgr |
| Cadichon | Martine | G | 6/22/1992 | 5/1/2004 | District Manager |
| Mayfield | Clydie | G | 4/29/1985 | 5/1/2004 | Infusion Sys Spec |
| Dawson | Cynthia | A | 7/10/1979 | 5/1/2004 | Product Mgr |
| Harling | David | W | 2/26/1990 | 5/1/2004 | District Manager |
| Loughman | Mary | M | 3/18/1996 | 5/1/2004 | Major Acct Executi |
| Drake | Deborah | L | 2/14/1979 | 5/1/2004 | Infusion Sys Spec |
| Lyjak | Ted | D | 9/16/1996 | 5/1/2004 | Natnl Acct Mgr Hpd |
| Anders | Krista | L | 8/5/1996 | 2/8/2003 | Infusion Sys Spec |
| James | Christopher | W | 8/8/1988 | 5/1/2004 | Infusion Sys Spec |
| Roach | Doris | | 2/24/1997 | 5/1/2004 | Infusion Sys Spec |
| Anderson | Tonita | F | 1/19/2004 | 5/1/2004 | Infusion Sys Spec |
| Connell | Jennifer | L | 5/12/1997 | 5/1/2004 | Infusion Sys Spec |
| Balzer | Jeffrey | F | 8/22/1983 | 5/1/2004 | Natnl Acct Mgr Hpd |
| Beyrami | Jacquelyn | R | 8/11/2003 | 11/17/2006 | Clinical Consultan |
| Kent | Julie | E | 5/15/2000 | 5/1/2004 | Infusion Sys Rep |
| Felgenhauer | Carol | W | 7/31/1995 | 5/1/2004 | Account Mgr |
| Jankowski | Deborah | L | 6/23/1997 | 5/1/2004 | Product Mgr |
| Savage | Marva | J | 5/8/2000 | 5/1/2004 | Infusion Sys Spec |
| Reynolds | Roger | R | 1/30/1984 | 3/8/2002 | Infusion Sys Spec |
| Smith | Catrina | R | 4/3/2000 | 5/1/2004 | Infusion Sys Spec |

| Last Name | First Name | MI | Start Date | End Date | Final Job Title at Abbott |
|---|---|---|---|---|---|
| Coleman | Chandra | D | 5/27/1997 | 5/1/2004 | Infusion Sys Spec |
| Mcgill | John | D | 8/22/1983 | 5/1/2004 | Sr Acct Mgr |
| Studdard | Shawn | M | 5/21/2001 | 9/1/2001 | Infusion Sys Spec |
| Robertson | Michael | C | 9/17/2001 | 10/23/2001 | Infusion Sys Spec |
| Hatfield | Amanda | C | 1/10/2000 | 5/1/2004 | Account Mgr |
| Spiers | Mark | J | 2/5/2001 | 5/1/2004 | Major Acct Executi |
| Smith | Craig | D | 11/3/1986 | 5/1/2004 | Natnl Acct Mgr Hpd |
| Buffington | Karen | | 10/15/2001 | 5/1/2004 | Infusion Sys Spec |
| Haygood | Julie | E | 8/14/2000 | 5/24/2003 | Anesthesia Spclst |
| Rayford | Aaron | | 7/11/1994 | 5/1/2004 | District Manager |
| Hill | Denis | O | 2/5/2001 | 9/6/2003 | Infusion Sys Spec |
| Jessup | Kaye | | 7/19/1990 | 5/1/2004 | Major Acct Executi |
| Beck | Michael | G | 7/11/1989 | 5/1/2004 | District Manager |
| Lozano | Paul | S | 1/20/1997 | 5/1/2004 | Major Acct Executi |
| Sims | John | K | 12/27/1999 | 1/3/2004 | Infusion Sys Spec |
| Genuardi | Frank | P | 4/27/1981 | 5/1/2004 | Sr Infsn Sys Spec |
| Heinrich | Laura | G | 10/15/2001 | 5/10/2003 | Infusion Sys Spec |
| Gilmore | Shannon | S | 2/26/2001 | 5/1/2004 | Account Mgr |
| Bukaty | Kelly | R | 5/4/1992 | 5/1/2004 | Mgr Inside Sales |
| Paulson | Deborah | J | 3/2/1992 | 5/1/2004 | District Manager |
| Buck | Matthew | E | 8/10/1998 | 5/1/2004 | Account Mgr |
| Crosby | Ngoc | | 10/22/2001 | 5/1/2004 | Infusion Sys Spec |
| Haines | Jeani | M | 8/3/1987 | 5/1/2004 | Major Acct Executi |
| Miser | Daryl | E | 5/13/1991 | 5/1/2004 | Major Acct Executi |
| Bishop | Kenneth | A | 6/17/1996 | 6/17/1996 | Sr District Mgr Sp |
| Strassner | Matthew | A | 8/7/2000 | 5/1/2004 | Infusion Sys Spec |
| Ramsey | Michael | L | 6/15/1987 | 5/1/2004 | District Manager |
| Mann | Sherry | L | 6/17/2002 | 4/3/2004 | Infusion Sys Rep |
| Quinby | Shannon | L | 11/26/2001 | 5/1/2004 | Infusion Sys Rep |
| Aldy | Gary | K | 5/12/1997 | 5/1/2004 | Infusion Sys Spec |
| Martinez | Jason | A | 5/3/1999 | 10/3/2001 | Infusion Sys Spec |
| Mcneal | Jomal | L | 5/17/1999 | 5/1/2004 | Pricing Specialist |
| Kenney | Ma'at | K | 5/29/2000 | 5/1/2004 | Infusion Sys Spec |
| Xavier | Melissa | K | 5/7/2001 | 5/1/2004 | Infusion Sys Rep |
| Less | Julie | A | 3/23/1993 | 5/1/2004 | Sr Infsn Sys Spec |
| Ellis | Elena | M | 4/3/2000 | 5/1/2004 | Infusion Sys Rep |
| Steenolsen | Scot | | 4/14/1997 | 5/1/2004 | Infusion Sys Spec |
| Kim | Michelle | | 4/9/1997 | 9/12/2002 | Infusion Sys Spec |
| Siemer | William | S | 6/19/2000 | 12/6/2003 | Infusion Sys Spec |
| Hubka | Alison | N | 1/17/2000 | 1/20/2001 | Infusion Sys Spec |
| Colon | Samuel | E | 6/14/1999 | 5/1/2004 | Major Acct Executi |

**INTERROGATORY NO. 9:** Identify all firms, organizations and/or individuals hired by You to engage in any Congressional or other governmental lobbying or advocacy related to any of Your Pharmaceuticals.

**RESPONSE:** In addition to its General Objections, Abbott objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Abbott further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege and/or work product doctrine.

Subject to and without waiving its objections, Abbott states that the following entities represented Abbott's interests in lobbying Congress with respect to reimbursement issues that might affect the Subject Drugs or their generic equivalents during the Relevant Claim Period:

Capitol Health Group LLC (contacts: Steve Jenning, Layna Peliter)

Greenberg Traurig LLP (contact: Nancy Taylor)

Williams & Jensen PLLC (contact: George Olsen)

National Alliance for Infusion Therapy (contact: Alan Parver)

David Landsidle

**INTERROGATORY NO. 11:** Identify all employees or outside firms, organizations or individuals involved in any lobbying or advocacy efforts on Your behalf related to a) HHS's 1991 Proposed Rule on Medicare reimbursement, b) President Clinton's 1996 proposal to use actual acquisition costs, c) HHS's 1997 proposed rule implementing the Balanced Budget Act of 1997, and d) the DOJ/NAMFCU prices provided to HHS in 2000.

**RESPONSE:** In addition to its General Objections, Abbott objects to this Interrogatory because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Abbott further objects to this Interrogatory to the extent it seeks information that is protected by the attorney-client and/or the work-product doctrine.

Subject to and without waiving its objections, Abbott states that Reed Smith LLP (contact: Gordon Schatz) and Virginia Tobiason were involved in lobbying or advocacy efforts on Abbott's behalf as related to the specified actions.

**INTERROGATORY NO. 12:** Identify all employees, agents or outside firms involved with the determination and/or reporting of the AWP, WAC, Direct Price, List Price, AMP or AMP for Your Pharmaceuticals to the Price Publications or any State Medicaid program.

**RESPONSE:** In addition to its General Objections, Abbott objects to this Interrogatory because it is overly broad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Abbott further objects to the extent this Interrogatory suggests that Abbott determines and/or reports an AWP and to the extent it seeks information outside of Abbott's custody, care and/or control. Abbott further objects to this Interrogatory to the extent it seeks information regarding Abbott's calculation of AMP, which is not at issue in this case and is determined by federal law.

Subject to and without waiving its objections, Abbott states that during the Relevant Claim Period, Abbott made occasional adjustments to the List and Wholesale Acquisition Cost ("WAC") prices for the Subject Drugs.

The following people had input into the adjustments for List and WAC price: Steven W. Braun, Martin Conner, P. James, Karen Smith Koch, Tom G. Moore, Kari Peterson, Larry W. Pitts, Anne Renick, Mark W. Sebree, and James E. Tillery. The List price adjustments were approved by the following people: Patrick B. Keely, Charles T. Mitchell, and Michael W. Sellers. The WAC price adjustments were approved by the following people: Harold L. Adams, Patrick B. Keely, Charles T. Mitchell, and Michael W. Sellers.

Dated:  July 19, 2007

Respectfully submitted,

ABBOTT LABORATORIES, INC.

By: _____

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, a true and correct copy of the foregoing **DEFENDANT ABBOTT LABORATORIES, INC.'S RESPONSES TO THE UNITED STATES' FIRST SET OF INTERROGATORIES** was served upon:

Mark A. Lavine, Esq. **(By email)**
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132

James J. Breen, Esq. **(By email)**
Alison Simon, Esq.
The Breen Law Firm
3350 S. W. 148th Avenue, Suite 110
Miramar, FL 33029

Gejaa T. Gobena, Esq. **(By email)**
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

*Carol P. Geisler*