# EXHIBIT D

# Ford, Rebecca (CIV)

| | |
|---|---|
| **From:** | Ford, Rebecca (CIV) |
| **Sent:** | Thursday, December 20, 2007 6:05 PM |
| **To:** | Jason G. Winchester |
| **Cc:** | Brooker, Renee (CIV); Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); jbreen; Alison Simon; Carol Geisler; Tina Tabacchi |
| **Subject:** | RE: Depositions requested by the U.S. |

Jason,

Thank you for your response to my e-mail of December 18th. I have forwarded to Ann St. Peter-Griffith the potential date you provided for resuming the Klaus deposition, as well as your message regarding attempting to schedule the Klaus and Kreklow depositions close in time on mutually agreeable dates in January. Further, I understand that you are still working on potential date(s) to resume the Tobiason deposition.

With respect to the sales representatives, on Wednesday, December 19th, we received Abbott's supplemental response to the United States' Interrogatory No. 8, requesting the identity of all Abbott employees involved in the sales of pharmaceuticals identified in the Complaint, as well as their positions and dates of employment by Abbott. In that supplemental response to Interrogatory No. 8, Abbott identified 61 members of the sales force who had not previously been identified to the United States. Further, for 45 of those members of the sales force disclosed on December 19th, Abbott has yet to produce copies of their personnel files (despite your representation that all sales force files were produced on or by October 11, 2007). In addition, with respect to Abbott's July 19, 2007 response to Interrogatory No. 8, there are 26 members of the sales force for whom Abbott has not produced personnel files. Please confirm whether personnel files for these approximately 71 members of the Abbott Alternate Site sales force exist, or alternatively, whether they have been lost, discarded, or for some other reason (if so, please specify the reason) are no longer available.

Further, we understand that Abbott is in the process of collecting the working files of the sales force, and we ask that the working files be produced for all members of the sales force whom Abbott has disclosed in response to the United States' Interrogatory No. 8, as well as for those personnel who have not been listed in response to Interrogatory No. 8, but for whom Abbott has produced a personnel file. (By our count, there are approximately 160 individuals who fit into one of these two categories).

Finally, you have yet to provide a single date for a sales force deposition, despite our November 20, 2007 request for dates for depositions of 39 named members of the sales force. As I am sure you are aware, scheduling and taking those depositions between now and March 31st will be challenging and will require timely coordination by both sides. Further, as indicated to you in the December 18, 2007 letter from Ann St. Peter-Griffith, the United States reserves the right to seek to depose each and every additional member of the Alternate Site sales force that Abbott disclosed on December 19th, as well as any other such sales force members disclosed within the enlarged time period for discovery and as permitted by Judge Saris's December 18th Order.

Given the very short time period left in discovery, the United States has no choice but to move by 1/7/08 to compel the sales force personnel files, working files and dates for depositions. Should you wish to discuss this matter before then to seek to resolve this matter without court intervention, please let me know as soon as possible when you may be available to do so.

Sincerely yours,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section

1