# EXHIBIT E



"Ford, Rebecca (CIV)"
<Rebecca.Ford@usdoj.gov>

01/09/2008 10:45 AM

To   "Tina M. Tabacchi" <tmtabacchi@JonesDay.com>

cc   <jgwinchester@jonesday.com>

bcc

Subject   RE: Smith, Lozano & French

History:              ⤵ This message has been forwarded.

Tina,

Mr. French's inclusion on the list of sales reps we requested to depose
was not inadvertent; we do intend to recall Mr. French once Abbott
produces his working files.  As indicated by the French transcript,
Abbott produced few documents related to Mr. French, and apparently none
of his working files.  Additionally, Mr. French testified that he did
not receive a document preservation notice from Abbott related to AWP
litigation.  Accordingly, at Mr. French's deposition, the United States
reserved its right to recall Mr. French once his documents were
produced.

Please advise when Abbott will be producing working files of the sales
reps, as well as the personnel files for approximately 71 members of the
Abbott Alternate Site sales force that remain outstanding.  If any of
those files no longer exist, we reiterate our previous request that for
each such file Abbott identify whether the file has been lost,
discarded, or for some other reason (if so, please specify the reason)
is no longer available.

We are anxious to respond to your proposed deposition dates, however, we
cannot do so until we know when the working files for each member of the
sales force and the personnel files of approximately 71 sales reps will
be produced.

Thanks,

Becky Ford
(202) 514-1511

-----Original Message-----
From: Tina M. Tabacchi [mailto:tmtabacchi@JonesDay.com]
Sent: Wednesday, January 09, 2008 11:18 AM
To: Ford, Rebecca (CIV)
Cc: jgwinchester@jonesday.com
Subject: Fw: Smith, Lozano & French


Becky -- French was a late addition to my email and I did not appreciate
that you were the person who took his previous AWP deposition and that
the
deposition was taken in the DOJ case.  We assume under these
circumstances
that his addition to one of DOJ's latest lists of requested depositions
was
inadvertent, so you can ignore the attached as it relates to Mr. French.

Thanks.

TMT

(Embedde Tina M. Tabacchi

  d image 77 W. Wacker Drive, Chicago, IL 60601-1692 * Direct:
312.269.4081 * Fax:
 moved to 312.782.8585 * tmtabacchi@jonesday.com

    file:

 pic24395

    .gif)

    Jones

      Day


----- Forwarded by Tina M. Tabacchi/JonesDay on 01/09/2008 10:14 AM
-----

|  | Tina M. | |
|--|---------|--|
|  | Tabacchi/JonesDay | |
| To | Extension 54081 | |
|  |  | Rebecca.Ford@usdoj.gov |
| cc |  |  |
|  | 01/08/2008 07:07 | jgwinchester@jonesday.com |
| Subject | PM |  |
|  |  | Smith, Lozano & French |


Becky --

In response to DOJ's request to depose Craig Smith, Paul Lozano and Eric

French, we wanted to call your attention to the following transcripts of
their depositions taken in other AWP cases, which I understand are included
in Abbott's previous document productions to you.  As you know, many Abbott
witnesses have been deposed repeatedly in these cases and while we have
permitted DOJ to take duplicative depositions of other witnesses, in light
of the number of depositions noticed by DOJ to be completed before March 31
and the imposition on these individuals to submit to another deposition, we
would request that DOJ first review these transcripts and advise us if
there are areas of questioning DOJ believes were not sufficiently covered
by other plaintiffs' counsel (and in the instance of Mr. Smith, DOJ's
co-counsel for the Relator in this case).  If DOJ is willing to accept
these transcripts in lieu of another deposition, we will work with you on a
stipulation that will allow DOJ to treat them for evidentiary purposes as
if taken in the DOJ case.  Thank you for your consideration.

(See attached file: Deposition of Craig Smith dated 7.12.05.pdf)(See
attached file: Lozano, Paul - Deposition dated 1.12.07
(condensed).PDF)(See
attached file: Smith, Craig - Dep dated 1.11.07 (condensed version).pdf)

(See attached file: French, Eric - Dep dated 9-26-07 (condensed
version).pdf)


TMT


==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========