# EXHIBIT F



"Ford, Rebecca (CIV)"
<Rebecca.Ford@usdoj.gov>

01/04/2008 05:17 PM

To "Tina M. Tabacchi" <tmtabacchi@JonesDay.com>
cc
bcc
Subject RE: Deposition Dates for Goode and Lucas

Tina,

I just returned your call.  Per my message, if you are still in the
office and we can discuss these issues today, please call me.
Alternatively, I would appreciate it if we could make time to speak on
Monday morning.  I can be available anytime that morning except
10:00-11:00 a.m. EST.

Thanks,

Becky
(202) 514-1511

-----Original Message-----
From: Tina M. Tabacchi [mailto:tmtabacchi@JonesDay.com]
Sent: Friday, January 04, 2008 4:28 PM
To: Ford, Rebecca (CIV)
Subject: Deposition Dates for Goode and Lucas


Becky --

I tried to call you this afternoon to talk about the logistics for
providing you with deposition dates.  Please feel free to let me know if
you have suggestions/preferences or there is another person you have
assigned to coordinate this (and I will confess that I am looking for
that
opportunity myself).  For now, we will provide you dates as soon as we
have
them on a rolling basis.  We are making an effort to group together
witnesses in the same location, where possible.  It would also be
helpful
to know if there are witnesses you expect can be completed in less than
a
full day for us to know and we can try to schedule two in one day to
expedite the process and reduce travel for all.  We would appreciate it
if
you could let us know as soon as possible whether you wish to confirm a
date or there is a conflict so that we can let the witness know/use the
date for another witness if feasible.  Thanks.   TMT

Trudi Lauer Goode        Wednesday, January 16                    Jones
Day, Chicago

Doris Roach-Lucas        Thursday, January 31                     Baker
&
Daniels LLP
                                                                  600 E.
96th Street, Suite 600

Indianapolis, IN 46240

(Embedded image moved to file: pic18626.gif)

Tina M. Tabacchi
77 W. Wacker Drive, Chicago, IL 60601-1692 * Direct: 312.269.4081 * Fax: 312.782.8585 * tmtabacchi@jonesday.com
Jones Day

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records
can be corrected.
==========



Tina M. Tabacchi/JonesDay
Extension 54081

01/08/2008 07:05 PM

To Rebecca.Ford@usdoj.gov
cc jgwinchester@jonesday.com
bcc
Subject Additional Deposition Dates for Alternate Site Personnel

Becky --

We can offer the following additional dates for depositions of the Alternate Site Sales Personnel DOJ has requested:

| | | |
|---|---|---|
| John Moran | January 22 or 23 | Las Vegas, NV (TBD) |
| Frank Genuardi | January 23 or 24 | Houston, TX (Jones Day) |
| Kaye Jessup | January 30 | Dallas, TX (Jones Day) |
| Jeani Lee Haines | January 30 | Nashville, TN (TBD) |
| Molly Loughman | February 15 | Columbia, SC (TBD) |
| Harold Harsh | February 19 | Pittsburgh, PA (Jones Day) |
| Deborah Drake | February 19 | San Francisco, CA (Jones Day) |
| Mike Ramsey | February 27 | Kansas City, MO (TBD) |
| Daryl Miser | February 28 | Kansas City, MO (TBD) |
| Martine Bance-Cadichon | March 20 | Chicago, IL (Jones Day) |

Please let us know by COB tomorrow if you wish to confirm the previously offered date of January 16 for Trudi Goode (Chicago) and at your earliest convenience whether you wish to confirm the previously offered date of January 31 for Doris Roach-Lucas (Indianapolis).

We again invite your suggestions on ways to streamline this process (e.g. scheduling shorter depositions/more than one deposition per day, etc.).

TMT



**Tina M. Tabacchi**

77 W. Wacker Drive, Chicago, IL 60601-1692 • **Direct:** 312.269.4081 • **Fax:** 312.782.8585 •
tmtabacchi@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



Tina M. Tabacchi/JonesDay
Extension 54081

01/10/2008 05:08 PM

To  Rebecca.Ford@usdoj.gov
cc  jgwinchester@jonesday.com
bcc
Subject  Fw: Additional Deposition Dates for Alternate Site Personnel

Becky --

We can offer the following additional dates for depositions of the Alternate Site Sales Personnel DOJ has requested:

Dave Zackowski          February 21          Charlottesville, VA

I understand that you plan to send me an email confirming a number of dates we have offered. To the extent that we have been able to secure a location for a deposition in a City where we do not have an office, we will let you know.

Per our discussion today, we will request an alternative date for Ms. Goode. We understand that DOJ does not intend to proceed with her deposition next week.

Finally, as we discussed today, we have not been able to speak with Lisa Kassek-Weiss because she is on family medical leave.

TMT



**Tina M. Tabacchi**

77 W. Wacker Drive, Chicago, IL 60601-1692 • **Direct**: 312.269.4081 • **Fax**: 312.782.8585 • tmtabacchi@jonesday.com

----- Forwarded by Tina M. Tabacchi/JonesDay on 01/10/2008 01:18 PM -----



Tina M. Tabacchi/JonesDay
Extension 54081

01/08/2008 07:05 PM

To  Rebecca.Ford@usdoj.gov
cc  jgwinchester@jonesday.com
Subject  Additional Deposition Dates for Alternate Site Personnel

Becky --

We can offer the following additional dates for depositions of the Alternate Site Sales Personnel DOJ has requested:

| Name | Date | Location |
|---|---|---|
| John Moran | January 22 or 23 | Las Vegas, NV (TBD) |
| Frank Genuardi | January 23 or 24 | Houston, TX (Jones Day) |
| Kaye Jessup | January 30 | Dallas, TX (Jones Day) |
| Jeani Lee Haines | January 30 | Nashville, TN (TBD) |
| Molly Loughman | February 15 | Columbia, SC (TBD) |
| Harold Harsh | February 19 | Pittsburgh, PA (Jones Day) |
| Deborah Drake | February 19 | San Francisco, CA (Jones Day) |
| Mike Ramsey | February 27 | Kansas City, MO (TBD) |
| Daryl Miser | February 28 | Kansas City, MO (TBD) |

| | | |
|---|---|---|
| Martine Bance-Cadichon | March 20 | Chicago, IL (Jones Day) |

Please let us know by COB tomorrow if you wish to confirm the previously offered date of January 16 for Trudi Goode (Chicago) and at your earliest convenience whether you wish to confirm the previously offered date of January 31 for Doris Roach-Lucas (Indianapolis).

We again invite your suggestions on ways to streamline this process (e.g. scheduling shorter depositions/more than one deposition per day, etc.).

TMT

 **Tina M. Tabacchi**

77 W. Wacker Drive, Chicago, IL 60601-1692 • **Direct**: 312.269.4081 • **Fax**: 312.782.8585 • tmtabacchi@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



| | Tina M. Tabacchi/JonesDay<br>Extension 54081<br><br>01/25/2008 01:11 PM | To | Rebecca.Ford@usdoj.gov |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | Updated Deposition Chart |

*Becky -- I left you a voicemail a bit ago.  I have attached an updated chart reflecting additional information/dates/witnesses.  We have provided dates for all current Hospira employees with the exception of Paul Lozano (who has previously been deposed/we are waiting to hear from) and Lisa Kassak-Weiss who is on FML.*
*We have provided you dates for those former Hospira employees we have been able to locate and contact, and continue our efforts to locate and contact the remaining former Hospira employees.  Thanks.  TMT*

*PS  I have also attached the chart in pdf format in case that is easier for you.*

| Witness | Proposed Date | DOJ Accept | Abbott Confirm | Location | Contacts | N |
|---|---|---|---|---|---|---|
| John Moran | 1/23/08 | Yes | Confirmed | **Las Vegas, NV**<br>USAO<br>333 Las Vegas Blvd. South<br>Suite 5000<br>Las Vegas, NV | JD:  Mark Demonte<br>mdemonte@jonesday.com<br>DOJ: | |
| Kaye Jessup | 1/30/08 | Yes | Confirmed | **Dallas, TX**<br>Jones Day | JD:  Gary Lewis<br>gllewis@georgeandbrothers.com<br>DOJ: | |
| Jeani Lee Haines | 1/30/08 | Yes | Confirmed | **Nashville, TN**<br>Bass, Berry & Sims<br>315 Deaderick Street<br>Suite 2700<br>Nashville, TN | JD:  Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Doris Roach-Lucas | 1/31/08 | Yes | Confirmed | **Indianapolis, IN**<br>Baker & Daniels | JD:  Mark Demonte<br>mdemonte@jonesday.com<br>DOJ: | |
| Angeline Massaro | 2/07/08 | Pending | Pending | **Washington, DC**<br>Jones Day | JD:<br>DOJ: | No |
| Frank Genuardi | 2/13/08** | Pending | Pending | **Houston, TX**<br>Jones Day | JD:  Gary Lewis<br>gllewis@georgeandbrothers.com<br>DOJ: | ** |
| Aaron Rayford | 2/13/08 | Yes | Confirmed | **Atlanta, GA**<br>Jones Day | JD:  Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Craig Smith | 2/13/08** | Pending | Pending | **Houston, TX**<br>Jones Day | | **<br>co<br>If<br>an<br>(p |
| Molly Loughman | 2/15/08 | Yes | Confirmed | **Columbia, SC**<br>Haynsworth Sinker Boyd 1201 Main Street<br>22nd Floor<br>Columbia, SC | JD:  Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Harold Harsh | 2/19/08 | Yes | Confirmed | **Pittsburgh, PA**<br>Jones Day | JD:  Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |

| Name | Date | | Status | Location | Contact | Notes |
|---|---|---|---|---|---|---|
| Deborah Drake | 2/19/08 | Yes | Confirmed | **San Francisco, CA**<br>Jones Day | JD: Jeremy Cole<br>jpcole@jonesday.com<br>DOJ: | |
| Dave Zackowski | 2/21/08 | Yes | Confirmed | **Charlottesville, VA**<br>TBD | JD: Carol Geisler<br>cgeisler@jonesday.com<br>DOJ: | |
| John "Doug" McGill | 2/27/08 | Pending | Pending | **Atlanta, GA**<br>Jones Day | JD:<br>DOJ: | |
| Mike Ramsey | 2/27/08 | Yes | Confirmed | **Kansas City, MO**<br>Shook, Hardy & Bacon<br>2555 Grand Boulevard<br>Kansas City, MO | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Daryl Miser | 2/28/08 | Yes | Confirmed | **Kansas City, MO**<br>Shook, Hardy & Bacon<br>2555 Grand Boulevard<br>Kansas City, MO | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Mark Szewczyk | 3/4/08* | Pending | Pending | **Massillon OH Area**<br>Location TBD, Host Firm | | Ne<br>*A<br>lin<br>Be |
| Matt Strassner | 3/05/08 | Yes | Confirmed | **Chicago, IL**<br>Jones Day | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Trudi Lauer Goode | 3/07/08 | Yes | Confirmed | **Chicago, IL**<br>Jones Day | JD: Carol Geisler<br>cgeisler@jonesday.com<br>DOJ: | |
| Dennis Kelly | 3/07/08 | Yes | Confirmed | **Hartford, CT**<br>Shipman & Goodwin<br>One Constitution Plaza<br>Hartford, CT | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | |
| Ron Blackwell | 3/18/08 | Pending | Pending | **Raleigh, NC**<br>Smith Moore<br>2800 Two Hannover Square<br>Raleigh, NC | JD: Jeremy Cole<br>jpcole@jonesday.com<br>DOJ: | N |
| Gary "Keith" Aldy | 3/19/08 | Pending | Pending | **Folsom/Sacramento, CA**<br>Location TBD, Host Firm | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | N |
| Martine Bance-Cadichon | 3/20/08 | Yes | Confirmed | **Chicago, IL**<br>Jones Day | JD:<br>DOJ: | |
| Scot Steenolson | 3/21/08 | Pending | Pending | **Los Angeles, CA**<br>Jones Day | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | N<br>Da<br>wi |
| Jomal McNeal | **3/26/08** | Pending | Pending | **Los Angeles, CA**<br>Jones Day | JD: Jeremy Cole<br>jpcole@jonesday.com<br>DOJ: | |
| Diana Young | 3/28/08 | Pending | Pending | **Detroit, MI**<br>Location TBD, Host Firm | JD: Gabe Scannapieco<br>gscannapieco@jonesday.com<br>DOJ: | N |
| Julie Less | Pending | Pending | Pending | **San Diego, CA**<br>Jones Day | JD: Jeremy Cole<br>jpcole@jonesday.com<br>DOJ: | N<br>T<br>C<br>L |
| *Michael Flynn* | | | | | | *F<br>c<br>a<br>e* |
| *Lisa Kassek-Weiss* | | | | | | *W* |

| *Deborah Paulson* | | | | | | W... |
| | | | | | | an... |
| | | | | | | we... |



 **Tina M. Tabacchi**

77 W. Wacker Drive, Chicago, IL 60601-1692 • **Direct**: 312.269.4081 • **Fax**: 312.782.8585 •
tmtabacchi@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========