# EXHIBIT H

## CERTIFICATE OF SEARCH

I _____*AARON RAYFORD*_____
*(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control. I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☑ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: *Aaron Rayfred*
*(signature)*

TITLE: *Divisional Manager*

DEPT: *Field Sales*

DATE: *1/4/08*

**CHAIN OF CUSTODY – DOCUMENT ACQUISITION RECORD**

<u>To be filled out by Employee</u>

| General Information | |
|---|---|
| Name: | *Agran  Rayford* |
| Date: | *1/4/08* |
| Territory Number (*if Applicable*): | *AHK29* |

| Document Information (*to be filled out by employee*) | |
|---|---|
| Type / Volume of Documents received:  (list volume in space provided – for paper documents and print outs please indicate whether the number is in approximate pages or number of actual boxes): | ☐ Paper Print Outs _____; ☐ CDS ____; ☐ DVDs ____; <br><br> ☐ Floppy Disc _____; ☐ Video _____; ☐ Binders ____; <br><br> ☐ Books _____; ☐ Posters / Flyers _____; <br> ☐ Other: _____ |

SENDER STOP HERE – REMAINDER FOR OFFICIAL USE ONLY

<u>Remainder To be filled out by Recipient of Documents</u>

| Acquisition Information (*to be filled out by Recipient of Documents*) | |
|---|---|
| Acquired By: | ☐ Abbott ☐ Hospira ☐ Other: |
| Date of Acquisition: | |
| Acquisition Method: | ☐ Receipt by Federal Express tracking # _____ _____ <br> ☐ Hand Delivery by _____ __ <br> ☐ Other: _____ |
| Type / Volume of Documents received:  (list volume in space provided – for paper print outs please indicate whether the number is in approximate pages or actual boxes): | ☐ Paper Print Outs _____; ☐ CDS ____; ☐ DVDs ____; <br> ☐ Floppy Disc _____; ☐ Video _____; ☐ Binders ____; <br> ☐ Books _____; ☐ Posters / Flyers _____; <br> ☐ Other: _____ |

## CERTIFICATE OF SEARCH

I _Michael L. Ramsey_
(Print Name)

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control. I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☑ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _Michael L. Ramsey_
(signature)

TITLE: _Divisional Manager_

DEPT: _Field Sales_

DATE: _12-13-07_

H:\My documents\DOJ\Draft Memo to Sales for Document Collection AWP for Hospira Review R11-21-07 redline.doc

## CERTIFICATE OF SEARCH

I _Doug McCall_
*(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control. I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☐ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☒ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _Doug McCall_
*(signature)*

TITLE: _S. Acct Executive_

DEPT: _Hospira_

DATE: _12-13-2007_

*These were sent to Abbott (originals — copied & returned forms) 9/05 & 3/06. I have no new documents to send.*

H:\My documents\DOJ\Draft Memo to Sales for Document Collection AWP for Hospira Review R11-21-07 redline.doc

_Doug McCall_ 12/13/2007

**CHAIN OF CUSTODY – DOCUMENT ACQUISITION RECORD**

<u>To be filled out by Employee</u>

| General Information | |
|---|---|
| Name: | *Dolley McGill* |
| Date: | *12/13/2007* |
| Territory Number (if Applicable): | *PLB05* |

| Document Information (to be filled out by employee) | |
|---|---|
| Type / Volume of Documents received:  (list volume in space provided – for paper documents and print outs please indicate whether the number is in approximate pages or number of actual boxes): | ☒ Paper Print Outs _____ ; ☐ CDS _____ ; ☐ DVDs _____ ;<br><br>☐ Floppy Disc _____ ; ☐ Video _____ ; ☐ Binders _____ ;<br><br>☐ Books _____ ; ☐ Posters / Flyers _____ ;<br>☐ Other: _____<br>*See note on cover page* |

<u>Remainder To be filled out by Recipient of Documents</u>

| Acquisition Information (to be filled out by Recipient of Documents) | |
|---|---|
| Acquired By: | ☐ Abbott  ☐ Hospira ☐ Other: |
| Date of Acquisition: | |
| Acquisition Method: | ☐ Receipt by Federal Express tracking # _____ _____<br>☐ Hand Delivery by _____ __<br>☐ Other: _____ |
| Type / Volume of Documents received:  (list volume in space provided – for paper print outs please indicate whether the number is in approximate pages or actual boxes): | ☐ Paper Print Outs _____ ; ☐ CDS _____ ; ☐ DVDs _____ ;<br>☐ Floppy Disc _____ ; ☐ Video _____ ; ☐ Binders _____ ;<br>☐ Books _____ ; ☐ Posters / Flyers _____ ;<br>☐ Other: _____ |

| Notes |
|---|
|  |
|  |
|  |
|  |
|  |

**Change/Chain of Custody Log** (*all transfers of this item will be recorded below*)

| Purpose of Change of Custody | Method of Transfer<br><br>Tracking Number | Date Released<br><br>Name/Signature | Date Received<br><br>Name/Signature |
|---|---|---|---|
| Remarks/Notes1 |  |  |  |
| Remarks/Notes2 |  |  |  |
| Remarks/Notes3 |  |  |  |
| Remarks/Notes4 |  |  |  |
| Remarks/Notes5 |  |  |  |
| Remarks/Notes6 |  |  |  |

| Final Document Disposition |
|---|
| Release to Owner/Client/Other:  (Name) |
| Destroyed By: |
| Destroyed Date: |

| Final Disposition Authority |
|---|
| Items on this document described as pertaining to an investigation at/with/on behalf of (is) (are) no longer required as Evidence and may be disposed of as indicated above. |
|  |
| (Type/Printed Name/Title)                    (Signature)                (Date) |

| Witness of Destruction of Documents |
|---|
| The item(s) identified/described in the above section (was) (were) destroyed in my presence by (method) |
|  |
| (Type/Printed Name/Title)                    (Signature)                (Date) |

## CERTIFICATE OF SEARCH

I    Angeline Iwan Massaro
_____
*(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control.  I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☒ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _Angeline Massaro_
_____
*(signature)*

TITLE: _____

DEPT: _____

DATE: _12/14/07_
_____

## CERTIFICATE OF SEARCH

I   _Frank Genuardi_

(Print Name)

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control. I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☑ I DO NOT Possess Responsive Documents (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ I DO Posses Responsive Documents (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _Frank Genuardi_
(signature)

TITLE: _Sr. Account Mgr._

DEPT: _ASPS_

DATE: _12/26/07_

H:\My documents\DOA\Draft Memo to Sales for Document Collection AWP for Hospira Review R11-21-07 redline.doc

**CHAIN OF CUSTODY – DOCUMENT ACQUISITION RECORD**

**To be filled out by Employee**

| General Information | |
|---|---|
| Name: *Frank Genuardi* | |
| Date: *12/26/07* | |
| Territory Number (*If Applicable*): *AHL-05* | |

| Document Information (*to be filled out by employee*) | |
|---|---|
| Type / Volume of Documents received: (list volume in space provided – for paper documents and print outs please indicate whether the number is in approximate pages or number of actual boxes): | ☐ Paper Print Outs ___*0*___ ; ☐ CDS __*0*__ ; ☐ DVDs __*0*__ ; <br><br>☐ Floppy Disc __*0*__ ; ☐ Video __*0*__ ; ☐ Binders __*0*__ ; <br><br>☐ Books __*0*__ ; ☐ Posters / Flyers ___*0*___ ; <br><br>☐ Other: ___*0*___ |

SENDER STOP HERE – REMAINDER FOR OFFICIAL USE ONLY

**Remainder To be filled out by Recipient of Documents**

| Acquisition Information (*to be filled out by Recipient of Documents*) | |
|---|---|
| Acquired By: | ☐ Abbott ☐ Hospira ☐ Other: |
| Date of Acquisition: | |
| Acquisition Method: | ☐ Receipt by Federal Express tracking # _____ _____ <br><br>☐ Hand Delivery by _____ __ <br><br>☐ Other: _____ |
| Type / Volume of Documents received: (list volume in space provided – for paper print outs please indicate whether the number is in approximate pages or actual boxes): | ☐ Paper Print Outs _____ ; ☐ CDS ____ ; ☐ DVDs ____ ; <br><br>☐ Floppy Disc _____ ; ☐ Video ____ ; ☐ Binders ____ ; <br><br>☐ Books _____ ; ☐ Posters / Flyers _____ ; <br><br>☐ Other: _____ |

| Notes |
|---|
| |
| |
| |
| |
| |

| Change/Chain of Custody Log (all transfers of this item will be recorded below) | | | |
|---|---|---|---|
| Purpose of Change of Custody | Method of Transfer | Date Released | Date Received |
| | Tracking Number | Name/Signature | Name/Signature |
| Remarks/Notes1 | | | |
| Remarks/Notes2 | | | |
| Remarks/Notes3 | | | |
| Remarks/Notes4 | | | |
| Remarks/Notes5 | | | |
| Remarks/Notes6 | | | |

| Final Document Disposition |
|---|
| Release to Owner/Client/Other:  (Name) |
| Destroyed By: |
| Destroyed Date: |

**Final Disposition Authority**

Items on this document described as pertaining to an investigation at/with/on behalf of (is) (are) no longer required as Evidence and may be disposed of as indicated above.

| (Type/Printed Name/Title) | (Signature) | (Date) |
|---|---|---|

**Witness of Destruction of Documents**

The item(s) identified/described in the above section (was) (were) destroyed in my presence by (method)

| (Type/Printed Name/Title) | (Signature) | (Date) |
|---|---|---|

# ABBOTT LABORATORIES
## AWP Litigation

## SOURCE
## (Sales Rep Name):

Frank Genuardi

## LOCATION
## (Field Location):

Houston, Texas

Box _____ of _____

## Documents (Circle one):
## Pre 4/30/04
## Post 5/1/04

H:\My documents\DOJ\Draft Memo to Sales for Document Collection AWP for Hospira Review R11-21-07 redline.doc

**CERTIFICATE OF SEARCH**

I _Matthew Strassner_

*(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control.   I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☑ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _____

*(signature)*

TITLE: _National Account Manager_

DEPT: _PA 83_

DATE: _12/20/07_

**CHAIN OF CUSTODY – DOCUMENT ACQUISITION RECORD**

### To be filled out by Employee

| General Information | |
|---|---|
| Name: | |
| Date: | |
| Territory Number (*If Applicable*): | |

| Document Information (*to be filled out by employee*) | |
|---|---|
| Type / Volume of Documents received:  (list volume in space provided – for paper documents and print outs please indicate whether the number is in approximate pages or number of actual boxes): | ☐ Paper Print Outs _____;  ☐ CDS ____;  ☐ DVDs ____;<br><br>☐ Floppy Disc _____;  ☐ Video _____;  ☐ Binders ____;<br><br>☐ Books _____;  ☐ Posters / Flyers _____;<br><br>☐ Other: _____ |

# SENDER STOP HERE – REMAINDER FOR OFFICIAL USE ONLY

### Remainder To be filled out by Recipient of Documents

| Acquisition Information (*to be filled out by Recipient of Documents*) | |
|---|---|
| Acquired By: | ☐ Abbott  ☐ Hospira ☐ Other: |
| Date of Acquisition: | |
| Acquisition Method: | ☐ Receipt by Federal Express tracking # _____ _____<br><br>☐ Hand Delivery by _____ __<br><br>☐ Other: _____ |
| Type / Volume of Documents received:  (list volume in space provided – for paper print outs please indicate whether the number is in approximate pages or actual boxes): | ☐ Paper Print Outs _____;  ☐ CDS ____;  ☐ DVDs ____;<br>☐ Floppy Disc _____;  ☐ Video _____;  ☐ Binders ____;<br>☐ Books _____;  ☐ Posters / Flyers _____;<br>☐ Other: _____ |

**Notes**

**Change/Chain of Custody Log** (all transfers of this item will be recorded below)

| Purpose of Change of Custody | Method of Transfer Tracking Number | Date Released Name/Signature | Date Received Name/Signature |
|---|---|---|---|
| Remarks/Notes1 | | | |
| Remarks/Notes2 | | | |
| Remarks/Notes3 | | | |
| Remarks/Notes4 | | | |
| Remarks/Notes5 | | | |
| Remarks/Notes6 | | | |

**Final Document Disposition**

Release to Owner/Client/Other:  (Name)

Destroyed By:

Destroyed Date:

**Final Disposition Authority**

Items on this document described as pertaining to an investigation at/with/on behalf of (is) (are) no longer required as Evidence and may be disposed of as indicated above.

| (Type/Printed Name/Title) | (Signature) | (Date) |

**Witness of Destruction of Documents**

The item(s) identified/described in the above section (was) (were) destroyed in my presence by (method)

| (Type/Printed Name/Title) | (Signature) | (Date) |

## CERTIFICATE OF SEARCH

I _DAVID  ZACKOWSKI_____
                      *(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control.   I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☒ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _____
                      *(signature)*

TITLE: _SR. ACCOUNT EXECUTIVE_

DEPT: _PA 85_____

DATE: _12/21/07_____

rec'd 12/26/07

# ABBOTT LABORATORIES
# AWP Litigation

# SOURCE
# (Sales Rep Name):

# LOCATION
# (Field Location):

**Box _____ of _____**

# Documents (Circle one):
# Pre 4/30/04
# Post 5/1/04

DEC 2 6 2007

**CERTIFICATE OF SEARCH**

I _____Dennis Kelly_____

*(Print Name)*

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the Instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control.   I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☒ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: _____Dennis P. Kelly_____
*(signature)*

TITLE: _____Account Manager_____

DEPT: _____Alternate Site_____

DATE: _____1-10-08_____

# ABBOTT LABORATORIES
## AWP Litigation

## SOURCE
## (Sales Rep Name):

*Dennis Kelly*

## LOCATION
## (Field Location):

*Alternate Site – Ct.*

**Box** __O__ **of** ___O___

## Documents (Circle one):
## Pre 4/30/04
## Post 5/1/04

## CERTIFICATE OF SEARCH

*Doris Lucas Roach*

**(Print Name)**

personally have searched for the AWP Litigation related documents in my possession and control, wherever they may be located in accordance with the instructions provided to me.

By marking one of the boxes below, I certify either that I have no AWP Litigation related documents in my possession and control or that the documents identified by me in the attached Chain of Custody are all AWP related documents in my possession and control. I certify that I did not purposefully hold back, alter, destroy or discard any documents and no one instructed me to hold back, alter, destroy or discard any documents.

☒ **I DO NOT Possess Responsive Documents** (if this box is checked, please sign the signature block directly below, and forward this certificate and your blank chain of custody form to the collection center at the address appearing in the instructions.

☐ **I DO Posses Responsive Documents** (if this box is checked, please sign below then proceed to the Chain of Custody document and include with the material sent).

NAME: *Doris L. Roach*
**(signature)**

TITLE: *Sales Representative*

DEPT: *Field Sales*

DATE: *12/20/07*

H:\My documents\DOJ\Draft Memo to Sales for Document Collection AWP for Hospira Review R11-21-07 redline.doc

## CHAIN OF CUSTODY – DOCUMENT ACQUISITION RECORD

### To be filled out by Employee

| General Information |
|---|
| Name: |
| Date: |
| Territory Number (*If Applicable*): |

| Document Information (*to be filled out by employee*) | |
|---|---|
| Type / Volume of Documents received:  (list volume in space provided – for paper documents and print outs please indicate whether the number is in approximate pages or number of actual boxes): | ☐ Paper Print Outs _____; ☐ CDS _____; ☐ DVDs _____; <br><br> ☐ Floppy Disc _____; ☐ Video _____; ☐ Binders _____; <br><br> ☐ Books _____; ☐ Posters / Flyers _____; <br> ☐ Other: _____ |

### Remainder To be filled out by Recipient of Documents

| Acquisition Information (*to be filled out by Recipient of Documents*) | |
|---|---|
| Acquired By: | ☐ Abbott  ☐ Hospira  ☐ Other: |
| Date of Acquisition: | |
| Acquisition Method: | ☐ Receipt by Federal Express tracking # _____ _____ <br> ☐ Hand Delivery by _____ ___ <br> ☐ Other: _____ |
| Type / Volume of Documents received:  (list volume in space provided – for paper print outs please indicate whether the number is in approximate pages or actual boxes): | ☐ Paper Print Outs _____; ☐ CDS _____; ☐ DVDs _____; <br> ☐ Floppy Disc _____; ☐ Video _____; ☐ Binders _____; <br> ☐ Books _____; ☐ Posters / Flyers _____; <br> ☐ Other: _____ |