UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) ) ) | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

## MOTION FOR ADMISSION OF DOUGLAS E. JULIE, MICHAEL J. MALONEY, BRENDAN CYR & LISA KHANDHAR *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Douglas E. Julie, Michael J. Maloney, Brendan Cyr, and Lisa Khandhar be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Dey, Inc., Dey L.P., and Dey L.P., Inc. The undersigned counsel states as follows:

1. Mr. Julie, Mr. Maloney, Mr. Cyr, and Ms. Khandhar are attorneys with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declarations of counsel, attached hereto as Exhibits A - D, certify that these attorneys have met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $200.00 is being forwarded simultaneously with this motion for these attorneys' respective admissions *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Douglas E. Julie, Michael J. Maloney, Brendan Cyr, and Lisa Khandhar *pro hac vice*.

Dated: January 28, 2008

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Paul F. Doyle (BBO # 133460)

101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7786
Facsimile: (212) 808-7897

Attorneys for Dey, Inc., Dey L.P. and
Dey L.P., Inc.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 28, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Paul F. Doyle