## EXHIBIT B:  DECLARATION OF MICHAEL J. MALONEY

I, Michael J. Maloney, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts, United States Courts of Appeals, and state courts on the dates indicated below:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 3/23/2006 |
| United States District Court for the Southern District of New York | 9/25/2007 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on January 24, 2008.

By: _____
Michael J. Maloney

SDNY CH 97 Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

___ MICHAEL JAMES MALONEY ___, Bar # _____ MM5720 _____

was duly admitted to practice in this Court on

___ SEPTEMBER 25TH, 2007 ___, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York            on      JANUARY 24TH, 2008

___ J. MICHAEL MCMAHON ___
            Clerk                                    _____
                                                       Deputy Clerk

SDNY CH 97 Certificate of Good Standing