## EXHIBIT D: DECLARATION OF LISA KHANDHAR

I, Lisa Khandhar, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following state court on the date indicated:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 06/05/06 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the Appellate Division of the Supreme Court of the State of New York First Judicial Department is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on January 24, 2008.

By: _____
Lisa Khandhar

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LISA R. KHANDHAR

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 5th day of June, 2006 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 24, 2008

_____
Clerk of the Court

1213