IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

### AFFIDAVIT OF DONALD E. HAVILAND, JR., IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR INJUNCTION AGAINST ROBERT J. SWANSTON AND DONALD E. HAVILAND FROM PURSUING OVERLAPPING CLAIMS AND DEFENDANTS IN *SWANSTON V. TAP PHARMACEUTICAL PRODUCTS, INC., ET. AL.*

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

1. I am the managing partner of the Haviland Law Firm, LLC ("HLF"), counsel for the consumer plaintiffs in this matter. I am submitting this Affidavit in support of the Memorandum in Opposition to Defendants' Motion for Injunction Against Robert J. Swanston and Donald E. Haviland From Pursuing Overlapping Claims and Defendants in *Swanston v. TAP Pharmaceutical Products, Inc., et al.*, and without waiver of the limited appearance sought to represent my client, Mr. Swanston.

2. I hereby attest that the facts set forth in the Memorandum are true and correct to the best of my knowledge, information and belief. If called to testify as to the same, I would so testify. In addition, there is additional documentary support

1

for such facts that I would be prepared to submit to the Court forthwith, upon request for the same.

3. Attached as Exhibits hereto are true and correct copies of the following documents:

| Exhibit "A" | Motion to Dismiss Without Prejudice Certain Claims and Defendants filed in *Swanston* case |
| Exhibit "B" | International Union of Operating Engineers, Local 68, Welfare Fund Complaint filed June 30, 2003 |
| Exhibit "C" | Case Management Order No. 3 in *Local 68* case and the Report of Special Master Bassler as to CMO 3 |
| Exhibit "D" | *Swanston v. TAP Pharmaceutical Products Inc., et. al.* Second Amended Complaint filed December 20, 2002 |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 31st day of January, 2008.

By: _____
Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Sworn to and subscribed before me
this 31 day of January 2008.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN L. SZAJDECKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 21, 2011

_____
NOTARY PUBLIC

2