UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF DONALD E. HAVILAND, JR. *PRO HAC VICE*

Petitioner, Donald E. Haviland, Jr., Esquire of The Haviland Law Firm, LLC, respectfully requests that he be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR,D.Mass. 83.5.3, for the sole purpose of responding to the Motion for Injunction Against Robert J. Swanston and Donald E. Haviland From Pursuing Overlapping Claims and Defendants in *Swanston v. Tap Pharmaceutical Products, Inc., et. al.,* and avers as follows:

1.      Petitioner, Donald E. Haviland, Jr., is counsel, along with other counsel, for the Mr. Swanston and the class in the matter of *Swanston v. Tap Pharmaceutical Products, Inc., et. al.,* Superior Court of the State of Arizona in and for the County of Maricopa, CV2002-004988 (Hon. Janet E. Barton) ("Swanston").

2.      Defendants in the above-captioned matter have filed a Motion for Injunction Against Robert J. Swanston and Donald E. Haviland From Pursuing Overlapping Claims and Defendants in *Swanston v. Tap Pharmaceutical Products, Inc., et. al.,* seeking an injunction against Mr. Swanston, the undersigned, Mr. Swanston's other counsel and any other putative class representative from pursuing claims and defendants that overlap with those in the MDL. Defendants also assert in their Memorandum of Law that they have personal jurisdiction over the undersigned and his firm, the Haviland Law Firm, L.L.C. *See The Swanston Defendants' Memorandum in Support of Motion for Injunction Against Robert J. Swanston and Donald E.*

*Haviland From Pursuing Overlapping Claims and Defendants* at n 4.

3. Petitioner, Donald E. Haviland, Jr., requests that he be permitted to appear before this Court for the sole purpose of arguing that Defendants in the above-captioned matter do not have personal jurisdiction over petitioner and/or his law firm, and that the request for an injunction should be denied.

4. As stated in Mr. Haviland's Affidavit attached hereto, he is a member of good standing of the bar of the State of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, State of New Jersey, United States District Court for the District of New Jersey, and United States District Court for the Eastern District of Wisconsin.

5. Mr. Haviland is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves Mr. Haviland's admission to this Court, pursuant to LR,D.Mass. 83.5.3, for the sole purpose of responding to the Motion for Injunction Against Robert J. Swanston and Donald E. Haviland From Pursuing Overlapping Claims and Defendants in *Swanston v. Tap Pharmaceutical Products, Inc., et. al.*

Date: January 31, 2008

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM, LLC
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### ORDER

**AND NOW**, this _____ day of _____, 2008, it is hereby **ORDERED AND DECREED** that Donald E. Haviland, Jr., Esquire of the The Haviland Law Firm, L.L.C., is granted permission to appear specially before this Court, pursuant to LR,D.Mass. 83.5.3, for the sole purpose of responding to Defendants' Motion for Injunction Against Robert J. Swanston and Donald E. Haviland From Pursuing Overlapping Claims and Defendants in *Swanston v. Tap Pharmaceutical Products, Inc., et. al.*

**BY THE COURT**