UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 C.A. No. 01-12257-PBS |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF DONALD E. HAVILAND, JR. IN SUPOPRT OF ADMISSION *PRO HAC VICE*

I, DONALD E. HAVILAND, JR., declare as true and correct that:

1. I am and have been a member in good standing of the bar of the State of Pennsylvania since 1992.

2. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania since 1993.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 1994.

4. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey since 1994.

5. I am and have been a member in good standing of the bar of the United States District Court for the Eastern District of Wisconsin since 2001.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: _____

_____
DONALD E. HAVILAND, JR.

_____
NOTARY PUBLIC

Sworn to and subscribed before me this 31 day of January 20 08.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN L. SZAJDECKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 21, 2011