# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *City of New York, et al. v. Abbott Laboratories, et al.* Civil Action No. 04-cv-06054 et al. | ) ) Magistrate Judge Bowler ) ) ) ) ) |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS FROM DEFENDANTS

Plaintiffs, the City of New York and New York Counties, respectfully move for entry of an order compelling certain defendants responsible for the Designated FUL Drugs, as defined by Case Management Order ("CMO") #33, to produce the transactional data plaintiffs have requested for such Drugs. Defendants have agreed to produce responsive *documents* relating to the Designated FUL Drugs, but refuse to produce all relevant *data*. When it comes to data, these Defendants have taken the position that they will only make production relating to certain NDCs pertaining to the Designated FUL Drugs, specifically the NDCs in Exhibit B to the NY FACC.

Defendants' distinction between documents and data is arbitrary and illogical in light of the purpose of CMO #33 as it concerns the targeted discovery on the Designated FUL Drugs. Moreover it is a violation of the clear directives of CMO #33 which, in the context of the FUL-focused discovery, speaks in terms of Drugs, as opposed to NDCs.

This Motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion to Compel Discovery; Exhibit A (January 17, 2008 letter from Joanne

M. Cicala, Esq. to Lyndon M. Tretter, Esq); and Exhibit B (January 23, 2008 letter from Lyndon M. Tretter to Joanne M. Cicala, Esq).   A proposed form of order is also annexed hereto.

Dated:  January 31, 2008

          Respectfully submitted,
          **City of New York and all captioned Counties except Nassau and Orange, by**

          **KIRBY McINERNEY, LLP**
          830 Third Avenue
          New York, New York 10022
          (212) 371-6600


          /s/ Joanne M. Cicala
        By:  Joanne M. Cicala (JC 5032)
           James P. Carroll Jr. (JPC 8348)
           Aaron D. Hovan (AH 3290)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*City of New York, et al. v. Abbott Laboratories, et al.*<br>**Civil Action No. 04-cv-06054 et al.** | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS**

Having considered each of the parties' submissions with respect to the City of New York's and New York Counties' Motion to Compel the Production of Data for the Designated FUL Drugs, the Court hereby grants Plaintiffs' motion.

It is hereby ordered that all defendants who manufactured the nine Designated FUL Drugs shall produce forthwith the requested transactional data for such Drugs. Each defendant shall make this transactional data production for all NDCs pertaining to the Designated FUL Drugs that were owned or controlled by that defendant during the period 1997-2005 inclusive, even if such NDCs are not listed in Exhibit B to the NY FACC.

Dated: _____

                                                                                                        _____
                                                                                                         Hon. Marianne B. Bowler
                                                                                                          United States Magistrate Judge

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendants on the issues raised in this motion and has not been able to reach agreement.

Dated:  January 31, 2008                              /s/ Joanne M. Cicala
                                                      Joanne M. Cicala

**CERTIFICATE OF SERVICE**

I, Aaron D. Hovan, hereby certify that I caused a true and correct copy of the foregoing Motion To Compel Discovery from Defendants to be served on counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  January 31, 2008

                                                      /s/    Aaron D. Hovan
                                                      Aaron D. Hovan
                                                      Kirby McInerney LLP