# KIRBY McINERNEY LLP

TELEPHONE: (212) 371-6600
(212) 317-2300
FACSIMILE: (212) 751-2540

830 Third Avenue
New York, N.Y. 10022

*Via E-mail & First Class Mail*

January 17, 2008

Lyndon M. Tretter, Esq.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
lmtretter@hhlaw.com

      Re:   *City of New York et al v. Abbott Laboratories et al., MDL 1456*
              *BMS Discovery for Designated FUL Drugs*
              **(Our File No. 549.00)**

Dear Mr. Tretter:

      I write to continue our meet and confer process on BMS's responses to Plaintiffs' First and Second Requests for the Production of Documents. For purposes of this letter only, and once again reserving all rights to address other aspects of BMS's discovery responses in subsequent communications, I would like to focus on your client's responses as they concern the "Designated FUL Drugs" defined by CMO #33, ¶5a. As you know, discovery on these Designated FUL Drugs is taking place on an expedited basis.

      To date, your client has produced or agreed to produce documents and data responsive to plaintiffs' requests for certain NDCs related to the Designated FUL Drugs. Specifically, you have agreed to produce responsive materials for the NDCs attributable to your client that appear below the Designated FUL Drug names listed in Exhibit A to plaintiffs' first discovery requests. These NDCs are among those that also appear in Exhibit B to the NY FACC. We appreciate this undertaking.

      The issue at hand concerns the fact that the FUL focused discovery described by the Court in CMO #33 speaks in terms of expedited discovery on the identified FUL Drugs (not merely NDCs)[9], and plaintiffs' discovery requests likewise request production

---

[9] *See, e.g.*, CMO #33 at ¶5 ("the Court adopts the following procedures for targeted discovery on drugs subject to Federal Upper Limits"); ¶5(a)("plaintiffs and defendants shall each as a group identify five(5) drugs by chemical name for a total of ten drugs (the "Designated FUL Drugs"); ¶5(b)("there shall be no discovery on particular drugs or NDCs... other than those relating to the Designated FUL Drugs and for such Designated FUL Drugs....").

Lyndon M. Tretter, Esq.
January 17, 2008
*Page 2*

on the Designated FUL Drugs (not merely NDCs)[10]. Thus, we write now to request that your client supplement its initial discovery responses so as to produce responsive documents and data for any and all NDCs that belong or have belonged to your client for the Designated FUL Drugs during the relevant time period (1997-2005).

Given the timetable set forth in CMO #33 for the FUL focused discovery, we ask that you let us know by close of business Thursday, January 24, 2008 whether your client will make the requested supplemental production. I am also happy to discuss this request with you at your most immediate convenience.

Very truly yours,

Joanne M. Cicala

---

[10] *See* Plaintiffs' First Request for the Production of Documents, Definitions, paragraph 11, page 4, "Subject Drugs" means "any of the drugs or NDCs identified in the FACC, Revised Exhibit B"; Plaintiffs' Second Request for the Production, "Plaintiffs incorporate herein the definitions, rules of construction and instructions from Plaintiffs' First Requests for Production of Documents except that these requests concern only those Drugs and NDCs listed in Exhibit A hereto".