# HOGAN & HARTSON

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

January 23, 2008

Lyndon M. Tretter
Attorney At Law
(212) 918-3528
lmtretter@hhlaw.com

*VIA E-MAIL & FIRST-CLASS MAIL*

Joanne M. Cicala, Esq.
**KIRBY McINERNEY LLP**
830 Third Avenue
New York, NY 10022

Re:   *The City of New York, et. al. v. Abbott Laboratories, et al. MDL No. 1456- Civil Action No. 01-12257 PBS*

Dear Joanne:

This is to respond on behalf of BMS and the other defendant recipients of your January 17, 2008 letter on the issue of discovery into Designated FUL Drugs under CMO No. 33. As you know, the parties designated the drugs under the following Generic Code Number (GCNs):

|    | GCN | Drug |
|---|---|---|
| 1. | 5309 | albuterol 0.83 mg/ml solution |
| 2. | 5037 | albuterol 90 mcg inhaler |
| 3. | 9089/48268 | cefadroxil 500 mg |
| 4. | 4560 | clonazepam 0.5 mg tablet |
| 5. | 386 | enalapril maleate 20 mg tablet |
| 6. | 17297 | isosorbide mononitrate 60 mg tablet SA |
| 7. | 3758 | lorazepam 1 mg tablet |
| 8. | 5131 | metoprolol 100 mg tablet |
| 9. | 11673 | ranitidine 150 mg tablet |

\\NY - 058559/000190 - 1070311 v1

Joanne M. Cicala, Esq.
Kirby McInerney LLP
January 23, 2008
Page 2

        In response to plaintiffs' discovery demands, defendants will produce -- to the extent the materials are within their possession, custody or control and subject to the general and specific objections they have made -- the following:

(a)    <u>data</u> only on NDCs within the above GCN numbers that are listed in Schedule A to plaintiffs' document request and that also appear as "FUL Fraud" drugs on Exhibit B to plaintiffs' Revised First Amended Consolidated Complaint;

(b)    responsive <u>documents</u> that mention or refer to the above drug by name (e.g. "albuterol inhaler") regardless of which NDC might be involved except if it is clear on the face of a document that it relates exclusively to one particular NDC that is not in both the GCN and Exhibit B.

        In other words, data production will be NDC-specific; document production will be by drug description without reference to NDC unless the document clearly relates exclusively to an NDC that is not at issue. I trust that this answers your questions. If not, please let me know.

                                Very truly yours,

                                Lyndon M. Tretter

cc: ALL COUNSEL OF RECORD by LEXIS/NEXIS