UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS;<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

FEBRUARY 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for February 2008, in accordance with the Court's June 17, 2004, Procedural Order.

| | **United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.**<br>**MDL Docket Number 06-11337**<br>**Original Jurisdiction: U. S. District Court Southern District of Florida** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #4469)** Abbott Laboratories Inc.'s Motion to Dismiss or Partially Dismiss the United States' First Amended Complaint<br><br>**(Docket #4470)** Abbott Laboratories Inc.'s Memorandum in Support of its Motion to Dismiss or Partially Dismiss the United States' First Amended Complaint<br><br>• **(Docket # 4661)** The United States' Opposition to Abbott Laboratories Inc.'s Motion to Dismiss<br><br>• **(Docket # 4662)** Relator's Opposition to Abbott Laboratories, Inc.'s Motion to Dismiss or Partially Dismiss the United States' First Amended Complaint<br><br>• **(Docket # 4720)** Abbott Laboratories, Inc.'s Reply Memorandum in Support of its Motion to Dismiss or Partially Dismiss the United States First Amended Complaint<br><br>• **(Docket # 4749)** The United States' SurReply to Abbott Laboratories, Inc.'s Reply Memorandum in Support of its Motion to Dismiss | November 5, 2007 |
| 2. | **(Docket #4711)** Abbott Laboratories, Inc.'s Motion for Preservation Order and Affidavit Regarding Spoliation Issues<br><br>• **(Docket #4744)** United States Unopposed Motion to Enlarge Time<br><br>• **(Docket #4808)** United States' Response to Defendant Abbott's Motion for a Preservation Order<br><br>• **(Docket #4820)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File a Reply Memorandum in Support of Its Motion For a Preservation Order and Affidavit Regarding Spoliation Issues<br><br>• **(Docket #4883)** Abbott Laboratories, Inc.'s Renewed Motion for Leave to File a Reply Memorandum In Support of Its Motion For a Preservation Order and Affidavit Regarding Spoliation Issues | |

2

| | | |
|---|---|---|
| 3. | **(Docket #4878)** United States' Motion for Leave to File Its First Amended Complaint<br><br>• **(Docket #4889)** Abbott Laboratories Inc.'s Opposition to the United States' Motion for Leave to File Its First Amended Complaint<br><br>• **(Docket #4907)** The United States' Motion for Leave to File a Reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion to Amend | |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,**<br>**MDL Docket No. 05-11084-PBS**<br>**Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | None pending. | |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,**<br>**MDL Docket No. 07-10248-PBS**<br>**Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | None pending. | |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca A. Ford<br>Civil Division<br>Commercial Litigation Branch |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "FEBRUARY 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                                /s/ Alison W. Simon

Dated: February 1, 2008