UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 1 TRIALS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**[REVISED PROPOSED] ORDER RE: MOTION FOR NATIONWIDE CLASS CERTIFICATION AGAINST DEFENDANTS ASTRAZENECA AND BMS**

March __, 2008

Saris, U.S.D.J.

Pursuant to Fed. R. Civ. P. 23, plaintiffs have moved for an order certifying a nationwide class in this action against Defendants AstraZeneca and BMS. After considering the submissions of the parties and the record in this case, including prior class certification proceedings and hearings, I order that plaintiffs' motion for nationwide class certification is **GRANTED** as to the claims asserted in the Fifth Amended Master Consolidated Class Action Complaint ("FAMCCAC"). The Court relies on the reasons stated in (i) court; (ii) *In re Pharm. Indus. Average Wholesale Price Litig.*, 230 F.R.D. 61 (D. Mass. 2005); (iii) January 30, 2006 Consolidated Order Re: Motion for Class Certification (Docket No. 2097-1); (iv) the findings of fact and conclusions of law set forth in *In re Pharm. Indus. Average Wholesale Price Litig.*, 491 F. Supp. 2d 20 (D. Mass. 2007); and (v) the November 1, 2007 Memorandum and Order regarding final judgment (Docket No. 4867). The classes are certified as follows:

- 1 -

## I.   CLASSES AND SUBCLASSES CERTIFIED

**A.   Class 2:  Third-Party Payor MediGap Supplemental Insurance Class**

1. Class Definition:

   All Third-Party Payors who made reimbursements for drugs based on AWP for a Medicare Part B covered Subject Drug that was manufactured by AstraZeneca (AstraZeneca, PLC, Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., and AstraZeneca U.S.) or the BMS Group (Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc.).

2. The Court certifies two Subclasses corresponding to each of defendant group.

3. The Court certifies plaintiffs United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW") and Sheet Metal Workers National Health Fund ("SMW Health Fund") as the representatives for this Class.  These representatives' claims are typical of those of other class members, and the Court finds them to be adequate representatives.

4. The consumer protection act of each state shall apply to this Class.  Specifically, the Third-Party Pavor MediGap Supplemental Insurance Class is certified for claims under the following statutes:  (a) Ariz. Rev. Stat. § 44-1522, *et seq.*; (b) Ark. Code § 4-88- 101, *et seq.*; (c) Cal. Bus. & Prof. Code § 17200, *et seq.*, 1770; (d) Colo. Rev. Stat. § 6-1-105, *et seq.*; (e) Conn. Gen. Stat. § 42-110b, *et seq.*; (f) 6 Del. Code § 2511, *et seq.*; (g) Fla. Stat. § 501.210, *et seq.*; (h) Idaho Code § 48-601, *et seq.*; (i) 815 ILCS § 505/1, *et seq.*; (j) Me. Rev. Stat. Ann. tit. 5, § 205-A, *et seq.*; (k) Mich. Stat. § 445.901, *et seq.*; (l) Minn. Stat. § 325F.67, *et seq.*; (m) Mo. Rev. Stat. § 407.010, *et seq.*; (n) Neb. Rev. Stat. § 59-1601, *et seq.*; (o) Nev. Rev. Stat. § 598.0903, *et seq.*; (p) N.H. Rev. Stat. § 358-A:1, *et seq.*; (q) N. J. Stat. Ann. § 56:8-1, *et seq.*; (r) N.M. Stat. Ann. § 57-12-1, *et seq.*; (s) N.Y. Gen. Bus. Law § 349, *et seq.*; (t) N.C. Gen. Stat. § 75-1.1, *et seq.*; (u) N.D. Cent. Code § 51-15-01, *et seq.*; (v) Or. Rev. Stat. § 646.605, *et seq.*;

(w) S.C. Code Laws § 39-5-10, *et seq.*; (x) S.D. Code Laws § 37-24-1, *et seq.*; (y) Tenn. Code § 47-18-101, *et seq.*; (z) Tex. Bus. & Com. Code § 17.41, *et seq.* (but only to the extent the TPP has assets less than $25 million); (aa) Vt. Stat. Ann. tit. 9, § 245 1, *et seq.*; (bb) Wash. Rev. Code § 19.86.010, *et seq.*; (cc) W. Va. Code § 46A-6-101, *et seq.*; (dd) Wis. Stat. § 100.18, *et seq.*; and (ee) Wyo. Stat. § 40-12-100, *et seq.* Plaintiffs allege that they have complied with the notice provisions of all consumer protection acts requiring such notice.

    5.    This Class is certified pursuant to Fed. R. Civ. P. 23(b)(3).

**B.**    **Class 3: Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context**

    1.    Class Definition:

> All natural persons who made, or who incurred an obligation enforceable at the time of judgment to make, a payment for a physician-administered Subject Drug that was manufactured by AstraZeneca (AstraZeneca, PLC, Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., and AstraZeneca U.S.) or the BMS Group (Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc.); and all Third-Party Payors who made reimbursements based on contracts expressly using AWP as a pricing standard for a physician-administered Subject Drug that was manufactured by AstraZeneca or the BMS Group. Included within this Class are natural persons who paid coinsurance (*i.e.*, co-payments proportional to the reimbursed amount) for a Subject Drug, where such coinsurance was based upon use of AWP as a pricing standard. Excluded from this Class are any payments or reimbursements for generic drugs that are based on MAC and not AWP.

    2.    The Court certifies two Subclasses corresponding to each of defendant group.

    3.    The Court certifies plaintiffs UFCW, Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("PMBT"), Board of Trustees of Carpenters and Millwrights of Houston and Vicinity Welfare Trust Fund ("CMHV"), Teamsters Health & Welfare Fund of Philadelphia and Vicinity ("THWF"), Cheryl Barreca (for BMS only), Mary Cauble (for BMS only), Anna Choice (for BMS only), Joyce Dison (for BMS only), Tracy Garcia (for BMS only), Donna

Kendall (for BMS only), Sandra Leef (for BMS only), Gerald Miller (for BMS only), Constance Nelson (for BMS only), Andrea Palenica (for BMS only), Regina Shoemaker (for BMS only), Scott Tell (for BMS only), Pauline Vernick (for BMS only), Mardolyn Vescovi (for BMS only), and Susan Wessels (for AstraZeneca only) as representatives for this Class pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3).  The Court also certifies Health Care For All as the representative for this Class pursuant to Fed R. Civ. P. 23(b)(2).  These representatives' claims are typical of those of other class members, and the Court finds them to be adequate representatives.

       4.       The consumer protection act of each state shall apply to this Class.  Specifically, the Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context Class is certified for claims under the following statutes:  (a) Ariz. Rev. Stat. § 44-1522, *et seq.*; (b) Ark. Code § 4-88- 101, *et seq.*; (c) Cal. Bus. & Prof. Code § 17200, *et seq.*, 1770; (d) Colo. Rev. Stat. § 6-1-105, *et seq.*; (e) Conn. Gen. Stat. § 42-110b, *et seq.*; (f) 6 Del. Code § 2511, *et seq.*; (g) Fla. Stat. § 501.210, *et seq.*; (h) Idaho Code § 48-601, *et seq.*; (i) 815 ILCS § 505/1, *et seq.*; (j) Me. Rev. Stat. Ann. tit. 5, § 205-A, *et seq.*; (k) Mich. Stat. § 445.901, *et seq.*; (l) Minn. Stat. § 325F.67, *et seq.*; (m) Mo. Rev. Stat. § 407.010, *et seq.*; (n) Neb. Rev. Stat. § 59-1601, *et seq.*; (o) Nev. Rev. Stat. § 598.0903, *et seq.*; (p) N.H. Rev. Stat. § 358-A:1, *et seq.*; (q) N. J. Stat. Ann. § 56:8-1, *et seq.*; (r) N.M. Stat. Ann. § 57-12-1, *et seq.*; (s) N.Y. Gen. Bus. Law § 349, *et seq.*; (t) N.C. Gen. Stat. § 75-1.1, *et seq.*; (u) N.D. Cent. Code § 51-15-01, *et seq.*; (v) Or. Rev. Stat. § 646.605, *et seq.*; (w) S.C. Code Laws § 39-5-10, *et seq.*; (x) S.D. Code Laws § 37-24-1, *et seq.*; (y) Tenn. Code § 47-18-101, *et seq.*; (z) Tex. Bus. & Com. Code § 17.41, *et seq.* (but only to the extent the TPP has assets less than $25 million); (aa) Vt. Stat. Ann. tit. 9, § 245 1, *et seq.*; (bb) Wash. Rev. Code § 19.86.010, *et seq.*; (cc) W. Va. Code § 46A-6-101, *et seq.*; (dd) Wis. Stat. § 100.18, *et seq.*; and (ee) Wyo. Stat. § 40-12-100, *et seq.*  Plaintiffs allege

that they have complied with the notice provisions of all consumer protection acts requiring such notice.

5. The Court certifies a consumer Subclass for purposes of applying the following, additional consumer protection acts (which do not afford a legal remedy to commercial entities like TPPs): (a) D.C. Code § 28-3901, *et seq.*; (b) Haw. Rev. Stat. § 480, *et seq.*; (c) Ind. Code Ann. § 24-5- 0.5.1, *et seq.*; (d) Kan. Stat. § 50-623, *et seq.*; (e) Md. Com. Law Code § 13-101, *et seq.*; (f) Okla. Stat. tit. 15 § 751, *et seq.*; (g) 73 Pa. Stat. § 201-1, *et seq.*; and (h) R.I. Gen. Laws. § 6-13.1-1, *et seq.*

## II.   MISCELLANEOUS

1. The Class Period for Class 2 and Class 3 is January 1, 1991 to January 1, 2005.

2. Excluded from these Classes are: any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of defendants' immediate families; any person, firm, trust, corporation, officer, director, or any individual or entity in which any defendant has a controlling interest or which is related to, or affiliated with, any defendant; the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded parties and governmental entities.

3. Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-Lead Counsel: Hagens Berman Sobol Shapiro LLP; Spector Roseman & Kodroff, P.C.; Hoffman & Edelson LLC; and Wexler Toriseva Wallace LLP. The Court finds that Co-Lead Counsel are adequate and the counsel best able to represent the interests of the Classes.

4. The Court retains the discretion under Rule 23 to modify this Order.

5. The Court declines to certify issues for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) or to recommend appeal pursuant to Fed. R. Civ. P. 23(f).

6. Trial of the claims on behalf of the Classes will commence on _____, 2008.

- 6 -

_____
HONORABLE PATTI B. SARIS
United States District Judge

- 7 -

## TABLE OF SUBJECT DRUGS

**ASTRAZENECA**

| NDC | Description |
|---|---|
| 00310096036 | Zoladex 3.6mg 1xlEA Depot |
| 003100961 30 | Zoladex 10.8mg 1xlEA Depot |
| 00310095130 | Zoladex 10.8mg 1x1 EA Depot |
| 00310095036 | Zoladex 3.6mg 1xlEA Depot |

- 7 -

**BMS GROUP**

| NDC | Description |
|---|---|
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN IGM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ IX2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PlNJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |

- 8 -

| | |
|---|---|
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |
| 00015347911 | TAXOL 300MG/50ML VIAL |
| 00015345620 | TAXOL 30MG CONC FOR INJ |
| 00015347530 | TAXOL 30MG INJ MULTIDOSE |
| 00015347527 | TAXOL 30MG SEM-SYN VIAL |
| 00015347520 | TAXOL 30MG/5ML VHA+ LABEL |
| 00015309510 | VEPESID 100MG VIAL W/CYTO |
| 00015309530 | VEPESID 100MG VL W/O CYTO |
| 00015306224 | VEPESID 1G 50ML VIAL VHA+ |
| 00015306220 | VEPESID 1GM/50ML |
| 00015306120 | VEPESID 500MG |
| 00015306124 | VEPESID 500MG 25ML VL VHA |
| 00015309145 | VEPESID 50MG CAPSULES |
| 00015309520 | VEPESID INJ 100MG/5ML |
| 00015308420 | VEPESID INJ 150MG/7.5ML |

001534-16 221263 V1

- 10 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on February 1, 2008, I caused copies of **[REVISED PROPOSED] ORDER RE:  MOTION FOR NATIONWIDE CLASS CERTIFICATION AGAINST DEFENDANTS ASTRAZENECA AND BMS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

        **/s/ Steve W. Berman**
        Steve W. Berman