UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) |
| | Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL VEN-A-CARE TO PROVIDE ADEQUATE RESPONSES TO ABBOTT'S FOURTH SET OF <u>INTERROGATORIES</u>**

Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for an order compelling Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or "Relator") to provide adequate responses to Abbott's Fourth Set of Interrogatories. As discussed in the accompanying memorandum in support, Abbott is merely asking Ven-A-Care to provide the factual basis for contentions that Ven-A-Care itself made in prior complaints in this litigation.

Dated:  February 4, 2008                         Respectfully submitted,

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that the moving party communicated with counsel for Ven-A-Care in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ David S. Torborg
David S. Torborg

## CERTIFICATE OF SERVICE

     I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL VEN-A-CARE TO PROVIDE ADEQUATE RESPONSES TO ABBOTT'S FOURTH SET OF INTERROGATORIES, and all related papers, to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 4th day of February, 2008.

                                         /s/ David S. Torborg
                                         David S. Torborg