**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456  CIVIL ACTION:  01-CV-12257-PBS  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

Upon consideration of Abbott Laboratories, Inc.'s Motion to Compel Ven-A-Care to Provide Adequate Responses to Abbott's Fourth Set of Interrogatories,

1.   Abbott's Motion is GRANTED.  Within 7 days from the date of this Order, Ven-A-Care shall provide full and complete responses to Interrogatory Nos. 20, 22, 23, and 26.  These responses shall set forth all facts that support, concern, or refute the contentions quoted in Abbott's Interrogatories.  The response for Interrogatory No. 20 shall also include, separately for each of the Ven-A-Care *qui tam* complaints, the basis for Ven-A-Care's contention that it is an "original source," including the NDCs or J-Codes to which the fact relates and the specific date on which any referenced event occurred.

IT IS SO ORDERED,

This _____ day of _____, 2008.

_____