# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION



UNITED STATES OF AMERICA )
)
Ex Rel. VEN-A-CARE OF THE )
FLORIDA KEYS, INC. )
Plaintiff, )
)
v. )  CIVIL ACTION NO. _____
)
ABBOTT LABORATORIES; )  COMPLAINT AND
)  DEMAND FOR JURY TRIAL FILED
)  IN CAMERA AND UNDER SEAL
)
)
)
)
)
)
)
)
)
)
Defendants. )

MAGISTRATE JUDGE **95-1354**
GARBER **CIV – MARCUS**

## COMPLAINT
### FOR MONEY DAMAGES AND CIVIL PENALTIES UNDER THE FALSE CLAIMS ACT 31 U.S.C. §§3729-3732

COMES NOW, the UNITED STATES OF AMERICA ("UNITED STATES" or "GOVERNMENT"), by and through VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "the Relator"), and by the undersigned attorneys on behalf of the UNITED STATES and on the Relator's own behalf and brings this action against ABBOTT LABORATORIES; ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

CASE NO._____

Medicaid reimbursement was paid from United States Government funds pursuant to 42 U.S.C. § 1396(b).

4. The Relator, VEN-A-CARE, is a corporation organized under the laws of the State of Florida, with its principal offices in Key West, Florida. The Relator is an infusion pharmacy and provides pharmaceuticals, such as the intravenous and injectable drugs specified in this complaint, as a Medicare Part B supplier and as a Medicaid provider. The Relator has direct and independent knowledge of the information, and is the "original source" of the information on which these allegations are based within the meaning of 31 U.S.C. §3730(e)(4)(A) and (B). The Relator has standing to bring this action pursuant to 31 U.S.C. §3730(b)(1). The information upon which these allegations are based was voluntarily provided by the Relator to the Federal Government and States beginning in 1991 and thereafter has been frequently supplemented by the Relator.

5. The Defendant, ABBOTT LABORATORIES ("ABBOTT"), is a corporation organized under the laws of Illinois with its principal offices in Abbott Park, Illinois. At all times material to this civil action, ABBOTT has transacted business in the federal judicial district of the Southern District of Florida by, including but not limited to, selling and distributing pharmaceutical products to purchasers within the Southern District of Florida.

6. [REDACTED]

5