## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br> *State of California, ex rel. Ven-A-Care v.* <br> *Abbott Laboratories, et al.* <br> **Case No. 03-CV-11226-PBS** | ) **MDL No. 1456** <br> ) **Master File No.  01-12257-PBS** <br> ) <br> ) **Judge Patti B. Saris** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION FOR DISMISSAL OF AVENTIS PHARMACEUTICALS INC.

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendant Aventis Pharmaceuticals Inc. ("API") from the above-entitled action. In support of this motion, the parties state as follows:

1.    API was named as a defendant in the above-referenced action.

2.    The State of California has entered into a Settlement Agreement and Release ("Agreement") with API. All claims asserted by the State of California against API in the above-entitled action are hereby dismissed with prejudice, subject to the terms of that Agreement.

3.    The parties agreed that each party will bear its own costs.

4.    The dismissal has no effect on the State of California's claims or allegations against any party other than API in this action.

5.    API consents to this motion, as does the relator Ven-A-Care.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing

Aventis Pharmaceuticals Inc. with prejudice. A proposed Order of dismissal is attached.


Dated: February 6, 2008                         Respectfully submitted,

                                                EDMUND G. BROWN JR.
                                                Attorney General for the State of California

                                                By: __/s/ *Nicholas N. Paul*_____ _____
                                                      NICHOLAS N. PAUL
                                                      CA State Bar No:  190605
                                                      Supervising Deputy Attorney General
                                                      Bureau of Medi-Cal Fraud and Elder Abuse
                                                      Office of The Attorney General
                                                      1455 Frazee Road, Suite 315
                                                      San Diego, California  92108
                                                      Telephone:   (619) 688-6099
                                                      Fax:   (619) 688-4200

                                                **Attorneys for Plaintiff,**
                                                **STATE OF CALIFORNIA**

2

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on February 6, 2008, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

            /s/ Nicholas N. Paul             .
            NICHOLAS N. PAUL
            Supervising Deputy Attorney General