UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.*<br>Case No. 03-CV-11226-PBS | ) MDL No. 1456<br>) Master File No.  01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER OF DISMISSAL
OF AVENTIS PHARMACEUTICALS INC.**

The Motion for Dismissal of Aventis Pharmaceuticals Inc. is hereby GRANTED.

Defendant Aventis Pharmaceuticals Inc. is hereby dismissed with prejudice, from the above-entitled action.

SO ORDERED.

Dated:_____          _____
                                        Honorable Patti B. Saris
                                        United States District Court Judge