AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

In re Pharmaceuticals Industry
Average Wholesale Price Litigation

United States of America ex rel Ven-a-care
of the Florida Keys, Inc. v Abbott
Laboratories, Inc., Civil Action No. 06-11337-PBS

**APPEARANCE**

Case Number: MDL 1456

Civil Action No. 01-12257-PBS

Judge Patti Saris

Magistrate Judge Marianne Bowler

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Omnicare, Inc. (Non party)

I certify that I am admitted to practice in ~~this court~~ the United States District Court for the Southern District of New York

1-31-08
Date

Signature

Lev V Gazim               LG-3627
Print Name                 Bar Number

5 Turtleback Way
Address

Chappaqua          New York        10514
City                State              Zip Code

212-259-8006              212-259-6333
Phone Number              Fax Number