UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS<br>1:06-cv-11337-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Ven-A-Care of the Florida Keys, Inc. et al.*<br>*v. Abbott Laboratories Inc., et al.,* | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Texas and am accordingly admitted to practice before Texas courts.

In accordance with this Court's Case Management Order No. 1, I have included a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

Respectfully submitted,

LAW OFFICE OF LARRY BLACK

_____
Larry Black (TX Bar # 02384300)
7039 Comanche Trail
Austin, TX 78732
(512) 402-1745

Dated: February 8_, 2008

## CERTIFICATE OF SERVICE

I, Larry Black, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 8, 2008 a copy to Lexis Nexis for posting and notification to all parties.

_____
Larry Black