LAW OFFICES

# HYMAN, PHELPS & MCNAMARA, P.C.

700 THIRTEENTH STREET, N W.

SUITE 1200

JAMES P. ELLISON
OF COUNSEL

WASHINGTON, D. C. 20005

Direct Dial (202) 737-4294

(202) 737 - 5600

FACSIMILE
(202) 737 - 9329

www.hpm.com

February 5, 2008

### VIA FEDERAL EXPRESS

Sarah Allison Thornton, Clerk of Court
U.S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

> Re:   In re Pharmaceutical Industry Average Wholesale Price Litigation
> MDL No. 1456, No. 01-cv-12257-PBS

Dear Ms. Thornton:

Enclosed please find a check in the amount of fifty dollars ($50.00). I am counsel for defendant Alpharma, Inc. in the above-referenced action. I am a member in good standing of the United States district courts for the District of Columbia, Maryland, and Eastern District of Wisconsin. Pursuant to paragraph 16 of Case Management Order No. 1 in the above-referenced action, "upon payment of the appropriate filing fee," counsel is "deemed admitted *pro hac vice* to practice before this Court in connection with this action."

Please let me know if you have any questions regarding this letter.

Thank you for your assistance.

Sincerely,

James P. Ellison

JPE/sas
Enclosure

2603 MAIN STREET
SUITE 760
IRVINE, CALIFORNIA 92614
(949) 553 - 7400
FAX· (949) 553 - 7433

4819 EMPEROR BOULEVARD
SUITE 400
DURHAM, NORTH CAROLINA 27703
(919) 313 - 4750
FAX· (919) 313 - 4751