UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06–CV–11337-PBS | |

## PROPOSED ORDER

Upon consideration of the United States' Objections to January 31, 2008 Order by Magistrate Judge Bowler Regarding the Depositions of Miles White, Richard Gonzalez, Duane Burnham and Thomas Hodgson, and Abbott Laboratories' response thereto, it is

HEREBY ORDERED that the United States' objections are SUSTAINED;

FURTHER ORDERED that the protective orders are VACATED;

FURTHER ORDERED that Richard Gonzalez, Miles White, Duane Burnham and Thomas Hodgson shall appear for depositions within 15 days of this ORDER.

This _____ day of _____, 2008.

_____
United States District Judge