# ATTACHMENT K

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania :
by Gerald J. Pappert, in his capacity :
as Attorney General of the :
Commonwealth of Pennsylvania, :
                Plaintiff :
 :
        v. :
 :
TAP Pharmaceutical Products, Inc.; :
Abbott Laboratories; Takeda Chemical :
Industries, LTD.; AstraZenca PLC; :
Zeneca, Inc.; AstraZeneca :
Pharmaceuticals LP; AstraZeneca :
LP; Bayer AG; Bayer Corporation; :
GlaxoSmithKline, P.L.C.; SmithKline :
Beecham Corporation; :
Glaxo Wellcome, Inc.; Pfizer, Inc.; :
Pharmacia Corporation; Johnson & :
Johnson; Amgen, Inc.; Bristol-Myers :
Squibb Company; Baxter International :
Inc.; Aventis Pharmaceuticals, Inc.; :
Boehringer Ingelheim Corporation; :
Schering-Plough Corporation; Dey, Inc., : No. 212 M.D. 2004
                Defendants :

## ORDER

AND NOW, this 16th day of January 2008, upon consideration of defendant Abbott Laboratories' and non-parties' emergency application for stay of depositions pending their appeal to the Supreme Court, said application is granted up to and including February 22, 2008.

                                                                 */s/ James G. Colins*
                                                    JAMES GARDNER COLINS, Senior Judge

Certified from the Record

JAN 17 2008

and Order Exit