THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## PROPOSED ORDER

THIS MATTER having come before the Court on Bayer Corporation's Consent Motion for Extension of Time to File its Response to Plaintiff's Complaint; and

The Court having considered the Motion, representations of counsel, and the record, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Bayer Corporation's response to Plaintiff's Complaint is due 30 days after the State advises Bayer of its determination regarding whether it will voluntarily dismiss Bayer, but in no event later than May 1, 2008.

DONE and ORDERED this ____ day of February, 2008.

_____
THE HONORABLE PATTI SARIS
UNITED STATES DISTRICT JUDGE