UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |

### PROPOSED ORDER

Upon consideration of the United States' Objections to January 31, 2008 Orders by Magistrate Judge Bowler on the United States' Third Motion to Compel the Production of Documents from Abbott Laboratories Inc. ("Abbott") and to Require that Abbott De-Designate Non-Confidential Information (Dkt. No. 4800), and Abbott Laboratories' response thereto, it is

HEREBY ORDERED that the United States' objections are SUSTAINED;

FURTHER ORDERED that the Orders of the Magistrate are VACATED;

FURTHER ORDERED that within twenty (20) days, Abbott shall produce all documents and transactional data related to Acyclovir Sodium; and

FURTHER ORDERED that within twenty (20) days, Abbott shall re-review all documents and deposition transcripts it has designated as "Confidential" or "Highly Confidential" in this case, and de-designate as non-confidential all pricing information from more than 5 years ago, and all commercial information from the 1990s.

This _____ day of _____, 2008.

_____

United States District Judge