# EXHIBIT 2

The following transaction was entered on 12/18/2007 at 3:01 PM EST and filed on 12/18/2007

| | |
|---|---|
| **1. Case Name:** | Citizens for Consume, et al v. Abbott Laboratories,, et al |
| **Case Number:** | 1:01-cv-12257 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
Judge Patti B. Saris: Electronic ORDER entered denying in part [4923] Motion for Extension of Time to Complete Discovery. "The Court will give the parties until March 31, 2008 to complete all fact discovery. However, no new discovery requests shall be made after the date of this order with respect to parties or nonparties." (Patch, Christine)