# EXHIBIT 6

171 of 216

01/10/2003

Highly Confidential

ABT-DOJ-E 0096087
ABT164-2113

Highly Confidential

ABT-DOJ-E 0096088
ABT164-2114

01/10/2003