# EXHIBIT 9

**ABBOTT LABORATORIES**
**1990–1994 LONG RANGE PLAN**
**WORLDWIDE STRATEGIC SPENDING BY BUSINESS SEGMENT**

Strategic funds are expenditures for significant change in the scope of products or services; methods of operation; business volume; market segmentation; market share or other indicators of competitive position. Below is the Strategic Spending Summary for 1990–1994:

| ($MM) | PROJECT EXPENSE | | | CUMULATIVE CONTRIBUTION MARGIN 1990–1994 | '90 FIXED CAPITAL SPENDING |
|---|---|---|---|---|---|
| | CUM. PROJ. TO DATE | PLAN 1990 | CUM. 1990–94 | | |
| PHARMACEUTICAL  a | N/A | 278.2 | 1,863.1 | N/A | ... |
| DIAGNOSTICS | 245.1 | 131.0 | 663.8 | 1,731.2 | 6.2 |
| NUTRITIONAL | 64.5 | 29.9 | 169.8 | 233.2 | 20.3 |
| CHEM./AGRICULTURE & CONSUMER | 46.3 | 20.2 | 97.4 | 25.1 | 3.2 |
| HOSPITAL | 35.2 | 25.2 | 115.2 | 523.6 | 57.8 |
| TOTAL STRATEGIC SPENDING | 391.1  b | 484.5 | 2,949.3 | | |

a Reflects Pharmaceutical Strategic Spending on a global basis (including international),
  but excluding Physicians Office Diagnostics.

50

Highly Confidential

ABT-DOJ 0302462