# EXHIBIT 17

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeislerr@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

Feburary 1, 2008

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:  *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
Case No. 06-CV-11337

Dear Renee:

With this letter I am enclosing 1 CD containing documents bates labeled ABT-DOJ-E 0545942 – 0562637. The CD contains responsive documents from Abbott's Healthsystems Division. I am also enclosing documents bates labeled ABT-DOJ 0377286-0377299. These are the certification of seach forms from the alternate site sales force. As we receive the remaining forms we will produce those on a rolling basis. Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosures

cc:   Jason G. Winchester

CHI-1630675v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON