UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | |

**PROPOSED ORDER**

Upon consideration of the United States' Objections to Magistrate Judge Bowler's Interpretation of This Court's December 18, 2008 Electronic Order Re Discovery Deadline, and Abbott Laboratories' response thereto, it is

HEREBY ORDERED that the United States' objection is SUSTAINED;

FURTHER ORDERED that the Order of the Magistrate is VACATED;

FURTHER ORDERED that within ten (10) days, Abbott shall respond to all written discovery propounded by the United States and Relator Ven-A-Care on December 18, 2007;

FURTHER ORDERED that within ten (10) days, all third parties shall respond to the United States' subpoenas served on or before December 18, and offer dates for depositions during the month of March 2008.

This _____ day of _____, 2008.

_____
United States District Judge