# TAB 6

-----Original Message-----
From: Ford, Rebecca (CIV)
Sent: Monday, December 17, 2007 11:32 AM
To: 'hveras@londonandmead.com'
Cc: Lavine, Mark (USAFLS)
Subject: Re: Subpoena for Deposition of ASCO Corporate Representative

Hanoi,

Thank you for your quick response. After you have had a chance to confer with your client, please let us know: (1) whether ASCO will waive formal service of the subpoena, and (2) alternative dates for the deposition.

Thanks,

Becky

----- Original Message -----
From: Hanoi Veras <hveras@londonandmead.com>
To: Ford, Rebecca (CIV)
Cc: Lavine, Mark (USAFLS)
Sent: Mon Dec 17 10:58:49 2007
Subject: RE: Subpoena for Deposition of ASCO Corporate Representative

Becky – I need to confer with our client, and then I will get back to you. I will be out of the country from 12/27 – 1/5, so the 12/31 date presents a conflict. –h


Hanoi Veras

Attorney at Law
London & Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
202-331-3334, fax 202-785-4280

NOTICE: IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of

the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

From: Ford, Rebecca (CIV) [mailto:Rebecca.Ford@usdoj.gov]
Sent: Friday, December 14, 2007 8:53 PM
To: Hanoi Veras
Cc: Lavine, Mark (USAFLS)
Subject: Subpoena for Deposition of ASCO Corporate Representative

Hanoi,

Attached please find a subpoena that we intend to issue on Monday for the deposition of an ASCO corporate representative. Please let us know whether ASCO will waive official service of the subpoena, or alternatively, if we need to serve the subpoena via a process server.

Please feel free to contact us about scheduling or any other issues you may wish to discuss.

Thank you,
Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

-----Original Message-----
From: Gonzalez-Magaz, Jose [mailto:jrgonzalez@steptoe.com]
Sent: Wednesday, December 19, 2007 4:15 PM
To: Ford, Rebecca (CIV)
Cc: Lavine, Mark (USAFLS); Mao, Andy (CIV)
Subject: RE: Subpoena for Deposition of PhRMA Corporate Representative

Ms. Ford:

I have not been able to discuss this subpoena (which I assume you have served) with my client, but expect to before week's end. Pending that conversation with my client, I cannot take a position and reserve the right to move to quash or otherwise object. Again, I should have such perspective by Friday.

One concern is that the subpoena topics relate to Abbott; I believe that is the only defendant mentioned. If DOJ will intend to take more than one deposition of PhRMA as part of the MDL proceedings, please let me know. As a non-party, PhRMA should not be subjected to multiple depositions.

PhRMA is closed next week until January 2, and I will spend that period in Puerto Rico. Assuming that the deposition will go forward, we should reconnect in January to figure out the date.

Also, if there are procedural orders in the MDL regarding depositions, I would appreciate a copy. Thanks.

Kind regards,

Jose R. Gonzalez-Magaz
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel.: +1.202.429.8110
Fax.: +1.202.261.0598
jrgonzalez@steptoe.com

The information contained in this e-mail message and its attachments are intended only for the person to whom, or entity to which, it is addressed, and should be considered confidential and privileged and therefore protected from disclosure. If you are not the intended recipient, you are prohibited from copying or reproducing this e-mail and its attachments; from revealing or divulging the information contained therein; and from using such information for any purpose. If you received this e-mail in error, please immediately contact the sender and delete this e-mail and its attachments without keeping a copy of the same. Thank you.

From: Ford, Rebecca (CIV) [mailto:Rebecca.Ford@usdoj.gov]
Sent: Tuesday, December 18, 2007 1:27 PM
To: Gonzalez-Magaz, Jose
Cc: Lavine, Mark (USAFLS); Mao, Andy (CIV)
Subject: RE: Subpoena for Deposition of PhRMA Corporate Representative

Mr. Gonzalez,

Thank you for the telephone message you left yesterday. I understand from that message that PhRMA will not agree to waive formal service of the subpoena seeking the deposition of a PhRMA corporate representative. Accordingly, we will formally serve the subpoena on PhRMA. I further understand that the 12/31/07 deposition date is not agreeable to PhRMA, but that you will work with us to reschedule the deposition for a later date. Finally, in your message you indicated that you will have more information regarding scheduling in early January.

If my understanding of the above information is incorrect in any way, please let us know. Otherwise, we look forward to hearing from you in early January regarding scheduling of the deposition of PhRMA's corporate representative. Thank you and happy holidays,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

---

From: Ford, Rebecca (CIV)
Sent: Friday, December 14, 2007 8:52 PM
To: Gonzalez-Magaz, Jose
Cc: Lavine, Mark (USAFLS)
Subject: Subpoena for Deposition of PhRMA Corporate Representative

Mr. Gonzalez,

Attached please find a subpoena that we intend to issue on Monday for the deposition of a PhRMA corporate representative. Please let us know whether PhRMA will waive official

service of the subpoena, or alternatively, if we need to serve the subpoena via a process server.

Please feel free to contact us about scheduling or any other issues you may wish to discuss.

Thank you,
Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov

From: Hanoi Veras [mailto:hveras@londonandmead.com]
Sent: Friday, December 21, 2007 5:19 PM
To: Ford, Rebecca (CIV); Lavine, Mark (USAFLS)
Subject: ASCO

Hello. Please see attached letter. Happy holidays. –h

Hanoi Veras

Attorney at Law
London & Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
202-331-3334, fax 202-785-4280

NOTICE: IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

# LONDON & MEAD
ATTORNEYS AT LAW

1225 19TH STREET, N.W.
SUITE 320
WASHINGTON, D.C. 20036

TELEPHONE (202) 331-3334
TELEFAX (202) 785-4280

December 21, 2007

**Via E-mail (to Rebecca.Ford@usdoj.gov & Mark.Lavine@usdoj.gov)**

Rebecca A. Ford
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
Patrick Henry Building
601 D Street, NW
Washington, DC 20004

Mark A. Lavine
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 Northeast Fourth Street
Miami, Florida 33132

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*,
      MDL No. 1456, Civil Action No. 01-12257-PBS

Dear Ms. Ford and Mr. Lavine:

    This letter responds to your e-mail of December 14, regarding a subpoena for the deposition of the American Society of Clinical Oncology ("ASCO") that you intended to issue on December 17. You asked us to waive formal service of the subpoena, and we responded that we needed to confer with our client prior to waiving formal service.

    It is our understanding that you have not formally served ASCO with the subpoena. It is also our understanding that Judge Saris entered an Order on December 18, stating in part: "[N]o new discovery requests shall be made after the date of this order with respect to parties or nonparties." As you know, ASCO has complied, and is complying, with the third-party subpoenas you issued to it in connection with the AWP litigation. ASCO has produced over 6,000 documents to date. ASCO has incurred significant expense and burden in complying with the outstanding subpoenas. ASCO's legal bills total approximately $60,000, a figure that does not include legal fees ASCO has incurred but that we have not billed as of the date of our last invoice (December 3, 2007).

**LONDON & MEAD**
ATTORNEYS AT LAW

Ford
Lavine
December 21, 2007
Page 2

The recent Order appears to preclude issuance of this subpoena. Thus, we cannot waive service of the subpoena, and if served, ASCO will move to quash it.

Please note that I will be out of the office December 25-26, 2007, and out of the country from December 27, 2007 to January 5, 2008. If you would like to discuss this matter further during this time, please feel free to contact Christopher Mead in my absence. Many thanks.

Sincerely,

*[signature]*
Hanoi Veras