# TAB 9

**Receipt**  submitted on 12/18/2007 10:03:33 AM (ET)

| Date/Time (ET) | Status |
|---|---|
| 12/18/2007 10:03:37 AM | Order request received (Order ID 8215201) |
| 12/18/2007 10:03:36 AM | Service request has been submitted. |

**Fee Information**

| Fee Information | Total Recipients | Subtotal | Tax | Total |
|---|---|---|---|---|
| SOP Fast Service Fee (2-4 business days) | 1 | $145.00 | $8.34 | $153.34 |
| | Totals | $145.00 | $8.34 | $153.34 |

**Document List**

| Document Title | File Name | Conversion Status | View |
|---|---|---|---|
| PhRMA Subpoena | 12617915_PhRMA.PDF | Converted | PDF format<br>Original format |

**Recipients**

| Service Recipient | Address(es) | Description | Service Status |
|---|---|---|---|
| Pharmaceutical Research and Manufacturers of America - Attn:Corporate Representative(s) | Address Type: Business<br>950 F Street, N.W., Suite 300<br>Washington, DC 20004 | | Pending |

**Service Options**

| Service Options | Selected Option |
|---|---|
| Deadline for Service | 12/26/2007 |
| Hearing Date | |
| Billing Reference | |
| File Affidavit of Service with Court? | No |
| Special Instructions | |

**Contact Information**

| Contact Information | |
|---|---|
| Name | Kathy Krause |
| Contact Email Address | Kathy.Krause@usdoj.gov |
| Organization | US Department of Justice-DC |
| Organization Address | 601 D St NW<br>Washington DC, DC 20530 |
| | Phone: (301) 519-6764<br>Fax: (202) 659-9847<br>Email: susan.r.unger@lmco.com |



| | |
|---|---|
| **U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION**<br>**601 D St NW**<br><br>**Washington DC, DC 20530**<br>Attn: Kathy Krause<br>Phone: 3015196764 | Order #: 17697999<br><br>Date: Dec 26 2007 |

Dear U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION:

Attached is the Proof of Service associated with an order for service that you placed with LexisNexis Service of Process. The Order Number for this order appears at the top of this page.

Thank you very much for using LexisNexis Service of Process. If you have any questions, please contact LexisNexis Service of Process Customer Support at 1-800-644-4025 or email us at sopsupport@fileandserve.lexisnexis.com.

| | |
|---|---|
| **COURT:** | UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS |
| **CASE NAME:** | IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION vs. |
| **CASE NUMBER:** | 01-12257-PBS |
| **HEARING DATE:** | Dec 31 2007 |
| **SERVEE:** | PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA (PHRMA) |
| **PERSON SERVED:** | Catherine Cobern Assistant General Counsel, A white female approx. 30-35 years of age 5'10"-6'0" in height weighing 140-160 lbs with brown hair |
| **SERVICE DATE:** | Dec 19 2007 11:00AM |
| **SERVED BY:** | Eddie W. Null, Sr. |
| **SERVICE ADDRESS:** | 950 F ST NW SUITE 300 WASHINGTON, DC 20004 |
| **DOCUMENTS:** | NOTICE OF SUBPOENA; SUBPOENA IN A CIVIL ACTION; EXHIBITS |
| **SERVICE NOTE:** | |

8215201

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>Defendant/Respondent | Hearing Date: 12/?/?007<br><br>CAUSE NO:<br>01-12257-PBS<br><br>AFFIDAVIT OF SERVICE OF:<br>NOTICE OF SUBPOENA; SUBPOENA IN A CIVIL ACTION; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **19th day of December, 2007, at 11:00 AM**, at the address of **950 F Street NW SUITE 300, WASHINGTON, Dist of Columbia** County, **DC 20004**; this affiant served the above described documents upon **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA (PHRMA)**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Catherine Cobern, Assistant General Counsel, A white female approx. 30-35 years of age 5'10"-6'0" in height weighing 140-160 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **22nd day of December, 2007**.

_____
Eddie W. Null, Sr.


SUBSCRIBED AND SWORN to before me this 22nd day of December, 2007

_____
NOTARY PUBLIC in and for the State of Virginia
Residing at: Bristow, VA
My Commission Expires: 12/31/2010


FOR: **LexisNexis File & Serve**
SOP
REF: **17697999**

ORIGINAL PROOF OF SERVICE

Tracking #: 8215201 SEA

Christine Amelia Davis
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7042900
My Commission Expires
December 31, 2010

**Receipt** submitted on 12/18/2007 8:06:55 PM (ET)

| Date/Time (ET) | Status |
|---|---|
| 12/18/2007 8:07:02 PM | Service request has been submitted. |

## Fee Information

| Fee Information | Total Recipients | Subtotal | Tax | Total |
|---|---|---|---|---|
| SOP Fast Service Fee (2-4 business days) | 1 | $145.00 | $8.34 | $153.34 |
| | Totals | $145.00 | $8.34 | $153.34 |

## Document List

| Document Title | File Name | Conversion Status | View |
|---|---|---|---|
| Option Care Subpoena | 12637789_Option-Care-Subpoena-12-18-07.pdf | Converted | PDF format<br>Original format |

## Recipients

| Service Recipient | Address(es) | Description | Service Status |
|---|---|---|---|
| Option Care, Inc - Attn:Corporate Representative | Address Type: Business<br>485 Half Day Road<br>Suite 300<br>Buffalo Grove, IL 60089 | | Pending |

## Service Options

| Service Options | Selected Option |
|---|---|
| Deadline for Service | 12/26/2007 |
| Hearing Date | |
| Billing Reference | |
| File Affidavit of Service with Court? | No |
| Special Instructions | |

## Contact Information

| Contact Information | |
|---|---|
| Name | Kathy Krause |
| Contact Email Address | Kathy.Krause@usdoj.gov |
| Organization | US Department of Justice-DC |
| Organization Address | 601 D St NW<br>Washington DC, DC 20530 |
| | Phone: (301) 519-6764<br>Fax: (202) 659-9847<br>Email: susan.r.unger@lmco.com |



| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>601 D St NW<br>Washington DC, DC 20530<br>Attn: Kathy Krause<br>Phone: 3015196764 | Order #: 17717322<br><br>Date: Dec 20 2007 |

Dear U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION:

Attached is the Proof of Service associated with an order for service that you placed with LexisNexis Service of Process. The Order Number for this order appears at the top of this page.

Thank you very much for using LexisNexis Service of Process. If you have any questions, please contact LexisNexis Service of Process Customer Support at 1-800-644-4025 or email us at sopsupport@fileandserve.lexisnexis.com.

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS |
| CASE NAME: | IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION vs. |
| CASE NUMBER: | 01-12257-PBS |
| HEARING DATE: | |
| SERVEE: | OPTION CARE, INC. |
| PERSON SERVED: | DIANE BURKE  LEGAL ASSISTANT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair |
| SERVICE DATE: | Dec 19 2007  1:40PM |
| SERVED BY: | Ryan Flaska |
| SERVICE ADDRESS: | OPTION CARE, INC. 485 HALF DAY RD SUITE 300 BUFFALO GROVE, IL 60089 |
| DOCUMENTS: | NOTICE OF SUBPOENA; EXHIBITS; SUBPOENA IN A CIVIL ACTION |
| SERVICE NOTE: | |

8215279

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**01-12257-PBS**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**NOTICE OF SUBPOENA; EXHIBITS; SUBPOENA IN A CIVIL ACTION** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **19th day of December, 2007, at 1:40 PM**, at the address of **OPTION CARE, INC., 485 HALF DAY Road SUITE 300, BUFFALO GROVE**, Cook County, **IL 60089**; this affiant served the above described documents upon **OPTION CARE, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **DIANE BURKE, LEGAL ASSISTANT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **19th day of December, 2007**.

_Ryan Flaska_, Reg. # 117-001119, IL

SUBSCRIBED AND SWORN to before me this 19th day of December, 2007

_Joan C. Harenberg_
NOTARY PUBLIC in and for the State of **Illinois**
Residing at: _____
My Commission Expires: _____

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

FOR: **LexisNexis File & Serve**
SOP
REF: **17717322**

ORIGINAL PROOF OF SERVICE

Tracking #: **8215279** SEA