# EXHIBIT C

**From:** Gobena, Gejaa (CIV)
**Sent:** Tuesday, December 18, 2007 5:59 PM
**To:** Jason G. Winchester; Tina M. Tabacchi
**Subject:** Deposition Request

Jason/Tina,

Pursuant to CMO 29, I am making a request for the deposition of Dale Johnson from Abbott's State Affairs group. Thanks.