# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) United States of America ex rel. ) Ven-A-Care of the Florida Keys, ) Inc. v. Abbott Laboratories, Inc. and ) Hospira, Inc., ) CIVIL ACTION NO. 06-11337-PBS ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti Saris |

# VEN-A-CARE OF THE FLORIDA KEYS, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES, INC.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("Plaintiff", "Relator" or "Ven-A-Care"), by and through its undersigned counsel, serves the following interrogatories on Abbott Laboratories, Inc. (hereinafter "Defendant" or "Abbott"). These interrogatories are to be answered by Abbott fully in writing and under oath. Ven-A-Care requests that Abbott serve any objections to these interrogatories and produce a copy of its answers within 30 days:

I.  **INSTRUCTIONS**

The applicable Instructions can be found in section I of the United States' First Set of Interrogatories, served on Defendant on November 17, 2006.

## II.   DEFINITIONS

The applicable Definitions can be found in section II of the United States' First Set of Interrogatories, served on Defendant on November 17, 2006.

## III.   INTERROGATORIES

1. If you contend that the Court lacks jurisdiction over any cause of action brought by either one or both of the Plaintiffs, including, but not limited to, the contention that the Court lacks subject matter jurisdiction based upon the "public disclosure bar" specified at 31 U.S.C. §3730(e)(4), please describe the complete factual basis for your contention, including which Plaintiff it applies to, and identify all information, including but not limited to, the knowledge of any witness or witnesses, supporting your contention. As part of your response, please identify each action over which you contend the Court lacks subject matter jurisdiction based upon the "public disclosure bar" specified at 31 U.S.C. §3730(e)(4), and, with respect to each action further identify and describe with specificity:

   a. each public disclosure or disclosures;

   b. each and every fact and all information of which you are aware which relates to such public disclosure or disclosures;

   c. the time and date of each public disclosure or disclosures;

   d. Each witness to the public disclosure or disclosures;

   e. The particular information (including drug product, NDC and pricing information) that you contend was "publicly disclosed" in each of the

       public disclosure or disclosures;

f.   all documents relating to each public disclosure or disclosure;

g.   the source or sources of the public disclosure or disclosures including, but not limited to, whether each public disclosure was of allegations or transactions in a criminal, civil, or administrative hearing, in a congressional, administrative, or Government [General] Accounting Office report, hearing, audit, or investigation, or from the news media;

h.   all facts and information which you contend supports any contention by you that any action of the Relator was "based upon" the public disclosure of allegations or transactions in a criminal, civil, or administrative hearing, in a congressional, administrative, or Government [General] Accounting Office report, hearing, audit, or investigation, or from the news media.

The time scope of this interrogatory is not limited to the time period of January 1, 1985 to the present and any response should include any "public disclosure", regardless of time period, that is responsive to this interrogatory.

2.   If you contend that Abbott made full disclosure of its conduct alleged in this action to the Government please describe all facts and information supporting that contention.

DATED: December 18, 2007

        For the Relator,
        Ven-A-Care of the Florida Keys, Inc.


        /s/ Alison W. Simon
        James J. Breen
        Alison W. Simon
        The Breen Law Firm
        P. O. Box 297470
        Pembroke Pines, FL  33029-7470
        Phone:  954-874-1635
        Fax: 954-874-1739


## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above VEN-A-CARE OF THE FLORIDA KEYS, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT ABBOTT LABORATORIES, INC. to be served on the following counsel by electronic mail:

Daniel Reidy
James Daly
Tina M. Tabacchi
Brian J. Murray
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, Illinois 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: jrdaly@jonesday.com

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600
Tel: (617)832.1213
Fax: (617)832.7000
Email: mmurphy@foleyhoag.com

4

| | |
|---|---|
| R. Christopher Cook<br>David S. Torborg<br>Jones, Day, Reavis & Pogue<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br>Email: christophercook@jonesday.com | Neil Merkl<br>Paul F. Doyle,<br>Wlliam A. Escobar<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 808-7811<br>Fax: (212) 808-7897<br>Email: nmerkl@kelleydrye.com |
| Helen E. Witt<br>Eric T. Gortner<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Email: hwitt@kirkland.com<br>Email: egortner@kirkland.com | Michael F. Hertz<br>Joyce R. Branda<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852<br>Email: Renee.Brooker@usdoj.gov<br>Counsel for the United States |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272<br>Email: George.henderson2@usdoj.gov<br>Counsel for the United States | Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br>the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101<br>Email: Mark.Lavine@usdoj.gov<br>Counsel for the United States |
| Dated: December 18, 2007 | /s/ Alison W. Simon<br>Alison W. Simon |

5