UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, <br> CIVIL ACTION NO. 06–CV-11337-PBS | |

## Joint Request for Entry of Amended Case Management Order No. 29

The United States of America and Abbott Laboratories, Inc., through their undersigned counsel, respectfully file this Joint Request for Entry of Amended Case Management Order No. 29. *See* Proposed [Amended] Case Management Order No. 29 (Exhibit A). As grounds for their request, the parties represent as follows. On March 23, 2007, after briefing and argument, the Honorable Judge Patti B. Saris entered Case Management Order No. 29 (CMO-29). *See* Dkt. No. 3956. Pursuant to the Pre-Trial Schedule in paragraph 18 of CMO-29, all fact discovery was required to be completed by December 31, 2007. All subsequent deadlines then followed.

On December 18, 2007, after briefing by the parties, this Court extended the fact discovery deadline to March 31, 2008, in accordance with the terms of the December 18, 2007 Electronic Order of this Court. *See* Judge Saris's Electronic Order of December 18, 2007, denying in part Dkt. No. 4923/ Motion for Extension of Time to Complete Discovery. As a result, the remaining deadlines in paragraph 18 of CMO-29 need to be amended to comport with the extended time frame. The parties have agreed upon a new schedule, simply by extending all other deadlines to match the length of time afforded by the Court's December 18, 2007

Electronic Order; the relative time frames for all other deadlines in the proposed Amended CMO-29 are the same. For convenience of the Court and all parties, an amendment to the pre-existing CMO-29 is proposed. For these reasons, the parties jointly request that the Court entered Amended CMO-29 at Exhibit A, to reflect the new dates in paragraph 18.

Respectfully submitted,

| | |
|---|---|
| For the United States of America, | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY<br>GENERAL |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3398
Fax:  (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 536-4101

/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Elizabeth Strawn
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 616-3797
Fax:  (202) 307-3852

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Been
James J. Been
The Been Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

Dated: February 15, 2008

Respectfully submitted,

/s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Counsel for Defendant Abbott
Laboratories, Inc.

Dated: February 15, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **Joint Request for Entry of Amended Case Management Order** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: February 15, 2008

/s/ Renée Brooker
Renée Brooker