UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *City of New York, et al. v.* <br> *Abbott Laboratories, et al.* <br> Civil Action No. 04-cv-06054 et al. | ) <br> ) Magistrate Judge Bowler <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE (i) OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS AS TO CERTAIN DEFENDANTS; and (ii) THAT PLAINTIFFS NO LONGER RECOGNIZE BMS COUNSEL AS LIASION COUNSEL FOR DISCOVERY PURPOSES**

Plaintiffs, the City of New York and New York Counties, respectfully notify the Court that, for all defendants except AstraZeneca, plaintiffs withdraw their Motion to Compel the Production of Data for the Designated FUL Drugs filed on January 31, 2008 ("Motion to Compel").

Plaintiffs withdraw the Motion to Compel because all defendants subject to it[1], except AstraZeneca, have agreed to produce the requested data. Plaintiffs will proceed with their Motion to Compel against AstraZeneca.

Plaintiffs further notify the Court and all defendants that, regrettably, plaintiffs no longer recognize Counsel for BMS as liaison counsel for defendants on discovery matters in this case. Plaintiffs genuinely appreciate Counsel for BMS' efforts to coordinate but the simple fact is that twice since December 2007, Counsel for BMS, acting as liaison,

---

[1] Plaintiffs withdraw their Motion to Compel as to: Barr, BMS, Dey, Ethex, GlaxoSmithKline, Ivax, Merck, Mylan, Par, Purepac, Roxane, Sandoz, Schering Plough, Teva, Warrick, Watson and Wyeth.

have provided plaintiffs with statements of position ostensibly on behalf of all defendants that have proven unreliable.  The most recent example of this was the January 22, 2008 letter from Lyndon Tretter to Joanne Cicala that served as the basis of the instant motion. (See Exhibit A to plaintiffs' motion to compel, filed January 31, 2008).  Since filing their Motion to Compel, plaintiffs' counsel has learned that the letter from BMS' Counsel did not accurately reflect the positions of all defendants from whom the discovery at issue was sought.  This motion was in large part unnecessary.

Plaintiffs already have notified Counsel for BMS that plaintiffs appreciate their liaison efforts to date but that plaintiffs no longer recognize them or their firm in a liaison capacity on discovery matters in this case.  Unless otherwise agreed, plaintiffs henceforth will deal with each defendant individually when it comes to discovery.

Dated:  February 15, 2008

                                                   Respectfully submitted,
**City of New York and all captioned Counties except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

        /s/ Joanne M. Cicala
By:  Joanne M. Cicala (JC 5032)
      James P. Carroll Jr. (JPC 8348)
      Aaron D. Hovan (AH 3290)

## CERTIFICATE OF SERVICE

I, Aaron D. Hovan, hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFFS' NOTICE (i) OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS AS TO CERTAIN DEFENDANTS; and (ii) THAT PLAINTIFFS NO LONGER RECOGNIZE BMS COUNSEL AS LIASION COUNSEL FOR DISCOVERY PURPOSES** to be served on counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: February 15, 2008

/s/___Aaron D. Hovan
Aaron D. Hovan
Kirby McInerney LLP