# Exhibit A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2008 at 4:22 PM EST and filed on 2/1/2008
**Case Name:**           Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**          1:01-cv-12257
**Filer:**
**Document Number:**      No document attached

**Docket Text:**

**Magistrate Judge Marianne B. Bowler: Electronic ORDER entered denying [4901] Motion to Compel. This court finds that the government's construction and implementation of the November 9, 2007 ORDER to be correct. (Bowler, Marianne)**