# Exhibit B

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2008 at 4:15 PM EST and filed on 2/1/2008

| | |
|---|---|
| **Case Name:** | Citizens for Consume, et al v. Abbott Laboratories,, et al |
| **Case Number:** | 1:01-cv-12257 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Magistrate Judge Marianne B. Bowler: Electronic ORDER entered denying [4790] Motion to Compel, as overly burdensome and cumulative. The burden imposed outweighs the likely benefit of the information. See Rule 26(b)(2)(C). And denying [4892] Motion to Compel for reasons stated by the government. Furthermore, the requested information is cumulative and the burden imposed outweighs the likely benefit within the meaning of Rule 26(b)(2)(C). (Bowler, Marianne)**