# Exhibit E

1

1 - 157

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


CONSUME, ET AL,                        )
                    Plaintiffs,)
                                       )
-V-                                    )   CIVIL DOCKET NO.
                                       )   01-12257-PBS
ABBOTT LABORATORIES, ET AL,    )
                                       )
                    Defendants.)


MOTION HEARING
BEFORE THE HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE


January 31, 2008

Boston, Massachusetts


APPEARANCES ON PAGE 2

Proceedings recorded by electronic sound recording,
transcript produced by Apex Reporting.

*APEX Reporting*
(617) 269-2900

148

1   isolate the material.  They brought in a high level CMS

2   official to assist with the document review; to look for

3   deliberative process type material.

4           And it just -- but the level of burden associated

5   with that, going though on a page-by-page basis, persuaded

6   us that it was better to seek -- to simply resist production

7   of that very narrow class of material.

8           And we made it very clear that at every stage to

9   -- exactly what we weren't producing.

10          We fully expected a motion to compel.  We told

11  them exactly what we wanted them to produce; what we were

12  going to do in terms of logging it; and this motion

13  resulted.

14          So, it's just that there's a burden to go on a

15  page-by-page log because of the breadth -- this is not going

16  -- the idea that there are going to be documents in there,

17  the policy of CMS does not established, was not developed by

18  reference to Abbott's water product.

19          The idea that we're going to find material in

20  there that corresponds to was covered by the very narrow

21  language of Judge Saris' November 9th ruling, is just highly

22  unlikely; the last place we've looked for it at CMS.

23          What is of concern to Abbott is because it goes to

24  issues that have already been decided in this case and

25  decided frankly, against that Abbott's interest.