# Exhibit F

Scully, Thomas A.  May 15, 2007

Washington, DC

Page 1

```
              UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

    - - - - - - - - - - - - - - -x

    IN RE:  PHARMACEUTICAL         :  MDL NO. 1456

    INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

    PRICE LITIGATION               :  01-CV-12257-PBS

    THIS DOCUMENT RELATES TO       :

    U.S. ex rel. Ven-a-Care of     :  Judge Patti B. Saris

    the Florida Keys, Inc.         :

         v.                        :

    Abbott Laboratories, Inc.,     :  Chief Magistrate

    No. 06-CV-11337-PBS            :  Judge Marianne B.

    - - - - - - - - - - - - - - -x    Bowler
```

934268fd-66d9-4c40-b8d6-725605bc72fb

Page 274

1   Q.   Page 99.  Near the -- about two-thirds of
2   the way down, you say, "it is not an easy solution.
3   I spent four hours the other day with probably 10
4   people at CMS that have worked on this for the
5   longest time."  Do you see that?  I mean, the
6   sentence continues, but do you see that language?
7   A.   Yes.
8   Q.   I was wondering if you can identify for us
9   any of those 10 people.
10  A.   Well, two I mentioned already.  Ira Bernie
11  was probably always the key guy driving the CMS
12  internally, works in the office of legislative
13  affairs.
14  Q.   Is he still with CMS?  I'm sorry to
15  interrupt.
16  A.   Has been for 30 years.  Most incredibly
17  complex policies come from Ira over the years,
18  probably half your litigation.  Second person,
19  believe it or not, in the small world category, is
20  Erin Clapton, who has also been there for years.  And
21  her husband Chuck Clapton is the chief counsel in
22  this committee and is still the minority counsel on

Page 275

1   Ways and Means.
2         So she works in CMS policy office and her
3   husband was the primary guy driving this in Congress.
4   So it was a lot -- somebody I've known for years, so
5   I would say those two -- of the 10, you know, there
6   is quite a bit of staff people.  I can't remember all
7   the names that probably worked on this.  Probably Tom
8   Gustafson, Tom Grissam, Ira and Erin, were probably
9   the four I can remember the most clearly involved in
10  this.  Rob Forman probably was involved in it as my
11  head of legislative affairs at CMS probably was also
12  in there.
13  Q.   Later on in your testimony, we can find
14  it, but I think you mentioned maybe as many as 15
15  people.  Are those -- is that --
16  A.   Same basic.
17  Q.   Anybody else that you can recall that
18  would be in this area of knowledge about having
19  worked on the AWP issue for a number of years within
20  CMS?
21  A.   It was a big staff.  I mean, I had staff
22  meetings the size of this to discuss this.  I can't

Page 276

1   remember every staff person that worked on it, the
2   senior staff people I think I've mentioned.  It was
3   an area of pretty intense focus for a while.
4            (Exhibit Abbott 188 was
5             marked for identification.)
6       BY MR. DALY:
7   Q.   Mr. Scully, I'm handing you what the court
8   reporter has marked as Exhibit Abbott 188, which is a
9   copy of what I believe is your prepared testimony
10  before the Senate Finance Health Care Committee on
11  March 14, 2002.  And do you recognize it to be such?
12  A.   Yes.
13  Q.   And did you write this?
14  A.   Probably not.
15  Q.   Okay.
16  A.   Probably reviewed it, maybe threw a few
17  sentences here and there.  Probably drafted by staff.
18  Q.   Did you review this in preparation for
19  your deposition?
20  A.   No.  I may have looked through it briefly.
21  I probably had a copy.
22  Q.   Okay.

Page 277

1   A.   Not in this format.  Anyway.
2   Q.   On page 2 of the document, you mentioned
3   in the second full paragraph, about two-thirds of the
4   way through it, that under BIPA, which provided some
5   authority for the Secretary to act after reviewing
6   the General Accounting Office report to Congress,
7   "under BIPA, we could move to a market-based system
8   or drugs and adjust payments for services related to
9   furnishing drugs such as practice expenses for
10  oncology administration."  Do you see that?
11  A.   Yes.
12  Q.   And can you explain what that means?
13  A.   No, I probably -- I can't remember
14  precisely, but I'm thinking it probably means is we
15  have the authority to actually save money in drugs
16  arguably, and this is a new legal argument, I think,
17  that I had gotten since the first testimony, because
18  I was trying to find ways to threaten to fix it
19  administratively if I couldn't get Congress to act.
20       I believe at one point, I got some
21  discretion or at least a reading of BIPA from my
22  attorneys, I may be wrong about this, but I believe

70 (Pages 274 to 277)