# Exhibit P

O20508RV

ROUGH DRAFT

1

```
              1         THE VIDEO TAPE OPERATOR:  We
              2    are on the record.  This is a continuation of
              3    the video tape deposition of Robert Vito.  It is
              4    Day 3.  Today's date is February 5, 2008.  The
09:15:06      5    time is 9:20.  The witness has already been
              6    previously sworn in.
              7    BY MR. TORBORG:
              8    Q.    Good morning, Mr. Vito.
              9    A.    Good morning.
09:15:14     10    Q.    You understand you are still under oath
             11    here this morning and this afternoon?
             12    A.    Yes, sir.
             13    Q.    Thank you.  Again, my name is David
             14    Torborg.  I am an attorney with Jones Day and we
09:15:24     15    represent Abbott Laboratories in this case and
             16    you have an understanding of what the lawsuit at
             17    which you are appearing in the deposition is
             18    about?
             19    A.    I believe so.
09:15:32     20    Q.    Have you learned anything more about the
             21    litigation in particular the allegations against
             22    Abbott since your last deposition?
             23    A.    No, the only thing I became aware of was
             24    the judges decision.
09:15:52     25    Q.    And which decision are you talking about?
```

HENDERSON LEGAL SERVICES

ROUGH DRAFT

2

```
              1    A.    The one that relates to the AWP.
```
Page 1

020508RV

10:26:44 25  survey results.

HENDERSON LEGAL SERVICES

♀

ROUGH DRAFT
                         50

         1       Do you recall any conversations
         2  with anyone along those lines, Mr. Vito?
         3  A.   No, sir.  Objection.
         4  Q.   Finally, and then we will take a break the
10:27:00 5  next paragraph states HCFA and state Medicaid
         6  officials agreed that pharmacies must often use
         7  excess Medicaid remediations to cover their
         8  dispensing costs.
         9       Do you recall any meetings with
10:27:14 10  HCFA officials where this topic was discussed
        11        MR. DRAYCOTT:  Objection.
        12  This is a prior instructions I would instruct
        13  you not to answer to the extent the
        14  conversations if they occurred with HCFA
10:27:28 15  officials occurred in the context of entrance or
        16  exit conferences.
        17        THE WITNESS:  Yes.
        18  BY MR. TORBORG:
        19  Q.   And have you had conversations with HCFA
10:27:42 20  officials where they stated that pharmacies must
        21  often use excess Medicaid remediations to cover
        22  their dispensing costs?
        23  A.   I'm not sure that that is the way it was
        24  discussed.
10:27:58 25  Q.   Do you recall how it was discussed

```
                        020508RV
                HENDERSON LEGAL SERVICES

                      ROUGH DRAFT
                                              51
       1              MR. DRAYCOTT:  Same
       2  objection, same instruction as the last time.
       3              THE WITNESS:  Right, it is
       4  based on our discussions, right.
10:28:06 5  BY MR. TORBORG:
       6  Q.    So the topic was discussed in exit and
       7  entrance conversations, but you are not going to
       8  tell me about the discussion because of
       9  deliberative process privilege is that right
10:28:2210              MR. AZORSKY:  Objection to
      11  form
      12              MR. WINGET-HERNANDEZ:
      13  Objection to form.
      14              MR. TORBORG:  Why don't we
10:28:2815  take our first break
      16              THE VIDEO TAPE OPERATOR:  Off
      17  the video, 1034.
      18              THE VIDEO TAPE OPERATOR:  We
      19  are back on the record.  The time is 1050.
10:44:1620  BY MR. TORBORG:
      21  Q.    Mr. Vito, I would like to handled you
      22  another document.  This one will be marked as
      23  Abbott exhibit 473.  Mark mark
      24  BY MR. TORBORG:
10:44:3825  Q.    Earlier you testified that you had a


                HENDERSON LEGAL SERVICES

                      ROUGH DRAFT
                                              52
```