# Exhibit S

Scully, Thomas A.                                    May 15, 2007
                      Washington, DC

                    UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -x

IN RE:  PHARMACEUTICAL        :  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    :  CIVIL ACTION

PRICE LITIGATION              :  01-CV-12257-PBS

THIS DOCUMENT RELATES TO      :

U.S. ex rel. Ven-a-Care of    :  Judge Patti B. Saris

the Florida Keys, Inc.        :

      v.                      :

Abbott Laboratories, Inc.,    :  Chief Magistrate

No. 06-CV-11337-PBS           :  Judge Marianne B.

- - - - - - - - - - - - - - -x    Bowler

Henderson Legal Services
202-220-4158

934268fd-66d9-4c40-b8d6-725605bc72fb

Scully, Thomas A.                                    May 15, 2007
Washington, DC

Page 138

1    Q.   And it troubled the folks you were
2  interfacing with as well, isn't that correct?
3         MR. GOBENA: Objection. Form.
4         THE WITNESS: I think everybody in the
5  government knew the system was not good and my
6  hospital knew the system was not good.
7         BY MR. DALY:
8    Q.   And when you say everybody in the
9  government knew the system was not good, you mean
10 that the people, the staffers on the various
11 congressional committees and CMS that you interfaced
12 with, they were well aware that AWP as published by
13 the compendia was substantially in excess of what
14 providers could actually obtain these drugs for,
15 correct?
16        MR. GOBENA: Objection. Form.
17        MR. BREEN: Objection. Form.
18        THE WITNESS: I do not believe there was a
19 real true understanding on how bad it was outside
20 health care policy wonks, which I guess I consider
21 myself one, until probably if you'd see one of my
22 opening comments of this hearing was that I was

Page 139

1  telling Chairman Greene what I think, how valuable it
2  was to raise the profile of this so more people
3  understand how outrageous the policy was.
4         So the issue was, was there a handful of
5  policy wonks and health staffers and people probably
6  in HCFA in the late '90s that understood this, and
7  saw it needed to be fixed, yes, but their
8  understanding of the fact that it should be fixed was
9  vastly outweighed by the screaming of the parties,
10 including my hospitals, who would have been affected
11 by a fix.
12        And so politically, it wasn't possible to
13 do. And the Clinton Administration obviously failed.
14 I watched them fail in their efforts and I was
15 determined not to repeat that, and so I spent a lot
16 of time from the first day I got to CMS trying to
17 build up the political support to get this done. And
18 I got shelled for the first day by most of the doctor
19 groups, mainly doctor groups, mainly oncologists, for
20 trying to do this, because they wanted to protect the
21 revenue that they had, which was understandable.
22 They were doing what they should have been doing, and

Page 140

1  I was doing what I should have been doing.
2         BY MR. DALY:
3    Q.   And the politics that you reference. I
4  mean, this Medicare reform got continually caught up
5  in politics over the decade of the '90s, didn't it?
6         MR. GOBENA: Objection. Form.
7         THE WITNESS: Which?
8         BY MR. DALY:
9    Q.   Reducing reimbursements below AWP as
10 published by the compendia?
11        MR. GOBENA: Objection. Form.
12        MR. BREEN: Objection. Form. Breen.
13        MR. GOBENA: Yes.
14        BY MR. DALY:
15   Q.   Go ahead.
16   A.   Yes, I would say politics is a big factor
17 because it was a technical debate among staff people
18 versus many, many congressmen who didn't understand
19 it and didn't care about the details, hear them
20 screaming from their oncology friends in their own
21 communities until it became a glaring enough outrage,
22 it wasn't going to be fixed.

Page 141

1    Q.   And that was something that -- the
2  politics was something, as I said, you just said you
3  ran into when you began your tenure at CMS, right?
4    A.   I would say every day all three years I
5  probably got more heat about this particular issue
6  than almost anything else other than the Part D drug
7  benefit.
8    Q.   And you mentioned that the Clinton
9  Administration had attempted this in '97 as well and
10 they ran into political backlash as well, correct?
11   A.   Yes.
12   Q.   And in fact, back when you were with the
13 Bush Administration, the first Bush Administration in
14 '90-'91, HCFA and the administration ran into
15 political backlash when they attempted to reduce AWP
16 during that time frame as well?
17        MR. GOBENA: Objection. Form.
18        BY MR. DALY:
19   Q.   Is that correct?
20        MR. GOBENA: Objection. You can answer.
21        BY MR. DALY:
22   Q.   Go ahead.

36 (Pages 138 to 141)

934268fd-66d9-4c40-b8d6-725605bc72fb

Scully, Thomas A.                                    May 15, 2007
                    Washington, DC

Page 142

1    A.   Yes.  I recall that that's the case.
2    Q.   You mentioned earlier this morning that
3  you had some conversations with your predecessor in
4  the office, Ms. Mindeparo.  Do you recall that
5  testimony generally?
6    A.   Yes.
7    Q.   And how many conversations about Medicare
8  reform or the AWP issue did you have with her?
9        MR. GOBENA:  Objection.  Form.
10       THE WITNESS:  I don't recall.  She is a
11  good friend.  She was one of the people that
12  convinced me to go back and take the job and we have
13  been friends for a long time and we had discussions
14  with her all the time on many different issues, and I
15  still do.
16       BY MR. DALY:
17    Q.   And is this in the -- what time frame are
18  we talking about?
19    A.   She was the CMS administrator, I'm
20  guessing from '97 until probably 2000, early --
21  halfway through 2000.  And then after that, she left
22  and I spent a lot of time talking about whether I

Page 143

1  should take the job or not and a lot of time talking
2  about staff when I first took the job.  So I mean, I
3  would say I probably talked to her every few weeks
4  during the whole period, when she was administrator,
5  when she was out, when I was administrator.
6    Q.   Okay.
7    A.   So I had many, many conversations with her
8  about a wide variety of subjects.
9    Q.   Do you recall any conversations you had
10  with her about the AWP issue?
11    A.   Not specifically, but I know I had many.
12    Q.   Do you remember generally what it is you
13  talked about with her?
14    A.   I mean, specifically, thematically, her
15  frustration, the same way that I had, that the system
16  was broken and needed to be fixed.  And that she had
17  tried and that they probably should have maybe
18  approached it differently and probably spent more
19  time trying to get Congress to deal with it and make
20  the changes.  She obviously had a Democratic
21  administration dealing with a mostly Republican
22  Congress at the time, and I had the benefit of having

Page 144

1  slightly different political situation.  Most of the
2  committee chairmen were people I had known for years.
3  And she also had very good relations with them, but
4  they had -- it was easier for opposition party to
5  pick on them when they are trying to do
6  administrative reforms.  It was harder for the
7  Republicans in Congress to pick on the Republican
8  administration.  They still did, but it was easier
9  for me.
10    Q.   Okay.  Do you remember when she said maybe
11  -- or you mentioned that she said something to the
12  effect of maybe they could have, should have
13  approached it differently, is that what you said?
14    A.   Yes.  I just don't remember the specifics.
15  We had been -- we had many discussions about the
16  policy generally and how it might have been fixed
17  differently, and you know, what her priorities were,
18  what mine should be.  So I just don't remember
19  specific conversations.  I had many, many
20  conversations with her.
21    Q.   And based on your conversations with
22  Ms. Mindeparo, is it fair to say that she was also

Page 145

1  aware of the substantial spreads between AWP as
2  published and actual acquisition costs for Medicare
3  Part B drugs?
4        MR. GOBENA:  Objection.  Form.
5        THE WITNESS:  Yes.  She was clearly aware
6  of it.
7        BY MR. DALY:
8    Q.   And you talked to her about -- you said
9  you talked to her about whether you should take the
10  job?
11    A.   Yes.
12    Q.   And did she encourage you or discourage
13  you?
14    A.   She encouraged me, and I had encouraged
15  her to take it, she took it.
16    Q.   This is pay back for you?
17    A.   Kind of.
18    Q.   If we go back to your testimony, which I
19  still think is in front of you, Exhibit Abbott 183,
20  if we look at page 5 in the first full paragraph, you
21  talk about prior agency attempts to remedy the
22  disparities between AWP and the amount actually paid.

37 (Pages 142 to 145)

934268fd-66d9-4c40-b8d6-725605bc72fb

Scully, Thomas A.                                                    May 15, 2007
                              Washington, DC

| | |
|---|---|
| Page 170 | Page 172 |

**Page 170**

1  on page 6 of Exhibit Abbott 183?
2      A.   I believe so, yes.
3      Q.   Now, it says these -- in the next sentence
4  -- "these wholesale prices were culled from wholesale
5  catalogues circulated among the provider community."
6  Do you see that?
7      A.   Yes.
8      Q.   Is that something that could have been
9  done prior to 2000?
10         MR. GOBENA:  Objection to the form.
11         MR. BREEN:  Object to the form.
12         MR. GOBENA:  Objection.  Form.
13         THE WITNESS:  In theory, I'm sure it could
14  have been.
15         BY MR. DALY:
16      Q.   In other words, there were wholesale
17  catalogues in the provider community prior to 2000,
18  right?
19         MR. GOBENA:  Objection.  Form.
20         MR. BREEN:  Objection.  Form.
21         BY MR. DALY:
22      Q.   Go ahead.

**Page 171**

1      A.   Yes.  I'm sure there were.
2      Q.   And in the next sentence, you say, "last
3  year, HCFA sent this new information to Medicare
4  carriers and instructed them to consider these
5  alternative wholesale prices as another source of AWP
6  data in determining their January 1, 2001 quarterly
7  update for many of these drugs."  Do you see that
8  language?
9      A.   Yes.
10      Q.   And so it is your understanding that these
11  were -- the DOJAWPs were sent to the carriers,
12  correct?
13         MR. GOBENA:  Object to the form.
14         BY MR. DALY:
15      Q.   Correct?
16      A.   It was before I got there, but my
17  understanding is that's true.
18      Q.   And is it your understanding that they
19  were also sent to the various state Medicaid units?
20         MR. GOBENA:  Object to the form.
21         THE WITNESS:  I don't know but from the
22  testimony, it appears that they were.

**Page 172**

1         BY MR. DALY:
2      Q.   And do you know why they were sent to just
3  simply be considered by the carriers in terms of
4  developing their alternative wholesale prices as
5  opposed to being directed to use them?
6         MR. GOBENA:  Objection.  Form.
7         THE WITNESS:  I can give you my opinion
8  since I wasn't there, but my opinion in having served
9  as administrator is there are many, probably 80
10  percent of Medicare prices on a regional basis are
11  done by carrier medical directors and carriers, so
12  it's not uncommon to leave this to the -- at that
13  point, probably 26 Part B carriers.
14         Especially sometimes when the
15  administration doesn't want to make a tough decision,
16  they ship it out to the largely Blue Cross carriers
17  and let them make the decision and take the heat,
18  which is my guess is what was going on here is they
19  sent the information out to the medical directors,
20  who are generally -- when allowed the discretion --
21  can be pretty tough, hoping that they would crack
22  down on this.

**Page 173**

1         And this was 95 percent politics, so I'm
2  sure what happens is even though I wasn't there is
3  that the administration got blasted by the cancer and
4  oncology community, who is very good at doing that.
5  And then they backed off and Congress also heard the
6  heat and passed a prohibition in December of 2000.
7  And in my opinion, that was both completely
8  misdirected on a policy basis, but politics is
9  politics and that's what drove this issue for 10
10  years.
11         MR. DALY:  Lunch?
12         MR. GOBENA:  Sure.
13         THE WITNESS:  Can we do it quick, so we
14  can get done today?
15         MR. BREEN:  How do we plan on dividing
16  this up time-wise?  Are you going to take the rest of
17  the day with Mr. Scully, because we are certainly
18  going to ask some questions on this side.
19         MR. DALY:  You know, I think we would have
20  to see.  I mean, I'd like to finish today, but I
21  can't say that I will.  I'm certainly going to try.
22         MR. BREEN:  I understand.  I just want you

44 (Pages 170 to 173)

934268fd-66d9-4c40-b8d6-725605bc72fb