# Exhibit V

Thomas

ROUGH DRAFT ONLY - NOT PROOFREAD        1

```
1    IN RE:
2    PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
3    LITIGATION
4    ---------------------------------------
5                 WARNING - DRAFT COPY
6
7    WITNESS:   GREGORY THOMAS
8    February 14, 2008
9    Princeton, New Jersey
10
11   REPORTER
12   Seva Flicstein, CSR-RMR-CRR
13   _____
14              THE VIDEOGRAPHER:  Good morning.  My
15   name is Daniel McClutchy of Henderson Legal
16   Services.  The date today is February 14, 2008.
17   The time is approximately 9:27 a.m.
18              This deposition is being held in the
19   office of Pepper Hamilton, located at 301 Carnegie
20   Center boulevard in Princeton, New Jersey.  The
21   caption of this case is In Re Pharmaceutical
22   Industry Average Wholesale Price Litigation, in
23   the U.S. District Court, District of
24   Massachusetts, MDL No. 1456, Civil Action No.
25   01-12257-PBS.
```

⚥

Thomas

```
12   So there are certain systems that are five years
13   and certain systems that are not five years.
14        Q.   Is there some type of recycling of
15   the tapes?
16        A.   Yes, there is.
17        Q.   So the oldest ones eventually will
18   get rewritten on?
19        A.   Exactly.
20        Q.   Have you had the same backup system
21   for five years?
22        A.   No.  That's why --
23        Q.   Some of the tapes are on an old
24   system you don't even use anymore?
25        A.   Yeah, exactly.
```

♀

ROUGH DRAFT ONLY - NOT PROOFREAD        11

```
 1        Q.   And just quickly, what type of
 2   online systems are there?  For example, email
 3   servers, general file server?
 4        A.   Yeah, email servers, general file
 5   servers, development servers for information
 6   technology in terms of code development, database
 7   servers.  Those are primarily --
 8        Q.   The development servers, is that a
 9   server designed to service the IT department?
10        A.   Yeah.  It's more of where we keep
11   our source code.  It's essentially a file server,
12   but it stores just different types of information,
```

                                    Thomas
13    not Excel sheets and things like that, but code
14    for a particular application, to build an
15    application.
16         Q.    Did any of the production in this
17    case derive from that server?
18         A.    Yeah.
19         Q.    What type of materials come from
20    there?
21         A.    Well, I shouldn't say derive, but we
22    searched that server as part of the protocol.
23         Q.    What about with respect to the
24    companies that have been acquired by MHA, what's
25    been done with respect to any of their electronic

♀

              ROUGH DRAFT ONLY - NOT PROOFREAD      12

1    data?
2         A.    The last acquisition we had before
3    the largest acquisition was PBI.  And that was in
4    August of 2006.  We very rapidly integrated their
5    systems, within 90 days of that acquisition, and
6    those documents -- their servers were indeed also
7    part of the search.  They also have online and
8    backup.  Nothing really in between.
9         Q.    But the online portion of the PBI
10   materials were integrated and part of the
11   search?
12        A.    Yes.
13        Q.    I'm sorry.  You said there were
14   email file, development servers, and one other.
                         Page 11

                        Thomas

15   Oh, database?
16        A.    Database servers.
17        Q.    But all of those were searched?
18        A.    All of those were searched.
19        Q.    And there's no others?
20        A.    That would fit -- I guess you could
21   say there's a web server.  But that would be it.
22   Yeah, a web server.  But we consider that
23   essentially a database server.  So that's a
24   different classification.
25        Q.    Was that one searched, also?


♀

              ROUGH DRAFT ONLY - NOT PROOFREAD      13

1         A.    Yes.
2         Q.    Does that cover everything?
3         A.    Yeah, pretty much.  Yeah.
4         Q.    Was anything separate done to look
5    on personal computers that may not have had -- or
6    that may have had files stored the in someplace
7    other than the file server system?
8         A.    No.
9         Q.    I don't know if you are able
10   to -- do you have any responsibility in connection
11   with the deployment of new equipment?
12        A.    Yes.  I manage that entire process.
13        Q.    Are you able to estimate the -- the
14   approximate age of the oldest desktop computers in
15   use at MHA at this point?

Thomas

♀

ROUGH DRAFT ONLY - NOT PROOFREAD       42

1    believe documents dated from 1990 or '91 to '95.
2    I have to look at the subpoena in more detail,
3    but --
4         Q.   It would be going back to at least
5    the early 1990s?
6         A.   Yes.
7         Q.   Was there any discussion on the
8    phone call about the number of employees whose
9    accounts and electronic files would be searched?
10        A.   Not specifically as a number of
11   employees, but that all employees' information,
12   electronic, would be searched.
13        Q.   That would be every employee at
14   MHA?
15        A.   Every employee.
16        Q.   The government was insistent on
17   that?
18             MR. LAVINE:  Objection to form.
19        Q.   Let me ask.  What is the government
20   insistence on MHA searching the electronic files
21   of all of MHA's employees?
22        A.   I wouldn't say insistent.  It was
23   kind of a given.
24        Q.   Did the government ask?
25        A.   Yeah.