UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of New York et al v. Abbot Laboratories, et al.*,<br>Civ. Action No. 04-cv-06054, et al. | )<br>)<br>)  MDL No. 1456<br>)<br>)  Master File No. 01-CV-12257-PBS<br>)<br>)  Hon. Patti B. Saris<br>)<br>) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

AstraZeneca Pharmaceuticals L.P. and AstraZeneca L.P. (together "AstraZeneca"), by their attorneys, hereby move this Court for leave to file under seal AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and the Declaration of Benjamin Allee in Support of AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and attached exhibits.

Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order"), the parties in the above captioned case have designated many documents and other information produced in these cases as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and the Declaration of Benjamin Allee in Support of AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and attached exhibits reference—either directly or indirectly—information that has been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." In particular, these documents cite to the Revised Exhibit B to First

Amended Consolidated Complaint that was designated by Plaintiffs' counsel as "CONFIDENTIAL." Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal.

WHEREFORE, AstraZeneca Pharmaceuticals LP respectfully requests that this Court grant it leave to file AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and the Declaration of Benjamin Allee in Support of AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs and attached exhibits under seal.

Dated:   Boston, Massachusetts
         February 15, 2008

Respectfully Submitted,

By:   /s/ Katherine B. Schmeckpeper
      Nicholas C. Theodorou (BBO # 496730)
      Katherine B. Schmeckpeper (BBO #663200)
      FOLEY HOAG LLP
      155 Seaport Blvd.
      Boston, Massachusetts 02210
      Tel: (617) 832-1000

      D. Scott Wise (admitted *pro hac vice*)
      Kimberley Harris (admitted *pro hac vice*)
      DAVIS POLK & WARDWELL
      450 Lexington Avenue
      New York, New York 10017
      Tel: (212) 450-4000

      *Attorneys for*
      *AstraZeneca Pharmaceuticals L.P. and*
      *AstraZeneca L.P.*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that counsel for AstraZeneca attempted to confer with counsel for Plaintiffs New York Counties on February 15, 2008, in a good faith effort to resolve or narrow the issues set forth herein, and were unable to reach Plaintiffs' counsel.

/s/ *Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

      I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the New York Counties Consolidated action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 15th day of February, 2008, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                      /s/ *Katherine B. Schmeckpeper*
                                      Katherine B. Schmeckpeper