# Exhibit G

# EXHBIT G

(Abbott's proposed sample of documents for *in camera* review)

## CMS Amended Privilege Log

| Document Number | Date | Type | Description | Author | Distribution | Privilege Designation |
|---|---|---|---|---|---|---|
| HHC901-0093-0133 (Released 0131-33) | | Memo with Attachments | Request for a Modification to Contract #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, Task order #17 re:'Prices Established by the Private and Public Sectors for Drugs also Covered Under Medicare Part B | Stoogenke, Marvin M.., HCFA Project Officer, Division of Supplier Claims Processing, Center of Health Plans and Providers | Director, HCFA, Div. of Research Contracts and Grants, Acquisition and Grants Group | Deliberative Process |
| HHC901-0176-0184 | | Contract Document | Proposed contract to Develop Electronic Drug Pricing Containing Reimbursement Allowances for Drugs Covered Under the Medicare Program by developing an AWP for covered drugs | Broseker, Joseph, HHS Dep. Director in CCHP | Pritchett, Jacqueline Stoogenke, Marvin | Deliberative Process |
| HHC901-0767 | | List | Wholesaler Contact Information and Calculations. Handwritten notes regarding Albuterol. Other notes calculating the percentage of spread. | | | Deliberative Process |
| HHC901-0788-0789 | | Memo-Options Memo | Outlining current policy and options re: Dealing with problems and issues arising from use of DOJ AWP data. | | Niemann, R | Deliberative Process |
| HHC901-1018-1028 | 02/3/1999 | Fax with Attachments | First Data Bank Statement Proposal, Government Draft Response and Comments re FDB Price Reports and Threatened Litigation | Stephens, Reed, Department of Justice | Neimann, Bob Riordan, Mary, HHS/OIG | Deliberative Process |
| HHC902-0005-0016 | 12/6/1995 | Draft proposal | Discussion of an alternative reimbursement mechanism for the Medicare Program's payment for drugs. | | (AWP) | Deliberative Process |
| HHC902-0035-0052 | 04/29/1996 | Draft NPRM | Draft NPRM (BPD852PB.B, pp. B12-B29) on drug and biological pricing policy. Discusses alternative reimbursement mechanisms and the pros and cons of such policies. (See also HHC902- 00010004, HHC902-00190034, HHC902-00810085) | | | Deliberative Process |
| HHC902-0053-0055 | 04/26/1996 | Draft NPRM | Draft NPRM (BPD852PC.C, pp. C9-C11) on drug and biological pricing policy. Discusses potential affects of alternative reimbursement mechanisms. | | | Deliberative Process |

| HHC902-0080 (Portions redacted) | 04/22/1998 | Memo w/ handwritten notes | Memo regarding a story on ABC Evening News regarding the quality of compounded drugs dispensed and payment differences for prescription drugs between Medicare beneficiaries and other health care consumers. Contains Mr. Price's suggestion of how to respond to the news story. | Price, William | Peacock, C. Johnson, R,: Proctor, J.: Ruiz, L: Delillo: Joel K: Walt: Bill L: Bob N | Deliberative Process |
|---|---|---|---|---|---|---|
| HHC902-0109-0111 | 6/30/1993 | Draft Memo | Instructions regarding how to determine the acquisition cost of drugs pursuant to 42 CFR 405.517. (See also HHC902-01290131) | | All ARAs For Medicare | Deliberative Process |
| HHC902-0187-0201 | 2001-2002 | List with Attachments | Discussion of numerous alternative reimbursement mechanisms for Medicare-covered drugs. Includes handwritten notes listing and describing many of the possible alternative reimbursement mechanisms (i.e., brainstorming material.) | Greenburg, Alan | | Deliberative Process |
| HHC902-0214-0244 | 04/1999 - 06/1999 | Memo with Attachments | Discussion of the issue regarding alternative reimbursement mechanisms and the use of DOJ data regarding one such alternative. Presents an impact analysis of changes in reimbursement and its potential effect on the delivery of care. Includes different documents, including a memo, handwritten notes and charts. (See also HHC902-02510258) | Hash, Michael Deputy Administrator | Thurm, Kevin Deputy Secretary ES; COS | Deliberative Process |
| HHC902-0251-0258 | 04/1999 - 06/1999 | Memo | Discussion of the issue regarding alternative reimbursement mechanisms and the use of DOJ data regarding one such alternative. Presents an impact analysis of changes in reimbursement and its potential effect on the delivery of care. (See also HHC902-02140244) | Hash, Michael Deputy Administrator | Thurm, Kevin Deputy Secretary ES; COS | Deliberative Process |
| HHC902-0271-0310 | 1997-1998 | Draft Memoranda, Email, Handwritten Notes | Series of drafts, notes and emails discussing the pros and cons of an alternative reimbursement mechanism. | Niemann, Robert; Buto, Kathleen; Schumaker, Bernadette | Schumaker, Bernadette; Wynn, B. | Deliberative Process |
| HHC902-0315 | 05/XX/1997 | Stickie/Note | Handwritten note regarding drafting of future legislation or regulations concerning payment for drugs. | Bart | Niemann, Bob | Deliberative Process |
| HHC902-0355-0360 | 10/20/1998 | Draft Final Rule w/ Handwritten Notes | Draft of preamble to final rule. Includes discussion of NPRM previously issued implementing the BBA. Includes responses to the comments received | | | Deliberative Process |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | during the comment period. (See HHC902-03610368, HHC902-03760381) | | | |
| HHC902-0545-0547 | 02/19/1993 | Memo | Response to memo regarding Medicaid Bureau's response to the Philadelphia Regional Office concerning Pennsylvania's proposal to contract with one pharmaceutical company to provide prescriptions by mail. Discusses The Medicaid Bureau's response and the applicable law the Regional Office must consider when evaluating this policy. | Abato, Rozann, HHS/HCFA Acting Director Medicaid Bureau | Division of Medicaid Region II, New York Associate Regional Administrator Regional Administrators: Boston, New York, Philadelphia, Atlanta, Chicago, Dallas, Kansas City, Denver, San Francisco, Seattle | Deliberative Process |
| HHC902-0646-0651 (Released 649) | 06/28/1990 | Memorandum with Attachments | Memorandum in response to request for clarification of HCFA policy relating to Estimated Acquisition Cost (EAC) and rebates from manufacturers. Memo clarifies the language in the regulation in light of the requesting party's initial understanding. | Abato, Rozann, DHHS/ Medicaid Bureau Acting Director | Associate Regional Administrator, Region II | Deliberative Process |
| HHC902-0795-0800 | mid-1997 | Draft Memo w/ Attachments | Provides background on and transmits HHS report to Congress on the average wholesale price of drugs as mandated by Section 4556 of the Balanced Budget Act of 1997. Attachments include draft letters to various members of Congress introducing the report. | Min DeParle, Nancy-Ann The Administrator, HCFA | Shalala, Donna Secretary, HHS | Deliberative Process |
| HHC902-0875-0877 | 02/1/1993 | Memorandum | Request for additional information on various unresolved issues following a teleconference with state pharmacists regarding the federal upper limit list. Attachment is a list of 18 drugs and the corresponding federal upper limit, AWP unit cost, NE unit cost, unit rebate and net unit cost for each. | Abato, Rozann, HCFA Acting Director, Medicaid Bureau | Associate Regional Administrator, Division of Medicaid, Kansas City Regional Administrator Kansas City; Rodler. Pete; Reed; Abato, Rozann | Deliberative Process |
| HHC902-1078-1089 | 09/28/1987 | Speech | Draft of speech titled "The Complicated History of Medicaid Regulations on Drug Reimbursement." Discussion of regulations from 1975 to 1987. Discusses Dr. Helms' assessment of the new final rule. | Helms, Robert B. Assistant Secretary For Planning and Evaluation | | Deliberative Process |
| HHC903-0046-0049 | 07/13/1990 | Draft Report | Brief Overview of the Federal Medicaid Prescription Drug Program; states' payment methodologies as applied to multiple source drugs and for all other drugs | Rodler, Pete Medicaid Bureau | | Deliberative Process |
| HHC903-0103- | 08/11/1988 | Memo | Drug Reimbursement | Rodler, Pete | | Deliberative |

| Bates | Date | Type | Description | From | To | Privilege |
|---|---|---|---|---|---|---|
| 0110 | | | Reform Regulations as applied to Maximum Allowable Cost (MAC) program, Pharmacists' Incentive Program (PhIP), and Competitive Incentive Program (CIP); state plan process | | | Process |
| HHC903-0458-0461 | 08/14/1997 | Memo | Significant Activities for the Week Ending August 8, 1997: detailing items of interest, significant activities for the administrator, meetings with particular entities and contact info. Includes discussion of TAP litigation. | Fried, Bruce Merlin Director, Center For Health Plans and Providers | The Administrator | Deliberative Process |
| HHC903-0678-0679 | 09/16/1986 | Memo | Medicare Coverage of Drug Delivery Systems- Assessment of what drug/treatment/device combinations should be focused upon | Buto, K Acting Deputy Director, Bureau of Eligibility, Reimbursement and Coverage | Director, Office of Health Technology Assessment | Deliberative Process |
| HHC903-0894-0904 | 03/30/1994 | Email and attachments | discussing how HCFA should interpret and use pricing data to determine AWP | Mirabal, Joe Reimbursement Specialist, HCFA, New York City | Weintraub, Stanley HCFACOM | Deliberative Process |
| HHC903-0966-0974 | 2/1/1994 | Draft | Discussing different alternatives to help carriers determine Acquisition Cost of Drugs | | All ARAs For Medicare | Deliberative Process |
| HHC904-0145-0154 | | Letters and attachments | Draft response to letter re: Oregon's state plan amendment to redefine the state's EAC for drugs from AWP minus 14 percent to AWP minus 15 percent. | Smith, Dennis G. Director | Coster, JohnM., Ph.D., R,. PH. Vice President, Policy and Programs, National Association of Chain Drug Stores Garza, Maria, Seattle Regional Office | Deliberative Process |
| HHC904-0182-0191 | 11/7/2002 | Draft report and handwritten notes | Discussing Options for Obtaining Better Drug Pricing Data for Both Medicaid and Medicare to obtain AWP figures | | | Deliberative Process |
| HHC904-0603-0606 | | Draft memo | Subject;Determination of Medicaid Prescription Drug Estimated Acquisition Cost (EAC); Discussing generally, state plan amendment requests that propose to change reimbursement methodology and how to analyze these state plans. | Director, Family and Children's Health Program Group | Director, Center for Medicaid and State Operations | Deliberative Process |
| HHC905-1083-1599 | | Report | Appendix II Top 60 Drug Data, Final Report on the "Prices Established by the Private and Public Sectors for Drugs Also Covered Under Medicare Part B" | Jing Xing Technologies, Inc | | Deliberative Process |
| HHC906-0166- | 06/13/1991 | Memo and | Request for Guidance on | Buto, K. A. | Chief, Carrier | Deliberative |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0171 (Redacted portions on 170) | | attachment | Limiting the Charge for Drugs/ Biologicals provided by Physicians (Your memo dated 11/8/90) [copy of HHC903-08650868] | Director, Bureau of Policy Development | Operations Branch Associate Regional Administrator, Region V, Chicago | Process |
| HHC906-0558-0559 | | Letter (draft) | Draft letter discussing Colorado's State Plan Amendment (SPA) 02-011, which would modify the estimated acquisition cost for prescription drugs, increasing the discount to AWP less 14% for brand name drugs and AWP less 45% for generics | Reed, L. Co-Director, Pharmacy Team, CMS | Chaumont, Vivianne Director, Office of Medical Assistance, Dept. of Health Care Policy & Financing Ericson, Spencer, Acting Associate Regional Administrator | Deliberative Process |
| HHC906-0585-0586 | | Draft | Draft letter discussing Colorado's State Plan Amendment (SPA) 02-011, which would modify the estimated acquisition cost for prescription drugs, increasing the discount to AWP less 14% for brand name drugs and AWP less 45% for generics. | Reed, Larry, Department of Health & Human Services Co-Director, Pharmacy Team | Allen, Richard, Office of Medical Assistance Director Ericson, Spencer, Denver Regional Office | Deliberative Process |
| HHC907-0852-0860 | 04/14/1998 | Notes handwritten | RE: Inherent Reasonableness teleconference; Bulletins-cost factors; draft of strategy for implementing IR standard. | Schoen, T. | | Deliberative Process |

## OIG Office of Evaluations and Inspections Privilege Log

| Document Number | Date | Type | Description | Author | Distribution | Privilege Designation |
|---|---|---|---|---|---|---|
| HHD900-1065 - HHD900-1067 | 11/16/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" | OEI Staff | | Deliberative Process |
| HHD900-1122 | 5/30/2000 | Notes | Exit Conference Notes on OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| HHD900-1513 | 6/5/1997 | Email | Email without Subject w/ proposed language of regulation | Alec Vachon, Staffer on Senate Finance Committee | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |

| HHD900-1705 - HHD900-1715 | 5/3/1995 | Notes | Notes Summarizing Conference Call | OEI Staff | | Deliberative Process |
|---|---|---|---|---|---|---|
| HHD900-1716 - HHD900-1722 | | Notes | Handwritten Notes and Figure Summaries | OEI Staff | | Deliberative Process |
| HHD900-1818 | 7/30/1996 | Memo | Memo re: Revision to Section 3060.D of the Medicare Carriers Manual Concerning Reassignment-ACTION | Thomas Ault, Director, Bureau of Policy Development-HCFA | All Regional Administrators | Deliberative Process |
| HHD900-1909 - HHD900-1911 | | Notes | Summary Notes of Entrance Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-1976 - HHD900-1978 | | Notes | Summary of Exit Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2121 - HHD900-2128 | | Notes | Notes on drug pricing re: 1996 HCFA proposal for Medicare Program Payment for Drugs | OEI Staff | | Deliberative Process |
| HHD900-2237 - HHD900-2238 | | Memo | Memo re: Summary of Exit Conference for OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2274 | 5/27/1998 | Notes | Notes from Exit Conference for OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2536 | 4/18/2000 | Notes | Entrance Conference Notes for OEI reports 03-00-00310 (Medicare Reimbursement of Prescription Drugs) and 03-00-00311 (Medicare Reimbursement of Albuterol) | OEI Staff | | Deliberative Process |

## OIG Office of Audit Services Privilege Log

| Document Number | Date | Type | Description | Author | Distribution | Privilege Designation |
|---|---|---|---|---|---|---|
| HHD902-0496-HHD902-0497 | 8/1/1996 | Correspondence | Comments on Draft Report - Pharmacy Acquisition Costs of the Delaware Medicaid Program | Carmen Nazario, Secretary, Delaware Health & Social Services | June Gibbs-Brown, IG; cc's: Elaine Archangelo, Phil Soule, Sr., & Cindy Denemark | Deliberative Process |
| HHD902-0583-HHD902-0594 | 9/0/1994 | Letter | Draft Letter relating to A-06-95-00066 | | | Deliberative Process |
| HHD902-0707-HHD902-0717 | 09/0/1994 | Letter | Draft letter re: Pharmacy Acquisition Costs for Drugs Reimbursed Under the | | | Deliberative Process |

Case 1:01-cv-12257-PBS   Document 5049-8   Filed 02/15/2008   Page 8 of 8

|  |  |  | Prescription Drug Program of the District of Columbia |  |  |  |
|---|---|---|---|---|---|---|