# Exhibit P

Case 1:01-cv-12257-PBS Document 5049-17 Filed 02/15/2008 Page 1 of 4

020508RV

ROUGH DRAFT

1

1  THE VIDEO TAPE OPERATOR: We
2  are on the record. This is a continuation of
3  the video tape deposition of Robert Vito. It is
4  Day 3. Today's date is February 5, 2008. The
09:15:06 5  time is 9:20. The witness has already been
6  previously sworn in.
7  BY MR. TORBORG:
8  Q. Good morning, Mr. Vito.
9  A. Good morning.
09:15:14 10  Q. You understand you are still under oath
11  here this morning and this afternoon?
12  A. Yes, sir.
13  Q. Thank you. Again, my name is David
14  Torborg. I am an attorney with Jones Day and we
09:15:24 15  represent Abbott Laboratories in this case and
16  you have an understanding of what the lawsuit at
17  which you are appearing in the deposition is
18  about?
19  A. I believe so.
09:15:32 20  Q. Have you learned anything more about the
21  litigation in particular the allegations against
22  Abbott since your last deposition?
23  A. No, the only thing I became aware of was
24  the judges decision.
09:15:52 25  Q. And which decision are you talking about?

HENDERSON LEGAL SERVICES

♀

ROUGH DRAFT

2

1  A. The one that relates to the AWP.

020508RV

10:26:44 25  survey results.

HENDERSON LEGAL SERVICES

♀

ROUGH DRAFT
50

 1               Do you recall any conversations
 2  with anyone along those lines, Mr. Vito?
 3  A.    No, sir.   Objection.
 4  Q.    Finally, and then we will take a break the
10:27:00 5  next paragraph states HCFA and state Medicaid
 6  officials agreed that pharmacies must often use
 7  excess Medicaid remediations to cover their
 8  dispensing costs.
 9              Do you recall any meetings with
10:27:14 10  HCFA officials where this topic was discussed
11               MR. DRAYCOTT:   Objection.
12  This is a prior instructions I would instruct
13  you not to answer to the extent the
14  conversations if they occurred with HCFA
10:27:28 15  officials occurred in the context of entrance or
16  exit conferences.
17               THE WITNESS:  Yes.
18  BY MR. TORBORG:
19  Q.    And have you had conversations with HCFA
10:27:42 20  officials where they stated that pharmacies must
21  often use excess Medicaid remediations to cover
22  their dispensing costs?
23  A.    I'm not sure that that is the way it was
24  discussed.
10:27:58 25  Q.    Do you recall how it was discussed

020508RV
HENDERSON LEGAL SERVICES

ROUGH DRAFT
51

1             MR. DRAYCOTT: Same
2   objection, same instruction as the last time.
3             THE WITNESS: Right, it is
4   based on our discussions, right.
10:28:06 5  BY MR. TORBORG:
6   Q.    So the topic was discussed in exit and
7   entrance conversations, but you are not going to
8   tell me about the discussion because of
9   deliberative process privilege is that right
10:28:22 10            MR. AZORSKY: Objection to
11  form
12            MR. WINGET-HERNANDEZ:
13  Objection to form.
14            MR. TORBORG: Why don't we
10:28:28 15 take our first break
16            THE VIDEO TAPE OPERATOR: Off
17  the video, 1034.
18            THE VIDEO TAPE OPERATOR: We
19  are back on the record. The time is 1050.
10:44:16 20 BY MR. TORBORG:
21  Q.    Mr. Vito, I would like to handled you
22  another document. This one will be marked as
23  Abbott exhibit 473. Mark mark
24  BY MR. TORBORG:
10:44:38 25 Q.    Earlier you testified that you had a

HENDERSON LEGAL SERVICES

ROUGH DRAFT
52