Case 1:01-cv-12257-PBS Document 5049-19 Filed 02/15/2008 Page 1 of 3

# Exhibit R

Case 1:01-cv-12257-PBS Document 5051e19 Filed 02/15/08 Page 2 of 3
Case 1:01-cv-12257-PBS Document 5049-19 Filed 02/15/2008 Page 2 of 3

Buto, Kathleen - Vol. II    September 13, 2007
Washington, DC

Page 275

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. |
| the Florida Keys, Inc. | ) Saris |
| v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - - - -

(captions continue on following pages)

Videotaped deposition of Kathleen Buto

Volume II

Washington, D.C.

Thursday, September 13, 2007

9:00 a.m.

Case 1:01-cv-12257-PBS Document 5051-19 Filed 02/15/08 Page 3 of 3
Case 1:01-cv-12257-PBS Document 5049-19 Filed 02/15/2008 Page 3 of 3

Buto, Kathleen - Vol. II                                    September 13, 2007
                          Washington, DC

```
                                Page 360
 1   December 13th 1997.
 2        I'd ask that you review the fourth
 3   paragraph and then the final paragraph carrying
 4   over to the next page of this document to see if
 5   it refreshes your recollection at all regarding
 6   whether you proposed legislation on this issue.
 7       A.  (Reading) Yes.  I do remember.  We
 8   developed the proposal.  I just wasn't sure
 9   whether it actually got sent to Congress.  I
10   couldn't remember that.
11       Q.  Do you recall who was involved in
12   developing the proposal?
13       A.  It was a group within HCFA.  So the
14   office of legislation and policy.  And that
15   likely included people like Bernie Patashnik --
16   I'm sorry.  Bernie Patashnik may have been
17   involved.  But Ira Virney as well as the staff of
18   the bureau of policy development under
19   Bernadette's division dealt with drug
20   reimbursement.
21       Q.  So if there were proposed legislation
22   that was developed by HCFA it would involve both
```

```
                                Page 361
 1   the office of legislation and the bureau of
 2   policy development?
 3       A.  That's correct.  And in this case we
 4   may even have involved the regional offices
 5   because of their involvement and understanding of
 6   what was going on in real practice in some of the
 7   surveys that we've looked at such as the one from
 8   Dallas.  So we may have involved -- once in a
 9   while the regional offices would get involved if
10   there was actual practice that was relevant to
11   the proposal.
12       Q.  Do you recall what happened with HCFA's
13   proposal?
14       A.  It didn't pass.
15       Q.  Was HCFA upset that it didn't pass?
16           MR. DRAYCOTT: Objection.  You can
17   answer.
18       Q.  Were you upset that it didn't pass?
19       A.  I was upset that it didn't pass.  I was
20   upset, you know, just over time that we couldn't
21   -- frustrated I guess is a better way to put it -
22   - that we couldn't get this change made.
```

```
                                Page 362
 1       Q.  And what was stopping HCFA from getting
 2   this change made?
 3       A.  In this case Congress didn't pass it.
 4       Q.  HCFA was well aware of the fact that
 5   published prices -- AWP in this case -- were not
 6   a reliable indicator of acquisition cost,
 7   correct?
 8           MR. DRAYCOTT: Objection.  You can
 9   answer.
10       A.  HCFA had repeatedly tried to move away
11   from the published AWPs to a better method of
12   computing actual acquisition costs.  So we were
13   aware that AWP was not a good basis.
14       Q.  And in your personal view what stopped
15   HCFA from succeeded in that effort?
16           MR. DRAYCOTT: Objection.  You can
17   answer.
18       A.  It was probably two or three things.
19   Politics, so a lot of concern on the part of
20   physician groups, particularly oncologists, that,
21   you know, they preferred the current AWP-based
22   system for a number of reasons, didn't want to go
```

```
                                Page 363
 1   to the burdensome and intrusive practice of
 2   having their acquisition cost collected by the
 3   agency. The lack of -- except for the OIG
 4   studies, the lack of good data that the agency
 5   could bring forward to show the extent.  And
 6   concern broadly across a variety of groups that a
 7   change would impede access to important
 8   treatment.
 9           So it was a number of things and --
10   there's also an underlying concern of government
11   getting into much more regulated pricing.  And
12   this would be a first step toward doing that.
13           MR. TORBORG: Ms. Buto, I have no
14   further questions.  I do reserve the right to
15   question you again should we get some documents
16   from you that were previously withheld in
17   privilege or they have not been produced.  Thank
18   you very much for your time.
19           THE WITNESS: Thank you.
20           MR. TORBORG: We'll go off the record.
21           THE VIDEOGRAPHER: Off the record at
22   11:09.
```