UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054)<br>*County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229)<br>*County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178)<br>*County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055)<br>*County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458)<br>*County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740)<br>*County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408)<br>*County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422)<br>*County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | |

[Caption Continues on Next Page]

**DEFENDANTS' MOTION TO COMPEL COMMISSIONER OF
NEW YORK STATE DEPARTMENT OF HEALTH AND THREE KEY
<u>WITNESSES TO COMPLY WITH SUBPOENAS</u>**

*County of Warren v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs. et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06206) <br> *County of Wayne v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06138) <br> *County of Monroe v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06148) <br> *County of Yates v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06172) <br> *County of Niagara v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06296) <br> *County of Seneca v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06370) <br> *County of Orleans v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06371) <br> *County of Ontario v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06373) <br> *County of Schuyler v. Abbott Labs, et al.* <br> (W.D.N.Y. No. 05-CV-06387) <br> *County of Steuben v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06223) <br> *County of Chemung v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06744) <br> AND <br> *County of Nassau v. Abbott Labs., et al.* <br> (E.D.N.Y. No. 04-CV-5126) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

10920964_1.DOC

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, the Defendants hereby move the Court for an order compelling the Commissioner of the New York Department of Health, Mark-Richard Butt, Mary Alice Brankman and Michael Falzone to produce documents and appear for depositions as directed by the subpoenas issued to them. As basis for this motion, the Defendants rely upon the Memorandum of Law and Declaration submitted herewith.

Respectfully submitted,

Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation on behalf of all other Defendants identified in the Revised First Amended Complaint

/s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Bryan R. Diederich (BBO#647632)
Kim B. Nemirow (BBO# 663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: February 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and by facsimile and mail on counsel for the New York Department of Health and the witnesses subpoenaed.

/s/ Renee Coshin
Renee Coshin
