UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | |
| *The City of New York v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 04-CV-06054)<br>*County of Suffolk v. Abbott Labs., et al.*<br>(E.D.N.Y. No. CV-03-229)<br>*County of Westchester v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-6178)<br>*County of Rockland v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-7055)<br>*County of Dutchess v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 05-CV-06458)<br>*County of Putnam v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 05-CV-04740)<br>*County of Washington v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00408)<br>*County of Rensselaer v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00422)<br>*County of Albany v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00425) | |

[Caption Continues on Next Page]

**DECLARATION OF BRYAN R. DIEDERICH IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH AND THREE KEY WITNESSES TO COMPLY WITH SUBPOENAS**

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00468) | ) ) |
| *County of Greene v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00474) | ) ) |
| *County of Saratoga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00478) | ) ) |
| *County of Columbia v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00867) | ) ) |
| *Essex County v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00878) | ) ) |
| *County of Chenango v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00354) | ) ) |
| *County of Broome v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00456) | ) ) |
| *County of Onondaga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00088) | ) ) |
| *County of Tompkins v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00397) | ) ) |
| *County of Cayuga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00423) | ) ) |
| *County of Madison v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00714) | ) ) |
| *County of Cortland v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00881) | ) ) |
| *County of Herkimer v. Abbott Labs. et al.* (N.D.N.Y. No. 05-CV-00415) | ) ) |
| *County of Oneida v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00489) | ) ) |
| *County of Fulton v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00519) | ) ) |
| *County of St. Lawrence v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00479) | ) ) |
| *County of Jefferson v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00715) | ) ) |
| *County of Lewis v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00839) | ) ) |
| *County of Chautauqua v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06204) | ) ) |
| *County of Allegany v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06231) | ) ) |
| *County of Cattaraugus v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06242) | ) ) |

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

I, the undersigned Bryan R. Diederich, submit this Declaration. I have personal knowledge of the following facts.

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

2. Attached to this Declaration as Exhibit A is a true and correct copy of a subpoena served on the New York Department of Health and Richard F. Daines, M.D., Commissioner.

3. Attached to this Declaration as Exhibit B is a true and correct copy of a letter dated December 27, 2007 from Shoshanah V. Asnis to Lyndon M. Tretter.

4. Attached to this Declaration as Exhibit C is a true and correct copy of a letter dated January 23, 2008 from Lyndon M. Tretter to Shoshanah V. Asnis.

5. Attached to this Declaration as Exhibit D is a true and correct copy of a letter dated January 28, 2008 from Shoshanah V. Asnis to Lyndon M. Tretter.

6. Attached to this Declaration as Exhibit E is a true and correct copy of a letter dated January 30, 2008 from Lyndon M. Tretter to Shoshanah V. Asnis.

7. Attached to this Declaration as Exhibit F is a true and correct copy of a letter dated February 15, 2008 from Lyndon M. Tretter to Shoshanah V. Asnis.

8. Attached to this Declaration as Exhibit G is a true and correct copy of a subpoena served on Mary Alice Brankman.

9. Attached to this Declaration as Exhibit H is a true and correct copy of a subpoena served on Michael A. Falzano.

10. Attached to this Declaration as Exhibit I is a true and correct copy of a subpoena served on Mark-Richard Butt.

11. Attached to this Declaration as Exhibit J is a true and correct copy of a letter dated

January 30, 2008 from Lyndon M. Tretter to Gregor N. Macmillan.

13. Attached to this Declaration as Exhibit K are true and correct copies of letters dated January 25, 2008 from Gregor N. Macmillan to Lyndon M. Tretter.

13. Attached to this Declaration as Exhibit L is a true and correct copy of a letter dated February 1, 2008 from Gregor N. Macmillan to Lyndon M. Tretter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2008

/s/Bryan R. Diederich
Bryan R. Diederich

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and by facsimile and mail on counsel for the New York Department of Health and the witnesses subpoenaed.

/s/ Renee Coshin
Renee Coshin