# Exhibit B

FEB-24-1996  04:59                                                                              P.01



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**ANDREW M. CUOMO**

# FACSIMILE TRANSMISSION

**DATE** December 27, 2007            **NUMBER OF PAGES** 2
                                      (INCLUDING THIS PAGE)

**TO** Lyndon M. Tretter, Esq.

                                      **FAX NO.(** 212 **)** 918-3100

**FROM** Shoshanah V. Asnis, Assistant Attorney General

**REMARKS**

---

### IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT

**NAME** Shoshanah V. Asnis              **OFFICE** Litigation Bureau

**TELEPHONE NO.(**518 **)** 402-4579        **FAX NO.(**518 **)** 474-7172

---

## CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,*
*PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE.  THANK YOU.*

**THE CAPITOL, ALBANY, NY 12224-0341**

OAG 005 (1/07)

FEB-24-1996  05:00                                                                              P.02



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO                                              DIVISION OF STATE COUNSEL
ATTORNEY GENERAL                                                 LITIGATION BUREAU

Writer Direct:  (518) 402-4579

December 27, 2007

**VIA FACSIMILE**

Lyndon M. Tretter, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY  10022

Re:     *In re Pharmaceutical Industry Average Wholesale Price ("AWP") Litig.*
        MDL No. 1456 (D. Mass.)

Dear Mr. Tretter:

        I write to confirm our conversation earlier today in which we agreed temporarily to take your
subpoena to the New York State Department of Health (the "Department"), seeking documents and a
deposition on January 9, 2008 (the "Subpoena"), temporarily off calendar.

        As we discussed, documents produced by the Department in AWP litigation pending in New York
State Supreme Court appear to be largely co-extensive with those sought by the Subpoena.  The
Department therefore proposes that it will make such documents available to you in satisfaction of the
Department's obligations pursuant to the Subpoena.  You have agreed to discuss the scope of the Subpoena
with counsel for Aventis, Pharmacia and GlaxoSmithKline, the defendants in the referenced New York
State Supreme Court AWP litigation, in light of this proposal to determine whether the Department's
previous production can resolve this matter.

        I look forward to hearing from you.  Please do not hesitate to contact me if I may be of any
assistance.

                                                Very truly yours,

                                                Shoshanah V. Asnis
                                                Assistant Attorney General

cc:     Gregor N. Macmillan, Esq.
        Matthew J. Barbaro, Esq.

The Capitol, Albany, N.Y.  12224-0341 ● Phone (518) 474-4441 ● Fax (518) 473-1572 · NOT FOR SERVICE OF PAPERS
http://www.oag.state.ny.us

                                                                              TOTAL P.02