# Exhibit C



# HOGAN & HARTSON

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

Jan 23 2008
3:01PM

January 23, 2008

Lyndon M. Tretter
Partner
1.212.918.3528
lmtretter@hhlaw.com

*VIA FACSIMILE*

Shoshanah V. Asnis, Esq.
Assistant Attorney General
State of New York
The Capitol
Albany, New York 1224-0341

Re:   **In re Pharmaceutical Indus. Average Wholesale Price Lit.
MDL No. 1456 (D. Mass).**

Dear Ms. Asnis:

This is to continue our dialogue concerning the deposition and document subpoena (the "Subpoena") that my firm issued to the New York State Department of Health (the "Department") in the several suits by New York City and New York counties against drug manufacturers, which are proceeding in the above-captioned multi-district litigation (the "AWP MDL"). As requested in your letter to me of December 27, 2007, we have reviewed the documents the State Attorney General has produced to Pharmacia, GlaxoSmithKline and Aventis in other AWP litigation now or formerly proceeding in state court. We have also examined documents obtained by counsel to a fourth manufacturer in response to FOIL requests relating to the New York Medicaid program for prescription drugs.

After removing duplicates, the combined materials represent approximately four "banker's boxes" of documents, three and one-half of which contain primarily publicly-available materials such as:

- EPIC Annual Reports (1995-2003)
- HHS OIG Reports on Medicaid
- Kaiser Commission Reports on Medicaid
- The Department's newsletter called "Medicaid Updates"
- A "Provider Manual" for pharmacists on the MMIS
- Court filings relating to the State's litigation with the PSSNY
- New York State Medicaid Plan amendments

Shoshanah V. Asnis, Esq.
January 23, 2008
Page 2

- Pharmacy Advisory Committee meeting agendas/minutes
- 1998 and 2003 RFPs for vendors to provide administrative services for Medicaid
- Drug manufacturers' transmittals of catalogue prices, list prices and published AWPs for their drugs in response to Department requests.

These materials, while sometimes helpful, do not really begin to address the issues central to the AWP MDL for which the Subpoena seeks documents and testimony.

Specifically, what appears to largely absent are documents in the form of memoranda, letters, e-mails or other types of communication (i) within the Department and (ii) between Department personnel and federal regulators, other New York state officials and the local social service districts on subjects such as:

- FULs and their relationship to acquisition costs (see Doc Req. Nos. 5, 7, 17).

- MACs and other alternative measures for reimbursing multi-source drugs (see Doc. Req. Nos. 4, 18).

- Dispensing and/administering costs and dispensing fees (see Doc Req. Nos. 6-9).

- Amount of Medicaid drug co-payments and the collectibility thereof (see Doc. Req. No. 13).

- Drug reimbursement to physicians at actual cost, while other (non-physician) providers receive reimbursement for the same drug at a different rate (see Doc. Req. Nos. 10-12, 19).

- Supplemental Medicaid rebates; the Department's understanding of AMP (see Doc Req. Nos. 14, 19).

- Actual and potential changes to prescription drug reimbursement methodology under Medicaid or EPIC (see Doc Req. No. 20).

- The "carve-out" of drug coverage from the Medicaid managed care plans (see Doc Req. No. 21).

- Drug pricing compendia, such as Medispan, First Databank and Redbook (Doc. Req. Nos. 24, 25).

- The Litigation Demonstration Projects involving New York City and the Counties (see Doc Req. Nos. 39-40).

Shoshanah V. Asnis, Esq.
January 23, 2008
Page 3

        This is not to say that we could not locate any such communications in the productions to which you referred me touching on any of the topics in the Subpoena; on the other hand, to say that the volume was "sparse" would be an understatement.  For example, there are no such documents whatsoever in the period 1992-1998.

        The productions do include a few organizational charts for the Department and some document retention policies.  It seems clear based on those charts and policies that there should be a much greater volume of communications relating to the topics in the Subpoena.  I would like to continue our discussions on how the Department may satisfy the AWP MDL Subpoena in an efficient manner, but also one that will allow the defendants to mount a defense in a case where plaintiffs are contending that virtually all responsive documents are in the State's possession.  As a start, please let me know if you have performed a search of the files of present and former Department employees Kathryn Kuhmerker, Sandra Pettinato, Thomas Fanning, Marilyn Desmond, Karen Fuller, Linda Jones, Tina Keenan, Carl Cloppa, Mark Butt, Joe Malello, Mary Alice Brankman, Michael Falzano, and any other current or former employees of the Pharmacy Policy & Operations Group likely to have (or have had) documents responsive to the Subpoena.

                                        Sincerely,

                                        Lyndon M. Tretter


Cc:  All counsel of record via Lexis/Nexis