# Exhibit F



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ANDREW M. CUOMO**
ATTORNEY GENERAL

# FAX TRANSMISSION

| | | | |
|---|---|---|---|
| **Date** | February 15, 2008 | **Number of Pages** (Including this page) | 2 |
| **To** | Lyndon M. Tretter, Esq. | | |
| **Fax Number** | (212) 918-3100 | | |
| **From** | Shoshanah V. Asnis, Esq., AAG | | |
| **Remarks** | | | |

Please see the attached.

| IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT | | | |
|---|---|---|---|
| **Name** | Valerie Paul | **Office** | Justice Building, Third Floor, Albany, NY |
| **Phone No.** | (518) 474-6009 | **Fax No.** | (518) 474-7172 |

### CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
*PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.*
THE CAPITOL, ALBANY, NY 12224-0341



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 402-4579

February 15, 2008

**VIA FACSIMILE AND MAIL**

Lyndon M. Tretter, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Re:  *In re Pharmaceutical Industry AWP Litig.*
     MDL No. 1456 (D. Mass.) (Saris, J.)

Dear Mr. Tretter:

Thank you for your January 30, 2008, meet and confer letter in response to my client's objections to the non-party subpoena *duces tecum* and *ad testificandum* you issued to the New York State Department of Health on December 7, 2007, returnable January 9, 2008, for documents and testimony. I have reviewed in detail your position that the production and testimony sought from my client in the subpoena is justified, but am still unable to conclude that such production and testimony (which remains a significant burden on my client) is either relevant to or appropriate in the underlying NY Counties action. Therefore, I write to inform you that my client will be moving to quash the subpoena in short order.

Very truly yours,

Shoshanah V. Asnis
Assistant Attorney General

SVA/fhs

cc:  Gregor N. Macmillan, Esq.
     Joanne Cicala, Esq.

The Capitol, Albany, N.Y. 12224-0341 ● Phone (518) 474-4441 ● Fax (518) 473-1572 • NOT FOR SERVICE OF PAPERS
http://www.oag.state.ny.us