# Exhibit L

# *Fax Transmittal*

New York State Department of Health
Division of Legal Affairs
Bureau of Health Insurance Programs

TO:        Lyndon M. Tretter, Esq.

FROM:      Gregor N. Macmillan, Esq.

DATE:      February 1, 2008

SUBJECT:   In re Pharmaceutical Industry AWP Litig.
           MDL No. 1456 (D. Mass.) (Saris, J.)


Number of Pages (including this page):  2

Confidentiality Notice
This facsimile transmission (and or documents accompanying it) may contain information which is confidential under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information may constitute a punishable violation of applicable law and is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

**If there is any problem receiving this transmission, please contact Grace at (518) 408-1495 (Fax # 486-4834). Thank you.**

 **STATE OF NEW YORK**
**DEPARTMENT OF HEALTH**

Corning Tower     The Governor Nelson A. Rockefeller Empire State Plaza     Albany, New York 12237

Richard F. Daines, M.D.  
*Commissioner*

Wendy E. Saunders  
*Chief of Staff*

**By Facsimile to (212) 918-3100**
**and First Class Mail**

February 1, 2008

Lyndon M. Tretter, Esq.  
Hogan & Hartson  
875 Third Avenue  
New York, New York 10022

Re:  *In re Pharmaceutical Industry AWP Litig.*  
MDL No. 1456 (D. Mass.) (Saris, J.)

Dear Mr. Tretter:

I am in receipt of your January 30, 2008, correspondence providing certain information and urging me to reconsider my position on your subpoenas to Messrs. Butt and Falzano and Ms. Brankman. Please note that I am reviewing the information you provided and will be in a position to respond substantively to your letter soon.

In the interim, I write to confirm my understanding that the subpoenas are off of the calendar for next week, in light of my previously articulated objections and our continuing dialogue.

Sincerely,

Gregor N. Macmillan  
Director, Bureau of Health Insurance Programs

cc:  Shoshanah V. Asnis, Esq.  
Joanne Cicala, Esq.