UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Master File No. 01-CV-12257-PBS |
| *City of New York et al. v. Abbott Laboratories, Inc., et al.*, Civ. Action No. 04-cv-06054, et al. | ) ) ) ) ) | Judge Patti B. Saris |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's**
**NOTICE OF FILING UNDER SEAL**

To:     All Counsel of Record

Please take notice that on February 19, 2008, counsel for Defendant AstraZeneca

Pharmaceuticals LP caused to be filed under seal with the Clerk of the United States District

Court for the District of Massachusetts the following documents:

AstraZeneca's Memorandum in Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs

Declaration of Benjamin Allee in Support of AstraZeneca's Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs, with attached exhibits.

Dated:   February 19, 2008

Respectfully Submitted,

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000

2

D. Scott Wise (admitted *pro hac vice*)
Kimberley Harris (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:   (212)-450-3800

*Attorneys for Defendant AstraZeneca*
*Pharmaceuticals LP*

2

3

**CERTIFICATE OF SERVICE**

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Nevada action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 19th day of February, 2008, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.


/s/ *Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper