UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 08-1002

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### DECLARATION OF DONALD E. HAVILAND, JR.

Specially appearing counsel, Donald E. Haviland, Jr. declares as follows:

1.      I am the managing partner of the Haviland Law Firm, LLC ("HLF"), counsel for the

plaintiff,  International Union of Operating Engineers Local No. 68 Welfare Fund. I

submit this declaration in support of the Opposition to the AstraZeneca Defendants'

Renewed Motion for Injunction.

2.      Attached as Exhibit "A" hereto is a true and correct copy of the Joint Brief in Support of

Corporate Defendants' Motion to Dismiss, filed in *International Union of Operating*

*Engineers Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et*

*al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) ("the New Jersey

action").

3.      Attached as Exhibit "B" hereto is a true and correct copy of the Motion of the AstraZenca

Defendants to Dismiss the Complaint for Failure to State a Claim upon Which Relief Can

be Granted and supporting filings in the New Jersey action.

4.      Attached as Exhibit "C" hereto is a true and correct copy of the Answer, Defenses and

R.4:5-1 Statement of AstraZeneca PLC, AstraZeneca Pharmaceuticals LP, AstraZeneca

LP, and Zeneca, Inc. to Plaintiff's Class Action Complaint in the New Jersey action.

5.      Attached as Exhibit "D" hereto is a true and correct copy of the Stipulation and Consent

Order as to Personal Jurisdiction and Discovery in the New Jersey action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2008

/s/ _____
Donald E. Haviland, Jr.