## **CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., hereby certify that on February 19, 2008, I caused the following documents to be filed with the Court via CM/ECF with notification sent to all interested counsel:

- Specially Appearing Counsel's Opposition to AstraZeneca Defendants' Renewed Motion for Injunction;

- Specially Appearing Counsel's Memorandum of Law in Opposition to the Renewed Motion for Injunction by the AstraZeneca Defendants; and

- Declaration of Donald E. Haviland, Jr. with exhibits A-D thereto.

/s/ Donald E. Haviland
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM LLC**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
(215) 609-4661 - telephone
(215) 392-4400 - facsimile
Counsel for Plaintiffs and the Class