UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR LIMITED ADMISSION *PRO HAC VICE* OF DONALD E. HAVILAND, JR.

Petitioner, Donald E. Haviland, Jr., Esquire of The Haviland Law Firm, LLC, respectfully requests that he be admitted to practice before the United States District Court for the District of Massachusetts, pursuant to LR,D.Mass. 83.5.3, for the sole purpose of responding to AstraZeneca Defendants' Renewed Motion for Injunction and avers as follows:

1.      Petitioner, Donald E. Haviland, Jr., is counsel, along with other counsel, for the plaintiff, Local No. 68 Welfare Fund ("Local 68") and the class in the matter of *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al* ("The New Jersey Action").

2.      Defendants in the above-captioned matter have filed a Renewed Motion for Injunction against Local 68 and the undersigned seeking to enjoin them from prosecuting the New Jersey action.  The AstraZeneca Defendants make no assertion or demonstration in their Memorandum of Law that this Court has personal jurisdiction over the undersigned, his law firm, The Haviland Law Firm, L.L.C., their client, or their co-counsel.

3.      Petitioner, Donald E. Haviland, Jr., requests that he be permitted to appear before this Court for the sole purpose of arguing on the papers that the AstraZeneca Defendants do not have personal jurisdiction over Petitioner and/or his law firm, and that the request for an injunction should be denied.

4.      As stated in Mr. Haviland's Affidavit attached hereto, he is a member of good

standing of the bar of the State of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, State of New Jersey, United States District Court for the District of New Jersey, and United States District Court for the Eastern District of Wisconsin.

5.    Mr. Haviland is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and has abided by the same since first appearing before this Court in 2005 in an unrelated matter , form which he was disqualified by Order of this Court dated January 3, 2008.

WHEREFORE, the undersigned counsel respectfully moves for admission *pro hac vice* to this Court, pursuant to LR,D.Mass. 83.5.3,  for the sole purpose of responding to the AstraZeneca Defendants' Renewed Motion for Injunction in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.* on the papers.

Date: February 19, 2008                              Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM, LLC
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## ORDER

**AND NOW**, this ____ day of ____, 2008, it is hereby **ORDERED AND DECREED** that Donald E. Haviland, Jr., Esquire of the The Haviland Law Firm, L.L.C., is granted permission to appear specially before this Court, pursuant to LR,D.Mass. 83.5.3, for the sole purpose of responding to the AstraZeneca Defendants' Renewed Motion for Injunction in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*

BY THE COURT

_____
Patti. B. Saris, J.