UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | |

## STIPULATION AND AGREEMENT

WHEREAS plaintiff, the State of Iowa, commenced an action to recover damages with the filing of the Complaint in the United States District Court for the Southern District of Iowa, on or about October 9, 2007, that action having been consolidated with other related cases in the above-referenced action;

WHEREAS plaintiff named as defendants in that Complaint Sanofi-Aventis, f/k/a Aventis Pharmaceuticals, Inc.; Dermik Laboratories, Inc. ("Dermik"); and Hoechst Marion Roussel, Inc. ("HMR");

WHEREAS counsel for Aventis Pharmaceuticals Inc. ("Aventis") represented that Aventis still exists and is not now known as "Sanofi-Aventis";

WHEREAS counsel for Aventis further represented that Dermik is no longer a separate entity, but rather is a division of Aventis;

WHEREAS counsel for Aventis further represented that HMR is a predecessor corporation to Aventis and no longer exists;

WHEREAS counsel for the parties have agreed that plaintiff may substitute Aventis for Sanofi-Aventis, Dermik, and HMR as a defendant in the action, that plaintiff will voluntarily

2373785v1

dismiss without prejudice the Complaint against Sanofi-Aventis, Dermik, and HMR, and that, in consideration therefor, counsel for Aventis will subsequently execute a waiver of service of process on behalf of Aventis;

IT IS HEREBY STIPULATED AND AGREED that: (a) pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff will file a Notice of Dismissal stating that plaintiff the State of Iowa voluntarily dismisses without prejudice the claims asserted in this action against defendants Sanofi-Aventis, Dermik, and HMR; (b) within five (5) business days of the filing of that Notice of Dismissal, defense counsel will execute and serve upon plaintiff a waiver of service of process for Aventis; and (c) plaintiff shall subsequently amend the caption and any relevant paragraphs of the Complaint to reflect this substitution.

| | |
|---|---|
| /s/ Joanne M. Cicala<br>Joanne M. Cicala<br>KIRBY McINERNEY LLP<br>830 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 371-6600<br><br>Counsel for Plaintiff | /s/ Michael L. Koon<br>Michael L. Koon<br>Joseph G. Matye<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Tel.: (816) 474-6550<br><br>Counsel for Defendant Aventis Pharmaceuticals Inc. |

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 19th day of February, 2008, she caused a true and correct copy of the Stipulation and Agreement to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.  The response was posted to Lexis Nexis File and Serve's Electronic Service System.

/s/Joanne M. Cicala
Joanne M. Cicala, Esq.
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600