# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that the State of Iowa in the above-captioned matter hereby dismisses all claims against Sanofi-Aventis; Dermik Laboratories, Inc.; and Hoechst Marion Roussel, Inc. without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and the Stipulation and Agreement appended as Exhibit A.

The above-named defendants have not served an answer or motion for summary judgment in the above-captioned case and, therefore, Plaintiff's claims will be dismissed without order of this court, upon filing of this notice of dismissal.

DATED this 19th day of February, 2008

/s/Joanne M. Cicala
Joanne M. Cicala
KIRBY McINERNEY LLP
830 Third Avenue
New York, New York 10022
Tel.: (212) 371-6600

Counsel for Plaintiff

2814625v1

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 19th day of February, 2008, she caused a true and correct copy of the Notice of Voluntary Dismissal to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456. The response was posted to Lexis Nexis File and Serve's Electronic Service System.

/s/Joanne M. Cicala
Joanne M. Cicala, Esq.
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

2814625v1