McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ-0652
Telephone: (973) 622-4444
Attorneys for Defendants
AstraZeneca PLC, AstraZeneca Pharmaceuticals LP,
Astra Zeneca LP, and Zeneca, Inc.

F I L E D
FEB 2 0 2007
LOUIS F. LOCASCIO, J.S.C.

|  |  |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND (AN UNINCORPORATED TRUST)<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PLC, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>CIVIL ACTION NO. MON-L-682-01<br><br>**STIPULATION AND CONSENT ORDER AS TO PERSONAL JURISDICTION AND DISCOVERY** |

**THIS MATTER** having been presented to the Court for entry of a Stipulation and Consent Order as to Personal Jurisdiction and Discovery ("Stipulation and Consent Order") by defendant AstraZeneca PLC, by and through its attorneys McCarter & English, LLP, and Davis Polk & Wardwell, and Plaintiff International Union of Operating Engineers, Local No. 68 Welfare Fund, on behalf of itself and others similarly situated ("Plaintiff"), by and through its attorneys, The Haviland Law Firm and Keefe Bartels;

**WHEREAS,** on October 10, 2006, defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca, Inc. filed a Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted, thereby joining the Motion to Dismiss of Corporate Defendants filed by counsel for defendants Baxter Healthcare Corporation and Baxter International, Inc.; and

ME1\6138210.1

WHEREAS, on October 10, 2006, AstraZeneca PLC filed a Motion to Dismiss Pursuant to New Jersey Court Rule 4:6-2(b) based on a lack of in personam jurisdiction ("Motion to Dismiss"); and

WHEREAS, on November 15, 2006, Plaintiff served upon AstraZeneca PLC a series of discovery requests relating to personal jurisdiction, including interrogatories, document requests and deposition notices; and

WHEREAS, on December 5, 2006, Plaintiff filed an opposition to AstraZeneca PLC's Motion to Dismiss seeking jurisdictional discovery from AstraZeneca PLC and requesting a stay pending completion of same;

WHEREAS, Plaintiff and AstraZeneca PLC have agreed to resolve their dispute as to personal jurisdiction;

WHEREAS, Plaintiff and AstraZeneca PLC have agreed that AstraZeneca PLC's withdrawal of its Motion to Dismiss is not an admission or concession of any kind with regard to whether AstraZeneca PLC is subject to in personam jurisdiction in New Jersey courts in any other action or in any other court or courts in any other action or whether any contacts of AstraZeneca PLC with the State of New Jersey or any other U.S. forum are such as to subject AstraZeneca PLC to personal jurisdiction in such forum.

**IT IS STIPULATED and AGREED** by the parties through their undersigned counsel as follows:

1. AstraZeneca PLC shall withdraw its Motion to Dismiss in this case and will not renew the same. AstraZeneca PLC will waive any defense as to personal jurisdiction that it presently has in this case.

ME1\6138210.1

2.   The discovery served by Plaintiff upon AstraZeneca PLC with respect to personal jurisdiction shall be withdrawn.

3.   The Motion filed by Plaintiff seeking production of jurisdictional discovery from AstraZeneca PLC shall be withdrawn.

4.   Having withdrawn its Motion to Dismiss, AstraZeneca PLC is hereby deemed to have timely joined AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted that was filed on October 10, 2006.

SO ORDERED:

_____
HON. LOUIS F. LOCASCIO, JSC

The undersigned parties hereby stipulate and consent to the form and entry of this Order.

By: _____        By: _____

John E. Keefe, Jr.
KEEFE BARTELS
830 Broad Street
Shrewsbury, NJ 07702

David J. Cooner
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Donald E. Haviland, Jr.
THE HAVILAND LAW FIRM
740 S. Third Street, Third Floor
Philadelphia, PA 19147

D. Scott Wise
Kimberley D. Harris
Antoinette G. Ellison
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Attorneys for Plaintiff
International Union of Operating
Engineers, Local 68, Welfare Fund and
the class

Attorneys for Defendants
AstraZeneca PLC, AstraZeneca
Pharmaceuticals LP, AstraZeneca LP, and
Zeneca, Inc.

Dated: February 2, 2007

Dated: January 31, 2007