UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et al.* | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### DEFENDANTS ASTRAZENECA PHARMACETUCIALS LP'S AND ASTRAZENECA LP'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca") move to dismiss the State of Iowa's Complaint under Fed. R. Civ. P. 12(b)(6). In support of this motion, AstraZeneca submits the attached Memorandum of Law, and further states as follows:

1. In addition to the grounds and arguments contained in the Memorandum of Law in Support of Certain Defendants' Motion to Dismiss the Complaint, the State of Iowa's claims against AstraZeneca are subject to dismissal on other, independent grounds, which are detailed in the attached Memorandum of Law.

2. Specifically, all Medicaid-related claims against AstraZeneca relating to Zoladex® (goserlin acetate) should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because such claims are barred by a 2003 settlement agreement and release of claims entered between the State of Iowa and AstraZeneca.

WHEREFORE, AstraZeneca respectfully requests that the State of Iowa's Complaint be dismissed because certain claims are barred by Fed. R. Civ. P. 12(b)(6) and for the other reasons more particularly explained in the separate supplemental brief on behalf of AstraZeneca.

Dated:  Boston, Massachusetts
        February 20, 2008

                                Respectfully Submitted,

                                By:  /s/ Katherine B. Schmeckpeper
                                     Nicholas C. Theodorou (BBO # 496730)
                                     Katherine B. Schmeckpeper  (BBO #663200)
                                     FOLEY HOAG LLP
                                     155 Seaport Blvd.
                                     Boston, Massachusetts 02210
                                     Tel: (617) 832-1000

                                     D. Scott Wise (admitted *pro hac vice*)
                                     Kimberley Harris (admitted *pro hac vice*)
                                     DAVIS POLK & WARDWELL
                                     450 Lexington Avenue
                                     New York, New York 10017
                                     Tel: (212) 450-4000

                                     *Attorneys for*
                                     *AstraZeneca Pharmaceuticals L.P. and*
                                     *AstraZeneca L.P.*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for AstraZeneca Pharmaceuticals LP and AstraZeneca LP conferred with counsel for the State of Iowa pursuant to Local Rule 7.1 prior to filing this motion. The parties were unable to resolve the issues addressed herein.

/s/ *Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Iowa action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this twentieth day of February, 2008, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/ *Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper