UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO: ) ) | |
| *State of Iowa v. Abbott Laboratories, et al.* ) ) ) | Judge Patti B. Saris |

**DEFENDANT CHIRON CORPORATION'S**
**INDIVIDUAL MOTION TO DISMISS THE COMPLAINT**

As set forth fully in the accompanying Memorandum in Support and explained in the Joint Motion to Dismiss, this case should be decided upon motion. This Court's prior rulings against Plaintiffs and in favor of Chiron are dispositive and require dismissal *with prejudice*. *See In re Pharm. Indus. Average Wholesale Price Litig.*, 339 F. Supp. 2d 165 (D. Mass. 2004) ("Suffolk I") (dismissing a portion of the claims as to all defendants); *In re Pharm. Indus. Average Wholesale Price Litig.*, No. 1456, Civ.A. 01-12257-PBS, 2004 WL 2387125, at *2-3 (D. Mass. Oct. 26, 2004) ("Suffolk II") (companion order to Suffolk I, dismissing all claims as to a portion of the defendants, including Chiron); *In re Pharm. Indus. Average Wholesale Price Litig.*, No. 1456, Civ.A. 01-12257-PBS, Memorandum and Order (D. Mass. April 8, 2005)("Suffolk III") (dismissing all claims as to the "Suffolk 13," including Chiron); *see also* Case Management Order No. 33 (September 14, 2007).

As a result of this dispositive case law, unambiguous procedural history, clear Orders by this Court, and the numerous defects inherent in Plaintiff's Complaint, Chiron joins in

2

Defendants' Joint Memorandum of Law in Support of Motion to Dismiss and individually moves this Court to dismiss all claims against Chiron *with prejudice.*

Dated:  February 20, 2008                                    /s/ D. Jacques Smith
                                                       D. Jacques Smith, Esq. (*pro hac vice*)
                                                       Larri A. Short, Esq.
                                                       Jackson D. Toof, Esq.
                                                       ARENT FOX LLP
                                                       1050 Connecticut Avenue, N.W.
                                                       Washington, D.C.  20036-5339
                                                       Tel:    (202) 857-6000
                                                       Fax:    (202) 857-6395
                                                       smith.jacques@arentfox.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 20, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                           /s/ D. Jacques Smith
                                           D. Jacques Smith, Esq. (*pro hac vice*)