UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al.* | Judge Patti B. Saris |

## PHARMACIA CORPORATION'S AND GREENSTONE LTD.'S

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Pharmacia Corporation ("Pharmacia") and Greenstone Ltd. ("Greenstone") hereby join and incorporate by reference the Defendants' Motion to Dismiss the Complaint and the supporting Memorandum of Law. Additionally, as detailed below, Pharmacia and Greenstone also join and incorporate by reference the arguments set forth in Section I (pp. 1-3) of Defendant Endo Pharmaceuticals Inc.'s Individual Motion to Dismiss the Complaint of the State of Iowa and Memorandum of Law in Support Thereof ("Endo's Brief").

As more fully set forth in Endo's Brief, in order to state a claim for FUL fraud, the plaintiff must demonstrate that the price set for a particular NDC was of the type that could affect the Center for Medicare and Medicaid Services' ("CMS") FUL calculation. An NDC cannot be factored into the FUL calculation unless it: (1) has "been evaluated as therapeutically equivalent;"[1] and (2) "can be purchased by pharmacists in quantities of 100 tablets or capsules

---

[1] 42 C.F.R. § 447.332(a)(1)(i) (defining the drugs eligible for use in calculation of the FUL as "therapeutically equivalent in the most current edition of [the FDA] publication, Approved Drug Products with Therapeutic Equivalence Evaluations [also known as the Orange Book] (including supplements or in successor publications)." The Orange Book states that drugs listed as A-rated are therapeutically equivalent, and drugs listed as B-rated are not therapeutically equivalent. *See* Orange Book, Introduction and Sample Page 3-1, attached to Endo's Brief as Exhibit 1; *see also* Complaint at ¶102 (*citing* 42 C.F.R. § 447.332).

(or, if the drug is not commonly available in quantities of 100, the package size most commonly listed), or in the case of liquids, the commonly listed size."[2]

The Complaint is completely barren of any such allegations pertaining to Pharmacia and/or Greenstone. Not only has Plaintiff failed to include such allegations, but several of the Pharmacia and Greenstone NDCs for which FUL fraud is alleged in the Complaint are not even eligible to be considered in CMS' FUL calculation. For example, Plaintiff alleges FUL fraud for a *500* tablet bottle of Greenstone's Alprazolam 0.25 MG (NDC 59762371903), a drug for which CMS set the FUL based on the lowest price reported for a *100* tablet bottle of Alprazolam. *See* CMS Transmittal No. 37 – Federal Upper Limit Drug List, at 2 (Nov. 20, 2001), attached as Exhibit 2 to Endo's Brief. Various other Pharmacia and Greenstone NDCs are likewise ineligible – as a matter of law - to be factored into CMS' FUL calculation.

---

[2] 42 C.F.R. § 447.332(b); *see also* Complaint at ¶102 (*citing* 42 C.F.R. § 447.332).

As such, Plaintiff cannot support its theory that the pricing of any given Pharmacia and/or Greenstone NDC "resulted in a false and inflated FUL being set." The FUL fraud allegations in the Complaint should therefore be dismissed as to Pharmacia and Greenstone.

DATED: February 20, 2008.

/s/ Mark D. Smith
Mark D. Smith (BBO 542676)
Laredo & Smith LLP
15 Broad Street, Suite 600
Boston, MA 02109
Phone: 617.367.7984
Fax: 617.367.6475

Of Counsel
John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*
*Pharmacia Corporation and*
*Greenstone Ltd.*

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that on this 20th day of February, 2008, a true and correct copy of the foregoing Motion of Pharmacia Corporation and Greenstone Ltd. To Dismiss Plaintiff's Complaint was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.

/s/ Mark D. Smith
LAREDO & SMITH, LLP