UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), the Defendants listed below respectfully move this Court jointly for dismissal of all claims against them in the State of Iowa's Complaint. The grounds for this motion are stated in: (1) the Memorandum of Law in Support of Certain Defendants' Motion to Dismiss the Complaint, in which all listed Defendants join; and (2) the individual memoranda of law filed by some Defendants, which they have submitted to address issues specific to them or issues that were not included in the Memorandum of Law in Support of Certain Defendants' Motion to Dismiss the Complaint.

WHEREFORE, for the reasons set forth in the memoranda described above, the Defendants respectfully request that the Court grant their motion to dismiss the claims against them in the State of Iowa's Complaint and enter an order:

    a. dismissing all claims in the State of Iowa's Complaint with prejudice; and

    b. providing such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: February 20, 2008 | /s/ J. Andrew Jackson<br>J. Andrew Jackson<br>Tina D. Reynolds<br>Shamir Patel<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>/s/ Peter E. Gelhaar<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile: (617) 720-3554<br><br>Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. and on behalf of:<br><br>Abbott Laboratories, Inc.<br>Agouron Pharmaceuticals, Inc.<br>Alpharma, Inc.<br>ALZA Corporation<br>Amgen Inc.<br>AstraZeneca LP<br>AstraZeneca Pharmaceuticals, LP<br>Aventis Behring LLC (n/k/a ZLB Behring LLC)<br>Aventis Pharmaceuticals, Inc.<br>Barr Laboratories, Inc.<br>Baxter Healthcare Corporation<br>Baxter International Inc.<br>Bayer Corporation<br>Bayer Pharmaceuticals Corporation<br>Ben Venue Laboratories, Inc.<br>Boehringer Ingelheim Corporation<br>Boehringer Ingelheim Pharmaceuticals, Inc.<br>Bristol-Myers Squibb Company<br>Chiron Corporation<br>Dey, Inc.<br>Dey, L.P.<br>Eli Lilly and Company<br>Endo Pharmaceuticals Inc.<br>Ethex Corporation<br>Ethicon, Inc. |

DSMDB-2387173

|  | Forest Laboratories<br>Forest Pharmaceuticals, Inc.<br>Geneva Pharmaceuticals, Inc.<br>Greenstone LTD.<br>Hoffmann-La Roche Inc.<br>Immunex Corporation<br>Ivax Corp.<br>Ivax Pharmaceuticals, Inc.<br>Janssen L.P.<br>Johnson & Johnson<br>King Pharmaceuticals, Inc.<br>King Research and Development<br>McNeil-PPC, Inc.<br>MedImmune, Inc.<br>Merck & Co., Inc.<br>Monarch Pharmaceuticals, Inc.<br>Mylan Laboratories Inc.<br>Mylan Pharmaceuticals Inc.<br>Novartis Pharmaceuticals Corporation<br>Novopharm USA, Inc.<br>Oncology Therapeutics Network Corporation<br>Ortho-Biotech Products, L.P.<br>Ortho-McNeil Pharmaceutical, Inc.<br>Par Pharmaceutical Companies, Inc.<br>Par Pharmaceutical, Inc.<br>Pfizer Inc.<br>Pharmacia Corporation<br>Purdue Pharma L.P.<br>Purepac Pharmaceutical, Co.<br>Roche Laboratories Inc.<br>Roxane Laboratories, Inc. (N/K/A Boehringer Ingelheim Roxane, Inc.)<br>Sandoz Inc.<br>Schering Corporation<br>Schering-Plough Corp.<br>Sicor, Inc.<br>SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")<br>TAP Pharmaceutical Products Inc.<br>Teva Pharmaceuticals USA, Inc.<br>UDL Laboratories, Inc.<br>Warrick Pharmaceuticals Corporation<br>Watson Pharma, Inc.<br>Watson Pharmaceuticals, Inc.<br>Wyeth<br>Wyeth Pharmaceuticals, Inc. |

DSMDB-2387173

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request a hearing for oral argument on this motion to dismiss.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for the State in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

February 20, 2008

/s/ J. Andrew Jackson
J. Andrew Jackson
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
(202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on February 20, 2008, for posting and notification to all parties.

/s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
(202) 420-2200