# EXHIBIT M
## Part 2

APPENDIX 1
PAGE 1 OF 2

## SAMPLE DESCRIPTION[7]

Sample Objectives:

    Develop a nationwide estimate of the extent of the discount below AWP of actual invoice prices paid by Medicaid pharmacies for prescription drugs.

Population:

    The primary sampling population was all states providing coverage of prescription drugs as an optional service under section 1905 (a) (12) of the Social Security Act (the Act). Section 1903 (a) of the Act provides for federal financial participation in state expenditures for prescription drugs.

Sampling Frame:

    The primary sampling frame was a listing of all states and the District of Columbia, participating in the Medicaid prescription drug program except for Arizona and Tennessee. Arizona was excluded because the Medicaid drug program is a demonstration project using prepaid capitation financing and Tennessee was also excluded because of a waiver received to implement a managed care program for Medicaid.

Sample Design:

    A stratified multistage sample was designed with states as the primary sample units and Medicaid pharmacy providers within those states as the secondary sample units. A stratified random sample of states was selected for the primary sample and a stratified random sample of pharmacies was selected for the secondary sample. A sample of eight pharmacies was selected from each of five strata. The five strata of pharmacies were rural-chain, rural-independent, urban-chain, urban-independent, and non-traditional (nursing home pharmacies, hospital pharmacies, home IV, etc.). Each pharmacy was assigned a month from 1999 for which to provide invoices. All pharmacies were initially assigned a month from January 1999 to December 1999 in a method designed to provide a cross-section of the 12-month period. However, some pharmacies were permitted to submit invoices from other months in 1999, as invoices were not available for the month originally assigned. The largest invoice from each of four different sources of supply

---

[7] This sample was used for both of our original reports involving brand name and generic drugs (A-06-00-00023 and A-06-01-00053). The results of this sample then became the basis for the additional analyses we performed on drug reimbursement and reported in this current report.

<strong>APPENDIX 1<br>PAGE 2 OF 2</strong>

was requested. The sources of supply were identified as wholesalers, chain warehouse distribution centers, generic distributors, and direct manufacturer purchases. All invoice prices were compared to AWP.

<u>Sample Size:</u>

Eight states were selected for review from our primary sampling frame. Eight pharmacies were selected from each stratum of our secondary sample frame. Therefore, a maximum of 40 pharmacies was selected from each state. Of the 8 states, 2 states were selected from the universe of 10 sampled states plus the District of Columbia in our previous review. The remaining 6 states were selected from the remaining universe of 38 states.

<u>Source of Random Numbers:</u>

OAS statistical sampling software was used to generate the random numbers.

<u>Characteristics to be Measured:</u>

From our review of the pharmacy invoices, we calculated the percentage of the discount below AWP of actual invoice prices for all drugs on the invoices submitted.

<u>Treatment of Missing Sample Items:</u>

No spare was substituted for a pharmacy that refused to provide the requested information. If a stratum had eight or fewer pharmacies, we reviewed all pharmacies in that stratum. Spares were substituted for pharmacies that were not providers during the review period and for misclassified pharmacies. If a pharmacy did not send an invoice for a particular type of supplier, we assumed that the pharmacy did not purchase drugs from that supplier type during the assigned month.

<u>Estimation Methodology:</u>

We used OAS statistical software for stratified multistage variable sampling to project the percentage difference between actual invoice prices and AWP for each stratum, as well as an overall percent difference.

<u>Other Evidence:</u>

We obtained AWP from a pricing file received from the state of Florida.

APPENDIX 2
PAGE 1 of 2

## DETAILED SAMPLE RESULTS

### SINGLE SOURCE DRUGS

| Category | Universe of Pharmacies | Sample Pharmacies | Drug Prices Reviewed | Percent Below AWP | Percent Below AWP (Weighted)* |
|---|---|---|---|---|---|
| Rural-Chain | 1,008 | 52 | 2,707 | 16.63 | 16.60 |
| Rural-Independent | 1,243 | 55 | 2,043 | 17.85 | 17.71 |
| Urban-Chain | 5,745 | 56 | 6,109 | 16.97 | 16.91 |
| Urban-Independent | 2,398 | 53 | 1,826 | 17.64 | 17.64 |
| Non-Traditional | 1,123 | 58 | 1,194 | 26.26 | 25.39 |
| Overall (Exc. Non-Trad.) | 10,394 | 216 | 12,685 | 17.19 | 17.15 |

### ALL DRUGS WITHOUT FEDERAL UPPER LIMITS

| Category | Universe of Pharmacies | Sample Pharmacies | Drug Prices Reviewed | Percent Below AWP | Percent Below AWP (Weighted)* |
|---|---|---|---|---|---|
| Rural-Chain | 1,008 | 52 | 4,175 | 27.38 | 22.24 |
| Rural-Independent | 1,243 | 55 | 3,033 | 26.24 | 23.27 |
| Urban-Chain | 5,745 | 56 | 9,470 | 28.22 | 23.96 |
| Urban-Independent | 2,398 | 54 | 2,679 | 24.98 | 22.95 |
| Non-Traditional | 1,123 | 62 | 2,096 | 41.95 | 34.86 |
| Overall (Exc. Non-Trad.) | 10,394 | 217 | 19,357 | 27.16 | 23.48 |

* Weighted based on total dollars on each pharmacy's invoice(s).

APPENDIX 2
PAGE 2 of 2

## DETAILED SAMPLE RESULTS

### MULTIPLE SOURCE DRUGS <u>WITHOUT</u> FEDERAL UPPER LIMITS

| Category | Universe of Pharmacies | Sample Pharmacies | Drug Prices Reviewed | Percent Below AWP | Percent Below AWP (Weighted)* |
|---|---|---|---|---|---|
| Rural-Chain | 1,008 | 52 | 1,468 | 43.63 | 37.87 |
| Rural-Independent | 1,243 | 54 | 990 | 42.35 | 38.38 |
| Urban-Chain | 5,745 | 56 | 3,361 | 47.03 | 45.56 |
| Urban-Independent | 2,398 | 54 | 853 | 38.68 | 37.10 |
| Non-Traditional | 1,123 | 58 | 902 | 56.75 | 56.49 |
| Overall (Exc. Non-Trad.) | 10,394 | 216 | 6,672 | 44.23 | 42.03 |

### MULTIPLE SOURCE DRUGS <u>WITH</u> FEDERAL UPPER LIMITS

| Category | Universe of Pharmacies | Sample Pharmacies | Drug Prices Reviewed | Percent Below AWP | Percent Below AWP (Weighted)* |
|---|---|---|---|---|---|
| Rural-Chain | 1,008 | 51 | 1,431 | 69.36 | 73.56 |
| Rural-Independent | 1,243 | 55 | 737 | 71.06 | 75.97 |
| Urban-Chain | 5,745 | 56 | 2,740 | 73.08 | 78.70 |
| Urban-Independent | 2,398 | 53 | 667 | 71.56 | 76.63 |
| Non-Traditional | 1,123 | 48 | 617 | 76.00 | 79.55 |
| Overall (Exc. Non-Trad.) | 10,394 | 215 | 5,575 | 72.13 | 77.41 |

* Weighted based on total dollars on each pharmacy's invoice(s).

SAMPLE RESULTS BY STATE
SINGLE SOURCE DRUGS         APPENDIX 3

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP Sample Mean | Sample Standard Deviation | 90% Confidence Level Lower Limit | 90% Confidence Level Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 254 | 16.61 | 1.79 | 15.57 | 17.66 |
| COLORADO | Rural-Independent | 73 | 6 | 189 | 17.38 | 0.94 | 16.78 | 17.99 |
| COLORADO | Urban-Chain | 357 | 4 | 638 | 17.15 | 0.86 | 16.45 | 17.85 |
| COLORADO | Urban-Independent | 128 | 6 | 218 | 16.85 | 0.64 | 16.43 | 17.27 |
| COLORADO | Non-Traditional | 65 | 7 | 115 | 27.67 | 10.94 | 21.25 | 34.10 |
| COLORADO | Overall (Excl. Non-Trad.) | 617 | 23 | 1,299 | 17.06 | 0.26 | 16.63 | 17.50 |
| FLORIDA | Rural-Chain | 137 | 7 | 195 | 15.83 | 2.56 | 14.28 | 17.38 |
| FLORIDA | Rural-Independent | 68 | 8 | 449 | 17.96 | 0.37 | 17.76 | 18.17 |
| FLORIDA | Urban-Chain | 2,052 | 8 | 986 | 17.81 | 0.34 | 17.62 | 18.01 |
| FLORIDA | Urban-Independent | 656 | 8 | 220 | 16.94 | 1.10 | 16.30 | 17.58 |
| FLORIDA | Non-Traditional | 363 | 8 | 84 | 29.75 | 14.56 | 21.38 | 38.12 |
| FLORIDA | Overall (Excl. Non-Trad.) | 2,913 | 31 | 1,850 | 17.53 | 0.13 | 17.31 | 17.74 |
| INDIANA | Rural-Chain | 187 | 7 | 414 | 17.13 | 2.18 | 15.80 | 18.46 |
| INDIANA | Rural-Independent | 105 | 8 | 293 | 17.09 | 1.11 | 16.47 | 17.71 |
| INDIANA | Urban-Chain | 608 | 7 | 949 | 17.60 | 1.61 | 16.60 | 18.60 |
| INDIANA | Urban-Independent | 183 | 5 | 217 | 20.74 | 8.43 | 14.62 | 26.86 |
| INDIANA | Non-Traditional | 178 | 8 | 159 | 26.13 | 9.17 | 20.91 | 31.34 |
| INDIANA | Overall (Excl. Non-Trad.) | 1,083 | 27 | 1,873 | 18.00 | 0.73 | 16.80 | 19.20 |
| MONTANA | Rural-Chain | 57 | 6 | 255 | 15.65 | 1.70 | 14.57 | 16.73 |
| MONTANA | Rural-Independent | 104 | 4 | 130 | 16.73 | 0.62 | 16.22 | 17.23 |
| MONTANA | Urban-Chain | 37 | 8 | 753 | 16.34 | 0.98 | 15.84 | 16.84 |
| MONTANA | Urban-Independent | 31 | 7 | 183 | 17.93 | 3.23 | 16.16 | 19.69 |
| MONTANA | Non-Traditional | 47 | 8 | 179 | 26.23 | 7.67 | 22.16 | 30.29 |
| MONTANA | Overall (Excl. Non-Trad.) | 229 | 25 | 1,321 | 16.56 | 0.26 | 16.12 | 16.99 |
| TEXAS | Rural-Chain | 225 | 7 | 236 | 16.21 | 1.68 | 15.19 | 17.24 |
| TEXAS | Rural-Independent | 398 | 8 | 253 | 17.56 | 0.79 | 17.11 | 18.02 |
| TEXAS | Urban-Chain | 1,682 | 8 | 514 | 15.96 | 3.82 | 13.75 | 18.18 |
| TEXAS | Urban-Independent | 778 | 8 | 260 | 17.29 | 0.99 | 16.71 | 17.86 |
| TEXAS | Non-Traditional | 214 | 7 | 158 | 23.86 | 12.98 | 15.92 | 31.79 |
| TEXAS | Overall (Excl. Non-Trad.) | 3,083 | 31 | 1,263 | 16.52 | 0.74 | 15.30 | 17.74 |
| WASHINGTON | Rural-Chain | 81 | 6 | 232 | 16.65 | 1.12 | 15.93 | 17.37 |
| WASHINGTON | Rural-Independent | 137 | 5 | 104 | 21.28 | 8.36 | 15.25 | 27.31 |
| WASHINGTON | Urban-Chain | 512 | 6 | 359 | 15.97 | 0.91 | 15.36 | 16.58 |
| WASHINGTON | Urban-Independent | 272 | 5 | 183 | 18.14 | 0.86 | 17.51 | 18.77 |
| WASHINGTON | Non-Traditional | 123 | 6 | 92 | 24.62 | 5.52 | 21.00 | 28.23 |
| WASHINGTON | Overall (Excl. Non-Trad.) | 1,002 | 22 | 878 | 17.34 | 0.55 | 16.44 | 18.24 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 601 | 18.03 | 1.30 | 17.18 | 18.89 |
| WEST VIRGINIA | Rural-Independent | 119 | 8 | 292 | 17.45 | 0.48 | 17.18 | 17.72 |
| WEST VIRGINIA | Urban-Chain | 137 | 8 | 865 | 17.88 | 0.77 | 17.44 | 18.31 |
| WEST VIRGINIA | Urban-Independent | 62 | 7 | 307 | 17.77 | 0.89 | 17.25 | 18.29 |
| WEST VIRGINIA | Non-Traditional | 18 | 6 | 180 | 24.12 | 11.21 | 17.97 | 30.26 |
| WEST VIRGINIA | Overall (Excl. Non-Trad.) | 478 | 29 | 2,065 | 17.81 | 0.20 | 17.48 | 18.14 |
| WISCONSIN | Rural-Chain | 102 | 6 | 520 | 16.22 | 2.41 | 14.64 | 17.79 |
| WISCONSIN | Rural-Independent | 239 | 8 | 333 | 17.54 | 0.59 | 17.20 | 17.87 |
| WISCONSIN | Urban-Chain | 360 | 7 | 1,045 | 16.33 | 2.16 | 15.00 | 17.66 |
| WISCONSIN | Urban-Independent | 288 | 7 | 238 | 18.13 | 1.32 | 17.32 | 18.94 |
| WISCONSIN | Non-Traditional | 115 | 8 | 227 | 26.15 | 8.46 | 21.41 | 30.89 |
| WISCONSIN | Overall (Excl. Non-Trad.) | 989 | 28 | 2,136 | 17.13 | 0.34 | 16.57 | 17.70 |

SAMPLE RESULTS BY STATE
SINGLE SOURCE DRUGS – WEIGHTED BY INVOICE DOLLARS     APPENDIX 4

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP Sample Mean | Sample Standard Deviation | 90% Confidence Level Lower Limit | 90% Confidence Level Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 254 | 16.10 | 1.51 | 15.22 | 16.98 |
| | Rural-Independent | 73 | 6 | 189 | 17.28 | 1.23 | 16.49 | 18.07 |
| | Urban-Chain | 357 | 4 | 638 | 17.05 | 0.95 | 16.28 | 17.82 |
| | Urban-Independent | 128 | 6 | 218 | 16.75 | 0.72 | 16.28 | 17.22 |
| | Non-Traditional | 65 | 7 | 115 | 25.90 | 9.79 | 20.15 | 31.65 |
| | Overall (Excl. Non-Trad.) | 617 | 23 | 1,299 | 16.92 | 0.29 | 16.45 | 17.40 |
| FLORIDA | Rural-Chain | 137 | 7 | 195 | 15.63 | 2.62 | 14.04 | 17.22 |
| | Rural-Independent | 68 | 8 | 449 | 17.79 | 0.45 | 17.54 | 18.03 |
| | Urban-Chain | 2,052 | 8 | 986 | 17.79 | 0.34 | 17.59 | 17.98 |
| | Urban-Independent | 656 | 8 | 220 | 17.00 | 1.14 | 16.34 | 17.66 |
| | Non-Traditional | 363 | 8 | 84 | 27.69 | 14.44 | 19.38 | 35.99 |
| | Overall (Excl. Non-Trad.) | 2,913 | 31 | 1,850 | 17.51 | 0.13 | 17.29 | 17.72 |
| INDIANA | Rural-Chain | 187 | 7 | 414 | 17.29 | 2.25 | 15.91 | 18.66 |
| | Rural-Independent | 105 | 8 | 293 | 16.95 | 1.09 | 16.34 | 17.56 |
| | Urban-Chain | 608 | 7 | 949 | 17.57 | 1.66 | 16.54 | 18.60 |
| | Urban-Independent | 183 | 5 | 217 | 21.10 | 9.57 | 14.16 | 28.04 |
| | Non-Traditional | 178 | 8 | 159 | 26.93 | 9.91 | 21.29 | 32.56 |
| | Overall (Excl. Non-Trad.) | 1,083 | 27 | 1,873 | 18.06 | 0.81 | 16.73 | 19.39 |
| MONTANA | Rural-Chain | 57 | 6 | 255 | 15.83 | 2.11 | 14.50 | 17.17 |
| | Rural-Independent | 104 | 4 | 130 | 17.05 | 0.70 | 16.48 | 17.62 |
| | Urban-Chain | 37 | 8 | 753 | 16.40 | 1.07 | 15.85 | 16.95 |
| | Urban-Independent | 31 | 7 | 183 | 18.19 | 3.82 | 16.10 | 20.27 |
| | Non-Traditional | 47 | 8 | 179 | 24.71 | 8.00 | 20.47 | 28.95 |
| | Overall (Excl. Non-Trad.) | 229 | 25 | 1,321 | 16.80 | 0.31 | 16.28 | 17.31 |
| TEXAS | Rural-Chain | 225 | 7 | 236 | 16.21 | 1.76 | 15.14 | 17.29 |
| | Rural-Independent | 398 | 8 | 253 | 17.13 | 0.72 | 16.71 | 17.54 |
| | Urban-Chain | 1,682 | 8 | 514 | 15.98 | 3.53 | 13.93 | 18.02 |
| | Urban-Independent | 778 | 8 | 260 | 17.20 | 1.08 | 16.58 | 17.82 |
| | Non-Traditional | 214 | 7 | 158 | 22.70 | 12.03 | 15.34 | 30.06 |
| | Overall (Excl. Non-Trad.) | 3,083 | 31 | 1,263 | 16.45 | 0.69 | 15.32 | 17.58 |
| WASHINGTON | Rural-Chain | 81 | 6 | 232 | 16.63 | 0.85 | 16.09 | 17.18 |
| | Rural-Independent | 137 | 5 | 104 | 21.32 | 8.34 | 15.29 | 27.35 |
| | Urban-Chain | 512 | 6 | 359 | 15.62 | 0.50 | 15.29 | 15.95 |
| | Urban-Independent | 272 | 5 | 183 | 18.34 | 1.15 | 17.50 | 19.18 |
| | Non-Traditional | 123 | 6 | 92 | 22.95 | 5.43 | 19.39 | 26.51 |
| | Overall (Excl. Non-Trad.) | 1,002 | 22 | 878 | 17.22 | 0.53 | 16.35 | 18.09 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 601 | 17.95 | 1.16 | 17.18 | 18.72 |
| | Rural-Independent | 119 | 8 | 292 | 17.31 | 0.55 | 17.00 | 17.62 |
| | Urban-Chain | 137 | 8 | 865 | 17.78 | 0.73 | 17.37 | 18.18 |
| | Urban-Independent | 62 | 7 | 307 | 17.81 | 0.95 | 17.26 | 18.37 |
| | Non-Traditional | 18 | 6 | 180 | 23.55 | 11.49 | 17.25 | 29.85 |
| | Overall (Excl. Non-Trad.) | 478 | 29 | 2,065 | 17.72 | 0.18 | 17.42 | 18.02 |
| WISCONSIN | Rural-Chain | 102 | 6 | 520 | 16.15 | 2.35 | 14.62 | 17.68 |
| | Rural-Independent | 239 | 8 | 333 | 17.58 | 0.51 | 17.28 | 17.87 |
| | Urban-Chain | 360 | 7 | 1,045 | 16.24 | 1.87 | 15.09 | 17.40 |
| | Urban-Independent | 288 | 7 | 238 | 17.86 | 1.17 | 17.14 | 18.57 |
| | Non-Traditional | 115 | 8 | 227 | 26.81 | 11.36 | 20.44 | 33.19 |
| | Overall (Excl. Non-Trad.) | 989 | 28 | 2,136 | 17.03 | 0.30 | 16.53 | 17.53 |

SAMPLE RESULTS BY STATE
ALL DRUGS WITHOUT FULS                APPENDIX 5

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sample | | 90% Confidence Level | |
| | | | | | Mean | Standard Deviation | Lower Limit | Upper Limit |
| COLORADO | Rural-Chain | 59 | 7 | 370 | 22.50 | 4.25 | 20.02 | 24.98 |
| | Rural-Independent | 73 | 6 | 284 | 23.00 | 3.87 | 20.51 | 25.49 |
| | Urban-Chain | 357 | 4 | 1,040 | 29.60 | 2.64 | 27.44 | 31.76 |
| | Urban-Independent | 128 | 7 | 322 | 25.01 | 3.20 | 23.08 | 26.95 |
| | Non-Traditional | 65 | 8 | 190 | 42.90 | 19.53 | 32.27 | 53.53 |
| | Overall (Excl. Non-Trad.) | 617 | 24 | 2,016 | 27.19 | 0.83 | 25.82 | 28.55 |
| FLORIDA | Rural-Chain | 137 | 7 | 334 | 32.03 | 12.60 | 24.40 | 39.66 |
| | Rural-Independent | 68 | 8 | 600 | 23.41 | 3.30 | 21.61 | 25.22 |
| | Urban-Chain | 2,052 | 8 | 1,574 | 29.71 | 5.64 | 26.44 | 32.98 |
| | Urban-Independent | 656 | 8 | 317 | 24.36 | 2.74 | 22.78 | 25.94 |
| | Non-Traditional | 363 | 8 | 159 | 43.52 | 14.49 | 35.19 | 51.86 |
| | Overall (Excl. Non-Trad.) | 2,913 | 31 | 2,825 | 28.47 | 1.43 | 26.11 | 30.83 |
| INDIANA | Rural-Chain | 187 | 7 | 639 | 31.40 | 9.83 | 25.41 | 37.39 |
| | Rural-Independent | 105 | 8 | 455 | 24.51 | 3.72 | 22.43 | 26.59 |
| | Urban-Chain | 608 | 7 | 1,451 | 26.83 | 2.51 | 25.28 | 28.38 |
| | Urban-Independent | 183 | 5 | 340 | 28.54 | 9.04 | 21.98 | 35.10 |
| | Non-Traditional | 178 | 8 | 293 | 41.24 | 13.87 | 33.36 | 49.12 |
| | Overall (Excl. Non-Trad.) | 1,083 | 27 | 2,885 | 27.68 | 1.07 | 25.92 | 29.44 |
| MONTANA | Rural-Chain | 57 | 6 | 417 | 27.70 | 3.75 | 25.32 | 30.08 |
| | Rural-Independent | 104 | 4 | 186 | 24.58 | 3.15 | 22.03 | 27.12 |
| | Urban-Chain | 37 | 8 | 1,139 | 24.93 | 2.32 | 23.73 | 26.12 |
| | Urban-Independent | 31 | 7 | 270 | 26.41 | 5.67 | 23.31 | 29.51 |
| | Non-Traditional | 47 | 8 | 316 | 41.54 | 17.41 | 32.31 | 50.76 |
| | Overall (Excl. Non-Trad.) | 229 | 25 | 2,012 | 25.66 | 0.84 | 24.28 | 27.04 |
| TEXAS | Rural-Chain | 225 | 7 | 352 | 23.47 | 4.80 | 20.53 | 26.41 |
| | Rural-Independent | 398 | 8 | 398 | 26.08 | 2.81 | 24.46 | 27.69 |
| | Urban-Chain | 1,682 | 8 | 810 | 27.98 | 4.15 | 25.57 | 30.38 |
| | Urban-Independent | 778 | 8 | 397 | 26.08 | 5.18 | 23.08 | 29.07 |
| | Non-Traditional | 214 | 7 | 251 | 42.27 | 12.57 | 34.58 | 49.96 |
| | Overall (Excl. Non-Trad.) | 3,083 | 31 | 1,957 | 26.92 | 0.94 | 25.38 | 28.47 |
| WASHINGTON | Rural-Chain | 81 | 6 | 322 | 23.15 | 1.65 | 22.08 | 24.22 |
| | Rural-Independent | 137 | 5 | 153 | 30.72 | 10.96 | 22.81 | 38.63 |
| | Urban-Chain | 512 | 6 | 526 | 24.52 | 2.40 | 22.91 | 26.12 |
| | Urban-Independent | 272 | 5 | 240 | 22.76 | 2.30 | 21.08 | 24.44 |
| | Non-Traditional | 123 | 7 | 219 | 42.29 | 13.20 | 34.31 | 50.26 |
| | Overall (Excl. Non-Trad.) | 1,002 | 22 | 1,241 | 24.78 | 0.87 | 23.34 | 26.21 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 951 | 29.22 | 3.11 | 27.17 | 31.27 |
| | Rural-Independent | 119 | 8 | 446 | 27.23 | 3.50 | 25.26 | 29.19 |
| | Urban-Chain | 137 | 8 | 1,333 | 28.94 | 2.64 | 27.45 | 30.43 |
| | Urban-Independent | 62 | 7 | 462 | 23.03 | 3.37 | 21.06 | 25.00 |
| | Non-Traditional | 18 | 8 | 279 | 32.21 | 11.05 | 27.42 | 37.00 |
| | Overall (Excl. Non-Trad.) | 478 | 29 | 3,192 | 27.84 | 0.59 | 26.86 | 28.82 |
| WISCONSIN | Rural-Chain | 102 | 6 | 790 | 25.00 | 6.98 | 20.46 | 29.54 |
| | Rural-Independent | 239 | 8 | 511 | 26.85 | 5.81 | 23.53 | 30.17 |
| | Urban-Chain | 360 | 7 | 1,597 | 26.59 | 2.62 | 24.97 | 28.20 |
| | Urban-Independent | 288 | 7 | 331 | 23.61 | 2.76 | 21.92 | 25.31 |
| | Non-Traditional | 115 | 8 | 389 | 40.45 | 8.70 | 35.57 | 45.33 |
| | Overall (Excl. Non-Trad.) | 989 | 28 | 3,229 | 25.62 | 0.73 | 24.42 | 26.83 |

## SAMPLE RESULTS BY STATE
## ALL DRUGS WITHOUT FULS – WEIGHTED BY INVOICE DOLLARS     APPENDIX 6

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP Sample Mean | Sample Standard Deviation | 90% Confidence Level Lower Limit | 90% Confidence Level Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 370 | 18.50 | 2.24 | 17.19 | 19.81 |
| | Rural-Independent | 73 | 6 | 284 | 20.65 | 3.64 | 18.31 | 22.99 |
| | Urban-Chain | 357 | 4 | 1,040 | 26.28 | 3.36 | 23.53 | 29.02 |
| | Urban-Independent | 128 | 7 | 322 | 21.76 | 2.89 | 20.01 | 23.51 |
| | Non-Traditional | 65 | 8 | 190 | 37.84 | 22.21 | 25.74 | 49.93 |
| | Overall (Excl. Non-Trad.) | 617 | 24 | 2,016 | 23.93 | 1.01 | 22.27 | 25.59 |
| FLORIDA | Rural-Chain | 137 | 7 | 334 | 24.84 | 7.37 | 20.38 | 29.31 |
| | Rural-Independent | 68 | 8 | 600 | 20.18 | 2.08 | 19.04 | 21.31 |
| | Urban-Chain | 2,052 | 8 | 1,574 | 26.29 | 4.72 | 23.55 | 29.03 |
| | Urban-Independent | 656 | 8 | 317 | 22.41 | 4.29 | 19.93 | 24.89 |
| | Non-Traditional | 363 | 8 | 159 | 35.58 | 16.96 | 25.82 | 45.33 |
| | Overall (Excl. Non-Trad.) | 2,913 | 31 | 2,825 | 25.20 | 1.23 | 23.18 | 27.23 |
| INDIANA | Rural-Chain | 187 | 7 | 639 | 25.51 | 9.01 | 20.02 | 31.01 |
| | Rural-Independent | 105 | 8 | 455 | 21.30 | 3.30 | 19.46 | 23.14 |
| | Urban-Chain | 608 | 7 | 1,451 | 23.06 | 3.07 | 21.16 | 24.96 |
| | Urban-Independent | 183 | 5 | 340 | 25.08 | 10.48 | 17.47 | 32.69 |
| | Non-Traditional | 178 | 8 | 293 | 35.20 | 13.10 | 27.76 | 42.64 |
| | Overall (Excl. Non-Trad.) | 1,083 | 27 | 2,885 | 23.65 | 1.17 | 21.72 | 25.58 |
| MONTANA | Rural-Chain | 57 | 6 | 417 | 20.73 | 1.57 | 19.74 | 21.73 |
| | Rural-Independent | 104 | 4 | 186 | 22.35 | 3.62 | 19.43 | 25.27 |
| | Urban-Chain | 37 | 8 | 1,139 | 21.34 | 1.91 | 20.36 | 22.32 |
| | Urban-Independent | 31 | 7 | 270 | 23.16 | 4.76 | 20.55 | 25.76 |
| | Non-Traditional | 47 | 8 | 316 | 34.95 | 18.09 | 25.37 | 44.53 |
| | Overall (Excl. Non-Trad.) | 229 | 25 | 2,012 | 21.89 | 0.85 | 20.49 | 23.30 |
| TEXAS | Rural-Chain | 225 | 7 | 352 | 19.37 | 2.04 | 18.12 | 20.62 |
| | Rural-Independent | 398 | 8 | 398 | 21.78 | 1.74 | 20.78 | 22.77 |
| | Urban-Chain | 1,682 | 8 | 810 | 21.79 | 2.56 | 20.30 | 23.28 |
| | Urban-Independent | 778 | 8 | 397 | 24.40 | 5.85 | 21.01 | 27.79 |
| | Non-Traditional | 214 | 7 | 251 | 32.23 | 9.19 | 26.61 | 37.85 |
| | Overall (Excl. Non-Trad.) | 3,083 | 31 | 1,957 | 22.27 | 0.72 | 21.08 | 23.46 |
| WASHINGTON | Rural-Chain | 81 | 6 | 322 | 18.97 | 1.12 | 18.24 | 19.69 |
| | Rural-Independent | 137 | 5 | 153 | 25.18 | 8.59 | 18.98 | 31.38 |
| | Urban-Chain | 512 | 6 | 526 | 20.35 | 1.98 | 19.03 | 21.67 |
| | Urban-Independent | 272 | 5 | 240 | 20.68 | 1.64 | 19.49 | 21.87 |
| | Non-Traditional | 123 | 7 | 219 | 36.89 | 15.83 | 27.33 | 46.44 |
| | Overall (Excl. Non-Trad.) | 1,002 | 22 | 1,241 | 20.99 | 0.69 | 19.86 | 22.12 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 951 | 24.10 | 2.77 | 22.27 | 25.93 |
| | Rural-Independent | 119 | 8 | 446 | 23.88 | 4.89 | 21.13 | 26.62 |
| | Urban-Chain | 137 | 8 | 1,333 | 25.88 | 5.58 | 22.73 | 29.02 |
| | Urban-Independent | 62 | 7 | 462 | 20.71 | 2.29 | 19.38 | 22.05 |
| | Non-Traditional | 18 | 8 | 279 | 25.05 | 10.55 | 20.48 | 29.62 |
| | Overall (Excl. Non-Trad.) | 478 | 29 | 3,192 | 24.11 | 0.79 | 22.81 | 25.41 |
| WISCONSIN | Rural-Chain | 102 | 6 | 790 | 21.57 | 5.06 | 18.27 | 24.86 |
| | Rural-Independent | 239 | 8 | 511 | 27.44 | 12.09 | 20.53 | 34.35 |
| | Urban-Chain | 360 | 7 | 1,597 | 23.77 | 2.39 | 22.30 | 25.25 |
| | Urban-Independent | 288 | 7 | 331 | 22.07 | 2.56 | 20.50 | 23.64 |
| | Non-Traditional | 115 | 8 | 389 | 35.69 | 12.92 | 28.44 | 42.94 |
| | Overall (Excl. Non-Trad.) | 989 | 28 | 3,229 | 23.93 | 1.12 | 22.09 | 25.78 |