**EXHIBIT M**
Part 3

SAMPLE RESULTS BY STATE
MULTIPLE SOURCE DRUGS WITHOUT FULS          APPENDIX 7

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sample | | 90% Confidence Level | |
| | | | | | Mean | Standard Deviation | Lower Limit | Upper Limit |
| COLORADO | Rural-Chain | 59 | 7 | 116 | 35.73 | 14.26 | 27.41 | 44.05 |
| | Rural-Independent | 73 | 5 | 95 | 38.28 | 7.68 | 32.83 | 43.73 |
| | Urban-Chain | 357 | 4 | 402 | 49.33 | 4.81 | 45.39 | 53.26 |
| | Urban-Independent | 128 | 7 | 104 | 42.41 | 14.17 | 33.85 | 50.98 |
| | Non-Traditional | 65 | 7 | 75 | 60.61 | 14.93 | 51.85 | 69.38 |
| | Overall (Excl. Non-Trad.) | 617 | 23 | 717 | 45.28 | 1.86 | 42.22 | 48.35 |
| FLORIDA | Rural-Chain | 137 | 7 | 139 | 45.84 | 15.01 | 36.76 | 54.93 |
| | Rural-Independent | 68 | 8 | 151 | 38.89 | 11.13 | 32.81 | 44.97 |
| | Urban-Chain | 2,052 | 8 | 588 | 50.46 | 10.25 | 44.52 | 56.41 |
| | Urban-Independent | 656 | 8 | 97 | 39.78 | 9.19 | 34.46 | 45.09 |
| | Non-Traditional | 363 | 6 | 75 | 57.25 | 19.78 | 44.08 | 70.42 |
| | Overall (Excl. Non-Trad.) | 2,913 | 31 | 975 | 47.57 | 2.66 | 43.19 | 51.95 |
| INDIANA | Rural-Chain | 187 | 7 | 225 | 50.01 | 9.33 | 44.32 | 55.71 |
| | Rural-Independent | 105 | 8 | 162 | 35.60 | 6.91 | 31.74 | 39.46 |
| | Urban-Chain | 608 | 7 | 502 | 45.76 | 5.62 | 42.28 | 49.23 |
| | Urban-Independent | 183 | 5 | 123 | 42.18 | 7.79 | 36.53 | 47.83 |
| | Non-Traditional | 178 | 7 | 134 | 53.60 | 13.60 | 45.32 | 61.88 |
| | Overall (Excl. Non-Trad.) | 1,083 | 27 | 1,012 | 44.90 | 1.47 | 42.49 | 47.32 |
| MONTANA | Rural-Chain | 57 | 6 | 162 | 43.58 | 8.20 | 38.37 | 48.79 |
| | Rural-Independent | 104 | 4 | 56 | 41.40 | 7.72 | 35.17 | 47.63 |
| | Urban-Chain | 37 | 8 | 386 | 42.24 | 5.59 | 39.36 | 45.12 |
| | Urban-Independent | 31 | 7 | 87 | 44.30 | 9.42 | 39.15 | 49.45 |
| | Non-Traditional | 47 | 8 | 137 | 54.03 | 18.99 | 43.97 | 64.08 |
| | Overall (Excl. Non-Trad.) | 229 | 25 | 691 | 42.47 | 1.96 | 39.25 | 45.69 |
| TEXAS | Rural-Chain | 225 | 7 | 116 | 38.67 | 10.91 | 31.99 | 45.35 |
| | Rural-Independent | 398 | 8 | 145 | 40.76 | 4.82 | 37.99 | 43.54 |
| | Urban-Chain | 1,682 | 8 | 296 | 44.04 | 7.78 | 39.52 | 48.55 |
| | Urban-Independent | 778 | 8 | 137 | 38.13 | 6.67 | 34.27 | 41.98 |
| | Non-Traditional | 214 | 7 | 93 | 57.76 | 16.75 | 47.51 | 68.00 |
| | Overall (Excl. Non-Trad.) | 3,083 | 31 | 694 | 41.73 | 1.65 | 39.01 | 44.45 |
| WASHINGTON | Rural-Chain | 81 | 6 | 90 | 41.58 | 5.06 | 38.31 | 44.85 |
| | Rural-Independent | 137 | 5 | 49 | 50.02 | 19.38 | 36.02 | 64.02 |
| | Urban-Chain | 512 | 6 | 167 | 42.50 | 7.04 | 37.80 | 47.20 |
| | Urban-Independent | 272 | 5 | 57 | 34.76 | 2.82 | 32.71 | 36.81 |
| | Non-Traditional | 123 | 7 | 127 | 55.00 | 9.93 | 49.01 | 60.99 |
| | Overall (Excl. Non-Trad.) | 1,002 | 22 | 363 | 41.35 | 1.90 | 38.22 | 44.49 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 350 | 48.25 | 7.04 | 43.61 | 52.89 |
| | Rural-Independent | 119 | 8 | 154 | 45.55 | 7.65 | 41.25 | 49.85 |
| | Urban-Chain | 137 | 8 | 468 | 45.66 | 4.50 | 43.12 | 48.20 |
| | Urban-Independent | 62 | 7 | 155 | 33.24 | 8.66 | 28.17 | 38.31 |
| | Non-Traditional | 18 | 8 | 99 | 43.15 | 15.09 | 36.61 | 49.69 |
| | Overall (Excl. Non-Trad.) | 478 | 29 | 1,127 | 44.89 | 1.29 | 42.76 | 47.01 |
| WISCONSIN | Rural-Chain | 102 | 6 | 270 | 38.65 | 11.49 | 31.16 | 46.14 |
| | Rural-Independent | 239 | 8 | 178 | 44.75 | 7.79 | 40.29 | 49.21 |
| | Urban-Chain | 360 | 7 | 552 | 47.31 | 5.61 | 43.86 | 50.77 |
| | Urban-Independent | 288 | 7 | 93 | 37.86 | 7.40 | 33.31 | 42.40 |
| | Non-Traditional | 115 | 8 | 162 | 61.34 | 13.76 | 53.62 | 69.06 |
| | Overall (Excl. Non-Trad.) | 989 | 28 | 1,093 | 43.05 | 1.37 | 40.79 | 45.30 |

## SAMPLE RESULTS BY STATE — APPENDIX 8
## MULTIPLE SOURCE DRUGS WITHOUT FULS – WEIGHTED BY INVOICE DOLLARS

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP Sample Mean | Standard Deviation | 90% Confidence Level Lower Limit | Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 116 | 30.97 | 15.18 | 22.11 | 39.83 |
| | Rural-Independent | 73 | 5 | 95 | 34.46 | 10.41 | 27.07 | 41.85 |
| | Urban-Chain | 357 | 4 | 402 | 49.40 | 9.99 | 41.23 | 57.57 |
| | Urban-Independent | 128 | 7 | 104 | 36.01 | 11.90 | 28.82 | 43.21 |
| | Non-Traditional | 65 | 7 | 75 | 56.30 | 22.87 | 42.87 | 69.73 |
| | Overall (Excl. Non-Trad.) | 617 | 23 | 717 | 43.09 | 3.10 | 37.99 | 48.20 |
| FLORIDA | Rural-Chain | 137 | 7 | 139 | 43.79 | 20.89 | 31.13 | 56.44 |
| | Rural-Independent | 68 | 8 | 151 | 32.76 | 9.01 | 27.84 | 37.69 |
| | Urban-Chain | 2,052 | 8 | 588 | 50.34 | 14.31 | 42.03 | 58.64 |
| | Urban-Independent | 656 | 8 | 97 | 38.54 | 15.67 | 29.48 | 47.59 |
| | Non-Traditional | 363 | 6 | 75 | 57.57 | 23.09 | 42.19 | 72.94 |
| | Overall (Excl. Non-Trad.) | 2,913 | 31 | 975 | 46.96 | 3.78 | 40.74 | 53.19 |
| INDIANA | Rural-Chain | 187 | 7 | 225 | 42.54 | 13.74 | 34.16 | 50.92 |
| | Rural-Independent | 105 | 8 | 162 | 31.34 | 8.29 | 26.70 | 35.97 |
| | Urban-Chain | 608 | 7 | 502 | 42.46 | 8.00 | 37.51 | 47.40 |
| | Urban-Independent | 183 | 5 | 123 | 39.52 | 11.11 | 31.46 | 47.58 |
| | Non-Traditional | 178 | 7 | 134 | 55.50 | 15.29 | 46.18 | 64.82 |
| | Overall (Excl. Non-Trad.) | 1,083 | 27 | 1,012 | 40.90 | 2.09 | 37.45 | 44.34 |
| MONTANA | Rural-Chain | 57 | 6 | 162 | 33.63 | 6.90 | 29.25 | 38.01 |
| | Rural-Independent | 104 | 4 | 56 | 41.13 | 14.13 | 29.73 | 52.52 |
| | Urban-Chain | 37 | 8 | 386 | 38.10 | 7.86 | 34.05 | 42.15 |
| | Urban-Independent | 31 | 7 | 87 | 40.34 | 14.34 | 32.50 | 48.19 |
| | Non-Traditional | 47 | 8 | 137 | 52.05 | 23.88 | 39.40 | 64.70 |
| | Overall (Excl. Non-Trad.) | 229 | 25 | 691 | 38.67 | 3.30 | 33.23 | 44.10 |
| TEXAS | Rural-Chain | 225 | 7 | 116 | 33.37 | 7.80 | 28.60 | 38.15 |
| | Rural-Independent | 398 | 8 | 145 | 35.54 | 5.70 | 32.26 | 38.82 |
| | Urban-Chain | 1,682 | 8 | 296 | 40.38 | 10.06 | 34.54 | 46.21 |
| | Urban-Independent | 778 | 8 | 137 | 37.96 | 12.84 | 30.53 | 45.39 |
| | Non-Traditional | 214 | 7 | 93 | 57.63 | 20.62 | 45.02 | 70.24 |
| | Overall (Excl. Non-Trad.) | 3,083 | 31 | 694 | 38.63 | 2.27 | 34.89 | 42.37 |
| WASHINGTON | Rural-Chain | 81 | 6 | 90 | 32.67 | 7.86 | 27.59 | 37.75 |
| | Rural-Independent | 137 | 5 | 49 | 46.08 | 19.72 | 31.84 | 60.32 |
| | Urban-Chain | 512 | 6 | 167 | 41.47 | 9.19 | 35.33 | 47.60 |
| | Urban-Independent | 272 | 5 | 57 | 30.32 | 2.72 | 28.34 | 32.30 |
| | Non-Traditional | 123 | 7 | 127 | 55.29 | 12.57 | 47.70 | 62.87 |
| | Overall (Excl. Non-Trad.) | 1,002 | 22 | 363 | 38.36 | 2.28 | 34.61 | 42.11 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 350 | 40.98 | 7.94 | 35.76 | 46.21 |
| | Rural-Independent | 119 | 8 | 154 | 41.84 | 9.65 | 36.42 | 47.26 |
| | Urban-Chain | 137 | 8 | 468 | 41.61 | 4.08 | 39.31 | 43.92 |
| | Urban-Independent | 62 | 7 | 155 | 30.51 | 6.95 | 26.44 | 34.58 |
| | Non-Traditional | 18 | 8 | 99 | 41.54 | 18.65 | 33.45 | 49.62 |
| | Overall (Excl. Non-Trad.) | 478 | 29 | 1,127 | 40.02 | 1.44 | 37.65 | 42.38 |
| WISCONSIN | Rural-Chain | 102 | 6 | 270 | 36.47 | 13.25 | 27.84 | 45.10 |
| | Rural-Independent | 239 | 8 | 178 | 41.70 | 19.92 | 30.31 | 53.09 |
| | Urban-Chain | 360 | 7 | 552 | 50.07 | 5.88 | 46.45 | 53.69 |
| | Urban-Independent | 288 | 7 | 93 | 37.61 | 12.74 | 29.79 | 45.44 |
| | Non-Traditional | 115 | 8 | 162 | 58.79 | 19.00 | 48.13 | 69.45 |
| | Overall (Excl. Non-Trad.) | 989 | 28 | 1,093 | 43.02 | 2.38 | 39.11 | 46.93 |

## SAMPLE RESULTS BY STATE
## MULTIPLE SOURCE DRUGS WITH FULS

APPENDIX 9

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP Sample Mean | Percent Below AWP Sample Standard Deviation | 90% Confidence Level Lower Limit | 90% Confidence Level Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 97 | 62.46 | 13.29 | 54.70 | 70.21 |
| COLORADO | Rural-Independent | 73 | 6 | 65 | 74.52 | 8.65 | 68.95 | 80.08 |
| COLORADO | Urban-Chain | 357 | 4 | 296 | 74.70 | 4.34 | 71.15 | 78.25 |
| COLORADO | Urban-Independent | 128 | 6 | 78 | 73.05 | 7.22 | 68.32 | 77.78 |
| COLORADO | Non-Traditional | 65 | 6 | 57 | 72.55 | 13.43 | 63.96 | 81.14 |
| COLORADO | Overall (Excl. Non-Trad.) | 617 | 23 | 536 | 73.17 | 1.51 | 70.68 | 75.65 |
| FLORIDA | Rural-Chain | 137 | 7 | 145 | 68.89 | 7.41 | 64.40 | 73.38 |
| FLORIDA | Rural-Independent | 68 | 8 | 91 | 67.14 | 12.91 | 60.09 | 74.19 |
| FLORIDA | Urban-Chain | 2,052 | 8 | 453 | 73.56 | 4.85 | 70.75 | 76.38 |
| FLORIDA | Urban-Independent | 656 | 8 | 70 | 68.91 | 5.96 | 65.47 | 72.36 |
| FLORIDA | Non-Traditional | 363 | 5 | 31 | 80.94 | 9.24 | 74.19 | 87.69 |
| FLORIDA | Overall (Excl. Non-Trad.) | 2,913 | 31 | 759 | 72.15 | 1.30 | 70.00 | 74.29 |
| INDIANA | Rural-Chain | 187 | 7 | 237 | 73.40 | 6.90 | 69.19 | 77.61 |
| INDIANA | Rural-Independent | 105 | 8 | 77 | 58.88 | 7.00 | 54.96 | 62.79 |
| INDIANA | Urban-Chain | 608 | 7 | 421 | 74.80 | 4.43 | 72.06 | 77.54 |
| INDIANA | Urban-Independent | 183 | 5 | 95 | 76.74 | 5.36 | 72.85 | 80.63 |
| INDIANA | Non-Traditional | 178 | 5 | 75 | 72.42 | 5.30 | 68.58 | 76.26 |
| INDIANA | Overall (Excl. Non-Trad.) | 1,083 | 27 | 830 | 73.34 | 1.13 | 71.48 | 75.20 |
| MONTANA | Rural-Chain | 57 | 6 | 126 | 56.48 | 24.80 | 40.73 | 72.23 |
| MONTANA | Rural-Independent | 104 | 4 | 50 | 75.80 | 6.25 | 70.76 | 80.84 |
| MONTANA | Urban-Chain | 37 | 8 | 338 | 72.24 | 5.21 | 69.56 | 74.92 |
| MONTANA | Urban-Independent | 31 | 7 | 64 | 81.80 | 3.40 | 79.94 | 83.66 |
| MONTANA | Non-Traditional | 47 | 7 | 91 | 70.77 | 16.36 | 61.39 | 80.16 |
| MONTANA | Overall (Excl. Non-Trad.) | 229 | 25 | 578 | 71.23 | 2.78 | 66.66 | 75.80 |
| TEXAS | Rural-Chain | 225 | 6 | 138 | 66.08 | 7.34 | 61.22 | 70.95 |
| TEXAS | Rural-Independent | 398 | 8 | 114 | 65.68 | 10.87 | 59.42 | 71.93 |
| TEXAS | Urban-Chain | 1,682 | 8 | 223 | 70.34 | 6.59 | 66.52 | 74.16 |
| TEXAS | Urban-Independent | 778 | 8 | 112 | 72.19 | 10.17 | 66.30 | 78.07 |
| TEXAS | Non-Traditional | 214 | 4 | 57 | 74.53 | 12.95 | 63.97 | 85.08 |
| TEXAS | Overall (Excl. Non-Trad.) | 3,083 | 30 | 587 | 69.89 | 1.65 | 67.18 | 72.60 |
| WASHINGTON | Rural-Chain | 81 | 6 | 125 | 74.48 | 8.07 | 69.27 | 79.70 |
| WASHINGTON | Rural-Independent | 137 | 5 | 52 | 76.08 | 5.59 | 72.04 | 80.12 |
| WASHINGTON | Urban-Chain | 512 | 6 | 127 | 73.70 | 4.93 | 70.41 | 76.99 |
| WASHINGTON | Urban-Independent | 272 | 5 | 45 | 73.30 | 15.25 | 62.18 | 84.42 |
| WASHINGTON | Non-Traditional | 123 | 7 | 87 | 79.79 | 2.91 | 78.03 | 81.54 |
| WASHINGTON | Overall (Excl. Non-Trad.) | 1,002 | 22 | 349 | 73.98 | 2.14 | 70.46 | 77.50 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 319 | 75.50 | 6.37 | 71.30 | 79.70 |
| WEST VIRGINIA | Rural-Independent | 119 | 8 | 108 | 78.10 | 3.47 | 76.15 | 80.05 |
| WEST VIRGINIA | Urban-Chain | 137 | 8 | 488 | 77.04 | 7.73 | 72.68 | 81.40 |
| WEST VIRGINIA | Urban-Independent | 62 | 7 | 128 | 52.70 | 26.00 | 37.48 | 67.92 |
| WEST VIRGINIA | Non-Traditional | 18 | 7 | 101 | 67.17 | 18.28 | 58.29 | 76.05 |
| WEST VIRGINIA | Overall (Excl. Non-Trad.) | 478 | 29 | 1,043 | 73.63 | 1.68 | 70.86 | 76.40 |
| WISCONSIN | Rural-Chain | 102 | 6 | 244 | 67.85 | 13.50 | 59.06 | 76.64 |
| WISCONSIN | Rural-Independent | 239 | 8 | 180 | 76.90 | 5.81 | 73.58 | 80.22 |
| WISCONSIN | Urban-Chain | 360 | 7 | 394 | 76.20 | 1.98 | 74.98 | 77.42 |
| WISCONSIN | Urban-Independent | 288 | 7 | 75 | 73.61 | 8.16 | 68.61 | 78.62 |
| WISCONSIN | Non-Traditional | 115 | 7 | 118 | 76.21 | 5.13 | 73.12 | 79.31 |
| WISCONSIN | Overall (Excl. Non-Trad.) | 989 | 28 | 893 | 74.76 | 1.18 | 72.81 | 76.70 |

SAMPLE RESULTS BY STATE          APPENDIX 10
MULTIPLE SOURCE DRUGS WITH FULS – WEIGHTED BY INVOICE DOLLARS

| ST | Category | Universe Of Pharm. | Sample Pharm. | Drug Prices Reviewed | Percent Below AWP - Sample Mean | Percent Below AWP - Sample Standard Deviation | 90% Confidence Level Lower Limit | 90% Confidence Level Upper Limit |
|---|---|---|---|---|---|---|---|---|
| COLORADO | Rural-Chain | 59 | 7 | 97 | 65.70 | 17.46 | 55.51 | 75.89 |
| COLORADO | Rural-Independent | 73 | 6 | 65 | 73.07 | 21.19 | 59.44 | 86.70 |
| COLORADO | Urban-Chain | 357 | 4 | 296 | 74.22 | 5.24 | 69.94 | 78.51 |
| COLORADO | Urban-Independent | 128 | 6 | 78 | 81.82 | 5.34 | 78.31 | 85.32 |
| COLORADO | Non-Traditional | 65 | 6 | 57 | 77.08 | 15.88 | 66.92 | 87.24 |
| COLORADO | Overall (Excl. Non-Trad.) | 617 | 23 | 536 | 74.85 | 1.94 | 71.65 | 78.04 |
| FLORIDA | Rural-Chain | 137 | 7 | 145 | 72.87 | 9.67 | 67.01 | 78.73 |
| FLORIDA | Rural-Independent | 68 | 8 | 91 | 67.26 | 18.52 | 57.15 | 77.38 |
| FLORIDA | Urban-Chain | 2,052 | 8 | 453 | 80.24 | 6.70 | 76.35 | 84.13 |
| FLORIDA | Urban-Independent | 656 | 8 | 70 | 71.39 | 9.64 | 65.82 | 76.96 |
| FLORIDA | Non-Traditional | 363 | 5 | 31 | 86.36 | 7.18 | 81.12 | 91.60 |
| FLORIDA | Overall (Excl. Non-Trad.) | 2,913 | 31 | 759 | 77.60 | 1.85 | 74.56 | 80.63 |
| INDIANA | Rural-Chain | 187 | 7 | 237 | 73.79 | 7.13 | 69.44 | 78.14 |
| INDIANA | Rural-Independent | 105 | 8 | 77 | 60.13 | 13.86 | 52.38 | 67.87 |
| INDIANA | Urban-Chain | 608 | 7 | 421 | 78.56 | 6.40 | 74.60 | 82.51 |
| INDIANA | Urban-Independent | 183 | 5 | 95 | 82.26 | 7.24 | 77.01 | 87.51 |
| INDIANA | Non-Traditional | 178 | 5 | 75 | 73.24 | 9.83 | 66.11 | 80.37 |
| INDIANA | Overall (Excl. Non-Trad.) | 1,083 | 27 | 830 | 76.57 | 1.59 | 73.96 | 79.19 |
| MONTANA | Rural-Chain | 57 | 6 | 126 | 59.42 | 24.51 | 43.85 | 74.99 |
| MONTANA | Rural-Independent | 104 | 4 | 50 | 85.65 | 4.00 | 82.42 | 88.88 |
| MONTANA | Urban-Chain | 37 | 8 | 338 | 77.84 | 6.88 | 74.30 | 81.38 |
| MONTANA | Urban-Independent | 31 | 7 | 64 | 84.63 | 5.04 | 81.87 | 87.39 |
| MONTANA | Non-Traditional | 47 | 7 | 91 | 73.81 | 22.79 | 60.74 | 86.89 |
| MONTANA | Overall (Excl. Non-Trad.) | 229 | 25 | 578 | 77.72 | 2.55 | 73.52 | 81.92 |
| TEXAS | Rural-Chain | 225 | 6 | 138 | 72.18 | 16.14 | 61.49 | 82.88 |
| TEXAS | Rural-Independent | 398 | 8 | 114 | 70.70 | 8.12 | 66.02 | 75.38 |
| TEXAS | Urban-Chain | 1,682 | 8 | 223 | 78.66 | 3.21 | 76.80 | 80.53 |
| TEXAS | Urban-Independent | 778 | 8 | 112 | 75.30 | 14.03 | 67.18 | 83.42 |
| TEXAS | Non-Traditional | 214 | 4 | 57 | 78.18 | 11.89 | 68.49 | 87.86 |
| TEXAS | Overall (Excl. Non-Trad.) | 3,083 | 30 | 587 | 76.31 | 1.51 | 73.82 | 78.80 |
| WASHINGTON | Rural-Chain | 81 | 6 | 125 | 81.03 | 8.87 | 75.30 | 86.77 |
| WASHINGTON | Rural-Independent | 137 | 5 | 52 | 85.34 | 1.13 | 84.52 | 86.16 |
| WASHINGTON | Urban-Chain | 512 | 6 | 127 | 75.07 | 10.03 | 68.37 | 81.76 |
| WASHINGTON | Urban-Independent | 272 | 5 | 45 | 86.80 | 4.90 | 83.23 | 90.37 |
| WASHINGTON | Non-Traditional | 123 | 7 | 87 | 81.80 | 4.10 | 79.32 | 84.28 |
| WASHINGTON | Overall (Excl. Non-Trad.) | 1,002 | 22 | 349 | 80.14 | 2.18 | 76.55 | 83.73 |
| WEST VIRGINIA | Rural-Chain | 160 | 6 | 319 | 78.60 | 9.20 | 72.54 | 84.66 |
| WEST VIRGINIA | Rural-Independent | 119 | 8 | 108 | 83.00 | 5.24 | 80.05 | 85.95 |
| WEST VIRGINIA | Urban-Chain | 137 | 8 | 488 | 79.96 | 6.18 | 76.48 | 83.45 |
| WEST VIRGINIA | Urban-Independent | 62 | 7 | 128 | 56.13 | 27.70 | 39.91 | 72.35 |
| WEST VIRGINIA | Non-Traditional | 18 | 7 | 101 | 74.96 | 18.88 | 65.78 | 84.13 |
| WEST VIRGINIA | Overall (Excl. Non-Trad.) | 478 | 29 | 1,043 | 77.17 | 1.93 | 74.00 | 80.35 |
| WISCONSIN | Rural-Chain | 102 | 6 | 244 | 76.40 | 12.41 | 68.32 | 84.48 |
| WISCONSIN | Rural-Independent | 239 | 8 | 180 | 81.85 | 6.57 | 78.10 | 85.60 |
| WISCONSIN | Urban-Chain | 360 | 7 | 394 | 79.00 | 6.15 | 75.21 | 82.79 |
| WISCONSIN | Urban-Independent | 288 | 7 | 75 | 81.09 | 9.69 | 75.13 | 87.04 |
| WISCONSIN | Non-Traditional | 115 | 7 | 118 | 81.03 | 4.51 | 78.31 | 83.74 |
| WISCONSIN | Overall (Excl. Non-Trad.) | 989 | 28 | 893 | 80.03 | 1.54 | 77.49 | 82.56 |

**APPENDIX 11**

## STATES USING A THREE-TIERED REIMBURSEMENT SYSTEM

One state already uses a three-tiered system and three other states are currently considering a change from their current reimbursement system to a three-tiered reimbursement methodology. The state with the three-tiered system reimburses single source drugs at AWP minus 10 percent and multiple source drugs at AWP minus 12 percent. One state proposed a reimbursement of 14 percent below AWP for single source drugs and a discount of 25 percent below AWP for multiple source drugs. A second state is considering a reimbursement of AWP minus 15 percent for single source drugs and AWP minus 50 percent for all other non-FUL drugs. A third state is considering AWP minus 14 percent and AWP minus 50 percent, respectively. We believe that the change to a three-tiered system already being used by one state and the proposed changes by three other states provide further support for all other states to consider a multi-tiered reimbursement system.



DEPARTMENT OF HEALTH & HUMAN SERVICES

Centers for Medicare & Medicaid Services
*(formerly Health Care Financing Administration)*

**DATE:** AUG 20 2002

**TO:** Janet Rehnquist
Inspector General
Office of Inspector General

**FROM:** Thomas A. Scully
Administrator
Centers for Medicare & Medicaid Services

**SUBJECT:** Office of Inspector General (OIG) Draft Report: "Medicaid Pharmacy-Additional Analyses of the Actual Acquisition Cost of Prescription Drug Products" (A-06-02-00041)

Thank you for the opportunity to review and comment on the above-referenced draft report regarding additional analyses of the actual acquisition cost of prescription drugs. The Centers for Medicare & Medicaid Services (CMS) appreciates the effort that went into this report.

OIG Recommendation
That CMS encourage states to consider adopting a three-tiered payment system in order to bring pharmacy reimbursement more in line with the actual acquisition cost of drug products.

CMS Response
The CMS suggests that OIG recommend a four-tier reimbursement methodology for the following reason. Tier two, of the suggested three-tier system, represents a 44.2 percent discount from the average wholesale price at which pharmacies purchase multiple source drugs without Federal upper limits (FULs). The term "multiple source drug" includes the branded generics (innovator multiple source drugs) and the generics (non-innovator multiple source drugs). This percentage indicates that the branded generics' discount would be the same as the discount for generic drugs. This conflicts with the findings on pages 7-8 of this report. Pages 7-8 identify the discount for innovator multiple source drugs without FULs as 24.4 percent and the discount for non-innovator multiple source drugs without FULs as 54.2 percent. Your recommendation for a three-tiered reimbursement system, with one tier including all non-FUL multiple source drugs, is not consistent with this finding.

Page 2- Janet Rehnquist

Therefore, we suggest that OIG recommend a four-tiered reimbursement methodology. The four-tiered system would consist of single source innovator drugs, innovator multiple source drugs without FULs, non-innovator multiple source drugs without FULs, and FUL drugs.

OIG Recommendation
That CMS share this report with the states.

CMS Response
We concur. We will share this report with the states.

Attachment

Page 3- Janet Rehnquist

**Technical Comment**

<u>Page 1, Background</u>- The criteria for the establishment of FUL prices are not completely accurate. We suggest that the report either delete the criteria for the establishment of the FUL amounts or include the following language:

"The criteria require that there be a certain number of drugs, depending on the therapeutic equivalency, published in the Food and Drug Administration's <u>Approved Drug Products with Therapeutic Equivalence Evaluations</u> and at least three suppliers of the drug."