# EXHIBIT O

Payment has been made to the
copyright Clearance Center for this article

## Market Week
Begins After Page 22

# BARRON'S

Vol. LXXVI No. 24    © 1996 Dow Jones & Company, Inc. All Rights Reserved    June 10, 1996

### Hooked on Drugs  *Bill Alpert*
Why do insurers pay such outrageous sums for pharmaceuticals? It's a crucial question in health care, where insiders joke that AWP, the acronym for "average wholesale price," really means "ain't what's paid."

**15**

### High Stakes  *Steven J. Vaaker*
Dozens of companies across the U.S. are salivating at the prospect of interactive gambling via computer, TV or telephone. But don't bet the ranch that the doors of the global electronic casino will swing open soon.

**20**

### Boring Doubles  *Kathryn M. Welling*
AN INTERVIEW WITH MARK BOYAR • Even in today's market, this money manager finds plenty of neglected stocks with the potential to double or better over the next few years. A kind word for Playboy. Why Time Warner is a winner.

**22**

COVER STORIES

### Russia's New Face  *Maggie Mahar*
Regardless of whether Boris Yeltsin or his Communist rival, Gennady Zyuganov, wins the coming election, capitalism will keep advancing in the land that once was its greatest foe. Lingering woes, real progress. The 59-year lifespan. Where have all the homeless pensioners gone?

**29**

### Boris, Part II?
One indicator seems sure Yeltsin will get the chance to appear in a sequel to his rocky reign: Russia's stock market has climbed on the expectation.

**35**

### Mega-Deal  *Robert Sobol*
Netscape? Lucent? Scania? In real terms, their debut deals were chump change compared with the mother of all IPOs: U.S. Steel's 1901 offering.

**41**

### Service Contracts  *Thomas G. Donlan*
EDITORIAL COMMENTARY • Military maintenance need not cost so much. Also, for contrarians, betting against Uncle Sam promises big payoffs.

**54**

STOCKS
**The Trader**
*Lauren R. Rublin*
You can't kill this bull it shakes off everything. So far, anyway ............ MW2

FOREIGN INVESTMENT
**International Trader** *Peter C. Du Bois*
Manipulating the Nikkei Index is so easy it's a license to print money .... MW3

STOCKS
**Charting The Market**
Computer Learning climbs. Coca-Cola Enterprises tanks. Lowe rises ..... MW3

CAPITAL MARKETS
**Current Yield** *Randall W. Forsyth*
It's the real economy, stupid, that's driving up real interest rates .......... MW10

CAPITAL MARKETS
**Trading Points** *Andrew Bary*
Apple and Kmart highlight a busy week in the convertibles market......... MW11

FUTURES
**Commodities Corner**
*Cheryl Strauss Einhorn*
Farmers and investors are in the dark about this year's cotton crop ...... MW16

OPTIONS
**The Striking Price** *Thomas N. Cochran*
Once again, derivatives foreshadow a turn in the stock market ............. MW17

----

DEPARTMENTS

Index to Companies ..................... 8
Review & Preview ....................... 10
Follow-Up: Bonny Bloch, Pitney, Dun Bays, ................................ 12
Cash Track ............................... 38
Fund Scope ............................... 40
IPO Filings ............................... 42
Market Watch ........................... 44
Offerings in the Offing ............... 44
Research Reports ....................... 45
Insider Transactions .................. 53
Mailbag: Frosty Parsad and rebuttal. Joint Holding. Double about Q-Ratio .... 62
Corrections & Amplifications ......... 63

COVER ILLUSTRATION:
KEN WESTPHAL for Barron's

Directory of Services ................... 63

UP & DOWN WALL STREET  *Alan Abelson*
**Al and Raul**                                    3
Why it's tough for public servants to make ends meet. Pressure on Frostkit.

MUTUAL FUNDS
FUND OF INFORMATION  *Leslie P. Norton*
**Radical Rotation**                               37
Ken Heebner's left-trigger style has hurt at times, but look who's got the whip hand now.

ECONOMIC BEAT  *Gene Epstein*
**Coming Up Roses**                                46
Powered by healthy job gains, the economy is looking up. And that's putting it mildly.

SPEAKING OF DIVIDENDS  *Shirley A. Lazo*
**A Tasty Snack**                                  45
Nabisco Holdings whips up a dividend increase for its new shareholders.

MUTUAL FUNDS
MUTUAL CHOICE  *Mary Rowano*
**Don't Get Carried Away**                         39
Nick Walbridge's strategy isn't unique. The novelty is that he sticks with it.

THE ELECTRONIC INVESTOR  *Theresa W. Carey*
**E-Mail Back Talk**                               50
Reader response and questions on our May 6 cover story, "Getting Wired."

Defendants' Exhibit
1386
01-12257 - PBS



AFTER A SHAKY EARLY FRIDAY, THE BULL ROARS BACK: PAGE MW3

**ALAN ABELSON • 3**
Al D'Amato says he's
no Hillary Clinton

**HOOKED, BIG-TIME • 15**
Why do insurers pay
so much for drugs?

**THE INTERVIEW • 22**
Boring stocks that
can double in price



# BARRON'S

THE DOW JONES BUSINESS AND FINANCIAL WEEKLY

JUNE 10, 1996

---

# Hooked on Drugs

*Why do insurers pay such outrageous prices for pharmaceuticals?*

BY BILL ALPERT ● Jim Fanning saw the plaque in a doctor's splendid home: "This is the house that leucovorin built." Leucovorin is one of the cancer drugs that typifies a basic drug-industry pricing convention that, in Fanning's view, is a multibillion-dollar fraud. Fanning, the pharmacy director of Fort Worth-based ChemoLab, isn't alone in criticizing the published

wholesale prices that most insurers, public and private, use in determining how much to pay for pharmaceuticals. For many drugs, especially the growing number coming off patent and going generic, the drug providers actually pay wholesale prices that are 60%-90% below the so-called average wholesale price, or AWP, used in reimbursement claims.

But Medicare, one of the largest insurers that still reimburses at AWP, is about to demand a change. The huge federal health-insurance program, trying to forestall insolvency, soon will propose regulations aimed at cutting the amount it lays out for the nearly $2 billion in annual drug claims it covers outside of hospitals. The move – especially if it is followed by others now paying near AWP for drugs – will attack from a new direction the pricing practices of a drug industry already beset by antitrust suits from retail drugstores. It also could upset a large segment of the health-care industry, which has thrived on the huge spread between the published wholesale prices used in insurance claims and the far lower wholesale prices actually paid.

That segment includes oncology practices, respiratory therapy firms and home-infusion companies. It also includes the drug makers themselves, whose allegedly inflated price lists and the opportunity for profiteering that they afford to middlemen, gain them market share and encourage overuse of their products. Among the publicly traded companies that could be affected: Apria Healthcare Group, Lincare Holdings, RoTech Medical, OmniCare, Abbott Laboratories and Baxter International.

Most people don't even know that Medicare pays for pharmaceuticals and related products, but through piecemeal congressional authorizations, the program now covers certain drugs for emphysema, cancer, kidney dialysis and organ transplantation, often requiring injection. While still barely 1% of its nearly $184 billion in 1996 spending, Medicare's outpatient drug bill (not including co-payments) was $1.8 billion last year, double 1992's level.

Under its current regulations, Medicare provides reimbursement for those drugs at the lesser of either its estimate of what the drugs cost the doctors or the Average Wholesale Price.

But Medicare's attempts to survey

doctors for their costs have been stymied by federal paperwork rules, so it reimburses at the AWP.

Like most drug buyers focused on average wholesale price, Medicare looks to compendia such as the *Red Book*, put out monthly by Medical Economics, of Montvale, N.J., or the rival Blue Book published by First DataBank, a Hearst subsidiary in San Bruno, Calif. Only after Medicare's drug bill started to rocket did policy makers at the Department of Health and Human Services start closely scrutinizing their AWP payments.

They've asked the department's inspector general's office to examine how Medicare suppliers' true acquisition costs square with the program's reimbursement levels.

Claims for nebulizer drugs, which are in the inhalants used by many asthma and emphysema sufferers, were the first studied by the auditors. From under $30 million in 1992, Medicare's annual bill for inhalation drugs grew to $250 million last year, most of it for a

steroid called albuterol sulfate.

In a report released Thursday, the inspector general's office stated that the medical-equipment firms that Medicare reimburses at an average wholesale price-derived 40-43 cents per milliliter actually paid less than half that, on average: just 19 cents. These companies include Apria, LinCare and RoTech.

The report asserted that Medicare could have saved about $94 million if its reimbursements had been based on actual wholesale prices over the 14 months covered by the study.

Another report by the inspector general produced a similar finding for feeding-tube liquids, like the market-leading Ensure products of Abbott Labs. These, the IG found, cost nursing homes 42% less than the price that Medicare bases its reimbursements on. Such products cost Medicare and its beneficiaries several hundred million dollars a year.

The inspector general currently is looking at prices for big-ticket drugs and intravenous liquids, too. *Barron's*

## AWP: AIN'T WHAT'S PAID

▶A sample of drugs whose published Average Wholesale Price is wildly above the wholesale price available to almost any buyer. Some of these AWPs actually have risen, while real wholesale prices have plummeted. Publishers say drug makers dictate AWPs.

| Drug | Use | Maker | '95 AWP | Wholesale Price | % Under AWP |
|---|---|---|---|---|---|
| Doxorubicin HCL powder, 10 mg injectable | Chemotherapy | Adria Labs* | $46.00 | $13.00 | 72% |
| Etoposide 100 mg in 5 ml for injection | Chemotherapy | Gensia | 141.97 | 34.00 | 76 |
| Gentamicin Sulfate, 100 mg in 10 ml injection | Antibiotic | Abbott | 6.18 | 1.26 | 80 |
| Intravenous Immune Globulin, 10 mg | Chemotherapy | Baxter | 640.71 | 266.00 | 58 |
| Leucovorin Calcium, 350 mg injection | Chemotherapy | Immunex | 137.94 | 22.50 | 84 |
| Methotrexate 250 mg injection | Chemotherapy | Chiron | 26.88 | 6.40 | 76 |
| Vancomycin HCL 5 gm in 100 ml injection | Antibiotic | Abbott | 135.99 | 36.00 | 74 |
| Vincristine Sulfate 1 mg injection | Chemotherapy | Eli Lilly | 34.62 | 6.72 | 81 |
| 8.5% Amino Acid sol., 1000 ml for parenteral nutr. | TPN | Abbott | 152.65 | 10.81 | 93 |
| 50% Dextrose Sol., 500 ml in glass | Intravenous Sol | Baxter | 27.03 | 2.56 | 91 |
| Lactated Ringer's Injection, 500 ml | Intravenous Sol | Baxter | 11.16 | 1.61 | 86 |
| Normasol 500 ml | Intravenous Sol | Abbott | 16.86 | 2.04 | 88 |
| Potassium Phosphate, 15 ml vial | Intravenous Sol | Abbott | 5.55 | 0.48 | 91 |

* Unit of Pharmacia-Upjohn

col. Florida Infusion/LifeVaIue

has done the same, in an examination of the top 20 Medicare drugs (which account for about 75% of the program's drug spending), as well as for various intravenous solutions. Our study shows that for many drugs coming off-patent, the average wholesale prices in no way represents the true wholesale price.

For about 300 dose forms of the drugs, *Barron's* got the AWPs from the *Red Book* and the *Blue Book*. Then, we collected current quotes or price lists from several leading wholesalers specializing in selling to doctors, home health firms, nursing homes and hospitals.

These wholesalers included: The Oncology Therapeutics Network, a South San Francisco-based joint venture of Bristol-Myers Squibb and Axion; Florida Infusion Services of Palm Harbor, Fla.; National Specialty Services, of Nashville; and UltraCare, of Overland Park, Kan. Prices also came in from the Boulder, Colo., hospital buying group Vista Purchasing Partners.

This sampling showed that for single-source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Platinol, true wholesale prices are generally 10%-20% below published AWPs.

But for generic drugs, nearly every manufacturer's price was 60%-85% below the published average wholesale price. Some of the generics account for significant spending by Medicare, claiming half of the top 20 slots. Two of them, albuterol and leukovorin, are in the No. 2 and No. 5 slots, respectively.

The pricing unreality is even worse for intravenous nutritionals and solutions, a category dominated by Abbott Laboratories and Baxter International. Catalog wholesale prices for these items are, on average, 80%-93% below those companies' AWPs.

The prices from the different wholesalers were closely bunched."There are really no special deals out there." contends Fanning, who buys plenty of drugs at wholesale himself.

If most health-care providers can get these prices, is it any wonder an industry wag says that AWP really means "Ain't What's Paid"?

The high prices on generic drugs have led investigators to seek the source of the published AWPs. Back in 1992, major drug manufacturers told the inspector general's office that the *Red Book*, not the manufacturers, determined the AWP. But *Red Book* officials blamed the manufacturers.

The answers are the same today.

Phil Southerd, associate product manager of the *Red Book*, says it publishes prices that are faxed right from

the manufacturers. "They're not our prices," he insists.

Ed Edelstein, editor of the *Blue Book*, says that, while some brand-name firms don't give him prices, generic firms do. "The AWP is the manufacturer's suggested wholesale price," he says. "It's our editorial policy to go along with that."

But Immunex, with a thriving generic cancer-drug business, says its average wholesale prices aren't its own. "The drug manufacturers have no control over the AWPs published . . . ," says spokeswoman Valerie Dowell.

A maker of generic inhalants gives a different answer, but off the record: "The AWPs typically originate with the manufacturer."

More puzzling is the way generic AWPs stay at their lofty perches, or even rise, as competition forces a drug's true wholesale price into the abyss. "The reason this is happening," suggests Michael Neff, pharmacy program administrator of Medi-Cal, California's Medicaid agency, "is that most folks in a position to pay – even state Medicaid programs and HMOs – generally use AWP as a benchmark for reimbursement."

In 1993, the Bristol-Myers Squibb cancer drug Vepesid came off-patent, opening the market for a generic form called etoposide. A 100-milligram dose of Vepisid had an AWP of about $136. The first generic etoposide was Gensia Pharmaceutical's, with a market price of about $75, but the AWP of $142.

The second generic to market, from Pharmacia, pushed the market price to $60, but Pharmacia set an AWP around $140. Today, the market price for 100 milligrams of etoposide is around $35, but Gensia actually raised its AWP last year by about 10%.

When some drug salespeople visit a doctor, says another Medicaid administrator, the salesperson lets the doctor know that his product has a bigger spread between AWP and the real price than any other generic firm.

If manufacturers deliberately maintain lofty AWPs on their generic drugs, it directly profits their customers, not them. Of course, the drug makers might then gain market share and higher sales from their customers' over-utilization.

Indeed, for makers of generics, unreal average wholesale prices pose a classic social dilemma. If some, but not all, rectify their AWPs, the honest makers cut their own throats. "'Manufacturers have told me that if they act on their own they'll dry up their own business," says Medi-Cal's Neff. "If I'm a buyer and one drug gives me 20% higher reimbursement, who am I going to go with?"

## FALSE CLAIMS?

▸Some of these firms make drugs, or bill insurers for drugs, that cost far less than the published Average Wholesale Price that Medicare and other insurers pay on claims. Says one wholesaler: "It may be legal, but it's certainly not ethical."

| Company | Symbol | Exchange | Recent Price | Medicare Reimbursement Change Might Affect |
|---|---|---|---|---|
| Abbott Labs | ABT | NYSE | 43 5/8 | Medicare buys $500 million of Lupron, also $100s-of-millions of nutritionals |
| American Home Prods | AHOM | NNM | 45 1/2 | Medicare/Medicaid pay for 60% of firm's respiratory and infusion services revenues |
| American Oncology Resources | AORI | NNM | 44 1/4 | One-third of revenues from Medicare/Medicaid, chemo drugs a big profit center |
| Amgen | AMGN | NNM | 60 1/2 | $75 million in Medicare payments for Neupogen = 10% of drug's U.S. sales |
| Baxter International | BAX | NYSE | 46 7/8 | Government demands rationale for its published prices on intravenous products |
| Bristol-Myers Squibb | BMY | NYSE | 88 3/8 | Cancer drugs a mainstay; Medicare bought about 25% of U.S. sales of Taxol |
| Chiron | CHIR | NNM | 97 | Cancer drugs approx 5% of sales |
| Coram | CRH | NYSE | 4 1/2 | One-third of revenues from nutritional therapy; 27% of payments from Medicare/Medicaid |
| Gensia | GNSA | NNM | 5 3/8 | Largest product is generic etoposide; just got approval for generic doxorubicin |
| Immunex | IMNX | NNM | 15 1/2 | Cancer collaboration with American Home Products, leucovorin a $20 million product |
| Lincare Holdings | LNCR | NNM | 41 3/4 | 60% of revenues from Medicare/Medicaid, who are after firm's 85% gross margins |
| Omnicare | OCR | NYSE | 56 | Nursing home pharmacy gets 50% of sales from Medicaid/Medicare, expanding in infusion business |
| Pharmacia-UpJohn | PNU | NYSE | 42 5/8 | Cancer drugs approx. 9% of drug sales |
| Physician Practice Management | PHYN | NNM | 49 3/4 | 45% of revenues from Medicare/Medicaid, chemo drugs a big profit center |
| RoTech | ROTC | NNM | 19 3/4 | 50% of revenues Medicare/Medicaid; 6% from chemo and nutrition therapy |

Source: Company reports

It's not rocket science; what's taken them so long?"

Some of the inspector general's investigators believe they've been played for fools. "We trusted the industry and the providers," says one investigator, off the record. "We didn't know how pervasive the discounting was. We thought it was available to just select providers."

Now, the Justice Department is serving "civil investigative demands" – a kind of subpoena in antitrust investigations – on manufacturers, asking them how those inaccurate AWPs wind up in the *Red Book* and *Blue Book*.

Baxter has received one, according to investigators, for its intravenous solutions, whose true wholesale prices – like those of rival Abbott – seem to be 90% below the average wholesale price. Baxter wouldn't comment to *Barron's*.

Some insurers, including Medicare, decree maximum prices for each generic drug, to avoid the alleged manipulation of AWPs. But it takes a year or so to establish a maximum price for new generics, and insurers haven't gotten around to setting prices for many doses.

"There definitely is over-utilization of these products," acknowledges a maker of inhalation drugs. "Because HCFA [the Health Care Financing Administration, the federal Medicare-Medicaid agency] is paying a somewhat arbitrary price, this has been discussed for almost three years.

*If most health-care providers can get much lower prices for pharmaceuticals than insurers do, is it any wonder that an industry wag says that "average wholesale price" really stands for "ain't what's paid"?*

"The drug makers created false statements so that the doctors could make hundreds of millions of dollars," maintains an angry investigator. "If OIG doesn't get them, the Justice Department will."

Some investigators view the spreads guaranteed by extreme average wholesale prices as a kind of kickback to doctors, in violation of federal laws.

One group of infusion-industry veterans is reportedly considering attacking the problem by filing a private suit under the False Claims Act. This is the whistleblower law that allows citizens with knowledge of fraud against the government to sue on behalf of the government and share in the recovery.

Meanwhile, the cooler-headed policymakers at the inspector general's office and in HCFA are reconsidering Medicare's drug reimbursement rules. They plan to propose their changes in the Federal Register soon.

"Medicare's been paying too much for our drugs," says deputy inspector general George Grob. "We're paying the window-sticker price when everybody else wants a discount and is getting it."

Tom Ait, of HCFA's Bureau of Policy Development, notes that any savings for Medicare will mean savings for beneficiaries, who are kicking in 20% co-payments at current Medicare prices.

Any reduction in reimbursement levels probably would have some effect on the firms that enjoy the spreads between everyday low wholesale prices and the average wholesale prices at which Uncle Sam reimburses them.

That includes oncology practice-management firms like American Oncology Resources and Physicians Reliance Network, which earn significant profits on the chemotherapy drugs they administer to cancer patients. Likewise, respiratory-therapy and infusion firms like American HomePatient, Apria Healthcare, Coram Healthcare, Lincare Holding and RoTech Medical, which owe their sensational profit margins, to various degrees, to their drug spreads.

Then, there are the drug makers themselves, including Abbott, Baxter, Chiron, Gensia and Immunex – all with wide AWP spreads on their generic offerings.

Dr. H. Merrick Reese, the CEO of Physician Reliance, says he doubts that HCFA plans to cut reimbursement rates for cancer drugs, which he says his firm marks up only modestly.

More likely, Medicare will go after the inhalation drugs like albuterol, sayd Dr. Joseph Bailes, who chairs the clinical practice committee of the American Society of Clinical Oncology.

ChemoLabs is doing what it can to ensure that the AWP tricksters start running out of fools. Located near Fort Worth Airport, Fanning's firm will supply chemotherapy drugs for insurers, shipping doses to oncologists as needed, and for a fraction of the average wholesale price.

And the most aggressive public insurers, including Medicaid programs in six states, are turning their backs on AWP.

They now base their drug payments on WAC—the Wholesale Acquisition Cost actually paid by medical-care providers.

*Blue Book* editor Edelstein warns, however, that this won't end the game. "Then the manufacturers will just start fooling around with that price," he warns.

For now, says Fanning, the ChemoLab pharmacist, the bonanza drug is etoposide. Someday, he expects to see a plaque saying: "This is the house that etoposide built." ∎

# EXHIBIT P

| 105TH CONGRESS 1st Session | HOUSE OF REPRESENTATIVES | REPORT 105–149 |
| --- | --- | --- |

# BALANCED BUDGET ACT OF 1997

## R E P O R T

OF THE

## COMMITTEE ON THE BUDGET HOUSE OF REPRESENTATIVES

TO ACCOMPANY

## H.R. 2015

A BILL TO PROVIDE FOR RECONCILIATION PURSUANT TO SUB-
SECTIONS (b)(1) AND (c) OF SECTION 105 OF THE CONCURRENT
RESOLUTION ON THE BUDGET FOR FISCAL YEAR 1998

together with

ADDITIONAL AND MINORITY VIEWS



JUNE 24, 1997.—Committed to the Committee of the Whole House on
the State of the Union and ordered to be printed

Defendants' Exhibit

**1071**

01-12257 - PBS

1354

provision is intended to promote efficiency, increase uniformity, and reduce administrative burdens in claims administration and billing procedures

*Effective Date* The provision is effective upon enactment

### Section 10615 *Updates for ambulatory surgical services*

*Current Law* Medicare pays for ambulatory surgical center (ASC) services on the basis of prospectively determined rates These rates are updated annually by the CPI–U OBRA 93 eliminated updates for ASCs for FY1994 and FY1995

*Explanation of Provision* The provision would set the updates for FY 1998 through FY2002 at the increase in the CPI–U minus 2.0 percentage points

*Reason for change* This provision would contribute to slowing unsustainable growth in Part B expenditures

*Effective date* This provision is effective for services delivered on or after October 1, 1997

### Section 10616 *Reimbursement for drugs and biologicals*

*Current Law* Payment for drugs is based on the lower of the estimated acquisition cost or the national average wholesale price Payment may also be made as part of a reasonable cost or prospective payment

*Explanation of Provision* The provision would specify that in any case where payment is not made on a cost or prospective payment basis, the payment shall be equal to 95 percent of the average wholesale price for the drug or biological involved.

*Reason for Change* The Inspector General for the Department of Health and Human Services has found evidence that over the past several years Medicare has paid significantly more for drugs and biologicals than physicians and pharmacists pay to acquire such pharmaceuticals For example, the Office of Inspector General reports that Medicare reimbursement for the top 10 oncology drugs ranges from 20 percent to nearly 1000 percent per dosage more than acquisition costs The Committee intends that the Secretary, in determining the average wholesale price, should take into consideration commercially available information including such information as may be published or reported in various commercial reporting services The Committee will monitor AWPs to ensure that this provision does not simply result in a 5% increase in AWPs 

*Effective Date* The provision is effective January 1, 1998

### Section 10617 *Coverage of oral anti nausea drugs under chemotherapeutic regimen*

*Current Law* Medicare provides coverage for certain oral cancer drugs The Administration has specified that Medicare will pay for anti-emetic drugs when they are needed for the administration and absorption of primary Medicare covered oral anticancer chemotherapeutic agents when a high likelihood of vomiting exists.

*Explanation of Provision.* The provision would provide coverage, under specified conditions, for a self administered oral drug used as an acute anti-emetic used as part of an anticancer chemotherapeutic regimen It would have to be administered by or under the supervision of a physician for use immediately before,

1398

*Durable medical equipment, orthotics and prosthetics, and parenteral and enteral nutrition*

Payment rates for durable medical equipment, and orthotics and prosthetics would be frozen at 1997 levels through 2002. Starting in 2003, payments would be updated by the CPI–U. Updated for parenteral and enteral nutrition (PEN) would be reduced to their 1995 level for fiscal years 1998–2002. These provisions would save $0.8 billion over the 1998–2002 period.

*Oxygen and oxygen equipment*

Payments for oxygen and oxygen equipment would be cut by 20 percent in 1998 and frozen through 2002. This provision would result in $1.6 billion in savings between 1998 and 2002.

*Laboratory updates*

Under the proposal, the payment update for laboratory services would be frozen through 2002. This provision would also reduce the laboratory payment limit from 76 percent of the median fee schedule amount to 72 percent of this amount. These changes would save medicare $2.5 billion cumulatively through 2002.

*Laboratory administrative simplification*

The proposal would standardize the claims processing system for most laboratory services covered under Part B. The Secretary would select five regional carriers to process claims for all laboratory services, except those furnished in an independent physician's office. Claims would be processed by the regional carrier covering the area where the lab specimen was collected.

The Secretary would also be required to use a negotiated rule-making process to adopt uniform coverage, payment and administration policies for laboratory tests. The proposal would allow regional carriers to implement interim coverage policies in situations where no uniform national policy existed and carriers would be required to respond to excessive or fraudulent spending. The Secretary would review these interim policies every two years and decide whether to incorporate them into national policy. She would also periodically review proposals to change the uniform national policies.

Because there are no data indicating whether employing regional carriers and instituting uniform national policies would result in program costs or savings, CBO estimates that this provision would have no net budgetary effect.

*Pharmaceutical payments*

This provision would change the payment basis for drugs and biologicals covered under Part B. Currently, Medicare pays the average wholesale price (AWP) for drugs, which is a price reported by the manufacturer. Under the proposal, Medicare would pay 95 percent of the AWP for all drugs and biologicals covered under Part B, except those paid on a cost or prospective basis. Because the provision has no mechanism for controlling inflation in drug prices, CBO assumes that manufacturers would raise the AWP for their products to compensate for the payment cuts. Nevertheless, the provision would save $0.4 billion over five years.

# EXHIBIT Q

Weekly Compilation of

# Presidential Documents





NEW YORK LAW INSTITUTE
LIBRARY

JAN 2 2 1998

DEPOSITORY LIBRARY 402

Monday, December 22, 1997
Volume 33—Number 51
Pages 2033–2084

Defendants' Exhibit

**1074**

01-12257 - PBS

Week Ending Friday, December 19, 1997

## Statement on the International Financial Services Agreement
*December 12, 1997*

Since I took office, I have been committed to tearing down barriers to American goods and services exports. Today's agreement by over 70 countries to liberalize trade in financial services will ensure market access in sectors where we lead the world: banking, securities, and insurance. In the wake of recent financial instability, it is particularly encouraging that so many countries have chosen to move forward rather than backwards. I want to congratulate Secretary Rubin, Ambassador Barshefsky, Deputy Secretary Summers, Deputy U.S. Trade Representative Lang, and Assistant Secretary Geithner for their hard work in bringing these negotiations to a successful conclusion.

NOTE: This item was not received in time for publication in the appropriate issue.

## The President's Radio Address
*December 13, 1997*

Good morning. This morning I'd like to give you a progress report on our fight against waste, fraud, and abuse in the Medicare system.

Medicare is more than just a program; it reflects our values. It's one way we honor our parents and our grandparents and protect our families across the generations. This past summer we took historic action to strengthen Medicare by improving benefits, more mammograms, cancer screenings, major improvements in diabetes care, expanding choices for recipients in health plans, and extending the life of the Trust Fund to at least the year 2010. I have also named four distinguished experts to a bipartisan commission that will find ways to ensure that Medicare will be able to serve baby boomers and our children as faithfully as it has served our parents.

But to protect Medicare and the fundamental values it represents, we also must vigorously fight the waste, fraud, and abuse that is clearly in the system, activities that diminish our ability to provide high-quality, affordable care for some of our most vulnerable citizens. Medicare fraud costs billions of dollars every year, amounting to an unfair fraud tax on all Americans and undermining our ability to care for those most in need. Taxpayers deserve to expect that every cent of hard-earned money is spent on quality medical care for deserving patients.

I am proud of what we've already accomplished to crack down on abuse in Medicare. Since 1993 we have assigned more Federal prosecutors and FBI agents to fight health care fraud, and as a result, convictions have gone up 240 percent. We've saved $20 billion in health care claims. Two years ago the Department of Health and Human Services launched Operation Restore Trust. Already it has identified $23 in fines and settlements for every dollar invested in the program. Our historic balanced budget agreement last summer gives us an array of new weapons to help keep scam artists and fly-by-night health care providers out of Medicare in the first place. And earlier this fall I announced new actions to root out fraud and abuse in the mushrooming home health industry, from a moratorium on new home health agencies entering the system to a doubling of audits to a new certification renewal process.

But we must do more. Sometimes the waste and abuses aren't even illegal; they're just embedded in the practices of the system. Last week the Department of Health and Human Services confirmed that our Medicare program has been systematically overpaying doctors and clinics for prescription drugs, overpayments that cost taxpayers hundreds of millions of dollars. Such waste is simply unacceptable.

2033

Now, these overpayments occur because Medicare reimburses doctors according to the published average wholesale price, the so-called sticker price, for drugs. Few doctors, however, actually pay the full sticker price. In fact, some pay just one-tenth of the published price. That's why I'm sending to Congress again the same legislation I sent last year, legislation that will ensure that doctors are reimbursed no more and no less than the price they themselves pay for the medicines they give Medicare patients. While a more modest version of this bill passed last summer, the savings to taxpayers is not nearly enough. My bill will save $700 million over the next 5 years, and I urge Congress to pass it.

There must be no room for waste, fraud, and abuse in Medicare. Only by putting a permanent stop to it can we honor our parents, protect our taxpayers, and build a world-class health care system for the 21st century.

NOTE: The President spoke at 10:06 a.m. from the Oval Office at the White House.

## Remarks at the Arkansas Democratic National Committee Dinner
*December 13, 1997*

Thank you very much. Thank you, Maurice, not only for chairing this dinner but for never saying no for 6 years or more now, in good times and bad. Thank you, Alan Solomont, for your leadership and those wonderful, thoughtful, and highly perceptive remarks. [*Laughter*]

I think these other folks are about to get us, don't you? I think he's finally figured it out.

I'd like to thank all the non-Arkansans who are here tonight, particularly those who have positions in our party—Tom and Jill Hendrickson from North Carolina. And I'd like to thank Jack and Phyllis Rosen for being here. Jack's been involved with our financial efforts for a long time at the DNC, and this is his very last event. He wanted to go out with a home touch. So thank you especially, Jack, for doing that.

I probably shouldn't do this, but I'm going to try to acknowledge the Arkansans in the administration who are here. If I omit you and you quit, I will never speak to you again. [*Laughter*] I am doing my best. [*Laughter*] Normally, Presidents don't have to remember this stuff. [*Laughter*] But I think it's important.

I just want you to get a feel for how many people are here: Mack and Donna McLarty, of course; Bruce Lindsey; Nancy Hernreich; Marsha Scott; Bob Nash and Janis Kearney; Stephanie Streett, Mary Streett; Catherine Grundin; Patsy Thomasson; Ann and Grady McCoy. Ben Johnson told me he was from Arkansas tonight, that he was born in Marion and his wife, Jacqueline, said she was born in Joiner—[*laughter*]—and I'd say that qualifies. [*Laughter*] Steve and Jennifer Ronnel; Darren and Vivian Peters. And in the administration, of course, Secretary Slater and Cassandra; James Lee and Lea Ellen Witt; Hershel Gober and Mary Lou Keener; Harold and Arlee Gist; Wilbur Peer; Gloria Cabe has done great work for us; and in the DNC, Carroll and Joyce Willis; Lottie Shackleford; Mary Anne Salmon.

I'm so glad they're here. There are others I wish were here tonight. I wish Maurice Smith and Betsy Wright and Bill Clark and David Matthews and Linda Dixon and a host of other people could be here. But I want to thank you, all of you—those of you in the administration, those of you who have been in the administration, and most of all, those of you without whom there never would have been an administration. I thank you very much.

I don't want to embarrass him, but about 2 hours before I came over here tonight I was finishing up some paper work in my office. And Nancy always collects interesting letters that come from people from home and puts them in a little folder for me, and I get them at least once a week. And at the top of the folder was a letter that Richard Mason just wrote to the Wall Street Journal. And it said, "I got about as much chance of getting this letter printed as Dan Quayle does of getting elected President." [*Laughter*]

But he went on to say he was a businessman; he had read the Journal faithfully for years. He said, "For 5 years I've watched you bad-mouth my President and my State and