**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: *The City of New York, et. al.* *v.* *Abbott Laboratories, et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS FROM ASTRAZENECA PHARMACEUTICALS L.P. AND ASTRAZENECA L.P.**

Pursuant to Local Rule 7.1(b)(2), counsel for plaintiffs respectfully file this Unopposed Motion for an order extending the time until February 29, 2008 for plaintiffs to file a reply memorandum in further support of their motion to compel production of data for the Designated FUL Drugs from defendants AstraZeneca Pharmaceuticals L.P. and AstraZeneca L.P. ("AstraZeneca"). In support of this motion, plaintiffs state as follows:

1.      Plaintiffs served their motion to compel production of data for the Designated FUL Drugs against all defendant manufacturers of such drugs on January 31, 2008. Pursuant to Local Rule 7.1(b)(2), any opposing motions were due by February 15, 2008. All defendants but AstraZeneca agreed to produce the requested data. On February 15, 2008, AstraZeneca filed its opposition to plaintiffs' motion. In that opposition, AstraZeneca raised certain arguments related to, yet beyond, the immediate scope of plaintiffs' motion.

2.      In light of the scope of AstraZeneca's opposition, the undersigned counsel contacted Benjamin Allee, Esq. of Davis Polk & Wardell, counsel for defendant AstraZeneca to

request a brief one week extension of time to file a reply brief.  Mr. Allee indicated that his client would not oppose this request for additional time on reply.

For the above reasons, plaintiffs respectfully request that this motion be granted. A proposed form of order is attached hereto.

Dated: February 21, 2008

           By: ___/s/ Joanne M. Cicala
              Joanne M. Cicala
              James P. Carroll Jr.
              Aaron D. Hovan
              KIRBY MCINERNEY LLP
              830 Third Avenue
              New York, NY 10022
              Telephone: (212) 371-6600

              *Counsel for The City of New York and various New York Counties in MDL 1456, except the County of Nassau and County of Orange*

## CERTIFICATE OF SERVICE

I, Aaron D. Hovan, hereby certify that I caused a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DATA FOR THE DESIGNATED FUL DRUGS FROM ASTRAZENECA PHARMACEUTICALS L.P. AND ASTRAZENECA L.P. to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  February 21, 2008       ___/s/ Aaron D. Hovan_____
                  Aaron D. Hovan