# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et. al.*<br>*v.*<br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) Judge Patti B. Saris |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the City of New York and Captioned New York Counties shall be granted an extension to February 29, 2008 to file their reply memorandum in further support of plaintiffs' motion to compel production of data for the Designated FUL Drugs from defendants AstraZeneca Pharmaceuticals L.P. and AstraZeneca L.P.

Dated: February _____, 2008

_____
Hon. Patti B. Saris
United States District Court Judge