# EXHIBIT H
# Part 2

# SCHEDULES

## SCHEDULE OF PRESCRIPTION DRUG PAYMENTS
## AND COMPUTATION OF POTENTIAL SAVINGS

|  | Total Payments | Estimate of Payments Based on AWP | Federal Sh |
|---|---|---|---|
| States That Primarily Use AWP As Basis For EAC (See Schedule II) | $ 774,179,859 | $ 735,470,865 | $419,486,6 |
| Percentage Average Savings (See Page 15 of Report) |  | 11% |  |
| Estimated Annual Savings |  | $ 80,901,795 | $ 46,143,5 |
| States That Use AWP Along With Certain Cost Containment Measures To Establish EAC (See Schedule III) | $ 876,913,062 | $ 589,895,762 | $323,211.2 |
| Percentage Average Savings (See page 15 of report) |  | 7.9% | 7 |
| Estimated Annual Savings |  | $ 46,601,765 | $ 25,533,6 |
| Total Payments | $1,651,092,921 | $1,325,366,627 | $742,697,0 |
| Total Estimated Annual Savings |  | $ 127,503,560 | $ 71,677,2 |

SCHEDULE SHOWING PRESCRIPTION DRUG PAYMENTS
IN STATES WHICH PRIMARILY ESTABLISH
THEIR REIMBURESMENT LIMITS BASED ON AWP

| State | Total Payments | Estimated Payments/EAC Based on AWP (1) | Federal Share |
|---|---|---|---|
| Arkansas | $ 21,887,198 | $ 20,792,838 | $ 15,004,112 |
| District of Columbia | 6,716,802 | 6,380,962 | 3,190,481 |
| Georgia | 48,067,394 | 45,664,024 | 30,266,116 |
| Hawaii | 6,539,000 | 6,212,050 | 3,106,025 |
| Indiana | 33,265,838 | 31,602,546 | 17,928,124 |
| Iowa | 16,360,475 | 15,542,451 | 8,602,747 |
| Louisiana | 59,000,290 | 56,050,276 | 37,469,610 |
| Michigan | 72,000,000 | 68,400,000 | 34,200,000 |
| Minnesota | 29,398,047 | 27,928,145 | 15,190,118 |
| Nebraska | 9,923,974 | 9,427,775 | 5,479,423 |
| Nevada | 951,914 | 904,318 | 452,159 |
| New Hampshire | 3,549,591 | 3,372,111 | 2,003,371 |
| New Jersey | 57,155,378 | 54,297,609 | 27,148,805 |
| New Mexico | 6,650,801 | 6,318,261 | 4,245,240 |
| New York | 146,753,000 | 139,415,350 | 69,707,675 |
| North Carolina | 29,464,226 | 27,991,015 | 18,980,707 |
| North Dakota | 3,596,157 | 3,416,349 | 2,036,486 |
| Oklahoma | 13,570,654 | 12,892,121 | 7,723,670 |
| Pennsylvania | 94,488,000 | 89,763,600 | 48,966,044 |
| South Carolina | 7,881,688 | 7,487,604 | 5,319,194 |
| South Dakota | 2,827,191 | 2,685,831 | 1,810,787 |
| Tennessee | 38,376,119 | 36,457,313 | 24,984,197 |
| Utah | 3,849,100 | 3,656,645 | 2,509,921 |
| Vermont | 4,340,208 | 4,123,198 | 2,636,785 |
| Virginia | 31,412,893 | 29,842,248 | 16,932,492 |
| Washington | 20,000,000 | 19,000,000 | 9,500,000 |
| West Virginia | 6,153,921 | 5,846,225 | 4,092,358 |
| | $774,179,859 | $735,470,865 | $419,486,647 |

(1) Total payments have been reduced by 5 percent to eliminate drug pay estimated to have been covered by the Federal MAC limits. The 5 per estimate was arrived at after discussions with Arkansas State agency HCFA officials.

SCHEDULE SHOWING PRESCRIPTION DRUG PAYMENTS
IN STATES WHICH USE AWP ALONG WITH CERTAIN
COST CONTAINMENT MEASURES IN ESTABLISHING
THEIR REIMBURSEMENT LIMITS

| State | Total Payments | Estimated Payments/EAC Based on AWP | Federal Share |
|---|---|---|---|
| Alabama | $ 28,549,751 | $ 19,205,418** | $ 13,718,430 |
| California | 244,397,525 | 164,406,215** | 82,203,108 |
| Colorado | 15,239,480 | 4,500,000* | 2,352,600 |
| Connecticut | 19,731,045 | 7,300,487* | 3,650,244 |
| Florida | 48,793,813 | 32,823,598** | 19,346,229 |
| Idaho | 2,473,852 | 1,608,000* | 1,052,114 |
| Illinois | 121,894,500 | 109,705,050* | 54,852,525 |
| Kansas | 16,206,484 | 6,482,593* | 3,403,361 |
| Kentucky | 19,195,730 | 12,912,968** | 8,774,362 |
| Maine | 10,910,005 | 5,450,000* | 3,849,335 |
| Massachusetts | 51,518,451 | 45,336,237* | 24,739,985 |
| Maryland | 28,215,503 | 16,929,302* | 8,464,651 |
| Mississippi | 29,242,003 | 19,671,095** | 15,217,559 |
| Missouri | 23,480,559 | 21,133,000* | 12,679,800 |
| Montana | 4,006,938 | 2,695,467** | 1,761,218 |
| Ohio | 76,401,553 | 45,840,932* | 25,258,354 |
| Oregon | 12,122,774 | 9,698,219* | 5,121,629 |
| Rhode Island | 9,790,774 | 4,895,387* | 2,854,990 |
| Texas | 76,348,794 | 36,265,677* | 20,218,115 |
| Wisconsin | 38,393,528 | 23,036,117* | 13,692,668 |
|  | $876,913,062 | $589,895,762 | $323,211,277 |

\* Estimate of payments indicated by State Medicaid agency as being reimbursed with AWP serving as the upper reimbursement limit.

\*\* No estimate was provided by the State Medicaid agency. We determined that for other States using a combination of methods for establishing their EAC an average of 67 percent of total payments was reimbursed with AWP serving as the reimbursement limit. The estimate shown here represents 67 percent of total payments, which we believe is reasonable allocation of payments.

090042

SCHEDULE SHOWING DIFFERENCE
BETWEEN AWP AND PRICES GENERALLY PAID
BY PHARMACIES FOR SAMPLE DRUGS IN ARKANSAS

| Description of Drug | Package Size | Bluebook AWP | Price Generally Paid | Difference | Percent. Differer |
|---|---|---|---|---|---|
| Aldactazide Tabs | 100s | $ 21.18 | $ 19.20 | $ 1.98 | 9.3s |
|  | 500s | 101.80 | 88.55 | 13.25 | 13.0s |
|  | 1000s | 198.60 | 172.90 | 25.70 | 12.9s |
| Aldomet Tabs 250 MG | 1000s | 144.20 | 113.10[1/] | 31.10 | 21.6 |
| Aldoril Tabs 250 MG | 1000s | 193.00 | 151.40[1/] | 41.60 | 21.6 |
| Artane Tabs 2 MG | 1000s | 32.50 | 26.90[1/] | 5.60 | 17.2 |
| Ativan 1 MG | 500s | 74.75 | 60.00[1/] | 14.75 | 19.7 |
| Clinoril 150 MG | 100s | 40.06 | 31.41[1/] | 8.65 | 21.6 |
| Dalmane Caps 15 MG | 100s | 13.45 | 12.11 | 1.34 | 10.0 |
|  | 500s | 66.25 | 58.65 | 7.60 | 11.5 |
| Darvocet N-100 Tabs | 500s | 76.50 | 66.60 | 9.90 | 12.9 |
| Diabinese 250 MG | 1000s | 245.50 | 202.70[1/] | 42.80 | 17.4 |
| Dilantin 125 Susp. 240 ML | 8 oz. | 7.03 | 5.53[1/] | 1.50 | 21.3 |
| Donnatal Tabs | 1000s | 27.40 | 24.40 | 3.00 | 10.9 |
| Dyazide Caps | 1000s | 115.30 | 100.30 | 15.00 | 13.0 |
| E.E.S. Tabs 400 MG | 100s | 21.06 | 15.87 | 5.19 | 24.6 |
| Hydropres Tabs 50 MG | 100s | 15.00 | 11.76[1/] | 3.24 | 21.6 |
|  | 1000s | 137.80 | 108.10[1/] | 29.70 | 21. |
| Iletin NPH U-100 | 10 ML | 6.92 | 6.09 | .83 | 12. |
| Inderal Tabs 10 MG | 1000s | 57.00 | 49.00[1/] | 8.00 | 14. |
| Indocin Caps 25 MG | 1000s | 217.70 | 170.70[1/] | 47.00 | 21. |
| Keflex Pulvule 250 MG | 100s | 45.49 | 40.03 | 5.46 | 12. |
| Lasix Tabs 80 MG | 50s | 9.15 | 8.24 | .91 | 9 |

000043

SCHEDULE SHOWING DIFFERENCE
BETWEEN AWP AND PRICES GENERALLY PAID
BY PHARMACIES FOR SAMPLE DRUGS IN ARKANSAS

| Description of Drug | Package Size | Bluebook AWP | Price Generally Paid | Difference | Percent Differer |
|---|---|---|---|---|---|
| Maalox Liquid 360 ML | 12 oz. | 2.45 | 1.76 [1] | .69 | 28.2 |
| Mellaril Tabs 10 MG | 100s | 12.36 | 11.12 | 1.24 | 10.0 |
| Minipress Caps 5 MG | 250s | 79.35 | 66.85 [1] | 12.50 | 15.8 |
| Motrin Tabs 400 MG | 500s | 99.80 | 78.20 [1] | 21.60 | 21.6 |
| Naprosyn Tabs 250 MG | 500s | 173.25 | 150.70 | 22.55 | 13.0 |
| Orinase Tabs 0.5 GM | 1000s | 141.10 | 110.60 [1] | 30.50 | 21.6 |
| Periactin 4 MG | 100s | 14.00 | 10.98 [1] | 3.02 | 21.6 |
| Persantine Tabs 25 MG | 100s | 12.11 | 10.90 | 1.21 | 10.0 |
|  | 1000s | 114.90 | 100.00 | 14.90 | 13.0 |
| Slow-K 600 MG | 1000s | 66.70 | 56.10 [1] | 10.60 | 15.9 |
| Stelazine Tabs 10 MG | 100s | 23.85 | 21.47 | 2.38 | 10.0 |
| Tagamet Tabs 300 MG | 100s | 28.30 | 24.62 | 3.68 | 13.0 |
| Thorazine Tabs 25 MG | 100s | 6.90 | 6.21 | .69 | 10.0 |
| Tolinase Tabs 250 MG | 200s | 54.34 | 42.58 [1] | 11.76 | 21.6 |
|  | 1000s | 265.20 | 207.90 [1] | 57.30 | 21.6 |
| Twin-K Liquid 480 ML | Pint | 7.39 | 6.67 | .72 | 9.7 |
| Valium 5 MG | 500s | 72.20 | 63.55 | 8.65 | 12.0 |
| Vibra Tabs 100 MG | 50s | 59.92 | 49.45 [1] | 10.47 | 17.5 |
| Vistaril Caps 50 MG | 100s | 28.61 | 24.10 | 4.51 | 15.8 |
| Zomax Tabs 100 MG | 100s | 24.69 | 20.58 [1] | 4.11 | 16.6 |
| Zyloprim Tabs 300 MG | 100s | 23.00 | 20.70 | 2.30 | 10.0 |

[1] Most common price or median price paid for drugs purchased direct from the manufacturer. (Most common price or median price paid was for drugs purchased from wholesalers unless otherwise indicated.)

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Oregon |
| Aldactazide Tabs | 100s | $ 23.75 | $ 20.60<br>3.15<br>13.3% | $ 21.81<br>1.94<br>8.2% | | | |
| | 500s | $112.95 | $ 97.12<br>15.83<br>14.0% | | $ 99.00<br>13.95<br>12.4% | | $ 88.20<br>24.75<br>21.9% |
| | 1000s | $218.40 | | | $196.87<br>21.53<br>9.0% | $192.26<br>26.14<br>12.0% | $186.50<br>31.90<br>14.6% |
| Aldomet Tabs 250 MG | 1000s | $158.40 | $124.24[1]<br>34.16<br>21.6% | $124.24[1]<br>34.16<br>21.6% | $124.24[1]<br>34.16<br>21.6% | $124.24[1]<br>34.16<br>21.6% | $124.24[1]<br>34.16<br>21.6% |
| Aldoril Tabs 25 MG | 100s | $ 22.22 | | | | $ 18.58<br>3.64<br>16.4% | $ 17.42[1]<br>4.80<br>21.6% |
| | 1000s | $215.80 | $169.21[1]<br>46.59<br>21.6% | $169.21[1]<br>46.59<br>21.6% | $169.21[1]<br>46.59<br>21.6% | | |
| Artane Tabs 2 MG | 100s | $ 5.14 | $ 4.25<br>.89<br>17.3% | $ 4.24[1]<br>.90<br>17.5% | $ 4.24<br>.90<br>17.5% | $ 4.33<br>.81<br>15.8% | $ 4.74<br>.40<br>15.6% |
| Alivan Tab 1 MG | 500s | $ 96.80 | $ 75.89[1]<br>20.91<br>21.6% | $ 75.89[1]<br>20.91<br>21.6% | 2/ | $ 75.89[1]<br>20.91<br>21.6% | |
| | 100s | $ 20.02 | | | | | $ 15.70[1]<br>4.32 |

SCHEDULE
Page 2 of 6

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Oregon |
| Clinoril Tab 150 MG | 100s | $ 43.66 | $ 34.23[1]/ 9.43 21.6% | $ 34.23[1]/ 9.43 21.6% | $ 34.23[1]/ 9.43 21.6% | $ 36.16 7.50 17.2% | $ 34.23 9.43 21.6% |
| Dalmane Caps 15 MG | 500s | $ 77.55 | $ 67.22 10.33 13.3% | $ 67.87 9.68 12.5% | $ 64.81 12.74 16.4% | $ 66.92 10.63 13.7% | $ 64.63 12.92 16.7% |
| Darvocet-N 100 Tabs | 500s | $ 88.00 | $ 76.24 11.76 13.4% | $ 73.78 14.22 16.2% | 2/ | $ 77.45 10.55 12.0% | $ 79.21 8.79 10.0% |
| Diabinese Tab 250 MG | 1000s | $269.40 | $225.68 43.72 16.2% | $222.38[1]/ 47.02 17.5% | $222.38[1]/ 47.02 17.5% | $222.38[1]/ 47.02 17.5% | $222.38[1]/ 47.02 17.5% |
| Dilantin 125 Susp. | 240 ML. | $ 7.42 | $ 6.08 1.34 18.1% | $ 5.70[1]/ 1.72 23.2% | $ 6.37 1.05 14.2% | $ 6.21 1.21 16.3% | $ 6.20 1.22 16.4% |
| Dyazide Caps | 1000s | $126.70 | $107.74 18.96 15.0% | $112.70 14.00 11.0% | $112.54 14.16 11.2% | $111.54 15.16 12.0% | $112.90 13.72 10.0% |
| ERS 400 Tabs 400 MG | 100s | $ 21.95 | $ 16.32 5.63 25.6% | $ 14.06[1]/ 7.89 36.0% | $ 15.14[1]/ 6.81 31.0% | $ 14.06[1]/ 7.89 35.9% | $ 16.58 5.37 24.5% |
| Hydropres 50 Tabs | 100s | $ 16.87 | $ 13.23[1]/ 3.64 | $ 13.23[1]/ 3.64 | $ 13.23[1]/ 3.64 | $ 14.24 2.63 | $ 13.23 3.64 |

000046

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Differential | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Oregon |
| Motin NPU 11-100 | 10.ML | $ 7.61 | $ 6.63 .08 12.0% | $ 6.72 .80 11.7% | $ 6.63 .99 13.0% | $ 6.70 .91 12.0% | $ 6.70 .85 11.2% |
| Indaral Tabs 10 MG | 1000s | $ 62.70 | $ 53.95 8.75 14.0% | $ 53.93[1] 8.77 14.0% | $ 54.37 8.33 13.3% | $ 55.21 7.40 11.9% | $ 54.82 7.88 12.6% |
| Indocin Caps 25 MG | 1000s | $239.20 | $187.57[1] 51.63 21.6% | $187.57[1] 51.63 21.6% | $187.57[1] 51.63 21.6% | | $187.57[1] 51.63 21.6% |
| | 100s | $ 24.67 | | | | $ 19.35[1] 5.32 21.6% | |
| Kenex Pulv. 250 MG | 100s | $ 50.04 | $ 43.43 6.61 13.3% | $ 44.02 6.02 12.0% | $ 43.86 6.18 12.4% | $ 44.04 6.00 12.0% | $ 41.70 8.34 16.7% |
| Losix Tabs 80 MG | 50s | $ 10.05 | $ 8.02 2.03 20.2% | $ 8.50 1.55 15.4% | | $ 8.10 1.95 19.4% | $ 8.88 1.17 11.6% |
| | 500s | $ 95.65 | | | $ 78.83 16.82 17.6% | $ 78.91 16.74 17.5% | |
| Maalox Liquid | 12 oz. | $ 2.59 | $ 2.08 .51 | $ 1.89[1] .70 | -?- | $ 2.28 .31 | $ 2.20 .39 |

700047

SCHEDULE,
Page 4 of

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Differ | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Other |
| Mellaril Tabs 10 MG | 100s | $ 13.62 | $ 11.82<br>1.80<br>13.2% | $ 12.12<br>1.50<br>11.0% | $ 12.26<br>1.36<br>10.0% | $ 11.99<br>1.63<br>12.0% | $ 12.1<br>1.4<br>10.6 |
| Minipress Caps 5 MG | 250s | $ 87.10 | $ 73.31<br>13.79<br>15.8% | $ 71.89 1/<br>15.21<br>17.5% | $ 78.41<br>8.69<br>10.0% | $ 72.53<br>14.57<br>16.7% | $ 73.2<br>13.81<br>15.9 |
| Motrin Tabs 400 MG | 500s | $108.25 | $ 84.83 1/<br>23.42<br>21.6% | $ 84.83 1/<br>23.42<br>21.6% | $ 84.83 1/<br>23.42<br>21.6% | $ 90.88<br>17.37<br>16.0% | $ 84.8<br>23.4<br>21.6 |
| Naprosyn Tabs 250 MG | 500s | $199.75 | $172.31<br>27.44<br>13.7% | $171.81<br>27.94<br>14.0% | $173.79<br>25.96<br>13.0% | | $175.0<br>24.7<br>12.4 |
| | 100s | $ 40.98 | | | | $ 36.06<br>4.92<br>12.0% | |
| Orinase Tabs 0.5 GM | 500s | $ 78.55 | $ 61.54 1/<br>17.01<br>21.7% | | | 2/ | |
| | 1000s | $155.20 | | $112.51 1/<br>42.69<br>27.5% | $171.63 1/<br>33.57<br>21.6% | | $ 61.54<br>17.02<br>21.7% |
| Periactin Tabs 4 MG | 100s | $ 15.78 | $ 12.38 1/<br>3.40 | $ 12.38 1/<br>3.40 | $ 12.38 1/<br>3.40 | $ 12.38 1/<br>3.40 | $ 12.38<br>3.40 |

000013

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Different | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Oregon |
| Persantine Tabs 25 MG | 100s | $ 12.72 | $ 11.07<br>1.65<br>13.0% | | | | |
| | 1000s | $120.60 | | $103.82<br>16.28<br>13.0% | $105.55<br>15.05<br>12.5% | $106.21<br>14.39<br>11.0% | $106.11<br>14.49<br>12.0% |
| Slow-K 600 MG | 1000s | $ 73.20 | $ 63.74<br>9.46<br>12.0% | $ 62.33<br>10.87<br>14.9% | 2/ | $ 64.10<br>9.10<br>12.4% | $ 64.54<br>8.66<br>11.8% |
| Stelazine Tabs 10 MG | 100s | $ 31.55 | $ 27.76<br>3.79<br>12.0% | $ 27.76<br>3.79<br>12.0% | $ 28.37<br>3.18<br>10.1% | $ 27.76<br>3.79<br>12.0% | $ 26.82<br>4.73<br>15.0% |
| Tagamet Tabs 300 MG | 100s | $ 30.45 | $ 26.42<br>4.03<br>13.2% | $ 27.04<br>3.41<br>11.2% | $ 25.96<br>4.40<br>14.7% | $ 26.80<br>3.65<br>12.0% | $ 26.40<br>4.05<br>13.3% |
| Thorazine Tabs 25 MG | 100s | $ 8.70 | $ 7.66<br>1.04<br>12.0% | $ 7.66<br>1.04<br>12.0% | 2/ | $ 7.66<br>1.04<br>12.0% | $ 7.84<br>.86<br>9.9% |
| Tolinase Tabs 250 MG | 200s | $ 59.76 | $ 46.82 1/<br>12.94<br>21.7% | | | $ 46.82 1/<br>12.94<br>21.7% | $ 46.82 1/<br>12.94<br>21.7% |
| | 1000s | $291.80 | | $228.59 1/<br>63.21 | $228.59 1/<br>63.21 | | |

500040

SCHEDULE V
Page 6 of 6

SCHEDULE SHOWING DIFFERENCE BETWEEN
AWP AND PRICES GENERALLY PAID BY PHARMACIES
FOR SAMPLE DRUGS IN OTHER FIVE STATES

| Description of Drug | Package Size | Bluebook AWP | Common or Median Price Paid/Dollar and Percentage Difference | | | | |
|---|---|---|---|---|---|---|---|
| | | | Colorado | Massachusetts | Michigan | North Carolina | Oregon |
| Twin K Liquid | 480 ML | $ 8.02 | $ 6.93<br>1.09<br>13.6% | 2/ | 2/ | $ 7.14<br>.88<br>11.0% | 2/ |
| Valium Tabs 5 MG | 500s | $ 83.65 | $ 72.26<br>11.39<br>13.6% | $ 72.18<br>11.47<br>13.7% | 2/ | $ 73.19<br>10.46<br>12.5% | $ 71.11<br>12.54<br>15.0% |
| Vibra Tabs 100 MG | 50s | $ 67.41 | $ 55.63 1/<br>11.78<br>17.5% | $ 55.63 1/<br>11.78<br>17.5% | $ 55.69<br>11.72<br>17.4% | $ 55.63 1/<br>11.78<br>17.5% | $ 56.71<br>10.70<br>15.9% |
| Vistaril Caps 50 MG | 100s | $ 31.40 | $ 26.47<br>4.93<br>15.7% | $ 26.39<br>5.01<br>16.0% | $ 25.92 1/<br>5.48<br>17.5% | $ 26.54<br>4.86<br>15.5% | $ 25.92 1/<br>5.48<br>17.5% |
| Zyloprim Tabs 300 MG | 500s | $110.05 | $ 95.61<br>14.44<br>13.1% | $ 95.19<br>14.86<br>13.5% | $ 95.56<br>14.49<br>13.2% | $ 96.84<br>13.21<br>12.0% | |
| | 100s | $ 23.00 | | | | $ 20.70<br>2.30<br>10.0% | $ 20.70<br>2.30<br>10.0% |

1/ Most common price or median price paid was for drugs purchased direct from the drug manufacturer. (Most common price or median price paid was for drugs purchased from wholesaler unless otherwise indicated.)

2/ No purchases or number of purchases inadequate to determine most common price or