# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** <br><br> *United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson.* <br><br> CIVIL ACTION NO. 06-12299-PBS |  |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

Relator Edward West and Defendant Ortho-McNeil Pharmaceutical, Inc. ("Ortho-McNeil" or "Defendant"), by and through their respective attorneys, respectfully submit the attached proposed attached order allowing Ortho-McNeil until April 3, 2008 to respond to West's Second Amended Complaint, which is due to be filed on or before March 20, 2008. In support, the parties state as follows:

1.  On February 19, 2008, the Court ruled on Ortho-McNeil's motions to dismiss West's First Amended Complaint for (a) lack of subject matter jurisdiction, and (b) failure to plead with specificity any cause of action. The Court affirmed in part and denied in part Ortho-McNeil's motions to dismiss and granted West leave to refile to try to address certain pleading deficiencies.

2.	Under the Court's February 19, 2008 Opinion and Order, West has until March 20, 2008, to file a Second Amended Complaint. West currently intends to file a Second Amended Complaint by that date.

3.	Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), West's answer to those portions of the First Amended Complaint that were not dismissed is due on March 4. In order to avoid duplication and wasted effort, Ortho-McNeil requests that it be permitted not to answer the First Amended Complaint, but instead to answer or otherwise plead to the Second Amended Complaint within ten (10) days after West files his Second Amended Complaint.

4.	No party will be prejudiced by the proposed relief, nor will granting the proposed relief slow the progress of this litigation. The proposed order would simply allow Ortho-McNeil not to incur expense and waste time answering a complaint that is going to be superseded in less than 30 days.

5.	This stipulation, submitted through counsel for both parties, shall not serve as a waiver of any defense or response to any matter now, or hereafter to be, asserted by either party.

THEREFORE, the parties respectfully request that the Court enter the attached proposed order relieving Ortho-McNeil of the obligation to answer the First Amended Complaint and allowing Ortho-McNeil ten days after the date West files his Second Amended Complaint to respond to the Second Amended Complaint.

Respectfully submitted,

| EDWARD WEST | ORTHO-MCNEIL PHARMACEUTICAL, INC. |
|---|---|
| By: /s/John A. Bruegger<br>   One of his Attorneys | By: /s/Scott D. Stein<br>   One of Its Attorneys |

John A. Bruegger
SIMMONS COOPER LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
(618) 259-2222 ~ Ext. 506

George A. Zelcs
KOREIN TILLERY
205 North Michigan Avenue
Chicago, Illinois 60601
(312) 641-9750

Donald M. Flack
KOREIN TILLERY
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
(314) 241-4844

Dated:  February 26, 2008

Scott R. Lassar
Scott D. Stein
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| *In re:* PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL No. 1456 |
| LITIGATION ) | |
| ) | Civil Action No. 01-12257-PBS |
| ) | |
| ) | Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| *United States ex rel. Edward West, et al., v.* ) | |
| *Ortho-McNeil Pharmaceutical, Inc. and* ) | |
| *Johnson & Johnson.* ) | |
| ) | |
| CIVIL ACTION NO. 06-12299-PBS ) | |

## [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY ORDERED THAT defendant Ortho-McNeil Pharmaceutical, Inc., shall have up to and including ten (10) days after the filing of West's Second Amended Complaint to file answer or otherwise plead to that complaint. In the event that West decides not to file a Second Amended Complaint on or before March 20, 2008, Ortho-McNeil shall have until March 30, 2008, to answer the First Amended Complaint.

Dated: February ___, 2008

_____
Patti B. Saris
United States District Judge

4

**CERTIFICATE OF SERVICE**

       I, Jordan S. Ginsberg, certify that on February 26, 2008, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

                                                  /s/  Jordan S. Ginsberg