UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc. Et al.,* Civil Action No. 05-11084-PBS | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the Plaintiff United States of America, in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ James J. Fauci
       James J. Fauci (BBO# 660272)
       Assistant U.S. Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3298

Dated: February 25, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 25, 2008
            /s/ James J. Fauci
            James J. Fauci
            Assistant U.S. Attorney