# EXHIBIT B

## Bueker, John P.

**From:** Hoang, Hoa T. T. [HTTHoang@HHLAW.com]
**Sent:** Monday, February 11, 2008 6:17 PM
**To:** nycounties@dpw.com; Barley, Steven F.; Cavanagh, Edward (Ned) D.; Chen, Laurice Y.; Dietz, Eva L.; Edwards, Steven M.; Farmer, Tammy L.; Glendinning, Emily; Hoang, Hoa T. T.; Kawatra, Sandhya P.; King, Alice L.; Marc Marinaccio; Peterson, Dianne M.; Rees, Jonathan T.; Sweeney, Thomas J.,; Trento, Andrea W.; Tretter, Lyndon M.; Walker, Jennifer; Wasick, Joanna F.; Wolfe, Samuel E.; Young, Joseph H. (Hank); Zucker, James S.
**Subject:** FW: New York City Medicaid claims data

Below is Joanne Cicala's response to my February 8, 2008 letter regarding the missing information in the New York City Medicaid claims data.

---

**From:** Joanne Cicala [mailto:jcicala@kmllp.com]
**Sent:** Monday, February 11, 2008 5:30 PM
**To:** Hoang, Hoa T. T.
**Cc:** Tretter, Lyndon M.; 'Kathryn Bale'; 'jtogal'
**Subject:** RE: New York City Medicaid claims data

Hoa- This responds to your missive of February 8, 2008. We are working with the City of NY to obtain responses to that part of your letter that concerned the City's claims data. We expect to have firm answers on which fields are available by Wednesday, February 13, 2008. Of course we will supplement that which we have supplied with whatever we can.

As for the State DOH claims data, we are entirely aware that you seek this data and we have repeatedly told you we are working to obtain it from the state and that we will forward it along to you once we do. I simply do not know what more there is to be said at this point on the subject.

Best, JMC



Joanne M. Cicala
Kirby McInerney LLP
830 Third Avenue
New York, NY 10022
www.kmllp.com
NY office 212-371-6600
TX office 512-858-1800


CONFIDENTIALITY NOTICE: This communication and the attachments accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the recipient(s) named above. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (212) 371-6600.

---

**From:** Hoang, Hoa T. T. [mailto:HTTHoang@HHLAW.com]
**Sent:** Friday, February 08, 2008 5:14 PM
**To:** jcicala@kmllp.com
**Subject:** FW: New York City Medicaid claims data

Joanne,

    It has come to my attention that the second page of the letter I sent you may be blank because of an Acrobat PDF problem. Attached please find my letter to you.

2/19/2008

Thanks,
Hoa

---

**From:** Hoang, Hoa T. T.
**Sent:** Friday, February 08, 2008 5:51 PM
**To:** 'jcicala@kmllp.com'
**Cc:** Tretter, Lyndon M.
**Subject:** New York City Medicaid claims data

Joanne,

Attached is my letter regarding the missing data in the New York City Medicaid claims data. I request that you promptly provide us with a supplemental production of the New York City Medicaid claims data. In addition, we once again request Medicaid claims data for the New York Counties that you represent. Given the March 31, 2008 fact discovery deadline for the designated FUL drugs, we need the claims data as soon as possible.

Regards,
Hoa

HOA HOANG, ATTORNEY AT LAW
HOGAN & HARTSON LLP
875 Third Avenue, New York, NY 10022
direct +1.212.918.3640 | tel +1.212.918.3000 | fax +1.212.918.3100
htthoang@hhlaw.com | http://www.hhlaw.com


"EMF <HHLAW.COM>" made the following annotations.
----------------------------------------------------------------------
This electronic message transmission contains information from this law firm which may be con:
copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (+1·

==========================================================================

2/19/2008