# EXHIBIT C

## Bueker, John P.

| | |
|---|---|
| **From:** | Bueker, John P. |
| **Sent:** | Wednesday, February 27, 2008 11:40 AM |
| **To:** | Joanne Cicala |
| **Cc:** | Nemirow, Kim; 'Hoang, Hoa T. T.'; Bueker, John P. |
| **Subject:** | New York Counties AWP Matter |

Dear Joanne,

When we spoke on Monday night, you said that none of the plaintiff New York counties objected to producing the claims data sought in defendants' document requests. That said, you reported that, with the exception of New York County's claims data, the data was in the possession of the State and that, while the counties were working to obtain it from the state, you could not commit to a date certain by which the claims data would be produced. In light of that fact, in order to protect our rights, defendants will be moving to compel the production of the claims data. We feel the issue should be joined at the same time the other DOH discovery issues are heard.

With regard to New York County's claims data, you indicated that New York County was willing to supplement its production to include all of the fields listed in Hoa's letter to Kathryn Bale of February 22, 2008, but that it would take two weeks for New York County to do so. By my count, that puts the target date at March 10, 2008. Is that realistic to expect? Also, I know that Hoa had previously asked, but are their data dictionaries or other keys that would allow defendants to better understand the meaning of the codes in some of the fields? If so, I assume that you do not have any objection to producing them, do you? In this regard, we will drop a footnote in the motion noting that, if all goes as planned, we will withdraw the motion as to New York County.

Finally, for planning purposes, any idea when you expect to send me a draft of the joint motion to extend the FUL discovery schedule by 90 days that we discussed? I know an number of the defendants are anxious to have such a motion on file by the end of the week, and I would like to keep them in the loop.

Thanks,

John


**John P. Bueker**
**ROPES & GRAY LLP**
T 617-951-7951 | M 617-548-3715 | F 617-235-0609
One International Place
Boston, MA 02110-2624
John.Bueker@ropesgray.com
www.ropesgray.com

1