# EXHIBIT G

# KIRBY MCINERNEY LLP

TELEPHONE: (212) 371-6600
(212) 317-2300
FACSIMILE: (212) 751-2540

*830 Third Avenue*
*New York, N.Y. 10022*

**VIA EMAIL AND LEXIS NEXIS**

February 27, 2008

Hoa T. T. Hoang, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Re: *City of New York, et al., v. Abbott Labs, Inc., et al.*, MDL 1456 (D. Mass)

Dear Hoa:

This responds to your letter of February 22, 2008 requesting the production of data from 47 fields from the City of New York's Claims data. We have reviewed your selections with the City and have learned that 12 of the 47 fields either (a) contain no information whatsoever regarding prescription drugs or their cost and/or (b) contain information that is protected under HIPAA, Pub. H. 1. Art 27-F and federal regulations barring the disclosure of health care related information. I will run through the problematic fields in turn:

You requested "DRG Control Code CSF," "DRG Payment Type," and "Discharge Date." These three fields only contain data regarding a hospital's calculation of the cost of services provided on a capitated basis. There is no data for prescription drugs or their costs in these fields. They appear entirely irrelevant to Plaintiffs' case.

You requested "Prescribing Provider ID." The data appearing in this field is arguably HIPPA protected. 42 U.S.C. § 1320d-6(a). In addition, the data contains no information whatsoever as to prescription drugs or their cost. Insofar as we can tell, it is not even arguably relevant to this case.

You requested "Prescription Number." The data appearing in this field is also arguably HIPPA protected because it may be used to link the identity of the client to the prescription. *Id.* Moreover, as in the case above, we see no relevant connection to this case. Defendants have the NDCs for which claims were made or reimbursed. The prescription number strikes us as entirely unnecessary. Furthermore, exceptions under 42 U.S.C. §1396a that permit disclosures of prescription numbers to manufacturers do not apply to your data field requests because your requests are not made in order to gain information to validate claims under the Medicaid rebate program.

KIRBY MCINERNEY LLP

Hoa T. T. Hoang, Esq.
February 27, 2008
Page Two

You requested "Procedure Code," "Procedure Code Modifier" and "Procedure Code Source." None of these fields contain any information regarding prescription drugs or their cost. They appear irrelevant.

You requested "Provider Specialty Code." The data appearing in this field identifies the specialty of the physician. It too appears irrelevant.

You requested "Provider Specialty Type." The data appearing in this field does not contain any information regarding prescription drugs. It too appears irrelevant.

You requested "Rate Code CSF." The data in this field concerns hospital billing codes and does not contain any information regarding prescription drugs or their cost. It seems to have no relevance to this case.

You requested "Total DRG Days Paid." This field contains data regarding the hospitals' calculation of the cost of services provided on a capitated basis. It does not contain any information regarding prescription drugs or their costs. Once again, we see no relevance to the case at bar.

We would be pleased to discuss with you our comments regarding these 12 fields. Otherwise, we will proceed forthwith to run queries on the other 35 fields. Our client has informed us that it will take approximately three weeks for that process to be completed.

Best regards,

Kathryn J. Bale

cc: Joanne M. Cicala, Esq.
John P. Bueker, Esq.
All Defendants via Lexis/Nexis