# EXHIBIT D

## AFFIDAVIT OF MILES D. WHITE

Miles D. White, being duly sworn, hereby certifies as follows:

1. My name is Miles D. White. I am the Chief Executive Officer and Chairman of the Board of Directors of Abbott Laboratories and its subsidiary Abbott Laboratories Inc. (together, "Abbott"). I have held these positions since 1999. I was an Executive Vice President of Abbott in 1998. Prior to that time, I held various positions in the Diagnostics Division of Abbott, which specializes in *in vitro* diagnostics and other instrument systems, rather than pharmaceutical drug products.

2. In my capacity as Abbott's CEO, I am advised as necessary by others within Abbott who are responsible for the day-to-day oversight of matters such as the pricing, marketing and sale of Abbott's products around the world, but these are not matters about which I have unique or superior personal knowledge within the company.

3. I have been advised over the years by Abbott's legal counsel about various AWP-related lawsuits, investigations, and other matters involving Abbott and other pharmaceutical companies. Any knowledge I have concerning the specific allegations and legal theories raised in any such lawsuit, investigation, or other matter would have come through Abbott's legal counsel in the course of rendering legal advice. I do not have any unique or superior personal knowledge within Abbott regarding any of the alleged Abbott business practices involved in these matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May, 2007.

_____
Miles D. White

SWORN TO AND SUBSCRIBED BEFORE ME
This 2nd day of May 2007.

_____
NOTARY PUBLIC, STATE OF ILLINOIS

"OFFICIAL SEAL"
MONA LISA S. FISHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/9/2007