UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                          ) **MDL No. 1456**
**IN RE PHARMACEUTICAL INDUSTRY**         ) **Master File No. 01-12257-PBS**
**AVERAGE WHOLESALE PRICE LITIGATION**    )
_____ ) **Judge Patti B. Saris**
                                          )
**THIS DOCUMENT RELATES TO:**             )
*State of California, ex rel. Ven-A-Care v.* )
*Abbott Laboratories, Inc., et al.*       )
Case No: 03-cv-11226-PBS                  )
_____ )

**SECOND JOINT MEDIATION STATUS REPORT**

Plaintiffs and Defendants ("the Parties") in the above captioned action hereby submit their Second Joint Mediation Status Report in accordance with the Court's Amended Order of Reference for Alternative Dispute Resolution, filed November 15, 2007.

1.  The Parties participated in formal mediation on February 12-13, 2008, in Washington D.C. before mediator Jonathan Marks, and conducted a frank exchange of information regarding their respective positions and about the prospects for a potential global settlement. The Parties are awaiting further guidance from the mediator as to the next step.

2.  Unless otherwise directed, the Parties will submit their Third Joint Mediation Status Report on April 21, 2008.

1

          Respectfully submitted,

Dated:  February 28, 2008   EDMUND G. BROWN JR.
          Attorney General for the State of California

          By:  */s/ Nicholas N. Paul*  .
            NICHOLAS N. PAUL
            CA State Bar No:  190605
            Supervising Deputy Attorney General
            Bureau of Medi-Cal Fraud and Elder Abuse
            Office of The Attorney General
            1455 Frazee Road, Suite 315
            San Diego, California  92108
            Tel:  (619) 688-6099
            Fax:  (619) 688-4200

            **Attorneys for Plaintiff,**
            **STATE OF CALIFORNIA**

Dated:  February 28, 2008   THE BREEN LAW FIRM, P.A.

          By:  */s/ James J. Breen*  .
            JAMES J. BREEN
            5755 No. Point Parkway, Suite 39
            Alpharetta, Georgia  30022
            Telephone:  (770) 740-0008
            Fax:  (770) 740-9109

            **Attorneys for *Qui Tam* Plaintiff,**
            **VEN-A-CARE OF THE**
            **FLORIDA KEYS, INC.**

          **FOR THE DEFENDANTS:**

Dated: February  28, 2008   By:  */s/ Toni-Ann Citera*  .
            James R. Daly
            Tara A. Fumerton
            JONES DAY
            77 West Wacker
            Chicago, Illinois  60601-1692
            Telephone:  (312) 782-3939
            Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-8376
Facsimile:  (212) 755-7306

**Counsel for Defendant
ABBOTT LABORATORIES INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on February 28, 2008, I caused a true and correct copy of the foregoing, **SECOND JOINT MEDIATION STATUS REPORT,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    */s/ Nicholas N. Paul*
NICHOLAS N. PAUL
Supervising Deputy Attorney General