UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE   LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y.  Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0881<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0878 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

*County of Fulton v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orange v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 07-CV-2777

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*

S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 06-CV-0123

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

**SECOND STIPULATION AND ORDER EXTENDING TIME FOR ORANGE COUNTY TO FILE EXHIBITS B-3 AND B-4 TO THE REVISED FIRST AMENDED CONSOLIDATED COMPLAINT**

{00110217.DOC}

IT IS HEREBY STIPULATED AND AGREED by and between Defendants and the above-captioned New York Counties, and in accordance with Paragraph 3 of CMO 33, and the Stipulation and Order Extending Time for Orange County to File Exhibits B-3 and B-4 to the Revised First Amended Consolidated Complaint ("First Stipulation"), that the February 29, 2008 deadline for the County of Orange to file Exhibits B-3 and B-4 identifying the Orange-Only Defendants and containing the same information and format as new FACC Exhibits B-1 and B-2, as specified in Paragraph 2 of CMO 33, shall be extended until April 30, 2008.

The County of Orange's initial November 30, 2007 deadline for filing Exhibits B-3 and B-4 was extended until February 29, 2008 pursuant to the First Stipulation, which was granted by the court on December 6, 2007. The County of Orange represents that an additional extension of time to file Exhibits B-3 and B-4 has become necessary to compile, analyze, and present the required information in the aforementioned format for the appropriate Orange-Only Defendants.

The parties agree that the deadline for the County of Orange to file Exhibits B-3 and B-4 may be further extended by written agreement of the parties.

The parties acknowledge that as required by Paragraph 3 of CMO 33, no discovery shall be sought from any of the Orange-Only Defendants, until, at the earliest, after that defendant has filed an answer pursuant to Paragraph 8 of CMO 33.

IT IS FURTHER STIPULATED AND AGREED that the Orange-Only Defendants shall not be precluded after Exhibits B-3 and B-4 are filed and served upon them from pursuing any Orange-Only Defendant specific, and other non-duplicative discovery, including third-party discovery and discovery of the County of Orange, to

supplement any discovery which might have already been taken by other defendants in this matter or the Consolidated New York Counties Action. This remedy is necessary to protect the rights of the Orange-Only Defendants, who will not be able to take discovery specific to them until such time as the County of Orange files Exhibits B-3 and B-4, which will identify the NDCs at issue for the Orange-Only Defendants.

Finally, nothing in this Stipulation and Order shall be construed to affect Orange County's obligations under CMO 33 as to other defendants (i.e., those common to both the Orange County Action and any other New York County or New York City action) in the Revised First Amended Consolidated Complaint.

SO ORDERED:

_____
Hon. Patti B. Saris, U.S.D.J.

{00110217.DOC}

Dated: February 27, 2008

Respectfully submitted,

THE COUNTY OF ORANGE

By: *Theresa A. Vitello*
LEVY PHILLIPS & KONIGSBERG, LLP
Stanley J. Levy
Theresa A. Vitello
800 Third Ave. 13th Floor
New York, New York 10022
Telephone: (212) 605-6200
Facsimile: (212) 605-6290


ON BEHALF OF ALL DEFENDANTS SERVED IN ACCORDANCE
WITH FRCP 4 OR WHO HAVE WAIVED SERVICE

By: *[signature]*

HOGAN & HARTSON LLP
Lyndon M. Tretter
875 Third Avenue
New York, New York 10022
(212) 918-3000

{00110217.DOC}

## CERTIFICATE OF SERVICE

I certify that on February 28, 2008, a true and correct copy of the foregoing:

STIPULATION AND ORDER EXTENDING TIME FOR ORANGE COUNTY TO FILE EXHIBITS B-3 AND B-4 TO THE REVISED FIRST AMENDED CONSOLIDATED COMPLAINT

was served on all Counsel of Record by electronic service pursuant to Case Management Order No.2 by sending a copy to LexisNexis for posting and notification to all parties.

/s/Theresa A. Vitello.
Theresa A. Vitello., Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 605-6200

{00110217.DOC}