# EXHIBIT



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

August 10, 2007

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed herewith, please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott and Dey. The source, or category, of documents for the Bates ranges in this production are listed below.

Carrier Production

AWQ019 Documents produced by Medicaid carrier Group Health, Inc.

Production of Third Party Documents

HHD073 Documents obtained from GeriMed, Inc. responsive to Abbott's RFP number 81.

CMS Production

HHD079 Documents from the files of Tom Gustafson

HHD084 Materials from CMS Region VI–Dallas, including:

Region VI Medicaid Correspondence Files; Memoranda and Correspondence from CMS Central Office; Memoranda and Correspondence from Drug Policy Files.

HHD085 Materials from CMS Central Office and CMS Regions V–Chicago and VIII–Denver, including:

MAC data; Correspondence files; Interim and Final Reports for the following Projects;

"Impact of Payment Reform for Part B Covered Outpatient Drugs and Biologicals" (#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/09);

"Evaluation of Competitive Acquisition Program for Part B Drugs"(#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/24)

"Issues Related to the Federal Government Drug Payment Policies in the Reformed HealthCare Environment" (#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/10)

"Issues Related to the Federal Government Drug Payment Policies in the Reformed HealthCare Environment" (#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/02)

"Study of Pharmaceutical Benefit Management" (#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)

"Assessment of Medicare Prescription Drugs and Coverage Policy" (#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/01)

"Medicaid and Medicare Drug Pricing-Development and Implementation of Strategy to Determine Market Prices" (#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/01)

"Economic Impact of Outpatient Prescription Drug Coverage on Total and Specific Health Expenditures and Service Use of Medicare Beneficiaries" (#30-P-91017/5)

"Medicare Drugs and Biologicals Pricing Consistency Project" (#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/17)

Thank you for your attention.

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

September 14, 2007

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott and Dey. The source, or category, of documents for the Bates ranges in this production are listed below.

OIG Production

HHD053 Electronic media pertaining to HHS-OIG report, "Medicare Home Infusion Therapy" (OEI-02-92-00420)

HHD095 Documents from the files of David Tawes

CMS Production

HHD083 Documents from HCFA/CMS relating to the following HHS-OIG reports: A-06-95-00065; A-06-95-00067; A-06-95-00068; A-06-95-00069; A-06-95-00071

HHD092 Documents from the files of Thomas Scully – hard copies of these documents were previously produced to defendants on July 13, 2007

| | |
|---|---|
| | during Mr. Scully's deposition at the Offices of Jones Day |
| HHD093 | Documents pertaining to HCFA Pub. 45-6 obtained from the National Technical Information Service of the U.S. Department of Commerce |
| HHD096 | Documents concerning HCFA Transmittal 87-33 (disapproval of Louisiana State Plan Amendment) – hard copies of these documents were previously produced to Abbott's counsel on September 5, 2007 |

Thank you for your attention.

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

September 26, 2007

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott. The source, or category, of documents for the Bates ranges in this production are listed below.

Carrier Production

AWQ021 CIGNA Government Services

AWQ022 Palmetto GBA

CMS Production

HHD091 Documents pertaining to HHS-OIG report "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services" (A-06-95-00062)

HHD097 Documents pertaining to Louisiana State Plan Amendment No. 87-33

HHD099 Documents from the personal files of Kathleen Buto, former HCFA Associate Administrator for Policy (This material was previously produced at the deposition of Ms. Buto.)

Thank you for your attention.

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

November 2, 2007

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott. As with the prior productions, the material is grouped by Bates range. The source, or category, of documents for the Bates ranges in this production are listed below.

CMS Production

HHD088 State plan amendment background documents and documents pertaining to Medisave RX's consumer-directed cost containment proposal

HHD089 Documents pertaining to the Alabama State Medicaid program

HHD101 Documents obtained from the correspondence system of CMS' Office of Strategic Operations and Regulatory Affairs (OSORA)

HHD110 Additional emails from Thomas Gustafson

Carrier Production

Disc AWQ026 includes material from Medicare Part B carriers TrailBlazer Health Enterprises, Wheatlands Administrative Services, Palmetto GBA, National Government Services, Noridian Administrative Services, Triple-S, HealthNow NY, Wisconsin Physician Services and CIGNA Government Services previously withheld on privilege grounds. Please note that patient-identifying information has been redacted from these documents; redacted documents have been affixed with a "Patient Identifying Information Redacted" legend.

Thank you for your attention.

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

January 25, 2008

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott and Dey. As with the prior productions, the material is grouped by Bates range. The source, or category, of documents for the Bates ranges in this production are listed below.

CMS Production

| | |
|---|---|
| HHD058<br>HHD129-130<br>HHD132-134 | Material from the Office of Legislation, CMS |
| HHD138 | Material pertaining to the President's budgets, 1990 through 2001 |

Thank you for your attention.

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen
Richard Goldstein



**U.S. Department of Justice**

Civil Division, Fraud Section

*601 D Street, NW*
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*
*Telecopier: (202) 616-3085*

*Via Electronic Transmission*
*(Enclosures by Over-night Delivery)*

February 22, 2008

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation
MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott and Dey. As with the prior productions, the material is grouped by Bates range. The source, or category, of documents for the Bates ranges in this production are listed below. Additionally, please note that material bearing Bates prefixes HHD119 and 166 will be provided to counsel for Roxane the week of February 25.

OIG Production

| | |
|---|---|
| HHD156 | Work papers pertaining to HHS-OIG report entitled "Are Medicare Allowances for Albuterol Sulfate Reasonable?" (OEI-03-97-00292) |
| HHD158 | Material from the files of Robert Vito |

CMS Production

| | |
|---|---|
| HHD119 | Material from the files of Deirdre Duzor |
| HHD128/136 | Material from the Office of Legislation, CMS |

| | |
|---|---|
| HHD166 | Electronic media from the files of Dennis Smith |
| HHD170 | Material pertaining to FUL calculations, including general FUL program documents |
| HHD173/174 | Documents referenced in Mr. Torborg's correspondence of September 18, 2007 and January 23, 2008 (including documents bearing a "redacted" legend and imaged pages that were missing from, or inaccessible in, prior productions). |

Carrier Production

| | |
|---|---|
| AWQ044 | Material from Medicare Part B carrier Highmark. |

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen
Richard Goldstein
George B. Henderson