UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc. No. 07-CV-11618-PBS* ) ) ) ) | Magistrate Judge Marianne B. Bowler |

### MARCH 1, 2008 STATUS REPORT
### OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for March 1, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Complaint/Motion to Dismiss**

On August 30, 2007, in Civil Action No. 07-11618 pending in the District of Massachusetts, the Relator filed its Amended Severed Complaint per court order dated July 31, 2007.   The Action was transferred to this Court per Court Order dated October 30, 2007.  Abbott filed its Motion to Dismiss or Partially Dismiss the Relator's Complaint on October 30, 2007. **[Docket 4860 and 4861]**  The Relator filed its Opposition to Abbott's Motion to Dismiss or Partially Dismiss the Relator's Complaint on November 29, 2007 **[Docket 4912]** and Abbott filed its Reply in Support of its Motion to Dismiss or Partially Dismiss the Relator's Complaint on December 20, 2007**[Docket 4956]**.

**Pending Motions**

There are no pending motions other than Abbott's Motion to Dismiss the Relator's

Complaint.

**Scheduled Hearings**

No hearings have been scheduled.

**Pending Discovery**

No scheduling order has been entered in the case and no discovery is pending.

Respectfully Submitted,

For Ven-A-Care of the Florida Keys, Inc.

/s/Alison W. Simon_____
THE BREEN LAW FIRM
James J. Breen
Alison W. Simon
P.O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
FAX: 954-874-1705
EMAIL:jbreen@breenlaw.com
alisonsimon@breenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **MARCH 1, 2008 STATUS REPORT OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/Alison W. Simon_____

Dated: MARCH 1, 2008