**EXHIBIT A**

**GCN 005039**
**ASTRAZENECA ARM-A-MED**
**ALBUTEROL .83 MG/ML**

| NDC | Start Date | End Date | Per Package AWP | Per Package AAC | Source | Spread | Years of Actionable Spread | FACC Exhibit B Start Date | FACC Exhibit B End Date | FACC Exhibit B AWP | FACC Exhibit B AAC | FACC Exhibit B AAC Source | FACC Exhibit B Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00186149104 | 7/1/97 | 9/30/97 | $1.06 | $0.69 | CH | 53.62% | 2.25 | 01/01/97 | 01/01/97 | $25.25 | $9.73 | CH | 160% |