# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>  )<br>**IN RE PHARMACEUTICAL INDUSTRY**  )<br>**AVERAGE WHOLESALE PRICE LITIGATION**  )<br>  _____ )<br>  )<br>**THIS DOCUMENT RELATES TO:**  )<br>State of California, *ex rel.* Ven-A-Care v.  )<br>Abbott Laboratories, Inc., *et al.*  )<br>CASE No: 1:03-cv-11226-PBS  )<br>_____ )  | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**Judge Patti B. Saris** |

## STATUS REPORT-MARCH 3, 2008

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA

("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the

Court's June 17, 2004 Procedural Order.

                              Respectfully submitted,

                              EDMUND G. BROWN JR.
                              Attorney General for the State of California

Dated: March 3, 2008            By:   /s/ Nicholas N. Paul
                                    NICHOLAS N. PAUL
                                    CA State Bar No: 190605
                                    Supervising Deputy Attorney General
                                    Bureau of Medi-Cal Fraud and Elder Abuse
                                    Office of The Attorney General
                                    1455 Frazee Road, Suite 315
                                    San Diego, California 92108
                                    Tel: (619) 688-6099
                                    Fax: (619) 688-4200

                              **Attorneys for Plaintiff,**
                              **STATE OF CALIFORNIA**

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948). The Court has not yet ruled on the two remaining individual motions to dismiss (i.e., those of defendants ZLB Behring, and the two Boehringer entities).

On February 21, 2008, the Court issued an electronic order granting Plaintiffs' Motion to Dismiss Aventis Pharmaceuticals Inc.

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).

**Alternative Dispute Resolution**

The parties completed the first formal mediation held on February 12, 2008 and February 13, 2008, and are awaiting further instructions from the mediator. On February 28, 2008, the parties filed their Second Joint Mediation Status Report and agreed to submit the third status report on April 21, 2008, unless otherwise directed by this court.

2

3

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 3, 2008, I caused a true and correct copy of the foregoing, **STATUS REPORT-March 3, 2008**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General