## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

### ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL TESTIMONY OF GOVERNMENT WITNESSES

Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for an Order overruling objections and instructions lodged by counsel for the United States on the basis of the deliberative process privilege, and compelling deposition testimony from nine current or former federal government employees.  The specific questions that are the subject of the motion are set forth in the Exhibit 1 attached to Abbott Laboratories, Inc.'s Memorandum in Support of its Motion to Compel Testimony of Government Witnesses.

Dated:  March 3, 2008                    Respectfully submitted,

<div style="margin-left: 3em;">

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

</div>

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      I certify that the moving party communicated with counsel for the United States in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                                              /s/ David S. Torborg
                                              David S. Torborg

**CERTIFICATE OF SERVICE**

  I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT'S MOTION TO COMPEL TESTIMONY OF GOVERNMENT WITNESSES, and all related papers, to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 3rd day of March, 2008.

              /s/ David S. Torborg
              David S. Torborg