# **EXHIBIT 9**

CMS1429P          LPH/MSJ          7/16/2004 9:42 AM                              H23

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 99232 | Subsequent hospital care | N/A | N/A | N/A | $ 54.89 | $ 55.71 | 1% |
| 99233 | Subsequent hospital care | N/A | N/A | N/A | $ 78.04 | $ 79.21 | 1% |
| 99236 | Observ/hosp same date | N/A | N/A | N/A | $ 226.26 | $ 223.97 | -1% |
| 99238 | Hospital discharge day | N/A | N/A | N/A | $ 69.82 | $ 70.87 | 2% |
| 99239 | Hospital discharge day | N/A | N/A | N/A | $ 95.21 | $ 91.33 | -4% |
| 99241 | Office consultation | $ 50.03 | $ 50.40 | 1% | $ 33.98 | $ 34.49 | 2% |
| 99242 | Office consultation | $ 91.48 | $ 92.47 | 1% | $ 69.45 | $ 70.49 | 1% |
| 99243 | Office consultation | $120.60 | $122.41 | 2% | $ 92.22 | $ 93.61 | 2% |
| 99244 | Office consultation | $170.63 | $172.81 | 1% | $ 136.65 | $ 138.70 | 2% |
| 99245 | Office consultation | $220.29 | $223.22 | 1% | $ 181.09 | $ 183.80 | 1% |
| 99251 | Initial inpatient consult | N/A | N/A | N/A | $ 35.84 | $ 36.00 | 0% |
| 99252 | Initial inpatient consult | N/A | N/A | N/A | $ 71.69 | $ 72.76 | 1% |
| 99253 | Initial inpatient consult | N/A | N/A | N/A | $ 97.45 | $ 98.91 | 1% |
| 99254 | Initial inpatient consult | N/A | N/A | N/A | $ 140.39 | $ 142.12 | 1% |
| 99255 | Initial inpatient consult | N/A | N/A | N/A | $ 193.03 | $ 195.55 | 1% |
| 99261 | Follow-up inpatient consult | N/A | N/A | N/A | $ 22.40 | $ 22.36 | 0% |
| 99262 | Follow-up inpatient consult | N/A | N/A | N/A | $ 44.80 | $ 45.48 | 2% |
| 99263 | Follow-up inpatient consult | N/A | N/A | N/A | $ 66.09 | $ 67.08 | 1% |
| 99282 | Emergency dept visit | N/A | N/A | N/A | $ 27.63 | $ 27.67 | 0% |
| 99283 | Emergency dept visit | N/A | N/A | N/A | $ 61.61 | $ 62.53 | 1% |
| 99284 | Emergency dept visit | N/A | N/A | N/A | $ 95.58 | $ 97.02 | 2% |
| 99285 | Emergency dept visit | N/A | N/A | N/A | $ 149.72 | $ 151.97 | 2% |
| 99291 | Critical care, first hour | $242.69 | $256.19 | 6% | $ 203.12 | $ 206.16 | 1% |
| 99292 | Critical care, add'l 30 min | $107.91 | $113.31 | 5% | $ 101.56 | $ 102.70 | 1% |
| 99301 | Nursing facility care | $ 71.69 | $ 66.32 | -7% | $ 61.61 | $ 66.32 | 8% |
| 99302 | Nursing facility care | $ 97.82 | $ 87.54 | -11% | $ 82.52 | $ 87.54 | 6% |
| 99303 | Nursing facility care | $120.97 | $107.63 | -11% | $ 102.68 | $ 107.63 | 5% |
| 99311 | Nursing fac care, subseq | $ 40.70 | $ 34.11 | -16% | $ 30.62 | $ 34.11 | 11% |
| 99312 | Nursing fac care, subseq | $ 63.10 | $ 56.47 | -11% | $ 51.53 | $ 56.47 | 10% |
| 99313 | Nursing fac care, subseq | $ 86.25 | $ 79.21 | -8% | $ 72.43 | $ 79.21 | 9% |
| 99348 | Home visit, est patient | $ 75.42 | $ 71.63 | -5% | N/A | N/A | N/A |
| 99350 | Home visit, est patient | $169.89 | $164.10 | -3% | N/A | N/A | N/A |
| G0317 | ESRDrelsvc 4+/mo;20+yr | $303.18 | $306.59 | 1% | $ 303.18 | $ 306.59 | 1% |
| G0318 | ESRDrelsvc 2-3/mo;20+yr | $252.40 | $255.05 | 1% | $ 252.40 | $ 255.05 | 1% |
| G0319 | ESRDrelsvc 1/mo;20+yr | $201.62 | $203.89 | 1% | $ 201.62 | $ 203.89 | 1% |

Section 303(a)(1) of the MMA amended section 1848(c)(2) of the Act to require increased work and practice expense RVUs for drug administration services. Section 303(a)(4) of the MMA required an additional temporary increase in payment to specific drug administration services (procedure

CMS1429P        LPH/MSJ        7/16/2004 9:42 AM                        H24

codes 90780 through 90788, 96400, 96408 through 96425, 96520, and 96530) of 32 percent for 2004 only. Table xxxxx shows the payment amounts for selected high-volume drug administration CPT codes from 2002 to 2006 including the effect of the transition adjustment of 32 percent required for 2004 and 3 percent for 2005 and 0 percent for 2006. The amounts shown in the table include the effect of the 1.5 percent update for 2004 and 2005.  The 2006 payment amount shown in the table reflects the 2005 conversion factor because the 2006 physician fee schedule update is currently unknown.  With the exception of procedure code 96412 declining by 17 percent (which occurred because resource-based pricing replaced the use of charge-based RVUs when the services were removed from the nonphysician work pool), the MMA permanently increases payment for all of these services from a low of 17 percent for procedure code 90781 to 321 percent for procedure code 90782.  The volume-weighted average permanent increase in payment among drug administration services is approximately 107 percent (110 percent for oncologists and 100 percent for other physicians).  Including the effect of the transition makes the volume-weighted increase in payment for these codes more than 170 percent from 2003 to 2004 and 115 percent from 2003 to 2005.  The payment amount for procedure codes

CMS1429P        LPH/MSJ      7/16/2004 9:42 AM                          H25

96400 in 2002 was $5.02. Payment for this code increased substantially in 2003 when, at the request of the American Urological Association (see 67 FR 79981 published on December 31, 2002), we removed this code from the nonphysician work pool. Thus, the payment increase for procedure code 96400 between 2002 and 2006 is 879 percent. As indicated earlier, we are continuing to consider coding and RVU changes for drug administration services for 2005 based on the results of the CPT review and our consideration of public comments. If we change any of the RVUs for these codes as a result of CPT's review or the consideration of public comments, these figures may change.

Table xxxxx
Impact of Proposed Rule and Physician Fee Schedule Update
on Medicare Payment for Selected Drug Administration Services

| | | | | | Non-Facility Payment | | | |
|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | 2002 Payment | 2003 Payment | 2004 Payment | 2005 Payment* w/Current PE RVUs | 2006 Payment* w/Current PE RVUs | Percent Change 2003 to 2006 | Percent Change 2002 to 2006 |
| 90780 | IV infusion therapy, 1 hour | $ 40.54 | $ 42.67 | $ 117.79 | $ 92.51 | $ 89.82 | 110% | 122 |
| 90781 | IV infusion, additional hour | $ 20.27 | $ 21.70 | $ 33.02 | $ 26.15 | $ 25.39 | 17% | 25 |
| 90782 | Injection, sc/im | $ 3.98 | $ 4.41 | $ 24.64 | $ 19.13 | $ 18.57 | 321% | 367 |
| 96400 | Chemotherapy, sc/im | $ 5.07 | $ 37.52 | $ 64.07 | $ 51.14 | $ 49.65 | 32% | 879 |
| 96408 | Chemotherapy, push technique | $ 35.11 | $ 37.52 | $ 154.76 | $ 122.96 | $ 119.38 | 218% | 240 |
| 96410 | Chemotherapy, infusion method | $ 55.75 | $ 59.22 | $ 217.35 | $ 171.75 | $ 166.75 | 182% | 199 |
| 96412 | Chemo, infuse method add-on | $ 41.63 | $ 44.14 | $ 48.30 | $ 37.86 | $ 36.76 | -17% | -12 |

* Payment amounts reflect the current practice expense RVUs and a 1.5 percent update for 2005. The 2006 upda

CMS1429P          LPH/MSJ       7/16/2004 9:42 AM                              H26

is currently unknown. The payment amounts for 2006 were calculated using the 2005 conversion factor. If we were to make further revisions to the practice expense RVUs following the consideration of public comments and/or the CPT coding process, the payment amounts will be different.

HHD061-1147