# Hanoi Veras

| | |
|---|---|
| **From:** | Ford, Rebecca (CIV) [Rebecca.Ford@usdoj.gov] |
| **Sent:** | Friday, December 14, 2007 8:53 PM |
| **To:** | Hanoi Veras |
| **Cc:** | Lavine, Mark (USAFLS) |
| **Subject:** | Subpoena for Deposition of ASCO Corporate Representative |
| **Attachments:** | ASCO.PDF |

Hanoi,

Attached please find a subpoena that we intend to issue on Monday for the deposition of an ASCO corporate representative. Please let us know whether ASCO will waive official service of the subpoena, or alternatively, if we need to serve the subpoena via a process server.

Please feel free to contact us about scheduling or any other issues you may wish to discuss.

Thank you,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov

**Hanoi Veras**

**From:** Hanoi Veras
**Sent:** Monday, December 17, 2007 10:59 AM
**To:** 'Ford, Rebecca (CIV)'
**Cc:** Lavine, Mark (USAFLS)
**Subject:** RE: Subpoena for Deposition of ASCO Corporate Representative

Becky – I need to confer with our client, and then I will get back to you. I will be out of the country from 12/27 – 1/5, so the 12/31 date presents a conflict. –h

Hanoi Veras
Attorney at Law
London & Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
202-331-3334, fax 202-785-4280

NOTICE: IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

---

**From:** Ford, Rebecca (CIV) [mailto:Rebecca.Ford@usdoj.gov]
**Sent:** Friday, December 14, 2007 8:53 PM
**To:** Hanoi Veras
**Cc:** Lavine, Mark (USAFLS)
**Subject:** Subpoena for Deposition of ASCO Corporate Representative

Hanoi,

Attached please find a subpoena that we intend to issue on Monday for the deposition of an ASCO corporate representative. Please let us know whether ASCO will waive official service of the subpoena, or alternatively, if we need to serve the subpoena via a process server.

Please feel free to contact us about scheduling or any other issues you may wish to discuss.

Thank you,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004


2/26/2008

P: (202) 514-1511
rebecca.ford@usdoj.gov

2/26/2008

**Hanoi Veras**

**From:** Ford, Rebecca (CIV) [Rebecca.Ford@usdoj.gov]
**Sent:** Monday, December 17, 2007 11:32 AM
**To:** Hanoi Veras
**Cc:** Lavine, Mark (USAFLS)
**Subject:** Re: Subpoena for Deposition of ASCO Corporate Representative

Hanoi,

Thank you for your quick response. After you have had a chance to confer with your client, please let us know: (1) whether ASCO will waive formal service of the subpoena, and (2) alternative dates for the deposition.

Thanks,

Becky

----- Original Message -----
From: Hanoi Veras <hveras@londonandmead.com>
To: Ford, Rebecca (CIV)
Cc: Lavine, Mark (USAFLS)
Sent: Mon Dec 17 10:58:49 2007
Subject: RE: Subpoena for Deposition of ASCO Corporate Representative

Becky — I need to confer with our client, and then I will get back to you. I will be out of the country from 12/27 — 1/5, so the 12/31 date presents a conflict.  —h


Hanoi Veras

Attorney at Law
London & Mead
1225 19th Street, NW
Suite 320
Washington, DC 20036
202-331-3334, fax 202-785-4280

NOTICE: IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

------------------------------

From: Ford, Rebecca (CIV) [mailto:Rebecca.Ford@usdoj.gov]
Sent: Friday, December 14, 2007 8:53 PM
To: Hanoi Veras
Cc: Lavine, Mark (USAFLS)
Subject: Subpoena for Deposition of ASCO Corporate Representative

Hanoi,

Attached please find a subpoena that we intend to issue on Monday for the deposition of an ASCO corporate representative.  Please let us know whether ASCO will waive official service of the subpoena, or alternatively, if we need to serve the subpoena via a process server.

Please feel free to contact us about scheduling or any other issues you may wish to discuss.

Thank you,

Becky Ford

Trial Attorney

U.S. Department of Justice

Commercial Litigation Branch

Civil Division, Fraud Section

601 D Street, N.W.

PHB - Room 9133

Washington, DC  20004

P:  (202) 514-1511

rebecca.ford@usdoj.gov

2