UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF SHOSHANAH V. ASNIS ON BEHALF OF THE  NON-PARTY NEW YORK STATE DEPARTMENT OF HEALTH AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Shoshanah V. Asnis, Esq., enter her appearance on behalf of the non-Party New York State Department of Health in the above captioned actions.

Ms. Asnis is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Ms. Asnis is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves Asnis's admission to practice before this Court *pro hac vice.*

1

                                                                         <u>/s/Joanne M. Cicala</u>
                                                                         Joanne M. Cicala
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of March, 2008, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

/s/Joanne M. Cicala
Joanne M. Cicala

Dated: March 4, 2008

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Shoshanah V. Asnis for the purpose of representing the non-Party New York State Department of Health in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Shoshanah V. Asnis is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris

United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF SHOSHANAH V. ASNIS

I, Shoshanah V. Asnis, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am an Assistant Attorney General with the Litigation Bureau of the New York State Office of the Attorney General.

2. I am admitted to the bar of the Supreme Court of Connecticut, the Supreme Court of California, the Court of Appeals for the State of New York, the District of Connecticut, the Northern District of California, the Northern and Southern Districts of New York, and the United States Court of Appeals for the Ninth Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

4. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Shoshanah V. Asnis
Shoshanah V. Asnis

Executed: March 4, 2008