UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

**CONSENT MOTION FOR BRIEFING SCHEDULE REGARDING
DEFENDANTS' MOTION TO DISMISS THE IOWA COMPLAINT**

Plaintiff, the State of Iowa, respectfully moves for entry of the following briefing schedule on Defendants' Motions to Dismiss the Iowa Complaint:

- Defendants' Motions were filed on February 20, 2008.

- Plaintiffs' Oppositions to be filed on or before April 30, 2008.

- Defendants' Replies to be filed on or before May 30, 2008

- Plaintiffs' Sur-Replies to be filed on or before June 27, 2008

In support of this Motion, the movants state:

1. The State of Iowa filed a complaint dated October 7, 2007, in the United States District Court for the Southern District of Iowa.

2. On October 25, 2007, the United States Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court for the District of Massachusetts. On November 15, 2007, the Clerk of the United States District Court for the District of Massachusetts filed the Conditional Transfer Order.

DSMDB-2403694

3. On December 11, 2007, Plaintiff and Defendants filed a Joint Motion before this Court to set dates and the briefing schedule for Defendants' responsive pleadings in the Iowa action.

4. On December 18, 2007, the Court entered an Order setting the dates and briefing schedule for Defendants' responsive pleadings.  Pursuant to that Order, the current briefing schedule was:

- Defendants' Motions to Dismiss or Answers were due January 18, 2008;
- Plaintiff's Oppositions to Defendants' Motions to Dismiss were due February 29, 2008;
- Defendants' Replies in Support of Motions to Dismiss were due March 28, 2008; and
- Plaintiff's Sur-replies to Defendants' Motions to Dismiss were due April 25, 2008.

5. On January 9, 2008, defendants filed a Consent Motion seeking an additional thirty (30) days to file their responsive pleadings. In that submission, defendants indicated that they and plaintiff would be filing a motion to set the Iowa briefing schedule in its entirety. *Id*. at ¶ 11.

6. Plaintiff has consulted with defendants and defendants consent to the dates proposed in this motion.

7. For the above reasons, plaintiff respectfully requests that this Consent Motion be granted and that the briefing schedule set forth above be established.  A proposed order is annexed hereto.

Dated: February 28, 2008.

                        Respectfully submitted,

|  | **KIRBY McINERNEY, LLP**<br><br>By:  **/s/ Joanne M. Cicala**<br>    Joanne M. Cicala (JC 5032)<br>    James P. Carroll Jr. (JPC 8348)<br>    Aaron D. Hovan (AH 3290)<br>    830 Third Avenue<br>    New York, NY  10022<br>    (212) 371-6000<br><br>Special Counsel to the State of Iowa, Plaintiff |
|---|---|

DSMDB-2403694

## CERTIFICATE OF SERVICE

        I hereby certify that I, Aaron D. Hovan, an attorney, caused a true and correct copy of the foregoing, CONSENT MOTION FOR BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on March 4, 2008, for posting and notification to all parties.

        By /s/ Aaron D. Hovan
**KIRBY McINERNEY LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

DSMDB-2403694

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories., et. al* | Judge Patti B. Saris |

## PROPOSED ORDER

THIS MATTER having come before the Court on the Plaintiff's Consent Motion for Entry of a Briefing Schedule Regarding Defendants' Motions to Dismiss; and

The Court having considered the Motion, representations of counsel, and the record, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's Oppositions to the Motions to Dismiss are due on or before April 30, 2008;

Defendants' Replies are due on or before May 30, 2008; and

Plaintiffs' Sur-Replies are due on or before June 27.

DONE and ORDERED this _____ day of March, 2008.

_____
THE HONORABLE PATTI SARIS
UNITED STATES DISTRICT JUDGE

DSMDB-2403694