# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## THE STATE OF IOWA'S CONSENT MOTION FOR EXTENSION OF TIME IN WHICH BAYER IS TO ANSWER OR OTHERWISE PLEAD

The State of Iowa ("the State") respectfully submits this Consent Motion for Extension of Time in Which Bayer is to Answer or Otherwise Plead. In support of this Motion, the State affirms as follows:

1. The State of Iowa is engaged in discussions with Bayer that it is optimistic may result in the resolution of the State's claims against Bayer.

2. To aid these discussions, Bayer recently produced to the State pricing information concerning certain of its drugs. The State has reviewed this data, but the parties are still engaged in discussions concerning the data.

3. Under the Court's Order of January 16, 2008, defendants were required to answer or otherwise plead by February 20, 2008. However, the Court entered an order on February 19 permitting Bayer until March 10 to answer or otherwise plead.

5. The State of Iowa believes that its claims against Bayer are more likely to be resolved in a timely manner if Bayer's answer date is pushed out an additional thirty (30) days to April 9, 2008.

6. Accordingly, the State of Iowa respectfully requests that the Court grant this Consent Motion and extend Bayer's deadline for responding to the Complaint until 30 days after the current due date, or April 9, 2008.

| Dated: March 6, 2008 | /s/ Joanne M. Cicala<br>Kirby McInerney, LLP<br>830 Third Avenue<br>New York, NY 10022<br><br>Special Counsel to the State of Iowa |
|---|---|

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2008, I caused a true and correct copy of the State of Iowa's Consent Motion Consent Motion for Extension of Time in Which Bayer is to Answer or Otherwise Plead to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                            /s/ Joanne M. Cicala