UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *United States of America ex rel. Ven-a-Care of* ) <br> *The Florida Keys, Inc., v. Abbott Laboratories,* ) <br> *Inc.,* ) <br> CIVIL ACTION NO. 06-11337-PBS ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Judge Patti Saris <br><br> Magistrate Judge Marianne Bowler |

### UNITED STATES' MOTION TO QUASH THE SUBPOENAS OF IRA BURNEY AND DEBBIE CHANG AND IN SUPPORT OF A PROTECTIVE ORDER

The United States moves the Court to issue an order prohibiting Abbott Laboratories, Inc. ("Abbott") from deposing two government officials about the processes by which they developed policy recommendations and advised final policy-makers of these recommendations. Abbott has given notices of deposition for Ira Burney, a Senior Policy Advisor with the Deparment of Health and Human Services, Centers for Medicare and Medicaid Services, Office of Legislation ("CMS Office of Legislation") and Debbie Chang, the former Director of CMS Office of Legislation. Because of the unique nature of the CMS Office of Legislation, all of the information possessed by both Mr. Burney and Ms. Chang falls squarely within the deliberative process privilege, which protects predecisional, deliberative agency discussions and information from public disclosure.

Federal Rules of Civil Procedure 26 and 45 give the Court the authority to quash subpoenas seeking privileged information and to enter a protective order limiting discovery. Depositions aimed at obtaining privileged information, like the noticed depositions of Ira Burney and Debbie Chang, are not permitted. Accordingly, the United States respectfully requests that

the Court quash the depositions of Ira Burney and Debbie Chang and issue a protective order prohibiting their depositions.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617)748-3272 | /s/ Evan C. Zoldan<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renee Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca A. Ford<br>Evan C. Zoldan |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 305-2335 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: March 6, 2008

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      I hereby certify that I have communicated with counsel for the defendant Abbott Laboratories in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

                                                     /s/ Justin Draycott
                                                     Justin Draycott

Dated: March 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above MOTION TO QUASH THE SUBPOENAS OF IRA BURNEY AND DEBBIE CHANG AND IN SUPPORT OF A PROTECTIVE ORDER to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 by sending a copy to Lexis Nexis File & Serve for posting and notification to all parties

Dated: March 6, 2008

/s/ Evan C. Zoldan
Evan C. Zoldan