# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
In Re: PHARMACEUTICAL INDUSTRY  : MDL No. 1456
AVERAGE WHOLESALE PRICE         :
LITIGATION                      : Master File No.: 01-12257-PBS
                                :
                                : Judge Patti B. Saris
------------------------------------- x
                                : C.A. No. 04-CV-06054, et al.
                                :
                                : Declaration of Benjamin Allee in
*City of New York, et al. v. Abbott Laboratories,* : Support of AstraZeneca's Sur-
*Inc., et al.*                  : Reply in Further Opposition to
                                : Plaintiffs' Motion to Compel
                                : Production of Data for the
                                : Designated FUL Drugs
------------------------------------- x

I, BENJAMIN ALLEE, declare pursuant to 28 U.S.C. § 1746:

1. I am an associate with the firm Davis Polk & Wardwell, attorneys for defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (together "AstraZeneca"). I submit this declaration in support of AstraZeneca's Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs.

2. Information produced by Plaintiffs in this action from First Data Bank shows the FUL for albuterol sulfate 0.83 mg/ml, the date when the FUL was first established, and the date when it was withdrawn. According to this information, the FUL for albuterol sulfate 0.83 mg/ml from 1997 through 2000 was $0.60 per package. A package contained three units. The FUL for a unit of albuterol sulfate 0.83 mg/ml was $0.199. The FUL for albuterol sulfate 0.83

mg/ml was set October 1, 1997, and withdrawn in December 2000. Information regarding the FUL and its effective dates is also available at on the website of the National Pharmaceutical Council at http://www.npcnow.org/resources/PharmBenefitsMedicaid.asp (See the PDF links at the bottom of the page for "Pharmaceutical Benefits Under State Medical Assistance Programs.") This information also shows that the FUL for albuterol sulfate 0.83 mg/ml was $0.199 per unit from 1997 through 2000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2008.

_____
Benjamin Allee