UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' AND TRACK TWO DEFENDANTS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE TRACK TWO SETTLEMENT, CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES AND SCHEDULING FAIRNESS HEARING**

Class Plaintiffs and Track Two Defendants (the "Parties") jointly move for entry of an order granting preliminary approval of the proposed Track Two Settlement Agreement and Release, certification of Classes for settlement purposes and approval of the form and manner of notice to Consumer Settlement Class Members and TPP Settlement Class Members.

In support of this motion Class Plaintiffs file herewith a Memorandum of Law in Support and file the following documents:

    1.    Track Two Settlement Agreement and Release

    2.    Exhibit A – ISHP Group Members List

    3.    Exhibit B – Class Drugs

    4.    Exhibit C – Notice Forms to Class 1 Consumers

- Exhibit C.1 – Short Mailed Notice to Class 1 Consumers With Pre-paid Reply Card

- Exhibit C.2 – Long Form Notice to Class 1 Consumers Who Return Reply Card

5.     Exhibit D – Notice Forms to Class 3 Consumers

- Exhibit D.1 – Short Form Publication Notice to Class 3 Consumers
- Exhibit D.2 – Long Form Notice to Class 3 Consumers with Claim Form

6.     Exhibit E – Notice Forms to TPPs

- Exhibit E.1 – Long Form Notice To TPPs With Claim Form
- Exhibit E.2 – Short Form Publication Notice to TPPs

7.     Exhibit F – Executive Summary of Notice Program

8.     Exhibit G – Full Settlement Notice Program

9.     Exhibit H – [Proposed] Preliminary Approval Order

10.     Exhibit I – Escrow Agreement

11.     Exhibit J – [Proposed] Final Approval Order

12.     Exhibit K – Claims Process Explanation

13.     Exhibit L – ISHP Claims Documentation

14.     Exhibit M – Statement Regarding Class Counsel & ISHP Fee Agreement

DATED:  March 7, 2008

By    /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**


**/s/ Tina M. Tabacchi**
Counsel for Abbott Laboratories and Abbott Laboratories, Inc.
 Tina M. Tabacchi
 Brian J. Murray
 JONES DAY
 77 West Wacker Drive, Suite 3500
 Chicago, IL 60601-1692

**/s/ Joseph H. Young**
Counsel for Amgen Inc.
    Joseph H. Young
    Steven F. Barley
    HOGAN & HARTSON, LLP
    111 S. Calvert St., Suite 1600
    Baltimore, MD 21202


**/s/ Michael L. Koon**
Counsel for Aventis Pharmaceuticals Inc., Hoechst Marion Roussel Inc., Sanofi-Synthelabo Inc., and ZLB Behring, L.L.C.
    Michael L. Koon
    James P. Muehlberger
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, MO 64108

**/s/ Peter W. Morgan**
Counsel for Baxter Healthcare Corporation and Baxter International Inc.
    Peter W. Morgan
    Merle M. DeLancey
    DICKSTEIN SHAPIRO LLP
    1825 Eye Street, NW
    Washington, DC 20006

**/s/ Richard D. Raskin**
Counsel for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation
    Richard D. Raskin
    Michael Doss
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603

- 4 -

**/s/ Paul F. Doyle**
Counsel for Dey, Inc.
    Paul F. Doyle
    Christopher C. Palermo
    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, NY 10178


**/s/ Kathleen H. McGaun**
Counsel for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.
    Kathleen H. McGaun
    Douglas K. Spaulding
    Andrew L. Hurst
    REED SMITH LLP
    1301 K Street NW
    Suite 1100 – East Tower
    Washington, DC 2000

**/s/ David J. Burman**
Counsel for Immunex Corporation
    David J. Burman
    Kathleen M. O'Sullivan
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099

**/s/ Scott A. Stempel**
Counsel for Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Pharmacia & Upjohn Company LLC, The Upjohn Company, Monsanto Co., GD Searle LLC, and Adria Labs

    Scott A. Stempel
    J.. Clayton Everett, Jr.
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004

- 6 -

**/s/ Jennifer G. Levy**
Counsel for Sicor, Inc., Gensia Sicor
Pharmaceuticals, Inc., and Gensia, Inc.
    Jennifer G. Levy
    Michael C. Occhuizzo
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, NW
    Washington, DC 20005

**/s/ Douglas B. Farquhar**
Counsel for Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., Watson
Pharma, Inc., and Schein Pharmaceutical, Inc.
(now known as Watson Pharma, Inc.)
    Douglas B. Farquhar
    Hyman Phelps & McNamara PC
    700 13th St. NW
    Suite 1200
    Washington, DC 20005

**COUNSEL FOR DEFENDANTS**

- 7 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 7, 2008, I caused copies of **CLASS PLAINTIFFS' AND TRACK TWO DEFENDANTS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE TRACK TWO SETTLEMENT, CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES AND SCHEDULING FAIRNESS HEARING** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      **/s/ Steve W. Berman**
      Steve W. Berman

001534-16 227419 V1