UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> California, State of *et al* v. Abbott Laboratories *et al* <br> CASE #: 1:03-cv-11226-PBS | ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION PRO HAC VICE

The following submissions for Admission *pro hac vice* are being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached are Certificates of Good Standing from the United States District Court, Southern District of California and from the California State Bar for the following California Deputy Attorney General:

> RAYMOND J. LIDDY
> CA Bar No. 171343
> Deputy Attorney General
> California Department of Justice
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel.: (619) 688-6482
> Fax: (619) 688-4200

A check in the amount of $50.00 is being forwarded for the admission *pro hac vice*.

Dated: March 7, 2008

Respectfully submitted,

Attorney General for the State of California

By: _____
RAYMOND J. LIDDY
CA Bar No. 171343
Deputy Attorney General
California Department of Justice
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Rd., Ste. 315
San Diego, CA 92108
Tel.: (619) 688-6482
Fax: (619) 688-4200

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Raymond J. Liddy, hereby certify that on March 7, 2008, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION** *PRO HAC VICE*, **RAYMOND J. LIDDY,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
RAYMOND J. LIDDY
Deputy Attorney General

# **CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA                    } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Raymond Joseph Liddy was duly admitted to practice in said Court on 06/13/1994, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA                              W. SAMUEL HAMRICK, JR.
                                                                              Clerk

on March 5, 2008                    By _____ ,
                                                              Deputy Clerk

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 26, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RAYMOND JOSEPH LIDDY, #171343 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records