# EXHIBIT 2



**Hilary A Ramsey /JonesDay**
Extension 43829
01/30/2008 10:28 AM

To Justin.Draycott@usdoj.gov
cc
bcc
Subject Burney & Chang

Justin,

Please provide suggested dates for the depositions of Ira Burney & Debbie Chang. We are available to take these depositions immediately, so please begin looking at dates starting next week (the week of February 4th).

Thanks,
Hilary

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========