# EXHIBIT 4



| | | |
|---|---|---|
| "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov><br><br>03/11/2008 01:34 PM | To | "Hilary A Ramsey" <haramsey@JonesDay.com>, <christophercook@jonesday.com> |
| | cc | "Martinez, Ana Maria (USAFLS)" <Ana.Maria.Martinez@usdoj.gov>, "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>, "Gobena, |
| | bcc | |
| | Subject | RE: Please see attached correspondence to Mr. Draycott |

Chris, my apologies - I didn't get to your March 10th letter yesterday, so I did not notice the request in your last paragraph for an immediate response.
We will not withdraw our motion for a protective order for Mr. Burney and Ms. Chang. Thank you for your attention. - Justin

**From:** Hilary A Ramsey [mailto:haramsey@JonesDay.com]
**Sent:** Monday, March 10, 2008 12:21 PM
**To:** Draycott, Justin (CIV)
**Cc:** Martinez, Ana Maria (USAFLS); St.Peter-Griffith, Ann (USAFLS); Ford, Rebecca (CIV); Gobena, Gejaa (CIV); Henderson, George (USAMA); Fauci, Jeff (USAMA); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Mao, Andy (CIV); Brooker, Renee (CIV); jbreen@breenlaw.com; alisonsimon@breenlaw.com; nmerkl@KelleyDrye.com; sreid@KelleyDrye.com; egortner@kirkland.com; hwitt@kirkland.com; mmurphy@foleyhoag.com; MLorenzo@KelleyDrye.com
**Subject:** Please see attached correspondence to Mr. Draycott

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========