# EXHIBIT 5

Page 285

```
            UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X  MDL NO. 1456

IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

----------------------------------X

THIS DOCUMENT RELATES TO:          :

U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

Laboratories, Inc.                 :

----------------------------------X


            IN THE CIRCUIT COURT OF

        MONTGOMERY COUNTY, ALABAMA

----------------------------------X

STATE OF ALABAMA,                  :  CASE NO.

        Plaintiff,                 :  CV-05-219

    v.                             :

ABBOTT LABORATORIES, INC.,         :  JUDGE

et al.,                            :  CHARLES PRICE

        Defendants.                :

----------------------------------X
```

320d321f-596a-4e1f-8444-2c4e6f42d4ae

Vladeck, Ph.D., Bruce C. - Vol. II                                    June 21, 2007
                          New York, NY

Page 346

1    A.   In a general way, yes, I do.
2    Q.   The Exhibit Abbott 258, this is the
3  memo from you to June Gibbs Brown.  And the third
4  paragraph reads:
5            "We note that the Health Security
6  Act proposes the creation of a home drug infusion
7  therapy benefit under Medicare, which, if passed
8  intact, will cover the services and equipment
9  associated with home drug infusion therapy."
10           If you could take a look at Exhibit
11 Abbott 260.  And is Exhibit Abbott 260 a copy of
12 the Health Security Act that is described in -- in
13 your memorandum?
14   A.   It appears to be.
15   Q.   Do you recall the administration
16 proposing the Health Security Act that's marked as
17 Exhibit Abbott 260?
18   A.   I certainly do.  The more general
19 description of the Health Security Act was the
20 President -- Mrs. Clinton's health care reform
21 legislation.
22   Q.   And one very small piece of it, I

Page 347

1  suspect, would have been this home infusion drug
2  therapy services component?
3    A.   That's correct.
4    Q.   Do you recall specifically the home
5  infusion drug therapy services component of the
6  Health Security Act?
7    A.   If you had asked me prior to a few
8  minutes ago whether there was such a provision in
9  the proposed legislation, I couldn't have told
10 you.
11   Q.   Do you recall that in the September
12 1993 time period or -- or even earlier, I guess --
13 it would have been earlier if this had already
14 been proposed -- a discussion within CMS about
15 creating an explicit benefit for home infusion
16 drug services?
17   A.   I do not recall.
18   Q.   Who would most likely have been
19 involved in the policy issues surrounding the
20 creation of a home drug infusion therapy benefit
21 under Medicare?
22   A.   I would -- this would be totally

Page 348

1  conjecture, but the logical group of people would
2  have included Mr. Hoyer, to whom I referred
3  earlier, Mr. Ault.  Probably very much involved
4  was Kathy Buto, whom I referred to the last day of
5  deposition, but I suspect there may have been
6  other people from the legislative staff involved
7  as well, in particular because I know he was very
8  much involved in Health Security Act issues, and I
9  believe I referred to him the last day as well,
10 Mr. Ira Burney, who was the Part B expert on our
11 legislative staff.
12   Q.   The -- the memo from -- from you to
13 Ms. Brown talks about the home drug infusion
14 therapy benefit being proposed as part of the
15 Health Security Act, covering the services and
16 equipment associated with home drug infusion
17 therapy.
18           The negative implication of that is
19 that Medicare currently does not cover the -- the
20 services and equipment associated with home drug
21 infusion therapy.
22           Does that refresh your memory about

Page 349

1  what the -- the nature of Medicare's payment for
2  home drug infusion therapy was in the '93 time
3  period?
4            MS. BROOKER:  Objection.  Form.
5    A.   I believe your suggestion or
6  implication is incorrect.  Medicare did not cover
7  it as such prior -- well, at the time, and covered
8  home fusion therapy as part of the durable medical
9  equipment benefit, as we discussed earlier.
10   Q.   Okay.
11   A.   It was the same set of services
12 under a different rubric, which was perhaps less
13 appropriate as a way to manage the provision of
14 that benefit than what was proposed in the Health
15 Security Act, but services were still covered.
16   Q.   And -- and so, if I were a provider
17 of home drug infusion services, at the time I
18 would need to use either profit from the drug
19 portion or the equipment portion of the payment to
20 subsidize the services I was providing.
21           Is that correct?
22           MR. BREEN:  Objection.  Form.

                                                    17 (Pages 346 to 349)