# EXHIBIT 6

Page 1

                UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -x

IN RE:  PHARMACEUTICAL         :  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

PRICE LITIGATION               :  01-CV-12257-PBS

THIS DOCUMENT RELATES TO       :

U.S. ex rel. Ven-a-Care of     :  Judge Patti B. Saris

the Florida Keys, Inc.         :

     v.                        :

Abbott Laboratories, Inc.,     :  Chief Magistrate

No. 06-CV-11337-PBS            :  Judge Marianne B.

- - - - - - - - - - - - - - -x    Bowler

934268fd-66d9-4c40-b8d6-725605bc72fb

```
                                                  Page 2                                                        Page 4
 1         IN THE CIRCUIT COURT OF                            1         IN THE COURT OF COMMON PLEAS
 2        MONTGOMERY COUNTY, ALABAMA                          2            FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - -x                           3   ----------------------------------X
 4   STATE OF ALABAMA,        :                               4   STATE OF SOUTH CAROLINA, and    :   STATE OF
 5      Plaintiff,        :                                   5   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
 6      vs.             : Case No.: CV-05-219                 6   capacity as Attorney General for  :   COUNTY OF
 7   ABBOTT LABORATORIES, INC.,   : Judge Charles Price       7   the State of South Carolina,   :     RICHLAND
 8    et al.           :                                      8       Plaintiff,       :
 9      Defendants.       :                                   9     v.              : CIVIL ACTION NO.
10   - - - - - - - - - - - - - - -x                          10   WARRICK PHARMACEUTICALS      : 2006-CP-40-4390
11                                                           11   CORPORATION, et al.      : 2006-CP-40-4399
12   STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY        12       Defendants.       :
13   ----------------------------X                           13   ----------------------------------X
14   STATE OF WISCONSIN,     : CASE NO.                      14   STATE OF SOUTH CAROLINA, and   :    STATE OF
15       Plaintiff,    : 04-CV-1709                          15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16     v.           :                                        16   capacity as Attorney General for  :   COUNTY OF
17   AMGEN INC., et al.,     :                               17   the State of South Carolina,   :     RICHLAND
18       Defendants.    :                                    18       Plaintiff,       :
19   ----------------------------X                           19     v.             : CASE NO.
20                                                           20   ABBOTT LABORATORIES, INC.      : 2006-CP-40-4394
21                                                           21       Defendant.        :
22                                                           22   ----------------------------------X

                                                  Page 3                                                        Page 5
 1        UNITED STATES DISTRICT COURT                        1         IN THE COURT OF COMMON PLEAS
 2          DISTRICT OF MASSACHUSETTS                         2            FIFTH JUDICIAL CIRCUIT
 3   ----------------------------------X                      3   ----------------------------------X
 4   THE COMMONWEALTH OF MASSACHUSETTS  : CIVIL ACTION NO.    4   STATE OF SOUTH CAROLINA, and   :    STATE OF
 5       Plaintiff,      : 03-CV-11865-PBS                    5   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
 6     v.            :                                        6   capacity as Attorney General for  :   COUNTY OF
 7   MYLAN LABORATORIES, INC., et al.  :                      7   the State of South Carolina,   :     RICHLAND
 8       Defendants.       :                                  8       Plaintiff,       :
 9   ----------------------------------X                      9     v.            : CIVIL ACTION NO.
10                                                           10   PAR PHARMACEUTICALS COMPANIES,   : 2006-CP-40-7151
11        SUPERIOR COURT OF NEW JERSEY                       11   INC.,            : 2006-CP-40-7153
12             UNION COUNTY                                  12       Defendant.       :
13   ----------------------------------X                     13   ----------------------------------X
14   CLIFFSIDE NURSING HOME, INC., on  : LAW DIVISION        14   STATE OF SOUTH CAROLINA, and   :    STATE OF
15   behalf of itself and all others   : DOCKET NO.          15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16   similarly situated, as defined   : UNN-L-2329-04        16   capacity as Attorney General for  :   COUNTY OF
17   herein,           :                                     17   the State of South Carolina,   :     RICHLAND
18       Plaintiffs,      :                                  18       Plaintiff,       :
19     v.            :                                       19     v.            : CIVIL ACTION NO.
20   DEY, INC., et al.      :                                20   MYLAN LABORATORIES INC.,     : 2007-CP-40-0282
21       Defendants.      :                                  21       Defendant.       : 2007-CP-40-0283
22   ----------------------------------X                     22   ----------------------------------X
```

2 (Pages 2 to 5)

```
                                   Page 6                                              Page 8
 1      IN THE COURT OF COMMON PLEAS              1   IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2          FIFTH JUDICIAL CIRCUIT                2              STATE OF MISSOURI
 3   ---------------------------------X           3   - - - - - - - - - - - - - - - - x
 4   STATE OF SOUTH CAROLINA, and   :  STATE OF   4   STATE OF MISSOURI, ex rel,     :
 5   HENRY D. McMASTER, in his official : SOUTH CAROLINA  5   JEREMIAH W. (JAY) NIXON,       :
 6   capacity as Attorney General for :  COUNTY OF  6   Attorney General,              :
 7   the State of South Carolina,   :  RICHLAND   7   and                            :
 8       Plaintiff,              :                8   MISSOURI DEPARTMENT OF SOCIAL  :
 9       v.                  : CIVIL ACTION NO.   9   SERVICES, DIVISION OF MEDICAL  : Case No.
10   BARR PHARMACEUTICALS, INC.     : 2007-CP-40-0280  10   SERVICES,                     : 054-1216
11       Defendant.            : 2007-CP-40-0286 11       Plaintiffs,        : Division No. 31
12   ---------------------------------X          12       vs.                     :
13                                               13   DEY INC., DEY, L.P., MERCK KGaA, :
14      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT 14   EMD, INC., WARRICK             :
15              STATE OF HAWAII                  15   PHARMACEUTICALS CORPORATION,   :
16   ---------------------------------X          16   SCHERING-PLOUGH CORPORATION, and :
17   STATE OF HAWAII,           : CASE NO.       17   SCHERING CORPORATION,          :
18       Plaintiff,        : 06-1-0720-04 EEH    18       Defendants.            :
19       v.                   :                  19   - - - - - - - - - - - - - - - - x
20   ABBOTT LABORATORIES, INC., et al. : JUDGE EDEN 20
21       Defendants.       : ELIZABETH HIFO      21
22   ---------------------------------X          22

                                   Page 7                                              Page 9
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT  1        COMMONWEALTH OF KENTUCKY
 2        IN AND FOR LEON COUNTY, FLORIDA           2      FRANKLIN CIRCUIT COURT - DIV. II
 3   THE STATE OF FLORIDA                           3   ---------------------------------X
 4   ex rel.                                        4   COMMONWEALTH OF KENTUCKY,    : CIVIL ACTION NO.
 5   - - - - - - - - - - - - - - - - x              5       Plaintiff,      : 03-CI-1134
 6   VEN-A-CARE OF THE FLORIDA     :                6       v.                  :
 7   KEYS, INC., a Florida         :                7   ABBOTT LABORATORIES, INC., et al. :
 8   Corporation, by and through its :              8       Defendants.        :
 9   principal officers and directors, :            9   ---------------------------------X
10   ZACHARY T. BENTLEY and       :                10
11   T. MARK JONES,              :                 11        COMMONWEALTH OF KENTUCKY
12       Plaintiffs,         :                    12      FRANKLIN CIRCUIT COURT - DIV. I
13      vs.                : Civil Action         13   ---------------------------------X
14   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G  14   COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO.
15   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William  15   GREGORY D. STUMBO, Attorney General: 04-CI-1487
16   LTD., SCHEIN PHARMACEUTICAL, INC.;:  L. Gary   16       Plaintiff,         :
17   TEVA PHARMACEUTICAL INDUSTRIES  :             17       v.                  :
18   LTD., TEVA PHARMACEUTICAL USA;  :             18   ALPHAPHARMA, INC., et al.     :
19   and WATSON PHARMACEUTICALS, INC., :           19       Defendants.        :
20       Defendants.        :                     20   ---------------------------------X
21   - - - - - - - - - - - - - - - - x            21              Washington, D.C.
22                                                22              Tuesday, May 15, 2007
```

3 (Pages 6 to 9)

934268fd-66d9-4c40-b8d6-725605bc72fb

```
                                                    Page 10
 1      Videotaped Deposition of THOMAS A.
 2  SCULLY, a witness herein, called for examination by
 3  counsel for Abbott Laboratories in the above-entitled
 4  matter, pursuant to subpoena, the witness being duly
 5  sworn by SUSAN L. CIMINELLI, a Notary Public in and
 6  for the District of Columbia, taken at the offices of
 7  Jones Day, 51 Louisiana Avenue, Northwest,
 8  Washington, D.C., at 8:49 a.m. on Tuesday, May 15,
 9  2007, and the proceedings being taken down by
10  Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and
11  transcribed under her direction.
12
13
14
15
16
17
18
19
20
21
22
```

```
                                                    Page 11
 1       APPEARANCES:
 2
 3       On behalf of the United States of America:
 4           GEJAA T. GOBENA, ESQ.
 5           JOHN K. NEAL, ESQ.
 6           ANDREW MAO, ESQ.
 7           U.S. Department of Justice
 8           Civil Division
 9           601 D Street, Northwest
10           PHB - 9028/P.O. Box 261
11           Washington, D.C. 20044
12           Gejaa.Gobena@usdoj.gov
13           (202) 307-1088
14
15
16
17
18
19
20
21
22
```

```
                                                    Page 12
 1   APPEARANCES (continued):
 2
 3    On behalf of the U.S. Department of
 4    Health and Human Services:
 5        TROY A. BARSKY, ESQ.
 6        U.S. Department of Health and Human Services
 7        CMS Division
 8        C2-05-23
 9        7500 Security Boulevard
10        Baltimore, MD  21244-1850
11        (410) 786-8873
12        troy.barsky@hhs.gov
13
14    On behalf of the State of California:
15        NICHOLAS N. PAUL, ESQ.
16        Supervising Deputy Attorney General
17        Civil Prosecutions Unit
18        P.O. Box 85266
19        110 West A Street, #1100
20        San Diego, CA  82186
21        (619) 688-6099
22        nicholas.paul@doj.ca.gov
```

```
                                                    Page 13
 1   APPEARANCES (continued):
 2
 3    On behalf of the State of Alabama:
 4        ROGER BATES, ESQ.
 5        Hand Arendall, L.L.C.
 6        1200 Park Place Tower
 7        2001 Park Place North
 8        Birmingham, AL  35203
 9        (205) 502-0105
10        Rbates@handarendall.com
11
12    On behalf of the State of Florida:
13        MARY S. MILLER, ESQ.
14        Office of the Attorney General of Florida
15        PL-01, The Capitol
16        Tallahassee, FL 32399-1050
17        (850) 414-3600
18        Mary_Miller@oag.state.fl.us
19
20
21
22
```

Scully, Thomas A.                                            May 15, 2007
                              Washington, DC

Page 274

1  Q.  Page 99.  Near the -- about two-thirds of
2  the way down, you say, "it is not an easy solution.
3  I spent four hours the other day with probably 10
4  people at CMS that have worked on this for the
5  longest time."  Do you see that?  I mean, the
6  sentence continues, but do you see that language?
7  A.  Yes.
8  Q.  I was wondering if you can identify for us
9  any of those 10 people.
10  A.  Well, two I mentioned already.  Ira Bernie
11  was probably always the key guy driving the CMS
12  internally, works in the office of legislative
13  affairs.
14  Q.  Is he still with CMS?  I'm sorry to
15  interrupt.
16  A.  Has been for 30 years.  Most incredibly
17  complex policies come from Ira over the years,
18  probably half your litigation.  Second person,
19  believe it or not, in the small world category, is
20  Erin Clapton, who has also been there for years.  And
21  her husband Chuck Clapton is the chief counsel in
22  this committee and is still the minority counsel on

Page 275

1  Ways and Means.
2      So she works in CMS policy office and her
3  husband was the primary guy driving this in Congress.
4  So it was a lot -- somebody I've known for years, so
5  I would say those two -- of the 10, you know, there
6  is quite a bit of staff people.  I can't remember all
7  the names that probably worked on this.  Probably Tom
8  Gustafson, Tom Grissam, Ira and Erin, were probably
9  the four I can remember the most clearly involved in
10  this.  Rob Forman probably was involved in it as my
11  head of legislative affairs at CMS probably was also
12  in there.
13  Q.  Later on in your testimony, we can find
14  it, but I think you mentioned maybe as many as 15
15  people.  Are those -- is that --
16  A.  Same basic.
17  Q.  Anybody else that you can recall that
18  would be in this area of knowledge about having
19  worked on the AWP issue for a number of years within
20  CMS?
21  A.  It was a big staff.  I mean, I had staff
22  meetings the size of this to discuss this.  I can't

Page 276

1  remember every staff person that worked on it, the
2  senior staff people I think I've mentioned.  It was
3  an area of pretty intense focus for a while.
4      (Exhibit Abbott 188 was
5       marked for identification.)
6  BY MR. DALY:
7  Q.  Mr. Scully, I'm handing you what the court
8  reporter has marked as Exhibit Abbott 188, which is a
9  copy of what I believe is your prepared testimony
10  before the Senate Finance Health Care Committee on
11  March 14, 2002.  And do you recognize it to be such?
12  A.  Yes.
13  Q.  And did you write this?
14  A.  Probably not.
15  Q.  Okay.
16  A.  Probably reviewed it, maybe threw a few
17  sentences here and there.  Probably drafted by staff.
18  Q.  Did you review this in preparation for
19  your deposition?
20  A.  No.  I may have looked through it briefly.
21  I probably had a copy.
22  Q.  Okay.

Page 277

1  A.  Not in this format.  Anyway.
2  Q.  On page 2 of the document, you mentioned
3  in the second full paragraph, about two-thirds of the
4  way through it, that under BIPA, which provided some
5  authority for the Secretary to act after reviewing
6  the General Accounting Office report to Congress,
7  "under BIPA, we could move to a market-based system
8  or drugs and adjust payments for services related to
9  furnishing drugs such as practice expenses for
10  oncology administration."  Do you see that?
11  A.  Yes.
12  Q.  And can you explain what that means?
13  A.  No, I probably -- I can't remember
14  precisely, but I'm thinking it probably means is we
15  have the authority to actually save money in drugs
16  arguably, and this is a new legal argument, I think,
17  that I had gotten since the first testimony, because
18  I was trying to find ways to threaten to fix it
19  administratively if I couldn't get Congress to act.
20      I believe at one point, I got some
21  discretion or at least a reading of BIPA from my
22  attorneys, I may be wrong about this, but I believe

70 (Pages 274 to 277)