# EXHIBIT 11

*Ira FY Files*

```
                HEALTH CARE FINANCING ADMINISTRATION
              OFFICE OF COMMUNICATIONS & OPERATIONS SUPPORT
        DIVISION OF CORRESPONDENCE CONTROL & MANAGEMENT:   CONTROL 980121-0703
```

FROM:   BEN CAMPBELL                DOL: 01/07/98              DOR: 01/21/98

CONSTITUENT:  MICHAEL STONE                              X-REF:

DUE TO DCCM:                                             DUE OUT: 02/11/98

ORG:    SENATOR                                          PROVIDER NO:

       COLORADO                                          RC:
SUB:    CONCERNING PROPOSED REDUCTION IN MEDICARE PAYMENT FOR DRUGS
        ADMINISTERED IN PHYSICIAN OFFICES...CLM

KW:

REF FROM:  DIR        REPLY: DIRECT REPLY              HCFA OUT:

| # | SENT TO | REFER | DUE | # | SENT TO | REFER | DUE |
|---|---------|----------|----------|---|---------|-------|-----|
| 1. | *CHPP  | 01/21/98 | 02/11/98 | 5. |  |  |  |
| 2. | OL     | 2/5      |          | 6. |  |  |  |
| 3. |        |          |          | 7. |  |  |  |
| 4. |        |          |          | 8. |  |  |  |

FYI:  OL;MAT;GB;FILE

COMMENTS:

HHD058-0005        F



DEPARTMENT OF HEALTH & HUMAN SERVICES

Health Care Financing Administration

Washington D.C. 20201 – 0001

FEB 11 1999

The Honorable Ben Nighthorse Campbell
United States Senate
Washington, DC 20510

Dear Senator Campbell:

Thank you for your recent letter concerning the legislative proposal contained in the President's FY 1999 budget to eliminate excessive Medicare reimbursement for drugs.

While Medicare does not have an expansive outpatient drug benefit, it does cover outpatient drugs that are furnished by a physician, oral cancer drugs, and certain specific drugs (e.g., those that is used with home infusion or inhalation equipment).

In a December 1997 report, the Inspector General of the Department of Health and Human Services found that Medicare currently pays hundreds of millions of dollars more than would be paid if market prices were used for 22 of the most common and costly drugs (many of which are used for chemotherapy). The Inspector General found that for more than one-third of the drugs studied Medicare pays more than double the actual acquisition costs of physicians and suppliers who bill Medicare for these drugs. The Inspector General found that Medicare's payment for these drugs, which is based on the "average wholesale price" (AWP), is substantially more than what the physician or supplier who furnishes the drug pays for it.

Although the Balanced Budget Act of 1997 reduced Medicare's payment for drugs to 95 percent of the AWP, it did not go far enough to eliminate physician mark-ups. The President's FY 1999 proposal would eliminate the mark-up by basing Medicare's payment on the actual acquisition cost of the physician or supplier. It should be noted that this proposal deals only with the cost of the drug itself. Medicare also makes a separate payment to physicians for the "administration" of cancer drugs which recognizes the resources involved with ordering, storing and handling and performing other tasks associated with administering such drugs. We do not believe that the President's FY 1999 proposal would have adverse consequences since it would pay physicians their costs for acquiring drugs but eliminate their mark-ups in furnishing them to beneficiaries.

I hope that this information is helpful to you.

Sincerely,

Debbie Chang
Director, Office of Legislation

HHD058-0006

BEN NIGHTHORSE CAMPBELL
COLORADO



# United States Senate
WASHINGTON, DC 20510-0605

January 7, 1998

Ms. Debbie Chang
Director, Congressional Affairs Division
Health Care Financing Administration
U.S. Dept. of Health and Human Services
Room 341 H, 200 Independence Avenue, S.W.
Washington, D.C. 20201

Dear Ms. Chang:

Enclosed is a copy of correspondence which I have received from Michael Stone and Robert Rifkin concerning proposed reductions in Medicare payment for drugs administered in physician offices.

Your review of this material and any suggestions for replying to this letter would be helpful. If there are questions, please contact Vivian Otteman of my staff at #202-224-0513. A reply, in duplicate, to Vivian's attention would be appreciated.

Many thanks for your assistance in this matter.

Sincerely,

Ben Nighthorse Campbell
U.S. Senator

BNC:vo

1129 PENNSYLVANIA STREET
DENVER, CO 80203
303/866-1900

19 OLD TOWN SQUARE
SUITE 238, #33
FT. COLLINS, CO 80524
303/224-1909

300 MAIN STREET
SUITE 306
GRAND JUNCTION, CO 81501
303/241-6631

105 E. VERMIJO
SUITE 600
COLORADO SPRINGS, CO 80903
719/636-9092

720 N. MAIN STREET
SUITE 402
PUEBLO, CO 81003
719/542-6987

PRINTED ON RECYCLED PAPER

HHD058-0007

*health*

2547 56th Ave.
Greeley, Co. 80634
Dec. 18, 1997

The Honorable Ben Campbell
United States Senate
Washington, D.C. 20510

Dear Senator Campbell:

    President Clinton has recently announced that he will seek to further reduce the Medicare payment for drugs administered to patients in physician offices. As a medical oncologist treating cancer patients with chemotherapy, this will have a severe negative impact on my practice and on the care medicare patients will receive. In addition, I suspect that little if any money will actually be saved.
    Currently almost all chemotherapy is administered in the most cost effective setting, namely the physician's office. Under the current system, we are reimbursed a very small amount above the price of the medications we use (which we purchase ourselves) but receive no reimbusement for supplies or nursing costs. The 1998 Medicare budget already calls for a 5% reduction in our drug reimbursement. The new proposals will further reduce this amount by basing reimbursement on a theoretical acquisition cost which will result in out of pocket losses to us.
    Obviously, no business can operate at a loss. The effect of these changes will be that medicare patients will receive inferior care because of financial considerations, and that there will be a shift of treatment back to the more expensive hospital setting, which will negate any anticipated savings.
    Please consider how you would wish a family member with cancer to be treated. Financial concerns must not be a way to ration care for life threatening illnesses. We are making steady progress in the fight against cancer. The administration proposal is a step backward in this battle. I would appreciate your help in opposing it.

                                              Sincerely,

                                              Michael Stone M.D.



ROCKY MOUNTAIN™
CANCER CENTERS

RMCC - Aurora
750 Potomac Street, #
Aurora, Colorado 8001
303 340-3030 ☎
303 343-7023 Fx

Nicholas J. DiBella, M.D.
David C. Faragher, M.D.

750 Potomac Street, #125
Aurora, Colorado 80011
303 340-3030 ☎
303 343-3863 Fx

Susan Myers Freeman, M.D.
Eduardo R. Pajon, Jr., M.D.

December 22, 1997

The Honorable Ben Nighthorse Campbell
United States Senate
Washington, D.C.  20510

Dear Senator Campbell:

President Clinton recently announced that he will seek legislation to further reduce the Medicare payment for drugs administered to patients in physician offices. As an oncologist treating cancer patients, I administer a large number of chemotherapy drugs. I am very concerned about how this proposal may adversely affect my practice and patients.

The Administration proposal would supposedly base Medicare payment on the "actual acquisition cost" of the drugs, but this term would be defined in a way that would cause oncologists to suffer out-of-pocket financial losses. Congress rejected this defective proposal last year and instead passed a 5% reduction. The Administration, however, wants additional reductions.

Oncologists already incur losses resulting from the inadequate medicare payment for the nurses and supplies involved in administering chemotherapy. The combination of these losses and the payment reductions proposed by the Administration would result in a very difficult financial situation for my practice.

The Administration proposal would be harmful to cancer treatment. I would appreciate your help in opposing it.

Sincerely,

Robert M. Rifkin, M.D.

RMR/frmt1

RMCC - North
9025 Grant Street, #204
Thornton, Colorado 80229
303 252-8624 ☎
303 252-8628 Fx

RMCC - West
8015 W. Alameda Avenue, #260
Lakewood, Colorado 80226
303 274-5929 ☎
303 274-7766 Fx

Stephen J. Frank, M.D.
Alvin L. Otsuka, M.D.
Russell C. Tolley, M.D.

RMCC - Rose
4545 E. Ninth Avenue, #220
Denver, Colorado 80220
303 393-1776 ☎
303 393-0832 Fx

Susan Myers Freeman, M.D.
Jeffrey V. Matous, M.D.

RMCC - South
701 E. Hampden Avenue, #210
Englewood, Colorado 80110
303 788-4200 ☎
303 788-7301 Fx

2555 S. Downing Street, #160
Denver, Colorado 80210
303 744-2447 ☎
303 744-2493 Fx

Robin J. Kovachy, M.D.
Richard T. McMahon, M.D.


Accredited By
Joint Commission