UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *State of Iowa v. Abbott Laboratories, et al.* ) <br> ) <br> *The City of New York, et al. v. Abbott* ) <br> *Laboratories, et al.,* ) <br> ) <br> ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of Wyeth in the above-captioned actions.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Maryland and am accordingly admitted to practice before Maryland courts.

In accordance with this Court's Case Management Order No. 1, I have included a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

Dated: March 4, 2008

Respectfully submitted,

Elissa F. Borges
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street

Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached was served this 4 day of March, 2008 upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

Elissa F. Borges