UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) <br> ) No. MDL Docket No. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of James W. Matthews (jwmatthews@sherin.com) as counsel of record for defendants Watson Laboratories, Inc., Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.

                                            Watson Pharma, Inc. and,
                                            Watson Pharmaceuticals, Inc.
                                            By their attorneys,

                                            /s/ James W. Matthews
                                            James W. Matthews, BBO#: 560560
                                            Katy E. Koski, BBO#: 650613
                                            Courtney A. Clark, BBO#: 651381
                                            Sherin and Lodgen LLP
                                            101 Federal Street
                                            Boston, MA 02110
                                            (617) 646-2000

Dated: March 13, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on March 13, 2008, copies of the foregoing document was served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

            /s/ James W. Matthews

00207333.DOC /