UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *State of Iowa v. Abbott Laboratories, et al.* | |
| *The City of New York, et al. v. Abbott Laboratories, et al.*, | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of Wyeth in the above-captioned actions.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Maryland and am accordingly admitted to practice before Maryland courts.

In accordance with this Court's Case Management Order No. 1, I have included a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

Dated: March 4, 2008

Respectfully submitted,

M. Hamilton Whitman, Jr.
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street

Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached was served this 4 day of March, 2008 upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

M. Hamilton Whitman, Jr.