**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *The City of New York, et. al.* | ) ) |
| *v.* | ) |
| *Abbott Laboratories, Inc., et al.* | ) ) |

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' RESPONSE
TO DEFENDANTS' JOINT MOTION TO COMPEL THE PRODUCTION
OF CLAIMS DATA**

The undersigned parties, by and through their respective counsel, hereby stipulate as

follows:

**WHEREAS** Defendants filed their Joint Motion to Compel the Production of Claims

Data on February 27, 2008; and,

**WHEREAS** Plaintiffs informed Defendants on February 29, 2008 that Plaintiffs will

receive the requested claims data from the New York State Department of Health on or before

March 21, 2008, and will produce it to Defendants immediately thereafter; and,

**WHEREAS** Defendants agreed on March 7, 2008 that they would withdraw the Motion

to Compel if they have received, by March 22, 2008, a complete set of the claims data from all

plaintiff Counties and New York City containing sufficient fields from which to identify, among

other things, the allowed amount, the paid amount, the basis of payment, the billed charge

submitted by the provider, any co-payments and other third-party payments made, the dispensing

fee paid, and the identity, location, and type of provider; and,

**WHEREAS** Defendants further agreed that, if the complete claims data has not been

produced by March 21, 2008, Plaintiffs' response to Defendants' Motion to Compel would be

due on March 22, 2008; and,

**WHEREAS** Parties agree that Plaintiffs' response to Defendants' Motion to Compel

should not be filed until March 22, 2008.

**NOW THEREFORE** the Parties hereby agree, as follows:

Plaintiffs' time to respond to Defendants' Joint Motion to Compel the Production of

Claims Data is extended to March 24, 2008.

SO AGREED this day /2 of March, 2008.

By:                                                         By:

Kim B. Nemirow                                              Joanne M. Cicala (JC 5032)
                                                            James P. Carroll Jr. (JPC 8348)
John T. Montgomery                                          Aaron D. Hovan (AH 3290)
John P. Bueker
Kim B. Nemirow

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624                            KIRBY McINERNEY, LLP
(617) 951-7000                                              830 Third Avenue
                                                            New York, New York 10022
Counsel for Schering-Plough                                 (212) 371-6600
Corporation, Warrick Pharmaceuticals
Corporation, and on behalf of all other                     Counsel for the City of New York and New York
Defendants identified in the Revised First                  Counties in MDL 1456 except Nassau and
Amended Consolidated Complaint                              Orange