CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 12th day of March, 2008 she caused a true and correct copy of the Stipulation to Extend Time for Plaintiffs' Response to Defendants' Joint Motion to Compel the Production of Claims Data to be delivered to All Counsel of Record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456 by causing same to posted via LexisNexis.

/s/ Joanne M. Cicala
Joanne M. Cicala, Esq.
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600