UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) <br> ) No. MDL Docket No. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Courtney A. Clark (caclark@sherin.com) as counsel of record for defendants Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.

                Watson Pharma, Inc. and,
                Watson Pharmaceuticals, Inc.
                By their attorneys,

                /s/ Courtney A. Clark
                James W. Matthews, BBO#: 560560
                Katy E. Koski, BBO#: 650613
                Courtney A. Clark, BBO#: 651381
                Sherin and Lodgen LLP
                101 Federal Street
                Boston, MA 02110
                (617) 646-2000

Dated:  March 13, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2008, copies of the foregoing document was served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Courtney A. Clark