UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456<br><br>) CIVIL ACTION: 01-CV-12257-PBS |
| | ) |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | ) Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Katy E. Koski

(kekoski@sherin.com) as counsel of record for defendants Watson Pharma, Inc. and Watson

Pharmaceuticals, Inc.

Watson Pharma, Inc. and,
Watson Pharmaceuticals, Inc.
By their attorneys,


/s/ Katy E. Koski
James W. Matthews, BBO#: 560560
Katy E. Koski, BBO#: 650613
Courtney A. Clark, BBO#: 651381
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: March 13, 2008

00207332.DOC /

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, copies of the foregoing document was served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Katy E. Koski

00207332.DOC /