UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris ) |

**DECLARATION OF STEVEN M. EDWARDS IN FURTHER
SUPPORT OF BMS'S OPPOSITION TO PLAINTIFFS'
MOTION TO CERTIFY NATIONWIDE CLASSES 2 AND 3**

STEVEN M. EDWARDS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Hogan & Hartson L.L.P., attorneys for defendants Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc. ("BMS"). I make this declaration in further support of BMS's Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 Against Defendants AstraZeneca and BMS ("Opposition to Plaintiffs' Motion"). I have personal knowledge of the facts stated herein.

2. In our Opposition to Plaintiffs' Motion, we incorporated the discovery record by reference, including testimony by third party payors ("TPPs") and others. The purpose of this declaration is to make excerpts from that record available for the convenience of the Court.

3. Attached hereto are true and correct copies of the following exhibits:

| Exhibit 1 | Excerpt of the deposition of Mike Beaderstadt (John Deere) taken on September 17, 2004 |
|---|---|
| Exhibit 2 | Excerpt of the deposition of Mickey Brown (Blue Cross/Blue Shield of Mississippi) taken on March 9, 2005 |

| | |
|---|---|
| Exhibit 3 | Excerpt of the deposition of Eric Cannon (IHC Health Plans) taken on September 13, 2004 |
| Exhibit 4 | Excerpt of the deposition of Jan L. Cook, M.D. (Blue Cross/Blue Shield of Massachusetts) taken on March 6, 2006 |
| Exhibit 5 | Excerpt of the deposition of Dan Dragalin, M.D. (MultiPlan) taken on September 17, 2004 |
| Exhibit 6 | Excerpt of the deposition of Kelly Ellston (Union Labor Life Ins. Co.) taken November 23, 2004 |
| Exhibit 7 | Excerpt of the deposition of Robert C. Farias (Harvard Pilgrim) taken on October 20, 2004 |
| Exhibit 8 | Excerpt of the deposition of Hal Goldman, Pharm. D., R. Ph. (Vista Healthplan) taken on September 20, 2004 |
| Exhibit 9 | Excerpt of the deposition of Lisa M. Gorman (Blue Cross/Blue Shield of Massachusetts) taken on March 7, 2006 |
| Exhibit 10 | Excerpt of the deposition of Thomas E. Greenebaum (Cigna) taken on January 14, 2005 |
| Exhibit 11 | Excerpt of the deposition of Raymond S. Hartman, Ph.D. (Class Plaintiffs' Expert) taken on February 27, 2006 |
| Exhibit 12 | Excerpt of the deposition of Jill S. Herbold (Cigna) taken on January 14, 2005 |
| Exhibit 13 | Excerpt of the deposition of James T. Kenney (Harvard Pilgrim Health Care) taken on September 20, 2004 |
| Exhibit 14 | Excerpt of the deposition of John M. Killion (Blue Cross/Blue Shield of Massachusetts) taken on January 6, 2006 |
| Exhibit 15 | Excerpt of the deposition of Edward Lemke (Humana) taken on January 11, 2005 |
| Exhibit 16 | Excerpt of the deposition of Lee N. Newcomer, M.D. (UnitedHealthcare) taken on October 18, 2006 |
| Exhibit 17 | Excerpt of the deposition of Bruce M. Niebylski, M.D. (Health Alliance Plan of Michigan) taken on June 30, 2006 |
| Exhibit 18 | Excerpt of the deposition of Paula Pfankuch (Blue Cross/Blue Shield of Illinois) taken on September 14, 2004 |
| Exhibit 19 | Excerpt of the deposition of Carol Sidwell (John Deere Health) taken on September 17, 2004 |
| Exhibit 20 | Excerpt of the deposition of Joe Spahn (Anthem Blue Cross/Blue Shield) taken November 30, 2004 |
| Exhibit 21 | Excerpt of the deposition of Scott Wert (Health Net Pharmaceuticals) taken on February 1, 2006 |

| Exhibit 22 | Excerpt of Defendants' Exhibit 1053 – OIG, <u>Physicians' Costs for Chemotherapy Drugs</u>, November 1992 |
|---|---|
| Exhibit 23 | Defendants' Exhibit 1268 – Letter from K. Chan, Provider Network Consultant – Northern Region, Trigon, to K. Manza, Regional Director, Managed Care, US Oncology, January 5, 2000 |
| Exhibit 24 | Excerpt of Defendants' Exhibit 2641 – Bill Alpert, "Hooked on Drugs", <u>Barron's</u>, June 10, 1996, at 15 |
| Exhibit 25 | Defendants' Exhibit 2647 – Fax from M. Carozza, BMS, to F. Pasqualone et al., BMS, July 2, 1997 |

Dated: March 17, 2008

                 /s/ Steven M. Edwards
                  Steven M. Edwards

**CERTIFICATE OF SERVICE**

I, Andrea W. Trento, hereby certify that on March 17, 2008, I have caused true and correct copies of the foregoing Declaration of Steven M. Edwards in Further Support of BMS's Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3, with attached exhibits, to be served on all counsel of record by electronic service, pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

Date:   New York, New York
        March 17, 2008

                                            /s/ Andrea W. Trento
                                            Andrea W. Trento