EXHIBIT 21

Scott Wert                 HIGHLY CONFIDENTIAL               February 1, 2006
                              Rancho Cordova, CA

1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

--o0o--

In re: PHARMACEUTICAL          )

INDUSTRY AVERAGE WHOLESALE     )    No. 01-2257-PBS

PRICE LITIGATION,              )

                               )

THIS DOCUMENT RELATES TO ALL   )

ACTIONS,                       )

_____)

HIGHLY CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER

TELEPHONIC DEPOSITION OF SCOTT WERT

WEDNESDAY, FEBRUARY 1, 2006

Telephonic deposition of SCOTT WERT, taken

on behalf of Johnson & Johnson, 10834 International

Drive, Suite 200, Rancho Cordova, California, at

10:00 a.m., on Wednesday, February 1, 2006, before

RICHARD M. RAKER, CSR No. 3445, Certified Shorthand

Reporter.

Scott Wert                HIGHLY CONFIDENTIAL                February 1, 2006
Rancho Cordova, CA

35

1  single entity that purchases at AWP, correct?

2              MR. WILLIAMS:  Lack of foundation.

3              THE WITNESS:  Am I aware?  I'm not aware.

4  BY MR. MANGI:

5      Q.    Okay.  Now, we've discussed a couple of

6  different things.  We've discussed WAC, and we've

7  discussed the fact that the price at which entities

8  in the market acquire drugs will be a percentage

9  below WAC that varies depending on the amount of the

10 rebate or discount that entity gets on that drug,

11 right?

12     A.    Right.

13     Q.    We've discussed AWP, which is a benchmark

14 that is either 20 or 25, sometimes 30 percent above

15 the WAC for given drugs, right?

16     A.    Right.

17     Q.    So it's fair to say, isn't it, that the

18 relationship between any individual entity's

19 acquisition cost for drugs and the AWP for that drug

20 will vary depending on the amount of rebates or

21 discounts that that entity is getting, right?

22     A.    Right.

Scott Wert                  HIGHLY CONFIDENTIAL              February 1, 2006
                              Rancho Cordova, CA

                                                                        36

1        Q.    Indeed, there will be no settled

2   percentage differential between the two of those

3   numbers, the actual acquisition costs on the one

4   hand and the AWP for that drug on the other, right?

5        A.    Right.

6        Q.    Will vary from entity to entity, drug to

7   drug depending on the leverage that those entities

8   have and their ability to exact differential rebate

9   and discounts from drug manufacturers, right?

10       A.    Yes.

11       Q.    And certainly Health Net has no fixed

12  expectation or has no expectation that there is, in

13  fact, a fixed relationship between actual

14  acquisition and AWP, correct?

15            MR. WILLIAMS:   Objection; lack of

16  foundation.

17            THE WITNESS:   Correct.

18  BY MR. MANGI:

19       Q.    In other words, Health Net recognizes that

20  the relationship between the actual acquisition cost

21  for a drug and the AWP for a drug will vary widely

22  depending on the amounts of rebates or discounts

Scott Wert                    HIGHLY CONFIDENTIAL            February 1, 2006
                              Rancho Cordova, CA

37

1    that the purchasing entity can get from the

2    manufacturer.

3         A.   Right.

4         Q.   So certainly, if one were to say that,

5    well, you know Health Net expects that there will be

6    a fixed relationship of, say, 20 percent or 30

7    percent or 40 percent, there would be absolutely no

8    foundation for that, correct?

9         A.   Correct.

10        Q.   That would be simply an inaccurate

11   assumption that lacks any foundation whatsoever,

12   right?

13             MR. WILLIAMS:  I'll object as ambiguous.

14   Also calls for speculation.

15             MR. SELFRIDGE:  It's an argumentative

16   question, but you can answer.

17             THE WITNESS:  Yes.

18   BY MR. MANGI:

19        Q.   Now, let's talk for a moment about generic

20   drugs.  Actually, withdraw that.

21             Do you know at what rate Health Net can't

22   reimburse doctors for drugs that they administer to

Henderson Legal Services
(202) 220-4158

# EXHIBIT 22

Department of Health and Human Services

# OFFICE OF
# INSPECTOR GENERAL

## PHYSICIANS' COSTS FOR
## CHEMOTHERAPY DRUGS



NOVEMBER 1992   A-02-91-01049

Defendants' Exhibit

**i053**

01-12257 - PBS

Page 2 - William Toby, Jr.

Our results indicate that, for the physicians surveyed, the 13 chemotherapy drugs can be purchased at amounts below AWP and that AWP is not a reliable indicator of the cost of a drug to physicians. Physicians can usually maximize cost savings by ordering some drugs directly from the major manufacturers who establish a single price for the entire country.

In addition to addressing drug costs, we evaluated costs associated with wasted and spoiled drugs, spilled drugs, storing and ordering the drugs, and bad debts. For the physicians surveyed, we found that:

- o   under the present Medicare coding system, physician claims do not always reflect the dosage actually administered;

- o   Medicare payments partially compensate for the costs of wasted drugs;

- o   in certain instances, credits to physicians for spoiled drugs are allowed by manufacturers and wholesalers;

- o   spillage is a relatively rare occurrence and has little impact on physician costs;

- o   the incremental costs incurred by physicians for storing the drugs are insignificant and should not impact the cost of providing the drug; and

- o   bad debts attributed to Medicare beneficiaries are less than 1 percent of the amounts owed to the physicians.

We also believe that, in gathering invoice prices as part of the carrier surveys required by regulation, HCFA should consider the sources used by physicians to obtain drugs. The survey results should be adjusted to the lowest price available in the marketplace when physicians indicate purchases at higher prices from pharmacies and wholesalers for drugs that they could have bought directly from manufacturers at lower prices. Therefore, we are recommending that HCFA:

- o   define reimbursement policy to encourage physicians to purchase drugs utilizing the most economical means available in the marketplace;

- o   establish uniform survey criteria to be used in determining the drug payment levels;

- o   set uniform policy for carriers' evaluation of drug inventory, waste, and spoilage costs; and

APPENDIX III

## INVOICE COSTS
### Expressed as a Percentage below the AWP

| DRUG | BRAND NAME MFRS | GENERIC MFRS | ONCOLOGY WHOLESALERS | SINGLE SOURCE |
|------|------|------|------|------|
| BLEOMYCIN | 20% | A | 12 TO 17% | YES |
| CARBOPLATIN | 20% | A | 17% | YES |
| CISPLATIN | B | A | 17% | YES |
| CYCLOPHOSPHAMIDE | 20 TO 59% | B | 17 TO 22% | NO |
| DOXORUBICIN | 56 TO 59% | 61% | 59 TO 60% | NO |
| ETOPOSIDE | 20% | A | 17 TO 18% | YES |
| FLUOROURACIL | B | B | 45 TO 68% | NO |
| INTERFERON | B | B | 9 TO 14% | NO |
| METHOTREXATE SODIUM | B | 60% TO 79% | 68 TO 83% | NO |
| MITOMYCIN | 20% | A | 17% | YES |
| THIOTEPA | B | A | 16% | YES |
| VINBLASTINE SULFATE | 63% | B | 50 TO 64% | NO |
| VINCRISTINE SULFATE | 83% | B | 81 TO 82% | NO |

A – Single Source Drug – no generic manufacturer
B – No observation of direct purchase from drug manufacturer

# EXHIBIT 23

em [https://www.taxtranet.comdcs/search/prodDocs/viewitem.les?docID=2242257eDocID=0tableID=1183]

Page 1 of

# TRIGON

January 5, 2000

Ms. Karen Ford Manza
Regional Director, Managed Care
US Oncology
16825 Northchase Drive
Suite 1300
Houston, TX 77060

Dear Ms. Manza:

It was a pleasure speaking with you regarding the new Trigon Services, Inc. Agreements. I also want to thank you for forwarding your suggested changes to the agreement language. As we discussed, the Agreements have undergone significant revisions that are beneficial to your practice. However, you still have a number of concerns regarding the contract language. At this time, I would like to address your concerns in an attempt to further clarify Trigon Services, Inc.'s position on certain issues.

Exhibit H - Bundling

Further clarification necessary.

History Edits - Oncology

Further clarification necessary.

Non-Covered Oncology Services

Further clarification necessary.

> Defendants' Exhibit
> **1268**
> 01-12257 - PBS

Medical Necessity

As defined in the Agreements, Medical Necessity determinations are based upon the following criteria: consistent with the symptom or diagnosis and treatment of the Covered Person's condition; in keeping with standards of generally accepted medical practice; not mainly for the convenience of the patient, the patient's family, or the provider; and the most suitable supply or level of service that can be safely provided. Economic factors are not a component of Medical Necessity determinations. Determination of Medical Necessity is based upon sound clinical evidence and outcomes information. Trigon uses national medical necessity standards for these determinations.

If you disagree with a Medical Necessity determination made by Trigon and feel that it is based purely on economic factors, you should appeal the insurance claims in accordance with Virginia Code Section 32.1-137.7 *et. seq*

Experimental/Investigational

See Medical Necessity section.

**A-VA 03010065**
**Highly Confidential**

Trigon Services, Inc., a subsidiary of Trigon Healthcare, Inc.
3800 Concorde Parkway • Suite 2000 • Chantilly, Virginia 20151 • Tel 703-227-5300 • Fax 703-227-5355

111559

Item [https://www.lextranet.com/lcs/search/prodDocs/viewitem.ics?docID=2242257eDocID=0table!D=1183]

## PAR/PPO Modifiers

Further clarification necessary.

## Drug Pricing According to Exhibit H

Trigon recognizes that your acquisition cost for drugs is highly variable when expressed as a percent of the AWP. Ninety percent of AWP should provide you with substantial margins for some drugs and nearly zero margins for others. As you know, acquisition cost as a percent of AWP is much lower for the older and more established generics and multi-source brands. These relatively low-cost drugs provide substantial margins and are prominent in the established combination regimens for common malignancies. Therefore, on balance, providing drugs to Trigon insureds at ninety percent of AWP provides you with a positive margin, even when inventory costs are considered. At the time of future fee schedule updates, Trigon might introduce new or different allowances for drugs. It is possible that new allowances might not be based upon a constant percent of AWP. However, any fee schedule changes may be many months in the future.

## Medical Documentation

Further clarification necessary.

## CPT Coding and Medicare Processing Guidelines

Trigon updates its fee schedules yearly, according to Medicare's Relative Value Units, competitor payments and changes in medical technology that affect specific allowances.

## General Contractual Issues

1. Although the Fair Business Practices Act only applies to insured business, you will see some changes in processes and procedures across all lines of business as a result of the changes we are making relative to the new law. For example, we will provide voluntary pre-authorization with eligibility determinations across all lines of business, and we will provide information about policies and payments consistently across all lines of business. And we will, of course, continue to strive to pay all claims promptly and accurately. However, we have only changed the procedures for requesting additional information and tracking and paying claims for our insured lines of business, as required by the law. All Covered Services provided to fully insured and self-insured Covered Persons of Affiliates listed in Exhibit A of the Agreement will be reimbursed in accordance with the applicable Schedule of Allowances in Exhibit H. Trigon's adjudication logic is consistent with industry standards and is similar to logic applied by most payors. Often, Trigon's adjudication logic is consistent with Medicare and AMA CPT methodology, but at times Trigon's logic may conflict with these guidelines. Upon request, Trigon will address any specific questions regarding rebundling, downcoding, or reduction of claims containing certain combinations of codes.

2. While the Fair Business Practices Act requires that physicians have fifteen (15) business days from receipt of an amendment to consider and provide written objection to any contract amendment, Trigon provides twenty (20) business days from postmark date to review any amendment and notify us of any objection. Amendments will become effective ninety (90)

A-VA 03010066
Highly Confidential

calendar days after the review period. Likewise, any termination that results from your failure to accept an amendment will not take place until ninety (90) calendar days after the twenty (20) business day period. This timing helps ensure continuity of care and a smooth transition for our members and your patients.

3. The new Trigon Services, Inc. agreements do not contain the "most favored nations" clause. While we remain committed to ensuring the best reimbursement available for our members, we will achieve this, as we always have, by considering Medicare's Relative Value Units, competitor payments and changes in medical technology that affect specific allowances.

4. Trigon has always reserved the right to share information with its customers, network providers, and Covered Persons. In fact, some of the language in this section is taken verbatim from the previous agreement. In an improvement from the previous agreement, Trigon has added language to this section to protect physicians. Trigon has committed to including statements that notify recipients of potential data limitation that could affect interpretation of the information and has provided the physician with the opportunity to review economic profiling information 30 days in advance of any external publication. As stated in Section III.K., you may provide comments and questions to us for our consideration by telephoning our Health Economics Unit at 1-800-447-2345.

5. Trigon's determination that certain health care services are not Medically Necessary represents a denial of payment, not a denial of treatment. Only if Trigon deems the provision of certain health care service to be not Medically Necessary and thus a non-Covered Service, the physician is responsible for making the decision to provide or not to provide treatment based upon his/her professional judgement. If based upon his/her professional judgement, the physician wishes to provide the non-Covered Service to the Covered Person, or if the Covered Person is adamant about receiving such services, the physician can bill the Covered Person directly provided that an appropriate Patient Waiver form has been completed. Trigon does not assume liability for payment of non-Covered Services on behalf of Covered Persons. This practice, along with the definition of Medical Necessity and Covered Services are supported by the Covered Person's Evidence of Coverage.

6. See number 1.

7. Further clarification necessary.

8. Under the Trigon Services, Inc. agreement, all Affiliates are obligated to pay clean claims for Covered Services in accordance with the timeframe imposed by the Fair Business Practices Act.

9. All Affiliates listed on Exhibit A of the Agreement are, per Section I.A the definition of Affiliate, party to the Agreement and are subject to the terms and conditions expressed in the Agreement. Also, the definition of Plan refers to Blue Cross Blue Shield plans participating in the BlueCard Program. Likewise, these Plans are subject to the terms and conditions expressed in the Agreement including Exhibit H. Section III.P states that the Provider will comply with the utilization review policies of such Plan in lieu of the utilization review policies in Exhibit F. A list of Plans participating in the BlueCard Program will be mailed to you upon request.

10. Further clarification necessary.

11. In this instance, please call your Provider Network Consultant and he/she will serve as the liaison to the Trigon corporate office to resolve the issue.

12. The Trigon Reference Guide will be mailed to providers in late January 2000. This Reference Guide will have updated information and include provisions from the Ethics and Fairness in Carrier Business Practices Act.

13. Trigon does not publish or disseminate distinct medical record consent forms.

14. All self-insured plans administered by Affiliates are required to comply with the obligations in Section II, Trigon Services, Inc. and Affiliate Obligations, which include Ethics and Fairness in

A-VA 03010067
Highly Confidential

em [https://www.lextranet.com/es/search/prodDocs/viewitem.ics?docID=2242257eDocID=0table!D=1169]

Carrier Business Practices Act provisions.  Self-insured plans are also subject to Section III.M and thus, in certain situations, may be liable for payment.

15. If a non-participating provider has provided services to a Covered Person, Trigon will pay the claim directly to the Covered Person.  The reimbursement varies according to the benefit structure of the Covered Person.

I hope that this information addresses some of your concerns regarding contract language. If you require further explanation or wish to discuss these issues in greater depth, please notify me upon review of this letter.  I am also researching your concerns that were not addressed in this letter and will notify you once completed.  If you have any questions, please contact me at 703-227-5316.

Sincerely,

Keane Chan
Provider Network Consultant – Northern Region

cc:   Sara D. Bajkowski, Network Contracting Representative, Fairfax-Prince William Hem/Onc
      Gary Miller, Director, Provider Networks – Northern Region

A-VA 03010068
Highly Confidential

4

EXHIBIT 24

Payment has been made to the
copyright Clearance Center for this article



## Market Week
*Begins After Page 28*

**STOCKS**
**The Trader**
*Lauren R. Rublin*
You can't kill this bull. It shakes off
everything. So far, anyway............ MW2

**FOREIGN INVESTMENT**
International Trader *Peter C. Du Bois*
Manipulating the Nikkei Index is so
easy it's a license to print money...... MW8

**STOCKS**
**Charting The Market**
Computer Learning climbs, Coca-Cola
Enterprises snorts. Low rises ........ MW9

**CAPITAL MARKETS**
Current Yield *Randall W. Forsyth*
It's the real economy, stupid, that's
driving up real interest rates........ MW16

**CAPITAL MARKETS**
Trading Points *Andrew Bary*
Apple and Kmart highlight a busy week
in the convertibles markets.......... MW11

**FUTURES**
**Commodities Corner**
*Cheryl Strauss Einhorn*
Farmers and forecasters are in the dark
about this year's coffee crop......... MW16

**OPTIONS**
The Striking Price *Thomas N. Cochran*
Once again, derivatives foreshadow a
turn in the stock market............. MW17

---

# BARRON'S

Vol. LXXVI No. 24     © Dow Jones & Company, Inc. All Rights Reserved     May 10, 1996

## Hooked on Drugs    *Bill Alpert*
Why do insurers pay such outrageous sums for pharmaceuticals? It's a crucial
question in health care, where insiders joke that AWP, the acronym for
"average wholesale price," really means "ain't what's paid."     **15**

## High Stakes    *Steven J. Vicker*
Dozens of companies across the U.S. are salivating at the prospect of
interactive gambling via computer, TV or telephone. But don't bet the ranch
that the doors of the global electronic casino will swing open soon.     **20**

## Boring Doubles    *Kathryn M. Welling*
AN INTERVIEW WITH HANK BOVAR • Even in today's market, this money manager
finds plenty of neglected stocks with the potential to double or better over the
next few years. A kind word for Playboy. Why Time Warner is a winner.     **22**

**COVER STORIES**
## Russia's New Face    *Maggie Mahar*
Regardless of whether Boris Yeltsin or his Communist rival, Gennady
Zyuganov, wins the coming election, capitalism will keep advancing in the land
that once was its greatest foe. Lingering woes, real progress. The 80-year
lifespan. Where have all the homeless pensioners gone?     **29**

## Boris, Part II?
One indicator seems sure Yeltsin will get the chance to appear in a sequel to his
rocky reign: Russia's stock market has climbed on the expectation.     **35**

## Mega-Deal    *Robert Sobel*
Netscape? Lucent? Scania? In real terms, their debut deals were chump change
compared with the mother of all IPOs: U.S. Steel's 1901 offering.     **41**

## Service Contracts    *Thomas G. Donlan*
EDITORIAL COMMENTARY • Military maintenance need not cost so much. Also, for
contrarians, betting against Uncle Sam promises big payoffs.     **54**

---

**UP & DOWN WALL STREET**  *Alan Abelson*
**Al and Raul**    **3**
Why it's tough for public servants to make
ends meet. Pressure vs. Prozac.

**SPEAKING OF DIVIDENDS**  *Shirley A. Lazo*
**A Tasty Snack**    **45**
Nabisco Holdings whips up a dividend
increase for its new shareholders.

**MUTUAL FUNDS**
FUND OF INFORMATION  *Leslie P. Norton*
**Radical Rotation**    **37**
Ken Heebner's hair-trigger style has hurt at
times, but look what's got the whip hand now.

**MUTUAL FUNDS**
MUTUAL CHOICE  *Mary Romano*
**Don't Get Carried Away**    **39**
Nick Whitridge's warning isn't unique. The
novelty is that he sticks with it.

**ECONOMIC BEAT**  *Gene Epstein*
**Coming Up Roses**    **46**
Powered by healthy job gains, the economy is
looking up. And that's putting it mildly.

**THE ELECTRONIC INVESTOR**  *Theresa W. Carey*
**E-Mail Back Talk**    **50**
Reader response and questions on our May 6
cover story, "Getting Wired."

---

## DEPARTMENTS

Index to Companies ..................... 8
Review & Preview ...................... 10
Follow-Up: Benny Block, Pitway .........
Dow Days.............................. 12
Cash Track ........................... 36
Fund Scope ........................... 40
13D Filings .......................... 43
Market Watch ......................... 44
Offerings in the Offing .............. 46
Research Reports ..................... 48
Insider Transactions ................. 48
Mailbag: Panty Parade and celestial.
Juzz. Kidding. Doubts about Q-Ratio ... 52
Corrections & Amplifications ......... 48

COVER ILLUSTRATION:
KEN WESTPHAL for Barron's
Directory of Services ................ 48

Defendants' Exhibit
**2641**
01-12257 - PBS


EXHIBIT
Hostman
007
10/07/04

ing to prevent insolvency, both will propose regulations aimed at cutting the amount it lays out for the nearly $2 billion in annual drug claims it covers outside of the hospital. The move — especially if it is followed by others now paying near AWP for drugs — will attack from a new direction the pricing practices of a drug industry already boxed in by antitrust suits from retail druggists. It also could upset a large segment of the health-care industry, which has thrived on the huge spread between the published wholesale prices used in insurance claims and the far lower wholesale prices actually paid.

That segment includes oncology practices, respiratory therapy firms and home-infusion companies. Among the publicly traded companies that could be affected: Apria Healthcare Group, Lincare Holdings, RoTech Medical/OccuCare, Abbott Laboratories and Baxter International.

Most people don't even know that Medicare pays for pharmaceuticals and related products, but through pharmaceutical and congressional authorizations, the program now covers certain drugs for emphysema, cancer, kidney dialysis and organ transplantation, often requiring injection. While still barely 1% of its nearly $184 billion in 1996 spending, Medicare's outpatient drug bill (not including co-payments) was $1.3 billion last year, double 1992's level.

Under the current regulations, Medicare provides reimbursement for those drugs at the lesser of either its estimate of what the drug cost the doctors or the Average Wholesale Price.

But Medicare's attempt to survey

They've asked the department's inspector general's office to examine how leading Kansas products of Abbott Labs cost square with the program's reimbursement levels. Those, the IG found, cost marking home 40% less than the price that Medicare bases its reimbursements on. Such products cost Medicare and its beneficiaries several hundred million dollars a year.

Claims for nebulizer drugs, the inhalants used by many asthma and emphysema sufferers, were the first studied by the auditors. From under $80 million in 1992, Medicare's annual bill for inhalation drugs grew to $260 million last year, most of it for a steroid called albuterol.

The inspector general currently is looking at prices for big-ticket drugs and intravenous liquids, too. Boeven's has done the same, in an examination of

**A** sample of drugs whose published Average Wholesale Price is wildly above the wholesale price available to almost any buyer. Some of these AWPs actually have risen, while real wholesale prices have plummeted. Publishers say drug makers dictate AWPs.

### A W P   A N D   W H A T ' S   P A I D

| Drug | Use | Maker | '93 AWP | Wholesale Price | % Under AWP |
|---|---|---|---|---|---|
| Doxorubicin HCL powder, 10 mg injectable | Chemotherapy | Adria Labs* | $46.00 | $13.20 | 72% |
| Etoposide 100 mg in 5 ml for injection | Chemotherapy | Gensia | 141.97 | 34.00 | 76 |
| Gentamicin Sulfate 190 mg in 10 ml injection | Antibiotic | Abbott | 6.18 | 1.26 | 80 |
| Cisplatin, 10 mg injection | Chemotherapy | Baxter | $40.71 | 266.00 | 54 |
| Leucovorin Calcium | Chemotherapy | Immunex | 137.94 | 22.50 | 84 |
| Vancomycin 258 mg injection | Chemotherapy | Churon | 26.18 | 6.40 | 76 |
| Vancomycin HCL 5 gm | Antibiotic | Abbott | 135.99 | 36.00 | 74 |
| Vinblastine Sulfate 1 mg | Chemotherapy | Eli Lilly | 34.62 | 6.72 | 81 |
| ...for parenteral nutr. | TPN | Abbott | 152.65 | 10.81 | 93 |
| 50% Amino Acid Sol, 1000 | Intravenous Sol | Abbott | 27.09 | 2.36 | 91 |
| 50% Dextrose Sol | Baxter | Baxter | 11.16 | 1.61 | 66 |
| Lactated Ringer's Injection, 100 ml in glass | Intravenous Sol | Baxter | 18.68 | 2.64 | 86 |
| Normosol 500 ml | Intravenous Sol | Abbott | 5.35 | 0.46 | 91 |
| Potassium Phosphates, 15 ml vial | Intravenous Sol | Abbott | | | |

*Unit of measure varies

general produced a similar finding for feeding-tube liquids, like the market-leading Ensure products of Abbott Labs. Vita Purchasing Partners.

This sampling showed that for the single source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Platinol, true wholesale prices are generally 10%-20% below published AWPs.

But for generic drugs, nearly every manufacturer's price was 60%-85% below the published average wholesale price. Some of the generics account for significant spending by Medicare; albuterol and ipecermeth, are in the No. 8 and No. 6 slots, respectively.

Pricing is even more unreal when it comes for intravenous nutritional and saline solutions, a category dominated by Abbott Laboratories and Baxter International. Catalog wholesale prices for these items are, on average, 80%-90% below three companies' AWPs.

The price from the different wholesalers were closely matched. "There are really no special deals out there," one of the wholesalers, who buys plenty of drugs at wholesale himself.

If most healthcare providers can get these prices, it-it-may wonder on industry way say that AWP, really means "Ain't What's Paid?"

The high prices on generic drugs have led investigators to seek the source of the published AWPs. Back in 1982, major drug manufacturers told this to the Red Book, not the manufacturers, determined the AWP, Red Book officials blamed the manufacturers.

The surveys are the same today. Phil Redinger, associate product manager of the Red Book, says its publisher, prices that are listed highlight from

Nashville and Ultra-Care, of Overland Park, Kan. Prices also came in from the Boulder, Colo. hospital buying group

# EXHIBIT 25



**Bristol-Myers Squibb Company**
655 15th Street, NW, Suite 410 Washington, DC
202/783-0900 phone
202/783-2308 fax



**GOVERNMENT AFFAIRS**

**F A X**

**TRANSMISSION**

To:        Frank Pasqualone
           Brian Garofalo
           Ron Miller

From:      Michael C. Carozza

Date:      July 2, 1997

Sender:    Judy Wootton

Total Pages, Cover Sheet Inclusive:   4

Comments:

BMS/DOC/017/000009

Defendants' Exhibit
**2647**
01-12257-PBS

2BMSCA/10/000662

If there is a problem with this transmission, please contact the sender at (202) 783-0900.

BMS/AWP/00256524

July 1, 1997

To:     Washington Representatives Listed Below
           Bristol Myers Squibb
           Zeneca
           Amgen
           Glaxo Wellcome
           Pharmacia & Upjohn

From:   Gary Persinger

Attached is a copy of a table provided by Senate Finance Committee staff that examines Medicare payments for prescription drugs. We are attempting to assess the accuracy of this table based on published data sources and would appreciate your thoughts about the data in the table.

We are uncertain about the source of the table but the drugs listed are among those included in an Inspector General report released last year. I have also attached a copy of a table from the May 1996 IG report which describes the drugs included in that report.

Please provide comments on this table as soon as possible.

2 pages attached

BMS/DOC/017/000010

2BMSCA/10/000663

BMS/AWP/00256525

BMS/DOC/017/000011

JUL 02 '97  06:39AM PHRMA HCFA 202 835 3595                                    P.2/3

| | | 1. What Medicare Pays | 2. Common Street Price | | | 3. Percent Mark up | | |
|---|---|---|---|---|---|---|---|---|
| Prescribed for | Brand Name | Medicare Allowance | Drug Catalog Price | Generic Price | Dollar Difference | Percent Medicare Pays Over Acquisition Cost | 1996 Medicare Utilization | Savings if Medicare Paid Acquisition Cost |
| Prostate Cancer | Lupron | $515.63 | $416.00 | No | $49.63 | 21% | 1,227,937 | $110,059,993 |
| Breast Cancer | Taxol | $182.63 | $150.00 | No | $32.63 | 22% | 694,743 | $22,669,464 |
| Carcinoma-Prostate Cancer | Zoladex | $410.51 | $339.25 | No | $71.26 | 21% | 228,530 | $16,316,300 |
| Basic Treatment | Wellcovorin | $19.99 | $2.75 | Yes | $17.24 | 627% | 2,779,402 | $47,916,890 |
| Basic Treatment | Purplette | $18.59 | $3.75 | No | $14.84 | 20% | 829,484 | $12,309,543 |
| Basic Treatment | Neupogen** | $156.10 | $127.40 | No | $28.70 | 23% | 370,649 | $10,641,366 |
| Prevention of Nausea | Zofran | $6.11 | $4.44 | No | $1.87 | 41% | 7,953,675 | $13,640,346 |
| Basic Treatment | Neupogen* | $248.60 | $203.90 | No | $44.70 | 22% | 170,844 | $7,636,727 |
| Basic Cancer Treatment | Adriamycin | $45.07 | $9.00 | Yes | $36.07 | 601% | 403,659 | $14,740,691 |
| Leukemia | Vepsid | $140.99 | $13.90 | Yes | $128.09 | 909% | 200,448 | $25,693,384 |
| | | | | | | Total Savings | | $281,674,763 |

2BMSCA/10/000664

*Allowance is per dosage

**Neupogen- Sold in catalog per box of 10. We divided box price by 10 to arrive at dosage price.

***Zofran- Sold in catalog by 20 vial multidose vials (2mg/ml). We divided the catalog price by 40 (20ml x 2mg) to arrive at the dosage.

Medicare allowance is based on the average wholesale price (AWP) for single-source (brand only) drugs. For multiple-source drugs, the allowance is based on the median AWP of all generic versions. The Medicare allowance reported in this table were used by Region III Medicare contractors in the second quarter of 1997.

Medicare drug utilization data for 1996 is 35 percent complete as of this date.

BMS/AWP/00256526

JUL 02 '97  06:39AM PHRMA HCSPA 202 835 3595                    P.3/3

# APPENDIX A

## Description of 17 HCPCS Codes

| Code | Description |
|------|-------------|
| J9217 | Leuprolide acetate (for depot suspension), 7.5 mg. |
| J0640 | Injection. Leucovorin calcium, per 50 mg. |
| J2405 | Injection. Ondansetron hydrochloride, per 1 mg. |
| J9202 | Goserelin acetate implant. per 3.6 mg. |
| J1440 | Injection. Filgrastim (G-CSF), per 300 mcg. |
| J9045 | Carboplatin. 50 mg. |
| J9265 | Paclitaxel. 30 mg. |
| J1561 | Injection. Immune Globulin. Intravenous, per 500 mg. |
| J1441 | Injection. Filgrastim (G-CSF), per 480 mcg. |
| J9182 | Etoposide. 100 mg. |
| J9000 | Doxorubicin HCL. 10 mg. |
| J9293 | Injection. Mitoxantrone Hydrochloride, per 5 mg. |
| J9181 | Etoposide. 10 mg. |
| J9031 | BCG (Intravesical) per installation |
| K0121 | Cyclosporine - Oral, 25 mg. |
| J0205 | Injection. Alglucerase, per 10 units |
| J9010 | Doxorubicin HCL. 50 mg. |

BMS/DOC/017/000012

2BMSCA/10/000665
BMS/AWP/00256527

A - 1