# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____  )
                                                 )
IN RE PHARMACEUTICAL INDUSTRY                    )
AVERAGE WHOLESALE PRICE                          )     MDL NO. 1456
LITIGATION                                       )     Civil Action No. 01-12257-PBS
_____  )
                                                 )     Judge Patti B. Saris
                                                 )
THIS DOCUMENT RELATES TO:                        )
                                                 )
*The City of New York v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 04-CV-06054)                        )
*County of Suffolk v. Abbott Labs., et al.*      )
(E.D.N.Y. No. CV-03-229)                          )
*County of Westchester v. Abbott Labs., et al.*  )
(S.D.N.Y. No. 03-CV-6178)                         )
*County of Rockland v. Abbott Labs., et al.*     )
(S.D.N.Y. No. 03-CV-7055)                         )
*County of Dutchess v. Abbott Labs., et al.*     )
(S.D.N.Y. No. 05-CV-06458)                        )
*County of Putnam v. Abbott Labs., et al.*       )
(S.D.N.Y. No. 05-CV-04740)                        )
*County of Washington v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00408)                        )
*County of Rensselaer v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00422)                        )
*County of Albany v. Abbott Labs., et al.*       )
(N.D.N.Y. No. 05-CV-00425)                        )

[Caption Continues on Next Page]

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME BY THREE DAYS TO RESPOND TO MOVANTS' CROSS MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANTS TO THE NEW YORK STATE DEPARTMENT OF HEALTH AND/OR ITS CURRENT AND FORMER EMPLOYEES

1

*County of Warren v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00468)  )
*County of Greene v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00474)  )
*County of Saratoga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00478)  )
*County of Columbia v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00867)  )
*Essex County v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00878)  )
*County of Chenango v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00354)  )
*County of Broome v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00456)  )
*County of Onondaga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00088)  )
*County of Tompkins v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00397)  )
*County of Cayuga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00423)  )
*County of Madison v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00714)  )
*County of Cortland v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00881)  )
*County of Herkimer v. Abbott Labs. et al.*  )
(N.D.N.Y. No. 05-CV-00415)  )
*County of Oneida v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00489)  )
*County of Fulton v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00519)  )
*County of St. Lawrence v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00479)  )
*County of Jefferson v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00715)  )
*County of Lewis v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00839)  )
*County of Chautauqua v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06204)  )
*County of Allegany v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06231)  )
*County of Cattaraugus v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06242)  )

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |

Defendants respectfully move to extend the date by three days to respond to the New York State Department of Health, Mark Richard Butt, Mary Alice Brankman, Michael A. Falzano and Plaintiffs' Cross-Motion to Quash Subpoenas Issued By Defendants To The New York State Department of Health And/Or Its Current and Former Employees ("Cross-Motion to Quash the Subpoenas") (Docket No. 5120) and to provide further support for Defendants' Motion to Compel Commissioner of New York State Department of Health and Three Key Witnesses to Comply with Subpoenas (Docket No. 5052).

In support of this unopposed motion, defendants state as follows:

(1)     Defendants filed their Joint Motion to Compel Commissioner of New York State Department of Health and Three Key Witnesses to Comply with Subpoenas on February 19, 2008.  New York State Department of Health, Mark Richard Butt, Mary Alice Brankman, Michael A. Falzano and Plaintiffs' filed their Cross-Motion to Quash the Subpoenas on March 4, 2008.

(2)     Other matters and travel schedules have prevented defendants from responding to movants' Cross-Motion to Quash Subpoenas with fourteen days and, accordingly, defendants seek three additional days to files their responsive papers.  With the Court's permission, defendants will file their response on March 21, 2008.

(3)     Defendants have conferred with counsel for plaintiffs and the New York Department of Health and all movants have consented to the three day extension for defendants to file their responsive papers.

(4)     Defendants' requested three-day extension will not materially change any dates set by the Court.

For all the foregoing reasons, defendants respectfully request a three-day extension to file their response to movants' Cross-Motion to Quash the Subpoenas.

Respectfully submitted,

Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation on behalf of all other Defendants identified in the Revised First Amended Complaint

  /s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)

Bryan R. Diederich (BBO#647632)
Kim B. Nemirow (BBO# 663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: March 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and by facsimile and mail on counsel for the New York Department of Health and the witnesses subpoenaed.

/s/ Renee A. Coshin____
Renée A. Coshin