UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Leave to File a Reply to Abbott Laboratories, Inc.'s Opposition to the Government's Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order, IT IS HEREBY ORDERED THAT,

The United States' Motion is **GRANTED**.

This _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE