# EXHIBIT 2



DEPARTMENT OF HEALTH & HUMAN SERVICES          Health Care Financing Administration

Washington D.C. 20201 – 0001

FEB 11 1999

The Honorable Ben Nighthorse Campbell
United States Senate
Washington, DC 20510

Dear Senator Campbell:

Thank you for your recent letter concerning the legislative proposal contained in the President's FY 1999 budget to eliminate excessive Medicare reimbursement for drugs.

While Medicare does not have an expansive outpatient drug benefit, it does cover outpatient drugs that are furnished by a physician, oral cancer drugs, and certain specific drugs (e.g., those that is used with home infusion or inhalation equipment).

In a December 1997 report, the Inspector General of the Department of Health and Human Services found that Medicare currently pays hundreds of millions of dollars more than would be paid if market prices were used for 22 of the most common and costly drugs (many of which are used for chemotherapy). The Inspector General found that for more than one-third of the drugs studied Medicare pays more than double the actual acquisition costs of physicians and suppliers who bill Medicare for these drugs. The Inspector General found that Medicare's payment for these drugs, which is based on the "average wholesale price" (AWP), is substantially more than what the physician or supplier who furnishes the drug pays for it.

Although the Balanced Budget Act of 1997 reduced Medicare's payment for drugs to 95 percent of the AWP, it did not go far enough to eliminate physician mark-ups. The President's FY 1999 proposal would eliminate the mark-up by basing Medicare's payment on the actual acquisition cost of the physician or supplier. It should be noted that this proposal deals only with the cost of the drug itself. Medicare also makes a separate payment to physicians for the "administration" of cancer drugs which recognizes the resources involved with ordering, storing and handling and performing other tasks associated with administering such drugs. We do not believe that the President's FY 1999 proposal would have adverse consequences since it would pay physicians their costs for acquiring drugs but eliminate their mark-ups in furnishing them to beneficiaries.

I hope that this information is helpful to you.

Sincerely,

Debbie Chang
Director, Office of Legislation

HHD058-0006