**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**ASTRAZENECA DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO SPECIALLY APPEARING COUNSEL'S OPPOSITION TO ASTRAZENECA DEFENDANTS' RENEWED MOTION FOR INJUNCTION**

AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and AstraZeneca PLC (collectively, "AstraZeneca"), by their attorneys, hereby move this Court for leave to file a reply to Specially Appearing Counsel's Opposition to AstraZeneca Defendants' Renewed Motion for Injunction. AstraZeneca states that the grounds for this motion are as follows: Mr. Donald E. Haviland, Jr., Esq., from The Haviland Law Firm, has submitted an opposition to AstraZeneca's motion on behalf of the plaintiff in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) (the "New Jersey action") that mischaracterizes the facts and raises arguments that AstraZeneca has not had an opportunity to address. AstraZeneca respectfully requests an opportunity to submit the attached response to these arguments. The proposed response is attached as Exhibit A.

AstraZeneca also respectfully moves for an adjournment of the hearing on its motion, currently scheduled for March 27, 2008, in light of recent developments in the New Jersey

action.  On February 19, 2008, after AstraZeneca filed the instant renewed motion for injunction with this Court, the plaintiff in the New Jersey action, International Union of Operating Engineers Local No. 68 ("IUOE") informed the Special Master for the New Jersey action, the Honorable William Bassler, of its intention to withdraw as plaintiff because it was the subject of an ongoing federal criminal investigation.  On February 26, 2008, the plaintiff's counsel filed a motion to stay discovery in the action for 90 days pending a final decision by IUOE concerning its intention to withdraw.  On March 4, 2008, the defendants in the New Jersey action opposed the plaintiff's motion to stay and simultaneously moved the New Jersey court to dismiss the New Jersey action.  On March 19, 2008, the Special Master granted in part the plaintiff's motion for a stay.  The New Jersey defendants' motion to dismiss is returnable on April 11, 2008.

Because AstraZeneca's Renewed Motion for Injunction will be moot if the New Jersey action is dismissed, AstraZeneca respectfully requests that this Court adjourn the March 27, 2008 hearing and reserve judgment on AstraZeneca's renewed motion for injunction pending resolution of the motion to dismiss in the New Jersey state court action.  AstraZeneca will promptly inform the Court when the motion to dismiss is resolved by the New Jersey court.

Dated:   Boston, Massachusetts
         March 21, 2008
                              Respectfully Submitted,

                              By:  /s/ Katherine B. Schmeckpeper
                                   Nicholas C. Theodorou (BBO #496730)
                                   Katherine B. Schmeckpeper (BBO #663200)
                                   FOLEY HOAG LLP
                                   155 Seaport Blvd.
                                   Boston, Massachusetts  02210
                                   Tel:  (617) 832-1000

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca PLC, and Zeneca Inc.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs take no position on this motion.

                                           /s/ Katherine B. Schmeckpeper
                                            Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on March 21, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                   By: /s/ Katherine B. Schmeckpeper
                                        Katherine B. Schmeckpeper