# Exhibit 3

## Notice of Electronic Filing

The following transaction was entered on 2/1/2008 at 4:15 PM EST and filed on 2/1/2008

| Case Name: | Citizens for Consume, et al v. Abbott Laboratories,, et al |
|---|---|
| Case Number: | 1:01-cv-12257 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**Magistrate Judge Marianne B. Bowler: Electronic ORDER entered denying [4790] Motion to Compel, as overly burdensome and cumulative. The burden imposed outweighs the likely benefit of the information. See Rule 26(b)(2)(C). And denying [4892] Motion to Compel for reasons stated by the government. Furthermore, the requested information is cumulative and the burden imposed outweighs the likely benefit within the meaning of Rule 26(b)(2)(C). (Bowler, Marianne)**