# Exhibit 4

| | | |
|---|---|---|
| 03/14/2008 | | Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT re 5103 Memorandum in Response to Abbott's Objections to Magistrate Judge Bowler's 2/1/08 Orders, filed by United States, ex rel. "The government shall review all its files (including the Office of Legislation and Rulemaking Support Files) for documents relating to Abbott's marketing the spread or the the drugs at issue in this litigation. If there is a claim of privilege, the document shall be reviewed by the Magistrate Judge. Otherwise, the objections are denied." (Patch, Christine) (Entered: 03/14/2008) |