UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS | ) Judge Patti B. Saris ) ) Magistrate Judge Marianne B. Bowler ) ) |

## [PROPOSED] ORDER

Upon consideration of Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Motion to Compel Testimony of Government Witnesses, IT IS HEREBY ORDERED THAT

Abbott's motion is GRANTED.

IT IS SO ORDERED,

This _____ day of _____, 200__.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE