**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:  )<br>)<br>*The City of New York v. Abbott Labs., et al.*  )<br>(S.D.N.Y. No. 04-CV-06054)  )<br>*County of Suffolk v. Abbott Labs., et al.*  )<br>(E.D.N.Y. No. CV-03-229)  )<br>*County of Westchester v. Abbott Labs., et al.*  )<br>(S.D.N.Y. No. 03-CV-6178)  )<br>*County of Rockland v. Abbott Labs., et al.*  )<br>(S.D.N.Y. No. 03-CV-7055)  )<br>*County of Dutchess v. Abbott Labs., et al.*  )<br>(S.D.N.Y. No. 05-CV-06458)  )<br>*County of Putnam v. Abbott Labs., et al.*  )<br>(S.D.N.Y. No. 05-CV-04740)  )<br>*County of Washington v. Abbott Labs., et al.*  )<br>(N.D.N.Y. No. 05-CV-00408)  )<br>*County of Rensselaer v. Abbott Labs., et al.*  )<br>(N.D.N.Y. No. 05-CV-00422)  )<br>*County of Albany v. Abbott Labs., et al.*  )<br>(N.D.N.Y. No. 05-CV-00425)  ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

[Caption Continues on Next Page]

**DECLARATION OF KIM B. NEMIROW IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO MOVANTS' CROSS MOTION TO QUASH AND IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL SUBPOENAS ISSUED BY DEFENDANTS TO THE NEW YORK STATE <u>DEPARTMENT OF HEALTH AND THREE KEY WITNESSES</u>**

10989738_1.DOC

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| _____ | ) |

I, the undersigned Kim B. Nemirow, submit this Declaration. I have personal knowledge of the following facts.

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

2. Attached to this Declaration as Exhibit A is a true and correct copy of Chautauqua County's Objections and Responses to the Bristol-Myers Squibb Defendants' First Set of Interrogatories to New York Counties, MDL No. 1456, 01-CV-12257-PBS.

3. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the transcript of an October 26, 2006 hearing Oral Argument before the Court in a Florida *qui tam* matter.

4. Attached to this Declaration as Exhibit C is a true and correct copy of a stipulation entered into on July 7, 1978 in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

5. Attached to this Declaration as Exhibit D is a true and correct copy of the complaint filed on November 12, 1976 in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

6. Attached to this Declaration as Exhibit E is a true and correct copy of an affidavit submitted to the court by Mary Alice Brankman on December 19, 1989 in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

7. Attached to this Declaration as Exhibit F is a true and correct copy of a February 19, 1988 order of the court in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

8. Attached to this Declaration as Exhibit G is a true and correct copy of a November 7, 1994, stipulation and order in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

9. Attached to this Declaration as Exhibit H is a true and correct copy of an August 12, 1993, letter from Eileen Considine, attorney for PSSNY, to Barrie L. Goldstein, Assistant

Attorney General for the State of New York.

10. Attached to this Declaration as Exhibit I is a true and correct copy of a December 12, 1991, order of the court in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

11. Attached to this declaration as Exhibit J is a true and correct copy of the EPIC Annual Report to the Governor and Legislature for the period of October 1998 – September 1999.

12. Attached to this declaration as Exhibit K is a true and correct copy of a Manufacturer Drug Rebate Agreement dated August 28, 1991, between Schering Corporation and the New York State EPIC program.

13. Attached to this declaration as Exhibit L is a true and correct copy of a letter from the New York State EPIC program to Schering Corporation dated July 28, 2000.

14. Attached to this declaration as Exhibit M is a true and correct copy of a letter dated October 3, 1986 from Cesar Perales of the New York State Department of Health to the Department of Health Care Finance.

15. Attached to this Declaration as Exhibit N is a true and correct copy of an affidavit submitted to the court by Mary Alice Brankman on June 22, 1989 in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

16. Attached to this Declaration as Exhibit O is a true and correct copy of an affidavit submitted to the court by Michael Falzano on March 15, 1991, in *PSSNY* v. *Cuomo*, Civ. No. 76-5080 (KTD) (S.D.N.Y.).

17. Attached to this Declaration as Exhibit P is a true and correct copy of a May 23, 1990, memorandum from Elizabeth Lasky to the "PSSNY Negotiating Team"

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: March 21, 2008                                  /s/Kim B. Nemirow____
                                                       Kim B. Nemirow

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                       /s/ Kim B. Nemirow__
                                                       Kim B. Nemirow