**Exhibit F**

Stipulation and or of Settlement
and for Contempt (2 /88)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

PHARMACEUTICAL SOCIETY OF THE
STATE OF NEW YORK, INC., STILL'S
PHARMACY, INC., RIIS-WALD PHARMACY,
INC., and M.F.K. DRUG CO., INC.,

      Plaintiffs,   ORDER

  - against -      Index No.
             76 Civ. 508

HUGH L. CAREY, Governor of the State Judge Kevin T.
of New York and PHILLIP L. TOIA,   Duffy
Commissioner, New York State Depart-
ment of Social Services,

      Defendants.

------------------------------------

   This Motion, pursuant to Fed. R. Civ. P. 70, came the be heard by Order to Show Cause dated the 24th day of February, 1988, upon the Affidavits of Eileen M. Kelley, Elizabeth Lasky and Vincent J. Moreno, all sworn to on the day of February, 1988, and the Summons, Complaint and Stipulation of Settlement and Order entered in this action, it appearing to the Court that Defendants are committing ac and are about to commit acts which are in violation of the Stipulation of Settlement and Order as set forth in Plainti Motion and will continue to do so unless restrained by Orde this Court, it is hereby

   ORDERED, that the Defendants and their agents, servants, employees and attorneys and all persons acting in concert and participation with them, be and they hereby are

170

and for Contempt (2/29/88)

restrained from in any manner, either directly or indirectly, from violating the terms of the Stipulation of Settlement entered between the parties and from enforcing 18 NYCRR 505.3(h)(2)(v); and it is further

ORDERED, that this Order will be in effect until ~~such time as a decision is made on the merits of this Motion.~~ *further Order of this Court*

*And it is further Ordered pursuant to Rule 25(d) that Mario M Cuomo and Cesar A Perales be and hereby are substituted as party defendants*

Issued at:
5:15 P m o'clock
February 29, 1988.

_____
United States District Judge

0357K

2

171