**Exhibit G**

A-3137

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

PHARMACEUTICAL SOCIETY OF THE STATE OF  :
NEW YORK, INC., STILL'S PHARMACY, INC.,
RIIS-WALD PHARMACY, INC., AND M.F.K.    :
DRUG CO., INC.,
                                        :   STIPULATION AND ORDER
                    Plaintiffs,
                                        :   Civil Action No.
        -against-                           76-5080 (KTD)
                                        :
MARIO CUOMO, Governor of the State of
New York, and CESAR A. PERALES,         :
Commissioner, New York State Department
of Social Services,                     :

                    Defendants.         :

------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiffs, the Pharmaceutical Society of the State of New York, Inc., Still's Pharmacy, Inc., Riis-Wald Pharmacy, Inc., and M.F.K. Drug Co., Inc. (collectively the "Pharmaceutical Society"), and defendants, Mario Cuomo, Governor of the State of New York, and the Commissioner of the New York State Department of Social Services (collectively, the "State"), that:

   1. The stipulation, so ordered by this Court on July 5, 1978, is vacated.



RECEIVED
IN CHAMBERS

OCT 2 0 [illegible]

KEVIN THOMAS DUFFY
USDJ SDNY

2. The above-captioned action is dismissed with prejudice.

Dated: New York, New York
October 12, 1994

G. OLIVER KOPPELL
Attorney General of the
 State of New York
<u>Attorney for the State</u>

By: _____
BARRIE L. GOLDSTEIN
(BG-4711)
Assistant Attorney General
& Special Litigation Counsel

Dated: New York, New York
October _____, 1994

HINMAN, STRAUB, PIGORS
& MANNING, P.C.
<u>Attorney for the Pharmaceutical
Society</u>

By: _____
EILEEN CONSIDINE
(EC-1611)
121 State Street
Albany, New York  12207-1693

IT IS SO ORDERED
this _____ day of October, 1994

_____
U.S.D.J.

2