UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of The Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Judge Patti Saris Magistrate Judge Marianne Bowler |

## UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING ABBOTT'S RULE 30(b)(6) NOTICES

The United States of America, through its undersigned counsel, respectfully moves this Court to issue an order pursuant to Federal Rule of Civil Procedure 26(c) prohibiting defendant Abbott Laboratories, Inc. ("Abbott") from subjecting government witnesses to deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on certain of Abbott's seventy-nine (79) topic and sub-topic areas.  *See* Exhibits A, B & C.  For the reasons explained in the accompanying memorandum, those topics are unreasonably broad and burdensome, seek privileged and irrelevant information, duplicate completed discovery and/or seek information that has been obtained by other means.  Fed. R. Civ. P. 26(b)(2)(C).

The United States has provided Abbott with extensive discovery from Centers for Medicare & Medicaid Services ("CMS"), including Rule 30(b)(6) depositions on a number of Abbott's current Rule 30(b)(6) requests, and is further providing Abbott with Rule 30(b)(6) deposition testimony from CMS on six topics from Abbott's November 21, 2007 letter, modified as described here:

Topic 2(a): From 1991 to 2001 how CMS applied the term 'AWP' or 'national

average wholesale price' as used in 42 C.F.R. 405.517.

Topic 2(b): From 1991 to 2001 how CMS applied the term 'AWP' or 'Average Wholesale Price' as used in Section 4556 of the Balanced Budget Act of 1997, 42 U.S.C. Section 1395u.

Topic 14: From 1991 to 2001, with respect to Medicaid, how CMS defined and implemented 'estimated acquisition costs,' and whether, in general (not in detail as to each state or each year) CMS believed that the formula in the state plans would result in payment for drugs at the estimated acquisition cost of those drugs.

Topic 19: Whether and to what extent CMS, between 1991 and 2001, was aware of the market prices for the Subject Drugs and that Abbott was allegedly 'marketing the spread.'

Topic 20: From 1991 to 2001, any guidance, instruction, or requests communicated by CMS to Abbott regarding how to establish published and list prices.

Topic 21: From 1991 to 2001, any guidance, instruction, or requests communicated by CMS to Abbott regarding marketing the spread.

For the reasons set forth in the accompanying memorandum, the United States requests an order of protection, pursuant to Federal Rule of Civil Procedure 26(c), prohibiting Abbott from subjecting government witnesses to deposition on the remainder of Abbott's Rule 30(b)(6) topics and sub-topics.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT<br>ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617)748-3272 | /s/ Elizabeth A. Strawn<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Elizabeth A. Strawn |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044 |
| /s/ Ana Maria Martinez<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9431<br>Fax: (305) 536-4101 | Phone:  (202) 616-7986<br>Fax:  (202) 514-0280 |

Dated: March 21, 2008

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I have communicated with counsel for the defendant Abbott Laboratories in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to resolve or narrow the issues raised in this motion.

/s/ Elizabeth A. Strawn
Elizabeth A. Strawn

Dated: March 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above MOTION FOR A PROTECTIVE ORDER REGARDING ABBOTT'S RULE 30(b)(6) NOTICES to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 by sending a copy to Lexis Nexis File & Serve for posting and notification to all parties

                                                                       /s/ Elizabeth A. Strawn
                                                                         Elizabeth A. Strawn

Dated: March 21, 2008