UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Judge Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne Bowler |

**PROPOSED ORDER**

Upon consideration of the United States' Motion for A Protective Order Regarding Abbott Laboratories, Inc.'s Rule 30(b)(6) Notices, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED.

This _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE