# Exhibit D

CONFIDENTIAL

October 29, 2002

State Pharmacy Manager
Department of Human Services
Hoover State Office Building, Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 3Q-2002 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James Salanty
Senior Manager, Contracts and Pricing Department

Report:   MASPR0014
Run Date:   05/16/2006 09:56

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year   2002 Qtr 3

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $260.83 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,038.39 |
| 00300-1541-30 | PREVACID 15MG 30CT | $85.58 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $479.47 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $861.67 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $968.76 |
| 00300-3046-11 | PREVACID 30MG HUD | $269.44 |
| 00300-3046-13 | PREVACID 30MG 100CT | $301.25 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,160.58 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $731.84 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $323.52 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $333.55 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $388.98 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $253.95 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,091.08 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $838.45 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $207.10 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $91.38 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $85.30 |
| 00300-7535-60 | SPECTRACEF 200MG 60CT | $77.02 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


## CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.

_____
Signature

Senior Manager, Contracts and Pricing
Title

October 29, 2002
Date

CONFIDENTIAL

January 29, 2003

State Pharmacy Manager
Department of Human Services
Hoover State Office Building, Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 4Q-2002 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James Salanty
Director, Contracts and Pricing Department

Report:   MASPR0014
Run Date:   05/16/2006 09:57

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2002 Qtr 4

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $283.94 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,129.06 |
| 00300-1541-30 | PREVACID 15MG 30CT | $86.00 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $483.78 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $877.95 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $974.19 |
| 00300-3046-11 | PREVACID 30MG HUD | $300.84 |
| 00300-3046-13 | PREVACID 30MG 100CT | $300.57 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,231.86 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $831.98 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $323.49 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $339.37 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $394.36 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $272.71 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,122.50 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $882.33 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $210.06 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $94.49 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $90.92 |
| 00300-7535-60 | SPECTRACEF 200MG 60CT | $77.03 |

CONFIDENTIAL

April 29, 2003

State Pharmacy Manager
Department of Human Services
Hoover State Office Building, Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 1Q-2003 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James Salanty
Director, Contracts and Pricing Department

Report:   MASPR0014
Run Date:   05/16/2006 10:05

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2003 Qtr 1

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $201.28 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,217.06 |
| 00300-1541-30 | PREVACID 15MG 30CT | $88.38 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $484.45 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $895.73 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,004.12 |
| 00300-3046-11 | PREVACID 30MG HUD | $304.60 |
| 00300-3046-13 | PREVACID 30MG 100CT | $294.88 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,272.12 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $730.17 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $339.85 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $345.80 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $404.19 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $256.56 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,117.89 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $804.41 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $214.01 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $95.33 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $86.88 |
| 00300-7535-60 | SPECTRACEF 200MG 60CT | $77.16 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature

Director, Contracts and Pricing
Title


April 29, 2003
Date

 **TAP PHARMACEUTICALS INC.** CONFIDENTIAL

James P. Salanty,
Director, Contracts and Pricing

July 29, 2003

State Pharmacy Manager
Department of Human Services
Hoover State Office Building, Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 2Q-2003 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James Salanty
Director, Contracts and Pricing Department

Report:   MASPR0014
Run Date:   05/16/2006 10:07

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year   2003 Qtr 2

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $265.48 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,075.07 |
| 00300-1541-30 | PREVACID 15MG 30CT | $87.08 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $485.98 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $909.46 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,009.88 |
| 00300-3046-11 | PREVACID 30MG HUD | $267.23 |
| 00300-3046-13 | PREVACID 30MG 100CT | $309.15 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,219.35 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $626.10 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $363.91 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $351.78 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $407.67 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $271.26 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,182.06 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $828.44 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $216.03 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $93.43 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $87.21 |

Report:   MASPR0014
Run Date:   05/16/2006 10:06

## TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year   2003 Qtr 2

CONFIDENTIAL   Restricted
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $481.10 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $907.69 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,008.48 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $625.66 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $363.80 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $351.72 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $407.46 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $270.70 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,161.55 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $828.21 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.

Signature

Director, Contracts and Pricing
Title

July 29, 2003
Date

FedEx | Ship Manager | Label 7914 5184 8491                                    Page 1 of 1

From: RUTHIE L COTTON (847)582-4937
TAP
675 NORTH FIELD DRIVE
LAKE FOREST, IL, 60045

REVENUE BARCODE



To: **Department of Human Services Hoover (847)582-4937**
**State Pharmacy Manager**
**Division of Medical Services**

SHIP DATE: 28JUL03
WEIGHT: 1 LBS

**Des Moines, IA, 50319**

Ref:



DELIVERY ADDRESS BARCODE(FEDEX-EDX)
TRK # 7914 5184 8491

FedEx  PRIORITY OVERNIGHT

TUE
A1

DSM

Deliver by:
29JUL03

50319-IA-US

NK DSMA

## Shipping Label: Your shipment is complete

[ Cancel shipment ]  [ Edit shipment information ]  [ Process another shipment ]                    [ Go to

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2.  Fold the printed page along the horizontal line.
3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

 TAP PHARMACEUTICALS INC. 

James P. Salanty
Director, Contracts and Pricing

October 29, 2003

State Pharmacy Manager
Department of Human Services
Hoover State Office Building, Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 3Q-2003 Average Sale Price Report, signed certification, and Detailed Methodology.

Also included is a re-stated 2Q-2003 Average Sales Price Report for all Lupron products. This re-stated report is being submitted because we discovered a small error in the original report. However, as you will see, the re-stated figures differ from the original figures by less than one percent.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James Salanty
Director, Contracts and Pricing Department

Report:    MASPR0014
Run Date:    05/16/2006 10:25

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2003  Qtr 3

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $297.54 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,121.96 |
| 00300-1541-30 | PREVACID 15MG 30CT | $58.03 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $85.34 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $86.97 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $446.74 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $906.05 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,011.05 |
| 00300-3046-11 | PREVACID 30MG HUD | $319.29 |
| 00300-3046-13 | PREVACID 30MG 100CT | $293.31 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,290.24 |
| 00300-3346-01 | LUPRON DEPOT 3-MONTH, 22.5MG | $641.47 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $349.98 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $351.82 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $405.71 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $202.68 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,126.27 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $729.34 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $223.17 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $99.66 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $95.12 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature

Director, Contracts and Pricing
Title


October 29, 2003
Date

FedEx | Ship Manager | Label 7909 4468 9116                    Page 1 of 1

From: RUTHIE L COTTON (847)582-4937
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL, 60045

REVENUE BARCODE



**To: State Pharmacy Manager (847)582-4937**
     **Department of Human Services**
     **Hoover Sate Office Building**
     **Division of Medical Services**
     **Des Moines, IA, 503190114**

SHIP DATE: 29OCT03
WEIGHT: 1 LBS

Ref:



DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7909 4468 9116 [FORM]      FedEx  PRIORITY OVERNIGHT

50319-IA-US

DSM

## NK DSMA



THU
A1

Deliver by:
30OCT03

---

## Shipping Label: Your shipment is complete

( Cancel shipment )  ( Edit shipment information )  ( Process another shipment )  ( Repeat last shipment )

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

 **TAP PHARMACEUTICALS INC.** CONFIDENTIAL

James R. Salanty
Director, Contracts and Pricing

January 29, 2004

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 4Q-2003 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

James R. Salanty
Director, Contracts and Pricing Department

**TAP Pharmaceutical Products Inc.**
**Average Sale Price Report**
Year  2003  Qtr  4

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $225.00 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,439.94 |
| 00300-1541-30 | PREVACID 15MG 30CT | $80.86 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $106.73 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $108.77 |
| 00300-1545-30 | PREVACID NAPRAPAC 375MG 4 CT | $97.61 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $96.71 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $505.64 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $916.97 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,022.59 |
| 00300-3046-11 | PREVACID 30MG HUD | $225.00 |
| 00300-3046-13 | PREVACID 30MG 100CT | $305.39 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,306.71 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $726.72 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $358.12 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $352.34 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $412.16 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $245.74 |
| 00300-3683-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,173.36 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $734.31 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $224.35 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $99.61 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $97.30 |

Report: **MASPR0014**
Run Date: **05/16/2006 10:10**

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2003  Qtr 4 (Restated)

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $102.74 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $91.62 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP
Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the
attached Average Sale Price information has been communicated to First DataBank Inc.
(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs
of those States which executed settlement agreements with TAP, as required; to the OIG; and
to the Centers for Medicare & Medicaid Services and that it has been calculated in
accordance with the methodology described generally in the CIA and more specifically in the
attached document.


Signature

Director, Contracts and Pricing
Title


January 29, 2004
Date

Ship Manager | Label 7925 5932 5155



RUTHIE L COTTON (847)582-4937
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL, 60045

REVENUE BARCODE

**To: State Pharmacy Manager (847)582-4937**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA, 503190114**

SHIP DATE: 29JAN04
WEIGHT: 1 LBS

Ref:



DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7925 5932 5155 ₅₂₀₁    FedEx   PRIORITY OVERNIGHT

DSM

50319-IA-US   **XH DSMA**

FRI
A1
Deliver by:
**30JAN04**



---

## Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

 **TAP PHARMACEUTICALS INC.**   CONFIDENTIAL

Joe Rytell
Director, Contracts & Pricing

675 North Field Drive
Lake Forest, IL 60045
Phone: 847 582 6486
Fax: 800 467 6401
E-mail joseph rytell@tap.com

April 29, 2004

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 1Q-2004 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2004  Qtr  1

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $180.00 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,360.34 |
| 00300-1541-30 | PREVACID 15MG 30CT | $86.48 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $92.63 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $73.36 |
| 00300-1545-30 | PREVACID NAPRAPAC 375MG 4 CT | $99.54 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $83.56 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $524.21 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $943.92 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,054.38 |
| 00300-3046-11 | PREVACID 30MG HUD | $235.00 |
| 00300-3046-13 | PREVACID 30MG 100CT | $309.70 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,395.44 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $734.36 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $371.91 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $366.26 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $422.25 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $270.58 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,205.49 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $715.65 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $222.12 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $101.10 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $99.08 |

Report:    MASPR0014
Run Date:    05/16/2006 10:51

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2004  Qtr 1 (Restated)

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1545-30 | PREVACID NAPRAPAC 375MG 4 CT | $101.10 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $91.21 |

**TAP Pharmaceutical Products Inc.**
**Average Sale Price Report**
Year  2004  Qtr  1  Restatement

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,360.39 |
| 00300-1541-30 | PREVACID 15MG 30CT | $86.49 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,395.47 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $734.37 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $366.27 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature


Director, Contracts and Pricing
Title


April 29, 2004
Date

 **TAP PHARMACEUTICALS INC.**    Confidential

---

675 North Field Drive
Lake Forest, L  60045

July 29, 2004

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products.  I am enclosing the required 2Q-2004 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2004  Qtr  2

CONFIDENTIAL

Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $324.88 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,218.44 |
| 00300-1541-30 | PREVACID 15MG 30CT | $86.28 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $78.94 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $74.94 |
| 00300-1545-30 | PREVACID NAPRAPAC 375MG 4 CT | $74.84 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $74.84 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $509.65 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $926.01 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,038.23 |
| 00300-3046-11 | PREVACID 30MG HUD | $355.18 |
| 00300-3046-13 | PREVACID 30MG 100CT | $309.51 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,460.65 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $694.20 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $363.26 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $352.07 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $419.70 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $297.72 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,206.01 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $710.01 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $221.97 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $105.28 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $103.02 |

**TAP Pharmaceutical Products Inc.**
**Average Sale Price Report**
Year  2004  Qtr 2 Restatement

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $324.96 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,218.69 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $509.66 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $926.02 |
| 00300-3046-11 | PREVACID 30MG HUD | $355.24 |
| 00300-3046-13 | PREVACID 30MG 100CT | $309.52 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,460.78 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $694.23 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $363.27 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $419.71 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $297.73 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,206.03 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $710.02 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $103.03 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.

Signature

Director, Contracts and Pricing
Title

July 29, 2004
Date

 **TAP PHARMACEUTICALS INC.**    Confidential

---

Joe Rytell
Director, Contracts & Pricing

675 North Field Drive
Lake Forest, IL 60045
Phone: 847.582.6486
Fax: 800.467.8401
E-mail: joseph.rytell@tap.com

October 28, 2004

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sale price for each of its products. I am enclosing the required 3Q-2004 Average Sale Price Report, signed certification, and Detailed Methodology.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2004  Qtr 3

CONFIDENTIAL
Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $323.80 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,152.13 |
| 00300-1541-30 | PREVACID 15MG 30CT | $83.34 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $19.26 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $45.97 |
| 00300-1545-30 | PREVACID NAPRAPAC 375MG 4 CT | $100.20 |
| 00300-1546-30 | PREVACID NAPRAPAC 500MG 4 CT | $65.80 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $523.47 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $951.61 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,054.23 |
| 00300-3046-11 | PREVACID 30MG HUD | $363.80 |
| 00300-3046-13 | PREVACID 30MG 100CT | $313.65 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,482.27 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $667.69 |
| 00300-3612-24 | LUPRON 6 PACK 2.8ML | $369.09 |
| 00300-3612-28 | LUPRON 2 WEEK 2.8ML | $365.09 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $431.21 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $269.63 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,225.32 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $730.50 |
| 00300-3702-01 | PREVPAC 30MG 14CT | $227.60 |
| 00300-3954-25 | PREVACID IV 30MG | $20.96 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $107.36 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $107.30 |

# TAP Pharmaceutical Products Inc.
## Average Sale Price Report
### Year  2004  Qtr 3  Restatement

CONFIDENTIAL

Page: 1

| NDC | Product | Average Sale Price |
|---|---|---|
| 00300-1541-11 | PREVACID 15MG HUD | $324.18 |
| 00300-1541-19 | PREVACID 15MG 1000CT | $3,152.54 |
| 00300-1543-30 | PREVACID SOLUTAB 15MG 30 CT | $19.27 |
| 00300-1544-30 | PREVACID SOLUTAB 30MG 30 CT | $45.98 |
| 00300-2108-01 | LUPRON DEPOT 7.5MG PED | $523.48 |
| 00300-2282-01 | LUPRON DEPOT 11.25MG PED | $951.62 |
| 00300-2440-01 | LUPRON DEPOT 15MG PED | $1,054.24 |
| 00300-3046-11 | PREVACID 30MG HUD | $364.04 |
| 00300-3046-13 | PREVACID 30MG 100CT | $313.66 |
| 00300-3046-19 | PREVACID 30MG 1000CT | $3,482.49 |
| 00300-3346-01 | LURPON DEPOT 3-MONTH, 22.5MG | $667.73 |
| 00300-3641-01 | LUPRON DEPOT 3.75MG | $431.22 |
| 00300-3642-01 | LUPRON DEPOT 7.5MG | $269.64 |
| 00300-3663-01 | LUPRON DEPOT 3-MONTH, 11.25MG | $1,225.35 |
| 00300-3683-01 | LUPRON DEPOT 4-MONTH, 30MG | $730.52 |
| 00300-7309-30 | PREVACID ORAL SUSP 15MG DELAYED RELEASE ORAL SUSP | $107.37 |
| 00300-7311-30 | PREVACID ORAL SUSP 30MG DELAYED RELEASE ORAL SUSP | $107.31 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


_____
Signature

Director, Contracts and Pricing
Title


October 28, 2004
Date

 **TAP PHARMACEUTICALS INC.**   Confidential

Joe Rytell
Director, Contracts & Pricing

675 North Field Drive
Lake Forest, IL 60045
Phone: 847.582.6486
Fax: 800.487.6401
E-mail: joseph.rytell@tap.com

January 27, 2005

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 4Q-2004 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $406.19 | (1,412) |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,299.17 | 3,701 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $95.86 | 266,611 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $74.68 | 36,291 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $67.84 | 189,993 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $99.35 | 129,491 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $99.43 | 431,598 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $532.98 | 4,507 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $958.94 | 6,942 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,064.87 | 7,426 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $444.25 | (5,241) |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $329.98 | 1,020,328 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,359.90 | 45,263 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $549.87 | 48,576 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $373.76 | 398 |
| TAP Pharmaceutical Products, Inc. | 00300361228 | $369.70 | 5,024 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $422.70 | 53,969 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $247.56 | 47,168 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,199.87 | 11,733 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $702.90 | 91,262 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $232.48 | 87,607 |
| TAP Pharmaceutical Products, Inc. | 00300395425 | $3.12 | 392,523 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $108.20 | 26,067 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $110.92 | 41,500 |

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $405.14 | (1,412) |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,307.16 | 3,701 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $96.86 | 266,611 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $99.37 | 129,491 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $99.45 | 431,598 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $533.00 | 4,507 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $958.96 | 6,942 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,064.90 | 7,426 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $441.56 | (5,241) |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $332.91 | 1,020,328 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,368.61 | 45,263 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $549.93 | 48,576 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $373.79 | 398 |
| TAP Pharmaceutical Products, Inc. | 00300361228 | $369.72 | 5,024 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $422.73 | 53,969 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $247.58 | 47,168 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,199.93 | 11,733 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $702.93 | 91,262 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $234.07 | 87,607 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $108.70 | 26,067 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $111.34 | 41,500 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**


In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.


_____
Signature


Director, Contracts and Pricing
Title


January 27, 2005
Date

 **TAP PHARMACEUTICALS INC.**                    Confidential

Joe Rytell
Director, Contracts & Pricing

675 North Field Drive
Lake Forest, IL 60045
Phone: 847.582.6488
Fax: 800.467.6401
E-mail: joseph.rytell@tap.com

April 28, 2005

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 1Q-2005 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $323.23 | 675 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,303.34 | 3,588 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $97.21 | 363,086 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $77.98 | 113,506 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $70.57 | 324,204 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $55.49 | 865 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $73.16 | 7,111 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $532.41 | 5,009 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $961.51 | 6,284 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,061.89 | 7,311 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $373.65 | 32,541 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $332.14 | 1,554,370 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,389.03 | 46,949 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $641.52 | 60,208 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $373.46 | 837 |
| TAP Pharmaceutical Products, Inc. | 00300361228 | $369.76 | 4,153 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $421.99 | 45,362 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $250.88 | 51,629 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,164.30 | 8,515 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $694.74 | 94,644 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $230.38 | 124,114 |
| TAP Pharmaceutical Products, Inc. | 00300395425 | $7.66 | 627,794 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $108.97 | 37,128 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $110.94 | 22,941 |

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $341.16 | 675 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,320.95 | 3,588 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $98.16 | 383,086 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $78.06 | 113,506 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $70.63 | 324,204 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $55.64 | 865 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $73.27 | 7,111 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $532.56 | 5,009 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $961.73 | 6,284 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,062.15 | 7,311 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $377.44 | 32,541 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $334.99 | 1,554,370 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,406.46 | 46,949 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $642.11 | 60,208 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $373.91 | 837 |
| TAP Pharmaceutical Products, Inc. | 00300361228 | $369.89 | 4,153 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $422.30 | 45,362 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $251.03 | 51,629 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,165.98 | 8,515 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $695.01 | 94,644 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $232.21 | 124,114 |
| TAP Pharmaceutical Products, Inc. | 00300395425 | $7.67 | 627,794 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $109.55 | 37,128 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $111.65 | 22,941 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

Signature

Director, Contracts and Pricing
Title

April 28, 2005
Date

**FedEx** *USA Airbill*

8349 8473 8732

0215

**From** 4/25/05

Sender's FedEx
Account Number   1620-9188-0

Sender's
Name

Phone (847) 582-4926

Company TAP PHARMACEUTICAL/SOPS D-OT18

Address 675 N FIELD DR

City LAKE FOREST   State IL   ZIP 60045

Your Internal Billing Reference

**To**
Recipient's
Name   State Pharmacy Div ??   Phone (  )

Company Dept. of Human Services

Address Hoover State Office Building
Division of Medical Services

City Des Moines   State IA   ZIP 50319-0114

Try online shipping at fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill
and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**
or call 1 800 Go FedEx® 800 463 3339

0221315732

**4a Express Package Service**   *Packages up to 150 lbs*

☐ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight

☐ FedEx 2Day   ☐ FedEx Express Saver

**4b Express Freight Service**   *Packages over 150 lbs*

☐ FedEx 1Day Freight   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope   ☐ FedEx Pak   ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☒ No   ☐ Yes   ☐ Yes   ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value
$           .00

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature
and agree to indemnify and hold us harmless from any resulting claims.

447

 **TAP PHARMACEUTICALS INC.**    Confidential

675 North Field Drive
Lake Forest, IL 60045

July 29, 2005

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 2Q-2005 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $370.39 | 5,549 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,227.22 | 5,409 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $93.95 | 312,095 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $71.97 | 107,742 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $69.76 | 372,194 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $106.39 | 2,940 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $106.08 | 11,024 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $532.18 | 5,181 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $962.31 | 7,078 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,059.53 | 8,316 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $379.24 | 44,443 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $325.66 | 1,525,159 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,380.75 | 79,770 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $633.16 | 58,649 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $370.36 | 452 |
| TAP Pharmaceutical Products, Inc. | 00300361228 | $367.22 | 4,618 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $424.83 | 53,393 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $247.06 | 50,082 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,196.93 | 12,752 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $705.13 | 91,021 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $228.94 | 104,764 |
| TAP Pharmaceutical Products, Inc. | 00300395425 | $5.11 | 539,574 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $108.46 | 43,528 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $111.66 | 35,381 |

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $370.89 | 5,549 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,237.95 | 5,409 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $95.18 | 312,095 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $72.63 | 107,742 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $70.06 | 372,194 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $106.45 | 2,940 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $106.20 | 11,024 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $962.30 | 7,078 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $379.72 | 44,443 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $329.20 | 1,525,159 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,391.05 | 79,770 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $424.82 | 53,393 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,196.91 | 12,752 |
| TAP Pharmaceutical Products, Inc. | 00300370201 | $231.16 | 104,764 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $109.13 | 43,528 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $112.23 | 35,381 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

July 28, 2005
Date

**FedEx** Express   *USA Airbill*   FedEx Tracking Number **8 2 7 4 5 4 3 8 4 2 2 8**

0215   Sender's Copy

**From**

Date 7/28/05   Sender's FedEx Account Number   1820-9188-0

Sender's Name Stella Chu   Phone (847) 582-4926

Company TAP PHARMACEUTICAL/SOPS D-OT18

Address 675 N FIELD DR

City LAKE FOREST   State IL   ZIP 60045

**Your Internal Billing Reference**

**To**

Recipient's Name State Pharmacy Manager   Phone

Company Dept. of Human Services

Address Hoover State Office Building

Division of Medical Services

City Des Moines   State IA   ZIP 50319

**Questions? Visit our Web site at fedex.com**
or call 1·800·Go·FedEx (800)463-3339.

**4a Express Package Service**   *Packages up to 150 lbs.*

☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver
☐ NEW FedEx Extra Hours

**4b Express Freight Service**   *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☑ FedEx Envelope
☐ FedEx Pak
☐ Other Pkg.

**6 Special Handling**

☐ SATURDAY Delivery
☐ SUNDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☒ No   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value   $ .00

**8 Release Signature**

406

0185480059

 **TAP PHARMACEUTICALS INC.**   Confidential

Joe Rytell
Director, Contracts & Pricing

675 North Field Drive
Lake Forest, IL 60045
Phone: 847.582.6486
Fax: 800.467.6401
E-mail: joseph.rytell@tap.com

October 27, 2005

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 3Q-2005 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Joseph Rytell
Director, Contracts and Pricing Department

| Manufacturer's Name | Product Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG HUD | 00300154111 | $269.49 | 2,117 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 1000CT | 00300154119 | $3,176.11 | 4,248 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 30CT | 00300154130 | $95.34 | 221,852 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154330 | $74.20 | 127,696 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154430 | $70.19 | 438,583 |
| TAP Pharmaceutical Products, Inc. | PREVACID NAPRAPAC | 00300154530 | $109.12 | 9,261 |
| TAP Pharmaceutical Products, Inc. | PREVACID NAPRAPAC | 00300154630 | $108.71 | 26,910 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG PED | 00300210801 | $539.93 | 4,603 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 11.25MG PED | 00300228201 | $979.06 | 7,109 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 15.0MG PED | 00300244001 | $1,081.98 | 8,459 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG HUD | 00300304611 | $212.31 | 10,942 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 100CT | 00300304613 | $336.21 | 1,330,270 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 1000CT | 00300304619 | $3,366.33 | 54,205 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 22.5MG | 00300334601 | $655.07 | 57,312 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2.8ML 6-PACK | 00300361224 | $379.33 | 820 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2 WEEK KIT | 00300361228 | $375.77 | 4,766 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3.75MG | 00300364101 | $431.59 | 51,824 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG | 00300364201 | $257.70 | 50,011 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 11.25MG | 00300366301 | $1,197.29 | 11,526 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 4-MONTH, 30MG | 00300368301 | $701.94 | 85,957 |
| TAP Pharmaceutical Products, Inc. | PREV PAC | 00300370201 | $238.23 | 89,698 |
| TAP Pharmaceutical Products, Inc. | PREVACID IV FOR INJECTION | 00300395425 | ($3.28) | 274,470 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUS | 00300730930 | $112.35 | 33,604 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUS | 00300731130 | $114.03 | 25,117 |

3Q05 ASP Summary

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $269.45 | 2,117 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,175.99 | 4,248 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $95.30 | 221,852 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $70.18 | 438,583 |
| TAP Pharmaceutical Products, Inc. | 00300154530 | $109.11 | 9,261 |
| TAP Pharmaceutical Products, Inc. | 00300154630 | $108.70 | 26,910 |
| TAP Pharmaceutical Products, Inc. | 00300210801 | $539.91 | 4,603 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $979.02 | 7,109 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,081.96 | 8,459 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $212.26 | 10,942 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $336.15 | 1,330,270 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,366.18 | 54,205 |
| TAP Pharmaceutical Products, Inc. | 00300361224 | $379.31 | 820 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $431.58 | 51,824 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,197.25 | 11,526 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $701.93 | 85,957 |
| TAP Pharmaceutical Products, Inc. | 00300730930 | $112.36 | 33,604 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $114.02 | 25,117 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

## CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

October 27, 2005
Date

FedEx | Ship Manager | Label 7902 0018 6001                                     Page 1 of 1

From:    Origin ID:  (847)582-4937
ruhie colton
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL 60045



Ship Date: 27OCT05
ActWgt: 1 LB
System#: 1494108/INET2300
Account#: S *********

REF:

Delivery Address Bar Code

SHIP TO:   (847)582-4937          BILL SENDER

**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**



**PRIORITY OVERNIGHT**                        **FRI**
                                              Deliver By:
TRK#   7902  0018  6001       FORM            28OCT05
                              0201
                                       DSM    A1

50319    -IA-US

# XH DSMA

Shipping Label: Your shipment is complete
1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2.  Fold the printed page along the horizontal line.
3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Confidential

January 27, 2006

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products.  I am enclosing the required 4Q-2005 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Senior Director, Contracts and Pricing Department

| Manufacturer's Name | Product Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG HUD | 00300154111 | $225.66 | 1,692 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 1000CT | 00300154119 | $3,135.99 | 4,136 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 30CT | 00300154130 | $92.87 | 336,462 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154330 | $74.31 | 160,902 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154430 | $70.28 | 651,759 |
| TAP Pharmaceutical Products, Inc. | PREVACID NAPRAPAC | 00300154530 | $117.02 | (457) |
| TAP Pharmaceutical Products, Inc. | PREVACID NAPRAPAC | 00300154630 | $107.02 | 22,212 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG PED | 00300210801 | $548.00 | 5,345 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 11.25MG PED | 00300228201 | $989.11 | 7,613 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 15.0MG PED | 00300244001 | $1,090.66 | 8,468 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG HUD | 00300304611 | $332.16 | 32,118 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 100CT | 00300304613 | $328.95 | 1,228,870 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 1000CT | 00300304619 | $3,357.10 | 71,089 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 22.5MG | 00300334601 | $672.24 | 56,342 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2.8ML 6-PACK | 00300361224 | $380.28 | 343 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2 WEEK KIT | 00300361228 | $378.10 | 3,484 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3.75MG | 00300364101 | $435.65 | 51,972 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG | 00300364201 | $272.62 | 49,091 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 11.25MG | 00300366301 | $1,219.46 | 12,578 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 4-MONTH, 30MG | 00300368301 | $730.97 | 84,921 |
| TAP Pharmaceutical Products, Inc. | PREV PAC | 00300370201 | $236.40 | 109,127 |
| TAP Pharmaceutical Products, Inc. | PREVACID IV FOR INJECTION | 00300395425 | ($1.16) | 229,151 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUSPENSION | 00300730930 | $110.83 | 29,929 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUSPENSION | 00300731130 | $113.74 | 22,035 |

4Q05 ASP Summary

| Manufacturer's Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | 00300154111 | $223.54 | 2,117 |
| TAP Pharmaceutical Products, Inc. | 00300154119 | $3,134.84 | 4,248 |
| TAP Pharmaceutical Products, Inc. | 00300154130 | $92.85 | 221,852 |
| TAP Pharmaceutical Products, Inc. | 00300154330 | $74.27 | 127,696 |
| TAP Pharmaceutical Products, Inc. | 00300154430 | $70.16 | 438,583 |
| TAP Pharmaceutical Products, Inc. | 00300228201 | $988.98 | 7,109 |
| TAP Pharmaceutical Products, Inc. | 00300244001 | $1,090.44 | 8,459 |
| TAP Pharmaceutical Products, Inc. | 00300304611 | $331.36 | 10,942 |
| TAP Pharmaceutical Products, Inc. | 00300304613 | $328.91 | 1,330,270 |
| TAP Pharmaceutical Products, Inc. | 00300304619 | $3,356.49 | 54,205 |
| TAP Pharmaceutical Products, Inc. | 00300334601 | $669.56 | 57,312 |
| TAP Pharmaceutical Products, Inc. | 00300364101 | $435.40 | 51,824 |
| TAP Pharmaceutical Products, Inc. | 00300364201 | $271.67 | 50,011 |
| TAP Pharmaceutical Products, Inc. | 00300366301 | $1,217.04 | 11,526 |
| TAP Pharmaceutical Products, Inc. | 00300368301 | $729.89 | 85,957 |
| TAP Pharmaceutical Products, Inc. | 00300395425 | ($1.65) | 274,470 |
| TAP Pharmaceutical Products, Inc. | 00300731130 | $113.71 | 25,117 |

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP
Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the
best of his/her knowledge, information, and belief that the attached Average Sale Price
information has been communicated to First DataBank Inc. (and/or other price reporting
entity as specified in the CIA); to the State Medicaid programs of those States which
executed settlement agreements with TAP, as required; to the OIG; and to the Centers for
Medicare & Medicaid Services and that it has been calculated in accordance with the
definition of and requirements relating to Average Sales Price set forth in the Medicare
Prescription Drug, Improvement, and Modernization Act of 2003.


_____
Signature

_____
Senior Director, Contracts and Pricing
Title

January 27, 2006
Date

Confidential

April 27, 2006


State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the
Office Of Inspector General of the Department Of Health and Human Services and TAP
Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement
Agreement with the State of Iowa, TAP is hereby reporting its average sales price for
each of its products. I am enclosing the required 1Q-2006 Average Sales Price Report,
Detailed Methodology, signed certification, and another signed certification required
under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA
and the Settlement Agreement between TAP and the State of Iowa.



Sincerely,



Glenn Weiglein
Director, Contracts and Pricing Department

| Manufacturer's Name | Product Name | 11-Digit National Drug Code | Manufacturer's Average Sales Price | Number of Units |
|---|---|---|---|---|
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG HUD | 00300154111 | $309.55 | 3,877 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 1000CT | 00300154119 | $3,045.41 | 2,247 |
| TAP Pharmaceutical Products, Inc. | PREVACID 15MG 30CT | 00300154130 | $89.07 | 316,315 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154330 | $75.66 | 148,354 |
| TAP Pharmaceutical Products, Inc. | PREVACID SOLUTAB | 00300154430 | $74.95 | 605,777 |
| TAP Pharmaceutical Products, Inc. | PREVACID NAPRAPAC | 00300154630 | $107.57 | 67,843 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG PED | 00300210801 | $540.58 | 4,774 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 11.25MG PED | 00300228201 | $975.06 | 6,895 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 15.0MG PED | 00300244001 | $1,081.00 | 7,788 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG HUD | 00300304611 | $307.10 | 23,150 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 100CT | 00300304613 | $322.75 | 1,346,095 |
| TAP Pharmaceutical Products, Inc. | PREVACID 30MG 1000CT | 00300304619 | $3,252.94 | 51,329 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 22.5MG | 00300334601 | $603.22 | 56,365 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2.8ML 6-PACK | 00300361224 | $381.94 | 625 |
| TAP Pharmaceutical Products, Inc. | LUPRON 2 WEEK KIT | 00300361228 | $376.98 | 4,583 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3.75MG | 00300364101 | $424.79 | 42,174 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 7.5MG | 00300364201 | $241.57 | 45,917 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 3-MONTH, 11.25MG | 00300366301 | $1,170.53 | 11,230 |
| TAP Pharmaceutical Products, Inc. | LUPRON DEPOT 4-MONTH, 30MG | 00300368301 | $715.87 | 84,782 |
| TAP Pharmaceutical Products, Inc. | PREV PAC | 00300370201 | $234.50 | 96,887 |
| TAP Pharmaceutical Products, Inc. | PREVACID IV FOR INJECTION | 00300395425 | ($15.64) | 149,752 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUSPENSION | 00300730930 | $110.26 | 30,463 |
| TAP Pharmaceutical Products, Inc. | PREVACID DELAYED RELEASE ORAL SUSPENSION | 00300731130 | $113.72 | 25,518 |

1Q06 ASP Summary

 **TAP PHARMACEUTICALS INC.**

**Confidential**

675 North Field Drive
Lake Forest, IL 60045

July 27, 2006

State Pharmacy Manager
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, IA   50319-0114

Dear State Pharmacy Manger,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the
Office of Inspector General of the Department of Health and Human Services and TAP
Pharmaceutical Products Inc., dated September 28, 2001, as well as TAP's Settlement
Agreement with the State of Iowa, TAP is hereby reporting its average sales price for
each of its products.  I am enclosing the required 2Q-2006 Average Sales Price Report,
Detailed Methodology, signed certification, and another signed certification required
under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA
and the Settlement Agreement between TAP and the State of  Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing

 **TAP PHARMACEUTICALS INC.**

Confidential

675 North Field Drive
Lake Forest, IL 60045

October 27, 2006

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the
Office Of Inspector General of the Department Of Health and Human Services and TAP
Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement
Agreement with the State of Iowa, TAP is hereby reporting its average sales price for
each of its products.  I am enclosing the required 3Q-2006 Average Sales Price Report,
Detailed Methodology, signed certification, and another signed certification required
under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA
and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department

FedEx | Ship Manager | Label 7911 5199 6454

From:  Origin ID:  (847)582-4937
ruthie cotton
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL 60045



Ship Date: 27OCT06
ActWgt: 1 LB
System#: 1494108/INET2500
Account#: S *********

REF:

Delivery Address Bar Code

SHIP TO:  (847)582-4937        BILL SENDER
**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**



**STANDARD OVERNIGHT**                **MON**

                                          Deliver By:
TRK#  **7911 5199 6454**   FORM   30OCT06
                            0201
                                    **DSM**    A1

**50319**    -IA-US

# XH DSMA



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# TAP PHARMACEUTICALS INC.

Confidential

675 North Field Drive
Lake Forest, IL 60045

January 29, 2007

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 4Q-2006 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department

x | Ship Manager | Label 7906 5844 5955                                    Page 1 of 1



Origin ID: FEPA  (847)582-4937
te cotton

NORTH FIELD DRIVE

KE FOREST, IL 60045

Ship Date: 29JAN07
ActWgt: 1 LB
System#: 1494108/INET2600
Account#: S *********

FedEx Express

TO:  (847)582-4937          BILL SENDER
ate Pharmacy Manager
partment of Human Services
oover Sate Office Building
vision of Medical Services
es Moines, IA 503190114

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #



PRIORITY OVERNIGHT                                     TUE
                                                       Deliver By:
TRK#   7906  5844  5955    FORM     30JAN07
                           0201
                                        DSM      A1

50319  -IA-US

XH DSMA

ng Label. Your shipment is complete.

se the 'Print' feature from your browser to send this page to your laser or inkjet printer.

old the printed page along the horizontal line.

lace label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

ning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent
could result in additional billing charges, along with the cancellation of your FedEx account number.

f this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not
sponsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation,
s you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx
ce Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit,
ey's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the
rized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry,
ous metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current
x Service Guide.

 **TAP PHARMACEUTICALS INC.**

Confidential

675 North Field Drive
Lake Forest, IL 60045

April 27, 2007

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 1Q-2007 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department



**TAP PHARMACEUTICALS INC.**

Confidential

675 North Field Drive
Lake Forest, IL 60045

Do not ship liquids, blood or diagnostics in this packaging.



FedEx | Ship Manager | Label 7902 3442 7763

Page 1 of 1

From  Origin ID: FLPA  (847)582-4937
active edtion
TAP
675 NORTH FIELD DRIVE
LAKE FOREST, IL 60045

Ship Date: 27APR07
ActWgt: 1 LB
System# 5404 006/INET2600
Account#: S ********

SHIP TO: (847)582-4937          BILL SENDER
**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**                    **MON**
                                          Deliver By:
                                          30APR907
TRK#   7902 3442 7763    FORM      DSM    A1
                         0201

50319      -IA-US

**XH DSMA**

**TAP PHARMACEUTICALS INC.**

Confidential

675 North Field Drive
Lake Forest, IL 60045

July 27, 2007

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 2Q-2007 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department

Do not ship liquids, b.   d or diagnostics in this packaging

FedEx | Ship Manager | Label

From:   Origin ID: FEPA  (847)582-4937
ruthie cofon
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL 60045

**FedEx** Express

**E**

Ship Date: 27JUL07
AdWgt: 1 LB
System#: I494108/INET7061
Account#: S \*\*\*\*\*\*\*\*

Delivery Address Bar Code

SHIP TO:   (847)582-4937        BILL SENDER
**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**

Ref #
Invoice #
PO #
Dept #

Insert
airbill
here
▼



TRK#
0201    7991 8130 2149

**MON - 3(**
**PRIORIT**

**XH-DSMA**



Convention, typically to US$9.07 per pound. See the current FedEx S
International Air Waybill for details.

**Want more information?**
Go to **fedex.com**, or call 1.800.GoFedEx 1.800.463.3339 for U.S. dom

**100% Recycled Paperboard**



# TAP PHARMACEUTICALS INC.

Confidential

675 North Field Drive
Lake Forest, IL 60045

October 29, 2007

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 3Q-2007 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department

ll to open

nters: This service area is provided for your internal use
customer. Service must be mailed on airbill.

FedEx Service:

Pull to open ◄ ◄ ◄

**Extremely Urgent**

FedEx | Ship Manager | Label 792586033034

Page 1 of 1

From   Origin ID: FEPA  (847)582-4937
native cotton
TAP
675 NORTH FIELD DRIVE
LAKE FOREST, IL 60045

**FedEx**
Express
E

Ship Date: 29OCT07
ActWgt: 1 LB
System#: 14941GRNET7091
Account#: S *******

Delivery Address Bar Code

SHIP TO: (847)582-4937      BILL SENDER
**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**

Ref #
Invoice #
PO #
Dept #

TRKG                                    TUE - 30OCT        A1
0201  **7925 8603 3034**          **PRIORITY OVERNIGHT**

**XH-DSMA**                                DSM
                                           IA-US
                                           **50319**



**TAP PHARMACEUTICALS INC.**

Confidential

675 North Field Drive
Lake Forest, IL 60045

January 29, 2008

State Pharmacy Manager
Department of Human Services
Hoover State Office Building,
Division of Medical Services
Des Moines, IA 50319-0114

Dear State Pharmacy Manager,

In accordance with Section III. D. 2. of the Corporate Integrity Agreement between the Office Of Inspector General of the Department Of Health and Human Services and TAP Pharmaceutical Products Inc. dated September 28, 2001, as well as TAP's Settlement Agreement with the State of Iowa, TAP is hereby reporting its average sales price for each of its products. I am enclosing the required 4Q-2007 Average Sales Price Report, Detailed Methodology, signed certification, and another signed certification required under the Medicare Prescription Drug Improvement and Modernization Act of 2003.

The information contained herein is CONFIDENTIAL pursuant to the terms of the CIA and the Settlement Agreement between TAP and the State of Iowa.

Sincerely,

Glenn Weiglein
Director, Contracts and Pricing Department

FedEx | Ship Manager | Label 791483019444                    Page 1 of 1

From:    Origin ID: FEPA   (847)582-4937
ruthie cotton
TAP
675 NORTH FIELD DRIVE

LAKE FOREST, IL 60045



Ship Date: 29JAN08
ActWgt: 1 LB
System#: 1494106/INET8011
Account#: S *********

SHIP TO:  847-582-4937          BILL SENDER
**State Pharmacy Manager**
**Department of Human Services**
**Hoover Sate Office Building**
**Division of Medical Services**
**Des Moines, IA 503190114**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK#
0201    7914 8301 9444

WED - 30JAN          A1
PRIORITY OVERNIGHT

50319
IA-US
DSM

## XH DSMA



shipments by surface or air and may be further limited by certain treaties, including the Warsaw
Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx®
International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155476/155475 REV 9/05 RT

