Exhibit E

ENTERED

JUN 2 3 2006

FRANKLIN CIRCUIT COURT
CLERK

## COMMONWEALTH OF KENTUCKY
## FRANKLIN CIRCUIT COURT – DIV. 1
## CIVIL ACTION NO. 04-CI-1487

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF
*ex rel.* GREGORY D. STUMBO, ATTORNEY GENERAL


v.


ALPHARMA, INC., *et al.*                                          DEFENDANTS

## ORDER ON
## DEFENDANT BAYER CORPORATION'S
## MOTION TO DISMISS

The matter came before the Court on June 6, 2006, for oral argument on the defendant Bayer

Corporation's individual motion to dismiss the Commonwealth's First Amended Complaint pursuant

to CR 12.02 and CR 9.02. Having read the memoranda filed by the parties and having heard the

arguments of counsel, and for the reasons stated by the Court at the June 6, 2006 hearing, **IT IS**

**HEREBY ORDERED**, that the individual Motion to Dismiss filed by the defendant Bayer

Corporation be and is **GRANTED**, including with regard to *parens patriae* claims asserted by the

Commonwealth, which the Court finds as a matter of law are included within the scope of the

release in the 2001 Settlement Agreement between Bayer Corporation and the Commonwealth,

thereby barring any further claims relating to the six (6) drugs covered by the Settlement Agreement.

The Commonwealth shall have thirty (30) days from the entry of this Order to file any Amended

Complaint against Bayer. Any such Amended Complaint shall be limited to drugs on the

Commonwealth's Target Drug list, and shall assert the specific basis for any claims against Bayer,

in light of the 2001 Settlement Agreement and Bayer's obligation under that Agreement to provide

price information on a quarterly basis to the Commonwealth.


Roger L. Crittenden,
Judge, Franklin Circuit Court


June 23, 2006
Date


TENDERED BY:

GREGORY D. STUMBO
Attorney General of Kentucky

By:

C. David Johnstone
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky  40601
(502) 696-5300
(502) 573-7150 FAX

Counsel for Plaintiff,
Commonwealth of Kentucky

Distribution to:  All Counsel of Record

2