# EXHIBIT B

## Kathryn Bale

| | |
|---|---|
| **From:** | "Joanne Cicala" <jcicala@kmllp.com> |
| **To:** | "'Bueker, John P.'" <John.Bueker@ropesgray.com> |
| **Cc:** | "'Kathryn Bale'" <kbale@kmllp.com> |
| **Sent:** | Friday, February 29, 2008 3:58 PM |
| **Subject:** | City of NY/NY Counties' Claims Data |

John- I have confirmation from the State of NY that the responsive claims data will be produced to plaintiffs by State DOH on or before March 21, 2008. We will immediately supply it to defendants thereafter. I trust that having this date certain moots your motion to compel and that such motion will now be withdrawn. Please confirm that for me when you can. Thank you. Best, JMC

Joanne M. Cicala
Kirby McInerney LLP
830 Third Avenue
New York, NY 10022
www.kmllp.com
NY office 212-371-6600
TX office 512-858-1800

CONFIDENTIALITY NOTICE: This communication and the attachments accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the recipient(s) named above. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (212) 371-6600.