UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:  *The City of New York, et. al.*  *v.*  *Abbott Laboratories, Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' CROSS MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANTS TO THE NEW YORK STATE DEPARTMENT OF HEALTH AND/OR ITS CURRENT AND FORMER EMPLOYEES**

Pursuant to Local Rule 7.1(b)(2), counsel for plaintiffs respectfully file this Unopposed Motion for an order granting plaintiffs leave to file, on April 4, 2008, a reply memorandum in further support of their cross motion to quash subpoenas issued by defendants to the New York State Department of Health (hereinafter "NYDOH") and/or its current and former employees.  In support of this motion, plaintiffs state as follows:

1. On February 19, 2008, defendants filed their Joint Motion to Compel Commissioner of New York State Department of Health and Three Key Witnesses to Comply with Subpoenas.

2. On March 4, 2008, plaintiffs served their opposition to defendants' joint motion to compel and a cross motion to quash the subpoenas issued by defendants to NYDOH.

3. Pursuant to Local Rule 7.1(b)(2), any opposing/reply brief was due within fourteen (14) days of service, or by March 18, 2008.  Defendants requested a 3-day extension of this deadline, or until March 21, 2008.  Plaintiffs agreed to not oppose the request for the extension.

4. On March 18, 2008, defendants filed Defendants' Unopposed Motion to Extend Time

by Three Days to Respond to Movants' Cross Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or Its Current and Former Employees.

5. On March 21, 2008, Honorable Patti B. Saris entered an Order granting defendants' motion for extension of time to respond.

6. On that same date, defendants filed Defendants' Joint Memorandum in Opposition to Movants' Cross Motion to Quash and in Further Support of Defendants' Motion to Compel Subpoenas Issued by Defendants to the New York State Department of Health and Three Key Witnesses. Notably, this was not merely a brief in opposition to plaintiffs' motion to quash, but also a reply brief in further support of defendants' motion to compel.

7. Plaintiffs, by this motion, request the same opportunity to file a reply brief.

8. On March 24, 2008, plaintiffs asked defendants' counsel whether they would consent to plaintiffs' request to file a reply on April 4, 2008.

9. On that same date, defendants' counsel said that their clients would not oppose plaintiffs' request.

For the above reasons, plaintiffs respectfully request that this motion be granted. A proposed order is attached hereto.

Dated:  March 25, 2008

By:   /s/ Joanne M. Cicala
Joanne M. Cicala
James P. Carroll, Jr.
Aaron D. Hovan
KIRBY MCINERNEY LLP
830 Third Avenue
New York, NY 10022
Telephone:  (212) 371-6600

*Counsel for The City of New York and various New York Counties in MDL 1456, except the County of Nassau and County of Orange*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 25th day of March, 2008 he caused a true and correct copy of the foregoing Unopposed Motion for Leave to File a Reply Memorandum in Further Support of Plaintiffs' Cross Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or its Current and Former Employees to be delivered to counsel of record for defendants by electronic service by posting it to Lexis Nexis File and Serve's Electronic Service System pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600