**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:  *The City of New York, et. al.*  *v.*  *Abbott Laboratories, Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the City of New York and Captioned New York Counties shall be granted leave to file, on April 4, 2008, their Reply Memorandum in Further Support of Plaintiffs' Cross Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or Its Current and Former Employees.

Dated: March ___, 2008

                                                                  _____
                                                                  Hon. Patti B. Saris
                                                                  United States District Court Judge