# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                 )

IN RE PHARMACEUTICAL INDUSTRY   )     MDL NO. 1456
AVERAGE WHOLESALE PRICE        )     Civil Action No. 01-12257-PBS
LITIGATION                         )
_____)
                                 )     Judge Patti B. Saris
                                 )

THIS DOCUMENT RELATES TO:      )
                                 )

*The City of New York v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 04-CV-06054)          )
*County of Suffolk v. Abbott Labs., et al.*     )
(E.D.N.Y. No. CV-03-229)           )
*County of Westchester v. Abbott Labs., et al.*  )
(S.D.N.Y. No. 03-CV-6178)           )
*County of Rockland v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 03-CV-7055)           )
*County of Dutchess v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 05-CV-06458)          )
*County of Putnam v. Abbott Labs., et al.*    )
(S.D.N.Y. No. 05-CV-04740)          )
*County of Washington v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00408)          )
*County of Rensselaer v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00422)          )
*County of Albany v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00425)          )

[Caption Continues on Next Page]

## DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL THE PRODUCTION OF CLAIMS DATA

*County of Warren v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00468)     )
*County of Greene v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00474)     )
*County of Saratoga v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00478)     )
*County of Columbia v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00867)     )
*Essex County v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00878)     )
*County of Chenango v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00354)     )
*County of Broome v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00456)     )
*County of Onondaga v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00088)     )
*County of Tompkins v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00397)     )
*County of Cayuga v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00423)     )
*County of Madison v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00714)     )
*County of Cortland v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00881)     )
*County of Herkimer v. Abbott Labs. et al.*     )
(N.D.N.Y. No. 05-CV-00415)     )
*County of Oneida v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00489)     )
*County of Fulton v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00519)     )
*County of St. Lawrence v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00479)     )
*County of Jefferson v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00715)     )
*County of Lewis v. Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00839)     )
*County of Chautauqua v. Abbott Labs., et al.*     )
(W.D.N.Y. No. 05-CV-06204)     )
*County of Allegany v. Abbott Labs., et al.*     )
(W.D.N.Y. No. 05-CV-06231)     )
*County of Cattaraugus v. Abbott Labs., et al.*     )
(W.D.N.Y. No. 05-CV-06242)     )

*County of Genesee v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06206)    )
*County of Wayne v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06138)    )
*County of Monroe v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06148)    )
*County of Yates v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06172)    )
*County of Niagara v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06296)    )
*County of Seneca v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06370)    )
*County of Orleans v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06371)    )
*County of Ontario v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06373)    )
*County of Schuyler v. Abbott Labs, et al.*    )
(W.D.N.Y. No. 05-CV-06387)    )
*County of Steuben v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06223)    )
*County of Chemung v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06744)    )
AND    )
*County of Nassau v. Abbott Labs., et al.*    )
(E.D.N.Y. No. 04-CV-5126)    )
_____)

Defendants respectfully move the Court for leave to file a reply in support of their

Motion to Compel the Production of Claims Data, file on February 27, 2008. [Docket No. 5092].

In support of this motion, Defendants state as follows:

(1)     Defendants filed their Joint Motion to Compel the Production of Claims Data on

February 27, 2008.  After Defendants filed the Joint Motion to Compel, Plaintiffs informed

Defendants that they would produce the complete claims data on March 21, 2008 and,

accordingly, Defendants agreed to extend the time for Plaintiffs to file an opposition until March

24, 2008.

(2)     Since receiving the claims data on March 21, 2008, Defendants have discovered

that the data is inadequate and incomplete.  For example, the data does not contain the fields

necessary to determine whether the Plaintiff Counties reimbursed New York Medicaid

pharmaceutical claims on the basis of AWP, FUL or some other basis.  Moreover, Plaintiffs

failed to produce data for any of the NDCs for which they allege AWP fraud.

(3)     Defendants request leave to file a reply to inform the Court of the inadequacies of

Plaintiffs' production of claims data.

For all the foregoing reasons, defendants respectfully request leave to file a reply in

support of their Motion to Compel the Production of Claims Data.

Respectfully submitted,

Schering-Plough Corporation, Schering
Corporation, and Warrick Pharmaceuticals
Corporation on behalf of all other Defendants
identified in the Revised First Amended
Consolidated Complaint

 /s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Bryan R. Diederich (BBO#647632)

Kim B. Nemirow (BBO#663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: March 26, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 and by facsimile and mail on counsel for the New York Department of Health and the witnesses subpoenaed.

/s/ Renee Coshin
Renee Coshin