UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1456 <br><br> Civil Action No. 06-CV-11337 <br> Lead Case No. 01-CV-12257 <br><br> Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | | |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND
TO THE UNITED STATES' FIRST AMENDED COMPLAINT**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' First Amended Complaint until April 1, 2008. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1. The United States filed its First Amended Complaint on June 4, 2007. Abbott filed a motion to dismiss the First Amended Complaint on July 17, 2007. This Court granted in part and denied in part Abbott's motion on March 13, 2008.

2. Pursuant to Federal Rule of Civil Procedure 15(a), Abbott's response would be due on or before March 27, 2008.

3. The parties agree that Abbott shall have until April 1, 2008 to file an answer and defenses to the First Amended Complaint.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to the United States' First Amended Complaint be enlarged to April 1, 2008. The United States does not oppose this motion, but by doing so is not waiving -- and expressly reserves -- the right to seek leave to conduct discovery on any defenses set forth in Abbott's response to the United States' First Amended Complaint.

Dated:  March 27, 2008

Respectfully submitted,

ABBOTT LABORATORIES INC.

By:  /s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2008, a true and correct copy of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE UNITED STATES' FIRST AMENDED COMPLAINT was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

    /s/ Carol P. Geisler