UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kimberly K. Heuer of Morgan, Lewis & Bockius LLP as counsel for Defendant Pharmacia Corporation. Defendant herein will continue to be represented by the undersigned, as well as the attorneys at Morgan, Lewis & Bockius LLP who have been admitted to the Court by *pro hac vice* application.

Dated: March 28, 2008

Respectfully submitted,

/s/ Mark D. Smith
Mark D. Smith (BBO# 542676)
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA  02109
Tel:  (617).367.7984
Fax:  (617).367.6475

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103
Tele: 215.963.5000
Fax:  215.963.5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tele: 202.739.3000
Fax: 202.739.3001

Attorneys for Defendant
Pharmacia Corporation

**CERTIFICATE OF SERVICE**

      I, Mark D. Smith, hereby certify that on this 28 day of March, 2008, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.

                                      /s/ Mark D. Smith
                                      LAREDO & SMITH, LLP