# EXHIBIT 5

# EXHIBIT 4

| | | | |
|---|---|---|---|
| R. Christopher Cook/JonesDay<br>Extension x4-3734<br>02/25/2008 11:13 AM | | To | AWP DOJ Internal, AbbottTap Database |
| | | cc | |
| | | bcc | |
| | | Subject | Fw: Documents |

-----------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
-----------------------------------------------------

----- Forwarded by R. Christopher Cook/JonesDay on 02/25/2008 11:12 AM -----

| | | | |
|---|---|---|---|
| R. Christopher Cook/JonesDay<br>Extension x4-3734<br>02/25/2008 11:12 AM | | To | "Martinez, Ana Maria (USAFLS)" <Ana.Maria.Martinez@usdoj.gov> |
| | | cc | "Norsetter, Claire (CIV)" <Claire.Norsetter@usdoj.gov>, "David S. Torborg" <dstorborg@JonesDay.com>, egortner@kirkland.com, haramsey@JonesDay.com, "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, mmurphy@foleyhoag.com, "Merkl, Neil" <NMERKL@KelleyDrye.com> |
| | | Subject | Re: Documents |

Ani:

The October 22, 2002 memo that you produced below is redacted.  On the basis of which privilege has the government made these redactions?  In advance of the deposition tomorrow can you give us the factual basis for the redaction?

Thanks.

Chris

-----------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
-----------------------------------------------------

"Martinez, Ana Maria (USAFLS)" <Ana.Maria.Martinez@usdoj.gov>

 "Martinez, Ana Maria



(USAFLS)"
<Ana.Maria.Martinez@usdoj.gov>

02/22/2008 07:26 PM

To  "David S. Torborg" <dstorborg@JonesDay.com>, "R. Christopher Cook" <christophercook@JonesDay.com>, <haramsey@JonesDay.com>, "Merkl, Neil" <NMERKL@KelleyDrye.com>, <egortner@kirkland.com>, <mmurphy@foleyhoag.com>

cc  "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, "Norsetter, Claire (CIV)" <Claire.Norsetter@usdoj.gov>

Subject  Documents

Dave,

On February 4, 2008, a disc was sent to you, Neil Merkl and Martin Murphy containing OIG reports bates numbered with the prefix HHD 172. Those reports were produced by Dierdre Duzor.

Also, today, several discs were sent to you, Neil Merkl, Martin Murphy and Eric Gortner. As stated in the letter, the materials bates numbered with the prefix HHD 119 are from Dierdre Duzor. The materials bates numbered with the prefix HHD166 are from Dennis Smith. In addition, I am attaching pdfs of HHD119 & HHD166.

I am also attaching pdfs of two documents without bates numbers at this time: Dennis Smith's resume, and a redacted copy of an October 22, 2002 memo regarding "Review of Medicaid Drug State Plan Amendments."

Ani

<<HHD 119.pdf>> <<HHD166.pdf>> <<Dennis Smith Resume.pdf>> <<Oct 22 2002 Memo.pdf>>

HHD 119.pdf   HHD166.pdf   Dennis Smith Resume.pdf   Oct 22 2002 Memo.pdf

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

| | | | |
|---|---|---|---|
| R. Christopher Cook/JonesDay | | To | AWP DOJ Internal, AbbottTap Database |
| Extension x4-3734 | | cc | |
| 02/29/2008 09:42 AM | | bcc | |
| | | Subject | Fw: Privilege recalls and redactions |

---------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
---------------------------------------------------

----- Forwarded by R. Christopher Cook/JonesDay on 02/29/2008 09:41 AM -----

| | | | |
|---|---|---|---|
| R. Christopher Cook/JonesDay | | To | "Martinez, Ana Maria (USAFLS)" <Ana.Maria.Martinez@usdoj.gov> |
| Extension x4-3734 | | cc | Sean P Malone/JonesDay@JonesDay, David S. Torborg/JonesDay@JonesDay, Ana.Maria.Martinez@usdoj.gov, Ann.St.Peter-Griffith@usdoj.gov, Rebecca.Ford@usdoj.gov, Gejaa.Gobena@usdoj.gov, George.Henderson2@usdoj.gov, Justin.Draycott@usdoj.gov, Laurie.Oberembt@usdoj.gov, Mark.Lavine@usdoj.gov, Andy.Mao@usdoj.gov, Renee.Brooker@usdoj.gov, nmerkl@KelleyDrye.com, sreid@KelleyDrye.com, egortner@kirkland.com, hwitt@kirkland.com, mmurphy@foleyhoag.com, MSzelag@KelleyDrye.com, jbreen@breenlaw.com, alisonsimon@breenlaw.com |
| 02/29/2008 09:41 AM | | | |
| | | Subject | Privilege recalls and redactions |

Ani:

I'm following up on some issues that came up in Dennis Smith's deposition:

1.  Do you have any suggestions for a second day with Mr. Smith, or would you prefer to stipulate with the Court that you will produce Mr. Smith after we resolve pertinent privilege issues (described below) even if that occurs after March 31?  I recommend the latter.

2.  Earlier this week, the government produced a redacted copy of Dennis Smith's October 22, 2002 memo to Tom Scully and Ruben King-Shaw.  Mr. Smith gave extensive testimony about Exhibit 328, which clearly is a draft of the redacted memo.  Those memos will be relevant to Larry Reed's upcoming deposition and Mr. Smith's second day of testimony.  We believe it is obvious that the production of the draft, the failure to recall that draft and the extensive testimony about that draft waives any claim of privilege over the final memo.  Before we both waste time briefing that issue, will you please reconsider your redactions?

3.  You stated on the record that you intend to recall Exhibit 486, a draft of a "Dear Medicaid Director" letter regarding First Data Bank's decision to stop publishing AWP.  Before we decide whether to expend

the time litigating that privilege assertion (which we believe to be frivolous), can you please advise us whether a final version of that letter exists?  Time is of the essence, of course.

Thanks.

Chris

------------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
------------------------------------------------------

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



**Mary-Margaret Buchanan/JonesDay**
Extension (202) 879-3975
03/26/2008 03:00 PM

To mmbuchanan@jonesday.com
cc
bcc
Subject Fw: Privilege recalls and redactions

```
----- Original Message -----
From: "Martinez, Ana Maria (USAFLS)" [Ana.Maria.Martinez@usdoj.gov]
Sent: 03/03/2008 06:05 PM
To: "R. Christopher Cook" <christophercook@JonesDay.com>
Cc: "Sean P Malone" <spmalone@JonesDay.com>;"David S. Torborg"
<dstorborg@JonesDay.com>;"St.Peter-Griffith, Ann (USAFLS)"
<Ann.St.Peter-Griffith@usdoj.gov>;"Ford, Rebecca (CIV)"
<Rebecca.Ford@usdoj.gov>;"Gobena, Gejaa (CIV)"
<Gejaa.Gobena@usdoj.gov>;"Henderson, George (USAMA)"
<George.Henderson2@usdoj.gov>;"Draycott, Justin (CIV)"
<Justin.Draycott@usdoj.gov>;"Oberembt, Laurie (CIV)"
<Laurie.Oberembt@usdoj.gov>;"Lavine, Mark (USAFLS)"
<Mark.Lavine@usdoj.gov>;"Mao, Andy (CIV)" <Andy.Mao@usdoj.gov>;"Brooker, Renee
(CIV)"
<Renee.Brooker@usdoj.gov>;<nmerkl@KelleyDrye.com>;<sreid@KelleyDrye.com>;<egor
tner@kirkland.com>;<hwitt@kirkland.com>;<mmurphy@foleyhoag.com>;<MSzelag@Kelle
yDrye.com>;<jbreen@breenlaw.com>;<alisonsimon@breenlaw.com>;<jreale@kirkland.c
om>
Subject: RE: Privilege recalls and redactions

Chris,

1.  I am working to get a date for Mr. Smith for a second deposition day
in March.

2.  With respect to the October 22, 2002 internal memo from Mr. Smith to
Mr. Scully, as I indicated, CMS is asserting deliberative process
privilege over the sections that were redacted.

3.  With respect to the inadvertently produced draft "Dear Medicaid
Director" and the related internal memo (HHD101-0489-0492), as I
indicated, we are asserting deliberative process privilege with respect
to these documents and we are recalling them under the Rules of Civil
Procedure and the applicable court order in this case.  At this time,
we do not believe a final version was sent out to Medicaid Directors.

Ani

-----Original Message-----
From: R. Christopher Cook [mailto:christophercook@JonesDay.com]
Sent: Friday, February 29, 2008 9:42 AM
To: Martinez, Ana Maria (USAFLS)
Cc: Sean P Malone; David S. Torborg; Martinez, Ana Maria (USAFLS);
St.Peter-Griffith, Ann (USAFLS); Ford, Rebecca (CIV); Gobena, Gejaa
(CIV); Henderson, George (USAMA); Draycott, Justin (CIV); Oberembt,
Laurie (CIV); Lavine, Mark (USAFLS); Mao, Andy (CIV); Brooker, Renee
(CIV); nmerkl@KelleyDrye.com; sreid@KelleyDrye.com;
egortner@kirkland.com; hwitt@kirkland.com; mmurphy@foleyhoag.com;
MSzelag@KelleyDrye.com; jbreen@breenlaw.com; alisonsimon@breenlaw.com
Subject: Privilege recalls and redactions
```

Ani:

I'm following up on some issues that came up in Dennis Smith's deposition:

1. Do you have any suggestions for a second day with Mr. Smith, or would you prefer to stipulate with the Court that you will produce Mr. Smith after we resolve pertinent privilege issues (described below) even if that occurs after March 31?  I recommend the latter.

2. Earlier this week, the government produced a redacted copy of Dennis Smith's October 22, 2002 memo to Tom Scully and Ruben King-Shaw.  Mr. Smith gave extensive testimony about Exhibit 328, which clearly is a draft of the redacted memo.  Those memos will be relevant to Larry Reed's upcoming deposition and Mr. Smith's second day of testimony.  We believe it is obvious that the production of the draft, the failure to recall that draft and the extensive testimony about that draft waives any claim of privilege over the final memo.  Before we both waste time briefing that issue, will you please reconsider your redactions?

3. You stated on the record that you intend to recall Exhibit 486, a draft of a "Dear Medicaid Director" letter regarding First Data Bank's decision to stop publishing AWP.  Before we decide whether to expend the time litigating that privilege assertion (which we believe to be frivolous), can you please advise us whether a final version of that letter exists?  Time is of the essence, of course.

Thanks.

Chris

-------------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
-------------------------------------------------------

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our

```
records
can be corrected.
==========
```