# EXHIBIT 15 (part 2)

# APPENDIXES

## SAMPLE DESCRIPTION

### AUDIT OBJECTIVES

Our objectives were to (1) analyze the relationship between Medicare Part D payments, excluding dispensing fees, to local, community pharmacies and the pharmacies' drug acquisition costs and (2) estimate Part D dispensing fees and compare them with Medicaid dispensing fees.

### POPULATION

The sampling population consisted of the 21,331 independent and franchise retail pharmacies (local, community pharmacies) in the United States and Puerto Rico with National Council for Prescription Drug Programs, Inc. (NCPDP), provider numbers as of October 2, 2006. We included each pharmacy in our population four times to represent the 4 weeks in September 2006. As a result, the population size was 85,324 (21,331 x 4).[1]

### SAMPLING FRAME

The NCPDP Pharmacy Database included pharmacies in the U.S. territories of Guam and the Virgin Islands, as well as the Commonwealth of the Northern Mariana Islands. We removed the 42 independent retail pharmacies in these locations from our population. (No franchise retail pharmacies were shown in these locations.)

Additionally, we used a Centers for Medicare & Medicaid Services list of pharmacies that participated in Medicare Part D to identify pharmacies that did not participate. We removed the 1,260 nonparticipating pharmacies (1,257 independent retail pharmacies and 3 franchise retail pharmacies) from our population.

Each of the 21,331 local, community pharmacies appeared four times in the sampling frame, one time for each of the 4 pharmacy weeks in September 2006.

### SAMPLE UNIT

The sample unit was a pharmacy week (a 5-day span of weekdays, excluding Federal holidays) of Medicare Part D payments. For each sampled pharmacy week, we obtained data related to every prescription drug reimbursed by Medicare Part D and the pharmacy's invoice price for each reimbursed drug. We calculated the percentage difference between the total Medicare Part D payments and the drug acquisition costs.

---

[1]Our original population included 21,346 local, community pharmacies with 85,384 pharmacy weeks (21,346 x 4). However, we removed 15 pharmacies from the population for the reasons cited in the "Treatment of Missing Sample Items" section of this appendix.

**SAMPLE DESIGN**

We used a two-phase sample design.  The first phase entailed selecting a random sample of 300 pharmacy weeks.  Our survey work revealed that the payment cycles for third-party payers, including Part D sponsors, typically ranged from 15 to 45 days.  As a result, some pharmacies might not have received a remittance advice with a Medicare Part D payment during a given week.  We contacted the 300 pharmacies to determine whether they had received a remittance advice with a Medicare Part D payment during the selected pharmacy week.  That helped ensure that we had 100 viable sample units by reducing the number of sample units that needed to be replaced because a pharmacy did not receive a Medicare Part D payment during the pharmacy week.

In the second phase, we selected a random subsample of 125 pharmacy weeks from the pharmacies we confirmed to have received Medicare Part D payments during the selected pharmacy weeks.  (The first 100 were our initial sample units, and the remaining 25 were used for replacements when needed.)

**SAMPLE SIZE**

We selected 100 pharmacy weeks.

**SOURCE OF RANDOM NUMBERS**

We generated the random numbers using the Office of Inspector General, Office of Audit Services, RAT-STATS statistical sampling software.

**METHOD OF SELECTING SAMPLE ITEMS**

Each NCPDP provider number was replicated four times and assigned a numerical indicator from 1 to 4 signifying the 4 pharmacy weeks in September 2006.  We numbered the resulting 85,324 sample items sequentially from 1 to 85,324 and generated 300 random numbers based on them.

We also generated 125 random numbers based on the sequential numbers of those pharmacies we confirmed to have received Medicare Part D payments during the selected pharmacy weeks.

**CHARACTERISTICS TO BE MEASURED**

We obtained from the sampled pharmacies (1) remittance advice data for the selected pharmacy week, (2) Medicare Part D claim data for prescription fill dates included in the remittance advice data, and (3) invoice data for at least 3 months before the earliest fill date of any Medicare Part D payments received during the pharmacy week.  By matching common data elements from these three data sets (e.g., prescription number and prescription fill date), we calculated the total Medicare Part D payments for the pharmacy week and the associated drug acquisition costs.  We used the total payments and acquisition costs to calculate the percentage difference between payments and costs.

**TREATMENT OF MISSING SAMPLE ITEMS**

If 1 of the initial 300 pharmacies we contacted was out of business; did not participate in Medicare Part D; or was not a local, community pharmacy, we removed the pharmacy week from the sample and all 4 pharmacy weeks for the pharmacy from the population.  If one of these pharmacies did not receive a Medicare Part D payment during the selected pharmacy week but participated in Medicare Part D, we removed the pharmacy week from the sample but not from the population.  We left all 4 pharmacy weeks in the population.

If 1 of the 100 pharmacies selected for a site visit had gone out of business between the date of initial contact to determine whether it had received a Medicare Part D payment during the selected pharmacy week and the date of our site visit, we replaced that pharmacy week with a spare from the subsample and removed all 4 pharmacy weeks for the pharmacy from our population.  If 1 of the 100 pharmacies selected for a site visit could not produce all of the data necessary for our analysis, we replaced the pharmacy week with a spare from the subsample but left all 4 pharmacy weeks in the population.

**ESTIMATION METHODOLOGY**

We used the RAT-STATS variable appraisal program for simple random samples to estimate the differences between Medicare Part D payments and acquisition costs and to estimate average Part D dispensing fees.  We used the RAT-STATS attribute appraisal program for simple random samples to estimate the number of pharmacies that received rebates and that were members of group purchasing organizations.

We estimated the sample mean along with the 90-percent two-sided confidence interval.

## PROJECTION RESULTS

| Variable Appraisal Description[1] | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **All pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.1% | 1.3% | 16.8% | 19.4% |
| Brand-name drugs | 7.9 | 0.5 | 7.4 | 8.4 |
| Generic drugs | 73.3 | 5.9 | 67.4 | 79.2 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.3 | 1.3 | 16.0 | 18.6 |
| Brand-name drugs | 7.6 | 0.5 | 7.1 | 8.1 |
| Generic drugs | 69.0 | 6.0 | 63.0 | 75.0 |
| **All pharmacies per prescription:** | | | | |
| **Dollar difference between payments and costs including rebates** | | | | |
| All drugs | $9.13 | $1.05 | $8.08 | $10.18 |
| Brand-name drugs | 9.18 | 1.26 | 7.92 | 10.44 |
| Generic drugs | 9.12 | 1.13 | 7.94 | 10.25 |
| **Dollar difference between payments and costs excluding rebates** | | | | |
| All drugs | 8.78 | 1.03 | 7.75 | 9.81 |
| Brand-name drugs | 8.86 | 1.25 | 7.61 | 10.11 |
| Generic drugs | 8.77 | 1.13 | 7.64 | 9.90 |
| **Group purchasing organization members:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.3% | 1.4% | 16.9% | 19.7% |
| Brand-name drugs | 8.3 | 0.5 | 7.8 | 8.8 |
| Generic drugs | 73.7 | 7.7 | 66.0 | 81.4 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.2 | 1.4 | 15.8 | 18.6 |
| Brand-name drugs | 8.0 | 0.5 | 7.5 | 8.5 |
| Generic drugs | 68.0 | 7.9 | 60.1 | 75.9 |

---

[1]All variable appraisals in this appendix are based on the results at 99 pharmacies; all attribute appraisals are based on the results at 100 pharmacies.

| Variable Appraisal Description | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **Group purchasing organization nonmembers:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 17.7% | 2.7% | 15.0% | 20.4% |
| Brand-name drugs | 7.1 | 1.0 | 6.1 | 8.1 |
| Generic drugs | 72.6 | 9.4 | 63.2 | 82.0 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.4 | 2.8 | 14.6 | 20.2 |
| Brand-name drugs | 6.8 | 1.0 | 5.8 | 7.8 |
| Generic drugs | 71.0 | 9.2 | 61.8 | 80.2 |
| **Rural pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.9% | 1.5% | 17.4% | 20.4% |
| Brand-name drugs | 8.3 | 0.7 | 7.6 | 9.0 |
| Generic drugs | 71.2 | 7.1 | 64.1 | 78.3 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.9 | 1.5 | 16.4 | 19.4 |
| Brand-name drugs | 7.9 | 0.7 | 7.2 | 8.6 |
| Generic drugs | 66.4 | 7.3 | 59.1 | 73.7 |
| **Nonrural pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 17.3% | 2.1% | 15.2% | 19.4% |
| Brand-name drugs | 7.5 | 0.7 | 6.8 | 8.2 |
| Generic drugs | 75.3 | 9.6 | 65.7 | 84.9 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 16.6 | 2.1 | 14.5 | 18.7 |
| Brand-name drugs | 7.3 | 0.7 | 6.6 | 8.0 |
| Generic drugs | 71.5 | 9.6 | 61.9 | 81.1 |

| Variable Appraisal Description | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **All pharmacies:** | | | | |
| **Part D dispensing fees** | | | | |
| All drugs | $2.27 | $0.10 | $2.17 | $2.37 |
| Brand-name drugs | 2.11 | 0.10 | 2.01 | 2.21 |
| Generic drugs | 2.36 | 0.12 | 2.24 | 2.48 |

| Attribute Appraisal Description[2] | Characteristic of Interest | 90-Percent Confidence Level | |
|---|---|---|---|
| | | Lower Limit | Upper Limit |
| **Pharmacies that received rebates** | | | |
| Percentage | 64.0% | 55.371% | 71.991% |
| Number | 13,652 | 11,811 | 15,356 |
| **Pharmacies that did not receive rebates** | | | |
| Percentage | 36.0% | 28.009% | 44.629% |
| Number | 7,679 | 5,975 | 9,520 |
| **Group purchasing organization members** | | | |
| Percentage | 66.0% | 57.427% | 73.844% |
| Number | 14,078 | 12,250 | 15,752 |
| **Group purchasing organization nonmembers** | | | |
| Percentage | 34.0% | 26.156% | 42.573% |
| Number | 7,253 | 5,579 | 9,081 |

---

[2]Because each pharmacy was represented four times in the sampling population, we estimated the number of pharmacies as one quarter the number of pharmacy weeks.

## PERCENTAGE DIFFERENCE BETWEEN PART D PAYMENTS AND DRUG ACQUISITION COSTS FOR EACH SELECTED PHARMACY

| Sample Item | Number of Prescrip- tions Analyzed[1] | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 9 | 13 | 55.1% | 54.6% | 0.5% | -[2] | 6.6% | - | 158.9% | 155.8% | 3.1% |
| 81 | 17 | - | 48.4 | - | - | 8.7 | - | - | 263.5 | - |
| 33 | 17 | 40.9 | 38.2 | 2.7 | 8.4% | 8.1 | 0.3% | 86.7 | 79.2 | 7.5 |
| 46 | 158 | - | 35.3 | - | - | 7.2 | - | - | 103.8 | - |
| 94 | 8 | 30.0 | 29.9 | 0.1 | 8.4 | 8.2 | 0.2 | - | 191.7 | - |
| 73 | 59 | 30.2 | 28.6 | 1.6 | - | 13.4 | - | 119.0 | 103.7 | 15.3 |
| 2 | 91 | - | 27.0 | - | - | 11.6 | - | - | 83.8 | - |
| 14 | 71 | - | 26.8 | - | - | 6.6 | - | - | 124.7 | - |
| 32 | 57 | 27.4 | 26.6 | 0.8 | - | 6.4 | - | 66.6 | 63.7 | 2.9 |
| 51 | 96 | 25.5 | 25.1 | 0.4 | - | 14.0 | - | 170.7 | 159.9 | 10.8 |
| 31 | 269 | - | 24.7 | - | - | 5.2 | - | - | 75.5 | - |
| 85 | 79 | 30.6 | 24.5 | 6.1 | 5.4 | 5.3 | 0.1 | 70.4 | 51.6 | 18.8 |
| 15 | 242 | 25.2 | 24.3 | 0.9 | 8.8 | 7.7 | 1.1 | - | 66.4 | - |
| 44 | 17 | - | 23.2 | - | - | 8.4 | - | - | 44.5 | - |
| 92 | 321 | 25.8 | 22.6 | 3.2 | 8.3 | 6.7 | 1.6 | 84.7 | 73.8 | 10.9 |
| 36 | 151 | 22.7 | 22.0 | 0.7 | 9.6 | 9.0 | 0.6 | 67.2 | 66.4 | 0.8 |
| 68 | 225 | 23.7 | 21.8 | 1.9 | 8.8 | 7.3 | 1.5 | 103.5 | 98.3 | 5.2 |
| 60 | 62 | 22.2 | 21.6 | 0.6 | - | 9.9 | - | 92.2 | 86.4 | 5.8 |
| 87 | 306 | 22.5 | 21.4 | 1.1 | 9.9 | 8.8 | 1.1 | 55.2 | 53.9 | 1.3 |
| 77 | 81 | 21.2 | 20.8 | 0.4 | 8.6 | 8.2 | 0.4 | 51.6 | 51.1 | 0.5 |
| 8 | 466 | 22.5 | 20.7 | 1.8 | - | 10.3 | - | 79.7 | 66.2 | 13.5 |
| 41 | 549 | 20.6 | 20.2 | 0.4 | - | 10.5 | - | 69.8 | 66.5 | 3.3 |
| 4 | 52 | - | 20.1 | - | - | 11.5 | - | - | 64.0 | - |
| 95 | 53 | 23.5 | 20.0 | 3.5 | 9.4 | 9.3 | 0.1 | 68.4 | 50.8 | 17.6 |

[1]See Appendix E for a breakdown of the number of brand-name and generic drugs analyzed.

[2]A dash indicates that the sampled pharmacy did not receive a rebate.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 57 | 193 | 23.3 | 19.6 | 3.7 | 14.1 | 11.8 | 2.3 | 93.8 | 74.4 | 19.4 |
| 43 | 261 | 22.5 | 19.6 | 2.9 | - | 6.6 | - | 87.1 | 66.6 | 20.5 |
| 22 | 242 | 19.8 | 19.6 | 0.2 | 6.0 | 5.8 | 0.2 | 81.1 | 80.7 | 0.4 |
| 72 | 261 | - | 19.3 | - | - | 8.4 | - | - | 69.8 | - |
| 47 | 49 | 19.9 | 19.3 | 0.6 | - | 9.3 | - | 97.0 | 88.4 | 8.6 |
| 49 | 46 | - | 18.8 | - | - | 12.8 | - | - | 110.7 | - |
| 64 | 169 | - | 18.8 | - | - | 6.7 | - | - | 75.6 | - |
| 30 | 100 | - | 18.7 | - | - | 7.1 | - | - | 32.8 | - |
| 37 | 153 | - | 18.3 | - | - | 10.8 | - | - | 69.7 | - |
| 69 | 40 | 18.9 | 18.3 | 0.6 | - | 11.7 | - | 69.5 | 62.8 | 6.7 |
| 48 | 46 | - | 18.1 | - | - | 8.8 | - | - | 41.0 | - |
| 71 | 148 | - | 18.1 | - | - | 6.7 | - | - | 84.6 | - |
| 20 | 37 | - | 17.7 | - | - | 7.6 | - | - | 50.1 | - |
| 84 | 241 | - | 17.3 | - | - | 9.3 | - | - | 69.2 | - |
| 93 | 145 | 17.4 | 17.3 | 0.1 | - | 9.3 | - | 68.9 | 68.5 | 0.4 |
| 79 | 160 | 17.2[3] | 17.2 | 0.0 | - | 10.4 | - | 51.9 | 51.6 | 0.3 |
| 90 | 92 | 19.8 | 17.0 | 2.8 | 9.0 | 8.8 | 0.2 | 67.2 | 48.5 | 18.7 |
| 19 | 368 | - | 16.9 | - | - | 7.3 | - | - | 51.6 | - |
| 54 | 3 | - | 16.9 | - | - | 12.1 | - | - | 163.2 | - |
| 66 | 403 | - | 16.8 | - | - | 7.9 | - | - | 48.0 | - |
| 35 | 368 | 17.9 | 16.7 | 1.2 | - | 9.0 | - | 76.4 | 64.1 | 12.3 |
| 86 | 104 | 16.8 | 16.7 | 0.1 | - | 2.9 | - | 69.5 | 68.7 | 0.8 |
| 39 | 214 | 17.6 | 16.2 | 1.4 | - | 8.5 | - | 68.9 | 57.0 | 11.9 |

[3]This pharmacy received a rebate on a few drugs during the selected pharmacy week, but the percentage was not affected.

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 7 | 127 | 18.2 | 16.1 | 2.1 | 11.7[3] | 11.7 | 0.0 | 47.4 | 34.4 | 13.0 |
| 34 | 620 | 16.4 | 16.0 | 0.4 | - | 8.3 | - | 75.8 | 70.6 | 5.2 |
| 97 | 51 | - | 15.9 | - | - | 7.4 | - | - | 54.4 | - |
| 74 | 41 | 16.4 | 15.7 | 0.7 | - | 6.9 | - | 59.7 | 55.0 | 4.7 |
| 45 | 84 | - | 15.2 | - | - | 5.3 | - | - | 109.7 | - |
| 56 | 52 | - | 15.2 | - | - | 7.5 | - | - | 70.3 | - |
| 75 | 215 | 18.4 | 15.2 | 3.2 | 9.1 | 6.6 | 2.5 | 85.2 | 74.9 | 10.3 |
| 67 | 175 | 15.3 | 15.1 | 0.2 | - | 6.0 | - | 59.1 | 57.7 | 1.4 |
| 18 | 67 | 17.7 | 15.1 | 2.6 | 5.9 | 5.8 | 0.1 | 47.3 | 36.7 | 10.6 |
| 58 | 76 | 15.3 | 14.9 | 0.4 | 9.0 | 8.7 | 0.3 | 69.3 | 68.8 | 0.5 |
| 38 | 113 | - | 14.8 | - | - | 7.5 | - | - | 60.2 | - |
| 59 | 274 | 18.1 | 14.8 | 3.3 | 8.6 | 8.5 | 0.1 | 52.2 | 35.2 | 17.0 |
| 16 | 201 | 14.9 | 14.7 | 0.2 | 9.6 | 9.4 | 0.2 | - | 65.9 | - |
| 1 | 495 | 15.0 | 14.6 | 0.4 | - | 8.6 | - | 41.6 | 39.1 | 2.5 |
| 83 | 99 | 16.6 | 14.5 | 2.1 | 9.9 | 9.0 | 0.9 | 44.2 | 35.9 | 8.3 |
| 11 | 212 | 14.6 | 14.4 | 0.2 | 6.1[3] | 6.1 | 0.0 | 118.8 | 115.9 | 2.9 |
| 6 | 230 | 14.8 | 14.4 | 0.4 | - | 6.2 | - | 59.2 | 56.2 | 3.0 |
| 62 | 645 | - | 14.2 | - | - | 8.0 | - | - | 72.7 | - |
| 13 | 69 | - | 14.1 | - | - | 7.2 | - | - | 73.6 | - |
| 80 | 88 | - | 13.9 | - | - | 8.8 | - | - | 54.5 | - |
| 78 | 11 | - | 13.8 | - | - | 7.4 | - | - | 27.3 | - |
| 82 | 46 | - | 13.7 | - | - | 9.7 | - | - | 64.9 | - |
| 29 | 56 | 14.2 | 13.7 | 0.5 | 11.5 | 11.0 | 0.5 | 42.7 | 42.6 | 0.1 |

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 63 | 200 | 14.3 | 13.6 | 0.7 | - | 6.5 | - | 61.9 | 54.9 | 7.0 |
| 27 | 35 | 14.0 | 13.6 | 0.4 | 9.6 | 9.2 | 0.4 | 22.4 | 22.0 | 0.4 |
| 17 | 63 | 14.2 | 13.1 | 1.1 | 10.2 | 9.1 | 1.1 | 97.8 | 95.9 | 1.9 |
| 98 | 83 | 14.9 | 12.9 | 2.0 | - | 9.0 | - | 55.1 | 36.3 | 18.8 |
| 52 | 79 | 13.7 | 12.9 | 0.8 | 8.0 | 7.3 | 0.7 | 34.6 | 33.6 | 1.0 |
| 99 | 656 | - | 12.8 | - | - | 4.6 | - | - | 58.1 | - |
| 61 | 140 | 13.4 | 12.8 | 0.6 | - | 6.6 | - | 81.0 | 72.0 | 9.0 |
| 50 | 380 | 12.5[3] | 12.5 | 0.0 | - | 5.1 | - | 79.4 | 79.3 | 0.1 |
| 96 | 512 | 12.7 | 12.3 | 0.4 | - | 6.7 | - | 92.4 | 81.7 | 10.7 |
| 53 | 108 | 14.7 | 12.2 | 2.5 | 5.9 | 5.7 | 0.2 | 59.3 | 41.6 | 17.7 |
| 91 | 157 | 12.5 | 12.2 | 0.3 | 6.3 | 6.0 | 0.3 | 47.6 | 47.2 | 0.4 |
| 55 | 7 | - | 12.1 | - | - | 8.4 | - | - | 83.6 | - |
| 40 | 224 | 13.1 | 12.1 | 1.0 | 7.6 | 6.5 | 1.1 | - | 68.4 | - |
| 21 | 378 | 12.3 | 12.1 | 0.2 | - | 6.1 | - | 98.7 | 93.3 | 5.4 |
| 23 | 845 | 12.2 | 12.1 | 0.1 | - | 6.1 | - | 72.0 | 70.3 | 1.7 |
| 5 | 774 | 12.9 | 11.9 | 1.0 | - | 7.4 | - | 66.8 | 52.6 | 14.2 |
| 76 | 669 | - | 11.6 | - | - | 8.4 | - | - | 56.8 | - |
| 70 | 16 | - | 10.9 | - | - | 8.5 | - | - | 13.3 | - |
| 89 | 859 | 14.4 | 10.7 | 3.7 | 6.9 | 3.2 | 3.7 | 73.0 | 70.6 | 2.4 |
| 25 | 117 | 11.4 | 10.6 | 0.8 | 4.8 | 4.5 | 0.3 | 69.1 | 62.3 | 6.8 |
| 3 | 188 | 11.1 | 10.0 | 1.1 | 6.7 | 5.6 | 1.1 | 38.6 | 37.2 | 1.4 |
| 24 | 41 | 10.8 | 8.9 | 1.9 | 9.0 | 7.0 | 2.0 | - | 45.3 | - |
| 26 | 122 | 9.8 | 8.5 | 1.3 | 6.7 | 5.3 | 1.4 | - | 96.4 | - |

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 65 | 267 | - | 7.9 | - | - | 4.7 | - | - | 36.5 | - |
| 28 | 116 | - | 7.4 | - | - | 1.3 | - | - | 68.1 | - |
| 42 | 100 | 10.1 | 7.2 | 2.9 | 8.0 | 7.7 | 0.3 | 20.0 | 5.0 | 15.0 |
| 10 | 13 | 6.8 | 5.9 | 0.9 | - | 3.0 | - | 34.5 | 25.1 | 9.4 |
| 88 | 242 | - | 5.2 | - | - | (3.1)[4] | - | - | 65.5 | - |
| 12 | 123 | - | 1.9 | - | - | (4.5) | - | - | 42.5 | - |

---

[4]Amounts shown in parentheses represent an average cost above the Part D payment.

## AVERAGE DOLLAR DIFFERENCE BETWEEN PART D PAYMENTS AND DRUG ACQUISITION COSTS PER PRESCRIPTION FOR EACH SELECTED PHARMACY

| Sample Item | Number of Prescriptions Analyzed[1] | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 81 | 17 | -[2] | $61.14 | - | - | $39.25 | - | - | $67.87 | - |
| 55 | 7 | - | 26.27 | - | - | 60.96 | - | - | 12.40 | - |
| 26 | 122 | $18.70 | 16.32 | $2.38 | $27.78 | 22.41 | $5.37 | - | 11.49 | - |
| 51 | 96 | 16.44 | 16.24 | 0.20 | - | 20.08 | - | $13.84 | 13.50 | $0.34 |
| 17 | 63 | 16.87 | 15.71 | 1.16 | 25.19 | 22.80 | 2.39 | 9.77 | 9.67 | 0.10 |
| 49 | 46 | - | 13.91 | - | - | 15.08 | - | - | 12.24 | - |
| 2 | 91 | - | 12.74 | - | - | 13.09 | - | - | 12.56 | - |
| 94 | 8 | 12.59 | 12.54 | 0.05 | 4.95 | 4.86 | 0.09 | - | 25.32 | - |
| 36 | 151 | 12.68 | 12.36 | 0.32 | 10.13 | 9.48 | 0.65 | 14.46 | 14.37 | 0.09 |
| 9 | 13 | 12.22 | 12.13 | 0.09 | - | 4.32 | - | 14.59 | 14.48 | 0.11 |
| 80 | 88 | - | 11.60 | - | - | 19.64 | - | - | 7.65 | - |
| 31 | 269 | - | 11.40 | - | - | 6.24 | - | - | 13.36 | - |
| 32 | 57 | 11.63 | 11.36 | 0.27 | - | 5.27 | - | 14.80 | 14.41 | 0.39 |
| 79 | 160 | 11.36 | 11.33 | 0.03 | - | 14.33 | - | 9.38 | 9.34 | 0.04 |
| 60 | 62 | 11.33 | 11.10 | 0.23 | - | 11.61 | - | 11.17 | 10.80 | 0.37 |
| 46 | 158 | - | 10.91 | - | - | 5.11 | - | - | 13.52 | - |
| 83 | 99 | 11.78 | 10.48 | 1.30 | 15.10 | 13.88 | 1.22 | 9.79 | 8.45 | 1.34 |
| 73 | 59 | 10.87 | 10.44 | 0.43 | - | 13.33 | - | 9.80 | 9.18 | 0.62 |
| 14 | 71 | - | 10.11 | - | - | 6.36 | - | - | 11.91 | - |
| 16 | 201 | 10.09 | 9.94 | 0.15 | 11.26 | 10.97 | 0.29 | - | 8.81 | - |
| 47 | 49 | 10.08 | 9.80 | 0.28 | - | 8.09 | - | 12.15 | 11.58 | 0.57 |
| 38 | 113 | - | 9.79 | - | - | 8.21 | - | - | 11.51 | - |

---

[1]See Appendix E for a breakdown of the number of brand-name and generic drugs analyzed.

[2]A dash indicates that the sampled pharmacy did not receive a rebate.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 82 | 46 | - | 9.74 | - | - | 11.70 | - | - | 7.40 | - |
| 43 | 261 | 10.76 | 9.59 | 1.17 | - | 8.33 | - | 11.81 | 10.13 | 1.68 |
| 68 | 225 | 10.21 | 9.52 | 0.69 | 8.71 | 7.31 | 1.40 | 11.07 | 10.78 | 0.29 |
| 74 | 41 | 9.69 | 9.37 | 0.32 | - | 8.62 | - | 10.37 | 9.85 | 0.52 |
| 57 | 193 | 10.80 | 9.37 | 1.43 | 13.43 | 11.48 | 1.95 | 8.82 | 7.77 | 1.05 |
| 98 | 83 | 10.57 | 9.31 | 1.26 | - | 10.92 | - | 10.21 | 7.66 | 2.55 |
| 11 | 212 | 9.36 | 9.28 | 0.08 | 6.62 | 6.59 | 0.03 | 12.67 | 12.52 | 0.15 |
| 58 | 76 | 9.46 | 9.24 | 0.22 | 9.73 | 9.35 | 0.38 | 9.17 | 9.13 | 0.04 |
| 69 | 40 | 9.47 | 9.21 | 0.26 | - | 17.04 | - | 6.23 | 5.86 | 0.37 |
| 87 | 306 | 9.59 | 9.18 | 0.41 | 10.14 | 9.11 | 1.03 | 9.35 | 9.22 | 0.13 |
| 84 | 241 | - | 9.02 | - | - | 12.89 | - | - | 7.14 | - |
| 29 | 56 | 9.03 | 8.76 | 0.27 | 10.42 | 10.02 | 0.40 | 6.52 | 6.51 | 0.01 |
| 33 | 17 | 9.10 | 8.68 | 0.42 | 3.72 | 3.58 | 0.14 | 11.35 | 10.80 | 0.55 |
| 8 | 466 | 9.13 | 8.55 | 0.58 | - | 8.32 | - | 9.70 | 8.72 | 0.98 |
| 62 | 645 | - | 8.51 | - | - | 6.95 | - | - | 11.09 | - |
| 97 | 51 | - | 8.51 | - | - | 8.73 | - | - | 8.37 | - |
| 45 | 84 | - | 8.15 | - | - | 4.76 | - | - | 12.07 | - |
| 67 | 175 | 8.22 | 8.13 | 0.09 | - | 6.49 | - | 9.43 | 9.28 | 0.15 |
| 7 | 127 | 9.00 | 8.12 | 0.88 | 11.00 | 10.95 | 0.05 | 7.47 | 5.95 | 1.52 |
| 35 | 368 | 8.56 | 8.09 | 0.47 | - | 10.23 | - | 7.61 | 6.86 | 0.75 |
| 75 | 215 | 9.45 | 8.03 | 1.42 | 8.79 | 6.55 | 2.24 | 10.04 | 9.35 | 0.69 |
| 65 | 267 | - | 8.00 | - | - | 9.32 | - | - | 6.87 | - |

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 93 | 145 | 8.02 | 8.00 | 0.02 | - | 9.45 | - | 7.09 | 7.07 | 0.02 |
| 15 | 242 | 8.21 | 7.98 | 0.23 | 6.97 | 6.17 | 0.80 | - | 8.73 | - |
| 52 | 79 | 8.25 | 7.81 | 0.44 | 10.31 | 9.38 | 0.93 | 7.05 | 6.90 | 0.15 |
| 39 | 214 | 8.29 | 7.76 | 0.53 | - | 9.67 | - | 7.55 | 6.72 | 0.83 |
| 95 | 53 | 8.82 | 7.73 | 1.09 | 8.39 | 8.25 | 0.14 | 9.02 | 7.48 | 1.54 |
| 37 | 153 | - | 7.68 | - | - | 7.53 | - | - | 7.84 | - |
| 54 | 3 | - | 7.68 | - | - | 7.97 | - | - | 7.10 | - |
| 72 | 261 | - | 7.68 | - | - | 7.07 | - | - | 8.07 | - |
| 76 | 669 | - | 7.63 | - | - | 8.02 | - | - | 6.92 | - |
| 34 | 620 | 7.76 | 7.59 | 0.17 | - | 8.61 | - | 7.19 | 6.90 | 0.29 |
| 77 | 81 | 7.69 | 7.57 | 0.12 | 6.86 | 6.60 | 0.26 | 8.08 | 8.03 | 0.05 |
| 92 | 321 | 8.38 | 7.54 | 0.84 | 6.81 | 5.56 | 1.25 | 9.08 | 8.40 | 0.68 |
| 21 | 378 | 7.61 | 7.49 | 0.12 | - | 6.73 | - | 8.58 | 8.33 | 0.25 |
| 23 | 845 | 7.52 | 7.46 | 0.06 | - | 6.66 | - | 8.43 | 8.31 | 0.12 |
| 71 | 148 | - | 7.33 | - | - | 5.36 | - | - | 8.83 | - |
| 61 | 140 | 7.54 | 7.27 | 0.27 | - | 8.08 | - | 7.14 | 6.68 | 0.46 |
| 64 | 169 | - | 7.18 | - | - | 6.33 | - | - | 7.60 | - |
| 27 | 35 | 7.33 | 7.15 | 0.18 | 10.47 | 10.08 | 0.39 | 5.90 | 5.80 | 0.10 |
| 19 | 368 | - | 7.12 | - | - | 6.59 | - | - | 7.43 | - |
| 1 | 495 | 7.28 | 7.11 | 0.17 | - | 9.29 | - | 6.15 | 5.88 | 0.27 |
| 5 | 774 | 7.49 | 7.00 | 0.49 | - | 6.71 | - | 8.61 | 7.42 | 1.19 |
| 6 | 230 | 7.06 | 6.91 | 0.15 | - | 6.18 | - | 7.66 | 7.41 | 0.25 |

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 70 | 16 | - | 6.87 | - | - | 7.00 | - | - | 6.79 | - |
| 91 | 157 | 6.98 | 6.84 | 0.14 | 5.72 | 5.49 | 0.23 | 8.35 | 8.31 | 0.04 |
| 41 | 549 | 6.95 | 6.83 | 0.12 | - | 8.25 | - | 6.23 | 6.05 | 0.18 |
| 25 | 117 | 7.24 | 6.77 | 0.47 | 6.29 | 5.83 | 0.46 | 7.97 | 7.49 | 0.48 |
| 13 | 69 | - | 6.71 | - | - | 6.82 | - | - | 6.63 | - |
| 53 | 108 | 7.89 | 6.71 | 1.18 | 7.28 | 7.09 | 0.19 | 8.24 | 6.50 | 1.74 |
| 20 | 37 | - | 6.69 | - | - | 5.09 | - | - | 7.91 | - |
| 24 | 41 | 7.74 | 6.49 | 1.25 | 10.91 | 8.68 | 2.23 | - | 3.68 | - |
| 63 | 200 | 6.76 | 6.45 | 0.31 | - | 6.05 | - | 7.29 | 6.76 | 0.53 |
| 22 | 242 | 6.50 | 6.43 | 0.07 | 5.39 | 5.19 | 0.20 | 6.97 | 6.95 | 0.02 |
| 40 | 224 | 6.88 | 6.40 | 0.48 | 8.77 | 7.60 | 1.17 | - | 5.57 | - |
| 4 | 52 | - | 6.35 | - | - | 12.05 | - | - | 4.45 | - |
| 85 | 79 | 7.45 | 6.27 | 1.18 | 4.89 | 4.78 | 0.11 | 7.96 | 6.56 | 1.40 |
| 66 | 403 | - | 6.20 | - | - | 6.50 | - | - | 6.04 | - |
| 96 | 512 | 6.20 | 5.99 | 0.21 | - | 5.93 | - | 6.48 | 6.06 | 0.42 |
| 48 | 46 | - | 5.92 | - | - | 7.19 | - | - | 5.42 | - |
| 90 | 92 | 6.67 | 5.84 | 0.83 | 7.28 | 7.16 | 0.12 | 6.36 | 5.18 | 1.18 |
| 99 | 656 | - | 5.73 | - | - | 4.29 | - | - | 6.74 | - |
| 56 | 52 | - | 5.70 | - | - | 6.38 | - | - | 5.26 | - |
| 89 | 859 | 7.43 | 5.70 | 1.73 | 7.46 | 3.59 | 3.87 | 7.41 | 7.26 | 0.15 |
| 50 | 380 | 5.69[3] | 5.69 | 0.00 | - | 4.75 | - | 6.44 | 6.44 | 0.00 |

[3]This pharmacy received a rebate on a few drugs during the selected pharmacy week, but the percentage was not affected.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 44 | 17 | - | 5.58 | - | - | 6.77 | - | - | 5.32 | - |
| 3 | 188 | 6.05 | 5.50 | 0.55 | 6.09 | 5.18 | 0.91 | 6.01 | 5.85 | 0.16 |
| 86 | 104 | 5.06 | 5.04 | 0.02 | - | 2.39 | - | 6.14 | 6.11 | 0.03 |
| 59 | 274 | 5.94 | 5.00 | 0.94 | 7.68 | 7.55 | 0.13 | 5.23 | 3.97 | 1.26 |
| 78 | 11 | - | 4.98 | - | - | 5.00 | - | - | 4.97 | - |
| 18 | 67 | 5.69 | 4.95 | 0.74 | 4.14 | 4.03 | 0.11 | 6.45 | 5.40 | 1.05 |
| 28 | 116 | - | 4.87 | - | - | 1.58 | - | - | 8.05 | - |
| 42 | 100 | 6.31 | 4.59 | 1.72 | 7.79 | 7.49 | 0.30 | 4.65 | 1.32 | 3.33 |
| 30 | 100 | - | 4.40 | - | - | 4.38 | - | - | 4.41 | - |
| 10 | 13 | 3.64 | 3.15 | 0.49 | - | 3.01 | - | 4.17 | 3.26 | 0.91 |
| 88 | 242 | - | 1.62 | - | - | (3.12)[4] | - | - | 3.44 | - |
| 12 | 123 | - | 0.62 | - | - | (3.72) | - | - | 2.95 | - |

[4] Amounts shown in parentheses represent an average cost above the Part D payment.

## BREAKDOWN OF PRESCRIPTIONS ANALYZED

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs[1] | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 89 | 859 | 831 | 28 | 365 | 350 | 15 | 494 | 481 | 13 |
| 23 | 845 | 807 | 38 | 437 | 410 | 27 | 408 | 397 | 11 |
| 5 | 774 | 749 | 25 | 454 | 454 | 0 | 320 | 295 | 25 |
| 76 | 669 | 643 | 26 | 431 | 421 | 10 | 238 | 222 | 16 |
| 99 | 656 | 636 | 20 | 269 | 264 | 5 | 387 | 372 | 15 |
| 62 | 645 | 638 | 7 | 401 | 400 | 1 | 244 | 238 | 6 |
| 34 | 620 | 611 | 9 | 250 | 248 | 2 | 370 | 363 | 7 |
| 41 | 549 | 532 | 17 | 195 | 190 | 5 | 354 | 342 | 12 |
| 96 | 512 | 501 | 11 | 262 | 257 | 5 | 250 | 244 | 6 |
| 1 | 495 | 476 | 19 | 179 | 179 | 0 | 316 | 297 | 19 |
| 8 | 466 | 456 | 10 | 194 | 192 | 2 | 272 | 264 | 8 |
| 66 | 403 | 400 | 3 | 140 | 139 | 1 | 263 | 261 | 2 |
| 50 | 380 | 374 | 6 | 169 | 167 | 2 | 211 | 207 | 4 |
| 21 | 378 | 369 | 9 | 198 | 195 | 3 | 180 | 174 | 6 |
| 19 | 368 | 354 | 14 | 134 | 131 | 3 | 234 | 223 | 11 |
| 35 | 368 | 365 | 3 | 134 | 133 | 1 | 234 | 232 | 2 |
| 92 | 321 | 318 | 3 | 98 | 98 | 0 | 223 | 220 | 3 |
| 87 | 306 | 304 | 2 | 92 | 91 | 1 | 214 | 213 | 1 |
| 59 | 274 | 268 | 6 | 79 | 78 | 1 | 195 | 190 | 5 |
| 31 | 269 | 259 | 10 | 74 | 69 | 5 | 195 | 190 | 5 |
| 65 | 267 | 255 | 12 | 123 | 122 | 1 | 144 | 133 | 11 |
| 43 | 261 | 260 | 1 | 79 | 78 | 1 | 182 | 182 | 0 |
| 72 | 261 | 255 | 6 | 101 | 100 | 1 | 160 | 155 | 5 |
| 15 | 242 | 240 | 2 | 71 | 71 | 0 | 171 | 169 | 2 |
| 22 | 242 | 235 | 7 | 72 | 66 | 6 | 170 | 169 | 1 |

[1]Payments equaled costs for nine prescriptions (two brand-name and seven generic prescriptions).

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 88 | 242 | 172 | 70 | 67 | 9 | 58 | 175 | 163 | 12 |
| 84 | 241 | 234 | 7 | 79 | 79 | 0 | 162 | 155 | 7 |
| 6 | 230 | 220 | 10 | 93 | 90 | 3 | 137 | 130 | 7 |
| 68 | 225 | 216 | 9 | 82 | 79 | 3 | 143 | 137 | 6 |
| 40 | 224 | 215 | 9 | 92 | 91 | 1 | 132 | 124 | 8 |
| 75 | 215 | 210 | 5 | 101 | 100 | 1 | 114 | 110 | 4 |
| 39 | 214 | 210 | 4 | 75 | 75 | 0 | 139 | 135 | 4 |
| 11 | 212 | 206 | 6 | 116 | 112 | 4 | 96 | 94 | 2 |
| 16 | 201 | 196 | 5 | 105 | 103 | 2 | 96 | 93 | 3 |
| 63 | 200 | 192 | 8 | 87 | 84 | 3 | 113 | 108 | 5 |
| 57 | 193 | 189 | 4 | 83 | 83 | 0 | 110 | 106 | 4 |
| 3 | 188 | 179 | 9 | 97 | 97 | 0 | 91 | 82 | 9 |
| 67 | 175 | 167 | 8 | 72 | 71 | 1 | 103 | 96 | 7 |
| 64 | 169 | 164 | 5 | 56 | 55 | 1 | 113 | 109 | 4 |
| 79 | 160 | 157 | 3 | 64 | 64 | 0 | 96 | 93 | 3 |
| 46 | 158 | 155 | 3 | 49 | 48 | 1 | 109 | 107 | 2 |
| 91 | 157 | 144 | 13 | 82 | 76 | 6 | 75 | 68 | 7 |
| 37 | 153 | 152 | 1 | 80 | 80 | 0 | 73 | 72 | 1 |
| 36 | 151 | 146 | 5 | 62 | 58 | 4 | 89 | 88 | 1 |
| 71 | 148 | 147 | 1 | 64 | 63 | 1 | 84 | 84 | 0 |
| 93 | 145 | 143 | 2 | 57 | 57 | 0 | 88 | 86 | 2 |
| 61 | 140 | 138 | 2 | 59 | 59 | 0 | 81 | 79 | 2 |
| 7 | 127 | 123 | 4 | 55 | 53 | 2 | 72 | 70 | 2 |
| 12 | 123 | 74 | 49 | 43 | 3 | 40 | 80 | 71 | 9 |
| 26 | 122 | 120 | 2 | 54 | 53 | 1 | 68 | 67 | 1 |

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 25 | 117 | 112 | 5 | 51 | 49 | 2 | 66 | 63 | 3 |
| 28 | 116 | 110 | 6 | 57 | 53 | 4 | 59 | 57 | 2 |
| 38 | 113 | 109 | 4 | 59 | 58 | 1 | 54 | 51 | 3 |
| 53 | 108 | 107 | 1 | 39 | 38 | 1 | 69 | 69 | 0 |
| 86 | 104 | 101 | 3 | 30 | 29 | 1 | 74 | 72 | 2 |
| 30 | 100 | 89 | 11 | 21 | 18 | 3 | 79 | 71 | 8 |
| 42 | 100 | 97 | 3 | 53 | 53 | 0 | 47 | 44 | 3 |
| 83 | 99 | 99 | 0 | 37 | 37 | 0 | 62 | 62 | 0 |
| 51 | 96 | 95 | 1 | 40 | 40 | 0 | 56 | 55 | 1 |
| 90 | 92 | 90 | 2 | 31 | 31 | 0 | 61 | 59 | 2 |
| 2 | 91 | 90 | 1 | 30 | 29 | 1 | 61 | 61 | 0 |
| 80 | 88 | 87 | 1 | 29 | 29 | 0 | 59 | 58 | 1 |
| 45 | 84 | 82 | 2 | 45 | 43 | 2 | 39 | 39 | 0 |
| 98 | 83 | 82 | 1 | 42 | 41 | 1 | 41 | 41 | 0 |
| 77 | 81 | 79 | 2 | 26 | 26 | 0 | 55 | 53 | 2 |
| 52 | 79 | 74 | 5 | 29 | 28 | 1 | 50 | 46 | 4 |
| 85 | 79 | 78 | 1 | 13 | 13 | 0 | 66 | 65 | 1 |
| 58 | 76 | 75 | 1 | 39 | 39 | 0 | 37 | 36 | 1 |
| 14 | 71 | 69 | 2 | 23 | 21 | 2 | 48 | 48 | 0 |
| 13 | 69 | 69 | 0 | 31 | 31 | 0 | 38 | 38 | 0 |
| 18 | 67 | 67 | 0 | 22 | 22 | 0 | 45 | 45 | 0 |
| 17 | 63 | 56 | 7 | 29 | 26 | 3 | 34 | 30 | 4 |
| 60 | 62 | 62 | 0 | 23 | 23 | 0 | 39 | 39 | 0 |
| 73 | 59 | 59 | 0 | 18 | 18 | 0 | 41 | 41 | 0 |
| 32 | 57 | 55 | 2 | 19 | 19 | 0 | 38 | 36 | 2 |

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 29 | 56 | 55 | 1 | 36 | 36 | 0 | 20 | 19 | 1 |
| 95 | 53 | 53 | 0 | 17 | 17 | 0 | 36 | 36 | 0 |
| 4 | 52 | 51 | 1 | 13 | 13 | 0 | 39 | 38 | 1 |
| 56 | 52 | 50 | 2 | 20 | 20 | 0 | 32 | 30 | 2 |
| 97 | 51 | 49 | 2 | 19 | 19 | 0 | 32 | 30 | 2 |
| 47 | 49 | 49 | 0 | 25 | 25 | 0 | 24 | 24 | 0 |
| 48 | 46 | 45 | 1 | 13 | 12 | 1 | 33 | 33 | 0 |
| 49 | 46 | 45 | 1 | 27 | 27 | 0 | 19 | 18 | 1 |
| 82 | 46 | 46 | 0 | 25 | 25 | 0 | 21 | 21 | 0 |
| 24 | 41 | 40 | 1 | 23 | 23 | 0 | 18 | 17 | 1 |
| 74 | 41 | 41 | 0 | 16 | 16 | 0 | 25 | 25 | 0 |
| 69 | 40 | 39 | 1 | 12 | 12 | 0 | 28 | 27 | 1 |
| 20 | 37 | 36 | 1 | 16 | 16 | 0 | 21 | 20 | 1 |
| 27 | 35 | 32 | 3 | 11 | 11 | 0 | 24 | 21 | 3 |
| 33 | 17 | 17 | 0 | 5 | 5 | 0 | 12 | 12 | 0 |
| 44 | 17 | 16 | 1 | 3 | 3 | 0 | 14 | 13 | 1 |
| 81 | 17 | 17 | 0 | 4 | 4 | 0 | 13 | 13 | 0 |
| 70 | 16 | 15 | 1 | 6 | 6 | 0 | 10 | 9 | 1 |
| 9 | 13 | 13 | 0 | 3 | 3 | 0 | 10 | 10 | 0 |
| 10 | 13 | 10 | 3 | 6 | 4 | 2 | 7 | 6 | 1 |
| 78 | 11 | 10 | 1 | 4 | 4 | 0 | 7 | 6 | 1 |
| 94 | 8 | 8 | 0 | 5 | 5 | 0 | 3 | 3 | 0 |
| 55 | 7 | 7 | 0 | 2 | 2 | 0 | 5 | 5 | 0 |
| 54 | 3 | 3 | 0 | 2 | 2 | 0 | 1 | 1 | 0 |
| **Total** | **18,864** | **18,245** | **619** | **8,024** | **7,769** | **255** | **10,840** | **10,476** | **364** |

## SELECTED PHARMACIES' AVERAGE PART D DISPENSING FEES

| Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs | Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs |
|---|---|---|---|---|---|---|---|
| 30 | $4.84 | $2.68 | $5.41 | 70 | $2.09 | $1.92 | $2.20 |
| 29 | 3.93 | 3.89 | 4.00 | 39 | 2.08 | 1.88 | 2.19 |
| 4 | 3.88 | 3.35 | 4.06 | 77 | 2.05 | 2.08 | 2.04 |
| 93 | 3.87 | 3.79 | 3.93 | 95 | 2.05 | 1.82 | 2.15 |
| 74 | 3.66 | 3.28 | 3.90 | 3 | 2.04 | 1.83 | 2.26 |
| 87 | 3.50 | 3.21 | 3.62 | 16 | 2.04 | 1.95 | 2.14 |
| 48 | 3.44 | 2.85 | 3.67 | 47 | 2.04 | 2.00 | 2.08 |
| 76 | 3.38 | 3.29 | 3.53 | 69 | 2.03 | 1.96 | 2.05 |
| 2 | 3.34 | 3.61 | 3.21 | 7 | 2.01 | 1.92 | 2.07 |
| 6 | 3.25 | 3.06 | 3.38 | 86 | 2.01 | 1.77 | 2.11 |
| 10 | 3.23 | 3.00 | 3.43 | 78 | 2.00 | 1.75 | 2.14 |
| 1 | 3.21 | 2.92 | 3.36 | 94 | 2.00 | 2.00 | 2.00 |
| 8 | 3.16 | 2.91 | 3.35 | 14 | 1.99 | 1.84 | 2.06 |
| 37 | 3.03 | 3.32 | 2.71 | 51 | 1.97 | 1.91 | 2.02 |
| 17 | 2.93 | 2.18 | 3.57 | 75 | 1.97 | 1.92 | 2.00 |
| 66 | 2.85 | 2.67 | 2.94 | 53 | 1.96 | 1.75 | 2.08 |
| 35 | 2.82 | 2.67 | 2.91 | 55 | 1.96 | 1.88 | 2.00 |
| 84 | 2.78 | 2.62 | 2.86 | 82 | 1.96 | 1.91 | 2.02 |
| 41 | 2.75 | 2.74 | 2.76 | 20 | 1.95 | 1.89 | 2.00 |
| 72 | 2.72 | 2.29 | 2.99 | 90 | 1.95 | 1.86 | 2.00 |
| 54 | 2.67 | 3.00 | 2.00 | 34 | 1.93 | 1.86 | 1.97 |
| 80 | 2.58 | 2.34 | 2.69 | 67 | 1.93 | 1.87 | 1.98 |
| 99 | 2.50 | 2.38 | 2.58 | 96 | 1.93 | 1.74 | 2.13 |
| 22 | 2.49 | 2.39 | 2.54 | 71 | 1.92 | 1.76 | 2.05 |
| 43 | 2.45 | 2.24 | 2.54 | 27 | 1.91 | 1.93 | 1.91 |
| 73 | 2.43 | 2.08 | 2.58 | 45 | 1.91 | 1.86 | 1.96 |
| 18 | 2.40 | 2.20 | 2.49 | 62 | 1.89 | 1.76 | 2.10 |
| 42 | 2.39 | 2.29 | 2.50 | 83 | 1.89 | 1.71 | 2.00 |
| 92 | 2.39 | 2.20 | 2.48 | 97 | 1.89 | 1.68 | 2.01 |
| 24 | 2.37 | 2.26 | 2.50 | 23 | 1.88 | 1.70 | 2.08 |
| 88 | 2.36 | 2.01 | 2.49 | 57 | 1.88 | 1.70 | 2.02 |
| 12 | 2.33 | 2.02 | 2.50 | 61 | 1.87 | 1.69 | 2.00 |
| 15 | 2.31 | 2.21 | 2.35 | 13 | 1.86 | 1.60 | 2.06 |
| 59 | 2.31 | 2.23 | 2.35 | 21 | 1.86 | 1.67 | 2.06 |
| 36 | 2.29 | 2.25 | 2.33 | 40 | 1.86 | 1.65 | 2.01 |
| 9 | 2.27 | 2.00 | 2.35 | 19 | 1.85 | 1.65 | 1.97 |
| 58 | 2.27 | 2.22 | 2.32 | 33 | 1.85 | 1.50 | 2.00 |
| 60 | 2.26 | 1.96 | 2.44 | 31 | 1.84 | 1.61 | 1.93 |
| 85 | 2.25 | 1.89 | 2.32 | 52 | 1.84 | 1.67 | 1.93 |
| 49 | 2.22 | 2.19 | 2.26 | 28 | 1.83 | 1.65 | 2.00 |
| 64 | 2.14 | 2.33 | 2.04 | 50 | 1.83 | 1.63 | 1.99 |

| Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs |
|---|---|---|---|
| 79 | $1.83 | $1.78 | $1.87 |
| 68 | 1.82 | 1.50 | 2.00 |
| 65 | 1.81 | 1.78 | 1.84 |
| 25 | 1.80 | 1.75 | 1.83 |
| 38 | 1.79 | 1.59 | 2.02 |
| 44 | 1.78 | 1.75 | 1.79 |
| 89 | 1.78 | 1.72 | 1.83 |
| 11 | 1.77 | 1.68 | 1.88 |
| 5 | 1.76 | 1.61 | 1.98 |
| 56 | 1.74 | 1.75 | 1.73 |
| 91 | 1.72 | 1.66 | 1.79 |
| 32 | 1.70 | 1.61 | 1.75 |
| 98 | 1.70 | 1.79 | 1.62 |
| 63 | 1.67 | 1.52 | 1.79 |
| 46 | 1.49 | 1.49 | 1.49 |
| 81 | 1.41 | 1.50 | 1.38 |
| 26 | 1.40 | 1.28 | 1.50 |



DEPARTMENT OF HEALTH & HUMAN SERVICES

Centers for Medicare & Medicaid Services

*Office of the Administrator*
Washington, DC. 20201.

**DATE:**     OCT 0 4 2007

**TO:**       Daniel R. Levinson
              Inspector General

**FROM:**     Kerry Weems
              Acting Administrator

**SUBJECT:**  Office of Inspector General (OIG) Draft Report: "Review of the Relationship
              between Medicare Part D Payments to Local, Community Pharmacies and the
              Pharmacies' Drug Acquisition Costs" (A-06-07-00107)

Thank you for the opportunity to review and comment on the above OIG draft report evaluating
community pharmacy ingredient cost payments in relation to acquisition costs in the Part D
program. We are interested in and pleased by the findings of the OIG report that the private
market competitive contracting model in Part D provides margins to community pharmacies with
respect to their acquisition costs.

OIG Recommendation

The OIG recommends that Congress and the Centers for Medicare & Medicaid Services (CMS)
consider the results of its review, including the data provided, in any deliberations regarding
Medicare Part D reimbursement.

CMS Response

The CMS concurs with the recommendation. In general, we concur with the findings of this
study. The report found that pharmacies almost always acquired drugs for less than the
reimbursement amounts. Although we do not collect comparable data, this observation is
expected as it is one method for pharmacies to support the expense of dispensing costs. These
findings are also consistent with our experience with the Part D program in that we do not
receive complaints from pharmacies with respect to negotiated prices not covering acquisition
costs.

The report also found that the percentage differences between Part D payments and drug
acquisition costs were more than nine times higher for generic drugs than for brand-name drugs.
Clinically appropriate generic prescribing is one of the key ways in which the Part D program is
able to provide high quality coverage at a reasonable cost to both beneficiaries and the
government. We fully encourage the use of generic drugs since their use provides good value to
both the beneficiary and the taxpayer, and we note that incentives are aligned to encourage
promotion of generics by community pharmacies.

Page 2 – Daniel R. Levinson

The study found that Group Purchasing Organization (GPO) members appear to have received greater rebates compared to non-members. This trend is also expected as purchasing at greater volumes drives down drug acquisition costs, which is one of the reasons why GPOs formed. We were pleased to note that your comparison of rural and non-rural pharmacies showed that payments from Part D plans were nearly identical, which demonstrates that Part D plans are not discriminating between rural and urban pharmacies.

We do have a few methodological questions regarding this report:

- Various results are provided including or excluding rebates. It is unclear how pharmacies' rebate estimates were attributed to the audited Part D claims. The report also did not discuss how the use of self-reported un-audited rebate data may impact its margin estimates. Specifically, if rebates were under-reported, then the actual margins may be higher than those presented in the paper.

- We also note that the methodology for determining drug acquisition costs is unclear when referring to using costs of a drug with the same clinical formulation identification [page 4 - 4th bullet, item (3)].

- The methodology section does not describe the auditing process that was used to calculate average Part D dispensing fees. This omission presents a significant limitation in understanding the estimate.

Our primary concern with this report remains the inclusion of self-reported numbers on dispensing costs. Although the draft report addresses the subject of estimated dispensing costs in an "Other Matters" section following the main findings and recommendation, and is not included in the Executive Summary, we are disappointed in OIG's decision to include these estimates in the report at all. We believe the inclusion of these unvalidated and potentially non-representative figures may obscure the ongoing Medicare Part D pharmacy debate.

The report specifically states that auditing dispensing costs was beyond the scope of this project. However, despite this disclaimer, the report goes on to provide an estimate of dispensing costs based on selected, self-reported data and also cites estimates derived from two pharmacy industry sponsored studies. While the report acknowledges that the accuracy of the self-reported data or the underlying data from the two referenced studies was not reviewed, we strongly suggest that these caveats are insufficient safeguards against readers taking these numbers at face value – especially given the apparent exact correspondence between the calculated margin between Part D payments and drug acquisition costs including rebates ($9.13) and the "average" selectively reported and estimated cost to dispense ($9.13).

Thank you for your efforts to help gain an understanding of community pharmacy payment rates in relation to acquisition costs in the Medicare Part D program.