**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES INC.'S MOTION TO COMPEL SUFFICIENT RESPONSES TO ABBOTT'S REQUESTS FOR ADMISSION**

On November 30, 2007, Abbott served a set of requests for admissions (RFAs) on the United States. On February 11, 2008, the United States filed its answers; however, those answers were improperly qualified and/or not answered based on improper objections.

Abbott Laboratories, Inc. ("Abbott") therefore respectfully moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 36(a)(6), that the Court determine the sufficiency of certain answers and objections of the United States ("the Government") to Nos. 1-70, 72-85, 87-109, 112, 114-123, 125-28, 130-37, and 142-173 of Abbott's Revised First Set of Requests For Admission to Plaintiff United States of America and Relator Ven-A-Care of the Florida Keys, Inc. (11/30/07) ("RFAs"), and to either order that the matters are deemed admitted, or else order that the Government provide adequate amended answers.

Dated:  March 31, 2008                               Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

    I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES INC.'S MOTION TO COMPEL SUFFICIENT RESPONSES TO ABBOTT'S REQUESTS FOR ADMISSION to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 31st day of March, 2008.

                                      /s/ David S. Torborg
                                      David S. Torborg

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

  I certify that the moving party communicated with counsel for the Government in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                /s/ R. Christopher Cook
                R. Christopher Cook