UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| | ) | |
| *United States of America, ex rel. Ven-A-Care* | ) | Magistrate Judge Marianne B. Bowler |
| *of the Florida Keys, Inc. v. Abbott* | ) | |
| *Laboratories Inc.*, | ) | |
| CIVIL ACTION NO. 06–CV-11337-PBS | ) | |

**JOINT MOTION FOR ENLARGEMENT
OF TIME TO COMPLETE SIX DEPOSITIONS**

The United States and Abbott Laboratories Inc. (Abbott) jointly move for an enlargement

of time to conduct and/or complete the depositions of six witnesses after the March 31, 2008

discovery cutoff in the above-captioned matter. The witnesses are:

- Chandra Coleman (a former Abbott Alternate Site Salesperson)

- Sam Colon (a former Abbott Alternate Site Salesperson)

- David Zackowski (a former Abbott Alternate Site Salesperson)

- Kim Howell (a Centers for Medicare and Medicaid Services (CMS) employee)

- Donald Thompson (a CMS Rule 30(b)(6) witness)

- A 30(b)(6) Witness for Administar (in its capacity as a CMS DMERC)

Both parties moved diligently to get these depositions scheduled before the discovery

cutoff in this matter.  Unfortunately, either illness, unavailability or other unresolvable

scheduling conflicts prevented these six witnesses from being deposed by March 31. While firm

dates have yet to be set for these witnesses, the parties will endeavor to complete the depositions on or before April 30, 2008.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley
  U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3272
Fax:  (617) 748-3971


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF
FLORIDA

Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney
General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 536-4101


For the relator, Ven-A-Care of the
Florida Keys, Inc.,

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL  33027
Phone: (954) 874-1635
Fax: (954) 874-1705


Dated:  March 31, 2008

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY
GENERAL


 /s/ Gejaa T. Gobena
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax:  (202) 305-7797

For Defendant Abbott  Laboratories Inc.,

/s/ Tina M. Tabacchi
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Counsel

Dated: March 31, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day caused an electronic copy of the above **JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE SIX DEPOSITIONS**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Gejaa T. Gobena

Dated:  March 31, 2008