UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**PROPOSED AGREED ORDER**

Upon consideration of the parties' Joint Motion for Enlargement of Time to Complete Six Depositions , it is hereby ORDERED that the Motion is GRANTED.

This _____ day of _____, 2008.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE