# EXHIBIT G

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-3734
christophercook@jonesday.com

March 26, 2008

<u>VIA E-MAIL</u>

Justin Draycott, Esq.
Commercial Litigation Branch
U.S. Department of Justice
Civil Division, Fraud Section
601 D Street, N.W., Ninth Floor
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-A-Care of the Florida Keys Inc. v. Abbott Laboratories*,
      MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Counsel:

Today at the deposition of Deidre Duzor, DOJ permitted the witness testify regarding the manner in which CMS "interpreted" statutes governing the use and confidentiality of AMP data in 2004. Ms. Duzor provided that testimony in response to questions posed by counsel for plaintiff states. When asked on cross-examination about this interpretation, Ms. Duzor testified that the agency is the "interpreter of the statute." As you know, DOJ has steadfastly refused to allow CMS witnesses to testify to its interpretation of other statutes when asked by defense counsel, limiting testimony to the manner in which the laws were "applied."

In light of Ms. Duzor's testimony and DOJ's failure to object to it, we respectfully ask that you withdraw your motion for protective order as it relates to our request for CMS's contemporaneous interpretation of various statutes and regulations pertinent to our case. It is patently unfair to force Abbott to expend time, effort and money opposing a motion for protective order even as you permit identical testimony regarding statutory interpretation in response to questions from plaintiff's counsel.

.

Very truly yours,

/s/ R. Christopher Cook

R. Christopher Cook

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Justin Draycott
March 26, 2008
Page 2


cc:  Counsel for Dey
     Counsel for Roxane