UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

**MOTION BY THE UNITED STATES FOR EXTENSION OF
TIME TO PRODUCE DOCUMENTS AND PRIVILEGE LOG**

The United States respectfully submits this motion for an extension of time until April 25, 2008 to produce limited categories of documents and a privilege log relating to certain document requests served by Abbott Laboratories, Inc. (Abbott). The close of fact discovery in this case is today, March 31, 2008. The United States expects that it will require additional time to produce several very discrete categories of material covered by Abbott's discovery requests. The United States will also require additional time to complete a final supplemental log for material withheld from production based on privilege or doctrine.

Since the beginning of fact discovery in this case, the United States has been engaged in a rolling production of documents, as well as of privilege logs relating to the production. To date, the Government has produced over 280,000 pages of documents to Abbott – a number that does *not* include claims data or information recorded on electronic media – in addition to associated privilege logs. During the same period, the United States has produced 29 current or former

government officials for deposition - a number which does *not* include employees of state Medicaid agencies or Medicaid contractors.  The depositions of Government personnel have collectively covered over 47 days.

The Government is now reviewing a fairly small volume of remaining material from several very discrete sources, which include (1) documents from the files of two employees of the Department of Health and Human Services, Office of Inspector General, (2) material from National Heritage Insurance Corp. ("NHIC"), which is a Medicare claims processor, and (3) documents that have tentatively been withheld from production based on privilege or doctrine.  Based on previously-released privilege logs, the Government expects that upon further review and consultation with the Centers for Medicare and Medicaid Services, the client agency may elect to release additional documents which have been withheld from production to date.  If that, in fact, occurs, the United States seeks leave of the Court to produce those documents to Abbott after fact discovery closes today.

Since the inception of discovery, the Government has been diligently responding to extremely broad discovery requests from Abbott.  The production that remains to be completed covers a discrete volume of material.  For the above reasons, the United States respectfully requests that it be permitted to produce by April 25, 2008 the limited documents and privilege log described above.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY<br>GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Ana Maria Martinez
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
 the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

 /s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-1088
Fax: (202) 307-3852

Dated: March 31, 2008

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I hereby certify that I have communicated with counsel for defendant Abbott Laboratories in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

      /s/ Justin Draycott
      Justin Draycott

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above' MOTION BY THE UNITED STATES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: March 31, 2008

      /s/ Justin Draycott
      Justin Draycott