UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the Motion by the United States for an extension of time until April 25, 2008 to produce documents and privilege log, it is by the COURT ORDERED:

That the motion by the United States for an extension of time is GRANTED; and

That the United States shall have up to and including April 25, 2008 by which to produce (1) documents from the files of two employees of the Department of Health and Human Services, Office of Inspector General, (2) material from National Heritage Insurance Corp. ("NHIC"), which is a Medicare claims processor, (3) any documents that have tentatively been withheld from production based on privilege or doctrine which the United States, upon further review, elects to produce, and (4) a final log for documents withheld from production based on privilege or doctrine.

Date: _____                    _____
                                      United States District Court