UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' MOTION TO COMPEL
### THE PRODUCTION OF DOCUMENTS DEPOSITION TESTIMONY

The United States of America, through its undersigned counsel, respectfully files this

Motion to Compel the Production of Documents from Abbott Laboratories Inc. (Abbot) and the

Deposition Testimony of Duane Burnham and Thomas Hodgson.  The fact discovery deadline of

March 31, 2008 has arrived and Abbott has fallen short of providing certain key evidence before

this date.  As the discovery period has wound down in this matter, the United States has asked

Abbott repeatedly for the documents and testimony that is at issue in the motion; the United States

could not secure from Abbott commitments either to provide the documents and testimony or to

provide them in a timely manner.

The failure to provide timely this evidence threatens to undermine deadlines in Case

Management Order 29, most immediately the plaintiffs' April 30, 2008 deadline for expert reports

and disclosures.  For this and other reasons set forth in the accompanying Memorandum of Law,

the United States requests that this Court require Abbott to produce specific categories of relevant

documents and to compel testimony from Mr. Burnham and Mr. Hodgson within ten days.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


Dated: March 31, 2008

JEFFREY S. BUCHOLTZ
ACTING ASSISTANT ATTORNEY
GENERAL


/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that he has conferred with counsel for the Defendant Abbott on the issues raised in this motion and have not been able to reach agreement.

|  |  |
|---|---|
|  | /s/   Gejaa T. Gobena |
| Dated: March 31, 2008 | Gejaa T. Gobena |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Motion to Compel**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/   Gejaa T. Gobena |
| Dated: March 31, 2008 | Gejaa T. Gobena |