# EXHIBIT 5

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4373
jgwinchester@jonesday.com

JP741122
080024-024348

March 3, 2008

**VIA EMAIL**

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor
Room 9004
Washington, D.C. 20004

Re:   U.S. ex rel. Ven-a-Care of the Florida Keys Inc. v. Abbott Laboratories Inc. 06-CV-11337

Dear Renee:

Following up on my letter of February 13, 2008, and pursuant to Magistrate Judge Bowler's rulings, we provide the following information:

1. Home Infusion Services financial documents: Abbott's production of Home Infusion Services financial documents is complete.

2. Status of Abbott's completion of responses to the Government's first four sets of requests for production: see Declaration of Ellen T. Klaus, attached as Ex. A.

3. Status of production of alternate site sales force personnel and personal/working files: *see* chart attached as Ex. B. Please note that Abbott recently discovered three additional people who served in HPD Alternate Site Field Sales at some point during the time period 1991-2003 – Jack Miller, Melissa Clark, and Charlotte Terhune. Jack Miller and Charlotte Terhune are not current employees of either Abbott or Hospira, and they are thus outside Abbott's possession, custody or control. We will be producing responsive documents, if any, from the personnel files of these employees on Wednesday. Since these are former employees, it is our expectation based upon Abbott's practices that any responsive personal/working files these employees may have had were transferred to their replacements in the field. The most likely location for any such documents today would be with the current field sales force at Hospira. The attached chart provides an update of our efforts to collect responsive files from the current Hospira field sales force.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Renee Brooker
March 3, 2008
Page 2

    4.    Deposition dates for 39 alternate site witnesses who were the subject of the government's motion to compel: We have provided dates or have otherwise inquired of the government whether it will accept previous testimony for all but two of the alternate site field sales employees at issue: Sam Colon and Chandra Coleman. Despite its efforts, Abbott has been unable to locate these two persons. Pursuant to Judge Bowler's directive, we therefore provide you with the following last known addresses:

        Chandra Coleman
        1020 Park Ave, Apt 306
        Baltimore, MD 21201

        Sam Colon
        3161 S Ocean Dr, Apt 1408
        Hallandale Beach, FL 33009

If the Government is able to contact either of these persons, we request that you inform them that Abbott will provide legal counsel to them if they wish, and that you give them my contact information.

        Sincerely,

        /s/ Jason G. Winchester
        Jason G. Winchester

Enclosures

cc:    James R. Daly
       Carol P. Geisler
       Jim Breen

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) <br> ) CIVIL ACTION: 01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO <br> *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* <br> No. 06-CV-11337-PBS | ) <br> ) Chief Magistrate Judge Marianne B. Bowler <br> ) <br> ) |

## DECLARATION OF ELLEN T. KLAUS

1. My name is Ellen T. Klaus. I am above the age of twenty-one (21), of sound mind, and capable of making this declaration. I have been employed by Abbott Laboratories ("Abbott") for the past 10 years. I began my employment with Abbott in 1996, and from approximately 1999 through the present, I have served as Paralegal Supervisor. I have personal knowledge of the facts set forth below. I am authorized by Abbott to give this declaration, and verify that the facts below are true and correct to the best of my knowledge.

2. In consultation with counsel, I have reviewed Abbott's responses to the United State's Requests for Production, sets 1-4.

3. Subject to rulings of the Court limiting discovery in this matter, Abbott's objections, and the qualifications set forth in paragraphs 4 and 5 below, the status of Abbott's production is as follows:

   A. First Set of Requests for Production

   — Abbott's production of responsive documents, if any, is complete as to Request Nos. 1-18

   B. Second Set of Requests for Production

&mdash; Abbott's production of responsive documents, if any, is complete as to Request Nos. 1-4; 6-13; 15-29; 31-40; 42-44; 46-48; 52-54; 57; 59-61; 63-76.

&mdash; Abbott's production continues as to Request Nos. 41, 45, 49-51, 55-56; 58.

&mdash; Abbott stands by its objections and will not produce documents pursuant to Request Nos. 5, 14, 30, 62; 77-79.

C. Third Set of Requests for Production

&mdash; Abbott's production of responsive documents, if any, is complete as to Request Nos. 1; 3-5; 7-22; 25-28; 31; 33; 36-40.

&mdash; Abbott's production continues as to Request Nos. 2; 23-24; 29-30.

&mdash; Abbott stands by its objections and will not produce documents pursuant to Request Nos. 6; 32; 34-35.

D. Fourth Set of Requests for Production

&mdash; Abbott's production of responsive documents, if any, is complete as to Request Nos. 3-5; 7-10; 12-18.

&mdash; Abbott's production continues as to Request Nos. 1-2;

&mdash; Abbott stands by its objections and will not produce documents pursuant to Request Nos. 6; 11; 19-30.

4. Abbott is continuing to search for documents in the following categories that may be responsive to one of more of the Requests for Production submitted by the United States:

A. Plan and update documents

B. Materials relating to compliance with Medicare/Medicaid rules and regulations and the Anti-Kickback statute

C. Constant Customer Reports

D. Communications with trade associations about AWP or reimbursement by Medicare or Medicaid that would impact the Subject Drugs

E. Analysis of IMS data

F. Files of Don Buell, Director of Health Economics

G. Printout of compensation for Alternate Site Field Sales representatives

5.  In addition, Abbott continues its efforts to evaluate whether there are any additional electronic documents, including email communications, from 1991-2003 that might be reasonably accessible and that might be responsive to one of more of the Requests for Production submitted by the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Ellen T. Klaus

SWORN TO AND SUBSCRIBED BEFORE ME
This 3 day of March, 2008.

_____
NOTARY PUBLIC
STATE OF ILLINOIS

CECILIA IBARRA-MARTINEZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 24, 2011

# EXHIBIT B

ALTERNATE SITE SALES FORCE

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Alberti, Mary A. | Located but no responsive documents | Former Employee* |
| Aldy, Gary Keith | Produced | Former Employee* |
| Anders, Krista L. | Located but no responsive documents | Former Employee* |
| Anderson, Tonita F. | Produced | Current Hospira, collection on-going |
| Austin-Marley, Kimberly D. | Cannot locate file | Former Employee* |
| Avila, Graciela | Produced | Former Employee* |
| Balzer, Jeffrey F. | Produced | Current Hospira, collection on-going |
| Beck, Michael G. | Produced | Current Hospira, collection on-going |
| Beyrami, Jacquelyn R. | Produced | Former Employee* |
| Bishop, Kenneth A. | Located but no responsive documents | Former Employee* |
| Blackwell, Ronald L. | Produced | Former Employee* |
| Blakley, G. Lance | Located but no responsive documents | Former Employee* |
| Blooston, James A. | Located but no responsive documents | Former Employee* |
| Bobnar, Sharon D. | Located but no responsive documents | Former Employee* |
| Bolt, Joanna M. | Located but no responsive documents | Former Employee* |
| Boxer, Howard A. | Cannot locate file | Former Employee* |
| Buck, Matthew E. | Produced | Terminated from Abbott on 5/1/04, collection on-going |
| Buffington, Karen | Produced | Terminated from Abbott on 5/1/04, collection on-going |
| Bukaty, Kelly R. | Produced | Former Employee* |
| Cadichon-Bance, Martine | Produced | Current Hospira, collection on-going |
| Cannon, Robert E. | Produced | Former Employee* |

* Former employees, who no longer work for Abbott or Hospira, are outside Abbott's possession, custody or control. The practice at Abbott throughout the time period 1991-2003 was for a field sales representative who left the company to transfer working files to his or her replacement in the territory. Thus, the most likely available source for working files of these former employees is with the current field sales force of Hospira. Abbott requested relevant documents from the current Hospira Alt Site field sales force (44 people). Thus far, 17 of those people have executed confirmations stating that they have no responsive documents, and those confirmations have been produced to DOJ. Abbott is following up with the remaining 27 people.

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Cardozo, Jeffrey L. | Located but no responsive documents | Former Employee* |
| Carey, Amy M. | Located but no responsive documents | Former Employee* |
| Casey, Christopher R. | Located but no responsive documents | Former Employee* |
| Clark, Melissa | Located, responsive documents to be produced | Current Abbott, collection on-going |
| Coffin, Bruce E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Coleman, Chandra D. | Produced | Former Employee* |
| Collins, Thomas J. | Located but no responsive documents | Former Employee* |
| Colon, Samuel E. | Produced | Former Employee* |
| Colon, Wilfredo | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Connell-Wolf, Jennifer L. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Connors, Robert W. | Produced | Former Employee* |
| Cooper-Siegel, Crystal E. | Cannot locate file | Former Employee* |
| Crofoot, Andrew B. | Produced | Deceased / Former Employee* |
| Crosby, Ngoc | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Dagle, Francis L. | Located but no responsive documents | Former Employee* |
| Davidson, Brian H. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Dawson, Cynthia A. | Produced | Current Hospira, collection complete |
| Dillow, Monte R. | Produced | Current Abbott, collection on-going |
| Drake, Deborah L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Edwards, Ethel L. | Located but no responsive documents | Former Employee* |
| Ellis, Elena M. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Felgenhauer, Carol W. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Finkel, Christine A. | Cannot locate file | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Flournoy, J. Edward | Produced | Deceased / Former Employee* |
| Flynn, Michael K. | Produced | Former Employee* |
| French, Eric T. | Produced | Current Abbott, collection on-going |
| Gardner, William C. | Located but no responsive documents | Former Employee* |
| Genuardi, Frank P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Gilmore-Scott, Shannon | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Givens, Kenya | Located but no responsive documents | Former Employee* |
| Glover, Thomas Scott | Located but no responsive documents | Former Employee* |
| Godfrey, Mark W. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Goode-Lauer, Trudy A. | Produced | Current Hospira |
| Gray, Janet | Cannot locate file | Former Employee* |
| Greenwood, Phillip L. | Located but no responsive documents | Former Employee* |
| Greif, Brian J. | Located but no responsive documents | Former Employee* |
| Guzik, Ronald J. | Located but no responsive documents | Former Employee* |
| Haines-Lee, Jeani M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Harling, David W. | Produced | Former Employee* |
| Harsh, Harold Francis | Produced | Current Hospira, collection on-going |
| Hatfield, Amanda C. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Hauschild, James L. | Located but no responsive documents | Former Employee* |
| Haygood, Julie E. | Located but no responsive documents | Former Employee*. |
| Heinrich, Laura G. | Located but no responsive documents | Former Employee* |
| Hill, Denis O. | Produced | Former Employee* |
| Hubka, Alison N. | Located but no responsive documents | Former Employee* |
| Ironside, John S. | Destroyed - Employee left company in or before 1992 | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| James, Christopher W. | Produced | Current, Hospira, employee has confirmed no responsive documents |
| Jankowski-Johnson, Deborah L. | Produced | Former Employee* |
| Jansen, Meg E. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Jessup, Kaye | Produced | Current Hospira, employee has confirmed no responsive documents |
| Kelly, Dennis P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Kenney, Ma'at K. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Kent, Julie E. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Kim, Michelle | Located but no responsive documents | Former Employee* |
| Kummings, Melissa J. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Less-Rugnetta, Julie A. | Produced | Former Employee* |
| Lloyd-Jones, Edward G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Lotz, William Greg | Located but no responsive documents | Former Employee* |
| Loughman, Mary M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Love, Cornelius | Located but no responsive documents | Former Employee* |
| Lowe-Astori, Janet | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Lozano, Paul S. | Produced | Current Hospira, |
| Lundy, Jeffrey P. | Located but no responsive documents | Former Employee* |
| Lyjak, Ted D. | Produced | Current Abbott, collection complete |
| Mann, Sherry L. | Located but no responsive documents | Former Employee* |
| Marks, Pamela A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Martinez, Jason A. | Located but no responsive documents | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Massaro-Iwan, Angeline C. | Produced | Former Employee* |
| May, Sherry L. | Located but no responsive documents | Former Employee* |
| Mayfield, Clydie G. | Produced | Current Hospira, employee has confirmed no responsive documents |
| McCaffrey, Timothy M. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| McCrary, Martin S. | Located but no responsive documents | Former Employee* |
| McGill, John Douglas | Produced | Current Hospira, employee has confirmed no responsive documents |
| McGuckin-George, Tracy | Located but no responsive documents | Former Employee* |
| McNeal, Jomal L. | Produced | Current Hospira, collection on-going |
| McReynolds, James S. | Located but no responsive documents | Former Employee* |
| Mentze, Laura D. | Produced | Current Hospira, collection on-going |
| Miller, John "Jack" | Located but no responsive documents | Former Employee* |
| Miser, Daryl E. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Mitchell, John E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Moore, Scott A. | Produced | Former Employee* |
| Moran, John Martin "Marty" | Produced | Current Hospira, collection on-going |
| Murphy, Christopher | Located but no responsive documents | Former Employee* |
| Nachamkin, Sharon C. | Cannot locate file | Former Employee* |
| Naylor, Glen G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Nelson, Greg A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Palmer, Laura M. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Paulson, Deborah J. | Produced | Former Employee* |
| Poljak, Sasha | Located but no responsive documents | Former Employee* |
| Pyfer, Paul A. | Produced | Former Employee* |

-5-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Quinby-Baggen, Shannon | Produced | Current Hospira, collection on-going |
| Ramsey, Michael L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Rayford, Aaron | Produced | Current Hospira, employee has confirmed no responsive documents |
| Renick, Anna Marie | Produced | Former Employee* |
| Reynolds, Roger R. | Located but no responsive documents | Former Employee* |
| Ridge, Jean M. | Located but no responsive documents | Former Employee* |
| Roach-Lucas, Doris | Produced | Current Hospira, employee has confirmed no responsive documents |
| Robertshaw, Dawn | Produced | Current Hospira, collection on-going |
| Robertson, Michael C. | Located but no responsive documents | Former Employee* |
| Russert, John D. | Produced | Current Hospira, collection on-going |
| Satterlee, Robert T. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Sattin, Tiffany | Located but no responsive documents | Former Employee* |
| Savage, Marva J. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Schindler, David M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Siemer, William S. | Located but no responsive documents | Former Employee* |
| Sims, John K. | Located but no responsive documents | Former Employee* |
| Smith, Catrina R. | Produced | Current Hospira, collection on-going |
| Smith, Craig D. | Produced | Current Hospira, collection on-going |
| Smith, Michelle I. | Produced | Former Employee* |
| Spiers, Mark J. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Stark, Richard A. | Located but no responsive documents | Former Employee* |
| Steenolsen, Scot | Produced | Former Employee* |
| Stewart, Antoinette | Located but no responsive documents | Former Employee* |
| Strasburg, Pete C. | Located but no responsive documents | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Strassner, Matthew A. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Studdard, Shawn M. | Located but no responsive documents | Former Employee* |
| Sweeney, Edwin Joseph "Joe" Jr. | Produced | Former Employee* |
| Szewczyk, Mark D. | Produced | Former Employee* |
| Taty-Montoya, Karen A. | Cannot locate file | Terminated from Abbott 5/1/04, collection on-going |
| Tedeschi, John E. | Located but no responsive documents | Former Employee* |
| Terhune, Charlotte | Located, responsive documents to be produced | Former Employee* |
| Theriot-Sobo, Julia | Produced | Former Employee* |
| Thiel, Margo L. | Cannot locate file | Former Employee* |
| Thrawl-Sellers, Michelle L. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Tiffany, Patrick F. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Valdez, Ricardo B. | Located but no responsive documents | Former Employee* |
| Weiss-Kassak, Lisa | Produced | Current Hospira, employee has confirmed no responsive documents |
| Xavier, Melissa K. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Young, Diana L. | Produced | Former Employee* |
| Zackowski, David J. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Zitlow, David P. | Produced | Former Employee* |