**EXHIBIT 6**

Genuardi, Frank              CONFIDENTIAL              February 13, 2008

36

1      A.   Uh-huh.

2      Q.   -- do you recall any other discussion
3 about the litigation?

4      A.   No.

5           MR. BLACK:  Did California ever wake up
6 and join us?

7           (An off-the-record discussion was held.)

8           MS. FORD:  Can we go off the record for
9 just a minute?

10          THE VIDEOGRAPHER:  We're off the record
11 at 9:30 a.m.

12          (A recess was taken from 9:30 a.m. to
13 10:04 a.m.)

14          THE VIDEOGRAPHER:  We're on record at
15 10:04.

16          MR. LEWIS:  Before we go back on the
17 record, I think Mr. Genuardi has a clarification
18 about some of your questions about the documents
19 that he searched for and produced.  I believe he
20 was confused about your question.

21          Mr. Genuardi, do you want to make that
22 clarification?

```
 1                THE WITNESS:  Yes.
 2                MS. FORD:  Just to be clear, we are on
 3      the record now.
 4                MR. LEWIS:  I know.
 5                MS. FORD:  This will be -- okay.  I
 6      thought you said before we go back on the record.
 7                MR. LEWIS:  I may have said that.  I
 8      misspoke --
 9                MS. FORD:  Okay.
10                MR. LEWIS:  -- if I did.
11                MS. FORD:  Okay.
12           A.   The documents that are produced here,
13      this is not all the documents that I produced.
14           Q.   (By Ms. Ford) Okay.
15           A.   I produced a large stack that was
16      probably about 8 inches high, at one point, and
17      then I produced another box which was probably
18      about an 8-pound box worth of -- of documents.
19           Q.   And generally, do you recall the types of
20      documents that you produced that are not in front
21      of you today?
22           A.   A lot of them were contracts, really just
```

1   about everything that I had from that time period.

2      Q.   Okay.  Would that have included
3   correspondence with customers?

4      A.   Yes, it would've.

5      Q.   And contracts between Abbott Laboratories
6   and the customer?

7      A.   Yes.

8      Q.   Would you characterize those as your
9   working files related to your accounts?

10     A.   Yes.

11     Q.   Okay.  Who -- who were your accounts
12  during the time that you were an Alternate Site
13  sales rep at Abbott Labs?

14     A.   Everything but hospitals.

15     Q.   Okay.  So did you call any members of
16  group purchasing organizations?

17     A.   No.

18     Q.   No?  Okay.

19          Did you call on surgery centers?

20     A.   Yes.

21     Q.   Okay.  Which surgery centers do you
22  recall calling on?

1   A.   Gosh.

2       MR. LEWIS:  Becky, could I ask you to

3   clarify?  I mean, we've got a long time period

4   here.  If we could have some clarification as to

5   time, I think it would make the record clearer.

6       MS. FORD:  Okay.

7   Q.   (By Ms. Ford) What we'll do is we'll just

8   reserve those questions until we get into your job

9   history at Abbott Labs, and then I'll ask you some

10  more detailed questions about the types of records

11  that you may have kept during that time period and

12  maybe even up till today.

13  A.   Okay.

14  Q.   Generally speaking, what types of

15  documents did you keep from -- from your days at

16  Abbott Laboratories?

17  A.   I kept files, contracts, calendars.

18  Q.   Did you keep -- did you keep a file for

19  all of your accounts?

20  A.   No.

21  Q.   Okay.  And what would've caused you to

22  save a file pertaining to one account versus one

1   that you did not save?

2       A.   I would save files of accounts that I
3   called on regularly.

4       Q.   Okay. And were some of those files files
5   that you produced to Abbott in response to either
6   the subpoena or the certificate of search?

7       A.   Yes.

8       Q.   Okay. Were the files that you produced
9   related to accounts that you had at Abbott
10  Laboratories?

11      A.   These would've been accounts that I had
12  at Abbott that went over to Hospira.

13      Q.   Okay. And did the files that you
14  produced relate to accounts that are currently
15  active at Hospira?

16      A.   Yes.

17      Q.   Okay. In some instances, were they
18  accounts that you had at Abbott Laboratories and
19  have maintained over the years even after you
20  became a Hospira employee?

21      A.   Some, yes.

22      Q.   Okay. Did any of the information in

1  those files that you produced to Abbott contain
2  documents from before -- 2003 or before?
3      A.   Could you repeat that?  I'm sorry.
4      Q.   Sure.
5           For any of the files that you provided to
6  Abbott recently in response to either the subpoena
7  or the certificate of search --
8      A.   Uh-huh.
9      Q.   -- did any of those files contain
10 documents dated in the year 2003 or before?
11     A.   I can't recall.
12     Q.   Okay.
13          Okay.  Anything else you wanted to
14 clarify about the documents you produced?
15     A.   No.
16     Q.   Okay.  Thank you for that.
17     A.   Oh, yeah.
18     Q.   Did you do anything to prepare for your
19 deposition?
20     A.   I talked with my attorney.
21     Q.   Okay.  And did you meet with him in
22 person?