# EXHIBIT 8

1

IN THE UNITED STATES

DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE:   PHARMACEUTICAL        )

INDUSTRY AVERAGE WHOLESALE     )

PRICE LITIGATION               ) MDL No. 1456

------------------------------) Civil Action No.

THIS DOCUMENT RELATES TO:      ) 01-CV-12257-PBS

ALL CASES                      ) Judge Patti B. Saris

------------------------------X


*******************************************************

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION

OF ABBOTT LABORATORIES, INC. (JERRY GOLDSON)

March 6, 2008

*******************************************************


ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF ABBOTT LABORATORIES, INC. (JERRY GOLDSON), taken in the above-entitled cause pursuant to the Federal Rules of Civil Procedure of the United States District Courts, pertaining to the taking

**102**

1  Q. Yes.
2  A. Sorry. Repeat the question.
3  Q. I didn't quite get to the question.
4  A. Okay.
5  Q. I just wanted you to have that in front
6  of you before I asked it.
7  A. Okay.
8  Q. But it -- in defining what D means, it
9  points to -- it says it's a closed claim, and it
10 points to the ARC claim master file. Does that
11 indicate that once the claim is closed in the
12 claim master file, that it's moved over to the
13 archive claim master file?
14 A. That's right.
15 Q. So now it no longer appears on the
16 claim master?
17 A. Right.
18 Q. And in the -- I had an exhibit that had
19 a -- I'm sorry, no number on it. The exhibit
20 with the names of the different files on it. Do
21 we have a number on that?
22     MS. GEISLER: 10.

**103**

1      THE WITNESS: 10.
2      MR. LAVINE: Thank you. Exhibit 10.
3  BY MR. LAVINE:
4  Q. When we looked at the claim files, the
5  more recent ones had fewer records over time. Is
6  that what you would expect to see?
7  A. Yes, we have, because they would be
8  moved to the -- to the archive claim master.
9  Q. So -- but don't we need the archive
10 claim master to get all those missing -- to make
11 sure we have all the records?
12 A. Yes, to -- to get the older -- now, the
13 ones that were moved to the claim -- to the --
14 our claim master were not just paid, they were --
15 they were sitting there for quite a while. But
16 to get the complete picture, you should get the
17 arc- -- claim master.
18 Q. Do you know if that's been restored?
19 A. Yes. Well, all the files have been, as
20 far as I know, restored off that tape.
21 Q. And our experience -- again looking at
22 Exhibit 10, our experience in the accounts

**104**

1  receivable master file is that we got -- the
2  number of claims grew over time rather than
3  shrinking. Do you know why that might be?
4  A. Yes, because it doesn't get removed to
5  our claim master. So actual- -- actually it
6  reminds me. The AR and master contains the
7  record of that claim, I think, for a long time;
8  forever, as far as I know. But the claim master
9  file does shrink and go to the AR claim master.
10     I think the reason was that the claim
11 master file would grow quite big because it had
12 line items and claim records. The AR kept, like,
13 one or two lines for a claim master. So you
14 should really have all the claims.
15 Q. And the archive claim master, it's been
16 restored and can be produced to us; right?
17 A. Yes.
18 Q. Do you know the approximate size of
19 that?
20 A. No.
21     (Whereupon Deposition Exhibit
22 Goldson 014 was marked as requested.)

**105**

1  BY MR. LAVINE:
2  Q. We have just marked as Exhibit 14 a
3  one-page document. At the top it says, "CHIPs
4  CLMMST Quantity." These are some additional
5  records from the claim master file produced by
6  Abbott to the United States, and I particularly
7  had some questions about the quantities that are
8  entered, line 11.
9      Do you see the first quantities,
10 negative 80, then 0, then 200, then 82,400?
11 These are just some examples of -- to have us
12 understand the data?
13 A. Mm-hmm.
14 Q. Do you know what a negative quantity
15 number would represent?
16 A. An offset. Looking up on top, that's
17 an invoice line number. And they had this lots
18 of times where they would order something or
19 invoice something and was invoiced incorrectly,
20 and somewhere along the line, the pharmacist
21 perhaps or the order processor, would negate out
22 the line by adding the -- you know, adding -- it

**230**

1   that --
2       A.  And the archive master, yes.
3       Q.  The archive claim master?
4           On Exhibit 15 is the letter that had
5   the 34 additional files that were identified.
6   It's a letter on the letterhead of Jones Day.
7       A.  They're out of order; 14, 15. Yes.
8       Q.  Okay. So there are 34 files listed
9   here which are described on page 1. It says
10  (reading):
11          "In addition to the two files we have
12  provided to you, Abbott has restored 34
13  additional files which are described below."
14          Are you -- have you seen any kind of
15  listing of the files that have been restored by
16  Pat?
17      A.  No. You mean currently?
18      Q.  Yes, in connection with the production.
19      A.  I have not.
20      Q.  Did you play any role in gathering
21  together the list of files that were restored?
22      A.  No.

**231**

1       Q.  And how -- have you -- are you aware of
2   any kind of a complete list of all of the
3   different files that might exist on those backup
4   tapes?
5       A.  Well, that would be obtainable from --
6   by Pat running a -- a listing on the tape.
7       Q.  And your expectation, though, would be
8   that all of the files in the data dictionary
9   would be on the backup tapes?
10      A.  Yes.
11          MS. GEISLER: Mark, can we take a five-
12  minute break right here? Just for a second. I
13  want to talk to the witness.
14          MR. LAVINE: Sure.
15          THE VIDEOGRAPHER: We are off the
16  record at 5:01 p.m.
17          (Brief pause.)
18          THE VIDEOGRAPHER: We are back on the
19  record at 5:04 p.m.
20          MS. GEISLER: We want to clarify the
21  last group of questions, so I don't know if you
22  want to just let him explain, or you want to ask

**232**

1   the questions again.
2           THE WITNESS: You want me to clarify?
3   BY MR. LAVINE:
4       Q.  Yeah, a clarification would be fine, if
5   there is clarified information you want to offer.
6       A.  I was reminded that actually I did
7   create this spreadsheet, and --
8       Q.  And you're referring to the second page
9   of Exhibit 15?
10      A.  The second page, yes.
11      Q.  What was the source of the information
12  that you derived this from?
13      A.  List of files on the system that I
14  thought would be -- would be meaningful.
15      Q.  But on what system?
16      A.  Yeah, on CHIP system, using the --
17  going through the data dictionary.
18      Q.  I'm a little mixed up. There is no
19  operating version of CHIP right now, is there?
20      A.  No.
21      Q.  So when you say "CHIP system," what do
22  you mean?

**233**

1       A.  Well, there is two things. One -- the
2   restore tapes have all the files on them, all the
3   CHIP system files.
4       Q.  Okay.
5       A.  What I -- what I went through is data
6   dictionary-type document and listed these files
7   as being master files that would be candidates to
8   be included.
9       Q.  All right. So this actually is not a
10  list of everything that had been restored. It's
11  a list of --
12      A.  Right.
13      Q.  (Continuing) -- the files you
14  identified that you thought would be potentially
15  relevant --
16      A.  Right.
17      Q.  (Continuing) -- to further inquiry.
18      A.  Right.
19      Q.  And after the questions we've worked
20  through today, you've identified --
21      A.  Several more.
22      Q.  (Continuing) -- a couple additional