# EXHIBIT 10

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL        )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

PRICE LITIGATION              )   01-CV-12257-PBS

_____

                    Videotaped Rule 30(b)(6) Deposition

                    of MICHAEL SELLERS, at 77 West Wacker

                    Drive, Chicago, Illinois, commencing

                    at 9:00 a.m. on Sunday, March 16,

                    2008, before Donna M. Kazaitis, RPR,

                    CSR No. 084-003145.

30(b)(6) Abbott (Sellers, Michael)                    March 16, 2008

11 (Pages 38 to 41)

---

**38**

1    Q.   What about Duane Burnham?
2    A.   No.
3    Q.   That was the same question with regards
4  to Duane Burnham.  You didn't research anything
5  with regard to Mr. Burnham's involvement with
6  regard to any of those subject matters on the
7  topics at issue today?
8        MS. TABACCHI:  Object to the form.
9        THE WITNESS:  No.  I did not.
10 BY MS. ST. PETER-GRIFFITH:
11   Q.   Did you speak to him personally?
12   A.   No.
13   Q.   How come?
14   A.   With regard to the 2001 price change,
15 they were no longer with the corporation, I don't
16 believe, at that time.  I don't believe they were
17 part of the decision, the Home Infusion decision.
18 And I didn't believe them to be part of the
19 Contract Marketing merger decision.
20   Q.   But they did have involvement with both
21 Home Infusion and HPD; didn't they?
22        MS. TABACCHI:  Object to the form.

---

**39**

1        THE WITNESS:  They were the corporate
2  leaders in the early part of the 1990s.
3  BY MS. ST. PETER-GRIFFITH:
4    Q.   So why didn't you talk to them?
5    A.   I didn't see anything in the subject
6  matter that appeared relevant to them in
7  particular.  We had the financial reports.
8    Q.   Sir, going back when we were talking
9  before about the setting of catalog or list
10 prices, your testimony was that everybody got
11 together and there was an aggregate, there was a
12 consensus decision.
13        Is that true for catalog and list
14 price setting for the HPD products for the time
15 period from 1991 until 2000?
16   A.   Yes.
17        MS. TABACCHI:  Object to the form.
18 BY MS. ST. PETER-GRIFFITH:
19   Q.   Before we move on to the individual
20 topics, I want to take a second here.
21        With regard to the decision to
22 close down Home Infusion, you testified that

---

**40**

1  Mr. Gonzalez recalled that there was a meeting
2  among various -- let me strike that.
3        Mr. Gonzalez told you that there
4  were several individuals involved in the decision
5  concerning the 2001 pricing; right?  Mr. Gonzalez
6  himself, Mr. Begley -- who was Mr. Begley at that
7  time?
8    A.   At that time he was the president of
9  Hospital Products Division.
10   Q.   Mr. Wiebking?
11   A.   Yes.
12   Q.   You?
13   A.   Yes.
14   Q.   And Laura Schumacher?
15   A.   Yes.
16   Q.   Who is Ms. Schumacher?
17   A.   Laura Schumacher was the head counsel
18 for litigation for Abbott Laboratories.
19   Q.   Did Mr. Gonzalez, Mr. Begley,
20 Mr. Wiebking, Ms. Schumacher, and you meet to
21 discuss this issue?
22   A.   A couple of times that I recall.

---

**41**

1    Q.   What occurred during those meetings?
2        MS. TABACCHI:  I'm going to instruct the
3  witness not to reveal the substance of any
4  communications at those meetings.  They're
5  protected by the attorney-client privilege.
6        MS. ST. PETER-GRIFFITH:  They pertain to
7  a change in the business practice.  Why do you
8  maintain that they're subject to attorney-client
9  privilege?
10        MS. TABACCHI:  Mr. Sellers will not be
11 testifying about the communications had at those
12 meetings with the presence of counsel.
13 BY MS. ST. PETER-GRIFFITH:
14   Q.   How long did the meetings last?
15   A.   I don't recall.  Probably an hour, maybe
16 more.
17   Q.   When were they?
18   A.   One was either late in 2000 or right in
19 the first week or two of 2001.  The other one was
20 sometime in later March of 2001.
21   Q.   Where were they held?
22   A.   I remember one being in, I believe it

---