# EXHIBIT 11

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  PHARMACEUTICAL          )

INDUSTRY AVERAGE WHOLESALE      )

PRICE LITIGATION                )   MDL No. 1456

------------------------------)   Civil Action

This document relates to:       )   No. 01-12257-PBS

United States of America,       )

ex. rel. Ven-a-Care of the      )

Florida Keys, Inc.,             )   Hon. Patti Saris

    vs.                         )

Abbott Laboratories, Inc.,      )  Magistrate Judge

CIVIL ACTION NO. 06-11337-PBS ) Marianne Bowler


        Videotaped 30(b)(6) deposition of DAVID S.

FISHMAN, called by the Plaintiffs for examination,

taken pursuant to notice, agreement and by the

provisions of the Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, taken before DEBORAH HABIAN, a

Notary Public within and for the County of Cook,

State of Illinois, and a Certified Shorthand Reporter

---

**214**

1  approving the operating guidelines, the President of
2  HPD would not have required a prohibition against
3  spread marketing --
4      MS. CITERA:  Objection to the --
5
6  BY MS. ST. PETER-GRIFFITH:
7      Q.   -- or AWP discussions with clients?
8      MS. CITERA:  Objection to the form, outside the
9  scope.
10     MS. ST. PETER-GRIFFITH:  It's not outside the
11 scope.
12     THE WITNESS:  I don't know why he -- the
13 guidelines were not policies and procedures.  They
14 were guidelines, and the subject matter and focus of
15 those guidelines did not encompass AWP -- specifically
16 AWP or pricing or any -- any aspect of pricing.
17
18 BY MS. ST. PETER-GRIFFITH:
19     Q.   Why didn't they?
20     A.   It was --
21     MS. CITERA:  Objection to form, outside the
22 scope.

---

**215**

1      MS. ST. PETER-GRIFFITH:  It's not outside the
2  scope.
3      THE WITNESS:  It was -- it wasn't the scope of
4  the guidelines.  The guidelines dealt with program
5  funding.
6
7  BY MS. ST. PETER-GRIFFITH:
8      Q.   Did Mr. Gonzalez ever address the issue of
9  whether or not there should be a formal prohibition
10 against discussions of AWP, spread or spread marketing
11 within Hospital Products Division?
12     A.   I do not know that.
13     MS. CITERA:  Same objections.
14
15 BY MS. ST. PETER-GRIFFITH:
16     Q.   Did you do anything to research that?
17     A.   No.
18     Q.   Did you do anything at all to research
19 Mr. Gonzalez's involvement in compliance matters in
20 his capacity as President of HPD?
21     A.   Other than talking with -- talking with
22 Mike Sellers and Ginny Tobiason as members of HPD and

---

**216**

1  Charlie Brock in his capacity with working with the
2  Business Conduct Committee, no.
3      Q.   What did they tell you about
4  Mr. Gonzalez's role in compliance matters?
5      A.   Nothing specifically.
6      Q.   What about Mr. Hodgson and Mr. Burnham,
7  they had previously held leadership roles within HPD,
8  didn't they?
9      A.   Whew.
10     Q.   I know I might be taxing your memory.
11     A.   Burnham, no.
12     Q.   Okay.
13     A.   To my knowledge, Burnham became CEO in
14 '89, and prior to that, he was CFO, and I don't that
15 he -- I don't -- I think he came in as CFO.
16     Q.   Okay.
17     A.   But I'm not positive of that.
18     Q.   Do you --
19     A.   I know he succeeded CEO from CFO.
20 Burnham -- or not Burnham.  Hodgson had various
21 responsibilities before becoming President, and
22 immediately prior to being President, he was President

---

**217**

1  of the international division, Abbott International,
2  and prior to that, I don't know.
3      The only -- funny story.  The only
4  reason I know he had any connection to HPD was he was
5  Plant Manager in the '60s of Ashland, and he used to
6  go to the country club pool after work and practice
7  rolling his kayak.
8      Q.   Okay.  Did you do anything to research
9  what Mr. Hodgson or Mr. Burnham's role was in
10 compliance matters at any time from '91 through 2003?
11     A.   Neither of them would have been there that
12 long, but in the period of time that they were there,
13 no.
14     Q.   Sir, how did you decide what testimony to
15 review and what witnesses to interview in preparation
16 for your testimony here today?
17     A.   I de --
18     MS. CITERA:  Objection to form.
19     THE WITNESS:  Yeah.
20     I described the witnesses -- why I
21 talked to the people I talked to was as a result of
22 conversations with counsel in identifying pieces of

---