**EXHIBIT 12**

| 03/12/2008 | | Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT re 5095 Response to the United States' Objections to the 1/31/08 Order by Magistrate Judge Bowler, filed by Abbott Laboratories, Inc. "Judge Bowler's ruling with respect to Miles White, the current CEO, is not clearly erroneous. The decision with respect to Richard Gonzales, a retired executive, is clearly erroneous because he was head of the Hospital Products Division at a critical time. While I might have ruled differently on Hodgson and Burnham, the rulings are not clearly erroneous." (Patch, Christine) (Entered: 03/13/2008) |
|---|---|---|