## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re:  PHARMACEUTICAL INDUSTRY | ) | MDL DOCKET NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Civil Action No. 06-CV-11337 |
| | ) | Lead Case No. 01-CV-12257 |
| _____ | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | |
| *Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) | Chief Magistrate Judge Marianne B. Bowler |

### MOTION FOR ENLARGMENT OF TIME
### TO COMPLETE DOCUMENT PRODUCTION

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to complete its production of documents in response to the United States' Requests for Production (Sets 1-5) until April 25, 2008.  In support of this motion, Abbott states that:

1.      The United States has served five sets of Requests for Production in this matter, totaling nearly 200 requests.

2.      Abbott has made diligent efforts to gather and produce documents responsive to these far-reaching requests, in keeping with orders of this Court and Magistrate Judge Bowler. To date, Abbott has produced more than 1 million pages of documents.  In addition, Abbott has produced for deposition more than 80 of its current or former employees for deposition by plaintiffs.

3.      Abbott's production is nearly complete, but there are a few projects outstanding that could not be completed by today, the close of fact-discovery.  On March 3, 2008, Abbott provided detailed information to plaintiffs, describing the matters outstanding – which include completion of certain searches for electronic documents and email, production of certain IMS market analyses, and a few other discreet categories of material.  Additional time is needed for

Abbott to complete its production of these items and to make any required supplement to its privilege log.

4.      The United States has made a similar request for enlargement of time to complete its own production of documents and provision of a privilege log until April 25, 2008.  (*See* Dkt. No. 5178.)

5.      Counsel for Abbott made repeated attempts (by telephone and email) to reach counsel for the United States to discuss this motion before filing it, but was not successful.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to complete production of documents in response the United States' Requests for Production (Sets 1-5), and to provide any appropriate supplement to its privilege log, be enlarged to April 25, 2008.

Dated:  March 31, 2008                          Respectfully submitted,

                                                ABBOTT LABORATORIES INC.

                                                By:  /s/ Brian J. Murray
                                                James R. Daly
                                                Tina M. Tabacchi
                                                Jason G. Winchester
                                                Brian J. Murray
                                                JONES DAY
                                                77 W. Wacker Dr., Suite 3500
                                                Chicago, Illinois  60601-1692
                                                Telephone: (312) 782-3939
                                                Facsimile:  (312) 782-8585

                                                R. Christopher Cook
                                                David S. Torborg
                                                JONES DAY
                                                51 Louisiana Avenue, N.W.
                                                Washington, D.C.  20001-2113
                                                Telephone:  (202) 879-3939
                                                Fax:  (202) 626-1700

                                                *Counsel for Abbott Laboratories Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2008, a true and correct copy of the foregoing **MOTION FOR ENLARGMENT OF TIME TO COMPLETE DOCUMENT PRODUCTION** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Brian J. Murray