UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL DOCKET NO. 1456 Civil Action No. 06-CV-11337 Lead Case No. 01-CV-12257 |
| _____ THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

**ORDER**

Upon consideration of Abbott Laboratories Inc.'s *Motion for Enlargement of Time to Complete Document Production*, it is hereby ORDERED that the motion is GRANTED.

This _____ day of _____, 2008

_____
Patti B. Saris
United States District Judge