UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No:  01-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance as counsel for non-party Cardinal Health in the above captioned matter.  Brooks A. Ames and the law firm of DLA Piper US LLP will continue to represent Cardinal Health in this matter.

/s/ Bruce E. Falby
Bruce E. Falby, BBO #544143
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  April 1, 2008

BOST1\515952.1