UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                        )  MDL No. 1456
IN RE PHARMACEUTICAL INDUSTRY                           )  Master File No.  01-12257-PBS
AVERAGE WHOLESALE PRICE LITIGATION                      )
  _____           )  Judge Patti B. Saris
                                                        )
THIS DOCUMENT RELATES TO:                               )
State of California, *ex rel.* Ven-A-Care v.            )
Abbott Laboratories, Inc., *et al.*                     )
CASE No: 1:03-cv-11226-PBS                              )
_____             )

## STATUS REPORT-APRIL 1, 2008

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA

("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the

Court's June 17, 2004 Procedural Order.

                                          Respectfully submitted,

                                          EDMUND G. BROWN JR.
                                          Attorney General for the State of California

Dated:  April 1, 2008                By: ___*/s/ Nicholas N. Paul*_____
                                                NICHOLAS N. PAUL
                                                CA State Bar No:  190605
                                                Supervising Deputy Attorney General
                                                Bureau of Medi-Cal Fraud and Elder Abuse
                                                Office of The Attorney General
                                                1455 Frazee Road, Suite 315
                                                San Diego, California  92108
                                                Tel:  (619) 688-6099
                                                Fax:  (619) 688-4200

                                                **Attorneys for Plaintiff,**
                                                **STATE OF CALIFORNIA**

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948). The Court has not yet ruled on the two remaining individual motions to dismiss (i.e., those of defendants ZLB Behring, and the two Boehringer entities).

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).

**Alternative Dispute Resolution**

Plaintiffs and Defendants completed their first formal mediation session on February 12, 2008 and February 13, 2008, and work continues toward a possible resolution through the mediator's auspices. On February 28, 2008, the parties filed their Second Joint Mediation Status Report, with the next due in April.

CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on April 1, 2008, I caused a true and correct copy of the foregoing, **STATUS REPORT-April 1, 2008**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                    */s/ Nicholas N. Paul*
                    NICHOLAS N. PAUL
                    Supervising Deputy Attorney General