**<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | Civil Action No. 01-12257-PBS |
| LITIGATION ) | |
| ) | |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| ) | |
| ALL ACTIONS ) | |
| ) | |
| ) | |

**DECLARATION OF STEFAN M. MENTZER IN SUPPORT OF APPLICATION FOR**
**ADMISSION PRO HAC VICE**

Stefan M. Mentzer, an attorney with the firm White & Case LLP, 1155 Avenue of the

Americas, New York, NY 10036, hereby declares:

1.  I am a member in good standing of the State Bar of New York.

2.  I have been admitted to practice in the United States District Court for the Southern

    District of New York.

3.  I am a member in good standing in the courts listed above.

4.  I am not suspended or disbarred in any court and have never been the subject of a

    professional disciplinary proceeding.

5.  Attached hereto as Exhibit B is a Certificate of Good Standing of the Bar of the United

    States District Court of the Southern District of New York of which I am a member.

6.  I am familiar with the Local Rules of the United States District Court for the District of

    Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
 April, ⊥, 2008

_____
Stefan M. Mentzer