# **EXHIBIT B**

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

STEFAN M. MENTZER , Bar # SM2542

was duly admitted to practice in this Court on

DECEMBER 03, 2002 , and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York     on     APRIL 2nd, 2008

J. Michael McMahon     by
Clerk                           Deputy Clerk