## CERTIFICATE OF SERVICE

I hereby certify that on April, 2, 2008, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR STEFAN M. MENTZER, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

David L. Kleinman