# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et. al.*<br>*v.*<br>*Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO COMPEL THE PRODUCTION OF CLAIMS DATA

Plaintiffs respectfully move the Court for leave to file a sur-reply in support of plaintiffs' opposition to defendants' joint motion to compel the production of claims data. In support of this motion, plaintiffs state as follows:

1. On February 27, 2008, defendants filed their Joint Motion to Compel the Production of Claims Data.

2. On February 29, 2008, plaintiffs informed defendants they would produce responsive claims data from the New York State Department of Health (NYDOH) by March 21, 2008.

3. On that same date, plaintiffs asked defendants whether they would withdraw their motion to compel due to the fact plaintiffs had supplied a date certain in which responsive claims data for the City of New York and New York Counties would be produced from the New York State Department of Health.

4. On March 7, 2008, defendants informed plaintiffs they would withdraw

the motion to compel only if plaintiffs produced responsive claims data by March 21, 2008. Defendants agreed that if plaintiffs did not produce responsive claims data by the aforementioned date, plaintiffs' due date to file an opposition to defendants' motion to compel would not be until March 24, 2008.

5. On March 21, 2008, plaintiffs produced responsive claims data for all Designated FUL drugs.

6. On March 24, 2008, defendants informed plaintiffs they would not withdraw their motion to compel the production of claims data.

7. On that same date, plaintiffs filed their Opposition to Defendants' Joint Motion to Compel the Production of Claims Data.

8. On March 25, 2008, as promised, plaintiffs produced additional claims data for the City of New York.

9. On March 26, 2008, defendants filed their Joint Motion for Leave to File a Reply in Support of Defendants' Joint Motion to Compel the Production of Claims Data.

10. On that same date, defendants filed their Joint Reply Memorandum in Further Support of their Motion to Compel the Production of Claims Data.

11. On April 2, 2008, plaintiffs produced additional claims data for all FACC Exhibit B NDCs.

12. Plaintiffs' request leave to file a sur-reply to inform the Court of its good faith efforts to produce and to continue to produce responsive claims data.

For the above reasons, plaintiffs respectfully request leave to file a sur-reply in support of their Opposition to Defendants' Joint Motion to Compel the Production of Claims Data. A proposed order is attached hereto.

Dated: April 2, 2008

                                              By:   /s/ Joanne M. Cicala
                                                    Joanne M. Cicala
                                                    James P. Carroll, Jr.
                                                    Aaron D. Hovan
                                                    KIRBY MCINERNEY LLP
                                                    830 Third Avenue
                                                    New York, NY 10022
                                                    Telephone: (212) 371-6600

                                                    *Counsel for The City of New York*
                                                    *and various New York Counties in*
                                                    *MDL 1456, except the County of*
                                                    *Nassau and County of Orange*

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of April, 2008 he caused a true and correct copy of the foregoing Motion for Leave to File a Sur-Reply Memorandum in Further Support of Plaintiffs' Opposition to Defendants' Joint Motion to Compel the Production of Claims Data to be delivered to counsel of record for defendants by electronic service by posting it to Lexis Nexis File and Serve's Electronic Service System pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ Aaron D. Hovan
Aaron D. Hovan, Esq.
Kirby McInerney LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600