# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et. al.*<br><br>*v.*<br><br>*Abbott Laboratories, Inc., et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the City of New York and Captioned New York Counties shall be granted leave to file their Sur-Reply Memorandum in Further Support of Plaintiffs' Opposition to Defendants' Joint Motion to Compel the Production of Claims Data.

Dated: April ___, 2008

 

_____
Hon. Patti B. Saris
United States District Court Judge