# EXHIBIT B

# KIRBY MCINERNEY LLP

TELEPHONE: (212) 371-6600
(212) 317-2300
FACSIMILE: (212) 751-2540

830 *Third Avenue*
*New York, N.Y.* 10022

**VIA FEDEX AND**
**LEXIS/NEXIS FILE AND SERVE**

April 2, 2008

Kim B. Nemirow, Esq.
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624

>   Re: *The City of New York, et al. v. Abbott Labs., Inc. et al.*, MDL 1456; Plaintiffs'
>   supplemental production of Medicaid claims data

Dear Kim:

   Enclosed are two disks (NYCO AWP 35812-35813) containing a true and complete copy of the Medicaid claims data produced to us by New York State Department of Health ("NYDOH") for all NY FACC Exhibit B NDCs.

   Plaintiffs produce this data subject to and without waiver of the objections asserted in the City of New York's and each County's Responses to Defendants' First Set of Document Requests. This production is designated as "Confidential" pursuant to the operative Protective Order in the MDL.

   The enclosed production includes data from 1997 to 2005 for the following fields:

- NDC
- service date
- payment date
- provider number
- quantity dispensed
- claim status type
- unique claim identifier
- amount paid by New York State Medicaid
- dual eligible flag
- other insurance amount paid

   The data is organized as follows: Disk NYCO AWP 35812 contains claims data for 1997 through 2001. In addition to the above fields, the disk also contains a "Drug Master List" with data for the "NDC" field and the "drug name" field, and a "Provider Master List" with data for

**KIRBY MCINERNEY LLP**

Kim B. Nemirow, Esq.
April 2, 2008
Page Two

the provider number, provider name and address. The Disk NYCO AWP 35813 contains claims data for 2002 through 2005, as well as a data file layout.

The password to access the above files is "gcn9705."

In addition, NYDOH has offered to reverse-engineer the basis of reimbursement for all at-issue claims. Specifically, NYDOH has informed plaintiffs that it can back out those claims reimbursed based on FUL, and thereafter apply a logic to determine and identify which of the remaining claims were reimbursed based on (AWP-%) or the usual and customary charge to the Pharmacy Provider ("U&C"). Please let us know if defendants would like plaintiffs to engage NYDOH to perform such work. NYDOH has informed us that the process would take three weeks.

Best regards,

*Kathryn Bale*

Kathryn J. Bale

Enclosures
cc: Joanne M. Cicala, Esq. (w/o encl.)
   All Defendants via Lexis/Nexis (w/o encl.)