UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.*,<br>No. 07-CV-11618-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME
TO RESPOND TO COMPLAINT**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the Complaint until and including April 18, 2008. The plaintiffs do not oppose this motion.

WHEREFORE, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to the Complaint be enlarged until and including April 18, 2008.

Dated:  April 3, 2008

Respectfully submitted,

ABBOTT LABORATORIES INC.

By:  /s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 3, 2008, a true and correct copy of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                                       /s/ Brian J. Murray