UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS | ) ) ) | Judge Patti B. Saris |

## AMENDMENT TO TRACK TWO SETTLEMENT AGREEMENT AND RELEASE

Subject to approval of the MDL Court, this Amendment to Track Two Settlement Agreement and Release is entered into by and between (i) Class Representatives on behalf of themselves and the Settlement Classes; (ii) the Independent Settling Health Plans (as hereinafter defined) (the "ISHPs" or "ISHP Group"); and (iii) Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring, L.L.C. (collectively, "Track Two Defendants").

The parties agrees to the following amendments to the Track Two Settlement Agreement and Release (the "Agreement") dated March 7, 2008, which taken together with the Agreement, now comprise the entire agreement of the parties.

1. Exhibit C1 of the Agreement is amended by annexing a revised form of Short Mailed Notice to Class 1 Consumers with Pre-Paid Reply Card as Exhibit A hereto.

2. Exhibit C2 of the Agreement is amended by annexing a revised form of Long Form Notice to Class 1 Consumers Who Return Reply Card as Exhibit B hereto.

3. Exhibit D1 of the Agreement is amended by annexing a revised form of Short Form Publication Notice to Class 3 Consumers as Exhibit C hereto.

4. Exhibit D2 of the Agreement is amended by annexing a revised form of Long Form Notice to Class 3 Consumers with Claim Form as Exhibit D hereto.

5. Exhibit F of the Agreement is amended by annexing a revised form of Executive Summary of Notice Program as Exhibit E hereto.

6. Exhibit G of the Agreement is amended by annexing a revised form of Full Settlement Notice Program as Exhibit F hereto.

7. Exhibit H of the Agreement is amended by annexing a revised form of Proposed Preliminary Approval Order as Exhibit G hereto.

8. Exhibit K of the Agreement is amended by annexing a revised form of Claims Process Explanation as Exhibit H hereto.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have executed this Amendment to the Agreement dated as of April 4, 2008.

Dated: April 4, 2008

| **Counsel for Defendants** | **Lead Counsel for Plaintiffs** |
|---|---|
| | */s/ Steve W. Berman* |
| Counsel for Abbott Laboratories and Abbott Laboratories, Inc. | Steve W. Berman |
|     Tina M. Tabacchi | Hagens Berman Sobol Shapiro LLP |
|     Brian J. Murray | 1301 Fifth Avenue, Suite 2900 |
|     JONES DAY | Seattle, WA 98101 |
|     77 West Wacker Drive, Suite 3500 | Telephone: (206) 623-7292 |
|     Chicago, IL 60601-1692 | Facsimile: (206) 623-0594 |
| | */s/ Jeffrey Kodroff* |
| Counsel for Amgen Inc. | Jeffrey Kodroff |
|     Joseph H. Young | Spector, Roseman & Kodroff, P.C. |
|     Steven F. Barley | 1818 Market Street, Suite 2500 |
|     HOGAN & HARTSON, LLP | Philadelphia, PA 19103 |
|     111 S. Calvert St., Suite 1600 | Telephone: (215) 496-0300 |
|     Baltimore, MD 21202 | Facsimile: (215) 496-6611 |

Counsel for Aventis Pharmaceuticals
Inc., Hoechst Marion Roussel Inc.,
Sanofi-Synthelabo Inc., and ZLB
Behring, L.L.C.
    Michael L. Koon
    James P. Muehlberger
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, MO 64108

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Counsel for Baxter Healthcare Corporation and
Baxter International Inc.
    Peter W. Morgan
    Merle M. DeLancey
    DICKSTEIN SHAPIRO LLP
    1825 Eye Street, NW
    Washington, DC 20006

/s/ Marc H. Edelson
Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Counsel for Bayer Corporation, Bayer
HealthCare LLC, and Bayer
Pharmaceuticals Corporation
    Richard D. Raskin
    Michael Doss
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603

**Dated:**

**Counsel for Defendants**

_Tina M. Tabacchi_ (by MLK)
Counsel for Abbott Laboratories and Abbott Laboratories, Inc.
    Tina M. Tabacchi
    Brian J. Murray
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, IL 60601-1692

**Lead Counsel for Plaintiffs**

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Counsel for Amgen Inc.
    Joseph H. Young
    Steven F. Barley
    HOGAN & HARTSON, LLP
    111 S. Calvert St., Suite 1600
    Baltimore, MD 21202

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

**Dated:**

**Counsel for Defendants**

**Lead Counsel for Plaintiffs**

---
Counsel for Abbott Laboratories and Abbott
Laboratories, Inc.
   Tina M. Tabacchi
   Brian J. Murray
   JONES DAY
   77 West Wacker Drive, Suite 3500
   Chicago, IL 60601-1692

---
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


*/s/ [signature]*
---
Counsel for Amgen Inc.
   Joseph H. Young
   Steven F. Barley
   HOGAN & HARTSON, LLP
   111 S. Calvert St., Suite 1600
   Baltimore, MD 21202

---
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

_/s/ Michael L. Koon_

Counsel for Aventis Pharmaceuticals
Inc., Hoechst Marion Roussel Inc.,
Sanofi-Synthelabo Inc., and ZLB
Behring, L.L.C.
    Michael L. Koon
    James P. Muehlberger
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, MO 64108

Kenneth A. Wexler
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

_/s/ Peter W. Morgan (by MLK)_

Counsel for Baxter Healthcare Corporation and
Baxter International Inc.
    Peter W. Morgan
    Merle M. DeLancey
    DICKSTEIN SHAPIRO LLP
    1825 Eye Street, NW
    Washington, DC 20006

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

_____

Counsel for Bayer Corporation, Bayer
HealthCare LLC, and Bayer
Pharmaceuticals Corporation
    Richard D. Raskin
    Michael Doss
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603

| | |
|---|---|
| Counsel for Aventis Pharmaceuticals Inc., Hoechst Marion Roussel Inc., Sanofi-Synthelabo Inc., and ZLB Behring, L.L.C.<br>    Michael L. Koon<br>    James P. Muehlberger<br>    SHOOK, HARDY & BACON, LLP<br>    2555 Grand Boulevard<br>    Kansas City, MO 64108 | Kenneth A. Wexler<br>Wexler Toriseva Wallace LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 |
| Counsel for Baxter Healthcare Corporation and Baxter International Inc.<br>    Peter W. Morgan<br>    Merle M. DeLancey<br>    DICKSTEIN SHAPIRO LLP<br>    1825 Eye Street, NW<br>    Washington, DC 20006 | Marc H. Edelson<br>Edelson & Associates<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735 |

*/s/ Richard C. Raskin*

Counsel for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation
    Richard D. Raskin
    Michael Doss
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603

*Christopher C. Palermo*
_____
Counsel for Dey, Inc.
   Paul F. Doyle
   Christopher C. Palermo
   KELLEY DRYE & WARREN LLP
   101 Park Avenue
   New York, NY 10178

_____
Counsel for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.
   Kathleen H. McGaun
   Douglas K. Spaulding
   Andrew L. Hurst
   REED SMITH LLP
   1301 K Street NW
   Suite 1100 – East Tower
   Washington, DC 20005

_____
Counsel for Immunex Corporation
   David J. Burman
   Kathleen M. O'Sullivan
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, WA 98101-3099

Counsel for Dey, Inc.
    Paul F. Doyle
    Christopher C. Palermo
    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, NY 10178


*/s/ Kathleen McGuan*

Counsel for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.
    Kathleen H. McGuan
    Douglas K. Spaulding
    Andrew L. Hurst
    REED SMITH LLP
    1301 K Street NW
    Suite 1100 – East Tower
    Washington, DC 20005


Counsel for Immunex Corporation
    David J. Burman
    Kathleen M. O'Sullivan
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099

Counsel for Dey, Inc.
    Paul F. Doyle
    Christopher C. Palermo
    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, NY 10178

Counsel for Fujisawa Healthcare, Inc. and Fujisawa USA, Inc.
    Kathleen H. McGaun
    Douglas K. Spaulding
    Andrew L. Hurst
    REED SMITH LLP
    1301 K Street NW
    Suite 1100 – East Tower
    Washington, DC 20005

*/s/ Kath M. O'Sullivan*

Counsel for Immunex Corporation
    David J. Burman
    Kathleen M. O'Sullivan
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099

*[signature]*

Counsel for Pharmacia Corporation,
Pharmacia & Upjohn LLC (f/k/a
Pharmacia & Upjohn, Inc.),
Pharmacia & Upjohn Company LLC,
The Upjohn Company, Monsanto Co.,
GD Searle LLC, and Adria Labs

    Scott A. Stempel
    J.. Clayton Everett, Jr.
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004


Counsel for Sicor, Inc., Gensia Sicor
Pharmaceuticals, Inc., and Gensia, Inc.
    Jennifer G. Levy
    Michael C. Occhuizzo
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, NW
    Washington, DC 20005


Counsel for Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., Watson
Pharma, Inc., and Schein Pharmaceutical, Inc.
(now known as Watson Pharma, Inc.)
    Douglas B. Farquhar
    Hyman Phelps & McNamara PC
    700 13th St. NW
    Suite 1200
    Washington, DC 20005

---

Counsel for Pharmacia Corporation,
Pharmacia & Upjohn LLC (f/k/a
Pharmacia & Upjohn, Inc.),
Pharmacia & Upjohn Company LLC,
The Upjohn Company, Monsanto Co.,
GD Searle LLC, and Adria Labs

    Scott A. Stempel
    J.. Clayton Everett, Jr.
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004

---

*/s/ (signature)*

Counsel for Sicor, Inc., Gensia Sicor
Pharmaceuticals, Inc., and Gensia, Inc.
    Jennifer G. Levy
    Michael C. Occhuizzo
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, NW
    Washington, DC 20005

---

Counsel for Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., Watson
Pharma, Inc., and Schein Pharmaceutical, Inc.
(now known as Watson Pharma, Inc.)
    Douglas B. Farquhar
    Hyman Phelps & McNamara PC
    700 13th St. NW
    Suite 1200
    Washington, DC 20005

_____
Counsel for Pharmacia Corporation,
Pharmacia & Upjohn LLC (f/k/a
Pharmacia & Upjohn, Inc.),
Pharmacia & Upjohn Company LLC,
The Upjohn Company, Monsanto Co.,
GD Searle LLC, and Adria Labs

    Scott A. Stempel
    J.. Clayton Everett, Jr.
    MORGAN, LEWIS & BOCKIUS LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004


_____
Counsel for Sicor, Inc., Gensia Sicor
Pharmaceuticals, Inc., and Gensia, Inc.
    Jennifer G. Levy
    Michael C. Occhuizzo
    KIRKLAND & ELLIS LLP
    655 Fifteenth Street, NW
    Washington, DC 20005


*/s/ Douglas B. Farquhar*
_____
Counsel for Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc., Watson
Pharma, Inc., and Schein Pharmaceutical, Inc.
(now known as Watson Pharma, Inc.)
    Douglas B. Farquhar
    Hyman Phelps & McNamara PC
    700 13th St. NW
    Suite 1200
    Washington, DC 20005

***ISHP COUNSEL:***

    LOWEY DANNENBERG COHEN & HART, P.C.

    BY: *(signed) Richard W. Cohen* (EN)
    Richard W. Cohen
    White Plains Plaza
    One North Broadway
    White Plains, NY 10601
    Telephone: (914) 997-0500
    Facsimile: (914) 997-0035

    RAWLINGS & ASSOCIATES

    BY: *(signed) Mark M. Sandmann* (EN)
    Mark M. Sandmann
    One Eden Parkway
    LaGrange, KY 40031
    Telephone: (502) 814-2157
    Facsimile: (502) 584-8580

    ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

    BY: *(signed) W. Scott Simmer* (EN)
    W. Scott Simmer
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181

DATED: April 4, 2008