# EXHIBIT A

# TO AMENDMENT

## **EXHIBIT C.1**

## **SHORT MAILED NOTICE TO CLASS 1 CONSUMERS WITH PRE-PAID REPLY CARD**

# **[REVISED]**

## Did You Make a Percentage Co-Payment for Prescription Drugs?
## If So, You May Be Able To Get Money Back.

Dear Medicare Part B Subscriber:

You received this legal notice because the Centers for Medicare and Medicaid Services indicate that you were administered certain drugs for which there is refund because of a class action lawsuit.

You will get money back if you paid **all or part of a percentage co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 for these drugs.**

If you paid no co-payments or only flat co-payments because of supplemental insurance, there is no refund. If you had supplemental insurance but still paid a percentage co-payment, there is a refund available to you.

A percentage co-pay varies with the cost of the drug. A flat co-pay never varies; it's always the same no matter how much the drug costs.

### What Is This About?

- There is a proposed class action settlement with several drug manufacturers.
- The class action claims that customers paid too much for the drugs included in the settlement.
- The drug manufacturers have agreed to pay $125 million to settle the lawsuit. Approximately $21.8 million will be used for refunds to consumers after certain fees and expenses are deducted.

### How Do I Get A Refund?

1. Fill out the attached postcard and mail it back. Truthfully sign that you made percentage co-payments for drugs under Medicare Part B during the time period above. **It must be postmarked by Month Day, 2008.**

### What Happens Next?

1. You will be sent complete information on your legal rights to participate or not, and the names of the drugs that provide refunds.

2. When you get the information, you must decide either to remain in the settlement or exclude yourself. Excluding yourself means that you keep your rights to sue the drug manufacturers on your own. It also means you can't get a refund from this lawsuit. You will be provided full information on how to exclude yourself.

3. If after you read the information you decide to remain in the settlement, you do not have to do anything else. You will receive further information about claims, and how to opt out or object to this settlement. If you remain in the settlement you will also receive a check if the Court approves the settlement.

4. If you have questions, please call 1-800-000-0000. Si tiene preguntas, por favor llame al 1-800-000-0000. **Se habla Español.**

---

**If you made percentage co-payments during all or part of
January 1, 1991 to January 1, 2005, fill out this card and mail it.
You will receive complete information.
Your reply must be postmarked by Month Day, 2008.**

☐  Yes, I made one or more percentage co-payments under Medicare Part B for drugs between January 1, 1991 and January 1, 2005.

I sign under penalty of perjury that the above is true to the best of my knowledge.

_____   _____
Signature                        Name

_____
Street                    City            State           Zip

(___ ___ ___) ___ ___ ___ - ___ ___ ___ ___   _____
Telephone                                     Email address

Notice Administrator for U.S. District Court
PO Box XXXX
City, ST XXXXX

## **Important Notice for Medicare Part B Recipients**

**If you made a percentage co-payment for certain drugs under Medicare Part B, you may be able to get money back.**