# EXHIBIT B

# TO AMENDMENT

# **EXHIBIT C.2**

# **LONG FORM NOTICE TO CLASS 1 CONSUMERS WHO RETURN REPLY CARD**

# **[REVISED]**

Authorized by the U.S. District Court for the District of Massachusetts

# You May Be Able To Get Money Back, If You Made a Percentage Co-Payment for Certain Drugs Under Medicare Part B

*(from January 1, 1991 to January 1, 2005)*

**Your legal rights are affected even if you do not act. Read this notice carefully.**

### 1. What Is This Notice About?

- You received this Notice because you replied to a previous letter indicating you made percentage co-payments for drugs under Medicare Part B.

- There is a Proposed Settlement of a class action lawsuit involving several drug manufacturers and over 200 drugs. (Defendants are listed in Question 3.)

- This lawsuit is **not** about whether these drugs are safe or effective. This lawsuit is about the amount that you were charged for the drugs. The class action claims that customers paid too much for the drugs.

- The drug manufacturers have agreed to pay $125 million to settle the class action. Approximately $21.8 million will be available to pay consumer claims.

- If you made a percentage co-payment for the covered drugs you can get money back. A percentage co-payment varies with the cost of the drug. A flat co-payment never varies; it's always the same no matter how much the drug costs.

- If you had supplemental insurance and you paid no co-payment or you paid only flat co-payments, you cannot get a refund. If you had supplemental insurance but still paid percentage co-payments, you can get money back.

- You can obtain a complete copy of the settlement agreement by visiting www.XXXXXXX.com

### 2.  What Is The Lawsuit About?

The Average Wholesale Price ("AWP") is used to set reimbursement amounts that are paid by a) Medicare and its beneficiaries, b) private health insurers, and c) consumers making percentage co-payments under private health insurance plans.  The lawsuit claims that Defendants reported false and inflated AWPs for the drugs covered in this Proposed Settlement. The Defendants deny any wrongdoing, and the Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated.

The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### 3.  Who Are The Defendants?

The Defendants in the case are Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring, L.L.C.

### 4.  How Do I Know If I Am Included In The Proposed Settlement?

You are part of the Proposed Settlement if you made, or are obligated to make, a percentage co-payment:

- Under Medicare Part B for any of the covered drugs listed in Attachment A from January 1, 1991, through January 1, 2005.
- Through a private health insurance plan for covered drugs listed in Attachment A from January 1, 1991, through March 1, 2008.

A spouse of a deceased class member who made such a co-payment or a legal representative of a deceased class member's estate may file a claim.

**You are not a member of a Class if you made flat co-payments, if insurance paid all of your co-payment, or if you were never obligated to make a co-payment at all.**

**IMPORTANT:** *This is not a bill or a collection notice. The Court is not suggesting, requesting or requiring that you pay your doctor or pharmacist now or that you are obligated to do so.*

### 5. What Do I Need to Do To Get A Payment?

You received this notice because you replied to a previous mailing and returned a card to the Claims Administrator indicating that you paid percentage co-payments under Medicare Part B at some time from January 1, 1991, to January 1, 2005.

You do not need to do anything more in order to receive a payment. The Claims Administrator will calculate how much you are entitled to based on the drug purchase information provided by the Centers for Medicare and Medicaid Services ("CMS").

However, included is a list of the drugs that CMS indicates you were administered along with the dates of administration. Please review the information on that list. If the list is accurate, you don't need to do anything more. If it is inaccurate for some reason, you can correct it, sign it and send it back to the Claims Administrator.

If you also made percentage co-payments under private insurance between January 1, 1991 and March 1, 2008, you need another claim form. Call 1-XXX-XXX-XXXX for a form to fill out for a refund of these percentage co-payments.

### 6. How Are Payments Determined?

The Claims Administrator will calculate your claim amount. It will be based on information obtained from CMS that shows your total out-of-pocket co-payment obligations under Medicare Part B for all the covered drugs during the Class Period.

Your reimbursement for Category A drugs on Attachment A includes the sum of:

- Co-payment obligations from December 1, 1997 through December 31, 2003 multiplied by be multiplied by a factor of three (3x);

- Co-payment obligations for Category A drugs outside of this time period (no multiplication factor); and

- Co-payment obligations for the other covered drugs called Category B drugs during the entire class period (no multiplication factor).

The sum of these three figures will be your "Total Recognized Claim". If there is enough money based on the number of claims received, your payment will be 100% of your Total Recognized Claim. If there is not enough money to pay all consumers 100% of their Total Recognized Claims, each consumer's claim will be reduced proportionately.

## 7. What Do I Do If I Do Not Want to Be Included In The Proposed Settlement?

If you do not want to be in the Proposed Settlement and you want to keep the right to sue Defendants about the same claims on your own, you must take steps to get out of the lawsuit. This is called excluding yourself.

By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against Defendants about the claims in this lawsuit.

If you exclude yourself from the Settlement Classes, you will not be able to file a claim for money and you will not be in the Proposed Settlement.

To exclude yourself from the Class, you must send a letter signed by you that includes all of the following:

- Your name, address, and telephone number;
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*

- A statement that you want to be excluded from the Settlement Classes.

Your exclusion letter must be mailed first class, **postmarked on or before [Month Date,] 2008,** to: Track 2 AWP Settlement Administrator, c/o Complete Claim Solutions, LLC, P.O. Box xxx, West Palm Beach, FL 33416.

Please remember that you cannot exclude yourself by calling or by sending an email.

### 8.  May I Object To, Or Comment On, The Proposed Settlement?

Yes.  If you have comments about, or disagree with, any aspect of the Proposed Settlement, you may express your views to the Court.  You must do this in writing.  Your written response should include:

- Your name, address, telephone number, a brief explanation of your reasons for objection, and
- The case number (Civil Action Number:  01-CV-12257-PBS, MDL No. 1456).

The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2008** and mailed to: Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.

In addition, your document must clearly state that it relates to the "Track Two Settlement."  If you file or present an objection, you will be subject to the jurisdiction of the Court.

### 9.  Do I Have A Lawyer Representing My Interests In This Case?

Yes.  The Court has appointed the following law firms to represent you and other Settlement Class Members:

| Hagens Berman Sobol Shapiro LLP | Spector Roseman & Kodroff, PC | Wexler Toriseva Wallace LLP | Edelson & Associates LLC |
|---|---|---|---|
| www.hbsslaw.com | www.srk-law.com | www.wtwlaw.com | 45 West Court Street |
| 1301 Fifth Avenue, Suite 2900 Seattle, WA 98101 | 1818 Market Street, Suite 2500 Philadelphia, PA 19103 | 55 W. Monroe, Suite 3300 Chicago, IL 60603 | Doylestown, PA 18901 |

These lawyers are called Settlement Class Counsel.  You won't be charged personally for these lawyers.  Settlement Class Counsel will ask the Court to award them a fee of up to 33 1/3% plus interest and litigation expenses.  You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance  (see below).  Hiring a lawyer to appear for you in the lawsuit will be at your own expense.

### 10. When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?

The Court will hold a Hearing on ___, 2008 at _____ to consider whether it is fair, reasonable and adequate.  At the Hearing, the Court will also consider whether to approve the Proposed Settlement; the request for attorneys' fees and expenses; and any comments or objections.  You are not required to attend, but may do so at your own expense.

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance must include:

- Your name, address, telephone number, signature.
- The name, and number of the lawsuit (Civil Action Number:  01-CV-12257-PBS, MDL No. 1456), and
- State that you wish to enter an appearance at the Final Approval Hearing.

Your Notice of Appearance **must** be postmarked on or before **Month Day 2008**.  You cannot speak at the Hearing if you previously asked to be excluded from the Proposed Settlement Class and are not submitting a Claim

Card now.  The Notice of Appearance must be filed with the Court at the address set forth above in response to Question 8.

### 11.  Where Do I Obtain More Information?

More details and all other legal documents that have been filed with the Court in this lawsuit.  They can be viewed and copied at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the Track 2 AWP Settlement Web site at www.Track2AWPSettlement.com
- Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- Write to: Track 2 AWP Settlement Administrator**,** c/o Complete Claim Solutions, LLC**,** P.O. Box 000000**,** West Palm Beach, FL 33416

**[date]**

**BY ORDER OF THE COURT**