# EXHIBIT C

# TO AMENDMENT

# EXHIBIT D.1

## SHORT FORM PUBLICATION NOTICE TO CLASS 3 CONSUMERS

# [REVISED]

# If you made a Percentage Co-Payment for Certain Drugs, you may be able to get at least $35 back.

**Hundreds of drugs for cancer, HIV, asthma, allergies, infections, inflammation, pain, gastrointestinal, lung and blood issues, and other conditions are included.**

There is a proposed class action Settlement with several drug manufacturers concerning hundreds of drugs. These drugs are used for the treatment of many medical conditions and are often, but not always, injected in a doctor's office or clinic.

### Can I Get Money Back?

You can get a refund if you paid a *percentage co-payment* for any of the covered drugs from January 1, 1991 through March 1, 2008. A percentage co-payment varies with the cost of the drug. You cannot get a refund if you paid a flat co-payment.

### How Much Can I Get Back?

Approximately $21.8 million will be paid to consumers who file valid claims.

• **You can get a minimum of $35** simply by certifying you paid percentage co-payments, or

• If you can estimate what you paid and show that you made paid percentage co-payments through receipts or bills, you can receive more money. **For some of the drugs, you can get three times the percentage co-payment.**

### What Should I Do?

Get complete information below to understand your legal rights to:

• File a claim,

• Object to or comment on the Settlement, or

• Exclude yourself and keep your right to sue the Defendants on your own.

You must exclude yourself or object/comment in writing by **Month Day, Year**.

The Court will determine whether to approve the Settlement at a Fairness Hearing on Month Day Year at Time x.m.

### For Detailed Information and a Claim Form

**Call Toll-Free: _____   or  Visit: www.Track2AWPSettlement.com**

**Or Write: Track 2 AWP Litigation Administrator, c/o Complete Claim Solutions, LLC, P.O. Box _____, West Palm Beach, FL  33416**