# EXHIBIT D

# TO AMENDMENT

## <u>EXHIBIT D.2</u>

## LONG FORM NOTICE TO CLASS 3 CONSUMERS WITH CLAIM FORM

## [REVISED]

**Authorized by the U.S. District Court for the District of Massachusetts**

# If you made a Percentage Co-Payment for Certain Drugs, from January 1, 1991 to March 1, 2008, you may be able to get at least $35 back.

## Hundreds of drugs for cancer, HIV, asthma, allergies, infections, inflammation, pain, gastrointestinal, lung and blood issues, and many other conditions are included.

There is a proposed class action settlement with several drug manufacturers concerning hundreds of drugs.  These drugs are used for the treatment of many medical conditions and they are often, but not always, injected in a doctor's office or clinic.

**Can I Get Money Back?**
- You can get a refund if you paid a *percentage co-payment* for any of the covered drugs from January 1, 1991 through March 1, 2008.  A percentage co-payment varies with the cost of the drug.  You cannot get a refund if you paid a flat co-payment

**How Much Can I Get Back?**
Approximately $21.8 million will be paid to consumers who file valid claims.

- **You can get a minimum of $35** simply by certifying you paid percentage co-payments, or

- If you can estimate what you paid and show that you made paid percentage co-payments through receipts or bills, you can receive more money.  **For some of the drugs, you can get three times the percentage co-payment.**

**_Your legal rights are affected even if you do not act._**
**_Read this notice carefully._**

## 1.  What Is This Notice About?

- You received this Notice because you requested it after seeing information about this case in a publication or elsewhere or because your name appeared in the records of a health insurer as a potential class member.

- There is a Proposed Settlement of a class action lawsuit involving several drug manufacturers and over 200 drugs.  (Defendants are listed in Question 3.)

- This lawsuit is not about whether these drugs are safe or effective. This lawsuit is about the amount that you were charged for the drugs. The class action claims that customers paid too much for the drugs.

- The drug manufacturers have agreed to pay $125 million to settle the class action.  Approximately $21.8 million will be available to pay consumer claims.

- If you made a percentage co-payment for the covered drugs you can get money back.  A percentage co-payment varies with the cost of the drug.  A flat co-payment never varies; it's always the same no matter how much the drug costs.

- You can obtain a complete copy of the settlement agreement by visiting www.XXXXXXX.com

## 2.  What Is The Lawsuit About?

The Average Wholesale Price ("AWP") is used to set reimbursement amounts that are paid by a) Medicare and its beneficiaries, b) private health insurers, and c) consumers making percentage co-payments under private health insurance plans.  The lawsuit claims that Defendants reported false and inflated AWPs for the drugs covered in this Proposed Settlement. The Defendants deny any wrongdoing, and the Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated.

The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### 3. Who Are The Defendants?

The Defendants in the case are Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring, L.L.C.

### 4. How Do I Know If I Am Included In The Proposed Settlement?

You are part of the Proposed Settlement if you made, or are obligated to make, a percentage co-payment:

- Through a private health insurance plan for covered drugs listed in Attachment A from January 1, 1991, through March 1, 2008.
- Under Medicare Part B for any of the covered drugs listed in Attachment A from January 1, 1991, through January 1, 2005.

A spouse of a deceased class member who made such a co-payment or a legal representative of a deceased class member's estate may file a claim.

**You are not a member of a Class if you made flat co-payments, if insurance paid all of your co-payment, or if you were never obligated to make a co-payment at all.**

**IMPORTANT:** *This is not a bill or a collection notice. The Court is not suggesting, requesting or requiring that you pay your doctor or pharmacist now or that you are obligated to do so.*

### 5. What Do I Need To Do To Get A Payment?

You received this notice because you requested it after seeing information about this case in a publication or elsewhere or because a health insurer's records indicate you may have made percentage co-payments for some of the drugs at issue in this case. You should review the attached list of

covered drugs.  If you paid a percentage co-payment for any of them between January 1, 1991 and March 1, 2008, you have two options to get a payment:

1) You may sign the attached claim form under penalty of perjury, stating that you paid a percentage co-payment for at least one of the covered drugs during the class period.  You will receive a payment of $35.  **OR**,

2) You may complete the attached claim form and provide documentation of your percentage co-payments for the covered drugs during the class period, and receive a partial refund of the total amount you spent.  Please see Question 6 for more details on how the amount will be determined.

*Note:*  If you made percentage co-payments under Medicare Part B between January 1, 1991 and March 1, 2005, you need another claim form.  Call 1-XXX-XXX-XXXX for a form to fill out for a refund of these percentage co-payments.

## 6.  How Are Payments Determined?

If you opt to submit records of your co-payments instead of opting for the $35 flat refund, the Claims Administrator will calculate your claim amount.  It will be based on the information you provide about your total out-of-pocket co-payment obligations under private insurance for all the covered drugs during the Class Period.

Your reimbursement will be calculated by adding three amounts:

- Co-payment obligations  for drugs identified as Category A Drugs from December 1, 1997 through December 31, 2003 multiplied by a factor of three (3x);

- Co-payment obligations for Category A drugs outside of this time period (with no multiplication factor); and

- Co-payment obligations for the other covered drugs called Category B drugs during the entire class period (with no multiplication factor).

The sum of these three figures will be your "Total Recognized Claim".  If

there is enough money based on the number of claims received, your payment will be 100% of your Total Recognized Claim.  If there is not enough money to pay all consumers 100% of their Total Recognized Claims, each consumer's claim will be reduced proportionately.

### 7.  What Do I Do If I Do Not Want to Be Included In The Proposed Settlement?

If you do not want to be in the Proposed Settlement and you want to keep the right to sue Defendants about the same claims on your own, you must take steps to get out of the lawsuit.  This is called excluding yourself.

By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against Defendants about the claims in this lawsuit.

If you exclude yourself from the Settlement Classes, you will not be able to file a claim for money and you will not be in the Proposed Settlement.

To exclude yourself from the Class, you must send a letter signed by you that includes all of the following:

- Your name, address, and telephone number;
- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from the Settlement Classes.

Your exclusion letter must be mailed first class, **postmarked on or before [Month Date,] 2008,** to: Track 2 AWP Settlement Administrator, c/o Complete Claim Solutions, LLC, P.O. Box xxx, West Palm Beach, FL 33416.

Please remember that you cannot exclude yourself by calling or by sending an email.

### 8.  May I Object To, Or Comment On, The Proposed Settlement?

Yes.  If you have comments about, or disagree with, any aspect of the Proposed Settlement, you may express your views to the Court.  You must do this in writing.  Your written response should include:

- Your name, address, telephone number, a brief explanation of your reasons for objection, and
- The case number (Civil Action Number:  01-CV-12257-PBS, MDL No. 1456).

The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2008** and mailed to: Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.

In addition, your document must clearly state that it relates to the "Track Two Settlement."  If you file or present an objection, you will be subject to the jurisdiction of the Court.

### 9.  Do I Have A Lawyer Representing My Interests In This Case?

Yes.  The Court has appointed the following law firms to represent you and other Settlement Class Members:

| Hagens Berman Sobol Shapiro LLP | Spector Roseman & Kodroff, PC | Wexler Toriseva Wallace LLP | Edelson & Associates LLC |
|---|---|---|---|
| www.hbsslaw.com | www.srk-law.com | www.wtwlaw.com | 45 West Court Street |
| 1301 Fifth Avenue, Suite 2900 Seattle, WA 98101 | 1818 Market Street, Suite 2500 Philadelphia, PA 19103 | 55 W. Monroe, Suite 3300 Chicago, IL 60603 | Doylestown, PA 18901 |

These lawyers are called Settlement Class Counsel.  You won't be charged personally for these lawyers.  Settlement Class Counsel will ask the Court to award them a fee of up to 33 1/3% plus interest and litigation expenses.  You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance  (see Question 10).  Hiring a lawyer to appear for you in the lawsuit will be at

your own expense.

## 10.  When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?

The Court will hold a Hearing on ___, 2008 at _____ to consider whether it is fair, reasonable and adequate.  At the Hearing, the Court will also consider whether to approve the Proposed Settlement; the request for attorneys' fees and expenses; and any comments or objections.  You are not required to attend, but may do so at your own expense.

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance must include:

- ▪ Your name, address, telephone number, signature.
- ▪ The name, and number of the lawsuit (Civil Action Number:  01-CV-12257-PBS, MDL No. 1456), and
- ▪ State that you wish to enter an appearance at the Final Approval Hearing.

Your Notice of Appearance **must** be postmarked on or before **Month Day 2008**.  You cannot speak at the Hearing if you previously asked to be excluded from the Proposed Settlement Class and are not submitting a Claim Card now.  The Notice of Appearance must be filed with the Court at the address set forth above in response to Question 8.

## 11.  Where Do I Obtain More Information?

More details and all other legal documents that have been filed with the Court in this lawsuit.  They can be viewed and copied at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- ▪ Visit the Track 2 AWP Settlement Web site at www.Track2AWPSettlement.com

- ▪ Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- ▪ Write to: Track 2 AWP Settlement Administrator, c/o Complete Claim Solutions, LLC, P.O. Box 000000, West Palm Beach, FL 33416

**[date]**

**BY ORDER OF THE COURT**

# TRACK TWO AWP
# SETTLEMENT CLAIM FORM
# FOR PAYMENTS MADE OUTSIDE OF MEDICARE PART B

### How to Apply for a Payment from the Proposed Settlement

If you would like to submit a claim in the Settlement,
complete this form and mail it to the address below.

## <u>YOUR CLAIM MUST BE POSTMARKED BY MONTH 00, 0000</u>

Your claim should be mailed to:                    AWP Track Two Settlement Administrator
                                                   c/o Complete Claims Solutions, LLC
                                                   P.O. Box 000000
                                                   West Palm Beach, FL 33416

---

**Section A: Claimant Identification**

Please provide us with the following information related to the individual who was prescribed one or more of the Class Drugs.  This person is referred to as the "Claimant."

Claimant's Name: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Date of Birth: _____

Daytime Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

---

**Section B: Claimant Representative Information**

If you are the Claimant, do not complete this section.  Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the Claimant listed above.  Please provide YOUR name, relationship to the claimant, and YOUR contact information in the spaces provided below.

Contact Name: _____  Relationship to Patient: _____

Address: _____

City: _____  State: _____  Zip Code: _____

Daytime Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

**Section C: Should I file a Claim Form?**

Please answer the following questions in order to determine if the Claimant is eligible for cash from the proposed Settlement:

1. Were you, or the Claimant that you are filing on behalf of, prescribed any of the drugs listed in Exhibit B of the Notice during the period from January 1, 1991 to March 1, 2008? ☐ Yes  ☐ No

2. Did you, or the Claimant that you are filing on behalf of, pay a percentage of the cost of the drug(s)? ☐ Yes  ☐ No

Note:   If you paid a flat co-payment (i.e., your out-of-pocket expense was always the same for every drug, like a $10 or $25 co-pay) you did not pay a percentage of the cost.

If you answered *No* to any of the questions above, you are not eligible to receive any benefits from this proposed settlement.  You may disregard this Notice and Claim Form.  If you answered *Yes* to both of these questions, you should fill out Sections D, Section E and Section G below.

**SECTION D:  Choose a Refund Option – You Have Two Options**

Please check one of the boxes below in order to choose your refund option:

☐   **Option 1:** I choose the **EASY REFUND** option.  I understand that I will receive a payment of up to $35.00 from the Settlement and that I will not be required to provide additional documentation unless requested by the Claims Administrator.

☐   **Option 2:** I choose the **FULL REFUND** option. I understand that in order to receive a full refund I must provide one form of proof of a percentage co-payment for each separate Class Drug listed on the chart in Section D for which I am seeking a refund.  The list of acceptable forms of proof are listed below in Section F under "Option 2: FULL REFUND." Please include all proof(s) of payment when submitting this Claim Form.

**Section E: Drug Purchase Information – Fill Out ONLY if you chose Option 2 – FULL REFUND**

**Instructions for Completing the Out-of-Pocket Expenditures on Class A & B Drugs Chart**

A. In the Out-of-Pocket Expenditures on Class A & B Drugs Chart below, please provide the total amount paid (not monthly) by the Claimant, or the amount the Claimant is obligated to pay, for each of the drugs listed, during the time periods in the table..

- Print clearly

- Do not include flat co-payments in the total amounts paid

- Enter the full amount paid, not a monthly amount

B. For example, if you made a percentage co-payment for Drug A 6 times for $18 each, please print $108 for the Amount.

| Out-of-Pocket Expenditures on Class A Drugs Chart | | | |
|---|---|---|---|
| **Drug Name** | Total Amount Paid From January 1, 1991 to November 30, 1997 | Total Amount Paid From December 1, 1997 to December 31, 2003 | Total Amount Paid From January 1, 2004 to March 1, 2008 |
| Anzemet (injection & tablets) | $ | $ | $ |
| Aranesp | $ | $ | $ |
| Epogen | $ | $ | $ |
| Ferrlecit | $ | $ | $ |
| InFed | $ | $ | $ |
| Neulasta | $ | $ | $ |
| Neupogen | $ | $ | $ |

| Out-of-Pocket Expenditures on Class B Drugs Chart | |
|---|---|
| **Drug Name** | **Total Amount Paid From January 1, 1991 to March 1, 2008** |
| AccuNeb | $ |
| Acetylcysteine | $ |
| Acyclovir sodium | $ |
| Adenosine | $ |
| Adriamycin PFS/RFS | $ |
| Adrucil | $ |
| Aggrastat | $ |
| Albuterol sulfate | $ |
| Alcohol injection | $ |
| A-methapred | $ |
| Amikacin sulfate | $ |
| Aminocaproic acid | $ |
| Aminosyn / Aminosyn II / Amino acid | $ |
| Aristocort / Aristospan | $ |
| Aromasin | $ |
| Ativan | $ |

| Out-of-Pocket Expenditures on Class B Drugs Chart | |
|---|---|
| **Drug Name** | **Total Amount Paid From<br>January 1, 1991 to March 1, 2008** |
| Azmacort | $ |
| Bebulin | $ |
| Bioclate | $ |
| Bleomycin sulfate | $ |
| Brevibloc | $ |
| Buminate | $ |
| Bupivacaine | $ |
| Calcijex | $ |
| Calcimar | $ |
| Camptosar / Irinotecan hydrochloride | $ |
| Carbocaine / Mepivicaine | $ |
| Cefizox | $ |
| Chromium tr meta / Chromic chloride | $ |
| Cimetidine hydrochloride | $ |
| Cipro / Ciprofloxacin hydrochloride | $ |
| Cisplatin | $ |
| Claforan | $ |
| Cleocin T / Clindamycin phosphate | $ |
| Copper trace / Cupric chloride | $ |
| Cromolyn sodium | $ |
| Cytosar-U / Cytarabine | $ |
| Depo provera / Medroxyprogesterone acetate | $ |
| Depo-testosterone / Testosterone cypionate | $ |
| Dexamethasone acetate /Dexamethasone sodium /<br>Dexamethasone sodium phosphate | $ |
| Dextrose / Dextrose sodium chloride /<br>Ringers lactated with dextrose | $ |
| Diazepam | $ |
| Dicarbazine (dtic – dome) | $ |
| Diltiazem hydrochloride | $ |
| Dopamine hydrochloride | $ |
| Doxorubicin / Doxorubicin hydrochloride | $ |
| DTIC Dome | $ |
| Eligard | $ |
| Ellence / Epirubicin HCL | $ |
| Enalaprilat | $ |
| Enbrel | $ |
| Epinephrine | $ |
| Erythromycin / Erythromycin base | $ |
| Estradiol | $ |
| Etoposide | $ |
| Famotidine | $ |

| Out-of-Pocket Expenditures on Class B Drugs Chart ||
|---|---|
| **Drug Name** | **Total Amount Paid From<br>January 1, 1991 to March 1, 2008** |
| Fentanyl citrate | $ |
| Fluorouracil | $ |
| Fluphenazine HCL | $ |
| Furosemide | $ |
| Gamimune N / Gammagard / Gammagard S/D /<br>Gammar / Gammar P.I.V. | $ |
| Gentamicin sulfate | $ |
| Gentran / Gentran NACL | $ |
| Glycopyrrolate | $ |
| Helixate / Helixate FS | $ |
| Heparin / Heparin lock flush / Heparin sodium | $ |
| Humate-P | $ |
| Hydromorphine | $ |
| Idamycin / Idarubicin hydrochloride | $ |
| Imipramine HCL | $ |
| Intal | $ |
| Ipratropium bromide | $ |
| Iveegam | $ |
| Ketorolac / Ketorolac tromethamine | $ |
| Kineret | $ |
| Koate- HP | $ |
| Kogenate | $ |
| Labetalol | $ |
| Lasix | $ |
| Leucovorin calcium | $ |
| Leukine | $ |
| Levofloxacin | $ |
| Lidocaine hydrochloride | $ |
| Liposyn II / Fat emulsion | $ |
| Lorazepam | $ |
| Lovenox | $ |
| Lyphocin | $ |
| Magnese chloride | $ |
| Magnesium sulfate | $ |
| Mannitol | $ |
| Marcaine | $ |
| Medrol / Methylprednisolone | $ |
| Metaproterenol sulfate | $ |
| Methotrexate sodium | $ |
| Metoclopramide | $ |
| Midazolam hydrochloride | $ |
| Mithracin | $ |
| Monoclate / Monoclate-P | $ |
| Mononine | $ |

| Out-of-Pocket Expenditures on Class B Drugs Chart | |
|---|---|
| **Drug Name** | **Total Amount Paid From<br>January 1, 1991 to March 1, 2008** |
| Morphine sulfate | $ |
| Nadolol | $ |
| Nalbuphine | $ |
| Nebupent | $ |
| Neosar / Cyclophospamide | $ |
| Neostigmine methylsulfate | $ |
| Novacaine / Procaine | $ |
| Novantrone | $ |
| Osmitrol | $ |
| Pancuronium bromide | $ |
| Pentam /Pentamidine isethionate | $ |
| Perphenazine | $ |
| Phenylephrine | $ |
| Potassium acetate / Potassium chloride | $ |
| Prograf | $ |
| Promethazine | $ |
| Propranolol HCL | $ |
| Propofol | $ |
| Ranitidine HCL | $ |
| Recombinate | $ |
| Sodium acetate | $ |
| Sodium chloride | $ |
| Solu-cortef / Hydrocortisone sodium succinate | $ |
| Solu-medrol | $ |
| Succinylcholine chloride | $ |
| Taxotere | $ |
| Thioplex / Thiotepa | $ |
| Tobramycin sulfate / Tobramycin/ | $ |
| Toposar | $ |
| Travasol / Travasol with dextrose | $ |
| Trelstar / Triptorelin pamoate | $ |
| Vancocin / Vancocin HCL / Vancomycin / | $ |
| Verapamil HCL | $ |
| Vinblastine sulfate | $ |
| Vincasar / Vincristine / Vinscristine sulfate | $ |
| Water for injection bacteriostatic | $ |
| Zemplar | $ |
| Zinc chloride | $ |

**SECTION F: Proof of Payment – Provide ONLY if you chose Option 2 – FULL REFUND**

If you chose Option 2, you must provide proof that you made a percentage co-payment for each of the covered drugs you are claiming in the table in Section E above.  You only need to provide one form of proof for each of the drugs.

<u>Any one</u> of the following are acceptable as proof of a percentage co-payment for one of the Class Drugs:

(1)     A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

(2)     A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once.

(3)     An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for prescriptions.

(4)     A notarized statement signed by you indicating you paid or are obligated to pay a percentage co-payment for prescriptions between January 1, 1991 through March 1, 2008, including the total of all percentage co-payments for the drugs during the time period.

(5)     Records from your pharmacy showing that you made percentage co-payments for the drugs purchased between January 1, 1991 though March 1, 2008.

**SECTION G:  Sworn Statement Regarding Payments Made**

**I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct.  I also declare under penalty of perjury that I paid a percentage co-pay for one or more of the drugs as indicated in this claim form at some time during the period from January 1, 1991 through March 1, 2008.  If not submitting this for myself, I am authorized to submit this form on behalf of the patient identified above because I am the spouse of a deceased patient or the legal representative of a deceased patient's estate.[1]**

_____          _____
*Signature*                                                                          *Date*

Mail all pages of this claim form along with proof(s) of payment to the following address:

Track Two AWP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box XXXX
West Palm Beach, FL 33416

Toll-Free Telephone: X-XXX-XXX-XXXX

<u>www.website.com</u>

---

[1]     Please note that your signature on this Claim Form indicates that you declare, under penalty of perjury, that you (or someone on whose behalf you are acting) made a percentage co-payment for one or more of the drugs at some time during the Class Period.  As a result, providing false information on this Claim Form could constitute perjury.