# EXHIBIT E

# TO AMENDMENT

# **EXHIBIT F**

# **EXECUTIVE SUMMARY OF NOTICE PROGRAM**

# **[REVISED]**



# AWP Track II Notice Program Executive Summary

*In re: Pharmaceutical Industry Average Wholesale Price Litigation*

Docket No. 01-CV-12257-PBS, MDL No. 1456

United States District Court for the District of Massachusetts

KINSELLA / NOVAK
COMMUNICATIONS, LLC

2120 L Street, NW | Suite 205 | Washington, DC 20037
Phone: 202.686.4111 | Fax: 202.293.6961 | Email: info@kinsella-novak.com | http://www.kinsella-novak.com

THE ART & SCIENCE OF LEGAL NOTIFICATION

# Overview of Notice and Claims Process
# AWP Track II Settlement

Outlined in this executive summary is the notice and claims process recommended for this Proposed Settlement.

- ➢ Notice to Third-Party Payors will be similar to previous AWP cases. The process including extensive direct mail and published notice is detailed in the attached Notice Program.

- ➢ Notice to the Medicare Part B consumers will be vastly different and more simplified than previous notice programs in related AWP cases. This simplified process will ideally enable these Class Members to participate at higher levels than in previous cases.

- ➢ Notice to private-payor consumers will be two-fold. Some private-payor consumers, whose contact information is obtainable from Third-Party Payors, will receive direct notice. Those who are not identifiable and therefore must be reached through other means will be targeted through a comprehensive integration of paid and non-paid media including cable television, Internet, print publications, widespread press outreach and outreach to third-party-organizations (consumer and medical).

- ➢ As compared to the proposed notice plan filed with the Court on March 7, 2008, the number of publication notice placements has been reduced, including elimination of several magazines and newspapers (*Jet*, *People En Espanol*, *Reader's Digest*, *U.S. News & World Report*, *USA Today* and *New York Times*) and reduction of some health-related media. Fewer publication notice placements allows for reallocations of funds to direct notice costs for private-payor consumers.

- ➢ Also as compared with the March 7 plan, the publication notice has been simplified to better capture the attention of private-payor consumers.

- ➢ For all private-payor consumers, a simplified claims process will allow easier participation.

## Why A Different Approach To Medicare Part B Consumers?

- ➢ Claims rates for these Class Members have been low in previous AWP cases and it is the desire of all parties to increase Class participation.

© 2008 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

- ➢ Forty-one percent of Medicare Part B Recipients are 75 years of age and older. They require a much simpler notice and claims procedure.

- ➢ The AWP Settlements are very complicated and the detail can be overwhelming to an older consumer. Despite previous notices written in plain language at lower reading levels, Professor McGovern's study indicated that at least 30% of the individuals surveyed in the GSK Settlement did not understand the Settlement.

- ➢ The mailing lists from the Centers for Medicare and Medicaid Services ("CMS") are enormously over-inclusive. It is believed that only 15% to 20% of the individuals who purchased the covered drugs are Class Members. The cost of mailing a traditional formal long form notice to millions of non-Class Members is enormous. It is also confusing to those not in the Class.

## Medicare Part B Notice Program

### Pre-Notice Mailer

Because of the over-inclusive nature of the CMS data, a simpler Pre-Notice will be sent to Medicare Part B consumers.

- ➢ The Pre-Notice is a self-mailer with a return postcard. The purpose is to allow Class Member to self-identify as percentage co-payers. This is intended to weed out non-Class Members and allow a focus on those in the Class.

- ➢ The Pre-Notice type is large and the text is limited to the essential facts. It asks these consumers to identify themselves if they paid all or part of the percentage co-payment for the covered drugs. It also asks them to sign under penalty of perjury that this is true.

- ➢ Telephone information will be requested for follow-up purposes.

- ➢ Upon receipt of the postcard the Claims Administrator will send out the Medicare long form notice with a pre-printed list of drugs that were administered to each Medicare Part B recipient. If the list is correct, the recipients do nothing more. If the list is not correct, recipients are asked to make the changes to the Claims Administrator.

- ➢ If they do not opt out, a check will be sent to them if the Settlement is approved.

© 2008 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

### Advantages to this Process

- It provides information about this complex Settlement that is easier to understand through a simple two-part process instead of expecting older consumers to wade through a long notice before really getting to the essential information.

- It allows Class Member to self-identify for purposes of follow-up support in the claims filing process

- It is not only very likely to be more effective, it could save up to $4 million in mailing costs even with multiple mailings based on mailing five million Medicare Part B Recipients.

## Consumer Notice Program

### Why A Different Approach for Private-Payor Consumers?

Notice to private-payor consumers poses unique challenges. The issues involved include:

- Few identifiable Class Members for purposes of direct mail.

- Over 200 covered drugs covering an enormous number of medical conditions. The names of the drugs are not readily recognizable to catch a Class Member's attention.

- The Settlement and the underlying litigation are complex.

- Consumer claims-filing rates need to be improved.

### Notice Design

- Notice design is simple with limited but essential text. The long form includes an executive summary to cut through the detail. The published notice and other notices will call attention to the types of medical conditions for which the drugs were administered.

### Claims Process

- An easy refund option of $35 requires only certification for taking one of the covered drugs. For consumers with more extensive claims, they only need to show one proof of purchase for each drug. These options are designed to permit maximum participation with a minimum of effort.

© 2008 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

### Outreach to Private-Payor Consumers

The outreach designed for this Notice Program takes into consideration both the need to provide measurable due process notice and the need to stimulate claims filing.

The outreach is robust and integrated using both paid and non-paid efforts to reach private-payor consumers as well as to target those Class Members through outreach focused in health-related media. All forms of major media are being used, supported by press and organizational outreach.

#### *Paid Media*

The paid media program includes expanded outreach using:

- Cable television.

- Internet advertising:
    - Over 800 general Web sites.
    - 5 Health Web Networks.
    - 3 HIV Web sites.

- Print publications:
    - General mass reach publications including specific magazines to reach Hispanics and African–Americans.
    - Seven health-targeted publications related to arthritis, allergies/asthma, cancer, diabetes, HIV and stroke.

#### *Non-Paid Media*

- Press Release sent to Health and Consumer Reporters at approximately 4,500 English–language media outlets and 4,000 English-language Web sites.

- Press Release sent to health and consumer reporters and/or news editors at approximately 6,300 daily and community newspapers via a blast email/fax service.

- Press Release sent to approximately 2,300 Spanish-language media outlets and 110 Spanish-language Web sites.

- Press Release sent to selected senior magazines.

- Follow-up calls to top circulating newspapers will be made to encourage usage.

- ➢ An Audio News Release, a pre-produced 60-second scripted story, will be provided to radio news outlets nationally with guaranteed usage on numerous outlets.
- ➢ Follow-up calls will be placed to selected media outlets to encourage participation.
- ➢ Clipping and monitoring reports will be provided to track press coverage.

*Organizational Outreach*

- ➢ Outreach to health and consumer organizations will consist of sending related materials to identified organizations, requesting that they disseminate information about the Proposed Settlement to their constituencies.



| AWP TRACK II |
|---|
| OVERVIEW OF NOTICE PROGRAM ELEMENTS |

| PAID MEDIA PROGRAM ELEMENTS |
|---|

### TARGET AUDIENCE

THE PUBLISHED NOTICE PROGRAM WILL BE MEASURED AGAINST THE FOLLOWING MRI TARGETS:

- ADULTS 35 YEARS OF AGE OR OLDER
- ADULTS 18 YEARS OF AGE OR OLDER

### MEDIA COMPONENTS

#### CABLE TELEVISION

TELEVISION HAS THE ABILITY TO REACH A WIDE NUMBER OF TARGET AUDIENCE MEMBERS WITH AN IMMEDIATE AND INTRUSIVE MESSAGE. THE COMBINATION OF AUDIO AND VISUAL MESSAGE DELIVERY INCREASES THE MESSAGE IMPACT. VIEWERS CAN QUICKLY ASCERTAIN IF THE MESSAGE IS IMPORTANT AND IF SO, DECIDE TO RESPOND. CABLE TELEVISION OFFERS THE OPPORTUNITY TO DIRECT THE MESSAGE AT A MORE TARGETED, NICHE AUDIENCE BY PLACING SPOTS IN PROGRAMMING THAT IS RELEVANT TO THE ADVERTISING MESSAGE.

| NAME | UNIT | TIME FRAME | ESTIMATED UNITS |
|---|---|---|---|
| CABLE | :30 SPOT | 2 WEEKS | 154 |

#### INTERNET

24/7 IS A NETWORK OF WEB SITES THAT DELIVERS IMPRESSIONS TO HUNDREDS OF SPECIFIC INTERESTS WEB SITE CHANNELS SUCH AS HEALTH, TRAVEL AND WOMEN'S INTERESTS. THE BANNER ADS ON THE NETWORK TO REACH A LARGE PERCENTAGE OF THE TARGET AUDIENCE.

| NAME | UNIT | SIZE | TIME FRAME | IMPRESSIONS |
|---|---|---|---|---|
| 24/7 NETWORK | BANNERS | 728x90 | 6 WEEKS | 261,000,000 |

#### HEALTH TARGETED PUBLICATIONS

HEALTH TARGETED PUBLICATIONS HAVE AN EDITORIAL THAT IS FOCUSED TOWARDS CONSUMERS LIVING WITH SPECIFIC DISEASES. CONTENT FOCUSES ON TREATMENT, RESEARCH AND OTHER RELEVANT INFORMATION TO THOSE AFFECTED BY THE DISEASE.

| NAME | CIRCULATION | USES | UNIT TYPE | UNIT DIMENSIONS |
|---|---|---|---|---|
| ARTHRITIS TODAY | 770,000 | 1 | FULL-PAGE | 7" x 9-3/4" |
| ALLERGIES & ASTHMA HEALTH MONITOR | 410,000 | 1 | FULL-PAGE | 7-1/2" x 10-1/2" |
| COPING WITH CANCER | 90,000 | 1 | FULL-PAGE | 7-1/8" x 9-13/16" |
| DIABETES FORECAST | 445,000 | 1 | FULL-PAGE | 7-1/4" x 10-1/8" |
| HIV PLUS | 150,000 | 1 | FULL-PAGE | 7" x 9-3/4" |
| STROKE SMART | 100,000 | 1 | FULL-PAGE | 7" x 9-7/8" |

#### HEALTH TARGETED INTERNET

INTERNET SITES THAT PROVIDE INFORMATION ON A WIDE RANGE OF HEALTH AND MEDICAL SUBJECTS.

| NAME | UNIT | SIZE | TIME FRAME | IMPRESSIONS |
|---|---|---|---|---|
| HEALTHLINE NETWORK | BANNER | 728 x 90, 300 x 250 OR 160 x 600 | 6 WEEKS | 5,000,000 |
| EVERYDAY HEALTH NETWORK | BANNER | 728 x 90, 300 x 250 OR 160 x 600 | 6 WEEKS | 1,300,000 (200,000 TARGETED DIRECTLY TO CANCER RELATED SITES) |
| POZ.COM AND AIDSMEDS.COM | BANNER | 728 x 90, 300 x250 OR 160 x 600 | 6 WEEKS | 200,000 |

#### CONSUMER MAGAZINES

CONSUMER MAGAZINES REACH A HIGH PERCENTAGE OF THE TARGET AUDIENCE AND PROVIDE APPEALING EDITORIAL ENVIRONMENTS.

| AWP Track II |
|---|
| Overview of Notice Program Elements |

| Paid Media Program Elements (Continued) |||||
|---|---|---|---|---|
| **Name** | **Circulation** | **Uses** | **Unit Type** | **Unit Dimensions** |
| Newsweek | 2,600,000 | 1 | 2/3-Page | 4-1/2" x 10" |
| People | 3,450,000 | 1 | Full-Page | 7" x10" |

### Newspaper Supplements

Parade and USA Weekend, inserts known as newspaper supplements, are carried in weekend or weekly editions of 1024 newspapers reaching every media major market in the country (eight newspapers carry more than one supplement). These magazines, published on newsprint, contain articles written for broad, general appeal and they encourage readership through brevity. Issues are typically less than 30 pages. They provide coverage in all 50 states and the District of Columbia.

➢ Parade is carried in the Sunday edition of 416 daily newspapers and is the highest circulating magazine in the U.S. with an estimated circulation of 32,200,000. Carrier newspapers serve major urban and suburban markets in the U.S.
➢ USA Weekend is inserted in the weekend edition of 608 daily newspapers with an estimated circulation of 23,000,000. It appears in major markets as well as, numerous suburban areas complementing the U.S. markets served by Parade.

| **Name** | **Circulation** | **Uses** | **Unit Type** | **Unit Dimensions** |
|---|---|---|---|---|
| Parade | 32,200,000 | 1 | 3/10-page | 4-5/8" x 6-1/4" |
| USA Weekend | 23,000,000 | 1 | 1/4-page | 4-5/8" x 5-1/8" |

### Trade Publications (TPP Focused)

| **Name** | **Circulation** | **Uses** | **Unit Type** | **Unit Dimensions** |
|---|---|---|---|---|
| HR Magazine | 213,141 | 1 | Full-Page | 8" x 10-7/8" |
| National Underwriter Life and health | 50,206 | 1 | Full-Page | 7" x 10" |

| Paid Media Program Delivery |||
|---|---|---|
| **Target** | **Estimated Reach** | **Estimated Frequency** |
| **Adults 35+** | 80.6% | 1.9 |
| **Adults 18+** | 74.6% | 1.8 |

| Non-Paid Media Program Elements |
|---|

**Earned Media Outreach**

### Press Outreach targeting all consumers
#### English-Language Press Release
Press Release development and distribution to consumer and health care reporters reaching approximately 4,000 media outlets and 4,000 Web sites.

Press Release distribution to health and consumer reporters and/or editors of all daily and community newspapers in the U.S. with an estimated cirulation over 2,500.

#### Spanish-Language Press Release
Press Release distribution to appromixately 2,300 Spanish-language media outlets and 110 Spanish-language Web sites.

#### Audio News Release
A 60-second scripted, voice-tracked story will be produced and distributed to more than 2,000 radio stations nationwide.

### Press Outreach targeting seniors
#### Press Release
Press release development and distribution to over 150 magazines targeting seniors.

### Monitoring Reports
Clipping and monitoring reports will be provided to track press coverage.

### Press follow-up
Follow-up calls will be placed to selected media outlets encouraging participation.

# AWP Track II
## Overview of Notice Program Elements

### Non-Paid Media Program Elements (Continued)

**Organizational Outreach**

<u>Outreach to Health and Consumer Organizations</u>

Outreach to health and consumer organizations will consist of sending related materials to identified organizations, requesting that they disseminate information about the Proposed Settlement to their constituencies.