# EXHIBIT H

# TO AMENDMENT

# EXHIBIT K

# CLAIMS PROCESS EXPLANATION

# [REVISED]

**EXHIBIT K**

This exhibit is incorporated by reference in and made a part of the Track Two Settlement Agreement and Release in *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL. No. 1456 (the "Settlement Agreement").

A.   Required Claims Documentation

   1. Consumer Settlement Class Members

In order to validate a claim for payment associated with each Class Drug for which they seek payment from the Settlement Fund, Consumer Settlement Class Members must submit one proof of payment for each of the drugs listed in Exhibit B to the Settlement Agreement for which they are seeking payment.

Proof of payment for consumers in Class 1, for which the Claims Administrator has received data on co-payment obligations from CMS, and for consumers in Class 3 who have chosen the "Easy Refund Option," may be in the form of: a statement signed by the Consumer Settlement Class Member under the penalty of perjury indicating that the consumer paid or is obligated to pay a percentage co-payment for one or more of the Class Drugs during the period January 1, 1991, through January 1, 2005 (for Class 1) and through March 1, 2008 (for Class 3). This statement shall also be accepted as executed by a spouse of a deceased Consumer Settlement Class Member or a legal representative of the deceased Consumer Settlement Class Member's estate.

Proof of payment for consumers in Class 3 who have elected the "Full Estimation Refund Option," may be in the form of (1) a receipt, cancelled check, or credit card statement that shows a payment for one of the Class Drugs (other than a flat co-payment); (2) a letter from the Consumer Settlement Class Member's doctor stating that he or she prescribed and that the Consumer Settlement Class Member paid or is obligated to pay part of the cost of one of the Class Drugs (other than a flat co-payment) at least once; (3) billing records from a doctor or other health care provider evidencing an obligation to pay part of the cost of one of the Class Drugs (other than a flat co-payment); (4) an Explanation of Benefits ("EOB") from an insurer or other payor evidencing an obligation to pay part of the cost of one of the Class Drugs (other than a flat co-payment), or (5) any combination of 1-4 above.

   2. TPP Settlement Class Members

TPP Settlement Class Members shall be required to submit the amount of purchases of each drug listed as a Class A drug on Exhibit B to the Settlement Agreement for which they are seeking payment during the period of January 1, 2003, to December 31, 2003. This period is substituted for the amount of expenditures for each drug associated with the full class period in recognition of the difficulty many TPPs have in accessing claims data that are older and likely not kept electronically or on current electronic systems. This "proxy period" shall be used to determine the payments made to each TPP Settlement Class Member in accordance with the

procedures set forth below.

In order to validate a claim for payment associated with the Class Drugs for which they seek payment from the Settlement Fund, TPP Settlement Class Members with claimed expenditures for all Class Drugs listed as Class A on <u>Exhibit B</u> to the Agreement during the proxy period that exceed $300,000.00 in total shall be required to submit electronic claims documentation with their claim. The form and data required to be submitted are delineated in the TPP Claim Form attached as <u>Exhibit D</u> to the Settlement Agreement. Those TPP Settlement Class Members whose claimed expenditures are $300,000.00 or less need not submit electronic claims documentation with their claim but must furnish such claims documentation upon request of the Claims Administrator.

      3.      ISHP Claims Documentation

Documentation required from each member of the ISHP Group shall be that set forth on <u>Exhibit L</u> to the Settlement Agreement.

B.      <u>Calculating Recognized Claim Amounts</u>

Procedures for establishing a recognized claim for each Consumer Settlement Class Member, TPP Settlement Class Member, and ISHP Group Member have been established as follows.

      1.      Consumer Settlement Class Members in Class 1

For consumers in Class 1 for which the Claims Administrator has obtained records from CMS evidencing the consumer's total co-payment obligation under Medicare Part B, the consumer's obligation under Medicare Part B for all Class Drugs during the Class Period, as evidenced in records from CMS, shall form the basis of the Class 1 consumer's claim. For those Class Drugs designated as "Class A" on <u>Exhibit B</u> to the Settlement Agreement, the consumer's total obligation related to Class A Drugs during the period of December 1, 1997 through December 31, 2003 shall be multiplied by a factor of three (3x) and added to the consumer's total obligation related to Class A Drugs outside of this time period (without a multiplication factor) and to the consumer's total co-payment obligation for Class Drugs designated as "Class B" on <u>Exhibit B</u> to the Agreement (without a multiplication factor). The sum of these three figures shall constitute the Class 1 consumer's "Total Recognized Claim" used for purposes of calculating the payment made to each Consumer Settlement Class Member.

      2.  Consumer Settlement Class Members in Class 3

For consumers in Class 3 for which the Claims Administrator does not have records from CMS, the amount to which the Class 3 consumer shall be entitled will be determined based upon the consumer's election on a claim form provided by the Claims Administrator between two options.

a.  <u>Easy Refund Option</u>:  If a Class 3 consumer elects the "Easy Refund Option" on the claim form provided and the consumer's claim is verified and accepted by the Claims Administrator, the "Total Recognized Claim" used for purposes of calculating the payment made to each such Consumer Settlement Class Member shall be equal to $35.00.

b.  <u>Full Estimation Refund Option</u>.  If a Class 3 consumer elects the "Full Estimation Refund Option" on the claim form provided, then the consumer will be required to estimate the consumer's total out-of pocket expenses associated with percentage co-payments for each drug for which the consumer is seeking payment.  Each such consumer will also be required to provide documentary support, as called for in Section A1 above in support of the consumer's estimated out-of-pocket expenses.  The consumer's estimated out-of-pocket expenses for Class A drugs during the period of December 1, 1997 through December 31, 2003 shall be multiplied by a factor of three (3x), and added to the consumer's total obligation related to Class A Drugs outside of this time period (without a multiplication factor) and to the consumer's estimated out-of-pocket expenses for Class B drugs (without a multiplication factor).  The sum of these three figures will constitute the Class 3 consumer's "Total Recognized Claim" used for purposes of calculating the payment made to each Consumer Settlement Class Member.

If total valid Recognized Claims for all Consumer Settlement Class Members related to Class Drugs exceeds the amount of the Settlement Funds allocated to satisfy Consumer Settlement Class Member claims, all such consumer claims will be reduced proportionately.

3.  Sample Calculations of Hypothetical Consumer Claims

<u>Example # 1</u>

Consumer information:

> Consumer Settlement Class Member in Class 1.  Consumer validly certifies under pains and penalties of perjury that the consumer paid or was obligated to pay percentage co-payments during the Class Period.
>
> CMS records indicate total co-payment obligations under Medicare Part B to be $100 for Class A drugs during the period prior to December 1, 1997 (Period 1), $100 for Class A drugs during the period between December 1, 1997 and December 31, 2003 (Period 2) and $100 for Class B drugs during the entire class period.

Calculation:

> Class A Drugs (Period 1):   = $100
> Class A Drugs (Period 2)   = $100 x 3 = $300
> Class B Drugs:  $100        = $100

3

Total Recognized Claim = $500 unless total Recognized Claims of all Consumer Settlement Class Members exceeds the amount allocated to pay consumer claims, in which case the payment will be reduced in proportion to all such Recognized Claim amounts.

Example # 2

Consumer information:

Consumer Settlement Class Member in both Class 1 and Class 3.  Consumer validly certifies under pains and penalties of perjury that the consumer paid or was obligated to pay percentage co-payments during the Class Period under both Medicare Part B and under one or more private health insurance plans.

CMS records indicate total co-payment obligations under Medicare Part B to be $100 for Class A drugs during the period prior to December 1, 1997 (Period 1), $100 for Class A drugs during the period between December 1, 1997 and December 31, 2003 (Period 2) and $100 for Class B drugs during the entire class period.

Consumer chooses "Easy Refund Option" for Class 3 refund.

Calculation:

Class A Drugs (Period 1):   = $100
Class A Drugs (Period 2)    = $100 x 3 = $300
Class B Drugs:   $100       = $100

Total Recognized Claim = $535 ($100 + $300+ $100 +$35)  unless total Recognized Claims of all Consumer Settlement Class Members exceeds the amount allocated to pay consumer claims, in which case the payment will be reduced in proportion to all such Recognized Claim amounts.

4. Third Party Payor Settlement Class Members and ISHP Group Members

In recognition of the fact that the claims of all TPP Settlement Class Members and ISHP Group Members will exceed the total amount of funds allocated to satisfy the claims of TPP Settlement Class Members and ISHP Group Members under the Settlement Agreement and that each TPP Settlement Class Member or ISHP Group Member will be paid a pro-rata portion of the Settlement Amount allocated to TPP Settlement Class Members and the ISHP Group, the

4

recognized claim for both TPP Settlement Class Members and ISHP Group Members shall be the total amount of purchases during the period of January 1, 2003, to December 31, 2003, of all drugs listed as Class A drugs on <u>Exhibit B</u> to the Agreement. This figure, if properly supported and accepted by the Claims Administrator, is the TPP Settlement Class Member's or ISHP Group Member's "Recognized Claim" used for purposes of calculating the payment made to each TPP Settlement Class Member and ISHP Group Member.

C.     <u>Sample Calculation of the ISHP Group Reversion Amount</u>

In order to illustrate the calculation of the ISHP Group Reversion Amount as contemplated in the Settlement Agreement two examples are set forth below:

<u>Example #1</u>

Assumptions:

    ISHP Group Recognized Claim Percentage = 60%
    Net Fees and Expenses = $42M
    Track Two Defendant Opt-Out Refund = $3M
    Total Deposits to Class TPP Pool and ISHP Pool = $103M

ISHP Group Reversion Amount Calculation:

    ISHP Over/Underage = 60-37.5 = 22.5%

    Fees and Expenses Attributable to TPPs and ISHPs = $42M X .825 = $34.65M

    22.5% X ($103M - $34.65M - $3M) = $14.7M

    $14.7M due to be paid to ISHP Group Members first from the amount remaining in the ISHP Settlement Pool and the balance from TPP Settlement Pool at the conclusion of the claims process

    Total payment to ISHP Group Members = $14.7M + $25.5M (ISHP Group Initial Payment) = $40.2M

<u>Example 2</u>

Assumptions:

    ISHP Group Recognized Claim Percentage = 40%
    Net Fees and Expenses = $42M
    Track Two Defendant Opt-Out Refund = $3M

5

Total Deposits to Class TPP Pool and ISHP Pool = $103M

ISHP Group Reversion Amount Calculation:

ISHP Over/Underage = 40-37.5 = 2.5%

Fees and Expenses Attributable to TPPs and ISHPs = $42M X .825 = $34.65M

2.5% X ($103M - $34.65M - $3M) = $1.63M

$1.63M due to be paid from ISHP Settlement Pool to ISHP Group Members. Any funds remaining in ISHP Settlement Pool to be returned to TPP Settlement Pool at the conclusion of the claims process

Total payment to ISHP Group Members = $1.63M + $25.5M (ISHP Group Initial Payment) = $27.13M.