UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
IN RE: PHARMACEUTICAL INDUSTRY             :
AVERAGE WHOLESALE PRICE                    :
LITIGATION                                 : MDL No. 1456
                                           :
                                           : Civ. No. 01-CV-12257 PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           : Hon. Patti B. Saris
THIS DOCUMENT RELATES TO PROPOSED          :
NATIONWIDE CLASSES 2 AND 3 AS TO           :
BMS AND ASTRAZENECA                        :
                                           :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASTRAZENECA PHARMACEUTICAL LP'S MOTION FOR LEAVE TO SUBMIT RECENT CIRCUIT AUTHORITY SUPPORTING DENIAL OF PLAINTIFFS' PENDING MOTION FOR CERTIFICATION OF NATIONAL CLASSES 2 AND 3**

Defendant AstraZeneca Pharmaceuticals LP hereby seeks leave to file the attached submission notifying the Court of two circuit court decisions decided within the last week, including a decision from the First Circuit.  See In re: New Motor Vehicles Canadian Export Antitrust Litigation, No. 07-2257, 2008 U.S. App. LEXIS 6483 (1st Cir. Mar. 28, 2008); McLaughlin v. Philip Morris USA, Inc., No. 06-4666-cv, 2008 U.S. App. LEXIS 7093 (2d Cir. Apr. 3, 2008).

Wherefore, AstraZeneca respectfully requests that this Motion for Leave to File the submission of authority attached hereto as Exhibit 1 be GRANTED.

Dated: April 4, 2008

        Respectfully submitted,

        /s/  Katherine B. Schmeckpeper
        Nicholas C. Theodorou (BBO #496730)
        Katherine B. Schmeckpeper (BBO #663200)
        FOLEY HOAG LLP
        155 Seaport Blvd.
        Boston, MA  02110

        D. Scott Wise
        Michael S. Flynn
        Kimberley D. Harris
        DAVIS POLK & WARDWELL
        450 Lexington Ave.
        New York, NY  10017

        *Attorneys for AstraZeneca Pharmaceuticals LP*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs take no position on this motion.

        /s/ Katherine B. Schmeckpeper
        Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on April 4, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

        /s/ Katherine B. Schmeckpeper
        Katherine B. Schmeckpeper