UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**THE UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE
A REPLY TO ABBOTT LABORATORIES INC.'S OPPOSITION TO THE
UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING
<u>ABBOTT'S RULE 30(b)(6) NOTICES</u>**

The United States moves the Court for leave to file a reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion For A Protective Order Regarding Abbott's Rule 30(b)(6) Notices. The proposed reply is attached to this motion as Exhibit 1.

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY D. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272 | /s/ Elizabeth A. Strawn<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Evan C. Zoldan |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Elizabeth A. Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Ana Maria Martinez<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: April 8, 2008

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I have communicated with counsel for the defendant Abbott Laboratories, Inc. in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

/s/ Elizabeth A. Strawn<br>Elizabeth A. Strawn

Dated: April 8, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above **UNOPPOSED MOTION FOR LEAVE TO FILE THE UNITED STATES' REPLY TO ABBOTT LABORATORIES INC.'S' OPPOSITION TO THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING ABBOTT'S RULE 30(b)(6) NOTICES** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Dated: April 8, 2008

                /s/ Elizabeth A. Strawn
                Elizabeth A. Strawn