UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Leave to File a Reply to Abbott Laboratories, Inc.'s Opposition to the United States' Motion For A Protective Order Regarding Abbott's Rule 30(b)(6) Notices, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED.

This _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE