# EXHIBIT C

**Remaining Topics From Abbott's November 30, 2007 Letter**

2. Each and every instance in which the United States alleges that Abbott marketed the "spread" to any Provider as alleged in paragraph 3 of the Complaint, and for each such instance, the identity of: (a) the employee of Abbott who allegedly marketed the spread; (b) the Provider to whom the spread was marketed (and the individual employees of the Provider involved in the interaction); (c) the drug that was marketed; (d) the place and time of the alleged marketing; (e) the content of the alleged marketing (including the precise facts on which the United States bases its assertion that the employee "marketed the spread"); (f) whether the Provider purchased or did not purchase the product; and (g) if applicable, all evidence that supports or refutes the United States' contention that the Provider purchased the product because of the spread between acquisition cost and reimbursement, as opposed to some other reason.

4. The identity of all laws, regulations, and Communications to Abbott that the United States contends required Abbott to report prices to Publishers that reflected the "the prices at which Abbott actually sold its drugs" and/or refrain from marketing the "spread" to its Customers, including: (a) every Manufacturer that did comply with these duties and (b) every Manufacturer that did not comply with these duties.

7. All Communications between HCFA/CMS and State Medicaid agencies during the Relevant Claim Period regarding findings and assurances, made pursuant to 42 C.F.R. § 447.333(b) & (c), that Medicaid expenditures were in accordance with 42 C.F.R. § 447.331(b), including but not limited to all guidance or interpretations provided by HCFA/CMS relating to these findings and assurances, and any and all efforts made by HCFA/CMS during the Relevant Claim Period to request and/or evaluate any data, information, or pertinent records to support the State Medicaid agencies' findings and assurances, as required by 42 C.F.R. § 447.333(c).

8. For each response made to Abbott's Requests for Admission ("RFA") in which the United States does not provide an unqualified admission or denial, all evidentiary support which supports or refutes the United States' response and the reasons why the United States could not admit or deny the RFA.