# EXHIBIT D

**THE UNITED STATES' PROPOSED RULE 30(b)(6) TOPICS**

The United States, mindful of the March 31, 2008 deadline for fact discovery, sought to identify topic descriptions that address Abbott's principal subjects of interest in a reasonable fashion. These topics were proposed by the United States in a good faith attempt to provide the Rule 30(b)(6) testimony requested by Abbott, with reasonable modifications, before the Court's March 31, 2008 deadline for fact discovery. Abbott took Rule 30(b)(6) testimony on these topic before discovery closed.

These topics provided Abbott with Rule 30(b)(6) testimony regarding, from 1991 through 2001: how CMS applied the term AWP (the meaning of that term having been determined by Judge Saris as a matter of law); how CMS defined and implemented the term "estimated acquisition cost" and (in general) CMS's understanding as to whether the state formulas would result in payment at the estimated acquisition cost; whether CMS was aware of the market prices for the Subject Drugs and whether Abbott was marketing the spread; and communications from CMS to Abbott regarding how to establish published and list prices and marketing the spread.

Below is the precise wording of the topic descriptions on which the United States has already offered R30b6 testimony (modeled on topics listed in Abbott's November 21, 2007 letter):

Topic 2(a): From 1991 to 2001 how CMS applied the term 'AWP' or 'national average wholesale price' as used in 42 C.F.R. 405.517.

Topic 2(b): From 1991 to 2001 how CMS applied the term 'AWP' or 'Average Wholesale Price' as used in Section 4556 of the Balanced Budget Act of 1997, 42 U.S.C. Section 1395u.

Topic 14: From 1991 to 2001, with respect to Medicaid, how CMS defined and implemented 'estimated acquisition costs,' and whether, in general (not in detail as to each state or each year) CMS believed that the formula in the state plans would result in payment for drugs at the estimated acquisition cost of those drugs.

Topic 19: Whether and to what extent CMS, between 1991 and 2001, was aware of the market prices for the Subject Drugs and that Abbott was allegedly 'marketing the spread.'

Topic 20: From 1991 to 2001, any guidance, instruction, or requests communicated by CMS to Abbott regarding how to establish published and list prices.

Topic 21: From 1991 to 2001, any guidance, instruction, or requests communicated by CMS to Abbott regarding marketing the spread.