**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) )<br>*State of Iowa v. Abbott Laboratories, et al.* ) ) ) ) | Judge Patti B. Saris |

**BAYER CORPORATION'S NOTICE OF JOINING CERTAIN DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

By order dated March 6, 2008, this Court extended the obligation of Bayer Corporation ("Bayer") to answer or otherwise plead to today's date, April 9, 2008.   The Court granted that extension based on a joint request by the State of Iowa and Bayer for additional time so that the parties could continue discussions  regarding whether the State would voluntarily dismiss all or any portion of its claims against Bayer in light of the 2001 Settlement Agreement between the State and Bayer.

The discussions between the State and Bayer are continuing.  While Bayer wants to continue those discussions, it does not wish to delay the progress of this case.  Accordingly, Bayer hereby provides notice that it joins Certain Defendants' Motion to Dismiss the Complaint made by Baxter Healthcare Corporation and Baxter International Inc. on behalf of 71 listed defendants and filed on February 20, 2008 (the "Pending Motion to Dismiss").  The bases for the Pending Motion to Dismiss are set forth in the Memorandum of Law in Support of Certain Defendants' Motion to Dismiss the Complaint, in which Bayer also joins.

For the reasons set forth in the Motion and Memorandum mentioned above, Bayer

respectfully requests that the Court grant the Pending Motion to Dismiss and enter an order:

    a.    dismissing with prejudice all claims against Bayer in the state of Iowa's Complaint; and

    b.    providing such other and further relief as the Court deems just and proper.

Dated:  April 9, 2008

/s/ Richard D. Raskin
Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Robert P. Sherman
DLA PIPER
33 Arch Street, 26th Floor
Boston, Massachusetts 02110

*Counsel for Defendant Bayer Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I caused a true and correct copy of Bayer Corporation's Notice of Joining Certain Defendants' Motion to Dismiss the Complaint to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                        /s/ Richard D. Raskin