# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNOPPOSED MOTION OF ABBOTT LABORATORIES INC. FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 14, 2008 RULING <u>RE: ACYCLOVIR DISCOVERY</u>

Abbott Laboratories Inc. respectfully requests permission to file the reply attached as Exhibit A hereto in support of its Motion For Reconsideration Of The Court's March 14, 2008 Ruling Re: Acyclovir Discovery (Dkt. No. 5160).

Dated: April 9, 2008

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Abbott Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

     I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing Unopposed Motion Of Abbott Laboratories Inc. For Leave To File Reply In Support Of Its Motion For Reconsideration Of The Court's March 14, 2008 Ruling Re: Acyclovir Discovery to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 9th day of April, 2008.

                                                  /s/ Brian J. Murray
                                                  Brian J. Murray