**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456 Civil Action No. 06-CV-11337 Lead Case No. 01-CV-12257 |
| _____ THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) ) | Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

**JOINT SUBMISSION AND REQUEST FOR EXPEDITED CONSIDERATION REGARDING COMPLETION OF DOCUMENT PRODUCTION AND OTHER PRETRIAL DEADLINES**

The United States, Ven-A-Care, and Abbott have had an opportunity to confer further regarding their respective motions seeking to extend the time period for producing documents pursuant to timely-served requests until April 25, 2008. (*See* Dkt. Nos. 5178, 5181.) The parties agree that such an extension is appropriate in order to allow the parties to complete their respective productions. Further, the parties agree that the other pretrial deadlines, including the dates for submission of expert reports, also should be adjusted commensurately.

WHEREFORE, the parties jointly request that the Court enter an order:

1. Allowing the motions filed as Docket Nos. 5178 and 5181; and

2. Setting the remaining pretrial deadlines in this matter as follows:

| DEADLINE | ACTION |
|---|---|
| April 25, 2008 | Parties shall complete document production pursuant to requests deemed timely by the Court and shall provide or supplement privilege logs. |
| May 27, 2008 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| June 27, 2008 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| August 27, 2008 | Close of expert discovery. |

|                    |                                                              |
|--------------------|--------------------------------------------------------------|
| October 7, 2008    | Motions for Summary Judgment shall be filed.                 |
| November 7, 2008   | Responses to Motions for Summary Judgment shall be filed.    |
| November 28, 2008  | Replies to Motions for Summary Judgment shall be filed.      |
| December 12, 2008  | Surreplies to Motions for Summary Judgment shall be filed.   |

Dated:  April 10, 2008

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant United States Attorney<br>John Joseph Moakely U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone:  (617) 748-3398<br>Fax:  (617) 748-3272 | /s/ Renee Brooker<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renee Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Elizabeth Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044<br>Phone:  (202) 616-3797<br>Fax:  (202) 307-3852 |

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA


/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th St., 3d Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 961-4101



For the relator, Ven-A-Care of the Florida
Keys, Inc.,


/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Ave., Suite 110
Miramar, FL  33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

For Abbott Laboratories Inc.,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2008, a true and correct copy of the foregoing **Joint Submission And Request For Expedited Consideration Regarding Completion Of Document Production And Other Pretrial Deadlines** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                                        /s/ Brian J. Murray