UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____ | ) | |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys,*<br>*Inc. v. Abbott Laboratories, Inc.* | )<br>)<br>) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the parties' *Joint Submission And Request For Expedited*

*Consideration Regarding Completion Of Document Production And Other Pretrial Deadlines*, it

is hereby ORDERED THAT:

1.    The motions filed as Docket Nos. 5178 and 5181 are allowed; and

2.    The remaining pretrial deadlines in this matter are re-set as follows:

| DEADLINE | ACTION |
|---|---|
| April 25, 2008 | Parties shall complete document production pursuant to requests deemed timely by the Court and shall provide or supplement privilege logs. |
| May 27, 2008 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| June 27, 2008 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| August 27, 2008 | Close of expert discovery. |
| October 7, 2008 | Motions for Summary Judgment shall be filed. |
| November 7, 2008 | Responses to Motions for Summary Judgment shall be filed. |
| November 28, 2008 | Replies to Motions for Summary Judgment shall be filed. |
| December 12, 2008 | Surreplies to Motions for Summary Judgment shall be filed. |

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge

CHI-1642914v1