# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456  Civil Action No. 06-CV-11337  Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) | Judge Patti B. Saris  Magistrate Judge Marianne B. Bowler |

## DEFENDANT ABBOTT LABORATORIES INC.'S
## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Abbott Laboratories Inc. ("Abbott"), through undersigned counsel, respectfully files this unopposed motion to enlarge the time to respond to plaintiff United States of America's *Motion to Compel Documents Deposition Testimony* (Dkt. No. 5179, 5180). Abbott requests that the time to file its response be enlarged to April 22, 2008. In support, Abbott states that:

1. Abbott's response to the Government's motion is due April 14, 2008. Additional time is needed due to Abbott's counsel's previously scheduled matters and the investigation required to address the matters raised in the motion. Abbott requests leave to respond on or before April 22, 2008.

2. Abbott's counsel has communicated with Ana Maria Martinez, counsel for the United States about this matter, and plaintiff does not object to Abbott's request for additional time.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to plaintiff United States of America's *Motion to Compel Documents Deposition Testimony* be enlarged to April 22, 2008.

| | |
|---|---|
| Dated: April 11, 2008 | Respectfully submitted,<br><br>ABBOTT LABORATORIES INC.<br><br>By: /s/ Brian J. Murray<br><br><br>James R. Daly<br>Tina M. Tabacchi<br>Jason G. Winchester<br>JONES DAY<br>77 W. Wacker Dr., Suite 3500<br>Chicago, Illinois  60601-1692<br>Telephone: (312) 782-3939<br>Facsimile:  (312) 782-8585<br><br>R. Christopher Cook<br>David S. Torborg<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Fax:  (202) 626-1700<br><br>*Counsel for Abbott Laboratories Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, a true and correct copy of the foregoing **ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Brian J. Murray

CHI-1643185v1