# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## ORDER

Upon consideration of Defendant Abbott Laboratories' Inc's *Unopposed Motion for Enlargement of Time*, it is hereby ORDERED THAT the motion is allowed and Abbott shall have until April 22, 2008 to respond to the United States' *Motion to Compel Documents Deposition Testimony* (Dkt. No. 5179, 5180).

Dated: _____, 2008

                                                          _____
                                                          Honorable Patti B. Saris
                                                          United States District Judge