UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ | ) ) ) ) ) ) |
| | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | ) ) ) ) ) ) ) |
| | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion to enlarge the time to respond to defendant Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States (Dkt. No. 5173) and defendant Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admission (Dkt. No. 5174) (collectively Abbott's "Motions to Compel")  The United States requests that the time to file its responses be enlarged to April 22, 2008.  In support, the United States provides the following.

1.   The United States' responses to both of Abbott's Motions to Compel are due April 14, 2008.  Additional time is needed due to undersigned counsel's previously scheduled matters, including days away from the district on work-related travel, discovery review and production, as well as other filings that were previously scheduled.

2. Counsel for the United States has communicated electronically with David Torborg, counsel for defendant Abbott Laboratories, Inc. Mr. Torborg indicated Abbott does not object to this request for additional time to respond to both Motions to Compel.

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Elizabeth A. Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261 |
| /s/ Ann M. St. Peter-Griffith<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: April 11, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: April 11, 2008

                                                                                     /s/ Ann M. St. Peter-Griffith  
                                                                                    Ann M. St. Peter-Griffith