UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| _____ | ) ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | ) ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an Enlargement of Time until April 22, 2008 to file its responses to Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States (D.E. 5173) and Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admission (D.E. 5174) .  Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file its responses to Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States (D.E. 5173) and Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admission (D.E. 5174) by April 22, 2008.

**DONE AND ORDERED** this _____ day of _____ , 2008, in Boston, Massachusetts.

_____