# EXHIBIT A

## AWP APPEALS BRIEFING SCHEDULE

| Appeal | Shepley & Young v. J&J<br>J&J Cross Appeal | BMS Appeal | AZ Appeal |
|---|---|---|---|
| **Docket No.** | 08-1002<br>08-1046 | 08-1055 | 08-1056 |
| **Appellant** | Shepley & Young (Appellant)<br>J&J (Cross-Appellant) | BMS | AstraZeneca |
| **Appellee** | J&J (Appellee)<br>Shepley & Young (Cross Appellee) | MDL Plaintiffs | MDL Plaintiffs |
| **Appellant/Cross-Appellee's Brief Due** | 05/21/08 | 05/21/08 | 05/21/08 |
| **Appellee/Cross-Appellant's Principal/Response Brief Due** | 06/20/08 | 06/20/08 | 06/20/08 |
| **Appellant/Cross Appellee's Reply/Response Due** | 07/21/08 | 07/07/08 | 07/07/08 |
| **Appellee/Cross-Appellant's Reply Due** | 08/04/08 | | |