UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**In re: Pharmaceutical Industry Average**  )
**Wholesale Price Litigation**     )
                                   )       MDL No. 1456
                                   )
**This Document Relates to:**      )       Civil Action No. 01-12257-PBS
                                   )
*U.S. ex rel. West v, Ortho-McNeil*  )     Hon. Patti B. Saris
*Pharmaceutical, Inc. et al.*, No. 03-8239 )
(N.D. Ill.)                        )
_____)

## [PROPOSED] ORDER

This matter comes before the Court on Relator's Motion for Extension of Time. It is the order of this Court that Relator's Motion is hereby GRANTED. Relator's Opposition to Defendant's Motion to Dismiss West's Claim for "Marketing the Spread to Hospitals" shall be filed on or before April 30, 2008, and Defendant's Reply brief, if any, shall be filed on or before May 14, 2008.


_____     _____
Judge/Magistrate                   Date