UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: PHARMACEUTICAL INDUSTRY                  :
AVERAGE WHOLESALE PRICE                          :
LITIGATION                                                           :  MDL No. 1456
                                                                            :
                                                                            :  Civ. No. 01-CV-12257 PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :  Hon. Patti B. Saris
THIS DOCUMENT RELATES TO PROPOSED    :
NATIONWIDE CLASSES 2 AND 3 AS TO            :
BMS AND ASTRAZENECA                                  :
                                                                            :
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ASTRAZENECA PHARMACEUTICAL LP'S MOTION FOR LEAVE TO FILE
THE ATTACHED REPLY TO AND CORRECTION OF PLAINTIFFS' STATEMENTS
REGARDING THE RECENT CIRCUIT AUTHORITY SUBMITTED TO THE COURT**

Defendant AstraZeneca Pharmaceuticals LP hereby seeks leave to file the attached in reply to, and in order to correct, plaintiffs' statements regarding the recent circuit authorities submitted to the Court. Plaintiffs' April 11, 2008, filing with respect to these authorities (ECF No. 5210) did not oppose AstraZeneca's submission of authority, but did dispute the import of the supplemental authority. The attached reply addresses plaintiffs' new arguments and corrects their statements regarding the recent court decisions. AstraZeneca respectfully submits that this short reply will assist the Court in resolving plaintiffs' pending motion for certification of national classes 2 and 3.

Wherefore, AstraZeneca respectfully requests that this Motion for Leave to File Exhibit 1 be GRANTED.

Dated: April 17, 2008

Respectfully submitted,

/s/  Sarah Cooleybeck
Nicholas C. Theodorou (BBO #496730)
Sarah Cooleybeck (BBO #631161)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA  02110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY  10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs stated that they oppose this motion.

    /s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO #631161)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on April 17, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

    /s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO #631161)