UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                 )
IN RE PHARMACEUTICAL               )    MDL NO. 1456
INDUSTRY AVERAGE                    )
WHOLESALE PRICE                      )    CIVIL ACTION NO. 01-CV-12257-PBS
LITIGATION                                   )
_____)    Judge Patti B. Saris
                                                                 )
THIS DOCUMENT RELATES TO      )
ALL ACTIONS                                 )
                                                                 )
_____)

# NOTICE OF APPEARANCE FOR DEFENDANT ETHEX CORPORATION

**To the Clerk of the Above-Named Court:**

Please enter the appearance of C. Michael Moore of the law firm of Sonnenschein Nath & Rosenthal LLP on behalf of Defendant, ETHEX CORPORATION.  C. Michael Moore was admitted to appear *pro hac vice* in the captioned matters pursuant to Local Rule 85.5.3 (b) on May 10, 2006.

Dated: April 17, 2008

                                                            Respectfully submitted,

                                                          /s/ C. Michael Moore
                                                   C. Michael Moore
                                                   Sonnenschein Nath & Rosenthal LLP
                                                   Texas Bar No. 14323600
                                                   1717 Main Street, Suite 3400
                                                   Dallas, TX  75201
                                                   Telephone:     214-259-0900
                                                    Fax:                 214-259-0910
                                                    Email:             mmoore@sonnenschein.com

                                                   ATTORNEYS FOR ETHEX
                                                   CORPORATION

## CERTIFICATE OF SERVICE

      A copy of the foregoing document has been served on counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456 on this 17th day of April, 2008.

                                            /s/ C. Michael Moore