# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CLASS COUNSEL AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE ASTRAZENECA <u>CLASS 1 SETTLEMENT</u>

Class Counsel and Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") jointly move for entry of an order granting final approval of proposed settlement.

In support of this motion, Class Counsel are filing an accompanying memorandum of law; the Declaration of Eric P. LaChance Regarding Status of Claims Administration Activities Related to Settlement with Defendant AstraZeneca; Class Counsel's Memorandum of law in Support of Petition for Attorneys' Fees, Reimbursement of Expenses, and Compensation to the Class Representatives in Association with the AstraZeneca Class 1 Settlement; and the Declaration of Marc H. Edelson in Support of Class Plaintiffs' Joint Petition for Attorneys' Fees, and Reimbursement of Expenses in Relation to Settlement with AstraZeneca; and a [Revised Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement with AstraZeneca, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Compensation Awards to Class Representatives.

DATED:  April 17, 2008					By	/s/ Steve W. Berman
						   Thomas M. Sobol (BBO#471770)
						   Edward Notargiacomo (BBO#567636)
						   Hagens Berman Sobol Shapiro LLP
						   One Main Street, 4th Floor
						   Cambridge, MA  02142
						   Telephone: (617) 482-3700
						   Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 2 -

001534-16 234690 V1

- 3 -

**COUNSEL FOR DEFENDANT ASTRAZENECA PHARMACEUTICALS LP**

By  /s/ **Michael B. Keating**
   Nicholas C. Theodorou (BBO #496730)
   Michael B. Keating (BBO #263360)
   Michael P. Boudett (BBO #558757)
   Katherine B. Schmeckpeper (BBO #663200)
   FOLEY HOAG LLP
   155 Seaport Boulevard
   Boston, MA  022110

   D. Scott Wise
   Michael S. Flynn
   Kimberley D. Harris
   DAVIS POLK & WARDELL
   450 Lexington Avenue
   New York, NY  10017

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 17, 2008, I caused copies of **CLASS COUNSEL AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE ASTRAZENECA CLASS 1 SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                 **/s/ Steve W. Berman**
                                                                 Steve W. Berman

001534-16 234690 V1