# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## DECLARATION OF M. JOYCE HOWE IN SUPPORT OF REQUEST FOR REIMBURSEMENT FROM THE ASTRAZENECA SETTLEMENT FUND

I, M. Joyce Howe, hereby depose and state as follows:

1.  I am one of the two named representative plaintiffs certified by the Court in this case to represent the Class 1 Consumer Sub-Class against AstraZeneca. I submit this declaration in support of my request for reimbursement for time spent in this litigation from the AstraZeneca Settlement Fund.

2.  The hours expended by myself and my deceased husband, Bob, in furtherance of this litigation involve our time in identifying and producing relevant documents, in reviewing and authorizing pleadings, in preparing for and attending depositions, in preparing for trial, and in reviewing the terms of settlement with counsel up to May 2007.

3.  From 2005, when we first learned of the suit and retained counsel for purposes of the suit, until the AstraZeneca settlement, Bob and I handled various discovery-related tasks, including identifying and locating documents for production, including our prescription records and records of payment, and preparing for and attending our respective depositions.

4.  In addition, I regularly communicated with my counsel about the litigation, including issues related to the case, discovery, class certification, strategy, understanding the

prescription and payment records, and the progress of the case.

5.	Based upon my memory of the events involved, I can make a reasonable and conservative estimate of the hours involved.

6.	I estimate the following time was spent on the following tasks:

　　a.	Document retrieval, review and authorization of initial pleadings: 20 hours;

　　b.	Preparation for and attendance at two (2) depositions, post-deposition conferences with counsel and review of deposition transcripts: 35 hours;

　　c.	Preparation for class certification, including review and assembly of documents and conferences with counsel: 3 hours;

　　d.	Pre-trial preparations, document retrieval and review, conferences with counsel regarding trial testimony: 10 hours;

　　e.	Settlement discussions with counsel, review of documents pertaining to settlement, review and authorization of documents pertaining to settlement: 4 hours; and

　　f.	Periodic update and transmittal of records and conferences with counsel regarding progress of the case: 6 hours.

7.	Based on all of the work we did, I estimate the total time spent by us on this litigation to be 78 hours.

8.	I understand from our counsel that the Court indicated at the final approval hearing in another settlement that a fair rate for reimbursement for time spent on the litigation might be $100.00 per hour.

Using those figures as a guide, I calculate my requested reimbursement from the AstraZeneca Settlement Fund to be $7,800.00.

This declaration is made subject to the penalties of perjury.

Dated: April 17, 2008                                    /s/ _____
                                                         M. JOYCE HOWE