UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) ) | Judge Patti B. Saris |
| *STATE OF ARIZONA V. ABBOTT LABS INC., et al.,* 06-CV-11069-PBS _____ ) ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Attorney Justin N. Saif hereby requests leave of Court to withdraw his appearance on behalf of defendant Dey, Inc.

Dated: April 18, 2008        /s/ Justin N. Saif_____
　　　　　　　　　　　　　Justin N. Saif (BBO #660679)
　　　　　　　　　　　　　jsaif@foleyhoag.com
　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　Boston, Massachusetts 02210-2600
　　　　　　　　　　　　　Telephone: (617) 832-1000
　　　　　　　　　　　　　Facsimile: (617) 832-7000

B3469895.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Justin N. Saif
      Justin N. Saif

B3469895.1

- 2 -