Order                                    CCG N002-300M-2/24/05 (



19376183

Apr 11 2008
2:28PM

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois
                              Plaintiff

v.                                        No. 05 CH 2474

Abbott Laboratories, et al.
                              Defendants

### ORDER

This matter coming on to be heard on Defendants' various motions to dismiss and for judgment on the pleadings and Plaintiff's Motion to Strike Affirmative Defenses, due notice having been given and counsel present to present argument — IT IS HEREBY ORDERED for the reasons stated in open court,

1. Defendants' Joint Motion to Dismiss Count III is granted.
2. Defendants' Joint Motion to Dismiss Count IV is granted with respect to claims based on 740 ILCS §§ 75/3(a)(1) and (a)(7) and denied with respect to claims based on § 3(a)(2).
3. Defendants' Joint Motion to Dismiss Count II is granted.
4. Defendants' Joint Motion is otherwise Denied.
5. The Generic Defendants' Supplemental Motion to Dismiss is granted, with leave to replead within 60 days.
6. The individual motions of defendants Amgen, BMS TAP are denied. The individual motion of defendant Pfizer is granted with leave to replead in 60 days.
   A status conference is set for July 22, 2008 at 10:30 a.m.

Atty. No. 90443

Name: Helen E. Witt  Kirkland & Ellis LLP         ENTERED:
                    Defendants
Atty. for: Boehringer-Ingelheim Pharmaceuticals Inc.
           Bon Venue, Boehringer Ingelheim Roxane   Dated:

Address: 200 E. Randolph

City/State/Zip: Chicago, IL 60601

Telephone: 312-861-2000

ENTERED
JUDGE PETER FLYNN-1784

APR 11 2008

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Judge                                     Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS