# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al.* | |

## DECLARATION OF SHAMIR PATEL IN SUPPORT OF THE MEMORANDUM OF LAW IN SUPPORT OF CERTAIN DEFENDANTS' REPLY TO IOWA'S OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, SHAMIR PATEL, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. I am familiar with all of the facts and circumstances herein. I make this declaration in support of the Memorandum of Law in Support of Certain Defendants' Reply to Iowa's Opposition to Certain Defendants' Motion to Dismiss the Complaint in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Iowa Medicaid Enterprise Prescribed Drugs Provider Manual.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

| Dated: April 18, 2008 | /s/ Shamir Patel |
| --- | --- |
| | Shamir Patel |
| | **DICKSTEIN SHAPIRO LLP** |
| | 1825 Eye Street NW |
| | Washington, DC 20006-5403 |
| | Telephone: (202) 420-2200 |
| | Facsimile: (202) 420-2201 |
| | |
| | Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. |

DSMDB-2427941

## CERTIFICATE OF SERVICE

      I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing documents to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on April 18, 2008, for posting and notification to all parties.

      /s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
(202) 420-2200

DSMDB-2427941