UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories., et. al.* | Judge Patti B. Saris |

**PHARMACIA CORPORATION'S AND GREENSTONE LTD.'S
REPLY MEMORANDUM IN SUPPORT OF
<u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Plaintiff's Memorandum in Opposition misses the point entirely. In essence, plaintiff appears to be arguing that Greenstone and Pharmacia can be held liable for reimbursements based on a price published by another company for another product. For the additional reasons set forth in Endo's reply memorandum, which is hereby

incorporated by reference, Pharmacia's and Greenstone's motion should be granted.

DATED: April 18, 2008.

                                                /s/ Mark D. Smith
Mark D. Smith
Laredo & Smith LLP
15 Broad Street, Suite 600
Boston, MA 02109
Phone: 617.367.7984
Fax:  617.367.6475

Of Counsel
John C. Dodds
Erica Smith-Klocek
Abby J. Kaplan
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103

***Attorneys for Defendants Pharmacia Corporation and Greenstone Ltd.***

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that on this 18th day of April, 2008, a true and correct copy of the foregoing Pharmacia Corporation's And Greenstone Ltd.'s Reply Memorandum In Support Of Motion To Dismiss Plaintiff's Complaint was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.

/s/ Mark D. Smith
LAREDO & SMITH, LLP

Dated: April 18, 2008