UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

## DECLARATION OF LEROY TOWNSEND IN SUPPORT OF REQUEST FOR REIMBURSEMENT FROM THE ASTRAZENECA SETTLEMENT FUND

I, Leroy Townsend declare as follows:

1. My name is Leroy Townsend. I live in Naples, Florida. The Court has appointed me as a representative of a class of consumers who paid Medicare Part B co-payments for AstraZeneca's drug Zoladex.

2. I have been involved with the litigation against AstraZeneca over Zoladex since its inception. I was the plaintiff in one of the first class action suits alleging manipulation of the AWP for Zoladex, which was filed in Federal Court in Delaware in 2001. I first spoke to and retained my lawyers, Jeffrey Kodroff and John Macoretta of the firm of Spector, Roseman & Kodroff, P.C. in Philadelphia, in 2001, in connection with the *Lupron* case.

3. Since this case was filed I have been in regular contact with my lawyers. We have discussed my claims; the progress of the litigation; discovery issues; the potential trial and the potential settlement of the case. My lawyers have sent me various pleadings and court rulings, which I have reviewed.

2

4.  I have also spent substantial time searching for my medical and payment records, reviewing them and producing documents relating to my usage of and payment for Zoladex.

5.  On November 15, 2005 I was deposed in this case. I spent time with my lawyers preparing for my deposition and approximately 5 hours being deposed. I then read and reviewed the transcript of my deposition.

6.  In 2007, as the trial date approached, I spoke more often with my lawyers about the pending trial and possible settlement. This included several calls about the terms and risks of various settlement proposals.

7.  I have kept records of the time I devoted to this case. Based on those records, my recollection and the recollection and records of my lawyers, I believe that in total I have spent 45 hours of my time on activities related to the litigation of this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 18, 2008

Leroy Townsend

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 21, 2008, I caused copies of **DECLARATION OF LEROY TOWNSEND IN SUPPORT OF REQUEST FOR REIMBURSEMENT FROM THE ASTRAZENECA SETTLEMENT FUND** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                            /s/ Steve W. Berman
                                            Steve W. Berman