IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>_____<br>–<br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br><br>Civil Action:<br>01-CV-12257 (PBS)<br><br>Judge Patti B. Saris |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of William P. Campos of the law firm of Sedgwick, Detert, Moran & Arnold LLP, pro hac vice, as counsel for defendant Organon USA Inc. All other counsel of record for Organon USA Inc. shall continue to appear on behalf of Organon USA Inc. in this matter

                              Respectfully submitted,

                              SEDGWICK, DETERT, MORAN & ARNOLD LLP

            By:  /s/ Jennifer Aurora
                Jennifer Aurora (JA-2552)
                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                125 Broad Street, 39th Floor
                New York, New York  10004-2400
                Telephone No. (212) 422-0202
                Facsimile No. (212) 422-0925
                Attorneys for Defendant
                ORGANON PHARMACEUTICALS USA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served electronically via LexisNexis File & Serve on all enrolled the 21st day of April 2008.

/s/ Jennifer Aurora_____
Jennifer Aurora (JA-2552)