# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) THIS DOCUMENT RELATES TO PROPOSED ) NATIONWIDE CLASSES 2 AND 3 AS TO ) ASTRAZENECA AND BMS ) ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257 PBS<br><br>Hon. Patti B. Saris |

**MOTION FOR LEAVE TO FILE BMS'S RESPONSE TO PLAINTIFFS' REPLY TO BMS'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' <u>MOTION TO CERTIFY NATIONWIDE CLASSES 2 AND 3</u>**

Bristol-Myers Squibb Company ("BMS") respectfully moves, pursuant to Local Rule 7.1(B), for leave to file BMS's Response to Plaintiffs' Reply to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3. Attached hereto as Exhibit A.

In support of its Motion, BMS states that the Response is necessary to correct material mistakes in Plaintiff's Reply to to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3. The Response will aid the Court in resolution of the legal issues.

\\\NY - 058559/000059 - 1081016 v1

WHEREFORE, BMS respectfully requests that the Court grant their motion.

Dated: Boston, Massachusetts

April 21, 2008

                                           Respectfully submitted,

**DWYER & COLLORA, LLP**
By: /s/ Thomas E. Dwyer (BBO#139660)
    Thomas E. Dwyer (BBO# 139660)
    Jennifer M. Ryan (BBO#661498)
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

**HOGAN & HARTSON LLP**

Steven M. Edwards, Esq. (SE 2773)
Lyndon M. Tretter (LT 4031)
Thomas J. Sweeney (TS 6557)
875 Third Avenue
New York, NY  10022
Tel:  (212) 918-3640
Fax:  (212) 918-3100

*Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc.*

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

BMS's undersigned counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that she conferred in good faith with counsel for the Plaintiffs in an attempt to resolve or narrow the issues presented by this motion.  Plaintiffs' counsel opposes this Motion.

                                                  /s/ Hoa T. T. Hoang

3

## CERTIFICATE OF SERVICE

I, Sandhya Kawatra, hereby certify that on April 21, 2008, I have caused true and correct copies of the foregoing Motion for Leave to File BMS's Response to Plaintiffs' Reply to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3, to be served on all counsel of record by electronic service, pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

Date:   New York, New York
        April 21, 2008

      /s/ Sandhya Kawatra
Sandhya Kawatra