UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

**AFFIDAVIT OF GOOD STANDING OF
PHILIP ACKERMAN IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Philip Ackerman, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1. I am an associate with the firm of Sonnenschein Nath & Rosenthal LLP, attorneys for ETHEX Corp. in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois.

3. I have never been the subject of professional discipline relating to my practice of law or otherwise.


/s/ Philip Ackerman
Philip Ackerman


Dated: April 22, 2008

2

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered on April 22, 2008 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

      /s/ Scott A. Birnbaum_____
      Scott A. Birnbaum