UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No.: 01-12257-PBS  Judge Patti B. Saris |

## ETHEX CORPORATION'S MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of Attorney Mark A. Flessner, of the law firm of Sonnenschein Nath & Rosenthal LLP, to act as counsel for Defendant ETHEX Corporation. Attorney Flessner's Notice of Appearance and Certificate of Good Standing are attached hereto.

ETHEX CORPORATION

By its attorneys,

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
Robert N. Feldman (BBO # 630734)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108
(617) 307-6100

Dated: April 22, 2008

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on April 22, 2008, by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum