**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 1456 <br><br> Master File No.: 01-12257-PBS <br> Judge Patti B. Saris |

**NOTICE OF APPEARANCE FOR DEFENDANT
ETHEX CORP., ADMISSION *PRO HAC VICE*__**

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Affidavit of Good Standing in support of application for admission *pro hac vice* of Margaret D. Hall as counsel for ETHEX Corp. in this action.

Dated: April 22, 2008
       Dallas, TX

Respectfully submitted,

/s/Margaret D. Hall
-----------------------------
MARGARET D. HALL

SONNENSCHEIN NATH & ROSENTHAL LLP
1717 Main Street, Suite 3400
Dallas, TX 75201
(214) 259-0900 (telephone)
(214) 259-0910 (facsimile)

*Attorneys for Defendant ETHEX Corp.*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was delivered on April 22, 2008 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

                                      /s/ Scott A. Birnbaum_____
                                      Scott A. Birnbaum