UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No.: 01-12257-PBS  Judge Patti B. Saris |

### AFFIDAVIT OF GOOD STANDING OF MARGARET D. HALL IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Margaret D. Hall, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

1. I am a partner with the firm of Sonnenschein Nath & Rosenthal LLP, attorneys for ETHEX Corp. in the above captioned action.

2. I am a member in good standing of the bars of the United States District Courts for the Northern District of Texas, the Eastern District of Texas, the Southern District of Texas, the Western District of Texas, the Fifth Circuit Court of Appeals, and the United States Supreme Court.

3. I have never been the subject of professional discipline relating to my practice of law or otherwise.

/s/ Margaret D. Hall
Margaret D. Hall

Dated: April 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered on April 22, 2008 to all counsel of record by electronic service pursuant to the Court's Case Management Order No. 2.

/s/ Scott A. Birnbaum_____
Scott A. Birnbaum