**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1456 <br><br> Civil Action No. 06-CV-11337 <br> Lead Case No. 01-CV-12257 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc.* | | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO COMPEL AND TO FILE REPLIES TO RESPONSES**

The United States and Abbott Laboratories Inc. ("Abbott"), through their undersigned counsel, respectfully file this joint motion to enlarge the time to respond to plaintiff United States of America's Motion to Compel the Production of Documents and Deposition Testimony from Abbott ("US Document MTC") (Dkt. No. 5179); and Abbott's (i) Motion to Compel Sufficient Responses to Abbott's Requests for Admission ("RFA MTC") (Dkt. No. 5174); and, (ii) Abbott's Motion to Compel Production of Documents from the United States ("Abbott Document MTC") (Dkt. No. 5173). The parties request that the time to file their responses to these motions be enlarged to April 25, 2008. In support, the United States and Abbott states that:

1.  Abbott's response to the US Document MTC is due April 22, 2008. Additional time is needed due to some additional investigation required to address the Government's assertions and due to Abbott's counsel's previously scheduled matters, including depositions in this case. Abbott requests leave to respond to this motion on or before April 25, 2008.

2.  The United States' responses to the RFA MTC and the Abbott Document MTC are due April 22, 2008. Additional time is needed due to the United States' counsel's previously scheduled matters, including depositions in this case. The United States requests leave to respond to these motions on or before April 25, 2008.

3. Additionally, the parties respectfully request permission to file replies in support of these various motions, which they would propose to file on or before May 2, 2008.

4. The parties communicated with each other about each of these matters and agreed that neither Abbott nor the United States objects to these requests.

For the above reasons, the parties respectfully request that this motion be granted, and that:

- Abbott's time to respond to plaintiff United States of America's *Motion to Compel the Production of Documents and Deposition Testimony* (Dkt. No. 5179) be enlarged to April 25, 2008;

- The United States' time to respond to defendant Abbott's (i) *Motion to Compel the Production of Documents from the United States* (Dkt. No. 5173); and, (ii) *Motion to Compel Sufficient Responses to Abbott's Requests for Admission* (Dkt. No. 5174) be enlarged to April 25, 2008; and,

- The parties be allowed to file replies in support of these motions, such replies to be due May 2, 2008.

| | |
|---|---|
| Dated:  April 22, 2008 | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | For the United States of America, |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210 | JEFFREY S. BUCHOLTZ<br>ACTING ASSISTANT ATTORNEY<br>GENERAL<br><br>By:  /s/ Ann St. Peter-Griffith |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF<br>FLORIDA | Joyce R. Branda<br>Daniel R. Anderson<br>Renee Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division |
| Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone:  (305) 961-9003<br>Fax:  (305) 536-4101 | Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone:  (202) 307-1088<br>Fax:  (202) 305-7797 |

For the relator, Ven-A-Care of the
Florida Keys, Inc.,

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Phone:  (954) 874-1635
Fax: (954) 874-1705

ABBOTT LABORATORIES INC.

By: /s/ Brian J. Murray

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, a true and correct copy of the foregoing **JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO COMPEL AND TO FILE REPLIES TO RESPONSES** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Carol P. Geisler