UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____<br><br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | )<br>)<br>)<br>) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER

Upon consideration of the *Joint Motion For Enlargement Of Time To Respond To Motions To Compel And To File Replies To Responses*, it is hereby ORDERED THAT the motion is allowed and Abbott shall have until April 25, 2008 to respond to the United States' *Motion to Compel Production of Documents and Deposition Testimony* (Dkt. No. 5179, 5180) and the United States shall have until April 25, 2008 to respond to Abbott's *Motion To Compel Sufficient Responses To Abbott's Requests For Admission* (Dkt. 5174) and *Abbott's Motion To Compel Production Of Documents From The United States* (Dkt. No. 5173). The United States' and Abbott's request to submit replies in support of these various motions by May 2, 2008 is HEREBY GRANTED.

Dated: _____, 2008

                                                                                       _____
                                                                                       Honorable Patti B. Saris
                                                                                       United States District Judge