## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br><br>**Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:**<br><br>*City of New York, et al. v.*<br>*Abbott Laboratories, et al.*<br>**Civil Action No. 04-cv-06054 et al.** | **Magistrate Judge Bowler** |

### MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc, and Boehringer Ingelheim Corporation, in the above captioned matter:

> Seth A. Gastwirth
> KIRKLAND & ELLIS LLP
> 200 East Randolph Drive
> Chicago, Illinois 60601-6636
> Telephone: 312-861-2000
> Facsimile: 312-861-2200
> sgastwirth@kirkland.com

Mr. Gastwirth is an associate at the law firm of Kirkland & Ellis LLP. Mr. Gastwirth is not a member of the bar of the United States District Court for the District of Massachusetts. Mr. Gastwirth is a member in good standing of the bars of the following courts:

The Supreme Court of New York

The Supreme Court of Illinois

The United States District Court for the Northern District of Illinois

The United State District Court for the Eastern District of New York

The United States District Court for the Southern District of New York

Attached hereto as Exhibit A is the Affidavit of Seth A. Gastwirth setting forth his

qualifications for *pro hac vice* admission.

The appropriate filing fee has been submitted to the Clerk of the Court under separate

cover.


Dated: April 23, 2008

Respectfully submitted,



By: /s/ *Richard Goldstein*
　　　Bruce Singal, BBO #464420
　　　Richard Goldstein, BBO #565482
　　　DONOGHUE, BARRETT & SINGAL, P.C.
　　　One Beacon Street, Suite 1320
　　　Boston, MA 02108
　　　Telephone: (617) 720-5090



## CERTIFICATE OF SERVICE

I, Richard Goldstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on April 23, 2008.

/s/ *Richard Goldstein*
Richard Goldstein

2