# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:
*City of New York, et al. v.*
*Abbott Laboratories, et al.*
Civil Action No. 04-cv-06054 et al.

MDL No. 1456

Master File No. 01-12257-PBS

Judge Patti B. Saris

Magistrate Judge Bowler

### AFFIDAVIT OF SETH A. GASTWIRTH

I, Seth Gastwirth, depose and state as follows:

1.      I am an attorney at law licensed to practice in the State of Illinois.  I was admitted

to the Illinois Bar in 2004.  I am also admitted to practice in the United States District Courts for

the Northern District of Illinois, and the Southern and Eastern Districts of New York.

2.      I am a resident of Illinois and have been a practicing attorney for over three years.

3.      I am currently an attorney in the law firm of Kirkland & Ellis LLP.

4.      I am a member in good standing of the Illinois Bar and am duly licensed and

admitted to practice law by the State of Illinois.  My Illinois attorney identification number is

6282932.

5.      I am a member in good standing of the New York Bar and am duly licensed and

admitted to practice law by the State of New York.

6.      I have never been suspended or disbarred in any jurisdiction and there are no

disciplinary actions pending against me.

7.      My clients, Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim

Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a

Boehringer Ingelheim Roxane, Inc. (collectively the "Boehringer Defendants"), in the above-captioned action, have requested that I represent its interests in this matter. The Boehringer Defendants has been my client since February 2008, and I have been actively involved in representing the Boehringer Defendants' interests since that time.

8.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will continue to represent the Boehringer Defendants in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amendable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury this 22nd day of April, 2008.

Seth A. Gastwirth

2