```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
_____
IN RE PHARMACEUTICAL INDUSTRY    )
AVERAGE WHOLESALE PRICE          )    MDL NO. 1456
LITIGATION                       )    CIVIL ACTION NO.
_____)    01-CV-12257-PBS
                                 )
                                 )
THIS DOCUMENT RELATES TO:        )
                                 )
All Actions.                     )
_____)
```

**PROCEDURAL ORDER RE:**
**RECUSAL**

**April 25, 2008**

**BOWLER, U.S.M.J.**

My recent February 22, 2008 marriage to Marc A. Pfeffer, M.D., Ph.D., raises an issue regarding whether this court should recuse itself due to the prohibitions set forth in 28 U.S.C. § 455(b)(4) and/or 28 U.S.C. § 455(b)(5).

Dr. Pfeffer is a cardiologist at the Brigham and Women's Hospital in Boston and the Dzau Professor of Medicine at Harvard Medical School.  He is internationally known in the field of clinical trials.  Over the course of his career he has interfaced with the pharmaceutical industry on numerous occasions in various roles.

As of January 1, 2008, Dr. Pfeffer had Clinical Trial Agreements (through grants to the Brigham and Women's Hospital) with the following entities:  Amgen; Baxter; Bristol-Myers

Squibb; Celladon; Novartis and Sanofi-Synthelabo.

In addition, as of January 1, 2008, Dr. Pfeffer had consulting agreements with:  Cytokinetics; Daichi Sankyo; GlaxoSmithKline (GSK); Medtronic Vascular Inc.; Mitsubishi Pharma America; Novartis; Pharmacopeia; Via Pharmaceuticals and Zensun.

In addition, Dr. Pfeffer holds patents with active licensing agreements with Novartis Pharmaceuticals and Boehringer Ingelheim International GmbH.

Accordingly, I direct all parties to review the recusal provisions of 28 U.S.C. § 455.  If any party objects to my continued involvement in this action, the party should file an objection on or before May 16, 2008.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge