UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Hon. Patti B. Saris |

**ASTRAZENECA DEFENDANTS' NOTICE
OF WITHDRAWAL WITHOUT PREJUDICE
OF ITS RENEWED MOTION FOR INJUNCTION**

Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and AstraZeneca PLC (collectively, "AstraZeneca") hereby withdraw, without prejudice, their motion dated January 17, 2008 [Docket Entry No. 5004] to enjoin the plaintiff in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) (the "New Jersey action"), and the plaintiff's counsel, The Haviland Law Firm and Mr. Donald E. Haviland, Jr., Esq., from prosecuting overlapping claims and defendants in that state court action.

On April 11, 2008, the state court dismissed the New Jersey action without prejudice.[1] The state court's order of dismissal is attached as Exhibit A to this notice. AstraZeneca expressly reserves the right to renew its motion if the New Jersey plaintiff

---

[1] The New Jersey court dismissed this action as a result of the plaintiff's failure to produce the president of the International Union of Operating Engineers, Local No. 68 in response to a properly served deposition notice.

and/or Mr. Haviland again attempt to assert any class claim against AstraZeneca that overlaps class claims asserted in this Court.

Dated:  Boston, Massachusetts
April 25, 2008

Respectfully Submitted,

By:  /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO #496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca PLC, and Zeneca Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on April 25, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                              /s/ Katherine B. Schmeckpeper
                                              Katherine B. Schmeckpeper