# EXHIBIT A

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA, PLC, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>DOCKET NO.: MON-L-3136-06<br><br>**ORDER**<br><br>FOR THE REASONS STATED ON THE RECORD. |

THIS MATTER having been opened to the Court by Defendants, TAP Pharmaceutical Products, Inc., AstraZeneca LP, AstraZeneca PLC, Sanofi-Synthelabo, Inc., Boehringer Ingelheim Corp., Ben Venue Labs, Inc. (and Bedford Labs, a Division of Ben Venue Labs, Inc.), Roxane Labs, Inc. (n/k/a Boehringer Ingelheim Roxane, Inc.), Hoffmann-La Roche Inc., ALZA Corp., Novartis Pharmaceuticals Corp., G.D. Searle LLC, Sandoz Pharmaceutical Corp., Takeda Pharmaceutical Co. Ltd. (f/k/a Takeda Chemical Industries, Ltd., and Wyeth Pharmaceuticals (collectively "Defendants") upon notice to Plaintiffs, and the Court having considered the motion papers, supporting certifications, and for good cause shown,

IT IS on this __11__ day of __April__, 2008, hereby:

ORDERED, that Defendants' Motion to Dismiss is granted. w/o prej.

_____
Honorable Louis F. Locascio, J.S.C.

This Motion was
(____) opposed
(____) unopposed



FILED APR 11 2008
LOUIS F. LOCASCIO, J.S.C.

1924319-01