# EXHIBIT D



**U.S. Department of Justice**

Civil Division, Fraud Section

---

601 D Street, NW
Ninth Floor
Washington, D.C. 20004

*Telephone: (202) 514-3345*
*Telecopier: (202) 305-4117*

JAN 2 4 2008

*Via Electronic and U.S. Mail*
David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:   Average Wholesale Price Multi-District Litigation
      MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Dave:

I am writing in response to your September 6, 2007 letter regarding a provider table for the MSIS data produced by the United States. My understanding is that CMS has a public use file known as the Provider of Services or POS file. It contains data regarding the provider certification and status, including facility and service characteristics, provider type and location. The description is on the CMS web site if you need further clarification.

Very truly yours,

Laurie A. Oberembt
Senior Trial Counsel
Commercial Litigation Branch

cc:   AUSA George B. Henderson, II
      AUSA Mark Lavine
      U.S. Dept. of Justice

      James Breen
      The Breen Law Firm

      Neil Merkl
      Sarah L. Reid
      Eric Gortner