**EXHIBIT C**

Page 1

                    UNITED STATES DISTRICT

              FOR THE DISTRICT OF MASSACHUSETTS


         ---------------------------X

         IN RE:  PHARMACEUTICAL         )  MDL NO. 1456

         INDUSTRY AVERAGE WHOLESALE     )  CIVIL ACTION

         PRICE LITIGATION               )  01-CV-12257-PBS

         THIS DOCUMENT RELATES TO       )

         U.S. ex rel. Ven-a-Care of     )

         of the Florida Keys, Inc.      )

              v.                        )  No.06-CV-11337-PBS

         ABBOTT LABORATORIES, INC.,     )

         ---------------------------X


              (cross captions appear on following pages)


              Deposition of HARRY LEO SULLIVAN

                         Volume I

                    Nashville, Tennessee

                  Tuesday, March 12, 2008

                         9:05 a.m.

```
                                              Page 2
 1        UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF MASSACHUSETTS
 3  ---------------------------X
 4  IN RE:  PHARMACEUTICAL    )  MDL NO. 1456
 5  INDUSTRY AVERAGE WHOLESALE )  CIVIL ACTION
 6  PRICE LITIGATION          )  01-CV-12257-PBS
 7  THIS DOCUMENT RELATES TO   )
 8  ALL CASES IN MDL NO. 1456  )
 9  ---------------------------X
10
11
12       IN THE SUPERIOR COURT FOR THE
13            STATE OF ALASKA
14      THIRD JUDICIAL DISTRICT AT ANCHORAGE
15  ---------------------------X
16  STATE OF ALASKA,          )
17       Plaintiff,      )  Case No.
18  vs.                ) 3AN-06-12026 CI
19  ALPHARMA BRANDED PRODUCTS  )
20  DIVISION, INC., et al.,   )
21       Defendants.    )
22  ---------------------------X
```

```
                                              Page 3
 1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2             STATE OF HAWAII
 3  ---------------------------X
 4  STATE OF HAWAII,          )
 5       Plaintiff,      )  Case No.
 6  vs.                ) 06-1-0720-04 EEH
 7  ABBOTT LABORATORIES, INC., )
 8  et al.,                   )
 9       Defendants.    )
10  ---------------------------X
11
12
13  IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF
14     IDAHO, IN AND FOR THE COUNTY OF ADA
15  ---------------------------X
16  STATE OF IDAHO,           )
17       Plaintiff,      )  Case No.
18  vs.                ) CV 0C 0701847
19  ALPHARMA USPD, INC.,      )
20  et al.,                   )
21       Defendant.     )
22  ---------------------------X
```

```
                                              Page 4
 1  IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 2       COUNTY DEPARTMENT, CHANCERY DIVISION
 3  ---------------------------X
 4  THE PEOPLE OF THE         )
 5  STATE OF ILLINOIS,        )
 6       Plaintiff,      )  Case No.
 7  vs.                )  05 CH 02474
 8  ABBOTT LABORATORIES,      )
 9  et al.,                   )
10       Defendants.    )
11  ---------------------------X
12         COMMONWEALTH OF KENTUCKY
13      FRANKLIN CIRCUIT COURT - DIV. I
14  ---------------------------X
15  COMMONWEALTH OF KENTUCKY,  )
16  ex rel. GREGORY D. STUMBO, )
17  ATTORNEY GENERAL          )  Civil Action
18       Plaintiff,      )  NO. 04-CI-1487
19  vs.                   )
20  ALPHARMA USPD, INC., et al.,)
21       Defendants.    )
22  ---------------------------X
```

```
                                              Page 5
 1         COMMONWEALTH OF KENTUCKY
 2      FRANKLIN CIRCUIT COURT - DIV. II
 3  ---------------------------X
 4  COMMONWEALTH OF KENTUCKY,  )
 5       Plaintiff,      )  Civil Action
 6  vs.                )  NO. 03-CI-1134
 7  ABBOTT LABORATORIES, INC., )
 8  et al.,                   )
 9       Defendants.    )
10  ---------------------------X
11         COMMONWEALTH OF KENTUCKY
12      FRANKLIN CIRCUIT COURT - DIV. II
13  ---------------------------X
14  COMMONWEALTH OF KENTUCKY,  )
15  ex rel. GREGORY D. STUMBO, )
16  ATTORNEY GENERAL          )
17       Plaintiff,      )  Civil Action
18  vs.                )  NO. 03-CI-1135
19  WARRICK PHARMACEUTICALS   )
20  CORP., et al.,            )
21       Defendants.    )
22  ---------------------------X
```

|   | Page 6 |
|---|---|
| 1 | STATE OF WISCONSIN CIRCUIT COURT |
| 2 | DANE COUNTY Branch 9 |
| 3 | -----------------------------X |
| 4 | STATE OF WISCONSIN,         ) |
| 5 |      Plaintiff,     ) |
| 6 | vs.             ) Case No. 04-CV-1709 |
| 7 | AMGEN INC., et al.,      ) |
| 8 |      Defendants.    ) |
| 9 | -----------------------------X |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | FOR THE DISTRICT OF MASSACHUSETTS |
| 12 | -----------------------------X |
| 13 | IN RE:  PHARMACEUTICAL      ) |
| 14 | INDUSTRY AVERAGE WHOLESALE  ) |
| 15 | PRICE LITIGATION         ) |
| 16 | -----------------------------X |
| 17 | THIS DOCUMENT RELATES TO:   ) |
| 18 | State of California, ex rel.  ) |
| 19 | Ven-A-Care v. Abbott      ) |
| 20 | Laboratories, Inc., et al.   ) |
| 21 | CASE #: 1:03-cv-11226-PBS    ) |
| 22 | -----------------------------X |

|   | Page 8 |
|---|---|
| 1 | STATE OF NEW YORK |
| 2 | SUPREME COURT: COUNTY OF ERIE |
| 3 | -----------------------------X |
| 4 | COUNTY OF ERIE,          ) |
| 5 |      Plaintiff,     ) |
| 6 | vs.             ) Index No. 05-2439 |
| 7 | ABBOTT LABORATORIES, INC., ) |
| 8 | et al.,            ) |
| 9 |      Defendants.    ) |
| 10 | -----------------------------X |
| 11 |  |
| 12 | IN THE CIRCUIT COURT FOR |
| 13 | MONTGOMERY COUNTY, ALABAMA |
| 14 | -----------------------------X |
| 15 | ITMO:  ALABAMA MEDICAID   ) MASTER DOCKET |
| 16 | PHARMACEUTICAL AVERAGE   ) NO. CV-2005-219 |
| 17 | WHOLESALE PRICE LITIGATION  ) |
| 18 | -----------------------------X |
| 19 | THIS DOCUMENT RELATES TO:   ) |
| 20 | State of Alabama v.       ) |
| 21 | Abbott Laboratories, Inc.   ) |
| 22 | -----------------------------X |

|   | Page 7 |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF MASSACHUSETTS |
| 3 | -----------------------------X |
| 4 | IN RE:  PHARMACEUTICAL     ) MDL NO. 1456 |
| 5 | INDUSTRY AVERAGE WHOLESALE  ) CIVIL ACTION |
| 6 | PRICE LITIGATION         ) 01-CV-12257-PBS |
| 7 | -----------------------------X |
| 8 | THIS DOCUMENT RELATES TO   ) |
| 9 | U.S. ex rel. Ven-a-Care of The) |
| 10 | Florida Keys, Inc., et al.,   ) |
| 11 | v Boehringer Ingelheim    ) |
| 12 | Corporation, et al.,       ) |
| 13 | No. 07-CV-10248-PBS      ) |
| 14 | -----------------------------X |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |

|   | Page 9 |
|---|---|
| 1 | Videotaped deposition of HARRY LEO |
| 2 | SULLIVAN, held at the law offices of Neal & |
| 3 | Harwell, 150 Fourth Avenue North, Nashville, |
| 4 | Tennessee 37219, the proceedings being recorded |
| 5 | stenographically by Fred W. Jeske, a Registered |
| 6 | Professional Court Reporter and Notary Public of |
| 7 | the State of Tennessee, and transcribed under |
| 8 | his direction. |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |

Page 10

```
 1  A P P E A R A N C E S:
 2
 3  On behalf of the United States of America:
 4
 5      JUSTIN DRAYCOTT, ESQ.
 6      United States Department of Justice
 7      P. O. Box 261
 8      Ben Franklin Station
 9      Washington, DC  20044
10      justin.draycott@usdoj.gov
11
12
13  On behalf of the State of California:
14
15      NICHOLAS PAUL, ESQ. (Via phone)
16      Deputy Attorney General
17      1455 Frazee Road, Suite 315
18      San Diego, CA 92108
19      (619) 688-6800
20
21
22  (CONTINUED)
```

Page 11

```
 1  A P P E A R A N C E S:  (CONTINUED)
 2
 3  On behalf of the State of Alabama:
 4
 5      PAUL LYNN, ESQ.  (Via phone)
 6      Beasley, Allen, Crow, Methvin,
 7      Portis & Miles, PC
 8      218 Commerce Street
 9      Montgomery, Alabama 36104
10      (800) 898-2034
11
12
13  On behalf of Abbott Laboratories, Inc.:
14
15      DAVID TORBORG, ESQ.
16      Jones Day
17      51 Louisiana Avenue, N.W.
18      Washington, DC 20001-2113
19      (202) 879-3939
20      dstorborg@jonesday.com.
21
22
```

Page 12

```
 1  A P P E A R A N C E S:  (CONTINUED)
 2
 3  On behalf of Dey, Inc., Dey L.P., and Mylan:
 4
 5      CLIFFORD KATZ, ESQ.
 6      Kelley, Drye & Warren LLP
 7      101 Park Avenue
 8      New York, New York 10178
 9      (212) 808-7720
10      ckatz@kelleydrye.com
11
12
13  On behalf of Roxane Laboratories and
14  Boehringer Ingelheim:
15
16      MIRIAM LIEBERMAN, ESQ. (Via phone)
17      Kirkland & Ellis
18      200 East Randolph Drive
19      Chicago, Illinois 6060
20      (312) 861-2285
21      mlieberman@kirkland.com
22
```

Page 13

```
 1  A P P E A R A N C E S:  (CONTINUED)
 2
 3  On behalf of Schering-Plough Corporation,
 4  Schering Corporation and Warrick Pharmaceuticals
 5  Corporation:
 6
 7      C. SCOTT JONES, ESQ. (Via phone)
 8      Locke, Lord, Bissell & Liddell
 9      2200 Ross Avenue, Suite 2200
10      Dallas, Texas 75201
11      (214) 740-8459
12      sjones@lockeliddell.com
13
14
15  Also present:
16
17      Tony Nolan, videographer
18
19
20
21
22
```

Sullivan, Harry Leo                                              March 12, 2008
                                 Nashville, TN

                                                                    Page 14
```
 1              I N D E X
 2
 3  WITNESS: HARRY LEO SULLIVAN            PAGE
 4      Direct by Mr. Torborg..................... 018
 5      Cross by Mr. Katz......................... 259
 6      Cross by Mr. Draycott..................... 309
 7      Redirect by Mr. Torborg................... 327
 8
 9             E X H I B I T S
10  NUMBER         DESCRIPTION              PAGE
11  Exhibit Abbott 574-HHD 142-0268-283............ 080
12  Exhibit Abbott 575-ACMDL 77735-736............. 126
13  Exhibit Abbott 576-VAC-MDL 75533-566........... 134
14  Exhibit Abbott 577-HHC 002-0423-430............ 145
15  Exhibit Abbott 578-HHC 002-0400-407............ 156
16  Exhibit Abbott 579-HHC 902-0657-665, excluding
17           061 & 062.................... 166
18  Exhibit Abbott 580-An Analysis of the Cost of
19           Dispensing Third-Party
20           Prescriptions in Chain
21           Pharmacies
22           (No Bates numbers).......... 179
```

                                                                    Page 15
```
 1              E X H I B I T S
 2  NUMBER         DESCRIPTION              PAGE
 3  Exhibit Abbott 581-HHD 022-0201-203............ 202
 4  Exhibit Abbott 582-HHD 021-0121-122............ 205
 5  Exhibit Abbott 583-HHD 006-0341-346............ 224
 6  Exhibit Abbott 584-HHC 001-0657-660............ 233
 7  Exhibit Dey 124   -DEY-MDL 0105083-089......... 301
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

                                                                    Page 16
```
 1              P R O C E E D I N G S
 2
 3         VIDEOGRAPHER: Here begins Volume 1,
 4  Videotape No. 1 in the deposition before Leo
 5  Sullivan in the matter of in re Pharmaceutical
 6  Industries Average Wholesale Price Litigation, in
 7  the United States District Court for the District
 8  of Massachusetts, case number is 01-CV-12257-PVS,
 9  and related cases.
10         Today's date is the 12th of March,
11  2008.
12         Time on the video monitor is 9:05.  The
13  video operator today is Tony Nolan.
14         This video deposition is taking place
15  at 150 Fourth Avenue North, Suite 1900,
16  Nashville, Tennessee.
17         Counsel, please identify yourselves and
18  state whom you represent.
19         MR. TORBORG:  David Torborg with Jones
20  Day on behalf of Abbott Laboratories.
21         MR. KATZ:  Cliff Katz from Kelley Drye
22  representing the Dey defendants.
```

                                                                    Page 17
```
 1         MR. DRAYCOTT:  Justin Draycott,
 2  Department of Justice, for the United States.
 3         MS. LIEBERMAN:  On the phone, this is
 4  Miriam Lieberman with Kirkland and Ellis.  I
 5  represent Roxane Laboratories, Inc. and certain
 6  other companies affiliated with Boehringer
 7  Ingelheim Corporation.
 8         MR. LYNN:  My name is Paul Lynn.  I
 9  represent the State of Alabama and I'm with the
10  Beasley Allen law firm.
11         MR. PAUL:  And I'm Nicholas Paul, and I
12  am with the California Attorney General's office,
13  for California.
14         MR. JONES:  This is Scott Jones with
15  the Locke Lord firm in Dallas, Texas,
16  representing Warrick.
17         VIDEOGRAPHER:  Would the reporter
18  please swear in the witness.
19
20         HARRY LEO SULLIVAN,
21  having been first duly sworn, testified as
22  follows:
```

                                                    5 (Pages 14 to 17)

Page 18

1           DIRECT EXAMINATION
2    BY MR. TORBORG:
3        Q.  Good morning, Mr. Sullivan.
4        A.  Good morning.
5        Q.  Could I ask you to state your name for
6    the record, please.
7        A.  Harry Leo Sullivan.
8        Q.  Thank you.  My name is David Torborg.
9    I'm a lawyer with the firm Jones Day, and we
10   represent Abbott Laboratories, the party who has
11   noticed your deposition here today.  At least
12   initially.
13            Could I get your current business
14   address.
15       A.  1850 Memorial Boulevard, Suite 202,
16   Murfreesboro, Tennessee.
17       Q.  And what is your current home address?
18       A.  101 Overcast Court, Murfreesboro,
19   Tennessee.
20       Q.  Do you have any plans to move your
21   business or your personal address in the near
22   future?

Page 19

1        A.  No.
2        Q.  Okay.  Do you have any plans on opening
3    up a new business or starting a new job or
4    anything like that?
5        A.  No.
6        Q.  Have you been deposed before today?
7        A.  Yes.
8        Q.  Okay.  How many times have you been
9    deposed?
10       A.  Maybe 10 or 12.
11           You're not talking about on this
12   matter, are you?
13       Q.  No.  Just generally speaking.
14       A.  Okay.  Okay.
15       Q.  Have you been deposed on this matter
16   before?
17       A.  No.
18       Q.  Have you been deposed in connection
19   with any case that related to prescription drugs?
20       A.  Yes.
21       Q.  Okay.  Can you briefly tell me about
22   those.

Page 20

1        A.  Um, it would have involved different
2    things from depositions regarding appeals, for
3    example, of Medicaid services back when I worked
4    for Medicaid, to federal court processes where
5    advocacy groups had sued the State of Tennessee
6    for services or, or other issues.
7        Q.  What do you recall about the case or
8    cases where the advocacy groups were suing the
9    State of Tennessee regarding services?
10       A.  Well, it would -- there were a variety
11   of issues.  Service limits.  Whether or not
12   particular items were covered.  Some of the cases
13   involved issues of compliance with previous
14   consent decrees, court orders, things like that,
15   on behalf -- on the part of the state.
16       Q.  Have you been involved in any
17   depositions relating to the pricing or payment of
18   prescription drugs?
19       A.  No.
20       Q.  Have you provided any testimony at any
21   hearing relating to that topic?
22       A.  No.

Page 21

1        Q.  Have you provided any testimony at a
2    trial of any litigation or other proceeding --
3        A.  No.
4        Q.  -- about that topic?
5        A.  No.
6        Q.  Well, you probably understand the
7    ground rules for a deposition pretty well by now
8    but I would like to go over just a few points so
9    we're on the same page.
10           First, you have done a great job of
11   this so far, but you'll need to respond verbally
12   to the questions so that Fred can put down the
13   answer.
14           Second, and this is the most important,
15   please tell me if you don't understand any
16   question that I ask today.
17           I don't know the material I'm sure as
18   well as you do.  I may say something that's not
19   quite right.  Feel free to offer a correction to
20   my question so that we can get through this as
21   soon as possible.
22       A.  Sure.

6 (Pages 18 to 21)

Page 326

1      A.  No.
2          MR. KATZ:  Objection to form.
3      A.  Nor federal matching share either.
4          MR. DRAYCOTT:  That was my last
5  question.
6          THE WITNESS:  Outstanding.
7          MR. TORBORG:  I have a couple follow-up
8  questions.  If anyone -- see if anyone else on
9  the phone has any.  Anyone?
10         MS. LIEBERMAN:  Roxane would like to
11 reserve the right to ask questions at a later
12 date.
13         MR. DRAYCOTT:  I'm not representing
14 this witness, but I think the witness's
15 preference, and he can state it for himself,
16 would be to get this deposition finished today.
17         THE WITNESS:  That's correct.
18         MR. TORBORG:  Is there anybody else who
19 has questions today for Mr. Sullivan? I have a
20 couple follow-ups, but I'll wait until everyone
21 else has had a chance to question.
22         MR. LYNN:  This is Paul Lynn.  I do not

Page 327

1  have any questions.
2          MR. JONES:  This is Scott Jones.  Go
3  ahead.
4          MR. TORBORG:  Okay.
5
6             REDIRECT EXAMINATION
7  BY MR. TORBORG:
8      Q.  Mr. Sullivan, I have just a couple
9  followup questions from the questions Mr.
10 Draycott had asked you.
11         First, Mr. Draycott asked you some
12 questions about a thousand percent spreads on
13 drugs; correct?
14     A.  Yes,sir.
15     Q.  And asked you if your testimony should
16 be seen by the jury in this case as endorsing or
17 not endorsing such spreads and whether or not
18 payment of a thousand percent spreads would be
19 appropriate.  Do you recall that?
20     A.  Yes.
21     Q.  Do you believe the better way to look
22 at the appropriateness of a Medicaid program

Page 328

1  paying a margin or spread on a drug is the dollar
2  value of the spread rather than the percentage?
3      A.  You know, at certain ends of the scale,
4  both need to be looked at, but I would agree that
5  the dollar difference is something that needs to
6  be looked at first, because, you know, a thousand
7  percent makes headlines but doesn't mean anything
8  if you don't have a dollar amount affixed to it.
9      Q.  And do you think expressing spreads in
10 terms of a percentage, like Mr. Draycott did, can
11 oftentimes --
12         MR. DRAYCOTT:  Objection.
13 BY MR. TORBORG:
14     Q.  -- misconvey the real spread that's
15 being paid by a Medicaid program?
16     A.  That's possible.
17     Q.  It may be that a spread of a thousand
18 percent might be an appropriate amount to pay,
19 depending on the facts and circumstances of both
20 the drug involved and the services involved in
21 paying those, dispensing those drugs?
22     A.  It gets back to partially this thought

Page 329

1  process of not wanting the drug to merely be a
2  commodity.  So if, for example, your dispensing
3  fee is limited to 2.50 and the drug -- and it is
4  a very inexpensive drug, and it does cost 6 bucks
5  to dispense that drug to a Medicaid patient,
6  ratcheting down reimbursement based on a
7  percentage of profit on the ingredients side may
8  make it prohibitive for that provider to dispense
9  the product.  If that makes sense.
10     Q.  It does.
11         If I could ask you to take out the
12 United States complaint once again, Tab 19.  It's
13 paragraph 42.  This is the point in the complaint
14 that states AWP is used to refer to the price at
15 which a pharmaceutical firm or a wholesaler sells
16 a drug to a retail customer who then administers
17 it to a patient; correct?
18     A.  Yes.
19     Q.  Mr. Draycott had asked you some
20 questions whether or not you were aware of the
21 legal definition of AWP; is that right?  Do you
22 recall that?

83 (Pages 326 to 329)