**EXHIBIT D**

Page 250

```
              UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - -
IN RE:  PHARMACEUTICAL          )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )  CIVIL ACTION

PRICE LITIGATION                )  01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )  Judge Patti B. Saris

the Florida Keys, Inc.          )

     v.                         )  Chief Magistrate

Abbott Laboratories, Inc.,      )  Judge Marianne B.

No. 06-CV-11337-PBS             )  Bowler
- - - - - - - - - - - - - - - -

          (cross-captions on following pages)


                        Washington, D.C.

                        Thursday, February 27, 2007

                        9:00 a.m.



     Videotaped deposition of DEIRDRE DUZOR

                Volume II
```

Page 251

1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2         IN AND FOR LEON COUNTY, FLORIDA
3  THE STATE OF FLORIDA
4  ex rel.
5  ------------------
6  VEN-A-CARE OF THE FLORIDA KEYS,   )
7  INC., a Florida Corporation, by and )
8  through its principal officers and )
9  directors, ZACHARY T. BENTLEY and  )
10 T. MARK JONES,                     )
11      Plaintiffs,       ) Civil Action
12   vs.              ) No. 98-3032G
13 MYLAN LABORATORIES INC.; MYLAN    )
14 PHARMACEUTICALS INC.; NOVOPHARM   ) Judge William
15 LTD., SCHEIN PHARMACEUTICAL, INC.; ) L. Gary
16 TEVA PHARMACEUTICAL INDUSTRIES    )
17 LTD.; TEVA PHARMACEUTICAL USA; and )
18 WATSON PHARMACEUTICALS, INC.,     )
19      DEFENDANTS.       )
20 ------------------
21
22

Page 252

1          IN THE CIRCUIT COURT OF
2         MONTGOMERY COUNTY, ALABAMA
3  ---------------
4  STATE OF ALABAMA,       )
5       Plaintiff,    )
6    vs.          ) Case No. CV-2005-219
7  ABBOTT LABORATORIES, INC.,  ) Judge Charles Price
8  et al.,            )
9       Defendants.   )
10 ---------------
11             Washington, D.C.
12             Thursday, February 27, 2007
13             9:00 a.m.
14    Videotaped deposition of DEIRDRE DUZOR, called
15 for examination by counsel for Abbott Laboratories
16 in the above-entitled matter, taken at the law
17 offices of Jones Day, 51 Louisiana Avenue, N.W.,
18 Washington, D.C. 20001-2113, the proceedings being
19 recorded stenographically by Jonathan Wonnell, a
20 Registered Professional Court Reporter and Notary
21 Public of the District of Columbia, and transcribed
22 under his direction.

Page 253

1       A P P E A R A N C E S   O F   C O U N S E L
2
3  On behalf of the United States of America:
4
5      ANA MARIA MARTINEZ, ESQ.
6      United States Department of Justice
7      99 N.E. 4th Street
8      Miami, Florida 33132
9      (305) 961-9431
10     ana.maria.martinez@usdoj.gov
11
12
13 On behalf of the U.S. Department of Health &
14 Human Services:
15
16     BRIAN A. KELLEY, ESQ.
17     U.S. Department of Health & Human Services
18     Office of General Counsel, CMS Division
19     330 Independence Avenue, S.W., Room 5345
20     Washington, D.C. 20201
21     (202) 205-8702
22

Page 254

1       A P P E A R A N C E S   (Cont'd)
2
3  On behalf of the State of Alabama:
4
5      H. CLAY BARNETT, III, ESQ. (via phone)
6      Beasley, Allen, Crow, Methvin, Portis &
7      Miles, P.C.
8      218 Commerce Street
9      Montgomery, Alabama 36104
10     (800) 898-2034
11     clay.barnett@beasleyallen.com
12
13 On behalf of the State of California:
14
15     RITA HANSCOM, ESQ. (via phone)
16     California Attorney General's Office
17     Civil Prosecutions Unit
18     P.O. Box 85266
19     110 West A Street, #1100
20     San Diego, California 82186
21     (619) 688-6099
22     rita.hanscom@doj.ca.gov

2 (Pages 251 to 254)

```
                                    Page 255                                         Page 257
 1       A P P E A R A N C E S  (Cont'd)         1       A P P E A R A N C E S  (Cont'd)
 2                                               2
 3   On behalf of the State of Florida:          3   On behalf of Brisol-Myers Squibb:
 4                                               4
 5       MARY S. MILLER, ESQ. (via phone)        5       SANDHYA P. KAWATRA, ESQ. (via phone)
 6       Office of the Attorney General of Florida 6     Hogan & Hartson
 7       PL-01, The Capitol                      7       875 Third Avenue
 8       Tallahassee, Florida 32399-1050         8       New York, New York 10022
 9       (850) 414-3600                          9       spkawatra@hhlaw.com
10       mary_miller@oag.state.fl.us            10       (212) 918-3542
11                                              11
12                                              12
13   On behalf of the City of New York and all New York  13  On behalf of Dey, Inc., Dey, L.P. and Mylan:
14   Counties other than Nassau and Orange; the States  14
15   of Wisconsin, Illinois, Kentucky, Idaho, Alaska,   15      NEIL MERKL, ESQ.
16   Hawaii, South Carolina and Mississippi:    16       Kelley, Drye & Warren LLP
17                                              17       101 Park Avenue
18       MICHAEL WINGET-HERNANDEZ, ESQ.         18       New York, New York 10178
19       Winget-Hernandez, LLC                  19       (212) 808-7811
20       3112 Windsor Road, Suite 228           20       nmerkl@kelleydrye.com
21       Austin, Texas 78703                    21
22       michael@winget-hernandez.com           22
                                    Page 256                                         Page 258
 1       A P P E A R A N C E S  (Cont'd)         1       A P P E A R A N C E S  (Cont'd)
 2                                               2
 3   On behalf of Ven-A-Care of the Florida Keys, Inc.:  3  On behalf of Roxane Laboratories and
 4                                               4   Boehringer Ingelheim:
 5       ROSLYN G. POLLACK, ESQ.                 5
 6       Berger & Montague P.C.                  6       JOHN W. REALE, ESQ.
 7       1622 Locust Street                      7       Kirkland & Ellis
 8       Philadelphia, Pennsylvania 19103-6305   8       200 East Randolph Drive
 9       (215) 875-3000                          9       Chicago, Illinois 60601
10       rpollack@bm.net                        10       (312) 861-3452
11                                              11       jreale@kirkland.com
12                                              12
13   On behalf of Abbott Laboratories, Inc.:    13
14                                              14   On behalf of Sandoz, Inc.:
15       DAVID TORBORG, ESQ.                    15
16       Jones Day                              16       LARA A. BERWANGER, ESQ. (via phone)
17       51 Louisiana Avenue, N.W.              17       White & Case LLP
18       Washington, D.C. 20001-2113            18       1155 Avenue of the Americas
19       (202) 879-3939                         19       New York, New York 10036-2787
20       dstorborg@jonesday.com                 20       (212) 819-2549
21                                              21       lberwanger@whitecase.com
22                                              22
```

3 (Pages 255 to 258)

Page 259

```
 1          A P P E A R A N C E S  (Cont'd)
 2
 3   On behalf of Schering-Plough Corporation,
 4   Schering Corporation and Warrick
 5   Pharmaceuticals Corporation:
 6
 7        GINGER APPLEBERRY, ESQ. (via phone)
 8        Locke, Liddell & Sapp
 9        2200 Ross Avenue, Suite 2200
10        Dallas, Texas 75201
11        (214) 740-8459
12        gappleberry@lockeliddell.com
13
14
15
16   ALSO PRESENT:
17
18        CONWAY BARKER, Videographer
19
20
21
22
```

Page 260

```
 1             C O N T E N T S
 2
 3   WITNESS: DEIRDRE DUZOR                PAGE
 4      Examination By Mr. Torborg................ 265
 5
 6
 7             E X H I B I T S
 8   NUMBER         DESCRIPTION              PAGE
 9   Exhibit Abbott 488, Document entitled State
10         Dispensing Fee Activites
11         (No Bates ref)............. 280
12   Exhibit Abbott 489, article in "Drug Topics"
13         entitled Latebreakers: Iowa,
14         Kansas boost dispensing
15         fees" (no Bates refs)...... 286
16   Exhibit Abbott 490, HHC 002-0172 through 0175.. 349
17   Exhibit Abbott 491, HHC 020-0925 through 0928.. 357
18   Exhibit Abbott 492, Shepherd e-mail to McNeill
19         dated 6/23/00 forwarding a
20         Wiberg e-mail (no Bates
21         ref)....................... 419
22   (CONTINUED)
```

Page 261

```
 1          E X H I B I T S  (CONTINUED)
 2   NUMBER         DESCRIPTION              PAGE
 3   Exhibit Abbott 493, Article from "Drug Topics"
 4         entitled "On AMP Issue,
 5         Feds and Pharmacists Are
 6         Wide Apart" (No Bates ref). 427
 7   Exhibit Abbott 494, Power Point presentation by
 8         Steven Stranne 11/10/04
 9         (no Bates ref)............. 447
10   Exhibit Abbott 495, NASMD 0001285 through 1287. 450
11   Exhibit Abbott 496, NASMD 0001288 through 1292. 462
12   Exhibit Abbott 497, NASMD 0001293 through 1295. 467
13   Exhibit Abbott 498, Transcript of testimony of
14         Dennis Smith before the
15         Committee on Finance on
16         Medicaid Fraud and Abuse
17         6/28/05 (No Bates ref)..... 469
18   Exhibit Abbott 499, Transcript of a fall 2006
19         meeting of the National
20         Association of State
21         Medicaid Directors,
22         11/15/06 (no Bates ref).... 478
```

Page 262

```
 1          E X H I B I T S  (CONTINUED)
 2   NUMBER         DESCRIPTION              PAGE
 3   Exhibit Abbott 520, Document on Maryland
 4         Pharmacy Coalition
 5         letterhead entitled Federal
 6         Deficit Reduction Act
 7         (No Bates ref)............. 480
```

Page 263

1          P R O C E E D I N G S
2              (9:22 a.m.)
3          THE VIDEOGRAPHER:  In the United States
4    District Court for the District of Massachusetts
5    In Re: Pharmaceutical Industry Average Wholesale
6    Price Litigation, related to the United States of
7    America ex rel. Ven-A-Care of the Florida Keys
8    Incorporated versus Abbott Laboratories
9    incorporated et al., Case Number 01-CV-12257 PBS,
10   and other cross noticed cases, this is volume 2
11   in the deposition of Deirdra Duzor.
12         Today's date is February 27th 2008.
13   The location of the deposition is Jones Day, 51
14   Louisiana Avenue, Northwest, Washington, D.C.
15   Will counsel please identify yourselves and state
16   whom you represent?
17         MR. TORBORG:  David Torborg from Jones
18   Day on behalf of Abbott Laboratories.
19         MR. MERKL:  Neil Merkl from Kelley Drye
20   representing the Dey companies.
21         MR. REALE:  John Reale from Kirkland &
22   Ellis.  I represent the Boehringer entities.

Page 264

1          MS. MARTINEZ:  Ani Martinez on behalf
2    of the United States.
3          MR. KELLEY:  Brian Kelley on behalf of
4    the Department of Health and Human Services.
5          MS. POLLACK:  Roslyn Pollack, Berger &
6    Montague, on behalf of the relator, Ven-A-Care of
7    the Florida Keys.
8          MR. WINGET-HERNANDEZ:  Michael Winget-
9    Hernandez.  I'm here on behalf of the City of New
10   York and the New York Counties on MDL 1256 except
11   for Nassau and Orange.  I'm also here on behalf
12   of Wisconsin, Illinois, Kentucky, Idaho, Alaska,
13   Hawaii, South Carolina and Mississippi.
14         THE VIDEOGRAPHER:  Those on the phone,
15   could you please identify yourself?
16         MS. HANSCOM:  Good morning.  Rita
17   Hanscom on behalf of the Department of Justice of
18   California.
19         MS. MILLER:  Mary Miller on behalf of
20   the Florida Office of the Attorney General.
21         MR. BARNETT:  Clay Barnett from Beasley
22   Allen on behalf of the State of Alabama.

Page 265

1          MS. BERWANGER:  Lara Berwanger on
2    behalf of Sandoz, Inc.
3          MS. APPLEBERRY:  Ginger Appleberry on
4    behalf of Schering, Schering-Plough and Warrick
5    Pharmaceuticals, Inc.
6          MS. KAWATRA:  Sandhya Kawatra, Hogan &
7    Hartson, on behalf of Bristol-Myers Squibb.
8          THE VIDEOGRAPHER:  The court reporter
9    is Jon Wonnell.  The video camera operator is
10   Conway Barker, both on behalf of Henderson Legal
11   Services.  This deposition commences at 9:24.
12   Please swear in the witness.
13
14   Whereupon,
15         DEIRDRE DUZOR,
16   called as a Witness, was duly sworn by Jonathan
17   Wonnell, a Notary Public in and for the District
18   of Columbia, and was examined and testified as
19   follows.
20
21         EXAMINATION BY COUNSEL FOR ABBOTT
22   LABORATORIES

Page 266

1    BY MR. TORBORG:
2       Q.   Good morning, Ms. Duzor.
3       A.   Good morning.
4       Q.   And welcome back.  My name is David
5    Torborg.  We met last time.  And I'm with the
6    firm of Jones Day.  We represent Abbott
7    Laboratories in one of the cases for which this
8    deposition has been noticed.
9            Before we get started I wanted just to
10   repeat again some basic guidelines of how I'd
11   like to proceed today.  The first is you'll need
12   to respond verbally to my questions so that Mr.
13   Wonnell can transcribe your response.  And most
14   importantly please let me know if you don't
15   understand my question, if there's anything
16   unclear about it.  Otherwise I will assume you
17   understand it and you're able to provide a
18   response.  Can we have that agreement?
19      A.   That's fine.
20      Q.   From time to time Ms. Martinez or
21   others in the room may say objection after I ask
22   a question.  Objections are being made for

Page 487

 1    A.  Yes.
 2    Q.  The next paragraph states, in part, the
 3  two measures, the markup and the margin yield
 4  very different pictures.  Do you see that?
 5    A.  Yes, I do.
 6    Q.  And then the next paragraph states
 7  "Because pharmacies' cost of filling a
 8  prescription is largely unrelated to the cost for
 9  acquiring its ingredients or the size of the
10  prescription, the dollar markup is a better
11  indicator of the size or adequacy of Medicaid's
12  reimbursements to pharmacies than is the
13  percentage margin."  Do you see that?
14    A.  Yes, I do.
15    Q.  Do you agree with that?
16    A.  Yeah.  I think statistically you're
17  looking at numbers, yes.  It tells -- it's more
18  descriptive of the situation than a dollar
19  figure.
20    Q.  This is indicating that the dollar
21  markup is the better indicator.
22    A.  Oh, yeah.  Yes, I do understand that.

Page 488

 1    Q.  And do you agree with that?
 2    A.  Yes.  Because if you have a
 3  prescription that's a dollar and you have a
 4  hundred percent markup, that's only another
 5  dollar.  That's all it is.
 6    Q.  Pharmacies are paid in dollars, not
 7  percentages; is that fair to say?
 8    A.  That's fair to say.
 9    Q.  If you could go to 476 -- it should be
10  the next one there.  For the record, 476 is a
11  document titled "CBO testimony: Statement of
12  Douglas Holtz-Eakin, the director, payments for
13  prescription drugs under Medicaid before the
14  Special Committee On Aging, United States Senate,
15  July 20, 2005."  Take a look at that and let me
16  know if you're familiar with this statement.
17    A.  No.  I don't recall seeing this
18  statement.
19    Q.  Do you know who Mr. Douglas Holtz-Eakin
20  is?
21    A.  No, I don't.
22    Q.  You never met with him?

Page 489

 1    A.  No, I haven't.
 2    Q.  If I could ask you to go to page 4,
 3  there's a table 1 titled "Components of
 4  Medicaid's Payments for Prescription Drugs"?
 5    A.  Right.
 6    Q.  And there's a column "Medicaid's
 7  payments to pharmacies, acquisition costs,
 8  markups," and then "percentage of prescriptions
 9  dispensed."  Do you see that?
10    A.  Yes, I do.
11    Q.  Do you have an understanding of what
12  this chart reflects?
13    A.  Yes.
14    Q.  Is it showing that the average dollar
15  markup on a -- or difference between Medicaid's
16  payments to pharmacies and acquisition costs for
17  all drugs is $13.80?
18    A.  Yes.
19    Q.  And is it showing that for all generic
20  drugs the average is also $13.80?
21    A.  Yes.
22    Q.  And for brand-name drugs also $13.80.

Page 490

 1  Do you see that?
 2    A.  Yes, I do.  Amazing.
 3    Q.  And then the next paragraph or the
 4  second one under that chart notes "When the
 5  amount a pharmacist retains on a generic drug is
 6  higher than the amount retained on its brand-name
 7  counterpart, the pharmacist has a clear incentive
 8  to dispense the generic drug.  Thus, the higher
 9  markups on newer generic drugs probably give
10  pharmacists a strong incentive, where possible,
11  to steer beneficiaries to those drugs.
12         "From the perspective of the system as
13  a whole, that outcome may be desirable because it
14  makes the total cost of the prescription much
15  lower than if the brand-name drug were used.
16  Maintaining such incentives might be an important
17  consideration in assessing Medicaid's payment
18  system for prescription drugs."  Do you see that?
19    A.  Yes, I do.
20    Q.  As the co-leader of CMS's pharmacy team
21  focusing on Medicaid payments for drugs, amongst
22  other issues, are these the kind of

61 (Pages 487 to 490)