## ALTERNATE SITE SALES FORCE

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Alberti, Mary A. | Located but no responsive documents | Former Employee* |
| Aldy, Gary Keith | Produced | Former Employee* |
| Anders, Krista L. | Located but no responsive documents | Former Employee* |
| Anderson, Tonita F. | Produced | Current Hospira, collection on-going |
| Austin-Marley, Kimberly D. | Cannot locate file | Former Employee* |
| Avila, Graciela | Produced | Former Employee* |
| Balzer, Jeffrey F. | Produced | Current Hospira, collection on-going |
| Beck, Michael G. | Produced | Current Hospira, collection on-going |
| Beyrami, Jacquelyn R. | Produced | Former Employee* |
| Bishop, Kenneth A. | Located but no responsive documents | Former Employee* |
| Blackwell, Ronald L. | Produced | Former Employee* |
| Blakley, G. Lance | Located but no responsive documents | Former Employee* |
| Blooston, James A. | Located but no responsive documents | Former Employee* |
| Bobnar, Sharon D. | Located but no responsive documents | Former Employee* |
| Bolt, Joanna M. | Located but no responsive documents | Former Employee* |
| Boxer, Howard A. | Cannot locate file | Former Employee* |
| Buck, Matthew E. | Produced | Terminated from Abbott on 5/1/04, collection on-going |
| Buffington, Karen | Produced | Terminated from Abbott on 5/1/04, collection on-going |
| Bukaty, Kelly R. | Produced | Former Employee* |
| Cadichon-Bance, Martine | Produced | Current Hospira, collection on-going |
| Cannon, Robert E. | Produced | Former Employee* |

---

\* Former employees, who no longer work for Abbott or Hospira, are outside Abbott's possession, custody or control. The practice at Abbott throughout the time period 1991-2003 was for a field sales representative who left the company to transfer working files to his or her replacement in the territory. Thus, the most likely available source for working files of these former employees is with the current field sales force of Hospira. Abbott requested relevant documents from the current Hospira Alt Site field sales force (44 people). Thus far, 17 of those people have executed confirmations stating that they have no responsive documents, and those confirmations have been produced to DOJ. Abbott is following up with the remaining 27 people.

-1-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Cardozo, Jeffrey L. | Located but no responsive documents | Former Employee* |
| Carey, Amy M. | Located but no responsive documents | Former Employee* |
| Casey, Christopher R. | Located but no responsive documents | Former Employee* |
| Clark, Melissa | Located, responsive documents to be produced | Current Abbott, collection on-going |
| Coffin, Bruce E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Coleman, Chandra D. | Produced | Former Employee* |
| Collins, Thomas J. | Located but no responsive documents | Former Employee* |
| Colon, Samuel E. | Produced | Former Employee* |
| Colon, Wilfredo | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Connell-Wolf, Jennifer L. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Connors, Robert W. | Produced | Former Employee* |
| Cooper-Siegel, Crystal E. | Cannot locate file | Former Employee* |
| Crofoot, Andrew B. | Produced | Deceased / Former Employee* |
| Crosby, Ngoc | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Dagle, Francis L. | Located but no responsive documents | Former Employee* |
| Davidson, Brian H. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Dawson, Cynthia A. | Produced | Current Hospira, collection complete |
| Dillow, Monte R. | Produced | Current Abbott, collection on-going |
| Drake, Deborah L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Edwards, Ethel L. | Located but no responsive documents | Former Employee* |
| Ellis, Elena M. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Felgenhauer, Carol W. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Finkel, Christine A. | Cannot locate file | Former Employee* |

-2-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Flournoy, J. Edward | Produced | Deceased / Former Employee* |
| Flynn, Michael K. | Produced | Former Employee* |
| French, Eric T. | Produced | Current Abbott, collection on-going |
| Gardner, William C. | Located but no responsive documents | Former Employee* |
| Genuardi, Frank P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Gilmore-Scott, Shannon | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Givens, Kenya | Located but no responsive documents | Former Employee* |
| Glover, Thomas Scott | Located but no responsive documents | Former Employee* |
| Godfrey, Mark W. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Goode-Lauer, Trudy A. | Produced | Current Hospira |
| Gray, Janet | Cannot locate file | Former Employee* |
| Greenwood, Phillip L. | Located but no responsive documents | Former Employee* |
| Greif, Brian J. | Located but no responsive documents | Former Employee* |
| Guzik, Ronald J. | Located but no responsive documents | Former Employee* |
| Haines-Lee, Jeani M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Harling, David W. | Produced | Former Employee* |
| Harsh, Harold Francis | Produced | Current Hospira, collection on-going |
| Hatfield, Amanda C. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Hauschild, James L. | Located but no responsive documents | Former Employee* |
| Haygood, Julie E. | Located but no responsive documents | Former Employee* |
| Heinrich, Laura G. | Located but no responsive documents | Former Employee* |
| Hill, Denis O. | Produced | Former Employee* |
| Hubka, Alison N. | Located but no responsive documents | Former Employee* |
| Ironside, John S. | Destroyed - Employee left company in or before 1992 | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| James, Christopher W. | Produced | Current, Hospira, employee has confirmed no responsive documents |
| Jankowski-Johnson, Deborah L. | Produced | Former Employee* |
| Jansen, Meg E. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Jessup, Kaye | Produced | Current Hospira, employee has confirmed no responsive documents |
| Kelly, Dennis P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Kenney, Ma'at K. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Kent, Julie E. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Kim, Michelle | Located but no responsive documents | Former Employee* |
| Kummings, Melissa J. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Less-Rugnetta, Julie A. | Produced | Former Employee* |
| Lloyd-Jones, Edward G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Lotz, William Greg | Located but no responsive documents | Former Employee* |
| Loughman, Mary M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Love, Cornelius | Located but no responsive documents | Former Employee* |
| Lowe-Astori, Janet | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Lozano, Paul S. | Produced | Current Hospira, |
| Lundy, Jeffrey P. | Located but no responsive documents | Former Employee* |
| Lyjak, Ted D. | Produced | Current Abbott, collection complete |
| Mann, Sherry L. | Located but no responsive documents | Former Employee* |
| Marks, Pamela A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Martinez, Jason A. | Located but no responsive documents | Former Employee* |

-4-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Massaro-Iwan, Angeline C. | Produced | Former Employee* |
| May, Sherry L. | Located but no responsive documents | Former Employee* |
| Mayfield, Clydie G. | Produced | Current Hospira, employee has confirmed no responsive documents |
| McCaffrey, Timothy M. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| McCrary, Martin S. | Located but no responsive documents | Former Employee* |
| McGill, John Douglas | Produced | Current Hospira, employee has confirmed no responsive documents |
| McGuckin-George, Tracy | Located but no responsive documents | Former Employee* |
| McNeal, Jomal L. | Produced | Current Hospira, collection on-going |
| McReynolds, James S. | Located but no responsive documents | Former Employee* |
| Mentze, Laura D. | Produced | Current Hospira, collection on-going |
| Miller, John "Jack" | Located but no responsive documents | Former Employee* |
| Miser, Daryl E. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Mitchell, John E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Moore, Scott A. | Produced | Former Employee* |
| Moran, John Martin "Marty" | Produced | Current Hospira, collection on-going |
| Murphy, Christopher | Located but no responsive documents | Former Employee* |
| Nachamkin, Sharon C. | Cannot locate file | Former Employee* |
| Naylor, Glen G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Nelson, Greg A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Palmer, Laura M. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Paulson, Deborah J. | Produced | Former Employee* |
| Poljak, Sasha | Located but no responsive documents | Former Employee* |
| Pyfer, Paul A. | Produced | Former Employee* |

-5-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Quinby-Baggen, Shannon | Produced | Current Hospira, collection on-going |
| Ramsey, Michael L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Rayford, Aaron | Produced | Current Hospira, employee has confirmed no responsive documents |
| Renick, Anna Marie | Produced | Former Employee* |
| Reynolds, Roger R. | Located but no responsive documents | Former Employee* |
| Ridge, Jean M. | Located but no responsive documents | Former Employee* |
| Roach-Lucas, Doris | Produced | Current Hospira, employee has confirmed no responsive documents |
| Robertshaw, Dawn | Produced | Current Hospira, collection on-going |
| Robertson, Michael C. | Located but no responsive documents | Former Employee* |
| Russert, John D. | Produced | Current Hospira, collection on-going |
| Satterlee, Robert T. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Sattin, Tiffany | Located but no responsive documents | Former Employee* |
| Savage, Marva J. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Schindler, David M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Siemer, William S. | Located but no responsive documents | Former Employee* |
| Sims, John K. | Located but no responsive documents | Former Employee* |
| Smith, Catrina R. | Produced | Current Hospira, collection on-going |
| Smith, Craig D. | Produced | Current Hospira, collection on-going |
| Smith, Michelle I. | Produced | Former Employee* |
| Spiers, Mark J. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Stark, Richard A. | Located but no responsive documents | Former Employee* |
| Steenolsen, Scot | Produced | Former Employee* |
| Stewart, Antoinette | Located but no responsive documents | Former Employee* |
| Strasburg, Pete C. | Located but no responsive documents | Former Employee* |

-6-

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Strassner, Matthew A. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Studdard, Shawn M. | Located but no responsive documents | Former Employee* |
| Sweeney, Edwin Joseph "Joe" Jr. | Produced | Former Employee* |
| Szewczyk, Mark D. | Produced | Former Employee* |
| Taty-Montoya, Karen A. | Cannot locate file | Terminated from Abbott 5/1/04, collection on-going |
| Tedeschi, John E. | Located but no responsive documents | Former Employee* |
| Terhune, Charlotte | Located, responsive documents to be produced | Former Employee* |
| Theriot-Sobo, Julia | Produced | Former Employee* |
| Thiel, Margo L. | Cannot locate file | Former Employee* |
| Thrawl-Sellers, Michelle L. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Tiffany, Patrick F. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Valdez, Ricardo B. | Located but no responsive documents | Former Employee* |
| Weiss-Kassak, Lisa | Produced | Current Hospira, employee has confirmed no responsive documents |
| Xavier, Melissa K. | Produced | Terminated from Abbott 5/1/04, collection on-going |
| Young, Diana L. | Produced | Former Employee* |
| Zackowski, David J. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Zitlow, David P. | Produced | Former Employee* |