Page 1

```
               IN THE UNITED STATES

            DISTRICT OF MASSACHUSETTS

     ---------------------------X

     IN RE:  PHARMACEUTICAL     )

     INDUSTRY AVERAGE WHOLESALE )

     PRICE LITIGATION           ) MDL No. 1456

     ---------------------------) Civil Action No.

     THIS DOCUMENT RELATES TO:  ) 01-CV-12257-PBS

     ALL CASES                  ) Judge Patti B. Saris

     ---------------------------X


     ***************************************************

         ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION

       OF ABBOTT LABORATORIES, INC. (JERRY GOLDSON)

                    March 6, 2008

     ***************************************************
```

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF ABBOTT LABORATORIES, INC. (JERRY GOLDSON), taken in the above-entitled cause pursuant to the Federal Rules of Civil Procedure of the United States District Courts, pertaining to the taking

Page 230

```
 1  that --
 2      A.  And the archive master, yes.
 3      Q.  The archive claim master?
 4          On Exhibit 15 is the letter that had
 5  the 34 additional files that were identified.
 6  It's a letter on the letterhead of Jones Day.
 7      A.  They're out of order; 14, 15.  Yes.
 8      Q.  Okay.  So there are 34 files listed
 9  here which are described on page 1.  It says
10  (reading):
11          "In addition to the two files we have
12  provided to you, Abbott has restored 34
13  additional files which are described below."
14          Are you -- have you seen any kind of
15  listing of the files that have been restored by
16  Pat?
17      A.  No.  You mean currently?
18      Q.  Yes, in connection with the production.
19      A.  I have not.
20      Q.  Did you play any role in gathering
21  together the list of files that were restored?
22      A.  No.
```

Page 231

```
 1      Q.  And how -- have you -- are you aware of
 2  any kind of a complete list of all of the
 3  different files that might exist on those backup
 4  tapes?
 5      A.  Well, that would be obtainable from --
 6  by Pat running a -- a listing on the tape.
 7      Q.  And your expectation, though, would be
 8  that all of the files in the data dictionary
 9  would be on the backup tapes?
10      A.  Yes.
11          MS. GEISLER:  Mark, can we take a five-
12  minute break right here?  Just for a second.  I
13  want to talk to the witness.
14          MR. LAVINE:  Sure.
15          THE VIDEOGRAPHER:  We are off the
16  record at 5:01 p.m.
17          (Brief pause.)
18          THE VIDEOGRAPHER:  We are back on the
19  record at 5:04 p.m.
20          MS. GEISLER:  We want to clarify the
21  last group of questions, so I don't know if you
22  want to just let him explain, or you want to ask
```

Page 232

```
 1  the questions again.
 2          THE WITNESS:  You want me to clarify?
 3  BY MR. LAVINE:
 4      Q.  Yeah, a clarification would be fine, if
 5  there is clarified information you want to offer.
 6      A.  I was reminded that actually I did
 7  create this spreadsheet, and --
 8      Q.  And you're referring to the second page
 9  of Exhibit 15?
10      A.  The second page, yes.
11      Q.  What was the source of the information
12  that you derived this from?
13      A.  List of files on the system that I
14  thought would be -- would be meaningful.
15      Q.  But on what system?
16      A.  Yeah, on CHIP system, using the --
17  going through the data dictionary.
18      Q.  I'm a little mixed up.  There is no
19  operating version of CHIP right now, is there?
20      A.  No.
21      Q.  So when you say "CHIP system," what do
22  you mean?
```

Page 233

```
 1      A.  Well, there is two things.  One -- the
 2  restore tapes have all the files on them, all the
 3  CHIP system files.
 4      Q.  Okay.
 5      A.  What I -- what I went through is data
 6  dictionary-type document and listed these files
 7  as being master files that would be candidates to
 8  be included.
 9      Q.  All right.  So this actually is not a
10  list of everything that had been restored.  It's
11  a list of --
12      A.  Right.
13      Q.  (Continuing) -- the files you
14  identified that you thought would be potentially
15  relevant --
16      A.  Right.
17      Q.  (Continuing) -- to further inquiry.
18      A.  Right.
19      Q.  And after the questions we've worked
20  through today, you've identified --
21      A.  Several more.
22      Q.  (Continuing) -- a couple additional
```

59 (Pages 230 to 233)