Robey 30(b)(6), Victoria HIGHLY CONFIDENTIAL                March 20, 2007
                          Baltimore, MD

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------X

IN RE: PHARMACEUTICAL           : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      : CIVIL ACTION:

PRICE LITIGATION                : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO        :

U.S. ex rel. Ven-A-Care of      : Judge Patti B. Saris

the Florida Keys, Inc. v.       :

Abbott Laboratories, Inc.,      : Chief Magistrate

No. 06-CV-11337-PBS             : Judge Marianne B.

                                : Bowler

---------------------------X

HIGHLY CONFIDENTIAL

Tuesday, March 20, 2007

The video 30(b)(6) deposition of VICTORIA ROBEY,

called for oral examination by Counsel for the

Defendant Abbott Laboratories, Inc., pursuant to

notice, held in the law offices of Hogan &

Hartson, 111 South Calvert Street, Baltimore,

Maryland 21202, beginning at 9:20 a.m., before

Page 74

1  on behalf of all of CMS with respect to this.
2          MR. COOK: Oh, sure.
3          BY MR. COOK:
4      Q   Oh, sure. We're not asking you what
5  you've done to gather documents. I'm not asking
6  for CMS to testify about what you, Vicky Robey,
7  did to preserve the documents.
8          MS. MARTINEZ: No, no. What I mean
9  is that you were not asking -- since this is a
10 30(b)(6) depo, I just want to be clear on the
11 record that that was not the answer on behalf of
12 CMS.
13         BY MR. COOK:
14     Q   Correct. That question and answer,
15 you were testifying as Vicky Robey, not as the
16 designee of the 30(b)(6). I should have made
17 that clear.
18         Back into character, though -- do we
19 have a copy of the complaint?
20         MR. GABEL: The original?
21         MR. COOK: Yes.
22         BY MR. COOK:

Page 75

1      Q   I'd like to show you real quickly --
2  we'll set those aside and come back it -- a copy,
3  I'll mark it as Exhibit Abbott 070.
4              (Exhibit Abbott 070,
5              document entitled Original
6              Complaint, was marked for
7              identification.)
8          MS. MARTINEZ: Could I see it before
9  you --
10         MR. COOK: Oh, absolutely. It is a
11 copy of -- that one is thicker because it is two
12 of them. It is a copy of the original complaint
13 filed by Ven-a-Care. It indicates on the cover
14 sheet that Ven-a-Care put on the document
15 Original Complaint filed on about June 23, 1996.
16 I believe that's incorrect for the record, that
17 it is 1995, inasmuch as the civil case number is
18 a '95 case number.
19         MS. MARTINEZ: Do you have an extra
20 copy that counsel for Ven-a-Care could use?
21         MR. COOK: Absolutely. Absolutely.
22         MS. THOMAS: Thank you.

Page 76

1          MR. COOK: Does anybody else need a
2  copy? I would love to get rid of them so I don't
3  have to carry them back.
4          BY MR. COOK:
5      Q   If you could just take a quick
6  moment, I realize that's a lengthy document but
7  take a look at it and tell me whether you've ever
8  seen that document before?
9          MS. THOMAS: You might want to
10 clarify whether you mean, whether she's ever seen
11 this document that may or may not have had these
12 redactions.
13         MR. COOK: Okay.
14         THE WITNESS: No. I've never seen
15 this before.
16         BY MR. COOK:
17     Q   Either with or without the
18 redactions?
19     A   No.
20     Q   And just for the record, on page 69,
21 it indicates that it was served on June 23 of
22 1995.

Page 77

1          To the best of your knowledge,
2  Ms. Robey, did CMS institute any document
3  preservation instruction in connection with this
4  complaint that was filed on June 23, 1995?
5      A   Not that I'm aware of.
6      Q   Going back to the February 19, 2004
7  memorandum included within Exhibit Abbott 069, are
8  you aware of any subsequent memoranda that were
9  issued relating to the litigation described in
10 this February 19, 2004 memorandum regarding
11 preservation of documents?
12     A   There was one after this in January
13 of 2007, I believe.
14     Q   And what did that one -- again, is
15 that a privileged communication?
16         MS. MARTINEZ: Objection to the
17 extent it calls for privileged communication.
18 You may be able to ask her if she has information
19 from anybody who is a nonlawyer regarding that.
20         BY MR. COOK:
21     Q   Just sticking with the memorandum and
22 then moving on to information from a nonlawyer,