Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL NO. 1456

AVERAGE WHOLESALE PRICE           )

LITIGATION                        ) CIVIL ACTION:

                                  ) 01-CV-12257-PBS

                                  ) Judge Patti B. Saris

                                  ) Magistrate Judge

                                  ) Marianne B. Bowler

THIS DOCUMENT RELATES TO

U.S. ex rel. Ven-A-Care of the

Florida Keys,Inc., v.

Abbott Laboratories, Inc., et al.

No. 06-CV-11337-PBS

(Caption continues on next page.)

_____

VIDEOTAPED DEPOSITION OF

CODY WIBERG

Taken March 14, 2008

Commencing at 9:13 a.m.

Page 54

1  products. And they used the inflated average
2  wholesale prices essentially as a marketing tool,
3  And that, in turn, resulted in essentially false
4  claims being submitted to federal health care
5  programs. Most notably, Medicaid and Medicare.
6  BY MR. COOK:
7    Q. And just so we understand the -- the
8  parameters of your testimony today, do you have any
9  personal knowledge of what Abbott specifically did
10 or didn't do with respect to the reporting of
11 prices for Abbott products?
12   A. No.
13   Q. Okay. Before getting to some more
14 substantive questions, Mr. Wiberg, are you aware of
15 any efforts by the Minnesota Medicaid Program to
16 preserve -- first of all, let me step back. Are
17 you familiar with a litigation hold or a document
18 preservation effort, what that would involve?
19   A. I -- well, I'm not 100 percent sure what you
20 may be referring to, but --
21   Q. I can ask it a little bit differently.
22   A. Well, I think I -- I think I know what you

Page 55

1  may be getting at. I'm assuming you're -- you're
2  referring to whether or not the Department has
3  received requests for documents that might be
4  pertinent to some sort of a lawsuit.
5    Q. And has it ever been your experience when you
6  were with Minnesota Medicaid that the agency would
7  make efforts to prevent documents from being lost,
8  because there is relevant litigation pending
9  somewhere.
10   A. Yes. We had a -- at least for part of the
11 time I was there, we had a retention schedule. And
12 we did keep documents -- you know, when I was
13 there, I had documents from my predecessors going
14 back to the early 1980s. And I started in 1999.
15 Now, right before I moved from the Medicaid Program
16 to the pharmacy, the Department of Human Services
17 was in the process of move -- or consolidating from
18 eight separate locations into three. And the state
19 built a new office building that housed the
20 majority of the Department of Human Services,
21 including the Health Care Administration that I
22 worked for.

Page 56

1    As a run up to that process, we all had to
2  revamp the retention schedules. We had to go
3  through all of our documents, decide what needed to
4  be kept, what could be discarded. Anything that
5  was kept -- and then that was -- we were going to
6  keep for any length of time was -- was scanned, and
7  saved into a document management system. Most of
8  that happened after I left the department, but it
9  was on the run up there, we were doing that. So,
10 yeah, we were actively, for the last
11 year-and-a-half I was there, involved in trying to
12 decide what documents needed to be kept, which
13 could be thrown, which actually had to be sent to
14 the state historical society for archiving
15 purposes, yeah.
16   Q. Now, at that time, and today, it's your
17 understanding that the State of Minnesota is not
18 involved in any litigation with Abbott, correct?
19   A. That's my understanding.
20   Q. At the time, were you aware that the Federal
21 Government had this case under seal as to Abbott?
22      MR. FAUCI: Objection. What time period?

Page 57

1      MR. COOK: 2005.
2    A. I don't think so. I don't recall.
3  BY MR. COOK:
4    Q. And this may be a self-answering question,
5  but when you were going through the process of
6  deciding what to keep, what to archive, what to
7  throw away at the department of health and human
8  services, did this case, and were there documents
9  needed to be retained for this case, it all entered
10 into that equation.
11   A. No. This case? No.
12   Q. And had anybody from the Department of
13 Justice or the CMS contacted the State of Minnesota
14 to ask that documents that might relate to this
15 case be preserved?
16      MR. FAUCI: Objection, form.
17   A. Not to my knowledge.
18      MR. COOK: I'm changing subjects. Would
19 this be a good time to take a short break?
20      THE WITNESS: It would. I need some
21 coffee.
22      VIDEOGRAPHER: We are going off the video

15 (Pages 54 to 57)