Page 1

UNITED STATES DISTRICT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------X

IN RE: PHARMACEUTICAL           )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

PRICE LITIGATION                )   01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )

of the Florida Keys, Inc.       )

   v.                           )   No.06-CV-11337-PBS

ABBOTT LABORATORIES, INC.,      )

---------------------------X

   (cross captions appear on following pages)

Deposition of HARRY LEO SULLIVAN

Volume I

Nashville, Tennessee

Tuesday, March 12, 2008

9:05 a.m.

Page 26

1  left in January 2004?
2     A.  Yes.  And should be still maintained by
3  the State of Tennessee.
4     Q.  But when you worked for the State of
5  Tennessee, you did have some documents that would
6  have been responsive.
7     A.  Sure.
8     Q.  Is that fair to say?
9     A.  Sure.  Absolutely.
10    Q.  Tell me again what, what position you
11 had when you left.
12    A.  I was the director of the pharmacy --
13 some pharmacy services for TennCare.
14    Q.  Director of pharmacy services would be
15 your title?
16    A.  Yes.
17    Q.  How long did you have that job?
18    A.  I began in 19 -- in the fall of 1989
19 and left in January of 2004.
20    Q.  You had that job the, the same title,
21 the entire time?
22    A.  No.  For about a six-month period of

Page 27

1  time I left that department and went to another
2  department in state government, and then shortly
3  left to the private sector and then was -- and
4  then returned to the job.  So for about a, oh,
5  nine-month window around, in '96 period of time,
6  I was not in that position.  Then I was back into
7  that position, until January of 2004.
8     Q.  So help me trace that.  I want to trace
9  through that specifically.  In 1989 you started
10 as the director of pharmacy services.  And then
11 you had that job until what time?
12    A.  Some -- I couldn't -- I'd have to get
13 you exact dates.  In '96.
14    Q.  Okay.
15    A.  I left for about a nine-month period of
16 time.
17    Q.  Then came back and held the same
18 position?
19    A.  Yes.
20    Q.  Okay.  During your time as the director
21 of pharmacy services of TennCare, did you receive
22 any direction, either oral or written, to retain

Page 28

1  documents that might relate to drug pricing or
2  average wholesale price?
3     A.  Can you restate that?
4     Q.  Sure.  While you were the director of
5  pharmacy services at TennCare --
6     A.  Um-hum.
7     Q.  -- from 1989 through 2004, with the
8  exception of the nine-month window, did you ever
9  receive a written or oral direction to retain
10 documents that might relate to drug pricing or
11 average wholesale price?
12    A.  Direction from whom?  I'm unclear.
13    Q.  Anybody.
14    A.  Anybody?
15    Q.  Anybody.
16    A.  I can't say that anybody specifically
17 told me to retain those documents, no.
18    Q.  Do you recall anyone generally telling
19 you there may be litigation relating to issues of
20 pharmacy payment?
21    A.  Well, --
22    Q.  We need to retain documents.

Page 29

1     A.  No.  But I would go on to say, if I
2  can, just generally speaking, when you work for
3  state government you're very mindful that nothing
4  you do from a policy standpoint or a programmatic
5  standpoint should be done because of, of all the
6  people you answer, answer to, from the
7  legislature, to the executive branch to the
8  taxpayers, to your own bosses.  You need
9  documentation on whatever you do.  So it would be
10 prudent to retain those kinds of records, and I
11 certainly did.  But I, I don't remember anybody
12 specifically saying if you receive any pricing
13 information, be sure to retain that, that
14 information.
15        We also, and speaking on pricing in
16 general, our computer claims processing system
17 maintained historical data on everything from MAC
18 prices to, to updates from Blue Book.
19    Q.  So if somebody wanted to determine
20 which drug products TennCare had a maximal
21 allowable cost on, say, in 1994, you believe the
22 state would have records that would show that.