ABBOTT

INTEROFFICE CORRESPONDENCE

FROM:     Sharon E. Jones
DEPT NO.  324 BLDG. AP6D  EXT. 7 067
DATE:     February 2, 1996

TO: J. G. Kringel
    C. L. Gutman
    C. B. Begley
    J. M. Ibanez
    D. C. Robertson
    G. R. Wiebking
    J. S. Aten
    C. M. Callan
    W. M. Narajowski
    R. E. Tweed
    S. E. Murphy

CC: M. E. Barmak

RE: **Department of Justice**
    **Civil Investigative Demand No. 95-125**

Abbott has been served with a Civil Investigative Demand notifying us that the Department of Justice is investigating whether Abbott submitted, or caused to be submitted, claims for payment to Medicare or Medicaid containing false price information regarding the average wholesale price of certain injectable pharmaceutical drugs.

The Civil Investigative Demand requires Abbott to provide to the government the documents identified on Attachment A. We need your assistance in helping us to identify and locate the documents requested in order to ensure that we have fully complied with the subpoena.

<u>In addition, please ensure that no documents pertaining to the items in Attachment A are destroyed</u>.

Please distribute copies of this memorandum to all individuals reporting to you who may have relevant documents. You will be contacted shortly by me or a legal assistant to obtain the requested documents. In order to comply with the date the documents are due in Washington, D.C., we need to receive them at the Legal Department by February 14, 1996.

If you have any questions, please call me. Thank you for your cooperation.

SEJ/vaf
Attachment

ABT-DOJ 0228265
Confidential

ATTACHMENT A

Time Period Requested:

1986 to the present

Drugs:

- Sodium Chloride 0.9%
- Liposyn II 10%
- Liposyn II 20%
- Vancomycin HCL
- Dextrose 5%
- Lactated Ringers
- Dextrose 5% with Sodium Chloride 0.9%
- Dextrose in Water 50%
- Dextrose in Water 70%
- Aminosyn II 8.5%
- Aminosyn II 10%
- Aminosyn II 15%

Type of Documents Requested:

- Correspondence
- Memoranda
- E-Mail
- Handwritten Notes (including post-its)
- Press Releases
- Articles
- Magazines
- Brochures
- Videotapes
- Invoices
- Calendars
- Diaries
- Meeting Minutes

Documents Requested:

(1) Documents which discuss the setting of the direct price, wholesale acquisition cost and/or AWP as reported to the Red Book, Blue Book and Medi-Span.

ABT-DOJ 0228266
Confidential

(2) Documents which discuss the setting of the price that Abbott uses when it sells to wholesalers or direct purchasers.

(3) Documents which refer to the discrepancy between the direct price and/or AWP and the price that Abbott and the wholesaler actually charges.

(4) Documents which discuss the decision to increase the AWP in 1995 while maintaining or reducing the price for which Abbott sold the following products: Sodium Chloride .9%; Liposyn II 10%; Dextrose 5% in Water; Liposyn II 20%; Dextrose in Water 70%; Aminosyn 10% and Aminosyn 15%.

(5) **Documents which discuss the decision to increase the AWP in 1994 while maintaining or reducing the price for which Abbott sold the following products: Liposyn II 10% for NDC numbers 00074979001 and 00074979003; Vancomycin HCL; Dextrose 5% in Water for NDC number 00074152203; Liposyn 20%; Lactated Ringers; Dextrose in Water 50%; Dextrose in Water 70%; Aminosyn II 8.5% and Aminosyn II 10%.**

(6) Communications (including correspondence) between Abbott and Medispan, Red Book and Blue Book regarding pricing of the drugs listed above.

(7) Communications between Abbott and its wholesalers and/or providers which refer to pricing and reimbursement by Medicare or Medicaid for the drugs listed above.

(8) Invoices to wholesalers, providers and/or suppliers which reflect a sale of the listed drugs at the published AWP.

(9) Licensing or distribution agreements between Abbott and other manufacturers or distributors of the drugs listed above.

(10) Documents between Abbott and any Medicare or Medicaid representative regarding the pricing of the drugs listed above.

ABT-DOJ 0228267
Confidential