**Cicerale, Jerrie AP**

**From:** Adams, Harry AP
**To:** Cicerale, Jerrie AP
**Subject:** RE: 1995 CATALOG
**Date:** Friday, March 10, 1995 4:07PM

Jerrie, correct.

----------

From: Cicerale, Jerrie AP
To: Adams, Harry AP
Subject: RE: 1995 CATALOG
Date: Thu, Mar 9, 1995 11:03AM
Priority: High

Harry -- if you won't know until the end of March then I can assume your increase, if you are having one, won't be effective on 4/3 (like the list price increase).

--Jerrie
3/9/95

----------

From: Adams, Harry AP
To: Cicerale, Jerrie AP
Subject: RE: 1995 CATALOG
Date: Thursday, March 9, 1995 10:40AM

Jerrie, I don't have an answer yet as too what the wholesaler/distributor buy price will be. I hope to have an answer by the end of March.

----------

From: Cicerale, Jerrie AP
To: Adams, Harry AP; Fugett, Kim AP; Yates, Linda AP
Subject: FW: 1995 CATALOG
Date: Tue, Mar 7, 1995 4:23PM
Priority: High

I still need an answer regarding the status of the 4/3/95 price increase.

Thanks, Jerrie 3/7/95

----------

From: Cicerale, Jerrie AP
To: Adams, Harry AP; Fugett, Kim AP
Cc: Turner, Tom AP
Subject: 1995 CATALOG
Date: Friday, February 17, 1995 3:46PM

Harry/Kim -- I am in the process of doing the 4/3/95 price increase. Let me know what you want to do with the OPS wholesale prices. I know last year you had the wholesale increase in May. Please advise what you need for the wholesale increase.

Thanks, Jerrie

**Cicerale, Jerrie AP**

**To:** Welch, Bill AP
**Cc:** Harris, Tim AP; Coles, Pat AP
**Subject:** 95 PRICE INCREASE

Bill -- in reviewing your 95 price changes. Three Inpersol items are under your responsibility. I have them as taking a 4% increase but you did not indicate whether this should be taken or not. Please reply to this note with your response.

| ITEM | CURRENT | NEW PRICE |
|---|---|---|
| 07944-05 | 204.72/12 212.88/12 | |
| 07944-07 | 89.40/6 | 93.00/6 |
| 07945-07 | 94.14/6 | 97.92/6 |

Thanks, Jerrie
3/2/95

AB 0002820
CONFIDENTIAL

4/30/96 added to Master & GVR - & MBM to Jerrie Cicerale to flag.

**Brown, Tena** **AP**

**From:** Cicerale, Jerrie AP
**To:** Marie Adolphs (FAX)
**Cc:** Adams, Harry AP; Brown, Tena AP; Coles, Pat AP; Dawson, Cindy AP; Eklof, Jennifer AP; Fugett, Kim AP; Green, Roberta (Bobette) AP; Hanley, Matthew AP; Harris, Connie AP; Lippis, Rich AP; Longley, Debbie AP; Mitchell, Charlie AP; Thomas, Erik AP; Turner, Tom AP; McCoy, Ned AP; Tamblyn, Janet M. AP; Bryan, Robert E. AP; Charette, Eileen P. AP; Durkee, Dana AP; Geddes, Sue K. AP; Glas, Pat M. AP; Hansell, Pam S. AP; King, Linda R. AP; Kipperman, Steve AP; Latz, Diane M. AP; Leistner, Kristina E. AP; Nosek, Elizabeth J. AP; Orfan, Kevin AP; Parkkonen, Jeri Lynn AP; Pitman, Patience M K AP; Radovan, Michael S. AP; Rafeldt, Sandra K. AP; Renick, Annemarie AP; Skokie, Patricia A. AP; Urban, Bernadine A. AP; VanThiel, Sharon E. AP; Verne, Roger W. AP
**Subject:** NEW ACETYLCYSTEINE ITEMS
**Date:** Monday, April 29, 1996 8:16AM

Marie -- please add the attached 4 new items to CPP. All these items have an intro offer from now until 12/31/96.

<<File Attachment: ACETY.TXT>>

Thanks, Jerrie

Michael,

Would you like these new items flagged?

Tena

ABT213990

April 29, 1996 NEW ACETYLCYSTEINE SOLN ITEMS

Please add the following new items to CPP. I have indicated on the
item
what the inner pack and multiples will be.

An intro price offer is effective immediately until 12/31/96. This
is
offered to MHT-US class customers. Please have the price select r
ead
060602666560. The intro price should be in price field 6. The ha
ndling
charge should be waived during this time frame (field 36=E).

LIST TUC SS IC DESCRIPTION SS P6 P4 P5
P2

GOVT DESC INTRO TRADE WHLS

----------- -- ---------------------------------------------------
----------

03307-01-01 01 ACETYLCYSTEINE 10% PKG/10 12.00 16.90 12.60
12.00
(Inv Sing=10) SOLUTION, USP 4ML
(S/per cs=100)
(Mult =10)
(price Sel 2 = 00000000000040)

03307-03-03 03 ACETYLCYSTEINE 10% PKG/3 15.18 21.42 15.93
15.18
(Inv Sing=3 ) SOLUTION, USP 30ML
(S/per cs=60)
(Mult =20)
(price Sel 2 = 00000000000040)

03308-01-01 01 ACETYLCYSTEINE 20% PKG/10 13.30 18.80 14.00
13.30
(Inv Sing=10) SOLUTION, USP 4ML
(S/per cs=100)
(Mult =10)
(price Sel 2 = 00000000000040)

03308-03-03 03 ACETYLCYSTEINE 20% PKG/3 17.85 25.20 18.75
17.85
(Inv Sing=3 ) SOLUTION, USP 30ML
(S/per cs=60)
(Mult =20)
(price Sel 2 = 00000000000040)

OPS FIELDS:
LIST TUC SS IC ABBREVIATION 23 32 34 36 38 39 4
2 62 PG

```
----------------------------------------------------------------------
----------
03307  01   01   01 ACETYLCYS 10% 4ML     A01 SON  1-999 E   Y   N
N  N 22.2
03307  03   03   03 ACETYCYS 10% 30ML     A01 SON  1-999 E   Y   N
N  N 22.2
03308  01   01   01 ACETYLCYS 20% 4ML     A01 SON  1-999 E   Y   N
N  N 22.2
03308  03   03   03 ACETYCYS 20% 30ML     A01 SON  1-999 E   Y   N
N  N 22.2
```

7/24/96 sent to Jerrie

**Brown, Tena** **AP**

From: Cicerale, Jerrie AP
To: Marie Adolphs (FAX)
Cc: Adams, Harry AP; Brown, Tena AP; Coles, Pat AP; Dawson, Cindy AP; Devall, Lisa AP; Eklof, Jennifer AP; Fugett, Kim AP; Green, Roberta (Bobette) AP; Hanley, Matthew AP; Harris, Connie AP; Lippis, Rich AP; Loewen, Jill AP; Longley, Debbie AP; Mitchell, Charlie AP; Thomas, Erik AP; Turner, Tom AP; McCoy, Ned AP; Tamblyn, Janet M. AP; Bryan, Robert E. AP; Charette, Eileen P. AP; Durkee, Dana AP; Geddes, Sue K. AP; Glas, Pat M. AP; Hansell, Pam S. AP; King, Linda R. AP; Latz, Diane M. AP; Leistner, Kristina E. AP; Nosek, Elizabeth J. AP; Orfan, Kevin AP; Orrick, Lisa AP; Parkkonen, Jeri Lynn AP; Pitman, Patience M K AP; Radovan, Michael S. AP; Rafeldt, Sandra K. AP; Renick, Annemarie AP; Roby, Mabry AP; Sbarbaro, Robert AP; Skokie, Patricia A. AP; Urban, Bernadine A. AP; VanThiel, Sharon E. AP; Verne, Roger W. AP
Subject: NEW FIRSTCHOICE ONCOLOGY ITEM (BLEOMYCIN)
Date: Wednesday, June 26, 1996 10:43AM

Marie -- please add the attached two new items to CPP.

<<File Attachment: ADRIA3.TXT>>

Thanks, Jerrie

Michael.
① These take adria products do we flag for Medicaid?
Tena
No

② Also spoke to Lucy on the N.J. credit balance, she said they submitted it as negative units, do you want to process it?
Tena
No

9-12
163

③ ? Regarding Indigent Patient in Washington D.C.
Done

ABT213397

ABT213398

June 26, 1996 NEW ONCOLOGIC ITEM (BLEOMYCIN)

Please add the following new items to CPP. These will all be priced and sold as eaches. The customer is allowed to purchase an each.

An intro price offer is effective immediately until 12/31/96. This is offered to MHT-US class customers. Please have the price select read 060602666560. The intro price should be in price field 6. The handling charge should be waived during this time frame (field 36=E).

| LIST TUC SS IC | DESCRIPTION | SS DESC | P6 INTRO | P4 TRADE | P5 WHLS | P2 GOVT |
|---|---|---|---|---|---|---|
| A1616-01-01 01 (Inv Sing=1) (Sing/per cs = 72, 2x36) (Multiples of = 1) | BLEOMYCIN SULFATE, USP, 15 UNIT FLIPTOP VIAL | EACH | 195.08 | 243.68 | 215.07 | 195.08 |
| A1636-01-01 01 (Inv Sing=1) (Sing/per cs = 50, 2x25) (Multiples of = 1) | BLEOMYCIN SULFATE, USP, 30 UNIT FLIPTOP VIAL | EACH | 390.16 | 487.36 | 430.14 | 390.16 |

OPS FIELDS:

| LIST | TUC | SS | IC | ABBREVIATION | 23 | 32 | 34 | 36 | 38 | 39 | 42 | 62 | 66 | PG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1616 | 1 | 1 | 1 | BLEOMYCIN 15FT | A01 | ADR | 1-999 | E | Y | N | N | Y | 9 | 19.2 |
| A1636 | 1 | 1 | 1 | BLEOMYCIN 30FT | A01 | ADR | 1-999 | E | Y | N | N | Y | 9 | 19.2 |

**Brown, Tena** **AP**

**From:** Cicerale, Jerrie AP
**To:** Marie Adolphs (FAX)
**Cc:** Adams, Harry AP; Brown, Tena AP; Coles, Pat AP; Dawson, Cindy AP; Devall, Lisa AP; Eklof, Jennifer AP; Fugett, Kim AP; Green, Roberta (Bobette) AP; Harling, David AP; Harris, Connie AP; Loewen, Jill AP; Mitchell, Charlie AP; Moore, Thomas G. AP; Riddle, Kathryn AP; Turner, Tom AP; Nevin, Richard AP; Best, Jon AP; Charette, Eileen P. AP; Diebold, Barbara AP; Dinsmore, Russell AP; Durkee, Dana AP; Geddes, Sue K. AP; Glas, Pat M. AP; Hansell, Pam S. AP; King, Linda R. AP; Leone, Lynn E AP; May, Robert C. AP; Nosek, Elizabeth J. AP; Orrick, Lisa AP; Ozark, Linda AP; Parkkonen, Jeri Lynn AP; Pitman, Patience M K AP; Rafeldt, Sandra K. AP; Roby, Mabry AP; Ruple, Kim AP; Skokie, Patricia A. AP; Urban, Bernadine A. AP; Verne, Roger W. AP; Braun, Steve AP; Price, Elizabeth AP
**Subject:** NEW INJECTABLE ITEM 6695-02
**Date:** Tuesday, June 03, 1997 9:14AM

Marie -- please add the attached new injectable item to CPP. An intro price should also be setup as stated.

<<File Attachment: INJ.TXT>>

Thanks, Jerrie

6/17/97

6-11-97

Michael -
Do you want to flag?
S = Single Source
I = Innovator - Multi Source
N = Non Innovator Multisource

ABT222148

June 3, 1997 SUBJECT: NEW INJECTABLE ITEM (AMIDATE 6695)

Please add the following new item to CPP. I have indicated on the item what the inner pack and multiples will be.

An intro price offer is effective until 8/31/97. This is offered to MHT and US class customers. Please have the price select read 060602666560. The intro price should be in price field 6. The handling charge should be waived during this time frame (field 36=E).

| LIST TUC SS IC | DESCRIPTION | SS DESC | P6 INTRO | P4 TRADE | P5 WHLS | P2 GOVT |
|---|---|---|---|---|---|---|
| 06695-02-02 02 | AMIDATE 40MG (2MG/ML) | PKG/10 | 159.80 | 199.50 | 190.00 | 159.80 |
| (Inv Sing=10) | 20ML FLIPTOP VIAL | | | | | |
| (S/per cs=40) | | | | | | |
| (Mult = 4) | | | | | | |
| (price Sel 2 = 00000000000040) | | | | | | |

OPS FIELDS:

| LIST | TUC | SS | IC | ABBREVIATION | 23 | 32 | 34 | 36 | 38 | 39 | 42 | 62 | PG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06695 | 02 | 02 | 02 | AMIDATE 40MG FTPV | A01 | SKT | 1-499 | E | Y | Y | N | Y | 55.8 |

FIELD 40 = 08061-01-13

ABT222149

**Dawson, Cindy AP**

**From:** Finkel, Christine AP
**To:** Dawson, Cindy AP
**Cc:** Glas, Pat M. AP
**Subject:** Innovatix- Alternate Care
**Date:** Thursday, June 18, 1998 9:06AM
**Priority:** High

Cindy,

Lillian faxed me the award sheets for the new contract July - June. There are four products that need to added on. I have sent you the award sheet via fax for documentation. These products are highlighted for easy reveiw.

2168-03 Magnesium Sulfate 50ml - #32.13/25
~~6102-11 Furosemide 10mg/ml vial 10ml~~ - #10.75/25
~~4541-02 Leucovorin 10mg/ml 10ml~~ - #3.25
~~4541-04 Leucovorin 10mg/ml 30ml~~ - #11.35

Thanks for your help.
Chris

Grp # 2608
AM
Innovatix
7/1/98 - 6/30/99
New York, NY

6-25-98
PAT → Pls Add Xo Profile # [illegible] → 65701
Also, notify wholesalers
Thanks,
cd

ABT 282759

**From:** Cicerale, Jerrie APX
**Sent:** Thursday, April 15, 1999 8:06 AM
**To:** 'Suzanne George(First Databank)'
**Subject:** 4/19/99 PRICE CHANGES ABBOTT LABORATORIES

Suzanne -- attached are the direct price changes for 4/19/99. I have included a text file (TXT) and an excel file. I wasn't sure which format you needed. A few of the items also took a wholesale change, these are marked **. The third attachment XXX.TXT contains only the items where the wholesale price changed along with the direct price. Some of the new items that have been introduced in the last few months are marked *. Check you database to make sure these are listed.

APR419.TXT

apr419.xls

XXX.TXT

If you have any questions let me know. As soon as the new catalogs are published I will send you a copy.

Thanks,

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

Abbott Proprietary Information
**A00434**

ABT-DOJ 0198236

**Trainor, Susan APX**

**From:** Trainor, Susan APX
**Sent:** Thursday, January 27, 2000 3:14 PM
**To:** Harling, David APX
**Cc:** Massaro, Angeline APX; Boyle, Thomas APX; Leone, Lynn E APX
**Subject:** Oncology End-User Pricing

Dave

When I spoke to HOLN regarding our contract proposal they gave me the following insight into our pricing.

We need to adjust the HOLN proposal accordingly.

| List # | Description | Proposed | Need |
|---|---|---|---|
| 04541-02-02 | Leucovorin 10 mg/ml 10 ml FT | $ 2.75 | $ 2.65 |
| G3015-13-13 | Fluorouracil 500 mg Liquid Polymer | $ 11.50 | $ 11.25 |
| G4402-11-11 | Vincristine 1mg/1ml | $ 4.25 | $ 3.80 |
| G4412-11-11 | Vincristine 2mg/2ml | $ 7.25 | $ 6.75 |
| G5040-01-01 | Doxorubicin 10 mg, 5ml | $ 7.60 | $ 5.80 |
| G5046-01-01 | Doxorubicin 50 mg, 25ml | $ 28.75 | $ 28.40 |
| G5643-01-01 | Etoposide 100 mg, glass | $ 6.90 | $ 6.80 |
| G5646-01-01 | Etoposide 500 mg, glass | $ 39.00 | $ 38.15 |

Other products are OK.

Thanks

Susan

Some prices were already lower???

ABT-DOJ 0184468

**Sellers, Mike W APX**

| | |
|---|---|
| **From:** | Adams, Harry APX |
| **Sent:** | Friday, March 23, 2001 6:45 PM |
| **To:** | 'pronosh@allegiance.net'; 'eckertc@allegiance.net'; 'baumgal@allegiance.net'; 'cheryl_holmes@ccmail.allegiance.net'; 'jim.lowther@mckgenmed.com'; 'harry.roye@mckgenmed.com'; 'krusse@owens-minor.com'; 'howard.jagoda@bergenbrunswig.com'; 'gena.rodriguez@bergenbrunswig.com'; 'jluyben@phsyes.com'; 'Jwhite2@owens-minor.com'; 'lbutler@medline.com'; 'lhampton@medline.com'; 'mahaffey.tony.R014@sysco.com'; 'tgibson@phsyes.com'; 'wheeling@burrowsco.com' |
| **Cc:** | Sellers, Mike W APX; DeGrace, Patrick APX; Gerlach, Ron APX; Allen-McKinnon, Robyn APX; Parker, Dan L LN; Ulm, Jim M LN; Butler, Craig R APX; Chavira, Dana APX; Rafeldt, Sandra K APX; Pitman, Patience M APX; Rockett, Sandra L LN; Wolff, Karen E LN; Chronis, Stacey L LN; Brundza, Joe APX; Urban, Bernadine A APX |
| **Subject:** | Acquisition Cost Decrease |

We are reducing the acquisition cost for several of our products effective May 7, 2001. Please make sue that your pricing and contract departments are fully informed of all changes. In order to ensure shelf protection, please provide a complete inventory of all SKU's after the close of Business Saturday May 5, 2001 and forward to the address mentioned in the attached harry gram.

Distributor price change 5-7-2...

Distributor Acquisition Cost D...

We appreciate your cooperation and prompt attention to this matter.

Regards,

Harry

**From:** Nunnery, Michael APX
**Sent:** Tuesday, September 24, 2002 3:43 PM
**To:** Balzer, Jeffrey APX
**Subject:** Mercy Annv 09-02.xls

**Importance:** High

**Attachments:** Mercy Annv 09-02.xls

Jeff, hope this meets your expectations.

Mercy Annv
09-02.xls (1 MB)

ABT-DOJ-E 0181473