# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida* | ) | |
| *Keys, Inc., Zachary T. Bentley, and* | ) | Magistrate Judge Marianne B. Bowler |
| *T. Mark Jones v. Abbott Laboratories, Inc.,* | ) | |
| No. 07-CV-11618-PBS | ) | |

## AGREED MOTION FOR EXTENSION TO FILE OPPOSITION TO ABBOTT'S REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND STAY OF DISCOVERY PENDING APPEAL

1. On April 14, 2008, Abbott filed a Request for Certification of Interlocutory Appeal Under § 1292(b) and Stay of Discovery Pending Appeal.

2. The parties have agreed that Plaintiff, Ven-A-Care of the Florida Keys, Inc. shall have until April 29, 2008 to file its opposition to Abbott's Request.

Dated:  April 28, 2008

Respectfully submitted,
Attorneys for Plaintiff
Ven-A-Care of the Florida Keys, Inc.


   /s/ Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Susan Schneider Thomas
Roslyn G. Pollack
Joy Clairmont
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3000

STERN, SHAPIRO, WEISSBERG & GARIN LLP
Jonathan Shapiro (BBO No. 454220)
90 Canal Street, 5th Floor
Boston, MA 02114-2022
Phone: 617-742-5800

THE BREEN LAW FIRM
James J. Breen (Florida Bar No. 297178)
P.O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1705

GOODE, CASSEB, JONES, RIKLIN,
    CHOATE & WATSON
John E. Clark
2122 North Main Avenue
San Antonio, TX 78212-9680
Phone: 210-733-6030

SO ORDERED:  _____
                      United States District Judge