UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                ) MDL No. 1456
**IN RE PHARMACEUTICAL INDUSTRY**               ) Master File No. 01-12257-PBS
**AVERAGE WHOLESALE PRICE LITIGATION**          )
  _____ )  Judge Patti B. Saris
                                                )
**THIS DOCUMENT RELATES TO:**                   )
*State of California, ex rel. Ven-A-Care v.*    )
*Abbott Laboratories, Inc., et al.*             )
Case No: 03-cv-11226-PBS                        )
_____ )


**THIRD JOINT MEDIATION STATUS REPORT**


Plaintiffs and Defendants ("the Parties") in the above captioned action hereby submit their Third Joint Mediation Status Report in accordance with the Court's Amended Order of Reference for Alternative Dispute Resolution, filed November 15, 2007.

1.   Following the formal mediation session in February, some of the Parties have continued to engage in mediated discussions through Jonathan Marks.

2.   Unless otherwise directed, the Parties will submit their Fourth Joint Mediation Status Report on June 23, 2008.

                    Respectfully submitted,

Dated:  April 29, 2008         EDMUND G. BROWN JR.
                                   Attorney General for the State of California

                                   By:  */s/ Nicholas N. Paul*  .
                                        NICHOLAS N. PAUL
                                        CA State Bar No:  190605
                                        Supervising Deputy Attorney General
                                        Bureau of Medi-Cal Fraud and Elder Abuse
                                        Office of The Attorney General
                                        1455 Frazee Road, Suite 315
                                        San Diego, California  92108
                                        Tel:  (619) 688-6099
                                        Fax:  (619) 688-4200

                                        **Attorneys for Plaintiff,**
                                        **STATE OF CALIFORNIA**

Dated:  April 29, 2008        THE BREEN LAW FIRM, P.A.

                                   By:  */s/ James J. Breen*  .
                                        JAMES J. BREEN
                                        5755 No. Point Parkway, Suite 39
                                        Alpharetta, Georgia  30022
                                        Telephone:  (770) 740-0008
                                        Fax:  (770) 740-9109

                                        **Attorneys for *Qui Tam* Plaintiff,**
                                        **VEN-A-CARE OF THE**
                                        **FLORIDA KEYS, INC.**

                                        **FOR THE DEFENDANTS:**

Dated: April 29, 2008         By:  */s/ Toni-Ann Citera*  .
                                        James R. Daly
                                        Tara A. Fumerton
                                        JONES DAY
                                        77 West Wacker
                                        Chicago, Illinois  60601-1692
                                        Telephone:  (312) 782-3939
                                        Facsimile:  (312) 782-8585

Case 1:01-cv-12257-PBS   Document 5261   Filed 04/29/08   Page 3 of 3

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-8376
Facsimile:  (212) 755-7306

**Counsel for Defendant
ABBOTT LABORATORIES INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on April 29, 2008, I caused a true and correct copy of the foregoing, **THIRD JOINT MEDIATION STATUS REPORT,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    */s/ Nicholas N. Paul*
NICHOLAS N. PAUL
Supervising Deputy Attorney General