UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**In re: Pharmaceutical Industry Average** )
**Wholesale Price Litigation**             )
                                                    )          MDL No. 1456
                                                    )
**This Document Relates to:**           )          Civil Action No. 01-12257-PBS
                                                    )
*U.S. ex rel. West v, Ortho-McNeil*    )          Hon. Patti B. Saris
*Pharmaceutical, Inc. et al.*, No. 03-8239 )
(N.D. Ill.)                                        )
_____)

## [PROPOSED] ORDER

This matter comes before the Court on Relator's Motion for Leave to File Out of Time. It is the order of this Court that Relator's Motion is hereby GRANTED. Relator's Opposition to Defendant's Motion to Dismiss West's Claim for "Marketing the Spread to Hospitals" shall be deemed filed, and the Court Clerk is instructed to file the Opposition as a separate entry on the docket.

_____          _____
Judge/Magistrate                                      Date