UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**In re: Pharmaceutical Industry Average** )
**Wholesale Price Litigation**             )
                                              )          MDL No. 1456
                                              )
**This Document Relates to:**              )          Civil Action No. 01-12257-PBS
                                              )
*U.S. ex rel. West v, Ortho-McNeil*        )          Hon. Patti B. Saris
*Pharmaceutical, Inc. et al.*, No. 03-8239 )
(N.D. Ill.)                                   )
_____)

## MOTION FOR LEAVE TO FILE OUT OF TIME

COMES NOW, Relator Ed West, by his counsel of record, and for his Motion for Leave to File Out of Time, states as follows:

1. On April 2, 2008, Defendant Ortho-McNeil Pharmaceutical, Inc. filed a Motion to Dismiss West's Claim for "Marketing the Spread to Hospitals" and a Memorandum in Support [documents 5189 and 5190 respectively] ("Motion to Dismiss").

2. Pursuant to Local Rule 7.1(b)(2), Relator's Response in Opposition to the Motion to Dismiss ("Opposition") was due on April 16, 2008.

3. On Relator's Unopposed Motion for Extension of Time [document 5215], this Court granted Relator until April 30, 2008 to file his Opposition.

4. Pursuant to Local Rule 5.4(D), Relator's Opposition should have been filed by 6:00pm EDT on April 30, 2008.

5. Relator seeks leave from this Court to file his Opposition out of time. Relator's counsel unintentionally failed to file the Opposition by the required time and meant no offense to the

Court thereby.  Relator's counsel will file this Motion and the Opposition by midnight central time.

6.	Defendant will not be prejudiced in any manner by the untimely filing of the Opposition. Relator will be severely prejudiced if the Opposition is not filed.

7.	Due to the time constraints and the late hour of filing, Relator has not been able to confer with Defendant's counsel regarding their position on this Motion.

8.	The Opposition is attached hereto.  Relator respectfully requests that the Court allow the Opposition to be filed and instruct the Court Clerk to file the Opposition.

WHEREFORE, Relator respectfully prays this Court enter its Order granting Relator's Motion for Leave to File Out of Time, ordering that Relator's Opposition shall be filed, instructing the Court Clerk to file Relator's Opposition, and for such further orders and relief as this Court deems just.

Respectfully submitted,

SIMMONSCOOPER LLC

By: ____/s/John A. Bruegger_____
   John A. Bruegger - #6278821
   Kenneth J. Brennan
   707 Berkshire Blvd.
   East Alton, Illinois  62024
   (618) 259-2222 ~ Ext. 506
   (618) 259-2251 ~ Fax
   Email: jbruegger@simmonscooper.com

   George A. Zelcs - #3123738
   KOREIN TILLERY
   205 North Michigan Ave.
   Chicago, Illinois 60601
   (312) 641-9750 tel
   (312) 641-9751 fax
   Email: gzelcs@koreintillery.com

        Donald M. Flack
        KOREIN TILLERY
        505 North 7th Street, Suite 3600
        St. Louis, Missouri  63101
        (314) 241-4844
        (314) 241-3525 ~ Fax
        dflack@koreintillery.com

        ATTORNEYS FOR RELATOR

## CERTIFICATE OF SERVICE

John A. Bruegger, an attorney, hereby certifies that on May 1, 2008, he electronically filed the foregoing documents with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

A copy of the foregoing also has been served on May 1, 2008 on the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

Scott R. Lassar
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

Scott D. Stein
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

Jordan S. Ginsberg
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL  60601

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC  20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC  20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL  60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL  60601

Charles J. Crist, Jr.
The Capitol PL-01
Tallahassee, FL  32399-1050

M Jane Brady
Carvel State Office Building
Consumer Protection-5th Floor
820 North French Street
Wilmington, DE  19801

Collin Wong
Bureau of  Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA  95815

L Timothy Terry
Office of the Attorney General
100 North Carson Street
Carson City, NV  89701


Randall L. Clouse
Medicaid Fraud Control Unit
900 East Main St.
5th Floor
Richmond, VA  23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste. 230

Springfield, IL  62703

Robert Spagnoletti
District of Columbia Attorney's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC  20001

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX  78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900 E. Main St.
5th Floor
Richmond, VA  23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC  20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN  37216

Paul G. Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN  37243


Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA  95814

Gary K. Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor

Honolulu, HI  96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capital Station, PO BOX 12548
Austin, TX  78711

>                                        /s/ John A. Bruegger