# EXHIBIT A

## Donald Haviland

**From:** Sean Matt [Sean@hbsslaw.com]
**Sent:** Friday, April 25, 2008 5:42 PM
**To:** Donald Haviland
**Subject:** Joyce Howe Request for Incentive Award

Don--

AstraZeneca has advised that it is going to object to a compensation award to Joyce Howe because (i) she is not a class representative, and (ii) she is objecting to the settlement.

When we submitted the request for Mrs. Howe, I had forgotten that the only plaintiff appointed class rep in the preliminary approval order was Mr. Townsend. So AstraZeneca's argument that Mrs. Howe is not a class rep is correct.

Are you aware of any authority supporting an incentive award to one who is no longer a class rep and is objecting?

Sean R. Matt
Partner, Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
206.224.9327 direct
206.623.0594 fax
sean@hbsslaw.com