

May 1 , 2008

VIA FACSIMILE
(617) 748-9096

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

    **In re:** *Pharmaceutical Industry Average Wholesale Price Litigation*; MDL No. 1456;
          **District of Massachusetts, Civil Action No. 01-12257-PBS**

Dear Judge Saris:

    At the outset, I apologize for the late notice of filing of the attached pleading relating to the Fairness Hearing scheduled for this afternoon at 2:00 p.m.. *See* Reply Brief in Support of Objection of Named Class Representative, M. Joyce Howe, to the Final Approval of Proposed Nationwide Settlement with AstraZeneca, and Objection to Petition for Attorneys' Fees, Reimbursement of Expenses, and Compensation to the Named Class Representatives included herewith. It was not our intention to delay the filing of this brief in any way, as it is our sincere hope that the Court will be able to review the same in context of its overall consideration of the fairness of the proposed settlement with AstraZeneca. We were informed by Class Counsel late last week that we that we might expect to see some objection by AstraZeneca to Mrs. Howe's request of the Court for an incentive fee [see Exhibit "A" hereto], and when the same did not appear earlier this week, other unrelated issues interfered with our expediting the included pleading to the Court.

                              Respectfully,

                              /s/

                              Donald E. Haviland, Jr.

DEH:kls
Enclosure

cc:    All counsel of record via ECF
       Thomas Sobol/Steve Berman (via facsimile (617) 482-3003)
       Nicholas Theodorou/Michael Keating/Katharine Schmeckpeper (via facsimile (617) 832-7000)