**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE   LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y.  Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0881<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0878 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

{00115969.DOC}

*County of Fulton v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orange v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 07-CV-2777

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 06-CV-0123

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

**UNOPPOSED AMENDED MOTION FOR 30-DAY EXTENSION OF TIME FOR
ORANGE COUNTY TO FILE EXHIBITS B-3 AND B-4 TO THE REVISED
FIRST AMENDED CONSOLIDATED COMPLAINT AND/OR TO
ORCHESTRATE THE DISMISSAL CERTAIN DEFENDANTS**

Pursuant to Local Rule 7.1(b), counsel for Plaintiff, The County of Orange, hereby respectfully files this Amended Motion for an order extending its time 30 days until May 30, 2008, for the County to file Exhibits B-3 and B-4 to the Revised First Amended Consolidated Complaint, if necessary, and to orchestrate the dismissal of certain "Orange Only" Defendants. This Motion is identical to Plaintiff's Motion filed on April 30, 2008 with the exception of *Paragraph 10*. In support of this Motion, Plaintiff states as follows:

1.   Plaintiff's original complaint was filed in the United States District Court For the Southern District of New York on April 5, 2007. Filed with its Complaint is an attached Exhibit which lists each defendant, the names of at issue drugs purchased by the County, the total cost per unit, and the County's total expenditures on that defendant's drugs from June 2002 through June 2006.

2.   On April 2, 2007, this Court issued a Memorandum and Order Resolving Defendant's Motion to Dismiss which, among other rulings, sets forth certain additional requirements which must be necessarily pleaded, including a threshold "spread," with regard to each drug in order to satisfy Federal Rule 9(b).

3.   On May 14, 2007, Plaintiff's case was transferred to MDL 1465, and on July 26, 2007 the undersigned appeared before Your Honor and expressed Plaintiff's intentions to consolidate its action with those of the other counties[1]. In addition, at that same hearing, Your Honor permitted Plaintiff to pursue, separate and apart from the consolidated action, several "Orange-Only" Defendants, permitting additional time to file the aforementioned "spread" exhibits. *See* Case Management Order 33.

---

[1] Plaintiff's action was consolidated through the filing of the Revised First Amended Consolidated Complaint ("RFACC") on October 5, 2007.

4.   Case Management Order 33 was subsequently entered on September 14, 2007.  Paragraph 3 of Case Management Order 33 permitted Plaintiff until November 30, 2007 to file Exhibit B-3 and B-4 which are required to be in the same format and contain information similar to the data appearing in Exhibits B-1 and B-2 to the FACC.

5.   Demonstrating the parties' understanding that preparation of Plaintiff's Exhibits against the Orange-Only Defendants would be a lengthy process which could require additional time, Paragraph 3, of Case Management Order 33 expressly permits for Plaintiff's deadline to be extended, if necessary, on the written consent of counsel.

6.   Over the past few months, and with an eye toward streamlining its case, Plaintiff has been diligently working to fulfill its obligations under Case Management Order 33.   While doing so, additional time has become necessary. On two prior occasions, Plaintiff has met and conferred with and obtained the consent of defense counsel to extend its deadline.

To that end, Your Honor has graciously entered two Orders, granting and approving the First and Second Stipulations to Extend Time. *See* 12/3/07 and 3/20/08 Electronic Orders.  Each of these Orders has extended Plaintiff's time to file Exhibits B-3 and B-4 by 60 days respectively, and importantly, each has contained a paragraph which permits the parties to further extend the deadline by written agreement.

7.   Plaintiff now respectfully requests and additional and *final* 30-day extension either to file Exhibits B-3 and B-4 and to orchestrate the voluntary dismissal of certain Orange Only defendants, or in the alternative, to simply orchestrate the voluntary dismissal of the Orange Only defendants.  This additional time will allow for all final determinations to be made and all notices of dismissal to be filed.

{00115969.DOC}                                    5

8.   In the past, Plaintiff and has obtained the consent of the Orange Only Defendants for extensions of time by meeting and conferring with defense liaison counsel, who after obtaining the consent of the Orange Onlys, has signed each stipulation on the respective behalves of the Orange Only Defendants.

9.   In this instance, Plaintiff has again met and conferred with defense liaison counsel, and liaison counsel has made efforts to obtain the consent of the Orange Onlys.  In addition, Plaintiff's counsel has further and separately conferred and obtained the consent of other of the Orange Onlys.

The following Orange Only Defendants have consented to the extension and therefore *do not oppose* this motion: Alcon Laboratories, Allergan Inc., Apotex Inc., Astellas Pharma. U.S. Inc., Berlex Laboratories Inc., Genentech Inc., Novo Nordisk Pharma. Inc., Otsuka America Pharma. Inc., Proctor & Gamble Pharma. Inc., Ranbaxy Pharma. Inc., Sepracor Inc., Shire U.S. Inc., Eisai Inc., Genzyme Corp., Mallinckrodt Inc., Takeda Pharma. N.A. Inc., Taro Pharma. Inc., and UCB Inc..

10. Subsequent to filing its April 30th motion, Plaintiff has met and conferred with Eric Christofferson of Ropes and Gray, LLP who has indicated that the firm represents Schwarz Holdings/Kremers Urban Development Co., and that they also consent to the 30-day extension of time requested herein.

11. As such, Plaintiff respectfully requests that the Court approve this final 30-day extension.

For the above reasons, Plaintiff respectfully requests that this motion be granted.

A proposed Order is attached hereto.

Date:   May 1, 2008

FOR THE COUNTY OF ORANGE

By: /s/ Theresa A. Vitello_____
LEVY PHILLIPS & KONIGSBERG, LLP
Stanley J. Levy
Theresa A. Vitello
800 Third Ave. 13th Floor
New York, New York 10022
Telephone: (212) 605-6200
Facsimile: (212) 605-6290

{00115969.DOC}                    7

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE   LITIGATION

THIS DOCUMENT RELATES TO:

*The City of New York v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 04-CV-06054

*County of Albany v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0425

*County of Allegany v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-0236

*County of Broome v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0456

*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-0256

*County of Cayuga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0423

*County of Chautauqua v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-0214

*County of Chemung v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6744

*County of Chenango v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0354

*County of Columbia v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0867

*County of Cortland v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0881

*County of Dutchess v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-6458

*County of Essex v. Abbott Laboratories, Inc., et al.*

MDL NO. 1456
Civil Action No. 01-12257-PBS

Judge Patti B. Saris

{00115969.DOC}

N.D.N.Y. Case No. 05-CV-0878

*County of Fulton v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0519

*County of Genesee v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-00267

*County of Greene v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0474

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6148

*County of Nassau v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 04-CV-05126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orange v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 07-CV-2777

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-04740

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 06-CV-0123

*County of Warren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

[PROPOSED] **ORDER**

IT IS HEREBY ORDERED THAT the County of Orange shall be granted a 30-day extension to May 30, 2008 to either file Exhibits B-3 and B-4 to the Revised FACC or to orchestrate the dismissal of any Orange Only defendant(s).

Dated: _____

_____

Hon. Patti B. Saris
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __1st__ day of _May_ , 2008, caused a true and correct copy of _Unopposed Amended Motion for Extension of Time_ to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

<div style="margin-left:50%">

/s/ Theresa A. Vitello
Theresa A. Vitello., Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue, 10th Floor
New York, NY 10022
(212) 605-6200

</div>

00116065.WPD