UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti B. Saris |
| ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc. No. 07-CV-11618-PBS* ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**MAY 1, 2008 STATUS REPORT
OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for May 1, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Complaint/Motion to Dismiss**

On March 14, 2008, the Court denied Abbott's Motion to Dismiss Ven-A-Care's complaint. On April 14, 2008, Abbott filed a Request for Certification Pursuant to § 1292(b) and Stay of Discovery. Ven-A-Care filed its opposition to the Request on April 29, 2008.

**Pending Motions**

Abbott's Request for Certification Pursuant to § 1292(b) and Stay of Discovery.

**Scheduled Hearings**

No hearings have been scheduled.

**Pending Discovery**

The Court has ordered the parties to confer on a discovery schedule. No discovery is pending. The parties are conferring in an effort to present the Court with a proposed discovery schedule. If the parties are unable to agree as to part or all of the discovery schedule by May 15, 2008, then plaintiff will present the issues to the Court at that time.

Respectfully submitted,

For Ven-A-Care of the Florida Keys, Inc.

/s/Susan Schneider Thomas

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-5711
FAX: 215-875-4673
EMAIL: sthomas@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **MAY 1, 2008 STATUS REPORT OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Susan Schneider Thomas

Dated: MAY 1, 2008