# EXHIBIT 1

Abbott Late Production 042508

From: Brooker, Renee (CIV)
Sent: Friday, April 25, 2008 3:18 PM
To: 'Jason G. Winchester'
Subject: RE: Updtate regarding Abbott production

Of course, I should add that the United States expressly reserves its rights to move the court to take additional discovery (deposition or otherwise) based upon any late production(s), if necessary, once we have had a full opportunity to review the materials that are produced.  Thanks.  --Renee

-----Original Message-----
From: Brooker, Renee (CIV)
Sent: Friday, April 25, 2008 3:11 PM
To: 'Jason G. Winchester'
Subject: RE: Updtate regarding Abbott production

The Government will consent as long as the motion includes a deadline for Abbott's production commensurate with the representations in your email of last night re the period of time for production, and includes an extension of all of the parties' deadlines, including the expert deadlines, to 30 days beyond the date of Abbott's final production (just as we agreed to extend those deadlines in the last joint filing).  --Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Friday, April 25, 2008 3:01 PM
To: Brooker, Renee (CIV)
Subject: RE: Updtate regarding Abbott production

I will check about this.  Would the Government oppose such a motion?

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


| | | |
|---|---|---|
| "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov> | "Jason G. Winchester" <jgwinchester@JonesDay.com> | To |
| 04/25/2008 01:52 PM | <jrdaly@jonesday.com>, "Carol Geisler" <cgeisler@JonesDay.com>, <jbreen@breenlaw.com>, <alisonsimon@breenlaw.com>, | cc |

Page 1

Abbott Late Production 042508
"Gobena, Gejaa (CIV)"
<Gejaa.Gobena@usdoj.gov>,
"St.Peter-Griffith, Ann (USAFLS)"
<Ann.St.Peter-Griffith@usdoj.gov>,
"Ford, Rebecca (CIV)"
<Rebecca.Ford@usdoj.gov>, "Lavine,
Mark (USAFLS)"
<Mark.Lavine@usdoj.gov>
                                    Subject
RE: Updtate regarding Abbott
production

Jason, I appreciate the heads up. Please advise whether Abbott will be filing a motion by c.o.b. today to enlarge its deadline for document production and to extend all deadlines, including the expert deadlines, to 30 days beyond the date of Abbott's final production.  --Renee

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Thursday, April 24, 2008 7:05 PM
To: Brooker, Renee (CIV)
Cc: jrdaly@jonesday.com; Carol Geisler
Subject: Updtate regarding Abbott production

Renee -

I wanted to let you know in advance that Abbott will be making a supplemental production of documents to DOJ tomorrow. Despite our best efforts, however, we will not be able to fully complete our production by tomorrow. In particular, pursuant to the further search that Alex Buck outlined in her deposition in this case, we have been working diligently with Hospira to collect additional electronic documents. The collection process is complete, but these materials are still being processed by our vendor so that we can review them and produce responsive documents, if any, to you. We have more than 10 people dedicated to this task so that we can complete it expeditiously once the material becomes available for our review. Once the review is done, the electronic information must be further processed by our vendor to meet DOJ's specific requirements - a process that in our experience takes several days. Since the material in question is still being processed by the vendor for our review, we cannot yet be certain how much there will be to go through. Barring anything unforeseen, however, our best estimate is that this entire process,

Page 2

Abbott Late Production 042508

to complete our review and production of this remaining material, will take approximately 14-21 more days. We will produce responsive material, if any, to you on a rolling basis and will complete the production as quickly as possible.

JGW

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

Abbott Late Production 042808

From: Brooker, Renee (CIV)
Sent: Monday, April 28, 2008 1:31 PM
To: Jason G. Winchester; Carol Geisler
Cc: jbreen; alisonsimon@breenlaw.com; Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); Lavine, Mark (USAFLS); Ford, Rebecca (CIV)
Subject: RE: Updtate regarding Abbott production

Jason, it appears that Abbott filed papers with the Court on Friday evening, without providing the United States or Relator notice, and even notwithstanding this incomplete exchange between us on Friday on this very subject. By captioning the filing as a "status report" instead of a proper motion to extend discovery and other CMO deadlines set by the Court, Abbott has done an end run around the CMO, this Court's recent orders setting deadlines, and the local rules requiring a meet and confer before filing a motion.

Based upon Abbott's late document production as set forth in the status report, and in response to the United States' motion to compel the production of documents, including but not limited to the CHIPS data, the United States believes it is necessary to file a motion to enlarge the CMO deadlines and request for expedited relief in order to avoid prejudice to the United States' case. Please inform me today whether Abbott will oppose this relief.

In addition, Abbott's late-filed status report is devoid of any details regarding the anticipated or estimated volume of additional documents to be produced as a result of Abbott's new electronic searches. Please provide as much detail as is available at this time.  --Renee


Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Friday, April 25, 2008 3:01 PM
To: Brooker, Renee (CIV)
Subject: RE: Updtate regarding Abbott production

I will check about this.  Would the Government oppose such a motion?

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


| | | |
|---|---|---|
| "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov> | "Jason G. Winchester" <jgwinchester@JonesDay.com> | To |

Page 1

```
                    Abbott Late Production 042808
                                                                    cc
   04/25/2008 01:52          <jrdaly@jonesday.com>, "Carol
   PM                        Geisler" <cgeisler@JonesDay.com>,
                             <jbreen@breenlaw.com>,
                             <alisonsimon@breenlaw.com>,
                             "Gobena, Gejaa (CIV)"
                             <Gejaa.Gobena@usdoj.gov>,
                             "St.Peter-Griffith, Ann (USAFLS)"
                             <Ann.St.Peter-Griffith@usdoj.gov>,
                             "Ford, Rebecca (CIV)"
                             <Rebecca.Ford@usdoj.gov>, "Lavine,
                             Mark (USAFLS)"
                             <Mark.Lavine@usdoj.gov>
                                                                Subject
                             RE: Updtate regarding Abbott
                             production
```

Jason, I appreciate the heads up. Please advise whether Abbott will be filing a motion by c.o.b. today to enlarge its deadline for document production and to extend all deadlines, including the expert deadlines, to 30 days beyond the date of Abbott's final production.  --Renee

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
601 D Street NW
Suite 9004
Washington, DC  20004
ph:  (202) 616-3797
fax: (202) 616-3085

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Thursday, April 24, 2008 7:05 PM
To: Brooker, Renee (CIV)
Cc: jrdaly@jonesday.com; Carol Geisler
Subject: Updtate regarding Abbott production

Renee -

I wanted to let you know in advance that Abbott will be making a supplemental production of documents to DOJ tomorrow. Despite our best efforts, however, we will not be able to fully complete our production by tomorrow. In particular, pursuant to the further search that Alex Buck outlined in her deposition in this case, we have been working diligently with Hospira to collect additional electronic documents. The collection process is complete, but these materials are still being processed by our vendor so that we can review them and produce responsive documents, if any, to you. We have more than 10 people dedicated to this task so that we can complete it expeditiously once the material becomes available for our review. Once

Page 2

Abbott Late Production 042808

the review is done, the electronic information must be further processed by our vendor to meet DOJ's specific requirements - a process that in our experience takes several days. Since the material in question is still being processed by the vendor for our review, we cannot yet be certain how much there will be to go through. Barring anything unforeseen, however, our best estimate is that this entire process, to complete our review and production of this remaining material, will take approximately 14-21 more days. We will produce responsive material, if any, to you on a rolling basis and will complete the production as quickly as possible.

JGW

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========