# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
 3
      In re:                          )
 4    PHARMACEUTICAL INDUSTRY         ) CA No. 01-12257-PBS
      AVERAGE WHOLESALE PRICE         ) MDL No. 1456
 5    LITIGATION                      ) Pages 1 - 48
 6
 7
 8                          MOTION HEARING
 9              BEFORE THE HONORABLE PATTI B. SARIS
                    UNITED STATES DISTRICT JUDGE
10
11
12
13
                                  United States District Court
14                                1 Courthouse Way, Courtroom 19
                                  Boston, Massachusetts
15                                October 26, 2006
16
17
18
19
20
21
22
                              LEE A. MARZILLI
23                        CERTIFIED REALTIME REPORTER
                          United States District Court
24                        1 Courthouse Way, Room 3205
                              Boston, MA  02210
25                              (617)345-6787
```

```
 1   A P P E A R A N C E S:
 2   For the Plaintiffs:
 3       GEJAA T. GOBENA, ESQ., RENEE BROOKER, ESQ., and
     ANDY J. MAO, ESQ., U.S. Department of Justice, Civil
 4   Division, 601 D Street, N.W., P.O. Box 261, Washington, D.C.,
     20044.
 5
         GEORGE B. HENDERSON, ESQ., Assistant United States
 6   Attorney, Office of the United States Attorney, 1 Courthouse
     Way, Boston, Massachusetts, 02210.
 7
         JAMES T. BREEN, ESQ., The Breen Law Firm, PA, 3562 Old
 8   Milton Parkway, Alpharetta, Georgia, 30005.
 9   For the Defendants:
10       JAMES R. DALY, ESQ., Jones Day, 77 West Wacker, Chicago,
     Illinois, 60601-1692.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   THE COURT:  So how much time do you want?

2   MS. BROOKER:  I would say, your Honor, I was
3   planning on about 20 minutes you know.

4   THE COURT:  Okay, for the discovery.

5   MS. BROOKER:  Oh, I'm sorry.  I thought you meant
6   to argue.

7   THE COURT:  Twenty minutes, that's going to be the
8   quickest case in Federal Court yet.

9   MS. BROOKER:  I think it will take a lot longer
10  than that, your Honor.  In terms of the time period for
11  discovery, is that your question?

12  THE COURT:  Yes.

13  MS. BROOKER:  Well, that really depends on the
14  scope of discovery, which is what we've argued in our CMO.
15  But the government believes that if the scope of discovery
16  is -- if the parameters are set as they should be, that this
17  case could be -- you know, we could go through the discovery
18  process in eighteen months.

19  THE COURT:  How much do you need?

20  MR. DALY:  Judge, there's a very large issue in
21  what counsel just indicated.  In terms of the scope of
22  discovery, that's the big issue for the CMO.  They're trying
23  to say that my client doesn't get any discovery of government
24  knowledge, government policy; all these things that are on
25  the board up there, they're irrelevant to the case; and

Page 42

1  Abbott doesn't need any discovery on it whatsoever. It's a
2  big issue for us. We think it's one that we win. We think
3  that -- but that's the big issue on the CMO.
4           We've proposed a year, Judge. We think that this
5  case has been pending --
6           THE COURT: The debate is between a year and
7  eighteen months? Is that the debate? Can't I resolve that
8  right now? Why don't I say halfway between the two?
9           MS. BROOKER: Your Honor, the debate is that we say
10 eighteen months, but we say that parameters should be set on
11 the scope of discovery within eighteen months.
12          THE COURT: Why can't they get what you guys know
13 and did?
14          MS. BROOKER: Well, your Honor, we disagree with
15 that position.
16          THE COURT: Why?
17          MS. BROOKER: We have not taken the position that
18 there should be no discovery on government knowledge. Our
19 position is much more refined than that. What we have said,
20 however, is that defendants are not entitled to have
21 discovery on the entire federal government, which is
22 essentially what they're seeking for all pharmaceutical
23 companies, for all drugs, for the last forty-one years.
24          THE COURT: Oh, I see.
25          MS. BROOKER: It's not limited to Abbott's specific