# EXHIBIT 3

| | | |
|---|---|---|
| 12/18/2007 | | Judge Patti B. Saris: Electronic ORDER entered denying in part 4923 Motion for Extension of Time to Complete Discovery. "The Court will give the parties until March 31, 2008 to complete all fact discovery. However, no new discovery requests shall be made after the date of this order with respect to parties or nonparties." (Patch, Christine) (Entered: 12/18/2007) |

| 03/12/2008 | | Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT re 5095 Response to the United States' Objections to the 1/31/08 Order by Magistrate Judge Bowler, filed by Abbott Laboratories, Inc. "Judge Bowler's ruling with respect to Miles White, the current CEO, is not clearly erroneous. The decision with respect to Richard Gonzales, a retired executive, is clearly erroneous because he was head of the Hospital Products Division at a critical time. While I might have ruled differently on Hodgson and Burnham, the rulings are not clearly erroneous." (Patch, Christine) (Entered: 03/13/2008) |

| 04/10/2008 | | Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT granting 5206 Joint Submission and Request for Expedited Consideration Regarding Completion of Document Production and Other Pretrial Deadlines. (Patch, Christine) (Entered: 04/15/2008) |