# EXHIBIT 4

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) U.S. ex rel. Ven-A-Care of the Florida Keys, ) Inc. v. Abbott Laboratories, Inc., ) No. 06-CV-11337-PBS ) | Chief Magistrate Judge Marianne B. Bowler |

## DECLARATION OF ELLEN T. KLAUS

1.  My name is Ellen T. Klaus. I am above the age of twenty-one (21), of sound mind, and capable of making this declaration. I have been employed by Abbott Laboratories ("Abbott") for the past 10 years. I began my employment with Abbott in 1996, and from approximately 1999 through the present, I have served as Paralegal Supervisor. I have personal knowledge of the facts set forth below. I am authorized by Abbott to give this declaration, and verify that the facts below are true and correct to the best of my knowledge.

2.  In consultation with counsel, I have reviewed Abbott's responses to the United State's Requests for Production, sets 1-4.

3.  Subject to rulings of the Court limiting discovery in this matter, Abbott's objections, and the qualifications set forth in paragraphs 4 and 5 below, the status of Abbott's production is as follows:

    A.  First Set of Requests for Production

    —   Abbott's production of responsive documents, if any, is complete as to Request Nos. 1-18

    B.  Second Set of Requests for Production

- Abbott's production of responsive documents, if any, is complete as to Request Nos. 1-4; 6-13; 15-29; 31-40; 42-44; 46-48; 52-54; 57; 59-61; 63-76.

- Abbott's production continues as to Request Nos. 41, 45, 49-51, 55-56; 58.

- Abbott stands by its objections and will not produce documents pursuant to Request Nos. 5, 14, 30, 62; 77-79.

C. Third Set of Requests for Production

- Abbott's production of responsive documents, if any, is complete as to Request Nos. 1; 3-5; 7-22; 25-28; 31; 33; 36-40.

- Abbott's production continues as to Request Nos. 2; 23-24; 29-30.

- Abbott stands by its objections and will not produce documents pursuant to Request Nos. 6; 32; 34-35.

D. Fourth Set of Requests for Production

- Abbott's production of responsive documents, if any, is complete as to Request Nos. 3-5; 7-10; 12-18.

- Abbott's production continues as to Request Nos. 1-2;

- Abbott stands by its objections and will not produce documents pursuant to Request Nos. 6; 11; 19-30.

4. Abbott is continuing to search for documents in the following categories that may be responsive to one of more of the Requests for Production submitted by the United States:

A. Plan and update documents

B. Materials relating to compliance with Medicare/Medicaid rules and regulations and the Anti-Kickback statute

C. Constant Customer Reports

D. Communications with trade associations about AWP or reimbursement by Medicare or Medicaid that would impact the Subject Drugs

E. Analysis of IMS data

F. Files of Don Buell, Director of Health Economics

G. Printout of compensation for Alternate Site Field Sales representatives

5. In addition, Abbott continues its efforts to evaluate whether there are any additional electronic documents, including email communications, from 1991-2003 that might be reasonably accessible and that might be responsive to one of more of the Requests for Production submitted by the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Ellen T. Klaus

SWORN TO AND SUBSCRIBED BEFORE ME
This 3 day of March, 2008.

_____
NOTARY PUBLIC
STATE OF ILLINOIS

CECILIA IBARRA-MARTINEZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 24, 2011