# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) ) |
| | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES INC.'S REPORT ON
### STATUS OF OUTSTANDING DOCUMENT PRODUCTION

On April 15, 2008, upon consideration of the parties' *Joint Submission And Request for Expedited Consideration Regarding Completion of Document Production And Other Pretrial Deadlines* (Docket No 5206), this Court ordered that the "Parties shall complete document production pursuant to requests deemed timely by the Court and shall provide or supplement privilege logs" by today, April 25, 2008. Defendant Abbott Laboratories Inc. ("Abbott") has been working diligently to meet this deadline, and will be submitting a further production of documents and a supplemental privilege log to Plaintiffs today. Abbott's production of documents is substantially complete. Unfortunately, despite its best efforts, Abbott will not be able to fully complete its production today due to an unavoidable delay in processing certain electronic information.

Abbott has collected a volume of electronic information from a share drive that was once accessible by employees within the Alternate Site business sector of Abbott's former Hospital Products Division, and that today resides at Hospira. The material collected may or may not contain emails or other electronic documents responsive to Plaintiffs' requests. Abbott will not know this until it is able to review the information. Unfortunately, the information is still being processed by Abbott's outside vendor and is not yet available for Abbott's review. Once it

CHI-1645531v1

becomes available, Abbott will review the information as quickly as possible and will produce responsive materials, if any. Although it cannot know for certain at this time, Abbott's best estimate is that the review and production can be completed in approximately 21 days (this includes the several days it takes after review is complete to further process the data into the specific format required by the Government for electronic productions). Abbott will produce any responsive materials on a rolling basis and will complete this production as promptly as it can.

Assuming that there are responsive documents identified as a result of this review, Abbott does not anticipate that such materials will have any impact on the remainder of the deadlines set by the Court, including the submission of expert reports. If, after reviewing any materials produced, Plaintiffs believe that relief from further deadlines is required, Abbott will of course meet and confer with Plaintiffs about that issue.

Dated: April 25, 2008                          Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 25, 2008, the foregoing **ABBOTT LABORATORIES INC.'S REPORT ON STATUS OF OUTSTANDING DOCUMENT PRODUCTION** was served upon all counsel of record in this action electronically by posting a true and correct copy of same via Lexis-Nexis.

/s/ Carol P. Geisler

CHI-1645531v1