# EXHIBIT 9

```
-----Original Message-----
From: jrdaly@JonesDay.com [mailto:jrdaly@JonesDay.com]
Sent: Wednesday, August 02, 2006 10:54 PM
To: Gobena, Gejaa (CIV)
Cc: tmtabacchi@JonesDay.com
Subject: Hospira
```

Gejaa:

Abbott has produced former Hospital Products Division documents and witnesses in other cases (where Hospira is not a party) without incident. All discovery should be directed to Abbott and Abbott will not object to the discovery on the basis that the information is located at Hospira.
Nor will Hospira require a subpoena to provide discovery (documents, depositions, etc.) agreed to by Abbott.

Please let me know if you have any questions or if you would like to discuss this further.

Jim

James R. Daly
JONES DAY
77 W. Wacker Dr.
Suite 3500
Chicago, Illinois 60601
Phone: 312-269-4141
Fax: 312-782-8585

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
 If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========