UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV–11337-PBS ) ) ) ) ) | |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Amend CMO-29 and Request for Expedited Relief, it is hereby ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that Abbott file a Certification of Completion with the Court certifying the completion of its production within seven (7) days;

IT IS FURTHER ORDERED that the United States has sixty (60) days from Abbott's Certification of Completion to review productions made by Abbott on or after April 25 to assess whether the United States needs to re-open or take additional depositions, or seek other discovery, and to file a Status Report addressing these issues;

IT IS FURTHER ORDERED that Abbott make available within ten (10) days from Abbott's Certification of Completion, an Abbott corporate designee to testify about the productions made by Abbott on or after April 25; and

IT IS FURTHER ORDERED that CMO-29 deadlines are hereby re-set to conform with the one-sided extension of the fact discovery deadline, such that the United States' expert reports

shall become due thirty (30) days after this Court reviews the United States' Status Report and issues a ruling with the new deadlines.

This _____ day of _____, 2008.

_____
United States District Judge