# EXHIBIT 1

```
-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Wednesday, March 26, 2008 10:51 AM
To: Gobena, Gejaa (CIV)
Cc: St.Peter-Griffith, Ann (USAFLS); Carol Geisler
Subject: RE: Meet and Confer
```

Gejaa -

Carol has been out sick for the better part of the last week, and is still out today, so I do not have the nitty gritty details on some of the issues you enumerated. Nevertheless, I have set forth below what we have to report as of today on your 5 topics.

1. We complied with what the Court ordered, and provided a detailed chart describing the status of personnel and personal/working files for the former Alt. Site sales reps. We are making every effort to complete the few items noted as outstanding on that chart on or before Monday.

2. You were told that we had not found any more Plan and Update documents, but that we were still looking and that we would produce any others we found. Indeed, Ms. Klaus specifically identified this as an ongoing item in her declaration on March 3. We found some more and promptly produced them. We believe the search for these documents has been exhaustive, and that we have completed the production. Nevertheless, if, in the course of other searches pertaining to this or other litigation matters, we happen to find additional copies that have not already been produced, we will supplement our production.

3. Our position on emails is as stated in Ms. Buck's deposition. We are moving forward with the tasks Ms. Buck identified and will do everything in our power to have those tasks completed by Monday. I am still investigating the issue that Ann and Jarrett raised at Ms. Buck's deposition regarding emails from the share drive, and hope to have more information in the next couple of days (the flu has sidelined the key people I need to resolve the issue).

4. I have asked for an updated file source index, and reiterated my request this morning. As for the privilege log, we will be supplementing our log on or before Monday.

5. From your subsequent email yesterday, this topic was described as "5.
The status of documents on the shared Hospira-Abbott drive." We are unsure what you are talking about, as there is no shared Hospira-Abbott drive to our knowledge. If you are referring to what Ms. Buck described in her deposition as the "shared drive" that was formerly available to persons within Abbott HPD, that shared drive, as Ms. Buck explained, is now at Hospira. It is not used in some common fashion by both Abbott and Hospira, as your topic seems to imply. Ms. Buck testified to the additional efforts that we are making with respect to the former HPD share drive, and I will not reiterate her testimony. We are making every effort to complete this production by Monday.

I do not have any further details to offer on these issues, and therefore trust that this update will obviate the need for a call

today. If it appears that we will not be able to complete our
production by Monday, we will discuss with you what remains
outstanding.   JGW


Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


|  | "Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov> | "Jason G. Winchester" <jgwinchester@JonesDay.com> |
|---|---|---|
| To |  |  |
| cc | 03/25/2008 01:23 PM | "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>, "Carol Geisler" <cgeisler@JonesDay.com> |
| Subject |  | RE: Meet and Confer |


Here are the topics:

1. Personnel and Working Files of Sales Force --  The Court ordered
Abbott to produce within 30 days, dates for sales force depositions,
outstanding sales force working files and personnel files, and
identification for each sales force member disclosed by Abbott whether
their working file and personnel file had been produced. On March 3,
you wrote a letter describing the status of production but indicated
the production was not complete. We're trying to get to the bottom of
what production will be completed by 3/31.

2. August Plans and April Updates -- We were told there were no more to
be produced. Then, some additional ones were produced. Need final word
on whether these briefing papers to senior executives were destroyed or
whether there are additional copies that will be located and produced.

3. Final position on pre-2002 emails.

4. File Source Updating (follow on from Klaus deposition) and the
Privilege Log


-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Tuesday, March 25, 2008 1:18 PM
To: Gobena, Gejaa (CIV)
Cc: St.Peter-Griffith, Ann (USAFLS); Carol Geisler
Subject: RE: Meet and Confer

If you send us the doc categories, that will help us get a sense of
where we are on the various items.  We certainly disagree with respect
to the
30(b)(6) and apex issues.

Carol has been under the weather, but we will try to arrange a time
that works for a call this week.  Tomorrow afternoon at 3:30 EST would
work for me, but we would need to finish by 4:30.  I would think an
hour would suffice.  Thursday is no good.  JGW

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


|  | "Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov> | |
|---|---|---|
| To |  | "Jason G. Winchester" <jgwinchester@JonesDay.com> |
| cc | 03/25/2008 11:24 AM | "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>, "Carol Geisler" <cgeisler@JonesDay.com> |
| Subject |  | RE: Meet and Confer |

I have a list of document categories for which we either need to get a commitment to produce or will have to move to compel. On the depositions, we probably do not need to talk further; we believe the inadequate 30(b)(6) testimony fell short of being a subsitute for the direct knowledge of the (mostly former) executives depositions, but you have already indicated you will refuse to produce them. I can send an email with the document topics for discussion if you are amenable to talking about the document categories (in fact that will help you get prepared for the call).

-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Tuesday, March 25, 2008 11:27 AM
To: Gobena, Gejaa (CIV)
Cc: St.Peter-Griffith, Ann (USAFLS); Carol Geisler
Subject: Re: Meet and Confer

What issues?

Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


|  | "Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov> | |
|---|---|---|
| To |  | <jgwinchester@jonesday.com>, "Carol Geisler" <cgeisler@JonesDay.com> |
| cc | 03/25/2008 10:00 AM | "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov> |
| Subject |  | Meet and Confer |

Folks,

I was hoping to have a meet and confer on some document and deposition issues, tomorrow afternoon if possible. Are either of you two available?
If not tomorrow afternoon, how about Thursday AM? Thanks.

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========