# EXHIBIT 2

## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, BY THOMAS W. CORBETT, JR., IN HIS CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA | No. 25 MM 2008<br><br>Petition for Review |
| V. | |
| TAP PHARMACEUTICAL PRODUCTS, INC.; ABBOTT LABORATORIES; ASTRAZENECA PLC; ASTRAZENECA, HOLDINGS, INC.; ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LP; BAYER AG; BAYER CORPORATION; SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE; PFIZER, INC.; PHARMACIA CORPORATION; JOHNSON & JOHNSON; ALZA CORPORATION; CENTROCOR, INC.; ETHICON, INC.; JANSSEN PHARMACEUTICAL PRODUCTS, L.P.; MCNEIL-PPC, INC.; ORTHOBIOTECH, INC.; ORTHO BIOTECH PRODUCTS; L.P.; ORTHO-MCNEIL PHARMACEUTICAL, INC; AMGEN, INC.; IMMUNEX CORPORATION; BRISTOL-MYERS SQUIBB COMPANY; BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; IMMUNO-U.S., INC.; AVENTIS PHARMACEUTICALS, INC.; AVENTIS BEHRING, L.L.C.; HOECHST MARION ROUSSEL, INC., BOEHRINGER INGELHEIM CORPORATION; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BEN VENUE LABORATORIES; BEDFORD | |

LABORATORIES; ROXANE
LABORATORIES; SCHERING-PLOUGH
CORPORATION; WARRICK
PHARMACEUTICALS CORPORATION;
SCHERING SALES CORPORATION;
DEY, INC.

DONNA A. BOSWELL, ESQ., ANN M.
VICKERY, ESQ. AND JOSEPH H.
YOUNG, ESQ., INTERVENORS

PETITION OF: DONNA A. BOSWELL,
ESQUIRE, ANN M. VICKERY, ESQUIRE
AND JOSEPH H. YOUNG, ESQUIRE,
INTERVENORS

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of April, 2008, the Petition for Review is **DENIED** and the Application for Expedited Consideration is **DISMISSED AS MOOT**.

TRUE & CORRECT COPY

ATTEST: APR 23 2008

NORINA K. BLYNN
CHIEF CLERK

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, BY THOMAS W. CORBETT, JR., IN HIS CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA<br>V.<br>TAP PHARMACEUTICAL PRODUCTS, INC.; ABBOTT LABORATORIES; ASTRAZENECA PLC; ASTRAZENECA, HOLDINGS, INC.; ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LP; BAYER AG; BAYER CORPORATION; SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE; PFIZER, INC.; PHARMACIA CORPORATION; JOHNSON & JOHNSON; ALZA CORPORATION; CENTROCOR, INC.; ETHICON, INC.; JANSSEN PHARMACEUTICAL PRODUCTS, L.P.; MCNEIL-PPC, INC.; ORTHOBIOTECH, INC.; ORTHO BIOTECH PRODUCTS; L.P.; ORTHO-MCNEIL PHARMACEUTICAL, INC; AMGEN, INC.; IMMUNEX CORPORATION; BRISTOL-MYERS SQUIBB COMPANY; BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; IMMUNO-U.S., INC.; AVENTIS PHARMACEUTICALS, INC.; AVENTIS BEHRING, L.L.C.; HOECHST MARION ROUSSEL, INC., BOEHRINGER INGELHEIM CORPORATION; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BEN VENUE LABORATORIES; BEDFORD LABORATORIES; ROXANE LABORATORIES; SCHERING-PLOUGH | No. 16 MM 2008<br><br>Petition for Review |

CORPORATION; WARRICK PHARMACEUTICALS CORPORATION; SCHERING SALES CORPORATION; DEY, INC.

DONNA A. BOSWELL, ESQ., ANN M. VICKERY, ESQ. AND JOSEPH H. YOUNG, ESQ., INTERVENORS

PETITION OF: ABBOTT LABORATORIES, INC. AND NON-PARTIES DUANE BURNHAM, THOMAS HODGSON, PAUL CLARK, DUNCAN MCINTYRE, HANK PIETRASZEK, RICHARD GONZALES, JOHN KRINGEL, WILLIAM DEMPSEY, HONEY LYNN GOLDBERG, AND MAUREEN MCSHANE:

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of April, 2008, the Petition for Review and the two Applications to Amend Petition for Review to Include Supplemental Authority are **DENIED**. The Application for Expedited Consideration is **DISMISSED AS MOOT**.

**TRUE & CORRECT COPY**

ATTEST: APR 2 3 2008

*[signature]*

NORINA K. BLYNN
CHIEF CLERK