# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) ) |
| | Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE UNITED STATES

Abbott Laboratories Inc. respectfully requests permission to file the reply attached hereto in support of its Motion to Compel Production of Documents From the United States (Dkt. No. 5173). The United States does not oppose this motion.

Dated: May 2, 2008

Respectfully submitted,

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

  I, Sean P. Malone, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE UNITED STATES to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 2nd day of May, 2008.

              /s/ Sean P.Malone_____
              Sean P. Malone