# EXHIBIT 2

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____


IN RE: PHARMACEUTICAL INDUSTRY  )  MDL NO. 1456

AVERAGE WHOLESALE PRICE         )  CIVIL ACTION:

LITIGATION                      )     01-CV-12257-PBS

                                )

                                )  Judge Patti B. Saris

                                )  Magistrate Judge

                                )    Marianne B. Bowler


_____



VIDEOTAPE 30(b)(6) DEPOSITION OF

RENA L. CLARK, taken under and pursuant to the Federal

Rules of Civil Procedure and the acts amended, and

pursuant to Notice, before me, PHYLLIS M. KAPARIS,

Registered Professional Reporter and Notary Public in

and for the State of Wisconsin, at the law offices of

Foley & Lardner, 150 East Gilman, Madison, Wisconsin,

on February 8, 2008, commencing at 9:14 in the forenoon.

Clark 30(b)(6), Rena L.                                    February 8, 2008

Page 22

1  Q. How long have you worked for WPS?
2  A. Over 20 years.
3  Q. So you would have started in -- sometime
4  in the 1980's?
5  A. 1987.
6  Q. And can you walk me through briefly the
7  positions you've held and what your duties have
8  been in those various positions?
9  A. When I was initially hired, I was hired
10 as claims exam and entry. And that position was
11 essentially looking at a claim, keying it into the
12 system, allowing system edits, and also making
13 decisions on the payment of the claim. From there I
14 was --
15 Q. Can I stop you there?
16 A. Sure.
17 Q. I just want to follow up on each one
18 maybe a little bit, make it a little faster.
19 A. Sure.
20 Q. So when you got a claim, would this be a
21 paper claim or would it be an electronic claim?
22 A. Paper.

Page 23

1  Q. Okay. What would it look like?
2  A. It was the HCFA 1500 claim form. I
3  don't know what version, but it was essentially the
4  same one that they're using now. It's just been
5  refined. And I don't actually think it was red back
6  then. I think it was other colors, because they
7  didn't use the scanners that they do now that have
8  to make the red go away.
9  Q. Okay. When you say red, what do you
10 mean?
11 A. The -- on a claim form the background is
12 red, all of the lines and the bars and the fill in
13 the blanks are red, because when it's scanned by an
14 optical scanner, the red disappears and leaves what
15 you've printed on the claim. So that's input into
16 the computer. The computer knows to ignore the red
17 and pick up the black, and that makes an electronic
18 version of the claim.
19 Q. Okay.
20 A. That's current years. That's not back
21 then.
22 Q. Back then it was a white piece of paper?

Page 24

1  A. It was a white piece of paper with black
2  -- the black blanks. And it would have the
3  beneficiary's name and, you know, all the
4  information for the claim.
5  Q. Okay. And I'll circle back very briefly
6  about that process.
7  A. Okay.
8  Q. You had that job from 1987 to when?
9  A. 1988.
10 Q. And then what did you do next?
11 A. I was promoted to a -- it was called a
12 MAAC coordinator, which stands for Maximum
13 Allowable Actual Charge. And that was a position
14 that was -- there were limits placed on how much a
15 nonparticipating Medicare provider could bill a
16 beneficiary. And my job was basically to oversee
17 that, to troubleshoot, to do the calculations, make
18 sure all the calculations worked.
19 Q. Tell me the difference between
20 participating and nonparticipating.
21 A. A participating provider has signed an
22 agreement with Medicare saying that they will

Page 25

1  accept the Medicare allowed amount as their full
2  payment. They can also get the deductible from the
3  beneficiary. But that's the amount that they will
4  be allowed to collect, is what we have as our
5  allowance.
6  A. nonparticipating hasn't signed that
7  agreement, and we pay them at a five percent lower
8  rate than the participating provider would receive.
9  Q. And then the nonparticipating provider
10 could then try to get additional money from some
11 other insurance company or payor?
12 A. Yes. And so can the participating. They
13 would maybe go to a supplemental insurance for the
14 co-pays and things.
15 Q. How long did you have that job?
16 A. Until 1992.
17 Q. All right. In 1992 what did you do?
18 A. I -- that position was eliminated, and I
19 was in a medical review position.
20 Q. How long did you have the medical review
21 position?
22 A. One year.

7 (Pages 22 to 25)

```
                                         Page 38
 1  familiar with this document?
 2      A.  Yes.
 3      Q.  It has an effective date of April 25,
 4  2000.  But you've reviewed some other things that
 5  allows you to state that the effective date was
 6  September, 2000.
 7      A.  I --
 8          MR. HENDERSON:  Objection.
 9          THE WITNESS:  I participated in that
10  transition as well.
11
12
13
14  BY MR. TORBORG:
15      Q.  Okay.  Does WPS have offices in
16  Illinois, Michigan and Minnesota?
17      A.  Yes.  Currently the Michigan office has
18  been closed.  At the time of this, we did have an
19  office in Detroit and then Southfield.
20      Q.  Okay.  Do you know who the predecessor
21  carriers were for these states?
22      A.  I do.  I should.  I think it's on the

                                         Page 39
 1  contract.  Off the top of my head, I think it was
 2  HGSA for Minnesota.  And I cannot remember for
 3  Illinois or Michigan.
 4      Q.  We'll talk about this a little bit more
 5  in detail.  But when WPS -- strike that.  Let me
 6  start over.  When you started, you were working
 7  just with the State of Wisconsin?
 8      A.  Correct.
 9      Q.  And you did some work relating to
10  pricing of drugs that would cover claims that came
11  from beneficiaries in Wisconsin?
12          MR. HENDERSON:  Objection.
13          THE WITNESS:  Correct.
14  BY MR. TORBORG:
15      Q.  Is that correct?
16      A.  That is correct.
17      Q.  Okay.  And when WPS became the
18  contractor for Illinois and Michigan effective
19  August of 1998, did your work, did your
20  calculations impact those states as well?
21      A.  In 1998, yes.
22      Q.  And would the same be true for your work

                                         Page 40
 1  applying to Minnesota starting in September of
 2  2000?
 3      A.  Yes.
 4      Q.  Okay.  Was there anyone in the Illinois,
 5  Michigan or Minnesota offices that was doing any
 6  work pricing drugs?
 7      A.  Yes.
 8      Q.  Okay.  Can you tell me about that?
 9          MR. HENDERSON:  Objection.
10          THE WITNESS:  They did the same things we
11  did.  Just a different list of codes.
12  BY MR. TORBORG:
13      Q.  They did a different list of codes --
14  different list of J-Codes?
15      A.  Right.
16      Q.  As I understand it -- let me back up.
17  Wisconsin is in Region V of CMS?
18      A.  Yes.
19      Q.  CMS is divided into different regions.
20      A.  Yes.
21      Q.  And what other states are in Region V?
22      A.  Illinois, Michigan, Minnesota.  You

                                         Page 41
 1  know, I don't really know all of them.
 2      Q.  Ohio and Indiana --
 3      A.  Yes.  Thank you.
 4      Q.  -- are they in Region V as well?
 5      A.  They are, yes.
 6      Q.  As I understand it, at some point Region
 7  V broke down the various HCPCS codes into different
 8  lists, or they assigned different J-Codes to
 9  different carriers; is that right?
10      A.  Correct.
11      Q.  Okay.  Let me ask you this.  Let's say
12  in 1999 a doctor submitted a claim for -- a HCFA
13  1500 seeking payment for a drug in Michigan.  Who
14  would process that claim?
15      A.  In what year?
16      Q.  In 1999.
17      A.  '99?  It was a WPS claim.  I'm not sure
18  what you mean.
19      Q.  Where would it go?  Who would do the
20  thing, the type of thing that you did back in 1987
21  and '88?
22      A.  Most of it was automated already by
```

11 (Pages 38 to 41)

|  | Page 42 |
|---|---|
| 1 | then. The -- the electronic claims came in |
| 2 | electronically through whatever means they come in. |
| 3 | I know there's a telephonic something. There's |
| 4 | also -- the paper claims went through an OCR, an |
| 5 | optical scanner reader, and were put into the |
| 6 | system by 1999. |
| 7 | Q. Who would be the one reviewing the paper |
| 8 | claims? |
| 9 | A. It varies. The -- there were staff in |
| 10 | all four states doing some work on some things. |
| 11 | Illinois, Michigan mostly did Illinois, Michigan |
| 12 | claims, and Wisconsin mostly did Wisconsin claims. |
| 13 | And Minnesota, their workload mostly moved to |
| 14 | Wisconsin except for their provider enrollment |
| 15 | area. I think there's some nurse review still |
| 16 | there. |
| 17 | Q. What happens to -- or what happened to |
| 18 | the paper claims that were filed from 1991 to 2001? |
| 19 | A. I really don't know. |
| 20 | Q. Where are those? |
| 21 | A. I really don't know. That wasn't part |
| 22 | of my job to deal with that. |

Page 43

1    Q. In 1987 and '88 when you were looking at
2    paper claims, what would happen to them once you
3    did what you did with them?
4       A. In 1997 and '98 I wasn't actually
5    looking at claims.
6       Q. I meant '87 and '88. I'm sorry.
7       A. '87 and '88 they were boxed up and sent
8    to a records center. The electronic -- what we
9    input into the computer, stayed on the computer
10   until it was purged. As far as what happened to
11   the paper claims now, I don't think -- I think the
12   retention is only a few years on keeping a paper
13   claim.
14      Q. I'll do this very briefly. From 1991
15   through 2001 can you walk me through the process of
16   how a physician would file a claim for payment for
17   a drug and how WPS would determine the payment
18   amount?
19         MR. HENDERSON: Objection.
20         THE WITNESS: I don't really know how a
21   physician would file the claim. But I can -- once
22   the claim came in the door, is that what you're

Page 44

1    asking?
2    BY MR. TORBORG:
3       Q. Yes.
4       A. Okay.
5       Q. Tell me about the process that you know
6    about, once you get the claim in, whether it be
7    electronic or paper.
8          MR. HENDERSON: Objection.
9          THE WITNESS: I don't really do that
10   anymore. Initially it was all paper, so it would
11   be the claims go into a mailroom basically where
12   they're sorted and an initial review is given to
13   determine what batch to put them in. And there are
14   certain batches depending on if it's a
15   participating provider or a nonparticipating
16   provider. And there are other batches that are
17   determined by whether they're a chiropractic
18   provider versus a physician. And the batches are
19   sorted in the mailroom by the -- by, I don't know
20   what the title is. But that's what they do, is
21   they were dividing those claims into batches.
22         That no longer happens. They're

Page 45

1    basically put into the scanner, and the scanner --
2    every batch is pretty much the same. Other than
3    the participating and nonparticipating, those are
4    still divided.
5          The -- beyond that, the processors, the
6    claims processors, the claims examine entry people
7    would enter it on to the computer, and then there
8    was a computer record of the claim. The claim would
9    process through the system, and checks were cut if
10   that was, you know, appropriate, or claims were
11   denied if that was appropriate.
12   BY MR. TORBORG:
13      Q. Do you have a sense in 1991 what
14   percentage of doctors filed their claims via a
15   paper form versus electronically?
16         MR. HENDERSON: Objection.
17         THE WITNESS: I don't.
18   BY MR. TORBORG:
19      Q. Okay. I would like to hand you what
20   we've marked previously as Abbott Exhibit 434. Ms.
21   Clark, are you familiar with this document?
22      A. I am.