# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

October 19, 2007

HIGHLY CONFIDENTIAL

VIA FEDERAL EXPRESS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re:   U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-11337

Dear Renee:

    I am enclosing with this letter a CD containing documents marked ABT-DOJ 0302522-0309694 which are our initial production of home infusion documents. We anticipate completing this production by the end of the month.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1613175v1

Direct Number: (312) 269-4174
cgeisler@jonesday.com

bcc:    Charma Dudley

CHI-1613175v1