# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

November 8, 2007

**HIGHLY CONFIDENTIAL**

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D Street N.W.
Room 9028
Washington, D.C. 20004

Re: U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.; 06 CV-11337

Dear Renee:

I am enclosing with this letter four CDs containing documents marked ABT-DOJ 0310004-0340445 which include Abbott's on-going production of Home Infusion documents. We anticipate one additional production of Home Infusion documents in the next few days.

Please contact me if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc: Jason G. Winchester

CHI-1616780v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Direct Number: (312) 269-4174
cgeisler@jonesday.com

bcc:   Charma Dudley

CHI-1616780v1