# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeislerr@jonesday.com

JP003466
080024-024348

November 9, 2007

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor
Room 9028
Washington, D.C. 20004

    Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
           Case No. 06-CV-11337

Dear Renee:

    I am enclosing two CDs bates labeled ABT-DOJ 0340446-0351754. These CDs contain documents relating to Home Infusion. This completes Abbott's production of Home Infusion documents.

    Please let me know if you have any questions.

                          Very truly yours,

                          Carol P. Geisler

Enclosures

cc:    Jason G. Winchester

CHI-1616973v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Renee Brooker
November 9, 2007
Page 2


bcc:   Charma Dudley

CHI-1616973v1