**U.S. Department of Justice**



*United States Attorney*
*Southern District of Florida*

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9000*

April 11, 2008

VIA E-MAIL

Jason G. Winchester, Esq.
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692


RE:   Abbott Documents ABT-DOJ 326756 and 326772
      United States of America, ex rel., Ven-A-Care of the Florida Keys, Inc., v. Abbott
          Laboratories, Inc., United States District Court, District of Massachusetts, MDL Docket
      No. 1456, *In re Pharmaceutical Industry Average Wholesale Price Litigation*


Dear Mr. Winchester:

In response to your April 8, 2008 letter to Renee Brooker, please be advised that the United States objects to Abbott's attempt to late designate as privileged the Abbott-produced documents numbered ABT-DOJ 326756 and 326772 pursuant to Paragraph 28 of the Protective Order. We further object to Abbott's attempt to seek their return.

Thank you.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


By: s/ Ann M. St. Peter-Griffith
Ann M. St. Peter-Griffith
   Assistant U.S. Attorney
   Tel.: (305) 961-9419.

cc: James Breen, Esq.