

**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, N.W.*  *Telephone: (202) 514-1511*
*Ninth Floor - Room 9149*
*Washington, DC 20004*

April 17, 2008

*Via Electronic Mail & Federal Express*

Mr. Jason G. Winchester
Jones Day
77 West Wacker Drive
Chicago, Illinois 60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, 06–CV-11337-PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456/Civil Action No. 01-12257

Dear Jason:

    I write in response to your April 8, 2008 letter to Renée Brooker requesting the return of "certain privileged documents . . . inadvertently produced" by Abbott to the Department of Justice ("DOJ"). In your letter, you request the return of the identified documents and any copies of those documents in DOJ's possession, custody or control, pursuant to Paragraph 28 of the Protective Order (Dkt. No. 3804). You also request return of volumes 0026-0030 of CDs produced by Abbott to DOJ. Finally, in your letter, you state that Abbott will produce replacement CDs to DOJ this week. We understand from your letter that the replacement CDs to be produced by Abbott will contain all documents except for those identified in your April 8th letter as privileged.

    As you know, the United States challenges Abbott's assertion of privilege as to documents Bates stamped ABT-DOJ 0326756 and ABT-DOJ 0326772 (*see* April 11, 2008 letter to you from Ann St. Peter-Griffith). With respect to the other documents identified in your April 8th letter (ABT-DOJ 0319221 - 0319222, ABT-DOJ 0324912, ABT-DOJ 0328021 - 0328024, ABT-DOJ 0331181 - 0331183, ABT-DOJ 0331226 - 0331229, ABT-DOJ 0331376, ABT-DOJ 0331446, ABT-DOJ 0335484 - 0335485, and ABT-DOJ 0341991), the United States does not necessarily agree with Abbott's assertion of privilege as to each document, however, it is not challenging the designations at this time.

-2-

Accordingly, pursuant to your request and the provisions of the Protective Order, enclosed please find the original CDs produced by Abbott to DOJ which contain the documents Bates stamped ABT-DOJ 0319221 - 0319222, ABT-DOJ 0324912, ABT-DOJ 0328021 - 0328024, ABT-DOJ 0331181 - 0331183, ABT-DOJ 0331226 -0331229, ABT-DOJ 0331376, ABT-DOJ 0331446, ABT-DOJ 0335484 - 0335485, and ABT-DOJ 0341991, and all copies of those CDs made by DOJ.  Further, with respect to these documents, DOJ has complied with the provisions of Paragraph 28 of the Protective Order requiring that any document or material information reflecting the contents of the documents be expunged.  (With the exception of backup tapes, for which the process is underway but will not be completed until next week). Finally, DOJ has collected and is returning copies of these documents that have been made, or certifies that any copies or electronic versions of these documents that existed on its computer systems have been destroyed.

You may direct any questions you may have regarding the privilege assertions being challenged by DOJ (ABT-DOJ 0326756 and ABT-DOJ 0326772) to Ann St. Peter-Griffith.  If you have questions regarding the remaining documents identified in your April 8th letter, please let me know.

                Sincerely,

                /s/

                Rebecca A. Ford

Cc:    James J. Breen, Esquire
           Renée Brooker, Esquire
           Toni-Ann Citera, Esquire
           Carol P. Geisler, Esquire