**U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.**
**Second Amended Privilege Log of Abbott Laboratories Inc.**

|  | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
| 120. | 06/03/1997 | Kathy Riddle | David Fishman, Esq. | Correspondence seeking legal advice about legal relationship with customer accounts. | AC, WP | 1 |
| 121. | 02/27/1991 | James Albrecht, Esq. | M. Gorman; Kathy Riddle | Correspondence from Abbott Legal providing legal advice about compliance with federal law relating to marketing agreement. | AC, WP | 1 |
| 122. | 02/27/1991 | James Albrecht, Esq. | M. Gorman; Kathy Riddle | Correspondence from Abbott Legal providing legal advice about compliance with federal law relating to marketing agreement. | AC, WP | 1 |
| 123. | 07/09/2003 | Abbott Legal | Virginia Tobiason | Draft compliance policy with lawyers' comments. | AC, WP | 6 |
| 124. |  | Abbott Legal | Virginia Tobiason | Draft compliance policy with lawyers' comments. | AC, WP | 8 |
| 125. |  | Abbott Legal | Virginia Tobiason | Draft compliance procedure with lawyers' comments. | AC, WP | 6 |
| 126. |  | Abbott Legal | Virginia Tobiason | Draft compliance procedure with lawyers' comments. | AC, WP | 6 |
| 127. |  | Abbott Legal | Virginia Tobiason | Draft compliance policy with lawyers' comments. | AC, WP | 8 |
| 128. | 07/09/2003 | Abbott Legal | Virginia Tobiason | Draft compliance policy with lawyers' comments. | AC, WP | 6 |
| 129. |  | Abbott Legal | Virginia Tobiason | Draft compliance policy with lawyers' comments. | AC, WP | 7 |
| 130. |  | Clifford Berman, Esq. | Virginia Tobiason | Attorneys' comments regarding draft compliance policy. | AC, WP | 2 |
| 131. | 05/12/2003 | Mark Szewczyk | Priscilla Porembski, Esq.; Joseph Talanges; Joe Brundza | Email correspondence with in-house counsel seeking legal advice regarding draft contract and providing information necessary to obtain that advice. | AC |  |
| 132. | 01/27/2003 | Mark Szewczyk | Kate Collins, Esq; Joe Brundza, Gary Glinski | Email correspondence with in-house counsel seeking legal advice regarding draft contract language and information necessary to obtain that advice | AC |  |