# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017

TELEPHONE: (212) 326-3939 • FACSIMILE: (212) 755-7306

Direct Number: (212) 326-8376
tcitera@jonesday.com

JP177138
080024-024348

April 30, 2008

VIA EMAIL

Ann M. St. Peter-Griffith
Assistant U.S. Attorney
U.S. Department of Justice
99 N.E. 4 Street, Suite 300
Miami, FL  33132

Re:   U.S. ex rel. Ven-a-Care of the Florida Keys, Inc.. v. Abbott Laboratories, Inc.
      Case No. 06-CV-11337

Dear Ann:

This letter is in response to your email dated April 24, 2008 regarding the United States' continued objection to Abbott's snap-back of documents bates labeled ABT-DOJ 326756 and 326772 and Abbott's designation of certain documents as "highly confidential."

In your email, you asked that I provide the basis for Abbott's assertion of privilege and questioned whether the documents had been included in Abbott's privilege log.  The documents – an internal memo written by Abbott's legal counsel, James L. Albrecht, to two Abbott employees providing legal advice to the employees -- are clearly protected by the attorney client privilege.  Further, Abbott's revised privilege log, which was produced on Friday, April 25, included these documents. We will be filing a motion shortly seeking return of these documents. In accordance with the protective order in this case, please maintain all copies of these documents in a sealed envelope and do not make any use of the information contained in these documents.

As to your question regarding Abbott's designation of certain compliance materials as "highly confidential," Abbott agrees to de-designate those compliance documents produced in this case that are older than five years.  Specifically, the following documents are now designated as non-confidential:

ABT-DOJ 0394762-0395298

ABT-DOJ 0395305-0395345

ABT-DOJ 0395379-0395472

JONES DAY

Ann M. St. Peter-Griffith
April 30, 2008
Page 2

  ABT-DOJ 0395587

  ABT-DOJ 0397110-0397214

  ABT-DOJ 0398240-0398249

 Please let me know if you have any questions.

         Very truly yours,

         /s/ Toni-Ann Citera
         Toni-Ann Citera

cc: Jason G. Winchester
   Carol P. Geisler