# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | ) ) ) ) | Civil Action No. 01-CV-12257 PBS  Judge Patti B. Saris |
| NOTICE OF APPEAL FOR ASTRAZENECA (#4935) | ) ) ) | |

## STIPULATION REGARDING RECORD ON APPEAL

Class Counsel for Plaintiffs and Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") agree that the record on appeal should be supplemented pursuant to Fed. R. App. P. 10(e)(2) and retained in the District Court pursuant to Fed. R. App. P. 11(f).

Accordingly, the undersigned parties hereby stipulate as follows:

1. The items on the four attached lists shall constitute the record on appeal for the notices of appeal identified above;

2. The District Court may certify and forward the attached lists to the First Circuit instead of physical copies of the record;

3. The parties may cite in their briefs and include in the Joint Appendix any portion of the record so designated or any documents before the district court, as long as otherwise permitted by the Federal Rules of Appellate Procedure, regardless of whether that portion of the record has been physically transferred to the First Circuit; and

4. Any error or omission in the contents of the record discovered after the filing of this stipulation may be corrected in accordance with Fed. R. App. P. 10(e).

Respectfully submitted,

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **FOLEY HOAG LLP** |

By:  /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003

**LIAISON COUNSEL**
Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Tel: (708) 776-5600
Fax: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel: (215) 496-0300
Fax: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Tel: (312) 346-2222
Fax: (312) 346-0022

By:  /s/ Sarah Cooleybeck
Donald R. Ware (BBO No. 516260)
Nicholas C. Theodorou (BBO No. 495730)
Sarah Cooleybeck (BBO No. 631161)
155 Seaport Boulevard
Boston, MA  02110
Tel:  (617) 832-1000
Fax:  (617) 832-7000

**DAVIS POLK & WARDWELL**

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
450 Lexington Avenue
New York, NY  10017
Tel:  (212) 450-4000
Fax:  (212) 450-4188

*Attorneys for AstraZeneca Pharmaceuticals LP*

- 3 -

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Tel: (215) 230-8043
Fax: (215) 230-8735

**CLASS COUNSEL FOR PLAINTIFFS**

Date:  May 8, 2008

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing was delivered on May 8, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

             /s/ Sarah Cooleybeck
             Sarah Cooleybeck