**EXHIBIT 2**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### COURT'S EXHIBIT LIST
### PLAINTIFFS' EXHIBITS IN EVIDENCE

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 14 | 11/14/06 | | X | Memorandum from Market Strategy & Contract Operations and the Zoladex Marketing Team | |
| 15 | 1/19/07 | | X | E-mail from Margaret Hammons to George Gerhart III | |
| 17 | 1/19/07 | | X | E-mail exchange re:  Drug Topics Red Book and PDR. | |
| 19 | 1/19/07 | | X | Internal memorandum from Keith Patterson to Chris Iacono | |
| 29 | 12/18/06 | | X | Letter from Paula Jordon. | |
| 33 | 12/4/06 | | X | E-mail from Barbara Villani to Joseph Mansfield | |
| 38 | 12/18/06 | | X | Letter from Chris Bowman to Members of the "Maricopa Urology Lithotripsy Inc." Group | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 41 | 12/18/06 | | X | E-mail from Barnabas Desta to David Meddis | |
| 43 | 1/19/07 | | X | AstraZeneca Pharmaceuticals Agreement | |
| 44 | 12/18/06 | | X | Internal Memorandum to Chris Iacono from Keith Patterson | |
| 45 | 12/18/06 | | X | Internal Memorandum to Chris Iacono from Keith Patterson | |
| 46 | 12/18/06 | | X | September 10, 1996 letter from M. Painter to M. Reisenauer | |
| 47 | 1/19/07 | | X | Letter from M. Painter to T. Arenson | |
| 48 | 12/18/06 | | X | Fax from C. Ware to M. Reisenauer | |
| 57 | 11/16/06 | | X | Letter to Mark J. Harberger from William C. Lucas | |
| 67 | 12/18/06 | | X | Email from Nancy Jones to Holle Terkhorn re: Annual Buy Group Zoladex Contract Template | |
| 78 | 12/18/06 | | X | Internal Memorandum from Mark Reisenauer to Keith Patterson and Steve Strand re: Zoladex Price Increase Recommendation | |
| 98 | 12/18/06 | | X | Fax to Keith Patterson & Mark Reisenaur from Carol Ware re: | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
|  |  |  |  | Colorado Medicare Part B |  |
| 118 | 12/18/06 |  | X | Memorandum to Chris Iacono from Keith Patterson re: Zoladex Pricing Strategy |  |
| 119 | 12/18/06 |  | X | Memorandum to William Simpson from Keith Patterson re: Zoladex Pricing |  |
| 125 | 12/18/06 |  | X | Letter to Ms. Rita Crook, North Carolina Medicare Part B from Sean Coakley |  |
| 131 | 12/18/06 |  | X | Medicare Review |  |
| 133 | 11/14/06 |  | X | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing |  |
| 142 | 12/18/06 |  | X | Proposed Zoladex Contracting Strategy |  |
| 143 | 12/18/06 |  | X | Zoladex 3-Month 10.8mg Depot Pricing Proposal |  |
| 145 | 12/18/06 |  | X | Internal Memorandum to Keith Patterson from Chris Iacono re: Zoladex |  |
| 146 | 11/28/06 |  | X | Internal Memorandum to C. J. |  |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Iacono from M. L. Rickards re: 1998 Pricing Recommendations – Prostate Cancer Portfolio | |
| 153 | 12/18/06 | | X | Call Notes | |
| 167 | 12/18/06 | | X | Email from Jill Krating to Erik Schultz re: NEW PDF of Pricing News | |
| 179 | 11/13/06 | | X tabs 1 – 4 | Composite exhibit of various letters to publishers from BMS | |
| 180 | 11/13/06 | | X | Price Increase/Decrease Notification Process | |
| 183 | 11/13/06 | | X tab 5 only | Letters from Kaszuba to publishers changing markup factor | |
| 187 | 12/18/06 | | X | Email from Greg Fersko to various attaching PowerPoint slides | |
| 188 | 11/13/06 | | X | Pricing procedures | |
| 189 | 12/18/06 | | X | Email from Leigh Anne Leas to various attaching PowerPoint slides | |
| 190 | 11/13/06 | | X | Composite exhibit of three Internal Price Lists | |
| 191 | 11/13/06 | | X | Pocket Reference Price List | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 192 | 12/18/06 | | X | Composite exhibit of issues of OTN *The Network News* | |
| 193 | 12/6/06 | | X | OTN AWP Price Report | |
| 195 | 12/18/06 | | X | AWP (Ain't What's Paid) | |
| 196 | 12/8/06 | | X | Understanding AWPs | |
| 197 | 12/18/06 | | X | Reimbursement in Office Based Oncology | |
| 199 | 12/18/06 | | X | Memo from Barbara Nathan to John Akscin, among others | |
| 201 | 12/6/06 | | X | Memorandum from Ron Miller to Mark Durand re: Oncology Policy Issues | |
| 202 | 12/18/06 | | X | Email from Barnard to various | |
| 203 | 12/18/06 | | X | Taxol contract sales | |
| 204 | 12/18/06 | | X | Oncology Customer Contract Proposal and Consorta contract pricing | |
| 205 | 12/18/06 | | X | Oncology Customer Contract Proposal and Owen contract pricing | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 206 | 11/14/06 | | X | Email from Barnard with Premier contract pricing | |
| 207 | 11/14/06 def | | X | Email from Barnard with MHA contract pricing | |
| 208 | 12/18/06 | | X | Etopophos Launch Plan | |
| 209 | 11/13/06 | | X tab 6,7 only | Various Kaszuba letters and memos | |
| 210 | 11/13/06 | | X tab 8 | Albuterol pricing | |
| 211 | 11/13/06 | | X tab 9 | Trimox pricing | |
| 213 | 11/14/06 | | X | Blenoxane contract sales | |
| 215 | 11/14/06 | | X | Christof Marre, "Taxol Generic Strategy Learnings from the U.S. | |
| 219 | 12/6/06 | | X | OTN Cost Differential Report | |
| 220 | 12/18/06 | | X | BMS Overview: Values Unique to POHMS | |
| 221 | 12/18/06 | | X | Taxane Economics: Effect of Dose and Schedule | |
| 222 | 12/6/06 | | X | Practice Efficiencies & Quality Care Workshop – Of Special Interest To: Physicians, Nurses, Office | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Managers, Billers | |
| 223 | 11/28/06 | | X | Email from Janine Suscewicz transmitting Jan 26 Memo and accompanying BMS interrogatory responses to which the documents were attached | |
| 224 | 12/18/06 | | X | Composite exhibit of Soule spread marketing documents | |
| 225 | 12/18/06 | | X | Composite exhibit of Davidson spread marketing docs | |
| 226 | 12/6/06 | | X | Greg Bell/Charles River Associates email attaching docs including Paraplatin Deconversion PowerPoint | |
| 228 | 12/8/06 | | X | Marsha Peterson email and business plan | |
| 229 | 12/18/06 | | X | Composite exhibit of call notes | |
| 232 | 12/18/06 | | X | Akscin email attaching "Law & Order: OBO" PowerPoint | |
| 234 | 11/14/06 | | X | OBO Opportunities | |
| 236 | 12/18/06 | | X | Email from Catherine Piech re: Amgen AWP Spread Change to 25% | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 237 | 12/18/06 | | X | Price Change Notifications | |
| 238 | 12/18/06 | | X | Urgent – Price Change Information | |
| 242 | 12/18/06 | | X | 1998 Reimbursement Update and Challenges | |
| 244 | 12/18/06 | | X | Memorandum from John Dempsey to Gary Reedy and Bill Pearson re: Price Increase | |
| 248 | 12/18/06 | | X | Charts regarding Procrit | |
| 249 | 12/18/06 | | X | Remicade cA2 Marketing Plan U.S. Crohn's Indication Launch | |
| 250 | 12/18/06 | | X | Letter Ron Krawczyk to Kathy Gutegesell at FirstData Bank | |
| 252 | 11/14/06 | | X | Remicade Office Based Infusion Guide | |
| 254 | 11/14/06 | | X | PowerPoint titled "Local Payer Information" Laura Glassco-National Account Manager, Ken Wegner-Regional Account Manager; Centocor, Inc. | |
| 255 | 1/19/07 | | X | Pharmaceutical Sales Agreement with Caremark | |
| 256 | 1/19/07 | | X | Pharmaceutical Sales Agreement with Stadtlanders | |
| 259 | 11/16/06 | | X | Email from Cathleen Dooley | |
| 260 | 12/18/06 | | X | Memorandum from Centocor's | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Michael Ziskind to Jason Rubin | |
| 261 | 11/14/06 | | X | Letter to C. Klaye Riley from Valerie | |
| 262 | 11/16/06 | | X | Memorandum from C. Dooley to G. Reedy | |
| 263 | 11/16/06 | | X | Memorandum from Gary Reedy to Carol Webb | |
| 268 | 12/18/06 | | X | Memorandum to Minneapolis District from John Hess | |
| 269 | 12/18/06 | | X | Bulletin No. 07 to Orlando District from David Rybak re: 1st Quarter Successes and Team Experiences | |
| 270 | 12/18/06 | | X | From Mycrocytic Cells to Macrocytic Sales – Regional Training Workshop Materials held in Houston, Texas | |
| 272 | 12/18/06 | | X | E-mail from Laura Glassco to Tom Weiss, et al. re Dr. Kassan with attached PowerPoint titled "Local Payer Information" Laura Glassco-National Account Manager, Ken Wegner-Regional Account Manager; Centocor, Inc. | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 281 | 12/18/06 | | X | E-mail from Seth Fischer to Joseph Scodari, et al. re: "AWP Reporting issue: an overview" | |
| 285 | 11/14/06 | | X | Document titled "Cost Comparison of Anti-TNF Agents in Rheumatoid Arthritis Patients Receiving Methotrexate for Plan and Group Managers" | |
| 289 | 11/14/06 | | X | Software and document titled "Remicade Practice Management Assistant" [admitted as template not numbers] | |
| 302 | 12/18/06 | | X | E-mail from Cheryl Cohen to Tom Weiss, et al. re "CIGNA & Aetna USHC Reimbursement Clarification" | |
| 318 | 11/16/06 | | X | Email from Cathleen Dooley re: Follow-up of voice mail request | |
| 330 | 1/19/07 | | X | Letter to All Orth Biotech Employees transmitting the Ortho Biotech "Best Practice Guidelines" | |
| 331 | 12/18/06 | | X | Procrit Reimbursement Alternatives Presented by Documedics | |
| 332 | 12/18/06 | | X | JJHCS Regional Managed Care Training | |
| 334 | 11/16/06 | | X | Strategies for Shaping the Reimbursement Environment | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 339 | 11/16/06 | | X | Memorandum from C. Dooley to T. Amick re: Reimbursement Considerations for Spillover Planning | |
| 343 | 12/18/06 | | X | Procrit Physician Office Strategy: Strategic Responses to Aranesp prepared by Charles River Associates | |
| 344 | 12/8/06 | | X | Procrit Contracting: Modeling Provider Economics prepared by Charles River Associates | |
| 346 | 11/16/06 | | X | Procrit Medicare Review prepared by Trinity Partners | |
| 348 | 11/16/06 | | X | Document titled Ortho Biotech Historical List Price Change Procrit | |
| 360 | 12/18/06 | | X | Memo from First Data Bank to Martha Hull re products included in databank | |
| 364 | 12/18/06 | | X | Letter from Brock Weathers to Michael Kalson of Academy Orthopaedics attached | |
| 365 | 11/16/06 | | X | Memorandum from M. Klein/ C. Dooley to S. Salmon | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 368 | 12/8/06 | | X | Maximum Value Programs for Preferred Physician Customers | |
| 370 | 12/8/06 | | X | Procrit-CA-R 1.2CD-Rom: The Procrit vs. NESP Cost Analysis Presentation-R | |
| 394 | 12/13/06 | | X | E-mail from David Maya re: Intron 95% AWP Reimbursement for Bladder | |
| 395 | 1/19/07 | | X | Schering Intron Committed Member Program – Letter of Commitment | |
| 397 | 12/13/06 | | X | Schering document titled "Cost Analysis for Superficial Bladder Cancer" | |
| 408 | 11/16/06 | | X | Schering Laboratories Generic Strategy | |
| 409 | 1/19/07 | | X | Proventil Inhaler Generics Strategies | |
| 415 | 12/18/06 | | X | Warrick Memo from Darren K. Willoughby to Raman Kapur re: Updated Managed Care Pricing | |
| 416 | 12/18/06 | | X | Integration of Warrick into Managed Care summary of review of mission | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | and action plan | |
| 418 | 11/16/06 | | X | Schering Managed Care Memo from David Lee to Scott Larson re: GeriMed Warrick Contract Proposal | |
| 421 | 12/18/06 | | X | Schering Laboratories Memo Harvey Weintraub to Richard Zahn re: Status Report – Warrick Pharmaceuticals | |
| 422 | 1/19/07 | | X | Warrick Letter to Burt Orland Director of Pharmacy for Fallon re: contract price effective March 1, 1995 through December 31, 1995; and October 28, 1999 email from Patty Burke to Kathleen Flynn re: Fallon Clinic – Albuterol | |
| 425 | 1/19/07 | | X | Letter from John F. Hoffman to L. Timothy Terry | |
| 431 | 1/19/07 | | X | Warrick letter from Harvey J. Weintraub to Warrick Accounts re: Albuterol price increase | |
| 432 | 12/18/06 | | X | Schering-Plough Memo from B. Michael Kennedy to Raman Kapur re: Rite-Aid Chargeback Program | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 433 | 1/19/07 | | X | Rite-Aid Corporation Secret Pricing | |
| 434 | 12/18/06 | | X | Rite-Aid Pricing | |
| 437 | 12/18/06 | | X | Warrick letter from Al Graf to John Ziebell re: Albuterol Price Increase | |
| 438 | 12/18/06 | | X | Memo from Patty Hiley to Yvonne Cagnina re: Walgreen Company Credit, Line Rebate 1st Quarter 1996 | |
| 441 | 1/19/07 | | X | Warrick memo Al Graf to Raman Kapur re: Walgreen's Free Goods | |
| 443 | 12/18/06 | | X | Letter Al Graf to John Ziebell re: Albuterol Price Change | |
| 445 | 12/18/06 | | X | Letter Al Graf to John Ziebell re: Albuterol Sulfate Price Change | |
| 453 | 1/19/07 | | X | Warrick Fax re: Total Line Rebate Program | |
| 455 | 1/19/07 | | X | Warrick letter Jerome Sherman to Anthony Tavolaro re: Albuterol Sulfate Price Change | |
| 456 | 12/18/06 | | X | Warrick letter to Anthony Tavolaro re: Total Line Rebate Program | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 461 | 12/18/06 | | X | Warrick Memo Jerome Sherman to Raman Kapur re: Rite Aid/CVS – Wholesaler Chargebacks | |
| 466 | 1/19/07 | | X | Warrick letter to David Marshall re: Chargeback Rebate | |
| 470 | 11/16/06 1/19/07 | | X    limited | Schering-Plough Fax Richard Zahn to Raman Kapur re: Medco Proposal | |
| 471 | 1/19/07 | | X | Schering/Warrick Albuterol Inhaler Action Plan, prepared by Steve Cooper and Mark Calabrese | |
| 489 | 12/18/06 | | X | Email John Vanschaften to Mark Nolan, Kathleen Flynn, Serafina Oxner and Darren Ray re: Warrick Managed Price List – 1/01/00 | |
| 492 | 12/18/06 | | X | E-mail Debbie Kane to Greg Birch and others re: Price Alert! | |
| 499 | 12/18/06 | | X | PowerPoint Slides re: Rebates | |
| 503 | 1/19/07 | | X | Warrick Individual Prices and Promotion | |
| 504 | 1/19/07 | | X | Warrick Trade Rebates – Generic | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Division PowerPoint Presentation by Jackie Mobley | |
| 505 | 12/18/06 | | X | Free Goods Summary | |
| 523 | 1/19/07 | | | Best Price, Medicaid Rebates and Nominal Pricing prepared by Michael Flinn | |
| 573 | 12/18/06 | | X | Schering Plough Memorandum from Richard Zahn to Steve Andrzejewski, Joe Caso, Anne Fields, Bill Heiden, and Jim Mackey re: Product Pricing | |
| 575 | 12/18/06 | | X | Spreadsheet Schering-Plough and Warrick Pharmaceuticals | |
| 576 | 12/18/06 | | X | Agreement between Schering Corporation and TDI Managed Care Services, Inc. | |
| 597 | 12/18/06 | | X | Agreement between Warrick and Bi-Coastal Pharmaceuticals re: employment as sales broker | |
| 609 | 11/16/06 | | X | Generics – Generics Paper Managed Care by J. Audibeft (sp) | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 612 | 1/19/07 | | X | Warrick Account Information Forms re price change or rebate change to Albuterol Solution/Syrup | |
| 619 | 12/18/06 | | X | Warrick Memos re Albuterol pricing | |
| 636 | 12/18/06 | | X | Memo from frank Musat to Gary Binder re Warrick Albuterol Pricing | |
| 637 | 12/12/06 | | X | Memo from Harvey Weintraub to Mr. Zahn re Warrick pricing | |
| 638 | 12/18/06 | | X | Documents between Warrick and Walgreens re Albuterol pricing and rebates 9/1/95 Letter from Al Graf to John Ziebell | |
| 640 | 12/18/06 | | X | Addendum to 10/1/98 agreement between Schering Corporation and Scott & White Prescription Services | |
| 641 | 12/18/06 | | X | Exhibit A to Addendum to 10/1/98 agreement between Schering Corporation and Scott & White Prescription Services | |
| 642 | 12/18/06 | | X | Exhibit A-1 to Addendum to 10/1/98 agreement between Schering Corporation and Scott & White Prescription Services | |
| 647 | 12/18/06 | | X | Memo from Patti Niehaus to Cheryl Burrell re PCA Health Plan of FL | |
| 652 | 12/12/06 | | X | Memo from Richard Zahn to Raul Cesan re Generic Albuterol Solution/Syrup Introduction | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 689 | 12/18/06 | | X | Schering Laboratories Generic Market Strategic Plan | |
| 702 | 12/18/06 | | X | Contract Admin. PPT. | |
| 709 | 1/19/07 | | X | Schering-Plough Field Force of the Year 2000, a "how-to" manual | |
| 710 | 12/18/06 | | X | Warrick letter Michael Kennedy to Linda Panke at Medical Economics Co. re: pricing and shipping info | |
| 713 | 12/18/06 | | X | November 2001 Getting Away from AWP: Changing Medicare and Medicaid Drug Reimbursement | |
| 714 | 11/16/06 | | X    limited | Schering-Plough e-mail from Carolyn Kocis re: Nominal Pricing Meeting draft Executive Summary and Minutes | |
| 718 | 12/18/06 | | X | Warrick memo Dave Reich to C. Hagman re: Price Change for Albuterol 20 mL | |
| 719 | 12/12/06 | | X | Albuterol Price Notices | |
| 720 | 12/18/06 | | X | Intron-A pricing and reimbursement | |
| 721 | 12/18/06 | | X | E-mails re: Intron Reimbursement Issues- Summary and Calculation of Medicare Reimbursement- Example | |
| 722 | 12/18/06 | | X | Intron-A Oncology 2003 Marketing Plan | |
| 747 | 12/18/06 | | X | Memo from R.M. Loughlin to Attendees re Albuterol launch | |
| 755 | 12/18/06 | | X | Memo from Harvey Weintraub to Richard Zahn re Warrick Albuterol-Retail Buying Groups | |
| 771 | 12/12/06 | | X | Handwritten notes re Albuterol pricing | |
| 772 | 12/12/06 | | X | Letter from Peter Kamins and Henry Weintraub to Michael LaBreque of | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Jack Eckard Corp. re Proventil Chain Market Share Program | |
| 773 | 12/18/06 | | X | Contract between Warrick and HealthPartners for Albuterol | |
| 778 | 12/18/06 | | X | Memo from Harvey Weintraub to Distribution re HCFA – MAC Rulings | |
| 779 | 12/12/06 | | X | Letter from Janet Miller of Medicap Pharmacies, Inc. to Jerry Sherman | |
| 791 | 12/18/06 | | X | Memo from R. Kapur to D. Malanga, et al. re Price Reports to Third Parties; AWP, WAC, etc. | |
| 809 | 12/18/06 | | X | Letter to Thomas Bliley from Richard Zahn | |
| 820 | 12/18/06 | | X | Composite Exhibit of Price Increase Letters from Ron Krawczyk | |
| 825 | 11/14/06 | | X | Remicade Price Increase History | |
| 843 | 12/8/06 | | X | Email from Marsha Peterson to Doug Storer re: POA PowerPoint | |
| 844 | 12/18/06 | | X | Smart Practices Require Best Practices from the OTN Website | |
| 848 | 12/18/06 | | X | Email from Gena Cook to Marsha Peterson & Todd Little re: OHOA with Drug Purchases | |
| 849 | 11/13/06 | | X | RedBook Product Listing Verification | |
| 866 | 1/19/07 | | X | Administrative Services Account Agreement | |
| 873 | 11/7/06 | | X | Analysis of CMS Average Wholesale Price Reform – Reimbursement for Part B Drugs | |
| 899 | 12/18/06 | | X | 2005 Hospital Contracting Plan, PFSW | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 953 | 1/19/07 | | X | Sheet Metal Workers' National Health Fund payment records for Paraplatin | |
| 954 | 1/19/07 | | X | Sheet Metal Workers' National Health Fund payment records for Cytoxan and Rubex | |
| 955 | 1/19/07 | | X | Sheet Metal Workers' National Health Fund payment records for Procrit | |
| 956 | 1/19/07 | | X | Sheet Metal Workers' National Health Fund payment records for Zoladex | |
| 957 | 11/7/06 | | X | Sheet Metal Workers' National Health Fund payment records for Albuterol | |
| 957A | 11/7/06 | | X | Sheet Metal Workers' health insurance claim form for Albuterol (HCFA – 1500) | |
| 976 | 11/16/06 | | X | Presentation:  1999 Rebate Recommendations | |
| 978 | 12/18/06 | | X | Memo from Elaine Kling re "Urgent – Price Change Notification" | |
| 979 | 11/16/06 | | X | Memo from C. Dooley to S. Welden re Medicare AWP Drug Reimbursement Proposal | |
| 982D | 12/4/06 def | | X | Internal Memorandum from Michael Tilton re: Zoladex | |
| 4000 | 11/7/06 | | X | Packet of Rebecca Hopkins' medical records | |
| 4001 | 11/15/06 | | X | Written tutorial - Rosenthal | |
| 4002 | 11/15/06 | | X | Slides from Rosenthal testimony | |
| 4003 | 11/16/06 | | X | Letter: Shaughnessy to McShane 12/6/91 | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 4004 | 11/16/06 | | X | Letter: Harberger to Engleman 9/26/95 | |
| 4006 | 11/28/06 | | X | 1999 Operational Plan for the Prostate Cancer Portfolio Casodex and Zoladex | |
| 4007 | 12/11/06 | | X | General Information on Track 1 Drugs | |
| 4008 | 12/11/06 | | X | Alternative Thresholds per Court Discussion:  Class 2 | |
| 4009 | 12/11/06 | | X | National Return to Practice Dollars | |
| 4010 | 12/11/06 | | X | Incorporation of CMS ASP Methodology | |
| 4011 | 12/11/06 | | X | Comparison to CMS ASPs | |
| 4012 | 12/11/06 | | X | BCBS MA Payment Coverage for Non-Medigap Reimbursements; Sheet Metal Workers' National Health Fund Reimbursements; Pipefitters Reimbursement Coverage [admitted "with the limitation on multi-source." Trial Day 17 at 59:4-5] | |
| 4015 | 12/6/06 | | X | Hearing on Reimbursement and Access to Prescription Drugs Under Medicare Part B before the Congressional Subcommittee on Health Care | |
| 4016 | 12/8/06 | | X | Notice of Compliance Program Guidance for Pharmaceutical Manufacturers developed by the Office of the Inspector General, HHS | |
| 4018 | 11/29/06 | | X | PriceWaterhouseCoopers Estimate of Savings to the Medicare Program 4/27/05 and 9/20/05 Update | |
| 4019 | 11/29/06 | | X | MedPAC 7/13/06 Testimony before the Congressional | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Subcommittee on Health | |
| 4020 | 11/29/06 | | X | Testimony of Robert A. Vito 7/13/06 before the Congressional Subcommittee on Health | |
| 4024 | 12/4/06 | | X | E-mail from Dean McAlister to various recipients re Provider Response: Tap Care and Cigna AZ | |
| 4025 | 12/4/06 | | X | E-mail from Maureen Gillick to various recipients re: reimbursements for Zoladex vs. Lupron | |
| 4027 | 12/6/06 | | X | Letter Donald Soltysiak to Jonathan Schechter, M.D. 2/13/92 re: prices for Bristol-Myers Oncology drugs | |
| 4028 | 12/11/06 | | X | Replacement Pages for Hartman Direct Attachments (Attachments F.7, G.1.a, G.1.c, I.1, J.1.a and J.1.b) | |
| 4029 | 12/11/06 | | X | Replacement Slides for Hartman Direct Testimony Presentation (slides 28, 35, 48, 54, 59, 96, 99,100, 104, 105, 106, 107 and 108) | |
| 4030 | 12/11/06 | | X | Replacement Pages for Hartman Direct Report (pages 35, 36, 37,66 and 126) | |
| 4032 | 12/11/06 | | X | Replacement Slide for Rosenthal Direct Testimony Presentation (slide 24 with notes) | |
| 4033 | 12/11/06 | | X | Replacement Slides for Rosenthal Direct Testimony Presentation (slides 12, 13, 14, 15, 16, 17 and 24) | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 4034 | 12/11/06 | | X | Replacement Page for Rosenthal Direct Report (page 22) | |
| 4040 | 1/4/07 | | X | Letter from Douglas Holtz-Eakin to Hon. William ("Bill") M. Thomas | |
| 4043 | 12/8/06 | | X | Letter to Hon. Tom Bliley from Alan F. Holmer of PhRMA | |
| 4044 | 12/8/06 | | X | Letter to Alan F. Holmer of PhRMA from Hon. Tom Bliley | |
| 4047 | 12/8/06 | | X | Memorandum to Michael Pollock and Faheem from Marsha Peterson re Western Regional Summary – February | |
| 4048 | 12/8/06 | | X | Email to multiple recipients from Craig M. Wilson re Dr. Giangreco | |
| 4049 | 12/8/06 | | X | Plaintiffs' Shared Enterprises chart (corrected) | |
| 4058 | 12/18/06 | | X | Report to the Congress:  Effects of Medicare Payment Changes on Oncology Services | |
| 4059 | 12/18/06 | | X | Statement of Frederick M. Schnell, M.D. before House Committee on Ways and Means | |
| 4063 | 1/4/07 | | X | Monitoring Medicare Part B Drug Prices:  A Comparison of Average Sales Prices to Average Manufacturer Prices | |
| 4064 | 1/4/07 | | X | Comparison of Fourth Quarter 2005 Average Sales Prices to Average Manufacturer Prices:  Impact on Medicare Reimbursement for Second Quarter 2006 | |
| 4065 | 1/4/07 | | X | Comparison of Fourth Quarter 2005 Average Sales Prices to Average Manufacturer Prices:  Impact on | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| | | | | Medicare Reimbursement for Second Quarter 2006 | |
| 4066 | 12/18/06 | | X | Remicade WAC Spread Analysis | |
| 4069 | 12/18/06 | | X | Changes in Medicare Reimbursement for a Typical Administration of Zoladex | |
| 4070 | 12/18/06 | | X | Changes in Medicare Reimbursement for a Typical Taxol Administration | |
| 4071 | 12/18/06 | | X | Changes in Medicare Reimbursement for a Typical Remicade Administration | |
| 4072 | 12/18/06 | | X | Changes in Medicare Reimbursement for a Typical Procrit Administration | |
| 4073 | 1/4/07 | | X | Letter to Mark McClellan from Glenn M. Hackbarth, J.D. | |
| 4074 | 1/4/07 | | X | Review of CMS's preliminary estimate of the physician update for 2005 | |
| 4075 | 12/12/06 | | X | First DataBank Monthly Interest 9/91 | |
| 4077 | 12/12/06 | | X | 1991-2003 Red Books (partial) | |
| 4078 | 12/13/06 | | X | Albuterol Sulfate price announcement | |
| 4079 | 12/13/06 | | X | Memo to multiple recipients from Harvey Weintraub re Albuterol Solution 20ml Price Change | |
| 4080 | 12/12/06 | | X | Letter to Jeanette Murphy from Harvey J. Weintraub | |
| 4081 | 12/12/06 | | X | Letter to Warrick Accounts from Harvey J. Weintraub | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 4082 | 12/13/06 | | X | Letter to Warrick Accounts from Harvey J. Weintraub | |
| 4083 | 12/12/06 | | X | Letter to Mr. Pat Byrnes from Al Graf | |
| 4084 | 12/12/06 | | X | GPP Program New Product Proposal | |
| 4086 | 12/12/06 | | X | Letter to Mr. Jacob Blatt from Harvey J. Weintraub | |
| 4088 | 12/12/06 | | X | New Product Proposal | |
| 4089 | 12/12/06 | | X | Memo re Price Increase | |
| 4090 | 12/13/06 | | X | Email to multiple recipients from Aracelia Vila re Commitment to Care | |
| 4091 | 1/4/07 | | X | Calculation of Volume-Weighted Average Sales Price for Medicare Part B Prescription Drugs | |
| 4093 | 12/13/06 | | X | Email to multiple recipients from Todd Grisco re: 2001 CTC numbers | |
| 4094 | 12/13/06 | | X | Email to multiple recipients from Todd Grisco re: 2001 CTC Free Drug | |
| 4095 | 12/18/06 | | X | Changes in Medicare Reimbursement for a Typical Albuterol 0.083% Prescription | |
| 4096 | 12/18/06 | | X | Number of Observations of Drug-Specific Average Spreads | |
| 4097 | 12/18/06 | | X | Region A DMERC Supplier Manual 14.28 (Rev. 21, 03/02) | |
| 4098 | 12/18/06 | | X | Region A DMERC Supplier Manual 14.28 (Rev. 13, 03/00) | |
| 4099 | 12/18/06 | | X | Chart – HCPCS Modifiers | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 4100 | 12/18/06 | | X | Palmetto GBA - Fee Updates: Fourth Quarter 2001 Drug Fees | |
| 4101 | 12/18/06 | | X | Palmetto GBA - 2002 Fourth Quarter Drug Fee Update | |
| 4102 | 12/18/06 | | X | Palmetto GBA - 2003 Fourth Quarter Drug Fee Update | |
| 4103 | 12/18/06 | | X | Palmetto GBA – Nebulizer Drugs – KP, KQ Modifiers and Units of Service | |
| 4104 | 12/18/06 | | X | Palmetto GBA article – Nebulizer Drugs: Albuterol and Ipatropium | |
| 4105 | 12/18/06 | | X | Sheet Metal Workers' health insurance claim form for Albuterol (HCFA – 1500) | |
| 4106 | 12/18/06 | | X | Sheet Metal Workers payments for Albuterol Sulfate | |
| 4107 | 12/18/06 | | X | Sheet Metal Workers Claims for Albuterol | |
| 4109 | 1/19/07 | | X | Replacement Charts for Hartman Direct Attachments (Attachments G.4.a, G.4.b and G.4.c) | |
| 4110 | 12/18/06 | | X | Replacement Charts for Hartman Direct Attachments (Attachments J.4.a and J.4.b) | |
| 1099 def | 1/4/07 | | X | Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers, Joint Hearing before the Subcommittee on Health and the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, House of Representatives, 107th Cong. 89, First Session, Serial No. 107-65 | |

| Pls' Ex. | Date Offered | Marked | Admitted | Description | Witness |
|---|---|---|---|---|---|
| 1303 def | 1/4/07 | | X | 69 Fed. Reg. 66406, Table 41 Impact of Proposed Rule and Physician Fee Schedule Update on Medicare Payment for Selected Drug Administration Services Excluding the Effect of the 32 and 3% Transition Adjustments and Demonstration Project | |