**EXHIBIT 3**

*In re Pharm. Indus. Average Wholesale Price Litig.*, No.1055, 1056
Stipulated Index to Record of Appeal from Nov. 20, 2007 Judgment Cont'ed
(Entries Relating to Transcripts)

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 1/13/2003 | 319 | Judge Patti B. Saris. Clerk's Notes: re: motion hearing Court hears argument of counsel on a variety of issues. Court takes all motions under advisement. court inquires as to status of case. Court Reporter: Marie Cloonan (ms) (Entered: 01/15/2003) |
| 06/18/2003 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris : Scheduling Conference held on 6/18/2003. Court allows Motion for Leave to file Amended Consolidated Complaint without prejudice. Motions to Dismiss Amended Complaint to be filed by 8/1/2003. Oppositions by 9/15/03. Replies by 9/30/03. Sur-replies by 10/15/03. Hearing on Motions to Dismiss set for 11/12/2003 at 3:00 PM. Joint proposed Scheduling Order to be filed by 7/31/03. Parties to confer by 7/18/03. Motions to Dismiss by un-named defendants to be filed by 7/18/03. Oppositions by 9/1/03. Scheduling Conference for A.G. Cases set for 9/10/2003 at 3:00 PM. (Court Reporter Marie Cloonan.) (Alba, Robert) Modified on 6/24/2003 (Alba, Robert). (Entered: 06/18/2003) |
| 11/21/2003 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 11/21/2003 on various motions to dismiss. Court hears argument of counsel. Court takes motions under advisement. (Court Reporter Deborah Joyce.) (Alba, Robert) (Entered: 11/21/2003) |
| 12/5/2003 | 635 | TRANSCRIPT of Hearing held on November 21, 2003 before Judge Saris. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 627/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/05/2003) |
| 12/17/2003 | 654 | TRANSCRIPT of Motions Hearing held on December 12, 2003 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 877-747-4260 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/17/2003) |
| 2/5/2004 | 707 | TRANSCRIPT of Motions Hearing held on September 18, 2003 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's |

| | | |
|---|---|---|
| | | Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/05/2004) |
| 2/19/2004 | 713 | REVISED TRANSCRIPT of Motion Hearing held on December 12, 2003 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 978-465-1458 or the Clerk's Office. (Scalfani, Deborah) Modified on 2/19/2004 (Scalfani, Deborah). (Entered: 02/19/2004) |
| 03/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference held on 3/8/2004. Court discusses case management strategy with counsel. Plaintiffs' to submit proposed case management order by 3/15/04. Defendants' to submit proposed case management order by 3/22/04. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 03/08/2004) |
| 3/15/2004 | 740 | TRANSCRIPT of Status Conference held on March 8, 2004 before Judge Saris. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 508-755-6014 or the Clerk's Office. (Scalfani, Deborah) Modified on 3/15/2004 (Scalfani, Deborah). (Entered: 03/15/2004) |
| 9/27/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 9/27/2004 re 1060 MOTION for Leave to File Reply Briefs in Support of (1) Plaintiffs? Motion to Compel B. Braun of America to Make Supplemental 30(b)(6) Designation and (2) Plaintiffs? Motion to Add B. Braun Medical, Inc. as a Defendant. filed by All Plaintiffs, 972 MOTION for Protective Order filed by Astrazeneca Pharmaceuticals LP, 951 MOTION to Compel Against Astrazeneca filed by All Plaintiffs, 868 MOTION for Protective Order filed by Johnson & Johnson, Bristol-Myers Squibb Company, Bristol-Myers Squibb Company, Glaxo Wellcome, Inc., SmithKline Beecham Corporation, Apothecon, Astrazeneca PLC, Astrazeneca US, Glaxosmithkline, PLC, Glaxo Wellcome, PLC, Oncology Therapeutics Network Corp., Schering-Plough,Corp, Glaxosmithkline, Centocor, Inc., Ortho Biotech Products, L.P., Warrick Pharmaceuticals Corporation, 893 MOTION to Compel filed by Bristol-Myers Squibb Company, Apothecon, Oncology Therapeutics Network Corp., 962 MOTION for Extension of Time to August |

| | |
|---|---|
| | 20, 2004 to File Response/Reply as to 941 MOTION to Compel And Enforce Subpoena For Deposition Of Patricia Kay Morgan, 941 MOTION to Compel And Enforce Subpoena For Deposition Of Patricia Kay Morgan filed by Bristol-Myers Squibb Company, Novartis Pharmaceuticals, 965 MOTION to Compel the Production of Documents from McKesson Corporation filed by All Plaintiffs, 944 MOTION to Seal Document 942 Memorandum in Support of Motion, 943 Declaration, By Saul P. Morgenstern (REDACTED VERSIONS DOCKETED) filed by Bristol-Myers Squibb Company, Novartis Pharmaceuticals, 888 MOTION to Compel Proper Answers to Interrogatories filed by Bristol-Myers Squibb Company, 1015 Emergency MOTION for Protective Order filed by All Plaintiffs, 925 MOTION to Compel BMS to Answer Interrogatories filed by All Plaintiffs, 884 MOTION to Compel The Production of HHA ASP Documents Relating to All Defendants filed by All Plaintiffs, 992 MOTION to Compel MOTION for Protective Order MOTION for Protective Order filed by Bristol-Myers Squibb Company, Apothecon, Oncology Therapeutics Network Corp.; Court hears arguments and makes rulings in open court. (Court Reporter Carol Scott.) (Saccoccio, Dianalynn) (Entered: 09/28/2004) |
| 10/13/2004 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 10/13/2004 re 978 MOTION to Compel B. Braun of America to Make Supplemental Rule 30(B)(6) Designation filed by All Plaintiffs; Court hears argument and makes ruling in open court.(Court Reporter Debra Joyce.) (Saccoccio, Dianalynn) (Entered: 10/13/2004) |
| 10/19/2004 | 1104 TRANSCRIPT of Hearing held on October 13, 2004 before Judge Bowler. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/19/2004) |
| 10/22/2004 | 1110 TRANSCRIPT of Motion Hearing held on September 17, 2004 before Judge Bowler. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/22/2004) |

3

| | | |
|---|---|---|
| 11/02/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 11/2/2004 re: 1090 MOTION to Compel *Production of Defendants' Correspondence with Putative Class Members* filed by All Plaintiffs, 1068 MOTION to Quash filed by Connecticut General Life Insurance Company, Aetna, Inc. and Humana, Inc.; The court hears the arguments on the motions and takes the motions under advisement to make rulings by the end of business today. (Court Reporter Carol Scott.) (Saccoccio, Dianalynn) (Entered: 11/03/2004) |
| 11/15/2004 | 1147 | TRANSCRIPT of Motion Hearing held on November 2, 2004 before Judge Bowler. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/15/2004) |
| 11/23/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris: Telephone Conference held on 11/23/2004. Professor Berndt of the Massachusetts Institute of Technology, Counsel for Plaintiffs and Defendants and the Court held a telephone conference on November 23, 2004 at 10:30 a.m. Professor Berndt has agreed to serve as an independent expert on the pharmaceutical industry for purposes of the motion for class certification. The Court set the following schedule: Prior to the December 6, 2004 and December 7, 2004 presentations: the Parties will send a copy of their presentations on the pharmaceutical industry to Professor Berndt. December 6, 2004, 11:00 a.m. to 1:00 p.m.: Plaintiffs? presentation, with Professor Berndt present. December 7, 2004, 10:30 a.m. to 1:00 p.m.: Defendants? presentation, with Professor Berndt present. The Court will meet privately with Professor Berndt following the presentations to discuss the topics of the report he will write about the pharmaceutical industry. If the Court submits questions to Professor Berndt, copies will be placed on the record. Professor Berndt will submit his report in late January. The parties agreed that the Court will be allowed to speak with Professor Berndt privately to clarify the contents of his report. If Professor Berndt provides information beyond what is in the record, he will supplement his report. Provisions for payment of Dr. Berndt by both sides shall be handled by Eric Green, not the Court. (Alba, Robert) (Entered: 11/23/2004) |
| 12/6/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris: Evidentiary Tutorial - Day One held on 12/6/2004. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: |

| Date | | Description |
|---|---|---|
| | | 12/06/2004) |
| 12/7/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris: Evidentiary Tutorial - Day Two held on 12/7/2004. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 12/07/2004) |
| 01/06/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 1/6/2005 on 1277 Emergency MOTION to Enforce Judgment *(The Court's December 28, 2004 Order)* filed by All Defendants; Peter St. Phillip and Eric Haas appear via telephone conference; The court hears argument on the motion and makes a ruling in open court. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/06/2005) |
| 1/27/2005 | | Clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 1/27/2005; 1189 First MOTION to Compel THE PRODUCTION OF ELECTRONIC DISCOVERY FROM THE SCHERING PLOUGH DEFENDANTS filed by Suffolk County (NY), 1300 Second MOTION for Discovery of Schering-Plough Corp. Documents filed by Suffolk County (NY), 1175 MOTION to Compel Third Party Health Net, Inc. to Produce Documents Pursuant to Subpoena filed by Johnson & Johnson; Court hears argument on motions and makes rulings in open court as well as sets discovery schedule related to the rulings. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/31/2005) |
| 1/31/2005 | 1306 | TRANSCRIPT of Tutorial Evidentiary Hearing - Day One held on December 6, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/31/2005) |
| 1/31/2005 | 1307 | TRANSCRIPT of Tutorial Evidentiary Hearing Day Two held on December 7, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/31/2005) |

| | | |
|---|---|---|
| 2/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 2/10/2005 re 1234 Amended MOTION to Certify Class filed by All Plaintiffs. Court takes motion under advisement. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 02/10/2005) |
| 2/18/2005 | 1369 | TRANSCRIPT of Hearing held on February 10, 2005 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/18/2005) |
| 3/15/2005 | 1428 | TRANSCRIPT of Hearing held on January 27, 2005 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/15/2005) |
| 5/3/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 5/3/2005; 1315 Motion to Compel Defendant GlaxoSmithKline, INC. to Produce Rule 30(b)(6) Witnesses filed by All Plaintiffs, 1318 First Motion to Compel and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing and Sales of its Products are not Protected by the Attorney-Client Privilege filed by All Plaintiffs and 1459 MOTION for Discovery Renewing Second Motion to Compel Schering-Plough Corporation filed by Suffolk County (NY); The court hears argument on docket entry ## 1315 and 1459; Pltfs'. counsel states that pltfs'. counsel who is to argue docket entry # 1318 is not present for this hearing; Court addresses the parties and states that a notice was sent to all parties indicating the motions that would be heard today and informs the defts. of their right to file a motion for cost; A ruling is made for docket entry ## 1315 and 1459 in open court. (Court reporter: Carol Scott) (Saccoccio, Dianalynn) (Entered: 05/03/2005) |
| 5/17/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 5/17/2005; 1318 First Motion to Compel and for Finding that Documents and Testimony Related to AstraZeneca's Pricing, Marketing, and Sales of its Products are not Protected by the Attorney-Client Privilege filed by All Plaintiffs; The court hears argument on the motion and |

| | | |
|---|---|---|
| | | orders deft. AstraZeneca to produce an affidavit within 14 days of today. (Court Reporter Teri Gibson.) (Saccoccio, Dianalynn) (Entered: 05/17/2005) |
| 5/18/2005 | 1538 | TRANSCRIPT of Case Management Conference held on April 8, 2005 before Judge Saris. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/18/2005) |
| 8/10/2005 | 1638 | TRANSCRIPT of Motion to Compel Deposition of Stuart Fullerton held on May 17, 2005 before Judge Bowler. Court Reporter: Teri C. Gibson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/650-6288 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/10/2005) |
| 09/19/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 9/19/2005; 1634 Motion for Protective Order *To Prohibit The Depositions of Attorneys Ursula Bartels and Adrianna Carter* filed by SmithKline Beecham Corporation, 1623 Motion to Compel *Discovery from Plaintiffs the State of Nevada and the State of Montana* filed by SmithKline Beecham Corporation, 1597 Motion to Compel *Disclosure by Plaintiffs and for Extension of Time to Comply with July 8, 2005 Order* filed by All Defendants, 1581 Motion to Set Aside *Motion for Leave to Set Aside the Ten Deposition Limit with Respect to Defendant AstraZeneca* filed by All Plaintiffs, 1592 Motion to Compel *The Supplementation of AstraZeneca's Privilege Logs or, In the Alternative, to Compel the Production of Inadequately Described Documents* filed by All Plaintiffs and 1601 Motion to Compel *Plaintiffs to Answer Two Interrogatories Which Seek The Identity of The Drugs That Plaintiffs Allege Were "Unaffected by the AWP Scheme"* filed by SmithKline Beecham Corporation; The court hears argument on the motions and rulings are issued in open court; Defendants' counsel also moves to withdraw docket entry # 1597 and the court allows the motion to be withdrawn. (Court Reporter Niles Fowlkes.) (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 9/27/2005 | 1737 | EXCERPT TRANSCRIPT of Motion Hearing held on July 14, 2005 before Judge Bowler. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's |

7

| | | |
|---|---|---|
| | | Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/27/2005) |
| 9/28/2005 | 1743 | TRANSCRIPT of Motions Hearing held on September 19, 2005 before Judge Bowler. Court Reporter: Niles Fowlkes. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/469-0756 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/28/2005) |
| 09/29/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 9/29/2005; 1699 Motion to Compel filed by All Plaintiffs; Jennifer Connolly for the plffs. and Kimberly Harris for the deff. Astrazeneca; The court hears argument on the motion and makes its ruling in open court. (Digital Recording #3:00 PM-3:25 PM.) (Saccoccio, Dianalynn) (Entered: 09/29/2005) |
| 10/31/2005 | 1824 | TRANSCRIPT of Motion Hearing held on September 29, 2005 before Judge Bowler. Digital Recording; Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/31/2005) |
| 1/19/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Class Certification Hearing held on 1/19/2006. Court hears argument of counsel. Parties to confer on a briefing schedule. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/19/2006) |
| 1/23/2006 | 2067 | TRANSCRIPT of Motion Hearing held on November 9, 2005 before Judge Bowler. Digital Recording; Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/23/2006) |
| 1/26/2006 | 2076 | TRANSCRIPT of Motion Hearing held on January 19, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, |

8

| | | |
|---|---|---|
| | | Deborah) (Entered: 01/26/2006) |
| 01/27/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 1/27/2006 re Motions to Remand. Court hears argument od counsel. Court takes motions under advisement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/27/2006) |
| 2/2/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 2/2/2006 as to 1820 MOTION to Compel Production, 2005 MOTION to Stay Discovery, 1910 MOTION for Protective Order, 2091 MOTION to Quash Subpoena, 1770 MOTION to Compel, 1907 MOTION for Protective Order, 1909 MOTION for Protective Order, 1914 MOTION for Protective Order and to Quash Subpoena and 1682 MOTION for a Protective Order and to Quash Subpoena. (Duffy, Marc) (Entered: 02/02/2006) |
| 2/21/2006 | 2143 | TRANSCRIPT of Motion Hearing held on January 27, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/21/2006) |
| 2/27/2006 | 2161 | TRANSCRIPT of Motion Hearing held on February 2, 2006 before Judge Bowler. Digital Recording: Transcribed by Maryam Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/28/2006) |
| 3/3/2006 | 2193 | TRANSCRIPT of Motion Hearing held on May 3, 2005 before Judge Bowler. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/03/2006) |
| 3/29/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 3/29/2006 as to MOTIONS to Compel 2104,2157 and 2162. Motions 2052 and 2053 not heard, the parties will contact the Court with regard to rescheduling. MOTIONS 2303 and 2296 are withdrawn without prejudice. MOTION 2162 is in part withdrawn without prejudice. ORDERS on |

9

| | | |
|---|---|---|
| | | motions to issue. (Duffy, Marc) (Entered: 03/29/2006) |
| 5/9/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 5/9/2006 as to MOTIONS to Compel 2298, 2053, 2331, 2162 and 2374. Rulings made on the record in open Court. Attorney Breen participated by teleconference on motion 2374. (Duffy, Marc) (Entered: 05/12/2006) |
| 5/23/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing re Class 1 & 2 Summary Judgment held on 5/23/2006. Court hears argument of counsel. Court takes motions under advisement. Hearing re class notice set for 6/26/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/23/2006) |
| 5/31/2006 | 2613 | TRANSCRIPT of Motion Hearing held on May 23, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/31/2006) |
| 6/5/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Hearing re Class Notice held on 6/5/2006. Parties to submit form of notice one week before next hearing. Further Hearing set for 6/26/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/05/2006) |
| 6/19/2006 | 2729 | TRANSCRIPT of Motion Hearing held on May 22, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/19/2006) |
| 06/26/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Evidentiary Motion Hearing re Class Notice held on 6/26/2006. Further Evidentiary Motion Hearing set for 7/6/2006 at 11:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/26/2006) |

| 6/26/2006 | 2773 | TRANSCRIPT of Motion Hearing held on May 9, 2006 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/26/2006) |
| 6/27/2006 | 2776 | TRANSCRIPT of Motion Hearing held on June 16, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli 617/345-6787. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/27/2006) |
| 7/5/2006 | 2816 | TRANSCRIPT of Motion Hearing held on June 16, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli 617/345-6787. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/05/2006) |
| 7/6/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Evidentiary Motion Hearing held on 7/6/2006 re 2807 MOTION for Order Class Plaintiffs' Renewed Motion for Approval of the Form of Class Notice and the Manner of Notice and Report on Status of Individual Notice to Part B Class Members. Court hears testimony of John Alexander Fletcher. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/06/2006) |
| 7/14/2006 | 2860 | TRANSCRIPT of Motion Hearing held on July 6, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/14/2006) |
| 8/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference held on 8/3/2006. Court and counsel discuss scheduling and briefing issues. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/03/2006) |

11

| | | |
|---|---|---|
| 8/14/2006 | 2978 | TRANSCRIPT of Status Conference held on August 3, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/14/2006) |
| 8/25/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held via teleconference on 8/25/2006 on 3006 EMERGENCY MOTION to Compel. Order to issue forthwith. (Duffy, Marc) (Entered: 08/25/2006) |
| 09/12/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 9/12/2006 re 2970 MOTION for Settlement *CLASS PLAINTIFFS' AND GSK'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE GLAXOSMITHKLINE SETTLEMENT, CERTIFY CLASS FOR PURPOSES OF SETTLEMENT.* (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/12/2006) |
| 9/19/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 9/19/2006. The court takes 2786 MOTION for Sanctions and 2907 MOTION for Joinder under advisement and allows 2948 Third MOTION to Compel to the extent stated on the record in open court. (Duffy, Marc) (Entered: 09/19/2006) |
| 09/20/2006 | 3120 | TRANSCRIPT of Glaxosmithkline Settlement Hearing held on September 12, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/20/2006) |
| 9/20/2006 | 3119 | TRANSCRIPT of Class Certification Hearing held on September 12, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/20/2006) |

| | | |
|---|---|---|
| 9/29/2006 | 3152 | TRANSCRIPT of Motion Hearing held on September 19, 2006 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 9/29/2006 (Scalfani, Deborah). (Entered: 09/29/2006) |
| 10/3/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Hearing re: 3146 Class Plaintiffs' Response to the Court's Request Concerning the Feasibility of Notice to Consumers in Class 3 Prior to November 6, 2006 Trial held on 10/3/2006. Court addresses noticing issues with counsel. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/03/2006) |
| 10/23/2006 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 10/23/2006 as to 2966 MOTION for Protective Order, 2630 MOTION to Compel, 2745 MOTION for Protective Order, 2465 MOTION to Compel, 2899 Joint MOTION for Sanctions, 2510 MOTION for Protective Order, 3105 MOTION for Protective Order and 2603 MOTION for Protective Order. MOTION 3107 to be heard by Judge Saris' session. Rulings made as stated on the record in open court. (Duffy, Marc) (Entered: 10/23/2006) |
| 10/26/2006 | 3269 | TRANSCRIPT of Hearing held on October 3, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/26/2006) |
| 10/26/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Hearing re Motion to Dismiss Amended Complaint filed by Abbott Laboratories, Inc.(originally filed in Dist. of FL, Case No. 06-21303, Doc. No. 28. Court hears argument of counsel. Court takes motion under advisement. Scheduling Conference held. Discovery deadline: 12/31/07. Government's expert report due: 1/31/08. Abbott's expert report due: 2/28/08. Expert discovery deadline: 4/30/08. Motion for Summary Judgment due: 6/15/08. Opposition due: 7/15/08. Reply due 8/1/08. Surreply due: 8/15/08. (Court Reporter Lee Marzilli.) (Alba, Robert) Modified on 10/27/2006 to indicate |

13

| Date | Doc # | Description |
|---|---|---|
| | | correct year of deadlines. (Alba, Robert). (Entered: 10/26/2006) |
| 10/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference held on 10/31/2006. Court and counsel address various evidentiary and pretrial issues. Bench Trial to commence on 11/6/06 at 9:00 a.m. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/31/2006) |
| 11/3/2006 | 3310 | TRANSCRIPT of Motion Hearing held on October 26, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/03/2006) |
| 11/3/2006 | 3311 | TRANSCRIPT of Final Pretrial Conference held on October 31, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/03/2006) |
| 11/6/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day One held on 11/6/2006. (Court Reporter Lee Marzilli / Tim Willette.) (Alba, Robert) (Entered: 11/06/2006) |
| 11/7/2006 | 3327 | TRANSCRIPT of Bench Trial Day One held on November 6, 2006 before Judge Saris. Court Reporters: Lee A. Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) Modified on 11/14/2006 (Scalfani, Deborah). (Entered: 11/07/2006) |
| 11/7/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Two held on 11/7/2006. (Court Reporter Lee Marzilli and Tim Willette.) (Alba, Robert) (Entered: 11/07/2006) |

14

| | | |
|---|---|---|
| 11/8/2006 | 3328 | TRANSCRIPT of Bench Trial - Day Two held on November 7, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/08/2006) |
| 11/8/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Three held on 11/8/2006. (Court Reporter Tim Willette and Lee Marzilli.) (Alba, Robert) (Entered: 11/08/2006) |
| 11/9/2006 | 3329 | TRANSCRIPT of Bench Trial - Day Three held on November 8, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/09/2006) |
| 11/13/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Four held on 11/13/2006. (Court Reporter Tim Willette.) (Alba, Robert) (Entered: 11/13/2006) |
| 11/14/2006 | 3360 | TRANSCRIPT of Bench Trial Day Four held on November 13, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/14/2006) |
| 11/14/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Five held on 11/14/2006. (Court Reporter Lee Marzilli and Tim Willette.) (Alba, Robert) (Entered: 11/14/2006) |
| 11/16/2006 | 3364 | TRANSCRIPT of Bench Trial Day Five held on November 14, 2006 before Judge Saris. Court Reporter: Lee A Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/16/2006) |

15

| 11/15/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Six held on 11/15/2006. (Court Reporter Lee Marzilli and Tim Willette.) (Alba, Robert) (Entered: 11/15/2006) |
| 11/16/2006 | 3365 | TRANSCRIPT of Bench Trial Day Six held on November 15, 2006 before Judge Saris. Court Reporter: Lee A.Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/16/2006) |
| 11/15/2006 | 3363 | TRANSCRIPT of Motion Hearing held on October 23, 2006 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 6/14/2007 (Scalfani, Deborah). (Entered: 11/15/2006) |
| 11/16/2006 | 3364 | TRANSCRIPT of Bench Trial Day Five held on November 14, 2006 before Judge Saris. Court Reporter: Lee A Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/16/2006) |
| 11/16/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Seven held on 11/16/2006. (Court Reporter Lee Marzilli and Tim Willette.) (Alba, Robert) (Entered: 11/16/2006) |
| 11/17/2006 | 3367 | TRANSCRIPT of Bench Trial Day Seven held on November 16, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli and Timothy J. Willette. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/17/2006) |
| 11/20/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Eight |

16

| | | |
|---|---|---|
| | | held on 11/20/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/20/2006) |
| 11/21/2006 | 3400 | TRANSCRIPT of Bench Trial Day Eight held on November 20, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at LEEMARZ@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/21/2006) |
| 11/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Nine held on 11/21/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/21/2006) |
| 11/22/2006 | 3410 | TRANSCRIPT of Bench Trial Day Nine held on November 21, 2006 before Judge Saris. Court Reporter: Lee A.Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/22/2006) |
| 11/27/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Ten held on 11/27/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/27/2006) |
| 11/29/2006 | 3425 | TRANSCRIPT of Bench Trial - Day Ten held on November 27, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/29/2006) |
| 11/28/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 11 held on 11/28/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/28/2006) |
| 11/29/2006 | 3426 | TRANSCRIPT of Bench Trial Day Eleven held on November 28, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/29/2006) |

17

| | | |
|---|---|---|
| 11/29/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 12 held on 11/29/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/29/2006) |
| 12/1/2006 | 3428 | TRANSCRIPT of Bench Trial Day Twelve held on November 29, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/01/2006) |
| 12/4/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 13 held on 12/4/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/04/2006) |
| 12/5/2006 | 3440 | TRANSCRIPT of Bench Trial - Day Thirteen held on December 4, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/05/2006) |
| 12/6/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 14 held on 12/6/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/06/2006) |
| 12/7/2006 | 3447 | TRANSCRIPT of Bench Trial - Day Fourteen held on December 6, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/07/2006) |
| 12/7/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 15 held on 12/7/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/07/2006) |
| 12/14/2006 | 3464 | TRANSCRIPT of Bench Trial Day Fifteen held on December 7, 2006 before Judge Saris. Court Reporter: Lee A.Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's |

18

| | | |
|---|---|---|
| | | Office. (Scalfani, Deborah) (Entered: 12/14/2006) |
| 12/8/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 16 held on 12/8/2006. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/08/2006) |
| 12/14/2006 | 3465 | TRANSCRIPT of Bench Trial Day Sixteen held on December 8, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/14/2006) |
| 12/11/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 17 held on 12/11/2006. (Court Reporter Tim Willette.) (Alba, Robert) (Entered: 12/11/2006) |
| 12/14/2006 | 3466 | TRANSCRIPT of Bench Trial Day Seventeen held on December 11, 2006 before Judge Saris. Court Reporter: Lee A.Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/14/2006) |
| 12/12/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 18 held on 12/12/2006. (Court Reporter Tim Willette.) (Alba, Robert) (Entered: 12/14/2006) |
| 12/14/2006 | 3467 | TRANSCRIPT of Bench Trial Day Eighteen held on December 12, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/14/2006) |
| 12/13/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day 19 held on 12/13/2006. (Court Reporter Lee Marzilli and Tim Willette.) (Alba, Robert) (Entered: 12/13/2006) |

| Date | No. | Description |
|---|---|---|
| 12/14/2006 | 3468 | TRANSCRIPT of Bench Trial Day Nineteen held on December 13, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/14/2006) |
| 12/18/2006 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Twenty held on 12/18/2006. Closing Arguments set for 1/26/2007 at 9:00 AM. By agreement of counsel, the Jury Trial currently set for 3/5/07 is rescheduled to 4/30/2007 at 9:00 AM. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/18/2006) |
| 12/21/2006 | 3494 | TRANSCRIPT of Bench Trial - Day Twenty held on December 18, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/21/2006) |
| 1/26/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Bench Trial - Day Twenty One held on 1/26/2007. Parties make closing arguments. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/26/2007) |
| 2/5/2007 | 3616 | TRANSCRIPT of Bench Trial - Day Twenty One (Closing Arguments) held on January 26, 2 007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/05/2007) |
| 1/30/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 1/30/2007 as to MOTIONS to Compel 3436, 3512 and 3533, as well as MOTION for Protective Order 3105. Rulings made as stated on the record in open court. (Duffy, Marc) (Entered: 01/30/2007) |
| 2/6/2007 | 3624 | TRANSCRIPT of Motion Hearing held on February 1, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies |

20

| | | |
|---|---|---|
| | | may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/06/2007) |
| 2/12/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 2/12/2007 as to 3190 MOTION for Protective Order and 3598 Emergency MOTION for Protective Order. Rulings made as stated on the record in open court. (Duffy, Marc) (Entered: 02/12/2007) |
| 2/14/2007 | 3790 | TRANSCRIPT of Motions Hearing held on January 30, 2007 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/14/2007) |
| 3/5/2007 | 3829 | TRANSCRIPT of Motion Hearing held on February 27, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/05/2007) |
| 3/8/2007 | 3838 | TRANSCRIPT of Motions Hearings held on February 12, 2007 before Judge Bowler. Digital Recording: Transcribed by Maryann. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/08/2007) |
| 3/26/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 3/26/2007 re 3685 MOTION to Transfer Case Defendants' Motion that Court Suggest Transfer of the Montana and Nevada Cases to Their Federal Courts of Origin filed by Immunex Corp. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/26/2007) |
| 3/26/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference held on 3/26/2007. Court and counsel discuss rescheduling of April 30, 2007 trial date. (Court Reporter |

21

| | | Lee Marzilli.) (Alba, Robert) (Entered: 03/26/2007) |
|---|---|---|
| 4/2/2007 | 3981 | TRANSCRIPT of Motion Hearing held on March 26, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/02/2007) |
| 4/2/2007 | 3982 | TRANSCRIPT of Status Conference held on March 26, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/02/2007) |
| 04/11/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference held on 4/11/2007. Jury Trial rescheduled to 6/4/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 04/11/2007) |
| 4/17/2007 | 4064 | TRANSCRIPT of Pretrial Conference held on April 11, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/17/2007) |
| 5/9/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference re: Astrazeneca trial held on 5/9/2007. Further Status Conference set for 5/22/2007 at 11:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/09/2007) |
| 5/16/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 5/16/2007 as to MOTIONS to Compel 3529, 4047 and 3849 and MOTION for Protective Order 3540. Motions 3529, 3540 and 3849 taken under advisement. Ruling on 4047 as stated on the record. Further motion hearing set for 6/19/2007 at 2:30. (Duffy, Marc) (Entered: 05/16/2007) |

| | | |
|---|---|---|
| 5/16/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference re City of New York and New York County cases held on 5/16/2007. Court and counsel discuss scheduling. Court allows plaintiff's oral motion for leave to amend complaint. Amended complaint to be filed by 6/8/07. Defendant to file motion to dismiss by 6/22/07. Opposition by 7/11/07. Reply by 7/18/07. Surreply by 7/24/07. Hearing set for 7/26/07 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) Modified on 5/17/2007 to correct error in discovery and briefing deadlines.(Alba, Robert). (Entered: 05/16/2007) |
| 5/18/2007 | 4214 | TRANSCRIPT of Status Conference held on May 16, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/18/2007) |
| 05/22/2007 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference re Astrazeneca trial held on 5/22/2007. Court addresses 4225 Motion for Preliminary Approval of Astrazeneca Class 1 Settlement. Court allows Motion for Preliminary Approval subject to modifications made on the record. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/22/2007) |
| 5/25/2007 | 4253 | TRANSCRIPT of Motion Hearing held on May 17, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/25/2007) |
| 5/30/2007 | 4259 | TRANSCRIPT of Motion Hearing held on May 16, 2007 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/30/2007) |
| 6/1/2007 | 4269 | TRANSCRIPT of Settlement Status Conference held on 5/22/07 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, |

23

| | | |
|---|---|---|
| | | Deborah) (Entered: 06/01/2007) |
| 06/06/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Hearing held on 6/6/2007 re 4249 NOTICE by Bristol-Myers Squibb Company of Lack of Class I Representative as to Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. Court sets further Status Conference re BMS trial for 7/10/2007 at 10:00 AM. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/06/2007) |
| 6/11/2007 | 4309 | TRANSCRIPT of Status Conference held on June 6, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/11/2007) |
| 6/19/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 6/19/2007 as to 4060 MOTION to Compel and 4080 MOTION to Compel Ex Parte Filings. Rulings made as stated on the record in open court. Hearing on MOTIONS 4121, 4291, 4292 and 4293 set for 7/2/2007 at 10:00 AM. Hearing on MOTIONS 4135, 3959 and 4202 set for 7/20/2007 at 2:30 PM. (Duffy, Marc) (Entered: 06/19/2007) |
| 7/2/2007 | 4432 | TRANSCRIPT of Motion Hearing held on June 20, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/02/2007) |
| 07/03/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference held on 7/3/2007. Parties report settlement as to BMS Class I. Preliminary Approval Hearing of BMS settlement set for 8/9/2007 at 3:00 PM. On 8/9/07 the Court will also address other issues e.g. Plaintiff's class represenative issues, Motion to file 5th amended complaint, Track II class certification issues. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 07/03/2007) |

24

| | | |
|---|---|---|
| 7/16/2007 | 4464 | TRANSCRIPT of Motion Hearing held on June 19, 2007 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/16/2007) |
| 07/19/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: GSK Settlement Approval Hearing held on 7/19/2007. Court grants approval of settlement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/19/2007) |
| 7/20/2007 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Motion Hearing held on 7/20/2007 as to Supplemental MOTION to Compel 3959, MOTION to Compel 4135 and MOTION for Protective Order 4202. The court takes MOTION 3959 under advisement and ALLOWS in part and DENIES in part MOTIONS 4202 and 4135, as stated on the record in open court. (Duffy, Marc) (Entered: 07/20/2007) |
| 7/23/2007 | 4492 | TRANSCRIPT of Status Conference held on July 17, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/23/2007) |
| 7/30/2007 | 4516 | TRANSCRIPT of Settlement Hearing held on July 19, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/30/2007) |
| 7/31/2007 | 4519 | TRANSCRIPT of Motion Hearing held on July 26, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/31/2007) |

25

| | | |
|---|---|---|
| 7/31/2007 | 4520 | TRANSCRIPT of Motion Hearing held on March 29, 2006 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 8/1/2007 (Patch, Christine). (Entered: 07/31/2007) |
| 7/31/2007 | 4521 | TRANSCRIPT of Motion Hearing held on July 20, 2007 before Judge Bowler. Digital Recording: Transcribed by Maryann Young. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/31/2007) |
| 08/27/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Hearings held on 8/27/2007 to address various Track II issues and Track I damages. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 08/27/2007) |
| 8/30/2007 | 4669 | TRANSCRIPT of Hearing held on August 27, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/30/2007) |
| 8/30/2007 | 4670 | TRANSCRIPT of Damages Hearing held on August 27, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/30/2007) |
| 09/10/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 9/10/2007 re 4307 MOTION to Dismiss for Lack of Jurisdiction by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson. Court hears argument of counsel. Court takes motion under advisement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/10/2007) |
| 9/11/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Hearing re: Plaintiff's Class Counsel Representation held on 9/11/2007. Any submissions by the parties to be |

26

| | | filed within one week. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/11/2007) |
| 9/19/2007 | 4730 | TRANSCRIPT of Class Counsel Status Conference held on September 11, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/19/2007) |
| 12/14/2007 | 4950 | TRANSCRIPT of Motions Hearing held on January 13, 2003 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at mcloonan@isiglobal.net or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/14/2007) |

27