# EXHIBIT 4 (PART G)

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 05/21/2007 | 4227 | SETTLEMENT AGREEMENT *and Release of AstraZeneca* by All Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit C# 5 Exhibit D)(Berman, Steve) (Entered: 05/21/2007) |
| 05/21/2007 | 4230 | *DEFENDANT BAXTER HEALTHCARE CORPORATION'S* ANSWER to Amended Complaint *in INTERVENTION* by Baxter Healthcare Corporation.(Patel, Shamir) (Entered: 05/21/2007) |
| 05/21/2007 | 4235 | APPENDIX/EXHIBIT re 4227 Settlement Agreement Plaintiffs' Proposed Settlement Notice Plan (Exhibit B-3 to Settlement) by All Plaintiffs. (Berman, Steve) (Entered: 05/21/2007) |
| 05/22/2007 | 4243 | MEMORANDUM in Opposition re 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Notice to the Class filed by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 05/22/2007) |
| 05/22/2007 | | Judge Patti B. Saris: ElectronicORDER entered allowing 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Notice to the Class. "Allowed subject to modifications made in court." (Alba, Robert) (Entered: 05/22/2007) |
| 05/23/2007 | 4249 | NOTICE by Bristol-Myers Squibb Company *of Lack of Class I Representative as to Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.* (Ryan, Jennifer) (Entered: 05/23/2007) |
| 05/23/2007 | 4250 | MOTION for Reconsideration re 4225 MOTION for Settlement Class Plaintiffs' *and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Notice to the Class,* 4243 Memorandum in Opposition to Motion, Order on Motion for Settlement, 4227 Settlement Agreement, 4226 Memorandum in Support of Motion, by Donald E. Haviland, Jr. (Attachments: # 1 Supplement Memorandum of Named Class 1 Representative M. Joyce Howe in Opposition to the Joint Motion for Preliminary Approval of Proposed Nationwide Settlement with AstraZeneca)(Haviland, Donald) Motions referred to Marianne B. Bowler. (Entered: 05/23/2007) |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 05/23/2007 | | ELECTRONIC NOTICE of HEARING re 4249 NOTICE by Bristol-Myers Squibb Company of Lack of Class I Representative as to Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. Status Hearing set for 6/6/07 at 10:00 a.m. in Courtroom 19. (Alba, Robert) (Entered: 05/23/2007) |
| 05/23/2007 | | Set Hearing Deadline: Status Hearing set for 6/6/2007 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/23/2007) |
| 05/30/2007 | 4261 | Response by Donald E. Haviland, Jr to 4249 Notice (Other) PURPORTED NOTICE OF LACK OF CLASS I REPRESENTATIVE AS TO DEFENDANTS BRISTOL MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.. (Haviland, Donald) (Entered: 05/30/2007) |
| 05/30/2007 | 4265 | Sealed Document. (Patch, Christine) (Entered: 05/31/2007) |
| 06/01/2007 | 4277 | STATUS REPORT June 1, 2007 by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A)(Schmeckpeper, Katherine) (Entered: 06/01/2007) |
| 06/05/2007 | 4283 | PLAINTIFFS' RESPONSE TO BMS'S NOTICE OF LACK OF CLASS 1 REPRESENTATIVE AS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. Response by All Plaintiffs to 4249 Notice (Other). (Berman, Steve) (Entered: 06/05/2007) |
| 06/05/2007 | 4297 | Sealed Document - Letter to Judge Saris. (Patch, Christine) (Entered: 06/07/2007) |
| 06/05/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4216 Motion to Set for Trial the Class 2/3 Astrazeneca Case and the Aventis Case. (Patch, Christine) (Entered: 06/06/2007) |

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 6/06/2007 | 4285 | Opposition re 4250 MOTION for Reconsideration re 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Not MOTION for Reconsideration re 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Not MOTION for Reconsideration re 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Not filed by All Plaintiffs. (Berman, Steve) (Entered: 06/06/2007) |
| 06/06/2007 | 4286 | DECLARATION re 4285 Opposition to Motion OF JEFFREY L. KODROFF IN SUPPORT OF CLASS COUNSEL'S OPPOSITION TO MOTION OF NAMED CLASS REPRESENTATIVE M. JOYCE HOWE FOR RECONSIDERATION OF PRELIMINARY APPROVAL OF PROPOSED NATIONWIDE SETTLEMENT WITH ASTRAZENECA by All Plaintiffs. (Berman, Steve) (Entered: 06/06/2007) |
| 06/06/2007 | 4287 | DECLARATION re 4285 Opposition to Motion OF KENNETH A. WEXLER IN SUPPORT OF CLASS COUNSEL'S OPPOSITION TO MOTION OF NAMED CLASS REPRESENTATIVE M. JOYCE HOWE FOR RECONSIDERATION OF PRELIMINARY APPROVAL OF PROPOSED NATIONWIDE SETTLEMENT WITH ASTRAZENECA by All Plaintiffs. (Berman, Steve) (Entered: 06/06/2007) |
| 06/06/2007 | 4288 | DECLARATION re 4285 Opposition to Motion OF MARC E. EDELSON IN SUPPORT OF CLASS COUNSEL'S OPPOSITION TO MOTION OF NAMED CLASS REPRESENTATIVE M. JOYCE HOWE FOR RECONSIDERATION OF PRELIMINARY APPROVAL OF PROPOSED NATIONWIDE SETTLEMENT WITH ASTRAZENECA by All Plaintiffs. (Berman, Steve) (Entered: 06/06/2007) |
| 06/06/2007 | 4289 | DECLARATION re 4285 Opposition to Motion OF LEROY TOWNSEND by All Plaintiffs. (Berman, Steve) (Entered: 06/06/2007) |

(NY) 23448/0762/ZO.ADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/06/2007 | 4290 | RESPONSE to Motion re 4224 MOTION to Amend *Case Management Order No. 1 and Consolidated Order, Re: Class Certification RESPONSE OF PLAINTIFFS' COURT APPOINTED CO-LEAD COUNSEL TO RENEWED MOTION FOR AMENDED CASE MANAGEMENT ORDER NO. 1* filed by All Plaintiffs. (Attachments: # 1 Exhibit A)(Berman, Steve) (Entered: 06/06/2007) |
| 06/11/2007 | 4307 | MOTION to Dismiss for Lack of Jurisdiction by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson.(Ginsberg, Jordan) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4308 | MEMORANDUM in Support re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 1)# 2 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 2)# 3 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 3))(Ginsberg, Jordan) (Entered: 06/11/2007) |
| 06/11/2007 | 4310 | MOTION in Limine *TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING PURPORTED "KNOWLEDGE" OF THIRD-PARTY PAYORS* by All Plaintiffs.(Berman, Steve) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4311 | MEMORANDUM in Support re 4310 MOTION in Limine TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING PURPORTED "KNOWLEDGE" OF THIRD-PARTY PAYORS filed by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4312 | MOTION in Limine *TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING THE GOVERNMENT'S PURPORTED "KNOWLEDGE"* by All Plaintiffs.(Berman, Steve) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4313 | MEMORANDUM in Support re 4312 MOTION in Limine TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING THE GOVERNMENT'S PURPORTED "KNOWLEDGE" filed by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4314 | MOTION in Limine *TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING BMS PATIENT ASSISTANCE PROGRAMS* by All Plaintiffs.(Berman, Steve) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |

184

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/11/2007 | 4315 | MEMORANDUM in Support re 4314 MOTION in Limine TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING BMS PATIENT ASSISTANCE PROGRAMS filed by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4316 | MOTION in Limine *TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING AMP AND IMS DATA* by All Plaintiffs.(Berman, Steve) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4317 | MEMORANDUM in Support re 4316 MOTION in Limine TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING AMP AND IMS DATA filed by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4318 | Proposed Voir Dire by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4319 | *PLAINTIFFS' DISCLOSURES FOR CLASS 1 BMS TRIAL Witness List & Exhibit List* by All Plaintiffs. (Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4320 | Proposed Document(s) submitted by Bristol-Myers Squibb Company. Document received: Motion for Use of the Attached Jury Questionnaire and Proposed Jury Questionnaire. (Attachments: # 1 Exhibit proposed jury questionnaire)(Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4321 | Proposed Document(s) submitted by Bristol-Myers Squibb Company. Document received: Voir Dire Questions. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4322 | NOTICE by Bristol-Myers Squibb Company *of Deposition and Trial Testimony Designations* (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4323 | MOTION in Limine *to Preclude Dr. Hartman from Testifying about Matters Not Disclosed in his Prior Reports* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4324 | MEMORANDUM in Support re 4323 MOTION in Limine *to Preclude Dr. Hartman from Testifying about Matters Not Disclosed in his Prior Reports* filed by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit A)(Ryan, Jennifer) (Entered: 06/11/2007) |

(NY) 22448/076/ZOLADEX.TRIAL/APPEALMISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/11/2007 | 4325 | MOTION in Limine *to Exclude All Evidence Relating to Apothecon, Inc.* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4326 | MEMORANDUM in Support re 4325 MOTION in Limine to Exclude All Evidence Relating to Apothecon, Inc. filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4327 | Proposed Jury Instructions by All Plaintiffs. (Attachments: # 1 Exhibit A (Proposed Jury Instructions)# 2 Exhibit B (Proposed Jury Verdict Form))(Berman, Steve) (Entered: 06/11/2007) |
| 06/11/2007 | 4328 | MOTION in Limine *to Exclude the 2003 Office of Inspector General Guidance* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4329 | MEMORANDUM in Support re 4328 MOTION in Limine to Exclude the 2003 Office of Inspector General Guidance filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4330 | MOTION in Limine *to Exclude Evidence of Wealth from the Liability Phase of the Trial and for a Separate Trial as to Punitive Damages* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4331 | MEMORANDUM in Support re 4330 MOTION in Limine to Exclude Evidence of Wealth from the Liability Phase of the Trial and for a Separate Trial as to Punitive Damages filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4332 | MOTION in Limine *to Exclude Plaintiffs' Exhibits or Testimony Relating to the Alleged Misconduct of Other Pharmaceutical Companies* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4333 | MEMORANDUM in Support re 4332 MOTION in Limine to Exclude Plaintiffs' Exhibits or Testimony Relating to the Alleged Misconduct of Other Pharmaceutical Companies filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4334 | MOTION in Limine *to Exclude Evidence Relating to Settlements or Guilty Pleas in Other Cases* by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |

(NY) 23448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/11/2007 | 4335 | MEMORANDUM in Support re 4334 MOTION in Limine to Exclude Evidence Relating to Settlements or Guilty Pleas in Other Cases filed by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit A)(Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4336 | Pretrial Disclosures of Exhibit List /Witness List by Bristol-Myers Squibb Company.. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4337 | MOTION in Limine to Exclude Evidence and Testimony Concerning Aggregate Damages by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4338 | MEMORANDUM in Support re 4337 MOTION in Limine to Exclude Evidence and Testimony Concerning Aggregate Damages filed by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit A)(Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4339 | MOTION in Limine to Preclude Any Reference to the Court's Plain Meaning Opinion Until Instruction of the Jury by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4340 | MEMORANDUM in Support re 4339 MOTION in Limine to Preclude Any Reference to the Court's Plain Meaning Opinion Until Instruction of the Jury filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4341 | MOTION in Limine to Exclude All Evidence Relating to BMS Multi-Source Drugs by Bristol-Myers Squibb Company.(Ryan, Jennifer) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4342 | MEMORANDUM in Support re 4341 MOTION in Limine to Exclude All Evidence Relating to BMS Multi-Source Drugs filed by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit A)(Ryan, Jennifer) (Entered: 06/11/2007) |
| 06/11/2007 | 4343 | BRIEF by Bristol-Myers Squibb Company Regarding Composite Class I Jury Instructions. (Attachments: # 1 Exhibit Jury Instructions)(Ryan, Jennifer) (Entered: 06/11/2007) |

187

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/11/2007 | 4344 | MOTION for Use of Jury Questionnaire by Bristol-Myers Squibb Company. (Attachments: # 1 Exhibit Proposed Jury Questionnaire). Re-entered by court staff to correct data entry error. (Patch, Christine) Motions referred to Marianne B. Bowler. (Entered: 06/12/2007) |
| 06/11/2007 | 4345 | Proposed Voir Dire by Bristol-Myers Squibb Company. Re-entered by court staff to correct data entry error.(Patch, Christine) (Entered: 06/12/2007) |
| 06/12/2007 | 4346 | REPLY to Response to Motion re 4215 MOTION for Leave to File Reply Brief in Support of Motion for Leave to File Amended Complaint [Leave to File Granted on 6/12/07] filed by All Plaintiffs. (Berman, Steve) (Entered: 06/12/2007) |
| 06/12/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4250 Motion for Reconsideration re Order on Motion Granting Preliminary Approval to Proposed Nationwide Settlement Between Class 1 Plaintiffs and Astrazeneca. "The Court will consider any objections at the fairness hearing. I am concerned about the rift between class counsel. In particular, I am concerned about the allegation of Mr. Haviland that he never agreed to the settlement (see Paragraph 5), which class counsel vehemently disputes. If Mr. Haviland wants to press the point, he should file an affidavit." (Patch, Christine) (Entered: 06/13/2007) |
| 06/12/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4301 Motion for Leave to File Exhibit B to the First Amended Consolidated Complaint under Seal. (Patch, Christine) (Entered: 06/13/2007) |
| 06/12/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4215 Motion for Leave to File Reply Brief in Support of Motion for Leave to File Amended Complaint; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Patch, Christine) (Entered: 06/12/2007) |
| 06/15/2007 | 4352 | Assented to MOTION for Extension of Time *for Filing of Plaintiffs' Counsels' Fee Petition and Materials in Support of Final Approval of the Settlement with GlaxoSmithKline* by All Plaintiffs.(Berman, Steve) Motions referred to Marianne B. Bowler. (Entered: 06/15/2007) |
| 06/15/2007 | 4353 | NOTICE by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation of Supplemental Authority (Attachments: # 1 Exhibit 1)(Bennett, Daniel) (Entered: 06/15/2007) |

188

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/18/2007 | | Judge Patti B. Saris: Electronic ORDER entered allowing 4352 Assented to MOTION for Extension of Time for Filing of Plaintiffs' Counsels' Fee Petition and Materials in Support of Final Approval of the Settlement with GlaxoSmithKline. (Alba, Robert) (Entered: 06/18/2007) |
| 06/19/2007 | 4356 | CLASS PLAINTIFFS' RESPONSE TO SCHERING'S TWOMBLY SUBMISSION Response by All Plaintiffs to 4353 Notice (Other). (Berman, Steve) (Entered: 06/19/2007) |
| 06/21/2007 | 4366 | Judge Patti B. Saris : ORDER entered. FINDINGS OF FACT AND CONCLUSIONS OF LAW. It is ordered: 1. The Court orders dismissal of the J&J defendants. 2. The Court orders dismissal of Schering-Plough (not including Warrick).3. The Court finds liability for:a. AstraZeneca: Zoladex (1998-2002)b. BMS: Taxol (2001-2002); Vepesid (1998-1999, 2001-2002); Cytoxan (1998-2002); Blenoxane (1998-2002); Rubex (1998-2000, 2002)c. Warrick: albuterol sulfate (1998-1999)4. By August 1, 2007, the Court orders plaintiffs to provide calculations of the Class 2 damages consistent with these findings.5. By August 1, 2007, in order to apportion damages for Class 2, the Court allows BMS to provide market share data in Massachusetts for Taxol, Vepesid, Cytoxan, and Rubex for the years 1998-2002.6. By August 1, 2007, in order to apportion damages for Class 2, the Court allows Warrick to provide market share data for Warricks generic albuterol sulfate for the years 1998-1999.SO ORDERED. (Attachments: # 1 Exhibit Table of Contents)(Patch, Christine) (Entered: 06/21/2007) |
| 06/21/2007 | 4370 | NOTICE by All Plaintiffs *Joint Notice of Filing Proposed Order Regarding Follow Up Mailing to Consumers Who Have Filed a Notice of Exclusion From Settlement* (Berman, Steve) (Entered: 06/21/2007) |
| 06/22/2007 | 4375 | Joint MOTION to Amend 4158 Order (Pretrial) by Bristol-Myers Squibb Company.(Ryan, Jennifer) (Entered: 06/22/2007) |
| 06/22/2007 | 4376 | Joint MOTION to Dismiss *Plaintiffs' First Amended Consolidated Complaint* by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation.(Nemirow, Kim) (Entered: 06/22/2007) |
| 06/22/2007 | 4377 | Joint MEMORANDUM in Support re 4376 Joint MOTION to Dismiss Plaintiffs' First Amended Consolidated Complaint filed by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Nemirow, Kim) (Entered: 06/22/2007) |

189

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/22/2007 | 4378 | DECLARATION re 4377 Memorandum in Support of Motion, 4376 Joint MOTION to Dismiss *Plaintiffs' First Amended Consolidated Complaint (Declaration of Kim B. Nemirow Transmitting Documents)* by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Nemirow, Kim) (Entered: 06/22/2007) |
| 06/22/2007 | 4379 | MEMORANDUM OF LAW re 4392 by All Plaintiffs. (Attachments: # 1 Declaration of David R. Woodward# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7)(Woodward, David) Modified on 6/26/2007 (Hassett, Kathy). (Entered: 06/22/2007) |
| 06/22/2007 | 4392 | MOTION for Attorney Fees *Heins Mills & Olson, P.L.C.'s Petition for Attorney Fees and Reimbursement of Expenses* by Twin Cities Baker Workers Health & Welfare Fund.(Woodward, David) (Entered: 06/22/2007) |
| 06/22/2007 | 4397 | MOTION for Attorney Fees *CLASS COUNSEL'S PETITION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION TO THE NAMED PLAINTIFFS* by All Plaintiffs.(Berman, Steve) (Entered: 06/22/2007) |
| 06/22/2007 | 4398 | MEMORANDUM in Support re 4397 MOTION for Attorney Fees CLASS COUNSEL'S PETITION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION TO THE NAMED PLAINTIFFS filed by All Plaintiffs. (Berman, Steve) (Entered: 06/22/2007) |
| 006/22/2007 | 4403 | Objection of Demra Jordan. (Attachments: # 1 Affidavit of Demra Jordan). Re-entered by court staff to correct data entry error.(Patch, Christine) (Entered: 06/25/2007) |
| 06/22/2007 | | Judge Patti B. Saris: Electronic ORDER entered allowing 4375 Joint MOTION to Amend 4158 Order (Pretrial) by Bristol-Myers Squibb Company. "Allowed. However, the July 10, 2007 status conference is rescheduled to July 3, 2007, at 10:00 a.m." (Alba, Robert) (Entered: 06/22/2007) |
| 06/22/2007 | 4416 | Statement of Objections to Terms of the Proposed Settlement by Heatlh Care Service Corporation. (Patch, Christine) (Entered: 06/28/2007) |

190

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/26/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 4405 Agreed to MOTION for Extension of Time to 7/9/07 to File Response to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction. Responses due by 7/23/2007. Reply due by 7/9/2007. (Alba, Robert) (Entered: 06/26/2007) |
| 06/27/2007 | 4412 | Judge Patti B. Saris : ORDER entered Regarding Follow Up Mailing to All Consumers who Filed a Notice of Exclusion of Settlement. (Patch, Christine) (Entered: 06/27/2007) |
| 06/28/2007 | 4418 | Judge Patti B. Saris : Endorsed ORDER entered re 3537 Track 1 Defendants' 1) Response to Plaintiffs' Objections to Defendants' 12/19 Request for Admission of Trial Exhibits and 2) Opposition to Plaintiffs' 1/4 Request for Admission of Trial Exhibits, filed by Bristol-Myers Squibb Company. Exhibits 1081, 1656, 2969, 2970, and 2971 are denied. Exhibit 2001 is allowed. (Patch, Christine) (Entered: 06/28/2007) |
| 06/28/2007 | 4419 | Judge Patti B. Saris : Endorsed ORDER entered re 3511 Objections to Track 1 Defendants' 12/19 Request for Admission of Trial Exhibits filed by All Plaintiffs. The motion to admit Exhibits 1081, 1656, 2969, 2970, and 2971 is denied. The motion to admit Exhibit 2001 is allowed. (Patch, Christine) (Entered: 06/28/2007) |
| 06/28/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 3505 Motion to Strike Portions of Plaintiffs' Exhibit 4012. (Patch, Christine) (Entered: 06/28/2007) |
| 06/28/2007 | 4420 | Judge Patti B. Saris : Endorsed ORDER entered re 3548 Supplemental Request for Admission of Trial Exhibits, filed by All Plaintiffs. Exhibits 15, 17, 19, 43, 47, 255, 256, 330, 409, 422, 425, 421, 433, 441, 453, 455, 466, 471, 503, 504, 523, 612, 709, 866, 953, 954, 955, 956, and 4109 are allowed. Exhibits 257, 258, 381, 469, 470, 478, 497, 501, 502, 559, 572, 618, 913, and 915 are denied. (Patch, Christine) (Entered: 06/28/2007) |
| 06/29/2007 | 4423 | RESPONSE to Motion re 4397 MOTION for Attorney Fees *CLASS COUNSEL'S PETITION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION TO THE NAMED PLAINTIFFS* Response of the Class 1 Representative, Reverend David Aaronson, to the Recommendation of Class Counsel Respecting Compensation to Named Plaintiffs filed by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 06/29/2007) |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 06/29/2007 | 4425 | MOTION for Leave to File *Under Seal* by Donald E. Haviland, Jr. (Attachments: # 1 Notice of Filing Under Seal# 2 Proposed Order# 3 Certificate of Service)(Haviland, Donald) (Entered: 06/29/2007) |
| 06/29/2007 | 4428 | MEMORANDUM in Support re 4397 MOTION for Attorney Fees *CLASS COUNSEL'S PETITION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATION TO THE NAMED PLAINTIFFS* filed by Donald E. Haviland, Jr. (Attachments: # 1 Affidavit)(Haviland, Donald) (Entered: 06/29/2007) |
| 07/02/2007 | | ELECTRONIC NOTICE of DAMAGES HEARING: Damages Hearing re TRACK 1 (CLASS 2 & 3) set for 8/9/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/02/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4368 Motion to Continue the Stay. (Patch, Christine) (Entered: 07/02/2007) |
| 07/02/2007 | 4433 | STATUS REPORT *July 1, 2007* by All Plaintiffs. (Sobol, Thomas) (Entered: 07/02/2007) |
| 07/05/2007 | 4436 | MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law, PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING by All Plaintiffs.(Berman, Steve) (Entered: 07/05/2007) |
| 07/05/2007 | 4437 | MEMORANDUM in Support re 4436 MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law *PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING* filed by All Plaintiffs. (Berman, Steve) (Entered: 07/05/2007) |
| 07/09/2007 | 4440 | Opposition re 4436 MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law *PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING of Defendants Astrazeneca and BMS* filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 07/09/2007) |
| 07/13/2007 | 4460 | NOTICE by Donald E. Haviland, Jr *Notice of Submission to Court of Declaration and Request for Determination of Proprietary Filing Under Seal* (Attachments: # 1 Letter to Judge Saris)(Haviland, Donald) (Entered: 07/13/2007) |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 07/23/2007 | 4495 | Proposed Document(s) submitted by Astrazeneca Pharmaceuticals LP. Document received: Proposed Order of Reference for Alternative Dispute Resolution. (Attachments: # 1 Text of Proposed Order)(Schmeckpeper, Katherine) (Entered: 07/23/2007) |
| 07/24/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4436 Motion for Partial Reconsideration of Class 2/3 Damages Ruling. (Patch, Christine) (Entered: 07/24/2007) |
| 07/27/2007 | 4510 | *Class Counsel's Response to the Declaration of Donald E. Haviland, Jr. In Response to Court Directive Concerning AstraZeneca Settlement* Response by All Plaintiffs to 4460 Notice (Other). (Berman, Steve) (Entered: 07/27/2007) |
| 07/27/2007 | 4511 | DECLARATION re 4510 Response *OF STEVE W. BERMAN IN SUPPORT OF CLASS 1 ASTRAZENECA SETTLEMENT AND IN RESPOSNE TO THE HAVILAND DECLARATION by All Plaintiffs*. (Berman, Steve) (Entered: 07/27/2007) |
| 07/27/2007 | 4512 | DECLARATION re 4510 Response *OF JEFFREY L. KODROFF IN SUPPORT OF CLASS 1 ASTRAZENECA SETTLEMENT AND IN RESPONSE TO HAVILAND DECLARATION by All Plaintiffs*. (Berman, Steve) (Entered: 07/27/2007) |
| 07/27/2007 | 4513 | DECLARATION re 4510 Response *OF KENNETH A. WEXLER IN SUPPORT OF CLASS 1 ASTRAZENECA SETTLEMENT AND IN RESPONSE TO THE HAVILAND DECLARATION by All Plaintiffs*. (Berman, Steve) (Entered: 07/27/2007) |
| 07/27/2007 | 4514 | DECLARATION re 4510 Response *OF MARC H. EDELSON IN SUPPORT OF CLASS 1 ASTRAZENECA SETTLEMENT AND IN RESPONSE TO THE HAVILAND DECLARATION by All Plaintiffs*. (Berman, Steve) (Entered: 07/27/2007) |
| 08/01/2007 | 4529 | STIPULATION *and (proposed) Order as to Damages and Interest* by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 08/01/2007) |
| 08/01/2007 | 4530 | STATUS REPORT by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit Status Report)(Schmeckpeper, Katherine) (Entered: 08/01/2007) |

193

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 08/01/2007 | 4533 | BRIEF by All Plaintiffs *PLAINTIFFS' MEMORANDUM IN SUPPORT OF AN AWARD OF TREBLE DAMAGES IN CONNECTION WITH THE CLASS 2, 3 TRIAL.* (Berman, Steve) (Entered: 08/01/2007) |
| 08/01/2007 | 4534 | BRIEF by Bristol-Myers Squibb Company On Pre-Judgment Interest. (Attachments: # 1 Exhibit A)(Ryan, Jennifer) (Entered: 08/01/2007) |
| 08/01/2007 | 4535 | BRIEF by All Plaintiffs *PLAINTIFFS' MEMORANDUM IN SUPPORT OF TRACK 1 DAMAGES SUBMISSION.* (Berman, Steve) (Entered: 08/01/2007) |
| 08/01/2007 | 4536 | DECLARATION re 4535 Brief OF RAYMOND S. HARTMAN REVISED DAMAGES FOR TRACK 1 DEFENDANTS: CLASSES 2 AND 3 by All Plaintiffs. (Berman, Steve) (Entered: 08/01/2007) |
| 08/01/2007 | 4537 | BRIEF by Warrick Pharmaceuticals Corporation *Memorandum Regarding Class 2 Damages*. (Bennett, Daniel) (Entered: 08/01/2007) |
| 08/01/2007 | 4538 | DECLARATION re 4537 Brief of *Sumanth Addanki, Ph.D. with Exhibits 1-7* by Warrick Pharmaceuticals Corporation. (Attachments: # 1 Appendices A-C# 2 Appendices D-F# 3 Appendices G-I# 4 Appendices J-L# 5 Appendices M-P# 6 Appendices Q-S# 7 Appendices T-U)(Bennett, Daniel) (Entered: 08/01/2007) |
| 08/02/2007 | | ELECTRONIC NOTICE OF RESCHEDULED PROCEEDINGS: The 8/9/07, 2:00 PM Track 1 Damages Hearing is RESCHEDULED to 8/10/07 at 2:00 PM. On 8/9/07, the Court will address the following issues commencing at 2:00 PM: *Plaintiff Class Counsel Representation issues; *Motion to File 5th Amended Complaint; *Track 2 Class Certification issues; *Track 2 "Road Map", *Mediation issues; *Report on BMS Settlement. THE FORMAT OF THE 8/9/07 AGENDA IS SUBJECT TO MODIFICATION BY THE COURT AT THE HEARING. (Alba, Robert) (Entered: 08/02/2007) |
| 08/03/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4592 Motion for Extension of Time to File Response re 4523 MOTION to Amend *the Court's July 17, 2007 Memorandum and Order to Include a Certification of an Immediate Appeal Pursuant to 28 U.S.C. Section 1292(b).* Responses due by 8/31/2007. Replies due 9/14/07. (Patch, Christine) (Entered: 08/03/2007) |

194

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 08/03/2007 | | Judge Patti B. Saris : ELECTRONIC ENDORSEMENT granting 4529 Stipulation and Order as to Damages and Interest, filed by Bristol-Myers Squibb Company. "Because the interest rate is 12% under state law, I will calculate based on a simple interest rate. I will hear argument on multiple damages." (Patch, Christine) (Entered: 08/03/2007) |
| 08/06/2007 | 4600 | Objection to 4533 Brief by Bristol-Myers Squibb Company Memorandum in Opposition to Plaintiffs' Motion for Treble Damages in Connection with the Class 2/3 Trial. (Ryan, Jennifer) (Entered: 08/06/2007) |
| 08/06/2007 | 4602 | Response by Astrazeneca Pharmaceuticals LP *Memorandum of Law in Response to Plaintiffs' August 1, 2007 Damages Submissions*. (Schmeckpeper, Katherine) (Entered: 08/06/2007) |
| 08/07/2007 | 4603 | BRIEF by All Plaintiffs to 4535 Brief PLAINTIFFS' SUPPLEMENT MEMORANDUM IN SUPPORT OF TRACK 1 DAMAGES SUBMISSION. (Berman, Steve) (Entered: 08/07/2007) |
| 08/07/2007 | 4604 | DECLARATION *SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN REVISED DAMAGES FOR TRACK 1 DEFENDANTS: CLASSES 2 AND 3* by All Plaintiffs. (Berman, Steve) (Entered: 08/07/2007) |
| 08/10/2007 | 4616 | MOTION for Entry of Judgment under Rule 54(b) by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A)(Schmeckpeper, Katherine) (Entered: 08/10/2007) |
| 08/10/2007 | 4617 | MEMORANDUM in Support re 4616 MOTION for Entry of Judgment under Rule 54(b) filed by Astrazeneca Pharmaceuticals LP. (Schmeckpeper, Katherine) (Entered: 08/10/2007) |
| 08/08/2007 | 4606 | *Plaintiffs' Response to Warrick Pharmaceuticals Corporation's Reply to Plaintiffs' Alleged "Concession" on Causation and Damages* Response by All Plaintiffs to 4605 Response. (Berman, Steve) (Entered: 08/08/2007) |
| 08/13/2007 | 4620 | MOTION for Leave to File Plaintiffs' Motion for Leave to File a Reply Memorandum Regarding an Award of Treble Damages in Connection with the Class 2/3 Trial by All Plaintiffs. (Attachments: # 1 Exhibit A - Plaintiffs' Reply Memorandum in Support of an Award of Treble Damages in Connection with the Class 2/3 Trial)(Berman, Steve) (Entered: 08/13/2007) |

195

(NY) 22448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 08/15/2007 | 4624 | BRIEF by All Plaintiffs *[CORRECTED] PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF TRACK 1 DAMAGES SUBMISSION.* (Berman, Steve) (Entered: 08/15/2007) |
| 08/15/2007 | 4625 | DECLARATION *[CORRECTED] SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN REVISED DAMAGES FOR TRACK 1 DEFENDANTS: CLASSES 2 AND 3* by All Plaintiffs. (Berman, Steve) (Entered: 08/15/2007) |
| 08/15/2007 | 4636 | Judge Patti B. Saris : Endorsed ORDER entered re 3564 Objections to Track 1 Defendants' December 19th Request for Admission of Trial Exhibits, filed by All Plaintiffs. (Patch, Christine) (Entered: 08/21/2007) |
| 08/16/2007 | 4629 | RESPONSE to Motion re 4616 MOTION for Entry of Judgment under Rule 54(b) filed by All Plaintiffs. (Berman, Steve) (Entered: 08/16/2007) |
| 08/20/2007 | 4633 | REPLY to Response to Motion re 4616 MOTION for Entry of Judgment under Rule 54(b) filed by Johnson & Johnson. (Schau, Andrew) (Entered: 08/20/2007) |
| 08/21/2007 | 4637 | Judge Patti B. Saris : Endorsed ORDER entered re 3523 Request for Admission of Trial Exhibits, filed by All Plaintiffs. Exhibits 1099, 1303, 4040, 4058, 4063, 4064, 4065, 4073, 4074, and 4091 are allowed without objection. Exhibits 4053, 4054, 4057, 4062, and 4108 are denied. (Patch, Christine) (Entered: 08/21/2007) |
| 08/22/2007 | | Judge Patti B. Saris: Electronic ORDER entered re 4605 Response by Warrick Pharmaceuticals Corporation to 4603 Brief Reply to Plaintiffs' Concession on Causation and Damages. "I will just hear oral argument. If an evidentiary hearing is needed, I will schedule it." (Alba, Robert) (Entered: 08/22/2007) |
| 08/22/2007 | | Judge Patti B. Saris: Electronic ORDER entered re <u>4605</u> Response by Warrick Pharmaceuticals Corporation to <u>4603</u> Brief Reply to Plaintiffs' Concession on Causation and Damages. "I will just hear oral argument. If an evidentiary hearing is needed, I will schedule it." (Alba, Robert) (Entered: 08/22/2007) |

196

(NY) 22448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 08/23/2007 | 4643 | RESPONSE to Motion re 4616 MOTION for Entry of Judgment under Rule 54(b) Memorandum of Plaintiffs and Certified Class 1 Representatives Joyce Howe, Teresa Shepley, Larry Young, and Rev. David Aaronson; Proposed Class 1 Representatives Harold Carter, David Clark, Hunter Walters, and Harold Bean; and Proposed Class 3 Consumer Class Representative Rebecca Hopkins, in Opposition to Entry of a Judgment Regarding Classes 2 and 3 that Binds Class 1 and Class 3 Consumers filed by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4646 | Response by Donald E. Haviland, Jr to 4632 Joint statement of counsel *Counter-Statement by Consumer Representative Plaintiffs to Joint Submission of Plaintiffs and Track 2 Defendants Relating to August 27, 2007 Hearing*. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4647 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of M. Joyce Howe* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4648 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of Larry Young* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4649 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of Reverend David Aaronson* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4650 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of Harold Carter* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4651 | NOTICE by Sandoz, Inc. / *Notice of Withdrawal of Appearance of Philip B. Sineneng* (Gallagher, Michael) (Entered: 08/23/2007) |
| 08/23/2007 | 4652 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of Roger Clark* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |
| 08/23/2007 | 4653 | DECLARATION re 2523 Memorandum in Support of Motion, *Declaration of Harold Bean* by Donald E. Haviland, Jr. (Haviland, Donald) (Entered: 08/23/2007) |

05/07/08 12:01 AM

(NY) 22448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 08/24/2007 | 4656 | MOTION for Leave to File a Reply to Plaintiffs' Response to Defendants' Motion for Entry of Judgment Under Rule 54(b) by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit 1)(Schmeckpeper, Katherine) (Entered: 08/24/2007) |
| 08/24/2007 | 4660 | DECLARATION of *Donald E. Haviland, Jr., In Response to Court Directive Concerning the AstraZeneca Settlement* by Donald E. Haviland, Jr. (Attachments: # Exhibits A-D# Exhibits E-M# Exhibits N-P)(Haviland, Donald) Additional attachment(s) added on 9/11/2007 (Patch, Christine). (Entered: 08/24/2007) |
| 08/30/2007 | 4671 | BRIEF by All Plaintiffs *PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING STATE CONSUMER PROTECTION ACT PRE-SUIT DEMAND REQUIREMENTS.* (Berman, Steve) (Entered: 08/30/2007) |
| 09/04/2007 | | ELECTRONIC NOTICE of STATUS HEARING. Status Hearing re: Plaintiff's Class Counsel Representation set for 9/11/2007 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/04/2007) |
| 09/05/2007 | 4684 | AFFIDAVIT of Glenn Randle with Exhibits 1 and 2 re 2523 Memorandum in Support of Motion, by All Plaintiffs. (Attachments: # 1 Exhibit 3a# 2 Exhibit 3b-3c# 3 Exhibit 3d# 4 Exhibit 3e-3f# 5 Exhibit 3g-3h# 6 Exhibit 3i-3j# 7 Exhibit 3k-3m# 8 Exhibit 3n)(Berman, Steve) (Entered: 09/05/2007) |
| 09/07/2007 | 4693 | BRIEF by Warrick Pharmaceuticals Corporation POST-DAMAGES HEARING SUBMISSION CONCERNING LIABILITY AND DECLARATORY RELIEF. (Attachments: # 1 Exhibit A)(Bennett, Daniel) (Entered: 09/07/2007) |
| 09/11/2007 | | Judge Patti B. Saris : ELECTRONIC ENDORSEMENT re 4660 Declaration of Donald E. Haviland, Jr. "After hearing, this date, I order this declaration sealed, and the image removed." (Patch, Christine) (Entered: 09/11/2007) |
| 09/11/2007 | 4704 | MOTION for Reconsideration of *Admissibility of DX 1227 and DX 1268* by Bristol-Myers Squibb Company. (Attachments: # 1 Affidavit Tretter Declaration# 2 Exhibit A# 3 Exhibit B)(Ryan, Jennifer) (Entered: 09/11/2007) |

198

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 09/11/2007 | 4705 | MEMORANDUM in Support re 4704 MOTION for Reconsideration of Admissibility of DX 1227 and DX 1268 filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 09/11/2007) |
| 09/12/2007 | 4731 | Sealed Document - Exhibits 2 and 3 to Objections to 8/13/07 Order by MJ Bowler. (Attachments: # Exhibit 3)(Patch, Christine) (Entered: 09/19/2007) |
| 09/14/2007 | 4714 | Proposed Document(s) submitted by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. Document received: Track 1 Defendants' Modified Proposed Form of Judgment Under Rule 54(B). (Attachments: # 1 Exhibit A# 2 Exhibit B)(Bennett, Daniel) (Entered: 09/14/2007) |
| 09/18/2007 | 4723 | Response by All Plaintiffs *Class Counsel's Submission Regarding Mr. Haviland's Participation as Co-Lead Counsel*. (Berman, Steve) (Entered: 09/18/2007) |
| 09/18/2007 | 4724 | MOTION for Leave to File *Under Seal* by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) (Entered: 09/18/2007) |
| 09/18/2007 | 4725 | NOTICE by All Plaintiffs *of Filing Under Seal* (Berman, Steve) (Entered: 09/18/2007) |
| 09/18/2007 | 4726 | DECLARATION re 4723 Response *of Steve W. Berman* by All Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 - Part 1# 4 Exhibit 3 - Part 2# 5 Exhibit 3 - Part 3# 6 Exhibit 4 - Part 1# 7 Exhibit 4 - Part 2# 8 Exhibit 4 - Part 3# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7 - Part 1# 12 Exhibit 7 - Part 2# 13 Exhibit 8# 14 Exhibit 9)(Berman, Steve) (Entered: 09/18/2007) |
| 09/18/2007 | 4727 | Supplemental MOTION to Certify Class by Susan Aaronson. (Attachments: # 1 Exhibit Transcript# 2 Exhibit Notice of motion# 3 Exhibit Notice of motion# 4 Exhibit Notice of motion# 5 Exhibit Notice of Motion# 6 Exhibit Notice of motion)(Haviland, Donald) (Entered: 09/18/2007) |
| 09/19/2007 | 4728 | EXHIBIT re 4727 Supplemental MOTION to Certify Class by Susan Aaronson. (Haviland, Donald) (Entered: 09/19/2007) |
| 09/19/2007 | 4733 | Opposition re 4704 MOTION for Reconsideration of Admissibility of DX 1227 and DX 1268 Opposition to BMS' Motion for Reconsideration filed by All Plaintiffs. (Berman, Steve) (Entered: 09/19/2007) |

199

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 09/25/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4704 Motion for Reconsideration of Admissibility of DX 1227 and DX 1268. (Patch, Christine) (Entered: 09/25/2007) |
| 09/27/2007 | 4746 | MOTION for Leave to File Reply Brief in Support of Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7 by All Plaintiffs. (Attachments: # 1 Exhibit A)(Fountain Connolly, Jennifer) (Entered: 09/27/2007) |
| 09/28/2007 | 4748 | REPLY to Response to Motion re 4694 MOTION Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7 filed by All Plaintiffs. (Fountain Connolly, Jennifer) Additional attachment(s) added on 9/28/2007 (Patch, Christine). (Entered: 09/28/2007) |
| 10/01/2007 | 4756 | STATUS REPORT by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A)(Schmeckpeper, Katherine) (Entered: 10/01/2007) |
| 10/01/2007 | 4762 | NOTICE of Withdrawal of Appearance by Donald E. Haviland The Haviland Law Firm, LLC's Notice of Withdrawal as Class Counsel (Haviland, Donald) (Entered: 10/01/2007) |
| 10/01/2007 | 4763 | MOTION for Leave to File Under Seal by Donald E. Haviland, Jr. (Attachments: # 1 Text of Proposed Order)(Haviland, Donald) (Entered: 10/01/2007) |
| 10/01/2007 | 4764 | NOTICE by Donald E. Haviland, Jr of Filing Under Seal (Haviland, Donald) (Entered: 10/01/2007) |
| 10/10/2007 | 4785 | COURT'S EXHIBIT LIST OF PLAINTIFF'S EXHIBITS for Bench Trial held on 11/6/06,11/7/06,11/8/06,11/13/06,11/14/06,11/15/06,11/16/06,11/20/06,11/27/06,11/28/06,11/29/06, 12/4/06,12/6/06,12/8/06,12/11/06,12/12/06 and 12/13/06. (Alba, Robert) (Entered: 10/10/2007) |
| 10/10/2007 | 4786 | COURT'S EXHIBIT LIST OF DEFENDANT'S EXHIBITS for Bench Trial held on 11/6/06,11/7/06,11/8/06,11/13/06,11/14/06,11/15/06,11/16/06,11/20/06,11/27/06,11/28/06,11/29/06, 12/4/06,12/6/06,12/8/06,12/11/06,12/12/06 and 12/13/06. (Alba, Robert) (Entered: 10/10/2007) |
| 10/02/2007 | 4787 | Sealed Document - Exhibit 1 to 4726 Declaration of Steve Berman in Support of Class Counsel's Submission Regarding Mr. Haviland's Participation as Co-Lead Counsel. (Patch, Christine) (Entered: 10/10/2007) |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 10/04/2007 | 4783 | Response by All Plaintiffs to the Haviland Memorandum Concerning the Appointment of Class Counsel for the Track 2 Classes. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/09/2007) |
| 10/10/2007 | 4785 | COURT'S EXHIBIT LIST OF PLAINTIFF'S EXHIBITS for Bench Trial held on 11/6/06,11/7/06,11/8/06,11/13/06,11/14/06,11/15/06,11/16/06,11/20/06,11/27/06,11/28/06,11/29/06, 12/4/06,12/6/06,12/8/06,12/11/06,12/12/06 and 12/13/06. (Alba, Robert) (Entered: 10/10/2007) |
| 10/10/2007 | 4786 | COURT'S EXHIBIT LIST OF DEFENDANT'S EXHIBITS for Bench Trial held on 11/6/06,11/7/06,11/8/06,11/13/06,11/14/06,11/15/06,11/16/06,11/20/06,11/27/06,11/28/06,11/29/06, 12/4/06,12/6/06,12/8/06,12/11/06,12/12/06 and 12/13/06. (Alba, Robert) (Entered: 10/10/2007) |
| 10/25/2007 | 4813 | Supplemental MEMORANDUM in Support re 4225 MOTION for Settlement Class Plaintiffs' and AstraZeneca's Joint Motion for Entry of an Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement and Approving the Form and Method of Notice to the Class filed by All Plaintiffs. (Attachments: # 1 Revised [Proposed] Order# 2 Revised Exhibit B-1 to the Settlement Agreement# 3 Revised Exhibit B-2 to the Settlement Agreement# 4 Revised Exhibit B-3 to the Settlement Agreement)(Berman, Steve) (Entered: 10/25/2007) |
| 11/01/2007 | 4867 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER.(Patch, Christine) (Entered: 11/02/2007) |
| 11/01/2007 | 4879 | Judge Patti B. Saris : ORDER entered Granting Preliminary Approval of the Astrazeneca Class 1 Settlement, Directing Notice to the Class and Scheduling a Fairness Hearing. Fairness Hearing set for 5/1/2008 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Attachments: # 1 Exhibit Revised Exhibit B-1 Long Form Notice# 2 Exhibit Revised Exhibit B-1 Long Form Notice# 3 Exhibit Revised Exhibit B-2 Short Form Notice# 4 Exhibit Revised Exhibit B-3)(Patch, Christine) (Entered: 11/08/2007) |
| 11/02/2007 | 4868 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER, granting 4694 MOTION Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7 filed by All Plaintiffs. Appeal bond is imposed in the amount of $61,000.(Patch, Christine) (Entered: 11/02/2007) |

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 11/08/2007 | 4880 | MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Text of Proposed Order FINDINGS AND ORDER ON MOTION OF TRACK 1 DEFENDANTS FOR THE ENTRY OF JUDGMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b))(Bennett, Daniel) (Entered: 11/08/2007) |
| 11/08/2007 | 4881 | RESPONSE to Motion re 4880 MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER filed by All Plaintiffs. (Berman, Steve) (Entered: 11/08/2007) |
| 11/09/2007 | 4882 | REPLY to Response to Motion re 4880 MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER filed by Johnson & Johnson. (Schau, Andrew) (Entered: 11/09/2007) |
| 11/20/2007 | 4896 | Judge Patti B. Saris : Findings and ORDER entered granting re 4880 MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER MOTION TO IMPLEMENT THE COURT'S NOVEMBER 1, 2007 ORDER REGARDING THE ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B) re 4867 Memorandum & ORDER filed by Warrick Pharmaceuticals Corporation, Schering-Plough Corporation. (Attachments: # 1 Appendix Judgment in favor of Class 2 against Bristol-Myers Squibb Company# 2 Appendix Judgment in favor of Schering-Plough, Schering Corporation, and Warrick Pharmaceuticals Corporation# 3 Appendix Judgment in favor of Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products, L.P.# 4 Appendix Judgment in favor of Class 2 against AstraZeneca Pharmaceuticals LP)(Patch, Christine) (Entered: 11/20/2007) |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 12/03/2007 | 4914 | NOTICE OF APPEAL as to 4868 Memorandum & ORDER, Terminate Motions, by Demra Jordan Filing fee $ 455, receipt number 1764492 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/24/2007. (Hillman, Robert) (Entered: 12/03/2007) |
| 12/03/2007 | 4917 | STATUS REPORT by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit)(Schmeckpeper, Katherine) (Entered: 12/03/2007) |
| 12/05/2007 | 4927 | NOTICE OF APPEAL as to 4896 Order, Terminate Motions by Bristol-Myers Squibb Company Filing fee $ 455, receipt number 1768006 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/25/2007. (Ryan, Jennifer) (Entered: 12/05/2007) |
| 12/10/2007 | 4935 | NOTICE OF APPEAL by Astrazeneca Pharmaceuticals LP re 4896 Findings and Order. Filing fee $ 455, receipt number 1773357 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/31/2007. (Cooleybeck, Sarah) Modified on 12/12/2007 (Patch, Christine). (Entered: 12/10/2007) |
| 12/14/2007 | 4747 | Certified and Transmitted Record on Appeal to US Court of Appeals re 4914 Notice of Appeal, Documents 4694, 4695, 4868, 4914 (Ramos, Jeanette) (Entered: 12/14/2007) |
| 12/14/2007 | 4748 | Certified and Transmitted Record on Appeal to US Court of Appeals re 4927 Notice of Appeal, Documents 4867, 4880, 4896, 4927 (Ramos, Jeanette) (Entered: 12/14/2007) |
| 12/14/2007 | 4949 | Certified and Transmitted Record on Appeal to US Court of Appeals re 4935 Notice of Appeal, Document 4935 (Ramos, Jeanette) (Entered: 12/14/2007) |

05/07/08 12:01 AM

(NY) 22448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 12/19/2007 | 4954 | NOTICE OF APPEAL as to 4896 Order, Terminate Motions,,,,, by Donald E. Haviland, Jr Filing fee $ 455, receipt number 01010000000001785774 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/8/2008. (Haviland, Donald) (Entered: 12/19/2007) |
| 12/20/2007 | 4958 | Supersedeas BOND in the amount of $ 14,236,566.00 posted by Astrazeneca Pharmaceuticals LP (Patch, Christine) (Entered: 12/20/2007) |
| 12/20/2007 | 4957 | Certified and Transmitted Record on Appeal to US Court of Appeals re 4954 Notice of Appeal, NOA #4954 & document #4880 (Ramos, Jeanette) (Entered: 12/20/2007) |
| 01/03/2008 | 4972 | Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER: "...these incidents demonstrate that Haviland cannot serve as an adequate representative of the interests of the class, and I strike him as class counsel. Plaintiffs shall submit a case management order with the names of all current lead counsel."(Patch, Christine) Modified on 1/4/2008 (Patch, Christine). (Entered: 01/03/2008) |
| 01/04/2008 | 4976 | NOTICE by All Plaintiffs OF FILING [PROPOSED] CASE MANAGEMENT ORDER NO. 34 (Berman, Steve) (Entered: 01/04/2008) |
| 01/04/2008 | 4987 | Judge Patti B. Saris: CASE MANAGEMENT ORDER NO. 34 entered. (Patch, Christine) (Entered: 01/08/2008) |
| 01/07/2008 | 4986 | USCA Case Number 08-1046 for 4970 Notice of Cross Appeal, filed by Centocor, Inc., Johnson & Johnson, Ortho Biotech Products, L.P. (Ramos, Jeanette) (Entered: 01/07/2008) |
| 01/11/2008 | 4993 | USCA Case Number 08-1055 for 4927 Notice of Appeal, filed by Bristol-Myers Squibb Company. (Ramos, Jeanette) (Entered: 01/11/2008) |
| 01/11/2008 | 4994 | USCA Case Number 08-1054 for 4914 Notice of Appeal, filed by Demra Jordan. (Ramos, Jeanette) (Entered: 01/11/2008) |
| 01/14/2008 | 4996 | USCA Case Number 08-1056 for 4935 Notice of Appeal, filed by Astrazeneca Pharmaceuticals LP. (Ramos, Jeanette) (Entered: 01/14/2008) |

(NY) 22448/076/ZZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 01/14/2008 | 4997 | USCA Case Number 08-1002 for 4954 Notice of Appeal, filed by Donald E. Haviland, Jr. (Ramos, Jeanette) (Entered: 01/14/2008) |
| 01/14/2008 | 4998 | NOTICE OF APPEAL as to 4972 Memorandum & ORDER, 4987 Order by Donald E. Haviland, Jr Filing fee $ 455, receipt number 01010000000001811106 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/4/2008. (Attachments: # 1 Petition for Permission to Appeal, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Haviland, Donald) (Entered: 01/14/2008) |

(NY) 22448/076/ZOLADEX.TRIAL/APPEAL/MISC08/ROA.transcripts.05.06.08.final.DOC

05/07/08 12:01 AM