**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE ) <br> WHOLESALE PRICE LITIGATION                ) <br>                                          ) <br>                                          ) <br>                                          ) <br> THIS DOCUMENT RELATES TO ALL ACTIONS      ) <br>                                          ) <br>                                          ) | **MDL No. 1456** <br> **C.A. No. 01-12257-PBS** <br><br> **Judge Patti B. Saris** |

## NOTICE OF WITHDRAW OF APPEARANCE

Please withdraw the appearance of Jodi Trulove of Dickstein Shapiro LLP as counsel for Defendants Baxter Healthcare Corporate and Baxter International Inc. Defendant herein will continue to be represented by other attorneys of record at Dickstein Shapiro LLP who have been admitted to the Court by *pro hac vice* application.

Dated: May 9, 2008                           By: /s/   Jodi Trulove

                                             Merle M. DeLancey
                                             J. Andrew Jackson
                                             DICKSTEIN SHAPIRO LLP
                                             1825 Eye Street N.W.
                                             Washington, DC 20006-5403
                                             Telephone: 202.420.2200
                                             Facsimile: 202.420-2201
                                             JacksonA@dicksteinshapiro.com
                                             DelanceyM@dicksteinshapiro.com

                                             /s/ Peter E. Gelhaar
                                             Peter E. Gelhaar (BBO #188310)
                                             Donnelly, Conroy & Gelhaar, LLP
                                             One Beacon Street, 33rd Floor
                                             Boston, MA 02108
                                             Telephone: 617-720-2880
                                             Facsimile: 617-720-3554

                                             Counsel for Defendants
                                             Baxter International Inc. and
                                             Baxter Healthcare Corporation

DSMDB-2437184

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record in this case electronically via Lexis-Nexis File & Serve on May 9, 2008.

/s/ Jared D. Rodrigues
Jared D. Rodrigues

DSMDB-2308102