# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456** <br> **C.A. No. 01-12257-PBS** <br><br> **Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

## NOTICE OF WITHDRAW OF APPEARANCE

Please withdraw the appearance of Jared Rodrigues of Dickstein Shapiro LLP as counsel for Defendants Baxter Healthcare Corporate and Baxter International Inc. Defendant herein will continue to be represented by other attorneys of record at Dickstein Shapiro LLP who have been admitted to the Court by *pro hac vice* application.

Dated:  May 9, 2008                                         By: /s/   Jared Rodrigues

      Merle M. DeLancey
      J. Andrew Jackson
      DICKSTEIN SHAPIRO LLP
      1825 Eye Street N.W.
      Washington, DC 20006-5403
      Telephone:  202.420.2200
      Facsimile:   202.420-2201
      JacksonA@dicksteinshapiro.com
      DelanceyM@dicksteinshapiro.com

      /s/ Peter E. Gelhaar
      Peter E. Gelhaar (BBO #188310)
      Donnelly, Conroy & Gelhaar, LLP
      One Beacon Street, 33rd Floor
      Boston, MA 02108
      Telephone: 617-720-2880
      Facsimile:  617-720-3554

      Counsel for Defendants
      Baxter International Inc. and
      Baxter Healthcare Corporation

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record in this case electronically via Lexis-Nexis File & Serve on May 9, 2008.

/s/ Jared D. Rodrigues
Jared D. Rodrigues

DSMDB-2308102