## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## COURT'S EXHIBIT LIST
## TRACK 1 DEFENDANTS' EXHIBITS IN EVIDENCE

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| 899 | X | 12/18/06 | | X | Meeting agenda for Provider Financial Strategy Workgroup (PFSW), dated January 19, 2004 |
| | 990 | 11/7/06 | | X | BCBSMA Analysis of CMS Average Wholesale Price Reform – Reimbursement for Part B Drugs, dated February 7, 2004 |
| | 999 | 11/8/06 | | X | E-mail string and attachments containing e-mails between Mike Mulrey, Deb Devaux, John Killion, Jan Cook, and Holly Grinnell regarding BC65 Drug Change Impact |
| | 1012 | 12/18/06 | | X | Document entitled "Second Quarter Update to the 1998 DME Fee Schedule," dated May 11, 1998 |
| | 1017 | 12/17/06 | | X | Document entitled "J-Code Tutorial" |
| | 1020 | 11/8/06 | | X | Excerpt only: E-mails dated August 17-20, 1999 between various BCBSMA employees regarding "MACSO/Chemo drug reimbursement issue." (BCBS-AWP 00066 only) |
| | 1024 | 12/18/06 | | X | Contract conditions for purchase of Tagamet between SmithKline Beecham and Blue Cross/Blue Shield of Massachusetts, Inc./Medical West Community Health Plan, Inc. |
| | 1037 | 11/28/06 | | X | HCFA Action Transmittal No. 77-113 in Medicare and Medicaid Guide, ¶ 28, 714, Department of Health and Human Services, Health Care Financing Administration |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | |
| | 1038 | 12/18/06 | | X | Programs to Control Prescription Drug Costs Under Medicaid and Medicare Could be Strengthened (HRD-81-36), Comptroller General |
| | 1039 | 11/28/06 | | X | Changes to the Medicaid Prescription Drug Program Could Save Millions OIG, Office of Audit |
| | 1042 A | 11/28/06 | | X | The High Cost of Prescription Drugs, 135 Congressional Record S. 9058 – Vol. 135 No. 105 (Excerpt) [Limited to self administered] |
| | 1044 | 12/18/06 | | X | Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program, Office of Inspector General |
| | 1046 | 11/16/06 | | X | Recombinant Erythropoietin: Payment Options for Medicare, Office of Technology Assessment |
| | 1048 | 12/18/06 | | X | Medicare Program: Fee Schedule for Physicians' Services, Proposed Rules, 56 Fed. Reg. 25,792 (June 5, 1991) |
| | 1049 | 12/18/06 | | X | Medicare Program: Fee Schedule for Physicians' Services, Final Rule, 56 Fed. Reg. 59,502 (Nov. 25, 1991) |
| | 1053 | 11/20/06 | | X tab G | Physicians' Costs for Chemotherapy Drugs, OIG, Department of Health and Human Services |
| | 1056 | 11/28/06 | | X | Prescriptions Drug Study – A Report to the |

2

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf.  No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Minnesota Legislature on the Prescription Drug Market, Health Economics Program, Division of Health Care Delivery Systems, Minnesota Department of Health [Limited to self administered] |
| | 1059 | 11/16/06 | | X | Memorandum re: Estimated Acquisition Cost Drug Survey from Director Office of Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy Department of Health and Human Services |
| | 1060 | 11/16/06 | | X | Memorandum re: (Drugs) Estimated Acquisition Cost Drug Survey to All Part B Carriers, Jill Merrill, Health Insurance Specialist, Medicare Operations Branch, Healthcare Financing Administration |
| | 1062 | 11/28/06 | | X | Appropriateness of Medicare Prescription Drug Allowance, OIG, Department of Health and Human Services |
| | 1064 | 11/27/06 | | X | A Comparison of Albuterol Sulfate Prices, OIG, Department of Health and Human Services |
| | 1065 | 12/12/06 | | X | Suppliers' Acquisition Costs for Albuterol Sulfate, OIG, Department of Health and Human Services |
| | 1069 | 12/18/06 | | X | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid and Welfare, Hearings Before the Committee on Finance, United States Senate, 150th Congress, First Session. |
| | 1071 | 11/28/06 | | X | Balanced Budget Act of 1997, Report of the |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Committee on the Budget, House of Representatives, H.R. Rep. No. 105-149 |
| | 1072 | 12/18/06 | | X | Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products, OIG, Department of Health and Human Services |
| | 1074 | 12/18/06 | | X | Remarks by the President In Radio Address to the Nation, Office of the Press Secretary (Westlaw) |
| | 1075 | 11/16/06 | | X | Excessive Medicare Payments for Prescription Drugs, OIG, Department of Health and Human Services |
| | 1076 | 12/18/06 | | X | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration |
| | 1078A | 12/12/06 | | X | "Are Medicare Allowances for Albuterol Sulfate Reasonable?," OIG, Department of Health and Human Services |
| | 1080 | 11/28/06 | | X | Report to Congress: The Average Wholesale Price for Drugs Covered Under Medicare, Donna E. Shalala, Secretary, Department of Health and Human Services |
| | 1083 | 11/28/06 | | X | Letter from Donna Shalala, Secretary, Department of Health and Human Services, to Representative Tom Bliley, Chairman, Commerce Committee |

4

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 1084A | 12/12/06 | | X | Medicare Reimbursement of Albuterol, OIG, Department of Health and Human Services (Excerpts) |
| | 1085 | 12/18/06 | | X | Letter from various members of Congress (Rosa DeLauro, et al.) to Donna Shalala, Secretary, Department of Health and Human Services |
| | 1086 | 11/28/06 | | X | Letter from various members of Congress (Saxby Chambliss et al.) to Donna Shalala, Secretary, Department of Health and Human Services |
| | 1087 | 12/6/06 | | X | Letter from Senators Christopher Bond and John Ashcroft to Donna Shalala, Secretary, Department of Health and Human Services |
| | 1088 | 12/18/06 | | X | Congressional Debate re: Cancer Care Preservation Act, Congressional Record, Senate S8022 (J. Ashcroft speaking) |
| | 1089 | 12/6/06 | | X | Letter from Spencer Abraham to Donna Shalala, Secretary, Department of Health and Human Services |
| | 1090 | 12/18/06 | | X | Letter from Nancy-Ann Min DeParle, Administrator, to Members of Congress |
| | 1091 | 12/8/06 | | X | Program Memorandum re: An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 1092 | 12/6/06 | | X | Letter from Donna Shalala, Secretary, Department of Health and Human Services to Spencer Abraham |
| | 1093 | 12/18/06 | | X | Program Memorandum: Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration |
| | 1094 | 12/18/06 | | X | Medicare Reimbursement of Prescription Drugs, OIG, Department of Health and Human Services |
| | 1096 | 12/18/06 | | X | Program Memorandum Intermediaries/Carriers re: Implementation of Medicare, Medicaid, and SCHIP Benefits Improvement and Protection Act of 2000 (BIPA) Requirements for Payment Allowance of Drugs and Biologicals Covered by Medicare, Department of Health and Human Services, Health Care Financing Administration |
| | 1098 | 11/16/06 | | X | Payments for Covered Outpatient Drugs Exceed Providers' Cost, GAO Report to Congressional Committees |
| | 1099 | 1/19/07 | | X | Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers, Joint Hearing before the Subcommittee on Health and the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, House of Representatives, 107th Cong. 89, First Session, Serial No. 107-65 (admitted per Plaintiffs' 1/19/07 Request) |
| | 1103 | 12/12/06 | | X | Excessive Medicare Reimbursement for Albuterol, OIG, Department of Health and Human Services |
| | 1104 | 12/18/06 | | X | Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products, OIG, |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Department of Health and Human Services |
| | 1105 | 11/28/06 | | X | Challenges Remain in Setting Payments for Medical Equipment and Supplies and Covered Drugs, GAO publication of the statement of Leslie G. Aronovitz, Director, Health Care Program Administration and Integrity Issues before the Subcommittee on Labor, Health and Human Services, Education and Related Agencies, Committee on Appropriations, U.S. Senate |
| | 1110 | 12/18/06 | | X | Report to the Congress, Variation and Innovation in Medicare Payment Advisory Commission ("Medpac") |
| | 1112 | 12/18/06 | | X | Physician-Administered Drugs: Distribution and Payment Issues in the Private Sector, Medpac study conducted by NORC at the University of Chicago and Georgetown University |
| | 1115 | 12/12/06 | | X | Update: Excessive Medicare Reimbursement for Albuterol, OIG, Department of Health and Human Services |
| | 1119 | 12/18/06 | | X | Study of the Effects of Medicare Payment Changes on Oncology Services, Medpac |
| | 1126 | 12/18/06 | | X | The Lewin Group - Impact of AWP Reductions on the Provision of Home Drug Therapies to Medicare and Medicaid Patients |
| | 1137 | 12/18/06 | | X | Confidential (Exhibit A) – First DataBank Drug Price Policy (Draft) |
| | 1140 | 12/18/06 | | X | Survey of Health Plans Concerning Payment Fees and Payment Methodology: A Study conducted by Dyckman & Assocs. for MedPAC |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 1148 | 11/20/06 | | X | Specialty Pharmaceutical Initiative Presentation |
| | 1149 | 11/7/06 | | X | BCBSMA – New Medical Management Model (NM3) – Steering Committee Meeting |
| | 1166 | 11/28/06 | | X | Medicare B Bulletin, section regarding Drug Allowances |
| | 1169 | 12/18/06 | | X | Blue Cross Blue Shield Association Prescription Drug Benefit Survey April 1992 |
| | 1171 | 12/18/06 | | X | Anthem Ohio E-mail |
| | 1172 | 12/18/06 | | X | Anthem Virginia Provider Correspondence |
| | 1174 | 12/18/06 | | X | Anthem Maine Hematology and Oncology Impact |
| | 1175 | 12/18/06 | | X | Anthem Maine Hematology and Oncology Impact |
| | 1202 | 12/18/06 | | X | Balanced Budget Act of 1997, § 4616, Report of the Committee on the Budget, House of Representatives to Accompany H.R. 2015 |
| | 1220 | 12/6/06 | | X | Reimbursement Amount for Level V Initial Office Visit |
| | 1221 | 12/6/06 | | X | Reimbursement Amount for Level V Established Patient Visit |
| | 1222 | 12/6/06 | | X | Reimbursement Amount for Blood Count Lab Work |
| | 1223 | 12/6/06 | | X | Reimbursement for Drug Administration:  2002-2003 |
| | 1224 | 12/6/06 | | X | Reimbursement for Drug Administration:  2004-2005 |
| | 1225 | 12/6/06 | | X | Physician Oncology:  2002-2005 Income Statements-By Source of Payment |
| | 1226 | 12/6/06 | | X | Physician Oncology:  2002-2005 Income Statements-By Source of Revenue |
| | 1231 | 11/8/06 | | X | Direct Pay Medex Overview |
| | 1232 | 12/18/06 | | X | Medex Overview Executive Summary |
| | 1266 | 12/18/06 | | X | Responses to Specialty Pharmacy Provider Questions from the PRC Monthly Conference Call |
| | 1275 | 12/18/06 | | X | Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris |
| | 1280 | 12/18/06 | | X | 40 Fed. Reg. 34515, "Social and Rehabilitation |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Service (Assistance Programs), Department of Health, Education, and Welfare Part 250-Administration of Medical Assistance Programs" |
| | 1303 | 1/19/07 | | X | 69 Fed. Reg. 66406, Table 41 Impact of Proposed Rule and Physician Fee Schedule Update on Medicare Payment for Selected Drug Administration Services Excluding the Effect of the 32 and 3% Transition Adjustments and Demonstration Project. (Admitted per Plaintiffs' 1/19/07 Request) |
| | 1353 | 12/18/06 | | X | CMS, "Medicare Physician Fee Schedule for 2003," February 27, 2003, Fact Sheet |
| | 1355 | 12/18/06 | | X | ASCO, "New Survey Shows Medicare Bills Would Force 53% of Cancer Physicians to Limit Care for Seniors," July 15, 2003 |
| | 1367 | 12/18/06 | | X | 2006 Annual Report of the Boards of Trustees of the Federal Hospital Insurance Trust Fund and the Federal Supplementary Medical Insurance Trust Fund |
| | 1373 | 11/29/06 | | X | Table 1: Dollar volumes of subject drugs purchased directly by Massachusetts TPPs, by manufacturer |
| | 1374 | 11/29/06 | | X | Figure 1: Vepesid prices to BCBS-MA |
| | 1375 | 11/29/06 | | X | Figure 2: Procrit prices to BCBS-MA |
| | 1376 | 11/29/06 | | X | Figure 3: Intron prices to BCBS-MA |
| | 1378 | 11/29/06 | | X | Figure 5: Vepesid prices to CIGNA |
| | 1379 | 11/29/06 | | X | Figure 6: Procrit prices to CIGNA |
| | 1380 | 11/29/06 | | X | Figure 7: Intron prices to CIGNA |
| | 1381 | 11/29/06 | | X | Figure 8: Zoladex prices to Fallon |
| | 1382 | 11/29/06 | | X | Figure 9: Vepesid prices to Fallon |
| | 1383 | 11/29/06 | | X | Figure 10: Procrit prices to Fallon |
| | 1384 | 11/29/06 | | X | Figure 11: Intron prices to Fallon |
| | 1385 | 11/29/06 | | X | Figure 12: Zoladex prices to Harvard Pilgrim |
| | 1386 | 11/29/06 | | X | Figure 13: Vepesid prices to Harvard Pilgrim |
| | 1387 | 11/29/06 | | X | Figure 14: Procrit prices to Harvard Pilgrim |
| | 1388 | 11/29/06 | | X | Figure 15: Intron prices to Harvard Pilgrim |
| | 1389 | 11/29/06 | | X | Table 2: Markups of AWP over BCBS-MA's purchase prices for Bristol-Myers Squibb drugs |
| | 1390 | 11/29/06 | | X | Table 3: Markups of AWP over BCBS-MA's purchase prices for Johnson & Johnson drugs |
| | 1391 | 11/29/06 | | X | Table 4: Markups of AWP over BCBS-MA's |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | purchase prices for Schering-Plough drugs |
| | 1392 | 11/29/06 | | X | Table 5: Markups of AWP over CIGNA's purchase prices for AstraZeneca drugs |
| | 1393 | 11/29/06 | | X | Table 6: Markups of AWP over CIGNA's purchase prices for Bristol-Myers Squibb drugs |
| | 1394 | 11/29/06 | | X | Table 7: Markups of AWP over CIGNA's purchase prices for Johnson & Johnson drugs |
| | 1395 | 11/29/06 | | X | Table 8: Markups of AWP over CIGNA's purchase prices for Schering-Plough drugs |
| | 1396 | 11/29/06 | | X | Table 9: Markups of AWP over Fallon's purchase prices for AstraZeneca drugs |
| | 1397 | 11/29/06 | | X | Table 10: Markups of AWP over Fallon's purchase prices for Bristol-Myers Squibb drugs |
| | 1398 | 11/29/06 | | X | Table 11: Markups of AWP over Fallon's purchase prices for Johnson & Johnson drugs |
| | 1399 | 11/29/06 | | X | Table 12: Markups of AWP over Fallon's purchase prices for Schering-Plough drugs |
| | 1400 | 11/29/06 | | X | Table 13: Markups of AWP over Harvard Pilgrim's purchase prices for AstraZeneca drugs |
| | 1401 | 11/29/06 | | X | Table 14: Markups of AWP over Harvard Pilgrim's purchase prices for Bristol-Myers Squibb drugs |
| | 1402 | 11/29/06 | | X | Table 15: Markups of AWP over Harvard Pilgrim's purchase prices for Johnson & Johnson drugs |
| | 1403 | 11/29/06 | | X | Table 16: Markups of AWP over Harvard Pilgrim's purchase prices for Schering-Plough drugs |
| | 1404 | 11/29/06 | | X | Table 17: Physician compensation for selected specialties |
| | 1405 | 11/29/06 | | X | Figure 16: Health Net median reimbursements for drug J9000 (doxorubicin) and most often associated service CPT90780 (IV infusion therapy, 1 hour) |
| | 1415 | 11/29/06 | | X | Table 27: Massachusetts health plans by number of enrollees |
| | 1496 | 11/29/06 | | X | Figure 83: Yearly percentage growth in Medicare Part B expenditures per beneficiary |
| | 1497 | 11/8/06 | | X | PFSW Steering Committee Meeting – BC65 Drug |

10

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Change Impact |
| | 1502 | 11/7/06 | | X | Mass Coalition Meeting Minutes |
| | 1505 | 12/18/06 | | X | HMO Seminar Preview Presented By Lorene Harling |
| | 1522 | 12/18/06 | | X | Price Alert |
| | 1527 | 12/18/06 | | X | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration |
| | 1564 | 12/18/07 | | X | Bryant, Jim, "Taking Charge of Specialty Drug Costs," *Managed Healthcare Industry Forum on Pharmacy Benefits*, June 3, 2004 |
| | 1575 | 12/18/06 | | X | *Cancer Economics, A Supplement to the Cancer Letter*, "Administration Proposes Cut Of Markup On Outpatient Drugs," and "Insurers are Eliminating Markup On Cancer Drugs, Official Says," March 1997 |
| | 1630 | 11/28/06 | | X | Gellene, Denise, "Suit Accuses 7 Drug Makers of Price-Fixing," *Los Angeles Times*, Part D, October 15, 1993 |
| | 1646 | 12/18/06 | | X | Ho, Sam, *Specialty Pharmacy Third Party Payer Perspective*, PacifiCare, October 25, 2005 |
| | 1653 | 11/28/06 | | X | *Journal of Research in Pharmaceutical Economics, Volume 10 Numbers 2/3*, "Task Force on Prescription Drugs-Final Report," February 7, 1969, reproduced in "Prescription Drugs under Medicare: The Legacy of the Task Force on Prescription Drugs, Part 1" |
| | 1705 | 12/18/06 | | X | Office of Technology Assessment, *Recombinant Erythropoietin: Payment Options for Medicare*, OTA-H-451, May 1990 |
| | 1716 | 12/18/06 | | X | *PR Newswire*, "Humana, Community Health Plan Sign Definitive Agreement for Humana's Acquisition of Ohio HMO," November 8, 1990 |
| | 1717 | 12/18/06 | | X | *PR Newswire*, "United Healthcare Signs Definitive Agreement to Purchase Ramsay-HMO," February 15, 1994 |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf.  No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 1726 | 11/28/06 | | X | Rich, Spencer, "Battling the High Prices of Medicare Pays for Drugs," *The Washington Post*, January 2, 1997, Section A |
| | 1768 | 12/18/06 | | X | Balanced Budget Act of 1997, H.R. Rep. No. 217 105th Congress, 1st Session |
| | 1800 | 12/18/06 | | X | Letter from Nancy-Ann DeParle (HCFA to June Gibbs Brown (OIG), OIG Draft Reports: Medicare Reimbursement of End Stage Renal Disease Drugs and Medicare Reimbursement for Albuterol, June 13, 2000 |
| | 1805 | 12/18/06 | | X | Medicare and Medicaid Beneficiary Protection Act of 1997, H.R. 2632, 1905th Cong. § 206, 1997 |
| | 1825 | 12/18/06 | | X | Regional Carrier Letter No. 94-19, "Determination of Cost of Drugs – Action," from M.J. Christenberry, Associate Regional Administrator, Division of Medicare, HCFA Regional Office VI, June 8, 1994 |
| | 1832 | 12/18/06 | | X | U.S. Department of Health, Education, and Welfare, Task Force on Prescription Drugs, Background Papers, The Drug Makers and the Drug Distributors, December 1968 |
| | 1852 | 11/20/06 | | X tab A | 42 CFR § 405.517, 2001 |
| | 1880 | 12/18/06 | | X | Letter from Nancy-Ann Min DeParle, Administrator, Health Care Financing Administration, to Medicare Fiscal Intermediaries and Carriers, September 14, 2000 |
| | 1881 | 11/21/06 | | X | Letter from Zachary T. Bentley & T. Mark Jones, Ven-A-Care of the Florida Keys, Inc. to Bruce Vladeck, then-Administrator, HCFA, October 2, 1996 (Letter only; admitted for inquiry notice to HCFA, not for the truth) |
| | 1905 | 12/18/06 | | X | GAO Report to the Chairman, Committee on Finance, U.S. Senate, Medicare:  Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy, GAO/PEMD-92-28 (July 1992) |
| | 1923 | 12/8/06 | | X | Danzon, Patricia, Gail Wilensky and Kathleen Means, "Alternative Strategies for Medicare Payment of Outpatient Prescription Drugs—Part B and Beyond," *American Journal of Managed* |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | *Care*, Vol. 2, No. 3, March 2005 |
| | 1929 | 12/18/06 | | X | Halcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," *American College of Medical Practice Executives Paper* (Medical Group Management Association Article Archive), September 2004 |
| | 1944 | 12/18/06 | | X | Congressional Budget Office, How the Medicaid Rebate on Prescription Drugs Affects Pricing the Pharmaceutical Industry, January 1996 |
| | 1953 | 12/18/06 | | X | Letter from Glenn M. Hackbarth, Chairman of Medicare Payment Advisory Commission, to Thomas Scully, Administrator of CMS, October 4, 2002 |
| | 1960 | 12/18/06 | | X | Johnson, Kjel, "Medicare Reimbursement Will Affect Specialty Payouts; MMA Pays Less for Drugs, but More for Administering Them," *Managed Healthcare Executive*, July 1, 2004 |
| | 1965 | 11/28/06 | | X | Management Advisory Report from Richard Kusserow, Inspector General, to Louis B. Hays, Acting Administrator, Health Care Financing Administration, A-06-40216, re: Use of Average Wholesale Prices in Reimbursing Pharmacies participating in Medicaid and the Medicare Prescription Drug Program, October 3, 1989 |
| | 1970 | 11/8/06 | | X | BCBSMA Medigap Rate Filings 2003-2007 (excerpt) |
| | 1979 | 12/18/06 | | X | Tri-regional Carrier Medical Directors meeting, Nov. 9-10, 1994, minutes and action items |
| | 1980 | 12/18/06 | | X | HCFA Technology Advisory Committee Meeting Minutes |
| | 1982 | 11/28/06 | | X | Dept. of Health, Education and Welfare, Reimbursement of Drug Cost – Medical Assistance Program – Notice of Proposed Rule Making (39 Fed. Reg. 41480) |
| | 1985 | 11/28/06 | | X | *In the Matter of the Disapproval of the Louisiana Plan Amendment*, HCFA Admin. Decision, Docket No. 88-11 (1989), published in the Medicare and Medicaid Guide |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2001 | 12/18/06 | | X | Manufacturer data showing sales to Massachusetts third party payors and their HMO subsidiaries (Plaintiffs object to description, not documents) |
| | 2054 | 12/4/06 | | X | Email from Julie Tracy to Donald Blum and Michael Diggin regarding Harvard Pilgrim Health Care Zoladex Contract |
| | 2055 | 12/4/06 | | X | Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals |
| | 2056 | 12/4/06 | | X | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet |
| | 2057 | 12/18/06 | | X | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet |
| | 2058 | 12/4/06 | | X | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex |
| | 2059 | 12/18/06 | | X | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex bill to/ ship to program |
| | 2060 | 12/4/06 | | X | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding best pricing for the LHRH market |
| | 2061 | 12/18/06 | | X | Email from Maureen Gillick to David Ilconich, Linda Palczuk, Donald Wildrick, Jodi Mudgett, Richard Deyoung, and Mike Boas regarding Tufts-Zoladex Bill to Ship to - update |
| | 2062 | 12/4/06 | | X as a template | Correspondence between Maureen Gillick and Tufts Health Plan regarding Zoladex MAP Contract - Revised February 19, 1997 |
| | 2066 | 12/4/06 | | X | Compact disc of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) |
| | 2074A | 11/27/06 | | X | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" |

14

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | 2075 | 12/18/06 | | X | Department of Health and Human Services, Office of Inspector General, "Medicare Reimbursement for Lupron" |
| | 2078 | 12/4/06 | | X | Compact disc containing Zoladex Transactional Data |
| | 2079 | 12/4/06 | | X | Compact disc containing Average Manufacturer's Price Data for Zoladex (1991-2003) |
| | 2084 | 12/18/06 | | X | Emails among Steve Pitts, Jeffrey Alverson and Mary Ann Romano regarding Harvard Pilgrim Staff Discount Contract for Zoladex |
| | 2087 | 12/18/06 | | X | Invoices for Zoladex shipped to Dr. Anthony Prizzi (contained on compact disc) |
| | 2090 | 12/18/06 | | X | Zoladex Cost Proposal to HMO Blue/Medical West Associates |
| | 2091 | 12/4/06 | | X | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals |
| | 2092 | 12/4/06 | | X | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals |
| | 2094 | 12/4/06 | | X | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals |
| | 2099 | 12/18/06 | | X | Zeneca Pharmaceuticals Agreement between UroCare and Zeneca Pharmaceuticals, with cover memorandum to Hall of Records from Mary Ann Romano |
| | 2100 | 12/18/06 | | X | Zeneca Pharmaceuticals Agreement between LHRH Inc. and Zeneca Pharmaceuticals, with cover sheet of label reading "Signed Agreement (Urology) LHRH Inc. Manhasset, NY" |
| | 2103 | 11/16/06 | | X | Correspondence from Bob Black to new employees attaching ICI Pharmaceuticals Policies for Salaried Employees |
| | 2105 | 12/18/06 | | X | Internal memorandum from Alvin Koretsky to Distribution List regarding 11 July US Healthcare |

1322658v3

| | | | In re Pharmaceutical Industry Average Wholesale Price Litigation | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2107 | 12/17/06 | | X | Email from Steve Crane to assorted Zeneca employees regarding Zoladex IPA Rebate Chart - Clarification |
| | 2110 | 12/4/06 | | X | Email from Winnie O'Neill to assorted Zeneca employees attaching documents related to Zoladex MAP Program Rollout |
| | 2111 | 12/4/06 | | X | Zeneca Pharmaceuticals Managed Acquisition Program Agreement/Amendment between QualMed Plans for Health and Zeneca Pharmaceuticals |
| | 2115 | 12/4/06 | | X | Email from Steve Crane to assorted Zeneca employees regarding Zoladex Price Savings Spreadsheet |
| | 2117 | 12/18/06 | | X | Call Notes |
| | 2119 | 12/18/06 | | X | Internal Memorandum from Business Planning regarding Key Market Issues for Product Forecasts - 1992 Strategic Plan |
| | 2122 | 11/28/06 | | X | 1992 Zoladex Promotional Plan |
| | 2126 | 12/18/06 | | X | Zoladex MAP Program Presentation |
| X | 2127 | 11/14/06 | | X | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Paul Feirstein, and Steve Buckanavage regarding Zoladex Pricing Strategy - Revised View |
| | 2128 | 11/14/06 | | X | Memorandum from Market Strategy and Contract Operations/Zoladex Marketing Team to Chris Iacono with copies to Richard Greenhill, Sarah Harrison, Steve Strand, Bill Simpson, and Keith Patterson attaching a Zoladex Pricing and Volume Discount Strategy |
| | 2131 | 11/16/06 | | X | Zoladex Advertisement |
| | 2132 | 12/18/06 | | X | Letter from Paula E. Jordan to Beth Rader listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information |
| | 2133 | 12/18/06 | | X | Letter from Paula E. Jordan to Enid Olayan listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information |
| | 2147 | 12/18/06 | | X | Pricing Document |
| | 2151 | 11/16/06 | | X | Zoladex Advertisement |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2156 | 12/18/06 | | X | Executive Summary regarding Zoladex 2003 FFAR Forecast; Status |
| | 2157 | 12/18/06 | | X Limited | Memorandum from Grant E. Steffen to all the Physicians who wrote in about Lupron regarding AWP vs AC |
| | 2158 | 11/21/06 | | X | Letter from Darlene Debus to Grant Steffen with copies to Jay Swope regarding 07/11/96 letter to all the physicians who wrote in about Lupron |
| | 2170 | 12/18/06 | | X | Document entitled Reimbursement for LHRH antagonists |
| | 2176 | 11/21/06 | | X tab 17 | Correspondence from Grant Steffen to Health Care Financing Administration regarding Acquisition Costs vs Average Wholesale Price |
| | 2199 | 12/18/06 | | X | Zeneca Pharmaceuticals Agreement Urology Practice: Connecticut-Rhode Island Purchasing Specialists |
| | 2203 | 12/18/06 | | X | Zeneca Pharmaceuticals Agreement with R/D Urology Association |
| | 2440 | 12/18/06 | | X | BMS First Databank AWPs |
| | 2522 | 12/8/06 | | X | Supplemental Exhibit C: BMS and OTN Sales Data: Revenues, Prices, and Price Dispersion |
| | 2523 | 12/7/06 12/8/06 | X | X | Exhibit D: Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities |
| | 2524 | 12/8/06 | | X | Exhibit E: BMS/OTN Price Dispersion: Excluding Sales to Federal Entities |
| | 2536 | 12/6/06 | | X | Document entitled, BMS Position on Pricing of Medicines |

17

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf.  No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2545 | 12/18/06 | | X | Document entitled "Average Wholesale Price (AWP)" |
| | 2552 | 11/13/06 | | X | Correspondence from D. Kaszuba to Publications |
| | 2553 | 11/13/06 | | X | Internal Medispan memorandum re: Bristol Oncology Survey |
| | 2554 | 11/13/06 | | X | Email from D. Kaszuba to T. Wert and G. Kegler regarding AWPs published by First Databank, Redbook and Medispan |
| | 2555 | 12/6/06 | | X | Letter from John F. Akscin to Gail Wilensky, Administrator, Health Care Financing Administration |
| | 2556 | 12/6/06 | | X | OTN Newsletter – "The Network News" |
| | 2557 | 12/6/06 | | X | Specialty Wholesaler Marketing Services Agreement |
| | 2558 | 12/6/06 | | X | Sales Agency and Consignment Agreement |
| | 2566 | 12/18/06 | | X | BMS Memorandum from Miami Team to Suzanne Greenwood regarding Drug Replacement Update and Memorandum from V. Khanna and B. Garofalo to Florida Drug Replacement Team |
| | 2568 | 12/6/06 | | X | Presentation entitled, "The Business of Office Based Oncology" |
| | 2569 | 12/6/06 | | X | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. |
| | 2570 | 12/6/06 | | X | E-mail from Amy Chan to J. Akscin |
| | 2571 | 12/6/06 | | X | Correspondence from J. Akscin related to J. Kiraly, III M.D. |
| | 2572 | 12/6/06 | | X | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. |
| | 2573 | 12/6/06 | | X | Notes related to Integrated Health Care Providers, Inc. |
| | 2575 | 12/6/06 | | X | Presentation entitled, "Reimbursement in Office Based Oncology" |
| | 2581 | 12/6/06 | | X | OTN Sourcebook 2001 |
| | 2585 | 12/6/06 | | X | Presentation entitled, "The Business of Office Based Oncology" |
| | 2587 | 12/18/06 | | X | Presentation entitled, Understanding AWPs |
| | 2588 | 12/18/06 | | X | E-mail from Greg Fersko to L. Leas, D. Ihling, J. Martino attaching AWP Presentation |
| | 2589 | 12/18/06 | | X | E-mail from Leighanne Leas to Ronald Miller & |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Thomas McKenna regarding Pricing Source Overview with attached slides |
| | 2590 | 12/6/06 | | X | Presentation entitled, "Regulatory & Reimbursement Update" |
| | 2591 | 12/18/06 | | X | Presentation entitled, "Pricing & Institutional Operations Overview" |
| | 2593 | 12/8/06 | | X | Oncology Therapeutics Network Customer Invoice (Orange Coast Oncology Hematology Associates) |
| | 2594 | 12/6/06 | | X | E-mail from Sandy McMahon re: Program Implementation Committee, attaching notes |
| | 2595 | 11/13/06 | | X | E-mail from D. Kaszuba to Irene Paulin regarding Pricing Operations' Responsibilities |
| | 2599 | 12/8/06 | | X | Customer Call Notes |
| | 2600 | 12/6/06 | | X | Addendum to Oncology Distributor Agreement |
| | 2604 | 12/18/06 | | X | Plaintiffs' Objections and Responses to BMS'S Contention Interrogatories to Plaintiffs |
| | 2605 | 12/8/06 | | X | Document entitled, "Roles and Responsibilities" |
| | 2606 | 12/8/06 | | X | RBDM Education/Training Checklist |
| | 2607 | 12/6/06 | | X | E-mail from Akscin to Sales regarding John A's PPT from National Sales Mtg, attaching presentation entitled, "Law & Order: OBO "5.5 Ways to Add Value to Your Customer Interaction" |
| | 2609 | 12/6/06 | | X | Presentation entitled, "This is OTN" |
| | 2611 | 11/13/06 | | X | Document re: Price Increase/ Decrease Notification Process |
| | 2614 | 12/8/06 | | X | OTN presentation entitled, "Price Segments" |
| | 2616 | 12/18/06 | | X | AWP (Ain't What's Paid) |
| | 2618 | 12/8/06 | | X | Customer Call Notes |
| | 2619 | 12/8/06 | | X | Customer Call Notes |
| | 2620 | 12/8/06 | | X | Customer Call Notes |
| | 2621 | 12/8/06 | | X | Customer Call Notes |
| | 2622 | 12/8/06 | | X | Customer Call Notes |
| | 2623 | 12/18/06 | | X | "Screen Shots" from Price Master File |
| | 2624 | 12/18/06 | | X | "Screen Shots" from Primary Vendor Database |
| | 2625 | 12/18/06 | | X | Data Fields associated with SHARP Database |
| | 2626 | 12/18/06 | | X | BMS List Prices for MDL Subject Drugs (By NDC) |
| | 2627 | 11/13/06 | | X | E-mail from Mimi Leake to Kay Morgan and Carol Flanagan re: Price Increase Notification |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2629 | 11/14/06 | | X | E-mail from Michelle Hand, attaching price check for Kirklin Clinic and Florida Infusion flyer |
| | 2631 | 12/8/06 | | X | Comparison of Hartman's ASPs and Spreads with Ven-A-Care's Best Prices and Spreads for BMS Subject Drugs for 1995 |
| | 2632 | 12/18/06 | | X | 1996, 1998 & 1999 Drug Allowance (excerpt of Defendant's Exhibit 1020) |
| | 2633 | 12/8/06 | | X | Taxol Prices with Revenue Shares  (NDC 00015345620;   NDC 00015347527;   NDC 00015347530) (Affidavit of Gregory K. Bell 11/17/06; Exhibit F-1) |
| | 2634 | 12/8/06 | | X | Vepesid Prices with Revenue Shares  (NDC 00015306120) (Affidavit of Gregory K. Bell 11/17/06; Exhibit F-2) |
| | 2635 | 12/8/06 | | X | Cytoxan Prices with Revenue Shares  (NDC 00015054841) (Affidavit of Gregory K. Bell 11/17/06; Exhibit F-3) |
| | 2636 | 12/8/06 | | X | Rubex Prices with Revenue Shares  (NDC 00015335222) (Affidavit of Gregory K. Bell 11/17/06; Exhibit F-4) |
| | 2637 | 12/8/06 | | X | Summary of Generic Entry (Affidavit of Gregory K. Bell 11/17/06; Exhibit B) |
| | 2638 | 12/8/06 | | X | Blenoxane 00015301020 (Affidavit of Gregory K. Bell 11/17/06; Exhibit G-1) |
| | 2639 | 12/8/06 | | X | Paraplatin 00015321430 (Affidavit of Gregory K. Bell 11/17/06; Exhibit G-2) |
| | 2640 | 11/20/06 | | X tab B | CMS Glossary |
| | 2641 | 11/21/06 | | X | Article entitled "Hooked on Drugs – Why do insurers pay such outrageous prices for |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | pharmaceuticals?" from *Barron's*, dated June 10, 1996 |
| | 2642 | 12/7/06 12/18/06 | X | X | Paraplatin Annual Spreads at J-code Level: Hartman Methodology |
| | 2643 | 12/7/06 12/18/06 | X | X | Taxol Annual Spreads at J-code Level: Hartman Methodology |
| | 2644 | 12/18/06 | | X | Rubex AWPs & MA Medicare Allowance (NDC 00015335222 = J9000) |
| | 2645 | 12/18/06 | | X | Cytoxan AWPs & MA Medicare Allowance (NDC 00015054841  J9096) |
| | 2647 | 12/6/06 | | X | Fax dated 7/2/97 from M. Carrozza to F. Pasqualone, B. Garafolo, and R. Miller regarding Senate Finance Committee table on Medicare payments for prescription drugs |
| | 2648 | 12/6/06 | | X | Memorandum dated 12/8/97 from M. Carrozza regarding Department of Health Memorandum on "Excessive Medicare Payments for Prescription Drugs" |
| | 2649 | 12/6/06 | | X | Purchase Agreement b/w BMS and Oncology Supply |
| | 2650 | 12/8/06 | | X | Stipulation between Plaintiff and BMS acknowledging that BMS did not discuss markup prices of AWP with publications |
| | 2652 | 12/8/06 | | X | BMS Subject Drugs Chart |
| | 2653 | 12/18/06 | | X | Letter dated 10/18/05 to the Hon. Charles Grassley from the Community Oncology Alliance regarding CMS demonstration project on cancer and chemotherapy related issues |
| | 2655 | 12/11/06 | | X | Sheet Metal Workers Health Insurance Claim form |
| | 2656 | 12/11/06 | | X | Pipefitters Claim Data |
| | 2657 | 12/18/06 | | X | Letter dated 9/30/05 to M. McClellan from NPAF regarding Proposed Rule CMS-1502-P |
| | 2658 | 12/11/06 | | X | Claims Data |
| | 2758 | 12/18/06 | | X | Hiriak Decl. Ex. 3: Promotion flyer "Order PROCRIT and Continue to Receive an 8% Rebate" |
| | 2762 | 11/28/06 | | X | Excerpts from testimony of Zachary T. Bentley, Ven-A-Care; "Medicare Drug Reimbursements:  A Broken System for Patients and Taxpayers," Joint Hearing Before the Subcommittee on Health et al., September 21, 2001, Serial No. 107-65 |
| | 2765 | 12/18/06 | | X | 4/20/2004 Rebate Agreement between OBI and |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | | | | | Dr. Mona Kaddis, Milford, MAeement w/ Internal Medicine Associates |
| | 2767 | 12/8/06 | | X | Memorandum to Nephrology Field Sales concerning "Competitive Position" |
| | 2774 | 11/16/06 | | X | Email, with attachments, dated from Mark Reese to Bill Pearson (et al.) re "Medicare/Medicaid Updates and Strategies" |
| | 2775 | 11/16/06 | | X | "Option Paper on AWP Reform" |
| | 2776 | 11/16/06 | | X | "AWP Reform – Talking Points" |
| | 2777 | 11/16/06 | | X | "AWP Reform – Johnson & Johnson Principles" |
| | 2782 | 12/18/06 | | X | Plaintiffs' Supplemental Response to J&J Defendants' Requests for Admission and Interrogatories Concerning Remicade. |
| | 2784A | 12/11/06 | | X | Dukes Decl. Attachment 1: Curriculum Vitae of Jayson S. Dukes |
| | 2804 | 11/14/06 | | X | Amendment to Health Net Care Systems Rebate Agreement |
| | 2822 | 11/14/06 | | X | Memo from Carpenter re Average Acquisition Price vs. Average Acquisition Price with attached 3/13/98 memo re same |
| X | 2835 | 11/14/06 | | X | RBS Scenario Role Play Talk Track |
| | 2873 | 12/11/06 | | X | Annual Spread Calculations based on Hartman's Direct Testimony Dated November 1, 2006 and FTI's Weighted Average AWPs |
| | 2874 | 12/18/06 | | X | Excerpts from Federal Register, Volume 69, dated November 15, 2004 |
| | 2875 | 12/18/06 | | X | CMS Transmittal 129, dated December 10, 2004 |
| | 2900 | 12/13/06 | | X | Schering Corporation correspondence to Fallon Clinic enclosing Purchase Agreement |
| | 2901 | 12/13/06 | | X | Amendment to Purchase Agreement dated 3/4/02 between Fallon, Inc. and Schering Corporation |
| | 2903 | 12/13/06 | | X | Purchase Agreement between Harvard Pilgrim Health Care, Inc.-Harvard Staff and Schering Corporation |
| | 2904 | 12/12/06 | | X | Warrick Pharmaceuticals correspondence to Blue Cross & Blue Shield of Mass. with Albuterol pricing information |
| | 2905 | 12/12/06 | | X | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol pricing information |

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
| | 2906 | 12/12/06 | | X | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol and clotrimazole pricing information |
| | 2918 | 12/13/06 | | X | Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005, 30-Day Supply of 225mg |
| | 2919 | 12/13/06 | | X | Last Recorded Medispan AWPs of Albuterol Sulfate 0.083% |
| | 2920 | 12/13/06 | | X | Last Recorded Medispan AWPs of Albuterol Sulfate 0.5% |
| | 2929 | 12/13/06 | | X | Percent Change in Schering Intron-A Unit AWPs Between Consecutive Years |
| | 2930 | 12/13/06 | | X | Unit AWPs for Intron-A Adjusted for Concentration |
| | 2933 | 12/13/06 | | X | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Proventil |
| | 2934 | 12/13/06 | | X | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Intron-A |
| | 2935 | 1/11/07 | | X | Distribution of Sales by Percentage of WAC Paid by Schering Customers – Temodar – 1991-1994 |
| | 2937 | 12/13/06 | | X | Chargeback Agreement between Schering Corporation and Blue Cross Blue Shield of Massachusetts |
| | 2939 | 1/11/07 | | X | Charts: NDC/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3 – Dr. Hartman's AWPs, "ASPs" for Sales to Full Line Wholesalers and Dr. Hartman's AWPs, and Instances where "Spreads" Exceed 30 Percent |
| | 2947 | 12/13/06 | | X | Graph: Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005 |
| | 2949 | 12/13/06 | | X | Chart: Warrick's Albuterol Sulfate 0.083% Launched at a Relatively Low AWP |
| | 2951 | 12/13/06 | | X | Graph: Warrick Maintained a Low, Stable AWP and High Market Share for Albuterol Sulfate 0.083% Products |
| | 2952 | 12/13/06 | | X | Graph: The Federal Government Made Different Choices Regarding What to Pay for 0.083% Albuterol Sulfate |
| | 2953 | 12/13/06 | | X | Graph: AWPs for Intron "PADs" are the Same as AWPs for Intron "SADs" Adjusted for |

| | | | | | In re Pharmaceutical Industry Average Wholesale Price Litigation | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|---|

| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | | | | | Concentration |
| | 2955 | 1/11/07 | | X | Graph: Substantial Sales of Schering's Temodar Were Priced Within 5% of WAC |
| | 2957 | 12/13/06 | | X | Graph: Substantial Sales of Schering's Proventil Were Priced Within 5% of WAC |
| | 2959 | 12/13/06 | | X | Graph: Substantial Sales of Schering's Intron-A Were Priced Within 5% of WAC |
| | 2960 | 1/11/07 | | X | Chart: Dr. Hartman's Liability Findings Largely Vanish Using More Appropriate Wholesaler ASPs |
| | 2961 | 12/11/06 | | X | Sheet Metal Workers Health Insurance Claim Form and Explanation of Benefits |
| | 2962 | 12/12/06 | | X | Medicare Remittance Notice [Admitted for definition of CO 42 only] |
| | 2964 | 12/13/06 | | X | Patient Assistance Program Grant Agreement between AmeriCares and Schering Corporation |
| | 2965 | 12/13/06 | | X | Patient Assistance Program Agreement between Healthcare Delivery Systems and Schering Corporation |
| | 2966 | 12/12/06 | | X | Summary: SMW Medicare Claims that Have Complete Claims Forms and Show Billed Amount and Matching EOMBs |
| | 2967 | 12/13/06 | | X | Comparison of Dr. Hartman's "Spreads" for Proventil Using His "Own" and "Multi" AWPs (1991-2003) |
| | 2968 | 12/13/06 | | X | Comparison of Dr. Hartman's Spreads for Intron-A and Temodar with Spreadins Excluding AmeriCares (2001-2004) |
| | 2972 | 12/18/06 | | X | 4/18/06 Schering-Plough response to OIG Advisory Opinion No 06-03 |
| | 2973 | 12/18/06 | | X | Bottle of Albuterol Sulfate |
| | 2974 | 12/20/06 | | X | May 2002, Respiratory's New Coding Headache, www.hhcdealer.com/article.php?p=4&s=HHC/2002/05 |
| | 2975 | 12/20/06 | | X | Declaration of Direct Testimony of Eugene M. ("Mick") Kolassa |
| | 2976 | 12/20/06 | | X | Sheet Metal Workers Claims for Albuterol (No SMW claims show reimbursement to MA Providers) |
| | 3000 | 11/7/06 | | X | 3/1/02 Express Scripts Inc. Managed Prescription Agreement |
| | 3001 | 11/7/06 | | X | 1/1/03 Caremark Inc. Agreement with IUOE |

1322658v3

| In re Pharmaceutical Industry Average Wholesale Price Litigation | | | | | Case No. 01-CV-12257-PBS MDL 1456 |
|---|---|---|---|---|---|
| Plf. No. | Def. No | Date Offered | Marked | Admitted | Description of Exhibits |
|  | 3002 | 11/7/06 |  | X | 8/15/05 Administrative Services Account Agreement between Blue Cross Blue Shield Mass. and IUOE Local 4 |
|  | 3003 | 11/7/06 |  | X | Anna Choice Medical Billing Records: Statement from St. Mary of Nazareth Hospital [FILED UNDER SEAL] |
|  | 3004 | 11/7/06 |  | X | Anna Choice Medical Billing Records: Patient Profile report from Korathu Thomas [FILED UNDER SEAL] |
|  | 3006 | 11/29/06 |  | X | BCBS-MA drug reimbursements by pay basis, 1995-2005 |
| 4019 | X | 12/18/06 | in already | X | 7/13/06 Statement of Mark E. Miller, MEDPAC: Medicare Part B Drugs and Oncology |
| 4058 | X | 12/18/06 |  | X | January, 2006 MEDPAC report: Effects of Medicare changes on Oncology Services |
| 4059 | X | 12/18/06 |  | X | 7/13/06 Statement of Frederick Schnell, President, Community Oncology Alliance before House Ways & Means Committee |