UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.,*<br>*No. 06-CV-11337-PBS* | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

### DECLARATION OF SARAH L. REID IN SUPPORT OF DEY, INC., DEY L.P., INC., AND DEY L.P.'S MEMORANDUM IN SUPPORT OF ABBOTT LABORATORIES INC.'S REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney admitted *pro hac vice* to practice in this Court and am a member of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"), which are defendants in the related action entitled *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, MDL Docket No. 05-11084-PBS (the "Dey Action").

2. I make this Declaration in support of Dey's Memorandum in Support of Abbott Laboratories Inc.'s Request for Certification of Interlocutory Appeal, which will be filed simultaneously with this declaration.

3. The basis for my knowledge is my review of the files maintained by Kelley Drye & Warren LLP as part of its representation of Dey in the Dey action.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff United States of America's Response to Dey Defendants' First Set of Requests for Production of Documents, which was served in the Dey Action by Plaintiff the United States of America ("United States") on or about February 19, 2008.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff United States of America's Response to Dey Defendants' Second Set of Requests for Production of Documents, which was served in the Dey Action by United States on or about March 5, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2008.

/s Sarah L. Reid
**SARAH L. REID**