# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456<br>) Master File No. 01-CV-12257-PBS<br>)<br>) Hon. Patti B. Saris<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the*<br>*Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | )<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of Dey's *Consent Motion for an Extension of the Discovery Deadline*, it is hereby ORDERED THAT:

1. The motion is ALLOWED; and

2. The remaining pretrial deadlines in this matter are re-set as follows:

| DEADLINE | ACTION |
|---|---|
| August 29, 2008 | Parties shall complete fact discovery. |
| September 29, 2008 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| October 29, 2008 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| December 29, 2008 | Close of expert discovery. |
| February 16, 2009 | Motions for Summary Judgment shall be filed. |
| March 16, 2009 | Response to Motions for Summary Judgment shall be filed. |
| April 3, 2009 | Replies to Motions for Summary Judgment shall be filed. |
| April 17, 2009 | Surreplies to Motions for Summary Judgment shall be filed. |

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge