## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.*,<br>No. 07-CV-11618-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) AND STAY OF DISCOVERY PENDING APPEAL

Pursuant to Local Rule 7.1(b)(3), Abbott Laboratories, Inc. requests permission to file a reply in support of its Request for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b), and Stay of Discovery Pending Appeal. The reply brief is attached as Exhibit 1, and the Exhibits to the reply are attached as Exhibits A and B. On April 29, 2008, Ven-A-Care of the Florida Keys, Inc. filed an opposition to Abbott's Request for Certification. Abbott believes that the following reply will aid the Court in its consideration of the certification request.

Wherefore, Abbott respectfully requests that the Court allow Abbott to file a reply in support of its Request for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b), and Stay of Discovery Pending Appeal.

| | |
|---|---|
| Dated:  May 9, 2008 | Respectfully submitted,<br><br>/s/ R. Christopher Cook<br>James R. Daly<br>Eric P. Berlin<br>Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585<br><br>R. Christopher Cook<br>Thomas J. Davis<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br><br>*Counsel for Defendant Abbott Laboratories, Inc.* |

CERTIFICATE OF SERVICE

      I, David Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) AND STAY to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 9th day of May 2008.

                                        /s/ David Torborg
                                        David Torborg