### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris<br>)<br>) |
| *City of New York v. Abbott Labs, et al.* and all cases of New York Counties in the Revised First Amended Consolidated Complaint | ) C.A. No. 04-CV-06054, et al.<br>)<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER OF STAY AS TO BMS

WHEREAS, the City of New York and numerous counties in the State of New York (collectively, the "NY Counties") have commenced actions in the federal district courts of the State of New York against, among others, Bristol-Myers Squibb Company and its present and former subsidiaries and affiliates (collectively "BMS"); and

WHEREAS, the above cases have been consolidated for pre-trial purposes in this Court and are proceeding under a single Revised First Amended Consolidated Complaint (the "Complaint"); and

WHEREAS, BMS has reached a settlement agreement with the State of New York concerning several matters related and unrelated to the allegations made by the NY Counties against BMS in the Complaint (the "New York State Settlement"); and

WHEREAS, it is a condition of the New York State Settlement that, upon its execution, the NY Counties stipulate to a stay of all proceedings against BMS pending final performance of the Settlement's terms; and

WHEREAS, it is a further condition of the New York State Settlement that, after the payment by BMS of the consideration under the Settlement to the National Association of Medicaid Fraud Control Units, the NY Counties stipulate to a dismissal of the Complaint and their actions with prejudice as to BMS; and

WHEREAS, the NY Counties have been informed that the State of New York and BMS have executed the New York State Settlement Agreement, thereby triggering the time for application for a stay of these proceedings,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the NY Counties and counsel for BMS that all proceedings by New York City and any and all NY Counties in this Court against Bristol-Myers Squibb Company and/or its present and former subsidiaries and affiliates, including but not limted to Apothecon Inc., Oncology Therapeutics Network Corp. and the Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership, are stayed pending the further performance of the New York State Settlement Agreement.

Dated: ~~February~~ May 8 __, 2008

KIRBY McINERNEY, LLP

By: _____
        Joanne M. Cicala

830 Third Avenue, 10th Fl.
New York, New York  10022
(212) 371-6600

Attorneys for Plaintiffs New York City
and all New York Counties other than
County of Nassau and County of Orange

MILBERG WEISS LLP

By: _____
        Ross B. Brooks

One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Attorneys for Plaintiff
County of Nassau

WHEREAS, it is a further condition of the New York State Settlement that, after the payment by BMS of the consideration under the Settlement to the National Association of Medicaid Fraud Control Units, the NY Counties stipulate to a dismissal of the Complaint and their actions with prejudice as to BMS; and

WHEREAS, the NY Counties have been informed that the State of New York and BMS have executed the New York State Settlement Agreement, thereby triggering the time for application for a stay of these proceedings,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the NY Counties and counsel for BMS that all proceedings by New York City and any and all NY Counties in this Court against Bristol-Myers Squibb Company and/or its present and former subsidiaries and affiliates, including but not limted to Apothecon Inc., Oncology Therapeutics Network Corp. and the Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership, are stayed pending the further performance of the New York State Settlement Agreement.

Dated:  February ___, 2008

KIRBY McINERNEY, LLP

By: _____ 5/7/08
      Joanne M. Cicala

830 Third Avenue, 10th Fl.
New York, New York  10022
(212) 371-6600

Attorneys for Plaintiffs New York City
and all New York Counties other than
County of Nassau and County of Orange

MILBERG WEISS LLP

By: _____
      Ross B. Brooks

One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Attorneys for Plaintiff
County of Nassau

LEVY PHILLIPS & KONISGBERG

By: _____
         Stanley J. Levy

800 Third Avenue
New York, New York 10022
Tel: (212) 605-6200

Attorneys for Plaintiff
The County of Orange

HOGAN & HARTSON LLP

By: _____
         Lyndon M. Tretter

875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000

Attorneys for Defendant
Bristol-Myers Squibb Company

SO ORDERED:

_____
Hon. Patti B. Saris, USDJ