UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> STATE OF IOWA v. ABBOTT LABS., INC., et. al, | ) <br> ) <br> ) 07-CV-12141-PBS <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER OF STAY AS TO BMS

WHEREAS, the State of Iowa commenced an action in the federal district court for the Southern District of Iowa, Central Division (the "Iowa Action") against, among others, Bristol-Myers Squibb Company and its present and former subsidiaries and affiliates (collectively "BMS"); and

WHEREAS, the Iowa Action has been transferred to this Court and consolidated for pre-trial purposes with other matters made part of MDL 1456; and

WHEREAS, BMS has reached a settlement agreement with the State of Iowa (the "Iowa Settlement") concerning several matters related and unrelated to the allegations made against BMS in the complaint in the Iowa Action; and

WHEREAS, it is a condition of the Iowa Settlement that, upon its execution, the State stipulate to a stay of all proceedings in the Iowa Action against BMS pending final performance of the Settlement's terms; and

WHEREAS, it is a further condition of the Iowa Settlement that, after the payment by BMS of the consideration under the Settlement to the National Association of

Medicaid Fraud Control Units, the State stipulate to a dismissal of the complaint and of the Iowa Action with prejudice as to BMS; and

WHEREAS, the State of Iowa and BMS have executed the Iowa Settlement Agreement, thereby triggering the time for application for a stay of these proceedings,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the State of Iowa and counsel for BMS that all proceedings by the State in this Court against Bristol-Myers Squibb Company and/or its present and former subsidiaries and affiliates, including but not limted to Apothecon Inc., Oncology Therapeutics Network Corp. and the Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership, are stayed pending the further performance of the Iowa Settlement Agreement.

Dated: April 10, 2008

KIRBY McINERNEY, LLP

By: _____
Joanne M. Cicala

830 Third Avenue, 10th Fl.
New York, New York  10022
(212) 371-6600

Attorneys for Plaintiff
State of Iowa

HOGAN & HARTSON LLP

By: _____
Lyndon M. Tretter

875 Third Avenue
New York, New York 10022
(212) 918-3000

Attorneys for Defendant
Bristol-Myers Squibb Company


SO ORDERED:

_____
Hon. Patti B. Saris, USDJ