UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS ) ) ) | Civil Action No. 01-CV-12257 PBS |
| NOTICE OF APPEAL FOR BMS (#4927) ) ) ) | Judge Patti B. Saris |

## STIPULATION REGARDING RECORD ON APPEAL

Class Counsel for Plaintiffs and Defendant Bristol-Myers Squibb Company ("BMS") agree in connection with BMS's appeal now pending before the United States Court of Appeals for the First Circuit, Docket No. 08-1055, that the record on appeal should be supplemented pursuant to Fed. R. App. P. 10(e)(2) and retained in the District Court pursuant to Fed. R. App. P. 11(f).

Accordingly, the undersigned parties hereby stipulate as follows:

1.    The parties may cite in their briefs and include in the Joint Appendix any portion of the record as reflected on the District Court's docket, and any documents admitted in evidence or used as a demonstrative exhibit before the District Court, as long as otherwise permitted by the Federal Rules of Appellate Procedure, regardless of whether that portion of the record has been physically transferred to the First Circuit;

2.    The record does not need to be transmitted to the First Circuit and may be physically retained in the District Court while the appeal is pending;

3.    DX 2666 (which BMS marked for identification and offered in evidence, but which the District Court ruled was inadmissible) will be deemed part of the record on appeal and may be included in the Joint Appendix solely for the purpose of allowing BMS to appeal the

District Court's evidentiary ruling and with the understanding that it was not admitted in evidence.

    4.    Any error or omission in the contents of the record discovered after the filing of this stipulation may be corrected in accordance with Fed. R. App. P. 10(e).

Date:  May 13, 2008

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003

**LIAISON COUNSEL**
Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Tel: (206) 623-7292
Fax: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Tel: (708) 776-5600
Fax: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel: (215) 496-0300
Fax: (215) 496-6611

**DWYER & COLLORA, LLP**

By: /s/ Jennifer M. Ryan
    Thomas E. Dwyer (BBO#139660)
    Jennifer M. Ryan (BBO#661498)
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
jryan@dwyercollora.com

**HOGAN & HARTSON LLP**

Steven M. Edwards (SE 2773)
Lyndon M. Tretter (LT 4031)
Admitted *pro hac vice*
875 Third Avenue
New York, NY  10022
Tel:  (212) 918-3640
Fax:  (212) 918-3100

*Attorneys for Defendant Bristol-Myers Squibb Company*

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Tel: (312) 346-2222
Fax: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Tel: (215) 230-8043
Fax: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was delivered on May 13, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                      /s/ Hoa T.T. Hoang
                                         Hoa T.T. Hoang