UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE (*PRO HAC VICE*) OF PHILIP ACKERMAN

TO THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

Please take notice of the withdrawal of appearance of Philip Ackerman as attorney, *pro hac vice*, for Defendant ETHEX Corporation. The undersigned attorneys will continue as counsel for ETHEX Corporation.

    ETHEX Corporation

    By its attorneys

    /s/ Scott A. Birnbaum
    Scott A. Birnbaum (BBO # 543834)
    BIRNBAUM & GODKIN, LLP
    280 Summer Street
    Boston, MA  02210-1108
    Tel: (617) 307-6100

*Pro Hac Vice:*

C. Michael Moore
Margaret D. Hall
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, 34th Floor
Dallas, TX  75201
(214) 259-0945

Mark A. Flessner
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

Robert S. Litt
Steven S. Diamond
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel: (202) 942-5000


Dated:  May 14, 2008

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

    I, Scott A. Birnbaum, hereby certify that, on May 14, 2008, I caused a copy of the foregoing to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

                                                                /s/ Scott A. Birnbaum