## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456 )  )  CIVIL ACTION:  01-CV-12257-PBS )  )  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | )  )  Magistrate Judge Marianne B. Bowler )  )  )  ) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT FOR ABBOTT LABORATORIES, INC.

Pursuant to Local Rule 7.3(A), Abbott Laboratories, Inc. states that 100% of its stock is owned by its parent, Abbott Laboratories, a publicly held corporation.

Dated: May 14, 2008

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Eric P. Berlin
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT FOR ABBOTT LABORATORIES, INC. to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 14th day of May, 2008.

                                              /s/ Brian J. Murray
                                              Brian J. Murray