# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL DOCKET NO. 1456 ) ) Civil Action No. 06-CV-11337 ) Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) Judge Patti B. Saris ) Magistrate Judge Marianne B. Bowler ) |

## JOINT REQUEST TO AMEND CMO-29 AND FOR EXPEDITED RELIEF

The United States, Ven-A-Care, and Abbott Laboratories Inc. (Abbott) jointly request that this Court amend the deadlines set forth in Case Management Order 29 (CMO-29), as amended, to account for Abbott's ongoing document productions beyond the current April 25 deadline for fact discovery, including those set forth in Abbott's *Report on Status of Outstanding Document Production* (Dkt. No. 5257).[1]  In light of their agreement to the amended schedule set forth below, the parties jointly agree that the relief sought by the United States' *Motion to Amend CMO-29, and Request for Expedited Relief, and Incorporated Memorandum of Law*, filed on May 1, 2008 (Dkt. No. 5272) is now moot, and the United States hereby withdraws its motion.

The parties jointly agree to the following schedule:

| DEADLINE | ACTION |
|---|---|
| May 23, 2008 | Abbott's fact discovery shall be completed, with the exception of CHIPS data. |
| May 30, 2008 | Abbott shall produce to the United States all relevant CHIPS data, along with additional data that the United States believes may be relevant, as requested by the United States and about which the |

---

[1] The United States expressly reserves its rights to challenge any of the approximately 1,000 documents on Abbott's Third Amended Privilege Log produced on May 9, 2008, or to seek other appropriate relief from the Court, including but not limited to, further written or deposition discovery necessitated by Abbott's ongoing production. Similarly, Abbott reserves its rights to challenge any of the documents on the United States' April 25, 2008 privilege log, or to seek other appropriate relief from the Court.  Each side reserves its rights to oppose any such relief requested.

|                    |                                                                                          |
|--------------------|------------------------------------------------------------------------------------------|
|                    | parties have met and conferred.                                                          |
| June 20, 2008      | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| July 21, 2008      | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 19, 2008 | Close of expert discovery.                                                               |
| October 31, 2008   | Motions for Summary Judgment shall be filed.                                             |
| November 26, 2008  | Responses to Motions for Summary Judgment shall be filed.                                |
| December 12, 2008  | Replies to Motions for Summary Judgment shall be filed.                                  |
| December 23, 2008  | Surreplies to Motions for Summary Judgment shall be filed.                               |

The parties agree that the United States may supplement its expert reports by July 18, 2008 as necessitated by productions made by Abbott on or after April 25, 2008. Further, the parties agree that Abbott shall respond to any supplemental expert reports within 30 days, and that a deposition on a supplemental report may be taken within 30 days from issuance of the supplemental report.

Dated: May 15, 2008

Respectfully submitted,

For Abbott Laboratories Inc.,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant United States Attorney
John Joseph Moakely U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

/s/ Renee Brooker
Joyce R. Branda
Daniel R. Anderson
Renee Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Elizabeth Strawn
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
Phone: (202) 616-3797
Fax: (202) 307-3852

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th St., 3d Floor
Miami, FL  33132
Phone: (305) 961-9003
Fax: (305) 961-4101

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Ave., Suite 110
Miramar, FL  33027
Phone: (954) 874-1635
Fax: (954) 874-1705

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2008, a true and correct copy of the foregoing **Joint Request To Amend CMO-29 And For Expedited Relief** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

    /s/ Brian J. Murray