# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337 |
| _____ | ) ) | Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.* | ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES INC.'S RESPONSE TO UNITED STATES' MOTION TO AMEND CMO-29, AND REQUEST FOR EXPEDITED RELIEF, AND INCORPORATED MEMORANDUM OF LAW

The Government has withdrawn this motion, and therefore no substantive response by Abbott is required. *See Joint Request to Amend CMO-29 and for Expedited Relief*, filed May 15, 2008.

Dated: May 15, 2008

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories Inc.*

-i-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 15, 2008, the foregoing **ABBOTT LABORATORIES INC.'S RESPONSE TO UNITED STATES' MOTION TO AMEND CMO-29, AND REQUEST FOR EXPEDITED RELIEF, AND INCORPORATED MEMORANDUM OF LAW** was served upon all counsel of record in this action electronically by posting a true and correct copy of same via Lexis-Nexis.

/s/ Mark W. DeMonte