UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL DOCKET NO. 1456 ) ) Civil Action No. 06-CV-11337 ) Lead Case No. 01-CV-12257 |
| _____ THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) Judge Patti B. Saris ) Magistrate Judge Marianne B. Bowler ) |

# PROPOSED ORDER

Upon consideration of the parties' *Joint Request to Amend CMO-29 And For Expedited Relief*, it is hereby ORDERED THAT:

1. The motion filed as Docket No. 5272 is withdrawn; and

2. The remaining pretrial deadlines in this matter are re-set as follows:

| DEADLINE | ACTION |
|---|---|
| May 23, 2008 | Abbott's fact discovery shall be completed, with the exception of CHIPS data. |
| May 30, 2008 | Abbott shall produce to the United States all relevant CHIPS data, along with additional data that the United States believes may be relevant, as requested by the United States and about which the parties have met and conferred. |
| June 20, 2008 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| July 21, 2008 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 19, 2008 | Close of expert discovery. |
| October 31, 2008 | Motions for Summary Judgment shall be filed. |
| November 26, 2008 | Responses to Motions for Summary Judgment shall be filed. |
| December 12, 2008 | Replies to Motions for Summary Judgment shall be filed. |
| December 23, 2008 | Surreplies to Motions for Summary Judgment shall be filed. |

CHI-1648880v1

- 2 -

|  |  |
|---|---|

and IT IS FURTHER ORDERED THAT;

3. The United States may supplement its expert reports by July 18, 2008 as necessitated by productions made by Abbott on or after April 25, 2008; Abbott shall respond to any supplemental expert reports within 30 days; and a deposition on a supplemental report may be taken within 30 days from issuance of the supplemental report.

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge