UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE ) LITIGATION ) | MDL NO. 1456 | |
| _____) | Master File No: 01-CV-12257-PBS | |
| ) THIS DOCUMENT RELATES TO ) *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) *Inc. v. Abbott Laboratories, Inc.,* ) *No. 06-CV-11337-PBS* ) _____) | Judge Patti B. Saris | |

## CERTIFICATE OF ERIC P. BERLIN

I, Eric P. Berlin, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a Partner with the law firm of Jones Day, which maintains offices at 77 West Wacker Drive, Chicago, Illinois 60601-1692;

2. I am a member in good standing of the bars of the State of Illinois, the Northern District of Illinois, the Western District of Wisconsin, and the Eastern District of Michigan;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed:  May 16, 2008                    /s/ Eric P. Berlin

                                            Eric P. Berlin
                                            JONES DAY
                                            77 West Wacker Drive
                                            Chicago, Illinois 60601-1692
                                            Telephone:  (312) 782-3939
                                            Facsimile:  (312) 782-8585