## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re Pharmaceutical Industry Average Wholesale Price Litigation

| | |
|---|---|
| THE STATE OF UTAH vs. ASTRAZENECA, et al. | Civil Action No. 01CZ12257<br><br>MDL Docket No. 1456 |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joseph W. Steele of STEELE & BIGGS, LLC, Special Assistant Attorney General enters his appearance as counsel of record for the Plaintiff in this matter. Be advised that further notices, mailings or contacts should be made to:

>   Joseph W. Steele
>   STEELE & BIGGS, LLC
>   5664 South Green Street
>   Salt Lake City, Utah 84123

DATED this 29 day of April, 2008

STEELE & BIGGS, LLC

_____
Joseph W. Steele
Special Assistant Attorney General
Attorney for the State of Utah