## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re Pharmaceutical Industry Average Wholesale Price Litigation

| | |
|---|---|
| THE STATE OF UTAH vs.<br>ASTRAZENECA, et al. | Civil Action No. 01CZ12257<br><br>MDL Docket No. 1456 |

### AFFIDAVIT OF GOOD STANDING JOSEPH W. STEELE

Joseph W. Steele being duly sworn states as follows:

1. I am in good standing to practice law in the District Court of Utah.

2. In 2001, I applied for and was admitted to the Utah State Bar Association.

3. In 2001-2004 I was a partner at Steele & Ruffinengo, LLC.

4. In 2004 I transitioned into a partner at Steele, Biggs & Ruffinengo, LLC.

5. In 2005 I was a partner at Steele & Biggs, LLC.

6. In 2006 Steele & Biggs, LLC began acting as of counsel for the law firm of Siegfried and Jensen, 5664 South Green Street, Salt Lake City, Utah, 84123. (801) 266-0999.

DATED this 30th day of April, 2008

_____
Joseph W. Steele

STATE OF UTAH          )
                       § 
COUNTY OF SALT LAKE )

    Subscribed and sworn to before me on this 30th day of April, in the year 2008 by **Joseph W. Steele**.

[Notary Seal: Notary Public, JULIE A. SORENSEN, 5465 South Green Street, Salt Lake City, UT 84123, My Commission Expires Mar. 11, 2009, State of Utah]

_____
NOTARY PUBLIC