## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re Pharmaceutical Industry Average Wholesale Price Litigation

| | |
|---|---|
| THE STATE OF UTAH vs. ASTRAZENECA, et al. | Civil Action No. 01CZ12257<br><br>MDL Docket No. 1456 |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Kenneth D. Lougee of STEELE & BIGGS, LLC, Special Assistant Attorney General enters his appearance as counsel of record for the Plaintiff in this matter. Be advised that further notices, mailings or contacts should be made to:

> Kenneth D. Lougee
> STEELE & BIGGS, LLC
> 5664 South Green Street
> Salt Lake City, Utah 84123

DATED this 30th day of April, 2008

STEELE & BIGGS, LLC

_[signature]_

Kenneth D. Lougee,
Special Assistant Attorney General
Attorney for the State of Utah