## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re Pharmaceutical Industry Average Wholesale Price Litigation

| | |
|---|---|
| THE STATE OF UTAH vs. ASTRAZENECA, et al. | Civil Action No. 01CZ12257<br><br>MDL Docket No. 1456 |

### AFFIDAVIT OF GOOD STANDING KENNETH D. LOUGEE

Kenneth D. Lougee being duly sworn states as follows:

1. I am in good standing to practice law in the District Court of Utah.

2. In 2005, I applied for and was admitted to the Utah State Bar Association.

3. Since January 2006, I have been employed by the law firm of Siegfried and Jensen, 5664 South Green Street, Salt Lake City, Utah, 84123. (801) 266-0999.

4. I am a practicing attorney in Alaska and a member of the Alaska Bar Association since 1981.

5. I am in good standing with the Alaska Bar Association.

DATED this 30th day of April, 2008

_____
Kenneth D. Lougee

STATE OF UTAH        )
                     § 
COUNTY OF SALT LAKE  )

Subscribed and sworn to before me on this ___30th___ day of April, in the year 2008 by **Kenneth D. Lougee**.

_____
NOTARY PUBLIC

[Notary Seal: Julie A. Sorensen, Notary Public, State of Utah]