| State of Alabama<br>Unified Judicial System<br>Form C-50   Rev 10/86 | **JURY VERDICT** | Case Number<br>CV-2005-219PR |
|---|---|---|

**In Circuit Court of** _Montgomery_ **County**

| Plaintiff | vs. | Defendant |
|---|---|---|
| STATE OF ALABAMA | | ASTRAZENECA |

_✗_ We the jury find in favor of the Plaintiff, State of Alabama and against Defendant, AstraZeneca on the claims of:

         _✗_ Misrepresentation

         _✗_ Fraudulent Concealment

         _____ Wantonness

and award damages as follows:

    _40,000,000.00_ Compensatory

    _____ Interest

    _175,000,000.00_ Punitive

    _215,000,000.00_ Total

_Richard Edwards_
Name of Foreman (please print)

_Richard Edwards_
Foreman Signature

Date Filed _Feb 21-08_

_____ By: _____
Clerk of Circuit Court