## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456**<br><br>Judge Patti B. Saris |

## AFFIDAVIT OF DAVID R. STALLARD
## ASTRAZENECA

David R. Stallard, being duly sworn, states as follows:

1. I am an Assistant Attorney General for the State of Utah. My primary responsibility for the past two years has been Medicaid Fraud Enforcement. I previously was Chief Auditor of the Utah Medicaid Fraud Control Unit for a year and a half.

2. I am a member of the Texas and Utah Bar associations. I have held bar membership since 1977.

3. I am also a Certified Public Accountant. I have held a CPA license since 1983 and earned an M.B.A degree from the University of Utah in 1981.

4. As part of my duties, I have calculated estimated Utah Medicaid prescription drug overpayments caused by the inflated price reporting of the defendants in this case. Specifically, I have calculated the estimated overpayments for AstraZeneca's

prescription drugs reimbursed by Utah Medicaid.

5. Attached to my affidavit and incorporated by reference is a spreadsheet demonstrating the inflation of Average Wholesale Price (as reported to Utah Medicaid by the First DataBank price compendium based on prices reported by AstraZeneca) compared to the Average Manufacturer Price ("AMP") reported by AstraZeneca to the Centers for Medicare & Medicaid Services ("CMS"). AMP is defined in 42 U.S.C. §1396r-8(k)(1) as the average price paid to the manufacturer by wholesalers for drugs distributed to retail pharmacies. AMPs were previously highly confidential and not available to the states; however, in July, 2006, pursuant to the Deficit Reduction Act of 2005, CMS began reporting AMPs to the states.

6. Prescription drug manufacturers sell primarily to wholesalers. The representation of the pharmaceutical companies, consistent with the public financial statements of large drug wholesalers, is that the wholesale gross margin is in the two to three percent range. Testimony indicates that the wholesalers typically add twenty to twenty five percent to determine Average Wholesale Price or AWP. I have compared AstraZeneca's AMP prices, which were actually paid and for which rebates were sought, and find that the AWP to AMP ratio ranges from 125% to over 400%. In my opinion, this disparity is too great to be accounted for by actual wholesaler profit margins of two to three percent.

7. I have reviewed testimony from the case of *Alabama v. AstraZeneca*. That testimony demonstrates that AstraZeneca set the AWP for its drugs until 2002. It further demonstrates that after 2002 AstraZeneca was similarly responsible for

the AWP for its drugs by reporting a Wholesale Acquisition Cost or WAC, from

which the AWP was calculated using a formula known by AstraZeneca.

DATED this 16th day of April, 2008

David R. Stallard

STATE OF UTAH              )
                           )
COUNTY OF SALT LAKE  )

Subscribed and sworn to before me on this 16th day of April, in the year 2008 by

**David R. Stallard.**

NOTARY PUBLIC

AstraZeneca 06 prices

| NDC | | AMP | | AWP | AWP/AMP | Drug Name |
|---|---|---|---|---|---|---|
| | | Average | | Average | | |
| | | Manufacturer Price | | Wholesale Price | | |
| **July, 2006** | | **Actual** | | **List** | | |
| 00186045258 | $ | 0.616763 | $ | 2.712000 | 439.7% | Plendil |
| 00186045058 | $ | 0.409471 | $ | 1.509300 | 368.6% | Plendil |
| 00186033036 | $ | 0.558149 | $ | 1.750000 | 313.5% | Xylocaine |
| 00186074331 | $ | 4.207676 | $ | 7.025000 | 167.0% | Prilosec |
| 00186074368 | $ | 4.207676 | $ | 7.025000 | 167.0% | Prilosec |
| 00186103301 | $ | 0.130722 | $ | 0.217660 | 166.5% | Sensorcaine |
| 00186504031 | $ | 3.395128 | $ | 5.273000 | 155.3% | Nexium |
| 00186504054 | $ | 3.395128 | $ | 5.272770 | 155.3% | Nexium |
| 00186504082 | $ | 3.395128 | $ | 5.272630 | 155.3% | Nexium |
| 00186502031 | $ | 3.397077 | $ | 5.273000 | 155.2% | Nexium |
| 00186502054 | $ | 3.397077 | $ | 5.272770 | 155.2% | Nexium |
| 00186074231 | $ | 3.163570 | $ | 4.753000 | 150.2% | Prilosec |
| 00186504228 | $ | 3.641369 | $ | 5.272500 | 144.8% | Nexium |
| 00186107008 | $ | 7.069982 | $ | 10.166270 | 143.8% | Rhinocort Aqua |
| 00186001654 | $ | 1.270258 | $ | 1.821550 | 143.4% | Atacand |
| 00186001631 | $ | 1.270258 | $ | 1.820330 | 143.3% | Atacand |
| 00186032228 | $ | 1.757605 | $ | 2.513300 | 143.0% | Atacand Hct |
| 00186032254 | $ | 1.757605 | $ | 2.513110 | 143.0% | Atacand Hct |
| 00186003231 | $ | 1.727627 | $ | 2.464330 | 142.6% | Atacand |
| 00186003254 | $ | 1.727627 | $ | 2.464220 | 142.6% | Atacand |
| 00186003228 | $ | 1.727627 | $ | 2.463900 | 142.6% | Atacand |
| 00186016254 | $ | 1.730119 | $ | 2.464220 | 142.4% | Atacand Hct |
| 00186016228 | $ | 1.730119 | $ | 2.463900 | 142.4% | Atacand Hct |
| 00310032130 | $ | 48.501604 | $ | 68.250000 | 140.7% | Merrem |
| 00186060631 | $ | 3.036415 | $ | 4.258330 | 140.2% | Prilosec |
| 00186070210 | $ | 3.388227 | $ | 4.733800 | 139.7% | Entocort Ec |
| 00186027613 | $ | 0.762967 | $ | 1.065000 | 139.6% | Xylocaine-Mpf |
| 00186000831 | $ | 1.309575 | $ | 1.820330 | 139.0% | Atacand |
| 00310075139 | $ | 2.367536 | $ | 3.282900 | 138.7% | Crestor |
| 00310075190 | $ | 2.367536 | $ | 3.282770 | 138.7% | Crestor |
| 00186151601 | $ | 1.356379 | $ | 1.871660 | 138.0% | Emla |
| 00310075239 | $ | 2.385645 | $ | 3.282900 | 137.6% | Crestor |
| 00310075290 | $ | 2.385645 | $ | 3.282770 | 137.6% | Crestor |
| 00186000431 | $ | 1.323067 | $ | 1.820330 | 137.6% | Atacand |
| 00186045158 | $ | 1.106864 | $ | 1.509300 | 136.4% | Plendil |
| 00310075430 | $ | 2.410088 | $ | 3.283000 | 136.2% | Crestor |
| 00186091542 | $ | 130.230566 | $ | 177.310000 | 136.2% | Pulmicort |
| 00186109005 | $ | 0.711435 | $ | 0.968300 | 136.1% | Toprol Xl |
| 00186108805 | $ | 0.712578 | $ | 0.968300 | 135.9% | Toprol Xl |
| 00186108839 | $ | 0.712578 | $ | 0.968300 | 135.9% | Toprol Xl |
| 00186109205 | $ | 1.071243 | $ | 1.454900 | 135.8% | Toprol Xl |
| 00186109239 | $ | 1.071243 | $ | 1.454900 | 135.8% | Toprol Xl |
| 00186109405 | $ | 1.708057 | $ | 2.314800 | 135.5% | Toprol Xl |
| 00310075590 | $ | 2.429336 | $ | 3.282770 | 135.1% | Crestor |
| 00186011001 | $ | 0.114889 | $ | 0.154000 | 134.0% | Xylocaine |
| 00186027512 | $ | 0.194233 | $ | 0.260000 | 133.9% | Xylocaine |
| 00310040260 | $ | 1.147443 | $ | 1.529660 | 133.3% | Accolate |
| 00310040239 | $ | 1.147443 | $ | 1.529600 | 133.3% | Accolate |
| 00186198904 | $ | 2.230923 | $ | 2.970000 | 133.1% | Pulmicort |
| 00186502228 | $ | 3.971026 | $ | 5.272500 | 132.8% | Nexium |
| 00310021321 | $ | 15.788927 | $ | 20.926660 | 132.5% | Zomig Zmt |
| 00310014510 | $ | 1.233349 | $ | 1.628900 | 132.1% | Zestoretic |
| 00310013110 | $ | 1.011404 | $ | 1.332400 | 131.7% | Zestril |
| 00186012001 | $ | 0.132272 | $ | 0.174000 | 131.5% | Xylocaine |

AstraZeneca 06 prices

| NDC | | AMP | | AWP | AWP/AMP | Drug Name |
|---|---|---|---|---|---|---|
| | | Average | | Average | | |
| | | Manufacturer Pnce | | Wholesale Pnce | | |
| **July, 2006** | | **Actual** | | **List** | | |
| 00310032520 | $ | 25.982642 | $ | 34.130000 | 131.4% | Merrem |
| 00310013410 | $ | 1.588339 | $ | 2.086000 | 131.3% | Zestril |
| 00186014501 | $ | 0.078985 | $ | 0.103600 | 131.2% | Xylocaine |
| 00310013210 | $ | 1.090826 | $ | 1.426500 | 130.8% | Zestril |
| 00310027534 | $ | 1.628960 | $ | 2.130140 | 130.8% | Seroquel |
| 00310027510 | $ | 1.628960 | $ | 2.130000 | 130.8% | Seroquel |
| 00310027539 | $ | 1.628960 | $ | 2.130000 | 130.8% | Seroquel |
| 00186198804 | $ | 2.043480 | $ | 2.670000 | 130.7% | Pulmicort |
| 00310027110 | $ | 2.799789 | $ | 3.655000 | 130.5% | Seroquel |
| 00310027139 | $ | 2.799789 | $ | 3.655000 | 130.5% | Seroquel |
| 00310027210 | $ | 5.284421 | $ | 6.895100 | 130.5% | Seroquel |
| 00310027239 | $ | 5.284421 | $ | 6.895100 | 130.5% | Seroquel |
| 00186015501 | $ | 0.099022 | $ | 0.129200 | 130.5% | Xylocaine |
| 00310027460 | $ | 6.943082 | $ | 9.040660 | 130.2% | Seroquel |
| 00310027439 | $ | 6.943082 | $ | 9.040600 | 130.2% | Seroquel |
| 00310070510 | $ | 12.934860 | $ | 16.821500 | 130.0% | Casodex |
| 00310070530 | $ | 12.934860 | $ | 16.821000 | 130.0% | Casodex |
| 00310070539 | $ | 12.934860 | $ | 16.821000 | 130.0% | Casodex |
| 00310021020 | $ | 14.882516 | $ | 19.310000 | 129.7% | Zomig |
| 00310020130 | $ | 7.029458 | $ | 9.113330 | 129.6% | Arimidex |
| 00310021125 | $ | 16.456265 | $ | 21.333330 | 129.6% | Zomig |
| 00310011710 | $ | 1.907459 | $ | 2.468500 | 129.4% | Tenoretic 100 |
| 00310020920 | $ | 14.660187 | $ | 18.943330 | 129.2% | Zomig Zmt |
| 00310020860 | $ | 21.646181 | $ | 27.956660 | 129.2% | Zomig |
| 00186000168 | $ | 1.454852 | $ | 1.876300 | 129.0% | Lexxel |
| 00310011510 | $ | 1.364177 | $ | 1.758800 | 128.9% | Tenoretic 50 |
| 00186011501 | $ | 0.151693 | $ | 0.195000 | 128.5% | Xylocaine W/Epinephrine |
| 00186033001 | $ | 0.558149 | $ | 0.708330 | 126.9% | Xylocaine |
| 00310040160 | $ | 1.205392 | $ | 1.529660 | 126.9% | Accolate |
| 00186036001 | $ | 0.179600 | $ | 0.224500 | 125.0% | Xylocaine Viscous |
| 00310048230 | $ | 56.729333 | $ | 70.911660 | 125.0% | Iressa |

**Note:**

-- AMP = avg price paid to mfgr by wholesaler for drugs distributed to retail pharmacies [42 USC 1396r-8(k)(1)]
-- wholesaler gross margin averages 2-3%

David R. Stallard, CPA
Assistant Attorney General

Utah Medicaid Fraud Control Unit
April 3, 2008

AstraZeneca 06 pnces.xls

## CERTIFICATE OF MAILING

I hereby certify that on April 30, 2008, I served the attached document by mail on

the following:

Nicholas C. Theodorou
Michael B. Keating
Michael P. Boudett
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 022110
Attorneys for Defendant AstraZeneca L.P.

D. Scott Wise
Kimberly Harris
L. Reid Skibell
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Attorneys for Defendant AstraZeneca L.P.

Andrew C. Rose, Esq. of Counsel
Nixon Peabody LLP
Omni Plaza, Suite 900
30 South Pearl Street
Albany, NY 12207
Attorneys for Pharmacia Corporation

John C. Dodds
Jennifer B. Jordan
Jason E. Baranski, Esqs., of Counsel
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Attorneys for Pharmacia Corporation

Neil L. Levine, Esq., of Counsel
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260
Attorneys for SmithKline Beecham Corporation

Michael L. Koon
Joseph G. Matye
Nicola R. Heskett, Esqs., of Counsel
Greenberg Traurig, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Co-Attorneys for Aventis Pharmaceuticals, Inc.

Michael P. Doss
Gary Feinerman
Richard D. Raskins
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attorneys for Bayer Corporation

Joseph W. Steele (Utah State Bar No. 9697)
Kenneth D. Lougee (Utah State Bar No. 10682)
Special Assistant Attorney General
Steele & Biggs, LLC
5664 South Green Street, Suite 300
Salt Lake City, Utah 84123
Attorneys for the State of Utah

David R. Stallard (Utah State Bar No. 7993)
Assistant Attorney General
Utah Medicaid Fraud Control Unit
5272 College Drive, Suite 200
Salt Lake City, Utah 84123-2772
Attorneys for the State of Utah

Clinton Carter
W. Daniel "Dee" Miles, III
Beasley Allen, Crow, Methvin, Portis & Miles, PC
PO Box 4160
272 Commerce Street (36104)
Montgomery, Alabama 36103

By: _____
         Jamey Green