UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion to enlarge the time to respond to defendant Abbott Laboratories, Inc.'s Motion to Compel Return of Inadvertently Produced Privileged Documents (Dkt. No. 5276) (Abbott's "Motion to Compel Return")  The United States requests that the time to file its response be enlarged by two days to May 23, 2008.  In support, the United States provides the following.

1. The United States' response to Abbott's Motion to Compel Return is due May 21, 2008.  Additional time is needed due to undersigned counsel's previously scheduled matters, including days away from the district on work-related travel, discovery review, review of Abbott's recent production and provision of its amended privilege logs of May 19, 2008, as well as medical appointments for the undersigned.

2. Counsel for the United States has communicated electronically with Jason Winchester

counsel for defendant Abbott Laboratories, Inc.  Mr. Winchester indicated Abbott does not object to this request for additional time to respond to Abbott's Motion to Compel Return.

For the above reasons, the United States respectfully requests that this unopposed motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY A. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Elizabeth A. Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261 |
| /s/ Ann M. St. Peter-Griffith<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: May 20, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Date: May 20, 2008

                                                       /s/ Ann M. St. Peter-Griffith
                                                    Ann M. St. Peter-Griffith