UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) *United States of America ex rel.* ) *Ven-a-Care of the Florida Keys, Inc. v.* ) *Abbott Laboratories, Inc.* ) CIVIL ACTION NO. 06-11337-PBS ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an Enlargement of Time until May 23, 2008 to file its response to Abbott Laboratories, Inc.'s Motion to Compel Return of Inadvertently Produced Privileged Documents (D.E. 5276). Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file its response to Abbott Laboratories, Inc.'s Motion to Compel Return of Inadvertently Produced Privileged Documents (D.E. 5276) by May 23, 2008.

**DONE AND ORDERED** this _____ day of _____, 2008, in Boston, Massachusetts.

_____