UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Case No. 1:08-CV-10579 |
| THIS DOCUMENT RELATES TO<br>*State of Utah*<br>v.<br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF BAYER CORPORATION

The State of Utah voluntarily dismisses defendant Bayer Corporation without prejudice, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure. Bayer Corporation has not served an answer or motion for summary judgment in the above-captioned matter; therefore, plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Dated: May __ , 2008.

                                                Respectfully submitted,

                                                MARK L. SHURTLEFF
                                                Attorney General of Utah

                                                RAYMOND A. HINTZE
                                                Chief Deputy Attorney General
                                                ROBERT STEED

                                                Assistant Attorney General
                                                Director, Medicaid Fraud Control Unit
                                                DAVID R. STALLARD

                                                Assistant Attorney General
                                                Medicaid Fraud Control Unit

*[signature]*

KENNETH D. LOUGEE
W. DANIEL "DEE" MILES, III
CLINTON C. CARTER
JOSEPH W. STEELE
DAVID C. BIGGS
Special Assistant Attorneys General

**ATTORNEYS FOR THE STATE OF UTAH**

## CERTIFICATE OF SERVICE

I hereby certify that on May 16th, 2008, I served the attached document by mail on the following:

Francis M. Wikstrom
William J. Stilling
John P. Ball
Parson, Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Attorneys for Defendant Abbott Laboratories, Inc.

Lee Ann Russo
Rachael E. Philbin
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
Attorneys for Defendant Abbott Laboratories, Inc.

D. Scott Wise
Kimberly Harris
L. Reid Skibell
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Attorneys for Defendant AstraZeneca L.P.

David J. Jordan
David L. Mortensen
Stoel Rives, LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Attorneys for Defendant Bayer Corporation

Michael S. Lee
Scott D. McCoy
Howrey LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Attorneys for Defendant Eli Lilly & Co.

3

John A. Anderson
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Attorneys for Defendant GlaxoSmithKline, P.L.C.

Andrew D. Schau
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attorneys for Defendant Johnson & Johnson

R. Willis Orton
Alexander Dushku
Kirton & McConkie
1800 Eagle Gate Tower
60 East South Temple Street
Salt Lake City, UT 84111
Attorneys for Defendant Merck & Co., Inc.

Lori A. Schechter
Tiffany Cheung
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105
Attorneys for Defendant Purdue Pharma, L.P.

Peter W. Billings
Timothy K. Clark
Fabian & Clendenin
215 South State Street, Twelfth Floor
P.O. Box 510210
Salt Lake City, UT 84151
Attorneys for Defendant Aventis Pharmaceuticals, Inc.

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street
4th Floor
Cambridge, MA 02142

4

Nicholas Theodorou
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA  02210-2600

D. Scott Wise
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017

David R. Stallard
Utah's Attorney General's Office
5272 South College Drive
Suite 200
Murray, UT  84123

Alexander Dushku
KIRTON & MCCONKIE
60 East South Temple
Suite 1800
Salt Lake City, UT  84111-1004

Gary Feinerman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603

David J. Jordan
STOEL & RIVES LLP
One Utah Center
Suite 1100
201 South Main Street
Salt Lake City, UT  84111-4904

By: /s/ [signature]