# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' SECOND UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion to enlarge the time to respond to defendant Abbott Laboratories, Inc.'s Motion to Compel Return of Inadvertently Produced Privileged Documents (Dkt. No. 5276) (Abbott's "Motion to Compel Return").  The United States files this Second Motion to Enlargement after conferring with counsel for Abbott.

The United States had previously requested a brief enlargement until May 23, 2008 to file its opposition.  The United States was fully prepared to file its opposition today, a portion of which was to be filed under seal.  However, in conferring with counsel for Abbott concerning the logistics of the under seal filing and the identification of the exhibits that would be publically filed, a matter has arisen that the parties need further time to resolve prior to the United States' filing of its exhibits.  Due to the holiday weekend, counsel for Abbott projected that they could confer with their client and the parties could work a resolution of the filing issue no later than

Thursday, May 29, 2008.  As a result, the United States and Abbott jointly agreed to file this second motion to seek an enlargement for the United States' Opposition until May 29, 2008 to enable the parties to work out their filing issue to each side's mutual satisfaction.  It is anticipated that the parties, by working to reach a resolution pre-filing, could avoid possible complications associated with the United States' public and under seal filings.

For the above reasons, the United States respectfully requests that this unopposed motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY A. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Elizabeth A. Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station |
| /s/ Ann M. St. Peter-Griffith<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St. Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Washington, D.C.  20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: May 23, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' SECOND UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: May 23, 2008

                  /s/ Ann M. St. Peter-Griffith
                  Ann M. St. Peter-Griffith