UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et. al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
SCHERING CORPORATION'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Local Rule 7.1(b)(2), counsel for Plaintiffs hereby respectfully moves, without opposition, for an order extending the time for Plaintiffs to file their response to Schering Corporation's Motion for Protective Order until June 4, 2008, and in support thereof, states as follows:

1. Defendant Schering Corporation filed its Motion for Protective Order on May 13, 2008, and filed corrections to that motion and a revised declaration of counsel and exhibits in support thereof on May 21, 2008. Any opposing motion is due on the 14th day following the service of the motion to which it responds. See Local Rule 7.1(b)(2). The Court may permit an extension of time pursuant to L.R. 7.1(b)(2).

2. This unopposed motion is filed on May 27th, which is the deadline for response to the original motion.

3. Due to the correction of the motion, and the filing of corrected exhibits thereto, the new deadline for response to the motion may be calculated from the date of the

amendment, however, because opposing counsel maintains that the nature of the changes was such as to effect no alteration in the substance of the original motion, this motion for extension was filed out of an abundance of caution. The requested unopposed extension coincides with the response date calculated from the amendments on the 21st of May.

4. The discovery sought to be avoided by Defendant's motion does not bear upon the FUL issues which are the subject of the current June 30, 2008 deadline; and the requested extension, if granted, will not delay or hinder discovery currently underway pertaining to the FUL.

Plaintiff's counsel contacted the author of the Motion for Protective Order, Mr. John Bueker, Esq., of Ropes & Gray, counsel for Defendant Schering Corporation, regarding this motion. My Bueker indicated that his client would not oppose this motion.

For the above reasons, Plaintiffs respectfully request that this motion be allowed.

Dated: May 27, 2008                               Respectfully Submitted:

                                                 **KIRBY McINERNEY, LLP**
                                                 830 Third Avenue
                                                 New York, New York 10022
                                                 (212) 371-6600

                        By:       /s/
                                                 Joanne M. Cicala (JC 5032)
                                                 James P. Carroll Jr. (JPC 8348)
                                                 Aaron D. Hovan (AH 3290)

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SCHERING CORPORATION'S MOTION FOR PROTECTIVE ORDER was delivered to all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: May 27, 2008

                                                       /s/ Aaron D. Hovan
                                                     KIRBY McINERNEY LLP
                                                     830 Third Avenue, 10th Floor
                                                     New York, NY 10022
                                                     (212) 371-6600