UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>) MDL NO. 1456<br>)<br>) CIVIL ACTION NO. 01-CV-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

John P. Bueker, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, hereby moves this Court for admissions *pro hac vice* of Janna J. Hansen, as counsel for Defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the certificate of Ms. Hansen; that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the local rules of this Court.

11090439_1.DOC

The appropriate $50.00 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Motion.

    Respectfully submitted,

/s/ John P. Bueker
John P. Bueker (BBO # 636435)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

11090439_1.DOC

## CERTIFICATE OF SERVICE

I, Janna J. Hansen, certify that, on this 28th day of May, 2008, a copy of the foregoing document has been served on counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ John P. Bueker
John P. Bueker

11090439_1.DOC