UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) |

## CERTIFICATION OF JANNA J. HANSEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, Janna J. Hansen of the law firm Ropes & Gray LLP , hereby enters her appearance on behalf of Defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation in the above-captioned matter I certify that I am eligible for admission to the Court and am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts. I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

/s/ Janna J. Hansen
Janna J. Hansen
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: May 28, 2008

11090439_1.DOC

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eleventh** day of **February** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

**Janna J. Hansen**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of May in the year of our Lord **two thousand and eight.**



MAURA S. DOYLE, Clerk



* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116