UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257 PBS |
| THIS DOCUMENT RELATES TO:<br><br>*County of Orange v. Abbott Labs., et al.*,<br>1:07-cv-10879-PBS | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF SCHWARZ PHARMA HOLDINGS, INC. AND KREMERS URBAN DEV. CO.

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff County of Orange hereby dismisses without prejudice all claims against Defendant Schwarz Pharma Holdings, Inc. and Kremers Urban Dev. Co. Schwarz Pharma Holdings, Inc. and Kremers Urban Dev. Co. have not served an answer or motion for summary judgment in the above-captioned matter; therefore, Plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Dated this 28th day of May, 2008.

Respectfully submitted,

_____
Stanley J. Levy
Theresa A. Vitello
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Ave.
13th Floor
New York, New York 10022

ATTORNEYS FOR PLAINTIFF
COUNTY OF ORANGE

{00117777.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of May, 2008, caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF SCHWARZ PHARMA HOLDINGS, INC. AND KREMERS URBAN DEV. CO.** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

The foregoing **NOTICE OF VOLUNTARY DISMISSAL OF SCHWARZ PHARMA HOLDINGS, INC. AND KREMERS URBAN DEV. CO.** was also served via First Class Mail on:

> Eric Christofferson, Esq.
> Ropes & Gray LLP
> 1 International Place
> Boston, MA 02110

Theresa A. Vitello

{00117777.DOC}