# UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

In Re Pharmaceutical Industry Average Wholesale Price Litigation

| | |
|---|---|
| THE STATE OF UTAH vs.<br>ASTRAZENECA, et al. | Civil Action No. 01-12257-PBS<br><br>MDL Docket No. 1456 |

## MOTION FOR SUMMARY JUDGMENT AGAINST ASTRAZENECA

COMES NOW, Plaintiff State of Utah and requests that, for the reasons stated in the attached Memorandum in Support of Motion for Summary Judgment against AstraZeneca, this Court should find that AstraZeneca is judicially estopped from further litigation of issues which have been fully and fairly litigated, enter Summary Judgment on liability, and set the matter for trial on damages.

DATED this 22nd day of May, 2008.

STEELE & BIGGS, LLC

_____
David C. Biggs
Special Assistant Attorney General
Attorney for the State of Utah