FILED
IN CLERK'S OFFICE

## UNITED STATES DISTRICT COURT 08 MAY 23  A 10: 34

### FOR THE DISTRICT OF MASSACHUSETTS DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456**<br><br>Judge Patti B. Saris |

## <u>AFFIDAVIT OF DAVID R. STALLARD</u>
## <u>ASTRAZENECA</u>

David R. Stallard, being duly sworn, states as follows:

1. I am an Assistant Attorney General for the State of Utah. My primary responsibility for the past two years has been Medicaid Fraud Enforcement. I previously was Chief Auditor of the Utah Medicaid Fraud Control Unit for a year and a half.

2. I am a member of the Texas and Utah Bar associations. I have held bar membership since 1977.

3. I am also a Certified Public Accountant. I have held a CPA license since 1983 and earned an M.B.A degree from the University of Utah in 1981.

4. As part of my duties, I have calculated estimated Utah Medicaid prescription drug overpayments caused by the inflated price reporting of the defendants in this case. Specifically, I have calculated the estimated overpayments for AstraZeneca's

prescription drugs reimbursed by Utah Medicaid.

5. Attached to my affidavit and incorporated by reference is a spreadsheet demonstrating the inflation of Average Wholesale Price (as reported to Utah Medicaid by the First DataBank price compendium based on prices reported by AstraZeneca) compared to the Average Manufacturer Price ("AMP") reported by AstraZeneca to the Centers for Medicare & Medicaid Services ("CMS"). AMP is defined in 42 U.S.C. §1396r-8(k)(1) as the average price paid to the manufacturer by wholesalers for drugs distributed to retail pharmacies. AMPs were previously highly confidential and not available to the states; however, in July, 2006, pursuant to the Deficit Reduction Act of 2005, CMS began reporting AMPs to the states.

6. Prescription drug manufacturers sell primarily to wholesalers. The representation of the pharmaceutical companies, consistent with the public financial statements of large drug wholesalers, is that the wholesale gross margin is in the two to three percent range. Testimony indicates that the wholesalers typically add twenty to twenty five percent to determine Average Wholesale Price or AWP. I have compared AstraZeneca's AMP prices, which were actually paid and for which rebates were sought, and find that the AWP to AMP ratio ranges from 125% to over 400%. In my opinion, this disparity is too great to be accounted for by actual wholesaler profit margins of two to three percent.

7. I have reviewed testimony from the case of *Alabama v. AstraZeneca*. That testimony demonstrates that AstraZeneca set the AWP for its drugs until 2002. It further demonstrates that after 2002 AstraZeneca was similarly responsible for

the AWP for its drugs by reporting a Wholesale Acquisition Cost or WAC, from

which the AWP was calculated using a formula known by AstraZeneca.

DATED this 16th day of April, 2008

_David R. Stallard_

David R. Stallard

STATE OF UTAH        )
                     )
COUNTY OF SALT LAKE  )

Subscribed and sworn to before me on this 16th day of April, in the year 2008 by

**David R. Stallard**.

_____

NOTARY PUBLIC

Notary Public
**LINDA SNOW**
5272 College Drive #200
Murray, UT 84123
My Commission Expires
February 14, 2011
State of Utah

**COUNSEL FOR PLAINTIFF**

Matthew L. Garretson (Bar No. ****)
Joseph W. Steele (Bar No. 9697)
Kenneth D. Lougee (Bar No. 10682)
Special Assistant Attorneys General
5664 South Green Street
Salt Lake City, Utah 84123
Telephone: (801) 266-0999
Fax: (801) 266-1338

David R. Stallard (Bar No. 7993)
Assistant Attorney General
5272 College Dr, Ste 200
Salt Lake City, Utah 84123
Telephone: (801) 281-1269
Fax: (801) 281-1250

**COUNSEL FOR ASTRAZENECA**

Nicholas C. Theodorou
Michael B. Keating
Michael P. Boudett
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 022110

D. Scott Wise
Kimberly Harris
L. Reid Skibell
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

AstraZeneca 06 prices

| July, 2006 | | Average Manufacturer Price Actual | | Average Wholesale Price List | | | |
|---|---|---|---|---|---|---|---|
| 00186045258 | $ | 0.616763 | $ | 2.712000 | 439.7% | Plendil |
| 00186045058 | $ | 0.409471 | $ | 1.509300 | 368.6% | Plendil |
| 00186033036 | $ | 0.558149 | $ | 1.750000 | 313.5% | Xylocaine |
| 00186074331 | $ | 4.207676 | $ | 7.025000 | 167.0% | Prilosec |
| 00186074368 | $ | 4.207676 | $ | 7.025000 | 167.0% | Prilosec |
| 00186103301 | $ | 0.130722 | $ | 0.217660 | 166.5% | Sensorcaine |
| 00186504031 | $ | 3.395128 | $ | 5.273000 | 155.3% | Nexium |
| 00186504054 | $ | 3.395128 | $ | 5.272770 | 155.3% | Nexium |
| 00186504082 | $ | 3.395128 | $ | 5.272630 | 155.3% | Nexium |
| 00186502031 | $ | 3.397077 | $ | 5.273000 | 155.2% | Nexium |
| 00186502054 | $ | 3.397077 | $ | 5.272770 | 155.2% | Nexium |
| 00186074231 | $ | 3.163570 | $ | 4.753000 | 150.2% | Prilosec |
| 00186504228 | $ | 3.641369 | $ | 5.272500 | 144.8% | Nexium |
| 00186107008 | $ | 7.069982 | $ | 10.166270 | 143.8% | Rhinocort Aqua |
| 00186001654 | $ | 1.270258 | $ | 1.821550 | 143.4% | Atacand |
| 00186001631 | $ | 1.270258 | $ | 1.820330 | 143.3% | Atacand |
| 00186032228 | $ | 1.757605 | $ | 2.513300 | 143.0% | Atacand Hct |
| 00186032254 | $ | 1.757605 | $ | 2.513110 | 143.0% | Atacand Hct |
| 00186003231 | $ | 1.727627 | $ | 2.464330 | 142.6% | Atacand |
| 00186003254 | $ | 1.727627 | $ | 2.464220 | 142.6% | Atacand |
| 00186003228 | $ | 1.727627 | $ | 2.463900 | 142.6% | Atacand |
| 00186016254 | $ | 1.730119 | $ | 2.464220 | 142.4% | Atacand Hct |
| 00186016228 | $ | 1.730119 | $ | 2.463900 | 142.4% | Atacand Hct |
| 00310032130 | $ | 48.501604 | $ | 68.250000 | 140.7% | Merrem |
| 00186060631 | $ | 3.036415 | $ | 4.258330 | 140.2% | Prilosec |
| 00186070210 | $ | 3.388227 | $ | 4.733800 | 139.7% | Entocort Ec |
| 00186027613 | $ | 0.762967 | $ | 1.065000 | 139.6% | Xylocaine-Mpf |
| 00186000831 | $ | 1.309575 | $ | 1.820330 | 139.0% | Atacand |
| 00310075139 | $ | 2.367536 | $ | 3.282900 | 138.7% | Crestor |
| 00310075190 | $ | 2.367536 | $ | 3.282770 | 138.7% | Crestor |
| 00186151601 | $ | 1.356379 | $ | 1.871660 | 138.0% | Emla |
| 00310075239 | $ | 2.385645 | $ | 3.282900 | 137.6% | Crestor |
| 00310075290 | $ | 2.385645 | $ | 3.282770 | 137.6% | Crestor |
| 00186000431 | $ | 1.323067 | $ | 1.820330 | 137.6% | Atacand |
| 00186045158 | $ | 1.106864 | $ | 1.509300 | 136.4% | Plendil |
| 00310075430 | $ | 2.410088 | $ | 3.283000 | 136.2% | Crestor |
| 00186091542 | $ | 130.230566 | $ | 177.310000 | 136.2% | Pulmicort |
| 00186109005 | $ | 0.711435 | $ | 0.968300 | 136.1% | Toprol Xl |
| 00186108805 | $ | 0.712578 | $ | 0.968300 | 135.9% | Toprol Xl |
| 00186108839 | $ | 0.712578 | $ | 0.968300 | 135.9% | Toprol Xl |
| 00186109205 | $ | 1.071243 | $ | 1.454900 | 135.8% | Toprol Xl |
| 00186109239 | $ | 1.071243 | $ | 1.454900 | 135.8% | Toprol Xl |
| 00186109405 | $ | 1.708057 | $ | 2.314800 | 135.5% | Toprol Xl |
| 00310075590 | $ | 2.429336 | $ | 3.282770 | 135.1% | Crestor |
| 00186011001 | $ | 0.114889 | $ | 0.154000 | 134.0% | Xylocaine |
| 00186027512 | $ | 0.194233 | $ | 0.260000 | 133.9% | Xylocaine |
| 00310040260 | $ | 1.147443 | $ | 1.529660 | 133.3% | Accolate |
| 00310040239 | $ | 1.147443 | $ | 1.529600 | 133.3% | Accolate |
| 00186198904 | $ | 2.230923 | $ | 2.970000 | 133.1% | Pulmicort |
| 00186502228 | $ | 3.971026 | $ | 5.272500 | 132.8% | Nexium |
| 00310021321 | $ | 15.788927 | $ | 20.926660 | 132.5% | Zomig Zmt |
| 00310014510 | $ | 1.233349 | $ | 1.628900 | 132.1% | Zestoretic |
| 00310013110 | $ | 1.011404 | $ | 1.332400 | 131.7% | Zestril |
| 00186012001 | $ | 0.132272 | $ | 0.174000 | 131.5% | Xylocaine |

AstraZeneca 06 prices

| July, 2006 | | Average Manufacturer Price Actual | | Average Wholesale Price List | | | |
|---|---|---|---|---|---|---|---|
| 00310032520 | $ | 25.982642 | $ | 34.130000 | 131.4% | Merrem |
| 00310013410 | $ | 1.588339 | $ | 2.086000 | 131.3% | Zestril |
| 00186014501 | $ | 0.078985 | $ | 0.103600 | 131.2% | Xylocaine |
| 00310013210 | $ | 1.090826 | $ | 1.426500 | 130.8% | Zestril |
| 00310027534 | $ | 1.628960 | $ | 2.130140 | 130.8% | Seroquel |
| 00310027510 | $ | 1.628960 | $ | 2.130000 | 130.8% | Seroquel |
| 00310027539 | $ | 1.628960 | $ | 2.130000 | 130.8% | Seroquel |
| 00186198804 | $ | 2.043480 | $ | 2.670000 | 130.7% | Pulmicort |
| 00310027110 | $ | 2.799789 | $ | 3.655000 | 130.5% | Seroquel |
| 00310027139 | $ | 2.799789 | $ | 3.655000 | 130.5% | Seroquel |
| 00310027210 | $ | 5.284421 | $ | 6.895100 | 130.5% | Seroquel |
| 00310027239 | $ | 5.284421 | $ | 6.895100 | 130.5% | Seroquel |
| 00186015501 | $ | 0.099022 | $ | 0.129200 | 130.5% | Xylocaine |
| 00310027460 | $ | 6.943082 | $ | 9.040660 | 130.2% | Seroquel |
| 00310027439 | $ | 6.943082 | $ | 9.040600 | 130.2% | Seroquel |
| 00310070510 | $ | 12.934860 | $ | 16.821500 | 130.0% | Casodex |
| 00310070530 | $ | 12.934860 | $ | 16.821000 | 130.0% | Casodex |
| 00310070539 | $ | 12.934860 | $ | 16.821000 | 130.0% | Casodex |
| 00310021020 | $ | 14.882516 | $ | 19.310000 | 129.7% | Zomig |
| 00310020130 | $ | 7.029458 | $ | 9.113330 | 129.6% | Arimidex |
| 00310021125 | $ | 16.456265 | $ | 21.333330 | 129.6% | Zomig |
| 00310011710 | $ | 1.907459 | $ | 2.468500 | 129.4% | Tenoretic 100 |
| 00310020920 | $ | 14.660187 | $ | 18.943330 | 129.2% | Zomig Zmt |
| 00310020860 | $ | 21.646181 | $ | 27.956660 | 129.2% | Zomig |
| 00186000168 | $ | 1.454852 | $ | 1.876300 | 129.0% | Lexxel |
| 00310011510 | $ | 1.364177 | $ | 1.758800 | 128.9% | Tenoretic 50 |
| 00186011501 | $ | 0.151693 | $ | 0.195000 | 128.5% | Xylocaine W/Epinephrine |
| 00186033001 | $ | 0.558149 | $ | 0.708330 | 126.9% | Xylocaine |
| 00310040160 | $ | 1.205392 | $ | 1.529660 | 126.9% | Accolate |
| 00186036001 | $ | 0.179600 | $ | 0.224500 | 125.0% | Xylocaine Viscous |
| 00310048230 | $ | 56.729333 | $ | 70.911660 | 125.0% | Iressa |

**Note:**

-- AMP = avg price paid to mfgr by wholesaler for drugs distributed to retail pharmacies [42 USC 1396r-8(k)(1)]

-- wholesaler gross margin averages 2-3%

David R. Stallard, CPA
Assistant Attorney General

Utah Medicaid Fraud Control Unit
April 3, 2008

AstraZeneca 06 prices.xls

| State of Alabama<br>Unified Judicial System<br>Form C-50    Rev 10/86 | **JURY VERDICT** | Case Number<br><br>CV-2005-219PR |
|---|---|---|

**In Circuit Court of** _____ Montgomery _____ · **County**

| **Plaintiff** | **vs.** | **Defendant** |
|---|---|---|
| STATE OF ALABAMA | | ASTRAZENECA . |

_X_ We the jury find in favor of the Plaintiff, State of Alabama and against

Defendant, AstraZeneca on the claims of:

_____ ✕ _____ Misrepresentation

_____ ✕ _____ Fraudulent Concealment

_____ Wantonness

and award damages as follows:

_40,000,000.00_ Compensatory

_____ Interest

_175,000,000.00_ Punitive

_215,000,000.00_ Total

Richard Edwards
Name of Foreman (please print)

Richard Edwards
Foreman Signature

Date Filed _Feb 21 08_

By: _____
Clerk of Circuit Court

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I served Plaintiff's Motion and Memorandum for Summary Judgment against AstraZeneca by mail on the following:

Nicholas C. Theodorou
Michael B. Keating
Michael P. Boudett
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 022110
*Attorneys for Defendant AstraZeneca L.P.*

D. Scott Wise
Kimberly Harris
L. Reid Skibell
Davis, Polk & Wardwell
450 Lexington Ave.
New York, NY  10017
*Attorneys for Defendant AstraZeneca L.P.*

Andrew C. Rose
Nixon Peabody LLP
Omni Plaza, Suite 900
30 South Pearl Street
Albany, NY 12207
*Attorneys for Pharmacia Corporation*

John C. Dodds
Jennifer B. Jordan
Jason E. Baranski
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
*Attorneys for Pharmacia Corporation*

Neil L. Levine
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY  12260
*Attorneys for SmithKline Beecham Corporation*

Michael L. Koon
Joseph G. Matye
Nicola R. Heskett
Greenberg Traurig, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
*Co-Attorneys for Aventis Pharmaceuticals, Inc.*

Michael P. Doss
Gary Feinerman
Richard D. Raskins
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*Attorneys for Bayer Corporation*

David R. Stallard
Assistant Attorney General
Utah Medicaid Fraud Control Unit
5272 College Drive, Suite 200
Salt Lake City, Utah 84123-2772
*Attorneys for the State of Utah*