UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris |

**UNITED STATES' UNOPPOSED THIRD MOTION TO ENLARGE TIME**

The United States of America, through undersigned counsel, respectfully files this Unopposed Third Motion to enlarge the time to respond to defendant Abbott Laboratories, Inc.'s Motion to Compel Return of Inadvertently Produced Privileged Documents (Dkt. No. 5276) (Abbott's "Motion to Compel Return"). The United States requests that the time to file its Opposition be enlarged until June 2, 2008. Abbott consents to the relief sought herein. In support of its enlargement request, the United States provides the following.

1. The United States' response to Abbott's Motion to Compel Return was due May 21, 2008. Additional time is needed due to undersigned counsel's previously scheduled matters, and the Government moved with Abbott's consent to enlarge the deadline until May 23, 2008.

2. Thereafter, on May 22, 2008, counsel for Abbott contacted the United States advising that it may have additional privilege concerns about documents that the Government advised Abbott it would file as exhibits to the United States' Opposition. After conferring with Abbott's counsel, the parties agreed to seek an enlargement until May 29, 2008 for the filing of the United

States' Opposition to enable the parties time to review and consider the exhibit issues.

3. The United States requires additional time beyond May 29, 2008 to file its response, in part, due to the notice on May 28, 2008 from Abbott's counsel that Abbott was requesting the return of another inadvertently produced document that the United States intended to attach as an exhibit to its Opposition. The United States requests that the time to file its Opposition be enlarged until June 2, 2008.

4. The United States consents to Abbott requesting 10 days from June 2, 2008 to file its Reply to the United States' Opposition.

For the above reasons, the United States respectfully requests that this unopposed motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

/s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca Ford
Elizabeth A. Strawn
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-1088
Fax: (202) 307-3852

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Ann M. St. Peter-Griffith
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
 the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

Dated: May 29, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' THIRD UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: May 29, 2008

                                             /s/ Ann M. St. Peter-Griffith
                                              Ann M. St. Peter-Griffith