# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO** <br> *State of Utah v. Abbott Laboratories, Inc., et al.* <br> CIVIL ACTION NO. 07-899 |  |

## ASTRAZENECA'S CONSENT MOTION FOR A SCHEDULING ORDER

AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "AstraZeneca"), by their attorneys, respectfully move for entry of the proposed scheduling order attached hereto regarding briefing on Plaintiff State of Utah's Motion for Summary Judgment Against AstraZeneca (Dkt. No. 5311) ("Motion for Summary Judgment"). The Plaintiff, State of Utah, consents to this motion. The parties have agreed that AstraZeneca will file its opposition to Plaintiff's motion on June 27, 2008 and Plaintiff will file any reply on July 14, 2008.

Dated: Boston, Massachusetts
May 30, 2008

Respectfully Submitted,

By:  /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO #496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

*Attorneys for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendant conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs consents to the motion.

      /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 30, 2008, a copy to LexisNexis File & Serve for posting and notification of all parties.

      /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper