UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO** *State of Utah v. Abbott Laboratories, Inc., et al.* CIVIL ACTION NO. 07-899 | ) ) ) ) ) | |

### [PROPOSED] ORDER

**Whereas** Plaintiff, State of Utah, filed a Motion for Summary Judgment Against AstraZeneca on or around May 20, 2008;

**Whereas** AstraZeneca requires additional time to respond to the Plaintiffs' motion and Plaintiff would like to file a reply;

**Whereas** the Parties have agreed that AstraZeneca will file and serve its opposition on June 27, 2008 and Plaintiff will file and serve any reply by July 14, 2008; Now, it is hereby,

**ORDERED** that AstraZeneca's motion is granted. AstraZeneca shall file and serve its opposition to Utah's Motion for Summary Judgment by June 27, 2008. Plaintiff, state of Utah, shall file and serve any reply by July 14, 2008.

_____
Hon. Patti B. Saris
United States District Court Judge

Dated: