# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.,* | ) | |
| No. 06-CV-11337-PBS | ) | |

## ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B)

Abbott Laboratories Inc. respectfully requests permission to file the reply attached hereto

in support of its Request for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(B)

(Dkt. No. 5256).  The United States does not oppose this motion.


Dated:  May 30, 2008                    Respectfully submitted,

                                        /s/ James R. Daly____
                                        James R. Daly
                                        Tina M. Tabacchi
                                        Brian J. Murray
                                        JONES DAY
                                        77 West Wacker Drive, Suite 3500
                                        Chicago, Illinois  60601
                                        Telephone:  (312) 782-3939
                                        Facsimile:   (312) 782-8585

                                        R. Christopher Cook
                                        David S. Torborg
                                        JONES DAY
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C.  20001-2113
                                        Telephone:  (202) 879-3939
                                        Facsimile:  (202) 626-1700

                                        *Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION  OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) REQUEST FOR CERTIFICATION to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 30th day of May, 2008.

/s/ David S. Torborg
David S. Torborg