# EXHIBIT 1

Page 1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL           )
INDUSTRIAL AVERAGE WHOLESALE     ) MDL No. 1456
PRICE LITIGATION                 ) Civil Action No.
                                 )     01-12257-PBS
                                 )
THIS DOCUMENT RELATES TO:        )
                                 )
United States of America,        ) Hon. Patti Saris
ex rel. Ven-a-Care of the        )
Florida Keys, Inc., v.           )
Abbott Laboratories, Inc.,       )
and Hospira, Inc.                )
CIVIL ACTION NO. 06-11337-PBS    )


*******************************************************

                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


IN RE:  PHARMACEUTICAL           )
INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456
PRICE LITIGATION                 ) Civil Action No.
                                 )     01-CV-12257-PBS
                                 )
THIS DOCUMENT RELATES TO:        )
                                 ) Judge Patti B. Saris
State of Arizona v. Abbott       )
Labs., et al.                    )
Civil Action No. 06-CV-11069-PBS )



*******************************************************
            ORAL AND VIDEOTAPED DEPOSITION OF
                   GERALD T. EICHHORN
                     April 24, 2007


                   HIGHLY CONFIDENTIAL

*******************************************************
```

Page 70

1  MS. CITERA: Objection to form.
2  A. That would be a common term that they --
3  Q. (BY MR. ANDERSON) Yeah.
4  A. -- may be referred to.
5  Q. And so you know that members of hospital GPOs
6  have pharmacies that can buy off of those contract
7  prices that service outpatient, correct?
8  MS. CITERA: Objection to form.
9  A. I don't know that the hospital GPOs could
10 have specifically had -- or could have had outpatient
11 pharmacies tied to their -- to their -- well, are we
12 talking about -- we're talking about RxLink here.
13 Q. (BY MR. ANDERSON) Well, right now we are
14 just trying to look big picture, sir, and talk about
15 what you understood. And I'm asking did you
16 understand that hospitals had outpatient pharmacies
17 that could buy off of respective GPO contracts?
18 MS. CITERA: Objection to form.
19 A. At some point in time I think I understood
20 that.
21 Q. (BY MR. ANDERSON) And, similarly, you
22 understood that if whatever reason a hospital's
23 outpatient pharmacy did not have a prevailing
24 contract, they could buy off of the RxLink customer
25 back-up contract, correct?

Page 71

1  MS. CITERA: Objection to form.
2  A. I'm not sure. I don't know if they were
3  eligible for that. I don't know if the outpatient
4  pharmacies, I couldn't say if they were eligible for
5  the RxLink pricing.
6  Q. (BY MR. ANDERSON) You just -- you're saying
7  you don't know specifically whether they are eligible,
8  but you don't know that they were ineligible, correct?
9  MS. CITERA: Objection to the form.
10 A. I don't recall if they were ineligible.
11 Q. (BY MR. ANDERSON) You just simply don't know
12 one way or the other?
13 A. I don't know
14 MS. CITERA: Objection to form.
15 Q. (BY MR. ANDERSON) All right. Looking to the
16 right of RxLink customer, do you see there two
17 columns, one titled "Parameters Low Pricing" and the
18 other titled "Parameters High Pricing"?
19 A. Yes.
20 Q. What's your understanding of the meaning of
21 the term "parameters high pricing"?
22 MS. CITERA: Objection to the form.
23 A. To my recollection, the parameter high would
24 have been the price at which the sales representative
25 could have offered that to an individual customer.

Page 72

1  Q. (BY MR. ANDERSON) Will you agree with me,
2  sir, that for -- for instance, the third product
3  listed, Vancomycin flip-top one gram, 6533-01, that
4  the range between parameter low and parameter high is
5  very tight?
6  MS. CITERA: Objection to form.
7  A. I guess that's -- that's a relative term. I
8  don't know that I would say that that's a tight range.
9  Q. (BY MR. ANDERSON) Well, I'll make it more
10 specific. Would you agree that it appears the
11 parameter low pricing is $6.72, while the parameter
12 high is only $7.36?
13 A. That's what the -- that's what the sheet
14 indicates.
15 Q. Okay. So we are only talking about, you
16 know, a little over half a dollar, right?
17 A. Which -- which could be a lot, depending on
18 the product.
19 Q. Now let's go take a look at the list price.
20 The list price on that same product is almost $53,
21 correct?
22 A. $52.94.
23 Q. Right. Why is the list price so much higher
24 than the parameter pricing?
25 MS. CITERA: Objection to form.

Page 73

1  A. I can't -- I couldn't say why.
2  MR. ANDERSON: We've got to change the
3  tape, so let's take a break.
4  THE WITNESS: We are off the record at
5  10:26 a.m. This concludes Tape Number 1.
6  (Recess from 10:26 to 10:41)
7  THE VIDEOGRAPHER: We're back on the
8  record at 10:41 a.m.
9  Q. (BY MR. ANDERSON) Mr. Eichhorn, have you
10 been involved over the years with list price
11 increases?
12 MS. CITERA: Objection to the form.
13 A. I've been involved with some of the list
14 price increases.
15 Q. (BY MR. ANDERSON) Specifically when you were
16 with the Contract Marketing Department were you
17 involved in list price increases?
18 MS. CITERA: Objection to form.
19 A. We would work on the annual inflationary
20 increases.
21 Q. (BY MR. ANDERSON) Why did Abbott take list
22 price increases?
23 MS. CITERA: Objection to form.
24 A. I think there were a number of reasons. I
25 can't speak for Abbott. I can speak for our Hospital

19 (Pages 70 to 73)

Page 74

1  Products segment that I worked on for our catalog
2  prices.  We had a number of customers that purchased
3  at list price, so that would be an inflationary
4  increase that we had looked to get.  And for our
5  government Federal Supply Schedule contract, there
6  were a number of steps that you would have to go
7  through to look for any inflationary increase from
8  what I recall.  First you would have to make sure that
9  the government received all the best price
10 requirements and then if you took a catalog increase,
11 you were also eligible to ask for an increase on the
12 Federal Supply Schedule contract as well.
13    Q.  (BY MR. ANDERSON)  When you say that, "We had
14 a number of sales at list price," what are you
15 referring to?
16    A.  In the Hospital Products Division we had
17 customers who bought product at list price or at
18 catalog price.
19    Q.  Is it true that that was a relatively rare
20 phenomenon?
21        MS. CITERA:  Objection to form.
22    A.  I don't know if I would say it was rare.  I
23 think at one point I remember the number being about
24 four million dollars in sales.
25    Q.  (BY MR. ANDERSON)  Out of what, about a

Page 75

1  billion dollars a year?
2        MS. CITERA:  Objection to form.
3    A.  I don't recall what the exact number was in
4  the mid-'90s.  It was probably over a billion.
5    Q.  (BY MR. ANDERSON)  Right.  So why was it that
6  Abbott was interested in those incremental sales of,
7  what, like maybe four percent?
8        MS. CITERA:  Objection to form.
9    A.  You know, again, speaking for the Hospital
10 Products business, I think it was important -- four
11 million dollars, or whatever the number, is still a
12 lot of money.  It's a business.  If we are looking to
13 maintain our profitability, we have to look at
14 existing business plus list price business.
15    Q.  (BY MR. ANDERSON)  Well, let's do the math.
16 If you had a hundred million dollars in sales and you
17 only did four million at list, that would be about
18 four percent of your sales, correct?
19    A.  I think that sounds right.
20    Q.  But Abbott in the mid-'90s was doing over a
21 billion dollars a year in Hospital Products sales.  So
22 if they only did roughly four million at list price,
23 that would be like .4 percent of their sales, right?
24        MS. CITERA:  Objection to form.
25    A.  The math sounds correct.  I think it's --

Page 76

1  again, it depends on which business or -- it's
2  difficult to look and say generalities.  There were
3  certain products that may have had a lot of list price
4  sales that may have been more significant to that
5  actual business.  So --
6    Q.  (BY MR. ANDERSON)  What about for products
7  where there were no list price sales, why did Abbott
8  go to the trouble of increasing list prices where they
9  had no sales?
10       MS. CITERA:  Objection to form.
11   A.  You know, I don't know.  I couldn't -- I
12 couldn't say.
13   Q.  (BY MR. ANDERSON)  Can you think of any
14 business reason whatsoever to raise list prices
15 annually for products where there are no list price
16 sales?
17       MS. CITERA:  Objection to form.
18   A.  Can I think of any reasons why?
19   Q.  (BY MR. ANDERSON)  Yes, sir.
20   A.  I think it would --
21       MS. CITERA:  Objection to form.
22   A.  In -- in -- I think it would be to keep all
23 of the products in a certain category aligned in a
24 certain product family.
25   Q.  (BY MR. ANDERSON)  I don't follow.  Could you

Page 77

1  explain that?  What do you mean keep them in line in a
2  certain product family?
3    A.  Well, even within the Hospital Products
4  Division we probably had 30 different -- or more
5  different business sections.  So they were broken down
6  into product families or product groups.  So in order
7  to keep consistency between list prices, you would
8  increase all of the prices within a certain family or
9  within the entire product line.
10   Q.  Why would it be important to raise all the
11 list prices if certain drugs within a product family
12 are not sold at list price?
13       MS. CITERA:  Objection to form.
14   A.  You know, I don't know.  I couldn't say.  I
15 couldn't recall exactly what the methodology or why
16 that would occur.
17   Q.  (BY MR. ANDERSON)  Isn't it true that when --
18 to the extent Abbott took annual price increases on
19 its list prices, that typically those price increases
20 were around four percent?
21       MS. CITERA:  Objection to the form.
22   A.  For my knowledge during the contract -- my
23 contract marketing era for the hospital-based catalog,
24 I recall the increases were approximately four percent
25 or close to CPI, or whatever the inflationary index

20 (Pages 74 to 77)

Page 74

1  Products segment that I worked on for our catalog
2  prices. We had a number of customers that purchased
3  at list price, so that would be an inflationary
4  increase that we had looked to get. And for our
5  government Federal Supply Schedule contract, there
6  were a number of steps that you would have to go
7  through to look for any inflationary increase from
8  what I recall. First you would have to make sure that
9  the government received all the best price
10 requirements and then if you took a catalog increase,
11 you were also eligible to ask for an increase on the
12 Federal Supply Schedule contract as well.
13     Q.  (BY MR. ANDERSON) When you say that, "We had
14 a number of sales at list price," what are you
15 referring to?
16     A.  In the Hospital Products Division we had
17 customers who bought product at list price or at
18 catalog price.
19     Q.  Is it true that that was a relatively rare
20 phenomenon?
21         MS. CITERA: Objection to form.
22     A.  I don't know if I would say it was rare. I
23 think at one point I remember the number being about
24 four million dollars in sales.
25     Q.  (BY MR. ANDERSON) Out of what, about a

Page 75

1  billion dollars a year?
2          MS. CITERA: Objection to form.
3      A.  I don't recall what the exact number was in
4  the mid-'90s. It was probably over a billion.
5      Q.  (BY MR. ANDERSON) Right. So why was it that
6  Abbott was interested in those incremental sales of,
7  what, like maybe four percent?
8          MS. CITERA: Objection to form.
9      A.  You know, again, speaking for the Hospital
10 Products business, I think it was important -- four
11 million dollars, or whatever the number, is still a
12 lot of money. It's a business. If we are looking to
13 maintain our profitability, we have to look at
14 existing business plus list price business.
15     Q.  (BY MR. ANDERSON) Well, let's do the math.
16 If you had a hundred million dollars in sales and you
17 only did four million at list, that would be about
18 four percent of your sales, correct?
19     A.  I think that sounds right.
20     Q.  But Abbott in the mid-'90s was doing over a
21 billion dollars a year in Hospital Products sales. So
22 if they only did roughly four million at list price,
23 that would be like .4 percent of their sales, right?
24         MS. CITERA: Objection to form.
25     A.  The math sounds correct. I think it's --

Page 76

1  again, it depends on which business or -- it's
2  difficult to look and say generalities. There were
3  certain products that may have had a lot of list price
4  sales that may have been more significant to that
5  actual business. So --
6      Q.  (BY MR. ANDERSON) What about for products
7  where there were no list price sales, why did Abbott
8  go to the trouble of increasing list prices where they
9  had no sales?
10         MS. CITERA: Objection to form.
11     A.  You know, I don't know. I couldn't -- I
12 couldn't say.
13     Q.  (BY MR. ANDERSON) Can you think of any
14 business reason whatsoever to raise list prices
15 annually for products where there are no list price
16 sales?
17         MS. CITERA: Objection to form.
18     A.  Can I think of any reasons why?
19     Q.  (BY MR. ANDERSON) Yes, sir.
20     A.  I think it would --
21         MS. CITERA: Objection to form.
22     A.  In -- in -- I think it would be to keep all
23 of the products in a certain category aligned in a
24 certain product family.
25     Q.  (BY MR. ANDERSON) I don't follow. Could you

Page 77

1  explain that? What do you mean keep them in line in a
2  certain product family?
3      A.  Well, even within the Hospital Products
4  Division we probably had 30 different -- or more
5  different business sections. So they were broken down
6  into product families or product groups. So in order
7  to keep consistency between list prices, you would
8  increase all of the prices within a certain family or
9  within the entire product line.
10     Q.  Why would it be important to raise all the
11 list prices if certain drugs within a product family
12 are not sold at list price?
13         MS. CITERA: Objection to form.
14     A.  You know, I don't know. I couldn't say. I
15 couldn't recall exactly what the methodology or why
16 that would occur.
17     Q.  (BY MR. ANDERSON) Isn't it true that when --
18 to the extent Abbott took annual price increases on
19 its list prices, that typically those price increases
20 were around four percent?
21         MS. CITERA: Objection to the form.
22     A.  For my knowledge during the contract -- my
23 contract marketing era for the hospital-based catalog,
24 I recall the increases were approximately four percent
25 or close to CPI, or whatever the inflationary index

20 (Pages 74 to 77)

Page 78

1  was.
2    Q.  (BY MR. ANDERSON)  And so to the extent
3  Abbott went to the trouble each year of raising list
4  prices, those four percent annual increases presumably
5  would garner four percent incremental revenues if
6  there were any list sales, correct?
7            MS. CITERA:  Objection to form.
8    A.  That could -- that could occur as long as
9  those customers continued to buy at list price, unless
10 they switched to a contract --
11   Q.  (BY MR. ANDERSON)  And then --
12   A.  -- price.
13   Q.  -- if we wanted to look at the -- those
14 incremental annual revenues that were garnered through
15 a list price sale in relationship to overall HPD sales
16 of over a billion dollars, you would multiply that .4
17 percent times four percent and you'd get something
18 like one-thousandth percent incremental revenue,
19 right?
20           MS. CITERA:  Objection to form.
21   A.  I think -- I don't know that we looked at it
22 on a percent basis.  I think any incremental dollars
23 were important to the division.  So from a dollar
24 perspective, I think it contributed to each of the --
25 some businesses more than the other, but I think it

Page 79

1  was an important number.
2    Q.  (BY MR. ANDERSON)  So even a thousandth of a
3  percent of incremental revenue justified raising list
4  prices each year?
5            MS. CITERA:  Objection to form.
6    A.  I can't say that that's the only reason that
7  we adjusted list price.  I mean, those were the
8  reasons that I recall.
9    Q.  (BY MR. ANDERSON)  What was the other reason?
10           MS. CITERA:  Objection to form.
11   A.  Well, my understanding was that in order to
12 apply for our inflationary adjustment with our Federal
13 Supply Schedule contract, we also had to show that we
14 were taking catalog increases.
15   Q.  (BY MR. ANDERSON)  So is it true that taking
16 list price increases was a mechanism by which you
17 could raise the prices you charged the federal
18 government when the federal government bought directly
19 from Abbott, for instance, the veterans?
20           MS. CITERA:  Objection to form.
21   A.  Could you repeat that?
22   Q.  (BY MR. ANDERSON)  Is it true that you're
23 testifying that one of the reasons for increasing list
24 price beyond garnering a thousandth of a percent of
25 incremental revenue was to justify raising prices to

Page 80

1  the federal government when the federal government
2  bought drugs, such as through the veterans?
3            MS. CITERA:  Objection to form.
4    A.  I think one of the reasons, or one of the
5  reasons that I knew of, for taking that increase was
6  to then be able to apply for the Federal Supply
7  Schedule increase.  It didn't guarantee that we
8  received it.  There were a number of other parameters
9  that we would have to go through first.  My
10 understanding was, though, without showing a catalog
11 increase that we wouldn't be able to even apply or
12 look to take an increase on the government business.
13   Q.  (BY MR. ANDERSON)  How often, if at all, did
14 Abbott actually raise HPD product prices to the
15 federal government through, for instance, the Veterans
16 Administration?
17           MS. CITERA:  Objection to the form.
18   A.  You know, I can't -- I can't give -- I can
19 speak for my experience with the Hospital Products for
20 the -- for the three years or so that I worked in that
21 area.  I think we applied for the increases for at
22 least one of the years.  I think -- I don't recall the
23 outcome of that.
24   Q.  (BY MR. ANDERSON)  So you're not able to
25 testify that Abbott ever actually raised the HPD

Page 81

1  prices to the federal government, for instance,
2  through the Veterans Administration when the federal
3  government bought drugs directly?
4            MS. CITERA:  Object to the form.
5    A.  I don't know that -- I can't -- I don't
6  recall the outcome of those submissions.
7    Q.  (BY MR. ANDERSON)  Can you think of any other
8  business reason for raising list prices?
9            MS. CITERA:  Objection to form.
10   A.  No, nothing comes to mind.
11   Q.  (BY MR. ANDERSON)  Why is it that Abbott
12 reported its annual list price increases to the price
13 compendia, such as First DataBank?
14           MS. CITERA:  Objection to form.
15   A.  I don't know that I could say why.
16   Q.  (BY MR. ANDERSON)  Can you think of any
17 business reason at all why Abbott would report annual
18 list price changes that were causing the list prices
19 to go up to First DataBank?
20           MS. CITERA:  Objection to form.
21   A.  To the best of my knowledge, I don't know
22 why.
23   Q.  (BY MR. ANDERSON)  Are you aware that list
24 price being reported by Abbott to First DataBank
25 triggered new AWPs on Abbott products to be published

21 (Pages 78 to 81)

Page 94

1  millions of units sold.  So I lost my train of thought
2  on the question.
3      Q.  (BY MR. ANDERSON)  Well, you were -- you were
4  talking about how you don't know what similar pricing
5  is.
6          MS. CITERA:  Objection.
7      Q.  (BY MR. ANDERSON)  Is that true, that you
8  don't understand what similar prices are?
9          MS. CITERA:  Objection to form.
10     A.  I think similar is a relative term.
11     Q.  (BY MR. ANDERSON)  Okay.  Well, in your
12  experience, is it true that GPOs, after all factors
13  were considered and all negotiations were completed,
14  ultimately received relatively similar prices on a
15  given drug over time?
16         MS. CITERA:  Objection to form.
17     A.  That's a -- that would be a pretty difficult
18  or a pretty broad generalization to make.  I think
19  they were competitive and being that it was a -- the
20  products that we are talking about in the injectable
21  arena were very competitive and they were priced, in
22  some instances, down to the tenth of the cent -- of a
23  cent.  So were they similar?  Yes.  Were they -- but
24  they were also different and differentiable.
25     Q.  (BY MR. ANDERSON)  Sir, when looking at the

Page 95

1  last page of Exhibit 731, there's a category toward
2  the right-hand side titled "Pricing Strategy."  Do you
3  see that?  Last page, Mr. Eichhorn.
4      A.  Yes.
5      Q.  And there are some percentages there.  2.9
6  percent for all products, correct?
7      A.  Yes.
8      Q.  What is a pricing strategy?
9          MS. CITERA:  Objection to form.
10     A.  You know, I can't say that the -- the pricing
11  strategy here, exactly what it means.
12     Q.  (BY MR. ANDERSON)  Do you have any
13  familiarity with the term "pricing strategy" outside
14  of this document?
15     A.  Yes.
16     Q.  Okay.  What's it mean?
17     A.  I think it was the intent to apply where we
18  thought an inflationary increase could be taken on
19  a -- on a product line.
20     Q.  Given that the injectable market was very
21  competitive, did Abbott have any success in taking
22  price increases with its customers?
23         MS. CITERA:  Objection to form.
24     A.  Did we have success in taking price increases
25  with customers?  In the inject -- in the injectable

Page 96

1  market, yes.
2      Q.  (BY MR. ANDERSON)  You recall Abbott raising
3  prices on injectable products to customers?
4      A.  Yes.
5          MS. CITERA:  Objection to form.
6      Q.  (BY MR. ANDERSON)  And did Abbott then lose
7  the bid awards, and what have you, because competitors
8  were offering lower pricing?
9          MS. CITERA:  Objection to form.
10     A.  Well, it depended on the market situation.
11     Q.  (BY MR. ANDERSON)  Yeah.  Well, let's limit
12  it to the market situation where there's multisource
13  competitors.  Did Abbott routinely take price
14  increases to its customers?
15         MS. CITERA:  Objection to form.
16     A.  We looked at price adjustments on an annual
17  basis during my -- I can speak to my experience in --
18  in the Hospital Products Division with the
19  injectables, that each year we had a contract
20  anniversary and we would look -- look at an -- an
21  extensive spreadsheet with all of our products and --
22  and look to find where we could take increases on
23  certain products.
24     Q.  (BY MR. ANDERSON)  And ultimately did Abbott
25  find that when it was facing multisource competition

Page 97

1  on the HPD products that it could, in fact, raise
2  prices to its customers and still retain the contract
3  with those customers?
4          MS. CITERA:  Objection to form.
5      A.  In instances, yes, I think we were able to do
6  that.
7      Q.  (BY MR. ANDERSON)  How often?
8          MS. CITERA:  Object to the form.
9      A.  With the GPO agreements, we would look at it
10  every year and it would come out -- it was a balancing
11  between some prices going up in the entire portfolio
12  and some being adjusted downward based on competition.
13     Q.  (BY MR. ANDERSON)  Wouldn't you agree
14  generally that HPD products that were facing
15  multisource competition had flat or decreasing market
16  prices over the years?
17         MS. CITERA:  Objection to form.
18     A.  I don't know that I could say in general for
19  HPD.  It depended on the number of competitors and a
20  lot depended on the supply situation as well.
21     Q.  (BY MR. ANDERSON)  So you just -- you're
22  unable to reach a conclusion as to what the general
23  trend in pricing was on HPD products one way or the
24  other?
25         MS. CITERA:  Objection to form.

25 (Pages 94 to 97)

Page 226

1  package than the list prices that you most likely
2  included in Page 3 of Exhibit 362?
3      MS. CITERA: Objection to form.
4    A. We would -- we would, again, have to do the
5  math. I do think that would be a logical flow because
6  our catalog is typically on an annual basis reproduced
7  in the first week of April when the increase was
8  taken. So if I look at the dates and just looking at
9  this number, it would -- it would seem that we
10 adjusted it back to the old price, which I thought,
11 plus whatever the -- the scheduled catalog increase
12 would have been.
13   Q. (BY MR. ANDERSON) Outside of Harry Adams
14 telling you that it just wasn't done properly, do you
15 have any other understanding of why the list prices on
16 Vanco were ultimately increased to levels they had
17 previously never been at?
18      MS. CITERA: Objection to form.
19   A. Well, I think they were increased back to
20 where they were with the inflationary increase. And,
21 you know, my understanding, again, was that's what --
22 the feedback I had gotten from Harry, from what I
23 recollect.
24   Q. (BY MR. ANDERSON) Do you have any
25 understanding at all that those list price increases

Page 227

1  that were finally took on Vanco in 1995 were done as a
2  result of pharmacy providers' complaints about low
3  reimbursement?
4      MS. CITERA: Object to the form.
5    A. To the best of my knowledge, I don't recall
6  any complaints about that.
7    Q. (BY MR. ANDERSON) Would it be inappropriate,
8  in your view, for Abbott to raise list prices on
9  Vancomycin products, or any other product, for that
10 matter, in response to provider complaints about low
11 reimbursement?
12      MS. CITERA: Object to the form.
13   A. I think Abbott as a matter of policy or as a
14 matter of our contracting procedures that we talked
15 about earlier in the day would have -- we took a
16 catalog price increase for a number of years. The
17 years I was there and, you know, even, perhaps, as
18 long as the catalog was in existence. I can't comment
19 on that. I only know about the two or three years
20 we're -- and the time frame we're specifically
21 referencing.
22      MR. ANDERSON: Objection, nonresponsive.
23   Q. (BY MR. ANDERSON) Sir, I asked in your view
24 would it be appropriate for Abbott to raise the list
25 prices on any product in response to customers'

Page 228

1  complaints about low reimbursement?
2      MS. CITERA: Objection to form.
3    A. You know, I can't comment on -- on the
4  reimbursement side because the customers I dealt with
5  were the hospital-based. And, again, we were focused
6  on a market price. So I don't think Abbott would --
7  we would make decisions based on -- based on my
8  experience that were -- what would be best for the
9  business.
10   Q. (BY MR. ANDERSON) Why was it that in Exhibit
11 286, your e-mail dated March 20th, '95, you were
12 stating that AWPs were important to Alternate Site?
13      MS. CITERA: Object to the form.
14   A. You know, I can't specifically recall or I
15 can't recall, you know, why I may have written that
16 statement.
17   Q. (BY MR. ANDERSON) Assuming AWPs are
18 important to Alternate Site pharmacy customers, would
19 it be appropriate, in your view, for Abbott to raise
20 list prices in order to address customer complaints
21 about low reimbursement?
22      MS. CITERA: Objection to form.
23   A. Wow, that was -- there's a lot in that
24 question. I'm not -- could you ask that again?
25   Q. (BY MR. ANDERSON) Assuming that AWP was

Page 229

1  important to Alternate Site pharmacy customers, would
2  it be appropriate, in your view, for Abbott to raise
3  list prices on products in response to those
4  customers' complaints about low reimbursement?
5      MS. CITERA: Objection to form.
6    A. Again, I didn't know enough about the
7  Alternate Site business to know if AWP was important
8  or if list price was important to their customers. So
9  I don't know that I could make a -- a comment on what
10 I thought, you know, whether -- what was right and
11 what wasn't right for Abbott to do as far as a
12 changing back or increasing prices that a customer
13 requested.
14   Q. (BY MR. ANDERSON) Why is it that you felt
15 like that was something that needed to be conveyed in
16 your e-mail that's marked as Exhibit 286?
17      MS. CITERA: Objection to form.
18   A. No, I don't recall at the time why -- why I
19 put that in the e-mail.
20   Q. (BY MR. ANDERSON) Let's take a look at
21 what's been marked as Exhibit 734.
22   A. (Witness reviewing document).
23   Q. Does this appear to be an e-mail you wrote to
24 Gerry Eichhorn with a copy to Harry Adams regarding
25 Vanco prices back on May 30th, 1995?

58 (Pages 226 to 229)