**EXHIBIT 16**

Vladeck, Ph.D., Bruce C.                                May 4, 2007
                        New York, NY

```
                                                           Page 1

            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------X  MDL NO. 1456

IN RE:   PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

AVERAGE WHOLESALE PRICE LITIGATION  :  01-CV-12257-PBS

-----------------------------------X

THIS DOCUMENT RELATES TO:           :

U.S. ex rel. Ven-A-Care of the      :  CIVIL ACTION:

Florida Keys, Inc. v. Abbott        :  06-CV-11337-PBS

Laboratories, Inc.                  :

-----------------------------------X


           IN THE CIRCUIT COURT OF

         MONTGOMERY COUNTY, ALABAMA

-----------------------------------X

STATE OF ALABAMA,                   :  CASE NO.

         Plaintiff,                 :  CV-05-219

     v.                             :

ABBOTT LABORATORIES, INC.,          :  JUDGE

et al.,                             :  CHARLES PRICE

         Defendants.                :

-----------------------------------X
```

a005168d-477f-4afb-97fe-d27a3af7b9a9

Page 258

1    A.  Much of the staff of the Medicaid
2  bureau, the senior staff of the Medicaid bureau.
3  Certainly the director of the bureau, the deputy
4  director of the bureau and then other staff,
5  depending on what the agenda items were.
6        In addition, representatives of our
7  legislative staff would be there,
8  intergovernmental staff from the department would
9  be there.  I think that was the major.  And then,
10 again, depending on the agenda items, people with
11 particular expertise or agendas or things of that
12 sort.
13   Q.  Was there any record kept of the issues
14 that were discussed at these meetings, do you
15 know?
16   A.  I know there were formal agendas.  I
17 don't recall whether or not there were minutes.
18   Q.  Do you recall whether any of these
19 meetings addressed drug pricing and drug
20 reimbursement?
21   A.  I don't recall a discussion of drug
22 pricing or drug reimbursement.  I'm sure a guess

Page 259

1  would be that they must have at some point
2  because the agendas were relatively extensive,
3  but I have no firsthand knowledge one way or the
4  other.
5    Q.  Who would be most likely to know at
6  HCFA of whether that was discussed at these
7  meetings?
8    A.  Well, again, somewhere in the office of
9  what is now the several-times renamed part of the
10 agency that all receives Medicaid, there should
11 be a file with the history of the agendas of
12 those meetings.
13   Q.  You mentioned this morning that you
14 liked to get out in the field and get out of
15 Washington and meet with folks.  Do you recall
16 ever meeting with individuals within individual
17 state Medicaid agencies?
18   A.  I don't believe I ever went on-site to
19 the agencies, but I know that on several
20 occasions when there were specific issues
21 involved I did, I remember, in Cincinnati or
22 Columbus, Ohio, the state was very proud of the

Page 260

1  process they were using to enroll Medicaid
2  beneficiaries in a mandatory managed care
3  program, and I went to the office in which they
4  were administering that.
5        I know that I met with California
6  Medicaid officials in Los Angeles relative to an
7  implementation of California Medicaid waivers.  I
8  suspect again there were other instances that I'm
9  not remembering as quickly offhand.
10   Q.  Do you recall specifically whether any
11 of these meetings with Medicaid related
12 explicitly to drug reimbursement?
13   A.  No, I don't recall.  Again, perhaps I
14 should have said this earlier, in some more
15 general way I don't recall ever having devoted a
16 lot of time to the drug reimbursement issues, and
17 I certainly don't remember any sort of an out of
18 Washington/Baltimore experience having to do with
19 Medicaid drug payment issues.
20   Q.  Earlier we were talking about the whole
21 process of these OIG reports being issued and
22 responded to.  You mentioned that there would be

Page 261

1  an initial sit-down meeting before the process
2  began.  Did you ever participate in those
3  entrance conferences with OIG?
4    A.  If I may, I think you're confounding
5  two things.
6    Q.  Please.
7    A.  What I thought I was referring to
8  earlier was the fact that on a quarterly basis we
9  met with the Attorney General and discussed the
10 list plan, which would be the list of projects
11 that they would undertake relative to our issues
12 in the coming quarter.  And then for each
13 particular project there would generally be an
14 entrance conference.  Having said that, I don't
15 think I ever participated in meetings in either
16 category.
17   Q.  Okay.  Who would be responsible for the
18 quarterly work planning meetings with OIG?
19   A.  Again, once we established the Office
20 of Program Integrity, in 1994 I believe it was,
21 the director of Office of Program Integrity had
22 among her responsibilities the assignment of the