EXHIBIT "D"
TO UNITED STATES' OPPOSITION TO
ABBOTT'S MOTION TO ENFORCE (D.E. 5276)

# ABBOTT LABORATORIES

## AWP Litigation

## SOURCE:

## HPD
## D947

## LOCATION:

## CORPORATE RECORDS

DOJ Sources Vols 007-032.txt

| | | |
|---|---|---|
| ABT-DOJ 0326706 | ABT-DOJ 0326706 | HPD D947 |
| ABT-DOJ 0326707 | ABT-DOJ 0326707 | HPD D947 |
| ABT-DOJ 0326708 | ABT-DOJ 0326708 | HPD D947 |
| ABT-DOJ 0326709 | ABT-DOJ 0326709 | HPD D947 |
| ABT-DOJ 0326710 | ABT-DOJ 0326710 | HPD D947 |
| ABT-DOJ 0326711 | ABT-DOJ 0326711 | HPD D947 |
| ABT-DOJ 0326712 | ABT-DOJ 0326712 | HPD D947 |
| ABT-DOJ 0326713 | ABT-DOJ 0326713 | HPD D947 |
| ABT-DOJ 0326714 | ABT-DOJ 0326714 | HPD D947 |
| ABT-DOJ 0326715 | ABT-DOJ 0326715 | HPD D947 |
| ABT-DOJ 0326716 | ABT-DOJ 0326716 | HPD D947 |
| ABT-DOJ 0326717 | ABT-DOJ 0326717 | HPD D947 |
| ABT-DOJ 0326718 | ABT-DOJ 0326718 | HPD D947 |
| ABT-DOJ 0326719 | ABT-DOJ 0326720 | HPD D947 |
| ABT-DOJ 0326721 | ABT-DOJ 0326724 | HPD D947 |
| ABT-DOJ 0326725 | ABT-DOJ 0326725 | HPD D947 |
| ABT-DOJ 0326726 | ABT-DOJ 0326727 | HPD D947 |
| ABT-DOJ 0326728 | ABT-DOJ 0326728 | HPD D947 |
| ABT-DOJ 0326729 | ABT-DOJ 0326730 | HPD D947 |
| ABT-DOJ 0326731 | ABT-DOJ 0326732 | HPD D947 |
| ABT-DOJ 0326733 | ABT-DOJ 0326733 | HPD D947 |
| ABT-DOJ 0326734 | ABT-DOJ 0326735 | HPD D947 |
| ABT-DOJ 0326736 | ABT-DOJ 0326736 | HPD D947 |
| ABT-DOJ 0326737 | ABT-DOJ 0326737 | HPD D947 |
| ABT-DOJ 0326738 | ABT-DOJ 0326738 | HPD D947 |
| ABT-DOJ 0326739 | ABT-DOJ 0326739 | HPD D947 |
| ABT-DOJ 0326740 | ABT-DOJ 0326741 | HPD D947 |
| ABT-DOJ 0326742 | ABT-DOJ 0326742 | HPD D947 |
| ABT-DOJ 0326743 | ABT-DOJ 0326749 | HPD D947 |
| ABT-DOJ 0326750 | ABT-DOJ 0326750 | HPD D947 |
| ABT-DOJ 0326751 | ABT-DOJ 0326751 | HPD D947 |
| ABT-DOJ 0326752 | ABT-DOJ 0326752 | HPD D947 |
| ABT-DOJ 0326753 | ABT-DOJ 0326753 | HPD D947 |
| ABT-DOJ 0326754 | ABT-DOJ 0326755 | HPD D947 |
| ABT-DOJ 0326756 | ABT-DOJ 0326756 | HPD D947 |
| ABT-DOJ 0326757 | ABT-DOJ 0326758 | HPD D947 |
| ABT-DOJ 0326759 | ABT-DOJ 0326759 | HPD D947 |
| ABT-DOJ 0326760 | ABT-DOJ 0326760 | HPD D947 |
| ABT-DOJ 0326761 | ABT-DOJ 0326761 | HPD D947 |
| ABT-DOJ 0326762 | ABT-DOJ 0326762 | HPD D947 |
| ABT-DOJ 0326763 | ABT-DOJ 0326763 | HPD D947 |
| ABT-DOJ 0326764 | ABT-DOJ 0326764 | HPD D947 |
| ABT-DOJ 0326765 | ABT-DOJ 0326765 | HPD D947 |
| ABT-DOJ 0326766 | ABT-DOJ 0326766 | HPD D947 |
| ABT-DOJ 0326767 | ABT-DOJ 0326767 | HPD D947 |

DOJ Sources Vols  007-032.txt

| | | |
|---|---|---|
| ABT-DOJ 0326768 | ABT-DOJ 0326771 | HPD D947 |
| ABT-DOJ 0326772 | ABT-DOJ 0326772 | HPD D947 |
| ABT-DOJ 0326773 | ABT-DOJ 0326774 | HPD D947 |
| ABT-DOJ 0326775 | ABT-DOJ 0326775 | HPD D947 |
| ABT-DOJ 0326776 | ABT-DOJ 0326777 | HPD D947 |
| ABT-DOJ 0326778 | ABT-DOJ 0326778 | HPD D947 |
| ABT-DOJ 0326779 | ABT-DOJ 0326780 | HPD D947 |
| ABT-DOJ 0326781 | ABT-DOJ 0326781 | HPD D947 |
| ABT-DOJ 0326782 | ABT-DOJ 0326782 | HPD D947 |
| ABT-DOJ 0326783 | ABT-DOJ 0326784 | HPD D947 |
| ABT-DOJ 0326785 | ABT-DOJ 0326785 | HPD D947 |
| ABT-DOJ 0326786 | ABT-DOJ 0326786 | HPD D947 |
| ABT-DOJ 0326787 | ABT-DOJ 0326787 | HPD D947 |
| ABT-DOJ 0326788 | ABT-DOJ 0326788 | HPD D947 |
| ABT-DOJ 0326789 | ABT-DOJ 0326789 | HPD D947 |
| ABT-DOJ 0326790 | ABT-DOJ 0326790 | HPD D947 |
| ABT-DOJ 0326791 | ABT-DOJ 0326791 | HPD D947 |
| ABT-DOJ 0326792 | ABT-DOJ 0326793 | HPD D947 |
| ABT-DOJ 0326794 | ABT-DOJ 0326794 | HPD D947 |
| ABT-DOJ 0326795 | ABT-DOJ 0326795 | HPD D947 |
| ABT-DOJ 0326796 | ABT-DOJ 0326796 | HPD D947 |
| ABT-DOJ 0326797 | ABT-DOJ 0326797 | HPD D947 |
| ABT-DOJ 0326798 | ABT-DOJ 0326798 | HPD D947 |
| ABT-DOJ 0326799 | ABT-DOJ 0326799 | HPD D947 |
| ABT-DOJ 0326800 | ABT-DOJ 0326811 | HPD D947 |
| ABT-DOJ 0326812 | ABT-DOJ 0326812 | HPD D947 |
| ABT-DOJ 0326813 | ABT-DOJ 0326824 | HPD D947 |
| ABT-DOJ 0326825 | ABT-DOJ 0326825 | HPD D947 |
| ABT-DOJ 0326826 | ABT-DOJ 0326837 | HPD D947 |
| ABT-DOJ 0326838 | ABT-DOJ 0326838 | HPD D947 |
| ABT-DOJ 0326839 | ABT-DOJ 0326839 | HPD D947 |
| ABT-DOJ 0326840 | ABT-DOJ 0326841 | HPD D947 |
| ABT-DOJ 0326842 | ABT-DOJ 0326854 | HPD D947 |
| ABT-DOJ 0326855 | ABT-DOJ 0326855 | HPD D947 |
| ABT-DOJ 0326856 | ABT-DOJ 0326856 | HPD D947 |
| ABT-DOJ 0326857 | ABT-DOJ 0326857 | HPD D947 |
| ABT-DOJ 0326858 | ABT-DOJ 0326866 | HPD D947 |
| ABT-DOJ 0326867 | ABT-DOJ 0326867 | HPD D947 |
| ABT-DOJ 0326868 | ABT-DOJ 0326868 | HPD D947 |
| ABT-DOJ 0326869 | ABT-DOJ 0326869 | HPD D947 |
| ABT-DOJ 0326870 | ABT-DOJ 0326870 | HPD D947 |
| ABT-DOJ 0326871 | ABT-DOJ 0326871 | HPD D947 |
| ABT-DOJ 0326872 | ABT-DOJ 0326875 | HPD D947 |
| ABT-DOJ 0326876 | ABT-DOJ 0326881 | HPD D947 |
| ABT-DOJ 0326882 | ABT-DOJ 0326882 | HPD D947 |