EXHIBIT "F"
TO THE UNITED STATES' OPPOSITION
TO ABBOTT'S MOTION TO ENFORCE (D.E. 5276)

# Fraud and Abuse Issues

## for Contract Marketing

November 28, 2001





ABT-DOJ 0394762
Highly Confidential

# AHD FRAUD & ABUSE
# OPERATING GUIDELINES

- Objectives
- General description
- Practical application



ABT-DOJ 0394780
Highly Confidential

# COMPLIANCE PROGRAM

Abbott Code of Business Conduct

Fraud and Abuse laws

Federal False Claims Act

AMA Guidelines on Gifts to Physicians from Industry

ABT-DOJ 0394782
Highly Confidential



ABT-DOJ 0394793
Highly Confidential

# Ross Operating Guidelines

## . . . for Compliance with the

## Medicare / Medicaid Fraud & Abuse Laws



EXHIBIT
No.
Exo # 4
FISHMAN

ABT-DOJ 0394821
Highly Confidential

# Goals

- What is "the Law?"

- How does it apply to Ross?

- What we can do to avoid problems
  . . . new Operating Guidelines

2

ABT-DOJ 0394822
Highly Confidential

# The Anti-Kickback Law:
## It is Unlawful to...

- Offer, pay, solicit or receive

- Any remuneration (e.g., kickback, bribe, rebate, other payments, goods and services)

- To *induce*

- Purchase, arranging for or recommending the purchase of any item or service

- Payable in whole or in part by Medicare or Medicaid

ABT-DOJ 0394823
Highly Confidential





ABT-DOJ 0394843
Highly Confidential

# Ross Operating Guidelines

# ... for Compliance with the Medicare/Medicaid Fraud & Abuse Laws



ABT-DOJ 0394844
Highly Confidential

# Code of Conduct Training

—**Agenda**
- **History and reason for the Code**
- **Summary of the Code points**
- **Questions**



ABT-DOJ 0394868
**Highly Confidential**

# HISTORY

- 1991 U.S. Sentencing Guidelines
- Organizations subject to criminal liability and fines
- Base Fines
  - reduced by effective compliance program
- Compliance Program
  - standards/procedures to reduce likelihood of criminal conduct
  - high level oversight
  - communication to all employees
  - reasonable steps to ensure compliance
  - consistent enforcement/appropriate disciplinary measures
  - prevent recurrence of misconduct

ABT-DOJ 0394870
Highly Confidential



# FRAUD AND ABUSE LAW UPDATE

## October 24, 2000

EXHIBIT No. 1
Sub # 7
FISHMAN

ABT-DOJ 0394893
Highly Confidential

# HPD CONTRACT MARKETING

## CONTRACT BASICS





ABT-DOJ 0394921
Highly Confidential

# CONTRACT BASICS

- Domestic Legal Operations (D-322) Overview
- Standard Supply Agreement Terms
- General Legal Concepts

**ABT-DOJ 0394922**
**Highly Confidential**



# MEDICARE/MEDICAID FRAUD AND ABUSE

## AND

## AMA GUIDELINES



EXHIBIT No.

Sub # 9

F ISHMAN

ABT-DOJ 0394941
Highly Confidential

# ANTI-KICKBACK STATUTE
## PROHIBITIONS

- OFFERS, PAYS, SOLICITS OR RECEIVES
- ANY REMUNERATION (KICKBACK, BRIBE OR REBATE)
- TO INDUCE
- PURCHASE, ARRANGING FOR OR RECOMMENDING
- ANY ITEM OR SERVICE PAYABLE IN WHOLE OR IN PART BY
- MEDICARE OR MEDICAID

ABT-DOJ 0394942
Highly Confidential

# HOME INFUSION ANTITRUST AND

● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

# MEDICARE/MEDICAID FRAUD AND ABUSE PRESENTATION

HI-DSF-1



**ABT-DOJ 0394962**
**Highly Confidential**

# OVERVIEW OF PRESENTATION

**● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●**

## ANTITRUST

- **KEY POINTS FROM ANTITRUST HANDBOOK**
  - **CONDUCT WITH COMPETITORS**
  - **CONDUCT WITH CUSTOMERS, SUPPLIERS AND DISTRIBUTORS**
  - **CONDUCT ALONE**
  - **ROBINSON-PATMAN ACT (DIFFERENTIAL PRICING)**
  - **DOCUMENTS**

## MEDICARE/MEDICAID FRAUD AND ABUSE

- **ANTI-KICKBACK STATUTE**
- **SAFE HARBOR REGULATIONS**
- **BILLING PRACTICES**

HI-DSF-2

**ABT-DOJ 0394963**
**Highly Confidential**

# MEDICARE/MEDICAID FRAUD AND ABUSE OVERVIEW



ABT-DOJ 0394987
Highly Confidential

# MEDICARE/MEDICAID FRAUD AND ABUSE OVERVIEW

- ANTI-KICKBACK STATUTE
- SAFE HARBOR REGULATIONS
- BILLING PRACTICES

ABT-DOJ 0394988
Highly Confidential

# AHD FRAUD & ABUSE OPERATING GUIDELINES

⅃Objectives
⅃General description
⅃Practical application



ABT-DOJ 0395005
Highly Confidential

# COMPLIANCE PROGRAM

- Abbott Code of Business Conduct
- Fraud and Abuse laws
- Federal False Claims Act
- AMA Guidelines on Gifts to Physicians from Industry

ABT-DOJ 0395007
Highly Confidential

# FRAUD AND ABUSE LAW UPDATE

February 15, 2001





ABT-DOJ 0395018
Highly Confidential

# ▼ Why a Big Issue?

- More Federal funds for investigation, enforcement and compliance initiatives
- Gray areas in interpretation and enforcement
- Common industry practice is no defense
- Establish a compliance program
  - ➢ Clear policies and procedures
  - ➢ Division Operating Guidelines
  - ➢ Fraud and Abuse Law Compliance Handbook

ABT-DOJ 0395019
Highly Confidential

# HPD

## FRAUD AND ABUSE OPERATING GUIDELINES

January 6, 2000





ABT-DOJ 0395039
Highly Confidential

# FRAUD AND ABUSE OVERVIEW

Medicare/Medicaid Fraud and Abuse - Basics
- Anti-Kickback Statute
- Safe Harbors

Operating Guidelines - Compliance Program

ABT-DOJ 0395040
Highly Confidential

# HPD CONTACT MARKETING

• • • • • • • • • • • • • • •

# MEDICARE/MEDICAID FRAUD AND ABUSE AND OTHER MATTERS

LTB-1



EXHIBIT No. 1

Sub# 15

FISHMAN

ABT-DOJ 0395064
Highly Confidential

# MEDICARE/MEDICAID FRAUD AND ABUSE OVERVIEW

- ANTI-KICKBACK STATUTE

- SAFE HARBOR REGULATIONS

LTB-2

ABT-DOJ 0395065
Highly Confidential

# HOME INFUSION

• • • • • • • • • • • • • • •

# ANTITRUST AND MEDICARE/MEDICAID FRAUD AND ABUSE PRESENTATION

HI-DSF-1



**ABT-DOJ 0395079**
**Highly Confidential**

# The Legal and Ethics Resource Network
# Program Guide

## Holding ourselves to the highest standards

Abbott is committed to maintaining a company culture that values the highest ethical standards in every area of our business. These standards go beyond compliance with laws and regulations around the world. They include ensuring that every employee conducts business with the utmost integrity.

This commitment faces constant challenges, however. Abbott operates in a complex, highly regulated business environment, and it is important that each of you have tools necessary to aid in your decision-making processes. An ethical, legal or compliance issue may arise anywhere in the company, at any level, in any department. In many cases, what you don't know about the law can put the company – and you -- at risk. Having a clear understanding of basic legal concepts is vitally important so you can navigate around potential legal and ethical pitfalls.

Abbott offers a number of training programs designed to increase your awareness of the law and the legal and ethical implications of your business decisions and actions. This program guide highlights a new Web-based training tool called the Abbott Legal and Ethics Resource Network (LERN), which builds on Abbott's existing training in business practices. LERN provides information on a broad range of legal topics in a cohesive, interactive and user-friendly way. It is designed to give you the practical knowledge you need to recognize legal and ethical issues you may encounter on the job, to make sound decisions, and to know when to seek legal assistance from Abbott company lawyers.

## How to Access LERN

For your convenience, the LERN program can be accessed via the Internet, Lotus Notes, or the Abbott Wide Web 24 hours a day, seven days a week.

- Launch your Internet browser
- In the address tool bar, located at the top of your screen, type the following
    https://abbottlabs-Lcec.Lrn.com
        Or,
- Click on the LERN link from the Lotus Notes (AWW Welcome) under Managers' Resources
        Or,
- Click on the LERN link from the Abbott Wide Web (AWW.Abbott.Com) under Managers' Tool Kit
        Then,
- Select "Registered User" button
- Enter your Social Security number (without dashes)
- Enter the generic password abbott1 (lower case)
- You will be prompted to change your password the first time you login.



ABT-DOJ 0395107
Highly Confidential

# Quick Reference Guide

| Issue | Probable Solution |
|---|---|
| Can't find site | |
| *Three Locations:* | |
| 1. Lotus Notes (AWW Welcome) | Managers' Resources / Legal and Ethics Resource Network |
| 2. Abbott Intranet (AWW) (aww.abbott.com) | Corporate Divisions / Employee Resources / Manager's Tool Kit / Legal and Ethics Resource Network |
| 3. Internet (WWW) | https://abbottlabs-Lcec.Lrn.com |
| Page can't be displayed | verify URL – https://abbottlabs-Lcec.Lrn.com |
| Invalid account information | verify correct format for inputting SSN (#########). close Internet Explorer ("IE"), reopen IE, and login verify user is registered in the program call 800/862-9054 (toll free) |
| Invalid password | first time user, verify using *abbott1* |
| Forgot your password | from the login page you can have a new password emailed to you, provided you have a valid Abbott Laboratories' issued email address. |
| Text too large for screen | display/screen size ≥800x600, system font size = small, and browser text size = medium. |
| 'Test Out Granted' | user granted ability to bypass the lessons and go directly to the quiz. The user must still pass the quiz by scoring ≥80% on the Review Quiz. |
| Printing Certificates | from module list page, select My Records tab, Completion Certificate. |
| Find Your Registration Date | from module list page, select My Records tab, Virtual Report Card. |
| Technical Questions | 847/937-3956 Local  and  800/862-9054 Toll Free |
| Program Questions | Office of Ethics and Compliance, D036X/AP6D-2, Abbott Laboratories, 100 Abbott Park Rd., Abbott Park, IL 60064.  847/937-5210 |

**System Requirements**
Windows 95/98/NT/2000/ME
Display setting: ≥800x600 and system font size = small
Internet Explorer: version 4.X+, browser fonts =medium
Netscape: version 4.X+



**ABT-DOJ 0395109**
**Highly Confidential**

1/7/2002

# Legal & Ethics Resource Network
# Fact Sheet

## Overview

- The Abbott Legal and Ethics Resource Network (LERN) is a Web-based employee learning program designed to give employees the practical knowledge they need to recognize legal and ethical issues they may encounter on-the-job, to make sound decisions, and to know when to seek legal assistance from company lawyers.

- Licensed from LRN, Legal Resource Network, an independent firm specializing in providing legal training and resource materials to Fortune 500 companies. The program was developed by members of LRN's network of 1,700 legal experts, leading law departments and LRN's staff of senior lawyers and instructional design professionals. All the modules in the LERN program have been reviewed by Abbott's legal division.

## Objectives of the Program

- To broaden the reach, scope and availability of Abbott's existing education and training efforts.
- To provide employees with a common reference for information on a broad range of workplace legal and ethical topics.
- To help employees improve their skills in identifying potential legal and ethical pitfalls so they can avoid risk to themselves and to Abbott.

## Curriculum Features

- More than 20 interactive lesson modules covering basic legal and ethical concepts, with practical workplace applications.
- Interactive, self-paced tutorials and integral self-assessment quizzes.
- On-line reference tools including a list of the top points covered in each module, frequently-asked-questions, links to related Abbott policies, and an indexed handbook for more extensive information on related legal topics.
- Accessible via the Internet or the Abbott Wide Web 24 hours a day, seven days a week
- Modules take approximately 1 hour to complete.



EXHIBIT No.
Sub# 19
FISHMAN

LERN Fact Sheet

October 26, 2001

## The Legal and Ethics Resource Network

An Interactive Training Tool
To Guide Your Business Decision-Making
5/30/2001

## Abbott Legal and Ethics Resource Network (LERN)

- A Web-based training program to broaden the reach, scope and availability of existing programs.
- Empowers employees to:
  - understand basic legal concepts related to business activities
  - simulate practical, on-the-job decision-making
  - recognize and avoid pitfalls, risks.
  - know when and where to seek assistance.

## Background

- Abbott operates in a complex, highly regulated business environment
  - employees must have the tools necessary to aid in decision-making processes.
  - what employees don't know about the law can put them and the company at risk.

## What is LERN?

- Sophisticated training and reference tool for individualized learning on legal and ethical issues.
- Common reference resource for employees

## Background

- Abbott expects employees to operate in an ethical, legal manner, in accordance with:
  - the Abbott Code of Business Conduct
  - Abbott policies
  - applicable law

## LERN Features: A Training Tool

- Interactive self-paced tutorial format
- 22 lesson modules
- Self-assessment quizzes
- Practical applications, common language
- Web-paced: convenient and available 24/7



EXHIBIT No.
Sub #20
FISHMAN

ABT-DOJ 0395112
Highly Confidential

1

# The Abbott Legal & Ethics Resource Network
# Questions and Answers
# for the HR Community

**Why is Abbott implementing additional training in business practices?**
Abbott is committed to maintaining a company culture that values the highest ethical standards in every area of our business. We have a number of training programs in place designed to help ensure our employees exhibit exemplary decision-making and behavior. But while our commitment has been strong, we are undertaking several new initiatives to help us raise our commitment to an even higher level. We've created a new Office of Ethics & Compliance to our executive structure. Headed by Charlie Brock, this office will work to strengthen the design of our legal compliance polices and programs, including enhancing our existing legal and ethics training efforts. The Abbott Legal and Ethics Resource Network (LERN) is designed to complement our existing programs and give employees additional resources to guide their decisions and actions.

**How is LERN different from Abbott's other training programs on workplace issues? Will it replace any existing courses?**
LERN supplements but does not replace Abbott's existing education and training initiatives on business behavior and practices. While many of the legal topics covered in the LERN program are addressed in separate Abbott training courses, this Web-based tool provides employees with a common source for information and guidance on a broad range of legal and ethical issues they may encounter on the job. The user-friendly presentation and the use of actual workplace situations help foster understanding of often complex legal information. Contact information for each module gives trainees access to subject matter experts. Web access also lets employees schedule and pace training for their convenience.

**Is the content of the training customized for Abbott?**
Abbott has licensed the content of LERN from Legal Resource Network (LRN), a firm specializing in providing Web-based legal training and resource materials to Fortune 500 companies. The lesson modules that make up the content of this program were developed by LRN's network of 1,700 legal experts, leading law departments, and LRN's staff of senior lawyers and instructional design professionals. Abbott selected 22 modules as the most relevant to our business and most complementary to our existing training programs. The content of the standard lesson modules is customized for Abbott via hot links to related Abbott policies and "pop-up" windows containing Abbott-specific information to emphasize key points for Abbott employees.



**ABT-DOJ 0395118**
**Highly Confidential**

# The Abbott Legal & Ethics Resource Network
# Lesson Descriptions

**Antitrust 1: Basic Concepts**
- Defines basic terms and reviews the kinds of activities considered anti-competitive under federal antitrust statutes;
- Discusses how antitrust laws are enforced and what kinds of penalties apply to those in violation.

**Attorney-Client Privilege and Employee Investigations**
- Provides an overview of the attorney-client privilege, including its purpose, scope and required elements, and how it relates to the investigation of employee misconduct.
- Points out other legal protections that may apply to employee investigations, namely the work-product doctrine and the self-evaluation privilege.
- Sets out some general guidelines for involving legal counsel in employee investigations.

**Careful Communications**
- Offers insight on the risks and consequences a company may encounter when poor judgment is used in communicating confidential or sensitive information.
- Suggests ways to minimize this risk and ensure that information isn't misconstrued if it does fall into the hands of an unintended third party.

**Drug-Free Workplace Programs**
- Presents the basic legal issues that arise when a company adopts a drug-free workplace program.

**Ethical Decision Making**
- Defines ethical leadership and states the benefits of ethics for a business.
- Suggests methods to assist employees in recognizing ethical dilemmas and applying ethical reasoning and decision-making criteria.

**Fraud and Abuse -- Pharmaceutical Entities**
- Discusses the effect of major federal fraud-and-abuse laws, and how they affect arrangements involving pharmaceutical manufacturers and providers of health care items and services.

**Fundamentals of Contract Law**
- Familiarizes an employee with the most important tenets of contract law -- what a contract is, how it is formed, and how it can be enforced.



**ABT-DOJ 0395121**
**Highly Confidential**

5/31/2001

# COMPLIANCE WITH MEDICARE/MEDICAID FRAUD AND ABUSE LAWS

Handbook for Business Executives

LEGAL DIVISION



ABBOTT LABORATORIES



EXHIBIT No. 1

Suff# 24

FISHMAN

PENGAD 800-631-6989

ABT-DOJ 0395138
Highly Confidential

# Message from the Legal Division

Dear Employee:

Abbott Laboratories Corporate Policy (Policy No. 34-14) requires all employees to comply with the Medicare/Medicaid fraud and abuse laws, including the "anti-kickback" laws, and the Federal False Claims Act. Failure to comply with these laws may result in serious monetary and other penalties for Abbott Laboratories and its subsidiaries (the "Company") and for those individuals involved. In some cases, companies and individuals who violate these laws may be subject to criminal prosecution, including both fines and imprisonment, and barred from participation in all federal and state health care programs (e.g., Medicare and Medicaid). Employees who violate this Corporate Policy will be subject to disciplinary action which, in appropriate circumstances, may include dismissal.

The experience of many companies shows that fraud and abuse compliance problems often arise because the employees involved did not recognize potential fraud and abuse issues and the need to consult with a lawyer or because they chose to act as their own lawyer.

The purpose of this Handbook is to familiarize you with some of the basic principles of the Medicare/Medicaid fraud and abuse laws to enable you to know when to consult the Legal Division. This Handbook also covers related issues under the Federal False Claims Act and the AMA Guidelines on Gifts to Physicians from Industry. You should not view this Handbook as a substitute for obtaining advice from the Legal Division on compliance with Medicare/Medicaid fraud and abuse laws and related matters.

The Legal Division

ABT-DOJ 0395139
Highly Confidential

# ABBOTT HEALTHSYSTEMS DIVISION

## OPERATING GUIDELINES

## MEDICARE/MEDICAID FRAUD AND ABUSE COMPLIANCE
## AND
## AMA GUIDELINES

*Implemented December 8, 1999*

## TABLE OF CONTENTS



ABT-DOJ 0395243
Highly Confidential

**ABBOTT**
**HOSPITAL PRODUCTS DIVISION**
**OPERATING GUIDELINES**

**MEDICARE/MEDICAID FRAUD AND ABUSE COMPLIANCE**
**AND**
**AMA GUIDELINES**



ABT-DOJ 0395263
Highly Confidential

**ABBOTT**
**HOSPITAL PRODUCTS DIVISION**
**OPERATING GUIDELINES**

**MEDICARE/MEDICAID FRAUD AND ABUSE COMPLIANCE**
**AND**
**AMA GUIDELINES**



1

ABT-DOJ 0395281
Highly Confidential

# Fraud And Abuse Compliance Issues For Marketing, Sales And Promotion Of Diagnostics, Drugs, And Devices

**ABBOTT LABORATORIES**
**Abbott Park, IL**
**July 14, 1999**

**Gordon B. Schatz, Esq.**
**Reed Smith Shaw & McClay LLP**
**Washington, DC**

---

# Goals

- **Explain Medicare/Medicaid fraud and abuse issues important for Abbott**
- **Identify enforcement actions involving diagnostics and drug manufacturers**
- **Present practical tips on compliance with the law, including safe harbors**

- Not giving legal opinions, To have Lawyer provide this advice

1


EXHIBIT No. 1
Sub 39
FISH MAN

ABT-DOJ 0395305
Highly Confidential

# Fraud And Abuse Compliance Issues For Marketing, Sales And Promotion Of Diagnostics, Drugs, And Devices

**ABBOTT LABORATORIES**
**Abbott Park, IL**
**July 14, 1999**

**Gordon B. Schatz, Esq.**
**Reed Smith Shaw & McClay** LLP
**Washington, DC**

# Goals

- **Explain Medicare/Medicaid fraud and abuse issues important for Abbott**
- **Identify enforcement actions involving diagnostics and drug manufacturers**
- **Present practical tips on compliance with the law, including safe harbors**



EXHIBIT No. 1

1

ABT-DOJ 0395326
Highly Confidential

# Issues Relating to the Anti-kickback Statute

## Kate Collins

## Priscilla Porembski



PENGAD 800-631-6989

Fishman
DEPOSITION
EXHIBIT
8
3-20-08   BG

ABT-DOJ 0395435
Highly Confidential

# Health Care Fraud and Abuse Enforcement

Cliff Berman, RPh, MBA, JD

Senior Counsel, Abbott Laboratories

ABT-DOJ 0395510
Highly Confidential

# What Law Is The Government Using?

- Anti-Kickback
- False Claims
- Conspiracy

ABT-DOJ 0395526
Highly Confidential

# Sales Practices At The Heart Of It

**BOSTON Herald**

## Ex-Tap sales rep pleads guilty

**Chicago Tribune**

### Ex-TAP staffer charged with perjury on gifts

ABT-DOJ 0395536
Highly Confidential

ABT-DOJ 0395543
Highly Confidential

# Finding The Allegations

- AUSA Loucks:
  - "sometimes I will pick up the phone and it will be an anonymous tip telling me where we should go look"
- OIG Audit
- competitors
- patients/consumer groups/insurance companies
- employees



# Conclusion

- Fraud and Abuse issues are under increased scrutiny

- Negative publicity with press, government attorneys, etc.

- The Operating Guidelines and other corporate and division policies are designed to provide a framework for making decisions

- Consult with Legal if you have questions

ABT-DOJ 0395585
Highly Confidential



**1. Introducing the Code**
**2. Elements of the Code**
       **Compliance with the Law**
       **Conflicts of Interest**
       **Confidential Information**
       **Gifts and Entertainment**
       **Accuracy and Integrity of Books and Records**
       **Political Contributions**
       **United States Governmental Payments**
       **Foreign Governmental Payments**
       **Equal Employment Opportunity / Workplace Harassment**
       **Food and Drug Laws**
       **Safety, Health and Environment**
       **Antitrust Laws**
       **Insider Trading in Securities**
       **Electronic Media Use**
       **Antiboycott, Antimoney Laundering, Embargo and Trade Control Laws**
       **Medicare/Medicaid Fraud and Abuse Laws**
**3. Implementing the Code**
       **Chief Ethics and Compliance Officer**
       **Questions Regarding the Code**
       **Reporting of Violations**
       **Ethics and Compliance Helpline**
       **Investigation of Violations**
       **Discipline for Violations**
       **Acknowledgement**

## Compliance with the Law



The employees of the Company shall comply with the laws and highest standards of business ethics and conduct in every country in which the Company does business.

## Conflicts of Interest



Corporate Policy #34-1

Each employee must avoid any investment, interest, or association that interferes or might interfere with the independent exercise of his or her own individual best judgement, and with such employee's obligation to perform his or her responsibilities in the best interests of the company. Specifically:

1. All employees shall deal with all suppliers, customers, and all other persons doing business with the Company in a completely fair and objective manner without favor or preference based upon personal financial considerations.
2. Employees shall not accept from or give to any supplier, customer, or competitor any gift or entertainment except as permitted under "Gifts and Entertainment" in the Code.
3. No employee shall do business on behalf of the Company with a member of the employee's household or a close relative, unless the transaction is disclosed, in writing, to the General Counsel of the Company who determines that the transaction is on arms-length terms and is not inconsistent with the purposes of this policy. A close relative would include, by way of example, at a minimum, the employee's spouse, parent, parent-in-law, sibling, sibling-in-law, child or son/daughter-in-law.
4. No employee shall, directly or indirectly, own any financial interest in or hold any employment or managerial position with any firm or corporation which is a competitor of or which does or seeks to do business with the Company, if such interest or position may influence any decision that such employee might make in the performance of his or her regular duties.
5. All employees have the affirmative duty to disclose to the corporate officer responsible for their function the existence of any personal material financial interest in or employment or managerial position with any firm or corporation which is a competitor of or which seeks to do or does business with the Company. Each corporate officer shall review each such case with the General Counsel and they shall determine whether the existence of such interest or position is or may be in conflict with this policy or otherwise detrimental to the best interest of the Company or any of its operations. If it is determined that such conflict or detrimental effect may occur, such steps as are necessary to correct the situation will be immediately instituted.



| ■ Abbott Laboratories Pharmaceutical Products Division (PPD) | | | |
|---|---|---|---|
| SUBJECT: Federal Health Care Program and Other Third Party Payor Requirements – United States – Reimbursement Information and Support | PROCEDURE NO: P2-04-01 | ISSUE DATE: 10/25/2004 | PAGE: 1 of 6 |
| INITIATOR: DATE: Joe Fiske, Director – Pricing & Planning | SUPERSEDES: New | EFFECTIVE BY DATE: | |
| APPROVED: Robert Funck, PPD Division VP/Controller | | DATE: | |
| APPROVED: Sujata Dayal, PPD Office of Ethics & Compliance | | DATE: 12-10-04 | |
| APPROVED: Clifford Berman, Senior Counsel | | DATE: | |

## I.   PURPOSE

This procedure establishes requirements to ensure that Reimbursement Information and Reimbursement Support relating to PPD Products is furnished to Customers consistent with the requirements of Federal Health Care Programs and state and federal laws relating to other third party health benefit programs (including but not limited to private insurance, employer group health plans, and other state or local programs) as set forth in OEC policy B2-04.

## II.   SCOPE

This Procedure is applicable to all employees of PPD, including PPD Pricing and Planning, PPD Managed Care, PPD Hospital Pharma and PPD Marketing, involved in providing reimbursement information and reimbursement support relating to PPD Products when operating within the United States or its territories.  References to employees in this Procedure include agents.

## III.   DEFINITIONS

"Abbott Products" means products or services marketed, promoted, leased, sold, or otherwise distributed by Abbott.

"Centralized Reimbursement Department" means any centralized location or department, approved by the Director, Corporate Reimbursement, established to provide Reimbursement Information and Support.  The corporation or a division may have one or more Centralized Reimbursement Departments.

"Customer" means all health care professionals, institutions, providers, suppliers, wholesalers, distributors, patients, consumers, medical businesses, and their employees.

"Federal Health Care Programs" include any plan or program that provides health benefits, whether directly, through insurance, or otherwise, which is funded directly in whole or in part by the United States government, including but not limited to Medicare, Medicaid, Tricare, Department of Veterans Affairs programs, state CHIP programs, and block grant programs under titles V and XX of the Social Security Act, but not including the Federal Employee Health Benefits program.



ABT-DOJ 0397104
Highly Confidential

**From the Office of the VICE PRESIDENT, CORPORATE ENGINEERING DIVISION**

July 14, 1993

**TO:**

| | |
|---|---|
| Steve Arthur | Al Musur |
| Joe Cramer | Mark Naidicz |
| Ron Coules | Doug Nickels |
| Dave Dominguez | Dan Quane |
| Lois Ford | Bill Robertson |
| Jim Greene | Rick Rogers |
| Jim Griener | Joe Salvatore |
| Brian Golwitzer | Steve Smurthwaite |
| Dave Hannum | Judy Soghigian |
| Harold Helland | Mark Stahl |
| Terry Ketterling | Dan Struble |
| Malcom Maze | Mark Stumpf |

**RE:   Orientation to Abbott Code of Business Conduct**

In the fall of 1992 the Operations Committee and the Abbott Board of Directors approved revisions to the Abbott Code of Business Conduct and authorized its communication worldwide.  These changes have been made as a result of the adoption of the United States Sentencing Commission's Sentencing Guidelines on November 1, 1991.  These Guidelines dramatically increase penalties for businesses found guilty of federal criminal violations, including in certain cases those occurring in international affiliates.

A 1/2 day program has been designed by the Abbott Corporate Law Division to inform Abbott managers of the Code's provisions and to gain their support for the Code as a tool in decision-making.

I am writing to invite you to attend an "Orientation to the Abbott Code of Business Conduct", on July 22nd, 1993, in the AP30-3 West Cafeteria Conference Room, beginning at 8:00 a.m.  The program will be conducted by Ray Uloth formerly Manager of Corporate Human Resources Development for Abbott and now an independent consultant to the Law Division on this project.  Paul Roge, a member of Abbott's legal staff will be co-leading the discussion.  An outline of the agenda is attached.  Plan on 3 1/2 to 4 hours for the meeting.

Also enclosed is a copy of the revised Code.  It is important that you take time from your schedule to read it carefully before coming to the meeting.

Please call Nancy Carr at ext. 7-6079 by Friday, July 16th, with your plans to attend this important meeting. I look forward to seeing you there.

Dan Struble

**ABT-DOJ 0397110**
**Highly Confidential**

ORIENTATION TO THE ABBOTT CODE OF BUSINESS CONDUCT

**OBJJECTIVES**

* Establish understanding of and commitment to the revised Abbott Code of Business Conduct and underlying policies.

* Create an environment in which participants feel free to raise and discuss issues of legal and ethical consequences.

* Demonstrate Abbott's commitment to an effective compliance program meeting the tests established by the US Sentencing Commission Guidelines.

**AGENDA**

* Introductions & overview

* Small group exercise: Abbott case discussions

* Small group reports of case discussions

* Tools for Decision-Making

* Code of Business Conduct: Background and Communication Plan

* Manager's Responsibilities and Next Steps; meeting evaluation

ABT-DOJ 0397111
Highly Confidential

# Where to go when you have questions ...

- your manager

- another managerial person, knowledgeable co-workers

- your human resources representative

- an attorney in Abbott's Office of the General Counsel

It depends ... each situation is different.

ABT-DOJ 0397114
Highly Confidential

# ABBOTT LABORATORIES

## Code of Business Conduct
### *Managers Discussion Guide*

Office of the General Counsel
September, 1993

ABT-DOJ 0397115
Highly Confidential

# *COMPLIANCE PROGRAM*

## *TABLE OF CONTENTS*

INTRODUCTION ............................................................................................ 1

COMPLIANCE PLAN....................................................................................... 2

    I.     Written Policies, Procedures, Standards of Conduct............................ 2

    II.    Designation of a Compliance Officer..................................................... 5

    III.   Conducting Effective Training and Education....................................... 5

    IV.   Developing Effective Lines of Communication ..................................... 6

    V.    Enforcing Standards Through Well-Publicized Disciplinary
          Guidelines ............................................................................................ 6

    VI.   Auditing and Monitoring...................................................................... 7

    VII.  Responding to Detected Offenses and Developing Corrective
           Action Initiatives................................................................................. 7

CONCLUSION ............................................................................................... 8

**ABT-DOJ 0398241**
**Highly Confidential**

Revised 07/15/99

# COMPLIANCE PROGRAM

## INTRODUCTION

The provision of medical services should epitomize the best in quality, efficacy and ethical standards. Abbott Laboratories is committed to these goals in every aspect of its business. For more than fifteen (15) years, Abbott in the Home Infusion Services business unit has worked with select clients around the country to deliver this level of care to patients at home. This high expectation covers the entire realm of care, including the ethical and honest billing for those services whether it be through government funded programs or through commercial insurance. To assure the maintenance of those standards, this Compliance Program has been documented and distributed to the Abbott Home Infusion Services staff.

The relationship that Home Infusion Services has with its clients goes much deeper than merely providing a billing service. From a contract that clearly delineates the responsibilities of both parties to the daily interaction of the home infusion staff with the client's staff, Home Infusion is a partner with the client up to, and including, sharing the business risk with the client. It is essential that the Home Infusion Services staff operate in strict compliance with all Federal and State laws, regulations, and guidelines to obtain the maximum legally allowable reimbursement for their clients while eliminating the risk to Home Infusion Services and clients of any criminal, civil, or administrative actions that would impede, hinder, or impair either party's business activity in any way.

This Compliance Program addresses the seven fundamental elements of an effective compliance program:

1. Implementation of written policies, procedures and standards of conduct;
2. Designation of a compliance officer and compliance committee;
3. Conduct of effective orientation, training and education;
4. Development of effective lines of communication;
5. Enforcement of standards;
6. Conduct of timely monitoring and auditing; and
7. Prompt response to detected offenses and corrective action plans.

ABT-DOJ 0398242
Highly Confidential

# COMPLIANCE PROGRAM

## COMPLIANCE PLAN

### I.    WRITTEN POLICIES, PROCEDURES, AND STANDARDS OF CONDUCT

The policies, procedures, and standard of conduct for Abbott employees are well documented. The Code of Business Conduct, issued regularly to all employees, establishes the framework and expectation for legal and ethical conduct of all business activities. Specifically, it states that all employees shall:

Comply with the laws and highest standards of business ethics and conduct;

Avoid any conflict of interest;

Not disclose any form of confidential information without written consent of the Company;

Not seek, accept, offer, promise or give any payments, fees, loans, services, or gifts to any person or firm as a condition or result of doing business with the Company;

Maintain the accuracy and integrity of all Company books, accounts, and records;

Not use Company funds or services for political contributions without written approval of the Legal Division or General Counsel;

Not offer, promise, give or pay any form of bribe, kickback, or gratuity to any government official or employee at any level.

It states that the Company provides employment opportunities without regard to race, religion, color, national origin, sex, age, ancestry, citizenship, veteran status, marital status, sexual orientation, disability, or any other reason prohibited by law and will maintain a work environment free from harassment based on any of the above criteria; complies with all laws and regulations concerning foods, drugs, medical devices, diagnostic and biological products, occupational health and safety, environment, antitrust, insider trading, anti-boycott, anti-money laundering, embargo, and trade control. The Code references specific Corporate Policies that address each area fully and completely. Violations of the Code, failure to report violations of the Code, refusing to cooperate in an investigation of a Code violation, failure by a violator's supervisor(s) to detect and report a Code violation due to lack of oversight or inadequate supervision, or retaliating against an individual for reporting a violation of the Code are all subject to disciplinary action up to and including dismissal from the Company.

ABT-DOJ 0398243
Highly Confidential