# EXHIBIT "M"
# TO UNITED STATES' OPPOSITION TO ABBOTT'S MOTION TO ENFORCE (D.E. 5276)

FEB 24 1993

# HOME INFUSION THERAPY AGREEMENT

Customer: University Hospitals for Home Care
University Hospitals of Cleveland
2074 Abington Road
Cleveland, OH 44106

January 21, 1993

Contract Term: One (1) Year

From: February 1, 1993

To: January 31, 1994

Abbott Laboratories, Home Infusion Services business unit, ("Abbott") is pleased to provide University Hospitals for Home Care ("Customer") with a Home Infusion Therapy Agreement to supply Customer's patients insured by **Community Mutual Insurance Company** with products and services relating to Total Parenteral Nutrition ("TPN"), Total Enteral Nutrition ("TEN"), Antibiotic, Continuous Chemotherapy and other home I.V. infusion therapies.

## I. ASSIGNMENT OF BENEFITS TO ABBOTT

Under this arrangement, Abbott will accept the Assignment of Benefits, on behalf of customer's, patients, and bill third-party payors and/or the patient for products and services provided to the patient.

## II. SERVICES PROVIDED BY CUSTOMER.

Customer will provide the following services:

A. Compound products and supply ancillaries for home patients, deliver products to the patient's home and provide home inventory management of patient supplies on a first dose or emergency basis only. Customer shall maintain its licensure and compliance with all state and pharmacy regulations in the state(s) in which Customer operates pharmacy(s), or pharmacy services shall be procured from a pharmacy in compliance with such regulations, and no fees shall be paid to Customer.

B. Provide for coordination and management of patient training.

C. Coordinate for in-home high-tech nursing follow-up.

D. Provide clinical management services.

Abbott agrees to pay Customer for services provided (excluding high-tech nursing follow-up which the nursing provider should bill directly to Abbott), when invoiced by Customer, according to the Schedule of Fees attached as Exhibit A.

III. SERVICES PROVIDED BY ABBOTT.

Abbott will provide the following services:

A. Compound products and supply ancillaries for home patients, deliver products to the patient's home and provide home inventory management of patient supplies. Abbott shall maintain its licensure and compliance with all state and pharmacy regulations in the state(s) in which Abbott operates pharmacy(s), or pharmacy services shall be procured from a pharmacy in compliance with such regulations.

B. Abbott will maintain a twenty-four hour toll-free customer service line, staffed by a registered nurse, for professional-to-professional consultations.

C. As mutually agreed, Abbott will provide Customer's personnel with in-service training on Abbott infusion devices.

D. Abbott agrees to provide existing patient training materials for use by the customer.

E. Abbott agrees to provide Abbott Home Nursing Policies and Procedures and Pharmacy Guidelines as needed by Customer.

Under this arrangement, Abbott will review the patient's reimbursement status and reserves the right to reject patients subject to this review.

IV. REPLACEMENT INVENTORY

Under this Agreement, Abbott will supply replacement inventory to Customer of Abbott manufactured products and administration equipment necessary for providing Home Infusion Therapies in accordance with this Agreement. If non-Abbott items are required and Abbott does not manufacture a like product, Customer will procure them locally and Abbott will reimburse Customers for acquisition cost or Average Wholesale Price (AWP), whichever is less. The Customer is solely responsible to maintain records of the products ordered for and supplied to patients, and to provide all necessary documentation to Abbott in accordance with the inventory procedures detailed in Exhibit B.

V. TERMS AND CONDITIONS

This Agreement will be in effect for a term of one (1) year beginning on the date of acceptance by Abbott and will be automatically renewed for additional and successive terms of one (1) year each, unless and until terminated. Prices quoted herein will remain firm and unchanged for a period of one (1) year.

All other terms and conditions applicable to this Agreement will be as stated in Attachment I.

VI. ACCEPTANCE

This contract proposal will remain in effect for thirty (30) days from the date of this letter for your consideration. No change in this proposal, including any conflicting or additional terms contained in any purchase order, acknowledgment form or other written document submitted by Customer shall be valid or binding unless approved in writing by Abbott at its home office. By signing this letter, Customer agrees to the terms and conditions contained in this Home Infusion Therapy Agreement.

| ACCEPTED: | ACCEPTED: |
|---|---|
| UNIVERSITY HOSPITALS FOR HOME CARE | ABBOTT LABORATORIES |
| By: [signature] | By: [signature] |
| Title: Vice President | Title: Manager, Contract Marketing |
| Date: 2/11/93 | Date: 2/24/93 |

agreement/UNHPCLEVDOC

ATTACHMENT I

TERMS AND CONDITIONS

*CONFIDENTIAL INFORMATION:* Customer and Abbott agree to keep the terms of this Agreement confidential during the term of the Agreement and for a period of three (3) years following the termination of this Agreement. In addition, either party may, from time to time, disclose certain confidential information to the other party. Each party shall take all reasonable steps to prevent disclosure of any information designated by the other party as confidential, and shall not use or disclose any such information for a period of three (3) years following termination of this Agreement. The foregoing shall not apply to information:

a) which either party can show was know to it prior to the disclosure by the other party;
b) which is or becomes public knowledge through no fault of either party; or
c) which is lawfully disclosed to either party by a third party.

*PRODUCT:* Customer agrees to use products, manufactured by Abbott, for patients serviced under this Agreement. Non-Abbott manufactured products may not be substituted unless the substitute is required for medical reasons or no Abbott manufactured product is available.

*CONTRACT TERMINATION:* Either Customer or Abbott may upon thirty (30) days prior written notice terminate this Agreement; provided, however, that such termination will not affect the rights and obligations of either party which have accrued prior to such termination. This Agreement will automatically terminate in the event of the bankruptcy or insolvency of either party. In the event of a breach of any material provision of this Agreement by either party, the breaching party shall have thirty (30) days after receipt of written notice of termination to effect a cure of said breach; the Agreement will terminate upon the expiration of said thirty (30) day period if no cure is effected to the satisfaction of the non-breaching party.

*ASSIGNMENT:* This Agreement will be governed by the laws of the State of Ohio and may not be assigned in whole or in party by either party without the other party's consent.

*OTHER TERMS AND CONDITIONS:* Terms and conditions not specifically covered by this contract proposal are subject to the Abbott Hospital Products Catalog in effect at the time of invoicing and are subject to change without notice.

*INDEMNIFICATION:* Abbott Home Infusion Services shall furnish Customer with Abbott's Standard Product Indemnification Policy (Exhibit C). Customer shall indemnify, hold harmless and defend Abbott from any claim for bodily injury or tangible property damage arising, or alleged to arise, from Customer's failure to perform in accordance with this Agreement.

Customer shall provide to Abbott written evidence of insurance acceptable to Abbott. In addition, Customer shall update this evidence of insurance annually or 30 days prior to any change or cancellation of coverage. If this change or cancellation is unacceptable to Abbott, Abbott may immediately terminate this Agreement.

Exhibit A

FULL SERVICE REFERRAL

SCHEDULE OF FEES

| | FEES PAID FOR SERVICES PERFORMED [1]: | | | | | | |
|---|---|---|---|---|---|---|---|
| | TPN | TEN | ANTI | CHEMO | PAIN MGMT | IV HYDRATION | CATHETER CARE |
| Patient Training [2] | $650.00 /pt | $200.00 /pt | $200.00 /pt | $250.00 /pt | $250.00 /pt | $50.00 /pt [6] | N /A |
| Discharge Coordination [3] | $200.00 /pt | $75.00 /pt | $175.00 /pt | $175.00 /pt | $175.00 /pt | N /A | N /A |
| Clinical Management [4] | $7.25 /day | $2.00 /day | $7.25 /day | $7.25 /day | $7.25 /day | N /A | N /A |
| Compounding | $30.00 /bag [5] | N /A | $5.00 /dose | $8.00 /dose | $10.00 /dose | $5.00 /dose | N /A |
| Delivery | $7.00 /day | $1.75 /day | $7.00 /day | $7.00 /day | $7.00 /day | $7.00 /day | $1.50 /day |

[1] "Day" refers to the number of days a patient actually administers the therapy.
[2] Training fees will not be paid on Medicare, Medicaid and other publicly supported patients.
[3] Discharge coordination fees will not be paid on Medicare, Medicaid and other publicly supported patients.
[4] Clinical Management fees will not be paid on Medicare, Medicaid and other publicly supported patients.
[5] Compounding fee for one liter; two liters is $35.00; over two liters is $40.00.
[6] Includes training and discharge coordination services. Fees will be paid on patients who are on therapy ten (10) days or more.

EXHIBIT B



ABBOTT HOME INFUSION SERVICES
HOME INFUSION THERAPY AGREEMENT

REPLACEMENT INVENTORY

Background

Replacement Inventory will be provided to Customers who have a signed contract. The only items available for replacement will be full cases of Abbott Product. If non-Abbott items are required and Abbott does not manufacture a like product, the Customer can procure them locally and Abbott will reimburse the Customer for the lower of acquisition cost or the Average Wholesale Price (AWP) of the item when the inventory is used.

Required Documentation/Notification

**Patient Shipment:**

For each patient shipment, the Customer must complete the appropriate Patient Shipping Records (provided by Abbott). Each time a shipment is made, copies of this form must be mailed within five (5) business days to:

Abbott Home Infusion Services
Materials Management Department (H60)
One Abbott Park Road.
Abbott Park, Ill. 60064-3500
Attention: Inventory Coordinator

If required documentation and notification for the prior month is not received by the 5th business day of the month, Abbott reserves the right to withhold shipment of additional product.

**Patient Status:**

Materials Management must be notified (800-752-4926) whenever a change in patient status occurs (e.g. an active patient is discontinued).

EXHIBIT B

(Page 2 of 2)

Inventory Replacement

Abbott product will be replaced as product is utilized with orders made in case quantities as needed by calling Materials Management at 1-800-752-4926. All replacement stock will be in full cases, shipped by standard surface carrier. If premium routing is requested, the additional cost will be billed to the Customer.

No replacement shipment will be made unless the Customer has submitted all required documentation as specified in this procedure.

Pump Control

Electronic Flow Control devices (i.e. pumps) will be shipped to the Customer at the time a patient is referred to New Client Admissions. These devices can be shipped via premium routing if necessary. Abbott Laboratories will be responsible for the premium freight.

It is the responsibility of Customer to maintain serial number control for each pump received and traceability to the patient. When a pump is returned to a Customer, the Customer must call Materials Management at 1-800-752-4926 for instructions. If a pump has a reported malfunction, it is an Abbott requirement that it must be returned to an Abbott facility for recertification prior to reuse.

Additional Questions

If you have further questions regarding Replacement Inventory, please call the Materials Manager at 1-800-752-4926.

EXHIBIT C

PRODUCT/SERVICE INDEMNIFICATION POLICY

Abbott Laboratories ("Abbott") will indemnify and hold you, your employees, agents or servants harmless for compensatory damages awarded, if any, and for your costs of defense including attorney's(s) fees arising from bodily injury or tangible property damage caused either (i) by the use by your customers of Abbott products sold to you by Abbott for distribution or resale, of (ii) by any services provided by Abbott to your customer as discussed in the foregoing agreement. The limits of this indemnity are $1,000,000 per person for bodily injury and $5,000,000 per occurrence for bodily injury or property damage. Abbott's obligation hereunder with respect to its product will apply only when such product is lawfully sold, dispensed or distributed by you in the regular course of your business and if such product is in or from the original Abbott package. Said obligation will also apply when an Abbott product is lawfully dispensed in lieu of a chemically identical bioequivalent product prescribed by a different brand name.

Abbott shall not be obligated to you under this indemnity if any of the following are true:

1. The bodily injury or tangible property damage is a result of any negligence on the part of you, your employees, agents or servants.

2. Liability for bodily injury or tangible property damage is imposed for breach of an express or implied warranty by you, your employees, agents or servants which warranty is unauthorized by Abbott.

3. You fail to notify Abbott in writing of a claim or lawsuit that you allege is covered by this indemnity within thirty (30) days after you have received notice of said claim or within the time required to file an answer to said lawsuit. The notification to Abbott must be sent to Abbott Laboratories, Abbott Park, Illinois, Attention: Department 317.

4. You fail to cooperate with Abbott in any regard in the investigation and defense of any claim or lawsuit covered by this indemnity.

agreement/UNHPCLEVDOC