UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | |
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | |

**MOTION FOR EXPEDITED CLARIFICATION
OF THE GOVERNING CASE MANAGEMENT ORDERS**

The United States and Relator ("plaintiffs"), hereby seek to have the Court clarify a single provision, virtually identical in each of the two applicable Case Management Orders ("CMOs), limiting the number of depositions that can be taken of state Medicaid officials.  As set forth more fully in the accompanying Memorandum, defendants Roxane and Dey have recently taken a position that seems flatly at odds with the express terms of the governing CMOs, and that threatens to consume enormous resources on both sides.  In short, Dey and Roxane maintain that numerous cross-notices of state Medicaid official in state average wholesale price ("AWP") litigation should not "count" against the one Rule 30(b)(6) state Medicaid deposition permitted under the CMO.  For

example, on May 12, 2008, Roxane issued Cross-Notices of <u>six</u> Rule 30(b)(1) depositions of Kentucky Medicaid or other government officials, propounded in the Kentucky state case. The depositions were noticed for six separate dates. As deposition discovery in both cases is on a short timeframe, the issue is an urgent one, and so plaintiffs ask for an expedited ruling on this Motion.

Respectfully submitted,

GREGORY G. KATSAS
ACTING ASSISTANT ATTORNEY GENERAL

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ George B. Henderson, II
/s/ Barbara Healy Smith
GEORGE B. HENDERSON, II
BARBARA HEALY SMITH
JEFFREY FAUCI
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263

JOYCE R. BRANDA
DANIEL R. ANDERSON
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Dated: June 2, 2008                (202) 514-3345

## CERTIFICATION

  The undersigned counsel certifies pursuant to LR 7.1(a)(2) that counsel have conferred on the issue raised in this motion in a good faith attempt to resolve the issue raised herein.

|  |  |
|---|---|
|  | /s/ Barbara Healy Smith |
|  | BARBARA HEALY SMITH |
| Dated: June 2, 2008 | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day caused an electronic copy of the above "Motion for Expedited Clarification of the Case Management Orders" to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ George B. Henderson, II |
|  | GEORGE B. HENDERSON, II |
| Dated: June 2, 2008 | Assistant U.S. Attorney |