# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br><br>Hon. Patti B. Saris |

## STIPULATION CONERNING DOCUMENTS PREVIOUSLY FILED UNDER SEAL

Class Plaintiffs and Defendant Bristol-Myers Squibb Company agree that certain material, previously filed under seal in this action, may be unsealed because the materials contained in them are no longer confidential.  Accordingly, the undersigned parties respectfully submit this stipulation to unseal the following documents that were previously filed in this action:

1. Declaration of Raymond S. Hartman in Rebuttal to Dr. Halpert L. White, dated December 16, 2004;

2. Declaration of Lucy Fowler in Support of Track 1 Defendants' Motion for Summary Judgment, dated March 15, 2006; and

3. Exhibit 74 to Fowler Declaration, dated March 15, 2006: GAO Report, "Medicare Physician Fee Schedule: Practice Expense Payments to Oncologists Indicate Need for Overall Refinements," Report No. GAO-02-53 (Oct. 31, 2001).

\\\NY - 058559/000059 - 1085286 v2

Dated:  Boston, Massachusetts
            June 3, 2008

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **DWYER & COLLORA, LLP** |
| By:  /s/ Steve W. Berman           Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br><br>*Attorneys for Class Plaintiffs* | By:  /s/ Thomas E. Dwyer (BBO#139660)           Thomas E. Dwyer (BBO# 139660)           Jennifer M. Ryan (BBO#661498)<br>600 Atlantic Avenue<br>Boston, MA  02210<br>Tel:  (617) 371-1000<br>Fax:  (617) 371-1037<br>jryan@dwyercollora.com<br>tdwyer@dwyercollora.com<br><br>**HOGAN & HARTSON LLP**<br><br>Steven M. Edwards, Esq. (SE 2773)<br>Lyndon M. Tretter (LT 4031)<br>Thomas J. Sweeney (TS 6557)<br>Admitted *pro hac vice*<br>875 Third Avenue<br>New York, NY  10022<br>Tel:  (212) 918-3640<br>Fax:  (212) 918-3100<br><br>*Attorneys for Defendant Bristol-Myers Squibb Company* |

## CERTIFICATE OF SERVICE

       I, Sandhya P. Kawatra, hereby certify that on June 3, 2008, I have caused true and correct copies of the foregoing Stipulation Concerning Documents Previously Filed Under Seal, to be served on all counsel of record by electronic service, pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

Date: New York, New York
       June 3, 2008

       /s/Sandhya P. Kawatra
       Sandhya P. Kawatra