UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris <br> Magistrate Judge Marianne Bowler |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* <br> CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**SUBMISSION BY THE UNITED STATES OF PRIVILEGED
DOCUMENTS RELATING TO ABBOTT DRUGS FOR
<u>*IN CAMERA*</u> REVIEW PURSUANT TO COURT'S ORDER OF NOV. 9, 2007**

As directed by Order of the Honorable Patti Saris dated November 9, 2007, the United

States submits the appended documents for *in camera* review by the Honorable Magistrate

Judge.  Contemporaneous with this submission, but by separate public filing, the United States is

filing a memorandum in support of the governmental privilege claimed in connection with the documents submitted herewith (Dkt. 5353).

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

_____
George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

GREGORY G. KATSAS
ACTING ASSISTANT ATTORNEY GENERAL

/s/ Justin Draycott
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088

Dated: June 3, 2008.