UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* CIVIL ACTION NO. 05-11084-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

### UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING THE DEY DEFENDANTS' RULE 30(b)(6) NOTICE

The United States of America, through its undersigned counsel, respectfully moves this Court to issue an order pursuant to Federal Rule of Civil Procedure 26(c) prohibiting defendants Dey, Inc., Dey L.P., Inc. and Dey L.P. ("Dey") from subjecting government witnesses to deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on certain of Dey's sixty-four (64) topic and 25 sub-topic areas. *See* Exhibit A. For the reasons explained in the accompanying memorandum, those topics seek privileged and irrelevant information, are unreasonably broad and burdensome, and/or seek information that should be obtained by other means. Fed. R. Civ. P. 26(b)(2)(C).

Respectfully submitted,

GREGORY G. KATSAS
ACTING ASSISTANT ATTORNEY
GENERAL

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   /s/ George B. Henderson
      GEORGE B. HENDERSON, II
      Assistant U.S. Attorney
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3272

      JOYCE R. BRANDA
      DANIEL R. ANDERSON
      LAURIE A. OBEREMBT
      Civil Division
      Commercial Litigation Branch
      P. O. Box 261
      Ben Franklin Station
      Washington, D.C.  20044
      (202) 514-3345

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have communicated with counsel for the defendants Dey, Inc., *et al.,* in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to resolve or narrow the issues raised in this motion.

/s/ Laurie A. Oberembt
Laurie A. Oberembt

Dated: June 3, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING THE DEY DEFENDANTS' RULE 30(b)(6) NOTICE" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 3, 2008

/s/ Laurie A. Oberembt
Laurie A. Oberembt