# EXHIBIT A

**NY FACC EXHIBIT B SUMMARY:**
**SCHERING BRAND DRUGS WITH SPREADS >30%**

| DRUGS | Time Period of Spread |
|---|---|
| Celestone | 10 months |
| Claritin | 1 year |
| Claritin-D | 10 months |
| Diprolene | 10 months |
| Elocon | 1 day |
| Eulexin | 3 months |
| Gyne-Lotrimin | 1 year |
| Imdur | 21 days |
| Intron-A | 10 months |
| K-Dur | 4 months |
| Lotrisone | 3 months |
| Nitro-Dur | 10 months |
| Peg-Intron | 4 months |
| Permitil | 5 months |
| Proventil | 9 months |
| Rebetron | 3 months |
| Temodar | 3 months |
| Trilafon | 2 months |
| Vancenase | 8 months |
|  |  |
| **19 Drugs** |  |