# EXHIBIT B

**NY EXHIBIT B SUPPLEMENT:**
**QUARTERLY EXEMPLAR FOR SCHERING BRAND DRUGS ELOCON, IMDUR and TRILAFON WITH SPREADS >30%**

| DMG | Manufacturer | NDC | DRUG | StartDate | EndDate | Source | FDB AWP (pkg) | Weighted Market Prices (pkg) | AWP to Market Spread |
|---|---|---|---|---|---|---|---|---|---|
| Schering | SCHERING CORP. | 00085085401 | ELOCON 0.1% LOTION | 10/1/2004 | 12/31/2004 | Cardinal | $32.24 | $24.64 | 30.84% |
| Schering | SCHERING CORP. | 00085037001 | ELOCON 0.1% OINTMENT | 4/1/2003 | 6/30/2003 | ABC | $26.13 | $19.80 | 31.97% |
| Schering | SCHERING CORP. | 00085037002 | ELOCON 0.1% OINTMENT | 4/1/2003 | 6/30/2003 | ABC | $47.84 | $36.76 | 30.14% |
| Schering | SCHERING CORP. | 00085037002 | ELOCON 0.1% OINTMENT | 8/28/2003 | 9/30/2003 | ABC | $49.75 | $38.13 | 30.50% |
| Schering | SCHERING/KEY | 00085115303 | IMDUR 120MG TABLET SA | 4/1/2003 | 6/30/2003 | ABC | $283.75 | $187.24 | 51.55% |
| Schering | SCHERING/KEY | 00085330603 | IMDUR 30MG TABLET SA | 7/1/2002 | 9/30/2002 | ABC | $179.83 | $137.17 | 31.10% |
| Schering | SCHERING CORP. | 00085036302 | TRILAFON 16MG/5ML ORAL CONC | 1/12/1999 | 3/31/1999 | Cardinal | $44.64 | $33.96 | 31.46% |
| Schering | SCHERING CORP. | 00085001204 | TRILAFON 5MG/ML AMPUL | 1/1/1999 | 1/11/1999 | Cardinal | $6.42 | $4.85 | 32.22% |
| Schering | SCHERING CORP. | 00085001204 | TRILAFON 5MG/ML AMPUL | 1/12/1999 | 3/31/1999 | Cardinal | $6.64 | $5.00 | 32.84% |