# EXHIBIT C
## SCHERING DRUG AWP TO AMP RATIOS AND QUARTERLY COUNT

| NDC | DRUG | MINIMUM AWP to AMP Ratio | MAXIMUM AWP to AMP Ratio | No. of Quarters Where AWP to AMP Ration is greater than 1.30 |
|---|---|---|---|---|
| 00085056605 | CELESTONE SOLUSPAN 6MG/ML | 1.2252 | 1.3817 | 4 |
| 00085045805 | CLARITIN 10 MG TABLET | 1.2251 | 1.3382 | 11 |
| 00085112802 | CLARITIN 10MG REDI-TABS | 1.2187 | 1.3302 | 12 |
| 00085045803 | CLARITIN 10MG TABLET | 1.2252 | 1.3387 | 14 |
| 00085045806 | CLARITIN 10MG TABLET | 1.2251 | 1.3386 | 11 |
| 00085122301 | CLARITIN 10MG/10ML SYRUP | 1.2056 | 1.3064 | 13 |
| 00085063501 | CLARITIN-D 12 HOUR TAB SA | 1.2195 | 1.3308 | 11 |
| 00085063504 | CLARITIN-D 12 HOUR TAB SA | 1.2195 | 1.3308 | 7 |
| 00085063505 | CLARITIN-D 12 HOUR TAB SA | 1.2188 | 1.3300 | 7 |
| 00085123301 | CLARITIN-D 24 HOUR TAB SA | 1.2231 | 1.3252 | 9 |
| 00085057505 | DIPROLENE 0.05% OINTMENT | 0.8347 | 1.9807 | 3 |
| 00085051701 | DIPROLENE AF 0.05% CREAM | 1.2906 | 1.8973 | 35 |
| 00085056701 | ELOCON 0.1% CREAM | 1.6413 | 2.0308 | 36 |
| 00085085401 | ELOCON 0.1% LOTION | 1.2647 | 1.4052 | 13 |
| 00085037001 | ELOCON 0.1% OINTMENT | 1.4781 | 2.6090 | 36 |
| 00085052503 | EULEXIN 125 MG CAPSULE | 1.2960 | 1.3996 | 31 |
| 00085052506 | EULEXIN 125MG CAPSULE | 1.2225 | 1.3202 | 2 |
| 00085115303 | IMDUR 120MG TABLET SA | 1.2230 | 1.9595 | 12 |
| 00085117902 | INTRON A 10MM UNITS/ML KIT | 1.1980 | 1.5440 | 2 |
| 00085057102 | INTRON A 10MMU VIAL | 2.1358 | 2.6486 | 36 |
| 00085113301 | INTRON A 10MMU/ML VIAL | 1.0055 | 2.4554 | 4 |
| 00085111001 | INTRON A 18 MILLION UNITS VIAL | 1.2002 | 1.3408 | 4 |
| 00085064705 | INTRON A 3 MILLION UNITS VIAL | 1.2204 | 1.3000 | 1 |
| 00085053901 | INTRON A 50MMU VIAL | 1.2235 | 1.3308 | 1 |
| 00085026381 | K-DUR 10MEQ TABLET SA | 1.2045 | 1.3851 | 12 |
| 00085078781 | K-DUR 20MEQ TABLET SA | 1.2561 | 1.6527 | 35 |
| 00085078706 | K-DUR 20MEQ TABLET SA | 1.1499 | 1.5130 | 10 |
| 00085092401 | LOTRISONE CREAM | 1.0742 | 1.8034 | 35 |
| 00085330530 | NITRO-DUR 0.1 MG/HR PATCH | 1.2413 | 4.5696 | 29 |
| 00085330535 | NITRO-DUR 0.1MG/HR PATCH | 1.2413 | 4.5696 | 29 |
| 00085331030 | NITRO-DUR 0.2MG/HR PATCH | 1.2373 | 1.9704 | 20 |
| 00085331035 | NITRO-DUR 0.2MG/HR PATCH | 1.2373 | 1.9704 | 20 |
| 00085331530 | NITRO-DUR 0.3MG/HR PATCH | 1.2418 | 1.9365 | 22 |
| 00085331535 | NITRO-DUR 0.3MG/HR PATCH | 1.2418 | 1.9365 | 22 |
| 00085332030 | NITRO-DUR 0.4MG/HR PATCH | 1.2373 | 3.6030 | 18 |
| 00085332035 | NITRO-DUR 0.4MG/HR PATCH | 1.2373 | 3.6030 | 18 |
| 00085333030 | NITRO-DUR 0.6MG/HR PATCH | 1.2361 | 2.3302 | 24 |
| 00085333035 | NITRO-DUR 0.6MG/HR PATCH | 1.2361 | 2.3305 | 24 |
| 00085081930 | NITRO-DUR 0.8MG/HR PATCH | 1.2319 | 1.5724 | 17 |
| 00085081935 | NITRO-DUR 0.8MG/HR PATCH | 1.2319 | 1.5724 | 17 |

# EXHIBIT C
## SCHERING DRUG AWP TO AMP RATIOS AND QUARTERLY COUNT

| NDC | DRUG | MINIMUM AWP to AMP Ratio | MAXIMUM AWP to AMP Ratio | No. of Quarters Where AWP to AMP Ration is greater than 1.30 |
|---|---|---|---|---|
| 00085130401 | PEG-INTRON 120 MCG KIT | 1.2233 | 1.3544 | 8 |
| 00085127901 | PEG-INTRON 150MCG KIT | 1.2219 | 1.3505 | 8 |
| 00085136801 | PEG-INTRON 50 MCG KIT | 1.1898 | 1.3289 | 6 |
| 00085129101 | PEG-INTRON 80MCG KIT | 1.2216 | 1.3437 | 8 |
| 00085020901 | PROVENTIL .83MG/ML SOLUTION | 1.2056 | 3.3738 | 16 |
| 00085043104 | PROVENTIL 4MG REPETABS | 1.5464 | 1.6321 | 27 |
| 00085020802 | PROVENTIL 5MG/ML SOLUTION | 1.2257 | 1.5606 | 19 |
| 00085061402 | PROVENTIL 90 MCG INHALER | 1.2120 | 1.3214 | 7 |
| 00085123601 | REBETRON 1,200 THERAPY PAK | 0.9608 | 1.3349 | 9 |
| 00085125202 | TEMODAR 250 MG CAPSULE | 1.2245 | 1.3408 | 3 |
| 00085001204 | TRILAFON 5MG/ML AMPUL | 1.2402 | 1.6041 | 8 |

This exhibit reflects the ratio of Schering's AWPs to AMPs for the listed products during the period 1997Q1 through