UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____

IN RE PHARMACEUTICAL INDUSTRY         )
AVERAGE WHOLESALE PRICE               )    MDL NO. 1456
LITIGATION                            )    CIVIL ACTION NO.
                                      )    01-12257-PBS
_____)

THIS DOCUMENT RELATES TO:


United States of America, ex rel. Ven-a-Care
of the Florida Keys, Inc. v. Abbott
Laboratories, Inc.,
Civil Action No. 06-11337-PBS


                        **PROCEDURAL ORDER RE:**
                             **RECUSAL**

                            **June 6, 2008**

**BOWLER, U.S.M.J.**

     On May 13, 2008, the United States of America ("the government") filed a response to the Procedural Order (Docket Entry # 5252) regarding the possible recusal of this court pursuant to 28 U.S.C. § 455(b)(4) and/or 28 U.S.C. § 455(b)(5). (Docket Entry # 5295).  In response thereto, this court advises the government that the licensing agreement between the Brigham and Women's Hospital and Boehringer Ingelheim International GmbH ("BI International") is not tied to sales of one or more products of BI International.

     The United States is directed to advise this court on or before June 16, 2008, whether the government objects to my continued involvement in this action.  In the event the

government continues to seek additional information, the government should specify such information in a filing submitted to this court on or before June 16, 2008.

        /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge