UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE PHARMACEUTICAL INDUSTRY   )   MDL NO. 1456
AVERAGE WHOLESALE PRICE         )
LITIGATION                                  )   CIVIL ACTION NO. 01-CV-12257-PBS
_____)
                                            )   Hon. Patti B. Saris
THIS DOCUMENT RELATES TO        )
ALL ACTIONS                                 )
                                            )
_____)

NOTICE OF WITHDRAWAL OF APPEARANCE OF
JAMES J. DUFFY, AIMEE HECTOR, ABIGAIL M. KAGLE,
AND MARY ELIZABETH PARR

Notice is hereby given of the withdrawal of appearance of James J. Duffy, Aimee Hector, Abigail M. Kagle, and Mary Elizabeth Parr as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. Nicholas C. Theodorou and Katherine B. Schmeckpeper of Foley Hoag LLP and D. Scott Wise, Michael S. Flynn, Kimberley D. Harris of Davis Polk & Wardwell will continue to serve as counsel for defendant AstraZeneca in the above-captioned matter.

Dated:   Boston, Massachusetts
         June 9, 2008

                                  Respectfully Submitted,


                            By:   /s/ Katherine B. Schmeckpeper
                                  Nicholas C. Theodorou (BBO #496730)
                                  Katherine B. Schmeckpeper (BBO #663200)
                                  FOLEY HOAG LLP
                                  155 Seaport Blvd.
                                  Boston, Massachusetts  02210
                                  Tel:  (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on June 9, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

 /s/ Catherine N. Karuga
Catherine N. Karuga