# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **ALL MATTERS** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE (PRO HAC VICE) OF STEVEN S. DIAMOND, ROBERT S. LITT, JUSTIN S. ANTONIPILLAI, AND JOSEPH M. MEADOWS

TO THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

Please take notice of the withdrawal of appearance of Steven S. Diamond, Robert S. Litt, Justin S. Antonipillai, and Joseph M. Meadows, as counsel, *pro hac vice*, for Defendant ETHEX Corporation. The undersigned attorneys will continue as counsel for ETHEX Corporation.

ETHEX Corporation

By its attorneys

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO # 543834)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA  02210-1108
Tel: (617) 307-6100

*Pro Hac Vice:*

C. Michael Moore
Margaret D. Hall
Sonnenschein Nath & Rosenthal LLP
1717 Main Street, 34th Floor
Dallas, TX  75201
(214) 259-0945

Mark A. Flessner
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

Dated:  June 9, 2008

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

    I, Scott A. Birnbaum, hereby certify that, on June 9, 2008, I caused a copy of the foregoing to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

    /s/ Scott A. Birnbaum