UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.,* | ) | |
| No. 06-CV-11337-PBS | ) | |

**DEFENDANT ABBOTT LABORATORIES INC.'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Abbott Laboratories Inc. ("Abbott"), through undersigned counsel, respectfully files this unopposed motion to enlarge the time to file its Reply in support of its Motion To Enforce The February 16, 2007 Protective Order And For Order Compelling Plaintiff To Return Inadvertently Produced Privileged Documents (Dkt. No. 5276) ("Motion to Compel").  Abbott requests that the time to file its Reply be enlarged to June 20, 2008.  In support of its enlargement request, Abbott states that:

1.      Abbott's Reply is support of its Motion to Compel is due June 12, 2008. Additional time is needed due to Abbott's counsel's previously scheduled matters and the investigation required to address the matters raised in plaintiff's Opposition (Dkt. No. 5344). Abbott requests leave to respond on or before June 20, 2008.

2.      Abbott's counsel has communicated with Ann St. Peter-Griffith, counsel for the United States about this matter, and plaintiff does not object to Abbott's request for additional time.

3.      Abbott consents to the United States requesting 7 days from June 20, 2008 to file a sur-reply.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to file its Reply in support of its Motion to Compel be enlarged to June 20, 2008.

Dated:  June 9, 2008

Respectfully submitted,


/s/ Toni-Ann Citera


James R. Daly
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Fax:  (312) 782-8585


Toni Ann Citera
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Telephone: (212) 326-3939
Fax: (212) 755-7306


R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700


*Attorneys for Abbott Laboratories Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 9, 2008, the foregoing ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was served upon all counsel of record in this action electronically by posting a true and correct copy of same via Lexis-Nexis.

/s/ Gabriel H. Scannapieco