UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

### ORDER

Upon consideration of Defendant Abbott Laboratories' Inc's *Unopposed Motion for Enlargement of Time*, it is hereby ORDERED THAT the motion is GRANTED and Abbott shall have until June 20, 2008 to file a Reply in support of its Motion To Enforce The February 16, 2007 Protective Order And For Order Compelling Plaintiff To Return Inadvertently Produced Privileged Documents (Dkt. No. 5276).

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge