UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| **THIS DOCUMENT RELATES TO:** ) ) ) | Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| *U. S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.,* NO. 07-CV-11618-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC.'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO ABBOTT LABORATORIES, INC.'S REQUEST FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C.§ 1292(B) AND STAY OF DISCOVERY PENDING APPEAL**

Pursuant to Local Rule 7.1(b)(3), Plaintiff Ven-A-Care of the Florida Keys, Inc. ("VAC"), requests permission to file a sur-reply in opposition to Abbott Laboratories, Inc.'s Reply in Support of Request for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b), and Stay of Discovery Pending Appeal ("Abbott's reply brief"). VAC's sur-reply brief is attached hereto as Exhibit 1.

On March 14, 2008, this Court denied in full Abbott Laboratories, Inc's motion to dismiss VAC's Erythromycin complaint and ordered the parties to propose a discovery schedule for the action. Instead, on April 25, 2008 Abbott requested certification for interlocutory appeal and a stay of discovery. VAC opposed this request for certification in a brief filed on April 29, 2008. On May 9, 2008, Abbott moved for leave to file a reply brief in support of its request for certification for interlocutory appeal. Abbott's reply brief misleadingly and unfairly presents VAC's arguments against certification of the Court's ruling on the motion to dismiss and also misinterprets the Court's

ruling. VAC now seeks leave to file a sur-reply to have the opportunity to respond to Abbott's arguments.

Wherefore, VAC respectfully requests that the Court grant its Motion to Leave to File a Sur-reply in Opposition to Abbott Laboratories Inc.'s Request for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Stay of Discovery Pending Appeal.

Dated: June 10, 2008

Respectfully submitted,
Attorneys for Plaintiff
Ven-A-Care of the Florida Keys, Inc.

   /s/ Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Susan Schneider Thomas
Roslyn G. Pollack
Joy Clairmont
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3000

STERN, SHAPIRO, WEISSBERG & GARIN LLP
Jonathan Shapiro (BBO No. 454220)
90 Canal Street, 5th Floor
Boston, MA 02114-2022
Phone: 617-742-5800

THE BREEN LAW FIRM
James J. Breen (Florida Bar No. 297178)
P.O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1705

GOODE, CASSEB, JONES, RIKLIN,  
CHOATE & WATSON  
John E. Clark  
2122 North Main Avenue  
San Antonio, TX 78212-9680  
Phone: 210-733-6030