UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) *The City of New York, et al.* ) ) *v.* ) ) *Abbott Laboratories, Inc., et al.* ) ) ) | Judge Patti B. Saris |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP. The office address, and telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

Dated:  June 10, 2008

                          Respectfully submitted,

                          **MILBERG LLP**

                          */s/ Ross B. Brooks*
                          Ross B. Brooks
                          One Pennsylvania Plaza
                          New York, New York 10119
                          212-594-5300
                          rbrooks@milberg.com

                          *Counsel for County of Nassau*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of June, 2008, caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM NAME** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 10, 2008

                                          Respectfully submitted,

                                        MILBERG LLP

                                        */s/ Ross B. Brooks*
                                        Ross B. Brooks
                                        One Pennsylvania Plaza
                                        New York, New York 10119
                                        212-594-5300
                                        rbrooks@milberg.com

                                        *Counsel for County of Nassau*