# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br><br>v.<br><br>*Abbott Laboratories, Inc., et al.* | )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT David J. Bershad, Michael Buchman, Douglas Richards and Melvyn I. Weiss, former attorneys at Milberg Weiss LLP, hereby withdraw as counsel for Plaintiff County of Nassau. Milberg Weiss LLP, now known as Milberg LLP, continues to serve as counsel for Plaintiff County of Nassau through attorney Ross B. Brooks, who requests that all future correspondence and papers in this action continue to be directed to him.

Dated:  June 10, 2008

Respectfully submitted,

**MILBERG LLP**

  /s/ Ross B. Brooks
Ross B. Brooks
One Pennsylvania Plaza
New York, New York 10119
212-594-5300
rbrooks@milberg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of June, 2008, caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 10, 2008

                                  MILBERG LLP

                                  */s/ Ross B. Brooks*
                                  Ross B. Brooks
                                  One Pennsylvania Plaza
                                  New York, New York 10119
                                  212-594-5300
                                  rbrooks@milberg.com