```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) | |
| **THIS DOCUMENT RELATES TO:** ) ) City of New York et al v. Abbott ) Laboratories, et al. ) Civ. Action No. 04-cv-06054, et al. ) ) | MDL NO. 1456 CIVIL ACTION NO. 01-12257-PBS |

                         **PROCEDURAL ORDER
                   RE: THE RENEWED INDIVIDUAL
                       <u>MOTIONS TO DISMISS</u>**

                            June 11, 2008

Saris, U.S.D.J.

   Defendants have renewed previously filed individual motions to dismiss the New York City and New York Counties' consolidated complaints. (<u>See</u>, <u>e.g.</u>, Document Nos. 4372, 4374, 4386, 4389, 4390, 4391, 4402, 4385, 4388, 4435). The parties shall file a status report within ten (10) days outlining which motions still need a ruling. Given the complexity of the docket and the spate of recent filings, the parties shall provide a docket number for any amendment of a pleading or termination of a party, which renders a pending motion moot or which changes the nature of the dispute.

                                    **S/PATTI B. SARIS**
                                    United States District Judge