# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY)<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br> )<br>vs. )<br> )<br>THIS DOCUMENT RELATES TO ALL )<br>CLASS ACTIONS )<br>_____ ) | **MDL NO. 1456**<br><br>**CIVIL ACTION: 01-CV-12257 PBS**<br><br>**Judge Patti B. Saris** |

STATE OF CALIFORNIA        )
                                          )ss.:
COUNTY OF SAN FRANCISCO )

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY DAVID E. MELAUGH ON BEHALF OF DEFENDANT MCKESSON CORPORATION

I, the undersigned attorney John A. Kiernan, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to L.R. 83.5.3, move that the Court allow attorney David E. Melaugh to appear *pro hac vice* in the above-captioned matter. The Certificate required by L.R. 83.5.3 of the above named individual is submitted herewith in support of this motion.

Respectfully submitted,
McKesson Corporation
By its attorneys:

Dated: June 12, 2008

  /s/ John A.  Kiernan_____
John A. Kiernan, BBO #  271020
Bonner, Kiernan, Trebach & Crociata, LLP
200 Portland Street, Suite 400
Boston, MA 02114
Tel. (617) 426 3900
Fax (617) 426 0380

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Paul Flum
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice*)

Steven M. Kaufmann
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

David E. MeLaugh, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
tel.  (415) 268-7159
fax (415) 268-7522

(*pro hac vice* application pending)

sf-2211764

## CERTIFICATE OF SERVICE

I, John A. Kiernan, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system this 12th day of June, 2008.

/s/ John A. Kiernan
John A. Kiernan

sf-2211764