UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AFFIDAVIT OF DAVID E. MELAUGH** |

STATE OF CALIFORNIA         )
                            ) ss.:
COUNTY OF SAN FRANCISCO )

  David E. Melaugh, being duly sworn, deposes and says:

  1. I am an associate of the firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, attorneys for defendant Purdue Pharma L.P. in the actions captioned above. I submit this affidavit pursuant to Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), entered in the action captioned above.

  2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice: The courts of the State of California, the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the State of California.

  3. I have never been the subject of a professional disciplinary proceeding.

1

sf-2526420

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
David E. Melaugh

Sworn to before me this
5th day of June, 2008

_____
Notary Public

SANDY FIERRO LOPEZ
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011

2

sf-2526420

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this ___5-th___ day of ___June___, 20_08_, by

(1) _D. McLay_,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _Sandy Fierro Lopez_
           Signature of Notary Public

**SANDY FIERRO LOPEZ**
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011

Place Notary Seal Above

———— **OPTIONAL** ————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827