UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Courtney A. Clark, a member of the bar of this Court and attorney for defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation moves to admit attorney Sarah B. Fabian to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Sarah B. Fabian, which states that she is a member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation request that the Court grant this motion to admit Sarah B. Fabian *pro hac vice*.

>SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IVAX CORPORATION,
>
>By their attorneys,
>
>/s/ Courtney A. Clark
>Robert J. Muldoon, Jr. (BBO# 359480)
>James W. Matthews (BBO# 560560)
>Courtney A. Clark (BBO # 651381)
>Sherin and Lodgen LLP
>101 Federal Street
>Boston, Massachusetts 02110
>(617) 646-2000
>
>Jay P. Lefkowitz (*pro hac vice*)
>Jennifer G. Levy (*pro hac vice*)
>Patrick M. Bryan (*pro hac vice*)
>Michael C. Occhuizzo (*pro hac vice*)
>John K. Crisham (*pro hac vice*)
>Alexander L. Berg (*pro hac vice*)
>Laura M. Durity (*pro hac vice*)
>Kirkland & Ellis LLP
>625 Fifteenth Street, N.W.
>Washington, D.C. 20005
>(202) 879-5000

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, copies of the foregoing Motion were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

>/s/ Courtney A. Clark