UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Cause No. 1:06-CV-11069-PBS | Judge Patti B. Saris |

### STATE OF ARIZONA'S MOTION
### FOR PROTECTIVE ORDER LIMITING SCOPE OF DISCOVERY

The State of Arizona ("the State") hereby moves for a protective order limiting the scope of discovery to the claims and defenses in the case and specifically barring discovery from the files of State agencies which are not party to this action, and allowing the State to lift the costly and completely wasteful litigation hold initiated at the outset of the case.

In support of its motion, the State of Arizona relies on the Declaration of Elaine Boughner (dated June 13, 2008), the Declaration of Jeniphr Breckenridge, and the State's Memorandum in Support of its Motion for Protective Order, submitted herewith.

For all of the reasons set forth in these submissions, the State of Arizona respectfully requests that its Motion for Protective Order be granted and that the State be freed from the burden of preserving evidence that is not relevant.

Respectfully submitted,

DATED:  June 13, 2008.

HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ **Steve W. Berman**
    Steve W. Berman
    Jeniphr A.E. Breckenridge
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

Terry Goddard
Attorney General
Firm State Bar No. 14000
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-0883
Facsimile:  (602) 542-4377
Consumer@azag.gov

*Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on June 13, 2008, I caused copies of the foregoing document to be served on all counsel of record by the Court's electronic filing service and posted electronically via Lexis-Nexis File & Serve.

    /s/ **Steve W. Berman**
Steve W. Berman