UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Arizona v. Abbott Labs., Inc., et al.*, Cause No. 1:06-CV-11069-PBS | Judge Patti B. Saris |

# [PROPOSED] ORDER GRANTING STATE OF ARIZONA'S MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF DISCOVERY

THIS MATTER is before the Court on the State of Arizona's Motion for Protective Order Limiting Scope of Discovery. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiff State of Arizona's motion. Discovery from State agency files shall not be allowed.

IT IS SO ORDERED.

DATED: _____      _____
                                    Hon. Patti B. Saris
                                    United States District Court Judge

- 1 -

001534-14 241140 V1

- 2 -

## CERTIFICATE OF SERVICE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on June 13, 2008, I caused copies of the foregoing document to be served on all counsel of record by the Court's electronic filing service and posted electronically via Lexis-Nexis File & Serve.

                        /s/ **Steve W. Berman**
                           Steve W. Berman