# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs Inc., et al.*, Cause No. 06-CV-11069-PBS | Judge Patti B. Saris |

## DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF STATE OF ARIZONA'S MOTION FOR PROTECTIVE ORDER LIMITING SCOPE OF DISCOVERY

I, Jeniphr Breckenridge, declare under penalty of perjury under the laws United States of America that:

1.      I am a partner of the law firm of Hagens Berman Sobol Shapiro LLP, counsel for the State of Arizona in this action, and am competent to testify to the matters herein.

2.      At the outset of the case, the State issued a broad and conservative litigation hold to give the State time to conduct a full investigation of the types of information available, including attorney evaluation of the types of documents the agencies were holding and the relationship between the documents and the lawsuit claims.  The State concluded that the litigation hold should be released and the affected agencies should be allowed to manage the retained documents in accordance with their usual and customary document retention policies.

3.      Over the course of this case the State of Arizona has repeatedly attempted to reach agreement with defendants concerning the proper scope of the litigation hold imposed on the State of Arizona and Arizona agencies in the case.

4.      On May 8, 2008, defense liaison counsel sent a draft Joint Stipulation of Dismissal With Prejudice and stated that the only way defendants would agree to release "any litigation hold" was if the State would execute the stipulation.  A true and correct copy of the March 8, 2008 e-mail from John P. Bueker to Jeniphr Breckenridge, including the proposed Joint Stipulation of Dismissal is attached hereto as Exhibit 1.

5.      The strain on State's operations compelled its lawyers to resume efforts in March 2008 to resolve the issue through negotiations with defendants by contacting the designated defense liaison counsel repeatedly with no response.  After two months, the firm advised that the designated defense liaison counsel had retired.

6.      The State's counsel has conferred with defense counsel, most recently on May 28, 2008.  The parties are at an impasse with respect to the scope of discovery.

7.      Attached hereto as Exhibit 2 is a true and correct copy of an e-mail dated January 15, 2007 from Ann Thompson Uglietta to D. Dauphine.

9.      Attached hereto as Exhibit 3 is a true and correct copy of a letter dated February 2, 2007 from James Duffy to Ann Thompson Uglietta.

10.     Attached hereto as Exhibit 4 is a true and correct copy of a letter dated May 8, 2007 from Ann Thompson Uglietta to James Duffy.

11.     Attached hereto as Exhibit 5 is a true and correct copy of a letter dated June 11, 2007 from Eric Gortner to Ann Thompson Uglietta.

12.     Attached hereto as Exhibit 6 is a true and correct copy a letter dated March 11, 2008 from Jeniphr Breckenridge to Steven Kaufman.

13.     Attached hereto as Exhibit 7 is a true and correct copy of a Decision and Order in

*People of the State of New York v. Pharamacia, et al.*, Index No. 904-03 (N.Y. Sup. Ct. July 19,

2006).

Executed this 13th day of June, 2008 in Seattle, Washington


                                                /s/ Jeniphr Breckenridge
                                                Jeniphr Breckenridge

## <u>CERTIFICATE OF SERVICE</u>
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on June 13, 2008, I caused copies of the foregoing document to be served on all counsel of record by the Court's electronic filing service and posted electronically via Lexis-Nexis File & Serve.


<u>      /s/ **Steve W. Berman**            </u>
Steve W. Berman

# Exhibit 1

**Carrie Flexer**

| | |
|---|---|
| **From:** | Jeniphr Breckenridge |
| **Sent:** | Thursday, May 08, 2008 2:26 PM |
| **To:** | Carrie Flexer |
| **Subject:** | FW: State of Arizona v. Abbott Laboratories |
| **Attachments:** | Active_11057493_1.DOC; Active_11057523_1.DOC |

---

**From:** Bueker, John P. [mailto:John.Bueker@ropesgray.com]
**Sent:** Thursday, May 08, 2008 2:14 PM
**To:** Jeniphr Breckenridge
**Cc:** Bueker, John P.
**Subject:** State of Arizona v. Abbott Laboratories

Jeniphr,
I write in response to your letter addressed to Steven Kaufman regarding the State of Arizona's litigation hold in connection with the above-referenced case. Mr. Kaufman has retired from the practice of law. In the future, please direct all correspondence to my attention. With regard to your request, defendants cannot consent to the release of any litigation hold while the matter remains pending. If Arizona wishes defendants to consent to its release of the litigation hold, please execute and return the attached Joint Stipulation of Dismissal with Prejudice to me so that there is no doubt as to the status of the matter. We will then file the Stipulation along with the attached Consent Order. Upon the Court's entry of the Consent Order, defendants agree to the release of the State of Arizona's litigation hold. We look forward to receiving the executed Stipulation soon. Please contact me if you have questions or concerns about the Stipulation or the Consent Order.

Very truly yours,
John

<<Active_11057493_1.DOC>> <<Active_11057523_1.DOC>>


**John P. Bueker**
**ROPES & GRAY LLP**
T 617-951-7951 | M 617-548-3715 | F 617-235-0609
One International Place
Boston, MA 02110-2624
John.Bueker@ropesgray.com
www.ropesgray.com


Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

5/28/2008

- **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: *The State of Arizona v. Abbott Laboratoires, Inc., et al.,* 06-CV-11069 (D. Ariz) | ) ) ) ) ) ) |

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

## THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff State of Arizona, through its attorneys Hagens Berman Sobol Shapiro LLP

("Plaintiff"), and all Defendants in the above-captioned matter, through the attorneys for

Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, Ropes &

Gray LLP ("Defendants"), hereby stipulate and agree to dismiss all claims pending in this matter

with prejudice.

The Parties further stipulate and agree that each party shall bear its own costs, and that

this stipulation may be signed in counterparts and a facsimile signature shall be as effective as an

original.

Steve Berman
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, WA, 98101

Attorneys for Plaintiff State of Arizona

ROPES & GRAY LLP
Brien T. O'Connor
John P. Bueker
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624

Attorneys for Defendants Schering- Plough Corporation
and Warrick Pharmaceuticals Corporation on behalf of all
Defendants

Dated: May __, 2008

10567098_2.DOC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*The State of Arizona v. Abbott Laboratoires,<br>Inc., et al.,* 06-CV-11069 (D. Ariz) | ) ) ) ) ) | |

## <u>CONSENT ORDER DISMISSING THE CASE WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(2), based on the Parties Joint

Stipulation of Dismissal with Prejudice, attached hereto as Exhibit A, the Court hereby orders

that this case and all the claims against the Defendants are hereby DISMISSED with prejudice.

IT IS SO ORDERED.


Dated:_____          _____

Patti B. Saris
United States District Judge


11057523_1.DOC

# Exhibit 2

**Jeniphr Breckenridge**

| | |
|---|---|
| **From:** | Ann Uglietta [Ann.Uglietta@azag.gov] |
| **Sent:** | Tuesday, January 16, 2007 12:20 PM |
| **To:** | ddauphine@omlaw.com |
| **Subject:** | State of Arizona v. Abbott Laboratories, et al. |

**Attachments:** 20061019-AZ MMCAP member listing (2).xls; What is MMCAP - Potential Membership Overview.pdf

  

20061019-AZ          What is MMCAP --
IMCAP member listi.  Potential Memb...

Dawn,

Thank you for speaking with me last week regarding the status of State agencies within the context of the State's CFA claims asserted against the defendants in the AWP litigation.

As we discussed, our Office has been conducting its ongoing due diligence and investigation as to the pharmaceutical purchasing practices of non-Medicaid State agencies over the time frame at issue in the Complaint. We have determined that the vast majority of these agencies participate in procurement contracts with MMCAP (www.mmcap.org). These contracts are not based upon AWP. As such, these agencies would not have actionable claims in the AWP litigation, and the State will not be seeking damages for same. Consequently, we have concluded that these agencies including their documents and employees are irrelevant and not subject to discovery or disclosure in this case. FYI, attached is the list of the non-Medicaid State agencies that employ MMCAP for procurement and that do not have actionable claims in this case.

In an abundance of caution as the State conducted the above investigation, the State did direct agencies to place a litigation hold on documents that potentially might have been relevant to pharmaceutical purchasing issues in the case. These agencies have been retaining such documents pursuant to the litigation hold. In view of the reality that these agencies do not have actionable claims in the case, the State believes that the litigation hold should be released and that these agencies should be allowed to manage these documents in accordance with their usual and customary document retention policies and practices. The ongoing retention and storage of these documents is placing a very costly burden on the agencies, that is not reasonably justified for any purpose in this litigation.

Also, I am responding to your question during our telephone call, regarding the status of our State Medicaid agency, AHCCCS, in this case. Our Office has not asserted any claims on behalf of AHCCCS in this case.
AHCCCS may be involved in AWP proceedings by and through DOJ and related enforcement agencies. You would need to contact those agencies with respect to AHCCCS. Since AHCCCS has not asserted any claims in our Office's CFA case, it is our position that AHCCCS, its employees and documents are irrelevant and not subject to discovery in this proceeding.

In sum, as I indicated during our telephone discussion, the State is requesting that the defendants confirm and agree that the foregoing State agencies, their employees and documents are not subject to discovery or disclosure obligations in the AWP litigation, because such agencies do not have actionable claims in this case.

Please provide your written response to this request as soon as practicable, and preferably before January 31, 2007, so that we can end the ongoing costs associated with this unnecessary litigation hold.

Thank you.

Ann

| HIN | 340b Eligible | FacilityName |
|---|---|---|
| KCWPGEB00 | False | ARIZONA DPT HLTH SERV STD SECT |
| KCWPGEB00 | False | MARICOPA CNTY PUB HLTH PHCY |
| KCWPGEB00 | False | AZ DPT HLTH SERV VITAMINS ONLY |
|  | False | Arizona Dept of Health Serv.-HIV Section |
| 860410J00 | False | ARIZONA STATE HOSP PHARMACY |
| 38Y63WE00 | False | MARICOPA CNTY PUB HLTH PHCY |
| G0TVNUL00 | False | AZ STATE PRISON CMPLX- Florence |
| KSJKBJ900 | False | ARIZONA STATE UNIVERSITY |
| KSJKBJ900 | False | ARIZONA STATE UNIVERSITY |
| KSJKBJ900 | False | ARIZONA STATE UNIVERSITY |
| K2KFO5E00 | False | AZ STATE PRISON CMPLX- TUCSON |
|  | False | AZ STATE PRISON CMPLX- LEWIS |
| GE0UN7I00 | False | AZ STATE PRISON CMPLX- EYMAN |
| 860410J00 | False | AZ STATE PRISON CMPLX- ALHMBRA |
| 2EG6WPN00 | False | AZ ST PRISON CMPLX- PERRYVILLE |
| QAQBQRI00 | False | UNIVERSITY OF ARIZONA CAMPUS HEALTH PHARMACY |
| FF5K8TK00 | False | ARIZONA ST UNIV WEST CAMPUS |
| 0V5AZLU00 | False | ARIZONA DEPT OF JUVENILLE CORR |
|  | False | NORTHERN ARIZONA UNIVERSITY |
| YVTI41900 | False | YUMA COUNTY PUBLIC HEALTH |
| YVTI41900 | False | YUMA COUNTY PUBLIC HELATH |
| GE0UN7I00 | False | Arizona State Prison Complex - Eyman |
| MQJXIFP00 | False | AZ STATE PRISON CMPLX- WINSLOW |
| 5LULQXS00 | False | AZ STATE PRISON CMPLX- DOUGLAS |
| 93CMXEL00 | False | PIMA COUNTY HEALTH DEPARTMENT |
| 93CMXEL00 | False | COCHISE COUNTY HEALTH DEPT |
| 93CMXEL00 | False | PIMA COUNTY HEALTH DEPARTMENT |
| 1QWG8CN00 | False | GRAHAM COUNTY HEALTH DEPT. |
| 1QWG8CN00 | False | PINAL COUNTY HOME HEALTH |
| 1QWG8CN00 | False | PINAL COUNTY ANIMAL CONTROL |
| 1QWG8CN00 | False | PINAL COUNTY PUBLIC HEALTH |
| 1QWG8CN00 | False | PINAL COUNTY |
|  | False | AZ STATE PRISON CMPLX- YUMA |
| 5CPPKDS00 | False | PIMA CO ADULT DETENTION CNTR |
| G3WEZME00 | False | AZ ST PRISON CMPLX- FT. GRANT |
| 1UN70B000 | True | MOHAVE COUNTY  Dept. of Public Health |
| 5CVO1ST00 | False | AZ STATE PRISON CMPLX- SAFFORD |
| 108QFCQ00 | True | YAVAPAI COUNTY Community Health Services |
| 2CY044KF1 | True | Yavapai County Community Health Services |
| 09YFNDMF2 | True | Yavapai County Community Health Services |
|  | False | COCONINO COUNTY HEALTH Dept. |
| 17NMYL000 | False | COCONINO COUNTY JAIL |
| 17NMYL000 | False | COCONINO COUNTY PUBLIC HEALTH |
| E35CL1K00 | False | COMMUNITY HEALTH SERVICES ASU |
| 12F5WTC00 | False | COCHISE COUNTY HEALTH SERVICES |
| H1SGFRW00 | False | GILA COUNTY HEALTH DEPARTMENT |
|  | False | ARIZONA DOC OCCUPATIONAL HEALT |
| B43JQLC00 | False | SANTA CRUZ COUNTY HEALTH DEPT |
| BOI8OER00 | False | WEST YAVAPAI GUIDANCE CLINIC |
| L7TEKFY00 | False | AZ DEPT OF VETERANS' SERVICES |
| MZM247K00 | False | LAPAZ COUNTY HEALTH DEPARTMENT |
| 19585YQ00 | False | Fort Verde State Historic Park |
| 972J0FG00 | False | PINAL COUNTY JAIL HEALTH |
| HCN87FA00 | False | Graham County Health Department |
| Q0NKMP800 | True | NAVAJO COUNTY Public HEALTH Dept |
| AB9M4CW00 | False | APACHE JUNCTION FIRE DISTRICT |
| 10QXRQ500 | False | Pinal County Home Health |
| 672RYBF00 | False | Maricopa Community Colleges |
| 9K3KDC500 | False | Pima County Procurement Department |

| | | |
|---|---|---|
| C1K8XTV00 | False | Arizona State Parks Kartchner Caverns |
| BJ8LGEH00 | False | AZ Dept. of Environmental Quality |
| 8FHHNLT00 | False | Dysart Unified School District (USD) #89 |
| 042575N00 | False | Pima County / Posada del Sol Health Care Facility |
| 3AMM2H400 | False | AZ Health Care Cost Containment System |
| H6H9HPJ00 | False | Structural Pest Control Commission |
| 26J22KF00 | False | Roosevelt School District No. 66 |
| J3Y199300 | False | Pinal County Animal Control |
| 9UYQEEJ00 | False | Arizona Dept of Health Services |
| AA0V6K500 | False | Scottsdale Unified School District |
| 38Y63WE00 | False | Maricopa Co. Dept of Public Health Clinical Serv TB Division |
| C5LKJAF00 | False | Arizona Department of Administration |
| 2LPGEW200 | False | Arizona Exposition and State Fair |
| V0XSDMJ00 | False | Northern Arizona University - Fronske Health Center |
| L6LY18J00 | False | Roper Lake State Park |
| 45P6KMA00 | False | Homolovi Ruins State Park |
| BG8BAN700 | False | Arizona State Prison Complex - YUMA |
| G0RXCQ600 | False | Picacho Peak State Park |
| BHXB9GP00 | False | AZ DES Division of Developmental Disabilities Health Service |
| 9KQPL5Y00 | False | San Rafael Ranch State Park |
| 4DM69FX00 | False | Slide Rock State Park |
| | False | AZ Dept of Public Safety |
| 57BPEJ900 | False | AZ State Parks Training Office |
| AKKV0X600 | False | Cattail Cove State Park |
| CEGDLGK00 | False | AZ Dept of Public Safety Aviation |
| JE7J09W00 | False | AZ Dept of Public Safety - Scientific & Tech Support Bldg |
| 41MYHW200 | False | Buckskin Mountain State Park |
| A9JJXWE00 | False | AZ Dept of Public Safety - Warehouse |
| 30YG19R00 | False | Jerome State Historic Park |
| CH1XGOX00 | False | Boyce Thompson Arboretom State Park |
| GGHW6CR00 | False | Yuma Territorial Prison State Historic Park |
| 70ANAN100 | False | Patagonia Lake State Park |
| 80JJMVP00 | False | Tonto Natural Bridge State Park |
| 8GA2ML700 | False | McFarland State Park |
| G1C19DG00 | False | Lake Havasu State Park |
| 5LULQXS00 | False | Arizona State Prison Complex - Douglas |
| H1V50BT00 | False | Arizona Project Challenge |
| GJWH10D00 | False | Arizona State Banking Department |
| HDJHMT900 | False | Arizona Department of Commerce |
| 2EG6WPN00 | False | Arizona State Prison Complex - Perryville |
| G5Q4HJF00 | False | Fowler School District #45 |
| K2KFO5E00 | False | AZ State Prison Complex- Warehouse |
| 1G76WB100 | False | AZ State Land Dept., Fire Management Division |
| 735678000 | False | Central Yavapai Fire District |
| 096BGV100 | False | AZ Department of Economic Security |
| F83ELPE00 | False | Arizona Department of Revenue |
| D0AAC2B00 | False | Behavioral Health Services, Inc |
| C1K8XTV00 | False | Kartchner Caverns Development |
| F17R3M300 | False | GREENLEE COUNTY HEALTH DEPT |
| 2H4479700 | False | Arizona Dept of Corrections, Inmate Health Services |
| | False | Southern Arizona Mental Health Ctr |
| LHB4KWX00 | False | Yuma County Adult Detention Center |
| GLHNYNQ00 | False | Pinal County - Jail Health |
| | False | Arizona State Procurement Office |
| 2FVF27000 | False | Arizona Governor's Office of Highway Safety |
| GDXDQE700 | False | Apache County Health Department |

| Address1 | Address2 | Address3 | City | State | ZipCode |
|---|---|---|---|---|---|
| 3815 NORTH BLACK CANYON HWY | | | Phoenix | AZ | 850073233 |
| 150 North 18th Avenue | | | Phoenix | AZ | 850073233 |
| ATTN: PHARMACY | | | Phoenix | AZ | 850073233 |
| 1740 W. ADAMS ST. | | | Phoenix | AZ | 850073233 |
| 150 N. 18th Avenue, Ste. 110 | | | Phoenix | AZ | 850070000 |
| 2500 EAST VAN BUREN | | | Phoenix | AZ | 85008 |
| 1825 EAST ROOSEVELT STREET | | | Phoenix | AZ | 850063642 |
| 1305 EAST BUTTE AVENUE | | | Florence | AZ | 85232 |
| 300 SOUTH NORMAL LANE | | | Tempe | AZ | 85287 |
| P.O. BOX 872104 | | | Tempe | AZ | 85287 |
| STUDENT HEALTH PHCY ATTN: PHCY | | | Tempe | AZ | 85287 |
| 10000 SOUTH WILMONT RD, M/C 2000 | | | Tucson | AZ | 85734 |
| PO BOX 70 | | | Buckeye | AZ | 85326 |
| 4374 EAST BUTTE AVE, BOX 695, M/C 9000 | | | Florence | AZ | 85232 |
| 2500 EAST VAN Buren | PO Box 52109, M/C 5000 | | Phoenix | AZ | 85072 |
| 2455 CITRUS Rd, PO Box 3000, M/C 3000 | | | Goodyear | AZ | 85338 |
| 1224 E. LOWELL ST. Room A132 | PO Box 210095 | | Tucson | AZ | 85721 |
| 4701 WEST THUNDERBIRD ROAD | | | Glendale | AZ | 85306 |
| 24601 NORTH 29TH AVE | | | Phoenix | AZ | 85027 |
| Box 6033 Building 41 Fronske Pharmacy | | | Flagstaff | AZ | 86011 |
| 2200 W 28TH STREET | | | Yuma | AZ | 85364 |
| 2200 WEST 28TH STREET # 178 | | | Yuma | AZ | 85364 |
| 4374 E. Butte Ave. | | | Florence | AZ | 85232 |
| 2100 SOUTH HIGHWAY 87 | | | Winslow | AZ | 86047 |
| Hwy 191 Bisbee/Douglas Airport, PO Box 85607, M/C | | | Douglas | AZ | 85607 |
| 150 WEST CONGRESS ST, RM 153 | | | Tucson | AZ | 85701 |
| 150 W congress St Rm 153 | | | Tucson | AZ | 85701 |
| 150 W Congress St. Rm 153 | | | Tucson | AZ | 85701 |
| 326 W. MAIN | | | Florence | AZ | 85232 |
| 1010 N. ARIZONA BLVD. | | | Florence | AZ | 85232 |
| 764 S. ELEVEN MILE CORNER RD. | | | Florence | AZ | 85232 |
| 500 SOUTH CENTRAL | (ship to) PO Box 2945 | | Florence | AZ | 85232 |
| 31 N. PINAL | | | Florence | AZ | 85232 |
| 2175 E. JUAN SANCHEZ BLVD | PO Box 13004, | | Yuma | AZ | 85366 |
| 1270 WEST SILVERLAKE ROAD | | | Tucson | AZ | 85713 |
| HIGHWAY 266, BOX 4386 | | | Fort Grant | AZ | 85644 |
| 400 West Beale Street | PO Box 7000 - Billing, Zip Code: 86402 | | Kingman | AZ | 86401 |
| 396 S. COOK RD | RR! Box 2222, M/C 7000 | | Safford | AZ | 85546 |
| 1090 COMMERCE DRIVE (BILL TO) | | | Prescott | AZ | 86305 |
| 10 South Sixth Street (SHIP TO) | | | Cottonwood | AZ | 86326 |
| 3212 N Windsong Drive, # 200 (SHIP TO) | | | Prescott Val | AZ | 86314 |
| 2625 NORTH KING ST | | | Flagstaff | AZ | 86004 |
| 951 E. SAWMILL ROAD | | | Flagstaff | AZ | 86001 |
| 2625 NORTH KING STREET | | | Flagstaff | AZ | 86001 |
| 3117 EAST ROOSEVELT | | | Scottsdale | AZ | 85257 |
| 1415 Melody Lane, Bldg. A | | | Bisbee | AZ | 85603 |
| 1400 Ash St. | | | Globe | AZ | 85501 |
| 1110 W. Washington St. | | | Phoenix | AZ | 85007 |
| 91 EAST LA CASTELLANA DRIVE | | | Nogales | AZ | 85621 |
| 342 DAMERON DRIVE | | | Prescott | AZ | 86301 |
| 4141 N 3RD STREET | | | Phoenix | AZ | 85012 |
| 1112 JOSHUA, Suite 206 | | | Parker | AZ | 85344 |
| P.O. Box 397, 125 Holloman Street | | | Camp Verde | AZ | 863227100 |
| 31 N. Pinal, Bldg A, 2nd Floor, PO Box 1348 | | | Florence | AZ | 85232 |
| 826 West Main Street | | | Safford | AZ | 855462833 |
| 117 EAST BUFFALO STREET | | | Holbrook | AZ | 86025 |
| 3955 E. SUPERSTITION BLVD | | | Apache Jun | AZ | 852197710 |
| 1010 N. Arizona Blvd. (ship to) , P.O. Box 1348 | | | Coolidge | AZ | 85228 |
| 2411 W 14th Street | | | Tempe | AZ | 85304 |
| 130 West Congress Street, 6th Floor | | | Tucson | AZ | 85701 |

| Address | | City | State | Zip |
|---|---|---|---|---|
| 2980 South Hwy 90 | | Benson | AZ | 85602 |
| 40 North Center, Suite 105 | | | AZ | 85201 |
| 1110 W Washington Street | | Phoenix | AZ | 85007 |
| 11405 N Dysart Road | | El Mirage | AZ | 853359233 |
| 2250 N Craycroft Road | | Tucson | AZ | 85705 |
| 701 E. Jefferson, Contracts & Purchasing | | Phoenix | AZ | 85034 |
| 9535 East Doubletree Ranch Road | | Scottsdale | AZ | 852585514 |
| 6000 South 7th Street | | Phoenix | AZ | 85042 |
| 764 S. Eleven Mile Corner Rd, P.O. Box 1348 | | Florence | AZ | 85232 |
| 1740 West Adams Street, Room 303 | | Phoenix | AZ | 85007 |
| 3811 N. 44th Street | | Phoenix | AZ | 85018 |
| 1825 E Roosevelt Street | | Phoenix | AZ | 85006 |
| 1700 West Washington, #210 | | Phoenix | AZ | 85007 |
| 1826 W McDowell Road | | Phoenix | AZ | 85007 |
| South San Francisco and Dome Access | | Flagstaff | AZ | 86011 |
| 101 E. Roper Lake Road | | Safford | AZ | 85546 |
| HCR 63 Box #5 (SR87N) | | Winslow | AZ | 86047 |
| 2175 E Juan Sanchez Blvd | PO Box 13004 | Yuma | AZ | 85366 |
| I-10, Exit 219 | | Picacho | AZ | 85241 |
| 4710 E 29th Street, Bldg #3 | | Tucson | AZ | 85711 |
| 2036 San Rafael Road | (mail) HC #2 Box 200 | Patagonia | AZ | 85624 |
| 6871 N Highway 89A, P.O. Box 10358 | | Sedona | AZ | 863398358 |
| Finance Section-MD 1330, P.O. Box 6638 | | Phoenix | AZ | 850056638 |
| 1300 W Washington | | Phoenix | AZ | 85007 |
| 15 Miles South of Lake Havasu City Highway 95 | | Lake Havas | AZ | 86406 |
| 2615 E Airlane | | Phoenix | AZ | 85034 |
| 2323 N 22nd Ave | | Phoenix | AZ | 85009 |
| 5476 Highway 95 | | Parker | AZ | 853449520 |
| 2010 W. Encanto Blvd | | Phoenix | AZ | 850092849 |
| 100 Douglas Road | PO Box D | Jerome | AZ | 86331 |
| 37615 US HWY 60 | | Superior | AZ | 85273 |
| 1 Prison Hill Rd | | Yuma | AZ | 85364 |
| 400 Lake Patagonia Road | | Patagonia | AZ | 85624 |
| Highway 87 (10 miles north of Payson) | | Payson | AZ | 85547 |
| 24 W. Ruggles Ave | | Florence | AZ | 85232 |
| 1801 Highway 95 | | Lake Havas | AZ | 86406 |
| 6911 N B01 Blvd | | Douglas | AZ | 85607 |
| 20395 E. Rittenhouse Road | | Queen Cree | AZ | 85242 |
| 2910 N. 44th St., #310 | | Phoenix | AZ | 85018 |
| 1700 W Washington Street, Suite B-32 | | Phoenix | AZ | 85007 |
| 2014 N Citrus Road | | Goodyear | AZ | 85338 |
| 1617 S. 67th Ave. | | Phoenix | AZ | 85043 |
| 10000 S. Wilmot Road | | Tucson | AZ | 85706 |
| 2901 W Pinnacle Peak Road | | Phoenix | AZ | 850271002 |
| 3555 E Yavapai Road | | Prescott Val | AZ | 86314 |
| 1789 W Jefferson, 4th Floor | Purchasing Office, 8102-7 | Phoenix | AZ | 85007 |
| 1600 West Monroe Street | | Phoenix | AZ | 85007 |
| 3939 South Avenue 3E, Suite 129 | | Yuma | AZ | 85365 |
| 2980 S. Highway 90 | | Benson | AZ | 85616 |
| 5TH & LEONARD STREET, BOX 93 | | Clifton | AZ | 85533 |
| 1110 W Washington, 7th Floor, Suite 310 | | Phoenix | AZ | 85007 |
| 1930 E 6th Street | | Tucson | AZ | 85719 |
| 200 W Court Street | | Yuma | AZ | 85364 |
| 971 N Jason Lopez Cr., Bldg B | (ship to), Box 1348 | Florence | AZ | 85232 |
| 100 N. 15th Avenue, Suite 104 | | Phoenix | AZ | 85007 |
| 3030 N Central Avenue #1550 | | Phoenix | AZ | 85012 |
| 130 S Mountain Ave | Bill to: PO Box 1952 | Springerville | AZ | 85938 |

| EffectiveDate | FirstName | LastName | MMCAP ID | OldMMCAPID | WorkPhone | Fax |
|---|---|---|---|---|---|---|
| 05/08/1995 | Linda | Ross | 03000201 | 1329 | 6023643595 | 6023643263 |
| 05/08/1995 | Steve | Stephens | 03000202 | 1329 | 6023643595 | 6023643263 |
| 05/08/1995 | | | 03000203 | 1329 | | |
| 05/08/1995 | | | 03000204 | 1329 | | |
| 05/08/1995 | | | 03000205 | | | |
| 05/08/1995 | Randy | Estes | 03000301 | 1301 | 6022206060 | 6022206194 |
| 08/03/2001 | Shawn | Tenmant | 03000401 | 1381 | 6025066665 | 6025066948 |
| 05/08/1995 | Joe | Pinto | 03000501 | 1309 | 5208684011 | 5208688223 |
| 05/08/1995 | Carl | Labbe | 03000601 | 1308 | 4809653338 | 4809654416 |
| 05/08/1995 | | | 03000602 | 1308 | | |
| 05/08/1995 | Carl | Labbe | 03000603 | 1308 | 4809653338 | 4809654416 |
| 05/08/1995 | Frank | Evans | 03000701 | 1313 | 5205740024 | 5205747307 |
| 11/18/1998 | Marilyn | Wand | 03000801 | 1337 | 6233866160 | 6233930471 |
| 05/08/1995 | Tom | Peterson | 03000901 | 1302 | 5208680201 | 5208688536 |
| 05/08/1995 | John | Montfort | 03001001 | 1311 | 6022551683 | |
| 05/08/1995 | Joan | Wright | 03001101 | 1310 | 6238530304 | 6238534637 |
| 05/05/1994 | Rebecca | Moreno | 03001201 | 1315 | 5206216516 | 5206268628 |
| 03/10/1994 | Cindy | Hohulin | 03001301 | 1330 | 6025438020 | 6025438079 |
| 05/08/1995 | Earl | Pullian, Blac | 03001401 | 1306 | 6022855550 | |
| 05/05/1994 | Dave | Barkley | 03001501 | 1316 | 9285236362 | 9285239495 |
| 05/05/1994 | Richard | Parker | 03001601 | 1321 | 9283174540 | 9283174591 |
| 05/05/1994 | | | 03001602 | 1321 | | |
| 02/06/2001 | Debra | Kinser | 03001701 | 1346 | 5208680201 | 5208680651 |
| 05/08/1995 | Mike | Sharp | 03001801 | 1303 | 9282899551 | 9282893868 |
| 05/08/1995 | Stanley | Read | 03001901 | 1305 | 5203647521 | 5208055972 |
| 05/05/1994 | | | 03002001 | 1328 | | |
| 05/05/1994 | Elizabeth | MacNeill | 03002002 | 1328 | 5207408315 | 5207910366 |
| 05/05/1994 | Elizabeth | MacNeill | 03002003 | 1328 | 5207408315 | 5207910366 |
| 05/05/1994 | | | 03002101 | 1324 | | |
| 05/05/1994 | | | 03002102 | 1324 | | |
| 05/05/1994 | | | 03002103 | 1324 | | |
| 05/05/1994 | Beckie | Jones | 03002104 | 1324 | 5208667308 | 5208667358 |
| 05/05/1994 | Beckie | Jones | 03002105 | 1324 | 5208667308 | 5208686661 |
| 11/18/1998 | Fred | Jones | 03002201 | 1336 | 9286278871 | 9286276880 |
| 05/05/1994 | Pam | Youngberg, | 03002301 | 1327 | 5205478145 | 5205478142 |
| 05/08/1995 | Steve | Briggs | 03002401 | 1312 | 9288283398 | 9288283436 |
| 05/05/1994 | Patty | Mead | 03002501 | 1318 | 6027530748 | 9287185547 |
| 05/08/1995 | Jim | Michaud | 03002601 | 1304 | 9284284698 | 9284283235 |
| 05/05/1994 | Wendy | Eckberg | 03002701 | 1319 | 9284425512 | 9287713369 |
| 10/11/2005 | Wendy | Eckberg | 03002702 | | 9284425512 | 9287713369 |
| 10/11/2005 | Wendy | Eckberg | 03002703 | | 9284425512 | 9287713369 |
| 05/05/1995 | Helene | Roumegas | 03002801 | 1325 | 9285227800 | 9285227922 |
| 02/16/2001 | Scott | Katz | 03002901 | 1348 | 9282265219 | 9282265228 |
| 02/16/2001 | | | 03002902 | 1348 | | |
| 08/14/1997 | Laurie | Gibson | 03003001 | 1334 | 4809419283 | 6029419286 |
| 05/05/1995 | Lina | Golla | 03003101 | 1317 | 5204329472 | 5204329409 |
| 03/27/1995 | Martin | Hetrick | 03003201 | 1331 | 9284253231 | 9284250794 |
| 02/09/1998 | June | Mikkila | 03003301 | 1335 | 6025423751 | 6025423268 |
| 05/08/1996 | Joyce | Hubbard | 03003401 | 1332 | 5207617920 | 5207617923 |
| 08/18/1999 | LeeAnn | Meredith | 03003501 | 1338 | 9284455211 | 9287768484 |
| 12/15/2000 | Tammy | Vogel | 03003601 | 1341 | 6022631828 | 6022226687 |
| 05/05/1994 | Marion | Shontz | 03003701 | 1320 | 9286696155 | 9286696703 |
| 03/22/2001 | Talinda | Roberts | 03003801 | 1362 | 9285673275 | 9285674036 |
| 03/12/2002 | Vicki | Whitfield | 03003901 | 1388 | 5208666264 | 5208666661 |
| 05/04/2001 | Darla | Hansen | 03004001 | 1369 | 9284280110 | 9284288074 |
| 05/05/1994 | Terri | Aguilar | 03004101 | 1323 | 5205244750 | 9285244754 |
| 07/18/2001 | Paul | Perkins | 03004201 | 1372 | 4809824456 | 4809822943 |
| 03/21/2001 | Vicki | Whitfield | 03004301 | 1386 | 5208666264 | 5208666661 |
| 03/11/2004 | David | Ball | 03004401 | 1398 | 4807318548 | 4807318190 |
| 07/30/2003 | Nina | Schatz | 03004501 | 1397 | 5207408719 | 5207981484 |

| Date | First | Last | Account | Number | Phone 1 | Phone 2 |
|---|---|---|---|---|---|---|
| 02/28/2003 | Colleen | McCullough | 03004601 | 1396 | 5205864118 | 5205864113 |
| 02/19/2003 | Pamela | Bischow | 03004701 | 1395 | 5208644384 | 5208644844 |
| 12/04/2002 | Kathleen | Dougherty | 03004801 | 1394 | 6027714727 | 6027714439 |
| 06/18/2002 | Jeannette | Schurke | 03004901 | 1393 | 6238767037 | 6238767046 |
| 04/09/2002 | Cynthia | L. Petty | 03005001 | 1392 | 5208865481 | 5208865481 |
| 03/21/2002 | Mary | Scalia | 03005101 | 1391 | 6024174150 | 6024175957 |
| 03/26/2002 | Dee | Fernanda | 03005201 | 1390 | 6022253664 | 6022551281 |
| 03/12/2002 | Tina | Garcia | 03005301 | 1389 | 6022432621 | 6022434892 |
| 03/21/2002 | Vicki | Whitfield | 03005401 | 1387 | 5208662000 | 5208666661 |
| 11/02/2001 | Philip | Imatong | 03005501 | 1385 | 6025421040 | 6025421741 |
| 11/02/2001 | Kristine | Yaw | 03005601 | 1384 | 4804846156 | 4804846290 |
| 11/02/2001 | Chris | Poe | 03005701 | 1383 | 6025066991 | 6025064075 |
| 11/26/2001 | Linda | Conway | 03005801 | 1382 | 6025425675 | 6025422789 |
| 08/02/2001 | Richard | Bern | 03005901 | 1380 | 6022526771 | 6024951302 |
| 07/17/2001 | David | Barkley | 03006001 | 1379 | 5205236362 | 5205231102 |
| 07/16/2001 | Mike | Fernandez | 03006101 | 1378 | 9284286760 | 9284287879 |
| 07/16/2001 | Steve | Jones | 03006201 | 1377 | 9282894106 | 9282892021 |
| 07/16/2001 | Fred | Jones | 03006301 | 1376 | 9286278871 | 9286276880 |
| 07/17/2001 | Rob | Young | 03006501 | 1374 | 5204663183 | 5204667442 |
| 07/16/2001 | Patricia | Johnson | 03006601 | 1373 | 5207455588 | 5207500219 |
| 05/04/2001 | Lee | Eseman | 03006701 | 1371 | 5203942447 | 5203949296 |
| 05/04/2001 | Mike | Lyles | 03006801 | 1370 | 9282823034 | 9282820245 |
| 03/29/2001 | | | 03006901 | 1368 | | |
| 03/30/2001 | Jack | St. HiLaire | 03007001 | 1367 | 6025427181 | 6025424180 |
| 03/29/2001 | G | Peaslee | 03007101 | 1366 | 5208551223 | 5208551730 |
| 03/29/2001 | Dru | Bottoms | 03007201 | 1365 | 6022232535 | 6022232539 |
| 03/29/2001 | Pat | Repine | 03007301 | 1364 | 6022232429 | 6022232924 |
| 03/28/2001 | Rick | X | 03007401 | 1363 | 9286673231 | 9286673387 |
| 03/26/2001 | Janet | Lundy | 03007501 | 1361 | 6022232497 | 6022232925 |
| 03/14/2001 | Mike | Rollins | 03007601 | 1360 | 9286345381 | 9286393132 |
| 03/14/2001 | Raymond | Dion | 03007701 | 1359 | 5206892723 | 5206895858 |
| 03/14/2001 | Jesse | Traz | 03007801 | 1358 | 9287834771 | 9287837442 |
| 03/13/2001 | | | 03007901 | 1357 | 5202876965 | 5202875816 |
| 08/31/2001 | Steve | Soroka | 03008001 | 1355 | 9284764202 | 9284762264 |
| 03/12/2001 | K | Montano | 03008101 | 1354 | 5208685216 | 5208685216 |
| 03/07/2001 | Brian | Pendley | 03008201 | 1353 | 9288559394 | 9284539358 |
| 03/01/2001 | Susie | McCain | 03008301 | 1352 | 5203647521 | 5208055962 |
| 02/16/2001 | Larry | Cox | 03008401 | 1351 | 4809884100 | 4809884121 |
| 02/08/2001 | Rod | Janssen | 03008501 | 1350 | 6022554421 | 6023811225 |
| 02/20/2001 | Loretta | Cooley | 03008601 | 1349 | 6027711100 | 6027711202 |
| 02/08/2001 | Linda | Otey | 03008701 | 1347 | 6238530304 | 6238530637 |
| 01/31/2001 | Lari | Staples | 03008801 | 1345 | 6237074500 | 6237074544 |
| 01/12/2001 | Nadine | Squires | 03008901 | 1344 | 5205747328 | 5205747301 |
| 01/13/2001 | Pat | Cirincione | 03009001 | 1343 | 9287741425 | 6022554059 |
| 01/02/2001 | Don | Vasquez | 03009101 | 1342 | 9287727711 | 9287728800 |
| 12/08/2001 | Mark | Bowen | 03009201 | 1340 | 6023640204 | 6025424496 |
| 11/28/2000 | Todd | Spears | 03009301 | 1339 | 6027166518 | 6025422089 |
| 12/02/1996 | Tom | VanHassel | 03009401 | 1333 | 9283298995 | 9283410433 |
| 03/13/2001 | Geraldine | Mize | 03009501 | 1326 | 5205864121 | 5205864123 |
| 05/05/1994 | Sam | Davis | 03009601 | 1322 | 9288652601 | |
| 05/08/1995 | Ann | Belzer | 03009701 | 1314 | 6023642920 | 6023642958 |
| 05/05/1994 | Gene | Thompson | 03009801 | 1307 | 6026285918 | |
| 10/04/2004 | Steve | Linde | 03009901 | 1399 | 9283292258 | 9283431204 |
| 11/12/2004 | Vicki | Whitfeild | 03010001 | 7501 | 5208666264 | 5208666661 |
| 11/27/1996 | Mark | Held | 03010101 | AZ1300 | 6025429134 | 6025425508 |
| 01/05/2005 | Dan | Mulleneaux | 03010201 | | 6022553216 | 6029262454 |
| 07/19/2006 | Devonie | Norman | 03010301 | | 9283332415 | 9283335876 |

| Email | DEA name | HIN name |
|---|---|---|
| lrossi@azhs.gov | ARIZONA DEPTS OF HEALTH, SERVIC | ARIZONA DEPARTMENT OF HEALTH SVCS |
| sstephe@hs.state.az.us | ARIZONA DEPT OF HEALTH, SERVIC | ARIZONA DEPARTMENT OF HEALTH SVCS |
|  | ARIZONA DEPT OF HEALTH, SERVIC | ARIZONA DEPARTMENT OF HEALTH SVCS |
|  | ARIZONA DEPT OF HEALTH, SERVIC | ARIZONA DEPARTMENT OF HEALTH SVCS |
|  | ARIZONA DEPT OF HEALTH, SERVIC |  |
| estesr@azdhs.gov | ARIZONA STATE HOSPITAL | ARIZONA STATE HOSPITAL |
| patiacomini@mail.maricopa.gov | MARICOPA COUNTY PUBLIC HEALTH | MARICOPA COUNTY PUBLIC HLTH CLNC |
| jpinto@adc.state.az.us | ARIZ ST PRISON-CENTRAL UNIT | ARIZONA STATE PRISON-FLORENCE |
| labbe@asu.edu | CAMPUS HEALTH SERVICE | ARIZONA STATE UNIVERSITY |
|  | CAMPUS HEALTH SERVICE | ARIZONA STATE UNIVERSITY |
| labbe@asu.edu | CAMPUS HEALTH SERVICE | ARIZONA STATE UNIVERSITY |
| fevans@azcorrections.gov | ARIZONA ST PRISON-TUCSON | ARIZONA STATE PRISON |
| mwand@azcorrections.gov | ARIZONA DEPT OF CORRECTIONS |  |
| tpeterse@azcorrections.gov | ARIZONA STATE PRISON - EYMAN | ARIZONA STATE PRISON EYMAN |
|  | ARIZONA ST PRISON-ALHAMBRA | ARIZONA STATE HOSPITAL |
| jwright@adc.state.az.us | ARIZONA ST PRISON-PERRYVILLE | ARIZONA STATE PRISON PERRYVILLE |
| moreno@health.arizona.edu | UNIVERSITY OF ARIZONA | UNIVERSITY OF ARIZONA STUDENT HLTH |
| cindy.hohulin@asu.ed |  | ARIZONA STATE UNIVERSITY WEST |
| david.barkley@nau.edu | BLACK CANYON JUVENILE INST | ARIZONA DEPT OF YOUTH TRTMNT REHAB |
|  | NORTHERN ARIZONA UNIVERSITY |  |
|  | WANG, CHING MD | YUMA COUNTY PUBLIC HEALTH DEPT |
|  | WANG, CHING MD | YUMA COUNTY PUBLIC HEALTH DEPT |
| DKINSER@adc.state.az.us |  | ARIZONA STATE PRISON EYMAN |
| msharp@azcorretions.gov |  | ARIZONA STATE PRISON WINSLOW |
|  |  | ARIZONA STATE PRISON DOUGLAS |
|  | MACNEILL, ELIZABETH MARIE MD | PIMA COUNTY HLTH DEPT BUSINESS DEPT |
| emacneil@pimahealth.org | MACNEILL, ELIZABETH MARIE MD | PIMA COUNTY HLTH DEPT BUSINESS DEPT |
| emacneil@pimahealth.org | MACNEILL, ELIZABETH MARIE MD | PIMA COUNTY HLTH DEPT BUSINESS DEPT |
|  |  | PINAL COUNTY HEALTH DEPARTMENT |
|  |  | PINAL COUNTY HEALTH DEPARTMENT |
|  |  | PINAL COUNTY HEALTH DEPARTMENT |
| beckie.jones@co.pinal.az.us |  | PINAL COUNTY HEALTH DEPARTMENT |
| beckie.jones@co.pinal.az.us |  | PINAL COUNTY HEALTH DEPARTMENT |
|  | PIMA CO ADULT DETENTION CTR | PIMA COUNTY ADULT DETENTION CENTER |
|  |  | ARIZONA STATE PRISON |
|  | LINGENFELTER, JOHN G MD PC | MOHAVE COUNTY HEALTH DEPARTMENT |
|  |  | ARIZONA STATE PRISON-SAFFORD |
| wendy.eckberg@co.yavapai.az.us | REID-MCKEE, CATHERINE N NP | YAVAPAI COUNTY HEALTH DEPARTMENT |
| wendy.eckberg@co.yavapai.az.us |  |  |
| wendy.eckberg@co.yavapai.az.us |  |  |
|  | SAAL, KAREN L MD |  |
| skatz@co.coconino.az.us | TAYLOR, WALTER M MD | COCONINO COUNTY JAIL & NURSING DIV |
|  | TAYLOR, WALTER M MD | COCONINO COUNTY JAIL & NURSING DIV |
|  | MANCHESTER, MARGARET K RN FNP | COMMUNITY HEALTH SERVICES |
| lgolladay@co.cochise.az.us | OUTCALT, DOUG E MD | COCHISE COUNTY HHA |
|  | DURHAM, MICHAEL R MD | GILA COUNTY HEALTH DEPARTMENT |
| jmikkial@adc.state.az.us |  |  |
|  |  | SANTA CRUZ COUNTY HEALTH DEPT |
|  | VAUGHAN, TERRY ANNE MD | WEST YAVAPAI GUIDANCE CLINIC |
| tvogel@azvets.com |  | ARIZONA STATE VETERANS HOME |
| mshontz@co.la-paz.az.us | KLOPFENSTEIN, KEVIN SCOTT, MD | LAPAZ COUNTY HEALTH DEPARTMENT |
| troberts@pr.state.az.us |  | FORT VERDE STATE HISTORIC PARK |
| vicki.whitfield@co.pinal.az.us | BENCE, LAWRENCE WILLIAM MD | PINAL COUNTY GOVERNMENT |
| dbaca@graham.az.gov | ROMERO, CATHERINE HARMON MD | GRAHAM COUNTY HEALTH DEPT |
| terri.aguilar@co.navajo.az.us | RISHEL, HANNAH G MD | NAVAJO CO HEALTH DEPARTMENT |
| paul.perkins@ajfd.org | SMITH, GARY A MD | APACHE JUNCTION FIRE DEPT |
| vicki.whitfield@co.pinal.az.us | BENCE, LAWRENCE WILLIAM MD | PINAL COUNTY HOME HEALTH |
| david.ball@domail.maricopa.edu |  | MARICOPA COMMUNITY COLLEGE DISTRICT |
| nina.schatz@pima.gov |  | PIMA COUNTY PURCHASING DEPT |

| Email | Name | Organization |
|---|---|---|
| cmccullough@pr.state.az.us | | KARTCHNER CAVERNS DEVELOPMENT |
| pamela.bischoff@city... | | AZ DEPT OF ENVIRONMENTAL QLTY |
| dougherty.kathleen@ev.state.az.us | | ARIZONA DEPT OF ENVIRONMENTAL QLTY |
| jschurke@dysart.org | | DYSART USD |
| | | POSADA DEL SOL HEALTH CARE FACILITY |
| mcscalia@ahcccs.state.az.us | | AZ HLTH CARE COST CONTAINMENT SYST |
| fernanda@sb.az.us | | STRUCTUAL PEST CONTROL COMMISSION |
| | | ROOSEVELT SCHOOL DISTRICT |
| vicki.whitfield@co.pinal.az.us | BENCE, LAWRENCE WILLIAM MD | PINAL COUNTY ANIMAL CONTROL CARE |
| pimaton@hs.state.az.us | LEWIS, KAREN MD | ARIZONA DEPT OF HEALTH SERVICES |
| Kyaw@susd.org | | SCOTTSDALE UNIFIED SCHOOL DISTRICT |
| chrispoe@mail.maricopa.gov | | MARICOPA COUNTY PUBLIC HLTH CLNC |
| linda.conway@ad.state.az.us | | ARIZONA DEPARTMENT OF ADMN |
| rickb@azstatefair.com | | ARIZONA EXPOSITION & STATE FAIR |
| david.barkley@nau.edu | FLEMING, TIMOTHY G MD | NAU FRONKSE HEALTH CENTER PHARMACY |
| mike.fernandez@pr.state.az.us | | ROPER LAKE STATE PARK |
| sjones@pr.state.az.us | | HOMOLOVI RUINS STATE PARK |
| | | ARIZONA STATE PRISON COMPLEX |
| | | PICHACHO PEAK STATE PARK |
| | | STATE OF ARIZONA DES & DDD |
| leseman@pr.state.az.us | | SAN RAFAEL RANCH STATE PARK |
| mlyles@pr.state.az.us | | SLIDE ROCK STATE PARK |
| jsthilaire@pr.state.az.us | | ARIZONA STATE PARKS |
| gpeaslee@pr.state.az.us | | CATTALI COVE STATE PARK |
| dbottoms@dps.state.az.us | | AZ DEPT OF PUBLIC SAFTY AVIATION |
| | | ARIZONA DEPT OF PUB SFTY SCI TECHL |
| | | BUCKSKIN MOUNTAIN STATE PARK |
| jlundy@dps.state.az.us | | ARIZONA DEPT OF PUBLIC SAFETY |
| | | JEROME STATE HISTORIC PARK |
| dion@pr.state.az.us | | |
| jmasterson@pr.state.az.us | | YUMA TERRITORIAL PRISON STATE |
| | | PATAGONIA LAKE STATE PARK |
| ssoroka@pr.state.az.us | | |
| | | MCFARLAND STATE PARK |
| Bpendley@pr.state.az.us | | LAKE HAVASU STATE PARK |
| | | ARIZONA STATE PRISON DOUGLAS |
| coxl@azpc.org | | ARIZONA PROJECT CHALLENGE |
| janssen@azbanking.com | | ARIZONA STATE BANKING DEPT |
| lorettac@azcommerce.com | | ARIZONA DEPARTMENT OF COMMERCE |
| | | ARIZONA STATE PRISON PERRYVILLE |
| lstaples@fesd.org | | FOWLER SCHOOL DISTRICT FOURTY FIVE |
| | | ARIZONA STATE PRISON |
| pcirincioneaz@azstatefire.com | | ARIZONA STATE LAND DEPT FIRE MGMT |
| cyfd@cableone.net | | CENTRAL YAVAPAI FIRE DISTRICT |
| mbowen@azdes.gov | | ARIZONA DEPT OF ECONOMIC SECURITY |
| spearst@revenue.state.az.us | | ARIZONA DEPARTMENT OF REVENUE |
| | | BEHAVIORIAL HEALTH SERVICES |
| mmize@pr.state.az.us | | KARTCHNER CAVERNS DEVELOPMENT |
| sam.davis@co.greelee.az.us | | GREENLEE CO HEALTH DEPARTMENT |
| abelzer@azcorrections.gov | ARIZONA STATE HOSPITAL | ARIZONA DEPT OF CORRECTIONS |
| rpca@so.co.yuma.az.us | SEARE, TSCHAYE MD | YUMA COUNTY ADULT DETENTION FACLTY |
| vicki.whitfield@co.pinal.az.us | BENCE, LAWRENCE WILLIAM MD | PINAL COUNTY JAIL HEALTH |
| mark.held@ad.state.az.us | | |
| dmulleneaux@azgohs.gov | | ARIZONA GOVERNORS OFFICE HWY SFTY |
| dnorman@co.apache.az.us | BAST, RICHIE PATTERSON MD | |

| Operation Level | Facility Type | Care Level | Non-Profit |
|---|---|---|---|
| Other | Public Health | Unknown | |
| Unknown | Public Health | Unknown | |
| Other | Public Health | Unknown | |
| Other | Public Health | Public/Community Health | |
| County/Parish | Public Health | Public/Community Health | |
| State | Mental Health | Long Term Care | |
| County/Parish | Public Health | Public/Community Health | |
| State | Hospital/Clinic, Correctional Facility | Acute Care, Health Service | |
| State, Higher Education | Student Health | Health Service | |
| Other | Student Health | Health Service | |
| Other | Student Health | Health Service | |
| County/Parish | Correctional Facility | Acute Care, Long Term Care | |
| State | Correctional Facility | Long Term Care | |
| State | Correctional Facility | Acute Care, Long Term Care | |
| State | Correctional Facility | Long Term Care | |
| State | Correctional Facility | Acute Care | |
| State | Student Health | Health Service | |
| State | Student Health | Health Service | |
| Unknown | Correctional Facility | Unknown | |
| State | Student Health | Health Service | |
| State | Public Health | Public/Community Health | |
| Other | Public Health | Unknown | |
| State | Correctional Facility, Purchasing | No Care Provided | |
| State | Correctional Facility | Acute Care, Health Service | |
| State | Correctional Facility | Health Service | |
| Other | Public Health | Unknown | |
| County/Parish | Public Health | Public/Community Health | |
| County/Parish | Public Health | Public/Community Health | |
| Other | Public Health | Unknown | |
| Other | Public Health | Unknown | |
| Other | Public Health | Unknown | |
| State | Purchasing | No Care Provided | |
| County/Parish | Public Health | Public/Community Health | |
| State | Correctional Facility | Health Service | |
| Unknown | Correctional Facility | Unknown | |
| State | Correctional Facility | Health Service | |
| State | Public Health | Public/Community Health | |
| State | Correctional Facility | Acute Care | |
| County/Parish | Mental Health, Public Health | Health Service, Public/Community Health | |
| County/Parish | Hospital/Clinic, Public Health | Health Service, Public/Community Health | |
| County/Parish | Hospital/Clinic, Public Health | Health Service, Public/Community Health | |
| County/Parish | Public Health | Public/Community Health | |
| County/Parish | Correctional Facility | Health Service | |
| Other | Correctional Facility | Unknown | |
| State | Student Health, Public Health | Health Service, Public/Community Health, Medical School | |
| County/Parish | Public Health | Public/Community Health | |
| State | Public Health | Public/Community Health | |
| State | Correctional Facility | Health Service | |
| County/Parish | Public Health | Unknown | |
| County/Parish | Hospital/Clinic, Mental Health | Acute Care, Long Term Care | |
| State | Nursing Facility | LTC- SNF | |
| County/Parish | Public Health | Public/Community Health | |
| State | Other | Acute Care, Health Service | |
| State | Purchasing | No Care Provided | |
| County/Parish | Public Health | Public/Community Health | |
| State, County/Parish, Stat | Hospital/Clinic, Student Health, Nursing F | Health Service, Public/Community Health | |
| State | Hospital/Clinic, Other | Trauma/Emergency | |
| State | Public Health | Long Term Care, Public/Community Health | |
| State, Higher Education | Unknown | Other Research/Training | |
| State | Purchasing | No Care Provided | |

| | | |
|---|---|---|
| State | Other | Trauma/Emergency, Health Service, Other Research/Training |
| Municipality | Public Health | National Emergency Public Health |
| Unknown | Unknown | Other Research/Training |
| State | Student Health | Health Service |
| County/Parish, Unknown | Nursing Facility | LTC- SNF, Unknown |
| State, State Procurement | Hospital/Clinic, Mental Health, Public Hea | Trauma/Emergency, Acute Care, Long Term Care, LTC- SNF |
| State | Other | No Care Provided |
| Unknown | Student Health | Health Service |
| State | Other | No Care Provided |
| State | Public Health | Health Service |
| State | Student Health | Health Service |
| County/Parish | Public Health | Health Service, Public/Community Health |
| Unknown | Unknown | Other Research/Training |
| State | Unknown | Other Research/Training |
| State | Student Health | Health Service |
| State | Other | Acute Care |
| State | Other | Other Research/Training |
| State | Correctional Facility | Health Service |
| State | Other | Health Service, Other Research/Training |
| State | Mental Health | Other Research/Training |
| State | Other | Health Service |
| State | Unknown | Trauma/Emergency, Acute Care |
| Unknown | Unknown | Other Research/Training |
| State | Other | No Care Provided |
| State | Unknown | Other Research/Training |
| State | Other | No Care Provided |
| Unknown | Unknown | Other Research/Training |
| State | Other | Other Research/Training |
| State | Purchasing | No Care Provided |
| State | Other | Acute Care |
| State | Other | Acute Care |
| State | Unknown | Other Research/Training |
| State | Unknown | Other Research/Training |
| State | Unknown | Other Research/Training |
| State | Unknown | Other Research/Training |
| State | Other | Health Service |
| State | Correctional Facility | Acute Care |
| State | Hospital/Clinic, Student Health | Health Service, Other Research/Training |
| State | Other | Other Research/Training |
| State | Purchasing | No Care Provided |
| State | Correctional Facility | Unknown |
| State | Student Health | Health Service |
| State | Correctional Facility | Acute Care |
| State | Unknown | Other Research/Training |
| State | Other | Trauma/Emergency |
| County/Parish | Purchasing | No Care Provided |
| State | Purchasing | No Care Provided |
| Unknown | Unknown | Unknown |
| Unknown | Unknown | Other Research/Training |
| County/Parish | Public Health | Public/Community Health |
| State | Correctional Facility, Purchasing | No Care Provided |
| Unknown | Unknown | Unknown |
| County/Parish | Unknown | Unknown |
| County/Parish | Other | Other Research/Training |
| State | Unknown | Unknown |
| State | Other | Unknown |
| State, County/Parish | Public Health | Health Service, Public/Community Health |

, Health Service



112 Admin. Bldg., St. Paul, MN 55155
VOICE:  651.296.2600
FAX: 651.297.3996
TTY: Mn Relay 800.627.3529
www.mmcap.org

The Minnesota Multi-State Contracting Alliance for Pharmacy (MMCAP), created in 1985, is a voluntary cooperative purchasing group, managed and operated by the Materials Management Division of the State of Minnesota's Department of Administration.  MMCAP combines the purchasing power of its members to receive the most favorable pricing available for pharmaceuticals, hospital supplies, and related products. MMCAP contracts with over 160 pharmaceutical manufacturers, and also has contracts with two distributors (to support the pharmaceutical contracts), hospital supplies, returned goods processing, flu vaccine, and vials and containers.  MMCAP's niche is to provide, through volume contracting and careful contract management, the best value in pharmaceuticals and related products to its members - eligible governmental health care facilities.

Currently, MMCAP has membership agreements with 41 states and the City of Chicago (Participating Entity(ies)).  A Participating Entity joins MMCAP by signing an Agreement of Understanding/Joint Powers Agreement (AOU/JPA) that defines the structure, function and requirements of participation.  Once the AOU/JPA is executed, the Participating Entity then grants authority to eligible health care facilities within its jurisdiction to participate in MMCAP.

The annual pharmaceutical sales volume is approaching $1.1 billion. MMCAP has national account status with all of the major brand name and generic pharmaceutical manufacturers.

- MMCAP currently has contracts with over 160 manufacturers for more than 6,000 pharmaceutical items.
- To receive timely and accurate orders, there will be (as of May 1, 2004) three contracted distributors: Cardinal Distribution, AmerisourceBergen and Morris & Dickson. Each MMCAP Participating Entity chooses one of these distributors which then services the entire state.
- A returned goods processing contract aids facilities in receiving credits and disposing of outdated pharmaceuticals.
- Hospital and Medical Supplies and Services: A prime vendor contract, currently with Physicians Sales and Service, has over 10,000 medical supply line items from over 100 major suppliers.
- New members are being added, increasing the buying power of this unique program.  The State of Arkansas joined in January, 2002, South Carolina joined in May, 2002, Alabama joined in August, 2002, and Florida joined in September, 2003.
- The complete list of active MMCAP facilities is sent monthly to distributors and manufacturers.
- Access to the GroupNet Electronic Catalog provides the latest state-of-the-art listing of MMCAP pharmaceutical contract items and prices.
- The MMCAP web site also provides several features including MMCAP news, contract information and vendor performance feedback.
- State Coordinators: each Participating Entity is represented by one pharmacist and one state purchasing agency official as state coordinators.
- Pharmaceutical Awards: MMCAP issues a Request for Proposals (RFP) directly to the manufacturers. Manufacturers submit their responses for review at the annual contract award meeting (February of each year in Minnesota).  A pharmacist and a purchasing official designated by EACH Participating Entity take part in the annual award meeting to work on the pharmaceutical awards. The expenses (transportation, lodging and food) incurred in bringing these participants to the annual award meeting and costs associated with any other meetings are paid by MMCAP.
- The MMCAP Advisory Panel meets regularly, via phone conference calls, and is composed of pharmacists and purchasing staff from a variety of facilities, such as corrections, regional treatment centers, student health, health department, etc.



112 Admin. Bldg., St. Paul, MN 55155
VOICE: 651.296.2600
FAX: 651.297.3996
TTY: Mn Relay 800.627.3529
www.mmcap.org

- Facilities have access to a pharmaceutical container (vials, bottles, ointment jars, etc.) contract, currently with Owens-Illinois. The containers are available through the distributors.
- Each state has its own MMCAP purchasing contact who can assist the various facilities within that state in preparing and submitting a facility eligibility form.

## Benefits:

State agencies and non-federal governmental units participating in MMCAP receive many benefits, including:

1. **No membership fee.**
2. Immediate buying power as a result of eligibility to obtain pharmaceutical items, distributor services, returned goods processing, and medical supplies at a reduced contract price.
3. A professional, experienced full-time staff that administers all MMCAP contracts. This eliminates the resources required by the Participating Entities and facilities to provide this service.
4. Free electronic catalog software that gives a participating facilities an up-to-date listing of every pharmaceutical product on contract. Included in the product listing are the generic and trade name, source, price, AHFS classification, as well as other useful information. A personal computer and modem are required. Participants are responsible for the connect charges for the telephone-modem updates.
5. Free access to the MMCAP web site.
6. Annually, after the close of a "contract year" (May 1 to April 30), MMCAP gives a "credit" to each participating facility that actually purchased contract drugs from MMCAP contracts during the previous contract year.  For contract year 02/03 (May 1, 2002 to April 30, 2003) $2,799,989 was credited to facilities.  Over the past six contract years, this credit has averaged 0.57% of facility purchases.  The credit is provided through the facility's distributor. The minimum credit is $50.  So, facilities with purchases of less than $7,500 receive no credit.  The credit reflects administrative fees collected from manufacturers in a given contract year that were not actually expended to support MMCAP operations.

Becoming an MMCAP participating entity or facility increases the size of the alliance, thereby increasing MMCAP's buying power and ability to negotiate better contract prices from manufacturers. Members are expected, but not required, to buy pharmaceuticals from the MMCAP contract.  The "savings" each facility can obtain by participating in MMCAP depends on the drugs the facility purchases, facilities are encouraged to create and use preferred drug lists/formularies to manage drug effectiveness and costs.

A state joins MMCAP by signing an agreement of understanding (AOU) and joint powers agreement (JPA) that defines the relationship between the Participating Entities' chief procurement officer and the designated MMCAP Manager (the Assistant Director, Materials Management Division).  This AOU/JPA also defines the structure, function and requirements of participation.  Once this AOU/JPA is executed, the participating entity then grants authority to eligible health care facilities within its jurisdiction to participate in MMCAP.

## How Can Our Facility/Agency Participate in MMCAP?

To participate in MMCAP:
1) Your state must have an executed AOU/JPA with MMCAP;
2) Your state must choose one of MMCAP's contracted distributors from the three on contract;



112 Admin. Bldg., St. Paul, MN 55155
VOICE: 651.296.2600
FAX: 651.297.3996
TTY: Mn Relay 800.627.3529
www.mmcap.org

3) Your facility must:

    a)    be specifically permitted by your state's statutes to purchase goods from state contracts, or

    b)    have an agreement with your state's purchasing authority to permit you to purchase goods from state contracts,

    c)    comply with all law, rules and regulations governing government purchasing of pharmaceuticals and related products, including operating within the boundaries established by Robinson-Patman (15 U.S.C. 13 (a)) and the two court decisions related to pharmaceuticals, Abbott Labs v. Portland Retail Druggists (425 U.S. 1(1976)) and Jefferson County Pharmaceutical Association, Inc. v. Abbott Labs (460 U.S. 150 (1983)), and

    d)    your facility must use the MMCAP contracted distributor selected by your state;

4) Your facility must submit to your state's MMCAP purchasing contact an eligibility form, which when approved by your state's MMCAP purchasing contact is forwarded to MMCAP. MMCAP staff then assigns your facility a member number, updates the databases that are provided to the distributors and manufacturers, provides you with a membership packet, and you are in business; and

5) Your facility simply orders drugs from the MMCAP distributor. You use whatever your own process is, the distributors will assist in providing on-line, real time ordering systems, if you choose.

Depending upon your state's statutes, membership is generally available to facilities run by state agencies, higher educational systems, cities, townships and counties.

If you have further questions about MMCAP, please contact Paul Stembler, MMCAP Manager/Assistant Director, Materials Management Division, Minnesota Department of Administration at 651.296.0498 or Paul.Stembler@state.mn.us.

The following states currently participate in MMCAP:

| | | | |
|---|---|---|---|
| Alabama | Indiana | Nebraska | Rhode Island |
| Alaska | Kansas | Nevada | South Carolina |
| Arizona | Kentucky | New Hampshire | South Dakota |
| Arkansas | Louisiana | New Mexico | Tennessee |
| Colorado | Maine | New York | Utah |
| Delaware | Maryland | North Carolina | Vermont |
| Florida | Michigan | North Dakota | Virginia |
| Georgia | Minnesota | Oklahoma | Washington |
| Hawaii | Mississippi | Oregon | Wisconsin |
| Idaho | Missouri | Pennsylvania | Wyoming |
| Illinois (City of Chicago) | Montana | | |

# Exhibit 3

# DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT

212 450 4803

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

February 2, 2007

Re:     **The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories,
        Inc.,** *et al.* **(MDL No. 1456, 01-CV-12257-PBS)**

By Electronic Mail
Ann Thompson Uglietta
Assistant Attorney General
Consumer Protection and Advocacy Section
1275 West Washington Street
Phoenix, Arizona 85007-2997

Dear Ms. Uglietta:

        I am writing on behalf of Defendants in the above-referenced litigation in
response to your email dated January 16, 2007 (the "January 16 email") to Dawn
Dauphine of Osborn Maledon in which you raised several issues concerning the
document preservation responsibilities of various State agencies. Specifically,
you request that, because the Arizona Health Care Cost Containment System
("AHCCCS" or the "State Medicaid agency") and various other Arizona non-
Medicaid agencies "do not have actionable claims in this case," Defendants
"confirm and agree that the foregoing State agencies, their employees and
documents are not subject to discovery or disclosure obligations in the AWP
litigation." January 16 email. As a general matter, Defendants do not agree that
such agencies—even though they do not have actionable claims—"are irrelevant
and not subject to discovery or disclosure in this case." *Id.* Thus, we cannot
agree that "the litigation hold should be released and that these agencies should be
allowed to manage these documents in accordance with their usual and customary
document retention policies and practices." *Id.*

        With respect to the State non-Medicaid agencies, you state that these
agencies "participate in procurement contracts [for drugs] with MMCAP." *Id.*
Although it is our understanding that the Minnesota Multi-State Contracting
Alliance for Pharmacy ("MMCAP") does not purchase drugs on the basis of
AWP, Defendants believe that certain documents possessed by these State
agencies are relevant to the issues in this case. For example, documents relating

Ann Thompson Uglietta                  2                    February 2, 2007

to the prices at which these agencies purchased drugs through MMCAP, as compared to the prices paid by the State Medicaid program. are relevant and, therefore, discoverable in this litigation. Defendants are willing to discuss this issue with you further in an attempt to identify certain categories of documents that are relevant.

With respect to the State Medicaid agency, you state that "[o]ur Office has not asserted any claims on behalf of AHCCCS in this case." *Id.* Notwithstanding this statement, it is not clear from a reading of the State's Complaint that such is the case. For example, the Complaint states that "Arizona consumers and AHCCCS have been the intended victims of Defendants' unlawful AWP Scheme." Compl. ¶ 21. In addition, the Complaint states that "Defendants' racketeering has resulted in excessive and illegal profits to Defendants and excessive payments by the State of Arizona and its residents." *Id.* ¶ 585. If the State is indeed not asserting any claims and not seeking damages on behalf of its Medicaid program, Defendants believe that the State has an obligation to file an amended complaint that makes this clear.

Finally, as discussed above regarding the non-Medicaid agencies, even if the State is not bringing claims on behalf of its Medicaid agency, Defendants believe that certain documents possessed by AHCCCS are relevant to the issues in this case. Again, Defendants are willing to discuss this issue with you further in an attempt to identify the categories of documents that are relevant.

We look forward to your response on these issues.

Sincerely,

James J. Duffy

cc:    All defense counsel
       via electronic mail

# Exhibit 4





Terry Goddard
Attorney General

**Office of the Attorney General**
State of Arizona

Ann Thompson Uglietta
Public Advocacy Division
Consumer Protection & Advocacy Section

May 8, 2007

James J. Duffy, Esq.
Davis Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

In Re:  Pharmaceutical Industry Average Wholesale Price Litigation

Dear Counsel:

We are writing to resume discussions concerning the document preservation measures the State of Arizona has undertaken in connection with this lawsuit.  In January, I wrote to Dawn Dauphine to explain the steps we had taken to preserve documents pursuant to a litigation hold issued by this office.  The litigation hold was put in place as a precaution while the State investigated the pharmaceutical purchasing and reimbursement practices of state agencies.  We explained the State's position that the litigation hold had been deliberately conservative pending completion of the investigation.  We concluded that virtually all of the agencies, their documents and their employees are irrelevant to and not subject to discovery in this case.  We provided a list of the agencies that did not use AWP, as Ms.Dauphine requested.

In addition, we advised you that the Attorney General's Office had not asserted any claims on behalf of AHCCCS, the State Medicaid agency, in this case.  Because no claims are asserted on behalf of AHCCCS, we concluded that the AHCCCS, its employees and documents are irrelevant to and not subject to discovery in this case.

The State requested that Defendants confirm and agree that the State agencies, their employees and documents are not subject to discovery or disclosure obligations in this case.  Defendants responded by letter dated February 2, 2007 (James J. Duffy to Ann Thompson Uglietta) and raised concerns about certain paragraphs in the original Complaint that they believed might be construed as bringing claims on behalf of AHCCCS.  The State responded by amending the complaint to remove such references, as well as to make other changes not pertinent here.  Arizona's Amended Complaint was filed on March 13, 2007 (Dkt. No. 3840).  The Amended Complaint contains none of the ambiguities about which Defendants were concerned.

In addition, Defendants suggested that various State agencies would be subject to discovery or disclosure obligations even if they do not have actionable claims in this case.  Defendants did not articulate what possible relevant information such State agency files could contain.  The one

example given ("the prices at which these agencies purchased drugs through MMCAP, as compared to the prices paid by the State Medicaid program") bears no relationship to the consumer claims here.

This is a case brought by Attorney General Goddard on behalf of Arizona citizens who have paid for medications based in whole or in part of the Defendants' use of AWP. It is not a case brought on behalf of AHCCCS or other State entities. Since the State has not asserted claims on behalf of itself or its agencies, government knowledge is absolutely irrelevant and immaterial to the claims. There is no demonstrable link between material in the files of the affected State agencies and claims or defenses in the case.

Now that the complaint has been amended to address defense concerns, the State repeats its request that the Defendants confirm and agree that the foregoing State agencies, their employees and documents are not subject to discovery or disclosure obligations in the AWP litigation, because such agencies do not have actionable claims in this case. The litigation hold is placing a tremendous burden on State resources. We must resolve this issue quickly. The State believes we can reach an agreement with Defendants, but if we cannot we will approach the Court for relief from the burden.

We look forward to discussing this matter with you.

Sincerely,

Ann Thompson Uglietta
Senior Litigation Counsel

ATU/rh

# Exhibit 5

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Eric T. Gortner
To Call Writer Directly:
312 861-2285
egortner@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 665-9665

June 11, 2007

**Via Electronic Transmission**

Ann Thompson Uglietta, Esq.
Office of the Attorney General
State of Arizona
1275 West Washington
Phoenix, Arizona 85007-2926

Re:    *United States ex rel. Ven-A-Care of the Florida Keys v. Roxane
          Laboratories, Inc., et al*, Civil Action No. 07-10248-MEL

Dear Ms. Uglietta:

I am writing in reference to your May 8, 2007 letter and May 22, 2007 email correspondence to James Duffy regarding the State of Arizona's contention that the State Medicaid Agency (AHCCS), and other affiliated agencies, are not subject to an ongoing litigation hold pertaining to the AWP litigation brought by Attorney General Goddard. As you know, in January of this year, the United States Department of Justice unsealed a federal *qui tam* action against Roxane Laboratories, Inc., as well as several entities related to Boehringer Ingelheim Corporation, in which it alleges that Roxane reported inflated AWPs and WACs, allegedly causing losses to the Medicare and Medicaid programs. With respect to the Medicaid program, the DOJ apparently seeks recovery for the Federal Medical Assistance Percentage ("FMAP") for all fifty states, including Arizona. (*See, e.g.,* U.S. Compl. ¶ 73.) As a result, documents related to AHCCS's reimbursement of prescription drugs, and issues related to AWPs and WACs, are plainly relevant to the DOJ's action. Accordingly, the State of Arizona's duties to preserve any and all documents that may be relevant to the DOJ litigation remain in place, irrespective of whether the case brought by Attorney General Goddard on behalf of the Arizona citizens imposes the same duties.

Please feel free to call me if any questions arise.

Hong Kong          London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

# KIRKLAND & ELLIS LLP

June 11, 2007
Page 2

Sincerely,

/s/ Eric Gortner

Eric Gortner

cc:     Laurie A. Oberembt, Esq.
        Richard Goldstein, Esq.

# Exhibit 6



JENIPHR A.E. BRECKENRIDGE
DIRECT • (206) 224-9325
JENIPHR@HBSSLAW.COM

HAGENS BERMAN
SOBOL SHAPIRO LLP

March 11, 2008

*Via E-Mail*

Mr. Steven A. Kaufman
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*

Dear Counsel:

We are writing to you in your capacity as defense liaison counsel in the Arizona AWP case. We would like to revise the litigation hold the State instituted in connection with this litigation. The current hold is placing a tremendous burden on State resources and is unnecessary for the litigation.

We have written to Dawn Dauphine in the past to explain the steps taken to preserve documents pursuant to the litigation hold issued by the Office of the Attorney General. We explained that a broad hold was put in place as a precaution while the State investigated the pharmaceutical purchasing and reimbursement practices of state agencies and was designed to be conservative. We later determined that virtually all of the agencies affected by the litigation hold, their documents and employees are irrelevant to this case and not subject to discovery. We provided defendants with a list of the agencies. The list included AHCCCS, the State Medicaid agency, on whose behalf the State has *not* brought any claims. We asked that defendants agree to allow the State to release or modify the litigation hold.

Defendants, through James Duffy, responded with concerns regarding certain language in the complaint that defendants believed might be construed as bringing claims on whose behalf the State brings no claims. The State responded by filing the Amended Complaint (Dkt. No. 3840), which eliminated the purported ambiguities about which defendants complained.

We can provide you copies of the related correspondence if necessary.

This is a case brought by Attorney General Goddard on behalf of Arizona citizens who have paid for medications based in whole or in part on AWP. The case is not brought on behalf of AHCCCS or other State entities. Since the State has not asserted claims on behalf of itself or its agencies, government knowledge is irrelevant and immaterial to the claims. There is no

Mr. Steven A. Kaufman
March 11, 2008
Page 2

demonstrable link between material in the files of the affected State agencies and the claims brought by the Amended Complaint or defenses available to defendants.

There is another reason to release the litigation hold on much of the material. Many of the documents being held were created after 2005. On January 1, 2005, ASP pricing became mandatory. Documents created after that date would have no relevance to AWP issues.

As an additional point, last June defendant Roxane Industries, through its counsel Eric Gortner, raised document preservation questions related to AHCCCS documents that may be related to *United States ex rel. Ven-A-Care of the Florida Keys v Roxane Laboratories, Inc.*, a United State Department of Justice case. The Arizona AWP case and the related litigation hold do not relate to the DOJ case. Because we do not represent AHCCCS here and the cases are not related, if any defendant has concerns about the preservation of evidence any other case, it should contact the DOJ or AHCCCS directly.

The State repeats its earlier request that the defendants agree that the State agencies, their employees and documents are not subject to discovery or disclosure obligations in the Arizona AWP case. The State would like to release the litigation hold and return the documents to their ordinary document retention and destruction cycles. We must resolve the issue quickly. If we cannot reach an agreement with defendants in the next 14 days, we will approach the Court for relief from the burden.

We look forward to hearing from you.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

*[sent via electronic delivery]*

Jeniphr A.E. Breckenridge

cc:   Steve W. Berman
      Eric T. Gortner
      Ann Uglietta

# Exhibit 7

NEW YORK SUPREME COURT
COUNTY OF ALBANY

-------------------------------------------------x
People of the State of New York    :

            :

      Plaintiff       :

            :

      v.         :      Index No. 904-03

            :      RJI No.: 01-03-075848

Pharmacia Corp.       :

            :

      Defendant     :

-------------------------------------------------x
People of the State of New York    :      **NOTICE OF ENTRY**

            :      Hon. William E. McCarthy, J.S.C.

      Plaintiff       :      Commercial Division

            :

      v.         :      Index No. 905-03

            :      RJI No.: 01-03-076342

SmithKline Beecham Corporation,  :

d/b/a GlaxoSmithKline     :

            :

      Defendants    :

-------------------------------------------------x
People of the State of New York    :

            :

      Plaintiff       :

            :

      v.         :      Index No. 1150-03

            :      RJI No.: 01-03-076343

Aventis Pharmaceuticals, Inc.   :

            :

      Defendant     :

-------------------------------------------------x

     **PLEASE TAKE NOTICE** that the attached is a true copy of the Decision and Order

issued by the Hon. William E. McCarthy on the 19th day of July, 2006 and entered and filed in

the office of the Clerk of the Court on the 24th day of July, 2006.

Dated: Albany, New York
July 25, 2006

ELIOT SPITZER
Attorney General of the
State of New York

By:

MATTHEW J. BARBARO
Assistant Attorney General
Bureau of Consumer Frauds and
Protection
The Capitol
Albany, New York 12224
(518) 486-9630
Attorney for Petitioners

To:     John C. Dodds, Esq.
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, PA 19103

        Frederick G. Herold, Esq.
        Dechert LLP
        1117 California Avenue
        Palo Alto, CA 94304-1106

        Joseph G. Matye, Esq.
        Shook, Hardy & Bacon
        2555 Grand Boulevard
        Kansas City, Missouri 64108-2613

STATE OF NEW YORK
SUPREME COURT                    COUNTY OF ALBANY

PEOPLE OF THE STATE OF NEW YORK,

          Plaintiff,

   -against-

                                    Index No. 904-03
                                    RJI No.: 01-03-075848

PHARMACIA CORPORATION,

*Albany County Clerk*
*Document Number 9760854*
*Rcvd 07/24/2006 9:08:37 AM*

          Defendant.

PEOPLE OF THE STATE OF NEW YORK,

          Plaintiff,

   -against-                    **DECISION and ORDER**

                            Index No. 905-03
                            RJI No.:  01-03-076342

SMITHKLINE BEECHAM, CORP., d/b/a
GLAXOSMITHKLINE,

          Defendant.

PEOPLE OF THE STATE OF NEW YORK,

          Plaintiff,

   -against-

                            Index No. 1150-03
                            RJI No.:  01-03-076343

AVENTIS PHARMACEUTICALS, INC.,

          Defendant.

(Supreme Court, Albany County, All Purpose Term)

APPEARANCES:

               Hon. Eliot Spitzer
               Attorney General of the State of New York
               Attorney for Plaintiff

(Matthew J. Barbaro, Rose E. Firestein, Carol Beyers, Carol Hunt,
Galen Kirkland, Patrick Lupinetti, Shirley Stark and Henry
Weintraub, Esqs., of Counsel)
The Capitol
Albany, New York   12224-0341

Nixon Peabody LLP
Co-Attorneys for Defendant Pharmacia Corp.
(Andrew C. Rose, Esq., of Counsel)
Omni Plaza, Suite 900
30 South Pearl Street
Albany, New York, 12207

Morgan, Lewis & Bockius LLP
Co-Attorneys for Defendant Pharmacia Corp.
(John C. Dodds, Jennifer B. Jordan and
Jason E. Baranski, Esqs., of Counsel)
1701 Market Street
Philadelphia, Pennsylvania 19103

Whiteman Osterman & Hanna LLP
Attorneys for Defendant SmithKline Beecham Corp.
(Neil L. Levine, Esq., of Counsel)
One Commerce Plaza
Albany, New York 12260

Greenberg Traurig, LLP
Co-Attorneys for Aventis Pharmaceuticals, Inc.
(Alan Mansfield and Stephen L. Saxl, Esqs., of Counsel)
200 Park Avenue
New York, New York 10166

Shook Hardy & Bacon, L.L.P.
Co-Attorneys for Aventis Pharmaceuticals, Inc.
(Michael L. Koon, Joseph G. Matye and
Nicola R. Heskett, Esqs., of Counsel)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

McCarthy, J.:

The above-captioned actions have been consolidated for pre-trial purposes.  Plaintiff has

moved for an order compelling defendant Pharmacia Corp. to comply with discovery demands

2

relating to all prescription drugs sold by said defendant notwithstanding the fact that the complaint only specifically identified a small number of drugs. Defendant Pharmacia Corp. has moved for an order compelling the plaintiff to conduct a full and complete search for documents responsive to said defendant's demands in the possession of numerous different state agencies and the Legislature, compelling production of documents claimed to be privileged and documents covering the period from 1985 to the present. Defendant Aventis Pharmaceuticals has moved for similar relief.

The instant actions are brought pursuant to General Business Law § 349 and Executive Law § 63 (12) seeking to enjoin allegedly fraudulent and deceptive business practices, to obtain restitution to aggrieved consumers and state agencies which have allegedly overpaid for prescription drugs and to direct the payment of certain fines and penalties. As a means of background, pursuant to statute, a number of state agencies reimburse medical and prescription drug providers for some drugs dispensed to medicaid and medicare recipients, as well as certain elderly consumers covered by EPIC, a state sponsored prescription drug insurance plan, based upon the "average wholesale price" of the drugs as reported by a prescription drug price reporting service (*see* Social Services Law § 367-a [9] [b]; Elder Law § 250 [1] [a] and [b]). The statutes do not impose any restrictions or mandates with respect to how drug manufacturers are to report their "average wholesale prices" to the reporting service. Apparently, a longstanding industry practice has been to report some form of "list" price, rather than the actual discounted prices paid by providers to wholesalers and distributors. Indeed, the statutes on their face appear to indicate that the reported "average wholesale price" is not the actual price paid by providers. Both statutes provide that reimbursement shall be the lesser of the usual and customary charge to the general public or a significantly discounted "average wholesale price."

3

The State contends that, in recent years, a number of manufacturers, including defendants, have allegedly inflated their reported "average wholesale prices" well above the actual average prices paid for their drugs. This inflation, in turn, has the effect of increasing the reimbursements, and hence the profits, to providers who dispense such manufacturers' drugs. The differential is known as the "spread." A greater "spread" creates a significant incentive for providers to prescribe or dispense such drugs, thereby increasing the sales of such drugs. Indeed, the State alleges that Pharmacia Corp. actively marketed its drugs by promoting this "spread" and the consequent profits available to providers. The State contends that such increased prices have the effect of increasing the co-payments for consumers as well as increasing the costs to the State.

With respect to the instant motion practice, all three motions to compel discovery are entirely generic in that they fail to address any specific discovery demands. Indeed, defendant Pharmacia failed to submit a copy of the demand with which it seeks to compel compliance. The Court will follow this course charted by the parties.

Plaintiff seeks to compel production of information with respect to all drugs sold by defendant Pharmacia. Plaintiff contends that, because a prior motion to dismiss for failure to provide sufficient specificity in the complaint was denied, it is now the law of the case that all drugs sold by Pharmacia are covered by the litigation. Pharmacia contends that discovery should be limited to the drugs specifically identified in the complaint. The prior decision of Justice Benza, dated June 1, 2004 did not mention the issue of identifying specific drugs in upholding the complaint and, as such, has no impact on the outcome of the instant motion. Moreover, the complaint appears to list the specific drugs as examples with no intention to limit the claims to such drugs. Therefore, the scope of the instant action is not limited to the drugs specifically identified in the complaint.

4

However, plaintiff, as the party seeking to compel discovery, has the burden of establishing that the requested discovery seeks evidence which is material and relevant to the causes of action asserted in the complaint (*see Vyas v Campbell*, 4 AD3d 417, 418 [2d Dept 2004]; *Carp v Marcus*, 116 AD2d 854, 855 [3d Dept 1986]). The complaint on its face, as well as the relevant statutes, indicate that not all drugs are reimbursed based upon the reported "average wholesale price." Many drugs are subject to a "federal upper limit" and others may have lower retail prices. As such, plaintiff has failed to show that discovery with respect to all drugs sold by defendant Pharmacia is relevant. Accordingly, plaintiff's motion to compel production of information with respect to all such drugs shall be denied without prejudice to renew following service of a demand which properly narrows the scope of discovery in the event defendant Pharmacia fails to comply.

Defendants Pharmacia and Aventis seek to compel plaintiff to search numerous state agencies, as well as the Legislature, for information concerning how much such state bodies knew about the nature of the reported "average wholesale price" and when they acquired such knowledge. Plaintiff objects to the demands on the grounds that the information sought is irrelevant, that the state agencies and Legislature are not parties to this action and further that much of the information is privileged.

As indicated above, the defendants have the burden of showing that the requested evidence is material and relevant (*see Vyas*, 4 AD3d at 418; *Carp*, 116 AD2d at 855). Defendants contend that plaintiff alleges that the agencies and programs were defrauded into believing that the published "average wholesale prices" represented the actual prices paid by physicians and pharmacies for the various drugs. They also contend that the complaint alleges that the agencies were defrauded

5

because they tied reimbursement to the reported "average wholesale prices" based upon the understanding that these were the actual prices paid. The complaint against Pharmacia does not expressly contain any such allegations and Aventis has not submitted the complaint in the action against it.

Further, defendants also contend that, if they can prove that the state agencies knew that the reported "average wholesale prices" were not the actual prices paid, plaintiff's claims must fail. This argument fails. Reimbursement is based solely upon statutory formulae over which the agencies have no discretion or control. The agencies' understanding of what "average wholesale price" constituted is thus irrelevant.

Plaintiff contends that the "action turns on what the Legislature meant by "average wholesale price": Is it an estimate of actual acquisition cost, as plaintiff contends, or is it a 'sticker' or 'list' price that the manufacturer can set without reference to purchaser's actual acquisition cost, as defendant argue." (Plaintiff's memorandum of law at 4). However, plaintiff objects to providing discovery of evidence sought by defendants on the ground that it is not probative with respect to legislative intent.

Evidence with respect to an individual legislator's knowledge or interpretations of statutes, (see Knight-Ridder Broadcasting, Inc. v Greenberg, 70 NY2d 151, 158 [1987]), letters of individual legislators (see Willett v Dugan, 161 AD2d 900, 901 -902 [3d Dept 1990]) and reports which are not referred to in the bill jacket (see Matter of Orens v Novello, 99 NY2d 180, 188 [2002]) are not probative of the legislative intent. Rather, defendants must rely upon the public record in establishing legislative intent (see e.g. Matter of Gropper v Tax Appeals Tribunal of State of New

6

*York*, 9 AD3d 796, 798 [3d Dept 2004]).  As such, the great bulk of the evidence sought by

defendants is not relevant to the issue of legislative intent.  In any event, plaintiff could recover

upon a showing that defendants improperly manipulated the prior practice of reporting mildly

inflated prices as "list" prices by substantially increasing the "spread" to increase sales even if the

Legislature was aware of and accepted the mildly inflated pricing when it established the

reimbursement formulae.  Therefore, evidence that the Legislature and state agencies knew that the

reported "average wholesale prices" were inaccurate and when they knew it is not relevant herein.

This includes evidence related to such issue going back to 1985, as sought by defendants.

Plaintiff also contends that neither the Legislature nor the agencies are parties to the instant

action and, as such, defendants must follow the procedures applicable to obtaining discovery from

non-party witnesses.  CPLR 3102 (f) provides "[i]n an action in which the state is properly a party,

whether as plaintiff, defendant or otherwise, disclosure by the state shall be available as if the state

were a private person."  Thus, it has been held that a defendant in an action brought by the Attorney

General pursuant to the General Business Law and the Executive Law to prevent fraudulent conduct

is entitled to full discovery from the state (*see People v Katz*, 84 AD2d 381, 383 [1st Dept 1982];

*see also People v Bestline Prods.*, 41 NY2d 887, 888 [1977]).  Therefore, discovery of evidence

within the possession, custody or control of the Attorney General is discoverable.  This certainly

includes evidence relating to payments for the various drugs for which plaintiff seeks restitution

which is in the possession of the affected agencies.  However, as indicated above, it is unclear what

drugs are actually the subject of this action.  It would therefore be premature and wasteful to compel

production of evidence with respect to drugs which may not be involved herein.

7

With respect to the motion to compel production of allegedly privileged documents, the privilege log served by plaintiff fails to provide sufficient information with respect to the documents to allow the Court to determine whether any privilege applies. An *in camera* inspection would therefore be required (*see Geary v Hunton & Williams,* 245 AD2d 936 [3d Dept 1997]). However, given the generic nature of the motions, the fact that many of the documents concerning which plaintiff has asserted various privileges are not relevant, and the fact that the scope of the action has not been defined, an *in camera* inspection would be premature at this time. Rather, the parties are directed to appear for a preliminary conference to establish a discovery schedule, which should include, among other things, a time frame to serve a bill of particulars to define the affected drugs and the amount of restitution claimed. The Court will schedule such conference by separate letter.

Accordingly, it is

**ORDERED** that the motions to compel discovery are hereby denied.

This memorandum shall constitute both the decision and the order of the Court. All papers, including this decision and order, are being returned to former counsel for plaintiff. The signing of this decision and order shall not constitute entry or filing under CPLR 2220. Counsel is not relieved from the applicable provisions of that section relating to filing, entry and notice of entry.

IT IS SO ORDERED!

Dated: JULY 19 2006
Albany, New York

William E. McCarthy, J.S.C.

Albany County Clerk
Document Number 9760854
Rcvd 07/24/2006 9:08:37 AM

8

Papers Considered:

1.    Notice of Motion dated June 29, 2005;

2.    Affirmation of Carol Beyers, Esq. affirmed June 29, 2005, with Exhibits 1-12 annexed;

3.    Exhibits 1-6 submitted by defendant Pharmacia;

4.    Notice of Motion dated June 30, 2005;

5.    Affidavit of Jason E. Baranski, Esq. sworn to June 29, 2005, with Exhibits A-L annexed;

6.    Notice of Motion dated June 30, 2005;

7.    Affirmation of Steven L. Saxl, Esq. affirmed June 30, 2005, with Exhibit A annexed;

8.    Affirmation of Matthew Barbaro, Esq. affirmed May 12, 2006, with Exhibits A-E and G annexed;

9.    Affidavit of Gregor N. MacMillan, Esq. sworn to July 13, 2005.

9

SUPREME COURT OF THE STATE OF
NEW YORK, COUNTY OF ALBANY

PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

-against-

PHARMACIA CORPORATION,

Defendant.

PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

-against-

SMITHKLINE BEECHAM CORP., d/b/a
GLAXOSMITHKLINE,

Defendant.

PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

-against-

AVENTIS PHARMACEUTICALS, INC.,

Defendant.

DECISION and ORDER
Index No. 905-03
RJI No. 01-03-076342

ELIOT SPITZER
Attorney General

Madam:

he notice that the within is a copy of the _____ duly filed

d entered in the office of the Clerk of

_____ County, on the _____ day

_____ 2006.

urs, etc.

ELIOT SPITZER
orney General
orney for the Plaintiff
he Capitol
bany, NY 12224