# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL No. 1456** <br> **Master File No. 01-CV-12257-PBS** <br><br> **Hon. Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | |

## DECLARATION OF NEIL MERKL IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR EXPEDITED CLARIFICATION OF THE GOVERNING CASE MANAGEMENT ORDERS AND IN SUPPORT OF DEY, INC., DEY, L.P., AND DEY, L.P., INC.'S CROSS MOTION FOR MODIFICATION OF THE JUNE 22, 2007 CASE MANAGEMENT ORDER

**NEIL MERKL** declares, pursuant to 28 U.S.C. § 1746, that:

1.      I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2.      I make this Declaration in support of Dey's Opposition to the Government's Motion for Expedited Clarification of the Governing Case Management Orders and in Support of Dey's Cross-Motion for Modification of the June 22, 2007 Case Management Order.

3.      I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye &

Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

4.     Attached hereto as Exhibit A is a true and correct copy of Medicaid Drug Reimbursement Reports from the National Pharmaceutical Council from 1990 to 2006.

5.     Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts from the deposition transcript of Dorothy Poulsen, taken in *State of Montana v. Abbott Laboratories, Inc., et al.*, Case No. CV-02-09-H-DWM (D. Mont.) on February 22, 2006.

6.     Attached hereto as Exhibit C is a true and correct copy of the relevant excerpts from the deposition transcript of Harry Leo Sullivan, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc*., Civil Action No. 06-11337-PBS (D. Mass.) on March 12, 2008.

7.     Attached hereto as Exhibit D is a true and correct copy of a letter dated July 18, 2000 to State Medicaid Administrator from Robert Mozak of Dey, numbered DEY-MDL-0105083 to DEY-MDL-0105089.

8.     Attached hereto as Exhibit E is a true and correct copy of the relevant excerpts from the deposition transcript of Cody Wiberg, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc*., Civil Action No. 06-11337-PBS (D. Mass.) on March 14, 2008.

9.     Attached hereto as Exhibit F is a true and correct copy of the relevant excerpts from the deposition transcript of Theodore Collins, taken in *State of Wisconsin v. Amgen, Inc., et al.,* Case No. 04-CV-1709 (Cir. Ct., Dane County Branch 7) on October 30, 2007.

10.     Attached hereto as Exhibit G is a true and correct copy of the relevant excerpts from the deposition transcript of Paul Jeffrey, taken in *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.,* No. 03-CV-11659-PBS (D. Mass.) on June 14, 2007.

11.     Attached hereto as Exhibit H is a true and correct copy of the relevant excerpts from the deposition transcript of David Tawes, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (D. Mass.) on April 25, 2007.

12.     Attached hereto as Exhibit I is a true and correct copy of the relevant excerpts from the deposition transcript of Debra Bahr, taken in *Commonwealth of Kentucky v. Alpharma USPD, Inc., et al.* Civil Action No. 04-CI-1487 (Franklin Cir. Ct. Div. I) on January 30, 2008.

13.     Attached hereto as Exhibit J is a true and correct copy of the relevant excerpts from the deposition transcript of Gary Gilmore, taken in *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.,* No. 03-CV-11659-PBS (D. Mass.) on July 26, 2007.

14.     Attached hereto as Exhibit K is a true and correct copy of the relevant excerpts from the deposition transcript of Susan McLeod, taken in *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.,* No. 03-CV-11659-PBS (D. Mass.) on June 20, 2006.

15.     Attached hereto as Exhibit L is a true and correct copy of the relevant excerpts from the deposition transcript of Lynn Donovan, taken in *State of Hawaii v. Abbott Laboratories, et al.*, Case No. 06-1-0720-04 EEH (0102) (Cir. Ct. of the First Cir.) on April 29, 2008.

16.     Attached hereto as Exhibit M is a true and correct copy of the relevant excerpts from the deposition transcript of Aileen Hiramatsu, taken in S*tate of Hawaii v. Abbott Laboratories, et al*., Case No. 06-1-0720-04 EEH (0102) (Cir. Ct. of the First Cir.) on May 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2008.



                              /s Neil Merkl
                              **NEIL MERKL**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 13, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.


_____/s Neil Merkl_____