# Exhibit B

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    ------------------------------------------------

 4

 5    IN RE: PHARMACEUTICAL      )

 6    INDUSTRY AVERAGE           )

 7    WHOLESALE PRICE            )

 8    LITIGATION                 )MDL Docket No.

 9                               )Civil Action 01CV12257PBS

10    ------------------------------------------------

11           DEPOSITION UPON ORAL EXAMINATION OF

12                     DOROTHY POULSEN

13    ------------------------------------------------

14                       9:00 a.m

15                   February 22, 2006

16                     PERKINS COIE

17              1201 Third Avenue, #4800

18              Seattle, Washington  98101

19

20      REPORTED BY:  Judith A. Robinson, CCR #2171

21

22
```

Page 2

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4

5              ROBERT F. LOPEZ, ESQ.

6              HAGENS BERMAN SOBOL SHAPIRO LLP

7              1301 Fifth Avenue, Suite #2900

8              Seattle, Washington   98101

9              Phone:  206-623-7292

10             Fax:    206-623-0594

11             Email:  rob@hbsslaw.com

12

13   FOR THE DEFENDANT, IMMUNEX:

14             KATHLEEN M. O'SULLIVAN, ESQ.

15             PERKINS COIE LLP

16             1201 Third Avenue, Suite #4800

17             Seattle, Washington   98101-3099

18             Phone:  206-359-6375

19             Fax:    206-359-9000

20             Email:  kosullivan@perkinscoie.com

21

22        (CONTINUED)

```
 1              A P P E A R A N C E S   (CONTINUED)

 2

 3    FOR DEFENDANT, PFIZER, INC.

 4    AND PHARMACIA CORPORATION:

 5              ERICA SMITH-KLOCEK, ESQ.

 6              MORGAN, LEWIS & BOCKIUS LLP

 7              1701 Market Street

 8              Philadelphia, Pennsylvania  19103

 9              Phone:  215-963-5364

10              Fax:    215-963-5001

11              Email:  esklocek@morganlewis.com

12

13    FOR DEFENDANT, DEY:

14              CLIFFORD KATZ, ESQ. (Via Telephone)

15              KELLEY DRYE & WARREN LLP

16              101 Park Avenue

17              New York, New York  10178-0002

18              Phone:  212-808-7609

19              Fax:    212-808-7897

20              Email:  ckatz@kelleydrye.com

21

22       (CONTINUED)
```

```
 1              A P P E A R A N C E S     (CONTINUED)

 2

 3      FOR DEFENDANT, AVENTIS PHARMACEUTICALS:

 4              BRIAN G. FEDOTIN, ESQ. (Via Telephone)

 5              SHOOK HARDY & BACON LLP

 6              2555 Grand Boulevard

 7              Kansas City, Missouri  64108

 8              Phone:  816-559-2041

 9              Fax:    816-421-5547

10              Email:  bfedotin@shb.com

11

12      FOR DEFENDANT, BAYER CORPORATION:

13              MICHAEL P. DOSS & JOSEPH W. YOCKEY

14              (Via Telephone)

15              SIDLEY AUSTIN LLP

16              1 South Dearborn

17              Chicago, Illinois  60603

18              Phone:  312-853-7000

19              Fax:    312-853-7036

20              Email:  mdoss@sidley.com,

21                      jyockey@sidley.com

22
```

Dorothy Poulsen                                                February 22, 2006
Seattle, WA

```
                                                              Page 5
 1                          I N D E X

 2

 3   EXAMINATION BY:                                            PAGE

 4     Ms. O'Sullivan................................... 013

 5     Mr. Doss......................................... 271

 6     Mr. Katz......................................... 276

 7

 8                        E X H I B I T S

 9   NUMBER                  DESCRIPTION                       PAGE

10   Exhibit Poulsen 001,  Email MT013240............... 013

11   Exhibit Poulsen 002,  Department Of Health & Human

12                         Services Memorandum.......... 013

13   Exhibit Poulsen 003,  MedManagement Document

14                         MT018459..................... 013

15   Exhibit Poulsen 004,  Department Of Public Health

16                         And Human Services Health

17                         Policy & Services Division

18                         MT018455..................... 013

19   Exhibit Poulsen 005,  Testimony Outpatient Drugs

20                         January 6, 1998, MT004034 -

21                         MT004043..................... 013

22       (CONTINUED)
```

```
                    E X H I B I T S    (CONTINUED)
NUMBER                        DESCRIPTION                        PAGE

Exhibit Poulsen 006,  Mountain-Pacific Quality
                      Health Foundation Due Care
                      Program Newsletter MT015624
                      - MT015628.................. 013

Exhibit Poulsen 007,  Email Document MT016117 -
                      MT016118.................... 013

Exhibit Poulsen 008,  Email Document MT016093..... 013

Exhibit Poulsen 009,  MT016356 - MT016360......... 013

Exhibit Poulsen 010,  MT028841 - MT028855......... 013

Exhibit Poulsen 011,  MT008640 - MT008646......... 013

Exhibit Poulsen 012,  Medicaid Services
                      Prescription Drug Program,
                      Dorothy Poulsen, Program
                      Officer, December 6, 1999
                      MT006626 - MT006642......... 013

Exhibit Poulsen 013,  Health Policy & Services
                      Division MT005264........... 013

Exhibit Poulsen 014,  State Of WV Department Of
                      Health And Human Resources
                      MT008457 - MT008458......... 147
```

```
 1              E X H I B I T S    (CONTINUED)

 2     NUMBER                 DESCRIPTION                    PAGE

 3     Exhibit Poulsen 015, MT005760..................... 147

 4     Exhibit Poulsen 016, MT Medicaid State Plan
 5                          Amendment Approved In
 6                          The Year 2000............... 147

 7     Exhibit Poulsen 017, State Plan Reviewer Sign-Off
 8                          Sheet MT014542 - MT014544... 147

 9     Exhibit Poulsen 018, MT Department Of Public
10                          Health And Human Services
11                          Document MT008430 - MT008431 158

12     Exhibit Poulsen 019, Health Insurance Claim Form
13                          MT003220 - MT003221......... 158

14     Exhibit Poulsen 020, IL Department Of Public Aid
15                          Document MT023193........... 158

16     Exhibit Poulsen 021, Department Of Public Health
17                          And Human Services Document
18                          MT015582.................... 158

19     Exhibit Poulsen 022, Department Of Public Health
20                          And Human Services Document
21                          MT005370 - MT005372......... 158

22          (CONTINUED)
```

Page 8

```
 1              E X H I B I T S    (CONTINUED)
 2    NUMBER                DESCRIPTION                          PAGE
 3    Exhibit Poulsen 023,  MT State Pharmaceutical
 4                          Association Document
 5                          MT005368.................... 158
 6    Exhibit Poulsen 024,  Display Screen 1 Document
 7                          MT005418.................... 158
 8    Exhibit Poulsen 025,  Email Document MT020421..... 158
 9    Exhibit Poulsen 026,  A Letter To Dorothy D.
10                          Poulsen MT028879 - MT028881. 191
11    Exhibit Poulsen 027,  Department Of Health & Human
12                          Services Document MT013196 -
13                          MT013198.................... 201
14    Exhibit Poulsen 028,  Department Of Health & Human
15                          Services OIG, Medicaid's Use
16                          Of Revised AWPs, Janet
17                          Rehnquist, Inspector General,
18                          September 2001 MT023704 -
19                          MT023721.................... 206
20    Exhibit Poulsen 029,  Department Of Health & Human
21                          Services Letter to Ms.
22                          Dorothy Poulsen MT013790.... 209
```

Dorothy Poulsen                                                                February 22, 2006
Seattle, WA

Page 9

1              E X H I B I T S    (CONTINUED)

2    NUMBER                  DESCRIPTION                             PAGE

3    Exhibit Poulsen 030,    Email document MT013791 -

4                            MT013792.................... 209

5    Exhibit Poulsen 031,    Department Of Health & Human

6                            Services OIG Review Of

7                            Pharmacy Acquisition Costs For

8                            Drugs Reimbursed Under The

9                            Medicaid Prescription Drug

10                           Program Of The MT Department

11                           Of Public Health & Human

12                           Services MT013731 - MT013743 213

13   Exhibit Poulsen 032,    Department Of Public Health &

14                           Human Services, Health Policy

15                           & Services Division, State Of

16                           MT Memorandum MT018379 -

17                           MT018381.................... 215

18   Exhibit Poulsen 033,    Department Of Public Health &

19                           Human Services, State of MT

20                           Memorandum MT018383 -

21                           MT018377.................... 218

22       (CONTINUED)

Dorothy Poulsen                                                February 22, 2006
Seattle, WA

Page 10

```
 1              E X H I B I T S     (CONTINUED)

 2    NUMBER                    DESCRIPTION                        PAGE

 3    Exhibit Poulsen 034,  State Of MT Request For
 4                          Proposal MT018338 - MT018374           222

 5    Exhibit Poulsen 035,  Pharmaceutical Management -
 6                          Advisory Committee Members,
 7                          Department of Corrections
 8                          MT018330..................             223

 9    Exhibit Poulsen 036,  Email MT018257 - MT018258...           229

10    Exhibit Poulsen 037,  Contract For Services
11                          MT018495 - MT018504.........           234

12    Exhibit Poulsen 038,  Pharmaceutical Management
13                          Service Agreement MT018394
14                          - MT018409..................           234

15    Exhibit Poulsen 039,  Amendment No. 1 To
16                          Pharmaceutical Services
17                          Agreement MT018392
18                          - MT018393..................           234

19    Exhibit Poulsen 040,  Department Of Public Health &
20                          Human Services Addictive And
21                          Mental Disorders Division
22                          MT018311 - MT018314.........           234
```

```
 1            E X H I B I T S    (CONTINUED)

 2     NUMBER                 DESCRIPTION                    PAGE

 3     Exhibit Poulsen 041, McKesson HBOC Cost

 4                          Comparison MT018317......... 234

 5     Exhibit Poulsen 042, Department Of Public Health

 6                          & Human Services, MT Mental

 7                          Health Nursing Care Center

 8                          MT018259 - MT018269......... 234

 9     Exhibit Poulsen 043, Amendment No. 1 to Contract

10                          For Pharmaceutical Management

11                          Services Contract

12                          #DPS-COR-00-327R  MT018301 -

13                          MT018303.................... 235

14     Exhibit Poulsen 044, Department Of Public Health

15                          & Human Services MT014815 -

16                          MT014827.................... 245

17     Exhibit Poulsen 045, Prescription Drug Forum

18                          September 28, 2000, Helena,

19                          MT MT014873 - MT014888...... 247

20     Exhibit Poulsen 046, Prescription Drug Forum

21                          October 25, 2000, Helena,

22                          MT MT017069 - MT017072...... 253
```

Page 12

```
 1              E X H I B I T S    (CONTINUED)

 2    NUMBER                  DESCRIPTION                    PAGE

 3    Exhibit Poulsen 047,   Strategies In Other States

 4                           MT006565 - MT006569......... 253

 5    Exhibit Poulsen 048,   Email Document MT016589

 6                           - MT016590.................. 257

 7    Exhibit Poulsen 049,   MT Medicaid Prescription

 8                           Drug Program, January 2001

 9                           MT017041 - MT017064......... 262

10    Exhibit Poulsen 050,   MT Department Of Public

11                           Health & Human Services, Fax

12                           To: Etta Hawkins/Carolyn

13                           Schmitz, From: Dorothy

14                           Poulsen, Program Officer

15                           MT008391 - MT008393......... 267

16    Exhibit Poulsen 051,   Myers & Stauffer, LC,

17                           Certified Public Accountants

18                           MT005265 - MT005287......... 270

19

20

21

22
```

Page 13

1    SEATTLE, WASHINGTON, WEDNESDAY, FEBRUARY 22, 2006,

2                        9:00 A.M.

3                        --oOo--

4

5              (Whereupon, Various Documents were

6    marked Exhibit Poulsen 001, Exhibit Poulsen 002,

7    Exhibit Poulsen 003, Exhibit Poulsen 004, Exhibit

8    Poulsen 005, Exhibit Poulsen 006, Exhibit Poulsen

9    007, Exhibit Poulsen 008, Exhibit Poulsen 009,

10   Exhibit Poulsen 010, Exhibit Poulsen 011, Exhibit

11   Poulsen 012, and Exhibit Poulsen 013 for

12   identification.)

13

14   DOROTHY POULSEN, having been duly sworn on oath was

15   examined and testified as follows:

16

17                   E X A M I N A T I O N

18   BY MS. O'SULLIVAN:

19       Q.    Good morning, Mrs. Poulsen.

20       A.    Good morning.

21       Q.    I'm Katie O'Sullivan. I represent Immunex

22   Corporation, who is one of the defendants in this

```
 1   pharmacy programs for Medicaid across the country
 2   did talk?
 3            MR. LOPEZ:  Objection.
 4            THE WITNESS:  No.  Actually, in -- in what
 5   terms?  No.  I mean, I don't know that I had ever
 6   heard "Ain't What's Paid" before I read here.  And
 7   no, we didn't usually talk in these terms.  This was
 8   the -- in -- in any discussions that there may have
 9   been about pricing, the -- the way that it would
10   have been phrased would not have been as informal as
11   this.
12   BY MS. O'SULLIVAN:
13       Q.   But you did testify a few minutes ago,
14   that it was common knowledge that AWP was, "Ain't
15   What's Paid"?
16            MR. LOPEZ:  Object to form.
17            THE WITNESS:  Colloquially, yes.  I mean,
18   we understood that AWP didn't reflect the average
19   wholesale price.
20   BY MS. O'SULLIVAN:
21       Q.   And the AWP also didn't reflect the actual
22   acquisition costs?
```

Page 280

1  just want to thank you for your time. I have no
2  questions at this time.
3              THE WITNESS: Thank you.
4              MR. LOPEZ: We'll reserve signature.
5              (Whereupon, the deposition of Dorothy
6  Poulsen was concluded at 6:09 p.m.)
7
8
9                    S I G N A T U R E
10 I declare under penalty of perjury under the laws of
11 the State of Washington that I have read my within
12 deposition. And the same is true and accurate, save
13 and except for changes and/or corrections, if any, as
14 indicated by me on the change sheet page hereof.
15
16      Signed in ...................., Washington, on
17 the ......... Day of ............, 2006.
18
19                              _____
20                              DOROTHY POULSEN
21                              Taken: February 22, 2006
22                              Judith A. Robinson, CCR

```
 1                    C E R T I F I C A T E

 2     STATE OF WASHINGTON    )

 3     COUNTY OF KING         )    ss.

 4              I, Judith A. Robinson, Certified Court Reporter and

 5     an officer of the Court under my commission as a Notary Public

 6     for the State of Washington, hereby certify that the foregoing

 7     deposition upon oral examination of said witness was transcribed

 8     under my direction; that the witness was duly sworn by me to

 9     testify truthfully; that the transcript of the deposition is a

10     full, true, and correct transcript to the best of my ability;

11     that I am neither attorney for, nor a relative or employee of

12     any of the parties to the action or any attorney or counsel

13     employed by the parties hereto, nor financially interested in

14     its outcome.

15              IN WITNESS WHEREOF, I have hereunto set my hand and seal.

16

17                            _____

18                            NOTARY PUBLIC in and for the

19                            State of Washington, residing

20                            in Seattle.

21                            My Commission expires November 4,

22                            2008, CCR License #2171.
```