# Exhibit D



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200  FAX (707) 224-8918

July 18, 2000



Exhibit: Dey 124
Wit: Sullivan
Date: 3/12/08
Rptr: KJ

State Medicaid Administrator

Dear Administrator:

We have introduced a *new* Albuterol Inhalation Aerosol, 17g Metered Dose Inhaler Kit and Refill from DEY with different NDC numbers. They should be cross-referenced with our 303 existing line which is being discontinued.

The product is AB rated and WAC pricing remains unchanged at this time. The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

Additionally, please note the following AWP changes to the Acetylcysteine and Sodium Chloride Solutions, and both AWP and WAC changes to the EasiVent™ Valved Holding Chambers and EasiVent™ Masks:

| NDC Number | Description | Size/Strength | Units/Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-181-04 | Acetylcysteine Solution USP | 10%, 4mL | 12 | no change | 39.88 |
| 49502-181-10 | Acetylcysteine Solution USP | 10%, 10mL | 3 | no change | 23.40 |
| 49502-181-30 | Acetylcysteine Solution USP | 10%, 30mL | 3 | no change | 39.75 |
| 49502-182-04 | Acetylcysteine Solution USP | 20%, 4mL | 12 | no change | 46.00 |
| 49502-182-10 | Acetylcysteine Solution USP | 20%, 10mL | 3 | no change | 25.50 |
| 49502-182-30 | Acetylcysteine Solution USP | 20%, 30mL | 3 | no change | 43.50 |
| 49502-182-00 | Acetylcysteine Solution USP | 20%, 100mL | 1 | no change | 49.90 |

CONFIDENTIAL
DL-0050107

A Lipha Americas Company

Highly Confidential

DEY-MDL-0105083

Sodium Chloride Solution and EasiVent™ Changes Continued:

| NDC Number- | Description | Size/ Strength | Units/ Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-820-03 | Sodium Chloride Inhalation Solution USP | 0.45%, 3mL | 100 | no change | 14.50 |
| 49502-820-05 | Sodium Chloride Inhalation Solution USP | 0.45%, 5mL | 100 | no change | 14.50 |
| 49502-830-03 | Sodium Chloride Inhalation Solution USP | 0.9%, 3mL | 100 | no change | 14.50 |
| 49502-830-05 | Sodium Chloride Inhalation Solution USP | 0.9%, 5mL | 100 | no change | 14.50 |
| 49502-830-50 | Sodium Chloride Inhalation Solution USP | 0.9%, 15mL | 50 | no change | 14.50 |
| 49502-640-15 | Sodium Chloride Inhalation Solution USP | 3%, 15mL | 50 | no change | 40.00 |
| 49502-641-15 | Sodium Chloride Inhalation Solution USP | 10%, 15mL | 50 | no change | 40.00 |
| 49502-207-01 | EasiVent™ Valved Holding Chamber | n/a | 1 | 12.00 | 16.00 |
| 49502-207-25 | EasiVent™ Valved Holding Chamber- Bulk Pack | n/a | 25 | 300.00 | 400.00 |
| 49502-208-01 | EasiVent™ Mask-Small | n/a | 1 | 6.00 | 7.50 |
| 49502-208-02 | EasiVent™ Mask-Medium | n/a | 1 | 6.00 | 7.50 |
| 49502-208-03 | EasiVent™ Mask-Large | n/a | 1 | 6.00 | 7.50 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and DEY believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts many not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent any actual price which will be or has been charged or paid for this product. Generally, it is DEY's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

*Robert F. Mozak* (signature)

Robert F. Mozak
Executive Vice President
Sales and Marketing

C9-328-00

CONFIDENTIAL
DL-0050108

Highly Confidential

DEY-MDL-0105084

David Campana, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
4501 Business Park Blvd. Suite 24
Anchorage, AK 99503

Martha Warner, R.Ph.
Pharmacy Consultant
Pharmacy Dept. Policy & Finance
1575 Sherman Street, 5th Floor
Denver, CO 80203

Jerry Wells, R.Ph.
Program Manager
Medicaid Pharmacy Program
2727 Mahan Dr
Pharmacy Services A.H.C.A.
Tallahassee, FL 32308-5408

Lyn Donavan, R.Ph.
Pharmacy Consultant
Dept. of Human Svc., Med-Quest Div.
PO Box 339
Honolulu, HI 96809-0339

John Cribbett
Supervisor Drug Prior Approval
Pharmacy & Ancillary Services Prgm.
201 S. Grand Ave. E.
Springfield, IL 62763

Kay Gaudet
Pharmaceutical Consultant
Department of Health & Hospitals
PO Box 91030
Baton Rouge, LA 70821

Sandy Kramer, R.Ph.
Pharmacy Consultant
Medical Service Administration
00 S. Pine Street
Lansing, MI 48909

Jack Lee, Pharmacy Program Admin.
Medicaid Division
39 N. Lamar St.
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Dick Ditwiller, R.Ph.
Administrator of Pharmacy Services
Medical Services Division
00 East Blvd. Dept. 325
Bismark, ND 58505

Chuck Reynolds, R.Ph.
Pharmacy Consultant
Medical Assistance Division
PO Box 2348
Santa Fe, NM 87504

Suzette Bridges, R.Ph.
Acting Administrator
Department of Human Services
PO Box 1437 Slot 4105
Little Rock, AR 72203

Elizabeth Geary, R.Ph.
Health Program Supervisor
Department of Social Services
25 Sigourney St.
Hartford, CT 06106

Cynthia Denemark, R.Ph.
Director
Medicaid Unit
248 Champman Rd., Ste. 200
New Castle, DE 19702

Joel Mahrenholz, R.Ph.
Pharmacy Consultant
Division of Medical Services
1305 E. Walnut St.
Des Moines, IA 50319

Marc Shirley, R.Ph.
Drug Program Director
Indiana Medicaid
402 W. Washington St., Room W382
Indianapolis, IN 46204

Gary Gillmore, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
600 Washington Street, 5th Floor
Boston, MA 02111

Cody Wiberg, R.Ph.
Pharmacist
Department of Human Services
444 Lafayette St.
St. Paul, MN 55155

Dorothy Paulsen
Pharmacy Program Officer
Dept. of Public Health & Human Svc.
1400 Broadway Ave., #A206
Helena, MT 59620-2951

Gary Cheloha, R.Ph.
Pharmacy Consultant
Health and Human Svc. c/o Mcaid Div.
301 Centennial Mall South, 5th Floor
Lincoln, NE 68509

Laurie Squartsoff, R.Ph.
Pharmacy Consultant
Nevada Medicaid Office
2527 N. Carson St.
Carson City, NV 89710

Len Terra
Chief MediCal Drug Program
Medi-Cal Benefits Branch
714 P. Street, Room 1786
Sacramento, CA 95814

Donna Bovall, R.Ph.
Pharmacy Consultant
Department of Health
2100 Martin Luther King Ave, SE # 302
Washington, DC 20020

Etta Hawkins, R.Ph.
Pharmacist
Department of Community Health
2 Peachtree St.
Atlanta, GA 30304-3159

Gary Duerr, R.Ph.
Pharmacist
Bureau of Medicaid
Policy/Reimbursement
3380 Americana Terrace #230
Boise, ID 83706

Debra Bahr, R.Ph.
Pharmacy Consultant
Department for Medical Services
275 E. Main Street
Frankfort, KY 40621

Susan Curtis, R.Ph.
Drug Program Coordinator
Bureau of Medical Services
State House, Station 11
Augusta, ME 04333

Susan McCann, Ph.D.
Pharmaceutical Consultant
Medical Services Division
PO Box 6500
Jefferson City, MO 65102

C. Benny Ridout, R.Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Drive
Raleigh, NC 27603

Lise Farrand, R.Ph.
Pharmacy Consultant
Office of Medical/Human Services
6 Hazen Drive
Concord, NH 03301

Mark-Richard Butt, R.Ph.
Pharmacy Program Manager
Office of Medicaid Management
99 Washington Ave #608
Albany, NY 12210

CONFIDENTIAL
DL-0050109

Highly Confidential

DEY-MDL-0105085

AVERY® Address Labels    Medicaid AWP, Page 2 (16)    Laser

John Crumley, R.Ph.
Pharmacy Program Director
Medical Services Division
4545 N. Lincoln
Suite 124
Oklahoma City, OK 73105

Isabel Amandry, R.Ph.
Pharmacy Consultant
Department of Health
PO Box 1137
San Juan, PR 00910

Mark Peterson, R.Ph.
Pharmacy Consultant
Office of Medical Services
700 Governor's Dr.
Pierre, SD 57501

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Div.
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Roma Rowlands, R.Ph.
Pharmacy Consultant
1W. Wilson Street
Madison, WI 53701

Mr. Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

Bev Castor
Pharmacy Policy Analyst
OMAP-HPPU
500 Summer St. NE
Salem, OR 97310

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex    Bldg 6
Charleston, WV 25304

Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

RaeDell Ashley, R.Ph.
Pharmacy Director
Health Care Financing Division
Box 143104
288 N. 1460 West St.  Zip 84114
Salt Lake City, UT 84114-3104

Siri Childs, R.Ph.
Pharmacy Director
Department of Social & Health Services
805 Plum St. S.E.
P.O. Box 45506
Olympia, WA 98504

Roxann Homar, R.Ph.
Chief Pharmacist
Division of Health Care Finance
6101 Yellowstone Rd.
Room 259B
Cheyenne, WY 82009

CONFIDENTIAL
DL-0050110

Smooth Feed Sheets™    use template for 5100™

Highly Confidential

DEY-MDL-0105086

~~tooth~~ ~~Sheets~~™          Medicaid WAC  (5)          Use template for 5160~

'ary Hayes-Finch, Associate Director
Medicaid Svc. Div. c/o Pharmacy Unit
01 Dexter Avenue
.O 5624
Iontgomery, AL 36104

obert Reid, R. Ph.
harmacy Consultant
ureau of Medicaid Policy
) E. Broad St., 31st Floor
olumbus, OH 43266

Karen Braman
Contracts Department
Division of Medical Services
915 Harrison St. # 651S
Topeka, KS 66612

Martha McNeill, R. Ph.
Director of Product Management
Dept. of Health Vendor Drug Prgm.
1100 W. 49th St.
Austin, TX 78727

Frank Tetkoski,
Manager, Pharmacy Services
Medical Care Policy Administration
201 W. Preston St. Room 132
Baltimore, MD 21201

 AVERY® Address Labels          Laser    5160®

CONFIDENTIAL
DL-0050111

Highly Confidential                                         DEY-MDL-0105087

Arizona AWP 

**AVERY® Address Labels**

Roger Nutt, M.D.
Medical Director
Arizona Physicians, IPA
242 W. 28th St. Suite A
Yuma, AZ 85364

Leonard Tamsky, M.D.
CCO Medicaid I.P.A.
Arizona Physicians, IPA
3141 North 3rd Avenue
Phoenix, AZ 85013

Mona Berkowitz, M.D.
Medical Director
Yavapai County Long Term Care
255 E. Gurley St
First Floor
Prescott, AZ 86301

Laser 5160®

Ramona Woodriff, M.D.
Medical Director
Arizona Health Concepts
7600 N 16th St.
Suite 150
Phoenix, AZ 85020

Kelley Langerak, R.Ph
Clinical Pharmacist
Pima Health System
5055 E. Broadway
Suite A-200
Tucson, AZ 85711

CONFIDENTIAL
DL-0050112

Highly Confidential

DEY-MDL-0105088

 Address Labels  Arizona WAC (13)   Laser 5160®

| | | |
|---|---|---|
| Thomas Roff, M.D.<br>Medical Director<br>DES/CMDP<br>P.O. Box 29202<br>3225 North Central Ave., 10th Floor<br>Phoenix, AZ 85038-9209 | Anna Scherzer, M.D.<br>Medical Director<br>DES/DDD Site Code 791A<br>1789 W. Jefferson<br>Site Code 791A, 4th Floor<br>Phoenix, AZ 85007 | Gail Montez, R.N<br>Utilization Manager<br>Doctor's Health Plan<br>517 W Main St<br>Safford, AZ 85546-2726 |
| Weasley Romberger, M.D.<br>Medical Director<br>FHP of Northeastern Arizona<br>P.O. Box 2069<br>Cottonwood, AZ 85282 | S. Stevens-Groff, M.D.<br>Medical Director<br>Health Choice of Arizona<br>1600 W. Broadway<br>Suite 260<br>Tempe, AZ 85282 | Mark Clark, R.Ph<br>Pharmacist<br>Mercy Care Plan<br>2800 N. Central Avenue<br>Suite 400<br>Phoenix, AZ 85004 |
| Martin Blume, M.D.<br>Medical Director<br>Phoenix Health Plan<br>1700 N. Third Street<br>Suite 3000<br>Phoenix, AZ 85004 | Marlene Bluestein, M.D.<br>Medical Director<br>Pinal County Long Term Care<br>P.O. Box 2140<br>Florence, AZ 85232-2140 | Ramona Woodriff, M.D.<br>Medical Director<br>Ventana Health Systems, Inc.<br>7600 N 16th St<br>Suite 150<br>Phoenix, AZ 85020 |
| Rober Bechum, M.D.<br>Medical Director<br>Cigna Community Choice<br>1001 North Black Canyon Hwy<br>Phoenix, AZ 85029 | Bill Braggs,<br>Medical Services Manager<br>Maricopa Managed Care Systems<br>2516 E. University Drive<br>Building C<br>Phoenix, AZ 85034 | Rhema Sayers, M.D.<br>Medical Director<br>Cochise Health Systems<br>1415 W. Melody Lane<br>Building A<br>Bisbee, AZ 85603 |
| Janis Johnson, M.D.<br>Medical Director<br>University Family Care<br>75 E. River Road<br>Tucson, AZ 85704 | | |

CONFIDENTIAL
DL-0050113

Smooth Feed Sheets™

Use template for 5160®

Highly Confidential

DFY-MDL-0105080