# Exhibit H

Page 296

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3                    VOLUME II

 4    ------------------------------------X  MDL NO. 1456

 5    IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

 6    AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

 7    ------------------------------------X

 8    THIS DOCUMENT RELATES TO:          :

 9    U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

10    Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

11    Laboratories, Inc.                 :

12    ------------------------------------X

13              IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15    ------------------------------------X

16    STATE OF ALABAMA,                  :  CASE NO.

17              Plaintiff,               :  CV-05-219

18         v.                            :

19    ABBOTT LABORATORIES, INC.,         :  JUDGE

20    et al.,                            :  CHARLES PRICE

21              Defendants.              :

22    ------------------------------------X
```

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3     -------------------------------------X

 4   THE COMMONWEALTH OF MASSACHUSETTS  :   CIVIL ACTION NO.

 5            Plaintiff,               :   03-CV-11865-PBS

 6        v.                          :

 7   MYLAN LABORATORIES, INC., et al.  :

 8            Defendants.             :

 9     -------------------------------------X

10

11             SUPERIOR COURT OF NEW JERSEY

12                   UNION COUNTY

13     -------------------------------------X

14   CLIFFSIDE NURSING HOME, INC., on  :   LAW DIVISION

15   behalf of itself and all others   :   DOCKET NO.

16   similarly situated, as defined    :   UNN-L-2329-04

17   herein,                          :

18            Plaintiffs,             :

19        v.                          :

20   DEY, INC., et al.               :

21            Defendants.             :

22     -------------------------------------X
```

Tawes, David - Vol. II

Philadelphia, PA

April 25, 2007

Page 298

```
1    STATE OF WISCONSIN     CIRCUIT COURT    DANE COUNTY

2    ------------------------------------X

3    STATE OF WISCONSIN,              :   CASE NO.

4            Plaintiff,              :   04-CV-1709

5        v.                          :

6    AMGEN INC., et al.,             :

7            Defendants.             :

8    ------------------------------------X

9

10              IN THE COURT OF COMMON PLEAS

11                 FIFTH JUDICIAL CIRCUIT

12   ------------------------------------X

13   STATE OF SOUTH CAROLINA, and    :      STATE OF

14   HENRY D. McMASTER, in his official :  SOUTH CAROLINA

15   capacity as Attorney General for  :   COUNTY OF

16   the State of South Carolina,    :      RICHLAND

17            Plaintiff,             :

18        v.                         :

19   ABBOTT LABORATORIES, INC.       :   2006-CP-40-4394

20            Defendant.             :

21   ------------------------------------X

22
```

Page 299

```
 1          IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

 2                    STATE OF HAWAII

 3     ------------------------------------X

 4     STATE OF HAWAII,                :   CASE NO.

 5             Plaintiff,              :   06-1-0720-04 EEH

 6          v.                         :

 7     ABBOTT LABORATORIES, INC., et al.  :   JUDGE EDEN

 8             Defendants.             :   ELIZABETH HIFO

 9     ------------------------------------X

10

11              COMMONWEALTH OF KENTUCKY

12           FRANKLIN CIRCUIT COURT - DIV. II

13     ------------------------------------X

14     COMMONWEALTH OF KENTUCKY,       :   CIVIL ACTION NO.

15             Plaintiff,              :   03-CI-1134

16          v.                         :

17     ABBOTT LABORATORIES, INC., et al.  :

18             Defendants.             :

19     ------------------------------------X

20

21

22
```

Page 300

1              COMMONWEALTH OF KENTUCKY

2            FRANKLIN CIRCUIT COURT - DIV. I

3     ------------------------------------X

4     COMMONWEALTH OF KENTUCKY, ex rel.  :  CIVIL ACTION NO.

5     GREGORY D. STUMBO, Attorney General:  03-CI-1487

6              Plaintiff,                 :

7         v.                              :

8     ALPHAPHARMA, INC., et al.           :

9              Defendants.                :

10    ------------------------------------X

11                         - - -

12

13            Continuation of the videotaped

14    deposition of DAVID TAWES was taken, pursuant

15    to notice, at MORGAN LEWIS & BOCKIUS, LLP,

16    1701 Market Street, Philadelphia,

17    Pennsylvania, on Wednesday, April 25, 2007,

18    beginning at 8:09 a.m., before M. Kathleen

19    Muino, Professional Shorthand Reporter, Notary

20    Public; Richard Kanzinger, Jr., Videographer,

21    there being present:

22

```
 1    APPEARANCES:

 2

 3         UNITED STATES DEPARTMENT OF JUSTICE

 4         CIVIL DIVISION

 5         BY:   JOHN K. NEAL, ESQUIRE

 6         601 D Street, N.W.

 7         Washington, D.C.  20004

 8         Phone:  (202) 307-0405

 9         John.Neal2@usdog.gov

10         Representing the United States

11

12         U.S. DEPARTMENT OF JUSTICE

13         CIVIL DIVISION

14         BY:   JUSTIN DRAYCOTT, ESQUIRE

15         P.O. Box 261

16         Ben Franklin Station

17         Washington, D.C.  20044

18         Phone:  (202) 305-9300

19         justin.draycott@usdoj.gov

20         Representing the United States

21

22
```

Page 302

```
 1    APPEARANCES (Continued):

 2

 3         U.S. DEPARTMENT OF HEALTH & HUMAN

 4            SERVICES

 5         Office of Inspector General

 6         Office of Counsel to the Inspector

 7            General

 8         Administrative and Civil Remedies

 9            Branch

10         BY:  MARY RIORDAN, ESQUIRE

11         BY:   JENNIFER HILTON, ESQUIRE

12         Room 5527, Cohen Building

13         330 Independence Avenue, S.W.

14         Washington, D.C.  20201

15         Phone:  (202) 619-2678

16         Mary.Riordan@oig.hhs.gov

17         Representing the United States

18

19

20

21

22
```

Tawes, David - Vol. II                                                April 25, 2007

Philadelphia, PA

Page 303

```
 1    APPEARANCES (Continued):

 2

 3         BERGER & MONTAGUE, P.C.

 4         BY:  ROSLYN G. POLLACK, ESQUIRE

 5         1622 Locust Street

 6         Philadelphia, Pennsylvania  19103-6305

 7         Phone:  (215) 875-3000

 8         rpollack@bm.net

 9         Representing Ven-A-Care

10

11         WEXLER, TORISEVA & WALLACE, LLP

12         BY:  JENNIFER F. CONNOLLY, ESQUIRE

13         One North LaSalle Street, Suite 2000

14         Chicago, Illinois  60602

15         Phone:  (312) 346-2222

16         jfc@wtwlaw.us

17         Representing the MDL Plaintiffs

18

19

20

21

22
```

Page 304

```
 1    APPEARANCES (Continued):

 2          STATE OF CALIFORNIA DEPARTMENT

 3           OF JUSTICE

 4          BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE

 5          BY:  NICHOLAS N. PAUL, DEPUTY

 6           ATTORNEY GENERAL

 7          CIVIL PROSECUTIONS UNIT

 8          P.O. Box 85266

 9          110 West A Street, #1100

10          San Diego, California  92186

11          nicholas.paul@doj.ca.gov

12          Representing The State of California

13

14          THE HAVILAND LAW FIRM, LLC

15          BY:  DONALD E. HAVILAND, JR., ESQUIRE

16          740 South Third Street

17          Third Floor

18          Philadelphia, Pennsylvania  19147

19          Phone:  (215) 609-4661

20          haviland@havilandlaw.com

21          Representing the Commonwealth of

22           Pennsylvania
```

Tawes, David - Vol. II                                               April 25, 2007
                              Philadelphia, PA

1    APPEARANCES (Continued):

2

3         WINGET-HERNANDEZ, LLC

4         BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE

5         3112 Windsor Road, No. 228

6         Austin, Texas  78703

7         Phone:  (512) 474-4095

8         michael@winget-hernandez.com

9         Representing New York Counties (KMS),

10           The State of Wisconsin, The State of

11           Kentucky, The State of Hawaii

12

13        JONES DAY

14        BY:  DAVID S. TORBORG, ESQUIRE

15        51 Louisiana Avenue, N.W.

16        Washington, D.C.  20001-2113

17        Phone:  (202) 879-5562

18        dstorborg@jonesday.com

19        Representing Abbott Laboratories, Inc.

20

21

22

Page 306

```
 1    APPEARANCES (Continued):

 2


 3         KELLEY, DRYE & WARREN, LLP

 4         BY:  SARAH L. REID, ESQUIRE

 5         BY:  MARISA SZELAG, ESQUIRE

 6         101 Park Avenue

 7         New York, New York  10178

 8         Phone:  (212) 808-7720

 9         sreid@kelleydrye.com

10         Representing the Dey Company

11


12


13         WHITE & CASE, LLP

14         BY:  PHILIP B. SINENENG, ESQUIRE

15         1155 Avenue of the Americas

16         New York, New York  10036-2787

17         Phone:  (212) 819-8411

18         psineneng@whitecase.com

19         Representing Sandoz

20


21


22
```

Tawes, David - Vol. II

April 25, 2007

Philadelphia, PA

```
 1     APPEARANCES (Continued):

 2

 3          KIRKLAND & ELLIS, LLP

 4          BY:  ERIC GORTNER, ESQUIRE

 5          200 East Randolph Drive

 6          Chicago, Illinois  60601

 7          Phone:  (312) 861-2285

 8          egortner@kirkland.com

 9          Representing Roxane Laboratories and

10            Boehringer Ingelheim

11

12          LOCKE, LIDDELL & SAPP, LLP

13          BY:  JOHN P. McDONALD, ESQUIRE

14          Suite 2200

15          2200 Ross Avenue

16          Dallas, Texas  75201-6776

17          jpmcdonald@lockeliddell.com

18          Representing, Schering-Plough, Schering,

19            and Warrick

20

21

22                    (CONTINUED)
```

Page 308

```
 1    TELEPHONIC APPEARANCES:

 2

 3         BEASLEY, ALLEN, CROW, METHVIN

 4           PORTIS & MILES, P.C.

 5         BY:  WILLIAM H. ROBERTSON, V, ESQUIRE

 6         272 Commerce Street

 7         Post Office Box 4160

 8         Montgomery, Alabama  36103-4160

 9         Phone:  (334) 269-2343

10         bill.robertson@beasleyallen.com

11         Representing The State of Alabama

12

13         HAYNSWORTH, SINKLER, BOYD, P.A.

14         BY:  SARAH P. SPRUILL, ESQUIRE

15         1201 Main Street, 22nd Floor

16         Columbia, South Carolina  29201

17         Phone:  (803) 540-7854

18         sspruill@hsblawfirm.com

19         Representing Abbott Labs.

20

21

22
```

Page 309

```
 1    TELEPHONIC APPEARANCES (Continued):

 2

 3         KIRKLAND & ELLIS, LLP

 4         BY:  JUDSON D. BROWN, ESQUIRE

 5         655 Fifteenth Street, N.W.

 6         Washington, D.C.  20005

 7         Phone:  (202) 879-5082

 8         jdbrown@kirkland.com

 9         Representing Barr Laboratories, Inc.

10

11         DICKSTEIN SHAPIRO, LLP

12         BY:  TINA REYNOLDS, ESQUIRE

13         1825 Eye Street, N.W.

14         Washington, D.C.  20006

15         Phone:  (202) 420-4114

16         ReynoldsT@dicksteinshapiro.com

17         Representing Baxter Healthcare

18           Corporation

19

20

21

22
```

Tawes, David - Vol. II                                                        April 25, 2007

Philadelphia, PA

Page 310

```
 1    TELEPHONIC APPEARANCES (Continued):

 2

 3         DAVIS, POLK & WARDELL

 4         BY:  CATHERINE LIFESO, ESQUIRE

 5         450 Lexington Avenue

 6         New York, New York  10017

 7         Phone:  (212) 450-4452

 8         catherine.lifeso@dpw.com

 9         Representing AstraZeneca

10            Pharmaceuticals, LP

11

12         HOGAN & HARTSON, LLP

13         BY:  JESSICA P. FEINGOLD, ESQUIRE

14         875 Third Avenue

15         New York, New York  10022

16         Phone:  (212) 918-3636

17         jpfeingold@hhlaw.com

18         Representing Bristol-Myers Squibb

19            Company

20

21

22
```

Tawes, David - Vol. II                                                      April 25, 2007

Philadelphia, PA

Page 311

1     TELEPHONIC APPEARANCES (Continued):

2

3          OFFICE OF THE ATTORNEY GENERAL

4          MEDICAID FRAUD CONTROL UNIT

5          BY:  JAIME LIANG, AAG

6          PL-01 The Capitol

7          Tallahassee, Florida  32399-1050

8          Phone:  (850) 414-3600

9          jaime_liang@myfloridalegal.com

10         Representing The State of Florida

11

12

13

14

15

16

17

18

19

20

21

22

Tawes, David - Vol. II                                                      April 25, 2007
Philadelphia, PA

```
 1                    I N D E X

 2                       - - -

 3    DAVID TAWES, VOLUME II

 4       EXAMINATION                        PAGE

 5          BY MR. TORBORG                  315

 6          BY MS. REID                     502

 7          BY MS. FEINGOLD                 599

 8                       - - -

 9              E X H I B I T S

10                       - - -

11    NUMBER                 DESCRIPTION        PAGE

12    Exhibit Abbott 133   HHC003-0375 - 0376    315

13

14    Exhibit Abbott 134   HHC026-0083           334

15

16    Exhibit Abbott 135   HHD005-0411           391

17

18    Exhibit Abbott 136   HHC001-0743 -0746     408

19

20    Exhibit Abbott 137   HHD006-0109 - 0111    412

21

22    Exhibit Abbott 138   HHD006-0654 - 0674    433
```

Tawes, David - Vol. II                                                      April 25, 2007
Philadelphia, PA

Page 313

```
1    EXHIBITS (Continued):

2    NUMBER                    DESCRIPTION              PAGE

3    Exhibit Abbott 139    AWP034-0046                    436

4

5    Exhibit Abbott 140    HHD006-0060                    440

6

7    Exhibit Abbott 141    HHD006-0081 - 0082             450

8

9    Exhibit Abbott 142    HHD006-0225 - 0524             451

10

11   Exhibit Abbott 143    HHD006-0524 - 0226             455

12

13   Exhibit Abbott 144    HHD006-0122 - 0127             459

14

15   Exhibit Abbott 145    HHD014-0067

16                         (with annotations)             471

17

18   Exhibit Abbott 146    HHD014-0046

19                         (with annotations)             471

20   Exhibit Abbott 147    HHD006-0105                    471

21

22   Exhibit Abbott 148    HHD006-0698 - 0700             479
```

Tawes, David - Vol. II                                                        April 25, 2007

Philadelphia, PA

```
                                                              Page 314
 1    EXHIBITS (Continued):

 2    NUMBER                    DESCRIPTION              PAGE

 3    Exhibit Abbott 149    Federal Register/Vol. 68,

 4                          No. 86, Monday, May 5,

 5                          2003                          495

 6

 7    Exhibit Abbott 150    HHD057-1248 - 1251            496

 8

 9    Exhibit Dey 18        HHD006-0541                   501

10

11    Exhibit Dey 19        HHD006-0196 - 0199            501

12

13    Exhibit Dey 20        HHD006-0169                   501

14

15    Exhibit Dey 21        HHD006-0675 - 0692            501

16

17    Exhibit BMS 001       Program Memorandum

18                          Transmittal AB-00-86          599

19

20

21

22
```

Tawes, David - Vol. II                                        April 25, 2007
Philadelphia, PA

Page 454

1    this decision?

2              MR. WINGET-HERNANDEZ:   Objection as to

3    form.

4              MR. TORBORG:   Did I read it wrong?

5              MR. WINGET-HERNANDEZ:   Yes.

6              MR. TORBORG:   Let me read it again, with

7    my mic on.

8    BY MR. TORBORG:

9         Q.   Number 9 states:   If you are not

10   currently using new prices, what led to this

11   decision?

12        And you noted that 19 states are not using

13   prices, correct?

14        A.   Yes.

15        Q.   So your -- your -- your survey found

16   that 19 states had elected not to use the average

17   wholesale prices that were developed by the

18   Department of Justice?

19        A.   Yes.

20             MR. WINGET-HERNANDEZ:   Objection to form.

21             MR. NEAL:   I'll join the objection.

22             You've answered.

Tawes, David - Vol. II                                      April 25, 2007
                          Philadelphia, PA

 1           THE VIDEOGRAPHER:  This completes the

 2    videotaped testimony today.   The time is 3:10.

 3    We're now off the record.

 4           MS. LIANG:  The deposition has been

 5    adjourned to resume another date?

 6           MR. NEAL:  Yes.

 7                 - - -

 8           (Whereupon, the deposition concluded at

 9    3:11 p.m.)

10                 - --

11

12

13           _____

14                      DAVID TAWES

15

16    Subscribed and sworn to and before me

17    this _____ day of _____, 20____.

18

19

20    _____

21           Notary Public

22

Page 610

```
1              C E R T I F I C A T E

2    COMMONWEALTH OF PENNSYLVANIA:

3                        :  SS

4    COUNTY OF PHILADELPHIA        :

5              I, M. Kathleen Muino, shorthand

6    reporter and Notary Public in and for

7    Philadelphia County, Commonwealth of

8    Pennsylvania, do hereby certify that the

9    foregoing testimony of DAVID TAWES was taken

10   before me at MORGAN LEWIS & BOCKIUS, LLP, 1701

11   Market Street, Philadelphia, Pennsylvania, on

12   Wednesday, April 25, 2007; that the foregoing

13   testimony was taken by me in shorthand by

14   myself and reduced to typing under my

15   direction and control; that the foregoing

16   pages contain a true and correct transcription

17   of all of the testimony of said witness.

18

19                      M. Kathleen Muino

20                      Notary Public

21   Sworn and subscribed before me

22   this 25th day of April, 2007
```