# Exhibit I

Page 309

1          COMMONWEALTH OF KENTUCKY

2      FRANKLIN CIRCUIT COURT - DIVISION I

3          CIVIL ACTION NO. 04-CI-1487

4

5     -----------------------------X

6    COMMONWEALTH OF KENTUCKY          )

7    ex rel. GREGORY D. STUMBO,        )

8    ATTORNEY GENERAL,                 )

9         Plaintiff                    )

10   v.                                )

11   ALPHARMA USPD, INC., et al.,  )

12       Defendants                    )

13   -----------------------------X

14

15              HIGHLY CONFIDENTIAL

16              V O L U M E    II

17

18          Deposition of Debra Bahr, taken at

19   Stites & Harbison, 421 West Main Street, Frankfort,

20   Kentucky, commencing at 8:59 a.m., Wednesday,

21   January 30, 2008, before Kimberley Ann Keene,

22   RPR No. 041331.

Page 310

```
 1    APPEARANCES OF COUNSEL

 2

 3    FOR THE COMMONWEALTH OF KENTUCKY

 4

 5            ARCHIBALD CONSUMER LAW OFFICE

 6            BY:  P. JEFFREY ARCHIBALD, ESQ.

 7            1914 Monroe Street

 8            Madison, Wisconsin   53711

 9            archibaldlaw@tds.net

10            608.661.0067

11

12            PAULA J. HOLBROOK, ESQ.

13            C. DAVID JOHNSTONE, ESQ.

14            Medicaid Fraud Division

15            1024 Capital Center Drive

16            Frankfort, Kentucky  40601

17            paula.holbrook@ag.ky.gov

18            david.johnstone.ag.ky.gov

19            502.696.5445

20

21

22    (CONTINUED)
```

Page 311

```
 1     APPEARANCES OF COUNSEL   (CONTINUED)

 2

 3     FOR THE DEFENDANT - MERCK

 4

 5             HUGHES HUBBARD & REED

 6             BY:  ROBERT B. FUNKHOUSER, ESQ.

 7                  JAMES A. GRAFFAM, ESQ.

 8             1775 I. Street, N.W.

 9             Washington, D.C.  20006-2401

10             funkhous@hugheshubbard.com

11             graffam@hugheshubbard.com

12             202.721.4646

13

14     FOR THE DEFENDANT - DEY & MYLAN

15

16             KELLEY DRYE & WARREN LLP

17             BY:  CLIFFORD KATZ, ESQ.

18             101 Park Avenue

19             New York, New York  10178

20             ckatz@kelleydrye.com

21             212.808.7609

22     (CONTINUED)
```

Bahr, Debra - Vol. II                     HIGHLY CONFIDENTIAL                     January 30, 2008
                                              Frankfort, KY

Page 312

```
 1    APPEARANCES OF COUNSEL   (CONTINUED)

 2

 3    FOR THE DEFENDANT - SANDOZ, INC.

 4

 5            WHITE & CASE LLP

 6            BY:  DAVID L. KLEINMAN, ESQ

 7            1155 Avenue of the Americas

 8            New York, New York  10036-2787

 9            dkleinman@whitecase.com

10            212.819.2549

11

12    FOR THE DEFENDANT - PFIZER

13

14            STITES & HARBISON

15            BY:  ANDREW BESHEAR, ESQ.

16            Suite 1800

17            400 West Market Street

18            Louisville, Kentucky  40202

19            abeshear@stites.com

20            502.681.0386

21

22    (CONTINUED)
```

HIGHLY CONFIDENTIAL
                                      Frankfort, KY

```
 1     APPEARANCES OF COUNSEL   (CONTINUED)

 2


 3   FOR THE DEFENDANT - SCHERING-PLOUGH, WARRICK

 4

 5            LOCKE LORD BISSELL & LIDDELL LLP

 6            BY:  C. SCOTT JONES, ESQ.

 7            Suite 2200

 8            2200 Ross Avenue

 9            Dallas, Texas   75201

10            sjones@lockelord.com

11            214.740.8761

12

13   FOR THE DEFENDANT - JOHNSON & JOHNSON

14

15            PATTERSON BELKNAP WEBB & TYLER

16            BY:  ADEEL A. MANGI, ESQ.

17            1133 Avenue of the Americas

18            New York, New York  10036-6710

19            aamangi@pbwt.com

20            212.336.2000

21

22   (CONTINUED)
```

Page 314

```
 1    APPEARANCES OF COUNSEL   (CONTINUED)

 2

 3    FOR THE DEFENDANT - ASTRA ZENECA

 4

 5            FROST BROWN TODD

 6            BY:  AMY D. CUBBAGE, ESQ.

 7            Suite 3200

 8            400 West Market Street

 9            Louisville, Kentucky  40202

10            acubbage@fbtlaw.com

11            502.589.5400

12

13    FOR THE UNITED STATES

14

15            DEPARTMENT OF JUSTICE - CIVIL DIVISION

16            BY:  ANDY J. MAO, ESQ.

17            Room 9929

18            601 D Street, N.W.

19            Washington, D.C.  20004

20            andy.mao@usdoj.gov

21            202.616.0539

22    (CONTINUED)
```

Page 315

```
1     APPEARANCES OF COUNSEL   (CONTINUED)

2


3     FOR THE DEFENDANT - AVENTIS PHARMACEUTICALS,

4


5              SHOOK, HARDY & BACON

6              BY:  KELLY CURRY, ESQ.

7              2555 Grand Boulevard

8              Kansas City, Missouri  64108

9              816.474.6550

10             (via telephone)

11

12    FOR THE DEFENDANT - ASTRA ZENECA PHARMACEUTICALS,

13    LP and ASTRA ZENECA, LP

14

15             DAVIS, POLK & WARDWELL

16             BY:  ANTOINETTE ELLISON, ESQ.

17             450 Lexington Avenue

18             New York, New York  10017

19             antoinette.ellison@pdw.com

20             212.450.4168

21             (via telephone)

22    (CONTINUED)
```

Page 316

```
 1    APPEARANCES OF COUNSEL   (CONTINUED)

 2

 3    FOR THE DEFENDANT - GLAXOSMITHKLINE

 4

 5            DECHERT, LLP

 6            BY:  RICHARD CUTLER, ESQ.

 7            Suite 700

 8            2440 West El Camino Real

 9            Mountain View, California  94040-1499

10            richard.cutler@dechert.com

11            650.813.4800

12            (via telephone)

13

14

15    ALSO PRESENT:

16

17            Butch Ellis, Video Operator

18

19

20

21

22
```

Bahr, Debra - Vol. II                    HIGHLY CONFIDENTIAL                    January 30, 2008
                                              Frankfort, KY

Page 317

```
 1                      I N D E X

 2

 3   WITNESS:  DEBRA BAHR                          PAGE

 4        Examination by Mr. Funkhouser............ 324

 5        Examination by Mr. Mangi................. 532

 6

 7                   E X H I B I T S

 8   NUMBER                 DESCRIPTION            PAGE

 9   Exhibit Bahr 030 - Testimony of M. Sheffield

10                      KYDMSPL 0114817 - 4819...... 322

11   Exhibit Bahr 031 - Correspondence, 07-19-01

12                      KYDMS 124606 - 124610....... 322

13   Exhibit Bahr 032 - Correspondence, 07-23-01

14                      KYDMS 124611................ 322

15   Exhibit Bahr 033 - LRC memo, 10-15-01

16                      KYDMS 124721 - 124732....... 322

17   Exhibit Bahr 034 - Staff review form

18                      KYDMS 124738 - 124739....... 322

19   Exhibit Bahr 035 - E-mail string w/attachment

20                      KYDMS 114241 - 114247....... 322

21   Exhibit Bahr 036 - Notice of Intent

22                      KYDMS 124772 - 124776....... 322
```

Bahr, Debra - Vol. II                    HIGHLY CONFIDENTIAL                    January 30, 2008
                                             Frankfort, KY

```
                                                                    Page 318
 1            E X H I B I T S   (CONTINUED)

 2    NUMBER                   DESCRIPTION                    PAGE

 3    Exhibit Bahr 037 - Medicaid Steering Committee

 4                          KYDMS 79641 - 79644........ 322

 5    Exhibit Bahr 038 - Correspondence, 05-03-00

 6                          KYDMS 117170............... 322

 7    Exhibit Bahr 039 - Provider agreement

 8                          KYDMS 64675 - 64680........ 322

 9    Exhibit Bahr 040 - Pharmacy Manual, 10/98

10                          KYDMS 124187 - 124226....... 323

11    Exhibit Bahr 041 - First DataBank material

12                          Confidential............... 397

13    Exhibit Bahr 042 - E-mail string - Confidential

14                          FDB/Kentucky 01610 - 01611.. 397

15    Exhibit Bahr 043 - E-mail string - Confidential

16                          FDB/Kentucky 02328 - 023329. 397

17    Exhibit Bahr 044 - E-mail string - Confidential

18                          FDB/Kentucky 01605 - 01609.. 397

19    Exhibit Bahr 045 - E-mail string - Confidential

20                          FDB/Kentucky 02320 - 02327.. 397

21    Exhibit Bahr 046 - E-mail string - Confidential

22                          FDB/Kentucky  0194601948.... 397
```

Bahr, Debra - Vol. II                    HIGHLY CONFIDENTIAL                    January 30, 2008
                                            Frankfort, KY

Page 319

```
 1              E X H I B I T S   (CONTINUED)

 2      NUMBER                  DESCRIPTION                    PAGE

 3      Exhibit Bahr 047 - E-mail string - Confidential

 4                           FDB/Kentucky  01866 - 1869.. 397

 5      Exhibit Bahr 048 - E-mail string - Confidential

 6                           FDB/Kentucky  01808 - 01809. 397

 7      Exhibit Bahr 049 -Copy of FAQ from FDB website. 397

 8      Exhibit Bahr 050 - Excerpt of Morgan testimony

 9                           given 08-27-07.............. 397

10      Exhibit Bahr 051 - Correspondence, 02-16-00

11                           KYDMS 125835 - 125837....... 454

12      Exhibit Bahr 052 - E-mail string

13                           KYDMS 117407 - 117435....... 455

14      Exhibit Bahr 053 - E-mail string

15                           KYDMS 117379 - 117389....... 455

16      Exhibit Bahr 054 - E-mail string

17                           KYDMS 125947 - 125948....... 455

18      Exhibit Bahr 055 - Handwritten note

19                           KYDMS 125838................ 455

20      Exhibit Bahr 056 - E-mail string

21                           KYDMS 117221 - 117270....... 455

22      Exhibit Bahr 057 - E-mail - KYDMS 125921....... 455
```

Bahr, Debra - Vol. II                    HIGHLY CONFIDENTIAL                    January 30, 2008
                                             Frankfort, KY

```
                                                            Page 320
 1              E X H I B I T S   (CONTINUED)

 2     NUMBER                  DESCRIPTION                   PAGE

 3     Exhibit Bahr 058 - Correspondence, 01-11-01

 4                          KYDMS 125866 - 125868....... 481

 5     Exhibit Bahr 059 - E-mail string w/Post-its

 6                          KYDMS 121671 - 121691....... 481

 7     Exhibit Bahr 060 - Correspondence, 11-07-00

 8                          w/FUL pages.

 9                          KYDMS 59275 - 599315........ 481

10     Exhibit Bahr 061 - E-mail string w/Minnesota

11                          state MSAC pages.

12                          KYDMSPL 113001 - 113043..... 481

13     Exhibit Bahr 062 - Statement of emergency

14                          KYLEG 03996 - 4013.......... 482

15     Exhibit Bahr 063 - Summary of "Option 1" vs

16                          Option 1.

17                          KYDMSPL 113465 - 113466..... 482

18     Exhibit Bahr 064 - Copy of e-mail

19                          KYDMSPL 113470.............. 482

20     Exhibit Bahr 065 - Provider agreement

21                          KYDMSPL 40396 - 40397....... 482

22     (CONTINUED)
```

Bahr, Debra - Vol. II                    HIGHLY CONFIDENTIAL                    January 30, 2008
                                              Frankfort, KY

Page 321

```
1              E X H I B I T S   (CONTINUED)

2       NUMBER                  DESCRIPTION                    PAGE

3       Exhibit Bahr 066 - Memorandum, 01-23-02

4                             KYDMSPL 59526 - 59529....... 482

5       Exhibit Bahr 067 - Kentucky Medicaid

6                             Hemostatics Claims summary

7                             - 05-18-04

8                             KYDMSPL 59455 - 59461....... 482

9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Page 457

1        Q.    Were they actually implemented in May

2   of 2000, in Kentucky?

3        A.    They were implemented on May 1st.

4        Q.    And the e-mail identifies Pat Lupinetti

5   and Reed Stephens from the Department of Justice

6   as contact people for information on this.

7              Do you know whether anyone from

8   Kentucky DMS ever contacted any of those

9   individuals?

10       A.    I don't know if anyone did or not.

11       Q.    That's all I have on that exhibit.

12             How long after -- how long did Kentucky

13  DMS use the DOJ AWPs after they had been

14  implemented?

15       A.    For approximately two weeks.

16       Q.    And then what happened?

17       A.    We took the numbers out of the system

18  and reverted back to our original reimbursement

19  numbers.

20       Q.    So, you went from using the DOJ AWPs as

21  your reimbursement point to -- back to using the

22  First DataBank AWPs that existed before that

Page 458

1    time; is that right?

2         A.    That is correct.

3         Q.    And why was that done?

4         A.    When the -- the new -- the DOJ numbers

5    were implemented into the system, the

6    reimbursement that the pharmacies were receiving

7    was below their cost.  In order to verify that,

8    we did look at invoices, and we did contact the

9    wholesalers that the DOJ had indicated were able

10   to supply the medications for those costs, and

11   found that our pharmacists were not able to

12   purchase the medications as such.

13        Q.    Now, were they not able to purchase

14   them at the DOJ price, or they were not able to

15   purchase them at the DOJ price less 10 percent?

16        A.    They were not able to purchase them at

17   the price, nor were they even able, in many

18   cases, to purchase from those wholesalers.

19        Q.    Okay.  Who undertook this survey of the

20   wholesalers and the Pharmaceutical prices?

21        A.    Which survey?

22        Q.    Well, maybe "survey" is not the right

Page 459

1    word.

2              Who -- who was making the calls to find

3    out what the prices were that pharmacists were

4    paying, and who made the calls to the

5    wholesalers?

6         A.    Betsy Scott did some -- did most of

7    that.

8         Q.    And were there any particular set of

9    pharmacists that she called?

10        A.    We didn't call.  They called us.

11        Q.    Pharmacists called to complain about

12   the new --

13        A.    Reimbursement.

14        Q.    -- reimbursement?

15             Any particular pharmacist you recall,

16   either by name or the pharmacy?

17        A.    No, I don't.

18        Q.    What did you do after receiving the

19   calls from the pharmacists complaining about the

20   new DOJ AWPs?

21        A.     What we did was, after -- usually Betsy

22   spoke with them, and we would ask them to send us

Page 569

1     A.    Yes.

2     Q.    And when the budget is under

3  examination, one of the aspects of the budget

4  that gets looked at is the drug program, right?

5     A.    Yes.

6     Q.    And when that gets looked at, the

7  Medicaid agency is -- DMS in Kentucky, is under

8  pressure to reduce reimbursement to pharmacists,

9  right?

10    A.    Not necessarily.

11    Q.    Okay.  That's one possible outcome,

12 correct?

13    A.    It's a possible outcome, yes.

14    Q.    And -- and indeed, we saw that in

15 Kentucky at one point when dispensing fees were

16 lowered by about 24 cents, right?

17    A.    Yes.

18    Q.    Okay.  So, as a result of these

19 conflicting pressures, sometimes the

20 relationships with pharmacists can become

21 strained or they can be intense discussion about

22 appropriate reimbursement, correct?

Page 570

```
 1        A.    Yes.

 2        Q.    And that's one of the local political

 3   factors that Medicaid agencies around the country

 4   have to consider when striking the appropriate

 5   balance in terms of what reimbursement

 6   methodology they're going to use, right?

 7        A.    Yes.

 8        Q.    Now, in Kentucky, do pharmacists have

 9   advocacy groups or -- or pressure groups?

10        A.    Yes.

11        Q.    And what are those?

12        A.    You have the Kentucky Pharmacists'

13   Association.  You have APSC, American

14   Pharmaceutical Services Corporation, I believe is

15   what that stands for.

16              Those are the two main ones within the

17   state.

18        Q.    And there are also some national

19   Pharmacist associations that have local chapters,

20   correct?

21        A.    I don't know if any of the national

22   ones have an -- a chapter in this state or not.
```

Page 571

    1        Q.    Fair enough.

    2              Now, the role -- one of the roles that

    3    those associations serve is to be a mouthpiece

    4    for the interests and the needs of their members,

    5    right?

    6        A.    Yes.

    7        Q.    So, for example, when issues of

    8    reimbursement or dispensing fees are under

    9    discussion, those associations will often

   10    mobilize and communicate to you, the DMS, on

   11    behalf of their members, right?

   12        A.    Yes.

   13        Q.    And they will often be one source of

   14    bringing to bear the local political strength

   15    that those groups have in advocating for what

   16    they view as appropriate reimbursement, right?

   17        A.    Correct.

   18        Q.    Okay.  Now, in Kentucky, do pharmacists

   19    have other avenues whereby they can communicate

   20    their views or preferences to DMS?

   21        A.    Any pharmacy has the -- the right or

   22    option of -- of calling, writing to the

HIGHLY CONFIDENTIAL
Frankfort, KY

Page 673

```
 1              MS. HOLBROOK:  We will have some

 2     follow-up questions as well.

 3              MR. FUNKHOUSER:  We'll do that and get

 4     back to you.

 5              MS. HOLBROOK:  We've got a whole bunch

 6     of stuff to get back on.

 7              Are we off the record?

 8              MR. FUNKHOUSER:  I think we can -- can

 9     we go off?

10              THE VIDEOGRAPHER:  We will go off the

11     record and conclude this volume of the deposition

12     at 5:29 p.m.

13              (Deposition adjourned at 5:29

14     p.m.)

15

16        _____

17                    DEBRA BAHR

18     Subscribed and sworn to and before me

19     this _____ day of _____, 20____.

20

21     _____

22          Notary Public
```

Page 674

```
 1    STATE OF KENTUCKY       )

                              ) SS

 2    COUNTY OF JEFFERSON     )

 3        I, Kimberley Ann Keene, a notary public, within

 4    and for the state at Large, do hereby certify that

 5    the foregoing deposition of

                          DEBRA BAHR

 6    was taken before me at the time and place and for the

 7    purpose in the caption stated; that the witness was

 8    first duly sworn to tell the truth, the whole truth

 9    and nothing but the truth; that the deposition was

10    taken before me stenographically and transcribed by

11    me; that the foregoing is a full, true and

12    complete transcript of the said deposition so given;

13    that there was no request that the witness read and

14    sign thetranscript; that the appearances were as

15    stated in the caption.

16        I further certify that I am neither counsel or

17    of kin to any of the parties to this action, and am

18    in no way interested in the outcome of said action.

19        Witness my signature this 11th day of February,

20    2008.

              My Commission Expires on August 29, 2011.

21        _____

          Kimberley Ann Keene

22        Registered Professional Reporter
```