# Exhibit K

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT

IN AND FOR LEON COUNTY, FLORIDA

THE STATE OF FLORIDA ex rel.

VEN-A-CARE OF THE FLORIDA KEYS, INC.,     VOLUME 1
a Florida Corporation, by and through
its principal officers and directors,     PAGES 1 - 121
ZACHARY T. BENTLEY and T. MARK JONES,

    Plaintiffs,

                                  CIVIL ACTION NO.98-3032A

vs.

BOEHRINGER INGELHEIM CORPORATION;
DEY, INC.; DEY, L.P.; EMD PHARMACEUTICALS
INC.; LIPHA, S.A.; MERCK, KGaA; MERCK-LIPHA,
S.A.; SCHERING CORPORATION; SCHERING-PLOUGH
CORPORATION; ROXANE LABORATORIES, INC.;
and WARRICK PHARMACEUTICALS CORPORATION,

    Defendants.

---

VIDEOTAPED DEPOSITION OF:     SUSAN McLEOD

TAKEN AT THE INSTANCE OF:     The Defendants

DATE:     June 20, 2006

TIME:     Commenced at 9:10 a.m.
          Adjourned at 5:00 p.m.

LOCATION:     Broad and Cassel
              215 South Monroe Street, #400
              Tallahassee, Florida

REPORTED BY:     ANITA M. PEKEROL, CRR, CP, CM
                Certified Realtime Reporter

ACCURATE STENOTYPE REPORTERS, INC.
2894-A Remington Green Lane
Tallahassee, Florida 32308
(850) 878-2221

APPEARANCES:

REPRESENTING THE PLAINTIFF THE STATE OF FLORIDA:

    MARY MILLER, ESQUIRE and
    JOSHUA R. HELLER, ESQUIRE
    Attorney General's Office
    Medicaid Fraud Control Unit
    The Capital-Tax Section
    Tallahassee, Florida  32399
    850-414-3600

REPRESENTING THE PLAINTIFF VEN-A-CARE:

    SUSAN SCHNEIDER THOMAS, ESQUIRE
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA  19103-6305
    215-875-3000

REPRESENTING THE DEFENDANTS DEY, INC., DEY, L.P.,
EMD PHARMACEUTICALS, INC.:

    CLIFFORD KATZ, ESQUIRE
    Kelley Drye & Warren
    101 Park Avenue
    New York, NY  10178
    212-808-7800

        and

    KELLY OVERSTREET JOHNSON, ESQUIRE
    Broad and Cassel
    215 South Monroe Street, #400
    Tallahassee, Florida  32301
    850-681-6810

APPEARANCES (Continued):

REPRESENTING THE DEFENDANTS BOEHRINGER INGELHEIM AND ROXANE LABORATORIES:

    HELEN E. WITT, ESQUIRE
    Kirkland & Ellis, LLP
    200 East Randolph Drive
    Chicago, Illinois 60601
    (312) 861-3486

REPRESENTING THE DEFENDANTS SCHERING CORP., SCHERING-PLOUGH AND WARRICK PHARMACEUTICALS:

    DANA TOOLE, ESQUIRE
    Dunlap Toole Shipman & Whitney, P.A.
    2065 Thomasville Road, #102
    Tallahassee, Florida 32308-0733
    850-385-5000

    and

    CHRISTOPHER R. DILLON, ESQUIRE
    HANNAH R. BORNSTEIN, LEGAL CLERK
    Ropes & Gray
    One International Place
    Boston, MA 02110-2624
    617-951-7000

VIDEOGRAPHER:

    DOUGLAS NARGIZ
    Accurate Stenotype Reporters

# INDEX

| WITNESS: | PAGE |
|---|---|
| SUSAN McLEOD | |
| Direct Examination by Mr. Dillon | 7 |
| CERTIFICATE OF REPORTER | 120 |
| CERTIFICATE OF ADMINISTERING OATH | 121 |
| ERRATA SHEET | 234 |
| READ AND SIGN LETTER | 235 |

# EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 346 | E-mail String Dated October 21, 2001 From Jerry Wells to Kevin Whittington | 94 |
| 347 | E-mail String Dated October 29, 2001 From George Kitchens to Jerry Wells | 100 |
| 348 | E-mail String Dated October 31, 2001 From Susan McLeod to Ken McLeod | 103 |
| 349 | E-mail String Dated October 31, 2001 From Jerry Wells to Susan McLeod | 104 |
| 350 | E-mail String Dated October 31, 2001 From George Kitchens to Susan McLeod | 116 |
| 351 | Letter From Mary S. Miller to Chris Dillon | 135 |

1  understanding during this timeframe of the discounts
2  available off AWP for generic drugs?
3           MS. THOMAS:  Objection.
4           MS. MILLER:  Objection to form.
5  BY MR. DILLON:
6      Q.   What discounts off of AWP did you
7  believe were available in the timeframe of this
8  report, August of 1996?
9           MS. THOMAS:  Objection.
10          MS. MILLER:  Objection to form.
11          THE WITNESS:  I think that the discounts
12     range -- it was a wide range -- anywhere
13     between 20 percent and 90 percent.
14 BY MR. DILLON:
15     Q.   And that was your understanding during
16 this timeframe?
17     A.   Yes.
18     Q.   On the following page, page 6, for
19 "Conclusions and Recommendations," it says in the
20 first paragraph, "Based on our review, we have
21 determined that there is a significance difference
22 between AWP and pharmacy acquisition costs.  The
23 difference between AWP and pharmacy acquisition
24 costs is significantly greater for generic drugs
25 than for brand name drugs."

```
 1                  Was that your understanding as well in
 2      1996?
 3                  MS. MILLER:  Objection to form.
 4                  THE WITNESS:  Yes.
 5      BY MR. DILLON:
 6           Q.     Why are the discounts available for
 7      generic drugs greater than for brand name drugs?
 8                  MS. THOMAS:  Objection.
 9                  MS. MILLER:  Objection to form.
10                  THE WITNESS:  I would have no way of
11           knowing.
12      BY MR. DILLON:
13           Q.     You are aware that the phenomena existed
14      but are unsure as to what the reasons for that is;
15      is that --
16           A.     Yes.
17                  MS. THOMAS:  Objection.
18                  MS. MILLER:  Objection to form.
19      BY MR. DILLON:
20           Q.     If I turn your attention to Appendix
21      4 -- and it is probably about five pages beyond
22      that -- there is a letter on State of Florida Agency
23      for Health Care Administration letterhead dated May
24      23, 1996.  If you can take a look at that letter, my
25      first question is going to be whether you have seen
```

CERTIFICATE OF REPORTER

STATE OF FLORIDA:

COUNTY OF LEON:

I, ANITA M. PEKEROL, do hereby certify that the foregoing proceedings were taken before me at the time and place therein designated; that my shorthand notes were thereafter translated under my supervision; and the foregoing pages numbered 1 through 120 are a true and correct record of the aforesaid proceedings.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

DATED THIS 27th day of June, 2006.

_____
ANITA M. PEKEROL, CP, CM, CRR
2894-A Remington Green Lane
Tallahassee, Florida  32308
850-878-2221

```
 1              CERTIFICATE OF ADMINISTERING OATH

 2

 3

 4

 5    STATE OF FLORIDA:

 6    COUNTY OF LEON:

 7

 8         I, ANITA M. PEKEROL, Registered Professional

 9    Reporter and Notary Public in and for the State of

10    Florida at Large:

11

12         DO HEREBY CERTIFY that on the date and place

13    indicated on the title page of this transcript, an

14    oath was duly administered by me to the designated

15    witness(s) before testimony was taken.

16

17         DATED THIS 27th day of June, 2006.

18

19         Anita M. Pekerol
           MY COMMISSION # DD163359 EXPIRES
20         February 20, 2007
           BONDED THRU TROY FAIN INSURANCE, INC.

21         _____
           ANITA M. PEKEROL, CP, CM, CRR
22         2894-A Remington Green Lane
           Tallahassee, Florida  32308
23         850-878-2221

24

25    My Commission Expires:  February 20, 2007.
```