# Exhibit L

Page 1

1              IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

2                         STATE OF HAWAII

3      ---------------------------------

4      STATE OF HAWAII,                    )

5              Plaintiff,                  )

6          v.                             ) CIVIL NO.

7      ABBOTT LABORATORIES INC.,           ) 06-1-0720-04 EEH

8      et al.,                            ) 07-1-1639-09 EEH

9              Defendants.                 )

10     ---------------------------------

11     STATE OF HAWAII                     )

12              Plaintiff,                 )

13          v.                             )

14     SCHERING CORPORATION; DOE           )

15     CORPORATIONS 1-100; DOE             )

16     ENTITIES 1-100,                     )

17              Defendants.                )

18     ---------------------------------

19

20              DEPOSITION OF LYNN DONOVAN

21                   APRIL 29, 2008

22                 HONOLULU, HAWAII

Donovan, Lynn                                                                April 29, 2008
Honolulu, HI

Page 2

1              Videotaped deposition of LYNN DONOVAN,

2       held at the law offices of McCorriston, Miller,

3       Mukai & MacKinnon, LLP, Five Waterfront Plaza,

4       4th Floor, 500 Ala Moana Boulevard, Honolulu,

5       Hawaii 96813, the proceedings being recorded

6       stenographically by Nancy P. Blankenship, a

7       Registered Professional Court Reporter and

8       Notary Public for the State of Hawaii, and

9       transcribed under her direction.

10

11

12

13

14          A P P E A R A N C E S   O F   C O U N S E L

15

16      On behalf of the State of Hawaii:

17

18              MICHAEL WINGET-HERNANDEZ, ESQ.

19              Winget-Hernandez, LLC

20              101 South College Street

21              Dripping Strings, Texas  78763

22              michael@winget-hernandez.com

Page 3

```
 1              A P P E A R A N C E S   (Cont'd)

 2

 3    On behalf of the State of Hawaii:

 4

 5              RICK J. EICHOR, ESQ.

 6              Price Okamoto Himeno & Lum

 7              Ocean View Center, Suite 728

 8              707 Richards Street

 9              Honolulu, Hawaii  96813

10              reichor@pohlhawaii.com

11

12

13    On behalf of the State of Hawaii:

14

15              H. CLAY BARNETT, III, ESQ.

16              Beasley Allen Crow Methvin

17              Portis & Miles, P.C.

18              272 Commerce Street

19              Montgomery, Alabama  36103-4160

20              clay.barnett@beasleyallen.com

21

22    (Cont'd)
```

Donovan, Lynn                                                        April 29, 2008
                              Honolulu, HI

Page 4

```
 1            A P P E A R A N C E S   (Cont'd)

 2    On behalf of AstraZeneca:

 3

 4             DAVID TOSCANO, ESQ.

 5             SHELDON L. POLLOCK, ESQ.

 6             ALEXANDRA P. PARRA, ESQ.

 7             Davis Polk & Wardwell

 8             450 Lexington Avenue

 9             New York, New York  10017

10             david.toscano@dpw.com

11             sheldon.pollock@dpw.com

12             alexandra.parra@dpw.com

13

14    On behalf of AstraZeneca:

15

16             ELIZABETH ROBINSON, ESQ.

17             KENNETH MANSFIELD, ESQ.

18             McCorriston Miller Mukai & MacKinnon

19             Five Waterfront Plaza, 4th Floor

20             500 Ala Moana Boulevard

21             Honolulu, Hawaii  96813

22             mansfield@m4law.com
```

Donovan, Lynn                                                           April 29, 2008
                              Honolulu, HI

Page 5

```
 1               A P P E A R A N C E S   (Cont'd)

 2

 3    On behalf of Schering-Plough Corporation, Schering

 4    Corporation and Warrick Pharmaceuticals Corporation:

 5

 6                  C. MICHAEL MOORE, ESQ.

 7                  Sonnenschein Nath & Rosenthal LLP

 8                  1717 Main Street, Suite 3400

 9                  Dallas, Texas   75201-7395

10                  mmoore@sonnenschein.com

11

12

13    On behalf of Pfizer, Inc. and Pharmacia Corp.:

14

15                  REX Y. FUJICHAKU, ESQ.

16                  Bronster Hoshibata

17                  2300 Pauahi Tower

18                  1003 Bishop Street

19                  Honolulu, Hawaii   96813

20                  rfujichaku@bhhawaii.net

21

22    (Cont'd)
```

Donovan, Lynn                                                    April 29, 2008
                              Honolulu, HI

```
                                                              Page 6
 1              A P P E A R A N C E S   (Cont'd)

 2

 3    On behalf of Novartis Pharmaceuticals Corporation:

 4

 5                  JACQUELINE L. S. EARLE, ESQ.

 6                  Goodsill Anderson Quinn & Stifel

 7                  1099 Alakea Street, Suite 1800

 8                  Honolulu, Hawaii  96813

 9                  jearle@goodsill.com

10

11

12    On behalf of Merck & Co., Inc.:

13

14                  LISA MUNGER, ESQ.

15                  Goodsill Anderson Quinn & Stifel

16                  1099 Alakea Street, Suite 1800

17                  Honolulu, Hawaii  96813

18                  lmunger@goodsill.com

19

20

21

22    (Cont'd)
```

Donovan, Lynn                                                        April 29, 2008
                              Honolulu, HI

Page 7

```
 1              A P P E A R A N C E S   (Cont'd)

 2

 3    On behalf of Mylan Laboratories, Inc., and Mylan

 4    Pharmaceuticals, Inc.:

 5

 6              TERI-ANNE E.S. NAGATA, ESQ.

 7              CALVERT G. CHIPCHASE, IV, ESQ.

 8              Cades Schutte, LLP

 9              1000 Bishop Street, Suite 1200

10              Honolulu, Hawaii  96813

11              tnagata@cades.com

12              cchipchase@cades.com

13

14

15    On behalf of Barr Laboratories, Inc.:

16

17              RYAN H. ENGLE, ESQ.

18              Bays Deaver Lung Rose Holma

19              1099 Alakea Street, 16th Floor

20              Honolulu, Hawaii  96813

21              rengle@legalhawaii.com

22
```

Page 8

```
 1              A P P E A R A N C E S   (Cont'd)

 2    On behalf of Aventis Behring, Inc.:

 3

 4                 JOHN REYES-BURKE, ESQ.

 5                 Burke McPheeters Bordner & Estes

 6                 3100 Mauka Tower

 7                 Pacific Guardian Center

 8                 737 Bishop Street

 9                 Honolulu, Hawaii  96813

10                 jburke@bmbe-law.com

11

12

13    On behalf of IVAX Corporation; IVAX Pharmaceutical,

14    Inc.; Sicor Pharmaceuticals, Inc. f/k/a Gensia Sicor

15    Pharmaceuticals, Inc.; and Teva Pharmaceuticals USA,

16    Inc.:

17

18                 BRYAN M. STEPHANY, ESQ.

19                 Kirkland & Ellis, LLP

20                 655 Fifteenth Street, N.W.

21                 Washington, D.C.  20005

22                 bstephany@kirkland.com
```

Donovan, Lynn                                                                      April 29, 2008
                                    Honolulu, HI

                                                                              Page 9

 1              A P P E A R A N C E S   (Cont'd)

 2

 3      On behalf of Baxter Healthcare Corporation:

 4

 5                   CHARLES V. MEHLER, III, ESQ.

 6                   (via telephone)

 7                   Dickstein Shapiro LLP

 8                   1825 Eye Street N.W.

 9                   Washington D.C.   20006

10                   mehlerc@dicksteinshapiro.com

11

12

13      On behalf of SmithKline Beecham dba GlaxoSmithKline:

14

15                   RICHARD J. CUTLER, ESQ.

16                   (via telephone)

17                   Dechert LLP

18                   2440 W. El Camino Real, Suite 700

19                   Mountain View, California   94040

20                   richard.cutler@dechert.com

21

22      (Cont'd)

Donovan, Lynn                                                          April 29, 2008
                                   Honolulu, HI

```
                                                              Page 10
1               A P P E A R A N C E S   (Cont'd)

2

3    ALSO PRESENT:

4

5               Robert Whitman, Videographer

6               Greg Wills, Videographer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Donovan, Lynn                                                    April 29, 2008
Honolulu, HI

```
 1                    I N D E X

 2   WITNESS: LYNN DONOVAN                        PAGE

 3        EXAMINATION BY MR. TOSCANO............... 017

 4        EXAMINATION BY MR. MOORE................. 144

 5        EXAMINATION BY MR. TOSCANO............... 233

 6        EXAMINATION BY MS. EARLE................. 260

 7

 8

 9                  E X H I B I T S

10   NUMBER              DESCRIPTION              PAGE

11   Exhibit Donovan 001-First Amended Subpoena

12                    Duces Tecum, Exhibit 1,

13                    Lynn R. Donovan........... 025

14   Exhibit Donovan 002-Transmittal and Notice of

15                    Approval of State Plan

16                    Material.................. 065

17   Exhibit Donovan 003-Federal Register Vol. 52,

18                    No. 147................... 068

19   Exhibit Donovan 004-Take as Directed:

20                    Prescription Drug Options

21                    for Hawaii's Uninsureds,

22                    Report No. 3, 2002........ 069
```

Donovan, Lynn                                                    April 29, 2008
                              Honolulu, HI

Page 12

```
 1              E X H I B I T S   (Cont'd)

 2    NUMBER                 DESCRIPTION                 PAGE

 3    Exhibit Donovan 005-On-Site Audit Report Mina

 4                     Pharmacy, December 31, 2003 084

 5    Exhibit Donovan 006-4-10-97 Memorandum from

 6                     June Gibbs Brown to Bruce

 7                     Vladeck................... 104

 8    Exhibit Donovan 007-8-7-97 letter from Med-

 9                     QUEST, Re: State Plan

10                     Amendment TN No. 97-005.... 121

11    Exhibit Donovan 008-4-24-96 Memorandum from

12                     Cynthia WIlliamd to Rosada

13                     Gonzales.................. 142

14    Exhibit Donovan 009-3-28-96 Memorandum from

15                     Winifred Odo to All

16                     Medicaid Providers........ 160

17    Exhibit Donovan 010-Hawaii Medicaid

18                     Prescription Payment

19                     Algorithm Analysis, updated

20                     12/8/05................... 174

21    Exhibit Donovan 011-SMAC HI_HI 000050741 - 826. 215

22    (Cont'd)
```

Donovan, Lynn                                                                              April 29, 2008
Honolulu, HI

Page 13

1                    E X H I B I T S   (Cont'd)

2       NUMBER                DESCRIPTION                    PAGE

3       Exhibit Donovan 012-4/12/06 e-mail from

4                             Kathleen Kang-Kaulupali to

5                             LDonovan.................. 221

6       Exhibit Donovan 013-1-9-02 letter from Warrick

7                             Pharmaceuticals to Donovan

8                             re: Warrick Pharmaceuticals

9                             Pricing Update for the

10                            Monday ending 12/31/01..... 227

11      Exhibit Donovan 014-Roche Laboratories Inc.

12                            product announcement:

13                            FUZEON, Kytril, BONIVA..... 233

14      Exhibit Donovan 015-Presentation - Kay Morgan,

15                            Manager, Product Knowledge

16                            Base Services, First

17                            DataBank.................. 239

18      Exhibit Donovan 016-9/18/95 WMPAA Meeting,

19                            Reports and Activities

20                            Taking Place.............. 252

21

22      (Cont'd)

Donovan, Lynn

Honolulu, HI

April 29, 2008

Page 14

1                    E X H I B I T S   (Cont'd)

2    NUMBER                 DESCRIPTION                    PAGE

3    Exhibit Donovan 017-2/16/01 Internal

4                       Communication Form, DHS,

5                       Subject: Pharmaceutical

6                       Fraud Conference.......... 255

7    Exhibit Donovan 018-9-26-02 letter from DHS to

8                       DHHS, re: State Plan

9                       Amendment TN No.02-003..... 255

10   Exhibit Donovan 019-April '02 e-mail string,

11                       Subject: SPA Withdrawal.... 257

12   Exhibit Donovan 020-Novartis New Product

13                       Introduction - ENABLEX..... 261

14   Exhibit Donovan 021-Novartis Pharmacy Benefit

15                       Report, Facts & Figures,

16                       2000 Edition.............. 267

17   Exhibit Donovan 022-Factor IX................. 268

18

19

20

21

22

Donovan, Lynn                                                              April 29, 2008
                              Honolulu, HI

Page 174

1    total?

2         A.    I don't recall in total.

3         Q.    Okay.  All right.

4              MR. MOORE:   Exhibit Number 10.

5                   (Exhibit Donovan 010 marked.)

6         Q.    (BY MR. MOORE)  All right.  Ms.

7    Donovan, Exhibit Number 10 is a document that I

8    found in the Hawaii production.  You see it's got

9    the Hawaii Bates stamp down there on the bottom

10   right-hand corner and it's called Hawaii Medicaid

11   prescription payment algorithm analysis at the

12   top.  Do you see that?

13        A.    Yes, I do.

14        Q.    And are you familiar with this

15   document?

16        A.    Yes, I've seen it.

17        Q.    All right.  How are you familiar with

18   this document?  This is Exhibit Number 10.  What

19   is it?

20        A.    It was a recommendation provided by our

21   contractor, First Health.

22        Q.    Okay.  First -- it mentions at the top,

Donovan, Lynn

April 29, 2008

Honolulu, HI

Page 175

```
 1    First Health Services, Corp., FHSC.  Is that who
 2    you're referring to?
 3         A.   Yes.
 4         Q.   And it says evaluated the current
 5    Hawaii prescription payment algorithm to
 6    determine possible changes that would result in
 7    savings while providing fair reimbursement for
 8    pharmacy providers and keeping the State within
 9    CMS State Plan guidelines.  Did I read that
10    correctly?
11         A.   I think so.
12         Q.   And were you involved in this
13    evaluation by FHSC?
14         A.   Involved?
15         Q.   What involvement, if any, did you have
16    in this?
17         A.   I can -- I -- I probably -- because I
18    don't -- I probably worked with them as far as
19    providing them with basic information regarding
20    what the program currently was paying and
21    providing them with information that they needed
22    in order to provide recommendations.
```

Donovan, Lynn

April 29, 2008

Honolulu, HI

Page 176

1        Q.    Okay.   That's good.   Now, Exhibit

2    Number 10, is this work product from FHSC or is

3    this something prepared by the department, this

4    piece of paper we are looking at right here?

5        A.    This was prepared by First Health.

6        Q.    And was this Exhibit 10 then presented

7    to the Hawaii Medicaid program as a -- as sort of

8    a summary of the analyses that were performed?

9        A.    Yes.

10       Q.    Let's go through them, please and let

11   me ask you about them.

12       A.    Okay.

13       Q.    Number one says, we -- and I guess when

14   they refer to we, they're talking about First

15   Health Services, Corp., correct?   The first

16   paragraph, we?

17       A.    We.

18       Q.    Okay.

19       A.    I -- sounds logical.

20       Q.    All right.   Well, let's don't get --

21   let's don't get bogged down on that.

22             It says, we compared the current Hawaii

Donovan, Lynn
Honolulu, HI
April 29, 2008

Page 177

1    MAC price list with the FHSC MAC price list,

2    correct?

3         A.   Yes.

4         Q.   That's what it says.  Now, is it true

5    that Hawaii had -- starting in the 1997 -- '96,

6    '97 time frame Hawaii had its own MAC list for

7    certain drugs, correct?

8         A.   It was not implemented until 2001.

9         Q.   Why is that?  If you were looking at

10   setting MACs in the '96, '97 range, why would

11   that not be implemented until three or four years

12   later?

13        A.   Other priorities, resources.

14        Q.   But if it's a cost -- it would be a

15   significant cost saving exercise for the State,

16   would it not, to have those State MACs in place?

17        A.   It would be -- there would be cost

18   savings.

19        Q.   Yeah.

20             And what were -- what caused it to be

21   delayed for so long?

22        A.   I don't recall.  Other priorities.

Donovan, Lynn

April 29, 2008

Honolulu, HI

Page 178

1      Q.    Was there political pressure not to put

2   the MACs into place, because they would reduce

3   pharmacy reimbursement?

4      A.    Not that I recall.  There were meetings

5   with the pharmacists regarding the State MAC.

6      Q.    The pharmacy association in Hawaii was

7   certainly not in favor of putting the State MACs

8   in place, were they?

9      A.    No, but there was input.  They had

10  input.

11     Q.    All right.  I understand they had

12  input, but their input was we don't want those

13  State MACs, right, because that's going to lower

14  our reimbursement from Medicaid, true?

15     A.    It would lower their reimbursement --

16     Q.    But -- go ahead.

17     A.    -- but they had input on it.

18     Q.    Right.  But their -- I'm getting more

19  to not that they had input but what their input

20  was.  Their input was we don't want those State

21  MACs.  We would just rather have you stick with

22  just the AWP based reimbursement, correct?

1          MR. WINGET-HERNANDEZ:   Objection, form.

2     Q.   (BY MR. MOORE)   True?

3     A.   Providers want the highest

4 reimbursement.

5     Q.   Right.  In fact, they -- we are going

6 to get to this in a minute.

7          The pharmacists in Hawaii would -- even

8 wanted -- they would rather have FULs based

9 reimbursement than State MAC based reimbursement,

10 correct?

11     A.   Yes.

12     Q.   Because it was generally higher, right?

13     A.   That's what -- that was their input.

14     Q.   Yeah.  When you were going to do the

15 State MAC program, how were you going -- and

16 again, you the department, how were you going to

17 set the MACs, the State MACs?  What was the

18 methodology to do that?

19     A.   That was in our rules and regulations.

20 It's spelled out there.

21     Q.   Do you remember -- you know, without us

22 pulling out the rules and regulations, what do

Donovan, Lynn                                                            April 29, 2008
                          Honolulu, HI

                                                                    Page 180

1    you remember about it?

2         A.    It's an average.

3         Q.    An average of what?

4         A.    It's the average of -- three -- three

5    products, but you'll have to go back to the

6    rules.

7         Q.    Let me try to help you a little bit if

8    I may, and if I say this wrong, you -- you swat

9    me down right away.

10             It was an average of some multisource

11   drug prices on the marketplace; is that true?

12        A.    Multisource drugs.

13        Q.    Right.

14        A.    Yes, average.

15        Q.    All right.  Now, is that how -- when it

16   was ultimately implemented in 2001, is that

17   generally the methodology that was used, some

18   average of multisource drug prices in the

19   marketplace?

20        A.    Yes.

21        Q.    All right.  Let's go on with Exhibit

22   10.  Let's kind of use this as a jumping off

Donovan, Lynn

Honolulu, HI

April 29, 2008

Page 181

1   point.  It says -- well, first let me ask you it

2   says, there's also an FHSC MAC price list.  What

3   is that?

4        A.   First Health had a MAC price list.

5        Q.   Has Hawaii Medicaid ever used in its

6   fee for service program the First Health

7   Services, Corp. MAC price list?

8        A.   No.

9        Q.   It says in the report from First

10  Health, Exhibit 10, the State could save an

11  estimated 3.3 million per year, 2.86 percent, if

12  the FHSC MAC replaced the Hawaii MAC and the

13  remainder of the algorithm remained the same.  Do

14  you see that?

15       A.   Yes.

16       Q.   So what was being considered here and

17  being analyzed was if you took this FHSC MAC list

18  and substituted it for Hawaii's MAC list, the

19  program could save approximately $3 million a

20  year, true?

21       A.   That's what it says there.

22       Q.   Okay.  But that was never done by the

Donovan, Lynn                                                      April 29, 2008
                          Honolulu, HI

1    State of Hawaii, was it?

2         A.   No.

3         Q.   So those monies were never -- those

4    savings were never achieved by the State of

5    Hawaii, were they?

6         A.   No.

7         Q.   And the reason you couldn't just

8    implement that First Health Services MAC list and

9    cut reimbursement by $3.3 million was because of

10   the -- you had serious opposition from the

11   providers, correct?

12        A.   There -- the program has just been so

13   short of people, resources, other priorities --

14        Q.   Okay.

15        A.   -- provider objections, yes.

16        Q.   All right.  What you're telling me is a

17   combination of reasons?

18        A.   A combination of reasons.

19        Q.   I accept that.

20             One reason, though, is -- seriously one

21   reason -- I'm not saying it's the only reason.

22   One reason you couldn't just adopt this First

Donovan, Lynn                                                    April 29, 2008
                                Honolulu, HI

Page 183

 1    Health MAC list and cut reimbursement by 3.3

 2    million a year, one reason would be provider

 3    opposition, true?

 4         A.   That would be -- that would be likely.

 5    I don't know that they ever knew about this,

 6    but...

 7         Q.   That's a fair point.

 8              You think, though, if you rolled this

 9    out, this 3.3 million -- we are going to go to

10    this FHSC MAC list and we are going to cut $3

11    million out of the reimbursement, is it -- is it

12    likely you would have provider opposition to

13    that?

14              MR. WINGET-HERNANDEZ:  Objection, form,

15    speculative.

16         Q.   (BY MR. MOORE)  Based on your

17    experience.

18         A.   My opinion?

19         Q.   Yes, ma'am.

20         A.   The providers would not have been

21    happy.

22         Q.   Right.  Now, from an administrative

Donovan, Lynn

Honolulu, HI

April 29, 2008

Page 184

1    standpoint, First Health Services, Corp., at the

2    time of Exhibit 10 was already a contractor to

3    the State of Hawaii, correct?

4        A.    Correct.

5        Q.    And what did you understand they did

6    pursuant to their contract?

7        A.    They had -- this was -- part of their

8    contract was reimbursement issues.

9        Q.    And how long had First Health Services,

10   Corp. been a contractor to Hawaii Medicaid?

11       A.    I believe they started in 2004.

12       Q.    Started in 2003?

13       A.    '04 I believe.

14       Q.    '04, all right.

15             Did they replace someone else?

16       A.    For some of the services, yes.

17       Q.    Can you break --

18       A.    For this, no.

19       Q.    So this was a new service they were

20   providing in -- starting in '04 to help you with

21   reimbursement issues?

22       A.    Right, uh-huh.

Donovan, Lynn

April 29, 2008

Honolulu, HI

Page 185

1    Q.   And who was the company that they

2  replaced that was -- that had other -- other

3  responsibilities as a contractor?

4    A.   ACS.

5    Q.   Say again.

6    A.   ACS.

7    Q.   ACS, Affiliated Computer Services?

8    A.   Yes.

9        MR. MOORE:  We have got to change the

10  tape.  Let's take a break and change the tape and

11  then start back.

12        MR. WINGET-HERNANDEZ:  How much of a

13  break do you want?

14        THE VIDEOGRAPHER:  We are off the

15  record --

16        MR. MOORE:  As short as we can do to

17  get the tape changed and then start back.

18        THE VIDEOGRAPHER:  We are off the

19  record at 3:20 p.m.

20          (Recess 3:20 to 3:29 p.m.)

21        THE VIDEOGRAPHER:  Back on the record

22  at 3:30 p.m., this is the start of tape number 4.

Donovan, Lynn                                                          April 29, 2008
                              Honolulu, HI

Page 186

1      Q.    (BY MR. MOORE)   Ms. Donovan, staying

2    with Exhibit 10, I've got quite a few questions

3    just on this document.   Were you recommending

4    that the State substitute the First Health MAC

5    prices for the Hawaii MAC prices to save money?

6      A.    I wouldn't say I was recommending it,

7    but then I wasn't opposing it.   I -- the

8    contractor was hired and they were making

9    recommendations.

10     Q.    Okay.  But you weren't -- were you just

11   neutral on the subject or did you have a view one

12   way or the other?

13     A.    Did I have a view?   It seemed like it

14   would save the program money based on the

15   recommendation, and if that's what the program

16   wanted, fine.

17     Q.    Okay.  Let's go to the next one.   The

18   second paragraph in Exhibit 10 it says, currently

19   the Hawaii algorithm requires the FUL to override

20   the Hawaii MAC.  Do you see that?

21     A.    Yes.

22     Q.    And in your testimony when you started

Donovan, Lynn                                                    April 29, 2008
                          Honolulu, HI

1    the deposition today, you mentioned briefly

2    something about this, that the -- under the

3    Hawaii reimbursement system that it was set up so

4    that the FUL price would override the Hawaii MAC

5    price; is that true?

6         A.    That's correct.

7         Q.    Okay.  And that's even if the FUL price

8    is higher, right?

9         A.    That's correct.

10        Q.    So in other words, you could have even

11   -- and has this been the case since you

12   implemented the State MAC program in 2001?

13             Has it always been that way, to your

14   knowledge, that the FUL -- the higher FUL price

15   would override a lower Hawaii MAC price?

16        A.    Well, the FUL overrides the SMAC

17   regardless --

18        Q.    Okay.

19        A.    -- of whether it's more or less.

20        Q.    Okay.  But I want to concentrate on the

21   situation where the FUL is higher than the SMAC,

22   okay?

Donovan, Lynn                                                    April 29, 2008
                              Honolulu, HI

Page 188

 1      A.    Uh-huh.

 2      Q.    Since you implemented the State MAC

 3   program in 2001, if you had a FUL in the system

 4   that was higher than the State MAC, it would

 5   override on the reimbursement, correct?

 6      A.    It would pay at the FUL.

 7      Q.    It would pay at the higher price,

 8   right?

 9      A.    Whatever the FUL is.

10      Q.    Okay.  And that's been the case all the

11   way up until today, correct?

12      A.    That's correct.

13      Q.    It's still being done that way?

14      A.    Yes.

15      Q.    Why would you have a system where you

16   have a lower MAC price and a higher federal FUL

17   price and use the highest of the two prices

18   rather than the lowest of the two prices?  Why do

19   you do that?

20      A.    That was the input from the Hawaii

21   Pharmacy Association and that was the agreement.

22      Q.    Okay.  So I think you said -- picking

Donovan, Lynn                                                                April 29, 2008
Honolulu, HI

Page 277

1    and the deposition today.

2                    (Deposition recessed at 6:12 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14                                  _____

15                                        LYNN DONOVAN

16

17   Subscribed and sworn to and before me

18   this _____ day of _____, 20____.

19

20

21   _____

22            Notary Public

Donovan, Lynn                                                    April 29, 2008
Honolulu, HI

Page 278

```
 1                C E R T I F I C A T E

 2     STATE OF HAWAII              )

                                    )   SS.

 3     COUNTY OF HONOLULU           )

 4              I, NANCY P. BLANKENSHIP, do hereby certify;

 5              That on April 29, 2008, at 9:00 a.m.,

 6     appeared before me LYNN DONOVAN, the witness whose

 7     deposition is contained herein; that prior to being

 8     examined she was by me duly sworn;

 9              That the deposition was taken down by me in

10     machine shorthand and was thereafter reduced to

11     typewritten form under my supervision; that the

12     foregoing represents, to the best of my ability, a

13     true and correct transcript of the proceedings had in

14     the foregoing matter.

15              I further certify that I am not an attorney

16     for any of the parties hereto, nor in any way

17     concerned with the cause.

18              DATED this 9th day of May, 2008, in

19     Honolulu, Hawaii.

20

21              _____

22              NANCY P. BLANKENSHIP, CSR NO. 459
```