# Exhibit M

Page 315

```
 1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

 2                   STATE OF HAWAII

 3     ---------------------------------

 4   STATE OF HAWAII,                    )

 5             Plaintiff,                )

 6       v.                              )  CIVIL NO.

 7   ABBOTT LABORATORIES INC.,           )  06-1-0720-04 EEH

 8   et al.,                             )  07-1-1639-09 EEH

 9             Defendants.               )

10   ---------------------------------

11   STATE OF HAWAII                     )

12             Plaintiff,                )

13       v.                              )

14   SCHERING CORPORATION; DOE           )

15   CORPORATIONS 1-100; DOE             )

16   ENTITIES 1-100,                     )

17             Defendants.               )

18   ---------------------------------

19                   VOLUME II

20        VIDEOTAPED 30(b)(6) DEPOSITION OF

21     THE STATE OF HAWAII by AILEEN HIRAMATSU

22    and VIDEOTAPED DEPOSITION OF AILEEN HIRAMATSU
```

Page 316

```
 1              UNITED STATES DISTRICT COURT

 2          DISTRICT OF MASSACHUSETTS OF HAWAII

 3

 4    ----------------------------X

 5    In Re:  PHARMACEUTICAL        :   MDL NO.

 6    INDUSTRY AVERAGE WHOLESALE    :   1456

 7    PRICE LITIGATION              :   CIVIL NO.

 8    ----------------------------X   01-12257-PBS

 9    This relates to United        :

10    States of America ex rel.     ;

11    Ven-a-Care of the FLorida     ;

12    Keys, Inc. et al., v. Dey,    :

13    Inc., et al., Civil Action    :

14    No. 05-11084-PBS, and         :

15    United States of America,     :

16    ex rel. Ven-a-Care of the     :

17    Florida Keys, Inc., et al.,   :

18    v. Boehringer Ingelheim       :

19    Corp., et al., Civil Action   :

20    No. 07-10248-PBS.             :

21    ----------------------------X

22
```

Page 317

1                          VOLUME II

2

3          VIDEOTAPED 30(b)(6) DEPOSITION OF

4       THE STATE OF HAWAII by AILEEN HIRAMATSU

5     and VIDEOTAPED DEPOSITION OF AILEEN HIRAMATSU

6

7

8     Taken at the law offices of McCorriston Miller

9     Mukai MacKinnon LLP, Five Waterfront Plaza, 4th

10    Floor, Honolulu, Hawaii, commencing at 9:00 a.m.

11    on Friday, May 2, 2008 pursuant to Notice.

12

13

14

15    REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354

16

17

18

19

20

21

22

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II                    May 2, 2008
Honolulu, HI

1                       A P P E A R A N C E S

2

3    Special Deputy Attorney General for the Plaintiff:

4            RICK J. EICHOR, ESQUIRE

5            Price Okamoto Himeno & Lum

6            Ocean View Center

7            707 Richards Street, Suite 728

8            Honolulu, Hawaii 96813

9

10   For Plaintiff State of Hawaii:

11           MICHAEL WINGET-HERNANDEZ, ESQUIRE

12           Winget-Hernandez, LLC

13           101 South College Street

14           Dripping Springs, Texas   78763

15

16   For Plaintiff State of Hawaii:

17           CLINTON C. CARTER, ESQUIRE

18           H. CLAY BARNETT, III, ESQUIRE

19           Beasley, Allen, Crow, Methvin, Portis & Miles

20           272 Commerce Street

21           Post Office Box 4160

22           Montgomery, Alabama   56105-4160

Page 319

1            A P P E A R A N C E S   (CONTINUED)

2

3   For Defendants Pfizer, Inc. and Pharmacia Corp.:

4          SANDRA D. LYNCH, ESQUIRE

5          Bronster Hoshibata

6          1003 Bishop Street, Suite 2300

7          Honolulu, Hawaii 96813

8

9   For Defendant Novartis Pharmaceuticals Corporation:

10          JACQUELINE L.S. EARLE, ESQUIRE

11          Goodsill Anderson Quinn & Stifel

12          1099 Alakea Street, Suite 1800

13          Honolulu, Hawaii   96813

14

15   For Defendant AstraZeneca Pharmaceuticals LP and

16   AstraZeneca LP:

17          KENNETH J. MANSFIELD, ESQUIRE

18          McCorriston Miller Mukai MacKinnon LLP

19          Five Waterfront Plaza, 4th Floor

20          500 Ala Moana Boulevard

21          Honolulu, Hawaii   96813

22

Page 320

```
 1              A P P E A R A N C E S   (CONTINUED)

 2

 3    For Defendant Merck & Co., Inc.:

 4          LISA WOODS MUNGER, ESQUIRE

 5          Goodsill Anderson Quinn & Stifel

 6          1099 Alakea Street, Suite 1800

 7          Honolulu, Hawaii  96813

 8

 9    For Defendants Warrick Pharmaceuticals Corporation and

10    Schering-Plough Corporation:

11          C. MICHAEL MOORE, ESQUIRE

12          Sonnenschein Nath & Rosenthal LLP

13          1717 Main Street, Suite 3400

14          Dallas, Texas  75201-7395

15

16    For Defendant Par Pharmaceutical Company, Inc.:

17          RYAN H. ENGLE, ESQUIRE

18          Bays Deaver Lung Rose Holma

19          16th Floor, Alii Place

20          1099 Alakea Street

21          Honolulu, Hawaii  96813

22
```

Page 321

```
 1              A P P E A R A N C E S   (CONTINUED)

 2

 3    For Defendant Dey, Inc.; Mylan Laboratories Inc.,

 4    and Mylan Pharmaceuticals Inc.:

 5            MARISA A. LORENZO, ESQUIRE

 6            Kelley Drye & Warren LLP

 7            101 Park Avenue

 8            New York, NY 10178

 9            (Appearing via telephone)

10

11    For Defendants Apothecon, Inc. and Bristol-Meyer

12    Squibb Co.:

13            DAVID H. KARLEN, ESQUIRE

14            Hisaka Yoshida & Cosgrove

15            Pacific Guardian Center, Mauka Tower

16            737 Bishop Street, Suite 3000

17            Honolulu, Hawaii  96813

18

19

20

21

22    (CONTINUED)
```

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II                    May 2, 2008
Honolulu, HI

Page 322

1                A P P E A R A N C E S   (CONTINUED)

2

3    For Defendants Ivax Corporation; Ivax Pharmaceutical

4    Inc.; Sicor Pharmaceuticals, Inc. f/k/a Gensia Sicor

5    Pharmaceuticals Inc.; and Teva Pharmaceuticals USA, Inc.:

6            ROBERT D. HARRIS, ESQUIRE

7            Damon Key Leong Kupchak Haster

8            1600 Pauahi Tower

9            1001 Bishop Street

10           Honolulu, Hawaii  96813

11

12   For Defendants AstraZeneca Pharmaceuticals LP and

13   AstraZeneca LP:

14           DAVID TOSCANO, ESQUIRE

15           ALEXANDRA P. PARRA, ESQUIRE

16           SHELDON L. POLLOCK, ESQUIRE

17           Davis Polk & Wardwell

18           450 Lexington Avenue

19           New York, New York  10017

20

21

22   (CONTINUED)

Page 323

1               A P P E A R A N C E S   (CONTINUED)

2     For Defendants Aventis Behring LLC and Aventis

3     Pharmaceuticals Inc.:

4              JOHN REYES-BURKE, ESQUIRE

5              Burke McPheeters Bordner & Estes

6              3100 Mauka Tower, Pacific Guardian Center

7              737 Biship Street

8              Honolulu, Hawaii  96813

9

10    For Defendant Teva Pharmaceuticals U.S.A., Inc.,

11    Ivax Pharmaceuticals, Inc., and Sicor, Inc.:

12             BRYAN M. STEPHANY, ESQUIRE

13             Kirkland & Ellis LLP

14             655 Fifteenth Street, N.W.

15             Washington, D.C.  20005

16

17    For Defendant SmithKline Beecham dba Glass (GSK):

18             RICHARD J. CUTLER, ESQUIRE

19             Dechert LLP

20             2440 W. El Camino Real, Suite 700

21             Mountain View, CA 94040

22             (Appearing via telephone)

Page 324

1            A P P E A R A N C E S   (CONTINUED)

2

3    For the Defendant Baxter Healthcare Corporation:

4            CHARLES V. MEHLER III, ESQUIRE

5            Dickstein Shapiro LLP

6            1825 Eye Street NW

7            Washington, DC 20006

8            (Appearing via telephone)

9

10   For the Defendants Ben Venue Laboratories, Inc.;

11   Boehringer Ingelheim Pharmaceuticals, Inc.; and

12   Boehringer Ingelheim Roxane, Inc.:

13           SASHA K. DANNA, ESQUIRE

14           Kirkland & Ellis LLP

15           777 South Figueroa Street, 35th Floor

16           Los Angeles, California 90017

17           (Appearing via telephone)

18

19

20

21

22   (CONTINUED)

Page 325

1            A P P E A R A N C E S   (CONTINUED)

2

3    For the United States of America:

4         GEORGE B. HENDERSON, II, ESQUIRE

5         Assistant U.S. Attorney

6         John Joseph Moakley U.S. Courthouse

7         Suite 9200, 1 Courthouse Way

8         Boston, Massachusetts   02210

9

10

11   ALSO PRESENT:

12

13        Derek Bryant, Videographer

14

15

16

17

18

19

20

21

22

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II
Honolulu, HI

May 2, 2008

Page 326

1                      I N D E X

2

3    WITNESS: AILEEN HIRAMATSU                        PAGE

4        EXAMINATION BY MR. HENDERSON........ 330, 556

5        EXAMINATION BY MR. MOORE................. 350

6        EXAMINATION BY MR. TOSCANO............... 501

7        EXAMINATION BY MS. LORENZO.............. 534

8

9

10                   E X H I B I T S

11   NUMBER                  DESCRIPTION              PAGE

12   Exhibit Hiramatsu 043-Cross-Notice of

13                          Deposition............... 331

14   Exhibit Hiramatsu 044-Policy Directive 89-04... 332

15   Exhibit Hiramatsu 045-Letter, McConough to

16                          Rubin, HHC016-0573-81.... 335

17   Exhibit Hiramatsu 046-Letter, Minamoto to

18                          Chandler................. 337

19   Exhibit Hiramatsu 047-Letter, Minamoto to

20                          Chandler, HHC016-0336

21                          through 343.............. 341

22   (CONTINUED)

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II                    May 2, 2008
Honolulu, HI

                                                            Page 327

1              E X H I B I T S   (CONTINUED)

2    NUMBER                 DESCRIPTION              PAGE

3    Exhibit Hiramatsu 048-HI_HI 000003132-34 and

4                          two additional pages..... 343

5    Exhibit Hiramatsu 049-HI_HI 000005839-41....... 343

6    Exhibit Hiramatsu 050-Hawaii Medicaid

7                          Prescription Payment

8                          Algorithm Analysis....... 388

9    Exhibit Hiramatsu 051-Technical Proposal,

10                         HI_HI 0000033860-34220... 398

11   Exhibit Hiramatsu 052-Collection of documents

12                         also identified as

13                         Donovan 013.............. 407

14   Exhibit Hiramatsu 053-3/14/02 Memo, Rehnquist

15                         to Scully................ 422

16   Exhibit Hiramatsu 054-3/7/02 Memo, Rehnquist

17                         to Scully................ 435

18   Exhibit Hiramatsu 055-HI_HI 15403-26........... 439

19   Exhibit Hiramatsu 056-12/1/00 Letter, Hiramatsu

20                         to Blum.................. 454

21   Exhibit Hiramatsu 057-4/9/02 Memo,

22                         HI_HI 1794-97............ 459

Page 328

```
 1              E X H I B I T S   (CONTINUED)

 2   NUMBER                 DESCRIPTION                 PAGE

 3   Exhibit Hiramatsu 058-E-mail string,

 4                         HI_HI 52629-32.......... 463

 5   Exhibit Hiramatsu 059-E-mail string,

 6                         HI_HI 15173-77.......... 474

 7   Exhibit Hiramatsu 060-State Health Watch

 8                         Newsletter,

 9                         HI_HI 15143-45.......... 478

10   Exhibit Hiramatsu 061-E-mail, HI_HI 3151-52.... 481

11   Exhibit Hiramatsu 062-E-mail string,

12                         HI_HI 15178-79.......... 487

13   Exhibit Hiramatsu 063-E-mail string,

14                         HI_HI 52625-27.......... 488

15   Exhibit Hiramatsu 064-HI_HI 54153-54.......... 495

16   Exhibit Hiramatsu 065-E-mail string,

17                         HI_HI 52735-37.......... 497

18   Exhibit Hiramatsu 066-Report to the

19                         Legislature,

20                         HI_HI 55790-807.......... 498

21   Exhibit Hiramatsu 067-HI_HI 2686-2704.......... 504

22   Exhibit Hiramatsu 068-Third Amended Complaint.. 533
```

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II
Honolulu, HI

May 2, 2008

Page 329

```
 1              E X H I B I T S   (CONTINUED)

 2   NUMBER                DESCRIPTION                PAGE

 3   Exhibit Hiramatsu 069-Rebate Agreement......... 533

 4   Exhibit Hiramatsu 070-5/13/92 Letter, Rubin to

 5                     McConnough............... 561

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Page 369

1    BY MR. MOORE:

2         Q.    Here's my question.    Let's say you get

3    an AWP from First DataBank and it's not one of

4    the three or four hundred DOJ reduced AWPs.    What

5    steps does Hawaii Medicaid take to determine that

6    it is reimbursing based on AWP that is the

7    average selling price?

8              MR. WINGET-HERNANDEZ:    Objection; form.

9              THE WITNESS:    We don't take any steps

10   to determine whether the AWP is the average

11   selling price.    But if it's the reported AWP, we

12   would use that.

13   BY MR. MOORE:

14        Q.    Let's go to the multiple source drugs

15   for just a moment.    That same change that we've

16   been spending some time on between Estimated

17   Acquisition Cost in the '99 amendment and the

18   wording in the 2001 amendment is the same change

19   has been made; is that correct?

20        A.    Correct.

21        Q.    Now, I have been told in other

22   depositions here in Hawaii that Hawaii uses

Page 370

1   something called an FUL or FUL override.  Do you

2   know what that refers to?

3       A.   I know what the FUL is, but I'm unsure

4   about the override.

5       Q.   And by the override I mean -- I've been

6   told by other witnesses here, and I'll show you

7   some documents in a minute, that Hawaii's system

8   is that the way it actually reimburses for

9   multisource drugs is that even if it has a MAC in

10  its system that is lower than the FUL, that it

11  will select the higher FUL price.  Are you aware

12  of that?

13      A.   No, I'm not aware of it.

14      Q.   Never heard of that?

15      A.   No.

16      Q.   That's certainly not what Exhibit 46

17  and Exhibit 47 say is the way you're going to

18  reimburse multisource drugs; is that correct?

19      A.   Correct.

20      Q.   What these say is that for multiple

21  source -- the reimbursement for multiple source

22  drugs shall not exceed the lower of, and then

Page 373

1    allowing the First Health MAC or override the FUL

2    if it is a lesser of price.   The federal

3    regulations allow the states to reimburse less

4    than the FUL, and since the FUL is up to two

5    years behind in price changes, this would allow

6    the First Health MAC to correct this deficiency

7    for price decreases in the FUL."   Do you see

8    that?

9         A.   I see it.

10        Q.   Now, as the division administrator, is

11   this something that was going on that you just

12   did not know about?

13        A.   I didn't know about it.

14        Q.   Is it a violation of your plan?

15        A.   I don't know.   It would depend on the

16   circumstance.

17        Q.   Well, if you're doing this, if you're

18   letting a higher price in your system override a

19   lower price for a multiple source drug, it does

20   not comply by its terms with the plan language in

21   Exhibit 47, does it?

22        A.   Correct.

Hiramatsu, Aileen - Individual and State of Hawaii 30(b)(6) - Vol. II                May 2, 2008
Honolulu, HI

Page 563

1                    SIGNATURE OF THE WITNESS

2

3

4

5

6

7

8                              _____

9                                   AILEEN HIRAMATSU

10   Subscribed and sworn to and before me

11   this _____ day of _____, 20____.

12   _____

13            Notary Public

14

15

16

17

18

19

20

21

22

Page 564

1                    C E R T I F I C A T E

        I, LYNANN NICELY, C.S.R., do hereby certify:

2        That I was acting as shorthand reporter in the
foregoing matter.

3        That the witness, whose testimony is contained
4   herein, prior to being examined and pursuant to
5   stipulation was by me duly sworn or affirmed, that the
6   proceedings were taken by me in machine shorthand and
7   were thereafter reduced to print under my supervision by
8   means of computer-assisted transcription; that the
9   foregoing represents, to my best ability, a true and
10  accurate transcript of the proceedings had in the
foregoing matter;

11       That, if applicable, the witness was notified
12  through counsel, by mail, or by telephone to appear and
13  sign; that if the deposition is not signed, either the
14  reading and signing were waived by the witness and all
15  parties, or the witness failed to appear and the original
has been sealed unsigned;

16       That pursuant to HRCP 30(f)(1) the original will be
forward to noticing counsel for retention.

17       I further certify that I am not attorney for any of
18  the parties hereto, nor in any way interested in the
19  outcome of the cause named in the caption.  Dated on
04/25/2008.

20       _____
21       LYNANN NICELY, RPR
         Notary Public, State of Hawaii
22       My commission expires:  1/24/10