FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY          :
AVERAGE WHOLESALE PRICE                :
LITIGATION                             :  MDL NO. 1456
                                       :
                                       :  CIVIL ACTION: 01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO ALL           :  Judge Patti B. Saris
ACTIONS                                :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant David B. Toscano leave to appear and practice in this Court pro hac vice. As grounds for this motion, AstraZeneca states as follows:

1.   Mr. Toscano is an attorney with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.   Mr. Toscano is not a member of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

3.   Mr. Toscano has met the requirements to practice before the United States District for the District of Massachusetts, as set forth in Local Rule 83.5.3. See Certificate of Mr. Toscano, attached hereto as Exhibit A.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this motion for Leave to Admit Mr. Toscano, pro hac vice.

Dated:  June 16, 2008

                        Respectfully submitted,

                        By:     /s/ Katherine B. Schmeckpeper
                             Nicholas C. Theodorou (BBO #496730)
                             Katherine B. Schmeckpeper (BBO #663200)
                             FOLEY HOAG  LLP
                             155 Seaport Boulevard
                             Boston, Massachusetts 02210
                             Tel: (617) 832-1000

Attorneys for AstraZeneca
  Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs consents to the motion.

/s/ Catherine N. Karuga
Catherine N. Karuga

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 16, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Catherine N. Karuga
Catherine N. Karuga