## CERTIFICATE OF DAVID B. TOSCANO

I, David B. Toscano, hereby certify as follows:

1. I am counsel at the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. I have been admitted to practice in the following jurisdictions in the years indicated:

> State of New York (1993);
> District of Columbia (1996);
> U.S. District Court for the Southern District of New York (1997);
> U.S. District Court for the Southern District of New York (1997); and
> U. S. Supreme Court (1997)

3. I am an attorney in good standing in the above-referenced jurisdictions.

4. I have not been disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 12th day of June, 2008.

By: _____
    David B. Toscano