UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br><br>Master File No. 01-CV-12257<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey Inc., et al.*<br><br>Civil Action No. 05-11084-PBS | | |

**DEFENDANTS DEY, INC., DEY L.P., AND DEY L.P., INC.'S
CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey"), through their undersigned counsel, respectfully file this consent motion to enlarge the time to respond to plaintiff United States of America's ("Plaintiff") *Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(b)(6)* (Dkt. No. 5356, 5357) (the "Motion").  Dey requests that the time to file its response be enlarged to June 19, 2008.  In support, Dey states that:

1. Dey's response to the Motion is due June 17, 2008.  Additional time is needed to adequately address the matters raised in the motion due to Dey's counsel's previously scheduled obligations.  Dey requests leave to respond on or before June 19, 2008.

2. Dey's counsel has communicated with Laurie Oberembt, counsel for Plaintiff in this matter.  Ms. Oberembt has indicated that Plaintiff consents to Dey's request for additional time.

NY01/DIAZD/1291096.2

For the above reasons, Dey respectfully requests that this motion be granted, and that Dey's time to respond to Plaintiff's Motion be enlarged to June 19, 2008.

Dated: June 16, 2008

        Respectfully Submitted,

        KELLEY DRYE & WARREN LLP

        By: /s Sarah L. Reid
           Paul F. Doyle (BBO # 133460)
           Sarah L. Reid *(pro hac vice)*
           William A. Escobar *(pro hac vice)*
           Neil Merkl *(pro hac vice)*

        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile:  (212) 808-7897

        *Attorneys for Defendants Dey, Inc.*
        *Dey, L.P., and Dey, L.P., Inc.*

## **CERTIFICATE OF SERVICE**

       I certify that true and correct copies of Defendant Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time and the [Proposed] Order Enlarging Dey's Time to Respond were delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 16, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                 /s Sarah L. Reid