UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) **THIS DOCUMENT RELATES TO**: ) *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) *Inc. v. Dey Inc., et al.* ) ) Civil Action No. 05-11084-PBS ) ) | MDL No. 1456  Master File No. 01-CV-12257  Hon. Patti B. Saris  Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER ENLARGING DEY'S TIME TO RESPOND**

Upon consideration of Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s *Consent Motion for Enlargement of Time*, it is hereby

ORDERED THAT the motion is allowed and Dey shall have until June 19, 2008 to respond to the United States' *Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(b)(6)* (Dkt. No. 5356, 5357).

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge