THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: *City of New York et al. v. Abbott Laboratories, et al.* Civ. Action No. 04-cv-06054, et al. | Judge Patti B. Saris |

## MOTION FOR ADMISSION PRO HAC VICE

Robert P. Sherman, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendant Bayer Corporation, hereby moves this Court for admission *pro hac vice* of Gary Feinerman, as counsel for Defendant Bayer Corporation, pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion is the certificate of Mr. Feinerman, which certifies that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction, and that he is familiar with the local rules of this Court.

The appropriate $50.00 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Motion.

Dated: June 16, 2008

Respectfully submitted,

/s/ Robert Sherman
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6035 Tel
*Counsel for Defendant Bayer Corporation*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of New York et al. v. Abbott Laboratories, et al. Civ. Action No. 04-cv-06054, et al.* | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-12257-PBS<br><br>Judge Patti B. Saris |

**CERTIFICATION OF GARY FEINERMAN IN SUPPORT OF
MOTION FOR ADMISSION PR HAC VICE**

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, I, Gary Feinerman of the law firm of Sidley Austin LLP, hereby enter my appearance on behalf of Defendant Bayer Corporation in the above-captioned matter.  I certify that I am eligible for admission to the Court and am admitted, practicing and in good standing as a member of the Bar of the State of Illinois.  I also certify that I am generally familiar with this Court's Local Rules and that there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

Dated: June 16, 2008

Respectfully submitted,

/s/ Gary Feinerman
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-2174 Tel
*Counsel for Defendant Bayer Corporation*

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Gary Scott Feinerman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1991 and is in good standing, so far as the records of this office disclose.



In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, June 13, 2008.

*Juleann Hornyak*

Clerk

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I caused a true and correct copy of the foregoing Motion for Admission Pro hac Vice to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                  /s/ Robert Sherman