# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *City of New York et al. v. Abbott Laboratories, et al. Civ. Action No. 04-cv-06054, et al.* | |

## NOTICE OF APPEARANCE AS COUNSEL

Pursuant to Local Rule 83.5.2(a), notice is given of the appearance of Scott D. Stein of the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, (312) 853-7520, as counsel of record on behalf of Defendant Bayer Corporation in the above-captioned matter.

Dated: June 16, 2008

Respectfully submitted,

/s/ Robert Sherman
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6035 Tel

Richard D. Raskin
Michael P. Doss
Gary Feinerman (*pro hac vice pending*)
Scott D. Stein
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
*Counsel for Defendant Bayer Corporation*

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2008, I caused a true and correct copy of the foregoing Notice of Appearance of Counsel to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                     /s/ Robert Sherman