UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL CLASS ACTIONS ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### MOTION BY DEFENDANTS PHARMACIA CORPORATION AND PFIZER INC. FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Mark D. Smith, a member of the bar of this Court, moves that the Court issue an Order for the following attorney to appear on behalf of the defendants Pharmacia Corporation and Pfizer Inc. and to practice before this Court in the above-titled actions:

Ezra Dodd Church

As grounds for this Motion, the undersigned counsel respectfully represents that Mr. Church is a member in good standing of the bar of the United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana, the United States District Court for District of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

As is further stated in the accompanying certificate, there are no disciplinary proceedings pending against Mr. Church as a member of the bar in any jurisdiction, and Mr. Church is familiar with the Local Rules of the United States District Court for the District of

Massachusetts. In further support of this Motion, Mr. Church has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Mr. Church to practice before this Court *pro hac vice*.

>  Respectfully submitted,
>  PHARMACIA CORPORATION;
>  PFIZER INC.
>  by its attorney,
>
>
>  /s/ Mark D. Smith
>  Mark D. Smith (BBO# 542676)
>  LAREDO & SMITH, LLP
>  15 Broad Street, Suite 600
>  Boston, MA  02109
>  Tel: (617) 367-7984
>  Fax: (617) 367-6475

### CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that on this 19th day of June, 2008, a true and correct copy of the foregoing Motion by Defendants Pharmacia Corporation And Pfizer Inc. for Admission of Counsel Pro Hac Vice was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.

>  /s/ Mark D. Smith

Dated: June 19, 2008

# UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br>  ) <br> THIS DOCUMENT RELATES TO ) <br> ALL CLASS ACTIONS ) <br> _____ ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Ezra Dodd Church, an associate with the firm Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania, 19103-2921, hereby certifies:

1. I am a member of the State Bars of Pennsylvania, Louisiana ,and New Jersey.

2. I have been admitted to practice before the United States District Court for the Eastern District of Louisiana, United States District Court for the Middle District of Louisiana, United States District Court for the Western District of Louisiana, the United States District Court for District of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Fifth Circuit.

3. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 18th day of June 2008.

Respectfully submitted,

Ezra Dodd Church
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: (215) 963-5710
Facsimile: (215) 963-5001