**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-cv-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Judge Patti B. Saris |
| *State of Utah v. Actavis US, Inc., et al.* | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## RESPONSE TO UTAH'S RENEWED MOTION TO REMAND

Defendants respectfully submit this response to Plaintiff State of Utah's June 2, 2008 Renewed Motion to Remand this action to state court (Doc. No. 5349).

On June 6, 2008, the defendants in *State of Utah v. Abbott Labs, Inc. et al.*, filed an Opposition to Remand (Doc. No. 5363), in response to a similar motion that Utah filed in that action. The defendants herein adopt the arguments against remand (and in favor of federal jurisdiction) as reflected in Document No. 5363 that was filed in the *Abbott* case.

However, the defendants in this case are aware of this Court's June 10, 2008 Order granting remand in *State of Utah v. Abbott Labs, Inc. et al.* We acknowledge that the Court is likely to apply the same jurisdictional analysis here as it did in *Abbott*. Thus, the defendants file this short submission to preserve their

arguments, without burdening the Court with additional briefing on Utah's Renewed Motion to Remand.

> Respectfully submitted,
>
> **s/ John R. Fleder**_____
> John R. Fleder
> Hyman, Phelps & McNamara, P.C.
> 700 13th Street NW
> Suite 1200
> Washington, DC 20005
> Telephone: (202) 737-4580
> Facsimile: (202) 737-9329
> *Attorney for the Defendant sued under the name of Actavis US, Inc.*
>
> *With permission on behalf of all served Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Response to Utah's Renewed Motion to Remand to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456, and also to be served by First Class Mail on the following:

> W. Daniel "Dee" Miles, III
> Clinton C. Carter
> Special Assistant Attorneys General
> Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.
> 272 Commerce Street
> P.O. Box 4160
> Montgomery, AL 36103-4160
>
> Joseph W. Steele
> Special Assistant Attorney General
> Garretson Steele, LLC
> 5664 South Green Street, Suite 300
> Salt Lake City, UT 84123
>
> David R. Stallard

Assistant Attorney General
Utah Medicaid Fraud Control Unit
5272 College Drive, Suite 200
Salt Lake City, UT 84123

R. Willis Orton
Alexander Dushku
Kirton & McConkie
60 East South Temple, Suite 1800
Salt Lake City, UT 84111-1004

                              **s/ Douglas B. Farquhar**
                              Douglas B. Farquhar
                              Hyman, Phelps & McNamara, P.C.
                              700 13th Street NW
                              Suite 1200
                              Washington, DC 20005
                              Telephone: (202) 737-9624
                              Facsimile: (202) 737-9329