# Exhibit A

## Chart 1: Pharmaceutical Industry

**Manufacturers**
Manufacturers distribute their products primarily through drug wholesalers but also sell directly to pharmacies, hospitals and other bulk purchasers.

Manufacturers establish **wholesale acquisition cost** and **average wholesale price**.



List Price: **Wholesale Acquisition Cost (WAC)**

Actual Selling Price: **Average Manufacturers Price (AMP)**

**Wholesalers**
Wholesalers act as the middlemen that distribute pharmaceuticals from manufacturers to pharmacies.



List Price: **Average Wholesale Price (AWP)**

Actual Selling Price: **Actual Acquisition Cost (AAC)**

**Retail Pharmacies**
Pharmacies dispense prescriptions to consumers and provide professional pharmacist services.

Reimbursement: **Estimated Acquisition Cost (EAC)** - *(WAC plus a percentage or AWP minus a percentage)* - **plus dispensing fee**

Manufacturer Rebates:
**15.1% of AMP or AMP-Best Price**

**Medicaid Agencies**
Cover the pharmaceutical costs for eligible low-income women, children and disabled.