# Exhibit B

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

_____

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
_____
BRUSSELS, BELGIUM
_____
AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7720

EMAIL: sreido@kelleydrye.com

May 13, 2008

**VIA ELECTRONIC MAIL**

Laurie A. Oberembt, Esq.
Senior Trial Counsel
Civil Litigation Branch
United States Department of Justice
901 D Street, NW
Room 9148
Washington, DC 20004

> Re:   *United States ex. rel. Ven-A-Care of the Florida Keys, Inc.*
> *v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Laurie:

As discussed in our meet and confer call on Thursday, May 9, below is a summary of our understanding of the agreement of the parties with respect to the 30(b)(6) topics set forth in Neil Merkl's letter dated April 11, 2008.

**Request Nos. 1-25:**   The Government will not be providing a witness for topics 1 through 25 on the grounds that the GAO and CBO are not your clients. It is unclear from our notes whether you will seek a protective order on these topics. You have provided us with the names of counsel at the GAO and CBO.

**Request No. 26:**   We have provided the PTAG meeting minutes at issue and the Government is checking on its ability to produce a witness for this topic.

**Request No. 27:**   The Government will make available the comment file for inspection in Baltimore, and will let us know this week when it will be available for review.

**Request No. 28:**   We will defer on this topic until after reviewing the comment file referenced in the above comments to Request No. 27.

NY01/LOREM/1284072.2

**KELLEY DRYE & WARREN LLP**

Laurie A. Oberembt, Esq.
May 13, 2008
Page Two

**Request No. 29:**      The Government will move for a protective order on this topic.

**Request No. 30:**      The Government will put up a witness without waiver of the deliberative process privilege.

**Request No. 31:**      The Government has asked us to clarify this request and we will get back to you with a clarification.

**Request Nos. 32- 38:**  The Government will move for a protective order on these topics.

**Request No. 39:**      The Government thinks that an interrogatory may be better for this topic but will continue to confer and get back to us.

**Request Nos. 40-42:**  The Government will move for a protective order on these topics.

**Request No. 43:**      The Government will put up a witness for Medicare on this topic.  It believes that an interrogatory may be better for this topic as it relates to Medicaid but will continue to confer and get back to us.

**Request Nos. 44-46:**  As these topics relate to damages, we will defer for the time being.

**Request Nos. 47-49:**  The Government will put up witnesses for these topics.

**Request No. 50:**      We will defer on this topic until the completion of Mr. Reed's 30(b)(1) deposition.

**Request No. 51:**      The Government will move for a protective order on this topic.

**Request Nos. 52-56:**  The Government will send us a CD containing state releases on the rebate program this week to review and anticipates putting up a witness for some narrowed topics after that review has taken place.

**Request No. 57:**      We will defer on this topic pending review of the Government's document production referenced in the above comments to Request Nos. 52-56.

**Request No. 58:**      The Government believes it may designate testimony for this topic, but is looking into the issue and will get back to us this week.

**KELLEY DRYE & WARREN** LLP

Laurie A. Oberembt, Esq.
May 13, 2008
Page Three

**Request No. 59:**      The Government plans to designate testimony of Mr. Reed and Ms. Howell in lieu of a 30(b)(6) deposition on this topic.

**Request No. 60:**      The Government will move for a protective order on this topic.

**Request Nos. 61-62:**  We are checking to see if we will agree to withdraw these topics because it is the Government's position that the guidance speaks for itself, and the deposition would involve the testimony of counsel for the Inspector General.

**Request No. 63:**      We will narrow this topic and get back to you.

**Request No. 64:**      We will defer this topic for the time being.

Sincerely yours,

Sarah

Sarah L. Reid