DC/MA Thornton
Judge SARIS

# United States Court of Appeals
## For the First Circuit

DC# 01-12257

No. 08-1046

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**JUDGMENT**

Entered: **June 19, 2008**
Pursuant to 1st Cir. R. 27.0(d)

The Defendants-Appellees/Cross-Appellants' unopposed motion to voluntarily dismiss this cross-appeal pursuant to Fed. R. App. P. 42(b) is granted. This dismissal will not affect Plaintiffs-Appellants/Cross-Appellees' appeal No. 08-1002.

Mandate to issue forthwith.

By the Court:
/s/Richard Cushing Donovan, Clerk.

cc:
Steve Berman
Rita Hanscom
Donald Haviland
Steven Edwards
Andrew Schau
D. Scott Wise
Jill Brenner Meixel
Scott Kinsel
Jennifer F. Connolly

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 6/19/08