UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1456 <br><br> Civil Action No. 06-CV-11337 <br> Lead Case No. 01-CV-12257 <br><br><br> Judge Patti B. Saris <br><br><br> Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: | | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | | |

**PROPOSED ORDER**

Upon consideration of Abbott Laboratories Inc.'s Unopposed Motion For Leave To File Reply In Support Of Its Motion To Enforce The February 16, 2007 Protective Order And For Order Compelling Plaintiffs To Return Inadvertently Produced Privileged Documents, it is hereby ORDERED that the Motion is GRANTED.

This _____ day of _____, 2008.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE