UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF WILLIAM L. BRAUCH ON BEHALF OF THE STATE OF IOWA AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3 and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that William L. Brauch enter his appearance on behalf of the State of Iowa in the above captioned actions.

Mr. Brauch is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1. The attached Certificate demonstrates that Mr. Brauch is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Brauch's admission to practice before this Court *pro hac vice*.

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 20th day of June, 2008, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.


                  /s/Joanne M. Cicala
                  Joanne M. Cicala

Dated: June 20, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of William L. Brauch for the purpose of representing the City of New York and All New York Counties in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that William L. Brauch is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF WILLIAM L. BRAUCH

I, William L. Brauch, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am an attorney, a special assistant attorney general and the director of the consumer protection division for the State of Iowa.  The consumer protection division maintains offices at 1305 E. Walnut Street, Des Moines, IA  50319;

2. I am a member in good standing of the bars of the State of Iowa and the United States District Court for the Southern District of Iowa;

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

                                      Respectfully submitted,

                                      <u>/s/ William L. Brauch</u>
                                      William L. Brauch
                                      Special Assistant Attorney General
                                      Director-Consumer Protection Division
                                      1305 E. Walnut Street
                                      Des Moines, IA  50319

Executed: June 20, 2008