UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> *State of Arizona v. Abbott Labs., Inc., et al.,* ) <br>   *Civ. No. 06-cv-11069* ) <br>  ) <br> *City of New York, et al. v. Abbott Labs, et al.*) <br>   *Civ. No. 04-cv-06054, et al.* ) <br>  ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BIOGEN IDEC**

Pursuant to Local Rule 83.5.2(a), notice hereby is given of the appearance of William A. Davis of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 701 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone 202-434-7300, as counsel of record for Defendant Biogen Idec Inc.  Mr. Davis was admitted *pro hac vice* in this matter by Order dated July 18, 2002.

Dated:  June 25, 2008           Respectfully submitted,


  /s/ William A. Davis
 William A. Davis (*pro hac vice*)
 Mintz, Levin, Cohn, Ferris,
   Glovsky and Popeo, P.C.
 701 Pennsylvania Avenue, N.W.
 Washington, D.C.  20004
 (202) 434-7300

 Attorneys for Biogen Idec Inc.

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 25, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                       _/s/ William A. Davis_____
                                                         William A. Davis

WDC 4366616v.1