THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York et al. v. Abbott Laboratories, et al.*, Civ. Action No. 04-cv-06054, et al. | Judge Patti B. Saris |

**DEFENDANTS' STATUS REPORT REGARDING
INDIVIDUAL MOTIONS TO DISMISS**

Pursuant to this Court's Procedural Order of June 11, 2008 (Doc. 5373), Bayer Corporation, on behalf of the Defendants identified below, respectfully submits this status report regarding all individual motions to dismiss that remain pending before the Court.

**A.     Pending Individual Motions to Dismiss**

The following Defendants consider their individual motions to dismiss to remain pending: Amgen (Doc. 2188, renewed by Doc. 4386); AstraZeneca (Doc. 2197); Bayer (Doc. 4391, Exh. A, renewed by Doc. 4391); Boehringer Ingelheim Corporation (Doc. 2199, renewed by Doc. 4402); Chiron (Doc. 2187, renewed by Doc. 4373); EMD (Doc. 2221); Endo (Doc. 2213, renewed by Doc. 4385); Lilly (Doc. 2192, renewed by Doc. 4374); MedImmune (Doc. 2216); Novartis (Doc. 2195); Pfizer (Doc. 2189); Purdue (Doc. 2223, renewed by Doc. 4404); TAP (Doc. 2211, renewed by Doc. 4389); and Wyeth (LexisNexis File & Serve #10716991, renewed by Doc. 4435). The following provides the procedural history for each pending individual motion to dismiss, with the relevant docket entries listed in each heading.

**1. Amgen (Docs. 2188, 2435, 2551, 2658, 4386, and 4453).** On March 3, 2006, Defendant Amgen Inc. ("Amgen") joined in the Defendants' joint motion to dismiss the

1

Consolidated Complaint (Docket No. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Amgen (Doc. 2188). Amgen's individual motion has been fully briefed (Docs. 2435, 2551 and 2658). While that motion was pending, Plaintiffs filed the First Amended Consolidated Complaint ("FACC"). On June 22, 2007, Amgen renewed its individual motion to dismiss and further moved to dismiss the FACC (Doc. 4386). Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453). Amgen's renewed motion to dismiss remains pending. Amgen is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**2. AstraZeneca (Docs. 2197, 2434, 2559 and 2639).** On March 3, 2006, Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively "AstraZeneca") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to AstraZeneca (Doc. 2197). AstraZeneca's individual motion has been fully briefed (Docs. 2434, 2559 and 2639). AstraZeneca's original motion remains pending, as it was never ruled upon and is equally applicable to the FACC. AstraZeneca is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**3. Bayer (Docs. 4391, 2436, 2549, 2641 and 2780).** On March 3, 2006, Defendant Bayer Corporation ("Bayer") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Docket No. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Bayer (Doc. 4391, Exh. A). Bayer's individual motion has been fully briefed (Docs. 2436, 2549, 2641 and 2780). While that motion was pending, Plaintiffs filed the FACC. On June 22, 2007, Bayer renewed its individual

motion to dismiss as to the FACC (Doc. 4391). Bayer's renewed motion to dismiss remains pending. Bayer is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**4.  Boehringer Ingelheim Corporation (Docs. 2199, 2438, 2553, 2643, 4402 and 4453).**  On March 3, 2006, Defendant Boehringer Ingelheim Corporation joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Boehringer Ingelheim Corporation (Doc. 2199). Boehringer Ingelheim Corporation's individual motion has been fully briefed (Docs. 2438, 2553 and 2643). While that motion was pending, Plaintiffs filed the FACC. On June 22, 2007, Boehringer Ingelheim Corporation renewed its motion as to the FACC (Doc. 4402). Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453). Boehringer Ingelheim Corporation replied on July 18, 2007 (Doc. 4476), and Plaintiffs filed their omnibus sur-reply on July 24, 2007 (Doc. 4499). Boehringer Ingelheim Corporation's renewed motion to dismiss remains pending. Boehringer Ingelheim Corporation is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**5.  Chiron (Docs. 2186, 2187, 2472, 4372 and 4373).**  On March 3, 2006, Defendant Chiron Corporation ("Chiron") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Chiron (Docs. 2186 and 2187). Plaintiffs filed their opposition to Chiron's motion on April 24, 2006 (Doc. 2472). While that motion was pending, Plaintiffs filed the FACC. On June 22, 2007, Chiron renewed its motion as to the FACC (Docs. 4372 and 4373). Chiron's renewed motion to dismiss remains pending.

Chiron is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**6.  EMD (Docs. 2221, 2439, 2562, 2656 and 2666).**  On March 3, 2006, Defendant EMD, Inc. ("EMD") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to EMD (Docs. 2204 and 2221). EMD's individual motion has been fully briefed (Docs. 2439, 2562, 2656 and 2666).  EMD's original motion remains pending, as it was never ruled upon and is equally applicable to the FACC.  EMD is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**7.  Endo (Docs. 2213, 2440, 2543, 2644, 4385 and 4453).**  On March 3, 2006, Defendant Endo Pharmaceuticals Inc. ("Endo") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Endo (Doc. 2213).  Endo's individual motion has been fully briefed (Docs. 2440, 2543 and 2644).  The first issue presented in Endo's motion (Doc. 2213 at 1-2) was resolved by the Court's order of April 2, 2007 (Doc. 3979).  While the second issue in Endo's Motion (Doc. 2213 at 2-3) remained pending, Plaintiffs filed the FACC.  On June 22, 2007, Endo renewed its motion as to the FACC (Doc. 4385). Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453).  Endo replied on July 18, 2007 (Doc. 4477), and Plaintiffs filed their omnibus sur-reply on July 24, 2007 (Doc. 4499).  The second issue presented in Endo's Motion (Doc. 2213 at 2-3) remains pending.  Endo is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**8.  Lilly (Docs. 2192, 2474, 2545, 2642, 4374 and 4453).**  On March 3, 2006, Defendant Eli Lilly and Company ("Lilly") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Lilly (Doc. 2192).  Lilly's individual motion has been fully briefed (Docs. 2474, 2545 and 2642).  While that motion was pending, Plaintiffs filed the FACC.  On June 22, 2007, Lilly renewed its motion as to the FACC (Doc. 4374).  Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453).  Lilly's renewed motion to dismiss remains pending.  Lilly is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**9.  MedImmune (Docs. 2216, 2442, 2561 and 2646).**  On March 3, 2006, Defendant MedImmune, Inc. ("MedImmune") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to MedImmune (Doc. 2216).  MedImmune's individual motion has been fully briefed (Docs. 2442, 2561 and 2646).  MedImmune's original motion remains pending, as it was never ruled upon and is equally applicable to the FACC.  MedImmune is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**10. Novartis (Docs. 2195, 2445, 2554 and 2649).**  On March 3, 2006, Defendant Novartis Pharmaceuticals Corporation ("Novartis") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Novartis (Doc. 2195).  Novartis's individual motion has been fully briefed (Docs. 2445, 2554, and 2649).  Novartis's

original motion remains pending, as it was never ruled upon and is equally applicable to the FACC.  Novartis is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**11.  Pfizer (Docs. 2189, 2447, 2547 and 2651).**  On March 3, 2006, Defendants Pfizer Inc., Pharmacia Corporation, Greenstone LTD, and Agouron Pharmaceuticals, Inc. (the "Pfizer Defendants") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to the Pfizer Defendants (Doc. 2189).  The Pfizer Defendants' individual motion has been fully briefed (Docs. 2447, 2547 and 2651).  The Pfizer Defendants' original motion remains pending, as it was never ruled upon and is equally applicable to the FACC.  The Pfizer Defendants are not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**12.  Purdue (Docs. 2223, 2473, 2558, 2609, 4404 and 4453).**  On March 3, 2006, Defendants Purdue Pharma L.P., Purdue Frederick Company, and Purdue Pharma Company ("Purdue") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207), and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Purdue (Doc. 2223).  Purdue's individual motion has been fully briefed (Docs. 2473, 2558 and 2609).  While that motion was pending, Plaintiffs filed the FACC.  On June 22, 2007, Purdue renewed its motion as to the FACC (Doc. 4404).  Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453). Purdue's renewed motion to dismiss remains pending.  Purdue is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**13. TAP (Docs. 2211, 2450, 2525, 2654, 4389 and 4453).** On March 3, 2006, Defendant TAP Pharmaceutical Products Inc. ("TAP") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207) and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to TAP (Doc. 2211). TAP's individual motion has been fully briefed (Docs. 2450, 2525 and 2654). While that motion was pending, Plaintiffs filed the FACC. On June 22, 2007, TAP filed a Motion to Renew its Supplemental Motion to Dismiss and Reassert Reply Memorandum to Plaintiffs' Response to Motion to Dismiss (Doc. 4389). Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453). TAP replied on July 18, 2007 (Doc. 4478), and Plaintiffs filed their omnibus sur-reply on July 24, 2007 (Doc. 4499). TAP's renewed motion to dismiss remains pending. TAP is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

**14. Wyeth (Docs. 2452, 2655, 4435 and 4453 and LexisNexis File & Serve #10716991 and 11260952).** On March 3, 2006, Defendant Wyeth joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207) and filed a separate motion providing additional, individual grounds on which dismissal was appropriate as to Wyeth (LexisNexis File & Serve #10716991). Wyeth's individual motion has been fully briefed (Docs. 2452 and 2655 and LexisNexis File & Serve #11260952). While that motion was pending, Plaintiffs filed the FACC. On June 25, 2007, Wyeth renewed its motion as to the FACC (Doc. 4435). Plaintiffs filed their omnibus opposition to the renewed individual motions to dismiss on July 11, 2007 (Doc. 4453). Wyeth replied on July 17, 2007 (Doc. 4502), and Plaintiffs filed their omnibus sur-reply on July 24, 2007 (Doc. 4499). Wyeth's renewed motion to dismiss remains

pending. Wyeth is not aware of any amendment of a pleading or termination of a party that renders this motion moot.

### B.     Motions Cited in the June 11, 2008 Procedural Order That Are No Longer Pending

This Court's June 11, 2008 Procedural Order (Doc. 5373) lists one motion to dismiss that has been resolved.

**1. Ivax and Barr.** On March 3, 2006, Defendants Ivax Corporation, Ivax Pharmaceuticals, Inc. (collectively "Ivax") and Barr Laboratories, Inc. ("Barr") joined in the Defendants' joint motion to dismiss the Consolidated Complaint (Doc. 2207). On June 22, 2007, Ivax and Barr renewed their joinder in the motion to dismiss as to the FACC (Doc. 4388). On September 4, 2007, their motion was granted as to the claims of Suffolk County (Doc. 4710). This motion is no longer pending.

### C.     Motions Cited in Plaintiffs' Status Report That Are No Longer Pending

Plaintiffs' Status Report (Doc. 5399) lists five additional motions to dismiss that the Defendants who filed the motions now consider to be moot. Those motions are: Biogen (Doc. 2210), Forest (Doc. 2191), Merck (Doc. 2208), Mylan (Doc. 2222), and Par (Doc. 2203).

Dated: June 25, 2008                          Respectfully submitted,

/s/ Richard D. Raskin
Richard D. Raskin
Michael P. Doss
Gary Feinerman
Scott D. Stein
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Robert Sherman
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6035

*Counsel for Defendant Bayer Corporation on behalf of the Defendants identified below*

Joseph H. Young
Steven F. Barley
Jennifer A. Walker
Hogan & Hartson L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

Frank A. Libby, Jr.
Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts 02110

*Counsel for Defendant Amgen Inc.*

D. Scott Wise
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

Nicholas C. Theodorou
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210

*Counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

James C. Burling
Mary B. Strother
Jonathan J. Thessin
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

*Counsel for Defendant Biogen Idec Inc.*

Lauren O. Casazza
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Helen E. Witt
Brian B. Kavanaugh
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, Illinois 60601

*Counsel for Defendant Boehringer Ingelheim Corporation*

D. Jacques Smith
Larri A. Short
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant Chiron Corporation*

Paul F. Doyle
Christopher C. Palermo
Philip D. Robben
Antonia F. Giuliana
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Counsel for Defendant EMD, Inc.*

Jonathan L. Stern
David D. Fauvre
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

*Counsel for Defendant Endo Pharmaceuticals Inc.*

William M. Cowan
William A. Davis
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

*Counsel for Defendant Eli Lilly and Company*

Peter J. Venaglia
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, New York 10017

*Counsel for Defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.*

11

Jay Lefkowitz
Jennifer G. Levy
Patrick M. Bryan
Michael C. Occhuizzo
John Crisham
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005

Robert J. Muldoon
James W. Matthews
Pamela Zorn Adams
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110

*Counsel for Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc.*

Steven M. Umin
Beth A. Levene
James V. Hayes
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

*Counsel for Defendant MedImmune*

John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
Eric S. Parnes
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006

Jeff H. Galloway
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Counsel for Defendant Merck & Co., Inc.*

William A. Escobar
Neil Merkl
Christopher C. Palermo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*Counsel for Defendants Mylan Inc. (formerly Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.*

Jane W. Parver
Saul P. Morgenstern
Mark D. Godler
Margo G. Ferrandino
Keye Scholer LLP
425 Park Avenue
New York, New York 10022

Karen F. Green
Brett R. Budzinski
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts

*Counsel for Defendant Novartis Pharmaceuticals Corporation*

Paul K. Dueffert
Andrew T. Boone
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

*Counsel for Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.*

John C. Dodds
Erica Smith-Klocek
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

*Counsel for Defendants Pfizer Inc., Pharmacia Corporation, Greenstone LTD, and Agouron Pharmaceuticals, Inc.*

Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105

*Counsel for Defendants Purdue Pharma L.P., Purdue Frederick Company, and Purdue Pharma Company*

Lee Ann Russo
Toni-Ann Citera
Rachael E. Philbin
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601

*Counsel for Defendant TAP Pharmaceutical Products Inc.*

Kelly J. Davidson
S. Craig Holden
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202-1643

*Counsel for Defendant Wyeth*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 25, 2008, I caused a true and correct copy of the foregoing Defendants' Status Report Regarding Individual Motions to Dismiss to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                    /s/ Richard D. Raskin