UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.,*<br>  Civ. No. 06-cv-11069<br><br>*City of New York et al. v. Abbott Labs., Inc., et al.*<br>  Civ. No. 04-cv-06054, et al.<br><br>*County of Nassau v. Abbott Labs., Inc., et al.*<br>  Civ. No. 05-cv-10179 | Civil Action No. 01-CV-12257-PBS<br>Judge Patti B. Saris |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Mary B. Strother of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Biogen Idec Inc. in connection with the above-captioned actions.

    Respectfully submitted,

    /s/ Mary B. Strother
    Mary B. Strother (BBO #631682)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000
    mary.strother@wilmerhale.com

Dated: June 26, 2008

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was delivered on June 26, 2008 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

    By:    /s/ Mary B. Strother
            Mary B. Strother