UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: *The City of New York, et. al.* v. *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

### NOTICE OF CHANGE OF LAW FIRM ADDRESS

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its offices from 830 Third Avenue, 10th Floor New York, NY 10022 to 825 Third Avenue, 16th Floor, New York, NY 10022. The firm's telephone and facsimile numbers remain the same.

Dated: June 25, 2008

                                        Respectfully submitted,

                                        KIRBY McINERNEY, LLP

By:   /s/ Joanne M. Cicala
        Joanne M. Cicala (JC 5032)
        James P. Carroll Jr. (JPC 8348)
        Aaron D. Hovan (AH 3290)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        Tel:   (212) 371 - 6600

        *Counsel for The City of New York and all New York Counties in MDL 1456, except the County of Nassau and County of Orange*

## CERTIFICATE OF SERVICE

I, Joanne M. Cicala, hereby certify that I caused a true and correct copy of the foregoing Notice of Change of Law Firm Address, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: June 25, 2008

/s/ Joanne M. Cicala
Joanne M. Cicala