# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257<br><br><br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) | <br><br>Magistrate Judge Marianne B. Bowler |

## PROPOSED ORDER

Upon consideration of Abbott Laboratories Inc.'s Emergency Motion To Amend CMO-29 And Request For Expedited Relief, it is hereby ORDERED THAT:

- The remaining pretrial deadlines in this matter are re-set as follows:

| **DEADLINE** | **ACTION** |
|---|---|
| August 21, 2008 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 30, 2008 | Close of expert discovery |
| October 31, 2008 | Motion for Summary Judgment shall be filed. |
| November 26, 2008 | Responses to Motion for Summary Judgment shall be filed. |
| December 12, 2008 | Replies to Motions for Summary Judgment shall be filed. |
| December 23, 2008 | Sur-replies to Motion for Summary Judgment shall be filed. |

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge