# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-5562
dstorborg@jonesday.com

January 18, 2008

VIA EMAIL

Laurie Oberembt, Esq.
Senior Trial Counsel
Commercial Litigation Branch
601 D Street, NW
Washington, DC 20004

Ana Maria Martinez, Esq.
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

M. Justin Draycott, Esq.
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20004

Re:   *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Counsel:

This letter seeks clarification on a number of questions regarding the Medicare claims data produced by the United States in this matter. A sample of this Medicare claims data was sent by John Neal on September 11, 2007. Additional data were sent by Laurie Oberembt on December 13, 2007. In analyzing the data, our consultants have raised a number of questions concerning how to interpret various fields contained in the claims data. This letter outlines those questions.

First, it is our understanding that the claims data is separated by Carriers, DME, and Outpatient. The subdirectory for the Carriers contains the following "files":

- CARR-CLM-DGNS-GRP_redacted.txt
- CARR-LINE-GRP_redacted.txt
- CLM-DEMO-ID-GRP.txt
- CLM-HLTH-PLANID-GRP.txt
- FIXED-PORTION_redacted.txt
- MCO-PRD-GRP.txt
- NCH-EDIT-GRP.txt
- NCH-PATCH-GRP.txt

For each of these "files," please provide the following information:

1.   a plain English explanation as to the contents of each file;

JONES DAY

Laurie Oberembt
M. Justin Draycott
Ana Maria Martinez
January 18, 2008
Page 2

    2.    the type of data contained in each file (*e.g.*, transactional data, master/lookup data, etc);

    3.    Most importantly, an explanation of which datasets correspond ("link") to each other, and the names of the field(s) from each dataset to use to establish the link.  For example, according to the data dictionary, FIXED-PORTION_redacted.txt is the fixed portion of the carrier claim record, CARR-LINE-GRP_redacted.txt.  However, no link between the two files is discussed.

    4.    For each data file, an identification of which field(s) was used as the criteria to create the yearly extracts.  For example, was a service date or some other date field used as the year criteria to create the data files produced?

    5.    whether any record-limiting criteria were used to create the produced files (*e.g.*, only certain carriers, limited physician/provider set, etc.).

    <u>Second</u>, for each dataset representing claim-related data, please confirm if we have identified the correct data field (bracketed below) for where certain information (italicized below) can be found.  In the event that I have not identified a data field, or if there is a more appropriate data field to locate the identified information (italicized), please provide us with the name of the appropriate data field.

    1.    *J-Code* – [LINE-HCPCS-CD]

    2.    *Utilization Units* (units associated with the J-Code) – [CARR_LINE_MTUS_CNT]

    3.    *Billed Charges* – [LINE-SBMT-CHRG-AMT]

    4.    *Allowed Charges* – [LINE-ALOW-CHRG-AMT]

    5.    *Allowed Charges Basis* (the field that identifies whether an allowed charge, by claim level line, was based on "prevailing," "customary," or "actual" amount) – [LINE-PMT-IND-CD].

    6.    *Medicare Amount Paid* –  [CLM-PMT-AMT], [LINE_NCH_PMT_AMT]

Laurie Oberembt
M. Justin Draycott
Ana Maria Martinez
January 18, 2008
Page 3

    7.    *Medicare Amount Paid Basis* – Is there a data field that identifies this at the claim line level?

    8.    *Service Date/Date of Service* – [CLM-FROM-DT], [CLM-THRU-DT] – Are there Service Date fields at the claim line level?

    9.    *Provider* – [CARR-LINE-PRFRMG-PIN-NUM], [CARR-LINE-PRFRMG-UPIN-NUM]

    10.    *Carrier* – [CARR-NUM]

Third, it appears that you have added fields ending in "STECK_ID" in all of the file types provided. It is my understanding that such fields are not defined in the data dictionary provided. For each of these fields, please provide the following information:

    1.    a plain English explanation of the field;

    2.    the purpose and use of the field;

    3.    most importantly, the relationship of the field from one file type to the other file types; and

    4.    the origin of the field.

Fourth, for claim lines that are re-processed or adjustments to other claim lines, please identify the fields that are necessary to understand this activity. That is, will a reprocessed or adjustment claim line(s) be associated with the original claim line(s) via the claim number or some other method? Please also identify the fields that are code or description fields to any adjustments or denials of a claim line.

Fifth, please confirm that fields with Null values are null in the original data source, as opposed to fields that have been identified as "Redacted" fields (in which case actual data existed in the original data source). Please also confirm what character(s) was used to replace data in the redacted fields (*e.g.*, "X").

Finally, there are references in the data dictionary to both a Medicare and Non-Medicare Fee Schedules. Please let us know if these fee schedules are available.

JONES DAY

Laurie Oberembt
M. Justin Draycott
Ana Maria Martinez
January 18, 2008
Page 4


       As I am sure you understand, our ability to analyze this very complex data is dependent on our ability to correctly interpret it.  Accordingly, your prompt attention to this matter is appreciated.

                                      Sincerely,

                                      /s/ David S. Torborg

                                      David S. Torborg


cc:     Counsel for the United States
           Counsel for Ven-A-Care
           Counsel for Dey
           Counsel for Roxanne