# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number:  (202) 879-5562
dstorborg@jonesday.com

February 14, 2008

<u>VIA EMAIL</u>

M. Justin Draycott, Esq.
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20004

Laurie A. Oberembt, Esq.
Fraud Section, Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044

Re:     *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Counsel:

To date, it appears that the United States has produced to Abbott claims data from the following states:  California, Kentucky, Louisiana, Michigan, North Carolina, New York, Ohio, Illinois, and Florida.  Please inform me whether the United States will be producing additional claims data.  Also, please confirm that the United States has produced all relevant state Medicaid data in its possession, including data collected in connection with the prosecution of this case.  If the United States intends to produce additional data, please indicate for which states claims data is forthcoming and provide the date by which the data will be produced.  Analysis of this data takes time, and there are usually questions about the data that need to be answered and/or problems that need to be resolved.  Accordingly, please produce any remaining claims data immediately.

In analyzing the data that has been produced thus far, a number of questions concerning technological aspects of the data have arisen.  So that we may ensure we are analyzing the data properly, we need to speak with representatives of the states to discuss specific questions concerning that state's data.  Please provide contact information for an individual from each state that we should contact to begin the process of resolving our technological questions.

JONES DAY

M. Justin Draycott, Esq.
Laurie A. Oberembt, Esq.
February 14, 2008
Page 2


      Finally, I have yet to receive a response to my letter dated January 18, 2008 concerning Medicare data.  Please review that letter and provide a response as soon as possible.

            Sincerely,

            /s/ David S. Torborg

            David S. Torborg

cc:    Counsel for United States
       Counsel for Ven-A-Care
       Counsel for Dey
       Counsel for Roxanne