# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C.  20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number:  (202) 879-5562
dstorborg@jonesday.com

June 23, 2008

VIA EMAIL

Laurie Oberembt, Esq.
Senior Trial Counsel
Commercial Litigation Branch
601 D Street, NW
Washington, DC 20004

Re:     *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Laurie:

I am in receipt of your letter of June 20, 2008, which encloses yet another production of claims data after the fact discovery period in this case.  We formally object to the use at trial or through expert opinion of any and all production of claims data that was not produced by the March 31, 2008 close of fact discovery.  Indeed, even the three-month extension from December 31, 2007 to March 31, 2008 discovery was intended to allow the parties to complete discovery that was already scheduled, not to allow a grace period for the Government to produce claims data that in all fairness should (after the Government's 11-year investigation) have been produced at the outset of discovery.

We reserve all rights to exclude such evidence, and any expert opinion that relies upon such evidence, at trial.  The Government has always known that this data would be necessary to support its claims, and the failure of the Government to produce it timely has prejudiced Abbott's defense of this action.

Sincerely,

/s/ David S. Torborg

David S. Torborg

cc:     Counsel for the United States
        Counsel for Ven-A-Care
        Counsel for Dey
        Counsel for Roxanne

ATLANTA  •  BEIJING  •  BRUSSELS  •  CHICAGO  •  CLEVELAND  •  COLUMBUS  •  DALLAS  •  FRANKFURT  •  HONG KONG  •  HOUSTON
IRVINE  •  LONDON  •  LOS ANGELES  •  MADRID  •  MENLO PARK  •  MILAN  •  MOSCOW  •  MUNICH  •  NEW DELHI  •  NEW YORK
PARIS  •  PITTSBURGH  •  SAN DIEGO  •  SAN FRANCISCO  •  SHANGHAI  •  SINGAPORE  •  SYDNEY  •  TAIPEI  •  TOKYO  •  WASHINGTON