

**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  *Telephone:  (202) 305-9300*
*Washington, D.C. 20004*  *Telecopier:  (202) 616-3085*

*Via Electronic Transmission*                    June 20, 2008
*(Enclosures by Over-night Delivery)*

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

      Re:    Average Wholesale Price Multi-District Litigation
              MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

      Enclosed please find compact disc HHD246 containing the following material pertaining to Abbott:  Alaska documentation, Arkansas Medicaid claims, Florida HCPCS-based Medicaid claims and documentation, South Carolina claims and documentation, and Virginia documentation.  We are producing all but one of the aforementioned data sets after the close of fact discovery exclusively due to our untimely receipt of this material:  all but the Florida data was received after the close of fact discovery; while the Florida data was received prior to the close of discovery, the information required to convert the data was received subsequent to the close of discovery.

      Thank you for your attention.

                                    Very Truly Yours,

                                    /s/
                              Laurie Oberembt
                              Senior Trial Counsel
                              Commercial Litigation Branch

Enclosure
cc:    James Breen (w/o enclosure)
        George B. Henderson (w/o enclosure)