# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: 202-879-3734
christophercook@jonesday.com

August 29, 2006

<u>VIA EMAIL AND U.S. MAIL</u>

Gejaa Gobena
Patrick Henry Building
601 D Street, NW
Room 9028
Washington, DC 20004

Mr. James J. Breen
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, Florida  33029-7470

     Re:    *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Counsel:

     I write to you regarding your clients' failure to respond to discovery properly propounded in the above-captioned matter. On July 12, 2006, we served Requests for Production of Documents on the United States and Ven-A-Care of the Florida Keys ("Ven-A-Care"). We subsequently extended you the courtesy of delaying until August 23, 2006 the deadline for the United States and Ven-A-Care to respond to those discovery requests. Eight days after that deadline passed, however, we have not received your response.

     The United States and Ven-A-Care have had eleven years to investigate their claims since Ven-A-Care filed its complaint under seal in 1995. The United States served subpoenas on Abbott Laboratories ("Abbott") and others during that time period. Since the complaint was unsealed in 2006, the United States has sought to avail itself of civil discovery also, serving document requests on both Abbott and Hospira, Inc. ("Hospira"). Abbott's and Hospira's responses to those requests are due, as agreed, on August 31, 2006. Although you have since represented to the Court in an August 22 filing that you are not demanding that Abbott and Hospira provide a response to your document requests on their due date, we have not requested an extension of time and would be prepared to respond timely.

     We will not continue to engage in one-sided discovery with the United States and Ven-A-Care. For the first time in this decade-old litigation, Abbott and Hospira have the opportunity to make reciprocal discovery demands on your client, and you have refused to meet your obligations. Accordingly, Abbott and Hospira will respond to the requests for production of

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

**JONES DAY**

Gejaa Gobena
James J. Breen
August 29, 2006
Page 2

documents you have propounded once the United States and Ven-A-Care provide to Abbott and Hospira the discovery responses that were due on August 23, 2006.

Sincerely,

R. Christopher Cook

cc: Mark A. Lavine
Renee Brooker
Ann St. Peter-Griffith