# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS | Judge Patti B. Saris |

### NOTICE OF FILING EXHIBIT A TO THE TRACK TWO SETTLEMENT AGREEMENT AS WELL AS REVISED [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF THE TRACK TWO CLASS SETTLEMENT, DIRECTING NOTICE TO THE CLASSES, AND SCHEDULING FAIRNESS HEARING

On April 9, 2008, the parties appeared for a second time on oral argument related to the Joint Motion for Preliminary Approval of Track Two Settlement Agreement and Release (Docket No. 5131).  On the same day the Court entered its preliminary approval of the Track Two Settlement Agreement on the docket and set a date for a final fairness hearing on December 16, 2008.  At that April 9, 2008 hearing there were a number of issues discussed with the Court that required follow up.[1]  Among these issues was the Court's request for a revised [Proposed] Order Preliminarily Approving the Track Two Settlement Agreement and Release that sets forth each of the various milestones in the Track Two Settlement.

Since the time of that hearing, ISHPs have also provided to Plaintiffs and Track Two Defendants a list of all ISHP Group Members and a count of their covered lives as called for by the Track Two Settlement Agreement.

---

[1] Class Plaintiffs, contemporaneously with this filing, have also filed a motion for leave to add an individual as a named representative of Class 1 and for entry of a Qualified Protective Order under HIPAA related to production of protected health information by the ISHP group for purpose of Class 3 consumer notice.

Accordingly, Class Plaintiffs hereby give notice of the filing of a Revised [Proposed] Order Preliminarily Approving the Track Two Settlement Agreement and Release and of a completed Exhibit A to the Track Two Settlement Agreement.

I.  Exhibit A to the Settlement Agreement

Attached as Exhibit A hereto is a complete list of ISHP Group Members.  An identical list, accompanied by a count of covered lives represented by each ISHP, has been provided to the Track Two Defendants and based on the representations made by counsel for the ISHPs, Track Two Defendants have reviewed and accepted Exhibit A to the Track Two Settlement Agreement.

II.  Revised [Proposed] Preliminary Approval Order

Class Plaintiffs' also provide the Court with a Revised [Proposed] Preliminary Approval Order inserting the pertinent dates related to the Track Two Settlement as requested by the Court. The order is attached hereto as Exhibit B.  The proposed schedule of events related to the Track Two Settlement, some of which are reflected in the body of the Order, is set out in a separate schedule which delineates the events associated with notice and claims administration for each of Consumers in Classes 1 and 3 and for TPPs in Classes 2 and 3.  That schedule is attached hereto as Exhibit C.

DATED: June 27, 2008.                     By    /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 27, 2008, I caused copies of **CLASS PLAINTIFFS' NOTICE OF FILING EXHIBIT A TO THE TRACK TWO SETTLEMENT AGREEMENT AS WELL AS REVISED [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF THE TRACK TWO CLASS SETTLEMENT, DIRECTING NOTICE TO THE CLASSES, AND SCHEDULING FAIRNESS HEARING** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

     /s/ Steve W. Berman
     Steve W. Berman