# EXHIBIT A

# EXHIBIT A TO SETTLEMENT AGREEMENT

| ISHP Member Name |
| --- |
| BCBS Delaware |
| BCBS Hawaii |
| BCBS Minnesota |
| BCBS Tennessee |
| BCBS Vermont |
| Carefirst BCBS |
| Lifetime Healthcare Companies (Excellus) |
| Federated Ins. Co |
| Healthfirst Inc. |
| Medical Mutual of Ohio |
| Mutual of Omaha |
| Regence |
| Trustmark Insurance |
| WEA Insurance Corp |
| Wellmark |
| BCBS Massachusetts |
| Horizon BCBS |
| First Plan of Minnesota |
| Arkansas Blue Cross and Blue Shield |
| HMO Partners, Inc. d/b/a/ Health Advantage |
| USAble Life |
| Blue Cross and Blue Shield Association |
| Blue Cross and Blue Shield of Florida |
| Blue Cross Blue Shield of Kansas City |
| Blue Shield of California |
| Coventry Health Care |
| Government Employees Health Association, Inc. |
| Great-West Life & Annuity Insurance Company |
| The Guardian Life Insurance Company of America |
| Health Net, Inc. |
| HealthNow New York, Inc. |
| HIP Health Plan of New York |
| Group Health Incorporated |
| Inova Health System Employee Health Benefits Plan |
| KPS Health Plans |
| Noridian Mutual Insurance Co. |
| Tufts Associated Health Maintenance Organization, Inc. |
| United HealthCare Services, Inc. |
| Aetna, Inc. |
| CIGNA HealthCare, Inc. |
| Humana, Inc. |
| Verizon |
| WellPoint |
| Blue Cross Blue Shield of Michigan |