# EXHIBIT C

# AWP Track II

| Task | Date | Notes |
|---|---|---|
| Receive Data from CMS (Class 1 Consumers) | 7/28/2008 | Assumes CMS response to data request within 7 weeks and data includes approximately 4 million Class 1 Consumers (estimated for planning purposes) |
| Mailing of Full Notice to TPP Completed | 8/1/2008 | |
| Publication for TPP Commences | 8/1/2008 & 8/11/2008 | |
| Receive Member Data from ISHP (Class 3 Consumers) | 8/22/2008 | |
| Publication to Class 3 Consumers Commence | 9/1/2008 | Some publications would be mailed to subscribers by mid-August |
| Pre-Notice (ie postcard) Mailing to Class 1 Completed | 9/16/2008 | Mailing will be on a rolling basis commencing 8/20/2008; Mailing of Full Notices to Class 1 Members will be mailed weekly. |
| Mailing of Full Notice to Class 3 Completed | 10/1/2008 | |
| Postcard Deadline for Class 1 | 10/16/2008 | |
| Last Full Notice to be sent in reply to Class 1 postcard | 10/31/2008 | |
| Publication Completed | 10/31/2008 | |
| Submission for Motion of Attorney Fees and Expenses and Materials for support of Final Approval | 11/10/2008 | |
| TPP Claim Deadline | 12/1/2008 | |
| Opt Out/Objection Deadline (all Classes) Including TPP | 12/1/2008 | The Objection deadline is the only "received by" deadline. All others are "postmarked" |
| Responses to Objection | 12/8/2008 | |
| Fairness Hearing | 12/16/2008 | |
| Claims Filing Deadline (all Consumer Classes) | 1/31/2009 | Provides over 90 days for completion of publication and/or mailed notice for filing of claims. Most class members will have at least 90 days to file claims. |

**Color Key**
- Class 1 Events
- Class 3 Events
- TPP Events