# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>This Document Relates to<br>ALL ACTIONS. | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**AFFIDAVIT OF MURIEL TONACCHIO IN SUPPORT OF
PLAINTIFFS' MOTION TO ADD ESTATE OF WILMA MORT AS CLASS 1
REPRESENTATIVE FOR TRACK 2 SETTLEMENT**

I, Muriel Tonacchio, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. I am a registered nurse and one of the five children of Wilma Mort. I submit this Affidavit in support of Plaintiffs' Motion to Add the Estate of Wilma Mort as Class 1 Representative for Track 2 Settlement.

2. Before my mother passed away on September 15, 2003, she had cancer and, in trying to treat that disease, was administered chemotherapy over a period of two years. Her chemotherapy was administered at a clinic run by the Weirton Medical Center in Weirton, West Virginia.

3. During the period my mother was administered chemotherapy, she was on Medicare and some of the drugs she was administered were reimburseable under Medicare Part B. During this period she also had supplemental insurance through my father's National Steel Workers insurance. However, the Steel Workers refused to cover some portions of my mother's drugs administered as part of her chemotherapy. Specifically with regard to this lawsuit, it refused to reimburse $42.44 of my mother's purchases of Aventis' drug Anzemet.

4.  I obtained copies of my mother's billing records from the Weirton Medical Center and authorized my attorneys, Wexler Toriseva Wallace LLP, to examine them. It is my understanding that those records, attached in part as Exhibit A to this Declaration, reflect my mother's payment of $42.44 for Anzemet in May 2003. I have also spoken with a representative of the Weirton Medical Center who informed me over the phone that the amount my mother was required to pay in this instance was due to her supplemental insurance's unwillingness to pay for all of the Anzemet she was administered.

5.  I have been provided with information regarding Plaintiffs' settlement with the corporations I understand are referred to as the Track Two Defendants in this litigation. I support my mother's estate serving as a class representative for all Medicare Part B beneficiaries who paid or incurred an obligation to pay all or some portion of the 20% co-pay for the Track Two Defendants' drugs. I understand the duties of a class representative, including that the Court may want additional information from me to support Plaintiffs' Motion, and am willing to fulfill those duties on behalf of my mother.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 15, 2008

*Muriel Tonacchio*
Muriel Tonacchio

# Exhibit A

```
  ACCOUNT DETAIL DATA                       SVC FAC:   W0SQ         04/08/08  1130
PT NO:   6030613854  MORT ,WILMA J              MR NO: 233149        ACCT TYPE:  G
REG: 05/30/03  DSCH: 12/31/03   FC: 9  PT: C  EXP IND:   ACCT BAL:        42.44
-------------------------------------------------------------- PAGE:    5 OF:   7
     ACCT BAL           N03   V        I28   V                            PT BAL
      42.44              .00            .00                               42.44

 SVC    POST   SVC CD    DESCRIPTION/COMMENT-REF DATE      AMOUNT       BALANCE
 062503 070103 930008   DED:         .00 COINS:     132.44
 062503 070103 930008   REASON: 93
 062503 070103 930008   MEDICARE ELECTRONIC PAYMENT      -374.85         90.00
 062503 070103 99100001 LOSS/GAIN-ELECTRONIC-MEDICARE      42.44        132.44
 062703 062703          BLP2 LMP     BILLED SECONDARY INS. PAPER
 062703 062703          BILLED I28 FOR 132.44     LP
 062703 062703 711004   BALANCE TRANS ADJ                -132.44           .00
 062703 062703 711004   BALANCE TRANS ADJ                 132.44        132.44
 072803 072803 700096   PAYMENT-COMMERCIAL                -90.00         42.44
 092603 092603          **FIN. CLASS     M
---------------------------------------------------------------------------------
 ! (PF14) SEL PT                    !(PF3) SELECT DTL      ! (PF4) USER
 ! (PF15) RETURN TO PT OVERVIEW                              PF16  D/E  ____
 ! (PF6) PREVIOUS      ! (PF7) NEXT       ! (PF8) BEGINNING  ! (PF9) LAST
PA4XRSD5
```

Date: 4/8/2008 Time: 11:29:04 AM

Page: 1 Document Name: untitled

```
ACCOUNT DETAIL DATA                          SVC FAC:  W0SQ         04/08/08  1453

PT NO:  6030613854  MORT ,WILMA J              MR NO: 233149     ACCT TYPE: G
REG: 05/30/03  DSCH: 12/31/03  FC: 9  PT: C  EXP IND:   ACCT BAL:      42.44
-------------------------------------------------------------- PAGE:   3 OF:   7
      ACCT BAL           N03  V         I28  V                            PT BAL
         42.44              .00            .00                             42.44

   SVC     POST    SVC CD     DESCRIPTION/COMMENT-REF DATE      AMOUNT    BALANCE
  053003  053003              $PO BOX 16684
  053003  053003              $COLUMBUS
  053003  053003              OH 43216
  053003  053003              PT PRX ONC
  053003  053003
  053003  060203  17067028    NACL 0.9% 50ML                      2.60       2.60
  053003  060203  17067141    NACL 0.9% 250ML                    11.15      13.75
  053003  060203  17067745    NACL 0.9% 500ML                    11.45      25.20
  053003  060203  17071939    ANZEMET 100MG/5ML                 117.25     142.45
  053003  053003  20003545    CANNULA THREAD LOCK GOLD LEVER      1.00     143.45
--------------------------------------------------------------------------------
  ! (PF14) SEL PT                       !(PF3) SELECT DTL     ! (PF4) USER
  ! (PF15) RETURN TO PT OVERVIEW                                PF16  D/E ____
  ! (PF6) PREVIOUS       ! (PF7) NEXT    ! (PF8) BEGINNING     ! (PF9) LAST
PA4XRSD5
```