# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-12257-PBS |
| *State of Arizona v. Abbott Labs, et al.* 06-CV-11069-PBS | Judge Patti B. Saris |

## DECLARATION OF JOHN P. BUEKER IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF STATE OF ARIZONA'S MOTION FOR A PROTECTIVE ORDER LIMITING SCOPE OF DISCOVERY

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am a partner with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2. Attached hereto at Exhibit A is a true and correct copy of a February 2, 2007 letter from James Duffy of Davis Polk & Wardwell to Ann Uglietta of the Arizona Attorney General's Office.

3. Attached hereto at Exhibit B is a true and correct copy of a May 8, 2007 letter from Ann Uglietta to James Duffy.

4. Attached hereto at Exhibit C is a true and correct copy of a June 11, 2007 letter from Eric Gortner of Kirkland & Ellis LLP to Ann Uglietta.

5. Attached hereto at Exhibit D is a true and correct copy of a June 22, 2007 letter from James Duffy to Ann Uglietta.

6.	Attached hereto at Exhibit E is a true and correct copy of a May 8, 2008 e-mail from John P. Bueker of Ropes and Gray LLP to Jeniphr Breckenridge of Hagens Berman Sobol Shapiro LLP, along with attachments thereto.

7.	On or about May 28, 2008, I participated in a telephonic meet and confer with Jeniphr Breckenridge in which I indicated that Defendants maintain that they are not in a position to instruct Plaintiff as to which of its files – which Defendants have not seen – might be relevant to this case and that Defendants do not have any obligation at this stage of the litigation to instruct the state as to how to fulfill its discovery obligations.

8.	Attached hereto at Exhibit F is a true and correct copy of a June 15, 2007 email from Daniel Bennett of Ropes and Gray to Sean Matt and Jeniphr Breckenridge of Hagens Berman Sobol and Shapiro LLP.

10.	I declare under penalty of perjury that the foregoing is true.

/s/ John P. Bueker
John P. Bueker

EXECUTED this 27th day of June, 2008 in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                          /s/ Daniel J. Bennett\_\_\_\_\_
                                          Daniel J. Bennett