**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

**JOINT NOTIFICATION OF OUTSTANDING DISCOVERY MOTIONS**

The United States of America ("United States"), Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, and Abbott Laboratories, Inc., through their undersigned counsel, respectfully file the attached Joint Notification of Outstanding Discovery Motions in accordance with the Court's June 13, 2008 Procedural Order, and state:

**I.   THE PARTIES AGREE THAT THE FOLLOWING NINE MOTIONS ARE OUTSTANDING DISCOVERY MOTIONS WITHIN THE SCOPE OF THE COURT'S JUNE 13, 2008 PROCEDURAL ORDER:**

| | |
|---|---|
| 1. | **(Docket #5035)** Abbott Laboratories, Inc.'s Motion to Compel Ven-A-Care to Provide Adequate Responses to Abbott's Fourth Set of Interrogatories |
| | • **(Docket #5057)** Relator's Opposition to Abbott Laboratories, Inc.'s Motion to Compel Ven-A-Care to Provide Adequate Responses to Abbott's Fourth Set of Interrogatories |

| | |
|---|---|
| 2. | **(Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum<br><br>• **(Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion to Compel Testimony of Government Witnesses<br><br>• **(Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Motion to Compel Testimony of Government Witnesses |
| 3. | **(Docket #5128 and #5129)** United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum<br><br>• **(Docket #5135)** Abbott Laboratories Inc.'s Opposition Motion to the United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order<br><br>• **(Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order |
| 4. | **(Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum<br><br>• **(Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion for a Protective Order Relating to Abbott's Requests for Depositions Under Rule 30(b)(6)<br><br>• **(Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices |

| | |
|---|---|
| 5. | **(Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States<br><br>• **(Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion to Compel the Production of Documents<br><br>• **(Docket #5275)** Motion for Leave to File Reply in Support of Motion to Compel Production of Documents by Abbott Laboratories, Inc. |
| 6. | **(Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum<br><br>• **(Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions |
| 7. | **(Docket #5176)** Joint Motion for Enlargement of Time to Complete Six Depositions |
| 8. | **(Docket #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and Memorandum<br><br>• **(Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel Documents and Deposition Testimony<br><br>• **(Docket #5273)** Motion for Leave to File Reply to Abbott's Response to the United States' Motion to Compel Production of Documents and Witnesses by United States with attached Reply |
| 9. | **(Docket #4920)** Memorandum by the United States Relating To Documents Submitted for in Camera Review Pursuant to the Court's Order of November 9, 2007<br><br>**(Docket #5355)** Submission By The United States Of Privileged Documents Relating To Abbott Drugs For In Camera Review Pursuant To Court's Order Of Nov. 9, 2007<br><br>• **(Docket #5353)** Memorandum By The United States Relating To In Camera Submission Of Documents Pertaining To Abbott Drugs Pursuant To The Court's Order Of Nov. 9, 2007 |

II. **THE UNITED STATES AND RELATOR BELIEVE THE FOLLOWING TWO MOTIONS ADDRESS ISSUES RELATING TO THE MODIFICATION OR ENFORCEMENT OF THE CASE MANAGEMENT ORDER AND/OR PROTECTIVE ORDER WHICH ARE NORMALLY HANDLED BY JUDGE SARIS UNLESS SPECIFICALLY REFERRED TO THE MAGISTRATE JUDGE WHICH HAS NOT OCCURRED TO DATE.  ABBOTT BELIEVES THESE MOTIONS TO BE OUTSTANDING DISCOVERY MOTIONS WITHIN THE SCOPE OF THE COURT'S JUNE 13, 2008 PROCEDURAL ORDER:**

| | |
|---|---|
| 10. | (**Docket #4711**) Abbott Laboratories, Inc.'s Motion For a Preservation Order and Affidavit Regarding Spoliation Issues<br><br>• (**Docket #4744**) United States' Unopposed Motion to Enlarge Time<br><br>• (**Docket #4808**) United States' Response to Defendant Abbott's Motion for a Preservation Order.<br><br>• (**Docket #4820**) Abbott Laboratories Inc.'s Unopposed Motion for Leave to File a Reply Memorandum in Support of Motion for a Preservation Order and Affidavit Regarding Spoliation Issues<br><br>• (**Docket #4883**) Abbott Laboratories, Inc.'s Renewed Motion for Leave to File Reply in Support of Its Motion for a Preservation Order and Affidavit Regarding Spoliation Issues |
| 11. | (**Docket # 5276**) Abbott 's Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br>• (**Docket #5344**) Opposition re 5276 Motion to Enforce the February 16, 2007 Protective Order<br><br>• (**Docket # 5397**) Motion for Leave to File Reply in Support of its Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiffs to Return Inadvertently Produced Privileged Documents by Abbott Laboratories, Inc.<br><br>• **Sur-Reply by United States** - pending |

### III. IN THE INTEREST OF COMPLETENESS, THE PARTIES NOTE THAT THREE ADDITIONAL MOTIONS ARE PENDING:

A. The following two motions are pending, but the parties agree they have been mooted by subsequent orders:

| | |
|---|---|
| 12. | **(Docket #5178)** Motion for Extension of Time to April 25, 2008 to Produce Documents and a Privilege Log by United States |
| 13. | **(Docket #5181)** Motion for Extension of Time to April 25, 2008 to Complete Document Production by Abbott Laboratories, Inc. |

B. The following motion is pending, but the parties agree it is not a discovery motion.

| | |
|---|---|
| 14. | **(Docket # 5256)** Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 rulings on Deliberative Process Privilege by Abbott Laboratories, Inc.<br><br>• **(Docket #5281)** Memorandum of Law by Dey, L.P., Inc., Dey Inc., Dey LP to 5256 Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 rulings on Deliberative Process Privilege<br><br>• **(Docket #5283)** Declaration re 5256 Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 rulings on Deliberative Process Privilege by Dey, L.P., Inc., Dey Inc., Dey LP.<br><br>• **(Docket #5286)** Response to Motion re 5256 Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 rulings on Deliberative Process Privilege filed by United States<br><br>• **(Docket #5343)** Assented to Motion for Leave to File Reply in Support of Its Request for Certification of Interlocutory Appeal Under 28 U.S.C. Sec. 1292(b) by Abbott Laboratories, Inc. with attached Reply |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Elizabeth Strawn<br>Civil Division<br>Commercial Litigation Branch |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

For Abbott Laboratories, Inc.


/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above JOINT NOTIFICATION OF OUTSTANDING DISCOVERY MOTIONS to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                  s/ Mark Lavine

Dated:  June 27, 2008