UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br>Civil Action No. 01-12257 -PBS<br><br>Judge Patti B, Saris |
| This document relates to:<br><br>THE CITY OF NEW YORK, *et al.*<br><br>v.<br><br>ABBOTT LABS, *et al.* | | |

**PLAINTIFFS' STATEMENT OF JOINDER IN DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING DISCOVERY MOTIONS**

Pursuant to the Court's June 13, 2008 Order requesting a status report of all outstanding discovery motions that need to be addressed by Magistrate Judge Bowler's session, plaintiffs join in Defendants' Status Report Regarding Outstanding Discovery Motions, except as follows:

1. <u>All Outstanding Discovery Motions</u>:  Plaintiffs respectfully request oral argument for each of the five (5) identified discovery disputes.

2. <u>Defendants' Motion to Compel the Production of Claims Data</u>:  Plaintiffs do not agree with defendants' statement that "supplemental briefing is necessary in order to highlight and focus on the issues that remain in dispute."  Plaintiffs have provided the requested data and defendants have noticed deposition(s) on any issues regarding the data.  Therefore, it is plaintiffs' position that while the motion is *sub judice*, it is moot.

Dated: June 30, 2008

                                 **KIRBY McINERNEY LLP**

By: _____/s/_____
    Joanne M. Cicala, Esq.
    James P. Carroll Jr., Esq.
    Aaron D. Hovan, Esq.
    830 Third Avenue
    New York, New York 10022
    (212) 371-6600

*On behalf of the MDL litigating New York Counties, other than the Counties of Nassau and Orange*

Ross B. Brooks, Esq.
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
**LEVY PHILLIPS &
KONIGSBERG, LLP**
800 Third Ave.
New York, NY 10022
(212) 605-6205

*Counsel for the County of Orange*

## CERTIFICATE OF SERVICE

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing

**PLAINTIFFS' STATEMENT OF JOINDER IN DEFENDANTS' STATUS REPORT REGARDING OUTSTANDING DISCOVERY MOTIONS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated: June 30, 2008                                     ___/s/ James P Carroll Jr_____
                                                                            James P. Carroll Jr.