## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS  Hon. Patti B. Saris |

In re:  **PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION**

**THIS DOCUMENT RELATES TO:**

*United States of America ex rel. Ven-A-Care of the
Florida Keys, Inc., et al. v. Dey, Inc., et al.,*
Civil Action No. 05-11084-PBS

)
)
)
)
)
)
)
)
)
)
)
)
)

**MDL No. 1456
Master File No. 01-CV-12257-PBS**

**Hon. Patti B. Saris**

### JOINT NOTIFICATION OF AN OUTSTANDING DISCOVERY MOTION

The United States of America, Ven-A-Care of the Florida Keys, Inc., Plaintiffs,

and Dey, Inc., Dey L.P., Inc. and Dey, L.P., through their undersigned counsel, respectfully file

this Joint Notification of an Outstanding Discovery Motion in accordance with the Court's June

13, 2008 Procedural Order.

The Parties agree that the following Motion is an outstanding discovery motion

within the scope of the Court's June 13, 2008 Procedural Order:

- **(Docket # 5356)** The United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice

    - **(Docket #5394)** Dey, L.P., Inc., Dey Inc., Dey L.P.'s Memorandum in Opposition to Motion for Protective Order

    - The United States plans to file a motion seeking leave to file a reply on or before July 11, 2008.  Dey reserves the right to oppose any such filing.

New York, New York
Dated: June 30, 2008

Respectfully submitted,


By: ___/s Sarah L. Reid_____
Paul F. Doyle (BBO # 133460)
Sarah L. Reid (*pro hac vice*)
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Tel.: (212) 808-7800
Fax: (212) 808-7897

*Counsel for Dey, Inc., Dey L.P., Inc. and Dey
L.P.*

## <u>CERTIFICATE OF SERVICE</u>

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 30, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              _____/s Sarah L. Reid_____