# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** ) | **Master File No.  01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** ) | |
| _____ ) | **Judge Patti B. Saris** |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| State of California, *ex rel.* Ven-A-Care v. ) | |
| Abbott Laboratories, Inc., *et al.* ) | |
| CASE No: 1:03-cv-11226-PBS ) | |
| _____ ) | |

## STATUS REPORT-JULY 1, 2008

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA

("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the

Court's June 17, 2004 Procedural Order.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated:  July 1, 2008                    By:     /s/ Nicholas N. Paul
                                                NICHOLAS N. PAUL
                                                CA State Bar No:  190605
                                                Supervising Deputy Attorney General
                                                Bureau of Medi-Cal Fraud and Elder Abuse
                                                Office of The Attorney General
                                                1455 Frazee Road, Suite 315
                                                San Diego, California  92108
                                                Tel:  (619) 688-6099
                                                Fax:  (619) 688-4200

                                        **Attorneys for Plaintiff,**
                                        **STATE OF CALIFORNIA**

1

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits,

on August 25, 2005 (No. 1679).  Plaintiffs also filed a motion for leave to file unredacted Exhibits

under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court

granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs'

First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion

to dismiss, and denied Abbott's individual motion to dismiss (No. 3948).  Two individual motions

to dismiss (defendants ZLB Behring and the two Boehringer entities) have not been adjudicated.

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).

**Alternative Dispute Resolution**

Plaintiffs and all Defendants completed their first formal mediation session on February

12, 2008 and February 13, 2008.  Some Defendants participated with Plaintiffs in the second

formal mediation session on June 12, 2008 and June 13, 2008, the results of which will be

communicated in a subsequent update.

2

CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on July 1, 2008, I caused a true and correct copy of

the foregoing, **STATUS REPORT-July 1, 2008**, to be served on all counsel of record via

electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy

to LexisNexis File & Serve for posting and notification to all parties.


    /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General