UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc.*<br>*No. 07-CV-11618-PBS* | Magistrate Judge Marianne B. Bowler |

### JULY 1, 2008 STATUS REPORT
### OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for July 1, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Complaint/Motion to Dismiss**

On March 14, 2008, the Court denied Abbott's Motion to Dismiss Ven-A-Care's complaint.  On April 14, 2008, Abbott filed a Request for Certification Pursuant to § 1292(b) and Stay of Discovery.  Ven-A-Care filed its opposition to the Request on April 29, 2008.  Abbott sought leave to file a relatively extensive reply brief, with exhibits, on May 9, 2008.  Ven-A-Care did not oppose that motion for leave to file, but it requested leave to file a surreply brief which the Court granted on June 10, 2008.  Abbott's motion is now fully briefed and awaiting decision.

**Pending Motions**

Abbott's Request for Certification Pursuant to § 1292(b) and Stay of Discovery.

**Scheduled Hearings**

No hearings have been scheduled.

**Pending Discovery**

The Court has ordered the parties to confer on a discovery schedule. No discovery is pending. The parties have been actively conferring in an effort to present the Court with a proposed discovery schedule. The parties intend to submit a joint motion as to any issues on which they can reach agreement and separate motions regarding disputed issues and deadlines. Although Ven-A-Care is prepared to commence discovery, Abbott has a motion pending to stay discovery. Ven-A-Care has not pushed forward with a discovery cut-off date in light of that pending motion and the Court having raised an issue regarding possible changes in the schedule of the intervened federal Abbott case to bring it in line with the federal Dey and Roxane cases. In light of the Court's desire to avoid addressing issues multiple times on different records, it appears that it will be most efficient to address scheduling issues in this case once the schedule is resolved in the intervened federal Abbott case. Even in the absence of a discovery cut-off, Ven-A-Care would commence disclosures and discovery as soon as the motion for a stay is denied.

Respectfully submitted,

For Ven-A-Care of the Florida Keys, Inc.

/s/Susan Schneider Thomas

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-5711
FAX: 215-875-4673
EMAIL: sthomas@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **JULY 1, 2008 STATUS REPORT OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                   /s/ Susan Schneider Thomas

Dated: JULY 1, 2008