UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456 Lead Civil Action No. 01-12257-PBS Hon. Patti Saris Magistrate Judge Marianne B. Bowler |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS | |

## PROPOSED ORDER

Upon consideration of the United States of America's Unopposed Motion for Leave to File a Sur-reply to Abbott's Reply to the Opposition to Abbott's Motion to Enforce the February 16, 2007 Protective Order and for the Return of Inadvertently Produced Documents, and there being no opposition, it is hereby ORDERED that the Motion is GRANTED.

_____
PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE