UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                             ) MDL No. 1456
**IN RE PHARMACEUTICAL INDUSTRY**            ) Master File No. 01-12257-PBS
**AVERAGE WHOLESALE PRICE LITIGATION**       )
 _____  )  Judge Patti B. Saris
                                             )
**THIS DOCUMENT RELATES TO:**                )
*State of California, ex rel. Ven-A-Care v.* )
*Abbott Laboratories, Inc., et al.*          )
Case No: 03-cv-11226-PBS                     )
_____ )

## FOURTH JOINT MEDIATION STATUS REPORT

Plaintiffs and Defendants ("the Parties") in the above captioned action hereby submit their Fourth Joint Mediation Status Report in accordance with the Court's Amended Order of Reference for Alternative Dispute Resolution, filed November 15, 2007.

1. Some of the Parties participated in formal mediation on June 12 and June 13, 2008 in Washington D.C., before mediators Eric Green and Jonathan Marks.

2. Unless otherwise directed, the Parties will submit their Fifth Joint Mediation Status Report after the next mediation. No mediation is currently scheduled.

                                        Respectfully submitted,

Dated:  July 3, 2008                EDMUND G. BROWN JR.
                                        Attorney General for the State of California

                                        By:   */s/ Nicholas N. Paul*
                                                NICHOLAS N. PAUL
                                                CA State Bar No:  190605
                                                Supervising Deputy Attorney General
                                                Bureau of Medi-Cal Fraud and Elder Abuse
                                                Office of The Attorney General
                                                1455 Frazee Road, Suite 315
                                                San Diego, California  92108
                                                Tel:  (619) 688-6099
                                                Fax:  (619) 688-4200

                                                **Attorneys for Plaintiff,**
                                                **STATE OF CALIFORNIA**


Dated:  July 3, 2008                THE BREEN LAW FIRM, P.A.

                                        By:   */s/ James J. Breen*
                                                JAMES J. BREEN
                                                5755 No. Point Parkway, Suite 39
                                                Alpharetta, Georgia  30022
                                                Telephone:  (770) 740-0008
                                                Fax:  (770) 740-9109

                                                **Attorneys for *Qui Tam* Plaintiff,**
                                                **VEN-A-CARE OF THE**
                                                **FLORIDA KEYS, INC.**


                                        **FOR THE DEFENDANTS:**

Dated: July 3, 2008                 By:   */s/ Toni-Ann Citera*
                                                James R. Daly
                                                Tara A. Fumerton
                                                JONES DAY
                                                77 West Wacker
                                                Chicago, Illinois  60601-1692
                                                Telephone:  (312) 782-3939
                                                Facsimile:  (312) 782-8585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-8376
Facsimile: (212) 755-7306

**Counsel for Defendant
ABBOTT LABORATORIES INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on July 3, 2008, I caused a true and correct copy of the foregoing, **FOURTH JOINT MEDIATION STATUS REPORT,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      */s/ Nicholas N. Paul*
NICHOLAS N. PAUL
Supervising Deputy Attorney General