# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL DOCKET NO. 1456 |
| | ) |
| _____ | ) Civil Action No. 06-CV-11337 ) Lead Case No. 01-CV-12257 ) ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) |
| | ) Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO AMEND CMO-29 AND REQUEST FOR EXPEDITED RELIEF

Pursuant to Local Rule 7.1(b)(3), Abbott Laboratories Inc. requests permission to file a reply in support of its Emergency Motion To Amend CMO-29 And Request Expedited Relief (Dkt. No. 5407) (the "Emergency Motion"). The reply brief is attached as Exhibit 1, and Exhibit A to the Reply is attached as Exhibit 2. Abbott believes that the following reply will aid the Court in its consideration of the Emergency Motion.

WHEREFORE, Abbott respectfully requests that the Court allow Abbott to file a reply in support of its Emergency Motion To Amend CMO-29 And Request Expedited Relief.

Dated: July 3, 2008                               Respectfully submitted,


/s/ Toni-Ann Citera


James R. Daly
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Fax: (312) 782-8585


Toni Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Fax: (212) 755-7306


R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700


*Attorneys for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on July 3, 2008, the foregoing ABBOTT LABORATORIES INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO AMEND CMO-29 AND REQUEST FOR EXPEDITED RELIEF was served upon all counsel of record in this action electronically by posting a true and correct copy of same via Lexis-Nexis.

                                                         /s/ Brian J. Murray