UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF KATHRYN BALE ALLEN ON BEHALF OF THE CITY OF NEW YORK AND ALL NEW YORK COUNTIES AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Kathryn Bale Allen enter her appearance on behalf of the City of New York and All New York Counties in the above captioned actions.

Ms. Allen is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Ms. Allen is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

1

WHEREFORE, the undersigned counsel respectfully moves Ms. Allen's admission to practice before this Court *pro hac vice*.

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 7th day of July, 2008, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

/s/Joanne M. Cicala<br>Joanne M. Cicala

Dated: July 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Kathryn Bale Allen for the purpose of representing the City of New York and All New York Counties in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Kathryn Bale Allen is admitted to practice before this Honorable Court in connection with the above styled cause.

                                                                                       Patti B. Saris

                                                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### CERTIFICATE OF KATHRYN BALE ALLEN

I, Kathryn Bale Allen, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am an attorney with the law firm of Kirby McInerney LLP, which maintains offices at 825 Third Avenue, New York, New York 10022 and 101 College Street, Dripping Springs, Texas 78620;

2. I am a member in good standing of the bars of the State of Texas and the United States District Court for the Western District of Texas;

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5

I declare under penalty of perjury that the foregoing is true and correct.

                                        Respectfully submitted,

                                        <u>/s/ Kathryn Bale Allen</u>
                                        Kathryn Bale Allen
                                        KIRBY McINERNEY LLP
                                        825 Third Avenue
                                        New York, NY 10022
                                        (212) 371-6600

Executed: July 7, 2008