UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

### NOTICE OF APPEARANCE OF RUCHI JAIN ON BEHALF OF BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC. AND MOTION FOR ADMISSION *PRO HAC VICE*.

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Ruchi Jain enter her appearance on behalf of Baxter Healthcare Corporation and Baxter International Inc. in the above-captioned actions.

Ms. Jain is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1. The Certificate of Good Standing, attached hereto as Exhibit A, demonstrates that Ms. Jain is a member in good standing in every jurisdiction where she has been admitted and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee is being submitted concurrent with this filing.

WHEREFORE, the undersigned counsel respectfully moves Ms. Jain's admission to practice before this Court *pro hac vice*.

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA  02108
(617) 720-2880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2008, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

Dated: July 9, 2008