# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

## CERTIFICATE OF GOOD STANDING OF RUCHI JAIN

I, Ruchi Jain, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action, that:

1. I am an associate at the law firm of Dickstein Shapiro LLP, which maintains offices at 1825 Eye Street, NW, Washington, D.C., 20006.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: New York, the District of Columbia, and the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Ruchi Jain
Ruchi Jain
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Dated: July 9, 2008