UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> STATE OF CALIFORNIA, ex rel. VEN-A-CARE OF THE FLORIDA KEYS, INC. v. ABBOTT LABS., INC., et. al, | ) <br> ) Judge Patti B. Saris <br> ) <br> ) CIVIL ACTION NO. 03-11226-PBS <br> ) <br> ) (Original Central District of <br> ) California No. 03-CV-2238) <br> ) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel for the parties that the above-captioned action, previously dismissed without prejudice, is now dismissed in its entirety and with prejudice as to the defendant, Bristol-Myers Squibb Company ("BMS"), its present and former subsidiaries (including but not limited to the defendant Apothecon Inc. and Oncology Therapeutics Network Corp.), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership")) and its collaborator Otsuka Pharmaceutical Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to BMS's divisions, directors, officers, attorneys, agents, and assigns, and that the State of California (the "State") and its political subdivisions and Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley and T. Mark Jones's (collectively, "Relators") are barred from commencing any claim against such entities and persons raised or that could have been raised in said action, arising out of or relating to the Average Wholesale Price, Wholesale List Price, Direct Price,

and/or similar published prices for BMS, Apothecon and Partnership drugs and Abilify, and/or the relationships of such published prices to actual transaction prices for such drugs and Abilify.

Each party is to bear its own attorneys' fees and costs with the following exceptions. The Court shall retain jurisdiction over this case to decide issues concerning Relators' expenses, attorneys' fees, and costs. Moreover, the dismissal shall be without prejudice to (a) Relators claims against the BMS Defendants to entitlement to expenses, attorneys' fees, and costs arising out of their claims against the BMS Defendants and (b) the BMS Defendants' right to challenge or seek dismissal of Relators' claim to recover expenses, attorneys' fees, and costs on any ground.

Any previous tolling agreements executed by the parties relating to the above claims are hereby terminated and are without any further force and effect.

The undersigned counsel, representing the State and Relators, warrant to BMS and to the Court that it is authorized to execute this stipulation of dismissal on behalf of the State and Relators, and BMS, by its undersigned national counsel of record, warrants to the State, Relators and to the Court that it is authorized to execute this stipulation of dismissal on behalf of BMS and its related entities and persons covered by this document

SO STIPULATED AND AGREED this
9th day of ~~June~~, 2008
July

| OFFICE OF THE ATTORNEY GENERAL CALIFORNIA DEPARTMENT OF JUSTICE | HOGAN & HARTSON LLP |
|---|---|
| By: _____ Nicholas N. Paul | By: _____ Lyndon M. Tretter |
| 1455 Frazee Road, Suite 315 San Diego, CA 92108 Tel: (619) 688-6099 | 875 Third Avenue New York, New York 10022 Tel.: (212) 918-3000 |

Attorneys for Plaintiff
State of California

Attorneys for Defendant
Bristol-Myers Squibb Company


THE BREEN LAW FIRM, P.A.

By: _____
    James J. Breen

5755 No. Point Parkway, Suite 39
Alpharetta, Georgia 30022
Tel: (770) 740-0008
Fax: (770) 740-9109

Attorneys for Relators,
Ven-A-Care of the Florida Keys, Inc.,
Zachary T. Bentley and T. Mark Jones



SO ORDERED:


_____
Hon. Patti B. Saris, USDJ

CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, LYNDON M. TRETTER, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on July 9, 2008, I caused a copy of the STIPULATION AND ORDER OF DISMISSAL to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

_____
Lyndon M. Tretter