UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York v. Abbott Labs, et al.* and all cases of New York Counties in the Revised First Amended Consolidated Complaint | ) <br>)<br>) C.A. No. 04-CV-06054, et al.<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel for the parties that the above-captioned action is dismissed in its entirety and with prejudice as to the defendant, Bristol-Myers Squibb Company ("BMS"), its present and former subsidiaries (including but not limited to the defendant Apothecon Inc. and Oncology Therapeutics Network Corp.), affiliates (including but not limited to Bristol-Myers Squibb Sanofi Pharmaceuticals Partnership (the "Partnership")) and its collaborator Otsuka Pharmaceutical Co., Ltd. ("Otsuka"), but as to Otsuka, only as to the drug Abilify, as well as to BMS's , divisions, directors, officers, attorneys, agents, and assigns, and that the City of New York and numerous counties in the State of New York that are parties to the above-captioned actions (collectively, the "NY Counties"), and their political subdivisions are barred from commencing any claim against such entities and persons raised or that could have been raised in said actions, arising out of or relating to the Average Wholesale Price, Wholesale List Price, Direct Price, and/or similar published prices for BMS, Apothecon and Partnership drugs and Abilify, and/or the relationships of such published prices to actual transaction prices

for such drugs and Abilify. The undersigned counsel, representing the NY Counties, warrants to BMS and to the Court that they are authorized to execute this stipulation of dismissal on behalf of the NY Counties, and BMS, by its undersigned national counsel of record, warrants to the NY Counties and to the Court that it is authorized to execute this stipulation of dismissal on behalf of BMS and its related entities and persons covered by this document.

SO STIPULATED AND AGREED this 24th day of June, 2008

KIRBY McINERNEY, LLP

By: _____
    Joanne M. Cicala

830 Third Avenue, 10th Fl.
New York, New York 10022
Tel:   (212) 371-6600

Attorneys for Plaintiffs
New York City and all New York Counties
other than County of Nassau and County of
Orange

MILBERG WEISS LLP

By: _____
    Ross B. Brooks

One Pennsylvania Plaza
New York, New York 10119
Tel:   (212) 594-5300

Attorneys for Plaintiff
County of Nassau

LEVY PHILLIPS & KONISGBERG

By: _____
    Stanley J. Levy

800 Third Avenue
New York, New York 10022
Tel:   (212) 605-6200

Attorneys for Plaintiff
The County of Orange

HOGAN & HARTSON LLP

By: _____
    Lyndon M. Tretter

875 Third Avenue
New York, New York 10022
Tel.:  (212) 918-3000

Attorneys for Defendant
Bristol-Myers Squibb Company

SO ORDERED:

_____
Hon. Patti B. Saris, USDJ

CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, LYNDON M. TRETTER, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on July 9, 2008, I caused a copy of the STIPULATION AND ORDER OF DISMISSAL to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

Lyndon M. Tretter