UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO: *State of Arizona v. Abbott Labs., Inc., et al.,* Civ. No. 06-cv-11069  *City of New York et al. v. Abbott Labs., Inc., et al.* Civ. No. 04-cv-06054, et al.  *County of Nassau v. Abbott Labs., Inc., et al.* Civ. No. 05-cv-10179 | Civil Action No. 01-CV-12257-PBS Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jonathan S. Pressman of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Biogen Idec Inc. in connection with the above-captioned actions.

Respectfully submitted,

Jonathan S. Pressman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
jonathan.pressman@wilmerhale.com

Dated: July 8, 2008

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on July 8, 2008 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: Jonathan S. Pressman

1

US1DOCS 6726753v1