UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* CIVIL ACTION NO. 05-11084-PBS | Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION BY UNITED STATES FOR LEAVE
TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A
PROTECTIVE ORDER RELATING TO THE REQUESTS BY THE
DEY DEFENDANTS FOR DEPOSITIONS UNDER RULE 30(b)(6)**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, the United States seeks leave of court to file a reply memorandum in support of its motion for a protective order, pursuant to Federal Rule of Civil Procedure 26(c), prohibiting defendants Dey, Inc., Dey L.P., Inc. and Dey L.P. ("Dey"), from subjecting government witnesses to further depositions pursuant to Federal Rule of Civil Procedure 30(b)(6) on certain topics.  The proposed reply memorandum is attached to this motion as Exhibit 1.  Defendants' counsel has advised that defendants do not oppose this motion.

DATED this 11th day of July, 2008.

                Respectfully submitted,

                GREGORY G. KATSAS
                ASSISTANT ATTORNEY GENERAL

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:     /s/ George B. Henderson, II
        GEORGE B. HENDERSON, II
        Assistant U.S. Attorney
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3272

        JOYCE R. BRANDA
        DANIEL R. ANDERSON
        LAURIE A. OBEREMBT
        Civil Division
        Commercial Litigation Branch
        P. O. Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 514-3345

## CERTIFICATION

  The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she has conferred with counsel for the Relator and the Defendants on the issue raised in this motion, and Relator and Defendants consent.

                 /s/ Laurie A. Oberembt
                LAURIE A. OBEREMBT

Dated: July 11, 2008

CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above "UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING DEY'S RULE 30(b)(6) NOTICE" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                             /s/ Laurie A. Oberembt
Dated: July 11, 2008                                        Laurie A. Oberembt