UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## REQUEST FOR ADMISSION PRO HAC VICE FOR DAVID L. KLEINMAN

Undersigned counsel requests admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration in Support of the Application for Admission Pro Hac Vice of David L. Kleinman.

Dated: July 10, 2008

Respectfully Submitted,

David L. Kleinman
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Sandoz Inc.*