# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## DECLARATION OF DAVID L. KLEINMAN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

David L. Kleinman, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York.

2. I have been admitted to practice in the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing of the Bar of the United States District Court of the Southern District of New York of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: New York, New York
July 10, 2008

David L. Kleinman