# Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

DAVID LESTIN KLEINMAN, Bar # DK5073

was duly admitted to practice in this Court on

JULY 18th, 2006, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   JULY 10th, 2008

J. Michael McMahon   by   _[signature]_
Clerk                       Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR DAVID L. KLEINMAN, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Lara A. Berwanger