# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES ) <br> TO ALL ACTIONS ) <br> ) | MDL No. 1456 <br><br> Civil Action <br> No. 01-12257-PBS |

## NOTICE OF APPEARANCE OF LISA M. ENGLISH

Pursuant to Local Rule 83.5.2, please enter the appearance of Lisa M. English as counsel for Defendant TAP Pharmaceutical Products Inc. in the above-captioned matter.

Dated: July 15, 2008

Respectfully submitted,

TAP Pharmaceutical Products Inc.

By its attorneys,

/s/ Lisa M. English
Sharon Lahey (BBO #654167)
Lisa M. English (BBO #662084)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (Fax)
slahey@goodwinprocter.com
lenglish@goodwinprocter.com

LIBA/1797143.1

- 2 -

## CERTIFICATE OF SERVICE

I, Lisa M. English, hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on July 15, 2008.

I further certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on July 15, 2008.

/s/ Lisa M. English

- 2 -

LIBA/1797143.1