# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF SHARON LAHEY

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Sharon Lahey as counsel for Defendant TAP Pharmaceutical Products Inc. in the above-captioned matter.

Lisa M. English of Goodwin Procter LLP, Toni-Ann Citera, R. Christopher Cook, Brian J. Murray, and Daniel E. Reidy of Jones Day, George Q. Evans, Eugene R. Naylor, and Douglas E. Levanway of Wise, Carter, Child & Caraway, Scott A. Glogovac of Burton, Barlett & Glogovac, Thomas B. Schmidt, III of Pepper Hamilton LLP, and Randall Papetti of Lewis & Roca LLP shall continue their appearance as counsel of record for TAP Pharmaceutical Products Inc.

| | |
|---|---|
| Dated: July 15, 2008 | Respectfully submitted, |
| | TAP Pharmaceutical Products Inc. |
| | By its attorneys, |
| | /s/ Sharon Lahey<br>Sharon Lahey (BBO #654167)<br>Lisa M. English (BBO #662084)<br>Goodwin \| Procter LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000<br>(617) 523-1231 (Fax)<br>slahey@goodwinprocter.com<br>lenglish@goodwinprocter.com |

## CERTIFICATE OF SERVICE

I, Sharon Lahey, hereby certify that this Notice of Withdrawal of Appearance filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on July 15, 2008.

I further certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on July 15, 2008.

/s/ Sharon Lahey