# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jobe G. Danganan as counsel for Defendants Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation in connection with the above-captioned action.

Respectfully submitted,

/s/ Jobe G. Danganan
Jobe G. Danganan
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10014
(617) 951-7000

Dated:  July 15, 2008

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Notice of Withdrawal of Appearance to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Jobe G. Danganan
Jobe G. Danganan