# Exhibit A

| Must Be Postmarked On or Before MARCH 14, 2008 | **ZOLADEX® SETTLEMENT** CLAIM FORM | For Official Use Only 000018 |

If you would like to submit a claim in the Settlement, complete this form and mail it to the address below, along with proof of payment for Zoladex® (see Section E below). You may be asked for more information at a later time.

## SECTION A:  CLAIMANT INFORMATION (Please print or type)

[barcode] * 0 3 3 0 1 9 4 4 - 0 5 6 *    PP 148859

◯ Please check the box if name and address are different from information on left and complete Section B below.

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 295
JOHNNIE

[mailing address barcode]

Please indicate whether you are claiming on your own behalf as a Class Member or on behalf of someone else who is a Class Member:

_____ I am a Class Member

✓ I am the spouse of a deceased Class Member

_____ I am the legal representative of a deceased Class Member's estate

## SECTION B:  CONTACT INFORMATION (Please print or type)

_____ *2* _____          _____
*Class Member's Name*                              *Class Member's Birth Date*

_____
*Applicant Name (if different from pre-printed name in Section A above)*

_____          _____
*Street Address*                                           *Apartment*

_____          _____          _____
*City*                              *State*          *Zip Code*

*Daytime Telephone Number:* ( ___ ) ___ - ___ *473*



1

PP 148859

## SECTION C:  NAME OF PROVIDER(S) WHO ADMINISTERED ZOLADEX®

FLORENCE  UROLOGICAL  ASSOCIATES  PA

*Please Print or Type Name of Provider(s)*

## SECTION D:  PURCHASE INFORMATION

Medicare records indicate that you took Zoladex® on or about the dates shown in the chart below (Column A).

You must complete the rest of the chart by checking the appropriate box in Columns B or C, if they apply.

(1)    If you paid in full a percentage co-payment for Zoladex®, place a check mark in Column B next to the date.  Do not place a check mark for any dates for which your percentage co-payment was covered in full by insurance.  (In other words, you are not entitled to receive a settlement payment if your percentage co-payment was paid in full by insurance or if you were entitled to have your co-payment paid in full by insurance but did not submit a claim to your insurance company.)

(2)    If you had supplemental insurance that covered part of your percentage co-payment for Zoladex® at any time, but you still paid a percentage co-payment as well, place a check mark in Column C.  Do not place a check mark next to any dates for which your insurance only required you to pay a flat co-payment.

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-payment for this administration | C<br>I made a partial percentage co-payment for this administration |
|---|---|---|
| 02/02/1998 | ✓ | |
| 05/04/1998 | ✓ | |
| 08/05/1998 | ✓ | |
| 11/09/1998 | ✓ | |
| 02/17/1999 | ✓ | |
| 02/17/1999 | ✓ | |
| 05/17/1999 | ✓ | |
| 08/11/1999 | ✓ | |
| 11/17/1999 | ✓ | |
| 02/14/2000 | ✓ | |
| 06/12/2000 | ✓ | |
| 10/02/2000 | ✓ | |
| 02/05/2001 | ✓ | |
| 06/11/2001 | ✓ | |
| 10/08/2001 | ✓ | |
| 02/11/2002 | ✓ | |
| 06/24/2002 | ✓ | |
| 06/24/2002 | ✓ | |



PP 148859

## SECTION D: PURCHASE INFORMATION *(continued)*

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-<br>payment for this administration | C<br>I made a partial percentage co-<br>payment for this administration |
|---|---|---|
| 06/24/2002 | √ | |
| 06/24/2002 | √ | |
| 06/24/2002 | √ | |
| 06/24/2002 | √ | |
| 10/28/2002 | √ | |
| 02/24/2003 | √ | |
| 02/24/2003 | √ | |
| 02/24/2003 | √ | |
| 02/24/2003 | √ | |
| 02/24/2003 | √ | |
| 02/24/2003 | √ | |
| 06/24/2003 | √ | |
| 10/28/2003 | √ | |
| 03/04/2004 | √ | |

PP 148859

Scanned Claim Page 4 of 4

## SECTION E:  PROOF OF PAYMENT

As part of your claim, you _must_ provide proof that you made a percentage co-payment for Zoladex® under Medicare Part B.

_Any_ of the following are acceptable as proof of a percentage co-payment for Zoladex®:

(1)     A receipt, cancelled check, or credit card statement that shows a payment for Zoladex® (other than a flat co-payment); or

(2)     A letter from a doctor saying that he or she prescribed Zoladex® and you paid part of the cost of Zoladex® (other than a flat co-payment) at least once; or

(3)     A statement signed by you under penalty of perjury in the form supplied (see Section F below) that you paid a percentage co-payment for Zoladex® during the period from January 1, 1991 through December 31, 2004; or

(4)     Any of the above executed by a spouse of a deceased class member or a legal representative of the deceased class member's estate.

If, _after_ receiving this Notice, you make a percentage co-payment for Zoladex® under Medicare Part B based on a bill that you received from a doctor or clinic related to taking Zoladex® from January 1, 1991 through December 31, 2004, you may submit a claim but must submit a receipt, cancelled check, or credit card statement evidencing the payment and proof that the payment was for Zoladex® taken between January 1, 1991 and December 31, 2004 in order to be eligible to participate in the Settlement.

## SECTION F:  SWORN STATEMENT REGARDING PAYMENTS MADE

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct.  I also declare under penalty of perjury that I paid a percentage co-payment for Zoladex® at some time during the period from January 1, 1991 through December 31, 2004.  If not submitting this for myself, I am authorized to submit this form on behalf of the Class Member identified above because I am the spouse of a deceased Class Member or the legal representative of a deceased Class Member's estate.[1]

_____          12/10/2007
**Signature**                                                                    _Date_

_Your Claim Form should be mailed to:_

AstraZeneca AWP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24787
West Palm Beach, FL  33416
_Toll-Free Telephone: 877-625-9451_
_www.AstraZenecaAWPSettlement.com_

---

[1]   Please note that your signature on this Claim Form indicates that you declare, under penalty of perjury, that you (or someone on whose behalf you are acting) made a percentage co-payment for Zoladex® at some time during the Class Period.  As a result, providing false information on this Claim Form could constitute perjury.

4

PP 148859

canned Claim Page 1 of 4

<table>
<tr><td>**Must Be Postmarked<br>On or Before<br>MARCH 14, 2008**</td><td>**ZOLADEX® SETTLEMENT**<br>**CLAIM FORM**</td><td>For Official Use Only<br><br>**000071**</td></tr>
</table>

If you would like to submit a claim in the Settlement, complete this form and mail it to the address below, along with proof of payment for Zoladex® (see Section E below). You may be asked for more information at a later time.

---

## SECTION A:  CLAIMANT INFORMATION (Please print or type)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ AD 12811

◯ Please check the box if name and address are different from information on left and complete Section B below.

T51 P1**********AUTO**3-DIGIT 300
STEVEN

---

Please indicate whether you are claiming on your own behalf as a Class Member or on behalf of someone else who is a Class Member:

✓  I am a Class Member

___  I am the spouse of a deceased Class Member

___  I am the legal representative of a deceased Class Member's estate

---

## SECTION B:  CONTACT INFORMATION (Please print or type)

_Class Member's Name_                                  _Class Member's Birth Date_

_Applicant Name (if different from pre-printed name in Section A above)_

_Street Address_                                       _Apartment_

_City_                          _State_      Ξ₩022      _Zip Code_

_Daytime Telephone Number:_

‖‖‖‖‖‖‖‖‖‖‖
✶ A Z ✶

1                                                      AD 12811

## SECTION C:  NAME OF PROVIDER(S) WHO ADMINISTERED ZOLADEX®

*UROLOGY DEPARTMENT – EMORY UNIVERSITY HOSPITAL*

Please Print or Type Name of Provider(s)  *~~AT A~~ DECATUR, GA.*

## SECTION D:  PURCHASE INFORMATION

Medicare records indicate that you took Zoladex® on or about the dates shown in the chart below (Column A).

You must complete the rest of the chart by checking the appropriate box in Columns B or C, if they apply.

(1)   If you paid **in full a percentage co-payment** for Zoladex®, place a check mark in Column B next to the date.  Do <u>not</u> place a check mark for any dates for which your percentage co-payment was covered <u>in full</u> by insurance.  (In other words, you are not entitled to receive a settlement payment if your percentage co-payment was paid in full by insurance or if you were entitled to have your co-payment paid in full by insurance but did not submit a claim to your insurance company.)

(2)   If you had supplemental insurance that covered **part** of your percentage co-payment for Zoladex® at any time, but you **still** paid a percentage co-payment as well, place a check mark in Column C.  Do <u>not</u> place a check mark next to any dates for which your insurance only required you to pay a <u>flat</u> co-payment.

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-<br>payment for this administration | C<br>I made a partial percentage co-<br>payment for this administration |
|---|---|---|
| 03/09/2004 |  | ✓ |
| 06/08/2004 |  | ✓ |
| 09/07/2004 |  | ✓ |
| 12/07/2004 |  | ✓ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |


* A Z *

2

AD 12811

## SECTION D:  PURCHASE INFORMATION *(continued)*

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-<br>payment for this administration | C<br>I made a partial percentage co-<br>payment for this administration |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

AD 12811

## SECTION E:  PROOF OF PAYMENT

As part of your claim, you **must** provide proof that you made a percentage co-payment for Zoladex® under Medicare Part B.

**Any** of the following are acceptable as proof of a percentage co-payment for Zoladex®:

(1)     A receipt, cancelled check, or credit card statement that shows a payment for Zoladex® (other than a flat co-payment); or

(2)     A letter from a doctor saying that he or she prescribed Zoladex® and you paid part of the cost of Zoladex® (other than a flat co-payment) at least once; or

(3)     A statement signed by you under penalty of perjury in the form supplied (see Section F below) that you paid a percentage co-payment for Zoladex® during the period from January 1, 1991 through December 31, 2004; or

(4)     Any of the above executed by a spouse of a deceased class member or a legal representative of the deceased class member's estate.

If, **after** receiving this Notice, you make a percentage co-payment for Zoladex® under Medicare Part B based on a bill that you received from a doctor or clinic related to taking Zoladex® from January 1, 1991 through December 31, 2004, you may submit a claim but **must** submit a receipt, cancelled check, or credit card statement evidencing the payment and proof that the payment was for Zoladex® taken between January 1, 1991 and December 31, 2004 in order to be eligible to participate in the Settlement.

## SECTION F:  SWORN STATEMENT REGARDING PAYMENTS MADE

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct.  I also declare under penalty of perjury that I paid a percentage co-payment for Zoladex® at some time during the period from January 1, 1991 through December 31, 2004.  If not submitting this for myself, I am authorized to submit this form on behalf of the Class Member identified above because I am the spouse of a deceased Class Member or the legal representative of a deceased Class Member's estate.[1]

_____          _12-10-07_

**Signature**                                               **Date**

### *Your Claim Form should be mailed to:*

AstraZeneca AWP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24787
West Palm Beach, FL  33416
*Toll-Free Telephone: 877-625-9451*
*www.AstraZenecaAWPSettlement.com*

---

[1]    Please note that your signature on this Claim Form indicates that you declare, under penalty of perjury, that you (or someone on whose behalf you are acting) made a percentage co-payment for Zoladex® at some time during the Class Period.  As a result, providing false information on this Claim Form could constitute perjury.



4

AD 12811

canned Claim Page 1 of 4

| Must Be Postmarked On or Before MARCH 14, 2008 | ZOLADEX® SETTLEMENT CLAIM FORM | For Official Use Only 000073 |

If you would like to submit a claim in the Settlement, complete this form and mail it to the address below, along with proof of payment for Zoladex® (see Section E below). You may be asked for more information at a later time.

## SECTION A: CLAIMANT INFORMATION (Please print or type)

ND11313

` 0 3 4 3 9 2 8 8 · 0 8 8 *

○ Please check the box if name and address are different from information on left and complete Section B below.

T61 P1
ROBERT

Please indicate whether you are claiming on your own behalf as a Class Member or on behalf of someone else who is a Class Member:

✓ I am a Class Member

___ I am the spouse of a deceased Class Member

___ I am the legal representative of a deceased Class Member's estate

## SECTION B: CONTACT INFORMATION (Please print or type)

_____   _____
*Class Member's Name*                       *Class Member's Birth Date*

_____
*Applicant Name (if different from pre-printed name in Section A above)*

_____   _____
*Street Address*                            *Apartment*

_____   _____   _____
*City*                                      *State*      *Zip Code*

Daytime Telephone Number: ( ___ ) _____



1

## SECTION C: NAME OF PROVIDER(S) WHO ADMINISTERED ZOLADEX®

DR. DAN COSTIN    WHITE PLAINS HOSPITAL   (NEW YORK)

*Please Print or Type Name of Provider(s)*

## SECTION D: PURCHASE INFORMATION

Medicare records indicate that you took Zoladex® on or about the dates shown in the chart below (Column A).

You must complete the rest of the chart by checking the appropriate box in Columns B or C, if they apply.

(1)    If you paid **in full a percentage co-payment** for Zoladex®, place a check mark in Column B next to the date. Do <u>not</u> place a check mark for any dates for which your percentage co-payment was covered <u>in full</u> by insurance. (In other words, you are not entitled to receive a settlement payment if your percentage co-payment was paid in full by insurance or if you were entitled to have your co-payment paid in full by insurance but did not submit a claim to your insurance company.)

(2)    If you had supplemental insurance that covered **part** of your percentage co-payment for Zoladex® at any time, but you **still** paid a percentage co-payment as well, place a check mark in Column C. Do <u>not</u> place a check mark next to any dates for which your insurance only required you to pay a <u>flat</u> co-payment.

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-payment for this administration | C<br>I made a partial percentage co-payment for this administration |
|---|---|---|
| 02/12/1999 | ✓ | |
| 03/09/1999 | ✓ | |
| 06/07/1999 | ✓ | |
| 09/10/1999 | ✓ | |
| 12/27/1999 | ✓ | |
| 04/06/2000 | ✓ | |
| 07/07/2000 | ✓ | |
| 10/23/2000 | ✓ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



ND11313

## SECTION D: PURCHASE INFORMATION *(continued)*

| A<br>Date of Zoladex®<br>Administration | B<br>I made a full percentage co-<br>payment for this administration | C<br>I made a partial percentage co-<br>payment for this administration |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



N0113I3

## SECTION E: PROOF OF PAYMENT

As part of your claim, you **_must_** provide proof that you made a percentage co-payment for Zoladex® under Medicare Part B.

**Any** of the following are acceptable as proof of a percentage co-payment for Zoladex®:

    (1)    A receipt, cancelled check, or credit card statement that shows a payment for Zoladex® (other than a flat co-payment); or

    (2)    A letter from a doctor saying that he or she prescribed Zoladex® and you paid part of the cost of Zoladex® (other than a flat co-payment) at least once; or

    (3)    A statement signed by you under penalty of perjury in the form supplied (see Section F below) that you paid a percentage co-payment for Zoladex® during the period from January 1, 1991 through December 31, 2004; or

    (4)    Any of the above executed by a spouse of a deceased class member or a legal representative of the deceased class member's estate.

If, **after** receiving this Notice, you make a percentage co-payment for Zoladex® under Medicare Part B based on a bill that you received from a doctor or clinic related to taking Zoladex® from January 1, 1991 through December 31, 2004, you may submit a claim but **must** submit a receipt, cancelled check, or credit card statement evidencing the payment and proof that the payment was for Zoladex® taken between January 1, 1991 and December 31, 2004 in order to be eligible to participate in the Settlement.

## SECTION F: SWORN STATEMENT REGARDING PAYMENTS MADE

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct. I also declare under penalty of perjury that I paid a percentage co-payment for Zoladex® at some time during the period from January 1, 1991 through December 31, 2004. If not submitting this for myself, I am authorized to submit this form on behalf of the Class Member identified above because I am the spouse of a deceased Class Member or the legal representative of a deceased Class Member's estate.[1]

_____
**Signature**

_12 - 11 - 07_
**Date**

_**Your Claim Form should be mailed to:**_

AstraZeneca AWP Settlement Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24787
West Palm Beach, FL 33416
_**Toll-Free Telephone: 877-625-9451**_
_**www.AstraZenecaAWPSettlement.com**_

---

[1]  Please note that your signature on this Claim Form indicates that you declare, under penalty of perjury, that you (or someone on whose behalf you are acting) made a percentage co-payment for Zoladex® at some time during the Class Period. As a result, providing false information on this Claim Form could constitute perjury.

