UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | |

**DEFENDANTS DEY, INC., DEY L.P., AND DEY L.P., INC.'S
CONSENTED TO MOTION FOR LEAVE TO FILE A
SUR-REPLY IN FURTHER OPPOSITION TO THE
GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER
RELATING TO THE REQUESTS BY THE DEY DEFENDANTS
FOR DEPOSITIONS UNDER RULE 30(B)(6)**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey"), seek leave of the Court to file a sur-reply in further opposition to Plaintiff United States of America's (the "Government") Motion for a Protective Order Relating to the Requests by Dey for Depositions Under Rule 30(b)(6). Counsel for Dey has conferred with counsel for the Government, who has indicated that the Government consents to this motion. The proposed Memorandum of Law in Further Opposition to the Government's Motion for a Protective Order Relating to the Requests by Dey for Depositions Under Rule 30(b)(6) is annexed hereto as Exhibit 1. The Proposed Declaration of Sarah L. Reid in Further Opposition to the Government's Motion for a Protective Order Relating to the Requests by Dey for Depositions Under Rule 30(b)(6), and the exhibits thereto, is annexed hereto as Exhibit 2.

Dated: July 15, 2008

1

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s Sarah L. Reid
    Paul F. Doyle (BBO # 133460)
    Sarah L. Reid *(pro hac vice)*
    William A. Escobar *(pro hac vice)*
    Neil Merkl *(pro hac vice)*
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants Dey, Inc. Dey, L.P., and Dey, L.P., Inc.*

3

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that, on July 15, 2008, I consulted with counsel for Plaintiff, who indicated that Plaintiff consented to this motion.

/s Sarah L. Reid

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 15, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s Sarah L. Reid