# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY** <br> **AVERAGE WHOLESALE PRICE LITIGATION** | )   **MDL No. 1456** <br> )   **Master File No. 01-CV-12257-PBS** |

) **Hon. Patti B. Saris**

**THIS DOCUMENT RELATES TO:**

*United States of America ex rel. Ven-A-Care of the*
*Florida Keys, Inc., et al. v. Dey, Inc., et al.,*
Civil Action No. 05-11084-PBS

## DECLARATION OF SARAH L. REID IN FURTHER OPPOSITION TO THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER RELATING TO THE REQUESTS BY THE DEY DEFENDANTS FOR DEPOSITIONS UNDER RULE 30(B)(6)

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey,

Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State

of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Proposed Memorandum of Law in

Further Opposition to the United States' Motion for a Protective Order Relating ot the Requests

by the Dey Defendants for Depositions Under Rule 30(b)(6).

3. I make this declaration from my own personal knowledge of the facts and

circumstances set forth herein. The source of my knowledge is my review of Kelley Drye &

Warren LLP's files with respect to this litigation, including my review of the documents annexed

as exhibits hereto.

1

4.      Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts

from the deposition transcript of Nancy-Ann Minn DeParle, dated May 18, 2007.

5.      Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts

from the deposition transcript of Bruce C. Vladeck, Ph.D., dated May 4, 2007.

6.      Attached hereto as Exhibit C is a true and correct copy of the relevant excerpts

from the deposition transcript of Thomas A. Scully, dated May 15, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008.                                      /s Sarah L. Reid
                                                        SARAH L. REID

2

# Exhibit A

DeParle, Nancy-Ann

Washington, DC

May 18, 2007

Page 1

```
 1               UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3     - - - - - - - - - - - - - - - x

 4     IN RE: PHARMACEUTICAL          : MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE     : CIVIL ACTION:

 6     PRICE LITIGATION               : 01-CV-12257-PBS

 7     THIS DOCUMENT RELATES TO       :

 8     U.S. ex rel. Ven-a-Care of     : Judge Patti B. Saris

 9     the Florida Keys, Inc. v.      :

10     Abbott Laboratories, Inc.,     : Chief Magistrate

11     No. 06-CV-11337-PBS            : Judge Marianne B.

12     - - - - - - - - - - - - - - - x Bowler

13                IN THE CIRCUIT COURT OF

14               MONTGOMERY COUNTY, ALABAMA

15     - - - - - - - - - - - - - - - x

16     STATE OF ALABAMA,              :

17                    Plaintiff,      :

18           vs.                      : Case No.: CV-05-219

19     ABBOTT LABORATORIES, INC.,     : Judge Charles Price

20     et al.,                        :

21                    Defendants.     :

22     - - - - - - - - - - - - - - - x
```

Page 2

```
 1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2         IN AND FOR LEON COUNTY, FLORIDA
 3
 4   THE STATE OF FLORIDA
 5   ex rel.
 6   - - - - - - - - - - - - - - - - - x
 7   VEN-A-CARE OF THE FLORIDA      :
 8   KEYS, INC., a Florida          :
 9   Corporation, by and through its  :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and         :
12   T. MARK JONES,                 :
13           Plaintiffs,    :
14       vs.            : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN  : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;: L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES  :
19   LTD., TEVA PHARMACEUTICAL USA;  :
20   and WATSON PHARMACEUTICALS, INC., :
21           Defendants,   :
22   - - - - - - - - - - - - - - - - - x
```

Page 3

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2           STATE OF MISSOURI
 3   - - - - - - - - - - - - - - - - x
 4   STATE OF MISSOURI, ex rel.,    :
 5   JEREMIAH W. (JAY) NIXON,       :
 6   Attorney General,             :
 7   and                    :
 8   MISSOURI DEPARTMENT OF SOCIAL   :
 9   SERVICES, DIVISION OF MEDICAL  : Case No.:
10   SERVICES,         : 054-1216
11       Plaintiffs,    : Division No. 31
12       vs.            :
13   DEY INC., DEY, L.P., MERCK KGaA, :
14   EMD, INC., WARRICK            :
15   PHARMACEUTICALS CORPORATION,   :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,          :
18           Defendants,    :
19   - - - - - - - - - - - - - - - - x
20
21
22
```

Page 4

```
 1           Videotaped Deposition of NANCY-ANN
 2   DePARLE, a witness herein, called for examination by
 3   counsel for Abbott Laboratories in the
 4   above-entitled matter, pursuant to notice, the
 5   witness being duly sworn by Robert M. Jakupciak, a
 6   Notary Public in and for the District of Columbia,
 7   taken at the offices of Jones Day, 51 Louisiana
 8   Avenue, N.W., Washington, D.C. , 20001, at 9:00
 9   a.m., on May 18, 2007, and the proceedings being
10   taken down by Stenotype by Robert M. Jakupciak, RPR.
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

```
 1   APPEARANCES:
 2
 3   On behalf of the United States of America:
 4        JAMIE ANN YAVELBERG, ESQUIRE
 5        U.S. Department of Justice
 6        Civil Division
 7        P.O. Box 261
 8        Ben Franklin Station
 9        Washington, D.C. 20044
10        (202) 514-6514
11
12   and
13
14        REBECCA A. FORD, ESQUIRE
15        U.S. Department of Justice
16        601 D Street, N.W.
17        Patrick Henry Building - 9133
18        Washington, D.C. 20044
19        (202) 514-1511
20
21
22
```

2 (Pages 2 to 5)

DeParle, Nancy-Ann

Washington, DC

May 18, 2007

Page 6

```
 1   APPEARANCES (Cont'd.)
 2
 3   On behalf of the U.S. Department of
 4      Health and Human Services:
 5      DEBORAH M. CHASAN-SLOAN, ESQUIRE
 6      U.S. Department of Health and
 7      Human Services
 8      Room 5309, Cohen Building
 9      330 Independence Avenue, S.W.
10      Washington, D.C. 20201
11      (202) 619-2603
12
13   On behalf of the State of California:
14      NICHOLAS N. PAUL, ESQUIRE
15      Bureau of Medi-Cal Fraud & Elder Abuse
16      P.O. Box 85266
17      110 West A Street, #1100
18      San Diego, California 92186
19      (619) 688-6099
20
21
22
```

Page 8

```
 1   APPEARANCES (Cont'd.)
 2
 3   On behalf of MDL Plaintiffs:
 4      JENNIFER FOUNTAIN CONNOLLY, ESQUIRE
 5      Wexler Toriseva Wallace LLP
 6      One North LaSalle Street
 7      Suite 2000
 8      Chicago, Illinois 60602
 9      (312) 346-2222
10
11   On behalf of Schering-Plough Corporation and
12      Schering Corporation and Warrick
13   Pharmaceuticals Corporation:
14      JOHN P. McDONALD, ESQUIRE
15      Locke Liddell & Sapp LLP
16      220 Ross Avenue
17      Suite 2200
18      Dallas, Texas 75201-6776
19      (214) 740-8758
20
21
22
```

Page 7

```
 1   APPEARANCES (Cont'd.)
 2
 3   On behalf of Ven-a-Care of the
 4      Florida Keys, Inc.:
 5      JAMES JOSEPH BREEN, ESQUIRE
 6      The Breen Law Firm, P.A.
 7      5755 North Point Parkway
 8      Suite 39
 9      Alpharetta, Georgia 30022
10      (770) 740-0008
11
12   On behalf of Abbott Laboratories:
13      R. CHRISTOPHER COOK, ESQUIRE
14      SEAN P. MALONE, ESQUIRE
15      Jones Day
16      51 Louisiana Avenue, N.W.
17      Washington, D.C. 20001
18      (202) 879-3939
19
20
21
22
```

Page 9

```
 1   APPEARANCES (Cont'd.)
 2
 3   On behalf of Sandoz, Inc.:
 4      PHILIP B. SINENENG, ESQUIRE
 5      White & Case LLP
 6      1155 Avenue of the Americas
 7      New York, New York 10036-2787
 8      (212) 819-8411
 9
10   On behalf of Johnson & Johnson:
11      ANDREW D. SCHAU, ESQUIRE
12      Patterson Belknap Webb & Tyler LLP
13      1133 Avenue of the Americas
14      New York, New York 10036-6710
15      (212) 336-2546
16
17   On behalf of Dey Companies and Mylan:
18      SARAH L. REID, ESQUIRE
19      Kelly Drye & Warren LLP
20      101 Park Avenue
21      New York, New York 10178
22      (212) 808-7720
```

3 (Pages 6 to 9)

DeParle, Nancy-Ann

Washington, DC

May 18, 2007

Page 10

1   APPEARANCES (Cont'd.)
2
3   On behalf of Roxane Laboratories and
4   Boehringer-Ingelheim and affiliated entities:
5       ERIC TOMAS GORTNER, ESQUIRE
6       Kirkland & Ellis LLP
7       200 East Randolph Drive
8       Chicago, Illinois 60601
9       (312) 861-2285
10
11
12  THE FOLLOWING COUNSEL PRESENT VIA TELEPHONE
13
14  On behalf of the State of Wisconsin:
15      CHARLES J. BARNHILL, JR., ESQUIRE
16      Miner, Barnhill & Galland, PC
17      44 East Mifflin
18      Suite 803
19      Madison, Wisconsin 53703
20      (608) 255-5200
21
22

Page 11

1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of the State of Florida:
4       JAIME LIANG, ESQUIRE
5       Office of the Attorney General
6       Medicaid Fraud Control Unit
7       PL-10 The Capitol
8       Tallahassee, Florida 32399
9       (850) 414-3600
10
11  On behalf of Aventis:
12      JOSEPH G. MATYE, ESQUIRE
13      Shook Hardy & Bacon LLP
14      2555 Grand Boulevard
15      Kansas City, Missouri 64108
16      (816) 559-2147
17
18
19
20
21
22

Page 12

1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of the State of Alabama:
4       TRACY R. DAVIS, ESQUIRE
5       Hand Arendall LLC
6       1200 Park Place Tower
7       2001 Park Place North
8       Birmingham, Alabama 35203
9       (205) 502-0127
10
11  On behalf of AstraZeneca:
12      CATHERYN O'ROURKE, ESQUIRE
13      Davis Polk & Wardwell
14      450 Lexington Avenue
15      New York, New York 10017
16      (212) 450-4017
17
18
19
20
21
22

Page 13

1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of Amgen:
4       JOSEPH H. YOUNG, ESQUIRE
5       STEVEN F. BARLEY, ESQUIRE
6       Hogan & Hartson LLP
7       111 South Calvert Street
8       Baltimore, Maryland 21202
9       (410) 659-2700
10
11  On behalf of Baxter Healthcare Corporation:
12      J. ANDREW JACKSON, ESQUIRE
13      Dickstein Shapiro LLP
14      1825 Eye Street, N.W.
15      Washington, D.C. 20006
16      (202) 420-2268
17
18
19
20
21
22

4 (Pages 10 to 13)

DeParle, Nancy-Ann

Washington, DC

May 18, 2007

Page 14

1          C O N T E N T S
2
3     THE WITNESS: NANCY-ANN DEPARLE
4     EXAMINATION                    PAGE
5        By Mr. Cook.............................. 020
6
7
8          E X H I B I T S
9     NUMBER        DESCRIPTION        PAGE
10    Exhibit Abbott 198 - DeParle Resume............ 016
11    Exhibit Abbott 199 - Complaint................. 076
12    Exhibit Abbott 200 - Report to Congress........ 083
13    Exhibit Abbott 201 - Excerpt from BBA 1997..... 100
14    Exhibit Abbott 202 - Program Memorandum........ 110
15    Exhibit Abbott 002A- Letter from June Gibbs
16             Brown..................... 116
17    Exhibit Abbott 203 - Fax from Maureen Furletti. 145
18    Exhibit Abbott 204 - Excerpt from Hearing...... 171
19    Exhibit Abbott 205 - Letter to Senator Stark... 204
20    Exhibit Abbott 206 - Presentation dated 3-20-98 211
21    Exhibit Abbott 207 - Letter dated 2-13-98...... 237
22    Exhibit Abbott 208 - Letter dated  4-20-98..... 237

Page 15

1          E X H I B I T S (Cont'd.)
2     NUMBER         DESCRIPTION        PAGE
3     Exhibit Abbott 209 - Excerpt from Federal
4             Register.................. 242
5     Exhibit Abbott 210 - Interim Final Rule........ 252
6     Exhibit Abbott 211 - Letter dated 3-25-99...... 254
7     Exhibit Abbott 212 - Letter dated 5-5-00....... 260
8     Exhibit Abbott 213 - Letter dated 5-31-00...... 261
9     Exhibit Abbott 214 - Hearing transcript -
10            June 13, 2000............. 287
11    Exhibit Abbott 215 - Letter dated 9-8-00....... 295
12    Exhibit Abbott 216 - Program Memorandum........ 295
13    Exhibit Abbott 217 - Letter dated 9-15-00...... 304
14    Exhibit Abbott 218 - Letter dated 9-25-00...... 307
15    Exhibit Abbott 219 - Letter dated 9-18-00...... 310
16    Exhibit Abbott 220 - Letter dated 7-28-00...... 313
17    Exhibit Abbott 221 - Program Memorandum........ 316
18
19
20
21
22

Page 16

1     Whereupon,
2              (Exhibit Abbott 198 was premarked
3     for identification.)
4              VIDEOGRAPHER: Good morning. This is
5     the videotape deposition of Nancy-Ann DeParle
6     taken by the defendant party in the matter of In
7     Re: Pharmaceutical Industry Average Wholesale
8     Price Litigation, MDL Number 1456, Civil Action
9     Number 01-CV-12257-PBS, before the United States
10    District Court for the District of Massachusetts.
11             The date is May 18, 2007, and this
12    deposition is being held at Jones Day, Reavis &
13    Pogue, 51 Louisiana Avenue, Northwest, in
14    Washington, D.C. The time on the monitor is 9:07
15    a.m.
16             My name is Michael Hunterton and I'm
17    the certified videographer associated with the
18    firm of Henderson Legal Services, located at 1015
19    15th Street, Northwest, in Washington, D.C. The
20    court reporter is Bob Jakupciak, associated with
21    the same firm.
22             Will counsel at the table please

Page 17

1     introduce themselves for the record.
2              MR. COOK: Christopher Cook and Sean
3     Malone, from Jones Day, representing Abbott
4     Laboratories, Inc.
5              MR. GORTNER: Eric Gortner, from
6     Kirkland & Ellis, representing Roxane
7     Laboratories, Inc. and Boehringer-Ingelheim
8     Corporation, and all affiliated entities.
9              MS. REID: Sarah Reid, Kelley Drye &
10    Warren, representing the Dey Companies in the DOJ
11    action, and Dey Companies in the cross-notice
12    depositions.
13             MR. SINENENG: Philip Sineneng, from
14    White & Case, for Sandoz.
15             MR. McDONALD: John McDonald, from
16    Locke Liddell, representing Warrick, Schering,
17    Schering-Plough and B. Braun Medical.
18             MR. SCHAU: Andrew Schau, from
19    Patterson Belknap Webb & Tyler, representing the
20    Johnson & Johnson Companies.
21             MR. PAUL: Nicholas Paul, from the
22    Department of Justice, for California in the

5 (Pages 14 to 17)

Page 22

1   court reporter.
2        When we get to actual questions and
3   answers, I'll ask that you answer verbally so the
4   court reporter can pick it up. The deposition is
5   often submitted in court in written form. So
6   verbal answers will allow someone reading the
7   transcript to see whether you said yes or no
8   rather than shaking your head or giving the
9   conversation a non-verbal clue or queue.
10       If you want to take a break, just tell
11  me. It's not an endurance contest. My goal is
12  to take a break about every hour, but if you want
13  to take a break earlier or later, just let me
14  know. I can't take a break while a question is
15  pending and we may discuss if there is a line of
16  questioning where we can break off to get through
17  that, but at any time it you need a break, just
18  let me know.
19       All that sounds all right?
20  A.  Yes.
21  Q.  Could you state your name and --
22       MS. YAVELBERG: I'm sorry, Chris, could

Page 23

1   I interject for a second?
2        MR. COOK: Please do.
3        MS. YAVELBERG: I just wanted to be
4   clear on record about the notices we received.
5   We received a notice and a subpoena from Abbott
6   in connection with the Federal case and we also
7   received a notice from Abbott for the Hawaii and
8   the Alabama cases. We also received a notice
9   from the MDL plaintiff on behalf of New York
10  County, but the Government, to our knowledge, has
11  not been served with any other cross-notices.
12       And I know this has come up before, but
13  I bring it up again so that everybody is aware
14  that we're not being served with them and
15  electronically we have only been able to pull
16  down a couple additional ones. I would just ask
17  and state we don't anticipate any problems with
18  the notices, but that, of course, we have to
19  reserve our objections until we actually see
20  them.
21       So to the extent that you've got a set
22  of them that are compiled somewhere, we would be

Page 24

1   happy to take a look at them at a break and try
2   to get back to you today on that. But we just
3   want to be sure that you knew that we haven't yet
4   received any of these notices.
5        MR. COOK: Sure. Well, we'll do it at
6   a break rather than take the time here. If
7   anybody knows of cases with cross-notices, we can
8   put it on the record.
9        MS. YAVELBERG: Right. And we also
10  want to be clear on objections that if one of us
11  makes an objection it's as to the plaintiff's
12  collectively. We all don't need to object to
13  preserve it. And also that if objection/form is
14  sufficient for those types of objections.
15       MR. COOK: And I'll ask you if I need
16  more information.
17       MS. YAVELBERG: Absolutely. That's
18  been the practice and we will just carry forward
19  with that as well here. Again, I just want to
20  make clear also that Ms. DeParle is here in her
21  capacity as a former HCFA Administrator. She is
22  not here as an expert to give personal opinion

Page 25

1   testimony. She is not here on behalf of the
2   agency as a corporate designee. That's obviously
3   being taken care of in other ways.
4        MR. COOK: Right. And to the extent we
5   have any disagreements over what the impact of
6   her testimony is or whether she is allowed to
7   give opinions or whether she is an expert, these
8   are areas that we can talk about later.
9        MS. YAVELBERG: Absolutely.
10  BY MR. COOK:
11  Q.  Could you state your name and spell it
12  for the record, please?
13  A.  Nancy-Ann DeParle. N-A-N-C-Y-A-N-N, D-
14  E-P-A-R-L-E.
15  Q.  What's your current business address?
16  A.  I currently work for a firm in New
17  York, so I have an office in New York and I have
18  an office here in Washington, in Chevy Chase,
19  M.D. My office here is 4229 Leland Street, Chevy
20  Chase, Maryland, 20815.
21  Q.  And in terms of contacting you in the
22  future, do you plan to be at that business

7 (Pages 22 to 25)

Page 326

1       VIDEOGRAPHER: The time is 5:25 p.m.
2   We are going off the record concluding tape
3   number six in the deposition of Nancy-Ann DeParle
4   in the matter of In Re: Pharmaceutical Industry
5   Average Wholesale Price Litigation. This
6   deposition consists of six tapes. The master
7   tapes will be held by Henderson Legal Services of
8   Washington, D.C.
9           - - -
10          (Whereupon, at 5:25 p.m. the
11  taking of the instant deposition ceased.)
12
13
14
15          _____
16              NANCY-ANN DEPARLE
17  SUBSCRIBED and SWORN TO before me this _____ day
18  of _____, 2007.
19
20          _____
21              NOTARY PUBLIC
22  My Commission expires: _____

Page 327

1   UNITED STATES OF AMERICA  )
2               ss:
3   DISTRICT OF COLUMBIA       )
4           I, ROBERT M. JAKUPCIAK, an RPR and Notary
5   Public within and for the District of Columbia do
6   hereby certify:
7           That the witness whose deposition is
8   hereinbefore set forth, was duly sworn and that the
9   within transcript is a true record of the testimony
10  given by such witness.
11          I further certify that I am not related to
12  any of these parties to this action by blood or
13  marriage and that I am in no way interested in the
14  outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto set my
16  hand this _____ day of _____, 2007.
17
18          _____
19
20  My Commission Expires:
21  December 14, 2008
22

83 (Pages 326 to 327)

# Exhibit B

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3    --------------------------------X  MDL NO. 1456
 4    IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:
 5    AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS
 6    --------------------------------X
 7    THIS DOCUMENT RELATES TO:          :
 8    U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:
 9    Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS
10    Laboratories, Inc.                 :
11    --------------------------------X
12
13              IN THE CIRCUIT COURT OF
14           MONTGOMERY COUNTY, ALABAMA
15    --------------------------------X
16    STATE OF ALABAMA,                  :  CASE NO.
17              Plaintiff,               :  CV-05-219
18         v.                            :
19    ABBOTT LABORATORIES, INC.,         :  JUDGE
20    et al.,                            :  CHARLES PRICE
21              Defendants.              :
22    --------------------------------X
```

Henderson Legal Services
202-220-4158

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 2

1 STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
2 ----------------------------------X
3 STATE OF WISCONSIN,        : CASE NO.
4         Plaintiff,        : 04-CV-1709
5         v.        :
6 AMGEN INC., et al.,        :
7         Defendants.        :
8 ----------------------------------X
9
10        IN THE COURT OF COMMON PLEAS
11        FIFTH JUDICIAL CIRCUIT
12 ----------------------------------X
13 STATE OF SOUTH CAROLINA, and   :   STATE OF
14 HENRY D. McMASTER, in his official : SOUTH CAROLINA
15 capacity as Attorney General for : COUNTY OF
16 the State of South Carolina,   :   RICHLAND
17        Plaintiff,        :
18        v.        : CIVIL ACTION:
19 MYLAN LABORATORIES, INC.      : 07-CP-40-0283
20        Defendant.        :
21 ----------------------------------X
22

Page 3

1 IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2        IN AND FOR LEON COUNTY, FLORIDA
3 THE STATE OF FLORIDA
4 ex rel.
5 -------------------x
6 VEN-A-CARE OF THE FLORIDA        :
7 KEYS, INC., a Florida        :
8 Corporation, by and through its   :
9 principal officers and directors, :
10 ZACHARY T. BENTLEY and        :
11 T. MARK JONES,        :
12        Plaintiffs,        :
13        vs.        : Civil Action
14 MYLAN LABORATORIES, INC.; MYLAN   : No.: 98-3032G
15 PHARMACEUTICALS INC.; NOVOPHARM   : Judge:
16 LTD., SCHEIN PHARMACEUTICAL, INC.; : William L.
17 TEVA PHARMACEUTICAL INDUSTRIES    : Gary
18 LTD., TEVA PHARMACEUTICAL USA;   :
19 and WATSON PHARMACEUTICALS, INC. :
20        Defendants.        :
21 -------------------x
22

Page 4

1 IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2        STATE OF MISSOURI
3 -------------------x
4 STATE OF MISSOURI, ex rel.,   :
5 JEREMIAH W. (JAY) NIXON,      :
6 Attorney General,        :
7 and        :
8 MISSOURI DEPARTMENT OF SOCIAL   :
9 SERVICES, DIVISION OF MEDICAL   : Case No.:
10 SERVICES,        : 054-1216
11        Plaintiffs,   : Division
12        : No. 31
13        vs.        :
14 DEY INC., DEY, L.P., MERCK KGaA, :
15 EMD, INC., WARRICK        :
16 PHARMACEUTICALS CORPORATION,   :
17 SCHERING-PLOUGH CORPORATION, and :
18 SCHERING CORPORATION,        :
19        Defendants.   :
20 -------------------x
21
22

Page 5

1        New York, New York
2        Friday, May 4, 2007
3
4
5        Videotaped Deposition of BRUCE C.
6 VLADECK, Ph.D., a witness herein, called for
7 examination by counsel for Abbott Laboratories in
8 the above-entitled matter, pursuant to Subpoena,
9 the witness being duly sworn by JOMANNA DEROSA, a
10 Notary Public in and for New York, taken at the
11 offices of Jones Day, 222 East 41st Street, New
12 York, New York, at 8:38 a.m. on Friday, May 4,
13 2007, and the proceedings being taken down by
14 Stenotype by JOMANNA DEROSA, and transcribed under
15 her direction.
16
17
18
19
20
21
22

2 (Pages 2 to 5)

Henderson Legal Services
202-220-4158

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 6
1  APPEARANCES:
2
3    On Behalf of the United States of America:
4    (by telephone)
5       ANA MARIA MARTINEZ, ESQ.
6       Assistant United States Attorney
7       Southern District of Florida
8       99 N.E. Fourth Street
9       Miami, Florida 33132
10      Ana.Maria.Martinez@usdoj.gov
11      (305) 961-9431
12
13   On Behalf of the United States of America and
14   The Witness, Bruce C. Vladeck, Ph.D.:
15      RENÉE BROOKER, ESQ.
16      U.S. Department of Justice
17      Civil Division
18      601 D Street, Northwest
19      Room 9918
20      Washington, D.C. 20004
21      renee.brooker@usdoj.gov
22      (202) 616-3797

Page 7
1  APPEARANCES (Continued):
2
3    On Behalf of the Centers for Medicare and
4    Medicaid Services:
5       LESLIE M. STAFFORD, OGC
6       Centers For Medicare &
7       Medicaid Services
8       7500 Security Boulevard
9       MS: C2-05-23
10      Baltimore, Maryland 21244
11      (410) 786-9655
12
13   On Behalf of the KMS New York Counties,
14   The City of New York, and the States
15   of Hawaii, Wisconsin, and Kentucky
16      MICHAEL WINGET-HERNANDEZ, ESQ.
17      Winget-Hernandez, LLC
18      3112 Windsor Road, #228
19      Austin, Texas 78703
20      michael@winget-hernandez.com
21      (512) 474-4095
22

Page 8
1  APPEARANCES (Continued):
2
3    On Behalf of the State of Alabama:
4    (by telephone)
5       ROGER L. BATES, ESQ.
6       Hand Arendall, L.L.C.
7       1200 Park Place Tower
8       2001 Park Place North
9       Birmingham, Alabama 35203
10      rbates@handarendall.com
11      (205) 502-0105
12
13   On Behalf of the State of California:
14      NICHOLAS N. PAUL, ESQ.
15      Bureau of Medi-Cal Fraud & Elder Abuse
16      Supervising Deputy Attorney General
17      Civil Prosecutions Unit
18      P.O. Box 85266
19      110 West A Street, #1100
20      San Diego, California 92186
21      nicholas.paul@dojca.gov
22      (619) 688-6099

Page 9
1  APPEARANCES (Continued):
2
3    On Behalf of the State of Florida:
4       JAIME DOYLE LIANG, ESQ.
5       Office of the Attorney General
6       State of Florida
7       PL-01 The Capitol
8       Tallahassee, Florida 32399-1050
9       Jaime_Liang@oag.state.fl.us
10      (850) 414-3600
11
12   On Behalf of Ven-A-Care:
13      GARY L. AZORSKY, ESQ.
14      Berger & Montague, P.C.
15      1622 Locust Street
16      Philadelphia, Pennsylvania 19103-6305
17      gazorsky@bm.net
18      (215) 875-3090
19
20
21
22

3 (Pages 6 to 9)

| Page 10 | Page 12 |
|---|---|
| 1 APPEARANCES (Continued):<br>2<br>3   On Behalf of the MDL Plaintiffs:<br>4     JENNIFER FOUNTAIN CONNOLLY, ESQ.<br>5     Wexler Toriseva Wallace LLP<br>6     One North LaSalle Street<br>7     Suite 2000<br>8     Chicago, Illinois 60602<br>9     jfc@wtwlaw.us<br>10     (312) 261-6195<br>11<br>12   On Behalf of Ven-A-Care of the<br>13   Florida Keys, Inc.:<br>14     JAMES JOSEPH BREEN, ESQ.<br>15     The Breen Law Firm, P.A.<br>16     5755 North Point Parkway<br>17     Suite 39<br>18     Alpharetta, Georgia 30022<br>19     jbreen@breenlaw.com<br>20     (770) 740-0008<br>21<br>22 | 1 APPEARANCES (Continued):<br>2<br>3   On Behalf of Dey, Inc.; Dey, L.P.;<br>4   Mylan Laboratories, Inc.; and<br>5   Mylan Pharmaceuticals, Inc.:<br>6     WILLIAM A. ESCOBAR, ESQ.<br>7     CLIFFORD KATZ, ESQ.<br>8     Kelley Drye & Warren LLP<br>9     101 Park Avenue<br>10     New York, New York 10178<br>11     wescobar@kelleydrye.com<br>12     ckatz@kelleydrye.com<br>13     (212) 808-7800<br>14<br>15   On Behalf of Sandoz, Inc.:<br>16     WAYNE A. CROSS, ESQ.<br>17     White & Case LLP<br>18     1155 Avenue of the Americas<br>19     New York, New York 10038-2787<br>20     wcross@whitecase.com<br>21     (212) 819-8797<br>22 |

| Page 11 | Page 13 |
|---|---|
| 1 APPEARANCES (Continued):<br>2<br>3   On Behalf of Abbott Laboratories, Inc.<br>4     R. CHRISTOPHER COOK, ESQ.<br>5     LOUIS P. GABEL, ESQ.<br>6     Jones Day<br>7     51 Louisiana Avenue, Northwest<br>8     Washington, D.C. 20001<br>9     christophercook@jonesday.com<br>10     lpgabel@jonesday.com<br>11     (202) 879-3939<br>12<br>13   On Behalf of Roxane Laboratories and<br>14   Boehringer Ingelheim:<br>15     ERIC T. GORTNER, ESQ.<br>16     Kirkland & Ellis, LLP<br>17     200 East Randolph Drive<br>18     Chicago, Illinois 60601<br>19     egortner@kirkland.com<br>20     (312) 861-2286<br>21<br>22 | 1 APPEARANCES (Continued):<br>2<br>3   On Behalf of B. Braun Medical, Inc.,<br>4   Schering-Plough Corporation,<br>5   Schering Corporation, and Warrick<br>6   Pharmaceuticals Corporation:<br>7     JOHN P. MCDONALD, ESQ.<br>8     Locke Liddell & Sapp LLP<br>9     2200 Ross Avenue<br>10     Suite 2200<br>11     Dallas, Texas 75201<br>12     jpmcdonald@lockeliddell.com<br>13     (214) 740-8758<br>14<br>15   On Behalf of Novartis Pharmaceuticals<br>16   Corporation:<br>17     CHRISTINE A. BRAUN, ESQ.<br>18     Kaye Scholer LLP<br>19     425 Park Avenue<br>20     New York, New York 10022-3598<br>21     cbraun@kayescholer.com<br>22     (212) 836-8000 |

4 (Pages 10 to 13)

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 14

```
1    APPEARANCES (Continued)
2
3    On Behalf of Bristol-Myers Squibb:
4         STEVEN M. EDWARDS, ESQ.
5         Hogan & Hartson LLP
6         875 Third Avenue
7         New York, New York 10022
8         smedwards@hhlaw.com
9         (212) 918-3506
10
11   On Behalf of Aventis Pharmaceuticals:
12   (by telephone)
13        JOSEPH G. MATYE (JOE), ESQ.
14        Shook, Hardy & Bacon LLP
15        2555 Grand Boulevard
16        Kansas City, Missouri 64108
17        jmatye@shb.com
18        (816) 559-2147
19
20
21
22
```

Page 16

```
1    APPEARANCES (Continued):
2
3    On Behalf of Baxter Healthcare Corporation:
4    (by telephone)
5         MERLE M. DELANCEY, ESQ.
6         Dickstein Shapiro LLP
7         1825 Eye Street, Northwest
8         Washington, D.C. 20006
9         delanceym@dicksteinshapiro.com
10        (202) 420-2282
11
12   On Behalf of Merck:
13   (by telephone)
14        JAMES A. GRAFFAM, ESQ.
15        Hughes Hubbard & Reed LLP
16        1775 I Street, N.W.
17        Washington, D.C. 20006-2401
18        graffam@hugheshubbard.com
19        (202) 721-4677
20
21
22
```

Page 15

```
1    APPEARANCES (Continued)
2
3    On Behalf of Amgen, Inc.:
4    (by telephone)
5         STEVEN F. BARLEY, ESQ.
6         Hogan & Hartson, LLP
7         111 South Calvert Street
8         Suite 1600
9         Baltimore, Maryland 21202
10        sfbarley@hhlaw.com
11        (410) 659-2724
12
13   On Behalf of AstraZeneca
14   Pharmaceuticals, LP:
15   (by telephone)
16        CATHERYN O'ROURKE, ESQ.
17        Davis Polk & Wardwell
18        450 Lexington Avenue
19        New York, New York 10017
20        catheryn.orourke@dpw.com
21        (212) 450-4017
22
```

Page 17

```
1    APPEARANCES (Continued):
2
3    On Behalf of Endel:
4    (by telephone)
5         VICTOR RORTVEDT, ESQ.
6         Arnold & Porter LLP
7         555 Twelfth Street, N.W.
8         Washington, D.C. 20004-1206
9         victor.rortvedt@aporter.com
10        (202) 942-5000
11
12   On Behalf of Johnson & Johnson:
13        ERIK HAAS, ESQ.
14        Patterson Belknap Webb & Tyler LLP
15        1133 Avenue of the Americas
16        New York, New York 10036-6710
17        ehaas@pbwt.com
18        (212) 336-2117
19
20
21
22
```

5 (Pages 14 to 17)

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 18

1  APPEARANCES (Continued):
2
3       MICHAEL J. LORUSSO, ESQ.
4       The Haviland Law Firm, LLC
5       740 S. Third Street
6       Third Floor
7       Philadelphia, Pennsylvania 19147
8       lorusso@havilandlaw.com
9       (215) 609-4661
10
11  Also Present:
12       MICHAEL HUNTERTON, Videographer
13
14
15
16
17
18
19
20
21
22

Page 20

1          E X H I B I T S (CONTINUED)
2  ABBOTT EXHIBIT NO.                    PAGE
3  Abbott Exhibit 158-Memo dated 8/4/97 from J.
4          Gibbs Brown to B. Vladeck,
5          with Attachment.............. 213
6  Abbott Exhibit 159-Memo dated 8/13/96 from J.
7          Gibbs Brown to B. Vladeck..... 226
8  Abbott Exhibit 160-Two Binders, Ven-a-Care File
9          R2039406 - R2040545........... 263
10  Abbott Exhibit 161-Fax dated 12/3/96 from Z.
11          Bentley to T. Hoyer, With
12          Attachment.................... 263
13  Abbott Exhibit 162-Fax dated 8/13/97 from
14          Z. Bentley to B. Vladeck,
15          With Attachment............... 263
16  Abbott Exhibit 163-Fax dated 7/10/97 from Z.
17          Bentley, et al., to B. Vladeck 263
18  Abbott Exhibit 164-Letter date-stamped 12/17/96
19          from K. Buto to M. Jones...... 267
20  Abbott Exhibit 165-Article from Wall Street
21          Journal....................... 282
22

Page 19

1          C O N T E N T S
2  THE WITNESS: BRUCE C. VLADECK, Ph.D.        PAGE
3  Examination By Mr. Cook...................... 034
4
5
6          E X H I B I T S
7  ABBOTT EXHIBIT NO.                    PAGE
8  Abbott Exhibit 151-Cross-Notices................. 255
9  Abbott Exhibit 152-Curriculum Vitae of B. Vladeck 070
10  Abbott Exhibit 153-42 Code of Federal Regulations
11          Section 405.517.............. 108
12  Abbott Exhibit 154-Article...................... 122
13  Abbott Exhibit 155-Excerpt from the published
14          record of hearings before
15          the Committee on Finance,
16          2/13/97; 2/27/97; 3/4/97;
17          and 3/5/97................... 131
18  Abbott Exhibit 156-Weekly Radio address to
19          Nation by President Clinton
20          on 12/13/97.................. 134
21  Abbott Exhibit 157-Summary of Expected Testimony
22          of B. Vladeck................ 213

Page 21

1          THE VIDEOGRAPHER: Good morning. This
2  is the videotaped deposition of Dr. Bruce
3  Vladeck, taken by the defendant party in the
4  matter of In re Pharmaceutical Average Wholesale
5  Price Litigation, MDL No. 1456, Civil Action No.
6  01-CV-12257-PBS, before the United States
7  District Court for the District of Massachusetts.
8          The date is May 4th, 2007, and this
9  deposition is being held at Jones Day Reavis &
10  Pogue, 222 East 41st Street, New York, New York.
11  The time on the monitor is 8:38 a.m.
12          My name is Michael Hunterton, and I am
13  the certified videographer associated with the
14  firm of Henderson Legal Services, at 1015 15th
15  Street, Northwest, in Washington, D.C.
16          The court reporter today is Jo DeRosa,
17  associated with the same firm.
18          Will counsel at the table please
19  introduce themselves for the record, starting
20  with the taking party, please.
21          MR. COOK: Christopher Cook and Lou
22  Gabel of Jones Day, representing Abbott

6 (Pages 18 to 21)

Page 30

1 needs to introduce themselves for the record?
2 MR. RORTVEDT: This is Victor Rortvedt,
3 for Endel.
4 THE VIDEOGRAPHER: Anybody else?
5 MS. BROOKER: Is there anyone else new
6 on the phone call who hasn't introduced
7 themselves?
8 THE VIDEOGRAPHER: Okay. Will the
9 reporter please swear in the witness.
10 MS. BROOKER: Well, I'm sorry.
11 THE VIDEOGRAPHER: Oh, keep going.
12 MS. BROOKER: A couple of matters. I
13 just wanted to -- to make this easy for everyone.
14 Do you want to have an agreement that if there is
15 an objection to form or any questions at the
16 deposition --
17 MR. COOK: One will do.
18 MS. BROOKER: One will do. It's
19 preserved with respect to all others.
20 MR. COOK: That is my first two bullet
21 points.
22 MS. BROOKER: Okay. The second thing

Page 31

1 is, do you also want to agree that if it's a form
2 objection, it's sufficient to say "objection,
3 form" to preserve the objection?
4 MR. COOK: Yes.
5 MS. BROOKER: Okay.
6 MR. COOK: And I'll -- and I'll ask, if
7 -- if -- if I have a question, to see whether
8 it's curable.
9 MS. BROOKER: Okay. One other thing I
10 wanted to cover. I just wanted it to be very
11 clear at the outset of the deposition, and to
12 state on the record that Dr. Vladeck is here in
13 his capacity as a former HCFA administrator.
14 He's not here in his personal capacity. He is
15 certainly not here on behalf of the agency as a
16 corporate designee. He's not speaking on behalf
17 of the agency, and he's not here as an expert
18 witness to express his opinion.
19 So, I -- I just wanted to state that at
20 the outset.
21 MR. COOK: Yes. I don't know what all
22 the consequences of that are, but we certainly

Page 32

1 sent a deposition notice and subpoena for -- for
2 Dr. Vladeck, and he appeared and -- and not only
3 appeared, we did not send a 30(b)(6) notice to
4 him.
5 MS. BROOKER: Okay. Thank you.
6 MR. AZORSKY: And also, let me speak
7 for the record that -- I'm speaking specifically
8 now with relation to the Florida case.
9 Insofar as this deposition is cross-
10 noticed in the Florida case and no documents have
11 been produced by the defendants in that case
12 personally to properly serve the request for
13 production of documents, the plaintiffs in that
14 case object to the introduction and use of any
15 exhibits at this deposition, and reserve the
16 right to strike any testimony based upon such
17 exhibits as may be used in this deposition.
18 MR. COOK: And if I could ask the
19 Department of Justice, if this deposition needs
20 to be retaken because of objections that are
21 being asserted by the plaintiffs, will the
22 government assert objections to Mr. Vladeck

Page 33

1 testifying again?
2 MS. BROOKER: We'll take it under
3 consideration.
4 MR. COOK: And so, there's a
5 possibility that the plaintiffs' objection would
6 result in Dr. Vladeck's testimony never being
7 placed into the Florida case.
8 MS. BROOKER: Well, I think we're
9 premature on -- on this, but --
10 MR. COOK: Okay.
11 MS. BROOKER: -- we'll -- we'll --
12 we'll consider that.
13 Chris, did you have anything else
14 before we start?
15 MR. COOK: No.
16 MS. BROOKER: I think we can swear the
17 witness.
18 THE VIDEOGRAPHER: Just -- just -- just
19 a reminder to people on the conference phone, now
20 that we finished introductions, please put your
21 phones on mute.
22

9 (Pages 30 to 33)

Vladeck, Ph.D., Bruce C.

New York, NY

May 4, 2007

Page 282

1　　　THE WITNESS: I appreciate your
2　indulgence relative to that.
3　　　MR. COOK: And I think we are off the
4　record.
5　　　THE VIDEOGRAPHER: The time is 4:02
6　p.m. We're going off the record, concluding Tape
7　No. 5 in this day's testimony in the deposition
8　of Dr. Bruce Vladeck in the matter of In Re
9　Pharmaceutical Average Wholesale Price
10　Litigation.
11　　　Today's testimony consists of five
12　tapes. The master tapes will be held by
13　Henderson Legal Services of Washington, D.C.
14　　　(Exhibit Abbott 165 marked for
15　identification.)
16　　　(The deposition was adjourned at
17　4:02 p.m.)
18
19
20
21
22

Page 284

1　　　　　CERTIFICATION
2
3
4　　　I, JOMANNA DeROSA, a Certified Shorthand
5　Reporter and a Notary Public, do hereby certify
6　that the witness whose deposition is hereinbefore
7　set forth was duly sworn and that the within
8　transcript is a true record of the testimony given
9　by such witness.
10　　　I further certify that I am not
11　employed to any of the parties to this action by
12　blood or marriage and that I am in no way
13　interested in the outcome of this matter.
14　　　IN WITNESS WHEREOF, I have hereunto
15　set my hand this 9th day of May, 2007.
16　　　　　JOMANNA DeROSA, CSR
17
18
19
20
21
22

Page 283

1　SIGNATURE OF WITNESS
2
3
4
5
6
7
8　　　BRUCE C. VLADECK, Ph.D.
9
10　Subscribed and sworn to and before me
11　this _____ day of _____, 20_____.
12
13
14　_____
15　　Notary Public
16
17
18
19
20
21
22

72 (Pages 282 to 284)

# Exhibit C

```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3      - - - - - - - - - - - - - -x

 4      IN RE:  PHARMACEUTICAL      :  MDL NO. 1456

 5      INDUSTRY AVERAGE WHOLESALE  :  CIVIL ACTION

 6      PRICE LITIGATION            :  01-CV-12257-PBS

 7      THIS DOCUMENT RELATES TO    :

 8      U.S. ex rel. Ven-a-Care of  :  Judge Patti B. Saris

 9      the Florida Keys, Inc.      :

10            v.                    :

11      Abbott Laboratories, Inc.,  :  Chief Magistrate

12      No. 06-CV-11337-PBS         :  Judge Marianne B.

13      - - - - - - - - - - - - - -x    Bowler

14

15

16

17

18

19

20

21

22
```

Scully, Thomas A.

Washington, DC

May 15, 2007

Page 2

```
1          IN THE CIRCUIT COURT OF
2       MONTGOMERY COUNTY, ALABAMA
3      - - - - - - - - - - - - - - -x
4    STATE OF ALABAMA,        :
5          Plaintiff,       :
6          vs.          : Case No.: CV-05-219
7    ABBOTT LABORATORIES, INC.,  : Judge Charles Price
8    et al.         :
9          Defendants.     :
10   - - - - - - - - - - - - - - -x
11
12   STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
13   ----------------------------X
14   STATE OF WISCONSIN,     : CASE NO.
15         Plaintiff,   : 04-CV-1709
16         v.        :
17   AMGEN INC., et al.,     :
18         Defendants.   :
19   ----------------------------X
20
21
22
```

Page 3

```
1          UNITED STATES DISTRICT COURT
2          DISTRICT OF MASSACHUSETTS
3    ----------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS  : CIVIL ACTION NO
5          Plaintiff,      : 03-CV-11865-PBS
6          v.        :
7    MYLAN LABORATORIES, INC., et al.  :
8          Defendants.     :
9    ----------------------------X
10
11          SUPERIOR COURT OF NEW JERSEY
12              UNION COUNTY
13   ----------------------------------X
14   CLIFFSIDE NURSING HOME, INC., on  : LAW DIVISION
15   behalf of itself and all others   : DOCKET NO.
16   similarly situated, as defined    : UNN-L-2329-04
17   herein,         :
18         Plaintiffs,      :
19         v.        :
20   DEY, INC., et al.       :
21         Defendants.      :
22   ----------------------------------X
```

Page 4

```
1          IN THE COURT OF COMMON PLEAS
2              FIFTH JUDICIAL CIRCUIT
3    ----------------------------------X
4    STATE OF SOUTH CAROLINA, and   :   STATE OF
5    HENRY D. McMASTER, in his official : SOUTH CAROLINA
6    capacity as Attorney General for  : COUNTY OF
7    the State of South Carolina,    : RICHLAND
8          Plaintiff,      :
9          v.          : CIVIL ACTION NO.
10   WARRICK PHARMACEUTICALS       : 2006-CP-40-4390
11   CORPORATION, et al.      : 2006-CP-40-4399
12         Defendants.    :
13   ----------------------------------X
14   STATE OF SOUTH CAROLINA, and   :   STATE OF
15   HENRY D. McMASTER, in his official : SOUTH CAROLINA
16   capacity as Attorney General for  : COUNTY OF
17   the State of South Carolina,    : RICHLAND
18         Plaintiff,      :
19         v.        : CASE NO.
20   ABBOTT LABORATORIES, INC.   : 2006-CP-40-4394
21         Defendant.      :
22   ----------------------------------X
```

Page 5

```
1          IN THE COURT OF COMMON PLEAS
2              FIFTH JUDICIAL CIRCUIT
3    ----------------------------------X
4    STATE OF SOUTH CAROLINA, and   :   STATE OF
5    HENRY D. McMASTER, in his official : SOUTH CAROLINA
6    capacity as Attorney General for  : COUNTY OF
7    the State of South Carolina,    : RICHLAND
8          Plaintiff,      :
9          v.          : CIVIL ACTION NO.
10   PAR PHARMACEUTICALS COMPANIES,   : 2006-CP-40-7151
11   INC.,         : 2006-CP-40-7153
12         Defendant.      :
13   ----------------------------------X
14   STATE OF SOUTH CAROLINA, and   :   STATE OF
15   HENRY D. McMASTER, in his official : SOUTH CAROLINA
16   capacity as Attorney General for  : COUNTY OF
17   the State of South Carolina,    : RICHLAND
18         Plaintiff,      :
19         v.          : CIVIL ACTION NO.
20   MYLAN LABORATORIES INC.,    : 2007-CP-40-0282
21         Defendant.    : 2007-CP-40-0283
22   ----------------------------------X
```

2 (Pages 2 to 5)

Scully, Thomas A.

Washington, DC

May 15, 2007

Page 6

```
 1          IN THE COURT OF COMMON PLEAS
 2              FIFTH JUDICIAL CIRCUIT
 3    --------------------------------X
 4    STATE OF SOUTH CAROLINA, and   :   STATE OF
 5    HENRY D. McMASTER, in his official : SOUTH CAROLINA
 6    capacity as Attorney General for  :  COUNTY OF
 7    the State of South Carolina,   :   RICHLAND
 8        Plaintiff,     :
 9    v.              : CIVIL ACTION NO.
10    BARR PHARMACEUTICALS, INC.     : 2007-CP-40-0280
11        Defendant.    : 2007-CP-40-0286
12    --------------------------------X
13
14        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
15              STATE OF HAWAII
16    --------------------------------X
17    STATE OF HAWAII,        : CASE NO.
18        Plaintiff,    : 06-1-0720-04 EEH
19    v.              :
20    ABBOTT LABORATORIES, INC., et al. : JUDGE EDEN
21        Defendants.    : ELIZABETH HIFO
22    --------------------------------X
```

Page 8

```
 1       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2              STATE OF MISSOURI
 3    - - - - - - - - - - - - - - - - - x
 4    STATE OF MISSOURI, ex rel,   :
 5    JEREMIAH W. (JAY) NIXON,     :
 6    Attorney General,        :
 7    and            :
 8    MISSOURI DEPARTMENT OF SOCIAL   :
 9    SERVICES, DIVISION OF MEDICAL   : Case No.
10    SERVICES,          : 054-1216
11        Plaintiffs,   : Division No. 31
12        vs.           :
13    DEY INC., DEY, L.P., MERCK KGaA, :
14    EMD, INC., WARRICK         :
15    PHARMACEUTICALS CORPORATION,   :
16    SCHERING-PLOUGH CORPORATION, and :
17    SCHERING CORPORATION,      :
18        Defendants.   :
19    - - - - - - - - - - - - - - - - - x
20
21
22
```

Page 7

```
 1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2        IN AND FOR LEON COUNTY, FLORIDA
 3    THE STATE OF FLORIDA
 4    ex rel.
 5    - - - - - - - - - - - - - - - - - x
 6    VEN-A-CARE OF THE FLORIDA    :
 7    KEYS, INC., a Florida     :
 8    Corporation, by and through its :
 9    principal officers and directors, :
10    ZACHARY T. BENTLEY and    :
11    T. MARK JONES,        :
12        Plaintiffs,   :
13        vs.      : Civil Action
14    MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
15    PHARMACEUTICALS INC.; NOVOPHARM : Judge: William
16    LTD.; SCHEIN PHARMACEUTICAL, INC.,: L. Gary
17    TEVA PHARMACEUTICAL INDUSTRIES :
18    LTD., TEVA PHARMACEUTICAL USA; :
19    and WATSON PHARMACEUTICALS, INC., :
20        Defendants.   :
21    - - - - - - - - - - - - - - - - - x
22
```

Page 9

```
 1          COMMONWEALTH OF KENTUCKY
 2          FRANKLIN CIRCUIT COURT - DIV. II
 3    --------------------------------X
 4    COMMONWEALTH OF KENTUCKY,    : CIVIL ACTION NO.
 5        Plaintiff,    : 03-CI-1134
 6    v.             :
 7    ABBOTT LABORATORIES, INC., et al. :
 8        Defendants.   :
 9    --------------------------------X
10
11          COMMONWEALTH OF KENTUCKY
12          FRANKLIN CIRCUIT COURT - DIV. I
13    --------------------------------X
14    COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO
15    GREGORY D. STUMBO, Attorney General: 04-CI-1487
16        Plaintiff,    :
17    v.             :
18    ALPHAPHARMA, INC., et al.    :
19        Defendants.   :
20    --------------------------------X
21          Washington, D.C.
22          Tuesday, May 15, 2007
```

3 (Pages 6 to 9)

Scully, Thomas A.

Washington, DC

May 15, 2007

Page 10

1       Videotaped Deposition of THOMAS A.
2   SCULLY, a witness herein, called for examination by
3   counsel for Abbott Laboratories in the above-entitled
4   matter, pursuant to subpoena, the witness being duly
5   sworn by SUSAN L. CIMINELLI, a Notary Public in and
6   for the District of Columbia, taken at the offices of
7   Jones Day, 51 Louisiana Avenue, Northwest,
8   Washington, D.C., at 8:49 a.m. on Tuesday, May 15,
9   2007, and the proceedings being taken down by
10  Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and
11  transcribed under her direction.
12
13
14
15
16
17
18
19
20
21
22

Page 12

1   APPEARANCES (continued):
2
3       On behalf of the U.S. Department of
4   Health and Human Services:
5           TROY A. BARSKY, ESQ.
6           U.S. Department of Health and Human Services
7           CMS Division
8           C2-05-23
9           7500 Security Boulevard
10          Baltimore, MD 21244-1850
11          (410) 786-8873
12          troy.barsky@hhs.gov
13
14      On behalf of the State of California:
15          NICHOLAS N. PAUL, ESQ.
16          Supervising Deputy Attorney General
17          Civil Prosecutions Unit
18          P.O. Box 85266
19          110 West A Street, #1100
20          San Diego, CA 82186
21          (619) 688-6099
22          nicholas.paul@doj.ca.gov

Page 11

1   APPEARANCES:
2
3       On behalf of the United States of America:
4           GEJAA T. GOBENA, ESQ.
5           JOHN K. NEAL, ESQ.
6           ANDREW MAO, ESQ.
7           U.S. Department of Justice
8           Civil Division
9           601 D Street, Northwest
10          PHB - 9028/P.O. Box 261
11          Washington, D.C. 20044
12          Gejaa.Gobena@usdoj.gov
13          (202) 307-1088
14
15
16
17
18
19
20
21
22

Page 13

1   APPEARANCES (continued):
2
3       On behalf of the State of Alabama:
4           ROGER BATES, ESQ.
5           Hand Arendall, L.L.C.
6           1200 Park Place Tower
7           2001 Park Place North
8           Birmingham, AL 35203
9           (205) 502-0105
10          Rbates@handarendall.com
11
12      On behalf of the State of Florida:
13          MARY S. MILLER, ESQ.
14          Office of the Attorney General of Florida
15          PL-01, The Capitol
16          Tallahassee, FL 32399-1050
17          (850) 414-3600
18          Mary_Miller@oag.state.fl.us
19
20
21
22

4 (Pages 10 to 13)

Scully, Thomas A.                                                                                    May 15, 2007

Washington, DC

| | Page 14 | | Page 16 |
|---|---|---|---|
| 1 | APPEARANCES (continued): | 1 | APPEARANCES (continued): |
| 2 | | 2 | |
| 3 | On behalf of Ven-a-Care of the Florida Keys, Inc.: | 3 | CHRISTOPHER COOK, ESQ. |
| 4 | JAMES JOSEPH BREEN, ESQ. | 4 | HILARY A. RAMSEY, ESQ. |
| 5 | The Breen Law Firm | 5 | Jones Day |
| 6 | 5755 North Point Parkway | 6 | 51 Louisiana Avenue, Northwest |
| 7 | Suite 39 | 7 | Washington, D.C. 20001 |
| 8 | Alpharetta, Georgia 30022 | 8 | christophercook@jonesday.com |
| 9 | jbreen@breenlaw.com | 9 | haramsey@jonesday.com |
| 10 | (770) 740-0008 | 10 | (202) 879-3939 |
| 11 | | 11 | |
| 12 | On behalf of the MDL Plaintiffs: | 12 | On behalf of Sandoz, Inc.: (Via telephone) |
| 13 | JENNIFER FOUNTAIN CONNOLLY, ESQ. | 13 | PHILIP SINENENG, ESQ. |
| 14 | Wexler Toriseva Wallace | 14 | White & Case LLP |
| 15 | One North LaSalle Street | 15 | 1155 Avenue of the Americas |
| 16 | Suite 2000 | 16 | New York, New York 10036-2787 |
| 17 | Chicago, Illinois 60602 | 17 | psineneng@whitecase.com |
| 18 | jfc@wtwlaw.us | 18 | (212) 819-8254 |
| 19 | (312) 261-6195 | 19 | |
| 20 | | 20 | |
| 21 | | 21 | |
| 22 | | 22 | |

| | Page 15 | | Page 17 |
|---|---|---|---|
| 1 | APPEARANCES (continued): | 1 | APPEARANCES (continued): |
| 2 | | 2 | |
| 3 | On behalf of Schering-Plough Corporation and | 3 | On behalf of AstraZeneca Pharmaceuticals LP: |
| 4 | Schering Corporation and Warrick Pharmaceuticals | 4 | SCOTT WEISS, ESQ. |
| 5 | Corporation: | 5 | CATHERINE LIFESO, ESQ. (Via telephone) |
| 6 | JOHN P. McDONALD, ESQ. | 6 | Davis Polk & Wardwell |
| 7 | Locke Liddell & Sapp | 7 | 450 Lexington Avenue |
| 8 | 2200 Ross Avenue, Suite 2200 | 8 | New York, New York 10017 |
| 9 | Dallas, Texas 75201 | 9 | scott.wise@dpw.com |
| 10 | Jpmcdonald@lockeliddell.com | 10 | (212) 450-4452 |
| 11 | (214) 740-8725 | 11 | |
| 12 | | 12 | On behalf of Johnson & Johnson: |
| 13 | On behalf of Abbott Laboratories: | 13 | ERIK HAAS, ESQ. |
| 14 | JAMES R. DALY, ESQ. | 14 | Patterson Belknap Webb & Tyler LLP |
| 15 | Jones Day | 15 | 1133 Avenue of the Americas |
| 16 | 77 West Wacker | 16 | New York, New York 10036-6710 |
| 17 | Chicago, IL 60601-1692 | 17 | ehaas@pbwt.com |
| 18 | JRDALY@JONESDAY.COM | 18 | (212) 336-2117 |
| 19 | (312) 269-4141 | 19 | |
| 20 | - and - | 20 | |
| 21 | | 21 | |
| 22 | | 22 | |

5 (Pages 14 to 17)

Scully, Thomas A.

May 15, 2007

Washington, DC

Page 18

1  APPEARANCES (continued):
2
3      On behalf of the State of Wisconsin: (Via telephone)
4          CHARLES BARNHILL, ESQ.
5          Miner, Barnhill & Galland
6          44 East Martin St.
7          Suite 803
8          Madison, WI
9          (608) 255-3200
10
11     On behalf of Schering and Warrick: (Via telephone)
12         JOBE G. DANGANAN, ESQ.
13         Ropes & Gray
14         One International Place
15         Boston, MA 02110-2624
16         jobe.danganan@ropesgray.com
17         (617) 951-7290
18
19
20
21
22

Page 20

1  APPEARANCES (continued):
2
3      On behalf of Par Pharmaceuticals:
4          PAUL K. DUEFFERT, ESQ.
5          Williams & Connolly LLP
6          725 Twelfth Street, Northwest
7          Washington, D.C. 20005
8          (202) 434-5097
9
10     On behalf of Aventis Pharmaceuticals:
11         JENNIFER H. McGEE, ESQ.
12         Shook, Hardy & Bacon LLP
13         Hamilton Square
14         800 14th Street, Northwest, Suite 800
15         Washington, D.C. 20005-2004
16         jmcgee@shb.com
17         (202) 783-8400
18
19
20
21
22

Page 19

1  APPEARANCES (continued):
2
3      On behalf of Bristol-Myers Squibb:
4          THOMAS J. SWEENEY, III, ESQ.
5          Hogan & Hartson LLP
6          875 Third Avenue
7          New York, New York 10022
8          jyoung@hhlaw.com
9          (212) 918-3528
10
11     On behalf of Dey, Inc. and Dey, L.P. and Mylan:
12         WILLIAM A. ESCOBAR, ESQ.
13         Kelley Drye & Warren LLP
14         101 Park Avenue
15         New York, New York 10178
16         wescobar@kelleydrye.com
17         (212) 808-7811
18
19
20
21
22

Page 21

1  APPEARANCES (continued):
2
3      On behalf of Roxane Laboratories and Boehringer
4      Ingelheim:
5          ERIC GORTNER, ESQ.
6          Kirkland & Ellis LLP
7          200 East Randolph Drive
8          Chicago, Illinois 60601
9          egortner@kirkland.com
10         (312) 861-2286
11
12     On behalf of GlaxoSmithKline:
13         MARK H. LYNCH, ESQ.
14         Covington & Burling LLP
15         1201 Pennsylvania Avenue, Northwest
16         Washington, D.C. 20004-2401
17         MLYNCH@COV.COM
18         (202) 662-5544
19
20
21
22

6 (Pages 18 to 21)

Scully, Thomas A.

Washington, DC

May 15, 2007

Page 22

1  APPEARANCES (continued):
2
3      On Behalf of Amgen, Inc.: (Via telephone)
4          JENNIFER A. WALKER, ESQ.
5          JOSEPH YOUNG, ESQ.
6          Hogan & Hartson LLP
7          111 South Calvert Street, Suite 1600
8          Baltimore, Maryland 21202
9          jawalker@hhlaw.com
10         (410) 659-2759
11
12     On behalf of Teva and Ivax:
13         PATRICK M. BRYAN, ESQ.
14         Kirkland & Ellis LLP
15         655 Fifteenth Street, N.W.
16         Washington, D.C. 20005
17         pbryan@kirkland.com
18         (202) 879-5285
19
20
21
22

Page 24

1  APPEARANCES (continued):
2
3      On behalf of The Commonwealth of Pennsylvania:
4      (Via telephone)
5          MICHAEL LaRUSSO, ESQ.
6          The Haviland Law Firm, LLC
7          740 South Third Street, Third Floor
8          Philadelphia, PA 19147
9          (215) 609-4661
10         haviland@havilandlaw.com
11
12     ALSO PRESENT:
13         Mike Hunterton, Videographer
14         Claire Norsetter
15
16
17
18
19
20
21
22

Page 23

1  APPEARANCES (continued):
2
3      On behalf of Merck:
4          JAMES A. GRAFFAM, ESQ.
5          Hughes Hubbard
6          1775 I Street, N.W.
7          Washington, D.C. 20006-2401
8          graffam@hugheshubbard.com
9          (202) 721-4677
10
11     On behalf of GlaxoSmithKline: (Via telephone)
12         MICHAEL NEWMAN, ESQ.
13         Dechert LLP
14         Cira Centre
15         2929 Arch Street
16         Philadelphia, PA 19104-2808
17         (215) 994-4000
18
19
20
21
22

Page 25

1  C O N T E N T S
2  THE WITNESS:
3      THOMAS A. SCULLY
4
5  By Mr. Daly .......................27
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

7 (Pages 22 to 25)

Henderson Legal Services
202-220-4158

| | Page 26 |
|---|---|
| 1 | EXHIBITS |
| 2 | ABBOTT EXHIBIT NO.                    PAGE |
| 3 | Exhibit Abbott 181 - Tom Scully Resume        51 |
| 4 | Exhibit Abbott 182 - Subpoena          94 |
| 5 | Exhibit Abbott 183 - September 21, 2001 - |
| 6 | Testimony                96 |
| 7 | Exhibit Abbott 184 - Program Memorandum |
| 8 | September 2000         180 |
| 9 | Exhibit Abbott 185 - Program Memorandum |
| 10 | May 3, 2001          197 |
| 11 | Exhibit Abbott 186 - September 2001 Report to |
| 12 | Congressional Committees   213 |
| 13 | Exhibit Abbott 187 - Joint Hearing - |
| 14 | September 21, 2001        221 |
| 15 | Exhibit Abbott 188 - Testimony March 14, '02 - |
| 16 | Senate Finance        276 |
| 17 | Exhibit Abbott 189 - Verbatim transcript      278 |
| 18 | Exhibit Abbott 190 - Statement of Scully, |
| 19 | October 3, 2002        310 |
| 20 | Exhibit Abbott 191 - October 3, 2003 Hearing |
| 21 | before House Subcommittee |
| 22 | on Health          311 |

| | Page 28 |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE VIDEOGRAPHER: Good morning. This is |
| 3 | the videotape deposition of Thomas Andrew Scully, |
| 4 | taken by the Defendant party in the matter of In Re |
| 5 | Pharmaceutical Industry Average Wholesale Price |
| 6 | Litigation, MDL number 1456, Civil Action Number |
| 7 | 01-CV-12257-PBS, before the United States District |
| 8 | Court for the District of Massachusetts. The date is |
| 9 | May 15th, 2007. And this deposition is being held at |
| 10 | Jones, Day, Revis & Pogue, 51 Louisiana Avenue, N.W., |
| 11 | in Washington, D.C. The time on the monitor is 8:49 |
| 12 | a.m. |
| 13 | My name is Michael Hunterton and I am the |
| 14 | certified videographer associated with the firm of |
| 15 | Henderson Legal Services, located at 1015 15th |
| 16 | Street, N.W., in Washington, D.C. |
| 17 | The court reporter today is Sue Ciminelli |
| 18 | associated with the same firm. Will counsel at the |
| 19 | table please identify themselves for the record. |
| 20 | MR. DALY: James R. Daly on behalf of |
| 21 | Abbott Laboratories. |
| 22 | MS. RAMSEY: Hilary Ramsey on behalf of |

| | Page 27 |
|---|---|
| 1 | E X H I B I T S (continued) |
| 2 | ABBOTT EXHIBIT NO.                    PAGE |
| 3 | Exhibit Abbott 192 - LTCA document |
| 4 | July 22, 2002, HHC 003-0446 346 |
| 5 | Exhibit Abbott 193 - CMS Manual System - |
| 6 | January 30, 2004        354 |
| 7 | Exhibit Abbott 194 - Westlaw 42 USCA 1395U      362 |
| 8 | Exhibit Abbott 195 - Westlaw        364 |
| 9 | Exhibit Abbott 196 - Department of Health & |
| 10 | Human Services - |
| 11 | August 10, 2001        397 |
| 12 | Exhibit Abbott 197 - Department of Health & |
| 13 | Human Services - HHD0140764 411 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

| | Page 29 |
|---|---|
| 1 | Abbott Laboratories. |
| 2 | MR. COOK: Christopher Cook from Jones Day |
| 3 | for Abbott Laboratories. |
| 4 | MR. ESCOBAR: William Escobar from Kelley |
| 5 | Drye on behalf of Dey in the U.S. lawsuit, and Mylan |
| 6 | in cross-notice cases. |
| 7 | MR. GORTNER: Eric Gortner from Kirkland & |
| 8 | Ellis for Roxane Laboratories and Boehringer |
| 9 | Ingelheim Corporation and all affiliated entities. |
| 10 | MR. SWEENEY: Tom Sweeney from Hogan & |
| 11 | Hartson for Bristol-Myers Squibb. |
| 12 | MR. HAAS: Erik Haas, Patterson Belknap, |
| 13 | on behalf of J&J. |
| 14 | MR. DUEFFERT: Paul Dueffert, Williams & |
| 15 | Connolly, on behalf of Par. |
| 16 | MR. BRYAN: Patrick Bryan, Kirkland & |
| 17 | Ellis, on behalf of Teva Pharmaceuticals, Ivat |
| 18 | Corporation, and related entities. |
| 19 | MR. McDONALD: John McDonald with Locke |
| 20 | Liddell for Warrick, Schering, Schering-Plough. |
| 21 | MR. GRAFFAM: James Graffam with Hughes |
| 22 | Hubbard & Reed on behalf of Merck. |

8 (Pages 26 to 29)

Scully, Thomas A.

May 15, 2007

Washington, DC

| Page 122 | Page 124 |
|---|---|
| 1    THE WITNESS: In my opinion, I think a lot | 1   bulk of the recommendations and puts it in the |
| 2   of oncologists weren't comfortable with it, and I | 2   physician fee schedule. |
| 3   think -- were they doing something wrong?  I think it | 3       **Q.   You said it's kind of like the UN of** |
| 4   was outrageous behavior, much like hospital outliers | 4   **providers, is that what you said?** |
| 5   were by Tenet.  You can debate, it's not my place to | 5       A.   Of physicians. |
| 6   say whether it was -- whether the physician behavior | 6       **Q.   Physicians.  Okay.  Now, you mentioned --** |
| 7   was appropriate or not. | 7   **well, you mentioned that in the, in the first year at** |
| 8       I think most physicians knew what was | 8   **least, you had -- you being CMS -- and strike that.** |
| 9   going on, and much like coming into debate with | 9       **In the year of the MMA, CMS, you had** |
| 10   foreign programs are occasionally oversubsidized, I | 10   **estimated that the additional money that would be** |
| 11   mean, the behavior was outrageous and I knew many | 11   **needed to put into the oncology and other provider** |
| 12   oncologists and other physicians were uncomfortable | 12   **pot to increase service fees was 48 to 52 million,** |
| 13   with it. | 13   **right?** |
| 14       And as we were going through these | 14       MR. GOBENA:  Object to the form.  This |
| 15   reforms, I had many of them tell me that.  But on the | 15   witness is not here as a 30(b)(6) to testify on |
| 16   other hand, that's the way the system was operating | 16   behalf of CMS's position on anything. |
| 17   at the time.  So you can debate the physician | 17       THE WITNESS:  I believe that was in |
| 18   behavior or not, but clearly the results and the | 18   testimony, the initial recommendation both, roughly, |
| 19   policy were as insane as anything I've run across in | 19   of CMS and of GAO. |
| 20   many years of government service. | 20       BY MR. DALY: |
| 21       BY MR. DALY: | 21       **Q.   And then you said that, you know, politics** |
| 22       **Q.   But that was the system that was in place,** | 22   **got involved and it ended up being 500 to 600** |

| Page 123 | Page 125 |
|---|---|
| 1   **correct?** | 1   **million, is that correct?** |
| 2       A.   That was the system that was in place. | 2       A.   You could have a very rational policy |
| 3       **Q.   And you mentioned the RUC or the RUC, I** | 3   debate about what the appropriate level was, but I |
| 4   **believe it's R-U-C?** | 4   would say the 5 to 600 million clearly represented -- |
| 5       A.   It's misspelled in here. | 5   a large chunk of that was politics. |
| 6       **Q.   And just for the record, explain what that** | 6       **Q.   And so that we are clear, what we are** |
| 7   **is and give the right initials?** | 7   **talking about is that under the MMA, when it went** |
| 8       A.   It's the R-U-C, and I think it's the -- I | 8   **into effect, drug reimbursement was reduced by a** |
| 9   should know this -- Resource Utilization Committee, I | 9   **certain amount, and at the same time, service fees to** |
| 10   think it is.  It's basically run through the AMA, and | 10   **providers were increased, correct?** |
| 11   it's theoretically an advisory group to CMS on | 11       A.   Yes. |
| 12   physician payments.  But in practice, over the years, | 12       **Q.   And the increase on the service fees to** |
| 13   unless they come up with something really foolish, | 13   **providers was in the range of 500 to $600 million?** |
| 14   CMS lock stock and barrel generally -- it's sort of | 14       MR. GOBENA:  Object to the form. |
| 15   the UN of physician groups.  They all come in and | 15       BY MR. DALY: |
| 16   argue over the relative pot of allocation of money | 16       **Q.   Is that right?** |
| 17   going to physicians. | 17       MR. GOBENA:  Mischaracterizes the |
| 18       They make a recommendation to CMS every | 18   witness's testimony. |
| 19   year in the annual CMS payment rule, but if the | 19       THE WITNESS:  Yes.  In the RUC, or in the |
| 20   gastroenterologists are underpaid or internists, or | 20   normal process of roughly $70 million of Part B |
| 21   surgeons, and they try to balance the relative | 21   payments, if you're going to raise oncologists, you |
| 22   weighting.  And in most cases, CMS takes the vast | 22   have to cut somebody else.  It's a budget neutral |

32 (Pages 122 to 125)

Scully, Thomas A.

Washington, DC

May 15, 2007

Page 442

1    Litigation.  This deposition consists of eight tapes.
2    Master tapes will be held by Henderson Legal
3    Services, in Washington, D.C.
4          (Whereupon, at 6:34 p.m., the taking of
5    the instant deposition ceased.)
6
7    _____
8          Signature of the Witness
9
10   SUBSCRIBED AND SWORN to before me this _____ day
11   of _____, 2007.
12
13   _____
14             NOTARY PUBLIC
15   My Commission expires: _____
16
17
18
19
20
21
22

112 (Page 442)

Henderson Legal Services
202-220-4158