UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### SECOND DECLARATION OF ERIC P. LACHANCE REGARDING STATUS OF CLAIMS ADMINISTRATION ACTIVITIES RELATED TO SETTLEMENT WITH DEFENDANT ASTRA ZENECA

The undersigned, ERIC P. LACHANCE, states that:

1. I submit this Declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the status of claims administration activities since April 16, 2008, the date of my first declaration filed with this Court. I am a Senior Project Administrator at Complete Claim Solutions, LLC ("CCS"), the Court-appointed Claims Administrator in this action. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Specifically, I submit this Declaration after Class Counsel and Counsel for the Defendants requested that CCS calculate the estimated payout to Class Members for administrations of Zoladex falling within the so-called "Heartland Period" December 1997 through December 2003.

3. Following the plan of allocation as stated in ¶10(c) of the Settlement Agreement and Release of AstraZeneca dated May 21, 2007, and this Court's Preliminary Approval Order dated November 1, 2007 (the "Initial Plan"), CCS reviewed 6,840 claims initially determined to be eligible. CCS also estimated the "deficient" claims which would be

1

"cured" and, therefore, eligible. In our experience, the average "cure rate" for deficient claims ranges from 25% to 40%.

4. CCS then calculated the average Recognized Claim amount of the potentially eligible claims to be $1,121.00.

5. By tripling the administrations made during the Heartland Period, the average Recognized Claim amount increases to $1,599.60.

6. Multiplying the number of potentially eligible claims by the average Recognized Loss under the Initial Plan would yield a total estimated payout of $7,673,832.91 to $9,091,921.34; and multiplying the average Recognized Loss using the Heartland Period would yield a total estimated payout of $10,941,291.14 to $12,963,190.56. Thus, based on these projections, the aggregate additional value provided by trebling instead of doubling the Heartland Period claims ranges from $3,644,840.10 to $3,871,269.22, depending on the cure rate. The payout dollar-range reflects the claims "cure rate" as stated in ¶3, above.

7. The chart attached as Exhibit 1 illustrates the difference in payouts, as summarized in ¶ 4-6, above.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*

Eric P. Lachance

June 4, 2008

2

# Exhibit 1

| Category | Estimated Numbers without "Heartland" Payments | Estimated Numbers with "Heartland" Payments |
|---|---|---|
| Total Currently Eligible Claims | 6,840 | 6,840 |
| Total Currently Deficient Claims | 3,160 | 3,160 |
| 25% Curative Rate | 790 | 790 |
| 40% Curative Rate | 1,264 | 1,264 |
| Average Claim Amount Excluding Ineligible Claims | $1,121.91 | $1,599.60 |
| Total Estimated Payout for Currently Eligible Claims | $7,673,832.91 | $10,941,291.14 |
| Estimated Payout Assuming 25% Curative Rate | $8,560,138.18 | $12,204,978.28 |
| Estimated Payout Assuming 40% Curative Rate | $9,091,921.34 | $12,963,190.56 |

# **CERTIFICATE OF SERVICE**

   I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **SECOND DECLARATION OF ERIC P. LACHANCE REGARDING STATUS OF CLAIMS ADMINISTRATION ACTIVITIES RELATED TO SETTLEMENT WITH DEFENDANT ASTRAZENECA** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 15, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

               By  **/s/ Steve W. Berman**
                 Steve W. Berman
                 **HAGENS BERMAN SOBOL SHAPIRO LLP**
                 1301 Fifth Avenue, Suite 2900
                 Seattle, WA  98101
                 (206) 623-7292