UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | |

## JOINT NOTIFICATION OF COMPLETE BRIEFING

The United States of America, Ven-A-Care of the Florida Keys, Inc., Plaintiffs, and Dey, Inc., Dey L.P., Inc. and Dey, L.P., through their undersigned counsel, respectfully file this Joint Notification of Complete Briefing.

The following Motion, identified as an outstanding discovery motion within the scope of the Court's June 13, 2008 Procedural Order in Docket 5417, is now fully briefed by the parties:

- **(Docket # 5356)** The United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice

    - **(Docket #5394)** Dey, L.P., Inc., Dey Inc., Dey L.P.'s Memorandum in Opposition to Motion for Protective Order

    - **(Docket #5439)** The United States' Motion for Leave to File a Reply Memorandum in Support of Motion

    - **(Docket #5449)** Dey L.P., Dey, L.P., Inc., Dey Inc.'s Consent Motion for Leave to File a Sur-Reply in Further Opposition to the Government's Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(B)(6)

NY01/LOREM/1297058.1

| | |
|---|---|
| New York, New York<br>Dated: July 18, 2008 | Respectfully submitted,<br><br>By: ___/s Sarah L. Reid___<br>Paul F. Doyle (BBO # 133460)<br>Sarah L. Reid (*pro hac vice*)<br>William A. Escobar (*pro hac vice*)<br>Neil Merkl (*pro hac vice*)<br>Christopher C. Palermo (pro hac vice)<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 808-7800<br>Fax: (212) 808-7897<br><br>*Counsel for Dey, Inc., Dey L.P., Inc. and Dey L.P.* |

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 18, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                          /s Sarah L. Reid