## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257-PBS |
| *State of Iowa* v. *Abbott Labs., Inc., et al.* S.D.IOWA 4:07-CV-00461-JAJ-CFB | Judge Patti B. Saris |

## JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED
## CASE MANAGEMENT ORDER

Plaintiff, the State of Iowa, and defendants in the above-captioned matter hereby move for a ten-day extension of time to submit a proposed Case Management Order ("CMO").  The proposed CMO is due July 22, 2008. *See* June 26, 2008 hearing on Motions to Dismiss, 66:6-66:8. Due to summer vacation schedules, however, all parties have not been able to adequately confer. The parties believe that with the requested additional time, they will be able to agree on the majority of the substantive terms of the proposed CMO.

Therefore, the parties jointly seek an additional ten days to submit the proposed order, or until August 1, 2008.  A proposed form of order is annexed hereto.

Dated:  July 21, 2008

| |
|---|
| **_/s/ Joanne M. Cicala_____** |
| Joanne M. Cicala |
| Kirby McInerney LLP |
| 825 Third Avenue |
| New York, NY  10022 |
| Telephone:  (212) 371-6600 |
| Facsimile:  (212) 751-2540 |
| COUNSEL FOR PLAINTIFF |
| |
| **_/s/ J. Andrew Jackson_____** |

J. Andrew Jackson
Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye St., N.W.
Washington, DC 20037
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

Counsel for Defendant
BAXTER HEALTHCARE CORPORATION on
behalf of :

Abbott Laboratories, Inc.
Agouron Pharmaceuticals, Inc.
Alpharma, Inc.
ALZA Corporation
Amgen Inc.
AstraZeneca LP
AstraZeneca Pharmaceuticals, LP
Aventis Behring LLC (n/k/a ZLB
Behring LLC)
Aventis Pharmaceuticals, Inc.
Barr Laboratories, Inc.
Baxter Healthcare Corporation
Baxter International Inc.
Bayer Corporation
Bayer Pharmaceuticals Corporation
Ben Venue Laboratories, Inc.
Boehringer Ingelheim Corporation
Boehringer Ingelheim Pharmaceuticals,
Inc.
Bristol-Myers Squibb Company
Chiron Corporation
Dey, Inc.
Dey, L.P.
Eli Lilly and Company
Endo Pharmaceuticals Inc.
Ethex Corporation
Ethicon, Inc.
Forest Laboratories
Forest Pharmaceuticals, Inc.
Geneva Pharmaceuticals, Inc.
Greenstone LTD.
Hoffman-La Roche Inc.
Immunex Corporation
Ivax Corp.

2

Ivax Pharmaceuticals, Inc.
Janssen L.P.
Johnson & Johnson
King Pharmaceuticals, Inc.
King Research and Development
McNeil-PPC, Inc.
MedImmune, Inc.
Merck & Co. Inc.
Monarch Pharmaceuticals, Inc.
Mylan Laboratories Inc.
Mylan Pharmaceuticals Inc.
Novartis Pharmaceuticals Corporation
Novopharm USA, Inc.
Oncology Therapeutics Network
Corporation
Ortho-Biotech Products, L.P.
Ortho-McNeil Pharmaceutical, Inc.
Par Pharmaceutical Companies, Inc.
Par Pharmaceutical, Inc.
Pfizer Inc.
Pharmacia Corporation
Purdue Pharma L.P.
Purepac Pharmaceutical, Co.
Roche Laboratories Inc.
Roxane Laboratories, Inc. (N/K/A
Boehringer Ingelheim Roxane, Inc.)
Sandoz Inc.
Schering Corporation
Schering-Plough Corp.
Sicor, Inc.
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline ("GSK")
TAP Pharmaceutical Products, Inc.
Teva Pharmaceuticals USA, Inc.
UDL Laboratories, Inc.
Warrick Pharmaceuticals Corporation
Watson Pharma, Inc.
Watson Pharmaceuticals, Inc.
Wyeth
Wyeth Pharmaceuticals, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa* v. *Abbott Labs., Inc., et al.*<br>S.D.IOWA 4:07-CV-00461-JAJ-CFB | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED CASE MANAGEMENT ORDER

Saris, U.S.D.J.

WHEREAS, Plaintiff State of Iowa ("Plaintiff") filed a Complaint in the Southern District of Iowa on October 9, 2007; and

WHEREAS, the case was transferred to MDL 1456 by the Judicial Panel for Multidistrict Litigation on October 25, 2007; and

WHEREAS, certain Served Defendants (those defendants that properly have been served with process) moved to dismiss the Plaintiff's Complaint and oral argument was heard by this Court on that motion on June 26, 2008; and

WHEREAS, during the hearing on the Served Defendants' motions to dismiss, this Court requested that the parties submit a proposed case management order ("CMO") concerning scheduling of the case and other issues;

WHEREAS, the parties have not yet been able to confer regarding the proposed CMO due to conflicting summer schedules;

NOW THEREFORE, it is ORDERED, as follows:

The parties shall submit a proposed CMO no later than August 1, 2008.


Dated: _____                      _____
                                         Hon. Patti B. Saris
                                         United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 21st day of July, 2008, she caused a true and correct copy of parties' Joint Motion to Extend Time to Submit Proposed Case Management Order to be delivered to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ Kathryn B. Allen
Kathryn B. Allen, Esq.
Kirby McInerney, LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600