# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | ) |
| PHARMACEUTICAL INDUSTRY | ) CA No. 01-12257-PBS |
| AVERAGE WHOLESALE PRICE | ) CA No. 07-10248 |
| LITIGATION | ) Pages 1 - 35 |

MOTION HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
June 18, 2008, 2:20 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

```
 1    A P P E A R A N C E S:

 2         BARBARA HEALY SMITH, ESQ. and JAMES F. FAUCI, ESQ.,
      Assistant United States Attorneys, Office of the United
 3    States Attorney, 1 Courthouse Way, Boston, Massachusetts,
      02210, for the Government.
 4
           NEIL MERKL, ESQ., Kelly Drye & Warren, LLP,
 5    101 Park Avenue, New York, New York, 10178, for Dey, L.P.

 6         ERIC GORTNER, ESQ., Kirkland & Ellis, LLP,
      200 East Randolph Drive, Chicago, Illinois, 60601,
 7    for Roxane Laboratories, Inc.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    from the Justice Department's point of view to progress on
2    this?  And talk about my concern that I'm not going to do it
3    twice.  So it may be that we're just going to at some
4    point -- we're within months of each other, not years -- so
5    just creating one big coordinated schedule.
6            MS. SMITH:  For the three?
7            THE COURT:  For the three.  And even if it puts me
8    off by three or four months, it still makes more sense
9    timewise than to do two separate sets of fifty state
10   surveys.
11           MS. SMITH:  Why don't we plan to get back to you on
12   that earlier rather than November.
13           THE COURT:  Yes, I was going to suggest that too,
14   so --
15           MS. SMITH:  I mean, just in terms of how that might
16   impact the scheduling --
17           THE COURT:  So why don't we do just a plain old
18   status conference sometime in July.  Does that make sense?
19           MS. SMITH:  Yes, yes.
20           THE COURT:  So in the meantime, I'm not holding up
21   these 30(b)(6)s.  Go to it.  We at least have to know what
22   the big issues are out there.
23           MR. GORTNER:  Your Honor, regarding Roxane's cross-
24   motion, I --
25           THE COURT:  So, wait, can we do this?  When in July

1    and when in November?

2           THE CLERK:  July 24 at 3:00 p.m., November 13 at

3    3:00 p.m.

4           THE COURT:  And hopefully we'll get -- notice both

5    cases to come in and try and maybe -- you know, a couple of

6    days beforehand file proposals, big-picture proposals, what's

7    going to happen here.  You know, really, what do you think

8    I'm going to be doing?  Is this a jury trial?

9           MR. MERKL:  Yes, your Honor.

10          MR. GORTNER:  Yes, your Honor.

11          THE COURT:  Good.  I don't have to write.

12          MR. GORTNER:  And it has False Claims Act and

13   common law fraud claims in it as well.

14          THE COURT:  One thing I found very useful in the

15   AWP case was just having a bellwether trial, take one state

16   and see how it plays out.  But I couldn't possibly try fifty

17   cases to a jury, fifty states.

18          MS. SMITH:  I mean, I envisioned that being done by

19   expert testimony in --

20          THE COURT:  Intent to deceive by expert testimony?

21          MS. SMITH:  Well, I mean, I think much of that

22   evidence is going to be the same for Medicare as Medicaid,

23   the evidence of what was out there.  The evidence of what

24   states did with that is going to be individual, but the

25   evidence of --