# EXHIBIT B

DRAFT.3a, 7-18-2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 1456 |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) ) | Civil Action No. 01-12257-PBS  Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) ) | |

PROPOSED JOINT SCHEDULING ORDER

The Case Management Orders in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (the "Abbott" case), *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS (the "Dey" case), and *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v.*

1

DRAFT 7-17-2008

*Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS (the "Roxane" case), as amended prior to the date of this Order, are hereby amended as follows:

1. The following pre-trial schedule amendments shall apply:

| | |
|---|---|
| October 31, 2008 | All fact discovery in the *Dey* and *Roxane* cases, as well as all cross-noticed discovery of States in the *Abbott* case, shall be completed. |
| November 13, 2008 | Status conference, 3:00 p.m. Among other things, the Court and the parties will review the schedule and procedures for summary judgment motions. |
| December 10, 2008 | The plaintiffs in the *Dey* case shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| December 10, 2008 | The plaintiffs in the *Abbott* case shall serve any supplemental expert reports, which shall be limited to supplements based upon formal fact discovery from States obtained in the above-captioned cases. |
| December 22, 2008 | The plaintiffs in the *Roxane* case shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| January 26, 2009 | Defendants in the *Dey* cases shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| January 26, 2009 | Defendants in the *Abbott* case shall serve any supplemental expert reports, which shall be limited to supplements based upon fact discovery from States obtained in the above-captioned cases. |
| February 9, 2009 | Defendants in the *Roxane* cases shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |

DRAFT 7-17-2008

| | |
|---|---|
| April 9, 2009 | Close of expert discovery for the *Dey* and *Roxane* cases. |
| May 30, 2009 | Motions for summary judgment shall be filed in all three cases. On issues common to all three cases, the plaintiffs shall file one memorandum and one statement of material facts pursuant to LR 56.1. Separate memoranda and statements pursuant to LR 56.1 shall be filed in each case on matters unique to the case. Similarly, on issues common to all three cases, the defendants shall coordinate to file one memorandum and one statement of material facts pursuant to LR 56.1, with separate memoranda and statements pursuant to LR 56.1 to be filed on matters unique to each case. |
| June 29, 2009 | Responses to motions for summary judgment shall be filed. Responses shall be submitted consistent with the format required above. |
| July 10, 2009 | Reply memoranda, if any, shall be filed, consistent with the format required above. |

To the extent not amended by the above, all other pre-summary judgment deadlines in the *Abbott* case, as set forth in this Court's Order (Docket entry #5306) amending Case Management Order No. 29, shall remain in effect.

_____
Patti B. Saris, D.J.

Dated: July ___, 2008

3