# EXHIBIT D

DRAFT.3b, 7-18-2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 1456 |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) ) | Civil Action No. 01-12257-PBS Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) | |

SUPPLEMENTAL CASE MANAGEMENT ORDER

The Case Management Orders in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (the "Abbott" case), *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Dey, Inc., et al.*, Civil Action No. 05-11084-PBS (the "Dey" case), and *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v.

1

DRAFT.3b, 7-18-2008

*Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS (the "Roxane" case), as amended prior to the date of this Order, are hereby amended as follows:

1. The parties shall not re-depose a current or former employee of a State Medicaid agency who has already been deposed in the *Abbott* case or another state AWP case without first conferring and reaching agreement on whether and to what extent the witness will be deposed or, if agreement cannot be reached, obtaining leave of Court.

2. The parties to the *Dey* and *Roxane* cases are allowed one Rule 30(b)(6) deposition and one Rule 30(b)(1) deposition per state,[1] provided, however, that:

    a. For the following states, depositions may be taken only by agreement of the parties to the *Dey* and *Roxane* cases or by leave of court:

    i. Alabama
    ii. Connecticut
    iii. Florida
    iv. Hawaii
    v. Kentucky
    vi. Massachusetts
    vii. Michigan
    viii. Missouri
    ix. Montana
    x. Nevada
    xi. Texas
    xii. Wisconsin

---

[1] Except that this shall be without prejudice to the pending motion of the New York State Department of Health to quash certain subpoenas (Docket Nos. 5120, 5121). Any discovery of the New York State Department of Health in the above-captioned cases shall be consistent with the Court's ruling on that motion.

DRAFT.3b, 7-18-2008

      b.    For the following states, the parties to the *Dey* and *Roxane* cases are allowed one Rule 30(b)(6) deposition per state, and additional depositions may be taken only by agreement of the parties to the *Dey* and *Roxane* cases or by leave of court:

    i.    California
    ii.    Indiana
    iii.    Louisiana
    iv.    Maine
    v.    Minnesota
    vi.    Tennessee

The parties to the *Abbott* case may participate in the state depositions by way of cross-notice; however, Abbott may not initiate discovery requests. Any cross-notice by Abbott shall be limited to matters uniquely relating to Abbott drugs, except that Abbott may conduct reasonable follow-up examination on topics noticed by Dey and/or Roxane.

                                                    _____
                                                    Patti B. Saris, D.J.

Dated: July ___, 2008