# EXHIBIT F

State of: **GEORGIA**

**Medicaid Pharmacy Reimbursement Methodology**

| Effective Time Period | | "Lower of" Reimbursement Methodology[1,2,4,5,6] | | | | Estimated Acquisition Cost (GEAC) | | | Override (DAW,Brand Medically Necessary) | Dispensing Fee | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Schedule II | | Profit Pharmacies | | Not for Profit Pharmacies | |
| | | Usual and Customary[7] | FUL | GEAC | GMAC[11] | Brand | Generic | Controlled Drugs | | Brand | Generic[12] | Brand | Generic[12] |
| 1/1/1990 | 6/30/1993 | Y | Y | Y | Y | AWP-10% | AWP-10% | AWP | Y[3] | $4.41 | $4.41 | $4.11 | 4.11 |
| 7/1/1993 | 12/31/1995 | Y | Y | Y | Y | AWP-10% | AWP-10% | AWP | Y[3] | [9] | [9] | [9] | [9] |
| 1/1/1996 | 6/30/1998 | Y | Y | Y | Y | AWP-10% | AWP-10% | AWP | Y[3] | $4.41 [10] | $4.41 [10] | $4.41 [10] | $4.41 [10] |
| 7/1/1998 | 3/30/2001 | Y | Y | Y | Y | AWP-10% | AWP-10% | AWP | Y[3] | $4.63 | $4.63 | $4.33 | $4.33 |
| 4/1/2001 | 6/30/2004 | Y | Y | Y | Y | AWP-10% | AWP-10% | AWP-10% | Y[3] | $4.63 | $5.13 [13] | $4.33 | $4.83 [13] |

 Data taken from Medicaid State Plan Amendments

 Data taken from the Pharmaceutical Benefits Survey published by the National Pharmaceutical Council

Data provided by Jerry Dubberly 5/5/08, 5/12/08.

[1]  In the event the Department requests bids from drug manufacturers for rebates to reduce drug costs and no acceptable bids are received, the Department may select a single drug supplier for the drug or establish one price for the drug.

[2]  Effective 01/01/1991 Drug Rebate Agreement was implemented:  Unit rebate amount is confidential and cannot be disclosed for purposes other than rebate invoicing and verification.  A supplemental rebate program was implemented on 4/1/04.

[3]  The State does not allow pharmacists at the retail pharmacy to certify a branded drug is necessary when generics are needed. That requires a PA with info from the MD to the PBM.

[4]  Effective 06/01/2001 outpatient drugs from non-participating rebate manufacturers may be excluded from coverage per Section 1927(d)2 of the Act.

[5]  Effective 07/01/2001 the co-payment structure was established to administer the Preferred Drug List Program. (Incentive fee $0.50 for generic drug per 2001-2005 NPC report.

[6]  Per TN #03-007 eff. 1/1/1998, pharmacist may enter an appropriate override at point of sale to exceed the monthly prescription limit for the drugs deemed medically necessary by prescriber.

[7]  The Department defines usual and customary as the lower of the lowest price reimbursed to the pharmacy by other third party payers (including HMOs), or the lowest price routinely offered to any segment of the general public. Donations or discounts provided to charitable organizations or fees charged to or paid by federal or state funded program are not considered usual and customary charges.

[8]  The State used First DataBank (FDB) 7/1/2000 - 12/31/2006 and a combination of FDB and Medispan from 1/1/07 - present.  State also believes FDB used prior to 2000.

[9]  Dispensing fee for this period was 10% of the GEAC with a maximum of $15.00. GMAC drugs = GMAC + Dispensing Fee of 10% GEAC up to $15.00.

[10]  Between 11/1996 and 3/31/1998, pharmacies servicing nursing home residents received a monthly prescription monitoring fee of $18.00 in lieu of a dispensing fee of $4.41 per prescription.

[11]  GMAC drugs paid at GMAC plus applicable dispensing fee.

[12]  Beginning 4/2001, dispensing fee applied to generic or preferred drug.

[13]  These amounts include a $.50 generic incentive fee that was paid between 3/15/2002 and 6/30/2005.

State of:  **ARKANSAS**
**Medicaid Pharmacy Reimbursement Metholodogy**

| Effective Time Period | | "Lower of" Reimbursement Methodology[8] OR | | | | Estimated Acquisition Costs[3] | | Physician Override (DAW,Brand Medically Necessary) | Dispensing Fee[2] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SUL | FUL[1] | U&C | EAC | Brand | Generic | | State Upper Limit/FUL | Usual and Customary or EAC |
| 8/1/1990 - | 6/30/1991 | Y | Y | Y | Y | AWP - 10.5% | AWP - 10.5% | | $4.39 + (.095) SUL | $4.16 + (.095) EAC |
| 7/1/1991 - | 12/31/1997 | Y | Y | Y | Y | AWP - 10.5% | AWP - 10.5%[3] | Y | $4.51 + (.103) EAC | $4.51 + (.103) CFA/SUL |
| 1/1/1998 - | 6/30/1999 | Y | Y | Y | Y | AWP - 10.5% | AWP - 10.5% | Y | $4.51 + (.103) EAC Capped at $20[4] | $4.51 + (.103) CFA/SUL Capped at $20[4] |
| 07/01/1999 | 2/28/2000 | Y[5] | Y | Y | Y | AWP - 10.5% | AWP - 10.5% | Y | $5.51 | $5.51 |
| 3/1/2000 | 3/2/2000 | Y[5] | Y | Y | Y | AWP - 17.3% Chains[6] AWP -10.5% independent | AWP - 17.3% Chains[6] AWP -10.5% independent | Y | $5.51 | $5.51 |
| 3/3/2000 | 2/28/2002 | Y[5] | Y[7] | Y | Y | AWP - 10.5% | AWP - 10.5% | Y | $5.51 | $5.51 |

Data taken from Medicaid State Plan Amendments

Data taken from the Pharmaceutical Benefits Survey published by the National Pharmaceutical Council

Per information received from Suzette Bridges, 5/7/08 and 5/9/08.

[1] Per TN #99-03, Effective 07/01/99, The Federal upper limit standard that has been adopted for certain multiple source drugs identified in the State Medicaid Manual, Part 6, is based on an aggregate payment equal to an amount that includes the ingredient cost of the drug calculated according to the formula described as follows:  The Federal upper limit is an amount that is equal to 150% of the published price for the least costly therapeutic equivalent (using all available national compendia).  The aggregate, rather than each individual drug identified by HCFA will be less than or equal to the HCFA defined multiple source cost listed in 42 CFR 447.332.

[2] Total charge may not exceed provider's charge to the self-paying public.  Per TN #99-03, eff. 07/01/1999: Reimbursement for ingredient cost of these drugs is limited to the State generic upper limit.

[3] State has always used First DataBank for pricing.

[4] Per 1998 NPC:  Dispensing Fee:  $4.51 + (0.103)(EAC), effective 07/01/91.  Capped at $20.

[5] Per TN 99-03, Effective 07/01/1999, Arkansas Medicaid identifies certain generically available drugs and places an upper limit of reimbursement on these drugs.  These are generic drugs not currently listed on the HCFA Upper Limit List.  Acquisition costs on these generically available brands are obtained from multiple sources.  The highest acquisition cost plus a percentage is used to set the State Upper Limit.  Reimbursement for the ingredient cost of these drugs is limited to the State generic upper limit.

[6] Per TN 99-23, Effective 03/01/2000, the ingredient cost for a chain-owned pharmacy is set at Average Wholesale Price (AWP) minus 17.3%.  Arkansas Medicaid considers a pharmacy to be a chain-owned pharmacy when the supplier owns eleven or more retail pharmacies nationally.  (DMS Survey determined that there was no significant difference in estimated acquisition costs of independent and chain retail pharmacies - in TN 01-38, effective 03/01/2002, reference to chain owned pharmacy was eliminated from state plan.  This was only in system for two days before being discontinued due to a lawsuit.

[7] Per TN 01-07 Effective 08/01/2001, the State may deviate from the lesser of payment in the event that the State determines under a HCFA approved separate/supplemental drug rebate agreement, that in the aggregate the expenditures for these drugs agreed to in the separate/supplemental rebate agreement would be reduced.

[8] Initially state developed upper limits for drugs that did not have FULs. Eventually some drugs had/have both. State always pays the SUL or FUL if there is one OR the lower of U&C or EAC. From 1992 - 3/2002, the State paid the lower of all methodologies.  This changed beginning 3/2002, when the State began paying the SUL/FUL for SMAC drugs and the lower of U&C and EAC if non-SMAC.

05/20/2008

State of:     **MINNESOTA**

**Medicaid Pharmacy Reimbursement Methodology**

| Effective Time Period | "Lower of" Reimbursement Methodology[5] | | | | Estimated Acquisition Cost (EAC)[2] | | Physician Overide (DAW,Brand Medically Necessary) | Dispensing Fee[3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Usual and Customary | FUL | EAC | SMAC | Drugs Not Subject to Price Reduction | Price Reduction due to Nat's Assoc of Fraud Control | | Brand/Generic | Intravenous Drugs w/Mixing | Parenteral Nutrition w/Mixing | |
| | | | | | | | | | | 1 Liter Qty | >1 Liter Qty |
| 1/1/1990  -  7/31/1991 | Y | Y | Y | Y[4] | AWP - 10% | | Y | $4.10 | | | |
| 8/1/1991  -  12/31/1994 | Y | Y | Y | Y | AWP - 10% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 1/1/1994  -  6/30/1995 | Y | Y | Y | Y | AWP - 7.6% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 7/1/1995  -  6/30/1997 | Y | Y | Y | Y | AWP - 9% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 7/1/1997  -  2/28/2003 | Y | Y | Y | Y | AWP - 9% | | Y | $3.65 [1] | 8.00 | 30.00 | 44.00 |

  Data taken from Medicaid State Plan Amendments

  Data taken from the Pharmaceutical Benefits Survey published by the National Pharmaceutical Council

Revisions made at direction of Jarvis Jackson, Staff Pharmacist, 5/5/08, 5/19/08.

[1]  Per TN #91-21, effective 08/01/1991, an additional $.30 dispensing fee allowed for legend drug prescriptions dispensed using a pharmacy packaging unit-dose blister card system.

[2]  The prescribed drug must be a drug or compounded prescription that is made by a manufacturer that has a rebate with the Health Care Financing Admininstration (HCFA) and included in the Minnesota Department of Human Services formulary.  The formulary is established in accordance with Section 1927 of the Social Security Act.

[3]  Per TN 91-21, effective 08/01/1991:  A prescribed drug must be dispensed in the quantity specified on the prescription unless the pharmacy is using unit dose dispensing or the specified quantity is not available in the pharmacy when the prescription is dispensed.  Only one dispensing fee is allowed for dispensing the quantity specified.  Except as provided in item (6), the dispensing fee billed by or paid to a particular pharmacy or dispensing physician for a maintenance drug for recipients is limited to one fee per 30-day supply:  (6) More than one dispensing fee per calendar month for maintenance drugs for a recipient is allowed if (a) the record ke by the pharmacist or dispensing physician documents that there is a significant chance of overdosage by the recipient if a larger quantity is dispensed, and if the pharmacist or dispensing physician writes a statement of this reason on the prescription; or (b) the drug is clozapine. Per TN 98-32, effective 09/21/1998:  An additional dispensing fee per prescription shall be paid to pharmicists using an in-pharmacy packaged unit dose system (except OTC) approved by the Board of Pharmacy for the return of drugs when dispensing to recipients in a long-term care facility if 1) the pharmacy is registered with the Department, 2) a minimum 30-day supply of the the pharmacy is registered with the Department, 2) a minimum 30-day supply of the drug is dispensed.

[4]  State has had the ability to have SMACs back to 1-1-1990. Logic has been to pay the lower of U&C (submitted), EAC or whatever value populated theSMAC/FUL field. FULs were used almost exclusively until year 2000 when the state increased its use of SMAC. The list now includes all commonly used generics; FULs are now only used if a SMAC doesn't exist.

[5]  The State has used FDB pricing for as long as anyone can remember.

05/19/2008

State of:   **Iowa**

Medicaid Pharmacy Reimbursement Metholodgy

| Effective Time Period | "Lower of" Reimbursement Methodology | | | | | SMAC Description | Physician Override (DAW,Brand Medically Necessary) | Dispensing Fee | | Other Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Usual and Customary | FUL[1] | EAC | SMAC | Estimated Acquisition Cost (EAC) Brand/Generic [6] | | | MAC and Schedule II drugs | Non-MAC drugs | |
| 7/1/1990  -  1/31/1999 | Y | Y | Y | N | Lesser of AWP-10% or submitted acquisition cost | | Y | $4.02 [2] | $6.25 [3] | 4, 7 |
| 2/1/1999  -  7/20/1999 | Y | Y | Y | N | AWP-10% | | Y | $4.02 [5] | $6.25 | 4 |
| 7/21/1999 -  6/30/2000 | Y | Y | Y | N | AWP-10% | | Y | $4.10 | $6.38 | 4 |
| 7/1/2000  -  6/30/2002 | Y | Y | Y | N | AWP-10% | | Y | $4.13 | $6.42 | 4 |

▓▓▓▓▓   Data taken from Medicaid State Plan Amendments

▓▓▓▓▓   Data taken from a letter from Eugene I. Gessow, Medicaid Director, dated May 9, 2008, provided by Susan Parker.

[1] FUL is described as the maximum allowable cost or MAC in all of Iowa's State Plan documents, and the state MAC is later referred to as SMAC.

[2] The dispensing fee is the lower of: the pharmacist's customary fee to the general public, the 75th percentile of fees charged in the state, or a fee of $4.02.

[3] The dispensing fee is the lower of: the pharmacist's customary fee to the general public, the 75th percentile of fees charged in the state, or a fee of $6.25.

[4] An additional reimbursement of one cent per dose shall be added to the allowable ingredient cost of a prescription for an oral solid if the drug is dispensed to a patient in a nursing home in unit dose packing prepared by the pharmacist.

[5] Schedule II drugs no longer referenced.

[6] The State of Iowa used the Average Wholesale Price (AWP) as published by First Data Bank from 7/1/90 - 6/24/05.  From 6/25/05 to the present, Iowa has used the AWP as published by MediSpan.

[7] Beginning in 1987 and through 2/29/92, an incentive fee of $.50 was paid to pharmacies if $1.50 was saved per prescription by the use of generics.

05/20/2008