# EXHIBIT 4

Reed, Larry - Vol. II                               September 27, 2007
                         Baltimore, MD

Page 329

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF MASSACHUSETTS

-------------------------------x

IN RE: PHARMACEUTICAL          :   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     :   CIVIL ACTION

PRICE LITIGATION               :   01-CV-12257-PBS

THIS DOCUMENT RELATES TO       :

U.S. ex rel. Ven-A-Care of     :   Judge Patti B.

The Florida Keys, Inc.,        :        Saris

         Plaintiff,            :

    vs.                        :

ABBOTT LABORATORIES, INC.,     :   Chief Magistrate

No. 06-CV-11337-PBS            :   Judge Marianne B.

         Defendants.           :        Bowler

-------------------------------x

VOLUME II

Baltimore, Maryland

Thursday, September 27, 2007

Continued Videotape Deposition of:

LARRY REED,

the witness, was called for examination by counsel

for the Defendants, pursuant to notice, commencing

Reed, Larry - Vol. II     September 27, 2007
Baltimore, MD

Page 490

1  the deliberations that went into that, about the
2  issue of how Medicaid's business as a
3  contribution to other store sales should impact
4  Medicaid reimbursement for drugs?
5      A.  Not that I recall.
6      Q.  You don't recall having discussions
7  with states in connection with the approval
8  process of that issue?
9      A.  I don't recall that.
10     Q.  You have an understanding of, generally
11 speaking, what that issue involves, right?
12     A.  This issue --
13     Q.  Yes.
14     A.  -- the effect of Medicaid business as a
15 contribution to other store sales?
16         Again, as I've stated, our NPRM
17 addressed that, that that and this statement is
18 my understanding.
19     Q.  Let me try to see if I can state my
20 understanding and see if you'll agree with it.
21         Was it the case that pharmacies have
22 claimed that they don't make as much money on

Page 491

1  other store sales from Medicaid businesses
2  because of the indigent nature of the Medicaid
3  patients?
4          MS. MARTINEZ:  Objection, form.
5          MR. HERNANDEZ:  Objection, form.
6  BY MR. TORBORG:
7      Q.  Isn't that something that pharmacies
8  have raised with you at HCFA?
9      A.  Could you clarify a little bit?
10     Q.  I don't know whether I can.
11     A.  Okay.  Have they stated what again?
12     Q.  That they don't make as much money in
13 other store sales, so non-drug sales, from
14 Medicaid patients as they do from other patients.
15        Has that been an issue that's been
16 raised?
17         MS. MARTINEZ:  Objection, form.
18         THE WITNESS:  In the broader sense, has
19 it been an issue raised in the Medicaid program?
20 It may have been raised.
21 BY MR. TORBORG:
22     Q.  And then this sentence also -- OIG also

Page 492

1  says other areas they do not address included
2  "the cost to provide professional services other
3  than a -- other than dispensing a prescription,
4  such as therapeutic interventions, patient
5  education and physician consultation."
6          Do you have an understanding of what
7  those things are about?
8      A.  I think I have a general understanding
9  of those -- of that topic.
10     Q.  And what is your general understanding
11 of that topic?
12     A.  From this, the part of the sentence
13 that you read me, that they looked only at the
14 dispensing -- the cost of dispensing a
15 prescription and did not look at these other
16 services.
17     Q.  And do you recall discussions in your
18 current HCFA about the cost of pharmacies to
19 provide professional services other than
20 dispensing prescriptions, such as therapeutic
21 intervention, patient education and physician
22 consultation?

Page 493

1          Do you recall discussions about that?
2      A.  Yes.
3      Q.  Can you tell me about those
4  discussions?
5          MS. MARTINEZ:  Objection, privileged.
6  To the extent that those discussions were done in
7  anticipation of a decision or a proposed
8  rulemaking or another decision at HCFA, you're
9  instructed not to answer.  Otherwise, you can
10 answer.
11         THE WITNESS:  I can't answer.
12 BY MR. TORBORG:
13     Q.  Because of the privilege issue?
14     A.  Correct.
15     Q.  Okay.  What policy does that -- do
16 those deliberations relate to?
17     A.  There are policies -- and I don't
18 remember the format that they're in -- on other
19 services.  It goes -- they go by different names,
20 but other services that pharmacists provide that
21 would be reimbursed separate from ingredient cost
22 and dispensing fee.

42 (Pages 490 to 493)

Henderson Legal Services
202-220-4158

79c10215-cdc8-4745-9a2e-f995562fa54f

Page 494

1  Q. Okay. So HCFA had discussions about a
2  policy on that issue; is that fair to say?
3  A. Yes.
4  Q. Because of the instruction of counsel,
5  I'm not going to be allowed to learn about those
6  through questioning of you; is that right?
7  A. Correct.
8  Q. Another thing that OIG states is "the
9  cost of dispensing, which includes costs for
10 computers, multipart labels, containers,
11 technical staff, transaction fees, Medicaid-
12 specific administrative costs, and general
13 overhead."
14     Did you have discussion about those
15 issues in your career at HCFA?
16 A. Not that I recall.
17 Q. The discussions that you had relating
18 to that second category that we talked about,
19 professional services -- that category, correct?
20 A. Correct.
21 Q. -- did those have any impact on HCFA's
22 policies for reimbursement of drugs?

Page 495

1      MS. MARTINEZ: Objection, form.
2      THE WITNESS: And I think I need
3  further clarification. Of which policies, for
4  prescription drugs?
5  BY MR. TORBORG:
6  Q. I don't know what specific policies it
7  would result in, but I'm trying to figure out if
8  there's a connection between the discussions that
9  you had relating to the cost to provide
10 professional services other than dispensing, what
11 impact, if any, those discussions had on the
12 actual amount that state Medicaid programs
13 reimbursed for drugs and/or what HCFA approved on
14 that topic.
15     MS. MARTINEZ: Objection, form.
16     THE WITNESS: The cost for other
17 services are -- is a separate cost determination
18 from the ingredient cost and from -- from the
19 cost of dispensing a prescription.
20 BY MR. TORBORG:
21 Q. And my question was did those
22 discussions have any impact at all on the amount

Page 496

1  of money state Medicaid programs would be
2  permitted to reimburse for ingredient cost or
3  dispensing fees?
4  A. Not as I recall, no.
5  Q. Do you recall either way?
6  A. I recall that they likely did not have
7  an impact on ingredient cost or dispensing fee.
8  Q. So they were considered -- so they were
9  costs that you considered, but after you
10 considered them, didn't worry about whether or
11 not to pay for them at all; is that right?
12 A. No.
13     MS. MARTINEZ: Objection, form.
14     MR. TORBORG: Okay. Well, let me
15 strike that and try again.
16     Did HCFA provide or did the states
17 provide a separate payment for professional
18 services other than dispensing of prescription,
19 such as therapeutic interventions, patient
20 education and physical (sic) consultation?
21     THE WITNESS: Some states -- under our
22 policy instructions, states could provide for

Page 497

1  that payment. Which states did provide for that
2  payment, I don't know.
3  BY MR. TORBORG:
4  Q. I'd ask you to go to the response from
5  the state of California. It's Bates page 562.
6  It's a letter from John Rodiguez dated March
7  25th, 1996.
8      Now, this is dated before the final --
9  before the date of the final report; is that
10 right?
11 A. This -- I'm sorry, is this dated before
12 the letter to the state; is that your question?
13 Q. Is it dated before the date of the
14 report?
15 A. Yes.
16 Q. Was it your understanding that the
17 states would be given draft copies of the
18 reports, of these particular reports in this
19 1995-1996 nationwide survey?
20 A. The letter indicates that the state did
21 receive the results of the audit contained in
22 that draft report.