# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) ) |
| | **MDL No. 1456**<br>**Master File No. 01-CV-12257-PBS** |
| | **Hon. Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) ) ) |
| *and* | ) ) ) |
| United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al., Civil Action No. 07-10248-PBS | ) ) ) ) ) ) |

## FIRST JOINT CASE MANAGEMENT ORDER

WHEREAS the United States, Defendants Dey, Inc., Dey, L.P., Dey L.P., Inc. (collectively, "Dey") and Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc., (collectively, "Roxane") filed motions for clarification and/or modification of the Court's Case Management Orders in effect in the *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS (the "Dey Action") and in *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS (the "Roxane Action");

WHEREAS all the parties in the Dey and Roxane Actions were heard before the Court on June 18, 2008; and

WHEREAS the Court has directed coordination of the scheduling of the Dey and Roxane Actions;

Now, it is HEREBY ORDERED that

1.     The June 22, 2007 Case Management Order entered in the Dey Action (the "Dey CMO") is to remain in effect except that Paragraphs 17 and 19 shall be modified as follows.

2.     The September 5, 2007 Case Management Order entered in the Roxane Action (the "Roxane CMO") is to remain in effect except that Paragraphs 19 and 15 shall be modified as follows.

## PRE-TRIAL SCHEDULE

3.     The following pre-trial schedule shall apply:

| DEADLINE | ACTION |
|---|---|
| October 31, 2008 | All fact discovery shall be completed. |
| November 13, 2008 | Status conference, 3:00 p.m. |
| December 10, 2008 | Plaintiffs in the Dey Action shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| December 22, 2008 | Plaintiffs in the Roxane Action shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| January 26, 2009 | Defendants in the Dey Action shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| February 9, 2009 | Defendants in the Roxane Action shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| April 9, 2009 | Close of expert discovery. |
| May 30, 2009 | Opening briefs for Summary Judgment shall be filed.  Summary judgment briefing schedule to be determined at November 13, 2008 conference. |

4.     The parties are allowed one 30(b)(6) deposition per state and one 30(b)(1) deposition per state.  Dey and Roxane will coordinate in the scheduling of these depositions and will advise Abbott as to their progress.  In the event Plaintiffs, Dey, or Roxane believe that additional state Medicaid depositions are warranted beyond the one 30(b)(6) deposition per state and one 30(b)(1) deposition per state, they shall be allowed to take such deposition/s by agreement of the parties.  If the parties are unable to agree, the party seeking the additional state Medicaid deposition/s shall seek relief from the Court.

5.     Upon completion of the 30(b)(6) depositions, the parties shall hold a status conference with the Court on November 13, 2008 at 3:00 p.m. to resolve any outstanding discovery matters and to discuss management of the case.

6.     The remaining provisions of paragraphs 17 and 19 in the Dey CMO and 19 and 15 in the Roxane CMO shall remain in effect.

SO ORDERED this __ day of _____ 2008:

_____
United States District Judge Patti B. Saris