UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | |

DECLARATION OF NEIL MERKL IN SUPPORT OF DEY, INC., DEY L.P., AND DEY L.P., INC.'S OBJECTION TO THE PLAINTIFF'S PROPOSED SCHEDULING ORDER AND PROPOSED CASE MANAGEMENT ORDER

**NEIL MERKL** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Objection to the Plaintiff's Proposed Scheduling Order and Proposed Case Management Order.

3. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

4.	Attached hereto as Exhibit A is a true and correct copy of the Hearing Transcript from June 18, 2008.

5.	Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts from the deposition transcript of Larry Reed, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (D. Mass.) on September 27, 2007.

6.	Attached hereto as Exhibit C is a true and correct copy of the relevant excerpts from the deposition transcript of Cody Wiberg, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (D. Mass.) on March 14, 2008.

7.	Attached hereto as Exhibit D is a true and correct copy of the relevant excerpts from the deposition transcript of Paul Jeffrey, taken in *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.*, No. 03-CV-11659-PBS (D. Mass.) on June 14, 2007.

8.	Attached hereto as Exhibit E is a true and correct copy of the Decision and Order on Plaintiff's Motions for Partial Summary Judgment dated May 20, 2008 in *State of Wisconsin v. Amgen, Inc., et al.*, Case No. 04-CV-1709 (Cir. Ct., Dane County Branch 7).

9.	Attached hereto as Exhibit F is a true and correct copy of the relevant excerpts from the deposition transcript of Dorothy Poulsen, taken in *State of Montana v. Abbott Laboratories, Inc., et al.*, Case No. CV-02-09-H-DWM (D. Mont.) on February 22, 2006.

10.	Attached hereto as Exhibit G is a true and correct copy of the relevant excerpts from the deposition transcript of Harry Leo Sullivan, taken in *United States of America ex rel.*

*Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (D. Mass.) on March 12, 2008.

11. Attached hereto as Exhibit H is a true and correct copy of the relevant excerpts from the deposition transcript of Gary Gilmore, taken in *Commonwealth of Massachusetts v. Mylan Laboratories, Inc. et al.*, No. 03-CV-11659-PBS (D. Mass.) on July 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008.

                                                       /s Neil Merkl
                                                     **NEIL MERKL**

## CERTIFICATE OF SERVICE

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 22, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                _____/s Neil Merkl_____