# Exhibit B

```
                                                                    329


                    UNITED STATES DISTRICT COURT

                   OF THE DISTRICT OF MASSACHUSETTS

        ------------------------------x

        IN RE:  PHARMACEUTICAL         :   MDL NO. 1456

        INDUSTRY AVERAGE WHOLESALE     :   CIVIL ACTION

        PRICE LITIGATION               :   01-CV-12257-PBS

        THIS DOCUMENT RELATES TO       :

        U.S. ex rel. Ven-A-Care of     :   Judge Patti B.

        The Florida Keys, Inc.,        :       Saris

                Plaintiff,             :

            vs.                        :

        ABBOTT LABORATORIES, INC.,     :   Chief Magistrate

        No. 06-CV-11337-PBS            :   Judge Marianne B.

                Defendants.            :       Bowler

        ------------------------------x

                                           VOLUME II

                          Baltimore, Maryland

                       Thursday, September 27, 2007

        Continued Videotape Deposition of:

                          LARRY REED,

        the witness, was called for examination by counsel

        for the Defendants, pursuant to notice, commencing
```

532

1   operate their program and to what extent we
2   intercede in -- in directly making them make
3   changes to the program versus overseeing their
4   program through the state plan process.
5   BY MR. TORBORG:
6       Q.  And what about that structure led to
7   your decision not to revise regulations or issue
8   any other policy guidance?
9       A.  That there is a structure -- there is a
10  structure in place, again, of how we relate to
11  state Medicaid agencies.  There are parts of the
12  prescription drug program where we direct the
13  states how to pay for drugs, or a maximum in
14  aggregate to pay for drugs.  There are other
15  parts where the states make their determination
16  of prescription drug payment policies -- of
17  prescription drug payment methodologies.
18      Q.  Any other further rationale you can
19  provide?
20      A.  No, not at this point.
21              (Deposition Exhibit Abbott 328 was
22  marked for identification.)

603

1          CERTIFICATE OF NOTARY PUBLIC

2      I, DAWN A. JAQUES, a Notary Public in and for

3  the State of Maryland, before whom the foregoing

4  deposition was taken, do hereby certify that witness

5  whose testimony appears in the foregoing pages was

6  duly sworn by me; that the testimony of said witness

7  was taken by me in shorthand at the time and place

8  mentioned in the caption hereof and thereafter

9  reduced to typewriting under my supervision; that

10 said deposition is a true record of the testimony

11 given by said witness; that I am neither counsel

12 for, related to, nor employed by any of the parties

13 to the action in which this deposition is taken;

14 and, further, that I am not a relative or employee

15 of any attorney or counsel employed by the parties

16 thereto, nor financially or otherwise interested in

17 the outcome of the actions.

18

19                          Dawn A. Jaques, C.S.R.

20                          Notary Public in and for

21                          State of Maryland

   My commission expires:

22 January 1, 2011