# Exhibit C

Wiberg, Cody                                                                     March 14, 2008

Page 1

1                  UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF MASSACHUSETTS
3    IN RE: PHARMACEUTICAL INDUSTRY      ) MDL NO. 1456
4    AVERAGE WHOLESALE PRICE             )
5    LITIGATION                          ) CIVIL ACTION:
6                                        ) 01-CV-12257-PBS
7                                        ) Judge Patti B. Saris
8                                        ) Magistrate Judge
9                                        ) Marianne B. Bowler
10   THIS DOCUMENT RELATES TO
11   U.S. ex rel. Ven-A-Care of the
12   Florida Keys, Inc., v.
13   Abbott Laboratories, Inc., et al.
14   No. 06-CV-11337-PBS
15   (Caption continues on next page.)
16   _____
17
18                  VIDEOTAPED DEPOSITION OF
19                        CODY WIBERG
20                   Taken March 14, 2008
21                 Commencing at 9:13 a.m.
22

```
1                COMMONWEALTH OF KENTUCKY
2              FRANKLIN CIRCUIT COURT - DIV 1
3                 CIVIL ACTION NO. 04-CI-1487
4   COMMONWEALTH OF KENTUCKY                    PLAINTIFF
5   ex rel. JACK CONWAY, ATTORNEY GENERAL
6   v.
7   ALPHARMA USPD, INC., et al.
8
9                  VIDEOTAPED DEPOSITION OF
10                       CODY WIBERG
11                   Taken March 14, 2008
12                  Commencing at 9:13 a.m.
13
14        REPORTED BY:  SUZANNE HAGEN, RPR, CRR, CBC
15        Videotaped Deposition of Cody Wiberg, taken on
16   March 14, 2008, commencing at 9:15 a.m., at the law firm
17   of Meagher & Geer, 33 South Sixth Street, #4400,
18   Minneapolis, Minnesota, 55402, before Suzanne Hagen,
19   Registered Professional Reporter, Certified Realtime
20   Reporter, Certified Broadcast Captioner, and Notary
21   Public of and for the State of Minnesota.
22                        * * * * * * * * * *
```

```
 1                         APPEARANCES

 2

 3    On Behalf of Abbott Laboratories:

 4    CHRISTOPHER COOK, ESQUIRE

 5    JONES DAY

 6    51 Louisiana Avenue, N.W.

 7    Washington, D.C. 20001-2113

 8    202-626-3939

 9    CHRISTOPHERCOOK@JONESDAY.COM

10

11    On Behalf of the Deponent, Cody Wiberg:

12    TIERNEE MURPHY, ASSISTANT ATTORNEY GENERAL

13    MANAGER, HEALTH LICENSING DIVISION

14    STATE OF MINNESOTA ATTORNEY GENERAL

15    Bremer Tower, Suite 1400

16    445 Minnesota Street

17    St. Paul, Minnesota 55101-2131

18    tiernee.murphy@state.mn.us

19

20

21

22
```

```
 1              APPEARANCES CONTINUED

 2

 3    On Behalf of Dey, Inc., Dey, L.P., and Dey, L.P., Inc.:

 4    MARISA A. LORENZO, ESQUIRE

 5    KELLEY & DRYE

 6    101 Park Avenue

 7    New York, New York 10178

 8    212-808-7697

 9    mlorenzo@kelleydrye.com

10

11    On behalf of the U.S. Attorney's Office for the District

12    of Massachusetts:

13    JEFF FAUCI, ESQUIRE

14    THE UNITED STATES DEPARTMENT OF JUSTICE

15    1 Courthouse Way

16    John Joseph Moakley Courthouse

17    Boston, MA 02210

18    612-748-3100

19    Jeff.Fauci@USDOJ.gov

20

21

22
```

```
                                                                    Page 5
 1                    APPEARANCES CONTINUED

 2

 3      On behalf of Ven-A-Care:

 4      LARRY BLACK, ESQUIRE

 5      7039 Comanche Trail

 6      Austin, Texas 78732

 7      512-402-1745

 8      lblack@larryblacklaw.com

 9

10      On behalf of Roxane Laboratories, Inc., et al

11      (via teleconference):

12      MIRIAM LIEBERMAN, ESQUIRE

13      KIRKLAND & ELLIS

14      200 East Randolph Drive

15      Chicago, Illinois 60601-6636

16      United States

17      312-861-2000

18

19

20

21

22
```

1        APPEARANCES CONTINUED

2

3    On behalf of Bristol-Myers

4    (via teleconference):

5    EVA DIETZ, ESQUIRE

6    HOGAN & HARTSON

7    875 Third Avenue

8    New York, NY 10022

9    212-918-3000

10   eldietz@hhlaw.com

11

12   On behalf of Sandose, Inc.

13   (via teleconference):

14   MILANA SALZMAN, ESQUIRE

15   WHITE AND CASE

16   1155 Avenue of the Americas

17   New York, New York

18   10036-2787

19   212-819-8711

20   msalzman@whitecase.com

21

22

|    |                                                    |
|----|----------------------------------------------------|
| 1  | APPEARANCES CONTINUED                              |
| 2  | On behalf of Warrick-Schering and B. Braun Medical |
| 3  | (via teleconference):                              |
| 4  | KARIN TORGERSON, ESQUIRE                           |
| 5  | LOCKE, LORD, BISSELL & LIDDELL                     |
| 6  | 2200 Ross Avenue                                   |
| 7  | Suite 2200                                         |
| 8  | Dallas, Texas 75201                                |
| 9  | 214-740-8725                                       |
| 10 | ktorgerson@lockeliddell.com                        |
| 11 |                                                    |
| 12 | On behalf of Pfizer                                |
| 13 | (via teleconference):                              |
| 14 | KATHRYN POTALIVO                                   |
| 15 | MORGAN, LEWIS & BOCKIUS                            |
| 16 | 1701 Market St.                                    |
| 17 | Philadelphia, PA 19103-2921                        |
| 18 | 215-963-5233                                       |
| 19 | kpotalivo@morganlewis.com                          |
| 20 |                                                    |
| 21 | Also Present:                                      |
| 22 | Kelly Leber, Videographer                          |

```
                                                                  Page 8
 1                              INDEX

 2

 3    WITNESS:  CODY WIBERG                                      PAGE

 4

 5    EXAMINATION BY MR. COOK:                                 11, 356

 6               MS. LORENZO:                                      245

 7               MS. LIEBERMAN:                                    275

 8               MR. FAUCI:                                   282, 375

 9               MR. BLACK:                                   309, 382

10

11

12

13    EXHIBITS MARKED:

14    Exhibit Abbott 650, JDWIBERG0015 to 0022                       9

15    Exhibit Abbott 651, KY_DMS_00000000117257                    207

16    Exhibit Dey 124,    DEY-MDL-0105083 to 0105089              245

17

18

19

20

21

22
```

Wiberg, Cody                                          March 14, 2008

Page 169

1    Q.  And to go back to what you described earlier
2    on about a perfect world of reimbursement --
3    A.  Uh-huh.
4    Q.  In a perfect world of transparency, if AWPs
5    were actually an average of what providers were
6    paying, what would you expect would be the effect
7    that would have on the other aspects of the
8    Medicaid system?
9    A.  Well, if AWP actually reflected the average
10   --
11   Q.  An empirical average.
12   A.  Yeah, an average of what most providers were
13   paying, actually paying, in terms of the pharmacy
14   side of things -- it's more complicated, I think,
15   on the physician facility side, because they also
16   get paid for office visits and things like that.
17   But on the pharmacy side, if the AWP, on average,
18   was what you would expect most providers to be
19   actually paying for the drug when they purchase it,
20   you would end up raising the dispensing fee, to a
21   certain extent.  And to what extent you raise it
22   would depend -- depend on your policy

1     Q.  And that is a Mr. or Mrs., do you remember?

2     A.  Miss.  Miss or Mrs.

3     Q.  And she had a position similar to yours in
4  Louisiana, right?

5     A.  That was my understanding.  Now, one of the
6  things you have to understand is, in addition to
7  AWP being "ain't what's paid," another common
8  saying that we have was if you've seen one Medicaid
9  Pharmacy Program, you've seen one Medicaid Pharmacy
10 Program.  And there were people, for example, Jerry
11 Wells -- I should actually go back to this.  I
12 assumed Jerry Wells was my exact counterpart in
13 Florida.  It turns out, there was a gentleman above
14 him, but that person never went to the meetings,
15 Jerry Wells got delegated.  But -- so some of these
16 people may not have had my exact standing within
17 their own departments.  My understanding is, some
18 states hired consultants that really weren't on the
19 state payroll at all.  So some of these people were
20 helping the state manage pharmacy benefits, but
21 weren't necessarily state employees that made the
22 actual decisions.  They made the recommendations.

```
 1
 2
 3
 4
 5                                    _____
 6                                    SIGNATURE OF THE WITNESS
 7
 8     Subscribed and sworn to and before me
 9     this _____ day of _____, 20____.
10
11
12     _____
13             Notary Public
14
15
16
17
18
19
20
21
22
```

1                REPORTER'S CERTIFICATE

2

3

4    STATE OF MINNESOTA    )

5                           ) ss.

6    COUNTY OF SHERBURNE   )

7

8        I hereby certify that I reported the videotaped

9    deposition of Doctor Cody Wiberg on March 14, 2008 in

10   Minneapolis, Minnesota, and that the witness was by me

11   first duly sworn to tell the whole truth;

12       That the testimony was transcribed by me and is a

13   true record of the testimony of the witness;

14

15       That the cost of the original has been charged to the

16   party who noticed the deposition, and that all parties

17   who ordered copies have been charged at the same rate

18   for such copies;

19       That I am not a relative or employee or attorney or

20   counsel of any of the parties, or a relative or employee

21   of such attorney or counsel;

22       That I am not financially interested in the action

```
 1   and have no contract with the parties, attorneys, or
 2   persons with an interest in the action that affects or
 3   has a substantial tendency to affect my impartiality;
 4
 5        That the right to read and sign the deposition by the
 6   witness was not waived.
 7        WITNESS MY HAND AND SEAL THIS 19th day of March,
 8   2008.
 9
10
11              ------------------------------------
12        Suzanne Hagen, RPR, CRR, CBC
13        Notary Public, Sherburne County, Minnesota
14        My commission expires January 2012.
15
16
17
18
19
20
21
22
```