# Exhibit F

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   ------------------------------------------------

 4

 5   IN RE: PHARMACEUTICAL    )

 6   INDUSTRY AVERAGE         )

 7   WHOLESALE PRICE          )

 8   LITIGATION               )MDL Docket No.

 9                            )Civil Action 01CV12257PBS

10   ------------------------------------------------

11           DEPOSITION UPON ORAL EXAMINATION OF

12                      DOROTHY POULSEN

13   ------------------------------------------------

14                        9:00 a.m

15                    February 22, 2006

16                      PERKINS COIE

17                1201 Third Avenue, #4800

18                Seattle, Washington  98101

19

20     REPORTED BY:  Judith A. Robinson, CCR #2171

21

22
```

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4

 5            ROBERT F. LOPEZ, ESQ.

 6            HAGENS BERMAN SOBOL SHAPIRO LLP

 7            1301 Fifth Avenue, Suite #2900

 8            Seattle, Washington  98101

 9            Phone:  206-623-7292

10            Fax:    206-623-0594

11            Email:  rob@hbsslaw.com

12

13   FOR THE DEFENDANT, IMMUNEX:

14            KATHLEEN M. O'SULLIVAN, ESQ.

15            PERKINS COIE LLP

16            1201 Third Avenue, Suite #4800

17            Seattle, Washington  98101-3099

18            Phone:  206-359-6375

19            Fax:    206-359-9000

20            Email:  kosullivan@perkinscoie.com

21

22      (CONTINUED)
```

```
 1              A P P E A R A N C E S   (CONTINUED)

 2

 3    FOR DEFENDANT, PFIZER, INC.

 4    AND PHARMACIA CORPORATION:

 5              ERICA SMITH-KLOCEK, ESQ.

 6              MORGAN, LEWIS & BOCKIUS LLP

 7              1701 Market Street

 8              Philadelphia, Pennsylvania  19103

 9              Phone:  215-963-5364

10              Fax:    215-963-5001

11              Email:  esklocek@morganlewis.com

12

13    FOR DEFENDANT, DEY:

14              CLIFFORD KATZ, ESQ. (Via Telephone)

15              KELLEY DRYE & WARREN LLP

16              101 Park Avenue

17              New York, New York  10178-0002

18              Phone:  212-808-7609

19              Fax:    212-808-7897

20              Email:  ckatz@kelleydrye.com

21

22        (CONTINUED)
```

Dorothy Poulsen  
Seattle, WA  
February 22, 2006

Page 4

```
 1         A P P E A R A N C E S    (CONTINUED)
 2
 3   FOR DEFENDANT, AVENTIS PHARMACEUTICALS:
 4         BRIAN G. FEDOTIN, ESQ. (Via Telephone)
 5         SHOOK HARDY & BACON LLP
 6         2555 Grand Boulevard
 7         Kansas City, Missouri  64108
 8         Phone:  816-559-2041
 9         Fax:    816-421-5547
10         Email:  bfedotin@shb.com
11
12   FOR DEFENDANT, BAYER CORPORATION:
13         MICHAEL P. DOSS & JOSEPH W. YOCKEY
14         (Via Telephone)
15         SIDLEY AUSTIN LLP
16         1 South Dearborn
17         Chicago, Illinois  60603
18         Phone:  312-853-7000
19         Fax:    312-853-7036
20         Email:  mdoss@sidley.com,
21                 jyockey@sidley.com
22
```

1                          I N D E X

2

3    EXAMINATION BY:                                                PAGE

4       Ms. O'Sullivan.............................. 013

5       Mr. Doss.................................... 271

6       Mr. Katz.................................... 276

7

8                          E X H I B I T S

9    NUMBER                DESCRIPTION                              PAGE

10   Exhibit Poulsen 001,  Email MT013240............... 013

11   Exhibit Poulsen 002,  Department Of Health & Human

12                         Services Memorandum......... 013

13   Exhibit Poulsen 003,  MedManagement Document

14                         MT018459.................... 013

15   Exhibit Poulsen 004,  Department Of Public Health

16                         And Human Services Health

17                         Policy & Services Division

18                         MT018455.................... 013

19   Exhibit Poulsen 005,  Testimony Outpatient Drugs

20                         January 6, 1998, MT004034 -

21                         MT004043.................... 013

22      (CONTINUED)

Dorothy Poulsen                                                February 22, 2006

Seattle, WA

Page 6

| # | E X H I B I T S  (CONTINUED) | |
|---|---|---|
| | NUMBER | DESCRIPTION | PAGE |

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit Poulsen 006, | Mountain-Pacific Quality Health Foundation Due Care Program Newsletter MT015624 - MT015628............... | 013 |
| Exhibit Poulsen 007, | Email Document MT016117 - MT016118................... | 013 |
| Exhibit Poulsen 008, | Email Document MT016093..... | 013 |
| Exhibit Poulsen 009, | MT016356 - MT016360......... | 013 |
| Exhibit Poulsen 010, | MT028841 - MT028855......... | 013 |
| Exhibit Poulsen 011, | MT008640 - MT008646......... | 013 |
| Exhibit Poulsen 012, | Medicaid Services Prescription Drug Program, Dorothy Poulsen, Program Officer, December 6, 1999 MT006626 - MT006642......... | 013 |
| Exhibit Poulsen 013, | Health Policy & Services Division MT005264........... | 013 |
| Exhibit Poulsen 014, | State Of WV Department Of Health And Human Resources MT008457 - MT008458......... | 147 |

```
 1                E X H I B I T S    (CONTINUED)
 2   NUMBER                 DESCRIPTION                    PAGE
 3   Exhibit Poulsen 015, MT005760..................... 147
 4   Exhibit Poulsen 016, MT Medicaid State Plan
 5                        Amendment Approved In
 6                        The Year 2000............... 147
 7   Exhibit Poulsen 017, State Plan Reviewer Sign-Off
 8                        Sheet MT014542 - MT014544... 147
 9   Exhibit Poulsen 018, MT Department Of Public
10                        Health And Human Services
11                        Document MT008430 - MT008431 158
12   Exhibit Poulsen 019, Health Insurance Claim Form
13                        MT003220 - MT003221......... 158
14   Exhibit Poulsen 020, IL Department Of Public Aid
15                        Document MT023193........... 158
16   Exhibit Poulsen 021, Department Of Public Health
17                        And Human Services Document
18                        MT015582.................... 158
19   Exhibit Poulsen 022, Department Of Public Health
20                        And Human Services Document
21                        MT005370 - MT005372......... 158
22       (CONTINUED)
```

Dorothy Poulsen                                                   February 22, 2006
                              Seattle, WA

Page 8

```
 1                E X H I B I T S     (CONTINUED)

 2    NUMBER                  DESCRIPTION                       PAGE

 3    Exhibit Poulsen 023,  MT State Pharmaceutical

 4                          Association Document

 5                          MT005368.................... 158

 6    Exhibit Poulsen 024,  Display Screen 1 Document

 7                          MT005418.................... 158

 8    Exhibit Poulsen 025,  Email Document MT020421..... 158

 9    Exhibit Poulsen 026,  A Letter To Dorothy D.

10                          Poulsen MT028879 - MT028881. 191

11    Exhibit Poulsen 027,  Department Of Health & Human

12                          Services Document MT013196 -

13                          MT013198.................... 201

14    Exhibit Poulsen 028,  Department Of Health & Human

15                          Services OIG, Medicaid's Use

16                          Of Revised AWPs, Janet

17                          Rehnquist, Inspector General,

18                          September 2001 MT023704 -

19                          MT023721.................... 206

20    Exhibit Poulsen 029,  Department Of Health & Human

21                          Services Letter to Ms.

22                          Dorothy Poulsen MT013790.... 209
```

```
 1              E X H I B I T S    (CONTINUED)
 2    NUMBER                  DESCRIPTION                      PAGE
 3    Exhibit Poulsen 030,   Email document MT013791 -
 4                           MT013792.................... 209
 5    Exhibit Poulsen 031,   Department Of Health & Human
 6                           Services OIG Review Of
 7                           Pharmacy Acquisition Costs For
 8                           Drugs Reimbursed Under The
 9                           Medicaid Prescription Drug
10                           Program Of The MT Department
11                           Of Public Health & Human
12                           Services MT013731 - MT013743 213
13    Exhibit Poulsen 032,   Department Of Public Health &
14                           Human Services, Health Policy
15                           & Services Division, State Of
16                           MT Memorandum MT018379 -
17                           MT018381.................... 215
18    Exhibit Poulsen 033,   Department Of Public Health &
19                           Human Services, State of MT
20                           Memorandum MT018383 -
21                           MT018377.................... 218
22         (CONTINUED)
```

```
                                                              Page 10
 1                E X H I B I T S    (CONTINUED)

 2     NUMBER                  DESCRIPTION                    PAGE

 3     Exhibit Poulsen 034, State Of MT Request For

 4                            Proposal MT018338 - MT018374    222

 5     Exhibit Poulsen 035, Pharmaceutical Management -

 6                            Advisory Committee Members,

 7                            Department of Corrections

 8                            MT018330.....................   223

 9     Exhibit Poulsen 036, Email MT018257 - MT018258...      229

10     Exhibit Poulsen 037, Contract For Services

11                            MT018495 - MT018504.........    234

12     Exhibit Poulsen 038, Pharmaceutical Management

13                            Service Agreement MT018394

14                            - MT018409..................    234

15     Exhibit Poulsen 039, Amendment No. 1 To

16                            Pharmaceutical Services

17                            Agreement MT018392

18                            - MT018393..................    234

19     Exhibit Poulsen 040, Department Of Public Health &

20                            Human Services Addictive And

21                            Mental Disorders Division

22                            MT018311 - MT018314.........    234
```

E X H I B I T S   (CONTINUED)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit Poulsen 041, | McKesson HBOC Cost Comparison MT018317 | 234 |
| Exhibit Poulsen 042, | Department Of Public Health & Human Services, MT Mental Health Nursing Care Center MT018259 - MT018269 | 234 |
| Exhibit Poulsen 043, | Amendment No. 1 to Contract For Pharmaceutical Management Services Contract #DPS-COR-00-327R  MT018301 - MT018303 | 235 |
| Exhibit Poulsen 044, | Department Of Public Health & Human Services MT014815 - MT014827 | 245 |
| Exhibit Poulsen 045, | Prescription Drug Forum September 28, 2000, Helena, MT MT014873 - MT014888 | 247 |
| Exhibit Poulsen 046, | Prescription Drug Forum October 25, 2000, Helena, MT MT017069 - MT017072 | 253 |

```
 1              E X H I B I T S   (CONTINUED)

 2   NUMBER                DESCRIPTION                    PAGE

 3   Exhibit Poulsen 047,  Strategies In Other States

 4                         MT006565 - MT006569......... 253

 5   Exhibit Poulsen 048,  Email Document MT016589

 6                         - MT016590.................. 257

 7   Exhibit Poulsen 049,  MT Medicaid Prescription

 8                         Drug Program, January 2001

 9                         MT017041 - MT017064......... 262

10   Exhibit Poulsen 050,  MT Department Of Public

11                         Health & Human Services, Fax

12                         To: Etta Hawkins/Carolyn

13                         Schmitz, From: Dorothy

14                         Poulsen, Program Officer

15                         MT008391 - MT008393......... 267

16   Exhibit Poulsen 051,  Myers & Stauffer, LC,

17                         Certified Public Accountants

18                         MT005265 - MT005287......... 270

19

20

21

22
```

```
                                                              Page 13
 1    SEATTLE, WASHINGTON, WEDNESDAY, FEBRUARY 22, 2006,

 2                        9:00 A.M.

 3                         --oOo--

 4

 5              (Whereupon, Various Documents were

 6    marked Exhibit Poulsen 001, Exhibit Poulsen 002,

 7    Exhibit Poulsen 003, Exhibit Poulsen 004, Exhibit

 8    Poulsen 005, Exhibit Poulsen 006, Exhibit Poulsen

 9    007, Exhibit Poulsen 008, Exhibit Poulsen 009,

10    Exhibit Poulsen 010, Exhibit Poulsen 011, Exhibit

11    Poulsen 012, and Exhibit Poulsen 013 for

12    identification.)

13

14    DOROTHY POULSEN, having been duly sworn on oath was

15    examined and testified as follows:

16

17                   E X A M I N A T I O N

18    BY MS. O'SULLIVAN:

19         Q.   Good morning, Mrs. Poulsen.

20         A.   Good morning.

21         Q.   I'm Katie O'Sullivan.  I represent Immunex

22    Corporation, who is one of the defendants in this
```

```
 1    pharmacy programs for Medicaid across the country
 2    did talk?
 3              MR. LOPEZ:  Objection.
 4              THE WITNESS:  No.  Actually, in -- in what
 5    terms?  No.  I mean, I don't know that I had ever
 6    heard "Ain't What's Paid" before I read here.  And
 7    no, we didn't usually talk in these terms.  This was
 8    the -- in -- in any discussions that there may have
 9    been about pricing, the -- the way that it would
10    have been phrased would not have been as informal as
11    this.
12    BY MS. O'SULLIVAN:
13        Q.   But you did testify a few minutes ago,
14    that it was common knowledge that AWP was, "Ain't
15    What's Paid"?
16              MR. LOPEZ:  Object to form.
17              THE WITNESS:  Colloquially, yes.  I mean,
18    we understood that AWP didn't reflect the average
19    wholesale price.
20    BY MS. O'SULLIVAN:
21        Q.   And the AWP also didn't reflect the actual
22    acquisition costs?
```

Page 280

1  just want to thank you for your time. I have no
2  questions at this time.
3              THE WITNESS: Thank you.
4              MR. LOPEZ: We'll reserve signature.
5                   (Whereupon, the deposition of Dorothy
6  Poulsen was concluded at 6:09 p.m.)
7
8
9                        S I G N A T U R E
10  I declare under penalty of perjury under the laws of
11  the State of Washington that I have read my within
12  deposition. And the same is true and accurate, save
13  and except for changes and/or corrections, if any, as
14  indicated by me on the change sheet page hereof.
15
16      Signed in ...................., Washington, on
17  the ......... Day of ............, 2006.
18
19                          _____
20                          DOROTHY POULSEN
21                          Taken: February 22, 2006
22                          Judith A. Robinson, CCR

Dorothy Poulsen																																	February 22, 2006
Seattle, WA

Page 281

```
 1                C E R T I F I C A T E

 2    STATE OF WASHINGTON    )

 3    COUNTY OF KING         )    ss.

 4              I, Judith A. Robinson, Certified Court Reporter and

 5    an officer of the Court under my commission as a Notary Public

 6    for the State of Washington, hereby certify that the foregoing

 7    deposition upon oral examination of said witness was transcribed

 8    under my direction; that the witness was duly sworn by me to

 9    testify truthfully; that the transcript of the deposition is a

10    full, true, and correct transcript to the best of my ability;

11    that I am neither attorney for, nor a relative or employee of

12    any of the parties to the action or any attorney or counsel

13    employed by the parties hereto, nor financially interested in

14    its outcome.

15              IN WITNESS WHEREOF, I have hereunto set my hand and seal.

16

17                              _____

18                              NOTARY PUBLIC in and for the

19                              State of Washington, residing

20                              in Seattle.

21                              My Commission expires November 4,

22                              2008, CCR License #2171.
```