# Exhibit G

Page 1

1              UNITED STATES DISTRICT

2         FOR THE DISTRICT OF MASSACHUSETTS

3

4     ---------------------------X

5    IN RE:  PHARMACEUTICAL      )   MDL NO.  1456

6    INDUSTRY AVERAGE WHOLESALE  )   CIVIL ACTION

7    PRICE LITIGATION            )   01-CV-12257-PBS

8    THIS DOCUMENT RELATES TO    )

9    U.S. ex rel. Ven-a-Care of  )

10   of the Florida Keys, Inc.   )

11       v.                      )   No.06-CV-11337-PBS

12   ABBOTT LABORATORIES, INC.,  )

13   ---------------------------X

14

15       (cross captions appear on following pages)

16

17         Deposition of HARRY LEO SULLIVAN

18                   Volume I

19            Nashville, Tennessee

20         Tuesday, March 12, 2008

21                 9:05 a.m.

22

Page 2

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3     ---------------------------X

 4     IN RE:  PHARMACEUTICAL      )   MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE )   CIVIL ACTION

 6     PRICE LITIGATION            )   01-CV-12257-PBS

 7     THIS DOCUMENT RELATES TO    )

 8     ALL CASES IN MDL NO. 1456   )

 9     ---------------------------X

10

11

12            IN THE SUPERIOR COURT FOR THE

13                 STATE OF ALASKA

14        THIRD JUDICIAL DISTRICT AT ANCHORAGE

15     ---------------------------X

16     STATE OF ALASKA,            )

17              Plaintiff,         )   Case No.

18     vs.                         )   3AN-06-12026 CI

19     ALPHARMA BRANDED PRODUCTS   )

20     DIVISION, INC., et al.,     )

21              Defendants.        )

22     ---------------------------X
```

Page 3

```
 1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

 2                  STATE OF HAWAII

 3     --------------------------X

 4     STATE OF HAWAII,              )

 5              Plaintiff,           ) Case No.

 6     vs.                          ) 06-1-0720-04 EEH

 7     ABBOTT LABORATORIES, INC., )

 8     et al.,                      )

 9              Defendants.          )

10     --------------------------X

11

12

13    IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF

14         IDAHO, IN AND FOR THE COUNTY OF ADA

15     --------------------------X

16     STATE OF IDAHO,              )

17              Plaintiff,           ) Case No.

18     vs.                          ) CV 0C 0701847

19     ALPHARMA USPD, INC.,         )

20     et al.,                      )

21              Defendant.           )

22     --------------------------X
```

Page 4

```
 1      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 2            COUNTY DEPARTMENT, CHANCERY DIVISION

 3     ---------------------------X

 4     THE PEOPLE OF THE            )

 5     STATE OF ILLINOIS,           )

 6            Plaintiff,            )   Case No.

 7     vs.                          )   05 CH 02474

 8     ABBOTT LABORATORIES,         )

 9     et al.,                      )

10            Defendants.          )

11     ---------------------------X

12            COMMONWEALTH OF KENTUCKY

13        FRANKLIN CIRCUIT COURT - DIV. I

14     ---------------------------X

15     COMMONWEALTH OF KENTUCKY,    )

16     ex rel. GREGORY D. STUMBO,   )

17     ATTORNEY GENERAL             )   Civil Action

18            Plaintiff,            )   NO. 04-CI-1487

19     vs.                          )

20     ALPHARMA USPD, INC., et al.,)

21            Defendants.          )

22     ---------------------------X
```

Page 5

```
 1              COMMONWEALTH OF KENTUCKY

 2          FRANKLIN CIRCUIT COURT - DIV. II

 3     --------------------------X

 4    COMMONWEALTH OF KENTUCKY,    )

 5              Plaintiff,         )   Civil Action

 6    vs.                         )   NO. 03-CI-1134

 7    ABBOTT LABORATORIES, INC.,   )

 8    et al.,                      )

 9              Defendants.        )

10     --------------------------X

11              COMMONWEALTH OF KENTUCKY

12          FRANKLIN CIRCUIT COURT - DIV. II

13     --------------------------X

14    COMMONWEALTH OF KENTUCKY,    )

15    ex rel. GREGORY D. STUMBO,   )

16    ATTORNEY GENERAL             )

17              Plaintiff,         )   Civil Action

18    vs.                         )   NO. 03-CI-1135

19    WARRICK PHARMACEUTICALS      )

20    CORP., et al.,               )

21              Defendants.        )

22     --------------------------X
```

```
 1                STATE OF WISCONSIN CIRCUIT COURT

 2                     DANE COUNTY Branch 9

 3       ---------------------------X

 4       STATE OF WISCONSIN,          )

 5               Plaintiff,           )

 6       vs.                          ) Case No. 04-CV-1709

 7       AMGEN INC., et al.,          )

 8               Defendants.          )

 9       ---------------------------X

10                UNITED STATES DISTRICT COURT

11             FOR THE DISTRICT OF MASSACHUSETTS

12       ---------------------------X

13       IN RE:  PHARMACEUTICAL       )

14       INDUSTRY AVERAGE WHOLESALE   )

15       PRICE LITIGATION             )

16       ---------------------------X

17       THIS DOCUMENT RELATES TO:    )

18       State of California, ex rel. )

19       Ven-A-Care v. Abbott         )

20       Laboratories, Inc., et al.   )

21       CASE #: 1:03-cv-11226-PBS    )

22       ---------------------------X
```

Sullivan, Harry Leo                                                      March 12, 2008
                                Nashville, TN

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3      ------------------------------X

 4     IN RE:  PHARMACEUTICAL        )   MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

 6     PRICE LITIGATION              )   01-CV-12257-PBS

 7      ------------------------------X

 8     THIS DOCUMENT RELATES TO      )

 9     U.S. ex rel. Ven-a-Care of The)

10     Florida Keys, Inc., et al.,   )

11     v Boehringer Ingelheim        )

12     Corporation, et al.,          )

13     No. 07-CV-10248-PBS           )

14      ------------------------------X

15

16

17

18

19

20

21

22
```

```
 1                    STATE OF NEW YORK

 2              SUPREME COURT: COUNTY OF ERIE

 3       ------------------------------X

 4    COUNTY OF ERIE,                  )

 5              Plaintiff,             )

 6    vs.                             ) Index No. 05-2439

 7    ABBOTT LABORATORIES, INC.,      )

 8    et al.,                         )

 9              Defendants.            )

10       ------------------------------X

11

12             IN THE CIRCUIT COURT FOR

13           MONTGOMERY COUNTY, ALABAMA

14       ------------------------------X

15    ITMO:  ALABAMA MEDICAID         )   MASTER DOCKET

16    PHARMACEUTICAL AVERAGE          )   NO. CV-2005-219

17    WHOLESALE PRICE LITIGATION      )

18       ------------------------------X

19    THIS DOCUMENT RELATES TO:       )

20    State of Alabama v.             )

21    Abbott Laboratories, Inc.       )

22       ------------------------------X
```

Page 9

1           Videotaped deposition of HARRY LEO

2     SULLIVAN, held at the law offices of Neal &

3     Harwell, 150 Fourth Avenue North, Nashville,

4     Tennessee 37219, the proceedings being recorded

5     stenographically by Fred W. Jeske, a Registered

6     Professional Court Reporter and Notary Public of

7     the State of Tennessee, and transcribed under

8     his direction.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Sullivan, Harry Leo                                          March 12, 2008
                         Nashville, TN

 1    A P P E A R A N C E S :

 2

 3    On behalf of the United States of America:

 4

 5            JUSTIN DRAYCOTT, ESQ.

 6            United States Department of Justice

 7            P. O. Box 261

 8            Ben Franklin Station

 9            Washington, DC  20044

10            justin.draycott@usdoj.gov

11

12

13    On behalf of the State of California:

14

15            NICHOLAS PAUL, ESQ. (Via phone)

16            Deputy Attorney General

17            1455 Frazee Road, Suite 315

18            San Diego, CA 92108

19            (619) 688-6800

20

21

22    (CONTINUED)

Sullivan, Harry Leo                                                    March 12, 2008
Nashville, TN

Page 11

```
 1    A P P E A R A N C E S :    (CONTINUED)

 2

 3    On behalf of the State of Alabama:

 4

 5            PAUL LYNN, ESQ.   (Via phone)

 6            Beasley, Allen, Crow, Methvin,

 7            Portis & Miles, PC

 8            218 Commerce Street

 9            Montgomery, Alabama 36104

10            (800) 898-2034

11

12

13    On behalf of Abbott Laboratories, Inc.:

14

15            DAVID TORBORG, ESQ.

16            Jones Day

17            51 Louisiana Avenue, N.W.

18            Washington, DC 20001-2113

19            (202) 879-3939

20            dstorborg@jonesday.com.

21

22
```

Page 12

```
 1     A P P E A R A N C E S :    (CONTINUED)

 2

 3    On behalf of Dey, Inc., Dey L.P., and Mylan:

 4

 5            CLIFFORD KATZ, ESQ.

 6            Kelley, Drye & Warren LLP

 7            101 Park Avenue

 8            New York, New York 10178

 9            (212) 808-7720

10            ckatz@kelleydrye.com

11

12

13    On behalf of Roxane Laboratories and

14    Boehringer Ingelheim:

15

16            MIRIAM LIEBERMAN, ESQ. (Via phone)

17            Kirkland & Ellis

18            200 East Randolph Drive

19            Chicago, Illinois 6060

20            (312) 861-2285

21            mlieberman@kirkland.com

22
```

Page 13

```
 1    A P P E A R A N C E S :    (CONTINUED)

 2

 3    On behalf of Schering-Plough Corporation,

 4    Schering Corporation and Warrick Pharmaceuticals

 5    Corporation:

 6

 7              C. SCOTT JONES, ESQ. (Via phone)

 8              Locke, Lord, Bissell & Liddell

 9              2200 Ross Avenue, Suite 2200

10              Dallas, Texas 75201

11              (214) 740-8459

12              sjones@lockeliddell.com

13

14

15    Also present:

16

17              Tony Nolan, videographer

18

19

20

21

22
```

Sullivan, Harry Leo                                                    March 12, 2008
                              Nashville, TN

 1                     I N D E X

 2

 3   WITNESS:  HARRY LEO SULLIVAN                        PAGE

 4        Direct by Mr. Torborg.................... 018

 5        Cross by Mr. Katz....................... 259

 6        Cross by Mr. Draycott................... 309

 7        Redirect by Mr. Torborg................. 327

 8

 9                   E X H I B I T S

10   NUMBER              DESCRIPTION               PAGE

11   Exhibit Abbott 574-HHD 142-0268-283........... 080

12   Exhibit Abbott 575-ACMDL 77735-736............ 126

13   Exhibit Abbott 576-VAC-MDL 75533-566.......... 134

14   Exhibit Abbott 577-HHC 002-0423-430........... 145

15   Exhibit Abbott 578-HHC 002-0400-407........... 156

16   Exhibit Abbott 579-HHC 902-0657-665, excluding

17                     061 & 062.................. 166

18   Exhibit Abbott 580-An Analysis of the Cost of

19                     Dispensing Third-Party

20                     Prescriptions in Chain

21                     Pharmacies

22                     (No Bates numbers)......... 179

Sullivan, Harry Leo                                                    March 12, 2008
                              Nashville, TN

```
 1                    E X H I B I T S

 2     NUMBER                  DESCRIPTION                    PAGE

 3     Exhibit Abbott 581-HHD 022-0201-203............ 202

 4     Exhibit Abbott 582-HHD 021-0121-122............ 205

 5     Exhibit Abbott 583-HHD 006-0341-346............ 224

 6     Exhibit Abbott 584-HHC 001-0657-660............ 233

 7     Exhibit Dey 124   -DEY-MDL 0105083-089......... 301

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Sullivan, Harry Leo                                                    March 12, 2008
Nashville, TN

1    -- if, if actual acquisition costs is being used

2    as a reimbursement methodology, it still does not

3    get to net cost.

4         Q.   During the entirety of the time that

5    you were the director of pharmacy services for

6    Tennessee Medicaid, did you believe that the AWPs

7    in the compendia were a reliable source of

8    information regarding what pharmacies or

9    physicians actually paid for drugs?

10        A.   No.

11        Q.   And from your interactions with other

12   state pharmacy administrators, in your view did

13   other state pharmacy administrators believe that

14   AWPs were a reliable source for what pharmacies

15   and physicians actually paid for drugs?

16             MR. DRAYCOTT:   Objection.

17        A.   Again, I don't ever remember such a

18   specific discussion with, with those peers,

19   because it just wouldn't come up.  I -- everybody

20   knows the sky's blue.  I mean it is that basic to

21   me.  I couldn't imagine some -- one of your peers

22   in that situation sitting down and saying, Hey,

Page 99

```
1   Did you know pharmacists really aren't paying

2   AWP?

3   BY MR. TORBORG:

4        Q.   So just as the sky, just as everyone

5   knows the sky is blue, you think your peers knew

6   that average wholesale prices did not represent a

7   reliable source of the prices at which physicians

8   and pharmacies actually paid for drugs.

9        A.   That's correct.

10        Q.   During the entirety of the time that

11   you were the director of pharmacy services for

12   Tennessee, did you believe that the AWPs and the

13   compendia approximated what pharmacies or

14   physicians actually paid for drugs?

15            MR. DRAYCOTT:   Objection.

16        A.   No.

17            No.

18            And "approximate" is kind of a hard

19   term.  Well, I mean I guess you could say AWP

20   minus 22 approximates what their AWP, but I don't

21   know how you would define approximate.  But --

22   BY MR. TORBORG:
```

Page 240

```
 1        Q.    Do you know agree with Mr. Wiberg --

 2        A.    Yes.

 3        Q.    -- on that?

 4        A.    The question, though, that, that

 5    boggles my mind, and it did at this time when I

 6    interacted with my peers, when they're wringing

 7    their hands over issues like this, I'm just --

 8    you know, I'm just curious why you don't get out

 9    there, find out what the drugs cost, and set the

10    price yourself.  You can always MAC things.  You

11    can MAC a brand name drug if you want to.  But go

12    ahead.

13        Q.    And then later on in the paragraph Mr.

14    Wiberg wrote, The spread between AAC and AWP is

15    taken into account when determining what to pay

16    for a dispensing fee.  Do you see that?

17        A.    Yeah.

18        Q.    Do you agree with that?

19        A.    That's one way to do it.

20        Q.    Well, you testified earlier today that

21    when you set the dispensing fee in Tennessee, you

22    took into account the amount of profit that was
```

Sullivan, Harry Leo                                                   March 12, 2008
                              Nashville, TN

Page 241

1    being made by pharmacies on the ingredient side;

2    is that right?

3         A.   Well, that's what I'll -- that's what I

4    was hoping to convey was the dispensing fee in

5    and of itself is not compensation for what some

6    calculated cost to dispense, that the portion of

7    profit built into the ingredient cost is also a

8    factor in that.

9         Q.   The next, if we skip down to the next

10   paragraph, it starts with Some public.  Do you

11   see that?

12        A.   What -- and this gets back to even like

13   the current debate with AMP.  It doesn't make

14   sense to me if what your -- ultimately what

15   you're trying to do is save money, preserve

16   precious federal tax dollars, by all this work

17   OIG did.

18             And you want, and you want to go then

19   live by the strict letter of this new AWP, again

20   that's to make sure that we're not overpaying,

21   but you can, you can balance that over here with

22   the dispensing fee.  Raise it up to whatever

1                SIGNATURE OF THE WITNESS

2

3

4

5

6                                    _____

7                        HARRY LEO SULLIVAN

8

9    Subscribed and sworn to and before me

10   this _____ day of _____, 20____.

11

12

13   _____

14          Notary Public

15

16

17

18

19

20

21

22