# Exhibit H

Gilmore, Gary P.                                                                July 26, 2007

Boston, MA

Page 1

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3     Civil Action No. 03-CV-11865-PBS

4     - - - - - - - - - - - - - - - - - - - - - - - x

5     THE COMMONWEALTH OF MASSACHUSETTS,

6                    Plaintiff,

7        v.

8     MYLAN LABORATORIES, INC.; BARR LABORATORIES, INC.;

9     DURAMED PHARMACEUTICALS, INC.; IVAX CORPORATION;

10    WARRICK PHARMACEUTICALS CORPORATION; WATSON

11    PHARMACEUTICALS, INC.; SCHEIN PHARMACEUTICAL; INC.;

12    TEVA PHARMACEUTICALS USA, INC.; PAR PHARMACEUTICAL,

13    INC.; DEY, INC.; ETHEX CORPORATION; PUREPAC

14    PHARMACEUTICAL CO.; and ROXANE LABORATORIES, INC.,

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - x

17

18        VIDEOTAPED DEPOSITION OF GARY P. GILMORE

19     Thursday, July 26, 2007   9:34 a.m. to 5:38 p.m.

20              Greenberg Traurig, LLP

21    One International Place, Boston, Massachusetts

22        Reporter:  Lisa A. Moreira, RDR, CRR

Gilmore, Gary P.                                                          July 26, 2007

Boston, MA

Page 2

```
 1   A P P E A R A N C E S

 2

 3          THE COMMONWEALTH OF MASSACHUSETTS

 4          OFFICE OF THE ATTORNEY GENERAL

 5          (BY: ROBERT PATTEN, ESQ.)

 6          One Ashburton Place

 7          Boston, Massachusetts 02114

 8          617.727.2200

 9          robert.patten@ago.state.ma.us

10               Counsel for the Plaintiff

11

12          KELLEY DRYE & WARREN LLP

13          (BY:  NEIL MERKL, ESQ., and

14                 SUNG W. KIM, ESQ.)

15          101 Park Avenue

16          New York, New York 10178

17          212.808.7811

18          nmerkl@kelleydrye.com

19          sukim@kelleydrye.com

20               Counsel for the Defendant

21               Mylan Laboratories, Inc.

22
```

Gilmore, Gary P.                                              July 26, 2007

Boston, MA

Page 3

```
 1    A P P E A R A N C E S  (CONTINUED)

 2

 3          ROPES & GRAY LLP

 4          (BY: CARISA A. KLEMEYER, ESQ.)

 5          One International Place

 6          Boston, Massachusetts 02110-2624

 7          617.951.7000

 8          carisa.klemeyer@ropesgray.com

 9                Counsel for the Defendant

10                Warrick Pharmaceuticals

11                Corporation

12

13          KIRKLAND & ELLIS LLP

14          (BY:  REYNA S. WALTERS, ESQ.)

15          655 Fifteenth Street, NW

16          Washington, D.C. 20005

17          202.879.5000

18          rwalters@kirkland.com

19                Counsel for the Defendants Barr

20                Laboratories, Inc., and Duramed

21                Pharmaceuticals, Inc.

22
```

Gilmore, Gary P.                                                                      July 26, 2007

Boston, MA

Page 4

```
 1    A P P E A R A N C E S  (CONTINUED)

 2

 3         KIRKLAND & ELLIS LLP

 4         (BY: JORDAN M. HEINZ, ESQ.)

 5         200 East Randolph Drive

 6         Chicago, Illinois 60601

 7         312.469.7027

 8         jheinz@kirkland.com

 9              Counsel for the Defendant

10              BoehringerIngelheim Roxane, Inc.

11

12

13  ALSO PRESENT:

14

15         Jennifer Goldstein, Legal Intern -

16              Commonwealth

17         Jason Lachapelle, Videographer

18

19

20

21

22
```

Gilmore, Gary P.                                                                July 26, 2007

Boston, MA

1                           I N D E X

2

3    WITNESS:            DIRECT   CROSS   REDIRECT   RECROSS

4    GARY P. GILMORE

5       (By Mr. Merkl).... 008.......................

6       (By Mr. Heinz).......... 329..................

7       (By Ms. Klemeyer)....... 340..................

8

9

10                        E X H I B I T S

11   NUMBER                    DESCRIPTION              PAGE

12   Exhibit Gilmore 001, Resume................... 024

13   Exhibit Gilmore 002, Mylan rebate agreement... 133

14   Exhibit Gilmore 003, MA012331 and MA012332.... 181

15   Exhibit Gilmore 004, MA001466 - MA001473...... 201

16   Exhibit Gilmore 005, MA001510 - MA001545...... 235

17   Exhibit Gilmore 006, MA001457................. 248

18   Exhibit Gilmore 007, MA001435 - MA001437...... 280

19   Exhibit Gilmore 008, MA016316 - MA016318...... 321

20   Exhibit Gilmore 009, MA000858 and MA000859.... 331

21   Exhibit Gilmore 010, MA003602 and MA003603.... 340

22

Gilmore, Gary P.                                    July 26, 2007
                        Boston, MA

                                                              303

1           A.    Correct.

2           Q.    And why was that?

3           A.    We wanted to incentivize and encourage

4     the use of generic drugs when possible within our

5     program.

6           Q.    So, again, even though you knew that

7     the pharmacists were obtaining generics at 30

8     percent below WAC, you still decided to give them

9     a boost of $2 in their dispensing fee?

10          A.    Yes.

11          Q.    And by this time, by August/September,

12    I guess everyone that you had talked to were

13    aware of the information you had previously

14    communicated to them in your e-mails about the

15    information you got from the OIG, correct?

16          A.    I believe so, yes.

17          Q.    Now, assuming -- we were talking about

18    AMP earlier, okay?  So assuming that AMP really

19    is this rock bottom fully discounted price,

20    right, that retailers actually pay to get the

21    drug after all discounts, could the system in

22    Massachusetts have worked if it was at, say, AMP

Gilmore, Gary P.                                        July 26, 2007
                              Boston, MA

                                                                    304

1       plus a $3 dispensing fee?

2             A.    In my opinion, no.

3             Q.    All right.  It would have to approach

4       the levels that you, in fact, enacted, WAC plus 5

5       percent, for them to work.  That was your best

6       judgment as to what it should be?

7             A.    That was my reason, judgment.

8             Q.    Now, there is a program in

9       Massachusetts where you use actual acquisition

10      costs for drugs, isn't there, called 340B or

11      something like that?

12            A.    Yes.

13            Q.    Do you know what that program is?

14            A.    Yes.

15            Q.    How does that work?

16            A.    It's complicated beyond my explanation,

17      but from what I know of it, it's manufacturers --

18      certain manufacturers have a relationship, a

19      contract, with the Public Health Service, and

20      that pricing that they offer the Public Health

21      Service is exempt from any Best Price

22      calculation, or it stands on its own, perhaps

Page 347

```
 1          S I G N A T U R E    O F    W I T N E S S

 2

 3

 4

 5

 6

 7                                    _____

 8                                    GARY  P.  GILMORE

 9

10     Subscribed and sworn to and before me

11     this _____ day of _____, 20____.

12

13

14     _____

15          Notary Public

16

17

18

19

20

21

22
```

Gilmore, Gary P.                                                                                    July 26, 2007
                                        Boston, MA

```
                                                                          Page 348

 1     Commonwealth of Massachusetts

 2     Suffolk, ss.

 3          I, Lisa A. Moreira, Registered Diplomate

 4     Reporter, Certified Real-Time Reporter and Notary

 5     Public in and for the Commonwealth of Massachusetts,

 6     do hereby certify that GARY P. GILMORE, the witness

 7     whose deposition is hereinbefore set forth, was duly

 8     sworn by me and that such deposition is a true

 9     record of the testimony given by the witness.

10          I further certify that I am neither related to or

11     employed by any of the parties in or counsel to this

12     action, nor am I financially interested in the

13     outcome of this action.

14          In witness whereof, I have hereunto set my hand

15     and seal this 29th day of July, 2007.

16

17          _____

18                      Lisa A. Moreira, RDR, CRR

19                      Notary Public

20                      CSR No. 146299

21     My commission expires

22     December 25, 2009
```