FILED
MAR 2 8 2005
CLERK SUPREME COURT

ECF CERTIFICATION
I DO HEREBY ATTEST AND CERTIFY THIS IS A TRUE AND FULL COPY OF A DOCUMENT WHICH IS PART OF THE ELECTRONIC CASE FILE MAINTAINED BY THE U.S. DISTRICT COURT.
DATE: 3/23/05
ROB RAKER, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(Central Division)

Wayne Atwood, Arthur Jennings, Daniel Bellman and John Carmody, on behalf of themselves and all present and future Iowa Code Chapter 229A pretrial detainees, and Loren G. Huss Jr., John Henry Nachtigall, Timothy Gusman, and Lanny Taute, on behalf of themselves and those similarly situated,

    Petitioners and Plaintiffs
    AS MOVANTS

vs.

The Hon. Thomas J. Vilsack, *et al*

    Respondents and Defendants

}   Civil Action
   4-02-CV-90359

05-485

### Order Certifying Question of Bail to Iowa Supreme Court

BE IT REMEMBERED, that on the 30th of September 2004, this court issued its ruling on Petitioners' Motion for Summary Judgment and Adjudications which is currently subject to a Motion to Reconsider under Fed Rule Civ Pro 59. As part of its original ruling, this Court endeavored to certify a question concerning entitlement to bail under the Iowa Constitution to the Iowa Supreme Court. In furtherance of that decision the Court hereby enters this order in compliance with the Iowa Supreme Court rules and Iowa Statutes governing certification of such questions, to wit:

1. A copy of the Court's decision setting forth facts material to this case has been published at 338 F.Supp.2d 985, 1005 (S.D. Iowa 2004) and is attached hereto in relevant portions.

2. The interested Parties are all represented by counsel, *to wit*

For the Equitable Petitioners:

| | |
|---|---|
| RANDALL C. WILSON | JOHN KINNAMON, ESQ. |
| IOWA CIVIL LIBERTIES UNION FOUNDATION | KINNAMON, KINNAMON, RUSSO, MEYER & KEEGAN |
| 901 Insurance Exchange Bldg. 505 Fifth Avenue Des Moines, IA  50309-2321 | 330 First St. S. E. Cedar Rapids, IA  52401 |
| Telephone: (515) 243 4032 Facsimile: (515) 243 8506 | Telephone: (319) 351 2650 Facsimile: (319) 351 1452 |

For the damage Plaintiffs:

PATRICK INGRAM, ESQ.
Mears Law Office
Paul Helen Building, Suite 203
209 East Washington St.
Iowa City, Iowa  52240

For the Respondents & Defendants

Hon. Thomas Miller, Iowa Attorney General
appearing through
GORDON ALLEN, ESQ.
Hoover State Office Bldg., 2nd Fl.
Des Moines, IA 50319

### 3. Facts leading to Certification

The Petitioners in this matter brought suit to challenge the legality and conditions of their pretrial confinement under Iowa Code Chapter 229A which provides for the civil commitment of certain sex offenders. This Court previously certified this matter as a class action and determined that the appropriate class included "all present and future pretrial detainees being held... under Iowa Code Chapter 229A, or who were committed pursuant to Iowa Code Chapter 229A." The facts are undisputed that in Iowa, pretrial detainees under Iowa Code Chapter 229A are not permitted bail by the Respondents. This Court has assumed, subject to later proof that the average time spent in pretrial detention under Chapter 229A is approximately seven months.

This Court has previously determined that the Federal Constitution does not provide civil litigants with an unqualified right to bail. However, Petitioners in this case place their reliance on unique provisions of the Iowa Constitution, common law and prior case law which, they maintain, both establishes and guarantees a right to pretrial bail for civil litigants in proceedings that impose confinement in advance of trial. The foregoing questions may result in determinations of first impression under Iowa law which may be more appropriately answered by the Iowa Supreme Court. The authoritative resolution of the "entitlement to bail" question would assist this court in successfully resolving the present litigation.

4. Accordingly, the Following Question of Law is hereby certified to the Iowa Supreme Court:

> "Are pretrial detainees being held pursuant to Iowa Code Chapter 229A entitled to bail under either the common law or the Iowa Constitution?"

It is so Ordered:

Dated this ___8th___ day of March, 2005

_____
ROBERT W. PRATT
U.S. DISTRICT JUDGE