

FILED
JUN 2 4 2005
CLERK SUPREME COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION, an Illinois Insurance Company,<br><br>　　　　Plaintiff,<br><br>vs<br><br>SAND LIVESTOCK SYSTEMS, INC., a Nebraska corporation; SAND SYSTEMS, INC., a Nebraska corporation; FURNAS COUNTY FARMS, a Nebraska general partnership; and CORI A. GOSSAGE, Individually, and as Administrator of the Estate of Raymond Charles Gossage, Jr., and as Next Friend and Mother of Brian M. Gossage;<br><br>　　　　Defendants. | 05-1063<br><br>No. C04-4028-PAZ<br><br>**ORDER CERTIFYING QUESTION TO IOWA SUPREME COURT** |

In its order of June 22, 2005, the court certified the following question to the Iowa Supreme Court:

> **Do the total pollution exclusions in the policies issued by Bituminous to Sand Livestock relieve Bituminous from any obligation to defend or indemnify Sand Livestock, or to pay damages to Mrs. Gossage, for claims arising out of the death of Raymond Gossage?**

Pursuant to Rule 6.452, Iowa Rules of Appellate Procedure ("IRAP"), the court hereby designates the plaintiff Bituminous Casualty Corporation as the appellant, with the responsibility to file the first brief and appendix. Pursuant to IRAP 6.455, the Clerk

of Court is directed to transmit to the Clerk of the Iowa Supreme Court, together with this certification order, a copy of the complete docket sheet and copies of the following documents (listed by docket number):

| | |
|---|---|
| 1 | Plaintiff's Complaint |
| 4 | Answer by Cori A. Gossage |
| 6 | Answer by Sand Livestock Systems, Inc. and Sand Systems, Inc. |
| 15 | Plaintiff's Motion for Summary Judgment, including all attachments |
| 17 | Resistance to Motion for Summary Judgment by Cori A. Gossage |
| 26 | Response to Plaintiff's Statement of Material Facts by Cori A. Gossage |
| 28 | Resistance to Motion for Summary Judgment by Cori A. Gossage |
| 29 | Resistance to Motion for Summary Judgment by Sand Livestock Systems, Inc., Sand Systems, Inc., and Furnas County Farms |
| 31 | Plaintiff's reply brief re Motion for Summary Judgment |
| 36 | Memorandum Opinion and Order on Plaintiff's Motion for Summary Judgment |

**IT IS SO ORDERED.**

**DATED** this 22nd day of June, 2005

_____
PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Filed By:
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Copies mailed/faxed to counsel of record, pro se parties and others listed here:
06/21/05 clerk sent copies to IA Supreme Court. ak

2