**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE PATTI B. SARIS |
| ALL ACTIONS ) | |
| ) | |

## MOTION TO PERMIT BLAKE J. PRYOR
## TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendant Aventis Pharmaceuticals, Inc. hereby moves this Court to permit Blake J. Pryor to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Pryor is a member in good standing of the bar of Missouri.

3. Mr. Pryor is an associate at the law firm of Shook, Hardy & Bacon L.L.P.

4. There are no disciplinary proceedings pending against Mr. Pryor as a member of any bar in any jurisdiction.

5. Mr. Pryor has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Mr. Pryor's Certificate is attached hereto as Exhibit A; a Proposed Order is attached as Exhibit B.

Dated: July 23, 2008                                     Respectfully submitted,

/s/ David M. Glynn
Michael DeMarco (BBO #119960)
  michael.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
  aimee.bierman@klgates.com
David M. Glynn (BBO #650964)
  david.glynn@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

*Attorneys for defendant Aventis Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ David M. Glynn
David M. Glynn

2