UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

## CERTIFICATE OF GOOD STANDING

Blake J. Pryor, an attorney with the firm Shook, Hardy & Bacon L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108-2613, hereby certifies:

1.  I am a member of the Bar of Missouri.

2.  I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

3.  There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 21st day of July, 2008.

Respectfully submitted,

Blake J. Pryor
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

3040385v1