# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| | ) | |
| *United States of America, ex rel. Ven-a-Care* | ) | |
| *of the Florida Keys, Inc. v. Abbott* | ) | |
| *Laboratories, Inc.*, | ) | |
| CIVIL ACTION NO. 06–CV-11337-PBS | ) | |

**UNITED STATES' AND VEN-A-CARE'S EXPERT DISCLOSURE
FOR THEODORE MARMOR, PH.D.**

Pursuant to the requirements of F.R.C.P. 26(a)(2)(B), and this Court's CMO-29, as

amended, the United States and Relator Ven-A-Care of the Florida Keys, Inc., respectfully

submit the following disclosure, including a report of the expert opinions intended to be

expressed at trial by Theodore Marmor, Ph.D, his curriculum vitae, and identification or

production of all materials and information required by F.R.C.P. 26(a)(2)(B)(i)-(vi).  In providing

an identification or production of "data or other information considered by the witness in forming

his opinions," the United States is incorporating materials that may fall into any of the following

categories: (1) data or information provided to Dr. Marmor in connection with this case; (2) data

or information considered by Dr. Marmor, whether or not relied upon or cited by Dr. Marmor, in

connection with this case; (3) communications between Dr. Marmor and anyone, including

counsel, in connection with this case; (4) notes taken by Dr. Marmor, either electronic or

handwritten, in connection with this case; (5) contracts, agreements, and invoices entered or

submitted by Dr. Marmor in connection with this case; (6) Dr. Marmor's drafts of his expert

report; (7) documents created by others, including consultants, at the direction of Dr. Marmor, or which conveyed information for consideration by Dr. Marmor, in connection with this case; and (8) communications between consultants and others that were either made at the direction of Dr. Marmor, or which conveyed information for consideration by Dr. Marmor, in connection with this case.

Dr. Marmor's opinions are based on his education, training, professional experience, teaching and research in the fields of political science and public policy, with special emphasis on health politics and policy, as detailed in the curriculum vitae accompanying his report, as well as the related literature in his fields.  As a professor in these fields - public policy and management, and political science, Dr. Marmor endeavors to keep himself informed of new developments in his fields through a review of the published literature, and will continue to do so.

Plaintiffs in *State of Texas ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, in the District Court of Travis County, Texas, 201st Judicial District, Cause No. D-1-GV-04-001286, disclosed and produced to Abbott all "documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Dr. Marmor in anticipation of his testimony."  These materials are expressly incorporated herein by this disclosure, and for efficiency are not being re-produced, except upon request.

Dr. Marmor may review additional data and information, including documents, data, or other materials, produced by defendants, third parties, or other parties or entities.  Accordingly, Dr. Marmor may offer additional opinions, or additional reasons for his opinions, or may supplement the materials considered, as a result of late document productions, or ongoing review

2

of data and information relevant to his fields, or in response to issues that may be raised by defendant in this case.  Furthermore, Plaintiffs reserve the right to supplement this disclosure to provide additional areas of testimony, additional opinions, and/or additional bases for opinions based upon continuing discovery, additional defenses or arguments raised by defendant, and/or additional research, study or publication.  In addition, Plaintiffs reserve the right to supplement this disclosure with additional charts, graphs, or other visual representations of Dr. Marmor's expert opinions.  Supplementation may take the form of amendments to this disclosure, a further disclosure, deposition testimony or any other form sufficient to apprise defendants of additional areas of testimony, additional materials considered, additional opinions or additional grounds for opinions.

In formulating his opinions, Dr. Marmor has been asked to consider positions taken by defendant in its legal briefs, pleadings, written discovery, employees' testimony, or other official or legal documents, or by expert witnesses in other related cases.  In considering these materials, Dr. Marmor may have addressed anticipated defenses or arguments that defendant, defendant's witnesses, its counsel, or its experts may make in defending this action.  By asking Dr. Marmor to address anticipated defense arguments or defenses, the United States does not concede that arguments or defenses are relevant or admissible at trial.  Moreover, Dr. Marmor's review of documents produced by defendant, its employees' testimony or third party testimony, or expert disclosures and testimony in related cases, is not a concession by the United States as to the relevance or admissibility of those materials in this case.

The United States expressly reserves its rights to withdraw any opinions in this expert disclosure for any reason, including in the event that defendant withdraws or abandons at any time during the pendency of this case, any argument or defense addressed by Dr. Marmor in this

3

disclosure.  The United States further reserves its rights to move to strike, move for summary

judgment of, move to exclude *in limine*, or otherwise pursue any legal remedy with regard to,

defense arguments, evidence, or defenses addressed by Dr. Marmor in his expert report.

Dr. Marmor is being compensated by plaintiffs at the rate of $500 per hour in connection

with his study, preparation of this report and anticipated deposition and trial testimony.

Respectfully submitted,
For the United States of America,

MICHAEL J. SULLIVAN                    GREGORY G. KATSAS
UNITED STATES ATTORNEY                 ACTING ASSISTANT ATTORNEY
                                       GENERAL

 /s/ George B. Henderson, II            /s/ Renée Brooker
George B. Henderson, II                Joyce R. Branda
Assistant U.S. Attorney                Daniel R. Anderson
John Joseph Moakley U.S. Courthouse    Renée Brooker
Suite 9200, 1 Courthouse Way           Justin Draycott
Boston, MA 02210                       Gejaa T. Gobena
(617) 748-3398                         Rebecca Ford
(617) 748-3272                         Civil Division
                                       Commercial Litigation Branch
                                       P. O. Box 261
R. ALEXANDER ACOSTA                    Ben Franklin Station
UNITED STATES ATTORNEY                 Washington, D.C.  20044
SOUTHERN DISTRICT OF FLORIDA           Phone:  (202) 307-1088

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

Dated: June 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' AND VEN-A-CARE'S EXPERT DISCLOSURE FOR EXPERT, THEODORE MARMOR, PH.D.**, the expert report, exhibits, and curriculum vitae to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties and via electronic service by email to James R. Daly, Jones Day at jrdaly@jonesday.com and all other materials by Federal Express overnight delivery to: James R. Daly, Jones Day, 77 W. Wacker, Suite 3500, Chicago, IL 60601.

          /s/ Renée Brooker

Dated: June 20, 2008           Renée Brooker