# EXHIBIT 3

Dear Professor Duggan:

I am writing to introduce you to a leading legal services firm, the Round Table Group. We link scholars and industry experts with top-tier law firms and blue chip investment management firms in need of specialized expertise. While conducting an internet search, I found your information, and thought this may be of interest.

Our client represents a defendant pharmaceutical company in a matter brought by the U.S. Department of Justice concerning pharmaceutical drug pricing. We are seeking an academic expert in how federal government bureaucracy operates in making decisions. The expert will review plaintiff's expert's report, point out shortcomings and errors and opine whether the government, based on the ways in which it makes decisions and changes policy, may be attributed knowledge of and acquiescence to our client's pharmaceutical drug pricing practices as alleged in the Department of Justice's Complaint. Testifying experience is preferred but not required. The expert will consult, draft a rebuttal expert report and testify.

If you are not interested, I would also be grateful if you could let me know of any qualified colleague(s) who may be interested in this project.

However, if you are interested in this engagement and joining our expert network, please reply to this email with a 1-2 paragraph statement of your expertise for this project, a copy of your resume, and your current hourly billing rate. RTG will present your information to the client. If the client expresses interest, we will arrange for a conference call in which you and the client can discuss the project and determine if there is mutual interest.

To learn more about Round Table Group, please visit our web site at www.roundtablegroup.com, or call us at 202.595.2000. You can also register to be considered for other paid consulting assignments by visiting http://www.roundtablegroup.com/scholars/scholars_apply.cfm.

We look forward to your response, and hope that we can find a great match for you on this assignment and others.

With best regards,

Aaron Yoho

---

601 Pennsylvania Avenue NW
South Building, Suite 900

Washington, DC 20004

Telephone: 202-595-2000, Ext. 964
Fax:  202-478-0346
Web:  http://www.roundtablegroup.com/litigation/

---

No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.4.3/1528 - Release Date: 7/1/2008 7:26 AM


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.4.4/1530 - Release Date: 7/2/2008 8:05 AM

From:   "Aaron Yoho" <ayoho@roundtablegroup.com>
To:     Mark Duggan
Date:   Wednesday - July 2, 2008
Subject: RE: Academic Expert in Federal Government Decision Makingconsult

Professor Duggan - I appreciate you letting me know. If you would like to be notified of future assignments that may interest you, please feel free to visit http://www.roundtablegroup.com/scholars.

Regards,

Aaron Yoho

Aaron P. Yoho, Esq.
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
Telephone: 202 595 2000 EXT 964
Fax: 866 767 1839
http://www.roundtablegroup.com/litigation
http://www.linkedin.com/in/AaronYoho

-----Original Message-----
From: Mark Duggan [mailto:duggan@econ.bsos.umd.edu]
Sent: Tuesday, July 01, 2008 8:26 PM
To: ayoho@roundtablegroup.com
Subject: Re: Academic Expert in Federal Government Decision Makingconsult

Mr. Yoho-
Thank you for your inquiry but I am not interested in this opportunity.
Best regards,
Mark Duggan


Prof. Mark Duggan
University of Maryland
Department of Economics
3105 Tydings Hall
College Park, MD 20742
voice: 301-405-3532
fax: 301-405-3542
duggan@econ.umd.edu
http://www.econ.umd.edu/~duggan/
>>> Aaron Yoho <ayoho@roundtablegroup.com> 06/30/08 5:00 PM >>>