# Exhibit A

**1:04-cv-01398-RMC** STATE OF MARYLAND et al v. PERRIGO COMPANY et al
Rosemary M. Collyer, presiding
**Date filed:** 08/17/2004
**Date terminated:** 01/21/2005
**Date of last filing:** 11/15/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| -- | *Filed:* 08/17/2004<br>*Entered:* 08/20/2004 | Summons Issued |
| | *Docket Text:* Summons (2) Issued as to ALPHARMA INC., PERRIGO COMPANY. (rje, ) | |
| 1 | *Filed:* 08/17/2004<br>*Entered:* 08/20/2004 | Complaint |
| | *Docket Text:* COMPLAINT against ALPHARMA INC., PERRIGO COMPANY (Filing fee $ 150) filed by COMMONWEALTH OF KENTUCKY, COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLANIVA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WISCONSIN, STATE OF WYOMING, TERRITORY OF THE UNITED STATES VIRGIN ISLANDS.(rje, ) | |
| 2 | *Filed:* 08/17/2004<br>*Entered:* 08/20/2004 | Notice of Related Case |
| | *Docket Text:* NOTICE OF RELATED CASE by COMMONWEALTH OF KENTUCKY, COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLANIVA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MONTANA, STATE OF | |

| | | |
|---|---|---|
| | NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WISCONSIN, STATE OF WYOMING, TERRITORY OF THE UNITED STATES VIRGIN ISLANDS. Case related to Case No. 04-1397. (rje, ) | |
| 3 | *Filed:* 08/18/2004<br>*Entered:* 08/20/2004 | Summons Returned Executed as to Federal Defendant |
| | *Docket Text:* RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ALPHARMA INC. served on 8/17/2004, answer due 10/18/2004; PERRIGO COMPANY served on 8/17/2004, answer due 10/18/2004. (rje, ) | |
| 4 | *Filed & Entered:* 08/20/2004 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Marimichael O'Halloran Skubel on behalf of ALPHARMA INC. (Skubel, Marimichael) | |
| 5 | *Filed & Entered:* 08/23/2004 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Scott Alan Stempel on behalf of PERRIGO COMPANY (Stempel, Scott) | |
| 6 | *Filed & Entered:* 08/23/2004<br>*Terminated:* 08/24/2004 | Motion for Entry of Final Judgment |
| | *Docket Text:* ENTERED IN ERROR.....Joint MOTION for Entry of Final Judgment *And Stipulated Permanent Injunction* by STATE OF MARYLAND. (Andrus, Meredyth) Modified on 8/24/2004 (nmw, ). | |
| 7 | *Filed & Entered:* 08/23/2004<br>*Terminated:* 08/24/2004 | Motion to Approve Consent Judgment |
| | *Docket Text:* ENTERED IN ERROR..... MOTION to Approve Consent Judgment *Stipulation For Entry of Final Order-Alpharma* by STATE OF MARYLAND. (Andrus, Meredyth) Modified on 8/24/2004 (nmw, ). | |
| 8 | *Filed & Entered:* 08/23/2004<br>*Terminated:* 08/24/2004 | Motion to Approve Consent Judgment |
| | *Docket Text:* ENTERED IN ERROR..... MOTION to Approve Consent Judgment *Stipulation for Entry of Final Order-Perrigo* by STATE OF MARYLAND. (Andrus, Meredyth) Modified on 8/24/2004 (nmw, ). | |
| 9 | *Filed & Entered:* 08/23/2004<br>*Terminated:* 08/24/2004 | Motion for Order |
| | *Docket Text:* ENTERED IN ERROR..... MOTION for Order *Final Order and Stipulated Permanent Injunction-Alpharma* by STATE OF MARYLAND. (Andrus, Meredyth) Modified on 8/24/2004 (nmw, ). | |
| 10 | *Filed & Entered:* 08/23/2004<br>*Terminated:* 08/24/2004 | Motion for Order |
| | *Docket Text:* ENTERED IN ERROR..... MOTION for Order *Final Order and Stipulated Permanent Injunction-Perrigo* by STATE OF MARYLAND. (Andrus, Meredyth) Modified on 8/24/2004 (nmw, ). | |
| | *Filed & Entered:* 08/24/2004 | Remark |

| | | | |
|---|---|---|---|
| -- | *Docket Text:* NOTICE OF CORRECTED DOCKET ENTRY. Document Nos. 6-10 were entered in error and counsel was instructed to refile said pleadings. (nmw, ) | | |
| 11 | *Filed & Entered:*<br>*Terminated:* | 08/24/2004<br>01/21/2005 | Motion for Entry of Final Judgment |
| | *Docket Text:* Joint MOTION for Entry of Final Judgment *and Stipulated Permanent Injunction* by STATE OF MARYLAND. (Attachments: # (1) Exhibit Stipulation for Entry of Final Judgment-Alpharma# (2) Exhibit Stipulation for Entry of Final Order-Perrigo# (3) Text of Proposed Order Final Order and Stipulated Injunction# (4) Text of Proposed Order Final Order and Stipulated Permanent Injunction)(Andrus, Meredyth) | | |
| 12 | *Filed & Entered:* | 08/24/2004 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| | *Docket Text:* LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *of Perrigo Company* (Stempel, Scott) | | |
| 14 | *Filed:*<br>*Entered:* | 08/25/2004<br>08/27/2004 | Order |
| | *Docket Text:* FINAL ORDER AND STIPULATED PERMANENT INJUNCTION signed by Judge Rosemary M. Collyer on August 25, 2004. (cdw) | | |
| 15 | *Filed:*<br>*Entered:* | 08/25/2004<br>08/27/2004 | Order |
| | *Docket Text:* FINAL ORDER AND STIPULATED PERMANENT INJUNCTION signed by Judge Rosemary M. Collyer on August 25, 2004. (cdw) | | |
| 13 | *Filed & Entered:* | 08/26/2004 | LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| | *Docket Text:* LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests (Skubel, Marimichael) | | |
| 16 | *Filed & Entered:*<br>*Terminated:* | 05/26/2006<br>12/18/2006 | Motion to Alter Judgment |
| | *Docket Text:* Consent MOTION to Alter Judgment *For Modification of Final Orders and Stipulated Permanent Injunctions* by PERRIGO COMPANY. (Attachments: # (1) Memorandum in Support of Consent Motion for Modification of Final Orders and Stipulated Permanent Injunctions# (2) Text of Proposed Order [Proposed] Order Modifying Final Order and Stipulated Permanent Injunction# (3) Certificate of Service)(Everett, John) | | |
| 17 | *Filed:*<br>*Entered:* | 11/15/2006<br>11/21/2006 | Order |
| | *Docket Text:* ORDER MODIFYING FINAL ORDER AND STIPULATEDPERMANENT INJUNCTIONsigned by Judge Rosemary M. Collyer on November 15, 2006. (cdw) | | |

**PACER Service Center**

**Transaction Receipt**

| | | | |
|---|---|---|---|
| 07/25/2008 11:00:29 | | | |
| **PACER Login:** | [redacted] | **Client Code:** | [redacted] |
| **Description:** | History/Documents | **Search Criteria:** | 1:04-cv-01398-RMC |
| | | | |

| **Billable Pages:** | 2 | **Cost:** | 0.16 |
| --- | --- | --- | --- |

# Exhibit B

**1:02-cv-01080-EGS** STATE OF OHIO et al v. BRISTOL-MYERS SQUIBB CO
Emmet G. Sullivan, presiding
**Date filed:** 06/04/2002
**Date terminated:** 07/29/2005
**Date of last filing:** 10/02/2006

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:*<br>*Entered:* | 06/04/2002<br>06/06/2002 | Summons Issued |
| | *Docket Text:* SUMMONS (1) Issued as to BRISTOL-MYERS SQUIBB CO (td, ) | | |
| 1 | *Filed:*<br>*Entered:* | 06/04/2002<br>06/06/2002 | Complaint |
| | *Docket Text:* COMPLAINT against BRISTOL-MYERS SQUIBB CO ( Filing fee $150 ). Filed by COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, DISTRICT OF COLUMBIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN, TERRITORY OF THE UNITED STATES VIRGIN ISLANDS. (td, ) | | |
| 2 | *Filed:*<br>*Entered:* | 06/04/2002<br>06/06/2002 | Notice of Related Case |
| | *Docket Text:* NOTICE OF RELATED CASE by all plaintiffs. Case related to Case No. 01-1295, 01-2313, 97-6050. (td, ) | | |
| 3 | *Filed & Entered:* | 07/02/2002 | Order |
| | *Docket Text:* ORDER. Signed by Judge Emmet G. Sullivan on July 2, 2002. (lcegs1) | | |
| 4 | *Filed & Entered:* | 07/11/2002 | Notice (Other) |
| | *Docket Text:* NOTICE *OF APPEARANCE* by BRISTOL-MYERS SQUIBB CO (O'Connell, Thomas) | | |
| 5 | *Filed & Entered:*<br>*Terminated:* | 07/11/2002<br>07/12/2002 | Motion for Extension of Time to File Answer |
| | *Docket Text:* Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to Plaintiffs' Complaint* by BRISTOL-MYERS SQUIBB CO. (Stark, Richard) | | |
| -- | *Filed & Entered:* | 07/12/2002 | Order on Motion for Extension of Time to Answer |
| | *Docket Text:* ORDER granting Consent Motion for Extension of Time to Answer [5]. Signed by Judge Emmet G. Sullivan on July 12, 2002. (GK, ) | | |

| No. | Filed | Date | Type |
|---|---|---|---|
| 6 | *Filed & Entered:* | 07/17/2002 | Meet and Confer Statement |
| | *Docket Text:* MEET AND CONFER STATEMENT. (Witten, Alan) | | |
| 7 | *Filed & Entered:* | 07/23/2002 | Attorney Appearance |
| | *Docket Text:* ATTORNEY APPEARANCE. (O'Connell, Thomas) | | |
| 8 | *Filed & Entered:*<br>*Terminated:* | 07/23/2002<br>07/23/2002 | Motion to Continue |
| | *Docket Text:* Consent MOTION to Continue *Reschedule the Initial Scheduling Conference* by BRISTOL-MYERS SQUIBB CO. (Stark, Richard) | | |
| 9 | *Filed & Entered:* | 07/23/2002 | Order on Motion to Continue |
| | *Docket Text:* ORDER granting Motion to Continue [8]. Signed by Judge Emmet G. Sullivan on July 23, 2002. (lcegs1) | | |
| 10 | *Filed & Entered:* | 07/24/2002 | Attorney Appearance |
| | *Docket Text:* ATTORNEY APPEARANCE. (Gentile, Mitchell) | | |
| 11 | *Filed & Entered:* | 07/24/2002 | Attorney Appearance |
| | *Docket Text:* ATTORNEY APPEARANCE. (Andrus, Meredyth) | | |
| 12 | *Filed & Entered:*<br>*Terminated:* | 08/14/2002<br>09/10/2002 | Motion for Extension of Time to File Answer |
| | *Docket Text:* Joint MOTION for Extension of Time to File Answer *by Defendant and* by STATE OF OHIO. (Witten, Alan) | | |
| -- | *Filed & Entered:* | 08/22/2002 | Meet and Confer Hearing |
| | *Docket Text:* Minute Entry: Meet and Confer Hearing held on 8/22/2002 before Emmet G. Sullivan Status Conference set for 10/25/2002 10:00 AM in Courtroom 1. referred to Magistrate Judge Kay for Settlement Purposes; chambers and counsel to electronically issue order;(Court Reporter Bryan Wayne.) (clv, ) | | |
| -- | *Filed & Entered:* | 08/22/2002 | Case Referred to Magistrate Judge |
| | *Docket Text:* CASE REFERRED to Magistrate Judge Alan Kay for settlement. (cp, ) | | |
| 13 | *Filed & Entered:* | 08/26/2002 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER. Status Conference set for 10/25/2002 10:00 AM in Courtroom 1.Signed by Judge Emmet G. Sullivan on August 26, 2002. (lcegs1, ) | | |
| 14 | *Filed & Entered:* | 08/27/2002 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER: Settlement Conference set for 9/5/2002 09:15 AM in chambers (room 1130). Signed by Magistrate Judge Alan Kay on 08/27/02. (DM, ) | | |
| -- | *Filed & Entered:* | 09/10/2002 | Order on Motion for Extension of Time to Answer |
| | *Docket Text:* ORDER granting Motion for Extension of Time to Answer [12]. Signed by Judge Emmet G. Sullivan on September 10, 2002. (GK, ) | | |
| 15 | *Filed & Entered:* | 10/17/2002 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER:Status Conference set for 12/13/2002 10:30 AM in Courtroom 1.(lcegs1) | | |
| 16 | *Filed & Entered:*<br>*Terminated:* | 12/02/2002<br>12/06/2002 | Motion to Continue |
| | *Docket Text:* Consent MOTION to Continue *Status Conference* by BRISTOL-MYERS SQUIBB | | |

| | | | |
|---|---|---|---|
| | CO. (Stark, Richard) | | |
| -- | *Filed & Entered:* | 12/06/2002 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Status Conference set for 1/15/2003 09:30 AM in Courtroom 1 before Emmet G. Sullivan. (Sullivan, Emmet) | | |
| 17 | *Filed & Entered:* | 12/06/2002 | Order on Motion to Continue |
| | *Docket Text:* ORDER granting [16] Motion to Continue the Status Hearing from December 13, 2002 to January 15, 2003 at 9:30 a.m. in courtroom #1. Signed by Judge Emmet G. Sullivan on December 6, 2002. (Sullivan, Emmet) | | |
| -- | *Filed & Entered:* | 12/10/2002 | Order on Motion for Extension of Time to Amend |
| | *Docket Text:* ORDER granting [18] Motion for Extension of Time to File First Amended Complaint. Signed by Judge Emmet G. Sullivan on December 10, 2002. (lcegs2) | | |
| 18 | *Filed & Entered:*<br>*Terminated:* | 12/10/2002<br>12/10/2002 | Motion for Extension of Time to Amend |
| | *Docket Text:* Consent MOTION for Extension of Time to file *first amended complaint* by STATE OF OHIO. (Witten, Alan) Modified on 12/11/2002 (mpt, ). Modified on 12/11/2002 (mpt, ). | | |
| 19 | *Filed & Entered:*<br>*Terminated:* | 12/30/2002<br>12/31/2002 | Motion for Extension of Time to Amend |
| | *Docket Text:* MOTION for Extension of Time to Amend *Complaint* by STATE OF OHIO. (Witten, Alan) | | |
| -- | *Filed & Entered:* | 12/31/2002 | Order on Motion for Extension of Time to Amend |
| | *Docket Text:* ORDER granting [19] Motion for Extension of Time to Amend Complaint. Signed by Judge Emmet G. Sullivan on December 31, 2002. (lcegs2) | | |
| -- | *Filed & Entered:* | 01/09/2003 | Set/Reset Hearings |
| | *Docket Text:* Reset Status Hearing: Status Conference was previously scheduled for 1/15/03; this Status Conference is now set for 2/18/2003 10:30 AM in Courtroom 1 before Emmet G. Sullivan. (clv, ) | | |
| -- | *Filed & Entered:* | 01/09/2003 | Set/Reset Hearings |
| | *Docket Text:* AMENDED Set/Reset Hearings: Status Conference is now set for 1/31/2003 11:00 AM in Courtroom 1 before Emmet G. Sullivan. (clv, ) | | |
| -- | *Filed & Entered:* | 01/30/2003 | Order on Motion for Extension of Time to Amend |
| | *Docket Text:* ORDER granting [20] Motion for Extension of Time to Amend. Signed by Judge Emmet G. Sullivan on January 30, 2003. (lcegs1) | | |
| 20 | *Filed & Entered:*<br>*Terminated:* | 01/30/2003<br>01/30/2003 | Motion for Extension of Time to Amend |
| | *Docket Text:* MOTION for Extension of Time to Amend *Complaint* by STATE OF OHIO. (Witten, Alan) | | |
| -- | *Filed & Entered:* | 02/11/2003 | Set/Reset Hearings |
| | *Docket Text:* Set Hearings: Status Conference set for 2/13/2003 10:30 AM in Courtroom 1 before Emmet G. Sullivan. (clv, ) | | |
| -- | *Filed & Entered:* | 02/13/2003 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status | | |

| | | |
|---|---|---|
| | Conference held on 2/13/2003. Status Conference set for 3/14/2003 11:00 AM in Courtroom 1 before Emmet G. Sullivan. parties memorandum due by 2/18/03(Court Reporter Frank Rangus.) (clv, ) | |
| 21 | *Filed & Entered:* 02/14/2003 | Order |
| | *Docket Text:* ORDER. Signed by Judge Emmet G. Sullivan on February 14, 2003. (lcegs1) | |
| 22 | *Filed & Entered:* 02/27/2003<br>*Terminated:* 03/14/2003 | Motion for Extension of Time to Amend |
| | *Docket Text:* Consent MOTION for Extension of Time to Amend *Complaint* by STATE OF OHIO. (Witten, Alan) | |
| -- | *Filed & Entered:* 03/14/2003 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status Conference held on 3/14/2003. Status Conference set for 4/4/2003 11:00 AM in Courtroom 1 before Emmet G. Sullivan. (Court Reporter Jon Hundley, Miller.) (clv, ) | |
| -- | *Filed & Entered:* 03/14/2003 | Order on Motion for Extension of Time to Amend |
| | *Docket Text:* MINUTE ORDER granting [22] Plaintiff's Consent Motion for Extension of Time to Amend the First Amended Complaint. Signed by Judge Emmet G. Sullivan on March 14, 2003. (GK, ) | |
| 23 | *Filed & Entered:* 03/18/2003 | Order |
| | *Docket Text:* ORDER rejecting requests to refer case to Magistrate Judge Kay for report and recommendations. Signed by Judge Emmet G. Sullivan on March 18, 2003. (lcegs1) | |
| -- | *Filed & Entered:* 04/04/2003 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status Conference held on 4/4/2003. Status Conference set for 4/28/2003 10:30 AM in Courtroom 1 before Emmet G. Sullivan. (Court Reporter Frank Rangus.) (clv, ) | |
| 24 | *Filed & Entered:* 04/07/2003 | Order |
| | *Docket Text:* ORDER continuing status conference until April 28, 2003. Signed by Judge Emmet G. Sullivan on April 7, 2003. (lcegs1) | |
| 25 | *Filed & Entered:* 04/23/2003 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER: Status Conference set for 5/9/2003 11:00 AM in Courtroom 1 before Emmet G. Sullivan.. Signed by Judge Emmet G. Sullivan on April 23, 2003. (lcegs1) | |
| 26 | *Filed & Entered:* 04/24/2003<br>*Terminated:* 10/30/2003 | Motion for Settlement |
| | *Docket Text:* MOTION for Settlement *Preliminary Approval* by STATE OF OHIO. (Attachments: # (1) Memo in Support# (2) Amended Complaint# (3) Parens Patriae Authority# (4) Settlement Agreement# (5) Escrow Agreement# (6) Injunction# (7) Text of Proposed Order # (8) Proposed Final Judgment# (9) Compensation Guidelines# (10) Class Distribution Plan# (11) Affidavit Rust)(Witten, Alan) | |
| 27 | *Filed & Entered:* 04/24/2003<br>*Terminated:* 05/15/2003 | Motion for Settlement |
| | *Docket Text:* MOTION for Settlement *Preliminary Approval - Supplemental attachments* by STATE OF OHIO. (Attachments: # (1) Affidavit Christensen# (2) Affidavit Kinsella# (3) Class Notice Plan)(Witten, Alan) | |

| | | | |
|---|---|---|---|
| 28 | *Filed & Entered:* | 04/25/2003 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER: Status Conference set for 5/12/2003 11:30 AM in Courtroom 1 before Emmet G. Sullivan. Signed by Judge Emmet G. Sullivan on April 25, 2003. (lcegs1) | | |
| 30 | *Filed:*<br>*Entered:* | 04/25/2003<br>05/14/2003 | Amended Complaint |
| | *Docket Text:* AMENDED COMPLAINT against BRISTOL-MYERS SQUIBB CO , filed by STATE OF WYOMING, STATE OF WEST VIRGINIA, COMMONWEALTH OF VIRGINIA, UNITED STATES TERRITORY OF AMERICAN SAMOA, STATE OF TENNESSEE, STATE OF SOUTH DAKOTA, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, STATE OF NORTH DAKOTA, STATE OF NEW MEXICO, STATE OF NEW JERSEY, STATE OF NEW HAMPSHIRE, STATE OF NEVADA, STATE OF NEBRASKA, STATE OF MONTANA, STATE OF MISSOURI, STATE OF MISSISSIPPI, STATE OF MINNESOTA, STATE OF MAINE, STATE OF IOWA, STATE OF INDIANA, STATE OF GEORGIA, COMMONWEALTH OF KENTUCKY, COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, DISTRICT OF COLUMBIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN, TERRITORY OF THE UNITED STATES VIRGIN ISLANDS.(td, ) | | |
| -- | *Filed & Entered:* | 05/12/2003 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status Conference held on 5/12/2003. Settlement Hearing set for 11/19/2003 11:30 AM in Courtroom 1 before Emmet G. Sullivan. ; OTBP(Court Reporter Frank Rangus.) (clv, ) | | |
| 29 | *Filed & Entered:* | 05/13/2003 | Order |
| | *Docket Text:* ORDER preliminarily approving proposed settlement. Signed by Judge Emmet G. Sullivan on May 13, 2003. (lcegs1) | | |
| -- | *Filed & Entered:* | 05/14/2003 | Order |
| | *Docket Text:* ORDER approving Order and Stipulated Injunction (attachment 4 to Settlement Agreement). Signed by Judge Emmet G. Sullivan on May 14, 2003. (lcegs1) | | |
| 31 | *Filed & Entered:* | 05/14/2003 | Order |
| | *Docket Text:* ORDER rescheduling settlement conference. Signed by Judge Emmet G. Sullivan on May 14, 2003. (lcegs1) | | |
| 32 | *Filed:*<br>*Entered:* | 05/28/2003<br>05/29/2003 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Michelle M. Teed on behalf of STATE OF OREGON (td, ) | | |
| 33 | *Filed & Entered:* | 08/20/2003 | Notice of Change of Address |
| | *Docket Text:* NOTICE of Change of Address by Alan C. Witten (Witten, Alan) | | |
| | *Filed & Entered:* | 09/08/2003 | Telephone Conference |

| | | | |
|---|---|---|---|
| -- | *Docket Text:* At the request of plaintiffs' counsel, a telephone conference is scheduled in this case for September 11, 2003 at 4:00 p.m. (lcegs1) | | |
| 34 | *Filed & Entered:*<br>*Terminated:* | 09/10/2003<br>09/25/2003 | Motion for Settlement |
| | *Docket Text:* MOTION for Settlement *Supplemental Administration Costs* by STATE OF OHIO. (Attachments: # (1) # (2) # (3) # (4) # (5) # (6))(Witten, Alan) | | |
| -- | *Filed & Entered:* | 09/12/2003 | Telephone Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Telephone Conference held on 9/11/2003. chambers to issue an order; (Court Reporter Frank Rangus.) (clv, ) | | |
| 35 | *Filed & Entered:* | 09/25/2003 | Order on Motion for Settlement |
| | *Docket Text:* ORDER granting [34] Motion for Settlement Supplemental Administration Costs. Signed by Judge Emmet G. Sullivan on September 25, 2003. (lcegs1) | | |
| 36 | *Filed & Entered:* | 11/03/2003 | Order |
| | *Docket Text:* ORDER extending the claims deadline until January 31, 2004. Signed by Judge Emmet G. Sullivan on November 3, 2003. (lcegs1, ) | | |
| 37 | *Filed & Entered:*<br>*Terminated:* | 11/12/2003<br>11/19/2003 | Motion for Settlement |
| | *Docket Text:* MOTION for Settlement *Final Approval* by STATE OF OHIO. (Attachments: # (1) Text of Proposed Order Proposed Order# (2) Memorandum in Support# (3) Tab 1# (4) Tab 2# (5) Tab 3# (6) Tab 4# (7) Tab 5# (8) Tab 6# (9) Tab 7# (10) Tab 8# (11) Tab 9# (12) Tab 10) (Witten, Alan) | | |
| -- | *Filed & Entered:* | 11/19/2003 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Final Approval to Settlement held on 11/19/2003. Status Conference set for 2/19/2004 11:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. (Court Reporter Frank Rangus.) (clv, ) | | |
| -- | *Filed & Entered:* | 11/19/2003 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Status Conference set for 2/19/2004 11:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. (lcegs1) | | |
| 38 | *Filed & Entered:* | 11/19/2003 | Order on Motion for Settlement |
| | *Docket Text:* ORDER granting [37] Motion for Approval of Final Settlement. Signed by Judge Emmet G. Sullivan on November 19, 2003. (lcegs1) | | |
| 39 | *Filed:*<br>*Entered:* | 11/21/2003<br>11/25/2003 | Notice of Transcript Filed |
| | *Docket Text:* NOTICE OF TRANSCRIPT FILED for dates 11/19/03; Court Reporter: Frank J. Rangus. (td, ) | | |
| 40 | *Filed & Entered:* | 12/11/2003 | Order |
| | *Docket Text:* ORDER directing the Clerk okf the Court to transmit a copy of a letter and envelope to counsel for the parties. Signed by Judge Emmet G. Sullivan on 12/9/03. (clv, ) | | |
| -- | *Filed & Entered:* | 01/14/2004 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Status Conference set for 3/31/2004 10:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. (lcegs1) | | |
| | *Filed & Entered:* | 01/14/2004 | Order |

| | | |
|---|---|---|
| 41 | *Docket Text:* ORDER Extending the Consumer Claims Filing Deadline and Continuing the Status Hearing. Signed by Emmet G. Sullivan on January 14, 2004. (lcegs1) Additional attachment(s) added on 1/15/2004 (lcegs1, ). | |
| 42 | *Filed & Entered:* 03/23/2004<br>*Terminated:* 03/31/2004 | Motion for Disbursement of Funds |
| | *Docket Text:* MOTION for Disbursement of Funds *to Consumer Class* by STATE OF OHIO. (Attachments: # (1) Exhibit Ex 1# (2) Affidavit Ex 2# (3) Exhibit Ex 3# (4) Exhibit Ex 4# (5) Exhibit Ex 5# (6) Text of Proposed Order Proposed Order)(Witten, Alan) | |
| -- | *Filed & Entered:* 03/31/2004 | Motion Hearing |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Motion Hearing held and granted on 3/31/2004 re [42] MOTION for Disbursement of Funds to Consumer Class filed by STATE OF OHIO. Status Conference set for 3/31/2005 10:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. (Court Reporter Elaine Merchant.) (gdf) | |
| -- | *Filed & Entered:* 03/31/2004 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Status Conference set for 3/31/2005 10:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. (lcegs1) | |
| 43 | *Filed & Entered:* 03/31/2004 | Order on Motion for Disbursement of Funds |
| | *Docket Text:* ORDER granting [42] Motion for Disbursement of Funds. Signed by Judge Emmet G. Sullivan on March 31, 2004. (lcegs1) | |
| 44 | *Filed & Entered:* 08/02/2004<br>*Terminated:* 08/03/2004 | Motion for Disbursement of Funds |
| | *Docket Text:* Consent MOTION for Disbursement of Funds *Motion to Pay Late Filed consumer Claims* by STATE OF OHIO. (Attachments: # (1))(Witten, Alan) | |
| -- | *Filed & Entered:* 08/03/2004 | Order on Motion for Disbursement of Funds |
| | *Docket Text:* MINUTE ORDER granting [44] the Consent Motion for Disbursement of Funds to pay late filed consumer claims. Signed by Judge Emmet G. Sullivan on August 3, 2004. (lcegs1) | |
| 45 | *Filed & Entered:* 03/24/2005 | Status Report |
| | *Docket Text:* STATUS REPORT *Claims Administration Report* by STATE OF OHIO. (Attachments: # (1) Exhibit order 11-19-03# (2) Exhibit order 03-31-04# (3) Exhibit order 08-3-04# (4) Affidavit M Potter Affidavit# (5) Exhibit Free In-Kind Taxol program# (6) Supplement Free In-Kind expense report# (7) Text of Proposed Order Proposed Order)(Gentile, Mitchell) | |
| -- | *Filed & Entered:* 03/31/2005 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status Conference held on 3/31/2005. Status Conference continued to 11/30/2005 11:00 AM in Courtroom 1 before Judge Emmet G. Sullivan. (Court Reporter Elaine Merchant.) (lm) | |
| 46 | *Filed & Entered:* 04/04/2005 | Order |
| | *Docket Text:* ORDER APPROVING THE SETTLEMENT ADMINISTRATION; setting forth further instruction to counsel; Status Conference set for 11/30/2005 11:00 AM in Courtroom 1 before Judge Emmet G. Sullivan.. Signed by Judge Emmet G. Sullivan on 4/1/05. (clv, ) | |
| -- | *Filed & Entered:* 07/21/2005 | Notice of Hearing |
| | *Docket Text:* NOTICE of Hearing: Status Conference reset for 12/1/2005 11:30 AM in Courtroom 1 before Judge Emmet G. Sullivan. THE 11/30/05 DATE IS CANCELLED.(clv, ) | |
| | *Filed & Entered:* 07/29/2005 | Order |

| | | |
|---|---|---|
| -- | *Docket Text:* MINUTE ORDER. In view of the April 1, 2005 Order Approving the Settlement Administration, the Clerk is directed to remove this case from the active calendar of the Court. The previously scheduled status conference remains on the Court's calendar for December 1, 2005 at 11:30 a.m. Signed by Judge Emmet G. Sullivan on July 29, 2005. (lcegs2) Modified on 8/1/2005 (lcegs1). | |
| 47 | *Filed & Entered:* 11/22/2005<br>*Terminated:* 11/23/2005 | Motion for Extension of Time to File |
| | *Docket Text:* MOTION for Extension of Time to File *Final Status Report* by STATE OF OHIO. (Attachments: # (1) Statement of Facts Interim Status Report# (2) Text of Proposed Order Order Resetting Status Conference)(Witten, Alan) | |
| -- | *Filed & Entered:* 11/23/2005 | Order on Motion for Extension of Time to File |
| | *Docket Text:* MINUTE ORDER granting [47] plaintiffs' motion to reschedule the status conference. It is hereby ordered that the December 1, 2005 status hearing is vacated and rescheduled for July 19, 2006, at 10 AM in courtroom 24A. The Plaintiffs shall submit their Final Written Report by no later than July 17, 2006. Signed by Judge Emmet G. Sullivan on November 23, 2005. (lcegs2) | |
| -- | *Filed & Entered:* 11/27/2005 | Set/Reset Deadlines/Hearings |
| | *Docket Text:* Set Deadlines/Hearings: Status Report due by 7/17/2006. Status Conference set for 7/19/2006 10:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) | |
| 48 | *Filed & Entered:* 06/30/2006<br>*Terminated:* 07/03/2006 | Motion to Continue |
| | *Docket Text:* MOTION to Continue *Status Conference* by STATE OF OHIO. (Witten, Alan) | |
| -- | *Filed & Entered:* 07/03/2006 | Order on Motion to Continue |
| | *Docket Text:* MINUTE ORDER granting [48] Motion to Continue Final Status Conference. The status hearing set for July 19, 2006, is hereby VACATED, and it is rescheduled for September 28, 2006, at 12:30 PM in Courtroom 24A. Signed by Judge Emmet G. Sullivan on July 3, 2006. (lcegs2) | |
| -- | *Filed & Entered:* 07/05/2006 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Status Conference set for 9/28/2006 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) | |
| 49 | *Filed & Entered:* 09/22/2006 | Status Report |
| | *Docket Text:* STATUS REPORT *Final Status Report* by STATE OF OHIO. (Witten, Alan) | |
| -- | *Filed & Entered:* 09/28/2006 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Emmet G. Sullivan : Status Conference held on 9/28/2006. No further court dates scheduled. (Court Reporter WM. MCALLISTER.) (clv, ) | |
| 50 | *Filed & Entered:* 10/02/2006 | Order |
| | *Docket Text:* ORDER bringing finality to the terms of the Court approved Settlement. All remaining matters are resolved. See order for the terms.. Signed by Judge Emmet G. Sullivan on 9/28/06. (clv, ) | |

**PACER Service Center**

**Transaction Receipt**

| 07/25/2008 11:08:36 | | | |
|---|---|---|---|
| **PACER Login:** | [redacted] | **Client Code:** | [redacted] |
| **Description:** | History/Documents | **Search Criteria:** | 1:02-cv-01080-EGS |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

# Exhibit C

**04-12515-jdg** Second Chance Body Armor, Inc.
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** James D. Gregg
**Date filed:** 10/17/2004 **Date of last filing:** 07/24/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed & Entered:* | 10/17/2004 | Auto-Docket of credit card |
| | *Docket Text:* Receipt of filing fee for Voluntary Petition (Chapter 11)(04-12515) [misc,volp11a] ( 839.00). Receipt number 812504, amount $ 839.00 (U.S. Treasury) | | |
| 1 | *Filed & Entered:* | 10/17/2004 | Voluntary Petition (Chapter 11) |
| | *Docket Text:* Chapter 11 Voluntary Petition. Fee Amount $839 Filed by Second Chance Body Armor, Inc. DIP Exclusivity Period to File a Chapter 11 Plan: 2/14/2005. DIP Exclusivity Period to File a Disclosure Statement: 2/14/2005. Schedules A-J due 11/1/2004. Summary of schedules due 11/1/2004. Declaration of Schedules due 11/1/2004. Statement of Financial Affairs due 11/1/2004. List of all creditors due 11/1/2004. Atty Disclosure Statement due 11/1/2004. (Attachments: # (1) Exhibit A) (Grow, Stephen) | | |
| 2 | *Filed & Entered:* | 10/17/2004 | 20 Largest Unsecured Creditors |
| | *Docket Text:* 20 Largest Unsecured Creditors (Attachments: # (1) Exhibit A) Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 3 | *Filed & Entered:* | 10/17/2004 | Verification of Matrix |
| | *Docket Text:* Verification of Matrix Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 4 | *Filed & Entered:* | 10/17/2004 | Affidavit |
| | *Docket Text:* Affidavit *of Authority to File Petition* (RE: related document(s)[1] Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11)). Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| -- | *Filed & Entered:* | 10/18/2004 | Notice of Appearance by United States Trustee |
| | *Docket Text:* Notice of Appearance Filed by U.S. Trustee Daniel J. Casamatta. (Casamatta, Daniel) | | |
| 5 | *Filed & Entered:*<br>*Terminated:* | 10/18/2004<br>11/10/2004 | Motion to Use Cash Collateral |
| | *Docket Text:* Emergency Motion for Use of Cash Collateral Re: Comerica Bank Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 6 | *Filed & Entered:*<br>*Terminated:* | 10/18/2004<br>10/20/2004 | Motion to Limit Notice |
| | *Docket Text:* Motion to Limit Notice to Create Special Mailing Matrix Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 7 | *Filed & Entered:*<br>*Terminated:* | 10/18/2004<br>11/17/2004 | Motion to Pay Pre-Petition Wages, Salary and Other Compensation |
| | *Docket Text:* Motion to Pay Pre-Petition Wages, Salary and Other Compensation Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |

| | | | |
|---|---|---|---|
| | document(s)[367] Second Motion to Extend Time to to Assume or Reject Executory Nonresidential Real Property Leases). Filed by Debtor Second Chance Body Armor, Inc. (Skilton, Robert) | | |
| -- | *Filed & Entered:* | 05/26/2005 | Hearing Set |
| | *Docket Text:* Notice of Hearing (RE: related document(s) [367] Motion to Extend Time filed by Debtor Second Chance Body Armor, Inc.) Hearing to be held on 6/22/2005 at 01:45 PM Judge Gregg's Courtroom for [367], (klb, ) | | |
| 369 | *Filed & Entered:* | 05/26/2005 | Order on Motion to Extend Time |
| | *Docket Text:* Order Granting Second Ex Parte Motion to Extend Time to Assume or Reject Executory Nonresidential Real Propery Leases (Related Doc # [367]) Signed on 5/26/2005. (klb, ) | | |
| 370 | *Filed & Entered:* | 05/26/2005 | Hearing Set |
| | *Docket Text:* Court's Notice of Hearing [364] Debtor's Motion to Extend Bar Date for Proofs of Claim of the United States of America........ with Hearing to be held on 6/22/2005 at 01:45 PM Judge Gregg's Courtroom. notice forwarded to Attorney Stephen Grow for service. | | |
| 371 | *Filed & Entered:* | 05/26/2005 | Hearing Set |
| | *Docket Text:* Court's Notice of Hearing [362] Debtor's Motion to Extend Exclusive Periods During Which Debtor May file and Solicit Acceptances of a plan with Hearing to be held on 6/22/2005 at 01:45 PM. notice forwarded to Attorney Stephen Grow for service. | | |
| 373 | *Filed:*<br>*Entered:* | 05/27/2005<br>06/03/2005 | Transcript |
| | *Docket Text:* Transcript of Hearing Held on 5/17/05 (Attachments: # (1) Continued# (2) Continued# (3) Continued# (4) Continued) (klb, ) | | |
| 374 | *Filed & Entered:* | 06/06/2005 | Certificate of Service |
| | *Docket Text:* Certificate of Service (RE: related document(s)[364] Motion to Extend Time to Ex Parte Motion to Extend Bar Date for Proofs of Claim of the United States of America, Including without Limitation, All Federal Agencies, Departments and Instrumentalities Thereof, [370] Hearing Set,, [371] Hearing Set,, [362] Second Motion to Extend Time to Exclusive Periods During Which Debtor May File and Solicit Acceptances of a Plan of Reorganization). Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 375 | *Filed & Entered:* | 06/06/2005 | Certificate of Service |
| | *Docket Text:* Certificate of Service (RE: related document(s)[367] Second Motion to Extend Time to to Assume or Reject Executory Nonresidential Real Property Leases, [369] Order on Motion to Extend Time, Hearing Set). Filed by Debtor Second Chance Body Armor, Inc. (Grow, Stephen) | | |
| 376 | *Filed & Entered:* | 06/08/2005 | Brief |
| | *Docket Text:* Supplemental Brief *in Support of Class Certification* (RE: related document(s)[268] Motion *for Class Certification*). (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit # (6) Exhibit # (7) Exhibit # (8) Exhibit # (9) Exhibit # (10) Exhibit # (11) Exhibit # (12) Exhibit # (13) Exhibit # (14) Exhibit # (15) Exhibit) Filed by Creditor Steven W. Lemmings (Wardrop, Robert) | | |
| 377 | *Filed & Entered:*<br>*Terminated:* | 06/09/2005<br>06/10/2005 | Motion to Adjourn/Continue Hearing |
| | *Docket Text:* Motion to Adjourn/Continue Hearing On (related documents [268] Misc. | | |