UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE             ) MDL NO. 1456
LITIGATION                          ) CIVIL ACTION NO. 01-12257-PBS
                                    )
```

**ORDER RE: PFIZER'S MOTION TO DISMISS (Docket No. 2189)**

July 30, 2008

Saris, U.S.D.J.

    The Court dismisses the claims against Agouron Pharmaceuticals, Inc. because there are no allegations that this company sold any of the subject drugs with a fraudulent spread. See Exhibit B.

    The Court dismisses all subject drugs for which plaintiffs do not allege a spread in Exhibit B or the complaints.

    The Court dismisses the Best Price Claims except with respect to Lipitor.

    Otherwise, the Motion to Dismiss is **DENIED**.

                                      **S/PATTI B. SARIS**
                                      United States District Judge