```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) | MDL NO. 1456 <br> CIVIL ACTION NO. 01-12257-PBS |

### ORDER RE: NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO DISMISS (Docket No. 2195)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss of Novartis Pharmaceuticals Corporation with respect to all drugs for which a spread is not specified in B-23 and Paragraph 593.

                                    S/PATTI B. SARIS
                                    United States District Judge