```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | CIVIL ACTION NO. 01-12257-PBS |

**ORDER RE: TAP PHARMACEUTICAL PRODUCT INC.'S**
**MOTION TO DISMISS (Docket Nos. 2190, 2211, 4389)**

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss the claims in the First Amended Complaint that relate to purchases of Lupron from January 1, 1985 through March 31, 2005 on the ground these claims were settled and released.  Otherwise, **DENIED**.

```
                          S/PATTI B. SARIS
                          United States District Judge
```