```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

                                      )
IN RE PHARMACEUTICAL INDUSTRY         )
AVERAGE WHOLESALE PRICE               ) MDL NO. 1456
LITIGATION                            ) CIVIL ACTION NO. 01-12257-PBS
                                      )

**ORDER RE: MOTION TO DISMISS OF EMD, INC. (Docket No. 2204)**

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the motion to dismiss of EMD.  Although it is the sole shareholder of Dey, there are no allegations that it engaged in any of the allegedly fraudulent activity and there are insufficient allegations in the complaints to establish the alter ego theory.

                                      **S/PATTI B. SARIS**
                                      United States District Judge