```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


                               )
IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE        ) MDL NO. 1456
LITIGATION                     ) CIVIL ACTION NO. 01-12257-PBS
                               )
```

**ORDER RE: ENDO PHARMACEUTICAL INC.'S
MOTION TO DISMISS (Docket Nos. 2198, 4385)**

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss all claims relating to subject drugs for which a fraudulent spread is not alleged (Ex. B-12). The Court also dismisses the Best Price Claims. Otherwise, the motion is **DENIED**.

                                    **S/PATTI B. SARIS**
                                    United States District Judge