UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE ) MDL NO. 1456
LITIGATION ) CIVIL ACTION NO. 01-12257-PBS
)

### ORDER RE: ELI LILLY'S MOTION TO DISMISS
### (Docket Nos. 2192, 4374)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss of Eli Lilly and Company except with respect to all subject drugs except Vancocin, Humalog, and Zyprexa.  Plaintiffs do not allege any fraudulent spreads in Exhibit B with respect to any other subject drugs. There are insufficient allegations to support a Best Prices claim.

    S/PATTI B. SARIS
    United States District Judge