UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
IN RE PHARMACEUTICAL INDUSTRY     )
AVERAGE WHOLESALE PRICE           ) MDL NO. 1456
LITIGATION                        ) CIVIL ACTION NO. 01-12257-PBS
                                  )
```

## ORDER RE: BAYER'S MOTION TO DISMISS (Docket No. 4391)

July 30, 2008

Saris, U.S.D.J.

The Court dismisses all AWP and Best Price claims related to pre-settlement purchases of the Bayer products Kogenate and Gamimune from January 1993 through August 1999 on the ground they were settled and released by the 2001 settlement.  In addition, the best price claims related to purchases of Cipro and Adalat must be dismissed for the time periods precluded by the 2003 settlement.  The Court **DENIES** the motion to dismiss the Best Price claims for the other subject drugs on the ground there are sufficient allegations concerning a company wide scheme not to report Best Prices.  The Court dismisses all claims related to physician-administrated drugs after June 9, 1994.  Otherwise, Bayer's motion to dismiss is **DENIED**.

Bayer makes various other arguments which are better resolved on a motion for summary judgment.  However, the Court

rejects any effort by plaintiffs to shoehorn a claim of false

ASPs into this already massive complaint.

**S/PATTI B. SARIS**
United States District Judge