```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | ) <br>) <br>) MDL NO. 1456<br>) CIVIL ACTION NO. 01-12257-PBS<br>) |

### ORDER RE: ROCHE LABORATORIES, INC.'s MOTION TO DISMISS (Docket No. 2209)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the motion to dismiss the claims involving physician-administered drugs after June 9, 1994 without opposition. The Court dismisses the best price claims under Fed. R. Civ. P. 9. Otherwise, **DENIED**.

                                        **S/PATTI B. SARIS**
                                        United States District Judge