```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) CIVIL ACTION NO. 01-12257-PBS ) |

### ORDER RE: PURDUE'S MOTION TO DISMISS (Docket Nos. 2206, 2223, 4390)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** defendants' motion to dismiss the Best Price claims and claims for any drugs for which a spread is not alleged.  Otherwise, **DENIED**.

                                    **S/PATTI B. SARIS**
                                    United States District Judge