```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) MDL NO. 1456 <br> LITIGATION ) CIVIL ACTION NO. 01-12257-PBS <br> ) | |

### ORDER RE: CHIRON CORPORATION'S MOTION TO DISMISS
### (DOCKET NOS. 2186, 4372)

July 30, 2008

Saris, U.S.D.J.

The Court **DENIES** Chiron Corporation's motions to dismiss the First Amended Consolidated Compliant and the Nassau County Complaint except with respect to the six new NDC's which were added without leave of Court in the Amended Consolidated Complaint.  Chiron's challenge to the method of calculating the spread is better addressed in a motion for summary judgment.

                                        **S/PATTI B. SARIS**
                                        United States District Judge