UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) CIVIL ACTION NO. 01-12257-PBS ) |

**ORDER RE: AMGEN'S MOTION TO DISMISS (DOCKET NOS. 2188, 4386)**

July 30, 2008

Saris, U.S.D.J.

    The Court **ALLOWS** Amgen's Motion to Dismiss the First Amended Consolidated Complaint and the Nassau County Complaint (Docket Nos. 2188, 4386) with respect to all drugs except Neupogen. Plaintiffs list the "subject drugs" it contends have fraudulent AWPs and Best Prices in Exhibit A:  Neupogen, Epogen and Infergen.  While some fraudulent spreads for Immunex drugs are alleged in Exhibit B, a spread for only Neupogen is specified in the complaint (See ¶ 249).  The Court dismisses the Best Price claims pursuant to Fed. R. Civ. P. 8 and 9.  The Court does not dismiss the separately listed Immunex drugs for which an allegedly fraudulent AWP and spread are alleged.

                                              **S/PATTI B. SARIS**
                                              United States District Judge