```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE        ) | MDL NO. 1456 |
| LITIGATION                     ) | CIVIL ACTION NO. 01-12257-PBS |

### ORDER RE: BOEHRINGER INGELHEIM CORPORATIONS'S MOTION TO DISMISS (Docket Nos. 2199, 4402)

July 28, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the motion to dismiss the First Amended Consolidated Complaint and the Nassau County Complaint (No. 2199) because plaintiffs have failed to identify any allegedly fraudulent spreads or Best Prices of any drugs manufactured by defendant (Exhibit B) and have not alleged sufficient facts to demonstrate that the parent company is liable for the fraudulent acts of its subsidiaries like Roxane Labs.

                                   **S/PATTI B. SARIS**
                                   United States District Judge