UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE ) MDL NO. 1456
LITIGATION ) CIVIL ACTION NO. 01-12257-PBS
)

**ORDER RE: MEDIMMUNE, INC.'S MOTION TO DISMISS (Docket No. 2201)**

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss the subject drugs Respigam and Synagis for which plaintiffs have not alleged a spread in the complaint or Exhibit B. The Court also dismisses all claims involving physician-administered drugs after June 1994. The Court dismisses the Best Prices claims. Otherwise **DENIED**.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge