UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE ) MDL NO. 1456
LITIGATION ) CIVIL ACTION NO. 01-12257-PBS

### ORDER RE: ASTRAZENECA'S MOTION TO DISMISS
### (DOCKET NOS. 2197)

July 30, 2008

Saris, U.S.D.J.

Astrazeneca's motion to dismiss the claims regarding Zoladex before December 3, 2003 in the First Amended Consolidated Complaint and the Second Amended Complaint of Nassau County is **ALLOWED** on the ground they are barred by the settlement agreement and release.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge