*REVISED* **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AMGEN INC.** | 2188 | DEFENDANT AMGEN INC.'S INDIVIDUAL MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE CONSOLIDATED COMPLAINT OF PLAINTIFFS NEW YORK CITY AND THE NEW YORK COUNTIES OTHER THAN NASSAU AND THE NASSAU COUNTY SECOND AMENDED COMPLAINT | 2435 | 2551 | 2658 | **** | 4386 | AMGEN INC.'S RENEWED MOTION TO DISMISS THE NEW YORK COUNTIES' COMPLAINT [DOCKET NO. 2188] | 4453 | None | | *Sub judice.* No admendments or termination of parties. |
| **ASTRAZENECA PHARMACEUTICALS, LP & ASTRAZENECA LP** | 2197 | ASTRAZENECA DEFENDANTS' INDIVIDUAL MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND NEW YORK COUNTIES OTHER THAN NASSAU AND THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2434 | 2559 | 2639 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| **BAYER CORPORATION** | Not on ECF, but served on File & Serve (Lexis ID. 10713640) | INDIVIDUAL MEMORANDUM OF BAYER CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS (1) THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU AND (2) THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2436 | 2549 | 2641 | **** | 4391 | DEFENDANT BAYER CORPORATION'S NOTICE OF ITS RENEWAL OF ITS PENDING INDIVIDUAL MOTION TO DISMISS IN RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT | NONE | NONE | NONE | *Sub judice.* No admendments or termination of parties. **NOTE: Plaintiffs were not served with Bayer's Renewal brief and were not aware of its filing.  Plaintiffs did not file an Opposition as they were unaware of the motion.** |

*REVISED* **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Original Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEN VENUE | 2200 | SEPARATE MEMORANDUM OF DEFENDANT BEN VENUE LABORATORIES, INC., IN SUPPORT OF ITS MOTION TO DISMISS THE NASSAU COUNTY SECOND AMENDED COMPLAINT | N/A | N/A | N/A | **** | | N/A | | | | *Party dismissed without prejudice as to Nassau County (June 6, 2006 Hearing)* |
| BIOGEN IDEC INC. | 2210 | BIOGEN IDEC INC.'S SEPARATE MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS (1) THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU AND (2) THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2437 | 2546 | 2657 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| BOEHRINGER INGELHEIM CORPORATION | 2199 | SEPARATE MEMORANDUM OF DEFENDANT BOEHRINGER INGELHEIM CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS | 2438 | 2553 | 2643 | **** | 4402 | MOTION TO RENEW DOCKET # 2199 SEPARATE MEMORANDUM OF DEFENDANT BOEHRINGER INGELHEIM CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS | 4453 | 4476 | 4499 | *Sub judice.* No admendments or termination of parties. |
| CHIRON CORPORATION | 2187 | DEFENDANT CHIRON CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE CONSOLIDATED NEW YORK CITY AND COUNTY COMPLAINT AND THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2472 | | | **** | 4372 | DEFENDANT CHIRON CORPORATION'S RENEWED MOTION TO DISMISS THE CONSOLIDATED NEW YORK CITY AND NEW YORK COUNTIES FIRST AMENDED CONSOLIDATED COMPLAINT | NONE | NONE | NONE | *Sub judice.* No admendments or termination of parties. <u>NOTE: Plaintiffs were not served with Chiron's Renewal brief and were not aware of its filing. Plaintiffs did not file an Opposition as they were unaware of the motion.</u> |

*REVISED*  **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ELI LILLY AND COMPANY** | 2192 | Eli Lilly and Company's Separate Memorandum in Support of Its Motion to Dismiss (1) the Conslidated Complaint of New York City and New York Counties Other than Nassau and (2) The Second Amended Complaint of Nassau County | 2474 | 2545 | 2642 | **** | 4374 | ELI LILLY AND COMPANY'S RENEWED MOTION TO DISMISS THE NEW YORK COUNTIES' FIRST AMENDED CONSOLIDATED COMPLAINT ON THE GROUND THAT IT PREVIOUSLY WAS DISMISSED FROM THIS CASE PURSUANT TO THE COURT'S "SUFFOLK 13" DECISION | 4453 | NONE | NONE | *Sub judice.*  No admendments or termination of parties. |
| **EMD, INC.** | 2204 | Individual Memorandum of Law of Defendant EMD, Inc. in Support of It's Motion to Dismiss | 2439 | 2562 | 2656 | **** | | NONE | | | | *Sub judice.*  No admendments or termination of parties. |
| **ENDO PHARMACEUTICALS INC.** | 2198 | DEFENDANT ENDO PHARMACEUTICALS INC.'S INDIVIDUAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU | 2440 | 2543 | 2644 | **** | 4385 | DEFENDANT ENDO PHARMACEUTICALS INC.'S RENEWAL OF ITS INDIVIDUAL MOTION TO DISMISS THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU | 4453 | 4477 | 4499 | *Sub judice.*  No admendments or termination of parties. |
| **FOREST LABORATORIES, INC & FOREST PHARMACEUTICALS** | 2191 | Defendants Forest Laboratories, Inc. and Foest Pharmaceuticals, Inc.'s Memorandum of Law of in Support of Motion to Dismiss (1) The Consolidated Complaint of New York City and New York Counties Other than Nassau and (2) The Second Amended Complaint of Nassau County | 2441 | 2541 | 2645 | **** | | NONE | | | | *Sub judice.*  No admendments or termination of parties. |

*REVISED* **PLAINTIFFS' STATUS REPORT:**

**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**

*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IVAX CORPORATION, IVAX PHARACEUTICALS, INC. AND BARR LABORATORIES, INC. | | NONE | N/A | N/A | N/A | **** | 4388 | IVAX CORPORATION, IVAX PHARACEUTICALS, INC. AND BARR LABORATORIES, INC.'S JOINT RENEWED MOTION TO DISMISS THE NEW YORK COUNTIES' FIRST AMENDED CONSOLIDATED COMPLAINT ON THE GROUND THAT THEY WERE PREVIOUSLY DISMISSED FROM THIS CASE PURSUANT TO THE COURT'S "SUFFOLK 13" DECISION | 4453 | 4475 | 4499 | *Sub judice.* No admendments or termination of parties. |
| MEDIMMUNE INC. | 2201 | DEFENDANT MEDIMMUNE, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS (1) THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU AND (2) THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2442 | 2561 | 2646 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| MERCK & CO | 2208 | SEPARATE MEMORANDUM OF MERCK & CO., INC. IN SUPPORT OF ITS MOTION TO DISMISS | 2443 | 2548 | 2647 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| MYLAN LABORATORIES INC., MYLAN PHARMACEUTICALS INC. & UDL LABORATORIES INC. | 2205 | The Mylan Defendants' Individual Memorandum of Law in Support of Their Motion to Dismiss | 2444 | 2563 | 2648 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |

*REVISED* **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOVARTIS PHARMACEUTICALS CORP. | 2195 | Defendant Novartis Pharmaceuticals Corporation's Memorandum of Law in Support of Its Motion to Dismiss the Consolidated Complaint of Plaintiffs New York City and the New York Counties Other Than Nassau and the Nassau County Second Amended Complaint | 2445 | 2554 | 2649 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| PAR PHARMACEUTICALS COMPANIES, INC. & PAR PHARMACEUTICAL, INC. | 2203 | INDIVIDUAL MEMORANDUM OF DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC. AND PAR PHARMACEUTICAL, INC. IN SUPPORT OF THEIR MOTION TO DISMISS THE CORRECTED CONSOLIDATED COMPLAINT AND THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2446 | 2564 | 2650 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |
| PFIZER INC., PHARMACIA CORPORATION, GREENSTONE LTD & AGOURON PHARMACEUTICALS, INC. | 2189 | Separate Memorandum of the "Pfizer Defendants" in Support of Their Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff New York Counties Other Than Nassau and (2) the Second Amended Complaint of Nassau County | 2447 | 2547 | 2651 | **** | | NONE | | | | *Sub judice.* No admendments or termination of parties. |

*REVISED* **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PURDUE PHARMA L.P., PURDUE FREDERICK COMPANY, AND PURDUE PHARMA COMPANY** | 2206 | INDIVIDUAL MEMORANDUM OF PURDUE PHARMA L.P., PURDUE FREDERICK COMPANY, AND PURDUE PHARMA COMPANY IN SUPPORT OF THEIR MOTION TO DISMISS (1) THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU AND (2) THE SECOND AMENDED COMPLAINT OF NASSAU COUNTY | 2473 | 2558 | 2679 | **** | 4390 & 4404 | MOTION TO RENEW DOCKET NO. 2223, INDIVIDUAL MEMORANDUM OF DEFENDANTS PURDUE PHARMA L.P., PURDUE FREDERICK COMPANY, AND PURDUE PHARMA COMPANY'S IN SUPPORT OF THEIR MOTION TO DISMISS THE NEW YORK COUNTIES' FIRST AMENDED CONSOLIDATED COMPLAINT | 4453 | NONE | NONE | *Sub judice.* **No admendments or termination of parties.** |
| **TAP PHARMACEUTICALS PRODUCTS INC.** | 2190 & 2211 | DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS | 2450 | 2525 | 2654 | **** | 4389 | Tap Pharmaceutical Products Inc.'s Motion to Renew Supplemental Motion to Dismiss and Reassert Reply Memorandum to Plaintiffs' Response to Motion to Dismiss | 4453 | 4478 | 4499 | *Sub judice.* **No admendments or termination of parties.** |
| **SANDOZ INC.** | 2202 | Defendant Sandoz Inc.'s Supplemental Memorandum of Law Regarding Multiple Source Generic Drug Products in Support of Defendants' Motion to Dismiss the Corrected Consolidated Complaint and the Second Amended Complaint of Nassau County. THIS BRIEF WAS INCORPORATED BY REFERENCE BY 24 OTHER GENERIC DEFENDANTS | 2451 | 2557 | 2653 | **** | | N/A | | | | **ADDRESSED BY APRIL 7, 2007 & July 30, 2007 ORDERS** |

*REVISED* **PLAINTIFFS' STATUS REPORT:**
**OUTSTANDING INDIVIDUAL MOTIONS TO DISMISS**
*(City of New York, et al. v. Abbott Labs, et al., MDL 1456)*

| Defendant Party | Orignial Docket No. | Original Individual Motion to Dismiss Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | **** | Renewed Docket Number | Renewed Document Name | Opposition Docket No. | Reply Docket No. | Sur-Reply Docket No. | STATUS/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SANOFI SYNTHELABO** | 2220 | Sanofi-Synthelabo's Individual Memorandum of Law In Support of Motion to Dismiss (1) The Consolidated Complaint of New York City and Plaintiff New York Counties Other Than Nassau and (2) The Second Amended Complaint of Nassau County | 2449 | 2550 | N/A | **** | | N/A | | | | **SETTLEMENT. PARTY DISMISSED** |
| **Wyeth** | Not on ECF, but served on File & Serve (Lexis ID. 10716991) | Defendant Wyeth's Supplemental Memorandum in Support of Motion to Dismiss The Consolidated New York City and County Complaint and the Second Amended Complaint of Nassau County | 2452 | Not on ECF, but served on Lexis/Nexis File & Serve (Lexis ID 11260952) | 2655 | **** | 4435 | Defendant Wyeth's Renewal of It's Motion to Dismiss the Complaint filed by NYC and the NY Counties, including Nassau County | 4453 | 4502 | 4499 | *Sub judice.* **No admendments or termination of parties.** |