UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc.*,  Civil Action No. 06-11337-PBS; | ) ) ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | ) ) ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) |

MDL No. 1456
Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

AUGUST 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc.

("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file

the attached Status Report for August 2008, in accordance with the Court's June 17, 2004,

Procedural Order.

| | United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. MDL Docket Number 06-11337 Original Jurisdiction: U. S. District Court Southern District of Florida | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #4711)** Abbott Laboratories, Inc.'s Motion For a Preservation Order and Affidavit Regarding Spoliation Issues <br><br> • **(Docket #4744)** United States' Unopposed Motion to Enlarge Time <br><br> • **(Docket #4808)** United States' Response to Defendant Abbott's Motion for a Preservation Order. <br><br> • **(Docket #4820)** Abbott Laboratories Inc.'s Unopposed Motion for Leave to File a Reply Memorandum in Support of Motion <br><br> • **(Docket #4883)** Abbott Laboratories, Inc.'s Renewed Motion for Leave to File Reply in Support of Its Motion | 8/20/2008 at 2:00 PM |
| 2. | **(Docket #4920)** Memorandum by the United States Relating To Documents Submitted for in Camera Review Pursuant to the Court's Order of November 9, 2007 <br><br> **(Docket #5355)** Submission By The United States Of Privileged Documents Relating To Abbott Drugs For In Camera Review Pursuant To Court's Order Of Nov. 9, 2007 <br><br> • **(Docket #5353)** Memorandum By The United States Relating To In Camera Submission Of Documents | |
| 3. | **(Docket #5035)** Abbott Laboratories, Inc.'s Motion to Compel Ven-A-Care to Provide Adequate Responses to Abbott's Fourth Set of Interrogatories <br><br> • **(Docket #5057)** Relator's Opposition to Abbott Laboratories, Inc.'s Motion | 8/20/2008 at 2:00 PM |

| | | |
|---|---|---|
| 4. | **(Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum of Law <br><br> • **(Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion <br><br> • **(Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply | |
| 5. | **(Docket #5128 and #5129)** United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum of Law <br><br> • **(Docket #5135)** Abbott Laboratories Inc.'s Opposition to Motion <br><br> • **(Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition | |
| 6. | **(Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum of Law <br><br> • **(Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion <br><br> • **(Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition | |
| 7. | **(Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States <br><br> • **(Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion <br><br> • **(Docket #5275)** Motion for Leave to File Reply in Support of Motion by Abbott Laboratories, Inc.. | |
| 8. | **(Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law <br><br> • **(Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel | |

| 9. | **(Docket #5178)** Motion for Extension of Time to April 25, 2008 to Produce Documents and a Privilege Log by United States | |
|----|----|----|
| 10. | **(Docket s #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and memorandum of Law<br><br>●     **(Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel<br><br>●     **(Docket #5273)** Motion for Leave to File Reply to Abbott's Response to the United States' Motion with attached Reply | |
| 11. | **(Docket #5181)** Motion for Extension of Time to April 25, 2008 to Complete Document Production by Abbott Laboratories, Inc. | |
| 12. | **(Docket # 5256)**  Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 Rulings on Deliberative Process Privilege by Abbott Laboratories, Inc.<br><br>●     **(Docket #5281 and #5283)** Memorandum of Law by Dey, L.P., Inc., Dey Inc., Dey LP and Supporting Declaration<br><br>●     **(Docket #5286)** Response to Motion re 5256 filed by United States<br><br>●     **(Docket #5343)** Assented to Motion for Leave to File Reply with attached Reply by Abbott<br><br>●     **(Docket #5456)** Memorandum in Support of Motion by Abbott (Supplemental Submission Regarding the Government's Abuse of the Deliberative Process Privilege)<br><br>●     **(Docket #5461)** Response by United States. to 5456 Supplemental Memorandum in Support of Motion | 7/24/2008<br>3:30 p.m. |

| | |
|---|---|
| 13. | **(Docket # 5276)** Abbott 's Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br> • **(Docket #5344)** United States' Opposition re 5276 Motion to Enforce the February 16, 2007 Protective Order<br><br> • **(Docket #5360)** Sealed Document - Exhibits A and B to [5344] Filed by United States<br><br> • **(Docket # 5397)** Motion for Leave to File Reply in Support of its Motion by Abbott Laboratories, Inc.<br><br> • **(Docket # 5424)** Motion for Leave to File Sur-Reply to Motion by United Stateswith attached Sur-Reply | |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,** **MDL Docket No. 05-11084-PBS** **Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket # 5356 and #5357)** United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice and Memorandum of Law <br><br> •   **(Docket # 5386)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time <br><br> •   **(Docket # 5394 and #5395)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Memorandum of Law in Opposition to the Government's Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions under Rule 30(b)(6) and Supporting Declaration <br><br> •   **(Docket # 5439)** Motion for Leave to File a Reply Memorandum in Support of Motion by United States | |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,** **MDL Docket No. 07-10248-PBS** **Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket # 57 and #58)** Joint Motion to Compel Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc. and Memorandum of Law <br><br> •   **June 10, 2008 Order**: Judge Patti B. Saris: Electronic Order entered Referring Motion to Magistrate Judge Marianne B. Bowler. <br><br> •   **(Docket # 63 and 64)** Opposition re Joint Motion filed by United States of America. | 7/29/2008 at 12:00 PM |

Respectfully Submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

GREGORY G. KATSAS
ACTING ASSISTANT ATTORNEY
GENERAL

/s/ Renée Brooker
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Elizabeth Strawn
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

For the relator, Ven-A-Care of the Florida
Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705

August 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "AUGUST 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

 s/ Mark Lavine

Dated:  August 1, 2008