UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa* v. *Abbott Labs., Inc., et al.*<br>S.D.IOWA 4:07-CV-00461-JAJ-CFB | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED CASE MANAGEMENT ORDER _____.**

Plaintiff, the State of Iowa, and defendants in the above-captioned matter hereby move for a seven (7) day extension of time to submit a proposed Case Management Order ("CMO"). The parties are to submit the proposed CMO by August 1, 2008. The parties are actively negotiating the terms and language of the proposed CMO. The additional time is needed to allow for these negotiations to continue and for consultation with clients. The parties believe that with the requested additional time, they will be able to agree on the majority of the substantive terms of the proposed CMO.

Therefore, the parties jointly seek an additional seven (7) days to submit the proposed order, or until August 8, 2008. A proposed form of order is annexed hereto.

Dated: August 1, 2008

                 By:  /s/ Joanne M. Cicala_____
                     Joanne M. Cicala
                     James P. Carroll Jr.
                     Aaron D. Hovan
                     KIRBY McINERNEY, LLP
                     825 Third Avenue
                     New York, NY 10022
                     Telephone: (212) 371-6600

Facsimile: (212) 751-2540

*Special Counsel to the State of Iowa*

By:   /s/ **J. Andrew Jackson**
J. Andrew Jackson
Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye St., N.W.
Washington, DC 20037
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Counsel for BAXTER HEALTHCARE CORPORATION on behalf of :

Abbott Laboratories, Inc.
Agouron Pharmaceuticals, Inc.
Alpharma, Inc.
ALZA Corporation
Amgen Inc.
AstraZeneca LP
AstraZeneca Pharmaceuticals, LP
Aventis Behring LLC (n/k/a ZLB Behring LLC)
Aventis Pharmaceuticals, Inc.
Barr Laboratories, Inc.
Baxter Healthcare Corporation
Baxter International Inc.
Bayer Corporation
Bayer Pharmaceuticals Corporation
Ben Venue Laboratories, Inc.
Boehringer Ingelheim Corporation
Boehringer Ingelheim Pharmaceuticals, Inc.
Bristol-Myers Squibb Company
Chiron Corporation
Dey, Inc.
Dey, L.P.
Eli Lilly and Company
Endo Pharmaceuticals Inc.
Ethex Corporation
Ethicon, Inc.
Forest Laboratories
Forest Pharmaceuticals, Inc.
Geneva Pharmaceuticals, Inc.
Greenstone LTD.

Hoffman-La Roche Inc.
Immunex Corporation
Ivax Corp.
Ivax Pharmaceuticals, Inc.
Janssen L.P.
Johnson & Johnson
King Pharmaceuticals, Inc.
King Research and Development
McNeil-PPC, Inc.
MedImmune, Inc.
Merck & Co. Inc.
Monarch Pharmaceuticals, Inc.
Mylan Laboratories Inc.
Mylan Pharmaceuticals Inc.
Novartis Pharmaceuticals Corporation
Novopharm USA, Inc.
Oncology Therapeutics Network Corporation
Ortho-Biotech Products, L.P.
Ortho-McNeil Pharmaceutical, Inc.
Par Pharmaceutical Companies, Inc.
Par Pharmaceutical, Inc.
Pfizer Inc.
Pharmacia Corporation
Purdue Pharma L.P.
Purepac Pharmaceutical, Co.
Roche Laboratories Inc.
Roxane Laboratories, Inc. (N/K/A Boehringer Ingelheim Roxane, Inc.)
Sandoz Inc.
Schering Corporation
Schering-Plough Corp.
Sicor, Inc.
SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")
TAP Pharmaceutical Products, Inc.
Teva Pharmaceuticals USA, Inc.
UDL Laboratories, Inc.
Warrick Pharmaceuticals Corporation
Watson Pharma, Inc.
Watson Pharmaceuticals, Inc.
Wyeth
Wyeth Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa* v. *Abbott Labs., Inc., et al.*<br>S.D.IOWA 4:07-CV-00461-JAJ-CFB | Civil Action No.<br>01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED CASE MANAGEMENT ORDER \_\_\_\_.

Saris, U.S.D.J.

WHEREAS, Plaintiffs State of Iowa ("Plaintiff") filed a Complaint in the Southern District of Iowa on October 9, 2007; and

WHEREAS, the case was transferred to MDL 1456 by the Judicial Panel for Multidistrict Litigation on October 25, 2007; and

WHEREAS, certain Served Defendants (those defendants that properly have been served with process) moved to dismiss the Plaintiff's Complaint and oral argument was heard by this Court on that motion on June 26, 2008; and

WHEREAS, during the hearing on the Served Defendants' motions to dismiss, this Court requested that the parties submit a proposed case management order ("CMO") concerning scheduling of the case and other issues;

WHEREAS, the parties are actively negotiating the content and language of the proposed CMO;

NOW THEREFORE, it is ORDERED, as follows:

The parties shall submit a proposed CMO no later than August 8, 2008.

Dated: _____                                              _____
                                                                Hon. Patti B. Saris
                                                                United States District Court Judge

## CERTIFICATE OF SERVICE

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED CASE MANAGEMENT ORDER** \_\_\_\_, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

Dated:  August 1, 2007                               \_\_\_/s/ James P Carroll Jr_____
                                                                       James P. Carroll Jr.