UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br>**THIS DOCUMENT RELATES TO:** <br><br>*U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc.* <br>*No. 07-CV-11618-PBS* | MDL No. 1456 <br>Civil Action No. 01-12257-PBS <br><br>Hon. Patti B. Saris <br><br>Magistrate Judge Marianne B. Bowler |

**RELATOR'S PROPOSED CASE MANAGEMENT ORDER**

The Case Management Order in the above-styled and numbered case shall set the following pre-trial schedule:

| | |
|---|---|
| Nov. 28, 2008 | Close of fact discovery. |
| Dec. 22, 2008 | Plaintiff serves expert reports. |
| Feb. 16, 2008 | Defendant serves expert reports. |
| April 9, 2009 | Close of expert discovery. |
| May 30, 2009 | Motions for summary judgment shall be filed. |
| June 30, 2009 | Responses to motions for summary judgment shall be filed. |
| July 15, 2009 | Reply memoranda, if any, shall be filed. |
| July 30, 2009 | Sur-reply memoranda, if any, shall be filed. |
| September 17, 2009 (2:00pm) | Hearing on motions for summary judgment. |

Motions for summary judgment which contain issues common to the *United States ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS (the "Abbott" case), *United States ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc.,* Civil Action No. 05-11084-PBS (the "Dey" case), and *United States ex rel. Ven-a-*

1

*Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS (the "Roxane" case), and/or this case styled *United States ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 07-11618-PBS (the "Ery" case) shall be filed jointly by all Defendants with one memorandum and one statement of material facts pursuant to LR 56.1.  Separate memoranda and statements pursuant to LR 56.1 shall be filed in each case on matters unique to the case.  Responses to motions for summary judgment as well as reply memoranda and sur-reply memoranda shall be filed consistent with this format.

_____

Patti B. Saris, D.J.


Dated:  August ___, 2008