**EXHIBIT   1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | ) ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

### PROPOSED CASE MANAGEMENT ORDER NO. _____

1. This Case Management Order ("CMO") shall apply to the parties to the case captioned above. To the extent that any other CMO is applicable to the parties in this action and is inconsistent with a provision(s) in this CMO, the parties agree that they are bound by this CMO.

2. As used in this CMO, "Defendant" shall refer to Abbott Laboratories Inc. ("Abbott"), "Ven-A-Care" shall refer to the relator, Ven-A-Care of the Florida Keys, Inc., and "Plaintiffs" shall refer collectively to Ven-A-Care and the United States of America and any of its subdivisions, agencies or agents.

### INITIAL DISCLOSURES & AMENDMENT TO PLEADINGS

3. Ven-A-Care and Defendant shall complete their Rule 26(a) initial disclosures on or before **August 22, 2008**.

4. The deadline to amend any pleading(s) is **October 31, 2008**.

### PHASE I DISCOVERY

5. Discovery shall first proceed with respect to the issues relating to: (a) whether the Court has subject matter jurisdiction over this case pursuant to 31 U.S.C. § 3730(e)(4)(A) and (b)

the validity of Ven-A-Care's damages computation set forth in its initial disclosures pursuant to Rule 26(a)(1)(C) ("Phase I Discovery").

6.  The deadline for completing the fact discovery described in Paragraph 5, excluding expert discovery shall be completed by **October 31, 2008.**

7.  All other discovery shall be stayed during Phase I Discovery, except the discovery of the individual state Medicaid programs that the Court has ordered to be coordinated with *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS, *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS, and *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS.

8.  Summary judgment briefing deadlines with respect to the issues in Paragraph 5 shall proceed as follows:

| Motion(s) for Summary Judgment | November 28, 2008 |
| --- | --- |
| Response to Motion(s) for Summary Judgment | December 19, 2008 |
| Replies to Motion(s) for Summary Judgment | January 9, 2008 |
| Hearing on Motion(s) for Summary Judgment | February 2008 |

9.  Upon adjudication of the summary judgment motions in Paragraph 7 discovery will commence with respect to any other issue in this case (the "Phase II Discovery").

**PHASE II DISCOVERY**

10. Phase II Discovery shall last no more than 90 days.

11. At the conclusion of Phase II Discovery, the parties will confer as to the remaining pre-trial schedule concerning deadlines for disclosure of experts, motions for summary judgment and pre-trial conference.

**MISCELLANEOUS**

12. Nothing in this CMO precludes any party from filing in the future an appropriate motion for protective order, or extension of deadlines, or relief from any provision herein for good cause, pursuant to Fed. R. Civ. P. 26(c).


Dated: _____, 2008         _____
                                            PATTI B. SARIS
                                            UNITED STATES DISTRICT JUDGE