**EXHIBIT   2**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc., Zachary T. Bentley, and T. Mark Jones* | ) | |
| *v. Abbott Laboratories, Inc.,* | ) | |
| No. 07-CV-11618-PBS | ) | |

**[ALTERNATE] PROPOSED CASE MANAGEMENT ORDER NO. _____**

1.     This Case Management Order (CMO) shall apply to the parties to the case captioned above.  To the extent that any other CMO is applicable to the parties in this action and is inconsistent with a provision(s) in this CMO, the parties agree that they are bound by this CMO.

2.     The following schedule shall be applicable to the parties in this case:

| | |
|---|---|
| **Initial Disclosures** | **August 22, 2008** |
| **Deadline to Amend Pleadings** | **October 31, 2008** |
| **Close of Fact Discovery** | **February 27, 2008** |
| **Ven-A-Care's Expert Report(s)** | **March 27, 2008** |
| **Defendant's Expert Report(s)** | **May 8, 2008** |
| **Close of Expert Discovery** | **June 12, 2008** |
| **Motion(s) for Summary Judgment** | **July 17, 2008** |
| **Response to Motion(s) for Summary Judgment** | **August 14, 2008** |
| **Reply to Motion(s) for Summary Judgment** | **August 28, 2008** |
| **Hearing on Motion(s) for Summary Judgment** | **To be determined** |

3.     Nothing in this CMO precludes any party from filing in the future an appropriate

motion for protective order, or extension of deadlines, or relief from any provision herein for

good cause, pursuant to Fed. R. Civ. P. 26(c).


Dated: _____, 2008       _____

                                       PATTI B. SARIS
                                       UNITED STATES DISTRICT JUDGE