# EXHIBIT A

Case 1:01-cv-12257-PBS   Document 5494-2   Filed 08/07/08   Page 2 of 3

Addendum A--The following list of multiple source drugs meets the criteria set forth in 42 CFR 447.332 and §1927(e) of the Social Security Act, as amended by OBRA 1993. The development of the current Federal Upper Limit (FUL) listing has been accomplished by computer. Payments for multiple source drugs identified and listed in the accompanying addendum must not exceed, in the aggregate, payment levels determined by applying to each drug entity a reasonable dispensing fee (established by the State and specified in the State plan), plus an amount based on the limit per unit which HCFA has determined to be equal to a 150 percent applied to the lowest price listed (in package sizes of 100 units, unless otherwise noted) in any of the published compendia of cost information of drugs. The listing is based on data current as of January 2000 from the First Data Bank (Blue Book), Medi-Span, and the Red Book. Addendum A does not reference the commonly known brand names. However, the brand names are included in the FUL listing provided to the State agencies in electronic media format. The FUL price list is in Microsoft Word format at http://www.hcfa/gov/medicaid/drug10.htm.

In accordance with current policy, Federal financial participation will not be provided for any drug on the FUL listing for which the FDA has issued a notice of an opportunity for a hearing as a result of the Drug Efficacy Study and Implementation (DESI) program and which has been found to be less than effective or is identical, related, or similar (IRS) to the DESI drug. The DESI drug is identified by the Food and Drug Administration or reported by the drug manufacturer for purposes of the Medicaid drug rebate program.

The April 6, 2000 list has been amended with a new implementation date of no later than December 7, 2000.

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT SOURCE * |
|---|---|
| **ACEBUTOLOL HYDROCHLORIDE** | |
| EQ 200 MG BASE, CAPSULE, ORAL, 100 | $0.4613 B |
| EQ 400 MG BASE, CAPSULE, ORAL, 100 | $0.6713 B |
| | |
| **ACETAMINOPHEN; CODEINE PHOSPHATE** | |
| 300 MG; 15 MG, TABLET, ORAL, 100 | $0.0980 B |
| 300 MG; 30 MG, TABLET, ORAL, 100 | $0.1200 B |
| 300 MG; 60 MG, TABLET, ORAL, 100 | $0.2280 B |
| | |
| **ACETAMINOPHEN; HYDROCODONE BITARTRATE** | |
| 500 MG; 5 MG, CAPSULE, ORAL, 100 | $0.1943 R |
| 500 MG; 5 MG, TABLET, ORAL, 100 | $0.1060 R |
| 500 MG; 7.5 MG, TABLET, ORAL, 100 | $0.2300 B |
| 650 MG; 10 MG, TABLET, ORAL, 100 | $0.1850 B |
| 650 MG; 7.5 MG, TABLET, ORAL, 100 | $0.1850 R |
| 750 MG; 7.5 MG, TABLET, ORAL, 100 | $0.1750 R |
| | |
| **ACETAMINOPHEN; OXYCODONE HYDROCHLORIDE** | |
| 500 MG; 5 MG, CAPSULE, ORAL, 100 | $0.2250 B |
| 325 MG; 5 MG, TABLET, ORAL, 100 | $0.1190 B |

*B = BLUE BOOK      M = MEDI-SPAN      R = RED BOOK

Case 1:01-cv-12257-PBS   Document 5494-2   Filed 08/07/08   Page 3 of 3

| 04-00 | PAYMENT FOR SERVICES | Addendum A (Cont.) |

| **GENERIC NAME** | **GENERIC UPPER LIMIT/UNIT** |
|---|---:|
| | **SOURCE *** |
| DIPHENHYDRAMINE HYDROCHLORIDE | |
| &#124;   25 MG, CAPSULE, ORAL, 100 | $0.0250 B |
|     12.5 MG/5 ML, ELIXIR, ORAL, 480 ML | $0.0080 R |
| | |
| DIPIVEFRIN HYDROCHLORIDE | |
|     0.1%, SOLUTION/DROPS, OPHTHALMIC, 5 ML | $0.8700 B |
|     0.1%, SOLUTION/DROPS, OPHTHALMIC, 10 ML | $0.6360 B |
|     0.1%, SOLUTION/DROPS, OPHTHALMIC, 15 ML | $0.7280 B |
| | |
| DIPYRIDAMOLE | |
| &#124;   75 MG, TABLET, ORAL, 100 | $0.0770 B |
| | |
| DOXEPIN HYDROCHLORIDE | |
| &#124;   EQ 10 MG BASE, CAPSULE, ORAL, 100 | $0.1720 B |
| &#124;   EQ 25 MG BASE, CAPSULE, ORAL, 100 | $0.1820 B |
| &#124;   EQ 75 MG BASE, CAPSULE, ORAL, 100 | $0.1290 B |
| &#124;   EQ 100 MG BASE, CAPSULE, ORAL, 100 | $0.3830 B |
|     EQ 10 MG BASE/ML, CONCENTRATE, ORAL, 120 ML | $0.1144 B |
| | |
| DOXYCYCLINE HYCLATE | |
|     EQ 50 MG BASE, CAPSULE, ORAL, 50 | $0.0819 B |
|     EQ 100 MG BASE, CAPSULE, ORAL, 50 | $0.1050 B |
| &#124;   EQ 100 MG BASE, TABLET, ORAL, 50 | $0.0953 B |
| | |
| ERYTHROMYCIN | |
|     250 MG, CAPSULE, DELAYED REL PELLETS, ORAL, 100 | $0.1890 B |
|     2%, SOLUTION, TOPICAL, 60 ML | $0.0650 B |
| | |
| ERYTHROMYCIN ETHYLSUCCINATE | |
|     EQ 200 MG BASE/5 ML, SUSPENSION, ORAL, 480 ML | $0.0340 B |
| | |
| ESTAZOLAM | |
| &#124;   1 MG, TABLET, ORAL, 100 | $0.5954 B |
| &#124;   2 MG, TABLET, ORAL, 100 | $0.6563 B |
| | |
| ESTRADIOL | |
| &#124;   0.5 MG, TABLET, ORAL, 100 | $0.1793 B |
|     1 MG, TABLET, ORAL, 100 | $0.2205 B |
| &#124;   2 MG, TABLET, ORAL, 100 | $0.3060 B |
| | |
| ESTROPIPATE | |
|     0.75 MG, TABLET, ORAL, 100 | $0.3453 R |
| &#124;   1.5 MG, TABLET, ORAL, 100 | $0.3614 B |