# EXHIBIT B

Kentucky Medicaid Drug Maximum Allowable Cost List
Effective August 1, 2003

| GCN | GENERIC NAME | STRENGTH | DOSAGE FORM | MAC PRICE |
|---|---|---|---|---|
| 000570 | DILTIAZEM HCL | 120MG | CAPSULE,SUSTAINED RELEASE 12HR | $0.9957 |
| 021282 | DILTIAZEM HCL | 120MG | CAPSULE,SUSTAINED RELEASE 24HR | $1.1388 |
| 016570 | DILTIAZEM HCL | 180MG | CAPSULE,SUSTAINED RELEASE 24HR | $1.3746 |
| 016849 | DILTIAZEM HCL | 180MG | CAPSULE, DEGRADABLE CNTRL REL | $0.7827 |
| 016571 | DILTIAZEM HCL | 240MG | CAPSULE,SUSTAINED RELEASE 24HR | $1.9500 |
| 016850 | DILTIAZEM HCL | 240MG | CAPSULE, DEGRADABLE CNTRL REL | $0.8249 |
| 016572 | DILTIAZEM HCL | 300MG | CAPSULE,SUSTAINED RELEASE 24HR | $2.5273 |
| 000571 | DILTIAZEM HCL | 60MG | CAPSULE,SUSTAINED RELEASE 12HR | $0.4970 |
| 000572 | DILTIAZEM HCL | 90MG | CAPSULE,SUSTAINED RELEASE 12HR | $0.6545 |
| 011582 | DIPHENHYDRAMINE HCL | 200MG | CAPSULE (HARD, SOFT, ETC.) | $0.0098 |
| 011583 | DIPHENHYDRAMINE HCL | 50MG | CAPSULE (HARD, SOFT, ETC.) | $0.0111 |
| 002839 | DIPHENOXYLATE HCL/ATROP SULF |  | LIQUID | $0.2042 |
| 002841 | DIPHENOXYLATE HCL/ATROP SULF |  | TABLET | $0.1088 |
| 041699 | DIPYRIDAMOLE | 50MG | TABLET | $0.0852 |
| 041700 | DIPYRIDAMOLE | 75MG | TABLET | $0.1751 |
| 000239 | DISOPYRAMIDE PHOSPHATE | 100MG | CAPSULE (HARD, SOFT, ETC.) | $0.5800 |
| 000240 | DISOPYRAMIDE PHOSPHATE | 100MG | CAPSULE (HARD, SOFT, ETC.) | $0.6099 |
| 000909 | D-METHORPHAN HB/P-EPD HCL/BPM | 10-30-2/5 | SYRUP | $0.0127 |
| 048493 | D-METHORPHAN HB/PROMETH HCL | 15-6.25/5 | SYRUP | $0.0224 |
| 046088 | DOXEPIN HCL | 150MG | CAPSULE (HARD, SOFT, ETC.) | $0.3210 |
| 015943 | DOXYCYCLINE MONOHYDRATE | 100MG | CAPSULE (HARD, SOFT, ETC.) | $2.1807 |
| 016815 | DOXYCYCLINE MONOHYDRATE | 50MG | CAPSULE (HARD, SOFT, ETC.) | $1.3358 |
| 007371 | ECONAZOLE NITRATE | 1% | CREAM | $0.7403 |
| 000384 | ENALAPRIL MALEATE | 10MG | TABLET | $0.2280 |
| 000385 | ENALAPRIL MALEATE | 2.5MG | TABLET | $0.1725 |
| 000386 | ENALAPRIL MALEATE | 20MG | TABLET | $0.2475 |
| 000387 | ENALAPRIL MALEATE | 5MG | TABLET | $0.0734 |
| 002171 | ERGOCALCIFEROL | 8000 U/ML | DROPS | $0.4997 |
| 048564 | ERY E-SUCC/SULFISOXAZOLE | 3.5-10K-1 | SUSPENSION, DROPS FDF (ML) | $0.0694 |
| 007948 | ERYTHROMYCIN BASE | 5MG/G | OINTMENT | $1.0500 |
| 007679 | ERYTHROMYCIN BASE/ETHANOL | 2% | SWAB, MEDICATE | $0.4502 |
| 007680 | ERYTHROMYCIN BASE/ETHANOL | 2% | GEL (GM) | $0.5825 |
| 009246 | ERYTHROMYCIN ETHYLSUCCINATE | 200MG | TABLET, CHEWABLE | $0.0000 |
| 009242 | ERYTHROMYCIN ETHYLSUCCINATE | 200MG/5ML | SUSPENSION, ORAL | $0.0336 |
| 021205 | ERYTHROMYCIN ETHYLSUCCINATE | 200MG/5ML | RECONSTITUTED SUSPENSION, ORAL | $0.0585 |
| 009243 | ERYTHROMYCIN ETHYLSUCCINATE | 400MG/5ML | SUSPENSION, ORAL | $0.0557 |
| 023472 | ESTRADIOL | 0.05MG/24H | PATCH, TRANSDERMAL WEEKLY | $6.1875 |
| 023471 | ESTRADIOL | 0.1MG/24HR | PATCH, TRANSDERMAL WEEKLY | $6.5063 |
| 009426 | ETHAMBUTOL HCL | 400MG | TABLET | $1.9050 |
| 004555 | ETHOSUXIMIDE | 250MG/5ML | SYRUP | $0.1210 |
| 003308 | ETHYNODIOL D-ETHINYL ESTRADIOL | 1-0.035MG | TABLET | $1.1880 |
| 003309 | ETHYNODIOL D-ETHINYL ESTRADIOL | 1-0.05MG | TABLET | $1.3252 |
| 015961 | ETODOLAC | 300MG | CAPSULE (HARD, SOFT, ETC.) | $0.4845 |
| 000263 | FLECAINIDE ACETATE | 100MG | TABLET | $1.4070 |
| 000264 | FLECAINIDE ACETATE | 150MG | TABLET | $1.9328 |
| 000265 | FLECAINIDE ACETATE | 50MG | TABLET | $0.8610 |
| 007608 | FLUOCINOLONE ACETONIDE | 0.01% | CREAM | $0.0625 |
| 007609 | FLUOCINOLONE ACETONIDE | 0.03% | CREAM | $0.1125 |
| 007611 | FLUOCINOLONE ACETONIDE | 0.03% | OINTMENT | $0.1125 |
| 007617 | FLUOCINONIDE | 0.05% | OINTMENT | $0.3515 |
| 007614 | FLUOCINONIDE/EMOLLIENT | 0.05% | CREAM | $0.3015 |
| 003821 | FLUPHENAZINE HCL | 2.5MG/5ML | ELIXIR | $0.2537 |
| 003822 | FLUPHENAZINE HCL | 5MG/ML | CONCENTRATE, ORAL | $0.5750 |
| 007606 | FLURANDRENOLIDE | 0.05% | LOTION | $0.8610 |
| 008364 | FLURBIPROFEN | 50MG | TABLET | $0.2250 |
| 008845 | FLUTAMIDE | 125MG | CAPSULE (HARD, SOFT, ETC.) | $2.1798 |
| 046210 | FLUVOXAMINE MALEATE | 100MG | TABLET | $1.1775 |
| 046208 | FLUVOXAMINE MALEATE | 25MG | TABLET | $2.3048 |
| 046209 | FLUVOXAMINE MALEATE | 50MG | TABLET | $1.1175 |
| 007724 | GENTAMICIN SULFATE | 0.10% | CREAM | $0.1735 |