# EXHIBIT C

Alabama Medicaid Agency
State Maximum Allowable Cost (MAC) List

| Brand Name/Generic Name | Generic Description | Strength | Form Code |
|---|---|---|---|
| VASERETIC | ENALAPRIL/HYDROCHLOROTHIAZIDE | 5-12.5MG | TABLET |
| ENALAPRILAT | ENALAPRILAT DIHYDRATE | 1.25MG/ML | VIAL |
| EPHEDRINE SULFATE | EPHEDRINE SULFATE | 50MG/ML | AMPUL |
| ADRENALIN CHLORIDE | EPINEPHRINE | 1MG/ML | AMPUL |
| ADRENALIN CHLORIDE | EPINEPHRINE | 1MG/ML | VIAL |
| EPINEPHRINE | EPINEPHRINE | 1MG/ML | AMPUL |
| EPINEPHRINE | EPINEPHRINE | 1MG/ML | VIAL |
| DRISDOL | ERGOCALCIFEROL | 50000 UNIT | CAPSULE |
| ERGOLOID MESYLATES | ERGOLOID MESYLATES | 1MG | TABLET |
| ERYTHROMYCIN W/SULFISOXAZC | ERY E-SUCC/SULFISOXAZOLE | 200-600/5 | SUSP RECON |
| PEDIAZOLE | ERY E-SUCC/SULFISOXAZOLE | 200-600/5 | SUSP RECON |
| ERYC | ERYTHROMYCIN BASE | 250MG | CAPSULE DR |
| ERYTHROMYCIN | ERYTHROMYCIN BASE | 5MG/G | OINT.(GM) |
| ERYTHROMYCIN BASE | ERYTHROMYCIN BASE | 250MG | CAPSULE DR |
| ROMYCIN | ERYTHROMYCIN BASE | 5MG/G | OINT.(GM) |
| ERYTHROMYCIN ESTOLATE | ERYTHROMYCIN ESTOLATE | 125MG/5ML | ORAL SUSP |
| E.E.S. 200 | ERYTHROMYCIN ETHYLSUCCINATE | 200MG/5ML | ORAL SUSP |
| E.E.S. 400 | ERYTHROMYCIN ETHYLSUCCINATE | 400MG/5ML | ORAL SUSP |
| ERYTHROMYCIN ETHYLSUCCINA` | ERYTHROMYCIN ETHYLSUCCINATE | 200MG/5ML | ORAL SUSP |
| ERYTHROMYCIN ETHYLSUCCINA` | ERYTHROMYCIN ETHYLSUCCINATE | 400MG/5ML | ORAL SUSP |
| ERYTHROCIN STEARATE | ERYTHROMYCIN STEARATE | 250MG | TABLET |
| ERYTHROCIN STEARATE | ERYTHROMYCIN STEARATE | 500MG | TABLET |
| BREVIBLOC | ESMOLOL HCL | 10MG/ML | VIAL |
| ESMOLOL HCL | ESMOLOL HCL | 10MG/ML | VIAL |
| ALORA | ESTRADIOL | 0.05MG/24H | PATCH TDSW |
| ESCLIM | ESTRADIOL | 0.05MG/24H | PATCH TDBW |
| ESCLIM | ESTRADIOL | 0.1MG/24HR | PATCH TDBW |
| ESCLIM | ESTRADIOL | .075MG/24H | PATCH TDBW |
| ESTRACE | ESTRADIOL | 0.5MG | TABLET |
| ESTRACE | ESTRADIOL | 1MG | TABLET |
| ESTRACE | ESTRADIOL | 2MG | TABLET |
| ESTRADERM | ESTRADIOL | 0.05MG/24H | PATCH TDSW |
| ESTRADERM | ESTRADIOL | 0.1MG/24HR | PATCH TDSW |
| ESTRADIOL | ESTRADIOL | 0.5MG | TABLET |
| ESTRADIOL | ESTRADIOL | 1MG | TABLET |
| ESTRADIOL | ESTRADIOL | 2MG | TABLET |
| GYNODIOL | ESTRADIOL | 0.5MG | TABLET |
| GYNODIOL | ESTRADIOL | 1MG | TABLET |
| GYNODIOL | ESTRADIOL | 2MG | TABLET |
| VIVELLE | ESTRADIOL | 0.05MG/24H | PATCH TDSW |
| VIVELLE | ESTRADIOL | 0.1MG/24HR | PATCH TDBW |
| VIVELLE-DOT | ESTRADIOL | 0.05MG/24H | PATCH TDSW |
| VIVELLE-DOT | ESTRADIOL | .075MG/24H | PATCH TDSW |
| VIVELLE-DOT | ESTRADIOL | 0.1MG/24HR | PATCH TDSW |
| ESSIAN | ESTROGEN,ESTER/ME-TESTOSTERON | 2.5-1.25MG | TABLET |
| ESSIAN H.S. | ESTROGEN,ESTER/ME-TESTOSTERON | 1.25-0.625 | TABLET |
| ESTROGEN & METHYLTESTOSTE | ESTROGEN,ESTER/ME-TESTOSTERON | 1.25-0.625 | TABLET |
| ESTROGEN & METHYLTESTOSTE | ESTROGEN,ESTER/ME-TESTOSTERON | 2.5-1.25MG | TABLET |
| ESTROPIPATE | ESTROPIPATE | 0.75MG | TABLET |
| ESTROPIPATE | ESTROPIPATE | 1.5MG | TABLET |
| ESTROPIPATE | ESTROPIPATE | 3MG | TABLET |
| OGEN | ESTROPIPATE | 0.75MG | TABLET |
| OGEN | ESTROPIPATE | 1.5MG | TABLET |
| OGEN | ESTROPIPATE | 3MG | TABLET |
| ORTHO-EST | ESTROPIPATE | 0.75MG | TABLET |
| ORTHO-EST | ESTROPIPATE | 1.5MG | TABLET |
| ETHAMBUTOL HYDROCHLORIDE | ETHAMBUTOL HCL | 400MG | TABLET |
| ETHOSUXIMIDE | ETHOSUXIMIDE | 250MG/5ML | SYRUP |
| ZARONTIN | ETHOSUXIMIDE | 250MG/5ML | SYRUP |
| ALCOHOL,DEHYDRATED | ETHYL ALCOHOL | 98% | AMPUL |
| ETHANOL | ETHYL ALCOHOL | 98% | AMPUL |
| ETODOLAC | ETODOLAC | 200MG | CAPSULE |
| ETODOLAC | ETODOLAC | 300MG | CAPSULE |

Updated Quarterly
Last Updated:  08/2006