# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | Civil Action No. 01-12257-PBS |
| LITIGATION ) | |
| _____) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *The City of New York v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 04-CV-06054) ) | |
| *County of Suffolk v. Abbott Labs., et al.* ) | |
| (E.D.N.Y. No. CV-03-229) ) | |
| *County of Westchester v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-6178) ) | |
| *County of Rockland v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-7055) ) | |
| *County of Dutchess v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-06458) ) | |
| *County of Putnam v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-04740) ) | |
| *County of Washington v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00408) ) | |
| *County of Rensselaer v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00422) ) | |
| *County of Albany v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00425) ) | |

[Caption Continues on Next Page]

## SCHERING CORPORATION'S ASSENTED-TO MOTION REQUESTING THAT ITS MOTION FOR A PROTECTIVE ORDER BE HEARD ON AUGUST 20, 2008

*County of Warren v. Abbott Labs., et al.*                              )
(N.D.N.Y. No. 05-CV-00468)                                              )
*County of Greene v. Abbott Labs., et al.*                             )
(N.D.N.Y. No. 05-CV-00474)                                              )
*County of Saratoga v. Abbott Labs., et al.*                           )
(N.D.N.Y. No. 05-CV-00478)                                              )
*County of Columbia v. Abbott Labs., et al.*                           )
(N.D.N.Y. No. 05-CV-00867)                                              )
*Essex County v. Abbott Labs., et al.*                                 )
(N.D.N.Y. No. 05-CV-00878)                                             )
*County of Chenango v. Abbott Labs., et al.*                          )
(N.D.N.Y. No. 05-CV-00354)                                            )
*County of Broome v. Abbott Labs., et al.*                            )
(N.D.N.Y. No. 05-CV-00456)                                            )
*County of Onondaga v. Abbott Labs., et al.*                          )
(N.D.N.Y. No. 05-CV-00088)                                            )
*County of Tompkins v. Abbott Labs., et al.*                          )
(N.D.N.Y. No. 05-CV-00397)                                            )
*County of Cayuga v. Abbott Labs., et al.*                            )
(N.D.N.Y. No. 05-CV-00423)                                            )
*County of Madison v. Abbott Labs., et al.*                           )
(N.D.N.Y. No. 05-CV-00714)                                            )
*County of Cortland v. Abbott Labs., et al.*                          )
(N.D.N.Y. No. 05-CV-00881)                                            )
*County of Herkimer v. Abbott Labs. et al.*                           )
(N.D.N.Y. No. 05-CV-00415)                                            )
*County of Oneida v. Abbott Labs., et al.*                            )
(N.D.N.Y. No. 05-CV-00489)                                            )
*County of Fulton v. Abbott Labs., et al.*                            )
(N.D.N.Y. No. 05-CV-00519)                                            )
*County of St. Lawrence v. Abbott Labs., et al.*                      )
(N.D.N.Y. No. 05-CV-00479)                                            )
*County of Jefferson v. Abbott Labs., et al.*                         )
(N.D.N.Y. No. 05-CV-00715)                                            )
*County of Lewis v. Abbott Labs., et al.*                             )
(N.D.N.Y. No. 05-CV-00839)                                            )
*County of Chautauqua v. Abbott Labs., et al.*                        )
(W.D.N.Y. No. 05-CV-06204)                                            )
*County of Allegany v. Abbott Labs., et al.*                          )
(W.D.N.Y. No. 05-CV-06231)                                            )
*County of Cattaraugus v. Abbott Labs., et al.*                       )
(W.D.N.Y. No. 05-CV-06242)                                            )

*County of Genesee v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06172) )
*County of Niagara v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06296) )
*County of Seneca v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06370) )
*County of Orleans v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06371) )
*County of Ontario v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06373) )
*County of Schuyler v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06387) )
*County of Steuben v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06223) )
*County of Chemung v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06744) )
                                        AND )
*County of Nassau v. Abbott Labs., et al.* )
(E.D.N.Y. No. 04-CV-5126) )
_____ )

Defendant Schering Corporation ("Schering") respectfully requests that the Court add Schering's Motion for a Protective Order [Docket No. 5297] to the list of motions that will be heard by Magistrate Bowler on August 20, 2008.  In support of this motion, Schering states as follows:

1.      Schering filed its Motion for Protective Order on May 13, 2008, not long after filing the other discovery motions set for a hearing on August 20, 2008.  Schering's motion was referenced in the June 30, 2008 Notices filed by both parties.

2.      The issues presented in Schering's Motion for a Protective Order are significant to the scope and scheduling of discovery, and possibly the disposition of this case.  It would be of great assistance to the parties if the motion was decided along with the other pending discovery motions.

3.      Plaintiffs assent to Schering's request that its Motion for a Protective Order be set for oral argument on August 20, 2008.

For all the foregoing reasons, and subject of course to the constraints of the Court's calendar, Schering respectfully requests that its Motion for a Protective Order be added to the calendar for oral argument on August 20, 2008.

<div style="margin-left:40%">

Respectfully submitted,

Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation

 /s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Bryan R. Diederich (BBO#647632)
Kim B. Nemirow (BBO#663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

</div>

Dated: August 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Renée A. Coshin__
Renée A. Coshin