

20915484

Aug  4 2008
2:20PM

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et. al.*<br>*v.*<br>*Abbott Laboratories, et. al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>)<br>)<br>) Judge Patti B. Saris<br>)<br>) **Corrected August 1, 2008 Status Report on Behalf of the City of New York and New York Counties**<br>)<br>) |

The undersigned counsel for the Captioned-plaintiffs (hereinafter referred to as "The City of New York and Captioned New York Counties") hereby submit the attached Corrected Status Report for August 1, 2008, in accordance with the Court's June 17, 2004 Procedural Order.

Date:  August 3, 2008
New York, New York

                    **KIRBY McINERNEY LLP**

                    By: /s/ Joanne M. Cicala
                          Joanne M. Cicala
                          James P. Carroll
                          Aaron D. Hovan
                  830 Third Avenue
                  New York, New York 10022
                  Telephone: (212) 371-6600
                  Facsimile:  (212) 751-2540

                  **COUNSEL FOR CITY OF NEW YORK AND ALL CAPTIONED COUNTIES EXCEPT NASSAU AND ORANGE**

**MILBERG LLP**
Ross Brooks
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Special Counsel for the County of Nassau*

**LEVY PHILLIPS & KONIGSBERG LLP**
Stanley J. Levy
Theresa Ann Vitello
800 Third Avenue
13th Floor
New York, NY 10022
Telephone: (212)-605-6205
Facsimile: (212)-605-6290
*Special Counsel for the County of Orange*

## August 1, 2008 Status Report for the City of New York and Captioned New York Counties

Regarding Motions to Dismiss

1.  On July 31, 2008 the Court issued a series of rulings on individual defendants' motions to dismiss the First Amended Consolidated Complaint.   Plaintiffs respectfully submit that certain of these rulings appear to be incorrect in material respects.   For example, certain rulings (a) contradict with other recent orders of this Court in this litigation; and/or (b) appear to overlook plaintiffs' specific allegations of conduct and spread; and/or (c) appear to be based on the incorrect version of plaintiffs' Exhibit B.  On or about August 13, 2008, and after proper confer with defendants pursuant to Local Rule 7.1, plaintiffs will file a Fed. R. Civ. P. 59(e) motion to address these orders.

2.  On July 30, 2008, the Court ruled that the following Defendants' Motions to dismiss were moot:

    - Individual Memorandum of Par Pharmaceutical, Inc. in Support of Motion to Dismiss filed by Par Pharmaceutical, Inc.
    - The Mylan Defendants' Individual Memorandum of Law in Support of Their Motion to Dismiss filed by UDL Laboratories, Inc., Mylan, Inc., Mylan Pharmaceuticals, Inc.
    - Supplemental Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff New York Counties Other Than Nassau and (2) The Second Amended Complaint of Nassau County, filed by Biogen Idec Inc.
    - Defendant Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.'s Memorandum of Law in support of Motion to Dismiss (1) The Consolidated Complaint of New York City and New York Counties Other Than Nassau and (2) The Second Amended Complaint of Nassau County, filed by Forest Laboratories, Inc., Forest Pharmaceuticals, Inc.
    - Separate Memorandum of Merck & Co., Inc. In Support of Motion to Dismiss, filed by Merck & Co., Inc.
    - Joint Motion to Dismiss the New York Counties' First Amended Consolidated Complaint On The Ground That They Were Previously Dismissed From This Case Pursuant to The Court's "Suffolk 13" Decision, filed by Barr Laboratories, Inc., Ivax Pharmaceuticals, Inc., Ivax Corp.

    The following Motion was entered by the Court:
    - Notice of Renewal of Motion to Dismiss, filed by Bayer Corporation.

Regarding Discovery Motions

On June 13, 2008, the Court issued an Order requesting a Status Report of all outstanding discovery motions that need to be addressed by Magistrate Judge Bowler's session. On June 30, 2008, plaintiffs filed a Statement of Joinder in Defendants' Status Report Regarding Outstanding Discovery Motions.

New Motions Filed Since June Status Report

On July 3, 2008, plaintiffs filed an Unopposed Motion to Extend Time to File FUL Expert Reports. Plaintiffs' motion requests until August 31, 2008 to file their FUL related expert reports. On July 18, 2008, the Court granted plaintiffs' Motion for Extension of Time to Submit any Expert Reports Relating to the designated Federal Upper Limit ("FUL") Drugs to August 31, 2008.

Pending Motions

On December 21, 2007, plaintiffs filed a Motion to Compel Discovery from Defendant Boehringer Ingelheim Roxane Laboratories, Inc. Roxane's opposition was filed on January 11, 2008. Plaintiffs' reply was filed on January 25, 2008. The motion is *sub judice*.

On January 31, 2008, plaintiffs filed a Motion to Compel the Production of Data for the Designated FUL Drugs from Certain Defendants. This motion was filed in response to a letter received from Hogan & Hartson on January 23, 2008 purportedly on behalf of all defendants stating that the requested data would not be supplied. After plaintiffs' motion was filed, plaintiffs heard from numerous defendants that the Hogan & Hartson letter did not reflect their positions. On February 15, 2008, plaintiffs filed a Notice (i) of Withdrawal of Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs as to Certain Defendants; and (ii) that Plaintiffs No Longer Recognize BMS Counsel as Liaison Counsel for Discovery Purposes. Plaintiffs' motion remained outstanding only as to defendant AstraZeneca. On February 19, 2008, defendant AstraZeneca filed its opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs from defendants. Plaintiffs' reply was filed on February 29, 2008. On March 7, 2008, defendant Astrazeneca filed a Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel Production of Data for the Designated FUL Drugs from defendants. The motion is *sub judice* as to AstraZeneca.

On February 19, 2008, defendants filed a Motion to Compel the Commissioner of the New York State Department of Health and Three Key Witnesses to Comply with Subpoenas. On March 4, 2008, the New York State Department of Health, Mark Richard Butt, Mary Alice Brankman, Michael A. Falzano and plaintiffs filed their opposition to defendants' motion and a Cross-Motion to Quash. On March 21, 2008, defendants filed a Joint Opposition to plaintiffs'

Cross-Motion to Quash. On March 25, 2008, plaintiffs filed an Unopposed Motion for Leave to File a Reply Memorandum in Further Support of their Cross-Motion. On April 4, 2008, plaintiffs filed their Reply. Defendants' motion to compel and plaintiff's cross motion to quash are *sub judice*.

On February 27, 2008, defendants filed a Joint Motion to Compel the Production of Claims Data. On February 29, 2008, plaintiffs informed defendants that the requested claims data would be produced on or before March 21, 2008. Plaintiffs requested that defendants withdraw their motion to compel. Defendants declined to withdraw their motion. On March 13, 2008, plaintiffs filed a Stipulation to Extend Time for Plaintiffs' Responses to Defendants' Joint Motion to Compel the Production of Claims Data. On March 24, plaintiffs filed their Opposition to Defendants' Joint Motion to Compel the Production of Claims Data. On March 26, defendants filed a Joint-Reply in Further Support of their original Motion to Compel. On April 2, plaintiffs filed a Motion for Leave to File Sur-Reply Memorandum in Further Support of Plaintiffs' Opposition to Defendants' Joint Motion to Compel the Production of Claims Data noting that the requested claims data had also been produced and that plaintiffs had further agreed to supplement the data to address certain concerns defendants had regarding it. Plaintiffs provided the first installment of such supplement on April 28, 2008. The second installment was produced on May 9, 2008. Defendants' motion remains *sub judice*. Plaintiffs' position continues to be that the motion is unnecessary given than the requested data has been supplied.

On May 13, 2008, defendant Schering Corporation filed a Motion for Protective Order. . On June 4, 2008, plaintiffs filed their Opposition to Motion for Protective Order by Schering Corporation. The motion remains *sub judice*.

Other Filings

On May 12, 2008, defendants Bristol-Myers Squibb Company filed a Stipulation and Proposed Order of Stay as to BMS. On June 2, 2008, the Court granted the stipulation and proposed order of stay as to BMS.

On June 18, 2008, Judge Saris issued an Order stipulating that the time period for defendant Serono, Inc. to respond to the Revised First Amended Complaint of New York State and Consolidated Counties is extended to August 21, 2008.

On July 9, 2008, plaintiffs and defendant Bristol-Myers Squibb filed a joint Stipulation and Order of Dismissal as to defendants Bristol-Myers Squibb and its associated entities and parties.

**Certificate of Service**

      I certify that on August 3, 2008 a true and correct copy of the foregoing CORRECTED August 1, 2008 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

                                                <u>/s/Aaron D. Hovan</u>
                                                Aaron D. Hovan