UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>United States of America, et rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc. Docket No. 06-CV-11337-PBS | )<br>) MDL NO. 1456<br>)<br>) Master File No. 01-CV-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>) Chief Magistrate Judge Marianne B. Bowler<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for plaintiff/relator Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

                                                                  Respectfully Submitted,

                                                                  /s/ Kenneth M. Resnik
                                                                  Kenneth M. Resnik
                                                                  BBO No. 637527
                                                                  Stern, Shapiro, Weissberg
                                                                   & Garin, LLP
                                                                  90 Canal Street, Suite 500
                                                                  Boston, MA 02114-2022
                                                                  (617) 742-5800