# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |

*The City of New York v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 04-CV-06054)

*County of Albany v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00425)

*County of Allegany v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06231)

*County of Broome v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00456)

*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06242)

*County of Cayuga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00423)

*County of Chautauqua v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06204)

*County of Chemung v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06744)

*County of Chenango v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00354)

*County of Columbia v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00867)

[Caption Continues on Next Page]

**STIPULATION EXTENDING THE TIME FOR SERONO, INC., N/K/A EMD SERONO, INC., TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE REVISED FIRST AMENDED CONSOLIDATED COMPLAINT**

11117073.1

| | |
|---|---|
| *County of Cortland v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00881) | )<br>) |
| *County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-06458) | )<br>)<br>) |
| *County of Essex County v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00878) | )<br>)<br>) |
| *County of Fulton v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00519) | )<br>)<br>) |
| *County of Genesee v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06206) | )<br>)<br>) |
| *County of Greene v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00474) | )<br>)<br>) |
| *County of Herkimer v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00415) | )<br>)<br>) |
| *County of Jefferson v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00715) | )<br>)<br>) |
| *County of Lewis v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00839) | )<br>)<br>) |
| *County of Madison v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00714) | )<br>)<br>) |
| *County of Monroe v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06148) | )<br>)<br>) |
| *County of Nassau v. Abbott Laboratories, Inc., et al.*<br>(E.D.N.Y. No. 04-CV-5126) | )<br>)<br>) |
| *County of Niagara v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06296) | )<br>)<br>) |
| *County of Oneida v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00489) | )<br>)<br>) |
| *County of Onondaga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00088) | )<br>)<br>) |
| *County of Ontario v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06373) | )<br>)<br>) |
| *County of Orange v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 07-CV-2777) | )<br>)<br>) |
| *County of Orleans v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06371) | )<br>)<br>)<br>) |

[Caption Continues on Next Page]

| | |
|---|---|
| *County of Putnam v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 05-CV-04740) | ) ) |
| *County of Rensselaer v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00422) | ) ) ) |
| *County of Rockland v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-7055) | ) ) ) |
| *County of Saratoga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00478) | ) ) ) |
| *County of Schuyler v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06387) | ) ) ) |
| *County of Seneca v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06370) | ) ) ) |
| *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00479) | ) ) ) |
| *County of Steuben v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06223) | ) ) ) |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. CV-03-229) | ) ) ) |
| *County of Tompkins v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00397) | ) ) ) |
| *County of Ulster v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 06-CV-0123) | ) ) ) |
| *County of Warren v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00468) | ) ) ) |
| *County of Washington v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00408) | ) ) ) |
| *County of Wayne v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06138) | ) ) ) |
| *County of Westchester v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-6178) | ) ) ) |
| *County of Wyoming v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 03-CV-6379) | ) ) |
| AND | ) ) |
| *County of Yates v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06172) | ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono, Inc., n/k/a EMD Serono, Inc. ("EMD Serono") and the above-captioned New York State Counties that have brought claims against EMD Serono that EMD Serono's time to answer, move, or otherwise

respond to the Revised First Amended Complaint is hereby extended to October 21, 2008.

So ordered:

_____
Hon. Patti B. Saris, U.S.D.J.

Respectfully submitted:

| | |
|---|---|
| THE CITY OF NEW YORK AND ALL CAPTIONED NEW YORK COUNTIES EXCEPT COUNTY OF NASSAU AND COUNTY OF ORANGE, | EMD SERONO, INC. |
| By their attorneys, | By its attorneys, |
| **/s/ Joanne M. Cicala**_____ | **/s/ Christine Vargas**_____ |
|   Joanne M. Cicala (JC 5032)<br>  James P. Carroll Jr. (JPC 8348)<br>  Aaron D. Hovan (AH 3290)<br>**KIRBY McINERNEY & SQUIRE, LLP**<br>830 Third Avenue<br>New York, NY 10022<br>Tel: (212) 371-6600 | Fred A. Kelly, Jr. (BBO No. 544046)<br>David M. Ryan (BBO No. 644037)<br>Christine Vargas (BBO No. 658916)<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000 |

**/s/ Ross B. Brooks**_____
  Ross B. Brooks
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300

*Counsel for the County of Nassau*

**/s/ Theresa Vitello**_____
    Theresa Vitello
  **Levy, Phillips, & Konigsberg LLP**
   800 Third Avenue
   New York, New York 10022
   (212) 605-6200

*Counsel for the County of Orange*

Dated:        August 19, 2008

## **CERTIFICATE OF SERVICE**

   I, Christine Vargas, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 19th day of August, 2008.

                  **/s/ Christine Vargas**
                  Christine Vargas