UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION TO EXTEND TIME FOR INDEPENDENT SETTLING HEALTH PLANS TO PROVIDE CONSUMER CLASS MEMBERS' NAMES AND ADDRESSES IN RELATION TO NOTICE TO CLASS 3 CONSUMERS IN THE TRACK 2 SETTLEMENT**

In relation to provision of notice to consumer members of Class 3 in the Track 2 Settlement ("Consumer Class Members"), on July 21, 2008 the Court ordered the Independent Settling Health Plans ("ISHPs") to produce Consumer Class Members' names and addresses to the Claims Administrator by August 22, 2008. *See* July 21, 2008 Order Related to Notice to Consumers of Track Two Settlement Agreement and Release and Qualified Protective Order re: HIPAA Information and Documents [Docket No. 5455] at paragraph 6. However, at the time the proposed order was submitted to the Court the parties expected they would be able to quickly agree on the drug codes ISHPs (and ultimately the TPP and Consumer classes) would use to conduct the search for consumer names and addresses. Due to the number of drugs and drug codes involved in the Track 2 Settlement, this process was not finalized until approximately July 22, 2008.

Accordingly, Class Plaintiffs hereby move for entry of a [Proposed] Order extending ISHPs' time to produce, from their current membership databases, Consumer Class Members'

names and addresses from August 22, 2008 to September 12, 2008.  ISHPs have already begun producing Consumer Class Members' names and addresses to the Claims Administrator on a rolling basis but anticipate the need for an additional three weeks for all of the ISHPs to finish this process.  This three-week extension will not impact the notice schedule previously approved by the Court.

     Class Plaintiffs have consulted with counsel for the Track Two Defendants with respect to the proposed Order and Track Two Defendants have no opposition.  Accordingly, Class Plaintiffs respectfully request that the Court enter the [Proposed] Order Extending ISHPs' Time to Provide Consumer Class Members' Names and Addresses, attached as Exhibit A hereto.

DATED: August 20, 2008.　　　　　　　By    **/s/ Steve W. Berman**
　　　　　　　　　　　　　　　　　　　　　Thomas M. Sobol (BBO#471770)
　　　　　　　　　　　　　　　　　　　　　Edward Notargiacomo (BBO#567636)
　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003

　　　　　　　　　　　　　　　　　　　**LIAISON COUNSEL**

　　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　　Sean R. Matt
　　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

    I, Edward Notargiacomo, hereby certify that I am one of plaintiffs' attorneys and that, on August 20, 2008, I caused copies of **CLASS PLAINTIFFS' MOTION TO EXTEND TIME FOR INDEPENDENT SETTLING HEALTH PLANS TO PROVIDE CONSUMER CLASS MEMBERS' NAMES AND ADDRESSES IN RELATION TO NOTICE TO CLASS 3 CONSUMERS IN THE TRACK 2 SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                  **/s/ Edward Notargiacomo**
                                  Edward Notargiacomo