# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS | CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris |

### [PROPOSED] ORDER EXTENDING ISHPS' TIME TO PROVIDE CONSUMER CLASS MEMBERS' NAMES AND ADDRESSES IN RELATION TO NOTICE TO CLASS 3 CONSUMERS IN THE TRACK 2 SETTLEMENT

This matter having come to be heard in connection with Class Plaintiffs' Motion to Extend Time for Independent Settling Health Plans to Provide Consumer Class Members' Names and Addresses,

IT IS HEREBY ORDERED AS FOLLOWS:

Paragraph 6 of the Court's July 21, 2008 Order Related to Notice to Consumers of Track Two Settlement Agreement and Release and Qualified Protective Order re: HIPAA Information and Documents [Docket No. 5455] is hereby changed to provide Independent Settling Health Plans until September 12, 2008 to produce Consumer Class Members' names and addresses to the Claims Administrator.

SO ORDERED, this _____ day of August, 2008.

                                                            The Honorable Patti B. Saris
                                                            United States District Judge