UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>    *v.*<br>*Abbott Laboratoires, et al.* | ) <br> ) MDL NO. 1456 <br> ) Civil Action No. 01-12257-PBS <br> ) <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' EMERGENCY MOTION TO EXTEND TIME TO SUBMIT ANY EXPERT REPORTS RELATING TO THE DESIGNATED FEDERAL UPPER LIMIT ("FUL") DRUGS

Plaintiffs, the City of New York and the New York Counties, respectfully request an additional thirty-day extension of time to submit any expert reports relating to the Designated Federal Upper Limit ("FUL") Drugs. Pursuant to the prior orders of this Court[1], any plaintiffs' expert reports on the Designated FUL Drugs are due August 31, 2008. An additional thirty days is required, however, due to the trial obligations of plaintiffs' liability expert Harris L. Devor and his entire team in the Missouri AWP case against Schering Corp., Schering-Plough Corp. and Warrick Pharmaceuticals Corp., styled as *State of Missouri, ex rel. Jeremiah W. (Jay) Nixon, Attorney General, et al., vs. Warrick, Schering, and Schering-Plough Corp. USA;* Case No: 054-1216, In Division 2 of the Circuit Court of the City of St. Louis, State of Missouri ("Missouri v. Warrick"). Changes in the Missouri AWP trial calendar, unexpectedly and for the reasons

---

[1] Case Management Order No. 33, dated Sept. 14, 2007, ¶ 5 [Docket No. 4745]; this Court's modification thereof by Order dated, March 19, 2008 [Docket No. 5104]; Judge Patti B. Saris: Electronic ORDER entered granting 5428 Motion for Extension of Time to Submit Any Expert Reports Relating to the Designated Federal Upper Limit ("FUL") Drugs. (Patch, Christine) (Entered: 07/21/2008)**.**

described below, have rendered Mr. Devor and his team unavailable to timely complete their work in the instant matter.

Facts predicate to plaintiffs' motion are set forth in the accompanying declarations of Harris L. Devor, dated August 20, 2008 ("Devor Decl."), and Jan Adams, Esq., Assistant Attorney General for the State of Missouri and lead counsel for Missouri in *Missouri v. Warrick*, dated August 20, 2008 ("Adams Decl."). To summarize:

Mr. Devor is Missouri's sole damages testifying expert in that State's AWP case. Adams Decl. ¶ 1. The Missouri AWP case was originally set for trial on August 4, 2008. *Id*. Mr. Devor was to testify that week. Devor Decl. ¶ 2; Adams Decl. ¶ 3. The Missouri defendants requested a two-week continuance of the August 4, 2008 date for reasons that are beyond the scope of this motion. Adams Decl. ¶ 1. Defendants' motion for a continuance was granted and the Missouri trial then was set for August 18, 2008. *Id*. Thereafter, defendants requested another continuance, also for reasons beyond the scope of this motion. That request was denied. *Id*. Defendants then filed a writ on August 11, 2008. *Id*. On August 14, 2008, the writ was denied but its filing and the disposition thereof caused yet another delay in the Missouri trial's start. *Id*. The Missouri Attorney General and defendants finally empaneled a jury on August 19, 2008, but due to problems with several of the jurors, a mistrial was thereafter immediately declared. Adams Decl. ¶ 2. At this juncture, it is entirely uncertain when Mr. Devor's testimony in Missouri will be required**.** Adams Decl. ¶ 2-3. The case remains on the docket and could be called for trial at any time, at the discretion of the trial judge. *Id*. As a result, Mr. Devor was informed that he must remain on call and prepared at all times. Devor Decl. ¶ 3; Adams Decl. ¶ 2-3.

The impact of the foregoing is two-fold. First, it is impossible to predict when over the course of the next few weeks Mr. Devor and his team will be required to travel to and appear in Missouri for trial. Nor is it known whether and for what duration Mr. Devor and his team will be required to stay in Missouri in connection with that trial. Second, critical time needed for the New York Counties work has been understandably and irretrievably lost given the fluctuations in the Missouri schedule. The fact that Mr. Devor would be testifying as an expert in the Missouri case has long been known to plaintiffs and, obviously, Mr. Devor and his team. It reasonably was expected, however, that Mr. Devor and his team would be able to complete the work necessary in the instant case given the original Missouri trial start date of August 4, 2008. Regrettably however, the delays described herein have materially impacted Mr. Devor and his team's ability to complete in timely fashion the New York Counties work. Devor Decl. ¶ 4; *see also* Adams Decl. ¶ 3. It was simply impossible for them to do that work, and the work needed in the instant case, simultaneously, given what has transpired in the scheduling of that trial. Devor Decl. ¶ 4; *see also* Adams Decl. ¶ 3.

Nor could Mr. Devor and his team have completed the New York Counties work prior to the original Missouri trial date given the timing of the data productions in this case and the substantial work required to be performed by Mr. Devor and his group once that data was received. Mr. Devor's conclusions depend on the results of the sale and transactional data calculations in which his data-crunching team has been actively and diligently engaged. Given that defendants' data productions continued through the end of July 2008[2], these calculations simply could not be completed prior to August 4, 2008.

---

[2] It is worth mention that two defendants (Sandoz and Ethex) have yet to complete their productions entirely, and a third defendant (Watson) provided a third installment of transactional data that was received by plaintiffs on August 7, 2008. As to Sandoz, plaintiffs await both documentation necessary to load critical data from 1997-2000, and explanations of missing data from throughout the relevant time period. As to Ethex, plaintiffs await production of a

## **CONCLUSION**

For all the foregoing reasons, an additional thirty days is respectfully requested to ensure that Mr. Devor and his team have adequate time to complete their critical work in the New York Counties case.   A proposed form of order is attached hereto as "B".

Dated: August 20, 2008

                                                        Respectfully submitted,

                                                        **KIRBY McINERNEY, LLP**
                                                        825 Third Avenue, 16th Floor
                                                        New York, New York 10022
                                                        (212) 371-6600

                                                        /s/ Joanne M. Cicala
                    By:    Joanne M. Cicala (JC 5032)
                                                        James P. Carroll Jr. (JPC 8348)
                                                        Aaron D. Hovan (AH 3290)

                                                        *City of New York and New York Counties in*
                                                        *MDL 1456 except Nassau and Orange*

                                                        Ross B. Brooks, Esq.
                                                        **MILBERG LLP**
                                                        One Pennsylvania Plaza
                                                        New York, NY 10119
                                                        (212) 594-5300

                                                        *Special Counsel for the County of Nassau*

                                                        Theresa A. Vitello, Esq.
                                                        **LEVY PHILLIPS &**
                                                        **KONIGSBERG, LLP**
                                                        800 Third Ave.
                                                        New York, NY 10022
                                                        (212) 605-6205

                                                        *Counsel for the County of Orange*

---

table required to distinguish the Ethex classes of trade.  Without this table, plaintiffs' expert is unable to efficiently analyze Ethex's sales and transactional data.  As to Watson, plaintiffs are now assessing the completeness of Watson's transactional data production.

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) MDL No. 1456<br>) **Master File No. 01-12257-PBS**<br>)<br>)<br>) **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:**<br><br>*City of New York, et al. v.*<br>*Abbott Laboratories, et al.*<br>**Civil Action No. 04-cv-06054 et al.** | )<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO EXTEND PLAINTIFFS' TIME TO SUBMIT ANY EXPERT REPORTS RELATING TO THE DESIGNATED FEDERAL UPPER LIMIT ("FUL") DRUGS

Having considered plaintiffs' Motion To Extend Plaintiffs' Time To Submit Any Expert Reports Relating To The Designated Federal Upper Limit ("FUL") Drugs, the Court hereby grants plaintiffs' motion and extends plaintiffs' deadline to September 30, 2008.

Dated: _____         _____
                               Hon. Patti D. Saris
                               United States District Court Judge

<u>Certification Pursuant to Local Rule 7.1</u>

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendants on the issues raised in this motion. Defense counsel are conferring and thereafter will file either a statement of opposition or non-opposition with the Court.

/s/ Joanne M. Cicala
Joanne M. Cicala

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on the 20th day of August, 2008 he caused a true and correct copy of Plaintiffs' EMERGENCY Motion to Extend Plaintiffs' Time to Submit any Expert Reports Relating to the Designated FUL Drugs to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ James P. Carroll, Jr.
James P. Carroll Jr., Esq.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600