UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.* v. *Abbott Laboratoires, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## DECLARATION OF JAN ADAMS

1. My name is Jan Adams. I am an Assistant Attorney General for the State of Missouri. I am trial counsel for Missouri in the case of *State of Missouri, ex rel. Jeremiah W. (Jay) Nixon, Attorney General, et al., vs. Warrick, Schering, and Schering-Plough Corporation USA;* Case No: 054-1216, in Division 2 of the Circuit Court of the City of St. Louis, State of Missouri ("Missouri v. Warrick"). Harris Devor is Plaintiff's testifying expert on damages in Missouri v. Warrick. The case was set for trial on August 4, 2008. On motion of the defendants filed in mid-July, the case was continued to August 18, 2008. On August 6, defendants filed another motion to continue the trial, which was denied. On August 11, the defendants filed an emergency writ claiming bad faith in the very complicated three year history of discovery disputes. Further, defendants requested that the Appellate Court grant Defendants' Motion to Continue the Trial. The Appellate Court granted Defendant's motion to shorten time and ordered Missouri to file suggestions in opposition to this very complicated three year discovery process within 36 hours. The writ was denied on August 14. As a result of the continuances and the

defendants' writ, Plaintiff's attempts to prepare Mr. Devor for trial were hampered by interruption, delay, and rescheduling.

2. On Monday, August 18, 2008, Missouri v. Warrick was called for trial and by Tuesday afternoon, a jury was empanelled. At that time, it was brought to the attention of the Court that one of the jurors had been improperly seated on the jury, and that two other jurors could not complete their jury service. Because there were an inadequate number of alternates empanelled, a mistrial was declared, and the case now remains on the docket from day-to-day until called for trial in the sound discretion of the trial judge. I advised Mr. Devor that he must remain on call, and be prepared, during the coming weeks in the event that the Court calls the case to be tried on short notice.

3. I have been in frequent, regular contact with Mr. Devor during the months of July and August, during which time we have worked diligently to adequately prepare for his testimony in this case. We have been compelled by the circumstances I describe above to reschedule that testimony, first from the week of August 4th to the week of August 18th, and then to the week of August 25th, and now to a time which is unknown, but which is likely to be in the coming days or weeks.

DATED: August 20, 2008

Respectfully submitted,

JAN ADAMS, #38932
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Telephone:   314.340.6816
Facsimile:    314.340.7957