UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.* v. *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

DECLARATION OF HARRIS L. DEVOR

1. My name is Harris L. Devor. I am the sole testifying expert in *State of Missouri, ex rel. Jeremiah W. (Jay) Nixon, Attorney General, et al., vs. Warrick, Schering, and Schering-Plough Corporation USA;* Case No: 054-1216, In Division 2 of the Circuit Court of the City of St. Louis, State of Missouri ("Missouri v. Warrick"). I have also been retained and designated to testify in the case styled as *The City of New York, et al. v. Abbott Laboratories, et al.*; MDL 1456, Civil Action No. 01-12257-PBS (D. Mass.) (the "New York Counties case"). Since July of this year, I have been engaged in preparation for trial of the Missouri case against Warrick on a frequent and regular basis.

2. I was originally scheduled to testify in the Missouri case during the week of August 4, 2008. In mid July, the case was continued to August 18, 2008, and my preparation was interrupted and my testimony rescheduled to the week of August 18th. My preparation to testify in that week was interrupted yet again when the lawyer who is my primary contact in the case was required to deal with an

unexpected development in that case during the week of August 11, 2008. This resulted in a further delay of my anticipated testimony in the Missouri case until the week of August 25, 2008.

3. Yesterday, I was informed by counsel for Missouri that the trial was further delayed. I have been placed on call by the Missouri attorney general's office because the case remains on the trial court's docket, and I understand that I may be called to testify there on short notice in the coming weeks.

4. The rescheduling of my testimony in Missouri, and the current state of the schedule for my testimony there, have made it impossible for me and my team to devote the uninterrupted time since the receipt of the underlying transactional data which is necessary to the completion of my report in the New York Counties' case currently due on August 31, 2008. Given the current schedule, and the state of the transaction data at this juncture, it will take until September 30, 2008 to properly complete this report.

Dated: August 20, 2008

Respectfully submitted,

_____
Harris L. Devor