# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |
|  | ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) |  |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |

[Caption Continues on Next Page]

## DECLARATION OF JAMES J. VIRTEL

*County of Warren v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00468)                                )
*County of Greene v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00474)                                )
*County of Saratoga v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00478)                                )
*County of Columbia v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00867)                                )
*Essex County v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00878)                                )
*County of Chenango v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00354)                                )
*County of Broome v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00456)                                )
*County of Onondaga v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00088)                                )
*County of Tompkins v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00397)                                )
*County of Cayuga v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00423)                                )
*County of Madison v. Abbott Labs., et al.*               )
(N.D.N.Y. No. 05-CV-00714)                                )
*County of Cortland v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00881)                                )
*County of Herkimer v. Abbott Labs. et al.*               )
(N.D.N.Y. No. 05-CV-00415)                                )
*County of Oneida v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00489)                                )
*County of Fulton v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00519)                                )
*County of St. Lawrence v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00479)                                )
*County of Jefferson v. Abbott Labs., et al.*             )
(N.D.N.Y. No. 05-CV-00715)                                )
*County of Lewis v. Abbott Labs., et al.*                 )
(N.D.N.Y. No. 05-CV-00839)                                )
*County of Chautauqua v. Abbott Labs., et al.*            )
(W.D.N.Y. No. 05-CV-06204)                                )
*County of Allegany v. Abbott Labs., et al.*              )
(W.D.N.Y. No. 05-CV-06231)                                )
*County of Cattaraugus v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06242)                                )

*County of Genesee v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06206)                                     )
*County of Wayne v. Abbott Labs., et al.*                      )
(W.D.N.Y. No. 05-CV-06138)                                     )
*County of Monroe v. Abbott Labs., et al.*                     )
(W.D.N.Y. No. 05-CV-06148)                                     )
*County of Yates v. Abbott Labs., et al.*                      )
(W.D.N.Y. No. 05-CV-06172)                                     )
*County of Niagara v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06296)                                     )
*County of Seneca v. Abbott Labs., et al.*                     )
(W.D.N.Y. No. 05-CV-06370)                                     )
*County of Orleans v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06371)                                     )
*County of Ontario v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06373)                                     )
*County of Schuyler v. Abbott Labs, et al.*                    )
(W.D.N.Y. No. 05-CV-06387)                                     )
*County of Steuben v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06223)                                     )
*County of Chemung v. Abbott Labs., et al.*                    )
(W.D.N.Y. No. 05-CV-06744)                                     )
                                        AND                    )
*County of Nassau v. Abbott Labs., et al.*                     )
(E.D.N.Y. No. 04-CV-5126)                                      )
                                                              )

I, James J. Virtel, hereby state as follows:

1.      I am a partner at the law firm of Armstrong Teasdale LLP in St. Louis, Missouri. I serve as lead Missouri counsel to Warrick Pharmaceuticals Corporation ("Warrick") in AWP litigation brought by the State of Missouri against Warrick.

2.      I entered my appearance in the AWP/Warrick litigation in mid-July of this year because of a fatal heart attack sustained by my late partner Edwin L. Noel on June 15, 2008.

3.      At the time I entered my appearance, the case was scheduled for trial on August 4, 2008.  To allow me some additional time to prepare for trial, Warrick sought and was granted a short, two-week continuance of the trial date until August 18, 2008.

4.      In that context, and in the course of discussions with the Missouri Attorney General's Office, specifically Rex Burlison, the State's lead trial counsel in the case, we were informed that the State would not agree to a longer continuance, which Warrick (and I) wanted, because Theodore Marmor, one of the State's experts, would be out of the country beginning in early September through mid-October.

5.      Yesterday, Judge Dowd, who is presiding over the Missouri case, called me to inquire about defendants' availability for a trial setting on October 13, 20, or 27th.  At no point during our conversation did Judge Dowd state that we were on call for an immediate trial assignment or that this case would proceed to trial before mid-October, 2008.

6.      Based on the call from Judge Dowd, and the prior litigation commitments of defendants' counsel and their experts, it is my view that the Missouri AWP litigation against Warrick is unlikely to proceed to trial before October, 2008.

Signed under the pains and penalties of perjury.

James J. Virtel