**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *The City of New York, et al.* | ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | ) ) ) |

MDL No. 1456

CIVIL ACTION: 01-CV-12257 PBS

Judge Patti B. Saris

**DEFENDANT AGOURON PHARMACEUTICALS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE JULY 30, 2008 ORDERS REGARDING CERTAIN DEFENDANTS' INDIVIDUAL MOTIONS TO DISMISS**

Defendant Agouron Pharmaceuticals, Inc. ("Agouron") submits this Response to Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss ("Plaintiffs' Motion for Reconsideration"). Because Plaintiffs have failed to allege any fraudulent spreads for any Agouron products, the Court properly dismissed Agouron from this action.

The law clearly and unambiguously disfavors a motion to reconsider: "The granting of a motion for reconsideration is 'an extraordinary remedy which should be used sparingly.' Unless the court has misapprehended some material fact or point of law, such a motion is normally not a promising vehicle for revisiting a party's case and rearguing theories previously advanced and rejected." *Palmer v. Champion Mortgage*, 465 F.3d 24, 30 (1st Cir. 2006) (internal citations omitted); *accord Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). "[A] motion to

reconsider should not be granted where the moving party seeks solely to relitigate an issue already decided." *Shrader*, 70 F.3d at 257.

In its July 30, 2008 Order, the Court "dismisse[d] the claims as to Agouron Pharmaceuticals, Inc. because there are no allegations that this company sold any of the subject drugs with a *fraudulent* spread." *See* Order of July 30, 2008 (Docket Entry No. 2189) (emphasis supplied). Because Plaintiffs' Exhibit B fails to allege any spread over 30% for any Agouron NDC, the Court properly held that Plaintiffs have failed to allege any "fraudulent spread [in] Exhibit B."

Accordingly, the Court need not revisit its decision regarding the dismissal of Agouron Pharmaceuticals, Inc.

Respectfully submitted,

Dated: August 22, 2008

/s/ Mark D. Smith
Mark D. Smith (BBO# 542676)
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA  02109
617.367.7984 (telephone)
617.367.6475 (fax)

Attorneys for Defendant
*Agouron Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, Mark Smith, hereby certify that on this 22nd day of August 2008, a true and correct copy of the foregoing Defendant Agouron Pharmaceuticals, Inc.'s Response to Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss was served on all counsel of record by electronic service pursuant to the Case Management Order entered in this case.

                                                    /s/ Mark D. Smith
                                                  Mark D. Smith