UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *The City of New York, et. al.* | |
| *v.* | |
| *Abbott Laboratories, Inc., et al.* | |

### STIPULATED EXTENSION OF TIME FOR THE FILING OF AMGEN INC.'S ANSWER TO PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT

Plaintiff, the City of New York, *et al.* ("New York Counties"), and defendant Amgen Inc. ("Amgen"), hereby stipulate and agree as follows:

1. By Order dated July 30, 2008, (the "July 30 Order"), the Court granted Amgen's Motion to Dismiss the First Amended Consolidated Complaint ("FACC") and the Nassau County Complaint with respect to all Amgen products except Neupogen.

2. Pursuant to CMO 33, Amgen's answer to the New York Counties' remaining allegations is due on or before August 29, 2008.

3. On August 13, 2008, the New York Counties filed a Rule 59(e) motion for reconsideration of the July 30 Order. Defendants' oppositions are due September 1, 2008.

4. Pending resolution of the New York Counties' motion, the parties agree that Amgen need not file an answer to the Revised FACC. The parties further

agree that Amgen's answer shall be due within 30 days of the Court's decision on Plaintiffs' 59(e) motion.

| KIRBY McINERNEY & SQUIRE LLP | HOGAN & HARTSON LLP |
|---|---|
| By: *JMC* | By: *JHYoung* |
| Joanne M. Cicala | Joseph H. Young |
| 830 Third Avenue | 111 South Calvert Street, Ste 1600 |
| New York, New York 10022 | Baltimore, Maryland 21202 |
| Telephone: (212) 371-6600 | Telephone: (410) 659-2700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Amgen Inc.* |

SO ORDERED: _____
            Chief Magistrate Judge Bowler

Date:_____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 22, 2008, a copy to LexisNexis File & Serve for posting and notification of all parties.

/s/ Jennifer A. Walker
Jennifer A. Walker