
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS CLASS 1 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MOTION TO PRELIMINARILY APPROVE PROPOSED PLAN OF DISTRIBUTION FOR THE BMS CLASS 1 SETTLEMENT**

Class Counsel hereby move for an Order (i) ruling that BMS does not have a right under the Class 1 Memorandum of Understanding to veto Class Counsel's proposed distribution plan, and (ii) adopting Class Counsel's proposed distribution plan, pending an order preliminarily approving the proposed settlement and approving the form and manner of class notice. In further support of this motion, Class Counsel hereby submit:

1. Class Counsel's Memorandum in Support of Motion to Preliminarily Approve Proposed Plan of Distribution for the BMS Class 1 Settlement; and

2. Declaration of Steve W. Berman in Support of Motion to Preliminarily Approve Proposed Plan of Distribution for the BMS Class 1 Settlement.

DATED: August 25, 2008.

By   **/s/ Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

- 2 -

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MOTION TO PRELIMINARILY APPROVE PROPOSED PLAN OF DISTRIBUTION FOR THE BMS CLASS 1 SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 25, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                           **/s/ Steve W. Berman**
                                           Steve W. Berman