UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS CLASS 1 SETTLEMENT | Judge Patti B. Saris |

### [PROPOSED] ORDER RE: BMS CLASS 1 SETTLEMENT AGREEMENT

_____, 2008

Saris, U.S.D.J.

On June 25, 2007, Class Counsel and counsel for BMS executed a Memorandum of Understanding ("MOU") to settle the Class 1 claims against BMS. Class Counsel have moved for a finding that BMS has no right to veto Class Counsel's proposed distribution plan. Class Counsel have also moved for an order approving Class Counsel's proposed distribution plan, subject to the Court evaluating the entirety of the proposed settlement on a forthcoming motion for preliminarily approval of the proposed BMS Class 1 settlement and approval of the form and manner of class notice.

After considering the submissions of the parties and the record in this case, I order that Class Counsel's motion is **GRANTED**. The MOU did not provide BMS with the right to veto Class Counsel's proposed distribution plan, which the Court hereby adopts pending consideration of a motion for preliminary approval.

HONORABLE PATTI B. SARIS
United States District Judge

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER RE:  BMS CLASS 1 SETTLEMENT AGREEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 25, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                        **/s/ Steve W. Berman**
                                                        Steve W. Berman

001534-16  259250 V1