```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** )<br>)<br>)<br>)<br>) |  |
| **THIS DOCUMENT RELATES TO:**<br><br>City of New York et al v. Abbott Laboratories, et al.<br>Civ. Action No. 04-cv-06054, et al. )<br>)<br>)<br>)<br>)<br>) | MDL NO. 1456<br>CIVIL ACTION NO.<br>01-12257-PBS |

**PROCEDURAL ORDER
RE: MOTION TO RECONSIDER**

August 27, 2008

Saris, U.S.D.J.

Plaintiff has filed a motion to reconsider, which the Court **ALLOWS in part**. Unfortunately, the Court based its orders on the "corrected" Exhibit B to the Complaint rather than the "revised" Exhibit B, filed after the hearing. The so-called status reports requested by the Court do not mention the "revised" exhibit but simply refer the Court back to the old pleadings. The Court had explicitly asked whether any subsequent pleadings made any of the issues moot. (See Docket No. 5373). This case involves well over 5000 pleadings, and the Court needs the parties' help in making sure the issues are properly joined. The last two rounds of briefing involved multiple memos by fourteen companies that were like ships passing in the night.

The parties shall confer in good faith regarding points of agreement as to which drugs were adequately pled on the "revised"

Exhibit B.

After conferring with prior counsel, Plaintiff may file a renewed motion for reconsideration which shall state where there is an agreement about drugs that were included in subsequent pleadings or resolved in prior hearings.  Briefs involving unresolved disputes are limited to 3 pages per defendant.  No prior briefs shall be incorporated by reference.  Docket numbers shall be given for all pleadings relied on.  There shall be no replies or sur-replies.

                                                 **S/PATTI B. SARIS**
                                                 United States District Judge