UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) *United States of America ex rel.* ) *Ven-a-Care of the Florida Keys, Inc. v.* ) *Abbott Laboratories, Inc.* ) CIVIL ACTION NO. 06-11337-PBS ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

**MOTION BY THE UNITED STATES FOR EXTENSION OF
TIME TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW**

The United States submits this motion for an extension of time until September 15, 2008 to submit privileged documents for *in camera* review pursuant to instructions stated by Judge Saris at a July 24, 2008 hearing in the above-captioned matter. In support of this request, the United States asserts the following points.

1. At the July 24, 2008 hearing, the Court stated general specifications that the United States should use to identify documents withheld from production in this case based on the deliberative process privilege and which should be submitted to the Court for *in camera* inspection. At the hearing, the government advised that it expected to complete its review of the privileged material and would report to the court within four weeks.

2. In the weeks following the hearing, government counsel have been working diligently to comply with the Court's directive, however, retrieval and review of documents has taken more time than anticipated.

3. In light of the scope of this project and government counsels' obligations and travel schedules in this and other matters, the government now expects to be able to complete the review of the privileged material by September 15, 2008 and requests leave to submit the material in question for *in camera* review by that date.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044 |
| /s/ Ana Maria Martinez<br>Mark A. Lavine<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: August 27, 2008

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that I have communicated with counsel for defendant Abbott Laboratories in an effort to resolve the issue referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

                                                              /s/ Justin Draycott
                                                              Justin Draycott

## CERTIFICATE OF SERVICE

I certify that I have this day caused an electronic copy of the above MOTION BY THE UNITED STATES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: August 27, 2008

                                                              /s/ Justin Draycott
                                                              Justin Draycott