UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the Motion by the United States for an extension of time until September 15, 2008 to submit documents for *in camera* review pursuant to the Court's directions at a July 24, 2008 hearing in the above-captioned matter, it is by the COURT ORDERED:

That the motion by the United States for an extension of time is GRANTED; and

That the United States shall have up to and including September 15, 2008 by which to submit privileged documents to the Court for *in camera* review

Date: _____                    _____
                                      United States District Court