UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

**CONSENTED TO REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER IOWA COMPLAINT**

On behalf of all Served Defendants, counsel for Baxter Healthcare Corporation hereby requests an extension to September 18, 2008 in order to serve Answers the Iowa AWP complaint.[1] We have conferred with counsel for Plaintiff and they have consented to this extension. This extension, which would make Answers due 30 days following this Court's decision on the Served Defendants' Motion to Dismiss, is also consistent with the time period negotiated in the parties' proposed Case Management Order, which was filed with this Court on August 15, 2008.

---

[1] Any Defendant whose motion to dismiss remains pending shall, if the motion to dismiss is not granted, answer the complaint within thirty (30) days of the Court's order disposing of the motion.

Respectfully submitted,

| | |
|---|---|
| Dated:  August 27, 2008 | **/s/ J. Andrew Jackson**<br>J. Andrew Jackson<br>Tina D. Reynolds<br>Shamir Patel<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone:  (202) 420-2200<br>Facsimile:   (202) 420-2201<br><br><br>**/s/ Peter E. Gelhaar**<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile:  (617) 720-3554<br><br>Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. and on behalf of:<br><br>Abbott Laboratories, Inc.<br>Agouron Pharmaceuticals, Inc.<br>Alpharma, Inc.<br>ALZA Corporation<br>Amgen Inc.<br>AstraZeneca LP<br>AstraZeneca Pharmaceuticals, LP<br>Aventis Behring LLC (n/k/a ZLB Behring LLC)<br>Aventis Pharmaceuticals, Inc.<br>Barr Laboratories, Inc.<br>Baxter Healthcare Corporation<br>Baxter International Inc.<br>Bayer Corporation<br>Bayer Pharmaceuticals Corporation<br>Ben Venue Laboratories, Inc.<br>Boehringer Ingelheim Corporation<br>Boehringer Ingelheim Pharmaceuticals, Inc.<br>Bristol-Myers Squibb Company<br>Chiron Corporation<br>Dey, Inc.<br>Dey, L.P.<br>Eli Lilly and Company<br>Endo Pharmaceuticals Inc. |

|  | Ethex Corporation<br>Ethicon, Inc.<br>Forest Laboratories<br>Forest Pharmaceuticals, Inc.<br>Geneva Pharmaceuticals, Inc.<br>Greenstone LTD.<br>Hoffmann-La Roche Inc.<br>Immunex Corporation<br>Ivax Corp.<br>Ivax Pharmaceuticals, Inc.<br>Janssen L.P.<br>Johnson & Johnson<br>King Pharmaceuticals, Inc.<br>King Research and Development<br>McNeil-PPC, Inc.<br>MedImmune, Inc.<br>Merck & Co., Inc.<br>Monarch Pharmaceuticals, Inc.<br>Mylan Laboratories Inc.<br>Mylan Pharmaceuticals Inc.<br>Novartis Pharmaceuticals Corporation<br>Novopharm USA, Inc.<br>Oncology Therapeutics Network Corporation<br>Ortho-Biotech Products, L.P.<br>Ortho-McNeil Pharmaceutical, Inc.<br>Par Pharmaceutical Companies, Inc.<br>Par Pharmaceutical, Inc.<br>Pfizer Inc.<br>Pharmacia Corporation<br>Purdue Pharma L.P.<br>Purepac Pharmaceutical, Co.<br>Roche Laboratories Inc.<br>Roxane Laboratories, Inc. (N/K/A Boehringer Ingelheim Roxane, Inc.)<br>Sandoz Inc.<br>Schering Corporation<br>Schering-Plough Corp.<br>Sicor, Inc.<br>SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")<br>TAP Pharmaceutical Products Inc.<br>Teva Pharmaceuticals USA, Inc.<br>UDL Laboratories, Inc.<br>Warrick Pharmaceuticals Corporation<br>Watson Pharma, Inc.<br>Watson Pharmaceuticals, Inc.<br>Wyeth<br>Wyeth Pharmaceuticals, Inc. |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing CONSENTED TO REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER IOWA COMPLAINT to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on August 27, 2008, for posting and notification to all parties.

<u>**/s/ Shamir Patel**</u>
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200

DSMDB-2487837v01