**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |  MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

*The City of New York v. Abbott Labs., et al.*
(S.D.N.Y. No. 04-CV-06054)
*County of Suffolk v. Abbott Labs., et al.*
(E.D.N.Y. No. CV-03-229)
*County of Westchester v. Abbott Labs., et al*
(S.D.N.Y. No. 03-CV-6178)
*County of Rockland v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-7055)
*County of Dutchess v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-06458)
*County of Putnam v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-04740)
*County of Washington v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00408)
*County of Rensselaer v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00422)
*County of Albany v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00425)
*County of Warren v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00468)
*County of Greene v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00474)
*County of Saratoga v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00478)
*County of Columbia v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00867)

[Caption Continues on Next Page]

**STIPULATED EXTENSION OF TIME FOR THE
FILING OF ENDO PHARMACEUTICALS INC.'S ANSWER TO
<u>PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT</u>**

| | |
|---|---|
| *County of Essex v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00878) | ) ) |
| *County of Chenango v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00354) | ) ) |
| *County of Broome v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00456) | ) ) |
| *County of Onondaga v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00088) | ) ) |
| *County of Tompkins v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00397) | ) ) |
| *County of Cayuga v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00423) | ) ) |
| *County of Madison v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00714) | ) ) |
| *County of Cortland v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00881) | ) ) |
| *County of Herkimer v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00415) | ) ) |
| *County of Oneida v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00489) | ) ) |
| *County of Fulton v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00519) | ) ) |
| *County of St. Lawrence v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00479) | ) ) |
| *County of Jefferson v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00715) | ) ) |
| *County of Lewis v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00839) | ) ) |
| *County of Chautauqua v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06204) | ) ) |
| *County of Allegany v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06231) | ) ) |
| *County of Cattaraugus v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06242) | ) ) |
| *County of Genesee v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06206) | ) ) |
| *County of Wayne v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06138) | ) ) |
| *County of Monroe v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06148) | ) ) |
| *County of Yates v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06172) | ) ) |
| *County of Niagara v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06296) | ) ) |
| *County of Seneca v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06370) | ) ) |
| *County of Orleans v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06371) | ) ) |
| *County of Ontario v. Abbott Labs., et al.* <br> (W.D.N.Y. No. 05-CV-06373) | ) ) |

| | |
|---|---|
| *County of Schuyler v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| *County of Ulster v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. Case No. 06-CV-0123) | ) |
| *County of Wyoming v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. Case No. 05-CV-6379) | ) |
| AND | ) |
| *County of Orange v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. Case No. 07-CV-2777) | ) |

Plaintiffs, the City of New York and numerous New York Counties identified in the caption above ("New York Counties"), and defendant Endo Pharmaceuticals Inc. ("Endo"), hereby stipulate and agree as follows:

1. By Order dated July 30, 2008 (the "July 30 Order") (Docket No. 5469), the Court granted in part and denied in part Endo's individual motion to dismiss the First Amended Consolidated Complaint (Docket Nos. 2198, 4385).

2. Pursuant to CMO 33, Endo's answer to the New York Counties' remaining allegations is due on or before August 29, 2008.

3. On August 13, 2008, the New York Counties filed Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss ("Plaintiffs' Motion for Reconsideration") (Docket No. 5498).

4. By Order dated August 27, 2008 (the "August 27, 2008 Order") (Docket No. 5521), this Court allowed in part Plaintiffs' Motion for Reconsideration and directed the parties to "meet and confer in good faith regarding points of agreement as to which drugs were adequately pled on the 'revised' Exhibit B" of the Revised First Amended Consolidated Complaint.

5. In light of the Court's August 27, 2008 Order, the parties agree that Endo need not file an answer to the Revised First Amended Consolidated Complaint on August 29, 2008. The parties further agree that Endo's answer shall be due on September 29, 2008.

Dated August 28, 2008

| KIRBY McINERNEY & SQUIRE LLP | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ Joanne M. Cicala<br>Joanne M. Cicala<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Email: jcicala@kmllp.com<br>*Attorneys for Plaintiffs* | By: /s/ David D. Fauvre<br>David D. Fauvre<br>555 12th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Email: David.Fauvre@aporter.com<br>*Attorneys for Defendant Endo*<br>*Pharmaceuticals Inc.* |

SO ORDERED: _____
                      Chief Magistrate Judge Bowler

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Court's Case Management Order No. 2, by sending on August 28, 2008 a copy to Lexis-Nexis for posting and notification to all parties.

      /s/ David D. Fauvre