# United States Court of Appeals
## For the First Circuit

No. 08-1054

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**JUDGMENT**
Entered: August 28, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
/s/Richard Cushing Donovan, Clerk.

cc:
Steve Berman
Rita Hanscom
Donald Haviland
Steven Edwards
Andrew Schau
D. Scott Wise
Jill Brenner Meixel
Scott Kinsel
Jennifer F. Connolly