# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* CASE No: 1:03-cv-11226-PBS | ) ) ) ) ) ) |

## STATUS REPORT-AUGUST 29, 2008

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA ("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                    Respectfully submitted,

                                    EDMUND G. BROWN JR.
                                    Attorney General for the State of California

Dated: August 29, 2008          By:    /s/ Nicholas N. Paul
                                      NICHOLAS N. PAUL
                                      CA State Bar No: 190605
                                      Supervising Deputy Attorney General
                                      Bureau of Medi-Cal Fraud and Elder Abuse
                                      Office of The Attorney General
                                      1455 Frazee Road, Suite 315
                                      San Diego, California 92108
                                      Tel: (619) 688-6099
                                      Fax: (619) 688-4200

                                      **Attorneys for Plaintiff,**
                                      **STATE OF CALIFORNIA**

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948). Two individual motions to dismiss (defendants ZLB Behring and the two Boehringer entities) have not been adjudicated.

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).

**Alternative Dispute Resolution**

Plaintiffs and some of the Defendants attended a formal mediation on June 12 and June 13, 2008.

The parties filed their Fourth Joint Mediation Status Report on July 3, 2008. The fifth status report will be filed following the next mediation. The next mediation has yet to be scheduled.

3

CERTIFICATE OF SERVICE

    I, Nicholas N. Paul, hereby certify that on August 29, 2008, I caused a true and correct copy of the foregoing, **STATUS REPORT-August 29, 2008**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General