*(handwritten: DC/MA Thornton Judge Saris)*

# United States Court of Appeals
## For the First Circuit *(handwritten: DC# 01-12257)*

No. 08-1054

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

**JUDGMENT**
Entered: August 28, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
/s/Richard Cushing Donovan, Clerk.

cc:
Steve Berman
Rita Hanscom
Donald Haviland
Steven Edwards
Andrew Schau
D. Scott Wise
Jill Brenner Meixel
Scott Kinsel
Jennifer F. Connolly

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 8/28/08