UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc.*<br>*No. 07-CV-11618-PBS* | ) ) ) ) ) ) ) ) ) ) ) ) )  MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**AUGUST 29, 2008 STATUS REPORT
OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for August 29, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Motion to Dismiss and impact on discovery**

On March 14, 2008, the Court denied Abbott's Motion to Dismiss Ven-A-Care's Complaint and ordered the parties to propose a discovery schedule. On April 14, 2008, Abbott filed a Request for Certification Pursuant to § 1292(b) and Stay of Discovery. Ven-A-Care filed its opposition to the Request on April 29, 2008. Both parties sought and obtained unopposed leave to file additional briefing. In the Spring and early Summer, the parties discussed moving forward with discovery. Abbott opposed moving forward pending resolution of its Request and the related relief sought for a stay of discovery. On July 15, 2008 the Court denied Abbott's Request for Certification Pursuant to § 1292(b) and Stay of Discovery.

**Hearing concerning federal case scheduling**

On July 24, 2008, the Court held a hearing in which federal Medicaid cases, including

this Abbott "Ery" case, were ordered to participate in joint discovery of state Medicaid issues.

**Negotiations of a Case Management Order**

A few days after the July 24th hearing, consistent with its earlier efforts to initiate discovery, Relator attempted to gain Abbott's agreement to set a CMO which aligned the scheduling of this case with the other cases. Abbott did not agree with this proposal. Abbott has proposed later deadlines as well as asserted a proposal for bifurcated discovery on different issues at different times.

**Pending Motions**

On August 6, 2008 Ven-a-Care filed its Motion for Entry of a Case Management Order. On August 7, 2008 Abbott filed its competing Motion for Entry of a Case Management Order.

Neither party has yet filed their respective Responses to the opposing Motions. Today, the parties agreed upon the details of an Agreed Motion for Leave to File which would allow limited additional briefing on an expedited schedule. Responses shall be filed on or before September 5, 2008 and shall be no longer than 6 pages, excluding the signature block. Replies, if any, shall be filed on or before September 11, 2008 and shall be no longer than 3 pages, excluding the signature block. An Agreed Motion for Leave to File in accordance with the above briefing schedule is expected to be filed next Tuesday.

**Scheduled Hearings**

None. After the agreed briefing schedule is concluded on September 11, 2008, a hearing of the competing Motions concerning entry of a CMO is needed. Given the Relator's proposed CMO seeks to align this case with the other federal Medicaid cases for summary judgment proceedings next year, an expeditious hearing setting after the conclusion of briefing would be helpful.

**Pending Discovery**

The parties have exchanged their different proposed FRCP 26(f) reports. Relator believes an agreed report can be filed on or about September 5, 2008.

The parties exchanged initial disclosures on August 22, 2008.

The parties have initiated discussions about the production of Abbott transaction drug pricing data for the Drugs identified in Relator's pending Complaint and the respective Medicaid claims data for those same Drugs.

The parties have been ordered to participate in state Medicaid discovery which has commenced.

In the absence of a CMO, Relator will continue to strive to keep the case moving forward so that it can be aligned for summary judgment proceedings with the other pending federal Medicaid cases.

Respectfully submitted,

For Ven-a-Care of the Florida Keys, Inc.


/s/ Jarrett Anderson

C. Jarrett Anderson
Anderson LLC
208 West 14th Street, Suite 203
Austin, TX  78701
Phone:  512-469-9191
FAX:  512-532-0585
EMAIL:  jarrett@anderson-llc.com

Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-5711
FAX: 215-875-4673
EMAIL: sthomas@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **AUGUST 29, 2008 STATUS REPORT OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Jarrett Anderson

Dated: AUGUST 29, 2008