UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>CLASS 1 SETTLEMENT (BMS) | )<br>)<br>)<br>)<br>) Civil Action No. 01-CV-12257 PBS<br>)<br>) Judge Patti B. Saris<br>) Chief Magistrate Judge Marianne B.<br>) Bowler |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR ORDER TO PRELIMINARILY APPROVE PROPOSED
<u>PLAN FOR DISTRIBUTION FOR BMS CLASS 1 SETTLEMENT</u>**

The defendant, Bristol-Myers Squibb Company ("BMS") hereby requests that the September 8, 2008 filing deadline for a response to Plaintiffs' Motion for Order to Preliminarily Approve Proposed Plan for Distribution for BMS Class 1 Settlement be extended to September 22, 2008. As support for this motion, Defendant BMS cites the holiday weekend and a previously scheduled vacation. On August 29, 2008, lead class counsel for Plaintiffs gave consent to the extension of time requested herein.

Wherefore, BMS, respectfully requests a two-week extension of time, until September 22, 2008, in which to file its response to Plaintiff's Motion.

Dated:   Boston, Massachusetts
         September 2, 2008

                                    Respectfully submitted,


                            By:   /s/ Jennifer M. Ryan
                                  Thomas E. Dwyer (BBO No. 139660)
                                  Jennifer M. Ryan (BBO No. 661498)
                                  **DWYER & COLLORA, LLP**
                                  600 Atlantic Avenue
                                  Boston, MA  02210
                                  Tel: (617) 371-1000
                                  Fax: (617) 371-1037
                                  tdwyer@dwyercollora.com
                                  jryan@dwyercollora.com

>Steven M. Edwards (SE 2773)
>Lyndon M. Tretter ((LT 4031)
>Admitted *pro hac vice*
>**HOGAN & HARTSON LLP**
>875 Third Avenue
>New York, NY  10022
>Tel: (212) 918- 3640
>
>*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corp.*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2008 a true and correct copy of this document was served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis file & serve for posting and notification to all parties.

>_____/s/ Jennifer M. Ryan_____
>Jennifer M. Ryan