## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO CLASS 1 SETTLEMENT (BMS) | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. ) Bowler |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ORDER TO PRELIMINARILY APPROVE PROPOSED PLAN FOR DISTRIBUTION FOR BMS CLASS 1 SETTLEMENT**

The defendant, Bristol-Myers Squibb Company ("BMS") hereby requests that the September 8, 2008 filing deadline for a response to Plaintiffs' Motion for Order to Preliminarily Approve Proposed Plan for Distribution for BMS Class 1 Settlement be extended to September 19, 2008. As support for this motion, Defendant BMS cites the holiday weekend and a previously scheduled vacation. On August 29, 2008, lead class counsel for Plaintiffs gave consent to the extension of time requested herein.

Wherefore, BMS, respectfully requests an extension of time, until September 19, 2008, in which to file its response to Plaintiff's Motion.

Dated:  Boston, Massachusetts
        September 2, 2008

Respectfully submitted,

By:  /s/ Jennifer M. Ryan
     Thomas E. Dwyer (BBO No. 139660)
     Jennifer M. Ryan (BBO No. 661498)
     **DWYER & COLLORA, LLP**
     600 Atlantic Avenue
     Boston, MA  02210
     Tel: (617) 371-1000
     Fax: (617) 371-1037
     tdwyer@dwyercollora.com
     jryan@dwyercollora.com

                Steven M. Edwards (SE 2773)
                Lyndon M. Tretter ((LT 4031)
                Admitted *pro hac vice*
                **HOGAN & HARTSON LLP**
                875 Third Avenue
                New York, NY  10022
                Tel: (212) 918- 3640

*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corp.*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2008 a true and correct copy of this document was served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis file & serve for posting and notification to all parties.

                                              _____/s/ Jennifer M. Ryan_____
                                                   Jennifer M. Ryan