UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. V. Abbott Laboratories, Inc.*<br>*No. 07-CV-11618-PBS* | )<br>)<br>)   MDL No. 1456<br>)   Civil Action No. 01-12257-PBS<br>)<br>)   Hon. Patti B. Saris<br>)<br>)   Magistrate Judge Marianne B. Bowler<br>)<br>)<br>) |

**AGREED MOTION FOR LEAVE TO FILE**

Pursuant to Local Rule 7.1(b)(3), Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-a-Care" or the "Relator"), and Defendant, Abbott Laboratories, Inc. ("Abbott"), jointly request permission to file Responses and Replies addressing the issues raised in their Motions for Entry of Case Management Order, specifically including the bifurcated discovery sought by Abbott (including the "original source" and damages methodology issues raised therein) and the appropriate timing for the deadlines. The parties request permission to file Responses on September 5, 2008, and no longer than six (6) pages, excluding the signature block, and Replies on September 11, 2008, and no longer than three (3) pages, excluding the signature block.

Accordingly, the parties respectfully request that the Court allow this briefing and delay ruling on the parties' competing Motions for Entry of Case Management Order until after such briefing is completed on September 11, 2008.

1

Dated:  September 2, 2008

Respectfully submitted,

For Ven-a-Care of the Florida Keys, Inc.

/s/ Jarrett Anderson

C. Jarrett Anderson
Anderson LLC
208 West 14th Street, Suite 203
Austin, TX  78701
Phone:  512-469-9191
FAX:  512-532-0585
EMAIL:  jarrett@anderson-llc.com

Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-5711
FAX: 215-875-4673
EMAIL: sthomas@bm.net

For Defendant Abbott Laboratories, Inc.

/s/ Eric Berlin
James R. Daly
Eric P. Berlin
Tara A. Fumerton
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **AGREED MOTION FOR LEAVE TO FILE** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Jarrett Anderson

Dated: SEPTEMBER 2, 2008