UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS;<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

SEPTEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for September 2008, in accordance with the Court's June 17, 2004, Procedural Order.

| \
| United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.<br>MDL Docket Number 06-11337<br>Original Jurisdiction: U. S. District Court Southern District of Florida ||  |
|---|---|---|
| Item No. | Pending Motions | Hearing Date |
| 1. | **(Docket #4920)** Memorandum by the United States Relating To Documents Submitted for in Camera Review Pursuant to the Court's Order of November 9, 2007<br><br>● **(Docket #5355)** Submission By The United States Of Privileged Documents Relating To Abbott Drugs For In Camera Review Pursuant To Court's Order Of Nov. 9, 2007<br><br>● **(Docket #5353)** Memorandum By The United States Relating To In Camera Submission Of Documents<br><br>● **(Docket #5522)** Motion for Extension of Time to September 15, 2008 to Submit Privileged Documents for In Camera Review by United States | |
| 2. | **(Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum of Law<br><br>● **(Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion<br><br>● **(Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply | |
| 3. | **(Docket #5128 and #5129)** United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum of Law<br><br>● **(Docket #5135)** Abbott Laboratories Inc.'s Opposition to Motion<br><br>● **(Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition | |

| | | |
|---|---|---|
| 4. | **(Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum of Law<br><br>● **(Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion<br><br>● **(Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition | |
| 5. | **(Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States<br><br>● **(Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion<br><br>● **(Docket #5275)** Motion for Leave to File Reply in Support of Motion by Abbott Laboratories, Inc.. | |
| 6. | **(Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law<br><br>● **(Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel | |
| 7. | **(Docket #5178)** Motion for Extension of Time to April 25, 2008 to Produce Documents and a Privilege Log by United States | |
| 8. | **(Docket s #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and memorandum of Law<br><br>● **(Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel<br><br>● **(Docket #5273)** Motion for Leave to File Reply to Abbott's Response to the United States' Motion with attached Reply | |
| 9. | **(Docket #5181)** Motion for Extension of Time to April 25, 2008 to Complete Document Production by Abbott Laboratories, Inc. | |

| 10. | **(Docket # 5256)** Motion for Certificate of Appealability for Interlocutory Appeal of Court's November 9, 2007 and March 12, 2008 Rulings on Deliberative Process Privilege by Abbott Laboratories, Inc.<br><br>● **(Docket #5281 and #5283)** Memorandum of Law by Dey, L.P., Inc., Dey Inc., Dey LP and Supporting Declaration<br><br>● **(Docket #5286)** Response to Motion re 5256 filed by United States<br><br>● **(Docket #5343)** Assented to Motion for Leave to File Reply with attached Reply by Abbott<br><br>● **(Docket #5456)** Memorandum in Support of Motion by Abbott (Supplemental Submission Regarding the Government's Abuse of the Deliberative Process Privilege)<br><br>● **(Docket #5461)** Response by United States. to 5456 Supplemental Memorandum in Support of Motion<br><br>● **(Docket #5492)** Statement of Counsel Regarding the Court's Prior Rulings by United States | 7/24/2008<br>3:30 p.m. |
|---|---|---|
| 11. | **(Docket # 5276)** Abbott 's Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br>● **(Docket #5344)** United States' Opposition re 5276 Motion to Enforce the February 16, 007 Protective Order<br><br>● **(Docket #5360)** Sealed Document - Exhibits A and B to [5344] Filed by United States<br><br>● **(Docket # 5397)** Motion for Leave to File Reply in Support of its Motion by Abbott Laboratories, Inc.<br><br>● **(Docket # 5424)** Motion for Leave to File Sur-Reply to Motion by United Stateswith attached Sur-Reply | |
| 12. | **(Docket #5533)** Joint Motion to Modify Case Management Order by United States | |

4

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,**<br>**MDL Docket No. 05-11084-PBS**<br>**Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket # 5356 and #5357)** United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice and Memorandum of Law<br><br>● **(Docket # 5386)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time<br><br>● **(Docket # 5394 and #5395)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Memorandum of Law in Opposition to the Government's Motion<br><br>● **(Docket # 5439)** Motion for Leave to File a Reply Memorandum in Support of Motion by United States | |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,**<br>**MDL Docket No. 07-10248-PBS**<br>**Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket # 57 and #58)** Joint Motion to Compel Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc. and Memorandum of Law<br><br>● **June 10, 2008 Order**: Judge Patti B. Saris: Electronic Order entered Referring Motion to Magistrate Judge Marianne B. Bowler.<br><br>● **(Docket # 63 and 64)** Opposition re Joint Motion filed by United States of America.<br><br>● Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 7/29/2008 re 57 Joint Motion to Compel. The court hears argument and takes the motion under advisement. | 7/29/2008 at 12:00 PM |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ACTING ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Elizabeth Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

September 2, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "SEPTEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                          s/ Mark Lavine

Dated: September 2, 2008