# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO Master File No. 01-CV-12257-PBS | ) ) Judge Patti B. Saris ) ) Chief Mag. Judge Marianne B. Bowler |

## STATUS REPORT SEPTEMBER 1, 2008

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS

By **/s/ Thomas M. Sobol**                          DATED:  September 2, 2008
Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286


Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735


Kenneth A. Wexler, Esq.
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022


Eugene A. Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C**.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


ON BEHALF OF DEFENDANTS

By  **/s/ Katherine Schmeckpeper**              DATED:  September 2, 2008
Nicholas C. Theodorou, Esq. (BBO# 496730)
Katherine B. Schmeckpeper, Esq. (BBO# 663200)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210

D. Scott Wise, Esq. (admitted *pro hac vice*)
Michael Flynn, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017

Attorneys for Defendant AstraZeneca
Pharmaceuticals LP

### CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **Status Report** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 2, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

 /s/ **Thomas M. Sobol**
Thomas M. Sobol, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

## MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **State of Nevada v. Dey, Inc., et al.,** Case No. 3:06-539 | n/a | Removed to D. Nev. | • July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>   o September 5, 2007 – Amended Order of Reference for Alternative Dispute Resolution [Docket No. 4709] |
| **California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.** | 03-CV-11226-PBS | Removed to C.D. Cal. | • January 17, 2006 –**Defendant ZLB Behring LLC's Individual Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint** [Docket No. 2050]<br>   o March 2, 2006 – Plaintiffs' Memorandum in Opposition to Defendant ZLB Behring, LLC's Individual Motion to Dismiss the First Amended Complaint [Docket No. 2181]]<br>   o April 3, 2006 - Reply in Support of Defendant ZLB Behring LLCs Individual Memorandum of Law in Support of Defendants Motion to Dismiss the First Amended Complaint-in-Intervention [Docket No. 2343]<br>   o April 17, 2006 – Plaintiffs' Sur-Reply to Defendants' Joint and Individual Motions to Dismiss the First Amended Complaint [Docket No. 2431]<br><br>• February 13, 2006 – **Boehringer Ingelheim Pharmaceuticals, Inc.'s Motion to Dismiss and Joinder in Defendants' Motion to Dismiss the First Amended Complaint-In-Intervention** [Docket No. 2133]<br>   o April 3, 2006 –Separate Reply in Support of Defendants' Joint Motion to Dismiss the First Amended Complaint in Intervention of Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim Corporation [Docket No. 2346]<br><br>• April 11, 2006 – **Notice of Proposed Case Management Order Pursuant to the Court's March 16, 2006 Ruling** [Docket No. 2414]<br><br>• April 28, 2006 – **Stipulated Motion for Order Permitting Deposition of Harvey Weintraub** (former Warrick Vice President) [Docket No. 2497]<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>   o November 15, 2007 – Amended Order of Reference for Alternative Dispute Resolution [Docket No. 4895] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **U.S. ex rel. Ven-A-Care of the Florida Keys, et al. v. Abbott Laboratories, Inc., et al., Case No. 1:06-21303** | n/a | S.D. Fla. | • July 11, 2006 – **Conditional Transfer Order** (30) transferring *Ven-A-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., et al.*, S.D. Fla., Case No. 1:06-21303, to D. Mass.<br>　　o   July 26, 2006 – No Notice of Opposition filed<br><br>• January 24, 2007 – **Plaintiffs' "Notice to the Court of Motion Fully Briefed"** [Docket No. 3584]<br>　　o   January 25, 2007 - Abbott Laboratories, Inc.'s Opposition to Plaintiffs' "Notice to the Court of Motion Fully Briefed" [Docket No. 3591]<br><br>• July 24, 2007 – **Unopposed Motion by the United States' for Leave to File Post-Hearing Notice of Supplemental Authority Relating to Abbott's Motion to Compel Adequate Responses to Abbott's Discovery Requests** [Docket No. 4496]<br>　　o   August 2, 2007 - Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Post-Hearing Notice of Supplemental Authority in Support of Abbott's Motion to Compel Adequate Response to Its Discovery Requests [Docket No. 4588]<br><br>• March 3, 2008 – **Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses** [Docket No. 5112]<br>　　o   March 17, 2008 – Memorandum by the United States in Opposition to Abbott's Motion to Compel Testimony of Government Witnesses [Docket No. 5144]<br>　　o   March 21, 2008 – Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply in Support of its Motion to Compel Testimony of Government Witnesses [Docket No. 5151]<br><br>• March 6, 2008 – **United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order** [Docket No. 5128]<br>　　o   March 11, 2008 – Abbott Laboratories, Inc.'s Opposition to the United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order [Docket No. 5135]<br>　　o   March 20, 2008 – Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order [5149]<br><br>• March 21, 2008 – **United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices** [Docket No. 5156]<br>　　o   March 31, 2008 – Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion for a Protective Order Relating to Abbott's Requests for Depositions Under Rule 30(b)(6) [Docket No. 5177]<br>　　o   April 8, 2008 – The United States' Unopposed Motion for Leave to File a Reply to Abbott Laboratories Inc.'s Opposition to the United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices [Docket No. 5202] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Ven-A-Care of the Florida Keys (continued) | | | • March 31, 2008 – **Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States** [Docket No. 5173]<br>　o April 25, 2008 – Memorandum by the United States in Opposition to Abbott's Motion to Compel the Production of Documents [Docket No. 5254]<br>　o May 2, 2008 – Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Motion to Compel Production of Documents from the United States [Docket No. 5275]<br><br>• March 31, 2008 – **Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admission** [Docket No. 5174]<br>　o April 11, 2008 – United States' Unopposed Motion to Enlarge Time [Docket No. 5212]<br>　o April 25, 2008 – United States' Opposition to Abbott's Motion to Compel Sufficient Responses to Abbott's Requests for Admission and Incorporated Memorandum of Law [Docket No. 5255]<br><br>• March 31, 2008 – **Motion by the United States for Extension of Time to Produce Documents and Privilege Log** [Docket No. 5178]<br><br>• March 31, 2008 – **United States' Motion to Compel the Production of Documents and Deposition Testimony** [Docket No. 5179]<br>　o April 11, 2008 – Defendant Abbott Laboratories Inc.'s Unopposed Motion for Enlargement of Time [Docket No. 5211]<br>　o April 25, 2008 – Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel Documents and Deposition Testimony [Docket No. 5258]<br>　o May 2, 2008 – Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Response to the United States' Motion to Compel Production of Documents and Witnesses [Docket No. 5273]<br><br>• March 31, 2008 – **Motion for Enlargement of Time to Complete Document Production** [Docket No. 5181]<br><br>• May 7, 2008 – **Abbott Laboratories Inc.'s Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiffs to Return Inadvertently Produced Privileged Documents** [Docket No. 5276]<br>　o May 20, 2008 – United States' Unopposed Motion to Enlarge Time [Docket No. 5313]<br>　o May 23, 2008 – United States' Second Unopposed Motion to Enlarge Time [Docket No. 5317]<br>　o May 29, 2008 – United States' Unopposed Third Motion to Enlarge Time [Docket No. 5341]<br>　o June 1, 2008 – United States' Opposition to Abbott's Motion to Enforce the February 16, |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| Ven-A-Care of the Florida Keys (continued) | | | 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents [Docket No. 5344]<br>○ June 9, 2008 – Defendant Abbott Laboratories Inc.'s Unopposed Motion for Enlargement of Time [Docket No. 5368]<br>○ June 20, 2008 – Abbott Laboratories Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiffs to Return Inadvertently Produced Privileged Documents (reply attached) [Docket No. 5397]<br>○ July 2, 2008 – United States' Unopposed Motion for Leave to File Sur-Reply to Abbott's Reply to the Opposition to Abbott's Motion to Enforce the February 16, 2007 Protective Order and for the Return of Inadvertently Produced Documents [Docket No. 5424]<br><br>• August 6, 2008 – **Motion for Entry of Case Management Order** [Docket No. 5491]<br><br>• August 7, 2008 – **Abbott Laboratories Inc.'s Motion for Entry of Case Management Order** [Docket No. 5493]<br>○ August 7, 2008 – Memorandum in Support of Abbott Laboratories Inc.'s Motion for Entry of Case Management Order [Docket No. 5494]<br><br>• August 27, 2008 – **Motion by the United States for Extension of Time to Submit Documents for** _In Camera_ **Review** [Docket No. 5522]<br><br>• August 29, 2008 – **Joint Motion to Amend Case Management Order** [Docket No. 5533] |
| Ven-A-Care of the Florida Keys, et al. v. Dey, Inc., et al., Case No. 05-11084 | n/a | S.D. Fla. | • June 2, 2008 – **Motion for Expedited Clarification of the Governing Case Management Orders** [Docket No. 5345]<br>○ June 13, 2008 – Dey's Memorandum of Law in Opposition to the Government's Motion for Expedited Clarification of the Governing Case Management Orders and in Support of Dey, Inc., Dey, L.P., and Dey, L.P., Inc.'s Cross Motion for Modification of the June 22, 2007 Case Management Order [Docket No. 5382]<br><br>• June 3, 2008 – **United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice** [Docket No. 5356]<br>○ June 19, 2008 – Memorandum of Law in Opposition to the Government's Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(b)(6) [Docket No. 5394]<br>○ July 11, 2008 – Unopposed Motion by United States for Leave to File a Reply Memorandum in Support of Its Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(b)(6) [Docket No. 5439] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Ven-A-Care of the Florida Keys, et al. v. Dey, Inc., et al., Case No. 05-11084 (continued)** | | | ○ July 15, 2008 – Defendants Dey, Inc. Dey L.P., and Dey L.P., Inc.'s Consented to Motion for Leave to File a Sur-Reply in Further Opposition to the Government's Motion for a Protective Order Relating to the Requests by the Dey Defendants for Depositions Under Rule 30(b)(6) [Docket No. 5449]<br><br>• June 13, 2008 – **Dey, Inc., Dey, L.P., and Dey, L.P., Inc.'s Cross Motion for Modification of the June 22, 2007 Case Management Order** [Docket No. 5381]<br><br>• July 21, 2008 – **Plaintiffs' Report in Advance of the July 24, 2008 Status Conference** [Docket No. 5454]<br> ○ July 22, 2008 – Dey, Inc. Dey L.P., and Dey L.P., Inc.'s Objection to the Plaintiff's Proposed Scheduling Order and Proposed Case Management Order [Docket No. 5457], Declaration of Neil Merkl [Docket No. 5458]<br><br>• August 29, 2008 – **Joint Motion to Amend Case Management Order** [Docket No. 5533] |
| **State of Arizona ex rel. v. Abbott Labs., Case No. 2:06-45** | n/a | D. Ariz. | • August 11, 2006 – **Plaintiff State of Arizona's Motion for Remand** [Docket No. 2974]<br> ○ August 25, 2006 – Memorandum in Support of Defendants' Opposition to Plaintiff State of Arizona's Motion for Remand [Docket No. 3019]<br> ○ October 24, 2006 – Order issued by Judge Patti B. Saris denying Motion to Remand to State Court [Docket No. 3265]<br> ○ October 25, 2006 – Electronic Notice from the Court to Reopen Document #2974 Motion to Remand to State Court<br><br>• November 9, 2006 – **Defendant Dey, Inc.'s Supplemental Notice of Removal** (*leave to file granted on November 2, 2006*) [Docket No. 3332]<br> ○ November 13, 2006 – Plaintiff State of Arizona's Response to Defendant Dey, Inc.'s Supplemental Notice of Removal [Docket No. 3355]<br><br>• April 5, 2007 – **Warrick Pharmaceuticals Corporation's Motion for Reconsideration of the Court's Order Relating to the Renewed Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Discovery** [Docket No. 4007]<br> ○ April 18, 2007 – State of Arizona's Opposition to Warrick Pharmaceutical's Motion for Reconsideration of the Order Regarding the Deposition of Harvey Weintraub [Docket No. 4067]<br><br>• June 13, 2008 – **State of Arizona's Motion for Protective Order Limiting Scope of Discovery** [Docket No. 5377]<br> ○ June 27, 2008 – Defendants' Memorandum in Opposition to Plaintiff State of Arizona's Motion for a Protective Order Limiting Scope of Discovery [Docket No. 5410] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **United States ex rel. Edward West v. Ortho McNeil Pharmaceutical, Inc. et al., Case No. 1:03-8239** | n/a | N.D. Ill. | • December 20, 2006 – **Order of Transfer with Simultaneous Separation and Remand** |
| **State of South Carolina et al. v. Abbott Laboratories, Inc., Case No. 3:06-2482** | n/a | D.S.C. | • September 25, 2006 – **Conditional Transfer Order (32)** transferring *State of South Carolina v. Abbott Laboratories, Inc.*, D. South Carolina, Case No. 3:06-2482, to D. Mass<br>   ○ November 27, 2006 - Notice of opposition to proposed transfer filed<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>   ○ July 30, 2007 - Objection of the States of Idaho, Illinois, Kentucky, Mississippi, and South Carolina to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4517]<br>   ○ August 17, 2007 – Defendants' Reply to the States of Idaho, Illinois, Kentucky, Mississippi, South Carolina, Pennsylvania and Ohio and the Counties of Erie, Oswego and Schenectady's Submissions Responding to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4631] |
| **State of South Carolina, et al. v. Dey, LP, Case No. 3:06-2914** | n/a | Removed to D.S.C. | • February 7, 2007 – **Final Transfer Order (33)** transferring *State of South Carolina, et al. v. Dey, LP*, D. South Carolina, Case No. 3:06-2914, to D. Mass.<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>   ○ July 30, 2007 - Objection of the States of Idaho, Illinois, Kentucky, Mississippi, and South Carolina to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4517]<br>   ○ August 17, 2007 – Defendants' Reply to the States of Idaho, Illinois, Kentucky, Mississippi, South Carolina, Pennsylvania and Ohio and the Counties of Erie, Oswego and Schenectady's Submissions Responding to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4631] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **State of South Carolina, et al. v. Dey, LP, Case No. 3:06-2925** | n/a | Removed to D.S.C. | • February 7, 2007 – **Final Transfer Order (33)** transferring *State of South Carolina, et al. v. Dey, LP,* D. South Carolina, Case No. 3:06-2925, to D. Mass.<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>  ○ July 30, 2007 - Objection of the States of Idaho, Illinois, Kentucky, Mississippi, and South Carolina to Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4517]<br>  ○ August 17, 2007 – Defendants' Reply to the States of Idaho, Illinois, Kentucky, Mississippi, South Carolina, Pennsylvania and Ohio and the Counties of Erie, Oswego and Schenectady's Submissions Responding to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution [Docket No. 4631] |
| **State of Iowa v. Abbott Laboratories, Inc., et al., CA No. 07-461** | n/a | S.D. Iowa | • October 25, 2007 – **Conditional Transfer Order (39)** transferring *State of Iowa v. Abbott Laboratories, Inc., et al.,* Case No. 4:07-461, to D. Mass.<br><br>• February 20, 2008 – **Individual Defendants' Motions to Dismiss the Complaint** (*individual motions filed by Amgen, Inc.* [Docket No. 5070], *Pfizer Defendants* [Docket No. 5075], *AstraZeneca Defendants* [Docket No. 5067], *Endo Pharmaceuticals* [Docket No. 5079], *Boehringer Ingelheim Corp.* [Docket No. 5081], *Ben Venue Labs., Inc., Chiron Corporation* [Docket No. 5072], *Eli Lilly and Company* [Docket No. 5082], *Greenstone LTD.* [Docket No. 5074], *Pharmacia Corporation* [Docket No. 5074], *Purdue Pharma L.P.* [Docket No. 5080], *SmithKline Beecham Corporation d/b/a GSK* [Docket No. 5076])<br>  ○ March 21, 2008 – Defendant TAP Pharmaceutical Products Inc.'s Supplemental Memorandum in Support of Defendants' Motion to Dismiss [Docket No. 5159]<br>  ○ March 28, 2008 – State of Iowa's Omnibus Opposition to Various Defendants' Individual Motions to Dismiss [Docket No. 5171]<br>  ○ March 28, 2008 – Plaintiff's Memorandum of Law in Opposition to Certain Defendants' Motions to Dismiss the Complaint [Docket No. 5172]<br>  ○ April 9, 2008 – Bayer Corporation's Notice of Joining Certain Defendants' Motion to Dismiss the Complaint [Docket No. 5203]<br>  ○ April 18, 2008 – Memorandum of Law in Support of Certain Defendants' Reply to Iowa's Opposition to Certain Defendants' Motion to Dismiss the Complaint [Docket No. 5233] (*individual memoranda filed by Amgen, Inc.* [Docket No. 5230], *Pfizer Defendants* [Docket No. 5229], *AstraZeneca Defendants* [Docket No. 5225], *Endo Pharmaceuticals* [Docket No. 5238], *Boehringer Ingelheim Corp.* [Docket No. 5235], *Ben Venue Labs., Inc., Chiron Corporation* [Docket No. 5228], *Eli Lilly and Company* [Docket No. 5246], *Greenstone LTD.* [Docket No. 5236], *Pharmacia Corporation* [Docket No. 5236], *Purdue Pharma L.P.* [Docket No. 5227], *SmithKline Beecham Corporation d/b/a GSK, TAP Pharmaceutical Products Inc.'s* [Docket No. 5237])<br>  ○ May 9, 2008 – State of Iowa's Omnibus Sur-Reply to Various Defendants' Individual |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **State of Iowa v. Abbott Laboratories, Inc., et al., CA No. 07-461 (continued)** | | | Motions to Dismiss [Docket No. 5288]<br>○ May 9, 2008 – Plaintiff's Sur-Reply Memorandum of Law in Further Opposition to Certain Defendants' Motion to Dismiss the Complaint [Docket No. 5289]<br>○ June 6, 2008 – State of Iowa's Sur-Reply to TAP Pharmaceuticals' Individual Motion to Dismiss [Docket No. 5364]<br>○ July 11, 2008 – Defendants' Notice of Supplemental Authority [Docket No. 5441]<br>○ July 22, 2008 – State of Iowa's Submission Regarding Certification [Docket No. 5459]<br>○ July 25, 2008 – Defendants' Response to the State of Iowa's Submission Regarding Certification [Docket No. 5463]<br><br>• August 8, 2007 – **Defendants' Motion for Entry of Iowa Case Management Order** [Docket No. 5495]<br><br>• August 14, 2008 – **Plaintiff's Motion for Entry of Iowa Case Management Order** [Docket No. 5501] |
| **United States of America ex rel. Linnette Sun & Greg Hamilton v. Baxter Hemoglobin Therapeutics, et al., CA No. 05-736** | n/a | D. Colorado | • June 25, 2008 – **Conditional Transfer Order (42)** transferring *United States of America ex rel. Linnette Sun & Greg Hamilton v. Baxter Hemoglobin Therapeutics, et al.*, D. Colorado, Case No. 1:05-736, to D. Mass<br>○ July 10, 2008 - Notice of opposition due |
| **The County of Orange v. Abbott Laboratories, Inc., et al., CA No. 07-2777** | n/a | S.D.N.Y. | • April 18, 2007 - **Conditional Transfer Order (38)** transferring *The County of Orange v. Abbott Laboratories, Inc., et al.,* Case No. 1:07-2777, to D. Mass.<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br>○ September 5, 2007 – Amended Order of Reference for Alternative Dispute Resolution [Docket No. 4709]<br><br>• May 1, 2008 – **Unopposed Amended Motion for 30-Day Extension of Time for Orange County to File Exhibits B-3 and B-4 to the Revised First Amended Consolidated Complaint and/or to Orchestrate the Dismissal [of] Certain Defendants** [Docket No. 5267] |
| **Consolidated County Case (Civil Action No. 01-CV-12257-PBS): City of New York** (S.D.N.Y.)<br>**County of Albany** (N.D.N.Y.)<br>**County of Allegany** (W.D.N.Y.)<br>**County of Broome** (N.D.N.Y.) | n/a | E.D.N.Y.<br>N.D.N.Y.<br>S.D.N.Y.<br>W.D.N.Y. | • March 30, 2005 –**County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery From the Schering-Plough Corporation** [Docket No. 1459] *sub judice* (Magistrate Judge Bowler)<br>○ April 6, 2005 – Schering Plough's Opposition to County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery [Docket No. 1470] |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| County of Cattaraugus  (W.D.N.Y.)<br>County of Cayuga  (N.D.N.Y.)<br>County of Chautauqua (W.D.N.Y.)<br>County of Chemung (W.D.N.Y.)<br>County of Chenango (N.D.N.Y.)<br>County of Columbia (N.D.N.Y.)<br>County of Cortland (N.D.N.Y.)<br>County of Dutchess (S.D.N.Y.)<br>County of Essex (N.D.N.Y.)<br>County of Fulton (N.D.N.Y.)<br>County of Genesee (W.D.N.Y.)<br>County of Greene  (N.D.N.Y.)<br>County of Herkimer  (N.D.N.Y.)<br>County of Jefferson  (N.D.N.Y.)<br>County of Lewis (N.D.N.Y.)<br>County of Madison  (N.D.N.Y.)<br>County of Monroe  (W.D.N.Y.)<br>County of Nassau (E.D.N.Y.)<br>County of Niagara (W.D.N.Y.)<br>County of Oneida  (N.D.N.Y.)<br>County of Onondaga (N.D.N.Y.)<br>County of Ontario (W.D.N.Y.)<br>County of Orleans (W.D.N.Y.)<br>County of Putnam (S.D.N.Y.)<br>County of Rensselaer  (N.D.N.Y.)<br>County of Rockland (S.D.N.Y.)<br>County of St. Lawrence (N.D.N.Y.)<br>County of Saratoga  (N.D.N.Y.)<br>County of Schuyler (W.D.N.Y.)<br>County of Seneca (W.D.N.Y.)<br>County of  Steuben (W.D.N.Y.)<br>County of Suffolk  (E.D.N.Y.)<br>County of Tompkins  (N.D.N.Y.)<br>County of Ulster (N.D.N.Y.),<br>County of Warren  (N.D.N.Y.)<br>County of Washington  (N.D.N.Y.)<br>County of Wayne  (W.D.N.Y.)<br>County of Westchester (S.D.N.Y.)<br>County of Wyoming (W.D.N.Y.) | | | • March 3, 2006 –**Individual Memoranda of Each Defendant in Support of Its Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County** [Docket No. 2207] (*individual memoranda filed by Sanofi-Synthelabo* [Docket No. 2220], *Wyeth, Sandoz Inc.* [Docket No. 2202], *Ben Venue Labs., Inc.* [Docket No. 2200])<br>   o April 17, 2006 – Plaintiffs' Opposition to Defendants' Individual Memorandum in Support of Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County [Docket No. 2453]<br>   o May 11, 2006 – Individual Reply Memoranda of Each Defendant in Further Support of Its Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County [Docket No. 2542] (*individual memoranda filed by Aventis Pharmaceuticals* [Docket No. 2544], *Wyeth, Sanofi-Synthelabo* [Docket No. 2550], *Ben Venue Labs., Inc.* [Docket No. 2540], *Sandoz Inc.* [Docket No. 2557])<br>   o June 2, 2006 – Plaintiffs' Joint Sur-Reply in Further Opposition to Defendants' Individual Motions to Dismiss [Docket No. 2638]<br>   o September 18, 2006 – Notice of Filing of Brief of the Attorney General of the State of New York as Amicus Curiae [Docket No. 3114]<br>   o October 12, 2006 – Defendants' Response to the Brief of the Attorney General of the State of New York as Amicus Curiae and to Plaintiffs' Post-Oral Argument Submissions [Docket No. 3210]<br>   o February 9, 2007 – Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss the Consolidated Complaint of New York City and New York Counties Other than Nassau [Docket No. 3758]<br>   o June 25, 2007 – Defendant Wyeth's Renewal of Its Motion to Dismiss the Complaint Filed by New York City and the New York Counties, Including Nassau County [Docket No. 4435]<br>   o July 11, 2007 – Plaintiffs' Omnibus Memorandum in Opposition to the Individual Defendant's Renewed Motions to Dismiss [Docket No. 4453]<br>   o July 19, 2007 - Defendant Wyeth's Response in Support of the Renewal of its Motion to Dismiss the Complaint Filed by New York City and the New York Counties, Including Nassau County [Docket No. 4502]<br>   o July 24, 2007 - Plaintiffs' Omnibus Sur-Reply to the Individual Defendant's Renewed Motions to Dismiss [Docket No. 4499]<br><br>• July 24, 2007 – **Order of Reference for Alternative Dispute Resolution** [Docket No. 4508]<br><br>• March 4, 2008 – **New York State Department of Health, Mark Richard Butt, Mary Alice** |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **County of Yates**  (W.D.N.Y.) | | | **Brankman, Michael A. Falzano and Plaintiffs' Cross-Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or its Current and Former Employees** [Docket No. 5120]<br>    o  March 4, 2008 – Memorandum of Law in Opposition to Defendants' Motion to Compel and in Support of Movants' Cross Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or its Current and Former Employees [Docket No. 5121]<br>    o  March 21, 2008 – Defendants' Joint Memorandum in Opposition to Movants' Cross-Motion to Quash and in Further Support of Defendants' Motion to Compel Subpoenas Issued by Defendants to the New York State Department of Health and Three Key Witnesses [Docket No. 5154]<br>    o  March 25, 2008 – Unopposed Motion for Leave to File Reply Memorandum in Further Support of Plaintiffs' Cross Motion to Quash Subpoenas Issued by Defendants to the New York State Department of Health and/or its Current and Former Employees [Docket No. 5163]<br>    o  April 4, 2008 – Reply Memorandum of Law in Further Support of Movants' Cross-Motion to Quash all Subpoenas Issued by Defendants to the New York State Department of Health and/or Its Current and Former Employees [Docket No. 5199]<br><br>&bull;  June 18, 2008 – **Stipulation Extending the Time for Serono, Inc., N/K/A EMD Serono, Inc., to Answer, Move, or Otherwise Respond to the Revised First Amended Consolidated Complaint** [Docket No. 5390]<br><br>&bull;  August 22, 2008 – **Stipulated Extension of Time for the Filing of Amgen Inc.'s Answer to Plaintiffs' Revised First Amended Consolidated Complaint** [Docket No. 5515]<br><br>&bull;  August 28, 2008 – **Stipulated Extension of Time for the Filing of Endo Pharmaceuticals Inc.'s Answer to Plaintiffs' Revised First Amended Consolidated Complaint** [Docket No. 5524] |

### MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • May 3, 2004 – **Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period from Defendants Abbott Laboratories, AstraZeneca, Schering Plough, Sicor and Together Rx Defendants** *sub judice* (Magistrate Judge Bowler) [Docket No. 826]<br>    ○ May 17, 2004 – Certain Defendants' Notice of Opposition to Plaintiffs' Motion to Compel the Production of Certain Documents and Consent Motion for an Extension of Time [Docket No. 838]<br>    ○ May 26, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Schering–Plough *(Note: withdrawal applies only to Schering-Plough)* [Docket No. 851]<br>    ○ May 27, 2004 – Consent Motion for an Extension of Time to Oppose the Motion to Compel [Docket No. 855]<br>    ○ May 27, 2004 – Opposition of the Together Rx Defendants to Plaintiffs' Motion to Compel the Production of Documents [Docket No. 854]<br>    ○ May 28, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Abbott Laboratories *(Note: withdrawal applies only to Abbott Laboratories)* [Docket No. 857]<br>    ○ June 8, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant AstraZeneca. *(Note: withdrawal applies only to AstraZeneca)* [Docket No. 863]<br>    ○ June 9, 2004 – Plaintiffs' Reply Memorandum in Support of Motion to Compel the Production of Documents Created During the Relevant Time Period from the Together Rx Defendants [Docket No. 864]<br>    ○ June 22, 2004 – Order granting Plaintiffs' Motion to Withdraw Motion to Compel Directed at Abbott Laboratories [Electronic Order]<br>    ○ Awaiting scheduling of hearing or ruling by Court as to Together Rx Defendants<br><br>    ○ February 23, 2005 – **Third Party Schaller Anderson Inc.'s Objection and Motion to Quash Plaintiffs' Subpoena**<br><br>• June 14, 2005 – **Defendant Sicor Inc. and Sicor Pharmaceuticals, Inc.'s** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | **Motion for Protective Order with Memorandum in Support** *sub judice* (Magistrate Judge Bowler) [Docket No. 1555] <br>  o   June 28, 2005 – Plaintiffs' Response to Sicor's Motion for Protective Order [Docket No. 1568] <br>  o   July 6, 2005 – Motion for Leave to File Reply to Plaintiffs' Response to Sicor's Motion for Protective Order [Docket No. 1580] <br><br> •   November 9, 2005 – **Plaintiffs' Motion for Order Exempting Defendant Abbott Laboratories from Any Order Refusing to Extend Deadline for Track Two Discovery** [Docket No. 1875] <br>  o   November 23, 2005 – Defendant Abbott Laboratories' Opposition to Plaintiffs' Motion for Order Exempting Defendant Abbott Laboratories from Any Order Declining to Extend Deadline for Track Two Discovery [Docket No. 1904] <br>  o   December 1, 2005 – Plaintiffs' Letter to Magistrate Judge Bowler Requesting Postponement of Hearing until Track Two Discovery Issues Resolved <br><br> •   November 28, 2005 – **Plaintiffs' Motion for Clarification of Case Management Order #16** [Docket No. 1912] <br>  o   November 30, 2005 – Certain Track II Defendants' Request for Expedited Hearing [Docket No. 1923] <br>  o   November 30, 2005 – Response of Defendant Watson Pharma, Inc. to Plaintiffs' "Motion for Clarification of Case Management Order #16" [Docket No. 1924] <br>  o   December 1, 2005 – Order re: Plaintiffs' Motion for Clarification of Case Management Order #16 [Docket No. 1925] <br>  o   December 9, 2005 – Track II Defendants' Submission Regarding Discovery Schedule [Docket No. 1950] <br>  o   December 9, 2005 – Watson Pharmaceuticals, Inc.'s Response to Court Order Regarding Discovery Schedule [Docket No. 1951] <br>  o   December 9, 2005 – Defendants Baxter Healthcare Corporation and Baxter International Inc.'s Memorandum Regarding Track II Discovery Schedule [Docket No. 1952] <br>  o   December 9, 2005 – Plaintiffs' Memorandum in Support of Their Proposed Track II Discovery Schedule [Docket No. 1953] <br>  o   December 15, 2005 – Plaintiffs' Reply to Watson Pharmaceuticals, Inc.'s Response to Court Order Regarding Discovery Schedule [Docket No. 1964] <br>  o   December 16, 2005 – Watson Pharmaceuticals, Inc.'s Motion for |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Leave to File Reply Memorandum in Support of Its Response to Court Order Regarding Discovery Schedule [Docket No. 1970]<br><br>• February 16, 2006 – **Dey, Inc.'s and Abbott Laboratories' Objections to the Order of Chief Magistrate Judge Bowler Issued on February 4, 2006 Pursuant to Fed. R. Civ. P. Rule 72(a)** [Docket No. 2140]<br>   ○ February 22, 2006 – Plaintiffs' Assented-to Motion for Leave to Reply to Dey, Inc.'s and Abbott Laboratories' Objections to the Order of Chief Magistrate Judge Bowler Issued on February 4, 2006 to File Such Reply Until March 8, 2006 [Docket No. 2148]<br>   ○ March 8, 2006 – Plaintiffs' Motion for Leave to File Plaintiffs' Opposition to Dey, Inc.'s and Abbott Laboratories' Objections to Chief Magistrate Judge Bowler's Order Denying Further Discovery of Massachusetts Health Plans [Docket No. 2237]<br>   ○ March 8, 2006 – Plaintiffs' Opposition to Dey, Inc.'s and Abbott Laboratories' Objections to Chief Magistrate Judge Bowler's Order Denying Further Discovery of Massachusetts Health Plans [Docket No. 2238]<br><br>• February 21, 2006 – **United Healthcare, Inc. and United HealthCare Insurance Co.'s Limited Objections to Magistrate Judge's Order Granting Defendants' Motion to Compel** [Docket No. 2144]<br>   ○ March 10, 2006 – Defendants' Response to Third Party United Healthcare, Inc. and United HealthCare Insurance Company's Objections to Chief Magistrate Judge Bowler's Order Granting Defendants' Motion to Compel [Docket No. 2243]<br><br>• May 8, 2006 – **Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants** [Docket No. 2522]<br>   ○ May 16, 2006 – **Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and a Proposed Class Representative** [Docket No. 2584]<br>      ▪ May 19, 2006 – Track Two Defendants' Opposition to Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and Class Representative [Docket No. 2590]<br>      ▪ May 24, 2006 – Warrick Pharmaceuticals Corp.'s Opposition to Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and Class Representative [Docket No. 2599]<br>   ○ May 16, 2006 – **Track Two Defendants' Motion to Strike Harold** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | **Bean as a Proposed Class Representative** [Docket No. 2582]<br>▪ May 26, 2006 – Plaintiffs' Memorandum in Opposition to Motion to Strike Harold Bean as a Proposed Class Representative [Docket No. 2608]<br>○ June 15, 2006 – Defendants' Individual Memoranda of Law in Opposition to Track 2 Class Certification *(individual memorandum filed by each of the Track 2 Defendants)* (Redacted versions filed in last week of June/first week of July 2006) [Docket No. 2687]<br>○ July 19, 2006 – Plaintiffs' Reply Memorandum in Support of Motion to Certify Claims With Respect to Track 2 Defendants [Docket No. 2889]<br>○ August 4, 2006 – Track Two Proposal Concerning the Appointment of a Neutral Expert to Advise the Court on Track Two Class Certification [Docket No. 2957]<br>○ August 7, 2006 – Plaintiffs' Response to Track Two Proposal Concerning the Appointment of a Neutral Expert to Advise the Court on Track Two Class Certification [Docket No. 2964]<br>○ August 25, 2006 – Track Two Defendants' Memorandum Regarding Harold Bean, in Further Opposition to Class Certification [Docket No. 3018]<br>○ August 25, 2006 – Track Two Defendants' Memorandum in Opposition to Class Certification [Docket No. 3020]<br>○ September 5, 2006 – Plaintiff's Response to Track 2 Defendants' Memorandum Regarding Harold Bean [Notice of Filing Under Seal - Docket No. 3063], Declaration of Donald E. Haviland [Docket No. 3065]<br>○ September 6, 2006 – Track Two Defendants' Notice of Supplemental Evidence Relevant to Class Certification [Docket No. 3071]<br>○ September 11, 2006 – Track Two Defendants' Supplemental Filing Regarding the Track Two Defendants' Motion for Leave to File the Rebuttal Declaration of Steven J. Young in Support of Track 2 Defendants' Opposition to Class Certification or, in the Alternative, Motion to Strike the Hartman Track 2 Dyckman Rebuttal, Hartman Track 2 Young Rebuttal and the Rosenthal Rebuttal) [Notice of Filing Under Seal - Docket No. 3093]<br>○ September 11, 2006 – Track Two Defendants' Notice of Supplemental Authority Relevant to Class Certification [Docket No. 3094]<br>○ October 16, 2006 – Class Plaintiffs' Submission of the "Generics |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Chart" Pursuant to the Oral Request of the Court During the Class Certification Hearing in Connection with Track 2 (corrected October 17, 2006) [Docket No. 3220; Corrected Docket No. 3223]<br>○ December 21, 2006 – Track Two Defendants' Motion to Strike the "Generics Chart" and Proposed Track Two Class Certification Order Submitted by Plaintiffs' in Support of Their Motion for Class Certification [Docket No. 3499]<br>○ July 25, 2007 - Defendant Amgen Inc.'s Supplemental Memorandum in Opposition to Class Certification [Docket No. 4506]<br>○ August 8, 2007 – Class Plaintiffs' Response to Amgen and Watson's Supplemental Opposition to Class Certification [Docket No. 4609]<br>○ August 23, 2007 – Memorandum of Plaintiffs and Class 1 Representatives Harold Carter, Rev. David Aaronson, and Harold Bean in Response to Defendant Amgen, Inc.'s Supplemental Memorandum in Opposition to Class Certification [Docket No. 4641]<br>○ August 31, 2007 – Plaintiffs' Supplemental Memorandum in Support of Track 2 Class Certification Regarding State Law Issues [Docket No. 4675]<br>▪ September 21, 2007 – Individual Memorandum of Aventis Pharmaceuticals Inc. in Opposition to Plaintiffs' Supplemental Memorandum in Support of Track 2 Class Certification Regarding State Law Issues [Docket No. 4738]<br>▪ September 21, 2007 – Response of Defendants Amgen Inc. and Watson Pharmaceuticals, Inc. to Plaintiffs' Supplemental Memorandum in Support of Track 2 Class Certification Regarding State Law Issues [Docket No. 4740]<br>○ September 7, 2007 – Plaintiffs' Submission of Supplemental Authority Relating to Track 2 Class Certification and State Law Issues [Docket No. 4691]<br>○ September 14, 2007 – Watson Pharmaceuticals, Inc.'s Response to Class Plaintiffs' Response to Amgen and Watson's Supplemental Opposition to Class Certification [Docket No. 4716]<br><br>• June 22, 2006 – **Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub Filed by Defendant Warrick Pharmaceuticals Corporation** [Docket No. 2755]<br>○ June 22, 2006 – Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Memorandum and Exhibit 1 to the Declaration of Steve |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | W. Berman in Support of Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub Filed by Defendant Warrick Pharmaceuticals Corporation [Docket No. 2754]<br><ul><li>July 6, 2006 – Warrick's Memorandum in Opposition to Certain Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub and in Support of Cross Motion for Leave to Take Deposition of Harvey Weintraub for Purposes of Preservation of Testimony [Docket No. 2840]</li><li>July 20, 2006 – Plaintiffs' Memorandum in Opposition to Warrick Pharmaceuticals Corporation's Cross-Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony [Docket No. 2898]</li><li>August 3, 2006 – Warrick Pharmaceuticals Corporation's Reply Memorandum in Support of Its Cross Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony [Docket No. 2950-2]</li></ul><br>• November 2, 2006 – **Defendant Immunex Corporation's Objections to October 23, 2006 Order by Chief Magistrate Judge Bowler Regarding Immunex's Motion for Protective Order Regarding May 17, 2006, Deposition Notice** [Docket No. 3303]<br><ul><li>November 9, 2006 – Plaintiffs' Memorandum In Response to Immunex Corporation's Objections to October 23, 2006 Order by Chief Magistrate Judge Bowler Denying Immunex's Motion for Protective Order [Notice of Filing Under Seal – Docket No. 3331]</li></ul><br>• November 6, 2006 – **Plaintiffs' Objections to the October 23, 2006 Order by Chief Magistrate Bowler Re: Amgen Inc.'s Motion for Protective Order Relating to Plaintiffs' Rule 30(b)(6) Deposition Notice Regarding Sales and Marketing** [Docket No. 3323]<br><ul><li>November 14, 2006 – Amgen Inc.'s Response to Plaintiffs' Objections to Chief Magistrate Judge Bowler's October 23, 2006 Order Granting Amgen Inc.'s Motion for Protective Order [Docket No. 3361]</li></ul><br>• February 22, 2007 – **Plaintiffs' Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas** [Docket No. 3802]<br><ul><li>March 8, 2007 – Abbott Laboratories Response to Plaintiffs'</li></ul> |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas [Docket No. 3837]<br><br>○ March 23, 2007 – Plaintiffs' Reply Brief in Support of Their Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas [Docket No. 3915]<br><br>• March 22, 2007 – **Declaration of G. Raymond Pironti, Jr. Regarding Time Expended for Preparing Direct Testimony via Declaration and Traveling from Tampa, Florida to Boston Pursuant to Subpoena to Appear for Trial Testimony and Request for Reimbursement** [Docket No. 3945]<br><br>• July 13, 2007 – **Notice of Submission to Court of Declaration and Request for Determination of Proprietary Filing Under Seal** [Docket No. 4460]<br><br>○ July 27, 2007 – Class Counsel's Response to the Declaration of Donald E. Haviland, Jr. In Response to Court Directive Concerning AstraZeneca Settlement [Docket No. 4510]<br><br>○ August 24, 2007 – Declaration of Donald E. Haviland, Jr., in Response to Court Directive Concerning the AstraZeneca Settlement [Docket No. 4660]<br><br>• August 2, 2007 – **Track Two Defendants' Proposed "Road Map" for the Next Phase of Case Preparation, Mediation and Trial** [Docket No. 4589]<br><br>○ August 1, 2007 – BMS' Brief on Pre-Judgment Interest [Docket No. 4534]<br><br>○ August 1, 2007 – Warrick Pharmaceuticals Corporation's Memorandum Regarding Class 2 Damages [Docket No. 4537]<br><br>• August 2, 2007 – **Class Plaintiffs' Proposed "Road Map" to Govern Track 2 Proceedings** [Docket No. 4590]<br><br>○ August 6, 2007 – Track 2 Defendants' Response to Plaintiffs' Proposed "Road Map" for Track 2 Proceedings [Docket No. 4599]<br><br>○ August 6, 2007 – Watson's Opposition to Class Plaintiffs' Proposed "Road Map" [Docket No. 4601]<br><br>• August 30, 2007 – **Plaintiffs' Supplemental Submission Regarding State Consumer Protection Act Pre-Suit Demand Requirements** [Docket No. |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | 4671]<br><br>• September 7, 2007 – **Warrick Pharmaceuticals Corporation's Post-Damages Hearing Submission Concerning Liability and Declaratory Relief** [Docket No. 4693]<br><br>• November 21, 2007 – **Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 Against AstraZeneca and BMS** [Docket No. 4902]<br> ○ January 4, 2008 – Defendant BMS's Memorandum of Law in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 4979]<br> ○ January 4, 2008 – AstraZeneca Pharmaceuticals LP's Memorandum of Law in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 4981]<br> ○ February 1, 2008 – Plaintiffs' Reply Memorandum in Support of Motion to Certify Nationwide Classes 2 and 3 Against Defendants AstraZeneca and BMS [Docket No. 5033]<br> ○ March 17, 2008 – Declaration of Steven M. Edwards in Further Support of BMS's Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 5145]<br> ○ March 26, 2008 - Defendant BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 5166]<br> ○ April 4, 2008 – AstraZeneca Pharmaceutical LP's Motion for Leave to Submit Recent Circuit Authority Supporting Denial of Plaintiffs' Pending Motion for Certification of National Classes 2 and 3 [Docket No. 5198]<br> ○ April 11, 2008 – Class Plaintiffs' Reply to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 5209]<br> ○ April 11, 2008 – Class Plaintiffs' Response to AstraZeneca Pharmaceutical LP's Submission of Recent Circuit Authority [Docket No. 5210]<br> ○ April 17, 2008 – AstraZeneca Pharmaceutical LP's Motion for Leave to File the Attached Reply to and Correction of Plaintiffs' Statement Regarding the Recent Circuit Authority Submitted to the Court [Docket No. 5216]<br> ○ April 21, 2008 – Motion for Leave to File BMS's Response to Plaintiffs' Reply to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | and 3 [Docket No. 5242]<br>    o  April 24, 2008 – Class Plaintiffs' Response to (1) AstraZeneca Pharmaceutical LP's Motion for Leave to File and (2) AstraZeneca's Misleading Reply to Plaintiffs' Statements Regarding the Recent Circuit Authority Submitted to the Court [Docket No. 5250]<br>    o  April 24, 2008 – Class Plaintiffs' Opposition to BMS's Motion for Leave to File Response to Plaintiffs' Reply to BMS's Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify Nationwide Classes 2 and 3 [Docket No. 5251]<br><br>•  April 17, 2008 – **Class Counsel and AstraZeneca's Joint Motion for Entry of an Order Granting Final Approval of the AstraZeneca Class 1 Settlement** [Docket No. 5218]<br>    o  April 1, 2008 – Objection of Named Class Representative, M. Joyce Howe, to the Final Approval of Proposed Nationwide Settlement with AstraZeneca [Docket No. 5186]<br>    o  May 1, 2008 – Reply Brief in Support of Objection of Named Class Representative, M. Joyce Howe, to the Final Approval of Proposed Nationwide Settlement with AstraZeneca, and Objection to Petition for Attorneys' Fees, Reimbursement of Expenses, and Compensation to the Named Class Representatives [Docket No. 5265]<br>    o  July 15, 2008 – Class Counsel's Post-Hearing Supplemental Memorandum in Support of Motion for Final Approval of Class Action Settlement with AstraZeneca [Docket No. 5446], Declaration of Steve W. Berman [Docket No. 5448], Second Declaration of Eric P. LaChance [Docket No. 5450]<br>    o  July 15, 2008 – Amendment to Settlement Agreement and Release of AstraZeneca [Docket No. 5447]<br><br>•  August 25, 2008 – **Class Counsel's Motion to Preliminarily Approve Proposed Plan of Distribution for the BMS Class 1 Settlement** [Docket No. 5517]<br>    o  August 25, 2008 – Class Counsel's Memorandum in Support of Motion to Preliminarily Approve Proposed Plain of Distribution for the BMS Class 1 Settlement [Docket No. 5518], Declaration of Steve W. Berman in Support of Class Counsel's Motion to Preliminarily Approve Proposed Plan of Distribution for the BMS Class 1 Settlement [Docket No. 5519]<br>    o  September 2, 2008 – Assented to Motion for Enlargement of Time |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | to Respond to Plaintiffs' Motion for Order to Preliminarily Approve Proposed Plan for Distribution for BMS Class 1 Settlement [Docket No. 5538-2] |