UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br>-------------------------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS<br>------------------------------------------------------------------- | MDL No. 1456<br>CIVIL ACTION: 01-CV-12257-PBS<br><br><br>Judge Patti B. Saris |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the withdrawal of my appearance as counsel for Demra Jordan, Class Member, in the above-captioned matter.

    Counsel states that Ms. Jordan's objection in this case has been resolved and the appeal of the denial of the objection has been dismissed and she will no longer be directly participating in this action.

    DEMRA JORDAN

    By her attorney,

    */s/ Robert D. Hillman*
    Robert D. Hillman, BBO# 552637
    Deutsch Williams Brooks
      DeRensis & Holland, P.C.
    One Design Center Place
    Suite 600
    Boston, MA  02210
    (617) 951-2300
    rdh@dwboston.com

September 4, 2008

**CERTIFICATE OF SERVICE**

      I, Robert D. Hillman certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading via United States District Court's ECF Website.

DATE:   September 4, 2008          __/s/  **Robert D. Hillman**__

DWLIBDB\226192.19182/00