UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>United States ex rel Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones v. Abbott Laboratories, Inc., No. 07-11618-PBS | |

**CASE MANAGEMENT ORDER**
September 2, 2008

Saris, U.S.D.J.

The following schedule shall be applicable to the parties in this case:

| | |
|---|---|
| Initial Disclosures | September 8, 2008 |
| Deadline to Amend Pleadings | September 30, 2008 |
| Close of Fact Discovery | February 27, 2009 |
| Ven-A-Care's Expert Report(s) | March 27, 2009 |
| Defendant's Expert Report(s) | May 8, 2009 |
| Close of Expert Discovery | June 12, 2009 |
| Motion(s) for Summary Judgment | July 17, 2009 |
| Response to Motion(s) for Summary Judgment | August 14, 2008 |
| Reply to Motion(s) for Summary Judgment | August 28, 2009 |
| Surreply to Motion(s) for Summary Judgment | September 14, 2009 |
| Hearing on Motion(s) for Summary Judgment | September 17, 2009 |

/s/ Patti B. Saris
United States District Judge