UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN re: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> *United States of America, ex rel.* ) <br> *Ven-a-Care of the Florida Keys, Inc.,* ) <br> *v. Abbott Laboratories, Inc.,* ) <br> CIVIL ACTION NO. 06-CV-11337-PBS ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br><br> Chief Magistrate Judge <br> Marianne B. Bowler |

## PROPOSED ORDER MODIFYING AUGUST 20, 2008 ORDER

Upon consideration of Relator's Objections to the August 20, 2008 Order by the Magistrate Judge on Abbott's Motion to Compel Ven-A-Care to Provide Adequate Responses to Interrogatory Number 20 of Abbott's Fourth Set of Interrogatories and Memorandum of Law in Support of Objections ("Relator's Objections") and related filings of record, Abbott's Motion to Compel Ven-A-Care to Provide Adequate Responses to Abbott's Fourth Set of Interrogatories[5035] is **DENIED IN PART**.

The Relator shall respond to the interrogatories numbered 22, 23 and 26 as modified by the Relator in the November 7, 2008 proposal attached to the Relator's Objections as Exhibit B.  The Court denies Abbott's Motion to Compel with respect to interrogatory number 20.

Signed this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE