UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, Inc., et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**[PROPOSED] ORDER MODIFYING AUGUST 20, 2008 ORDER ON SCHERING CORPORATION'S MOTION FOR A PROTECTIVE ORDER**

Upon consideration of Plaintiffs' Objections to the August 20, 2008 Order by the Magistrate Judge on Schering Corporation's Motion for a Protective Order [Dkt. No. 5296], and related filings of record, Schering's Motion is hereby denied.

Signed this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE