**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59930150006 | ALBUTEROL .83MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2000 | 6/30/2000 | $1.21 | $0.60 | $0.17 | Cardinal | | 254.64% | X |
| 59930150006 | ALBUTEROL .83MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $1.21 | | $0.18 | Cardinal | 577.55% | | X |
| 59930150008 | ALBUTEROL .83MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2000 | 6/30/2000 | $1.21 | $0.60 | $0.17 | MCK2 | | 241.44% | X |
| 59930150008 | ALBUTEROL .83MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $1.21 | | $0.12 | ABC | 870.77% | | X |
| 59930151701 | ALBUTEROL 0.83 MG/ML SOLUTIO | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $1.21 | $0.44 | $0.13 | Cardinal | | 223.09% | X |
| 59930151702 | ALBUTEROL 0.83 MG/ML SOLUTIO | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $1.21 | $0.44 | $0.11 | Cardinal | | 301.76% | X |
| 59930164702 | ALBUTEROL 5 MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $14.99 | $6.72 | $2.47 | Cardinal | | 172.44% | X |
| 59930151504 | ALBUTEROL 5MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2000 | 6/30/2000 | $14.99 | | $3.25 | Cardinal | 360.78% | | X |
| 59930151504 | ALBUTEROL 5MG/ML SOLUTION | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2002 | 12/31/2002 | $14.99 | $6.72 | $2.44 | ABC | | 175.66% | X |
| 59930156001 | ALBUTEROL 90 MCG INHALER | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $21.41 | $15.00 | $3.08 | ABC | | 387.37% | X |
| 59930156002 | ALBUTEROL 90MCG INH REFILL | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $19.79 | | $2.62 | ABC | 654.85% | | X |
| 59930156002 | ALBUTEROL 90MCG INH REFILL | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2003 | 12/31/2003 | $19.79 | $15.00 | $4.10 | Cardinal | | 265.97% | X |
| 59930156001 | ALBUTEROL 90MCG INHALER | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $21.41 | | $2.52 | Cardinal | 748.06% | | X |
| 59930151005 | ALBUTEROL SULF 2MG/5ML SYRP | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $24.75 | $16.80 | $2.82 | McKesson | | 496.80% | X |
| 59930151005 | ALBUTEROL SULF 2MG/5ML SYRP | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2002 | 12/31/2002 | $24.77 | | $3.80 | McKesson | 551.79% | | X |
| 59930152001 | ALBUTEROL SULFATE 2MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $23.65 | $3.80 | $2.02 | McKesson | | 88.59% | X |
| 59930152001 | ALBUTEROL SULFATE 2MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 12/5/2002 | 12/31/2002 | $23.65 | | $2.58 | McKesson | 816.67% | | X |
| 59930152002 | ALBUTEROL SULFATE 2MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $112.25 | $23.85 | $8.75 | McKesson | | 172.57% | X |
| 59930152002 | ALBUTEROL SULFATE 2MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 12/5/2002 | 12/31/2002 | $112.25 | | $9.15 | McKesson | 1126.78% | | X |
| 59930153001 | ALBUTEROL SULFATE 4MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1996 | 6/30/1996 | $35.20 | $6.38 | $1.04 | Cardinal | | 511.14% | X |
| 59930153001 | ALBUTEROL SULFATE 4MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 12/1/2002 | 12/4/2002 | $35.20 | | $4.35 | McKesson | 709.20% | | X |
| 59930153001 | ALBUTEROL SULFATE 4MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 12/5/2002 | 12/31/2002 | $35.20 | | $4.35 | McKesson | 709.20% | | X |
| 59930153002 | ALBUTEROL SULFATE 4MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $168.25 | $45.00 | $18.29 | McKesson | | 146.04% | X |
| 59930153002 | ALBUTEROL SULFATE 4MG TAB | Schering | WARRICK PHARMACEUTICALS CORP | 12/5/2002 | 12/31/2002 | $168.25 | | $18.29 | McKesson | 819.90% | | X |
| 59930157501 | BETAMETHASONE DP 0.05% OINT | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2002 | 12/31/2002 | $21.47 | | $1.30 | ABC | 1551.99% | | |
| 59930157502 | BETAMETHASONE DP 0.05% OINT | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2001 | 6/30/2001 | $43.20 | | $11.34 | Cardinal | 280.87% | | |
| 59930157503 | BETAMETHASONE DP 0.05% OINT | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $51.30 | | $6.35 | Cardinal | 708.29% | | |
| 00085094205 | CELESTONE 0.6 MG/5 ML SYRUP | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $50.95 | | $37.51 | McKesson | 35.85% | | |
| 00085056605 | CELESTONE SOLUSPAN 6MG/ML | Schering | SCHERING CORP. | 10/1/2001 | 12/31/2001 | $26.18 | | $19.43 | McKesson | 34.75% | | |
| 59930180101 | CIMETIDINE 300MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1996 | 12/31/1996 | $83.65 | $24.81 | $1.07 | Cardinal | | 2218.69% | X |
| 59930180201 | CIMETIDINE 400MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1996 | 12/31/1996 | $138.82 | $39.54 | $2.93 | Cardinal | | 1249.49% | X |
| 59930180203 | CIMETIDINE 400MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/1997 | 9/30/1997 | $1,388.20 | $340.50 | $95.68 | Cardinal | | 255.87% | X |
| 11523716002 | CLARITIN 10 MG TABLET | Schering | SCHERING HEALTHCARE PRODUCTS | 9/27/2004 | 9/30/2004 | $10.19 | | $8.15 | Cardinal | 24.98% | | |
| 00085112802 | CLARITIN 10MG REDI-TABS | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $111.71 | | $85.97 | McKesson | 29.94% | | |
| 11523715702 | CLARITIN 10MG REDITABS | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2003 | 9/30/2003 | $11.72 | | $9.37 | Cardinal | 25.13% | | |
| 11523715704 | CLARITIN 10MG REDITABS | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/26/2004 | $21.29 | | $17.00 | Cardinal | 25.24% | | |
| 00085045801 | CLARITIN 10MG TABLET | Schering | SCHERING CORP. | 2/29/2000 | 3/31/2000 | $42.61 | | $33.22 | CH | 28.26% | | |
| 00085045801 | CLARITIN 10MG TABLET | Schering | SCHERING CORP. | 5/25/2000 | 6/30/2000 | $43.04 | | $33.21 | McKesson | 29.60% | | |
| 00085045803 | CLARITIN 10MG TABLET | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $322.99 | | $248.54 | McKesson | 29.95% | | |
| 00085045805 | CLARITIN 10MG TABLET | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $96.86 | | $70.17 | MCK2 | 38.03% | | |

**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085045806 | CLARITIN 10MG TABLET | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $1,614.85 | | $184.30 | ABC | 776.21% | | |
| 11523716002 | CLARITIN 10MG TABLET | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/26/2004 | $10.19 | | $8.15 | MCK2 | 24.96% | | |
| 11523716003 | CLARITIN 10MG TABLET | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/26/2004 | $18.35 | | $14.72 | Cardinal | 24.64% | | |
| 00085061202 | CLARITIN 10MG/10ML SYRUP | Schering | SCHERING CORP. | 1/1/2001 | 3/31/2001 | $122.40 | | $83.26 | Cardinal | 47.01% | | |
| 00085122301 | CLARITIN 10MG/10ML SYRUP | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $180.62 | | $138.98 | McKesson | 29.96% | | |
| 11523716301 | CLARITIN 5MG/5ML SYRUP | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2003 | 9/30/2003 | $10.37 | | $8.16 | Cardinal | 27.05% | | |
| 00085063501 | CLARITIN-D 12 HOUR TAB SA | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $181.94 | | $139.99 | McKesson | 29.97% | | |
| 00085063504 | CLARITIN-D 12 HOUR TAB SA | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $181.94 | | $131.38 | Cardinal | 38.49% | | |
| 00085063505 | CLARITIN-D 12 HOUR TAB SA | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $54.55 | | $41.97 | McKesson | 29.97% | | |
| 11523716201 | CLARITIN-D 12 HOUR TAB SA | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/30/2004 | $10.19 | | $8.17 | Cardinal | 24.75% | | |
| 11523716203 | CLARITIN-D 12 HOUR TAB SA | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/30/2004 | $21.29 | | $17.09 | Cardinal | 24.61% | | |
| 00085123301 | CLARITIN-D 24 HOUR TAB SA | Schering | SCHERING CORP. | 4/1/2004 | 6/30/2004 | $363.84 | | $229.29 | ABC | 58.68% | | |
| 11523716102 | CLARITIN-D 24 HOUR TAB SA | Schering | SCHERING HEALTHCARE PRODUCTS | 7/1/2004 | 9/30/2004 | $11.72 | | $9.40 | Cardinal | 24.63% | | |
| 59930157001 | CLOTRIMAZOLE 1% CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2004 | 9/30/2004 | $7.85 | | $1.26 | Cardinal | 522.78% | | |
| 59930157002 | CLOTRIMAZOLE 1% CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2003 | 6/30/2003 | $13.40 | | $1.40 | McKesson | 857.21% | | |
| 59930157003 | CLOTRIMAZOLE 1% CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $16.25 | | $2.78 | Cardinal | 484.51% | | |
| 59930157009 | CLOTRIMAZOLE 1% CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1998 | 12/31/1998 | $22.25 | | $5.15 | McKesson | 332.00% | | |
| 59930150301 | CLOTRIMAZOLE/BETAMETH CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $23.56 | | $7.49 | Cardinal | 214.37% | | |
| 59930150302 | CLOTRIMAZOLE/BETAMETH CREAM | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $50.74 | | $13.63 | McKesson | 272.38% | | |
| 00085063401 | DIPROLENE 0.05% GEL | Schering | SCHERING CORP. | 4/1/2002 | 6/30/2002 | $35.00 | | $24.39 | ABC | 43.52% | | |
| 00085063403 | DIPROLENE 0.05% GEL | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $94.83 | | $70.76 | ABC | 34.02% | | |
| 00085096201 | DIPROLENE 0.05% LOTION | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $53.26 | | $40.60 | ABC | 31.19% | | |
| 00085096202 | DIPROLENE 0.05% LOTION | Schering | SCHERING CORP. | 4/1/2004 | 6/30/2004 | $104.96 | | $81.84 | MCK2 | 28.25% | | |
| 00085057502 | DIPROLENE 0.05% OINTMENT | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $42.40 | | $29.14 | MCK2 | 45.52% | | |
| 00085057505 | DIPROLENE 0.05% OINTMENT | Schering | SCHERING CORP. | 1/1/2004 | 1/5/2004 | $94.83 | | $74.68 | MCK2 | 26.98% | | |
| 00085057505 | DIPROLENE 0.05% OINTMENT | Schering | SCHERING CORP. | 1/6/2004 | 3/31/2004 | $103.83 | | $78.66 | ABC | 32.00% | | |
| 00085051701 | DIPROLENE AF 0.05% CREAM | Schering | SCHERING CORP. | 4/1/2004 | 6/30/2004 | $46.43 | | $32.91 | MCK2 | 41.08% | | |
| 00085051704 | DIPROLENE AF 0.05% CREAM | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $94.83 | | $72.37 | CH | 31.04% | | |
| 00085056701 | ELOCON 0.1% CREAM | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $27.18 | | $21.04 | ABC | 29.19% | | |
| 00085056702 | ELOCON 0.1% CREAM | Schering | SCHERING CORP. | 1/1/2003 | 2/26/2003 | $45.35 | | $35.55 | CH | 27.57% | | |
| 00085056702 | ELOCON 0.1% CREAM | Schering | SCHERING CORP. | 2/27/2003 | 3/31/2003 | $47.84 | | $37.20 | ABC | 28.61% | | |
| 00085085401 | ELOCON 0.1% LOTION | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $32.24 | | $24.64 | Cardinal | 30.84% | | |
| 00085085402 | ELOCON 0.1% LOTION | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $56.25 | | $43.78 | ABC | 28.48% | | |
| 00085037001 | ELOCON 0.1% OINTMENT | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $26.13 | | $19.82 | MCK2 | 31.84% | | |
| 00085037002 | ELOCON 0.1% OINTMENT | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $47.84 | | $36.76 | MCK2 | 30.13% | | |
| 00085007003 | ESTINYL 0.05MG TABLET | Schering | SCHERING CORP. | 10/1/1999 | 12/31/1999 | $62.81 | | $47.11 | CH | 33.32% | | |
| 00085052503 | EULEXIN 125MG CAPSULE | Schering | SCHERING CORP. | 1/1/2003 | 3/31/2003 | $272.35 | | $180.36 | MCK2 | 51.01% | | |
| 00085052505 | EULEXIN 125MG CAPSULE | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $1,284.70 | | $803.88 | ABC | 59.81% | | |
| 00085052506 | EULEXIN 125MG CAPSULE | Schering | SCHERING CORP. | 7/1/2000 | 9/30/2000 | $383.40 | | $272.30 | ABC | 40.80% | | |
| 59930162201 | GLYBURIDE 2.5MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1996 | 12/31/1996 | $30.60 | | $3.64 | Cardinal | 740.66% | | X |

**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59930163901 | GLYBURIDE 5MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/1997 | 3/31/1997 | $53.00 | | $7.50 | Cardinal | 607.00% | | X |
| 59930163902 | GLYBURIDE 5MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1997 | 12/31/1997 | $228.00 | | $24.37 | Cardinal | 835.58% | | X |
| 59930163903 | GLYBURIDE 5MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1996 | 12/31/1996 | $440.00 | | $44.17 | Cardinal | 896.12% | | X |
| 59930162001 | GRISEOFULVIN ULTRA 125MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1999 | 6/30/1999 | $33.11 | | $21.34 | McKesson | 55.18% | | X |
| 59930162001 | GRISEOFULVIN ULTRA 125MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $33.11 | $37.43 | $20.43 | McKesson | | 83.18% | X |
| 59930162101 | GRISEOFULVIN ULTRA 250MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/1997 | 9/30/1997 | $64.96 | $74.93 | $30.56 | Cardinal | | 145.16% | X |
| 59930162101 | GRISEOFULVIN ULTRA 250MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2002 | 9/30/2002 | $64.96 | | $22.25 | McKesson | 191.93% | | X |
| 59930162401 | GRISEOFULVIN ULTRA 330MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $82.47 | $66.90 | $22.35 | Cardinal | | 199.35% | X |
| 59930162401 | GRISEOFULVIN ULTRA 330MG TB | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2002 | 9/30/2002 | $82.47 | | $22.57 | McKesson | 265.33% | | X |
| 00085088711 | GYNE-LOTRIMIN 1% CREAM | Schering | SCHERING-PLOUGH | 10/1/1996 | 12/31/1996 | $12.00 | | $6.11 | Cardinal | 96.39% | | |
| 00085067004 | GYNE-LOTRIMIN INSERT | Schering | SCHERING-PLOUGH | 7/1/1996 | 9/30/1996 | $12.00 | | $6.12 | Cardinal | 96.22% | | |
| 00085115303 | IMDUR 120MG TABLET SA | Schering | SCHERING/KEY | 4/1/2003 | 6/30/2003 | $283.75 | | $187.24 | ABC | 51.55% | | |
| 00085330603 | IMDUR 30MG TABLET SA | Schering | SCHERING/KEY | 7/1/2002 | 9/30/2002 | $179.83 | | $137.17 | McKesson | 31.10% | | |
| 00085411003 | IMDUR 60MG TABLET SA | Schering | SCHERING/KEY | 1/10/1997 | 3/31/1997 | $113.90 | | $90.11 | Cardinal | 26.40% | | X |
| 00085125401 | INTRON A 10MMU INJ PEN | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $978.76 | | $741.00 | CH | 32.09% | | |
| 00085057102 | INTRON A 10MMU VIAL | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $163.10 | | $112.65 | MCK2 | 44.78% | | |
| 00085117902 | INTRON A 10MMU/ML KIT | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $978.76 | | $713.09 | ABC | 37.26% | | |
| 00085113301 | INTRON A 10MMU/ML VIAL | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $407.83 | | $248.84 | Cardinal | 63.89% | | |
| 00085068901 | INTRON A 18MMU VIAL | Schering | SCHERING CORP. | 4/1/1996 | 6/30/1996 | $189.04 | | $90.88 | Cardinal | 108.02% | | |
| 00085111001 | INTRON A 18MMU VIAL | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $293.61 | | $209.92 | ABC | 39.87% | | |
| 00085028502 | INTRON A 25MMU VIAL | Schering | SCHERING CORP. | 1/1/1997 | 1/9/1997 | $274.39 | | $220.52 | CH | 24.43% | | |
| 00085028502 | INTRON A 25MMU VIAL | Schering | SCHERING CORP. | 1/10/1997 | 3/31/1997 | $282.62 | | $222.08 | Cardinal | 27.26% | | |
| 00085124201 | INTRON A 3MMU INJECTION PEN | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $293.61 | | $220.59 | ABC | 33.10% | | |
| 00085064703 | INTRON A 3MMU VIAL | Schering | SCHERING CORP. | 7/1/2000 | 9/30/2000 | $35.63 | | $26.43 | McKesson | 34.81% | | |
| 00085064705 | INTRON A 3MMU VIAL | Schering | SCHERING CORP. | 1/1/2002 | 3/31/2002 | $255.77 | | $152.94 | Cardinal | 67.23% | | |
| 00085118402 | INTRON A 3MMU/0.5ML KIT | Schering | SCHERING CORP. | 4/1/2001 | 6/30/2001 | $245.93 | | $193.98 | ABC | 26.78% | | |
| 00085053901 | INTRON A 50MMU VIAL | Schering | SCHERING CORP. | 1/1/2004 | 1/5/2004 | $815.64 | | $521.31 | MCK2 | 56.46% | | |
| 00085053901 | INTRON A 50MMU VIAL | Schering | SCHERING CORP. | 1/6/2004 | 3/31/2004 | $848.26 | | $586.62 | MCK2 | 44.60% | | |
| 00085123501 | INTRON A 5MMU INJECTION PEN | Schering | SCHERING CORP. | 1/1/2004 | 1/5/2004 | $489.38 | | $373.14 | CH | 31.15% | | |
| 00085123501 | INTRON A 5MMU INJECTION PEN | Schering | SCHERING CORP. | 1/6/2004 | 3/31/2004 | $508.95 | | $383.91 | CH | 32.57% | | |
| 00085119102 | INTRON A 5MMU/0.5ML KIT | Schering | SCHERING CORP. | 4/1/2001 | 6/30/2001 | $409.90 | | $320.07 | CH | 28.07% | | |
| 00085119102 | INTRON A 5MMU/0.5ML KIT | Schering | SCHERING CORP. | 8/22/2001 | 9/30/2001 | $426.29 | | $324.79 | ABC | 31.25% | | |
| 00085116801 | INTRON A 6MMU/ML VIAL | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $293.61 | | $178.94 | Cardinal | 64.08% | | |
| 59930158701 | ISOSORBIDE MN 120MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2003 | 6/30/2003 | $189.05 | | $6.89 | Cardinal | 2645.71% | | |
| 59930150201 | ISOSORBIDE MN 30 MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $111.56 | | $4.94 | Cardinal | 2160.04% | | |
| 59930154901 | ISOSORBIDE MN 60 MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $117.40 | $74.92 | $4.92 | CARD | | 1423.96% | X |
| 59930154901 | ISOSORBIDE MN 60MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $117.40 | | $9.27 | McKesson | 1166.26% | | X |
| 00085026301 | K-DUR 10MEQ TABLET SA | Schering | SCHERING/KEY | 7/1/2003 | 9/30/2003 | $35.11 | | $27.42 | MCK2 | 28.04% | | |
| 00085026381 | K-DUR 10MEQ TABLET SA | Schering | SCHERING/KEY | 7/1/2002 | 9/30/2002 | $33.25 | | $17.88 | McKesson | 86.00% | | |
| 00085078701 | K-DUR 20MEQ TABLET SA | Schering | SCHERING/KEY | 4/1/2004 | 6/30/2004 | $67.79 | | $52.56 | McKesson | 28.98% | | |

**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085078706 | K-DUR 20MEQ TABLET SA | Schering | SCHERING/KEY | 1/1/2004 | 1/5/2004 | $317.24 | | $240.06 | ABC2 | 32.15% | | |
| 00085078706 | K-DUR 20MEQ TABLET SA | Schering | SCHERING/KEY | 1/6/2004 | 3/31/2004 | $336.26 | | $257.35 | MCK2 | 30.66% | | |
| 00085078710 | K-DUR 20MEQ TABLET SA | Schering | SCHERING/KEY | 4/1/2004 | 6/30/2004 | $661.18 | | $502.39 | MCK2 | 31.61% | | |
| 00085078781 | K-DUR 20MEQ TABLET SA | Schering | SCHERING/KEY | 4/1/2004 | 6/30/2004 | $73.46 | | $38.81 | ABC | 89.30% | | |
| 59930160201 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $48.01 | | $10.61 | McKesson | 352.51% | | X |
| 59930160201 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $48.01 | $46.70 | $9.49 | Cardinal | | 391.86% | X |
| 59930160202 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $227.78 | | $52.65 | McKesson | 332.60% | | X |
| 59930160202 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $227.80 | $233.50 | $46.65 | McKesson | | 400.59% | X |
| 59930160203 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1999 | 12/31/1999 | $421.86 | | $139.87 | MCK2 | 201.61% | | X |
| 59930160203 | LABETALOL HCL 100MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2001 | 6/30/2001 | $421.90 | $467.00 | $125.16 | McKesson | | 273.13% | X |
| 59930163601 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $68.10 | | $13.45 | McKesson | 406.42% | | X |
| 59930163601 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $68.10 | $66.20 | $12.06 | Cardinal | | 449.05% | X |
| 59930163602 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $323.53 | | $72.20 | McKesson | 348.08% | | X |
| 59930163602 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $323.55 | $331.00 | $60.91 | McKesson | | 443.42% | X |
| 59930163603 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1999 | 6/30/1999 | $614.40 | | $196.54 | McKesson | 212.61% | | X |
| 59930163603 | LABETALOL HCL 200MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $614.41 | $662.00 | $279.56 | McKesson | | 136.80% | X |
| 59930165301 | LABETALOL HCL 300MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $90.61 | | $18.27 | McKesson | 395.99% | | X |
| 59930165301 | LABETALOL HCL 300MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $90.61 | $88.10 | $17.74 | Cardinal | | 396.49% | X |
| 59930165302 | LABETALOL HCL 300MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $430.23 | | $103.78 | McKesson | 314.57% | | X |
| 59930165302 | LABETALOL HCL 300MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $430.25 | $440.50 | $109.39 | McKesson | | 302.68% | X |
| 00085061302 | LOTRIMIN 1% CREAM | Schering | SCHERING CORP. | 10/1/1997 | 12/31/1997 | $13.37 | | $10.59 | CH | 26.22% | | |
| 00085061305 | LOTRIMIN 1% CREAM | Schering | SCHERING CORP. | 1/11/1999 | 3/31/1999 | $24.32 | | $19.30 | McKesson | 26.00% | | |
| 00085092401 | LOTRISONE CREAM | Schering | SCHERING CORP. | 8/8/2001 | 9/30/2001 | $26.33 | | $19.29 | McKesson | 36.48% | | |
| 00085092401 | LOTRISONE CREAM | Schering | SCHERING CORP. | 10/1/2001 | 11/25/2001 | $26.33 | | $20.08 | CH | 31.14% | | |
| 00085092402 | LOTRISONE CREAM | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $56.70 | | $35.10 | ABC | 61.55% | | |
| 00085080901 | LOTRISONE LOTION | Schering | SCHERING CORP. | 7/1/2002 | 9/10/2002 | $49.88 | | $38.98 | McKesson | 27.96% | | |
| 00085080901 | LOTRISONE LOTION | Schering | SCHERING CORP. | 9/11/2002 | 9/30/2002 | $50.88 | | $39.40 | McKesson | 29.13% | | |
| 00085119701 | NASONEX 50MCG NASAL SPRAY | Schering | SCHERING CORP. | 5/4/2001 | 6/30/2001 | $56.96 | | $43.39 | ABC | 31.30% | | |
| 00085119701 | NASONEX 50MCG NASAL SPRAY | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $72.16 | | $56.42 | MCK2 | 27.90% | | |
| 00085330530 | NITRO-DUR 0.1MG/HR PATCH | Schering | SCHERING/KEY | 4/1/2002 | 6/3/2002 | $55.61 | | $42.44 | McKesson | 31.03% | | |
| 00085330530 | NITRO-DUR 0.1MG/HR PATCH | Schering | SCHERING/KEY | 6/4/2002 | 6/30/2002 | $61.45 | | $46.84 | McKesson | 31.20% | | |
| 00085330535 | NITRO-DUR 0.1MG/HR PATCH | Schering | SCHERING/KEY | 7/1/2000 | 9/30/2000 | $50.36 | | $10.02 | MCK2 | 402.65% | | |
| 00085331030 | NITRO-DUR 0.2MG/HR PATCH | Schering | SCHERING/KEY | 7/1/2002 | 9/10/2002 | $62.38 | | $46.85 | McKesson | 33.16% | | |
| 00085331030 | NITRO-DUR 0.2MG/HR PATCH | Schering | SCHERING/KEY | 9/11/2002 | 9/30/2002 | $63.63 | | $47.90 | McKesson | 32.84% | | |
| 00085331035 | NITRO-DUR 0.2MG/HR PATCH | Schering | SCHERING/KEY | 4/1/2004 | 6/30/2004 | $72.15 | | $9.81 | MCK2 | 635.64% | | |
| 00085331530 | NITRO-DUR 0.3MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2002 | 12/9/2002 | $71.28 | | $54.37 | McKesson | 31.11% | | |
| 00085331530 | NITRO-DUR 0.3MG/HR PATCH | Schering | SCHERING/KEY | 12/10/2002 | 12/31/2002 | $72.63 | | $55.07 | McKesson | 31.89% | | |
| 00085331535 | NITRO-DUR 0.3MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2003 | 12/31/2003 | $76.26 | | $40.65 | MCK2 | 87.59% | | |
| 00085332030 | NITRO-DUR 0.4MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2002 | 12/9/2002 | $71.28 | | $53.37 | McKesson | 33.56% | | |
| 00085332030 | NITRO-DUR 0.4MG/HR PATCH | Schering | SCHERING/KEY | 12/10/2002 | 12/31/2002 | $72.63 | | $54.24 | McKesson | 33.92% | | |

**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085332035 | NITRO-DUR 0.4MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2003 | 12/31/2003 | $76.26 | | $6.82 | MCK2 | 1018.90% | | |
| 00085333030 | NITRO-DUR 0.6MG/HR PATCH | Schering | SCHERING/KEY | 4/1/2002 | 6/3/2002 | $68.60 | | $52.19 | McKesson | 31.44% | | |
| 00085333035 | NITRO-DUR 0.6MG/HR PATCH | Schering | SCHERING/KEY | 7/1/2003 | 9/30/2003 | $82.71 | | $10.88 | MCK2 | 660.03% | | |
| 00085081930 | NITRO-DUR 0.8MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2002 | 12/9/2002 | $77.31 | | $59.55 | ABC | 29.83% | | |
| 00085081930 | NITRO-DUR 0.8MG/HR PATCH | Schering | SCHERING/KEY | 10/1/2002 | 12/9/2002 | $77.31 | | $59.55 | McKesson | 29.83% | | |
| 00085081935 | NITRO-DUR 0.8MG/HR PATCH | Schering | SCHERING/KEY | 7/1/2002 | 9/10/2002 | $75.80 | | $49.60 | McKesson | 52.83% | | |
| 00085081935 | NITRO-DUR 0.8MG/HR PATCH | Schering | SCHERING/KEY | 7/1/2002 | 9/10/2002 | $75.80 | | $49.60 | ABC | 52.83% | | |
| 00085024404 | NORMODYNE 100MG TABLET | Schering | SCHERING CORP. | 1/1/1999 | 1/11/1999 | $53.34 | | $42.79 | MCK2 | 24.66% | | X |
| 00085024404 | NORMODYNE 100MG TABLET | Schering | SCHERING CORP. | 1/12/1999 | 3/31/1999 | $55.21 | | $43.70 | Cardinal | 26.33% | | X |
| 00085075204 | NORMODYNE 200MG TABLET | Schering | SCHERING CORP. | 4/1/2000 | 6/30/2000 | $81.06 | | $64.25 | McKesson | 26.16% | | X |
| 59930150801 | OXAPROZIN 600MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2002 | 9/30/2002 | $148.11 | | $21.56 | McKesson | 586.93% | | |
| 59930150801 | OXAPROZIN 600MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2003 | 3/31/2003 | $148.11 | $67.58 | $18.83 | Cardinal | | 258.97% | X |
| 59930150802 | OXAPROZIN 600MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2002 | 9/30/2002 | $740.59 | | $169.37 | McKesson | 337.27% | | |
| 59930150802 | OXAPROZIN 600MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 12/1/2002 | 12/31/2002 | $740.60 | $337.90 | $169.37 | McKesson | | 99.50% | X |
| 00085130401 | PEG-INTRON 120MCG KIT | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $355.10 | | $242.53 | McKesson | 46.41% | | |
| 00085127901 | PEG-INTRON 150MCG KIT | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $372.86 | | $254.65 | McKesson | 46.42% | | |
| 00085136801 | PEG-INTRON 50MCG KIT | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $322.09 | | $219.99 | McKesson | 46.41% | | |
| 00085129101 | PEG-INTRON 80MCG KIT | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $338.19 | | $230.99 | McKesson | 46.41% | | |
| 00085129701 | PEG-INTRON REDIPEN 120 MCG | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $406.94 | | $312.79 | ABC | 30.10% | | |
| 00085137001 | PEG-INTRON REDIPEN 150 MCG | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $427.28 | | $328.35 | ABC | 30.13% | | |
| 00085132301 | PEG-INTRON REDIPEN 50 MCG | Schering | SCHERING CORP. | 4/1/2004 | 6/30/2004 | $369.11 | | $285.28 | ABC | 29.38% | | |
| 00085131601 | PEG-INTRON REDIPEN 80 MCG | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $387.54 | | $297.72 | ABC | 30.17% | | |
| 00085029605 | PERMITIL 5MG/ML ORAL CONC. | Schering | SCHERING CORP. | 9/3/1997 | 9/30/1997 | $84.87 | | $68.16 | Cardinal | 24.51% | | X |
| 00085029605 | PERMITIL 5MG/ML ORAL CONC. | Schering | SCHERING CORP. | 10/1/1997 | 12/31/1997 | $84.87 | $134.45 | $70.44 | Cardinal | | 90.87% | X |
| 59930161001 | PERPHENAZINE 16MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2001 | 6/30/2001 | $108.00 | $60.00 | $17.82 | McKesson | | 236.70% | X |
| 59930160001 | PERPHENAZINE 2MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2001 | 6/30/2001 | $46.00 | $25.50 | $8.00 | Cardinal | | 218.67% | X |
| 59930160301 | PERPHENAZINE 4MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $65.00 | $31.50 | $10.32 | Cardinal | | 205.17% | X |
| 59930160501 | PERPHENAZINE 8MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2001 | 9/30/2001 | $78.00 | $42.90 | $13.02 | Cardinal | | 229.55% | X |
| 59930160501 | PERPHENAZINE 8MG TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2002 | 12/31/2002 | $78.00 | | $31.90 | McKesson | 144.51% | | X |
| 59930171501 | POTASSIUM CL 10 MEQ TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $27.75 | | $12.28 | McKesson | 125.98% | | |
| 59930171402 | POTASSIUM CL 20 MEQ TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/2004 | 12/31/2004 | $250.75 | | $75.44 | Cardinal | 232.40% | | |
| 59930171401 | POTASSIUM CL 20MEQ TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2004 | 6/30/2004 | $50.50 | | $16.76 | McKesson | 201.33% | | |
| 59930171403 | POTASSIUM CL 20MEQ TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2004 | 6/30/2004 | $492.50 | | $148.17 | McKesson | 232.39% | | |
| 00085020901 | PROVENTIL .83MG/ML SOLUTION | Schering | SCHERING CORP. | 1/1/1997 | 1/9/1997 | $1.55 | | $1.15 | CH | 35.33% | | X |
| 00085020901 | PROVENTIL .83MG/ML SOLUTION | Schering | SCHERING CORP. | 1/10/1997 | 3/31/1997 | $1.63 | | $1.17 | CH | 39.06% | | X |
| 00085043102 | PROVENTIL 4MG REPETABS | Schering | SCHERING CORP. | 12/4/2001 | 12/11/2001 | $87.79 | | $69.71 | McKesson | 25.93% | | |
| 00085043103 | PROVENTIL 4MG REPETABS | Schering | SCHERING CORP. | 4/1/2001 | 6/30/2001 | $405.40 | | $315.31 | McKesson | 28.57% | | |
| 00085043104 | PROVENTIL 4MG REPETABS | Schering | SCHERING CORP. | 4/1/2001 | 6/30/2001 | $104.68 | | $74.12 | McKesson | 41.22% | | |
| 00085020802 | PROVENTIL 5MG/ML SOLUTION | Schering | SCHERING CORP. | 4/1/1999 | 6/30/1999 | $19.88 | | $14.64 | CH | 35.78% | | X |
| 00085061402 | PROVENTIL 90MCG INHALER | Schering | SCHERING CORP. | 7/1/2002 | 9/30/2002 | $38.86 | | $30.68 | McKesson | 26.67% | | X |

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085113201 | PROVENTIL HFA 90MCG INHALER | Schering | SCHERING CORP. | 6/4/2002 | 6/30/2002 | $37.44 | | $28.80 | McKesson | 30.00% | | |
| 00085113201 | PROVENTIL HFA 90MCG INHALER | Schering | SCHERING CORP. | 7/1/2002 | 9/10/2002 | $37.44 | | $29.39 | McKesson | 27.40% | | |
| 00085123601 | REBETRON 1,200 THERAPY PAK | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $888.76 | | $619.66 | Cardinal | 43.43% | | |
| 00085123602 | REBETRON 1000 THERAPY PAK | Schering | SCHERING CORP. | 1/1/2003 | 3/31/2003 | $804.32 | | $444.92 | ABC | 80.78% | | |
| 00085124102 | REBETRON 1000 THERAPY PAK | Schering | SCHERING CORP. | 5/15/2001 | 6/30/2001 | $750.86 | | $591.68 | ABC | 26.90% | | |
| 00085125802 | REBETRON 1000 THERAPY PAK | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $804.32 | | $517.17 | ABC | 55.53% | | |
| 00085124101 | REBETRON 1200 THERAPY PAK | Schering | SCHERING CORP. | 1/1/2002 | 3/31/2002 | $888.76 | | $700.33 | ABC | 26.91% | | |
| 00085125801 | REBETRON 1200 THERAPY PAK | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $888.76 | | $592.79 | ABC | 49.93% | | |
| 00085123603 | REBETRON 600 THERAPY PAK | Schering | SCHERING CORP. | 7/1/2001 | 8/21/2001 | $614.93 | | $490.00 | McKesson | 25.50% | | |
| 00085123603 | REBETRON 600 THERAPY PAK | Schering | SCHERING CORP. | 8/22/2001 | 9/30/2001 | $633.37 | | $475.05 | ABC | 33.33% | | |
| 00085124103 | REBETRON 600 THERAPY PAK | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $658.70 | | $522.53 | McKesson | 26.06% | | |
| 00085125803 | REBETRON 600 THERAPY PAK | Schering | SCHERING CORP. | 10/1/2002 | 12/31/2002 | $658.70 | | $424.23 | ABC | 55.27% | | |
| 59930160901 | SODIUM CHLORIDE 0.9% AMPULE | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $0.24 | | $0.07 | Cardinal | 234.46% | | |
| 59930153201 | SUCRALFATE 1GM TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2000 | 6/30/2000 | $72.94 | | $11.77 | McKesson | 519.82% | | X |
| 59930153201 | SUCRALFATE 1GM TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2003 | 9/30/2003 | $72.94 | $36.90 | $9.34 | Cardinal | | 295.20% | X |
| 59930153202 | SUCRALFATE 1GM TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2000 | 3/31/2000 | $354.05 | | $77.59 | Cardinal | 356.34% | | X |
| 59930153202 | SUCRALFATE 1GM TABLET | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2003 | 9/30/2003 | $354.04 | $184.50 | $39.26 | MCK2 | | 369.92% | X |
| 00085125901 | TEMODAR 100MG CAPSULE | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $806.76 | | $622.87 | ABC | 29.52% | | |
| 00085125902 | TEMODAR 100MG CAPSULE | Schering | SCHERING CORP. | 1/1/2004 | 1/5/2004 | $3,227.13 | | $2,543.96 | MCK2 | 26.85% | | |
| 00085125902 | TEMODAR 100MG CAPSULE | Schering | SCHERING CORP. | 1/6/2004 | 3/31/2004 | $3,485.30 | | $2,654.18 | ABC | 31.31% | | |
| 00085124401 | TEMODAR 20MG CAPSULE | Schering | SCHERING CORP. | 7/1/2000 | 9/30/2000 | $120.00 | | $88.42 | ABC | 35.71% | | |
| 00085124402 | TEMODAR 20MG CAPSULE | Schering | SCHERING CORP. | 10/1/2003 | 12/31/2003 | $645.43 | | $494.79 | MCK2 | 30.45% | | |
| 00085125202 | TEMODAR 250 MG CAPSULE | Schering | SCHERING CORP. | 10/1/2004 | 12/31/2004 | $8,713.24 | | $6,625.28 | ABC | 31.51% | | |
| 00085125201 | TEMODAR 250MG CAPSULE | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $2,016.95 | | $1,558.73 | ABC | 29.40% | | |
| 00085124801 | TEMODAR 5MG CAPSULE | Schering | SCHERING CORP. | 1/1/2003 | 2/26/2003 | $38.40 | | $29.49 | MCK2 | 30.22% | | |
| 00085124801 | TEMODAR 5MG CAPSULE | Schering | SCHERING CORP. | 2/27/2003 | 3/31/2003 | $40.33 | | $31.46 | MCK2 | 28.19% | | |
| 00085124802 | TEMODAR 5MG CAPSULE | Schering | SCHERING CORP. | 7/1/2003 | 9/30/2003 | $161.34 | | $124.92 | ABC | 29.16% | | |
| 00085093301 | THEO-DUR 200MG TABLET SA | Schering | SCHERING/KEY | 1/5/1998 | 3/31/1998 | $32.74 | | $25.87 | Cardinal | 26.54% | | X |
| 00085058401 | THEO-DUR 300MG TABLET SA | Schering | SCHERING/KEY | 10/1/1997 | 12/31/1997 | $37.08 | | $29.48 | CH | 25.78% | | X |
| 59930165001 | THEOPHYLLINE 100MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1997 | 12/31/1997 | $11.70 | | $2.25 | Cardinal | 419.02% | | X |
| 59930165001 | THEOPHYLLINE 100MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1998 | 12/31/1998 | $11.70 | $4.80 | $1.00 | McKesson | | 380.00% | X |
| 59930166001 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/1998 | 3/31/1998 | $19.00 | | $3.57 | Cardinal | 432.84% | | X |
| 59930166001 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $19.00 | $16.07 | $3.57 | McKesson | | 350.41% | X |
| 59930166002 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1998 | 6/30/1998 | $82.00 | | $13.66 | Cardinal | 500.41% | | X |
| 59930166002 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $82.00 | $80.35 | $16.11 | McKesson | | 398.80% | X |
| 59930166003 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1997 | 12/31/1997 | $155.00 | | $27.75 | CARD | 458.64% | | X |
| 59930166003 | THEOPHYLLINE 200MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $155.00 | $160.70 | $24.30 | McKesson | | 561.34% | X |
| 59930167001 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 10/1/1997 | 12/31/1997 | $22.00 | | $4.36 | Cardinal | 404.95% | | X |
| 59930167001 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $22.00 | $15.93 | $4.12 | McKesson | | 286.67% | X |
| 59930167002 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1998 | 6/30/1998 | $98.00 | | $15.41 | Cardinal | 535.98% | | X |

**EXHIBIT C**

| NDC | DRUG NAME | DMG | Manufacturer | Start Date | End Date | FDB AWP (pkg) | FDB FUL (pkg) | Weighted Average Market Price (pkg) | Weighted Average Market Price Source | AWP Market Spread | FUL Market Spread | Has Ever Been Subject to FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59930167002 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $98.00 | $79.65 | $18.50 | McKesson | | 330.46% | X |
| 59930167003 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/1998 | 6/30/1998 | $190.00 | | $34.14 | CH | 456.57% | | X |
| 59930167003 | THEOPHYLLINE 300MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 4/1/2002 | 6/30/2002 | $190.00 | $159.30 | $33.24 | McKesson | | 379.28% | X |
| 59930168001 | THEOPHYLLINE 450MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 7/1/2000 | 9/30/2000 | $27.75 | | $10.47 | McKesson | 165.13% | | X |
| 59930168001 | THEOPHYLLINE 450MG TAB SA | Schering | WARRICK PHARMACEUTICALS CORP | 1/1/2001 | 3/31/2001 | $27.75 | $27.00 | $10.57 | McKesson | | 155.43% | X |
| 00085036302 | TRILAFON 16MG/5ML ORAL CONC | Schering | SCHERING CORP. | 4/1/1999 | 6/30/1999 | $44.64 | | $34.16 | MCK2 | 30.68% | | |
| 00085001204 | TRILAFON 5MG/ML AMPUL | Schering | SCHERING CORP. | 1/1/1999 | 1/11/1999 | $6.42 | | $4.86 | CH | 32.22% | | |
| 00085001204 | TRILAFON 5MG/ML AMPUL | Schering | SCHERING CORP. | 1/12/1999 | 3/31/1999 | $6.64 | | $5.00 | MCK2 | 32.84% | | |
| 00085004106 | VANCENASE 42MCG INHALER | Schering | SCHERING CORP. | 10/1/1996 | 12/31/1996 | $39.05 | | $9.97 | Cardinal | 291.64% | | |
| 00085064902 | VANCENASE 42MCG POCKETHALE | Schering | SCHERING CORP. | 11/17/1998 | 12/31/1998 | $41.32 | | $21.67 | McKesson | 90.72% | | |
| 00085111201 | VANCERIL 84MCG INHALER | Schering | SCHERING CORP. | 4/1/2003 | 6/30/2003 | $53.33 | | $42.32 | Cardinal | 26.02% | | |
| 00085073604 | VANCERIL INHALER | Schering | SCHERING CORP. | 4/1/2002 | 6/30/2002 | $49.91 | | $38.59 | McKesson | 29.35% | | |