UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION    MDL No. 1456

---

                                       CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS                            Judge Patti B. Saris

---

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the withdrawal of the undersigned's appearance as counsel for Demra Jordan, Class Member, in the above-captioned matter.

Counsel states that Ms. Jordan's objection in this case has been resolved and the appeal of the denial of the objection has been dismissed and she will no longer be directly participating in this action.

                                       Respectfully submitted,

                                       /s/ Scott Kinsel
                                       _____
                                       Scott Kinsel (admitted *pro hac vice*)
                                       Texas State Bar No.: 24038662
                                       MOORE, LANDREY, L.L.P.
                                       1609 Shoal Creek Boulevard, Suite 100
                                       Austin, Texas 78701-1054
                                       Ph: (512) 499-8900
                                       Fax: (512) 320-8906

September 5, 2008

NOTICE OF WITHDRAWAL OF APPEARANCE - Page 1

## CERTIFICATE OF SERVICE

I, Scott C. Kinsel certify that I understand that counsel of record will receive electronic notice of this electronic filing of this pleading via United States District Court's ECF Website.

_____
Scott Kinsel

September 5, 2008

NOTICE OF WITHDRAWAL OF APPEARANCE - Page 2