UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| --- | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Judge Patti B. Saris |

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the withdrawal of the undersigned's appearance as counsel for Demra Jordan, Class Member, in the above-captioned matter.

Counsel states that Ms. Jordan's objection in this case has been resolved and the appeal of the denial of the objection has been dismissed and she will no longer be directly participating in this action.

Respectfully submitted,

_____
John Cowart (admitted *pro hac vice*)
Texas State Bar No.: 04919500
MOORE, LANDREY, L.L.P.
1609 Shoal Creek Boulevard, Suite 100
Austin, Texas 78701-1054
Ph: (512) 499-8900
Fax: (512) 320-8906

September 5, 2008

NOTICE OF WITHDRAWAL OF APPEARANCE - Page 1

## CERTIFICATE OF SERVICE

    I, Scott C. Kinsel certify that I understand that counsel of record will receive electronic notice of this electronic filing of this pleading via United States District Court's ECF Website.

_____
John P. Cowart

September 5, 2008