UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |
| ) ) | |
| THIS DOCUMENT RELATES TO THE ) MASTER CONSOLIDATED CLASS ACTION ) | |

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for non-party Tufts Associated Health

Maintenance Organization, Inc. in the above entitled case.  Therefore, please remove my

email address from the notification database in this action.

Respectfully submitted,

TUFTS ASSOCIATED HEALTH PLANS,
INC.

By its attorney,

/s/ Anne L. Josephson
Anne L. Josephson, Esq.
BBO #254680
Kotin Crabtree & Strong
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

## Certificate of Service

I, Anne L. Josephson, counsel to non-party Tufts Associated Health Maintenance Organization, Inc., hereby certify that on September 8, 2008, I caused copies of Notice of Withdrawal to be served electronically on counsel of record.


/s/  Anne L. Josephson
Anne L. Josephson