# Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>J. Michael McMahon</u>, Clerk of this Court, certify that

<u>   LAURAL S. BOONE   </u>, Bar # <u>  LB4146  </u>

was duly admitted to practice in this Court on

<u>DECEMBER 22nd, 2004</u>, and is in good standing

as a member of the Bar of this Court.

Dated at   <u>500 Pearl Street<br>New York, New York</u>   on   <u>SEPTEMBER 10th, 2008</u>

<u>J. Michael McMahon</u>     by    [signature]
Clerk                                             Deputy Clerk