## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR Laural S. Boone, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

David L. Kleinman
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113