# EXHIBIT 1

## SCHEDULE B

1. A regulation concerning Medicaid reimbursement for prescription drugs published at 34 Fed. Reg. 1,244 (January 25, 1969), codified at 45 C.F.R. § 250.30(b)(2) (1970);

2. A regulation concerning Medicaid reimbursement for prescription drugs, effective July 1976 (Notice of Proposed Rule for the regulation was published at 39 Fed. Reg. 41,480 (Nov. 27, 1974) and the Notice of Final Rule was published at 40 Fed. Reg. 34,516 (Aug. 15, 1975));

3. A regulation concerning Limitations on Payment or Reimbursement for Drugs, 40 Fed. Reg. 32,284 (July 31, 1975);

4. A regulation concerning Medicaid reimbursement for prescription drugs, effective in 1987 (Notice of Proposed Rule for the regulation was published at 52 Fed. Reg. 28,648 (July 31, 1987));

5. A regulation concerning Medicare reimbursement for prescription drugs, effective January 1, 1992 (Notice of Proposed Rule for the regulation was published at 56 Fed. Reg. 25,860 (June 5, 1991) and the Notice of Final Rule was published at 56 Fed. Reg. 59,424 (Nov. 25, 1991));

6. A regulation concerning Medicare reimbursement for prescription drugs, effective January 1, 1999 (Notice of Proposed Rule for the regulation was published at 63 Fed. Reg. 30,818 (June 5, 1998) and the Notice of Final Rule was published at 63 Fed. Reg. 58,814 (Nov. 2, 1998));

7. A regulation concerning the Medicare Program Prospective Payment System for Hospital Outpatient Services (Notice of Proposed Rule for the regulation was published at 63 Fed. Reg. 47,552 (Sept. 8, 1998) and Final Rule was published at 65 Fed. Reg. 18,434 (April 7, 2000));

8. A regulation concerning Changes to the Hospital Outpatient Prospective Payment System for the Calendar Year 2002 (Notice of Proposed Rule was published at 66 Fed. Reg. 44,672 (Aug. 24, 2001) and Final Rule was published at 66 Fed. Reg. 59,856 (Nov. 30, 2001)), including but not limited to an external survey of hospital drug costs used to establish the applicable beneficiary copayment amount (*see* 66 Fed. Reg. 59,894, 65 Fed. Reg. 18,481); and

9. A regulation concerning Medicare Program; Changes to Medicare Payment for Drugs and Physician Fee Schedule Payments for Calendar Year 2004; Interim Final Rule, 69 Fed. Reg. 1084 (Jan. 7, 2004).