UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : : : : : | MDL NO.1456 <br><br> CIVIL ACTION NO. 1:01-cv-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF WITHDRAW OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly withdraw my appearance as co-counsel of record on behalf of Relator Ven-A-Care of the Florida Keys, Inc., in the above captioned action.

                                                Respectfully submitted,

                                                _s/ Carol A. Mager_
                                                Carol A. Mager (PA ID #17548)
                                                MAGER & GOLDSTEIN LLP
                                                1818 Market Street, Suite 3710
                                                Philadelphia, PA 19103
                                                (215) 640-3280
Dated: September 15, 2008              cmager@magergoldstein.com

## **CERTIFICATE OF SERVICE**

      I, Carol A. Mager certify that I have this day caused an electronic copy of the above document to be served on all counsel of record pursuant to the ECF filing system and by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


September 15, 2008                                                /s/ Carol A. Mager
                                                                                                 Carol A. Mager