# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | MDL No. 1456<br> Master File No.: 01-CV-12257-PBS<br>(original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |

## ANSWER AND AFFIRMATIVE DEFENSES OF MEDIMMUNE, INC. TO THE STATE OF IOWA'S COMPLAINT

Defendant MedImmune, Inc., ("MedImmune"), by and through its attorneys, hereby states as an Answer and Affirmative Defenses to the State of Iowa's Complaint, dated October 9, 2007, as follows:

1.      MedImmune admits that the State of Iowa (the "State") purports to bring this action as alleged in Paragraph 1 of the Complaint, but MedImmune denies that there is any basis for the State to do so and denies that the State is entitled to any relief from MedImmune.

2.      MedImmune denies the allegations in Paragraph 2 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint as they relate to other defendants, and on that basis denies them.

3.      MedImmune denies the allegations in Paragraph 3 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint as they relate to other defendants, and on that basis denies them.

4.      MedImmune denies the allegations in Paragraph 4 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint as they relate to other defendants, and on that basis denies them.

5.      MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and on that basis denies them.

6.      MedImmune denies the allegations in Paragraph 6 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint as they relate to other defendants, and on that basis denies them.

7.      MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint, and on that basis denies them.

8.      MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 8 of the Complaint, and on that basis denies them.  To the extent that Paragraph 8 states legal conclusions or characterizations of law, no response is required.

9.      MedImmune denies the allegations in Paragraph 9 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint as they relate to other defendants, and on that basis denies them.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 9 of the Complaint, and on that basis

denies them.  To the extent that Paragraph 9 states legal conclusions or characterizations of law, no response is required.

10.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, except that it admits that it pays Medicaid rebates to Iowa and that such rebates lower the price Iowa Medicaid pays for MedImmune's prescription drugs.  To the extent the allegations in Paragraph 10 or its footnote contain characterizations of law, no response is required.

11.     MedImmune denies the allegations in Paragraph 11 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint as they relate to other defendants, and on that basis denies them.   To the extent that Paragraph 11 states legal conclusions or characterizations of law, no response is required.

12.     MedImmune denies the allegations in Paragraph 12 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint as they relate to other defendants, and on that basis denies them.

13.     MedImmune denies the allegations in Paragraph 13 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint as they relate to other defendants, and on that basis denies them.

14.     MedImmune admits that it voluntarily participates in the Iowa Medicaid program. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint as they relate to other defendants, and on that basis denies them.  To the extent the allegations in Paragraphs 14 state legal conclusions, no response is required.

15.     MedImmune states that the referenced judicial opinions speak for themselves, and any characterizations thereof are denied

16.     MedImmune denies the allegations in Paragraph 16 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint as they relate to other defendants, and on that basis denies them.

17.     MedImmune denies the allegations in Paragraph 17 of the Complaint as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint as they relate to other defendants, and on that basis denies them.

18.     MedImmune admits that Exhibit B to the Complaint purports to identify the prescription drugs at issue in this matter, but denies any liability to Plaintiff with respect to any such NDCs.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint as they relate to other defendants, and on that basis denies them.

19.     MedImmune admits that the State purports to bring this action on behalf of the sovereign State of Iowa pursuant to the statutes referenced therein.  To the extent the allegations in Paragraph 19 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

20.     MedImmune admits that it manufactures prescription drugs and participates voluntarily in the Iowa Medicaid program.  MedImmune denies the remaining allegations of Paragraph 20 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 as they relate to other defendants, and on that basis denies them.

21.     MedImmune admits that it conducts certain business in the State of Iowa.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 as they relate to other defendants, and on that basis denies them.

22-41.  The allegations in Paragraphs 22-41 are directed to other defendants and require no response from MedImmune.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 22-26.

42.     MedImmune admits that it is a Delaware corporation engaged in the business of manufacturing and selling pharmaceuticals, that its principal place of business is located at One MedImmune Way, Gaithersburg, MD 20878, and that it has had a joint marketing agreement with Abbott's Ross Products Unit.  To the extent Paragraph 42 contains any other allegations, MedImmune denies them.

43-58.  The allegations in Paragraphs 43-58 are directed to other defendants and require no response from MedImmune.  To the extent a response may be required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 43-58, and on that basis denies them.

59.     MedImmune admits that the State seeks to bring this action as alleged in Paragraph 59, but MedImmune denies there is any basis for the State to do so and denies that the State is entitled to any relief from MedImmune.

60-61.  Paragraphs 60-61 state legal conclusions to which no response is required.  To the extent a response is required, MedImmune denies the allegations in Paragraphs 60-61 as they relate to MedImmune, and notes that this captioned matter has been transferred to this Court by the Judicial Panel on Multi-District Litigation, pursuant to 28 U.S.C. § 1407.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60 as they relate to other defendants, and on that basis denies them.

62.     Paragraph 62 states legal conclusions or characterizations of law to which no response is required.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and on that basis denies them.

63.     Paragraph 63 states legal conclusions or characterizations of law to which no response is required.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and on that basis denies them.

64.     Paragraph 64 states legal conclusions or characterizations of law to which no response is required.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and on that basis denies them.

65.     Paragraph 65 states legal conclusions or characterizations of law to which no response is required.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and on that basis denies them.

66.     MedImmune admits that national drug codes are assigned to prescription drugs. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66, and on that basis denies them.

67.     Paragraph 67 states legal conclusions or characterizations of law to which no response is required.  To the extent that a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and on that basis denies them.

68.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and on that basis denies them.  To the extent the allegations in Paragraph 68 refer to an OIG report, the report speaks for itself, and any characterizations thereof are denied.

69.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and on that basis denies them.

70.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and on that basis denies them.  To the extent the allegations in Paragraph 70 refer to an OIG report, the report speaks for itself, and any characterizations thereof are denied.

71.     MedImmune denies the allegations of Paragraph 71 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 71, except that MedImmune admits that States were aware that reported AWPs did not, and were not intended to, reflect an actual average of wholesale prices.

72.     MedImmune denies the allegations of Paragraph 72 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 72, except that MedImmune admits that States were aware that reported AWPs did not, and were not intended to, reflect an actual average of wholesale prices.

73-80.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 73-80 or their subsections, and on that basis denies them.  To the extent the allegations in Paragraphs 73-80 or their subsections refer to statutes, regulations, or Manuals, those sources speak for themselves, and any characterizations thereof are denied.

81.     MedImmune admits that pricing compendia such as First DataBank and Medi-Span publish pricing information, but denies that MedImmune has any control over such

information.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 81, and on that basis denies them.

82.     MedImmune denies the allegations of Paragraph 82 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82 as they relate to other defendants, and on that basis denies them.

83.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and on that basis denies them.

84.     MedImmune denies the allegations in Paragraph 84 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 as they relate to other defendants, and on that basis denies them.

85.     MedImmune admits that Exhibit A purports to identify total expenditures by defendant.  MedImmune denies the remaining allegations in Paragraph 85 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 85, and on that basis denies them.

86.     MedImmune denies the allegations in Paragraph 86 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 as they relate to other defendants, and on that basis denies them.

87.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and on that basis denies them.

88.     MedImmune denies the allegations in Paragraph 88 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 as they relate to other defendants, and on that basis denies them.

89.     MedImmune denies the allegations in Paragraph 89 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 89, and on that basis denies them.

90.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 90, and on that basis denies them. MedImmune denies the remaining allegations in Paragraph 90 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 as they relate to other defendants, and on that basis denies them.

91.     MedImmune denies the allegations in Paragraph 91 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 91, and on that basis denies them.

92.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and on that basis denies them.

93.     MedImmune admits that Average Wholesale Price or "AWP" is a benchmark related to the pricing of prescription drugs.  MedImmune denies the remaining allegations of Paragraph 93.  MedImmune further states that for years, and at all times relevant to the Complaint, it has been common knowledge and universally understood, including by the State

and/or its agents, that AWP does not, and is not intended to, reflect an actual average of wholesale prices.

94.    MedImmune denies the allegations of Paragraph 94 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94 as they relate to other defendants, and on that basis denies them.

95.    MedImmune denies the allegations of Paragraph 95 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95 as they relate to other defendants, and on that basis denies them.

96.    MedImmune denies the allegations of Paragraph 96 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96 as they relate to other defendants, and on that basis denies them.

97.    MedImmune denies the allegations of Paragraph 97 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97 as they relate to other defendants, and on that basis denies them.

98.    MedImmune denies the allegations in the first paragraph of Paragraph 98 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 98, and on that basis denies them. MedImmune further states that for years, and at all times relevant to the Complaint, it has been common knowledge and universally understood, including by the State and/or its agents, that AWP does not, and is not intended to, reflect an actual average of wholesale prices.

99.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and on that basis denies them.

100.    MedImmune denies the allegations of Paragraph 100 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100 as they relate to other defendants, and on that basis denies them.

101.    MedImmune denies the allegations of Paragraph 101 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101 or the exhibit referenced therein as they relate to other defendants, and on that basis denies them.

102-108. The allegations in Paragraphs 102-108 require no response from MedImmune on the grounds that Exhibit B does not name any MedImmune drugs subject to the FUL.  To the extent a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 102-108, and on that basis denies them.

109.    The allegations in Paragraph 109 require no response from MedImmune on the grounds that the Iowa SMAC claims have been dismissed by the Court.  To the extent that a response is required, MedImmune denies the allegations in Paragraph 109 as they relate to MedImmune, and is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 as they relate to other defendants, and on that basis denies them.

110.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and on that basis denies them.  To the extent that Paragraph 110 states legal conclusions or characterizations of law, no response is required.

111.    MedImmune admits that it has executed a rebate agreement with the Secretary of Health and Human Services.  MedImmune states that the rebate agreement speaks for itself, and all characterizations of it are denied.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 111 as they relate to other defendants, and on that basis denies them.

112.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and on that basis denies them.  To the extent that Paragraph 112 states legal conclusions or characterizations of law, no response is required.

113.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113, and on that basis denies them.  To the extent the allegations in Paragraphs 113 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

114.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and on that basis denies them.  To the extent the allegations in Paragraphs 114 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

115.    MedImmune denies the allegations of Paragraph 115 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 115, and on that basis denies them.

116.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and on that basis denies them.  To the extent the allegations in Paragraphs 116 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

117.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117, and on that basis denies them.  To the extent the allegations in Paragraphs 117 refer to rebate agreements, those sources speak for themselves, and any characterizations thereof are denied.

118.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118, and on that basis denies them.  To the extent the allegations in Paragraphs 118 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

119.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119, and on that basis denies them.  To the extent the allegations in Paragraphs 119 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.   To the extent Paragraph 119 states legal conclusions, no response is required.

120.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and on that basis denies them.  To the extent the allegations in Paragraphs 120 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.   To the extent Paragraph 120 states legal conclusions, no response is required.

121.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and on that basis denies them.  To the extent the allegations in Paragraphs 121 refer to rebate agreements, those sources speak for themselves, and any characterizations thereof are denied.

122.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and on that basis denies them.  To the extent the allegations in Paragraphs 122 refer to rebate agreements, statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

123.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and on that basis denies them.

124.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and on that basis denies them.  To the extent that Paragraphs 124 states legal conclusions or characterizations, no response is required.

125.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and on that basis denies them.  To the extent the allegations in Paragraphs 125 refer to statutes or regulations, those sources speak for themselves,

and any characterizations thereof are denied.  To the extent that Paragraphs 125 states legal conclusions, no response is required.

126.   MedImmune denies the allegations of Paragraph 126 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 as they relate to other defendants, and on that basis denies them.

127.   MedImmune denies the allegations of Paragraph 127 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 as they relate to other defendants, and on that basis denies them.

128.   MedImmune denies the allegations of Paragraph 128 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 as they relate to other defendants, and on that basis denies them.  To the extent the allegations in Paragraphs 128 refer to rebate agreements, those agreements speak for themselves, and any characterizations thereof are denied.

129.   MedImmune denies the allegations of Paragraph 129 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 as they relate to other defendants, and on that basis denies them.  To the extent the allegations in Paragraphs 129 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.

130.    MedImmune denies the allegations of Paragraph 130 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 as they relate to other defendants, and on that basis denies them.

131.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and on that basis denies them.  To the extent the allegations in Paragraphs 131 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.  To the extent that Paragraphs 131 states legal conclusions or characterizations, no response is required.

132.    MedImmune denies the allegations of Paragraph 132 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 as they relate to other defendants, and on that basis denies them.

133.    MedImmune denies the allegations of Paragraph 133 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 as they relate to other defendants, and on that basis denies them.

134.    MedImmune denies the allegations of Paragraph 134 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 134, and on that basis denies them.  To the extent the allegations in Paragraph 134 refer to the transcript of a congressional hearing, the transcript speaks for itself, and any characterizations thereof are denied.

135.     MedImmune denies the allegations of Paragraph 135 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 as they relate to other defendants, and on that basis denies them.

136.     MedImmune admits that certain competitively sensitive pricing information may be treated as confidential.  MedImmune denies the remaining allegations of Paragraph 136 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 as they relate to other defendants, and on that basis denies them.

137.     MedImmune denies the allegations of Paragraph 137 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 as they relate to other defendants, and on that basis denies them.

138.     MedImmune denies the allegations of Paragraph 138 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 as they relate to other defendants, and on that basis denies them.  To the extent the allegations in Paragraphs 138 refer to the transcript of a congressional hearing, the transcript speaks for itself, and any characterizations thereof are denied.

139.     MedImmune denies the allegations of Paragraph 139 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 as they relate to other defendants, and on that basis

denies them.  To the extent the allegations in Paragraphs 139 refer to the transcript of a congressional hearing, the transcript speaks for itself, and any characterizations thereof are denied.

140.    MedImmune denies the allegations of Paragraph 140 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 as they relate to other defendants, and on that basis denies them.

141.    MedImmune denies the allegations of Paragraph 141 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 as they relate to other defendants, and on that basis denies them.

142.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and on that basis denies them.

143.    MedImmune denies the allegations of Paragraph 143 as they relate to MedImmune.   MedImmune further states that for years, and at all times relevant to the Complaint, it has been common knowledge and universally understood, including by the State and/or its agents, that AWP does not, and is not intended to, reflect an actual average of wholesale prices.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 as they relate to other defendants, and on that basis denies them.

144.    MedImmune denies the allegations of Paragraph 144 as they relate to MedImmune.  MedImmune further states that for years, and at all times relevant to the Complaint, it has been common knowledge and universally understood, including by the State and/or its agents, that AWP does not, and is not intended to, reflect an actual average of wholesale prices.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 144, and on that basis denies them.

145.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and on that basis denies them.

146.    MedImmune denies the allegations of Paragraph 146 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 146, and on that basis denies them.

147.    MedImmune denies the allegations of Paragraph 147 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 147, and on that basis denies them.

148.    MedImmune denies the allegations of Paragraph 148 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 as they relate to other defendants, and on that basis denies them.

149.    MedImmune denies the allegations of Paragraph 149 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations in Paragraph 149 as they relate to other defendants, and on that basis denies them.

150.    MedImmune denies the allegations of Paragraph 150 as they relate to MedImmune.  MedImmune further states that it does not market generic drugs.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 as they relate to other defendants, and on that basis denies them.

151.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151, and on that basis denies them.

152.    MedImmune denies the allegations of Paragraph 152 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 as they relate to other defendants, and on that basis denies them.   To the extent the allegations in Paragraph 152 refer to the transcript of a congressional hearing, the transcript speaks for itself, and any characterizations thereof are denied.

153.    MedImmune denies the allegations of Paragraph 153 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 as they relate to other defendants, and on that basis denies them.

154.    MedImmune denies the allegations of Paragraph 154 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations in Paragraph 154 as they relate to other defendants, and on that basis denies them.

155.     MedImmune is without knowledge or information sufficient to form a belief as to their truth of the allegations in Paragraph 155.  To the extent the allegations in Paragraphs 155 refer to HHS OIG reports, the reports speak for themselves, and any characterizations thereof are denied.

156.     MedImmune denies the allegations of Paragraph 156 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 as they relate to other defendants, and on that basis denies them.

157.     MedImmune is without knowledge or information sufficient to form a belief as to their truth of the allegations in Paragraph 157.  To the extent the allegations in Paragraphs 157 refers to HHS OIG statements or reports, the statements or reports speak for themselves, and any characterizations thereof are denied.

158.     MedImmune denies the allegations of Paragraph 158 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 as they relate to other defendants, and on that basis denies them.

159.     MedImmune admits that it voluntarily participates in the Iowa Medicaid program. MedImmune denies the remaining allegations of Paragraph 159 as they relate to MedImmune.

MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 as they relate to other defendants, and on that basis denies them.

160.    MedImmune denies the allegations of Paragraph 160 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 160 states legal conclusions, no response is required.

161.    MedImmune denies the allegations of Paragraph 161 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 as they relate to other defendants, and on that basis denies them.

162.    MedImmune denies the allegations of Paragraph 162 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 as they relate to other defendants, and on that basis denies them.

163.    MedImmune denies the allegations of Paragraph 163 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 as they relate to other defendants, and on that basis denies them.

164.    MedImmune denies the allegations of Paragraph 164 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 as they relate to other defendants, and on that basis

denies them.  To the extent that Paragraph 164 states legal conclusions or characterizations, no response is required.

165.    MedImmune is without knowledge or information sufficient to form a belief as to their truth of the allegations in Paragraph 165.  To the extent the allegations in Paragraphs 165 refer to OIG reports, the reports speak for themselves, and any characterizations thereof are denied.

166.    MedImmune denies the allegations of Paragraph 166 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 166 states legal conclusions or characterizations, no response is required.

167.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 167, and on that basis denies them. MedImmune denies the allegations in the second sentence of Paragraph 167 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 167 as they relate to other defendants, and on that basis denies them.

168.    MedImmune denies the allegations of Paragraph 168 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 as they relate to other defendants, and on that basis denies them.

169.     MedImmune denies the allegations of Paragraph 169 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 as they relate to other defendants, and on that basis denies them.

170.     MedImmune denies the allegations of Paragraph 170 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170 as they relate to other defendants, and on that basis denies them.

171.     MedImmune denies the allegations of Paragraph 171 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 as they relate to other defendants, and on that basis denies them.

172.     MedImmune admits that Exhibit B to the Complaint purports to identify the drugs at issue in this matter and set forth certain pricing information.  MedImmune denies the remaining allegations of Paragraph 172 and Exhibit B as the relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 or Exhibit B as they relate to other defendants, and on that basis denies them.

173.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173.

174.     MedImmune denies the allegations of Paragraph 174 and Exhibit B as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as

to the truth of the allegations in Paragraph 174 as they relate to other defendants, and on that basis denies them.

175.    MedImmune denies the allegations of Paragraph 175 and Exhibit B as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 or Exhibit B as they relate to other defendants, and on that basis denies them.

176.    MedImmune admits that Exhibit B to the Complaint purports to set forth certain pricing information.  MedImmune denies the remaining allegations of Paragraph 176 and Exhibit B as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176 or Exhibit B as they relate to other defendants, and on that basis denies them.

177.    MedImmune denies the allegations of Paragraph 177 and Exhibit B as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 or Exhibit B as they relate to other defendants, and on that basis denies them.

178.    MedImmune denies the allegations of Paragraph 178 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 as they relate to other defendants, and on that basis denies them.

179.    MedImmune denies the allegations of Paragraph 179 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 179 as they relate to other defendants, and on that basis denies them.

180.     MedImmune denies the allegations in Paragraph 180 and Exhibit A as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 180 or Exhibit A as they relate to other defendants, and on that basis denies them.

181-449.  The allegations in Paragraphs 181-449 are directed to other defendants and require no response from MedImmune.  To the extent a response is required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 181-449, and on that basis denies them.

450.     MedImmune admits that Exhibit A purports to provide Iowa Medicaid expenditures for certain MedImmune drugs.  MedImmune admits that Exhibit B-21 to the Complaint purports to identify the NDCs for MedImmune drugs at issue in this matter. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraphs 450, and on that basis denies them.

451.     MedImmune denies the allegations in Paragraph 451.

452.     MedImmune admits that it stated in the Suffolk County AWP matter:   "a physician administering Synagis encounters costs of administration which Synagis AWP is used to cover." MedImmune denies that by this statement, or any other statement by MedImmune, it has conceded that it inflates its reported AWPs for Synagis to compensate for administrative costs, and on that basis denies the allegations in Paragraph 452 of the Complaint.

453.     MedImmune denies the allegations in Paragraph 453 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 453 as they relate to other defendants, and on that basis denies them.

454.     MedImmune denies the allegations in Paragraph 454.

455.     MedImmune admits that it has had a joint marketing agreement with Abbott's Ross Products Unit.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 455 of the Complaint, and on that basis denies them.

456-613.   The allegations in Paragraphs 456-613 are directed to other defendants and require no response from MedImmune.  To the extent a response is deemed to be required, MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 456-613, and on that basis denies them.

614.     MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 614, and on that basis denies them. MedImmune denies the remaining allegations of Paragraph 614 as they relate to MedImmune. MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 614 as they relate to other defendants, and on that basis denies them.

615.     MedImmune denies the allegations of Paragraph 615 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 615 as they relate to other defendants, and on that basis denies them.

616.    MedImmune denies the allegations of Paragraph 616 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 616 as they relate to other defendants, and on that basis denies them.

617.    MedImmune denies the allegations of Paragraph 617 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 617 as they relate to other defendants, and on that basis denies them.

618.    MedImmune denies the allegations of Paragraph 618 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 618 as they relate to other defendants, and on that basis denies them.

619.    MedImmune denies the allegations of Paragraph 619 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 619 as they relate to other defendants, and on that basis denies them.

620.    MedImmune denies the allegations of Paragraph 620 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraph 620 as they relate to other defendants, and on that basis denies them.

621.     MedImmune denies the allegations of Paragraph 621 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 621 as they relate to other defendants, and on that basis denies them.

622.     MedImmune denies the allegations of Paragraph 622 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 622 as they relate to other defendants, and on that basis denies them.  To the extent Paragraph 622 contains legal conclusions or characterizations, no response is required.

623.     MedImmune denies the allegations of Paragraph 623 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 623 as they relate to other defendants, and on that basis denies them.  MedImmune states that the report included as Exhibit F to the complaint speaks for itself, and any characterizations thereof are denied.

624.     MedImmune denies the allegations of Paragraph 624 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 624 as they relate to other defendants, and on that basis denies them.

625.     MedImmune denies the allegations of Paragraph 625 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 625 as they relate to other defendants, and on that basis denies them.

626.     MedImmune denies the allegations of Paragraph 626 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 626 as they relate to other defendants, and on that basis denies them.

627.     MedImmune denies the allegations of Paragraph 627 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 627 as they relate to other defendants, and on that basis denies them.

628.     MedImmune denies the allegations of Paragraph 628 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 628 as they relate to other defendants, and on that basis denies them.

629.     MedImmune denies the allegations of Paragraph 629 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 629 as they relate to other defendants, and on that basis denies them.

630.    MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 630, and on that basis denies them.  To the extent the allegations in Paragraph 630 refer to *The Pink Sheet*, that document speaks for itself and any characterizations thereof are denied.

631.    MedImmune denies the allegations of Paragraph 631 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 631 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 631 states legal conclusions, no response is required.

632.    MedImmune denies the allegations of Paragraph 632 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 632 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 632 states legal conclusions, no response is required.

## CLAIMS FOR RELIEF

### COUNT I

**VIOLATION OF FEDERAL MEDICAID STATUTE, 42 U.S.C. 1396r-8**
**(FAILURE TO COMPLY WITH FEDERAL MEDICAID REBATE PROVISION)**

633.    In response to Paragraph 633, MedImmune repeats and incorporates as if fully set forth herein each and every response to the allegations in Paragraphs 1 through 632.

634-642.  To the extent the allegations in Paragraphs 634-642 are directed at MedImmune, MedImmune states that the Court has dismissed the claim to which these allegations relate.  To the extent that a response is required, MedImmune admits that it is a manufacturer of a drug covered by Medicaid and that it entered into a rebate agreement with

HHS.  MedImmune denies the remaining allegations in Paragraphs 634-642 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraphs 634-642, and on that basis denies them.

## COUNT II

## BREACH OF CONTRACT

643.    In response to Paragraph 643, MedImmune repeats and incorporates as if fully set forth herein each and every response to the allegations in Paragraphs 1 through 642.

644-651.  To the extent the allegations in Paragraphs 644-651 are directed at MedImmune, MedImmune states that the Court has dismissed the claim to which these allegations relate with regard to MedImmune.  To the extent that a response is still required, MedImmune admits that it is a manufacturer of a drug covered by Medicaid and that it entered into a rebate agreement with HHS.  MedImmune denies the remaining allegations in Paragraphs 644-651 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 644-651 as they relate to other defendants, and on that basis denies them.

## COUNT III

## IOWA CONSUMER FRAUD ACT
### (Iowa Code § 714.16)

652.    In response to Paragraph 652, MedImmune repeats and incorporates as if fully set forth herein each and every response to the allegations in Paragraphs 1 through 651.

653.    MedImmune denies the allegations in Paragraph 653 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to

the truth of the allegations of Paragraphs 653 as they relate to other defendants, and on that basis denies them.  To the extent the allegations in Paragraph 653 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.  To the extent that Paragraph 653 states legal conclusions or characterizations, no response is required.

654.    MedImmune denies the allegations in Paragraph 654 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 654 as they relate to other defendants, and on that basis denies them.

655.    MedImmune denies the allegations in Paragraph 655 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 655 as they relate to other defendants, and on that basis denies them.

656.    To the extent the allegations in Paragraph 656 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.  To the extent that Paragraph 656 states legal conclusions or characterizations, no response is required.

657.    MedImmune denies the allegations in Paragraph 657 of the complaint.  To the extent the allegations in Paragraph 657 refer to statutes or regulations, those sources speak for themselves, and any characterizations thereof are denied.  To the extent that Paragraph 657 states legal conclusions or characterizations, no response is required.

## COUNT IV

## FRAUD

658.    In response to Paragraph 658, MedImmune repeats and incorporates as if fully set forth herein each and every response to the allegations in Paragraphs 1 through 657.

659.    MedImmune denies the allegations in Paragraph 659 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 659 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 659 states legal conclusions, no response is required.

660.    MedImmune denies the allegations in Paragraph 660 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 660 as they relate to other defendants, and on that basis denies them.

661.    MedImmune denies the allegations in Paragraph 661 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 661 as they relate to other defendants, and on that basis denies them.

662.    MedImmune denies the allegations in Paragraph 662 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 662 as they relate to other defendants, and on that basis denies them.  To the extent that Paragraph 662 states legal conclusions or characterizations, no response is required.

## COUNT VI

## UNJUST ENRICHMENT

663.    In response to Paragraph 663, MedImmune repeats and incorporates as if fully set forth herein each and every response to the allegations in Paragraphs 1 through 662.

664.    MedImmune denies the allegations in Paragraph 664 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 664 as they relate to other defendants, and on that basis denies them.

665.    MedImmune denies the allegations in Paragraph 665 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 665 as they relate to other defendants, and on that basis denies them.

666.    MedImmune denies the allegations in Paragraph 666 as they relate to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 666 as they relate to other defendants, and on that basis denies them.

## PRAYER FOR RELIEF

667-675.  MedImmune Denies that there is any basis in law or fact for Plaintiffs to obtain the relief requested in Paragraphs 667-675 as to MedImmune.  MedImmune is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 667-675 that relate to other defendants, and on that basis denies them.

* * *

36

MedImmune denies all allegations in the Complaint (including headings) not specifically admitted above.

* * *

## AFFIRMATIVE AND OTHER DEFENSES

MedImmune sets forth the following affirmative and other defenses.  MedImmune does not intend hereby to assume the burden of proof with respect to those matters as to which, pursuant to law, Plaintiff bears the burden.  MedImmune reserves the right to assert in the future such other and further defenses as may become available or apparent during pretrial proceedings.

### FIRST DEFENSE

1.      Plaintiff fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

2.      Plaintiff's claims are barred by the doctrines of unclean hands, estoppel, ratification, and waiver.

### THIRD DEFENSE

3.      Plaintiff's claims are barred because of the failure to join indispensable parties.

### FOURTH DEFENSE

4.      Plaintiff's claims are barred, in whole or in part, by the defense of laches.

### FIFTH DEFENSE

5.      Plaintiff's claims are barred by the failure to exhaust applicable administrative remedies.

### SIXTH DEFENSE

6.      Plaintiff's claims are barred, in whole or in part, by the applicable statute(s) of limitations.

## SEVENTH DEFENSE

7.      Plaintiff's claims are barred by the failure to mitigate damages.

## EIGHTH DEFENSE

8.      Plaintiff's claims are barred, in whole or in part, by the failure to comply with applicable statutes and regulations.

## NINTH DEFENSE

9.      Plaintiff's claims are preempted, in whole or in part, by federal law.

## TENTH DEFENSE

10.     Plaintiff's claims against MedImmune for injunctive relief were mooted by the passage of the Medicare Prescription Drug, Improvement, and Modernization Act ("MMA") of 2003, which requires participating prescription drug manufacturers to report Average Sales Price ("ASP") quarterly and defines ASP as the manufacturer's "sales to all purchasers . . . in the United States for such drug or biological in the calendar quarter; divided by the total number of such units of 72 such drug or biological sold by the manufacturer in such quarter." 42 U.S.C. §§1396r-8(b)(3)42 & 1395w-3a(c)(1).

## ELEVENTH DEFENSE

11.     Plaintiff fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

## TWELFTH DEFENSE

12.     Plaintiff's claims are barred, in whole or in part, by the voluntary payment doctrine.

## THIRTEENTH DEFENSE

13.     MedImmune pleads all procedural and substantive limitations to the imposition of punitive damages.

## FOURTEENTH DEFENSE

14.     The imposition of punitive damages violates the excessive fines provisions, Due Process Clauses, and Equal Protection Clauses of the United States Constitution and the Constitution, common law, and public policies of the State of Iowa.

## FIFTEENTH DEFENSE

15.     Should MedImmune be held liable to Plaintiff, which liability is specifically denied, applicable statutory ceilings on recoverable damages limit any damages recovered by Plaintiff from MedImmune.

## SIXTEENTH DEFENSE

16.     All rebates paid by MedImmune to the State of Iowa should be taken into account in determining the amount of damages, if any, to which Plaintiff is entitled.

## SEVENTEENTH DEFENSE

17.     Plaintiff lacks standing or capacity to bring some or all of the claims asserted.

## EIGHTEENTH DEFENSE

18.     Plaintiff's claims against MedImmune are misjoined with Plaintiff's claims against other defendants and must be severed.

## NINETEENTH DEFENSE

19.     Plaintiff has not suffered, and will not suffer, any damages as a result of the conduct of MedImmune as alleged in the Complaint.

## TWENTIETH DEFENSE

20.     MedImmune's statements or actions were not the proximate cause or cause in fact of any injury to or alleged loss by Plaintiff.

## TWENTY-FIRST DEFENSE

21.     Plaintiff's claims are barred, in whole or in part, by the filed rate doctrine.

## TWENTY-SECOND DEFENSE

22.     Plaintiff's claims are barred, in whole or in part, because any injuries sustained by the Plaintiff were the result of its own conduct or the intervening or superseding conduct of third parties.

## TWENTY-THIRD DEFENSE

23.     Plaintiff's claims are barred because Plaintiff and/or its agents knew and were aware at all relevant times that AWP was not an average wholesale price or the actual acquisition cost of drugs and made its reimbursement choices with such knowledge.

## TWENTY-FOURTH DEFENSE

24.     The claims alleged herein, based on the facts alleged, are barred, in whole or in part, by the Plaintiff's own negligence or gross negligence.

## TWENTY-FIFTH DEFENSE

25.     Plaintiff's claims are barred, in whole or in part, because Plaintiff is not a person or consumer within the meaning of the Iowa Consumer Fraud Act.

## TWENTY-SIXTH DEFENSE

26.     Some or all of the Plaintiff's claims against MedImmune arise from the Plaintiff's failure to follow federal and state statutory and regulatory obligations to properly establish appropriate reimbursement rates.

## TWENTY-SEVENTH DEFENSE

27.     All actions taken by MedImmune with respect to any of the matters alleged in the Complaint were taken in good faith and in accordance with established industry practice.

### TWENTY-EIGHTH DEFENSE

28.     Plaintiff's reimbursement rates for drugs for Medicaid recipients were filed with, reviewed by, and approved by a federal regulatory agency with authority to do so under the Medicaid Act.  Actions in a state court seeking relief, including alleged damages, contending that rates approved by a federal regulatory agency do not apply or are not binding, are barred by the Supremacy Clause of the United States Constitution.

### TWENTY-NINTH DEFENSE

29.     Any alleged misconduct by MedImmune was not a substantial factor in Plaintiff's decision to reimburse for MedImmune products.

### THIRTIETH DEFENSE

30.     The Plaintiff's claims are preempted, in whole or in part, by federal law, including without limitation, the Federal Medicare Act and the Federal Medicaid Act, including all amendments to the same and all regulations promulgated thereunder.

### THIRTY-FIRST DEFENSE

31.     The Plaintiff's claims are barred, in whole or in part, by the *Noerr-Pennington* doctrine to the extent that such claims are premised, in whole or in part, on alleged statements or conduct by MedImmune in judicial, legislative, or administrative proceedings of any kind or at any level of government.

### THIRTY-SECOND DEFENSE

32.     Plaintiff's claims against MedImmune are barred because MedImmune has complied with all applicable regulations of the federal and state governments.

41

## THIRTY-THIRD DEFENSE

33.     To the extent that Plaintiff obtains, or is barred from, recovery in any other case predicated on the same factual allegations, Plaintiff is barred from seeking recovery against MedImmune based on the Complaint pursuant to the doctrines of claim preclusion, issue preclusion, res judicata, collateral estoppel, and the prohibition on double recovery for the same injury.

## THIRTY-FOURTH DEFENSE

34.     Any discounts that were provided by MedImmune were earned discounts and therefore appropriate business decisions.

## THIRTY-FIFTH DEFENSE

35.     To the extent that Plaintiff attempts to seek equitable relief against MedImmune, Plaintiff is not entitled to such relief because the State has an adequate remedy at law.

## THIRTY-SIXTH DEFENSE

36.     Plaintiff did not rely on the allegedly fraudulent statements or representations of MedImmune.

## THIRTY-SEVENTH DEFENSE

37.     Any alleged misconduct by MedImmune was not a substantial factor in the Plaintiff's purchase or reimbursement of any prescription medications.

## THIRTY-EIGHTH DEFENSE

38.     Plaintiff's claims against MedImmune for damages are barred, in whole or in part, because such damages are speculative and remote.

## THIRTY-NINTH DEFENSE

39.     Plaintiff's unjust enrichment claims are barred, in whole or in part, because MedImmune did not collect or retain any money belonging to Plaintiff as a result of any alleged overpayments.

## FORTIETH DEFENSE

40.     Plaintiff's unjust enrichment claims are barred because MedImmune has not accepted or retained any benefits under circumstances where it would be inequitable for MedImmune to do so.

## FORTY-FIRST DEFENSE

41.     Plaintiff's claims against MedImmune for damages are barred, in whole or in part, because Plaintiff would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint.

## FORTY-SECOND DEFENSE

42.     Plaintiff's claims are barred, in whole or in part, to the extent that the Plaintiff has released, settled, entered into an accord and satisfaction, or otherwise compromised its claims.

## FORTY-THIRD DEFENSE

43.     Plaintiff's claims are barred, in whole or in part, because they violate MedImmune's rights under the Due Process and Ex Post Facto clauses of the United States Constitution and Iowa Constitution, insofar as Plaintiff seeks to impose liability retroactively for conduct that was not actionable at the time it occurred.

## FORTY-FOURTH DEFENSE

44.     Plaintiff's claims against MedImmune are barred, in whole or in part, by the existence and terms of the written rebate agreement between MedImmune and the Secretary of the Department of Health and Human Services ("HHS"), on behalf of HHS and all certain States,

including Iowa, entitled, "Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer Identified in Section XI of this Agreement" (the "Rebate Agreement"), which was entered into pursuant to 42 U.S.C. § 1369r-8.  The Rebate Agreement constitutes the entire agreement between MedImmune and the State of Iowa and governs the relationship between them.

### FORTY-FIFTH DEFENSE

45.     Plaintiff's claims against MedImmune are barred, in whole or in part, by Plaintiff's quarterly receipt of data, known as Unit Rebate Amounts ("URAs"), which were derived from pricing data provided by MedImmune to the Centers for Medicare and Medicaid Services ("CMS").

### FORTY-SIXTH DEFENSE

46.     Plaintiff's claims against MedImmune are barred, in whole or in part, by the municipal cost recovery rule, which prevents recovery of the cost of public services through claims that the actions of a particular defendant caused a governmental unit to provide such services.

### FORTY-SEVENTH DEFENSE

47.     Plaintiff's claims against MedImmune are barred, in whole or in part, because MedImmune did not make any false statements to Plaintiff or its agents.  As to any statement asserted against MedImmune that Plaintiff alleges to be false or misleading, MedImmune had no reasonable grounds to believe, and did not believe at the time such statement was made, that the statement was false or misleading.

### FORTY-EIGHTH DEFENSE

48.     Plaintiff's claims are barred, in whole or in part, by the doctrine of consent and/or ratification to the extent that Plaintiff has received and paid for medicines manufactured, marketed and sold by MedImmune after the filing of the Complaint

## FORTY-NINTH DEFENSE

49.     MedImmune incorporates, by reference, any applicable defense pleaded by any other defendant not otherwise expressly set forth herein.

## FIFTIETH  DEFENSE

50.     MedImmune intends to rely upon any other and additional defense that is now or may become available or appear during, or as the result of, the discovery proceedings in this action or any developments in constitutional, statutory, administrative, regulatory, or decisional law, and hereby reserves its rights to amend its Answer to assert such defense.

Dated:  September 18, 2008                 Respectfully submitted,


                                           WILLIAMS & CONNOLLY LLP

                                           By:  /s/  John E. Schmidtlein
                                               John E. Schmidtlein
                                               725 Twelfth Street, N.W.
                                               Washington, D.C.  20005
                                               Telephone:  (202) 434-5000
                                               Facsimile:  (202) 434-5029

                                               *Attorney for Defendant MedImmune, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused true and correct copies of the attached Answer of Defendant MedImmune, Inc. to Plaintiff's Complaint to be served on all counsel of record by electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties, on this 18th day of September, 2008.


   /s/ John E. Schmidtlein
_____

John E. Schmidtlein
(admitted *pro hac vice*)