**Exhibit A**

**Schering's Opposition to the Counties' Objections to Magistrate Judge Bowler's August 20, 2008 Order**

| NDC | Drug | Source | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| 000850285 | Intron A | Schering AMP-Based Spreads | 22.8% | 22.8% | 22.7% | 24.9% | 23.3% | 22.6% | |
| 00085028502 | Intron A | Hartman ASP-Based Spreads | 20.7% | 19.7% | 25.6% | 20.8% | 29.6% | 31.4% | |
| | | | | | | | | | |
| 000850539 | Intron A | Schering AMP-Based Spreads | 23.0% | 22.5% | 22.6% | 25.0% | 23.8% | 25.7% | 28.0% |
| 00085053901 | Intron A | Hartman ASP-Based Spreads | 24.0% | 29.2% | 26.5% | 27.2% | 34.0% | 27.5% | 34.7% |
| | | | | | | | | | |
| 000850571 | Intron A | Schering AMP-Based Spreads | 19.9% | 24.4% | 23.3% | 25.5% | 23.9% | 26.2% | 28.2% |
| 00085057102 | Intron A | Hartman ASP-Based Spreads | 21.5% | 26.3% | 22.0% | 26.0% | 28.7% | 23.3% | 27.9% |
| 00085057106 | Intron A | Hartman ASP-Based Spreads | 26.8% | | | | | | |
| | | | | | | | | | |
| 000850647 | Intron A | Schering AMP-Based Spreads | 26.9% | 22.7% | 23.0% | 25.1% | 22.9% | | |
| 00085064703 | Intron A | Hartman ASP-Based Spreads | 12.3% | 19.3% | 20.4% | | | | |
| 00085064704 | Intron A | Hartman ASP-Based Spreads | 14.8% | | | | | | |
| 00085064705 | Intron A | Hartman ASP-Based Spreads | 13.5% | | | 18.5% | 64.1% | | |
| | | | | | | | | | |
| 000851110 | Intron A | Schering AMP-Based Spreads | 22.6% | 22.7% | 22.7% | 25.2% | 24.4% | 26.0% | 28.8% |
| 00085111001 | Intron A | Hartman ASP-Based Spreads | 24.3% | 28.3% | 25.7% | 26.1% | 36.6% | 26.3% | 31.0% |
| | | | | | | | | | |
| 000851133 | Intron A | Schering AMP-Based Spreads | 23.3% | 83.3% | 82.2% | 25.2% | 24.2% | 25.6% | 28.3% |
| 00085113301 | Intron A | Hartman ASP-Based Spreads | 22.3% | 28.2% | 22.0% | 26.6% | 32.7% | 26.7% | 31.2% |
| | | | | | | | | | |
| 000851168 | Intron A | Schering AMP-Based Spreads | 22.6% | 22.8% | 22.8% | 25.2% | 24.6% | 25.5% | 29.3% |
| 00085116801 | Intron A | Hartman ASP-Based Spreads | 23.1% | 31.1% | 22.9% | 25.7% | 35.6% | 24.4% | 27.9% |
| | | | | | | | | | |
| 000851179 | Intron A | Schering AMP-Based Spreads | 22.4% | 22.6% | 22.5% | 25.3% | 23.7% | 25.2% | 28.6% |
| 00085117901 | Intron A | Hartman ASP-Based Spreads | 20.5% | 21.6% | 19.5% | | | | |
| 00085117902 | Intron A | Hartman ASP-Based Spreads | 21.0% | 24.3% | 20.0% | 24.7% | 34.0% | 27.7% | 29.5% |
| | | | | | | | | | |
| 000851191 | Intron A | Schering AMP-Based Spreads | 22.6% | 22.7% | 22.6% | 25.4% | 22.8% | 22.6% | |
| 00085119101 | Intron A | Hartman ASP-Based Spreads | 20.5% | 20.1% | 15.3% | | | | |

Sources
Schering AMP-Based Spreads: Affidavit of S. Addanki, filed May 13, 2008 [Docket No. 5299]
Hartman ASP-Based Spreads: Direct Testimony of Dr. R. Hartman, filed Nov. 1, 2006, at 243, Attach. G.4.c Pls.' Trial Ex. 4109

1

**Exhibit A**

**Schering's Opposition to the Counties' Objections to Magistrate Judge Bowler's August 20, 2008 Order**

| NDC | Drug | Source | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| 00085119102 | Intron A | Hartman ASP-Based Spreads | 20.6% | 21.9% | 15.8% | 30.8% | 24.6% | | |
| 000851235 | Intron A | Schering AMP-Based Spreads | | | 22.8% | 25.3% | 24.3% | 25.1% | 28.9% |
| 00085123501 | Intron A | Hartman ASP-Based Spreads | | 22.7% | 21.2% | 23.9% | 31.2% | 31.3% | 32.6% |
| 000851242 | Intron A | Schering AMP-Based Spreads | | | 22.9% | 25.7% | 24.4% | 24.4% | 28.5% |
| 00085124201 | Intron A | Hartman ASP-Based Spreads | | 21.4% | 24.3% | 25.4% | 37.0% | 31.1% | 26.1% |
| 000851254 | Intron A | Schering AMP-Based Spreads | | | 22.7% | 25.0% | 24.7% | 24.9% | 28.5% |
| 00085125401 | Intron A | Hartman ASP-Based Spreads | | 24.1% | 21.4% | 23.6% | 27.1% | 26.0% | 29.5% |
| 000850208 | Proventil | Schering AMP-Based Spreads | 40.6% | 27.7% | 24.4% | 29.3% | 30.5% | 42.1% | |
| 00085020802 | Proventil | Hartman ASP-Based Spreads | 51.5% | 21.7% | 17.2% | 19.9% | 25.5% | 188.5% | |
| 000850209 | Proventil | Schering AMP-Based Spreads | 53.1% | 27.2% | 24.2% | 25.7% | 40.5% | 29.6% | |
| 00085020901 | Proventil | Hartman ASP-Based Spreads | 32.5% | 24.2% | 26.5% | 25.1% | 38.9% | | |
| 000851244 | Temodar | Schering AMP-Based Spreads | | | | 22.8% | 24.5% | 30.2% | 28.2% |
| 00085124401 | Temodar | Hartman ASP-Based Spreads | | | 20.5% | 20.1% | 20.9% | 22.8% | 23.5% |
| 00085124402 | Temodar | Hartman ASP-Based Spreads | | | 20.0% | 19.8% | 25.6% | 26.3% | 27.9% |
| 000851248 | Temodar | Schering AMP-Based Spreads | | | | 22.8% | 24.5% | 30.3% | 28.4% |
| 00085124801 | Temodar | Hartman ASP-Based Spreads | | | 20.1% | 20.0% | 21.7% | 21.5% | 26.6% |
| 00085124802 | Temodar | Hartman ASP-Based Spreads | | | 20.0% | 19.8% | 24.5% | 28.3% | 30.1% |
| 000851252 | Temodar | Schering AMP-Based Spreads | | | | 22.8% | 24.5% | 29.6% | 28.4% |
| 00085125201 | Temodar | Hartman ASP-Based Spreads | | | 20.1% | 20.1% | 21.7% | 21.8% | 22.5% |
| 00085125202 | Temodar | Hartman ASP-Based Spreads | | | 20.0% | 20.7% | 34.6% | 33.2% | 48.9% |
| 000851259 | Temodar | Schering AMP-Based Spreads | | | | 22.9% | 24.4% | 29.6% | 28.5% |

Sources

Schering AMP-Based Spreads: Affidavit of S. Addanki, filed May 13, 2008 [Docket No. 5299]

Hartman ASP-Based Spreads: Direct Testimony of Dr. R. Hartman, filed Nov. 1, 2006, at 243, Attach. G.4.c Pls.' Trial Ex. 4109

2

**Exhibit A**
**Schering's Opposition to the Counties' Objections to Magistrate Judge Bowler's August 20, 2008 Order**

| NDC | Drug | Source | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|
| 00085125901 | Temodar | Hartman ASP-Based Spreads | | | 20.3% | 20.3% | 21.3% | 27.4% | 22.7% |
| 00085125902 | Temodar | Hartman ASP-Based Spreads | | | 20.0% | 19.9% | 25.4% | 24.5% | 29.3% |

Sources
Schering AMP-Based Spreads: Affidavit of S. Addanki, filed May 13, 2008 [Docket No. 5299]
Hartman ASP-Based Spreads: Direct Testimony of Dr. R. Hartman, filed Nov. 1, 2006, at 243, Attach. G.4.c Pls.' Trial Ex. 4109