UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## NOTICE OF FIRM NAME CHANGE

TO:   All Counsel of Record

PLEASE TAKE NOTICE that the law firm of WEXLER TORISEVA WALLACE LLP has changed its name to WEXLER WALLACE LLP.  The firm web mail address has changed to www.wexlerwallace.com.

The mailing address, telephone and facsimile numbers remain the same and are as follows:

>WEXLER WALLACE LLP
>55 W. Monroe Street, Suite 3300
>Chicago, Illinois  60603
>(312) 346-2222 – Telephone
>(312) 346-0022 – Facsimile
>www.wexlerwallace.com

Dated:  September 18, 2008

By: /s/ Jennifer Fountain Connolly
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M. Nesbitt
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
kaw@wexlerwallace.com
jfc@wexlerwallace.com
amn@wexlerwallace.com

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on September 18, 2008, I caused copies of the foregoing *Notice of Firm Name Change* to be served on all counsel of record by causing same to be posted electronically via LexisNexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
jfc@wexlerwallace.com