UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |
| ) | |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK:

Kindly note that the name of the law firm Spector Roseman & Kodroff, P.C., counsel for

Class Plaintiffs in the above-captioned matter, has been changed to Spector Roseman Kodroff &

Willis, P.C., at the same address and telephone number.

Dated:  September 18, 2008

/s/John A. Macoretta
John A. Macoretta
SPECTOR ROSEMAN KODROFF
 & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611
jmacoretta@srkw-law.com

*Attorneys for Class Plaintiffs*