## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *State of Arizona* v. *Abbott Labs, et al.* 06-CV-11069-PBS ) ) ) | |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER

The parties have reached agreement on a briefing schedule for motion(s) to dismiss along with certain other case management issues. Accordingly, Plaintiff and Defendants jointly request that the Court enter the attached [Proposed] Case Management Order.

Respectfully submitted,

/s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO #636435)
Daniel J. Bennett (BBO #663324)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation on behalf of all Defendants*

/s/ Steve W. Berman

Steve W. Berman
Jeniphr A.E. Breckenridge
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206)623-7292

Terry Goddard
Attorney General
Firm State Bar No. 14000
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ 85007-2997
(602)542-0883
Fascimile (602) 542-4377
consumer@azag.gov.

*Attorneys for Plaintiff*

Dated:  September 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Daniel J. Bennett
Daniel J. Bennett