UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Cause No. CV-02-09-H-DWM (D. Ariz.) | |

### [PROPOSED] CASE MANAGEMENT ORDER NO. _____

WHEREAS, Plaintiff State of Arizona filed its First Amended Complaint on March 13, 2007; and

WHEREAS, Plaintiff and Defendants have reached an agreement on a briefing schedule for Defendants to respond to the First Amended Complaint with a responsive pleading or motion;

NOW THEREFORE, it is ORDERED, as follows:

1. This Case Management Order ("CMO") shall apply to the parties to the case captioned above. To the extent that any other CMO is applicable to the parties in this action and is inconsistent with a provision(s) in this CMO, the provisions of this CMO shall apply.

2. This CMO is not intended to affect any claim or defense of any party to this action including lack of jurisdiction, service of process, joinder, severance or any other matter not expressly addressed herein.

3. On or before September 19, 2008, Defendants shall file and serve a response to the First Amended Complaint in the form of a responsive pleading or motion. In the event Defendants file a motion to dismiss, they shall, at the same time, file and serve a consolidated

brief of no more than 30 pages.  Individual defendants may, at the same time, file and serve separate briefs of no more than 10 pages relating specifically to issues unique to each of them.  Individual briefs shall not repeat arguments made in the consolidated brief.

4.  On or before November 5, 2008, Plaintiff shall file and serve a consolidated brief of no more than 30 pages in opposition to Defendants' consolidated motion to dismiss.  Plaintiff may, at the same time, file and serve briefs of no more than 10 pages in response to any individual defendant-specific brief.

5.  On or before November 24, 2008, Defendants may file and serve a consolidated reply brief of no more than 15 pages in support of the Defendants' consolidated motion to dismiss.  Individual defendants may, at the same time, file and serve separate reply briefs of no more than 5 pages relating specifically to issues unique to each of them.  Individual reply briefs shall not repeat arguments made in the consolidated brief.

6.  Subject to the limitations referenced in paragraph I.3 of CMO 9, all documents relating to drugs identified in the First Amended Complaint ("Subject Drugs") that were previously produced by these Defendants in any case that is part of this MDL proceeding – MDL 1456 – or by any third party in MDL 1456, shall be made available to Plaintiff and shall be deemed available for use in this action.  In addition, all documents relating to Subject Drugs that were previously produced by these Defendants in *Swanston v. Tap Pharmaceutical Products, et al.*, CV 2002-004988, pending in the Superior Court of Arizona in and for the County of Maricopa, or by any third party in *Swanston*, shall be made available to Plaintiff and shall be deemed available for use in this action.  To the extent the Plaintiff or Defendant seeks to rely on any documents that relate to the Subject Drugs of a particular Defendant that were produced by third parties in a matter in which the Plaintiff or Defendant was not a party, the party that seeks

to rely on the documents shall make those documents available to the other party. The parties reserve their respective rights with respect to the authenticity and admissibility of all evidence, notwithstanding this paragraph.

7. If the Court denies the motion(s) to dismiss, in whole or in part, Defendants shall respond to any remaining portions of the Amended Complaint within thirty (30) days after the Court's ruling(s) on the motion(s) to dismiss.

8. Within forty-five (45) days following the Court's ruling(s) on Defendants' motion(s) to dismiss, Plaintiff and Defendants shall confer pursuant to Rule 26(f).

9. Plaintiff and Defendants shall make the initial disclosures required by Rule 26(a)(1) within fifty-five (55) days following the Court's ruling(s) on Defendants' motion(s) to dismiss.

10. The Parties will submit to the Court a discovery plan, in accordance with Rule 16(b), within sixty-five (65) days following the Court's ruling on Defendants' motion(s) to dismiss. The Court will schedule a Rule 16(b) conference to consider the proposed discovery plan.

DATED this ____ day of _____, 2008.

_____
PATTI B. SARIS
United States District Judge