**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) THIS DOCUMENT RELATES TO:  ) ) THE BMS CLASS 1 SETTLEMENT ) ) | Civil Action No. 01-CV-12257 PBS<br><br>Hon. Patti B. Saris |

**CROSS-MOTION OF DEFENDANT BRISTOL-MYERS SQUIBB COMPANY
FOR A CONFERENCE ON A DISTRIBUTION PLAN
AND OTHER SETTLEMENT ISSUES**

Bristol-Myers Squibb Company ("BMS") hereby moves this Court to grant BMS's cross-motion for a conference to discuss distribution and other settlement issues so that the BMS Class 1 settlement may move forward. The parties have attempted to resolve their differences concerning distribution, but are unable to resolve their disagreement concerning this issue without intervention of the Court. The grounds for this motion are set forth in the attached Memorandum of Law and in the supporting Declaration of Lyndon M. Tretter. For the reasons set forth in those sources, BMS respectfully requests that the Court issue its motion and for such other relief as the Court deems just and proper.

Dated:   Boston, Massachusetts
         September 18, 2008

Respectfully submitted,

**DWYER & COLLORA, LLP**
By:   /s/ Thomas E. Dwyer (BBO#139660)
      Thomas E. Dwyer (BBO#139660)
      Jennifer M. Ryan (BBO#661498)
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 371-1000
Fax:  (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

**HOGAN & HARTSON LLP**

Steven M. Edwards, Esq. (SE 2773)
Lyndon M. Tretter (LT 4031)
Thomas J. Sweeney (TS 6557)
875 Third Avenue
New York, NY  10022
Tel:  (212) 918-3640
Fax:  (212) 918-3100

*Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc.*

## CERTIFICATE OF SERVICE

I, Joanna Wasick, hereby certify that on September 19, 2008, I have caused true and correct copies of the foregoing Memorandum of Defendant Bristol-Myers Squibb Company (1) in Opposition to Plaintiffs' Motion to Preliminarily Approve their Proposed Plan of Distribution for the BMS Class 1 Settlement; and (2) in support of its Cross-,motion for a Conference on a Distribution Plan and Other Settlement Issues, with attached exhibits, to be served on all counsel of record by electronic service, pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis/Nexis for posting and notification to all parties.

Dated: New York, New York
       September 19, 2008

                                        /s/  Joanna Wasick