## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ | ) | |
| | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES | ) | |
| *State of Arizona v. Abbott Labs., Inc., et al.,* | ) | ORAL ARGUMENT REQUESTED |
| 06-CV-11069-PBS | ) | |
| _____ | ) | |

### DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP
### AND ZENECA INC.'S MOTION TO DISMISS THE
### PLAINTIFF STATE OF ARIZONA'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants AstraZeneca Pharmaceuticals LP and

Zeneca Inc. (collectively, "AstraZeneca") respectfully move this Court for dismissal of the First

Amended Complaint filed by the State of Arizona.  The grounds for this motion are stated in:  (1)

the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss; and (2)

AstraZeneca's individual memorandum of law, which AstraZeneca has submitted to address

issues specific to AstraZeneca.  In accordance with the proposed CMO, AstraZeneca is filing an

individual memorandum of law of fewer than ten pages.  AstraZeneca respectfully requests that

the Court hear oral argument on this motion.

WHEREFORE, for the reasons set forth in the memoranda described above, AstraZeneca

respectfully requests that the Court grant its motion for dismissal of State of Arizona's First

Amended Complaint and enter an Order:

a.       dismissing all claims in the First Amended Complaint as asserted against

AstraZeneca;

      b.      in the alternative, dismissing all claims relating to Zoladex®; and

      c.      providing such other and further relief as the Court deems just and proper.

REQUEST FOR ORAL ARGUMENT

AstraZeneca respectfully requests oral argument on this motion pursuant to Local Rule

7.1(d).

Dated:   Boston, Massachusetts
        September 19, 2008

                        Respectfully Submitted,

                        By:   /s/ Katherine B. Schmeckpeper
                           Nicholas C. Theodorou (BBO #496730)
                           Katherine B. Schmeckpeper (BBO #663200)
                           FOLEY HOAG LLP
                           155 Seaport Blvd.
                           Boston, Massachusetts  02210
                           Tel:  (617) 832-1000

                           D. Scott Wise
                           Kimberley D. Harris
                           DAVIS POLK & WARDWELL
                           450 Lexington Avenue
                           New York, New York  10017
                           Tel:  (212) 450-4000

                           Attorneys for AstraZeneca Pharmaceuticals LP
                           and Zeneca Inc.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and the parties were unable to resolve the issues addressed in this motion.

 /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on September 19, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper