UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE         )  MDL NO. 1456
LITIGATION                      )  CIVIL ACTION NO. 01-12257-PBS
_____ )

### ORDER RE: WYETH'S MOTION TO DISMISS (Docket No. 4435)

September 18, 2008

Saris, U.S.D.J.

I **DENY** the Motion to Dismiss the AWP claims.  However, the Court dismisses all Best Prices claims except with respect to Protonix.

PATTI B. SARIS
United States District Judge