UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION ) MDL No. 1456
) Civil Action No. 01-12257-PBS
)
**THIS DOCUMENT RELATES TO:** ) Hon. Patti B. Saris
)
*United States of America, ex rel. Ven-A-Care* ) Magistrate Judge Marianne B. Bowler
*of the Florida Keys, Inc. v. Abbott* )
*Laboratories, Inc.,* )
CIVIL ACTION NO. 06–CV–11337-PBS )

## MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS

The United States of America, through its undersigned counsel, respectfully submits this Motion to Require Defendant Abbott Laboratories, Inc. To Comply With Its Discovery Obligations and Related Court Orders.

Fact discovery has closed, yet Abbott still has not produced several categories of documents related to its sales force that the United States properly sought during discovery. For the vast majority of the documents that are the subject of this motion, Abbott has not produced them, despite having been previously ordered by this Court to do so.[1]

---

[1] The United States has filed three prior motions to compel the documents at issue in the instant motion. Two of those motions resulted in Orders by the Court for Abbott to produce documents that are the subject of this motion. (*See* the United States' Second Motion to Compel the Production of Documents from Abbott, and related Memorandum in Support, filed on April 9, 2007 (Dkt. Nos. 4047 and 4048), and Tr. of May 16, 2007 hearing before Magistrate Bowler at 45-69; and the United States' Motion to Compel Abbott to Provide Deposition Dates for Members of Its Alternate Site Sales Force and to Produce Related Documents, and related Memorandum in Support, filed on January 7, 2008 (Dkt. Nos. 4984 and 4985), and Tr. of January 31, 2008 hearing before Magistrate Bowler at 58-71). The third motion, the United States' Motion to Compel Documents and Deposition Testimony, filed on March 31, 2008 (Dkt.

This discovery is highly relevant to the United States' case. Given the relevance of this discovery, Abbott's failure to produce these documents in response to properly issued discovery requests, and Abbott's failure to comply with this Court's prior Orders, the United States files this motion to enlist the Court's assistance, once again, in obtaining discovery from Abbott. Further support for this motion is contained in the accompanying memorandum.

Respectfully submitted,

---

Nos. 5179 and 5180), which addresses some, but not all of the issues addressed in the instant motion, as well as numerous other categories of discovery sought by the United States, has yet to be ruled upon. (*See also,* Abbott's Response to the United States' March 31, 2008 Motion to Compel Documents and Deposition Testimony (Dkt. No. 5258), and the United States' Reply (Attachment A to Dkt. No. 5273)).

2

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL<br>GREGORY G. KATSAS |

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

ASSISTANT ATTORNEY GENERAL
GREGORY G. KATSAS

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley
 U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3272
Fax:  (617) 748-3971

/s/ Rebecca Ford

Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax:  (202) 305-7797

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF
FLORIDA

Mark A. Lavine
Ann St.Peter-Griffith
Assistant United States Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax:  (305) 536-4101

---

For the relator, Ven-A-Care of the Florida Keys, Inc.,

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL  33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

Dated:  September 25, 2008

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she has conferred with counsel for the Defendant Abbott on the issues raised in this motion and have not been able to reach agreement.

Dated: September 25, 2008              Rebecca A. Ford

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Motion to Require Defendant Abbott Laboratories, Inc. to Comply with its Discovery Obligations and Related Court Orders and related Memorandum In Support**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: September 25, 2008              Rebecca A. Ford