UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV–11337-PBS | Magistrate Judge Marianne B. Bowler |

**THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Require Defendant Abbott Laboratories, Inc. to Comply with its Discovery Obligations and Related Court Orders, and the related Memorandum In Support and Abbott's response thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Abbott shall produce by October 15, 2008, all remaining: (1) Alternate Site sales force personnel files, including those files that Abbott maintains contain no responsive documents; (2) Alternate Site sales force working files, including those files of sales force members no longer employed by Abbott, or its affiliate, Hospira; and (3) outstanding Certificates of Search, including certification that Certificates of Search for all current Hospira employees have been provided to the United States;

IT IS FURTHER ORDERED that the United States may take the depositions of additional Abbott employees or resume the depositions of employees for whom relevant documents were produced by Abbott after March 31, 2008.

This _____ day of _____, 2008.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE