UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS**

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**EXHIBITS TO THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

Exhibit 1 - Exhibit List

Exhibit 2 - United States' Second Request for Production to Abbott, dated November 17, 2006 (selected pages)

Exhibit 3 - October 11, 2007 letter from J. Winchester to R. Brooker

Exhibit 4 - November 2, 2007 letter from R. Ford to J. Winchester & C. Geisler

Exhibit 5 - November 7, 2007 e-mail from R. Ford to J. Winchester & C. Geisler

Exhibit 6 - November 8, 2007 e-mail from R. Ford to J. Winchester & C. Geisler

Exhibit 7 - Transcript of January 31, 2008 hearing before Magistrate Bowler, pp. 58-71

Exhibit 8 - Document production cover letters from Abbott to the United States sent between April 1, 2008 and June 13, 2008, collectively attached as one Exhibit (letters dated: April 1, 2008, April 25, 2008, May 5, 2008, May 9, 2008, May 12, 2008, May 13, 2008, May 14, 2008, May 15, 2008, May 21, 2008, May 22, 2008, May 23 2008-1, May 23, 2008-2, May 23 2008-3, May 27, 2008, May 30, 2008, June 13-1, 2008 and June 13-2, 2008)

Exhibit 9 - November 20, 2007 letter from R. Ford to Abbott counsel

Exhibit 10 - January 28, 2008 e-mail from R. Ford to B. Murray

Exhibit 11 - February 1, 2008 e-mail from J. Winchester to R. Ford

Exhibit 12 - June 18, 2008 letter from R. Ford to J. Winchester, T. Tabacchi and C. Geisler

Exhibit 13 - August 5, 2008 letter from R. Ford & A. St. Peter-Griffith to J. Winchester & C. Geisler

Exhibit 14 - March 3, 2008 letter from J. Winchester to R. Brooker, and related attachments

Exhibit 15 - Abbott's March 3, 2008 Chart

Exhibit 16 - June 13, 2008 letter from to C. Geisler to R. Ford

Exhibit 17 -  June 30, 2008 letter from R. Ford to C. Geisler, J. Winchester and J. Cole

Exhibit 18 - Abbott's July 8, 2008 Chart

Exhibit 19 - March 24, 2008 letters (2) from R. Ford to J. Winchester, T. Tabacchi & C. Geisler

Exhibit 20 - April 29, 2008 letter from R. Ford to J. Winchester, T. Tabacchi, C. Geisler & J. Cole

Exhibit 21 - Transcript of May 16, 2007 hearing before Magistrate Bowler, pp. 45-69

Exhibit 22 - July 25, 2007 letter from R. Ford to J. Winchester

Exhibit 23 - September 17, 2007 letter from R. Brooker to J. Daly, J. Winchester & C. Geisler

Exhibit 24 - March 6, 2008 letter from R. Ford to J. Winchester, T. Tabacchi & C. Geisler