UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS**

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**UNITED STATES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ABBOTT LABORATORIES, INC.**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, the United States of America, requests that the Defendant Abbott Laboratories, Inc. (hereafter "Abbott" or "Defendant") produce for inspection and copying each document listed below that is within Defendant's possession, custody or control. The United States requests that Defendant serve any objections to these requests and make the documents specified below available for inspection and copying at the Department of Justice within 30 days.

## I. INSTRUCTIONS

A.    Information and Documents sought by these requests shall include information and Documents within Defendant's possession, custody or control, or within the possession, custody or control of Defendant's agents, officers, employees, attorneys or investigators, or any person acting as one or more Defendant's representative or on one or more Defendant's behalf, including, but not limited to, any otherwise independent attorneys, accountants, or consultants.

## REQUEST FOR PRODUCTION

Plaintiff requests that Defendant produce the following:

1.  All Documents:

    (a)  that support any denial made by You in response to any of the United States' Requests for Admission, and

    (b)  identified in response to the United States' First Set of Interrogatories.

## CATEGORY 1: CORPORATE STRUCTURE/DOCUMENT STORAGE, RETENTION AND COLLECTION

2.  Organizational chart(s) showing or describing Your corporate structure, including relationships to, between or among parent(s), subsidiary(ies), divisions, affiliate(s), regional or branch offices, and any facilities in which You have (or had) an ownership interest.

3.  Documents, such as organizational charts, sufficient to show the organization of each of Your divisions, departments, units or subdivisions that have (or had) any role in the production, manufacture, market allocation, distribution, marketing, pricing or sale of Your Pharmaceuticals.

4.  All Documents that indicate job responsibilities and lines of authority or reporting of Your personnel by position, including but not limited to the relationship and reporting responsibilities of personnel at the regional or divisional or branch offices to headquarters.

5.  All telephone directories or telephone lists for all of Your offices, divisions, and/or branches including headquarters.

6.  All Documents listing titles and job descriptions of Your directors, officers, and executives.

including but not limited to Your employees, consultants, contractors or customers, and any governmental entities.

34.  Documents which mention, evidence or reflect any situation in which You objected to the dissemination of any of the prices of any of Your current or former products, including but not limited to complaints to any governmental entity, employee, consultant, contractor or customer.

**CATEGORY 4: THIRD PARTY REIMBURSEMENT**

35.  All Documents that describe or explain the rules, procedures, or operations of any Medicaid reimbursement system or Medicaid claims submission process.

36.  All Documents that describe or explain the rules, procedures, or operations of any Medicare reimbursement system or Medicare claims submission process.

37.  All Documents pertaining to reimbursement for Your Pharmaceuticals by: (a) any Medicaid authority, (b) Medicare or (c) any private or public entity basing reimbursement, in whole or part, upon Average Wholesale Price(s), Direct Price(s), wholesale cost(s), estimated acquisition cost, or usual, customary and reasonable charges or cost.

38.  All Documents reflecting communications, both internal and external, concerning AWP pricing, Direct pricing, wholesale cost(s), estimated acquisition cost, or usual, customary and reasonable charges or cost. This Request includes not only internal communications, but communications between You and (a) any customer, (b) any other pharmaceutical manufacturer, (c) any Medicaid or Medicare representative, (d) any other governmental entity or (e) other third party payor.

39.  Documents reflecting, referring to, describing or consisting of communications between You and any "Healthcare Management Organizations" (known as "HMOs") and "Pharmaceutical

15

Benefits Managers" (known as "PBMs") pertaining to pharmaceutical reimbursement of Your Pharmaceuticals by third parties. This request includes but is not limited to Documents referring or pertaining to the eligibility or preferred status of any of Your Pharmaceuticals for reimbursement under any HMO or PBM pharmaceutical reimbursement formulary.

40. All Documents reflecting communications, both internal and external, concerning reimbursement for Your Pharmaceuticals. This Request includes not only internal communications, but also calls for the production of communications between You and (a) any customer, (b) any other pharmaceutical manufacturer, (c) any Medicaid or Medicare representative, (d) any other governmental entity or (e) other third party payor.

41. Documents reflecting, referring to, describing or consisting of agreements, contracts and correspondence with each employee, agent, contractor, consultant, advisor, and other person or entity who sold, marketed, priced, advertised, negotiated or otherwise consulted on Your behalf or for Your benefit concerning Your Pharmaceuticals, including but not limited to compensation, salary or salary packages, wages, bonus plans, requirements, and criteria, prices or any other item of value.

42. All Documents reflecting, referring to, describing, or consisting of communications between You and Your current employees, former employees, independent contractors, and/or third parties regarding investigations, audits, reviews or analyses which mention, evidence or reflect pharmaceutical pricing practices and/or reimbursement by the Medicare and/or Medicaid programs.

**CATEGORY 5: MARKETING/SALES**

43.     With respect to Your Pharmaceuticals, all Documentation of communications, contracts, presentations, proposals, modeling, bids, reconciliations, and related correspondence between Your and (a) cooperatives or Group Purchasing Organization ("GPOs") representing hospitals; (b) cooperatives or GPOs representing independent pharmacies; (c) chain drug stores which manage their own warehouses (including but not limited to CVS, Eckerd, Walgreen, Rite-Aid, Wal-Mart, and HEB); (d) home health care providers (including but not limited to Coram, Evergreen, Apria, Managed Healthcare Associates, Girling, Pharmacy Factors, Homedco, Abbey Healthcare, and related companies); (e) "source," "generic course," "select" and "autosubstitution" wholesaler programs; (f) mail-order pharmacies, (g) nursing care companies, including but not limited to Omnicare; (h) cooperatives and GPOs representing nursing care or long term care providers; (i) wholesalers and distributors; (j) a customer known as Pharmaceutical Buyers Incorporated ("PBI"); and (k) any other cooperative or GPO, including but not limited to Geri-Med, RX-Med, IV-Med, HCPA, Professional Drug Systems, Purchase Connection, Amerinet, AHT Automated Health Technologies, MHA, PBI CPN-PPO Community Pharmacy Network, and Greater New York Alternate Care Purchasing Corp. a/k/a GNYHA, later known as GNYHA - Innovatix n/k/a Innovatix.

44.     Promotional Documents and public statements, announcements, disclosures, or press releases issued by You or any or Your competitors referring to or which mention, evidence or reflect the price, distribution, marketing or sale of Your Pharmaceuticals, including but not limited to any media files, marketing or advertising files.

45. All drafts or final budgets, forecasts, proposals, plans, business plans, tactics, strategic plans, strategies, sales or profit projections or goals pertaining to the sales or marketing of Your Pharmaceuticals.

46. Documents which constitute, contain, or refer to analysis, evaluation or summary of the market allocation, sales territories, distribution, marketing, pricing or selling of Your Pharmaceuticals including but not limited to Documents referring to or which mention, evidence or reflect sales volumes, product lines, profitability, competition, market share, competitive position, or sales territories.

47. Catalogues, sales materials, reports, memoranda, circulars, flyers, brochures, letters, bulletins, instructions or other Documents sent to or provided to sales personnel (including inside and outside sales staff, telemarketers, etc.), service representatives, customers, distributors or other persons which mention, evidence or reflect Your Pharmaceuticals, including, but not limited to, Documents referring to or which mention, evidence or reflect the "spread," reimbursement, cost, savings or profitability of Your Pharmaceuticals.

48. Documents reflecting or relating to communications by sales or marketing personnel, or between sales or marketing personnel pertaining to, or discussing in any way, reimbursement of Your Pharmaceuticals.

49. Documents pertaining to the sales activities of Your employees, independent contractors, or agents, including but not limited to emails, notes, reports, memoranda, "work with" reports, or other recordings which mention, evidence, reflect or describe sales calls regarding Your Pharmaceuticals.

50. Documents relating to performance evaluations and performance based bonuses, promotions, salary increases and incentives paid to sales and marketing personnel, including but not limited to the creation, administration, award or granting of any such performance based bonuses, promotions, salary increases and incentives.

51. Documents reflecting, referring to, describing or consisting of agreements, contracts and correspondence with each employee, agent, contractor, consultant, advisor, and other person or entity who sold, marketed, priced, advertised, negotiated or otherwise consulted on Your behalf or for Your benefit concerning Your Pharmaceuticals, including but not limited to compensation, salary or salary packages, wages, bonus plans, requirements, and criteria, prices or any other item of value.

52. All Documents created by You, or in Your possession, that discuss or comment on the difference (or Spread) between any Average Wholesale Price (AWP) or Wholesale Acquisition Cost (WAC) and the list or all sales price (to any purchaser) of any of Your Pharmaceuticals or any Pharmaceuticals sold by other manufacturers.

53. Documents which mention, evidence or reflect or discuss in any way the "spread" or potential profit margin to your customers on Your Pharmaceuticals or those of Your competitors.

54. Documents which discuss, study or compare the quality, profitability, or other characteristics of Your Pharmaceuticals with any therapeutically similar competitor drugs manufactured, produced, marketed, or distributed by any other company, including but not limited to any references concerning AWP or DP prices.

55. All Documents in Your possession prepared by IMS Health regarding Your Pharmaceuticals or the competitor of Your Pharmaceuticals regarding pricing, sales or market share.

56. All Documents reflecting Your portion of market sales in relation to Your competitors (market share, for instance) as to each of Your Pharmaceuticals, including but not limited to, Documentation derived from IMS Health (a/k/a IMS).

57. All Documents which discuss the relative quality, clinical attributes, or physical characteristics of Your Pharmaceuticals as compared with any therapeutically similar drug.

58. A copy of any data used by You to assess, analyze, or project market share, sales, or profits for Your Pharmaceuticals reimbursed under any Medicare "J-Code."

59. All Documents that mention, evidence or reflect any analysis or approval of any payment or proposed payment to customers in cash or in kind directly or indirectly, including but not limited to, charge backs, discounts, the Spread, rebates, free goods or services, administrative fees, sponsorship of meetings, drug studies, educational or research grants, and off-invoice pricing.

60. All Documents that mention, evidence or reflect any proposed or actual payment, in cash or in kind, directly or indirectly from You including but not limited to, chargebacks, discounts, the spread, rebates, free goods or services, administrative fees, sponsorship of meetings, sponsorship of speakers, drug studies, educational or research grants or off-invoice pricing.

61. All Documents relating to agreements, including but not limited to joint ventures, loans, leases, asset transfers, or monetary exchanges, in which the agreements include any provisions

wherein You play (or played) a role in seeking, receiving or sharing reimbursement for any of Your Pharmaceutical from any third party payor.

**CATEGORY 6: GOVERNMENT CONTACTS/LITIGATION**

62. Any complaints or Documents relating to complaints filed against You with any state and federal agencies or courts which mention, evidence or reflect pharmaceutical pricing or marketing practices related to pricing.

63. Any Documents which mention, evidence or reflect any reprimand, actions, or complaints or disciplinary actions taken against You by any agency of the state and federal government.

64. Any and all statements or responses given by You or any of Your current or former officers, directors, employees, agents, or others on behalf of You, to any federal or state governmental agency, authority or official regarding or which mention, evidence or reflect pharmaceutical pricing or marketing practices.

65. Any and all statements (whether sworn or not), deposition testimony, or other sworn testimony, given by Your or any of Your current or former officers, directors, employees, agents, or others on behalf of You regarding or which mention, evidence or reflect pharmaceutical drug pricing and/or reimbursement.

66. All documents relating to or otherwise reflecting communications between You – or any lobbyist or advocate acting on Your behalf – and the Department of Health and Human Services and all of its components (including the Office of Inspector General, and the Centers for Medicare & Medicaid Services, formerly the Health Care Financing Administration) regarding drug pricing generally or the Relevant Drugs specifically. Your production should include, but

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

/s/ Gejaa T. Gobena
Michael F. Hertz
Joyce R. Branda
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852

For the relator, Ven-A-Care of the Florida Keys, Inc.,

Dated: November 17, 2006