UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

# EXHIBIT 4



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, N.W.*
*Ninth Floor*
*Washington, DC 20004*

*Telephone: (202) 514-1511*

November 2, 2007

<u>Via Electronic & First Class Mail</u>

Jason G. Winchester
Carol P. Geisler
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, 06–CV-11337-PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456/Civil Action No. 01-12257

Dear Jason and Carol:

As you know, during our July 6, 2007 meet and confer regarding Abbott's production of Alternate Site sales force personnel files and numerous other categories of outstanding discovery, you stated that Abbott would produce by the week of July 9, 2007, a detailed list of the types of documents making up the "personnel files" of the Alternate Site sales force, and a list of the 90 field sales force personnel for whom such records would be produced. We have yet to receive either such list. You further stated that you anticipated completing Abbott's production of the sales force personnel files in the three to four week time period following our July 6, 2007 meet and confer. (*See* 7/25/07 letter from R. Ford to J. Winchester at 1).

On August 16, 2007 and October 11, 2007, Abbott produced certain Alternate Site sales force personnel files. Those productions included documents Bates labeled ABT-DOJ 0298105 - 0300380 and ABT-DOJ 0300575 - 0302521, respectively. Among the pages produced by Abbott, the Department of Justice located personnel records related to the list of individuals attached at Exhibit 1. The cover letter of your October 11, 2007 letter stated that Abbott expected to complete its production of Alternate Site sales force personnel files by October 31, 2007. (*See* 10/11/07 letter from J. Winchester to R. Brooker at 2). As of today, the United States has yet to receive Abbott's final production of this category of documents.

As you know, on May 16, 2007, Magistrate Judge Bowler ordered Abbott to produce to the United States the Alternate Site sales force documents at issue here. The United States has

-2-

been awaiting the production of these documents for many months. For these reasons, and because the discovery deadline in this case is less than 60 days away, it is imperative that Abbott produce the remaining sales force personnel files immediately. Accordingly, please provide us by close of business today, the complete list of Abbott's Alternate Site field sales force for the period 1991 - 2003, the names of the sales force for whom files have yet to be produced, the names of any Alternate Site sales force for whom Abbott will not be producing personnel files and the accompanying reasons why no production will be made, and the types of documents that should be included in the "personnel files" of the Alternate Site field sales force. In addition, please provide any remaining files by November 5, 2007, along with written confirmation that those files together with thee files listed on Exhibit 1 to this letter are: (a) the personnel files related to all of Abbott's Alternate Site field sales force from 1991 - 2003, and (b) that Abbott's production of this category of discovery has been completed.

Sincerely,

/s/

Rebecca A. Ford

Enclosures: (1)

Cc: James Breen, Esquire

| Field Sales Representative | Bates Number Range |
|---|---|
| Rayford, Aaron | 0298105-0298200 |
| Hood, Laura | 0298201-0298202 |
| Palmer, Laura | 0298203-00298206 |
| Lyjak, Ted | 0298207-0298255; 0298260-0298308 |
| Bukaty, Kelly | 0298256-0298259 |
| Holland-Mayfield, Clydie | 0298309-0298313; 0298322-0298326; 0301176-0301231 |
| Mayfield, Camille | 0298314-0298321 |
| Paulson, Deborah | 0298327-0298362 |
| Bolt, Joanna | 0298363-0298367 |
| Lozano, Paul | 0298368-0298389; 0301116-0301161 |
| Ramsey, Mike | 0298390-0298432 |
| Blackwell, Ron | 0298433-0298441; 0301352-0301382 |
| Buffington, Karen | 0298442-0298456 |
| Houston, Kelly | 0298467-0298472; 0298481-0298482 |
| Crosby, Brad | 0298483-0298498 |
| Davidson, Brian | 0298499-0298500 |
| Dawson, Cindy | 0298501-0298501 |
| Drake, Debbie | 0298510-0298561 |
| Ellis, Elena | 0298562-0298568 |
| Felgenhauer, Carol | 0298569-0298598 |
| Gilmore, Scott | 0298599-0298608; 0301168-0301175 |
| Gilmore, Shannon | 0298609-0298610; 0301162-0301167 |
| Aldy, Keith | 0298611-0298638 |
| Connell, Jen | 0298639-0298642; 0298660-0298661; 0298664-0298673 |
| Wolfe, Jennifer | 0298643-0298659 |
| Crofoot, Andrew | 0298676-0298700 |
| Anderson, Tonita | 0298701-0298702 |
| Zackowski, Dave | 0298703-0298823 |
| Genuardi, Frank | 0298824-0298851; 0301073-0301113; 0301984-0301987 |
| Lauer, Trudy | 0298852-0298861; 029868-029869 |
| Goode, Trudy (Trudy Lauer?) | 0298862-0298867 |
| Harling, Dave | 0298870-0299039 |
| Kent, Julie | 0299040-0299058 |
| Rugnetta, Julie | 0299059-0299062; 0299078-0299093; 0301304-0301309; 0301310-03 |
| Less, Julie | 0299063-0299077; 0299094-0299098; 0301293-0301303 |
| Miser, Daryl | 0299099-0299179 |
| Quinby, Shannon | 0299180-029917 |
| Young, Diana | 0299218-0299231 |
| Dahlberg, Melina | 0299232-0299233 |
| Xavier, Melissa | 0299234-0299243 |
| Sellers, Michelle | 0299244-029945; 0299256-0299257 |
| Thrawl, Michelle | 0299246-0299255 |
| Kassak, Lisa | 0299258-0299534 |
| Schindler, David | 0299535-0299560 |
| Smith, Craig | 0299561-0299679 |
| Smith, Catrina | 0299680-0299712 |
| Strassner, Matthew | 02997013-0299735 |
| Hatfield, Amanda | 0299736-0299778 |
| Buck, Matthew | 0299779-0299845 |
| McGill, Doug "John" | 0299846-0299922 |
| McGill, Craig | 299865 |

| Name | Bates Range |
|---|---|
| McNeal, Jomal | 0299923-0299945 |
| Loughman, Molly "Mary" | 0299946-0300039 |
| Kenney, Ma'at | 0300040-0300057; 0301332-0301344 |
| James, Chris | 0300058-0300180 |
| Lee-Haines, Jeani | 0300181-0300203; 0302306-0302334 |
| Jankowski, Deborah | 0300204-0300257; 0300262-0300294 |
| Spheeris, Paul | 0300258-0300261 |
| Bance-Cadichon, Matine | 0300295-0300380 |
| Moran, John "Marty" | 0300575-0300673 |
| Harsh, Harold "Frank" | 0300674-0300779 |
| Iwan-Massaro, Angeline | 0300780-0300789; 0300792-0300794; 0302335 |
| Vora, Suzy | 300790 |
| Ditty, Gerald | 300791 |
| Renick, Anne-Marie | 0300795-0300900 |
| Flournoy, Ed | 0300901-0300936 |
| Smith, Michelle | 0300937-0300951 |
| Flynn, Michael | 0300952-0300954 |
| Connors, Robert | 0300955-0300957 |
| Avila, Graviela | 0300958-0300960 |
| Zitlow, David | 0300961-0300963 |
| Pyfer, Paul | 0300964-0300965 |
| Metze, Laura | 0300966-0301000 |
| Sobo, Julia | 0301001-0301006 |
| French, Sr., Eric | 0301007-0301035 |
| Dillow, Monte | 0301036-0301072 |
| George, Tracy | 0301114-0301115 |
| Steenolsen, Scot | 0301232-0301257 |
| Szewczyk, Mark | 0301258-0301292 |
| Colon, Sam | 0302063-0302086; 0302017-0302062 |
| Beyrami, Jacquelyn | 0302086-0302103 |
| Hill, Denis | 0302104-0302123 |
| Sweeney, Edwin "Joseph" | 0302124-0302271 |
| Savage, Marva | 0302272-0302286 |
| Satterlee, Robert | 0302287-0302305 |
| Roach-Lucas, Doris | 0302336-0302363 |
| Rose, Beverly | 302348 |
| Spiers, Mark | 0302364-0302393 (Abbot procedure manual: 0302394-0301309) |
| Ridge, Jeanie | 0301345-0301349 |
| Anthony, Ma'at | 0301350-0301351 |
| Balzer, Jeff | 0301383-0301715 |
| Kelly, Dennis | 0301716-0301806 |
| Robertshaw, Dawn | 0301807-0301834 |
| Russert, John | 0301835-0301879 |
| Cannon, Rob | 0301880-0301905 |
| Coleman, Chandra | 0301906-0301938 |
| Jessup, Kaye | 0301939-0302016 |