UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

# EXHIBIT 6

From: "Ford, Rebecca (CIV)" [Rebecca.Ford@usdoj.gov]
Sent: 11/08/2007 10:19 AM EST
To: Ford, Rebecca (CIV)" <Rebecca.Ford@usdoj.gov>; Jason Winchester
Cc: Carol Geisler; Jim Breen" <jbreen@breenlaw.com>
Subject: RE: 11/2/07 Correspondence

Jason,

I understand from my conversation earlier today with Carol Geisler that it is Abbott's position that the Alternate Site field sale force personnel files that accompanied your October 11, 2007 letter completes Abbott's production of this category of documents. Please let us know if you disagree. Further, we would appreciate a response to the remainder of the e-mail below and our letter to you on this issue dated November 2, 2007.
Specifically, please confirm that the personnel files related to ALL of Abbott's Alternate Site field sales force from 1991 - 2003 have been produced to the United States.

Additionally, we request that all documents responsive to the United State's discovery requests that are located in these sales representatives'
files be produced to us no later than November 23, 2007.

Finally, your letter of October 11th also references other categories of documents to be produced to the United States by October 31st (e.g., the remaining Home Infusion Documents (initial production made on October 19, 2007), a chart of the Bates ranges of the Alternate Site 20% customers previously produced by Abbott, and an updated privilege log (which you stated "Abbott [would] endeavor to provide . . . by October 26, 2007")). To our knowledge, we have yet to receive these documents

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov