UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) |
| | )<br> |
| **THIS DOCUMENT RELATES TO:** | )<br>) |
| | )<br> |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | )<br>)<br>)<br>)<br>) |

MDL No. 1456
Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

Magistrate Judge Marianne B. Bowler

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS**

# EXHIBIT 8

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeislerr@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

April 1, 2008

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing a CD bates labeled ABT-DOJ-E 0612744-0612858.  The CD contains responsive e-mails that Abbott obtained by searching live e-mail files of those current Abbott employees that have been deposed in this matter as discussed during the deposition of Alexandra Buck.  Abbott is continuing to search for electronic documents and e-mails as discussed during Ms. Buck's deposition and will produce any responsive documents on a rolling basis.  Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1641232v1

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466                              April 25, 2008                    CONFIDENTIAL
080024-024348

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

   Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.*
         Case No. 06-CV-11337

Dear Renee,

   Below is a list of documents that Abbott is producing in the above referenced litigation
today:

   • Hardcopy documents bates labeled ABT-DOJ 0398325 – 0404201 and ABT-DOJ
     0422368 – 0423214.  These boxes contain compliance related documents,
     certificate of search forms from Abbott's former Alternate Site sales force
     members, contracts between Abbott and the Veteran's Administration and
     Abbott's Federal Supply Schedule contract;

   • One CD containing documents bates labeled ABT-DOJ 0404202 – 0422367.
     These documents include Abbott's communications with the federal government
     regarding Federal Supply Schedule pricing;

   • One CD bates labeled ABT-DOJ 0423215 containing electronic documents,
     including analyses of IMS data and a spreadsheet containing compensation
     histories relating to Abbott's former Alternate Site sales representatives; and,

   • Six DVDs bates labeled ABT-DOJ-E 0612859 – 1041589 containing electronic
     emails collected from Hospira's share drive.  Abbott is continuing to process
     additional electronic documents as Jason informed you yesterday and will
     produce any responsive documents identified as part of this review on a rolling
     basis.  The 6 DVDs will be sent in a separate package directly from Abbott's
     vendor.

   As requested by Becky Ford, all of these documents were sent directly to your vendor:

CHI-1645524v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

2

**JONES DAY**

Renee Brooker
April 25, 2008
Page 2

       Melody Smith
       Lockheed Martin
       1025 Vermont Ave. NW, Suite 400
       Washington D.C. 20005

We are also enclosing with this letter a copy of Abbott's Second Amended Privilege Log.

Please let me know if you have any questions.

               Sincerely,

               *Carol P. Geisler*

               Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

3

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

May 5, 2008

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:     *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
        Case No. 06-CV-11337

Dear Renee,

With this letter I am enclosing 3 CDs bates labeled ABT-DOJ-E 0607173-0611539, ABT-DOJ-E 0611540-0612743 and ABT-DOJ-E 1041590-1073462 along with paper documents bates labeled ABT-DOJ 0395588-0395618.

The CDs contains responsive e-mails that Abbott obtained by searching live e-mail files of those current Hospira employees that have been deposed in this matter as discussed during the deposition of Alexandra Buck. Abbott is continuing its review of electronic documents and will produce any responsive document on a rolling basis. Please let me know if you have any questions. The paper documents include responsive documents from the personnel files of Melissa Clark and Charlotte Terhune.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

CHI-1646960v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

4

## JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeislerr@jonesday.com

JP003466
080024-024348

May 9, 2008

**CONFIDENTIAL**

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

With this letter I am enclosing the following:

- Two CDs bates labeled ABT-DOJ-E 1168173-1181594.  These CDs contain live email files for those current Hospira employees that have been deposed in this matter as discussed during the deposition of Alexandra Buck.

- Two CDs bates labeled ABT-DOJ-E 0606994-0607172 and ABT-DOJ-E 1181595-1182205.  These CDs also contain live email files but contain some redacted material.

- Abbott's Third Amended Privilege log.  The redacted emails described above have been logged on the Third Amended Privilege Log and are marked [REDACT].

Abbott is continuing its review of electronic documents and will produce any responsive document on a rolling basis.  Please let me know if you have any questions.

CHI-1647850v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

5

JONES DAY

Renee Brooker
May 9, 2008
Page 2

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 12, 2008

**CONFIDENTIAL**

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

  Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing two CDs bates labeled ABT-DOJ-E 1182206 – 1341057.
These CDs contain responsive electronic documents from Hospira as described in the deposition
of Alexandra Buck.

    Please let me know if you have any questions.

                    Sincerely,

                    *Carol P. Geisler*

                    Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1648073v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

7

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 13, 2008

CONFIDENTIAL

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
       Case No. 06-CV-11337

Dear Renee,

   With this letter I am enclosing a CDs bates labeled ABT-DOJ-E 1351058 – 1473059.
This CD contains responsive electronic documents from Hospira as described in the deposition
of Alexandra Buck.

   Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

CHI-1648454v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

8

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeislerr@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

May 14, 2008

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing a CD bates labeled ABT-DOJ-E 1473060 – 1558404. This CD contains responsive electronic documents from Hospira as described in the deposition of Alexandra Buck.

    Additionally, I am enclosing a second CD containing some replacement load files.  This CD contains a replacement LFP file for volume 47 and replacement DAT files for volumes 50 and 51.  The previous LFP file was missing some lines for a few of the images and the DAT files were missing some author information.

    Please let me know if you have any questions.

— Sincerely,

Carol P. Geisler

Carol P. Geisler

Enclosures

cc:   Jason G. Winchester

CHI-1648728v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

9

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeislerr@jonesday.com

JP003466
080024-024348

May 15, 2008

**CONFIDENTIAL**

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
       Case No. 06-CV-11337

Dear Renee,

       With this letter I am enclosing a CD bates labeled ABT-DOJ-E 1558405 – 1584928.
This CD contains responsive electronic documents from Hospira as described in the deposition
of Alexandra Buck.

       Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

CHI-1649013v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 21, 2008

**CONFIDENTIAL**

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
       Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing CDs bates labeled ABT-DOJ-E 1584929 – 1675024.  The CDs contain responsive electronic documents from Hospira as described in the deposition of Alexandra Buck.  Because all of the data could not be placed on one CD, the second CD contains the native documents.

    Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

CHI-1649993v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

*11*

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

May 22, 2008

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing CDs bates labeled ABT-DOJ-E 1675025 – 1816207.  The CDs contain responsive electronic documents from Hospira as described in the deposition of Alexandra Buck.

    Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1650332v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

12

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60501-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

May 23, 2008

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
       Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing a CD bates labeled ABT-DOJ 0423259 which contains compensation information for the remaining members of Abbott's former HPD Alternate Site Sales Force.  I am also including paper documents bates labeled ABT-DOJ 0423216 - 0423221 and ABT-DOJ 0423260 which are signed certificates of search for members of the current Hospira Alternate Site Sales Force.

    Please let me know if you have any questions.

                                        Sincerely,

                                        *Carol P. Geisler*

                                        Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1650587v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

/3

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

**CONFIDENTIAL**

JP003466
080024-024348

May 23, 2008

<u>VIA UPS</u>

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re: *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
Case No. 06-CV-11337

Dear Renee,

With this letter I am enclosing four CDs bates labeled ABT-DOJ-E 1816208 -1889232;
ABT-DOJ-E 1889233 - 1963287; ABT-DOJ-E 1963288 - 2054471; and ABT-DOJ-E 2054472 -
2115911. The CDs contain responsive electronic documents from Hospira as described in the
deposition of Alexandra Buck.

Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1650585v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

14

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 23, 2008

CONFIDENTIAL

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
       Case No. 06-CV-11337

Dear Renee,

With this letter I am enclosing 6 CDs bates labeled ABT-DOJ-E 2115912 – 2474719.
The CDs contain responsive electronic documents from Hospira as described in the deposition of
Alexandra Buck.  I am also enclosing a seventh CD bates labeled ABT-DOJ-E 2474720 –
2474795 which contains redacted images.  These redacted emails were included on Abbott's
Fourth Amended Privilege Log that was sent to you via email on May 19, 2008.

Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosure

cc:    Jason G. Winchester

CHI-1650629v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

15

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

CONFIDENTIAL

JP003466
080024-024348

May 27, 2008

VIA UPS

Renee Brooker
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
601 D. Street, NW
Ninth Floor - Room 9028
Washington, D.C. 20004

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*
      Case No. 06-CV-11337

Dear Renee,

    With this letter I am enclosing 6 CDs bates labeled ABT-DOJ-E 2474796 – 2821420.
The CDs contain responsive electronic documents from Hospira as described in the deposition of
Alexandra Buck. This is the final production from the Hospira share drive.

    Please let me know if you have any questions.

                                        Sincerely,

                                        *Carol P. Geisler*

                                        Carol P. Geisler

Enclosure

cc:   Jason G. Winchester

CHI-1650899v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUMBAI • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

16

# JONES DAY

77 WEST WACKER

CHICAGO, ILLINOIS 60601-1692

TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

May 30, 2008

<u>VIA UPS</u>

Mark A. Lavine
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL   33131

Re:    <u>United States of America v. Abbott Labs</u>

Dear Mark:

I am enclosing a hard drive bates labeled ABT-DOJ 0423261 containing the files you've requested from the former CHIP system.

Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosures

cc:    Jason G. Winchester, Esq.

CHI-1651472v1

ATLANTA • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK
MILAN • MUMBAI* • MUNICH • NEW DELHI* • NEW YORK • PARIS • PITTSBURGH • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON
*ASSOCIATE FIRM

17

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number: (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

June 13, 2008

## VIA FEDERAL EXPRESS

Rebecca A. Ford
Assistant Attorney General's Office
Civil Division
Commercial Litigation Branch
601 D Street, NW
Room 9133
Washington, D.C. 20004

Re:    United States of America v. Abbott Labs

Dear Becky:

Enclosed are responsive documents that Jomal McNeal located at his residence in Chicago after his deposition on March 26, 2008. The documents bear the control numbers ABT-DOJ 0423262-0423359.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosures

cc: Jeremy Cole

CHI-1654439v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

18

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

Direct Number:  (312) 269-4174
cgeisler@jonesday.com

JP003466
080024-024348

June 13, 2008

VIA UPS

Mark A. Lavine
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL   33131

Re:   United States of America v. Abbott Labs

Dear Mark:

On May 30, 2008, Abbott produced a harddrive bates labeled ABT-DOJ 0423261 containing the files you requested from the former Home Infusion system called CHIP.  At the time of this production there were some files on the back-up tapes that could not be read.

Subsequently, Abbott, through its vendor, took additional steps to attempt to gather these unreadable files.  This attempt has been somewhat successful and has yielded additional data from the files you requested.  That data has been placed on the enclosed drive bates labeled ABT-DOJ 0423360.

Please let me know if you have any questions.

Sincerely,

*Carol P. Geisler*

Carol P. Geisler

Enclosures

cc:   Jason G. Winchester, Esq.

CHI-1654346v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

19