UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

# EXHIBIT 10

**From:** Ford, Rebecca (CIV)
**Sent:** Monday, January 28, 2008 5:27 PM
**To:** Brian J Murray
**Cc:** Gobena, Gejaa (CIV); Brooker, Renee (CIV)
**Subject:** Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps

Mr. Murray,

Page 6 of Abbott's Opposition states with respect to the working files of former Abbott sales representatives, "[E]mployees whose searches did not produce relevant information have signed verifications to that effect, many of which have already been produced to the government; the remaining verifications will be forthcoming shortly. (Ex. H. Verifications.)"

Please let us know to whom such verifications were provided, by what means they were produced, and the date of any such productions. To our knowledge, we have yet to receive any such verifications. Your timely response to this request is appreciated.

Thank you,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov