UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS <u>DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS</u>**

# EXHIBIT 11

**From:** Jason G. Winchester [jgwinchester@JonesDay.com]
**Sent:** Friday, February 01, 2008 6:53 PM
**To:** Ford, Rebecca (CIV)
**Subject:** Re: Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps

That statement in the brief was incorrect. The person who wrote the brief misunderstood the status of service of the certifications.
------------
Jason G. Winchester
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
312.782.3939 (phone)
312.782.8585 (fax)
------------------
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
------------------

----- Original Message -----
From: "Ford, Rebecca (CIV)" [Rebecca.Ford@usdoj.gov]
Sent: 02/01/2008 06:49 PM EST
To: Jason Winchester
Subject: RE: Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps


Jason,

Abbott's response brief stated that, as of the date of the filing of your response, many of the verifications hade already been produced to the government.  Is that true?  If so, can you please let me know when and to whom?  We do not have any record of receiving any verifications until the response was filed.

Also, it is my understanding that Judge Bowler ordered Abbott to prepare a chart related to the personnel and working files of all sales reps, not just the 39 sales reps for whom DOJ requested depositions of on 11/20/07.

Thanks,

Becky Ford


-----Original Message-----
From: Jason G. Winchester [mailto:jgwinchester@JonesDay.com]
Sent: Friday, February 01, 2008 6:35 PM
To: Brian J Murray
Cc: Gobena, Gejaa (CIV); Ford, Rebecca (CIV); Brooker, Renee (CIV); Carol Geisler
Subject: Re: Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps

Becky -

Sorry to be delayed in getting back to you about these certifications, but I have been traveling. It is my understanding that we have several of these certifications to produce to you. We will try to get them out tonight, but that may not be possible, so it may be first thing next week. If we get any additional certifications, we will produce them on a rolling basis.

Per Judge Bowler's order yesterday, we will also get to work on preparing a chart for you showing the status of personnel files and working files for the 39 field sales persons at issue. Have a nice weekend. JGW


Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
312.269.4373 (Direct)
312.782.8585 (Facsimile)


| | | |
|---|---|---|
| Brian J Murray/JonesDay<br><br>01/28/2008 08:01 PM | To | "Ford, Rebecca A." <Rebecca.Ford@usdoj.gov> |
| | cc | "Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>, "Winchester, Jason" <jgwinchester@jonesday.com> |
| | Subject | Re: Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps |


Becky - I'm currently out of the office. Jason Winchester is likely better able to respond to this, and I am forwarding to him this message. Thanks very much, and have a pleasant evening.
bjm

---

Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601-1692
Tel: (312) 269-1570
Fax: (312) 782-8585
bjmurray@jonesday.com

9/5/2008

```
--------------------
```
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
```
--------------------
```

----- Original Message -----
From: "Ford, Rebecca (CIV)" [Rebecca.Ford@usdoj.gov]
Sent: 01/28/2008 05:27 PM EST
To: Brian Murray
Cc: Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov>; Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>
Subject: Abbott's Oppostion to the U.S.'s Motion to Coempl re Sales Reps

Mr. Murray,

Page 6 of Abbott's Opposition states with respect to the working files of former Abbott sales representatives, "[E]mployees whose searches did not produce relevant information have signed verifications to that effect, many of which have already been produced to the government; the remaining verifications will be forthcoming shortly. (Ex. H. Verifications.)"

Please let us know to whom such verifications were provided, by what means they were produced, and the date of any such productions. To our knowledge, we have yet to receive any such verifications. Your timely response to this request is appreciated.

Thank you,

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov


==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========

9/5/2008