UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS**

# EXHIBIT 12



**U.S. Department of Justice**

Civil Division
Commercial Litigation Branch
Fraud Section

*601 D Street, N.W.*                                              *Telephone:  (202) 514-1511*
*Ninth Floor*
*Washington, DC  20004*

June 18, 2008

*Via Electronic Mail*

Mr. Jason G. Winchester
Ms. Tina M. Tabacchi
Ms. Carol Geisler
Jones Day
77 West Wacker Drive
Chicago, Illinois  60601-1692

Re:     *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* 06–CV-
        11337-PBS, *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL
        No. 1456/Civil Action No. 01-12257

Dear Counsel:

        I write in response to Abbott's May 23, 2008, April 25, 2008, March 13, 2008 and
February 1, 2008 productions of Certificates of Search executed by certain members of Abbott's
former Alternate Site sales force.

        First, the Certificates of Search executed by the following sales force members fail to
indicate whether the sales force members possess responsive documents:  James T. Jones (*see*
Jones Certificate of Search dated May 13, 2008), Eric French, Sr. (*see* French Certificate of
Search dated April 22, 2008), and Doug Harris (*see* Harris Certificate of Search dated April 25,
2008).  Please produce executed Certificates of Search for these individuals in which either the
"I DO NOT Possess Responsive Documents" or the  "I DO Possess Responsive Documents" box
has been selected and certified to by the employee.

        Second, on the following Certificates of Search, the sales force members indicated that
they possess responsive documents:  Kaye Jessup (*see* Jessup January 2008 Certificate of
Search), Jeff Balzer (*see* Balzer Certificate of Search dated April 24, 2008), Paige Burns (*see*

-2-

Burns Certificate of Search dated February 14, 2008), Eliza Rosado (*see* Rosado Certificate of Search dated February 13, 2008), Doug McGill (*see* McGill Certificate of Search dated December 13, 2007), and Jeanni Haines (*see* Haines Certificate of Search dated January 8, 2008).  Please inform us whether the responsive documents identified by these sales force members have been produced to the United States.  If such documents have been produced, please identify the date and the Bates range of the production and from which employee the documents originated.  If Abbott has not produced the documents, please provide an explanation for the withheld production.

Finally, please let us know whether Abbott has produced Certificates of Search for each member of the former Alternate Site sales force who remains an Abbott or Hospira employee.  For any such current Abbott or Hospira employee for whom a Certificate of Search has not been produced, please explain the failure to produce a Certificate of Search and inform us whether (and if so, when) Abbott will complete its production.

Sincerely,

Rebecca A. Ford

Cc:        James Breen, Esquire