UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REQUIRE DEFENDANT ABBOTT LABORATORIES, INC. TO COMPLY WITH ITS DISCOVERY OBLIGATIONS AND RELATED COURT ORDERS**

# EXHIBIT 18

ALTERNATE SITE SALES FORCE

UPDATED AS OF JULY 8, 2008

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Alberti, Mary A. | Located but no responsive documents | Former Employee* |
| Aldy, Gary Keith | Produced | Former Employee* |
| Anders, Krista L. | Located but no responsive documents | Former Employee* |
| Anderson, Tonita F. | Produced | Current Hospira, collection on-going** |
| Austin-Marley, Kimberly D. | Cannot locate file | Former Employee* |
| Avila, Graciela | Produced | Former Employee* |
| Balzer, Jeffrey F. | Produced | Current Hospira, completed |
| Beck, Michael G. | Produced | Current Hospira, completed |
| Beyrami, Jacquelyn R. | Produced | Former Employee* |
| Bishop, Kenneth A. | Located but no responsive documents | Former Employee* |
| Blackwell, Ronald L. | Produced | Former Employee* |
| Blakley, G. Lance | Located but no responsive documents | Former Employee* |
| Blooston, James A. | Located but no responsive documents | Former Employee* |
| Bobnar, Sharon D. | Located but no responsive documents | Former Employee* |
| Bolt, Joanna M. | Located but no responsive documents | Former Employee* |
| Boxer, Howard A. | Cannot locate file | Former Employee* |
| Buck, Matthew E. | Produced | Terminated from Abbott on 5/1/04, completed |
| Buffington, Karen | Produced | Terminated from Abbott on 5/1/04, completed |
| Bukaty, Kelly R. | Produced | Former Employee* |

\* Former employees, who no longer work for Abbott or Hospira, are outside Abbott's possession, custody or control. The practice at Abbott throughout the time period 1991-2003 was for a field sales representative who left the company to transfer working files to his or her replacement in the territory. Thus, the most likely available source for working files of these former employees is with the current field sales force of Hospira. Abbott requested relevant documents from the current Hospira Alt Site field sales force (44 people). Thus far, 17 of those people have executed confirmations stating that they have no responsive documents, and those confirmations have been produced to DOJ. Abbott is following up with the remaining 27 people.

\*\* Ms. Anderston is on family medical leave. We will consult with her upon her return.

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Cadichon-Bance, Martine | Produced | Current Hospira, completed |
| Cannon, Robert E. | Produced | Former Employee* |
| Cardozo, Jeffrey L. | Located but no responsive documents | Former Employee* |
| Carey, Amy M. | Located but no responsive documents | Former Employee* |
| Casey, Christopher R. | Located but no responsive documents | Former Employee* |
| Clark, Melissa | Produced | Current Abbott, completed |
| Coffin, Bruce E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Coleman, Chandra D. | Produced | Former Employee* |
| Collins, Thomas J. | Located but no responsive documents | Former Employee* |
| Colon, Samuel E. | Produced | Former Employee* |
| Colon, Wilfredo | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Connell-Wolf, Jennifer L. | Produced | Terminated from Abbott 5/1/04, completed |
| Connors, Robert W. | Produced | Former Employee* |
| Cooper-Siegel, Crystal E. | Cannot locate file | Former Employee* |
| Crofoot, Andrew B. | Produced | Deceased / Former Employee* |
| Crosby, Ngoc | Produced | Terminated from Abbott 5/1/04, completed |
| Dagle, Francis L. | Located but no responsive documents | Former Employee* |
| Davidson, Brian H. | Produced | Terminated from Abbott 5/1/04, completed |
| Dawson, Cynthia A. | Produced | Current Hospira, completed |
| Dillow, Monte R. | Produced | Current Abbott, completed |
| Drake, Deborah L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Edwards, Ethel L. | Located but no responsive documents | Former Employee* |
| Ellis, Elena M. | Produced | Terminated from Abbott 5/1/04, completed |
| Felgenhauer, Carol W. | Produced | Terminated from Abbott 5/1/04, completed |
| Finkel, Christine A. | Cannot locate file | Former Employee* |
| Flournoy, J. Edward | Produced | Deceased / Former Employee* |
| Flynn, Michael K. | Produced | Former Employee* |
| French, Eric T. | Produced | Current Abbott, completed |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Gardner, William C. | Located but no responsive documents | Former Employee* |
| Genuardi, Frank P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Gilmore-Scott, Shannon | Produced | Terminated from Abbott 5/1/04, completed |
| Givens, Kenya | Located but no responsive documents | Former Employee* |
| Glover, Thomas Scott | Located but no responsive documents | Former Employee* |
| Godfrey, Mark W. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Goode-Lauer, Trudy A. | Produced | Current Hospira, completed |
| Gray, Janet | Cannot locate file | Former Employee* |
| Greenwood, Phillip L. | Located but no responsive documents | Former Employee* |
| Greif, Brian J. | Located but no responsive documents | Former Employee* |
| Guzik, Ronald J. | Located but no responsive documents | Former Employee* |
| Haines-Lee, Jeani M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Harling, David W. | Produced | Former Employee* |
| Harsh, Harold Francis | Produced | Current Hospira, completed |
| Hatfield, Amanda C. | Produced | Terminated from Abbott 5/1/04, completed |
| Hauschild, James L. | Located but no responsive documents | Former Employee* |
| Haygood, Julie E. | Located but no responsive documents | Former Employee* |
| Heinrich, Laura G. | Located but no responsive documents | Former Employee* |
| Hill, Denis O. | Produced | Former Employee* |
| Hubka, Alison N. | Located but no responsive documents | Former Employee* |
| Ironside, John S. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| James, Christopher W. | Produced | Current, Hospira, employee has confirmed no responsive documents |
| Jankowski-Johnson, Deborah L. | Produced | Former Employee* |
| Jansen, Meg E. | Produced | Terminated from Abbott 5/1/04, completed |
| Jessup, Kaye | Produced | Current Hospira, completed |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Kelly, Dennis P. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Kenney, Ma'at K. | Produced | Terminated from Abbott 5/1/04, completed |
| Kent, Julie E. | Produced | Terminated from Abbott 5/1/04 completed |
| Kim, Michelle | Located but no responsive documents | Former Employee* |
| Kummings, Melissa J. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Less-Rugnetta, Julie A. | Produced | Former Employee* |
| Lloyd-Jones, Edward G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Lotz, William Greg | Located but no responsive documents | Former Employee* |
| Loughman, Mary M. | Produced | Current Hospira, completed |
| Love, Cornelius | Located but no responsive documents | Former Employee* |
| Lowe-Astori, Janet | Produced | Terminated from Abbott 5/1/04, completed |
| Lozano, Paul S. | Produced | Current Hospira, |
| Lundy, Jeffrey P. | Located but no responsive documents | Former Employee* |
| Lyjak, Ted D. | Produced | Current Abbott, completed |
| Mann, Sherry L. | Located but no responsive documents | Former Employee* |
| Marks, Pamela A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Martinez, Jason A. | Located but no responsive documents | Former Employee* |
| Massaro-Iwan, Angeline C. | Produced | Former Employee* |
| May, Sherry L. | Located but no responsive documents | Former Employee* |
| Mayfield, Clydie G. | Produced | Current Hospira, employee has confirmed no responsive documents |
| McCaffrey, Timothy M. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| McCrary, Martin S. | Located but no responsive documents | Former Employee* |
| McGill, John Douglas | Produced | Current Hospira, employee has confirmed no responsive documents |
| McGuckin-George, Tracy | Located but no responsive documents | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| McNeal, Jomal L. | Produced | Current Hospira, completed |
| McReynolds, James S. | Located but no responsive documents | Former Employee* |
| Mentze, Laura D. | Produced | Current Hospira, completed |
| Miller, John "Jack" | Located but no responsive documents | Former Employee* |
| Miser, Daryl E. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Mitchell, John E. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Moore, Scott A. | Produced | Former Employee* |
| Moran, John Martin "Marty" | Produced | Current Hospira, completed |
| Murphy, Christopher | Located but no responsive documents | Former Employee* |
| Nachamkin, Sharon C. | Cannot locate file | Former Employee* |
| Naylor, Glen G. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Nelson, Greg A. | Destroyed - Employee left company in or before 1992 | Former Employee* |
| Palmer, Laura M. | Produced | Terminated from Abbott 5/1/04, completed |
| Paulson, Deborah J. | Produced | Former Employee* |
| Poljak, Sasha | Located but no responsive documents | Former Employee* |
| Pyfer, Paul A. | Produced | Former Employee* |
| Quinby-Baggen, Shannon | Produced | Current Hospira, completed |
| Ramsey, Michael L. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Rayford, Aaron | Produced | Current Hospira, employee has confirmed no responsive documents |
| Renick, Anna Marie | Produced | Former Employee* |
| Reynolds, Roger R. | Located but no responsive documents | Former Employee* |
| Ridge, Jean M. | Located but no responsive documents | Former Employee* |
| Roach-Lucas, Doris | Produced | Current Hospira, employee has confirmed no responsive documents |
| Robertshaw, Dawn | Produced | Current Hospira, completed |

| Name | Status of Personnel File | Status of Personal/Working File |
|---|---|---|
| Robertson, Michael C. | Located but no responsive documents | Former Employee* |
| Russert, John D. | Produced | Current Hospira, completed |
| Satterlee, Robert T. | Produced | Terminated from Abbott 5/1/04, completed |
| Sattin, Tiffany | Located but no responsive documents | Former Employee* |
| Savage, Marva J. | Produced | Terminated from Abbott 5/1/04, completed |
| Schindler, David M. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Siemer, William S. | Located but no responsive documents | Former Employee* |
| Sims, John K. | Located but no responsive documents | Former Employee* |
| Smith, Catrina R. | Produced | Current Hospira, collection on-going |
| Smith, Craig D. | Produced | Current Hospira, collection on-going |
| Smith, Michelle I. | Produced | Former Employee* |
| Spiers, Mark J. | Produced | Terminated from Abbott 5/1/04, completed |
| Stark, Richard A. | Located but no responsive documents | Former Employee* |
| Steenolsen, Scot | Produced | Former Employee* |
| Stewart, Antoinette | Located but no responsive documents | Former Employee* |
| Strasburg, Pete C. | Located but no responsive documents | Former Employee* |
| Strassner, Matthew A. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Studdard, Shawn M. | Located but no responsive documents | Former Employee* |
| Sweeney, Edwin Joseph "Joe" Jr. | Produced | Former Employee* |
| Szewczyk, Mark D. | Produced | Former Employee* |
| Taty-Montoya, Karen A. | Cannot locate file | Terminated from Abbott 5/1/04, completed |
| Tedeschi, John E. | Located but no responsive documents | Former Employee* |
| Terhune, Charlotte | Located, responsive documents to be produced | Former Employee* |
| Theriot-Sobo, Julia | Produced | Former Employee* |
| Thiel, Margo L. | Cannot locate file | Former Employee* |
| Thrawl-Sellers, Michelle L. | Produced | Terminated from Abbott 5/1/04, completed |
| Tiffany, Patrick F. | Destroyed - Employee left company in or before 1992 | Former Employee* |

| Name | Status of Personnel File | Status of Personal/Working File |
| --- | --- | --- |
| Valdez, Ricardo B. | Located but no responsive documents | Former Employee* |
| Weiss-Kassak, Lisa | Produced | Current Hospira, employee has confirmed no responsive documents |
| Xavier, Melissa K. | Produced | Terminated from Abbott 5/1/04, completed |
| Young, Diana L. | Produced | Former Employee* |
| Zackowski, David J. | Produced | Current Hospira, employee has confirmed no responsive documents |
| Zitlow, David P. | Produced | Former Employee* |