UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc. et al.*,<br>Case No. CV-2-00260 *(Nevada I)*<br><br>*State of Nevada v. Bayer Corporation, et al.*,<br>Case No. CV-02-00260-ECR *(Nevada I)* | CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ABBOTT, BAXTER, BAYER AND PHARMACIA

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by the undersigned counsel for the parties that the above-captioned actions are dismissed in their entirety and with prejudice as to the defendants Abbott Laboratories and Abbott Laboratories, Inc. (together, "Abbott"); Baxter Healthcare Corporation and Baxter International Inc. (together, "Baxter"); Bayer Corporation ("Bayer"); and Pharmacia Corporation and Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.) (together, "Pharmacia"). Undersigned counsel respectfully present the following stipulation and proposed order voluntarily dismissing all claims against Abbott, Baxter, Bayer and Pharmacia in the above-captioned action with prejudice pursuant to a settlement agreement. The State of Nevada and Abbott, Baxter, Bayer and Pharmacia state further:

WHEREAS, both of the above-titled actions are currently pending before this Court as part of the *Nevada I* case, although the complaint against Bayer is captioned differently than the complaint against the remaining *Nevada I* defendants. The reason the captions are different is as

- 1 -

follows: On January 17, 2002, the State filed *State of Nevada v. Abbott Labs., Inc., et al.* ("*Nevada I*") – naming Bayer Corporation as a defendant – in the Second Judicial District Court for the County of Washoe of the State of Nevada. The Washoe County District Court assigned the case number CV-02-00260. On November 3, 2003, Nevada filed a First Amended Complaint in *Nevada I*, but did not name Bayer as a defendant. Two days later, on November 5, 2003, the Washoe County District Court entered a joint stipulation and order of dismissal of all claims against Bayer without prejudice to the State's re-filing after 30 days. On February 27, 2004, the State of Nevada filed a complaint entitled Amended Complaint Against Defendant Bayer Corporation ("Amended Complaint against Bayer") raising essentially the same claims as the *Nevada I* action. The State of Nevada captioned the Amended Complaint against Bayer *State of Nevada v. Bayer Corporation, and Does 1 through 100*, and used the same case number as *Nevada I* action, CV-02-00260. From this point forward, the parties have treated *State of Nevada v. Bayer Corporation, et al.* as part of the larger *Nevada I* action bearing the same case number without captioning their pleadings to refer to the separate complaint against Bayer;

WHEREAS, on October 11, 2006, Dey, Inc. removed *Nevada I* to the United States District Court for the District of Nevada. *See* Dkt. No. 1, Case No. 3:06-cv-00539 (D. Nev.). On the same day, Bayer filed its notice of consent to Dey's removal. *See* Dkt. No. 2, Case No. 3:06-cv-00539 (D. Nev.). On November 13, 2006, the State filed a motion to remand *Nevada I* to the Washoe County District Court. *See* Dkt. No. 9, Case No. 3:06-cv-00539 (D. Nev.). Before the Nevada District Court ruled on the State's motion to remand, the case was transferred to this Court and consolidated with MDL 1456, No. 1:01-cv-12257. *See* Dkt. No. 17, Case No. 1:06-cv-12162 (D. Mass.). On February 15, 2007, prior to a ruling on the motion, the State of Nevada filed a Notice of Withdrawal of Motion to Remand *Nevada I*. *See* Dkt. No. 3797, Case No. 1:01-

cv-12257 (D. Mass.). Consequently, both *State of Nevada v. Abbott Labs., Inc. et al.*, Case No. CV-2-00260 and *State of Nevada v. Bayer Corporation, et al.*, Case No. CV-02-00260 – which, together, comprise *Nevada I* – remain pending before this Court; and

WHEREAS, a case captioned *State of Nevada v. American Home Products, et al., (Nevada II)* was also filed by the State of Nevada and consolidated in this MDL and later transferred by the Court to its federal court of origin on September 12, 2007. *See* Dkt. No. 4708. *Nevada II* is not currently pending before this court and is not the subject of the Stipulation and Proposed Order of Dismissal;

WHEREAS, the undersigned counsel representing the State warrants to defendants and to the Court that it is authorized to execute this stipulation of dismissal on behalf of the State, and each undersigned counsel of record for Abbott, Baxter, Bayer and Pharmacia warrants to the State and to the Court that it is authorized to execute this stipulation of dismissal on behalf of the defendant(s) it represents.

THEREFORE, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the State of Nevada respectfully requests that the Court dismiss all claims against these entities in the above-titled action with prejudice.

Respectfully Submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | ABBOTT LABORATORIES and ABBOTT LABORATORIES, INC. |
|---|---|
| By: _25 September '08_ <br> Date: _/s/_ <br> Steve W. Berman <br> Jeniphr Breckenridge <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Fifth Avenue, Suite 2900 <br> Seattle, Washington 98101 <br> (206) 623-7292 | By: _/s/_ <br> Date: _9-18-08_ <br> Tina M. Tabacchi <br> Brian J. Murray <br> JONES DAY <br> 77 West Wacker Drive, Suite 3500 <br> Chicago, IL 60601-1692 |

| | |
|---|---|
| Attorneys for Plaintiff<br>State of Nevada | Counsel for Abbott Laboratories and<br>Abbott Laboratories, Inc. |
| BAXTER HEALTHCARE CORPORATION<br>and BAXTER INTERNATIONAL, INC. | BAYER CORPORATION |

By: /s/ *[signature]*

Date: 9/18/08

Peter W. Morgan
Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Counsel for Baxter Healthcare Corporation and
Baxter International, Inc.

PHARMACIA CORPORATION,
  (f/k/a Pharmacia & Upjohn, Inc.)
PHARMACIA & UPJOHN COMPANY LLC


By: _____

Date: _____

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

Counsel for Pharmacia Corporation,
Pharmacia & Upjohn Company LLC

By: _____

Date: _____

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Counsel for Bayer Corporation


IT IS on this day of _____, of 2008 **SO ORDERED.**

_____
Hon. Patti B. Saris, U.S.D.J.

- 4 -


BAXTER HEALTHCARE CORPORATION
and BAXTER INTERNATIONAL, INC.

By: _____

Date: _____

Peter W. Morgan
Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Counsel for Baxter Healthcare Corporation and
Baxter International, Inc.

BAYER CORPORATION

By: _____

Date: _____

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Counsel for Bayer Corporation

PHARMACIA CORPORATION,
 (f/k/a Pharmacia & Upjohn, Inc.)
PHARMACIA & UPJOHN COMPANY LLC

By: _/s/_____

Date: 9/22/08

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

Counsel for Pharmacia Corporation,
Pharmacia & Upjohn Company LLC

IT IS on this day of _____, of 2008 **SO ORDERED**.

_____
Hon. Patti B. Saris, U.S.D.J.

- 4 -

DHI554-13 262281 V1

CHI 4406383v.1

| | |
|---|---|
| Attorneys for Plaintiff<br>State of Nevada | Counsel for Abbott Laboratories and<br>Abbott Laboratories, Inc. |

BAXTER HEALTHCARE CORPORATION
and BAXTER INTERNATIONAL, INC.

BAYER CORPORATION

By: _____

By: _/s/_____

Date: _____

Date: __Sept 22 2008__

Peter W. Morgan
Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Counsel for Baxter Healthcare Corporation and
Baxter International, Inc.

Counsel for Bayer Corporation

PHARMACIA CORPORATION,
 (f/k/a Pharmacia & Upjohn, Inc.)
PHARMACIA & UPJOHN COMPANY LLC

By: _____

Date: _____

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

Counsel for Pharmacia Corporation,
Pharmacia & Upjohn Company LLC

IT IS on this day of _____, of 2008 **SO ORDERED.**

---

Hon. Patti B. Saris, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 25, 2008.

By    /s/ Jeniphr Breckenridge
      Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292