UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) | |

**UNITED STATES' NOTICE OF FILING OF FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, the plaintiff United States of America, through its undersigned counsel, today files, pursuant to Fed. R. Civ. P. 15(a), its First Amended Complaint in the above-captioned action. The First Amended Complaint amends paragraphs 29 and 33 to include references to seven additional National Drug Codes ("NDCs") and eleven additional Healthcare Common Procedure Coding System (HCPCS) codes. The additional NDC codes relate to enhanced packaging of drug products that are alleged in the original United States' Complaint. The additional eleven HCPCS codes were used at one time or another by the Department of Health and Human Services for purposes of Medicare reimbursement for the alleged drugs.

Under Fed. R. Civ. P. 15(a)(2), a party may amend a pleading as of right by written consent of the adverse party. The defendants Dey, Inc., Dey L.P., Inc., and Dey L.P. ("Dey") have consented in writing to the filing of the First Amended Complaint.

        Respectfully submitted,

        GREGORY G. KATSAS
        ASSISTANT ATTORNEY GENERAL

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s/ George B. Henderson, II
       GEORGE B. HENDERSON, II
       Assistant U.S. Attorney
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3272

       JOYCE R. BRANDA
       DANIEL R. ANDERSON
       LAURIE A. OBEREMBT
       Civil Division
       Commercial Litigation Branch
       P. O. Box 261
       Ben Franklin Station
       Washington, D.C. 20044
       (202) 514-3345

Dated: September 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' NOTICE OF FILING OF FIRST AMENDED COMPLAINT" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

        /s/ George B. Henderson, II
Dated: September 29, 2008        George B. Henderson, II