UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT The Haviland Law Firm LLC has moved its offices from 740 S. Third Street, Third Floor, Philadelphia, PA 19147 to 111 S. Independence Mall East, Suite 1000, Philadelphia, PA 19106. The firm's telephone and facsimile numbers remain the same.

Date: September 30, 2008

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
**THE HAVILAND LAW FIRM, LLC**
111 S. Independence Mall East
Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

## CERTIFICATE OF SERVICE

I hereby certify that, on September 30, 2008, I caused to be served a true and correct copy of the foregoing Notice of Change of Law Firm Address on all counsel of record via ECF.

/s/ Donald E. Haviland
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM LLC**
111 S. Independence Mall East
Suite 1000
Philadelphia, PA 19106