UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 1456 |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) | Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) ) ) | |

OCTOBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for October 2008, in accordance with the Court's June 17, 2004, Procedural Order.

| **United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.** **MDL Docket Number 06-11337** **Original Jurisdiction: U. S. District Court Southern District of Florida** |||
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum of Law<br><br>1. **(Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion<br><br>2. **(Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply | |
| 2. | **(Docket #5128 and #5129)** United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum of Law<br><br>● **(Docket #5135)** Abbott Laboratories Inc.'s Opposition to Motion<br><br>● **(Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition | |
| 3. | **(Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum of Law<br><br>● **(Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion For a Protective Order Relating to Abbott's Requests for Depositions Under Rule 30(b)(6)<br><br>● **(Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition to the Unites States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) | |

| | | |
|---|---|---|
| 4. | **(Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States<br><br>● **(Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion to Compel Production of Documents from the United States<br><br>● **(Docket #5275)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Motion to Compel Production of Documents from the United States | |
| 5. | **(Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law<br><br>● **(Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law | |
| 6. | **(Docket #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and Memorandum of Law<br><br>● **(Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel Documents and Deposition Testimony<br><br>● **(Docket #5273)** Motion for Leave to File Reply to Abbott Laboratories Inc.'s Response to the United States' Motion to Compel Production of Documents and Witnesses with Attached Reply | |

| 7. | **(Docket # 5256)** Abbott Laboratories Inc.'s Request for Certification of Interlocutory Appeal Under 28 U.S.C.§ 1292(B) | 7/24/2008 |
|---|---|---|
| | ● **(Docket #5281 and #5283)** Dey, L.P., Inc., Dey Inc., Dey LP's Memorandum In Support of Abbott Laboratories Inc.'s Request for Certification of Interlocutory Appeal and Supporting Declaration | |
| | ● **(Docket #5286)** United States' Response to Abbott Laboratories Inc.'s Request for Certification of Interlocutory Appeal | |
| | ● **(Docket #5343)** Abbott Laboratories Inc.'s Unopposed Motion for Leave to File Reply in Support of Its Request for Certification of Interlocutory Appeal | |
| | ● **(Docket #5456)** Abbott Laboratories Inc.'s Supplemental Submission Regarding the Government's Abuse of the Deliberative Process Privilege | |
| | ● **(Docket #5461)** Memorandum by the United States in Response to Abbott's Supplemental Submission Regarding the Government's Assertion Of the Deliberative Process Privilege | |
| | ● **(Docket #5492)** United States' Statement Regarding the Court's Prior Rulings | |
| | ● **(Docket #5551)** Memorandum By the United States Relating to the In Camera Submission of Documents Following the Hearing On July 24, 2008 | |

| | | |
|---|---|---|
| 8. | **(Docket #5276)** Abbott Laboratories Inc.'s Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br>● **(Docket #5344)** United States' Opposition to Abbott's Motion to Enforce the February 16, 2007 Protective Order and For Order Compelling Plaintiff to Return In advertently Produced Privileged Documents<br><br>● **(Docket #5360)** Sealed Document - Exhibits A and B to [5344] Filed by United States<br><br>● **(Docket #5397)** Abbott Laboratories Inc.'s Unopposed Motion for Leave to File Reply In Support of Its Motion to Enforce the February 16, 2007 Protective Order and For Order Compelling Plaintiffs To Return Inadvertently Produced Privileged Documents<br><br>● **(Docket #5424)** United States Unopposed Motion for Leave to File Sur-Reply to Abbott's Reply to Opposition to Abbott's Motion to Enforce the February 16, 2007 Protective Order and For the Return of Inadvertently Produced Documents | |
| 9. | **(Docket #5533)**  Joint Motion to Amend Case Management Order | |
| 10. | **(Docket #5609 and 5610)** Motion to Require Defendant Abbott Laboratories, Inc. to Comply with Its Discovery Obligations and Related Court Orders and Memorandum of Law | |

5

|  | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,** <br> **MDL Docket No. 05-11084-PBS** <br> Original Jurisdiction: United States District Court, District of Massachusetts |  |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #5356 and #5357)** United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice and Memorandum of Law <br><br> • **(Docket #5386)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time <br><br> • **(Docket #5394 and #5395)** Memorandum of Law and Declaration in Opposition of the Government's Motion for a Protective Order Relating To the Requests By the Dey Defendants for Deposition Under Rule 30(b)(6) <br><br> • **(Docket #5439)** Unopposed Motion By United States for Leave to File a Reply Memorandum in Support of Its Motion For a Protective Order Relating To the Requests By the Dey Defendants for Depositions Under Rule 30(b)(6) |  |

|  | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,** <br> **MDL Docket No. 07-10248-PBS** <br> Original Jurisdiction: United States District Court, District of Massachusetts |  |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #71 and 72)** Plaintiffs' Motion to Compel Defendants to Search for and Produce Documents in Response to Plaintiffs' First Request for the Production of Documents and Tangible Things <br><br> • **September 16, 2008 Order:** Judge Patti Saris: Electronic Order entered Referring Motion to Magistrate Marianne B. Bowler <br><br> • **September 19, 2008:** Magistrate Marianne B. Bowler Electronic Order to Conduct Hearing on October 20, 2008 <br><br> • **(Docket #75)** Assented to Motion By Roxane Defendants for Continuance of Hearing <br><br> • **September 25, 2008:** Magistrate Marianne B. Bowler Electronic Order Granting a Continuance Until October 28, 2008 | 10/28/08 at 2:30 |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

September 30, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "OCTOBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                       /s/ Renée Brooker

Dated: September 30, 2008