<div style="border:1px solid black">

**FILED**
CLERK, U.S. DISTRICT COURT
September 29, 2008 (12:53 pm)
DISTRICT OF UTAH

</div>

# State of Utah v. Abbot Laboratories, et al.
## 2:07-cv-899-DS

FILE
FROM STATE COURT

Original documents:

Motion for PHV admittance - David E. Melaugh and Lori A. Schechter
Order granting Motion for PHV admittance - David E. Melaugh and Lori A. Schechter
Motion for PHV admittance - Tiffany Cheung
Order granting Motion for PHV admittance - Tiffany Cheung

FILED
U.S. DISTRICT COURT

2008 SEP 29 P 12: 53

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

FILED
U.S. DISTRICT COURT

08 JUL 10 PM 5: 20

SALT LAKE DEPARTMENT

BY _____
DEPUTY CLERK

John W. Mackay (6923)
Mark W. Pugsley (8253)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Fax: (801) 532-7543

*Attorneys for Defendant Purdue Pharma, L.P.*

---

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>               Plaintiff,<br><br>vs.<br><br>ABBOT LABORATORIES; ASTRAZENECA L.P.; BAYER CORPORATION; ELI LILLY & CO.; GLAXOSMITHKLINE, P.L.C., JOHNSON JOHNSON; MERCK & CO., INC.; PFIZER, INC.; PURDUE PHARMA, L.P.; and SANOFI-AVENTIS, INC.,<br><br>               Defendants. | **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT TO APPEAR AS ASSOCIATE COUNSEL**<br><br><br>Civil No. 070915690<br><br>Judge Vernice Trease |

Mark W. Pugsley of Ray Quinney & Nebeker P.C., local counsel for Defendant Purdue

Pharma, L.P., hereby move this Court pursuant to Utah Code of Judicial Administration Rule 11-

302 for an order admitting David E. Melaugh and Lori A. Schechter of Morrison & Foerster, to

practice pro hac vice in this action, and in support thereof, represents as follows:

1.      David E. Melaugh and Lori A. Schechter are licensed to practice and do practice law, and are members in good standing of the California Bar.

2.      David E. Melaugh and Lori A. Schechter are members of the law firm of Morrison & Foerster in San Francisco, California.

3.      David E. Melaugh and Lori A. Schechter have extensive experience in the issues that are before the Court in this case.

4.      Attached hereto are copies of the Pro Hac Vice Applications executed by David E. Melaugh and Lori A. Schechter and filed with the Utah State Bar.  The required filing fee has been paid to the Utah State Bar.

5.      Mark W. Pugsley is a member in good standing of the Utah State Bar, hereby consent to appear as associate counsel in this action.

WHEREFORE, Purdue Pharma LP. prays that David E. Melaugh and Lori A. Schechter be admitted to practice pro hac vice for all purposes relating to the case at bar.

DATED this  10ᵗʰ day of July 2008.

RAY QUINNEY & NEBEKER P.C.

John W. Mackay
Mark W. Pugsley

*Attorneys for Defendant Purdue Pharma, L.P.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ___/___ day of July 2008, a true and correct copy of the

foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT TO APPEAR AS**

**ASSOCIATE COUNSEL** was mailed, postage prepaid, to the following:

> W. Daniel "Dee" Miles, III
> Clinton C. Carter
> Special Assistant Attorney General
> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
> 272 Commerce Street
> Post Office Box 4160
> Montgomery, Alabama  36103-4160

> Joseph W. Steele
> Special Assistant Attorney General
> **GARRETSON STEELE, LLC**
> 5664 South Green, Street, Suite 300
> Salt Lake City, Utah  84123

> David R. Stallard
> Assistant Attorney General
> **Utah Medicaid Fraud Control Unit**
> 5272 College Drive, Suite 200
> Salt Lake City, Utah   84123-2772

990305

3

# Exhibit A

# APPLICATION FOR ADMISSION PRO HAC VICE

NOTE: This form cannot be submitted electronically because it requires an original signature and notarization. You may fill it out and print it for signature purposes or use it as a template and draft your own application (which must be identical to the one below).

**Name:** David E. Melaugh

**Address:** Morrison & Foerster LLP, 425 Market Street

**City, State, Zip:** San Francisco | CA | 94105-2482

**Telephone / Fax:** 415.268.7159 | 415.268.7522

**E-mail (if any):** dmelaugh@mofo.com

| State(s) to Which Admitted | Bar Number |
|---|---|
| California | 219477 |
| | |
| | |

**Case in which Applicant wishes to appear:**

**Case Name** | State of Utah vs. Abbott Laboratories

**Court** | Third Judicial District of Salt Lake County

**Case Number** | 07-0915690

**Party on whose behalf Applicant seeks to appear** | Purdue Pharma LP

Other cases in any state or federal court in Utah in which the applicant or member of applicant's firm has appeared pro hac vice in the previous five years (Attach additional sheets if necessary)

| Case Name | Case Number | Court |
|---|---|---|
| SCO Group vs. Novell Inc. | 04-cv-139 DAK | U.S.D.C., District of Utah |
| | | |

Are you (the Applicant) currently suspended or disbarred from the practice of law in any state? | No

If yes, please explain:

Have you (the Applicant) been disciplined by any state's or court's bar organization in the prior Five (5) years? | No |

If yes, please explain: |                                                                 |

Are you (the Applicant) the subject of any pending disciplinary proceedings by any state's or court's bar organization? | No |

## Sponsoring Local Counsel:  (must be Utah resident)

**Name:** | Mark W. Pugsley |

**Utah Bar Number:** | 8253 |

**Address:** | Ray, Quinney & Nebeker, 36 South State Street, #1400 |

**City, State, Zip:** | Salt Lake City UT  84111 |

**Telephone / Fax:** | 801.323.3380 | | 801.532.7543 |

**E-mail (if any):** | mpugsley@RQN.COM |

## Applicant's Certification and Signature:

Applicant certifies the following:

- Applicant submits to the disciplinary authority and procedures of the Utah State Bar.
- Applicant is familiar with the rules of procedure and evidence, including applicable local rules.
- Applicant will be available for depositions, hearings and conferences.
- Applicant will comply with the rulings and orders of the court.
- All the information included in this application is accurate.

Applicant must attach to this application an original Certificate of Good Standing from the licensing state in which the applicant resides (Applicants may not reside in Utah).

Applicant's Signature: _D. Mela___

STATE OF CALIFORNIA )
                     :ss
COUNTY OF SAN FRANCISCO )

Signed and sworn to before me on 16th June 2008 by Sandy Fierro Lopez, Notary Public

Notary Public Sandy Fierro Lopez

My appointment expires: Sept. 24, 2011

SANDY FIERRO LOPEZ
Commission # 1764638
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

_____          _____
Signature of Document Signer No. 1              Signature of Document Signer No. 2 (if any)

State of California

County of _San Francisco_

Subscribed and sworn to (or affirmed) before me on this

16th day of June , 20 08 , by
 Date              Month              Year

(1) D. McL_____ ,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

                                    (and

(2) _____ ,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

SANDY FIERRO LOPEZ
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011

Signature _Sandy Fierro Lopez_____
                    Signature of Notary Public

Place Notary Seal Above

──────────────── **OPTIONAL** ────────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 •Chatsworth, CA 91313-2402• www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827



## Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DAVID EDWARD MELAUGH

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that **DAVID EDWARD MELAUGH** was on the 4th day of June 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 13th day of June, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By *Joseph Cornetta*

*Joseph Cornetta, Deputy Clerk*



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660

John C. Baldwin
Executive Director

## ACKNOWLEDGEMENT OF SUPPORTING DOCUMENTATION AND RECEIPT OF PRO HAC VICE FILING FEE

Date Issued:   JULY 8, 2008
Case Name:    STATE OF UTAH V. ABBOTT LABORATORIES
Case Number: 070915690

     This letter serves as an acknowledgement that the $175.00 pro hac vice filing fee for DAVID E. MELAUGH in the above referenced case has been paid to the Utah State Bar and that the required supporting documentation is complete and in good order.  If you have any questions, please call the Bar at (801) 531-9077.

Diana Gough
Assistant to General Counsel

     Note to Counsel:  An original motion signed by a member of the Utah State Bar who expressly consents to appearing as associate counsel should be filed with the court along with: (1) copies of the Application and Certificate of Good Standing which were provided to the Bar; (2) this original Acknowledgement of Supporting Documentation and Receipt of Pro Hac Vice Filing Fee; and (3) a proposed order.

Fox/pro_hac/recpt300

# APPLICATION FOR ADMISSION PRO HAC VICE

NOTE: This form cannot be submitted electronically because it requires an original signature and notarization.  You may fill it out and print it for signature purposes or use it as a template and draft your own application (which must be identical to the one below).

**Name:** Lori A. Schechter

**Address:** Morrison & Foerster, 425 Market Street

**City, State, Zip:** San Francisco | CA | 94105

**Telephone / Fax:** 415-268-6355 | 415.268-7522

**E-mail (if any):** LSchechter@mofo.com

| State(s) to Which Admitted | Bar Number |
|---|---|
| California | 139728 |
| | |
| | |

**Case in which Applicant wishes to appear:**

| | |
|---|---|
| **Case Name** | The State of Utah v. Abbott Laboratories, et al. |
| **Court** | Third Judicial District of Salt Lake County |
| **Case Number** | 07-0915690 |
| **Party on whose behalf Applicant seeks to appear** | Purdue Pharma L.P. |

Other cases in any state or federal court in Utah in which the applicant or member of applicant's firm has appeared pro hac vice in the previous five years (Attach additional sheets if necessary)

| Case Name | Case Number | Court |
|---|---|---|
| | | |
| | | |
| | | |

Are you (the Applicant) currently suspended or disbarred from the practice of law in any state? No

If yes, please explain:

Have you (the Applicant) been disciplined by any state's or court's bar organization in the prior Five (5)

years?  | No |

If yes, please explain: | |

Are you (the Applicant) the subject of any pending disciplinary proceedings by any state's or court's bar

organization? | No |

## Sponsoring Local Counsel:  (must be Utah resident)

| | |
|---|---|
| **Name:** | Mark W. Pugsley |
| **Utah Bar Number:** | 8253 |
| **Address:** | Ray Quinney & Nebeker P.C.,  36 South State Street, Suite 1400 |
| **City, State, Zip:** | Salt Lake City, Utah 84111 |
| **Telephone / Fax:** | 801-323-3380 | 801-532-7543 |
| **E-mail (if any):** | mpugsley@rqn.com |

## Applicant's Certification and Signature:

Applicant certifies the following:

- Applicant submits to the disciplinary authority and procedures of the Utah State Bar.
- Applicant is familiar with the rules of procedure and evidence, including applicable local rules.
- Applicant will be available for depositions, hearings and conferences.
- Applicant will comply with the rulings and orders of the court.
- All the information included in this application is accurate.

Applicant must attach to this application an original Certificate of Good Standing from the licensing state in which the applicant resides (Applicants may not reside in Utah).

Applicant's Signature: _____

STATE OF CALIFORNIA    )
                           ) :ss
COUNTY OF SAN FRANCISCO )

Signed and sworn to before me on June 23 2008 by Sandy Fierro Lopez

Notary Public Sandy Fierro Lopez

My appointment expires: September 24, 2011

SANDY FIERRO LOPEZ
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011



## Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>LORI ANN SCHECHTER</u>

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **LORI ANN SCHECHTER** *was on the 6th day of June 1989, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 13th day of June, 2008.*

<u>FREDERICK K. OHLRICH</u>
*Clerk of the Supreme Court*

By _____

*Joseph Cornetta, Deputy Clerk*



**John C. Baldwin**
Executive Director

# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660

## ACKNOWLEDGEMENT OF SUPPORTING DOCUMENTATION AND RECEIPT OF PRO HAC VICE FILING FEE

Date Issued:   JULY 8, 2008
Case Name:    STATE OF UTAH V. ABBOTT LABORATORIES
Case Number: 070915690

  This letter serves as an acknowledgement that the $175.00 pro hac vice filing fee for LORI A. SCHECHTER in the above referenced case has been paid to the Utah State Bar and that the required supporting documentation is complete and in good order.  If you have any questions, please call the Bar at (801) 531-9077.

Diana Gough
Assistant to General Counsel

  Note to Counsel:  An original motion signed by a member of the Utah State Bar who expressly consents to appearing as associate counsel should be filed with the court along with: (1) copies of the Application and Certificate of Good Standing which were provided to the Bar; (2) this original Acknowledgement of Supporting Documentation and Receipt of Pro Hac Vice Filing Fee; and (3) a proposed order.

Fox/pro_hac/recpt300

FILED
U.S. DISTRICT COURT

2008 SEP 29 P 12: 53

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

FILED DISTRICT COURT
Third Judicial District

AUG 05 2008

SALT LAKE COUNTY

By _____
Deputy Clerk

John W. Mackay (6923)
Mark W. Pugsley (8253)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Fax: (801) 532-7543

*Attorneys for Defendant Purdue Pharma, L.P.*

---

IN THE THIRD JUDICIAL DISTRICT COURT

IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>                              Plaintiff,<br><br>vs.<br><br>ABBOT LABORATORIES;<br>ASTRAZENECA L.P.; BAYER<br>CORPORATION; ELI LILLY & CO.;<br>GLAXOSMITHKLINE, P.L.C., JOHNSON<br>JOHNSON; MERCK & CO., INC.; PFIZER,<br>INC.; PURDUE PHARMA, L.P.; and<br>SANOFI-AVENTIS, INC.,<br><br>                              Defendants. | **ORDER GRANTING APPLICATION<br>FOR ADMISSION PRO HAC VICE**<br><br>Civil No. 070915690<br><br>Judge Vernice Trease |

Having considered the motion and application for the admission of David E. Melaugh and

Lori A. Schechter of Morrison & Foerster, to practice before this Court pro hac vice in the above

case, and for good cause appearing, it is hereby:

ORDERED that the motion is granted and David E. Melaugh and Lori A. Schechter are

admitted to practice Pro Hac Vice in the above-captioned case with Mark W. Pugsley as associate

counsel.

DATED this _4_ day of ~~July~~ August 2008.

BY THE COURT

Honorable Vernice Trease
Third Judicial District Court Judge

990305

2

## CERTIFICATE OF SERVICE

I hereby certify that on this _10th_ day of July 2008, a true and correct copy of the

foregoing **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** was

mailed, postage prepaid, to the following:

> W. Daniel "Dee" Miles, III
> Clinton C. Carter
> Special Assistant Attorney General
> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
> 272 Commerce Street
> Post Office Box 4160
> Montgomery, Alabama  36103-4160

> Joseph W. Steele
> Special Assistant Attorney General
> **GARRETSON STEELE, LLC**
> 5664 South Green, Street, Suite 300
> Salt Lake City, Utah  84123

> David R. Stallard
> Assistant Attorney General
> 5272 College Drive, Suite 200
> Salt Lake City, Utah   84123-2772

990305

John W. Mackay (6923)
Mark W. Pugsley (8253)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Fax: (801) 532-7543

*Attorneys for Defendant Purdue Pharma, L.P.*

FILED
U.S. DISTRICT COURT
08 AUG -6 PH 3: 20

2008 SEP 29 P 12: 53

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>               Plaintiff,<br><br>vs.<br><br>ABBOT LABORATORIES;<br>ASTRAZENECA L.P.; BAYER<br>CORPORATION; ELI LILLY & CO.;<br>GLAXOSMITHKLINE, P.L.C., JOHNSON<br>JOHNSON; MERCK & CO., INC.; PFIZER,<br>INC.; PURDUE PHARMA, L.P.; and<br>SANOFI-AVENTIS, INC.,<br><br>               Defendants. | **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT TO APPEAR AS ASSOCIATE COUNSEL**<br><br>Civil No. 070915690<br><br>Judge Vernice Trease |

Mark W. Pugsley of Ray Quinney & Nebeker P.C., local counsel for Defendant Purdue

Pharma, L.P., hereby move this Court pursuant to Utah Code of Judicial Administration Rule 14-

806 for an order admitting Tiffany Cheung of Morrison & Foerster, to practice pro hac vice in this

action, and in support thereof, represents as follows:

1.      Tiffany Cheung is licensed to practice and do practice law, and is a member in good standing of the California Bar.

2.      Tiffany Cheung is a members of the law firm of Morrison & Foerster in San Francisco, California.

3.      Tiffany Cheung has extensive experience in the issues that are before the Court in this case.

4.      Attached hereto is a copy of the Pro Hac Vice Application executed by Tiffany Cheung and filed with the Utah State Bar.  The required filing fee has been paid to the Utah State Bar.

5.      Mark W. Pugsley is a member in good standing of the Utah State Bar, hereby consent to appear as associate counsel in this action.

WHEREFORE, Purdue Pharma LP. prays that Tiffany Cheung be admitted to practice pro hac vice for all purposes relating to the case at bar.

DATED this ___ day of August 2008.

RAY QUINNEY & NEBEKER P.C.

John W. Mackay
Mark W. Pugsley

*Attorneys for Defendant Purdue Pharma, L.P.*

995106

## CERTIFICATE OF SERVICE

I hereby certify that on this _6 th_ day of August 2008, a true and correct copy of the

foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT TO APPEAR AS**

**ASSOCIATE COUNSEL** was mailed, postage prepaid, to the following:

W. Daniel "Dee" Miles, III
Clinton C. Carter
Special Assistant Attorney General
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160

Joseph W. Steele
Special Assistant Attorney General
**GARRETSON STEELE, LLC**
5664 South Green, Street, Suite 300
Salt Lake City, Utah  84123

David R. Stallard
Assistant Attorney General
**Utah Medicaid Fraud Control Unit**
5272 College Drive, Suite 200
Salt Lake City, Utah   84123-2772

995106

3

# APPLICATION FOR ADMISSION PRO HAC VICE

NOTE: <u>This form cannot be submitted electronically because it requires an original signature and notarization.</u>  You may fill it out and print it for signature purposes or use it as a template and draft your own application (which must be identical to the one below).

**Name:** Tiffany Cheung

**Address:** Morrison & Foerster LLP, 425 Market Street

**City, State, Zip:** San Francisco | CA | 94105-2482

**Telephone / Fax:** 415.268.6848 | 415.268.7522

**E-mail (if any):** tcheung@mofo.com

| State(s) to Which Admitted | Bar Number |
|---|---|
| California | 211497 |
| | |
| | |

**Case in which Applicant wishes to appear:**

**Case Name** | State of Utah vs. Abbott Laboratories

**Court** | Third Judicial District of Salt Lake County

**Case Number** | 07-0915690

**Party on whose behalf Applicant seeks to appear** | Purdue Pharma LP

Other cases in any state or federal court in Utah in which the applicant or member of applicant's firm has appeared pro hac vice in the previous five years (Attach additional sheets if necessary)

| Case Name | Case Number | Court |
|---|---|---|
| SCO Group vs. Novell Inc. | 04-cv-139 DAK | U.S.D.C., District of Utah |
| | | |
| | | |

Are you (the Applicant) currently suspended or disbarred from the practice of law in any state? | No

If yes, please explain:

Have you (the Applicant) been disciplined by any state's or court's bar organization in the prior Five (5)

years?  [ No ]

If yes, please explain: [                                                                ]

Are you (the Applicant) the subject of any pending disciplinary proceedings by any state's or court's bar

organization?  [ No ]

## Sponsoring Local Counsel:  (must be Utah resident)

| | |
|---|---|
| **Name:** | Mark W. Pugsley |
| **Utah Bar Number:** | 8253 |
| **Address:** | Ray, Quinney & Nebeker P.C., 36 South State Street, #1400 |
| **City, State, Zip:** | Salt Lake City, UT  84111 |
| **Telephone / Fax:** | 801.323.3380 | 801.532.7543 |
| **E-mail (if any):** | mpugsley@RQN.COM |

## Applicant's Certification and Signature:

Applicant certifies the following:

- Applicant submits to the disciplinary authority and procedures of the Utah State Bar.
- Applicant is familiar with the rules of procedure and evidence, including applicable local rules.
- Applicant will be available for depositions, hearings and conferences.
- Applicant will comply with the rulings and orders of the court.
- All the information included in this application is accurate.

Applicant must attach to this application an original Certificate of Good Standing from the licensing state
in which the applicant resides (Applicants may not reside in Utah).

Applicant's Signature: _____

STATE OF CALIFORNIA )
                     :ss
COUNTY OF SAN FRANCISCO)

Signed and sworn to before me on _July 24, 2008_ by _____

**Notary Public** _Sandy Fierro Lopez_

My appointment expires: _Sept. 24, 2011_

SANDY FIERRO LOPEZ
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2011

SANDY FIERRO LOPEZ
Commission # 1764635
Notary Public - California
San Francisco County
My Comm. Expires September 24, 2011



## Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### TIFFANY CHEUNG

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **TIFFANY CHEUNG** *was on the 1st day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 13th day of June, 2008.*

FREDERICK K. OHLRICH _____
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*



John C. Baldwin
Executive Director

# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660

## ACKNOWLEDGEMENT OF SUPPORTING DOCUMENTATION AND RECEIPT OF PRO HAC VICE FILING FEE

Date Issued:   AUGUST 5, 2008
Case Name:    STATE OF UTAH V. ABBOTT LABORATORIES
Case Number: 070915690

This letter serves as an acknowledgement that the $175.00 pro hac vice filing fee for TIFFANY CHEUNG in the above referenced case has been paid to the Utah State Bar and that the required supporting documentation is complete and in good order.  If you have any questions, please call the Bar at (801) 531-9077.

Diana Gough
Assistant to General Counsel

Note to Counsel:  An original motion signed by a member of the Utah State Bar who expressly consents to appearing as associate counsel should be filed with the court along with: (1) copies of the Application and Certificate of Good Standing which were provided to the Bar; (2) this original Acknowledgement of Supporting Documentation and Receipt of Pro Hac Vice Filing Fee; and (3) a proposed order.

Fox/pro_hac/recpt300

FILED DISTRICT COURT
Third Judicial District

FILED
U.S. DISTRICT COURT

2008 SEP 29  P 12: 53

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

AUG 0 8 2008

SALT LAKE COUNTY

_____
Deputy Clerk

John W. Mackay (6923)
Mark W. Pugsley (8253)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone: (801) 532-1500
Fax: (801) 532-7543

*Attorneys for Defendant Purdue Pharma, L.P.*

---

IN THE THIRD JUDICIAL DISTRICT COURT

IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>                     Plaintiff,<br><br>vs.<br><br>ABBOT LABORATORIES;<br>ASTRAZENECA L.P.; BAYER<br>CORPORATION; ELI LILLY & CO.;<br>GLAXOSMITHKLINE, P.L.C., JOHNSON<br>JOHNSON; MERCK & CO., INC.; PFIZER,<br>INC.; PURDUE PHARMA, L.P.; and<br>SANOFI-AVENTIS, INC.,<br><br>                     Defendants. | **ORDER GRANTING APPLICATION<br>FOR ADMISSION PRO HAC VICE**<br><br>Civil No. 070915690<br><br>Judge Vernice Trease |

Having considered the motion and application for the admission of Tiffany Cheung of

Morrison & Foerster, to practice before this Court pro hac vice in the above case, and for good

cause appearing, it is hereby:

ORDERED that the motion is granted and Tiffany Cheung is admitted to practice Pro Hac

Vice in the above-captioned case with Mark W. Pugsley as associate counsel.

DATED this _____ day of August 2008.

BY THE COURT:

Honorable Vernice Trease
Third Judicial District Court Judge

995106

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ___6th___ day of August 2008, a true and correct copy of the

foregoing **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** was

mailed, postage prepaid, to the following:

W. Daniel "Dee" Miles, III
Clinton C. Carter
Special Assistant Attorney General
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160

Joseph W. Steele
Special Assistant Attorney General
**GARRETSON STEELE, LLC**
5664 South Green, Street, Suite 300
Salt Lake City, Utah  84123

David R. Stallard
Assistant Attorney General
5272 College Drive, Suite 200
Salt Lake City, Utah  84123-2772

995106