Exhibits 5-17 to the September 30, 2008 Rule 26 Statement of Harris L. Devor, C.P.A. contain or were created from defendants' pricing and AMP data for the time period 1997-2005.  Defendants have designated this data as "Confidential" and "Highly Confidential".  In compliance with the December 13, 2002 MDL Protective Order (Docket No. 276), as amended, plaintiffs are filing these exhibits under seal.  The exhibits are being served via e-mail on counsel for the respective defendants.  Each defendant will be served only with its respective confidential exhibit.