UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:  *The City of New York, et al.*  *v.*  *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**PLAINTIFFS' EXPERT DISCLOSURE FOR HARRIS L. DEVOR, C.P.A.**

Pursuant to the requirements of Fed. R. Civ. P. 26(a)(2)(B), CMO #33, as amended, and the December 13, 2002 MDL Protective Order (Docket No. 276), as amended on June 8, 2004 and March 24, 2005 (Docket No. 1469) (the "MDL Protective Order"), Plaintiffs, the City of New York and New York Counties, respectfully submit the following disclosure, including a report of the expert opinions intended to be expressed at trial, by Harris L. Devor, C.P.A., his curriculum vitae, and identification or production of all materials and information required by Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi). Pursuant to the MDL Protective Order, the confidential exhibits to Mr. Devor's expert report are being served contemporaneously on counsel for the defendants at issue. The defendants at issue are the manufacturers of the nine designated FUL drugs: Barr, Boehringer Ingelheim Roxane, Dey, Ethex, Ivax, Mylan, Par, Purepac, Sandoz, Teva, Warrick, Watson and Wyeth. Each defendant is being served with the confidential exhibits relevant to it.

The nine designated FUL drugs are:

| | |
|---|---|
| GCN 11673 | Ranitidine 150 mg Tablet |
| GCN 05131 | Metroprolol 100mg Tablet |
| GCN 03758 | Lorazepam 1 mg Tablet |
| GCN 17297 | Isosorbide Mononitrate 60 mg Table SA |
| GCN 00386 | Enalapril Maliate 20mg Tablet |
| GCN 09089 | Cefadroxil 500 mg Tablet |
| & GCN 48262 | |
| GCN 05037 | Albuterol 90 mcg Inhaler |
| GCN 05039 | Albuterol .83 ml Solution |
| GCN 04560 | Clonazepam .5mg Tablet |

In providing an identification or production of "data or other information considered by the witness in forming his opinions," the New York Counties are incorporating materials that may fall into any of the following categories: (1) data or information provided to Mr. Devor in connection with this case; (2) data or information considered by Mr. Devor, whether or not relied upon or cited by Mr. Devor, in connection with this case; (3) communications between Mr. Devor and anyone, including counsel, in connection with this case; (4) notes taken by Mr. Devor, either electronic or handwritten, in connection with this case; (5) contracts, agreements, and invoices entered or submitted by Mr. Devor in connection with this case; (6) Mr. Devor's drafts of his expert report; and (7) documents, research, study or publication. In addition, plaintiffs reserve the right to supplement this disclosure with additional charts, graphs, or other visual representations of Mr. Devor's expert opinions. Supplementation may take the form of amendments to this disclosure, a further disclosure, deposition testimony or any other form sufficient to apprise defendants of additional areas of testimony, additional materials considered, additional opinions or additional grounds for opinions.

Mr. Devor's review of documents produced by defendants, their employees' testimony or third-party testimony, or expert disclosures and testimony in related cases, is

not a concession by the New York Counties as to the relevance or admissibility of those materials in this case.

The New York Counties expressly reserve their right to withdraw any opinions in this expert disclosure for any reason, including in the event that defendants withdraw or abandons at any time during the pendency of this case, any argument or defense addressed by Mr. Devor in this disclosure either directly or indirectly.  The New York Counties further reserve their rights to move to strike, move for summary judgment of, move to exclude *in limine*, or otherwise pursue any legal remedy with regard to, defense arguments, evidence, or defenses addressed by Mr. Devor in his expert report.

Mr. Devor is being compensated by plaintiffs at the rate of $550 per hour in connection with his study, preparation of this report and anticipated deposition and trial testimony.

Dated:  September 30, 2008

                              Respectfully submitted,

                              **KIRBY McINERNEY, LLP**
                              825 Third Avenue, 16th Floor
                              New York, New York 10022
                              (212) 371-6600

                              /s/ Joanne M. Cicala
                By:   Joanne M. Cicala
                              James P. Carroll Jr.
                              Aaron D. Hovan
                              Jocelyn R. Normand
                              Kathryn B. Allen

                              *City of New York and New York Counties in MDL 1456 except Nassau and Orange*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 30th day of September, 2008 caused a true and correct copy of the above PLAINTIFFS' EXPERT DISCLOSURE FOR HARRIS L. DEVOR, C.P.A. to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  September 30, 2008

/s/ James P. Carroll, Jr.
James P. Carroll Jr., Esq.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600