UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | **MDL No. 1456** <br> **Civil Action No. 01-12257-PBS** |
| *US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* ) ) <br> NO. 07-CV-11618-PBS ) ) ) ) ) | Hon. Patti B. Saris |

## OCTOBER 1, 2008 STATUS REPORT
## OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for September 1, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Motion to Dismiss**

On March 14, 2008, the Court denied Abbott's Motion to Dismiss Ven-A-Care's Complaint. Abbott sought an appeal of this decision. On July 15, 2008, the Court denied Abbott's Request for Certification Pursuant to § 1292(b) and Stay of Discovery.

**Case Management Order**

On September 2, 2008 the Court entered a Case Management Order in this case.

**Scheduled Hearings**

None

**Pending Discovery**

The parties have filed a FRCP 26(f) report. The parties exchanged initial disclosures on August 22, 2008.1 The parties have continued discussions about the production of transaction drug pricing data and Medicaid claims data. The parties also have exchanged written discovery requests. Responses to such pending requests are due in late October 2008. The parties have been ordered to participate in state Medicaid discovery which has commenced.

Respectfully submitted,

Dated: September 30, 2008

/s/ Jarrett Anderson

C. Jarrett Anderson
Anderson LLC
208 West 14th Street, Suite 203
Austin, TX 78701
Phone: 512-469-9191
FAX: 512-532-0585
EMAIL: jarrett@anderson-llc.com

Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-5711
FAX: 215-875-4673
EMAL: sthomas@bm.net

For Ven-A-Care of the Florida Keys, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC.'S, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No.2 by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

/s/ Jarrett Anderson

Dated: September 30, 2008