# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) |
| | Judge Patti B. Saris |
| *The City of New York, et. al.* | ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | ) ) |

## OCTOBER 2, 2008 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter "plaintiffs") hereby submit the attached Status Report for October 2, 2008, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: October 2, 2008

<div style="margin-left: 40%;">

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala_____
Joanne M. Cicala
By:  James P. Carroll Jr.
Aaron D. Hovan
Jocelyn R. Normand
Kathryn B. Allen

</div>

1

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**October 2, 2008 Status Report on Behalf of the
City of New York and New York Counties**

## Motions to Dismiss

### a. Rulings on Motions to Dismiss

On July 30, 2008 the Court issued a series of rulings on individual defendants' motions to dismiss the First Amended Consolidated Complaint.   The Court ruled that the following motions are moot or no longer pending: Docket #2203 (Par Pharmaceuticals), Docket #2205 (Mylan Pharmaceuticals), Docket #2210 (Biogen Idec Inc.), Docket #4388 (Barr and Ivax), Docket #2191 (Forest Laboratories), and Docket #2208 (Merck & Co.).   And the Court entered rulings on the following defendants' motions:  Docket #5465 (Pfizer), Docket #5466 (Novartis), Docket #5467 (Tap Pharmaceuticals), Docket #5468 (EMD, Inc.), Docket #5469 (Endo Pharmaceuticals, Inc.), Docket #5470 (Eli Lilly and Company), Docket #5471 (Bayer), Docket #5472 (Roche), Docket #5473 (Purdue Pharma LP), Docket #5474 (Chiron Corporation), Docket #5475 (Amgen); Docket #5476 (Boehringer Ingelheim Pharmaceuticals Inc.); Docket #5477 (MedImmune, Inc.); Docket #5478 (AztraZeneca Pharmaceuticals LP).

On September 16, 2008, Judge Saris ruled on the Motion to Renew Individual Memorandum of defendants Purdue Pharma L.P., Purdue Frederick Company, and Purdue Pharma Company in Support of Their Motion to Dismiss the First Amended Consolidated Complaint (Docket #4404).  The Court allowed for the dismissal of Best Price claims and any claims on drugs for which a spread is not alleged, but denied all other requests for dismissal.

On September 17, 2008, the Court ruled that Teva Pharmaceutical Industries, Ltd.'s Motion to Dismiss Plaintiffs' Revised First Amended Consolidated Complaint for Lack of

Personal Jurisdiction (Docket #4824) is moot and referred counsel to prior dismissal granted in Docket #4973.

On September 18, 2008, the Court denied defendant Wyeth's Renewal of Its Motion to Dismiss the Complaint Filed by New York City and the New York Counties, including Nassau County (Docket #5608; Docket #4435). However, the Court dismissed all Best Price claims, except with respect to Protonix.

**b.   Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders**

On August 13, 2008, plaintiffs filed their Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss. (Docket # 5498).

On August 22, 2008, certain individual defendants filed the following in opposition to Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders:  Defendant Chiron Corporation's Opposition To Plaintiffs' Motion For Reconsideration Of The July 30, 2008 Orders Regarding Certain Defendants' Individual Motions To Dismiss (Docket #5509); Defendant Novartis Pharmaceuticals Corporation's Response To Plaintiffs' Motion For Reconsideration Of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions To Dismiss (Docket #5510); Opposition to Plaintiffs' Motion For Reconsideration Of July 30, 2008 Orders Dismissing Claims Related To Physician-Administered Drugs (Docket # 5512) filed by Amgen, Bayer, Hoffman-La Roche, MedImmune, Roche Laboratories, Inc.; and Defendant Agouron's Response To Plaintiffs' Motion For Reconsideration Of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions To Dismiss (Docket #5513).

On August 25, 2008, defendant Eli Lilly filed its Opposition to Motion for Reconsideration of July 30, 2008 Order Dismissing, in Part, Claims against Eli Lilly (Docket

#5516).

In response to plaintiffs' motion for reconsideration, on August 27, 2008 the Court issued a "Procedural Order re Motion to Reconsider" (Docket #5521).  In that Procedural Order the Court wrote that "[u]nfortunately, the Court based its [July 31, 2008 orders] on the "corrected Exhibit B to the Complaint rather than the "revised" Exhibit B, filed after the hearing."  The Court also directed that "the parties shall meet and confer in good faith regarding points of agreement as to which drugs were adequately pled on the 'revised' Exhibit B of the Revised First Amended Consolidated Complaint."  The parties are currently engaging in meet and confer sessions to determine in good faith to which drugs were adequately pled.

## Discovery Motions

### a.  Magistrate Judge Bowler's August 20, 2008 Orders on Discovery Motions

On August 20, 2008, Magistrate Judge Bowler heard arguments regarding discovery motions filed by plaintiffs and defendants in the above-captioned action.  On that same day, Magistrate Judge Bowler issued orders regarding such discovery motions.  These orders are described as follows.

Magistrate Judge Bowler issued an order denying without prejudice Plaintiffs' Motion to Compel Production from Boehringer Ingelheim Roxane Laboratories, Inc., ("Boehringer-Roxane"), concerning discovery for NDCs reimbursed on the basis of both AWP and FUL. (Docket #4991).   The ruling ordered plaintiffs to produce a list of the Boehringer-Roxane drugs reimbursed based on both AWP and FUL and to identify the allegedly fraudulent spreads associated with each reimbursement basis.  Plaintiffs presently will do so.

On August 20, 2008, Magistrate Judge Bowler issued an order granting Plaintiffs' Motion

5

to Compel Discovery and Data on all NDCs associated with the Designated FUL Drugs. (Docket #5027).

On August 20, 2008, Magistrate Judge Bowler issued an order granting in part Defendants' Motion to Compel Commissioner of New York State Department of Health and Three Key Witnesses to Comply with Subpoenas, to the extent set forth on the record in open court, after the "meet and confer." (Docket #5052). Plaintiffs expect that the New York State Department of Health ("NYDOH") will make its initial document production by October 31, 2008.

On August 20, 2008, Magistrate Judge Bowler entered an order withdrawing without prejudice Defendants' Motion to Compel Production of Claims Data. (Docket #5092). On September 3, 2008, defendants took the deposition of NYDOH employee, Mr. Woopill Hwang, regarding plaintiffs' claims data production to date. Plaintiffs are working with the NYDOH to ensure a supplemental claims data production by October 31, 2008.

On August 20, 2008, Magistrate Judge Bowler granted Schering Corporation's Motion for Protective Order. (Docket #5296). In response to the order, on September 4, 2008, plaintiffs filed an "Objection to the August 20, 2008 ruling granting Schering Corporation's Motion for Protective Order or, In the Alternative, Plaintiffs' Request for Clarification as to What Constitutes Good Faith in Calculating Spreads Based on Weighted Averages." (Docket #5546). Defendant Schering Corporation filed its Opposition to Plaintiffs' Objection (Docket #5556) on September 17, 2008. The Court denied the Objection (Docket #5605) on September 22, 2008. However, the Court ruled that discovery on all branded drugs for which AWP to AMP spreads exceed 30 percent may proceed. The Court conceded the potential utility of quarterly

6

calculations, but maintained the suitability of the present method of calculating spreads. Additionally, the Court ruled that plaintiffs may depose Professor Addanki and submit an expert affidavit proposing alternative calculations with the stipulation that the proposed methodology is consistent and transparent.

## FUL Expert Report

On August 22, 2008 Judge Saris issued an Order granting Plaintiffs' Emergency Motion for Extension of Time to September 30, 2008 to File Plaintiffs' Expert Reports Relating to the Designated FUL Drugs. (Docket #5507).

On September 30, 2008, plaintiffs filed the Rule 26 Statement of Harris L. Devor, C.P.A. (Docket # 5620).

On October 1, 2008, plaintiffs sent via federal express to the Clerk of the District of Massachusetts a Motion for Leave to File Exhibits 5-17 to the Rule 26 Statement of Harris L. Devor, C.P.A., Under Seal.  This motion is *sub judice*.

## Related Orders

On August 27, 2008, Magistrate Judge Bowler issued an Order stipulating that the time period for defendant Serono, Inc. to respond to the Revised First Amended Complaint of New York State and Consolidated Counties is extended to October 31, 2008. (Docket #5504)

On August 29, 2008, Magistrate Judge Bowler issued an Order stipulating that the time period for defendant Endo Pharmaceuticals, Inc. to respond to the Revised First Amended Complaint of New York State and Consolidated Counties is extended to September 29, 2008. (Docket #5524).  On September 26, 2008, Endo Pharmaceuticals, Inc. filed its Second

Stipulated Extension of Time for Its Answer to Plaintiffs' Revised First Amended Consolidated

Complaint (Docket #5613), to October 29, 2008.

### **Other Filings**

On September 16, 2008, defendant Astrazeneca filed its Answer to the Plaintiffs'

Complaint (Docket # 5554).

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of October, 2008, she caused a true and correct copy of the above OCTOBER 2, 2008 STATUS REPORT FOR THE CITY OF NEW YORK AND NEW YORK COUNTIES to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  October 2, 2008

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600