# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## OCTOBER 2, 2008 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for October 2, 2008, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: October 2, 2008

                                              Respectfully submitted,

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                     By:   /s/ Joanne M. Cicala_____
                            Joanne M. Cicala
                            James P. Carroll Jr.
                            Aaron D. Hovan
                            Jocelyn R. Normand
                            Kathryn B. Allen

## October 2, 2008 Status Report for the State of Iowa

### Case Management Order

At the June 26, 2008 hearing on motions to dismiss, the Court ordered the parties to submit a joint proposed case management order on July 22, 2008 after the parties had adequately conferred. Due to conflicting summer schedules, the parties had not had the opportunity to adequately confer. As a result, on July 21, 2008, the parties submitted a Joint Motion to Extend Time to Submit Proposed Case Management Order. (Docket # 5453).

On August 8, 2008, plaintiffs and defendants submitted separate motions to submit a proposed Iowa Case Management Order to address aspects of the proposed case management order to which the parties were unable to agree. *See* Plaintiff's Motion for Entry of Iowa Case Management Order (Docket #5501); *see* Defendants' Motion for Entry of Iowa Case Management Order (Docket #5495). On August 27, 2008, the Court referred these motions to Magistrate Judge Bowler. The motions are *sub judice*.

### Answers to Complaint

Plaintiff filed its Complaint in the Southern District of Iowa on October 9, 2007. On October 25, 2007, the case was transferred to MDL 1456 by the Judicial Panel for Multidistrict Litigation for pretrial purposes.

On September 17, 2008, defendants submitted answers to the Complaint, as follows: Medimmune, Inc. submitted its Affirmative Defenses and Answer to the Complaint of the State

2

of Iowa (Docket #5555); Eli Lilly filed its Answer to the Complaint of the State of Iowa (Docket #5557).

On September 18, 2008, the following defendants submitted Answers to the Complaint: Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. (Docket #5558); Ethex Corporation (Docket #5559); Johnson & Johnson (Docket #5560); Baxter Healthcare Corporation (Docket #5561); Baxter International, Inc. (Docket #5562); Abbott Laboratories, Inc. (Docket #5563); Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. (Docket #5564); Alpharma, Inc. (Docket #5565); Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., and Sicor, Inc. (Docket #5566); Ivax Pharmaceuticals, Inc. and Ivax Corporation (Docket #5567); Bayer Corp. (Docket #5568); Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation (Docket #5569); Ben Venue Laboratories, Inc. (Docket #5570); Boehringer Ingelheim Pharmaceuticals, Inc. (Docket #5571); Boehringer Ingelheim Roxane, Inc. (Docket #5572); Aventis Pharmaceuticals Inc. (Docket #5573); Wyeth (Docket #5574); Immunex Corp. (Docket #5575); Sandoz, Inc. (Docket #5576); Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan Inc. (Docket #5577); Amgen Inc. (Docket #5578); Purepac Pharmaceutical Co. (Docket #5579); Dey Inc. and Dey L.P. (Docket #5580); Chiron (Docket #5582); Novartis Pharmaceuticals Corporation (Docket #5584); Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc. (Docket # 5585); Merck & Co., Inc. (Docket #5586); Barr Laboratories, Inc. (Docket # 5587); Greenstone Ltd., Pharmacia Corporation (Docket #5588); Smithkline Beecham Corporation d/b/a Glaxo SmithKline (Docket #5589); Agouron Pharmaceuticals, Inc. and Pfizer, Inc. (Docket #5590); Roche Labs, Hoffmann LaRoche, Inc. (Docket # 5591); Merck & Co., Inc. (Docket # 5592).

On September 19, 2008, Aventis Behring, L.L.C. filed its Answer to the Complaint of the State of Iowa (Docket #5594). On that same day, King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., and King Research and Development filed its Answer to the Complaint (Docket #5597).

**Orders on Motions to Dismiss**

On September 18, 2008, the Court entered the following orders on Defendants' individual motions to dismiss:

1. The Court granted in part and denied in part Amgen's Motion to Dismiss (Docket #5070), stating that the Motion is "[a]llowed to the extent Epogen was administered in connection with chronic kidney disease" but "[o]therwise denied."

2. The Court denied Motion to Dismiss of Chiron (Docket #5072), without prejudice. In addition, the Court wrote "all discovery is stayed because the spreads are below 30 percent."

3. The Court denied without prejudice Eli Lilly's Separate Motion to Dismiss or, in the Alternative, to Stay Discovery (Docket # 5082). In addition, the order states "[h]owever, at the hearing on June 26, 2008, the parties agreed that discovery regarding the fifteen Lilly drugs at issue should be stayed because the spreads were typically 30 percent or less."

4. The Court granted in part the individual Motion to Dismiss of Astra Zeneca, LP (Docket #5067), stating "[a]ll claims prior to September 4, 2003 are dismissed on the grounds

they were released by the settlement agreement," and "[a]ll discovery is stayed on the Zoladex claim for reasons stated at the hearing."

5. The Court denied without prejudice Endo Pharmaceutical's Motion to Dismiss (Docket #5079) and deferred the motion "until the 'FUL' methodology is better understood and briefed."

6. The Court denied the Motion to Dismiss of Purdue Pharma L.P., Purdue Frederick Company, and Purdue Pharma Company (Docket #5080), "except with respect to the claims of FUL-based fraud."

7. The Court denied Pfizer Inc.'s Individual Motion to Dismiss Plaintiff's Complaint (Docket #5075) "on the ground that AWP and WAC have a formulaic relationship." The Court stated that discovery is stayed on all NDCs with spreads of 30 percent or less.

8. The Court denied without prejudice Pharmacia Corporation's and Greenstone Ltd.'s Motion to Dismiss Plaintiffs' Complaint (Docket #5074). The Court deferred the "'FUL' issue" until there is further briefing.

9. The Court ruled on Tap's Individual Memorandum in Support of Motion to Dismiss (Docket #5159) as follows: "As stated at the hearing, all claims subject to the settlement agreement are dismissed. All discovery with respect to other claims involving Lupron is stayed. With respect to Prevacid, discovery is stayed only for the period after TAP began providing ASPs."

10. The Court granted SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK") Individual Motion to Dismiss Previously Settled Claims Against GSK (Docket #5076), stating, it is "allowed without opposition" (Docket #5171).

11. The Court granted Boehringer Ingelheim's Separate Memorandum in Support of Its Motion to Dismiss (Docket #5081). The Court stated, however, that discovery will be permitted regarding the relationship between the parent and subsidiaries.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of October, 2008, she caused a true and correct copy of the above OCTOBER 2, 2008 STATUS REPORT FOR THE STATE OF IOWA to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  October 2, 2008

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600