UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *The City of New York, et al.* | ) ) |
| v. | ) |
| *Abbott Laboratories, Inc., et al.* | ) ) |

*[Handwritten margin note: 10/2/08 Denied without prejudice and with leave to old to good cause for sealing. Motions are pricing data would not be revealed. There is not. Court will Pass B Saris]*

**MOTION FOR LEAVE TO FILE EXHIBITS 5-17 TO THE SEPTEMBER 30, 2008
RULE 26 STATEMENT OF HARRIS L. DEVOR, C.P.A., UNDER SEAL**

Plaintiffs, the City of New York and the New York Counties in the above-captioned action respectfully file this Motion for Leave to File Exhibits 5 through 17 to the Rule 26 Statement of Harris L. Devor, C.P.A. (Docket No. 5620) (the "Devor Report"), under seal.

Exhibits 5 through 17 to the Devor Report contain proprietary pricing information from documents and data produced by defendants that are designated "HIGHLY CONFIDENTIAL" and "CONFIDENTIAL" pursuant to the December 13, 2002 MDL Protective Order (Docket No. 276), as amended June 8, 2004 (Docket No. 865) and March 25, 2005 (Docket No. 1469). Exhibits 5 through 17 are designated as "HIGHLY CONFIDENTIAL" pursuant to the aforementioned protective order. The Protective Order requires that Exhibits 5 through 17 be sealed as a result of the proprietary pricing information contained therein. *See* Protective Order, MDL 1456, December 13, 2002, ¶4(i) and ¶6(h).

WHEREFORE, as the MDL Protective Order identified above requires, Plaintiffs respectfully request that the Court grant them leave to file Exhibits 5 through 17 to the Rule 26 Statement of Harris L. Devor, C.P.A., under seal. A proposed form of order is annexed hereto.

1

Dated: October 1, 2008

                        Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
Joanne M. Cicala
By: James P. Carroll Jr.
Aaron D. Hovan

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY 10022
(212) 605-6205
*Counsel for the County of Orange*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of October, 2008, caused a true and correct copy of the above MOTION FOR LEAVE TO FILE EXHIBITS 5-17 TO THE RULE 26 STATEMENT OF HARRIS L. DEVOR, C.P.A., UNDER SEAL to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: October 1, 2008

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600