**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____ | ) | |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND**
**TO THE UNITED STATES' MOTION TO COMPEL DOCUMENTS**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' motion to compel various documents (Dkt. No. 5609, 5610) for two business days until October 13, 2008. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1.   The United States filed its motion on September 25, 2008, and the motion raises a variety of issues.

2.   Pursuant to Local Rule 7.1(b)(2), Abbott's response would be due on or before October 9, 2008.

3.   The parties agree that Abbott shall have until October 13, 2008 to respond to this Motion.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to the United States' motion to compel (Dkt. No. 5609, 5610) be enlarged to October 13, 2008.

Dated:  October 9, 2008                             Respectfully submitted,

                                                    ABBOTT LABORATORIES INC.

                                                    By:  /s/ Brian J. Murray
                                                    James R. Daly
                                                    Tina M. Tabacchi
                                                    Jason G. Winchester
                                                    Brian J. Murray
                                                    JONES DAY
                                                    77 W. Wacker Dr., Suite 3500
                                                    Chicago, Illinois  60601-1692
                                                    Telephone: (312) 782-3939
                                                    Facsimile:  (312) 782-8585

                                                    R. Christopher Cook
                                                    David S. Torborg
                                                    JONES DAY
                                                    51 Louisiana Avenue, N.W.
                                                    Washington, D.C.  20001-2113
                                                    Telephone:  (202) 879-3939
                                                    Fax:  (202) 626-1700

                                                    *Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 9, 2008, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' MOTION TO COMPEL DOCUMENTS** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                           /s/ Carol P. Geisler