UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER

Upon consideration of the *Joint Motion For Enlargement Of Time To Respond To Motions To Compel Documents*, it is hereby ORDERED THAT the motion is allowed and Abbott shall have until October 13, 2008 to respond to the United States' *Motion to Require Abbott Laboratories Inc. To Comply With Its Discovery Obligations And Related Court Orders* (Dkt. No. 5609, 5610).

Dated: _____, 2008

_____
Honorable Patti B. Saris
United States District Judge