# EXHIBIT A

1

1 - 157

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CONSUME, ET AL,                )
                  Plaintiffs,  )
                               )
-V-                            )   CIVIL DOCKET NO.
                               )   01-12257-PBS
ABBOTT LABORATORIES, ET AL,    )
                               )
                  Defendants.  )

MOTION HEARING
BEFORE THE HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

January 31, 2008

Boston, Massachusetts

APPEARANCES ON PAGE 2

Proceedings recorded by electronic sound recording, transcript produced by Apex Reporting.

APPEARANCES:

For the United States:

    RENEE BROOKER, ESQ.
    GEJAA GOBENA, ESQ.
    JUSTIN DRAYCOTT, ESQ.
    U.S. Department of Justice
    604 D Street, NW
    Patrick Henry Building, Room 9028
    Washington, DC  20004

For the Defendants:

    JASON WINCHESTER, ESQ.
    JAMES DALY, ESQ.
    Jones Day
    77 West Wacker Drive
    Chicago, IL  60601

For the Intervenor:

    JAMES BREEN, ESQ.
    The Breen Law Firm, PA
    3562  Old Milton Parkway
    Alpharetta, GA  30005

                                                                    107

 1            THE COURT:  All right, 30 days.
 2            MS. BROOKER:  Thank you, your Honor.
 3            MR. WINCHESTER:  To do what?  What are we going to
 4   do in the 30 days?  I just want to make clear.
 5            THE COURT:  That you will provide information as
 6   to all of the files.  Either produced, can't be found, so
 7   that we know what we are going to get.
 8            MR. WINCHESTER:  Okay.
 9            MS. BROOKER:  And the witnesses, as well, produced
10   for deposition, any that are outstanding.
11            Thank you, your Honor.
12            MR. WINCHESTER:  Judge, as to a couple of them, as
13   I told you, we can't find them.
14            THE COURT:  Well, you just have to have that put
15   in affidavit form.
16            MR. WINCHESTER:  Correct. We're happy, I guess,
17   at a certain point to turn over last known address to the
18   Government and they could try to find them.
19            But, I don't want to put myself in the position of
20   violating an order.
21            MS. BROOKER:  Thank you, your Honor.
22            That is it for that motion, your Honor.
23            I'm going to be switching seats here with another
24   attorney from the Department of Justice for the next three
25   motions.

108

1        THE COURT: All right. All Government counsel can
2   sit at the table --s.
3        MS. BROOKER: Thank you. I'll move down.
4        THE COURT: Okay, the next is Abbott's motion
5   4692, a motion for protective order. Mr. Daly?
6        MR. DALY: Your Honor, I wanted to make a
7   suggestion, if it please the Court. We have a series of
8   three motions. All of them are apex deposition motions.
9        If it's all right with the Court, I'd like --
10  because the facts and the law are the same--
11       THE COURT: 4692, 4774 and 4781.
12       MR. DALY: That's right, Judge; keep them
13  together? Thank you.
14       Judge, with respect to these motions -- with
15  respect to Mr. White, there's nothing new. What you've seen
16  in the prior briefing that we looked at in May is the same.
17  They've come up with nothing additional.
18       With respect to the other three former executives,
19  we believe that they haven't met their burden to show unique
20  and superior knowledge with respect to these people. In
21  fact, each of them has filed an affidavit, which is part of
22  our briefs, that denies personal knowledge of -- or superior
23  knowledge of any of the subjects. And with respect to some
24  of them, they say they've never even heard of those topics
25  before, let alone have any knowledge about it.

157

## CERTIFICATE OF TRANSCRIBER

This is to certify that the attached proceedings before: <u>U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS</u> in the Matter of:

```
CONSUME, ET AL,                 )
                    Plaintiffs, )
                                )
-V-                             )   CIVIL DOCKET NO.
                                )   01-12257-PBS
ABBOTT LABORATORIES, ET AL,     )
                                )
                    Defendants. )
```

Place: Boston, Massachusetts

Date:  January 31, 2008

Were held as herein appears, and that this is the true, accurate and complete transcript prepared from the recordings taken of the above entitled proceeding.

J. Mocanu                                02/05/08
Transcriber                              Date

*APEX Reporting*
(617) 269-2900