# EXHIBIT F

## SKILLS MODULE

**Selling Injectables to Pharmacies
in the Alternate Site Market**

**Module Goal:** To maximize the sale of Abbott injectables and related products into the
Homecare Pharmacy and Long-term Care markets.

### Introduction

The challenges faced by homecare and closed-door pharmacies in today's competitive
environment are many.  Factors such as these will influence the pharmacist's decisions in regard
to purchasing injectables, nutritionals and electronic infusion devices:

- Reduced reimbursement for provided services
- Fewer therapies covered by government plans
- More competition from all areas – i.e. hospitals, physician infusion suites
- Business consolidation
- Increased regulatory pressures
- Pressure to reduce operating expenses—fewer employees and lower costs of goods.

Pharmacies compete for the available patient population and must rely on a number of different
sources for their patient referrals:

- Direct physician referrals
- Nursing agency referrals
- Hospital discharge planners
- Contracts with insurance companies
- Contracts with HMO's



EXHIBIT
Bukaty 3
3.19.08        JK

CONFIDENTIAL

Harling 000243

# SKILLS MODULE

## Selling Injectables to Pharmacies
   in the Alternate Site Market

### Targeting

1.  **Market**

- Pharmacies providing infusion services for:

  Homecare patients

  Infusion Clinics/Physician Infusion Services – Infectious diseases, Pain
  Management

- Closed door Pharmacies provide infusion services for mainly long term care facilities
  (LTC) and sub-acute facilities
- Oncology Clinics/Physician offices – service the chemotherapy market
- National accounts with Abbott contracts
- Regional accounts with Abbott contracts or those belonging to buying groups with
  Abbott pricing
- Local accounts belonging to buying groups with Abbott pricing
- Competitive accounts—can still purchase some injectables from Abbott

2.  **Key Injectables Products**

- Antibiotics
  Vancomycin
  Tazicef
  Gentamicin
  Tobramycin
  Cefazolin (Ancef)

- Flush solutions
  Saline and Heparin—may use vials or pre-filled syringes.

- Total Parenteral Nutrition Additives
  Electrolytes

- Pain Management
  Morphine
  Meperidine
  Fentanyl
  Butorphanol
  Ketorolac

- Miscellaneous Injectables
  Promethazine
  Tigan
  Cardiac inotropes
  Dobutamine
  Dopamine
  Local anesthetics
  Marcaine (Bupivacaine)
  Lidocaine
  Diuretics
  Furosemide

---

CONFIDENTIAL

Harling 000244

**SKILLS MODULE**

**Selling Injectables to Pharmacies
    in the Alternate Site Market**

3.  Other products
- Solutions
  Normal Saline - 0.9%; 0.45%
  Dextrose 5%
  Lactated Ringers

- Total Parenteral Nutrition Base Solutions
  Amino acids
  Lipids
  Dextrose
  Sterile Water for Injection

- Irrigation Solutions
  Saline
  Water
  Acetic Acid

- Add-Vantage Delivery systems

- Nutrimix empty containers - lipid compatible

- Empty PVC containers

- Administration sets

- Extension sets

- LifeShield - Clave, Pre-pierced system, luer-activated valve

- Venicare - Abbocaths, Clearcaths and butterflies

Stability of compounded medications is an issue in homecare. Up to a week's supply of drugs are compounded and sent to the home for use during that week. The pharmacist, through a number of different references, determines compounded medication stability:

- Trissel's—Handbook on Injectable Drugs

- King's Guide to Injectable Drugs

- Drug Facts and Comparisons

- American Hospital Formulary Service

- Manufacturer's package insert

- Published literature

Abbott's ADD-Vantage system can provide benefit to the pharmacist compounding medications for future delivery. Sell the benefits of ADD-Vantage:

- Labor saving—less time to prepare

- Great for medications with a very short compounded stability

- Fewer compounding supplies used—no alcohol swabs, syringes, needles

- Needleless—no threat of needlesticks for the technician doing the compounding

- No costly extra equipment needed such as freezers or microwave ovens

- Easy for the nurse/patient to activate

CONFIDENTIAL

Harling 000245

## SKILLS MODULE

### Selling Injectables to Pharmacies
### in the Alternate Site Market

#### Pre-call Preparation for an Injectables Sales Call

1. **Account Background and History**

   GPO affiliation/national or regional account

   Call history—products previously discussed/presented

   Buying history—refer to tracking reports

       Infusion Tracking Report

       Wholesaler Report

       Invoices

       Top 25 Accounts List

   GPO Sales Tool—determine what is on contract and identify areas of non-compliance or opportunity

2. **Appointment with Appropriate Personnel**

   - First call should be with the pharmacist in charge; subsequent calls may be to the pharmacy technician

   Note: Pharmacy technicians usually place the order

3. **Establish Call Objectives (primary and secondary)**

4. **Identify Product Areas to Target (companion sell concept)**

   - Pharmacist:
     Injectables, including ADD-Vantage
     Solutions
     Nutritionals

   - Pharmacist and Nurses:
     Ambulatory infusion devices—aim *plus*
     Pole-mounted devices—Acclaim, Plum XLM
     LifeShield/Clave
     Administration sets
     Venicare items

5. **Identify Specific Areas of Resistance**

   - Plan how it may be countered

CONFIDENTIAL

Harling 000246

## SKILLS MODULE

### Selling Injectables to Pharmacies
### in the Alternate Site Market

#### Sales Call Objectives

1. **Determine the pharmacy's therapy mix to help target specific products**

   - Knowing the different types of therapy the pharmacy typically provides can help identify items that will be most beneficial to the account

| Therapy Type | Primary Items | Secondary Items |
|---|---|---|
| Antibiotics | • Antibiotic injectables<br>• Flush solutions<br>• *aim plus*<br>• Solutions - large and small volume<br>• LifeShield<br>• Administration sets | • Advantage system - beneficial for antibiotics with short stability.<br>i.e. Primaxin, Unasyn, Ampicillin, Erythromycin<br>• Abbokinase<br>• Catheters<br>• Specialty Extension sets (Dial-a-Flo) |
| Total Parenteral Nutrition | • aim plus<br>• Amino Acids<br>• Lipids<br>• Heavy Dextrose<br>• Nutrimix Compounder<br>• Nutrimix bags<br>• Trace elements and electrolytes<br>• Flush solutions<br>• LifeShield | • Abbokinase<br>• Injectable antibiotics |
| Pain Management | • Injectables - morphine etc.<br>• aim plus<br>• Flush solutions<br>• LifeShield | • Abbokinase |
| Hydration | • Large Volume solutions<br>• Electrolytes<br>• Plum XLM<br>• LifeShield<br>• Administration sets | • Abbokinase<br>• Catheters<br>• Dial-a-Flo |
| Chemotherapy | • Chemotherapeutic injectables<br>• *aim plus*<br>• Plum XLM<br>• Abbokinase<br>• LifeShield<br>• Large & small volume solutions | • Catheters<br>• Administration sets |
| Respiratory | • Sterile solutions | |
| Biological | • Plum XLM<br>• Administration sets<br>• Flush solutions<br>• Catheters | |
| Wound Care | • Solutions for irrigation | |

2. **Determine the purchasing habits of the pharmacy using the FOCUS probe model:**

D:\New Hire Selling Injectables.doc

5

CONFIDENTIAL

Harling 000247

# SKILLS MODULE

## Selling Injectables to Pharmacies
## in the Alternate Site Market

- What products are currently being used?
- Where are medications purchased?
  - Direct from manufacturer
  - Distributor
  - Wholesaler (most common)
  - *Note—wholesaler list numbers are not the same as the Abbott list numbers
- What influences buying decisions?
  - Cost
  - Clinical reasons
  - Size preferences
  - Personal preference
  - Contractual arrangements
- What are the clinical considerations taken into account?

  How the medication can be given safely—IV push, gravity administration or rate controlled (Dial-a-Flo, electronic device)?

- What is the GPO/National account affiliation?

  Emphasize what Abbott has on contract

- What are the consequences of not complying with the current contract?
- What is the ordering process?
  - Orders for injectables are usually placed on a daily basis.  Most wholesalers will deliver next day on orders placed as late as 8PM.
  - Orders for solutions are usually made weekly if purchased direct from Abbott.
  - Actual orders are placed using a variety of methods -  Bar codes, manual ordering through Telxon, checklist of products or computer.  With computer ordering, the wholesaler listing is updated with current contract pricing at least weekly. The listing will include all injectables available on the pharmacy GPO.
- What current problems do they have—with other vendors, pricing, and/or backorder situations?
- What solutions have they come up with?

3.  **Determine the payor mix—How pharmacies get paid**
    - Different types of payors reimburse at varying levelsh
    - Knowing how the pharmacy is being reimbursed will help target specific different Abbott features and benefits

      Example - If a certain payor has a very low reimbursement for a PICC line or Mid line placement, the use of Abbokinase may benefit by salvaging clotted lines and requiring fewer placements.

    - Government Programs

CONFIDENTIAL

Harling 000248

**SKILLS MODULE**

**Selling Injectables to Pharmacies
  in the Alternate Site Market**

Medicare - Coverage for home IV therapy is very limited. The therapies that are covered are reimbursed at very low levels. New policies are being implemented rapidly. The most recent and potentially beneficial for Abbott is that Medicare is putting a lifetime cap on nursing visits reimbursement for a single patient.

Therapies that are covered:

TPN – usually only covered if there has been previous enteral therapy failure or with certain diagnosis such as complete gastric obstruction or documented malabsorption syndrome. When TPN is approved, there are strict calorie requirements that the patient must receive.

Antibiotics – There are only four different antibiotics covered by Medicare. These are foscarnet, ganciclovir, acyclovir and amphotericin-b. These medications are actually anti-virals and anti-fungals. There are no true anti-bacterials on the list. Vancomycin coverage was stopped in September 1997. Medicare patients on other antibiotics are either sent to the hospital or a nursing home where the therapies are covered.

Inotropic Therapy – Strict guidelines exist for this therapy designed for congestive heart failure patients. This therapy is usually provided with an ambulatory infusion device.

Pain Management – This therapy is usually restricted to patients with cancer related pain. Covered medication is morphine and must be administered with a pump.

Pharmacies that do have a high percentage of Medicare patients are very concerned about costs. However, in order to be reimbursed for many of these therapies they can utilize the aim plus and many of our injectables.  A note on pump reimbursement - Pump rental is not actually reimbursed as a separate line item but is bundled with other per diem costs.

Medicaid – Reimbursement for home IV therapy varies from state to state. Ambulatory or pole mounted devices are usually not covered. Actual reimbursement is tied to the medication provided and is set at state determined levels. Learn how your state program determines which medications are reimbursed.

• Payment by Patient - Patients that are paying their own bills are usually billed at a major discount (50%) off contract prices.

CONFIDENTIAL

Harling 000249

## SKILLS MODULE

### Selling Injectables to Pharmacies
### in the Alternate Site Market

- Third Party Insurance

  Fee for Service –  Negotiated pricing.  Pharmacy negotiates with case manager for infusion services that will be provided.

  Fee for Service  - Contract pricing - preferred provider status. Pricing for infusion services have been negotiated in advance. There may be different pricing structures for each different payor.

  Fee for Service –  Per Diem Pricing  - Usually a daily rate (which includes all supplies, device rentals, labor, overhead, profit and common nursing services) plus the cost of the drug for a specific therapy.  Medications are usually billed out at Average Wholesale Price (AWP). However, insurance companies are moving to paying AWP minus a percentage--AWP - 5%. (AWP is found in the Redbook and can be purchased by any pharmacy.)

  Capitated contracts – Pharmacies are paid a rate per covered patient per day whether patients are on service or not. If a pharmacy has a capitated contract they will try to provide the therapy as inexpensively as possible. This may entail using the least expensive injectable that they can find (no brand loyalty) and using an inexpensive delivery system (IV push, gravity).

CONFIDENTIAL

Harling 000250

## SKILLS MODULE

**Selling Injectables to Pharmacies
   in the Alternate Site Market**

---

### Sales Call

1.  Initiate Statement
    - Introduction
    - State what you would like to accomplish—action
        "Determine the types of therapies and payor mix"
    - Give the customer a reason to listen to you
        "Because of the limited reimbursement, Abbott can provide total systems to assist in providing care for these patients at a competitive price"
    - Probe for acceptance
2.  Probe
    - Gather information
        " Which therapies are provided to Medicare patients?
        How many patients are private pay versus Medicaid/Medicare?"
    - Convert problems to goals
        "With the limited reimbursement and with the caps on nursing visits we can look at providing this therapy at the most effective cost for pharmacy and nursing."
3.  Present
    - Positioning statement
        "Abbott can provide the complete range of products to meet your needs for cost effective drug delivery."
    - Relate goal to relevant product features and benefits
        "Abbott morphine comes in a variety of concentrations to meet every compounding requirement and is on your GPO contract. In addition, using the pain management features of the *aim* plus will decrease nursing visits."
4.  Propose Action
    - Gain commitment for an order
    - Make it easy for the account to place an order
        - Provide wholesaler number for Abbott product
        - Place Abbott number on the shelf/computer/order sheet
5.  Follow-up
    - Make sure that the order is placed

---

D:\New Hire Selling Injectables.doc

CONFIDENTIAL

Harling 000251

## SKILLS MODULE

### Selling Injectables to Pharmacies
###   in the Alternate Site Market

<u>Handling Objections</u>

1.  <u>Cherrypicking the contract</u> - Explain the mechanics of GPO's. Be aware if the account's particular GPO offers rebates based on contract compliance. Stress the importance of contract compliance as it benefits the account, the buying group and long term pricing.

2.  <u>High prices</u> - If the account is a GPO member, explain that the decision was made on the overall benefit of the GPO to the account. Some prices may be higher than others may, but net cost should be lower if contract purchases are maximized.

3.  <u>Not covered by state programs</u> - Work with responsible managers to get products on state formularies. Inform account as soon as product is approved.

4.  <u>Preference of pharmacist</u> - Find the reason the pharmacist prefers a certain product to Abbott's products. Offer clinical support if required.

5.  <u>Frequent backorder situations</u> - Keep account informed to status of products and let them know as soon as product comes off backorder status.

<u>Competitive Understanding</u>

1.  Baxter

    In the late eighties and early nineties, Caremark HomeCare was the major force in the homecare market. Caremark was referred to as the "Caremark University" because so many pharmacists learned homecare pharmacy practice using their system before leaving to work for other companies. Caremark was owned by Baxter, therefore all Caremark branches used Baxter products exclusively. Many pharmacists practicing in homecare today prefer Baxter because of their previous exposure to Baxter products.

CONFIDENTIAL

Harling 000252

**SKILLS MODULE**

**Selling Injectables to Pharmacies**
**in the Alternate Site Market**

2.  McGaw

McGaw gained acceptance in the alternate site market based on price, They were also the first manufacturer that actively sought the alternate site business.  Many pharmacists today still have loyalty to McGaw.


**Conclusion**

Based on the challenges that pharmacies face, how can Abbott help?

- We can offer the whole product line from top to bottom.
- We have the largest line of generic drugs at competitive prices in a variety of vial sizes, and availability of some drugs in plastic vials.
- All products are available through the wholesaler, distributor or direct from Abbott.
- Abbott has competitive pricing on a number of GPO contracts and national contracts
- Abbott customer service is top notch with the best delivery and the finest and most knowledgeable sales force.

CONFIDENTIAL

Harling 000253