UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs Inc., et al.*,<br>06-CV-11069-PBS<br><br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>03-VW-11226-PBS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Alyssa A. Wade of Kirkland & Ellis LLP as counsel of record for Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Roxane, Inc., f/k/a Roxane Laboratories, Inc. ("Boehringer Defendants") in the above captioned matters. Boehringer Defendants will continue to be represented by Kirkland & Ellis LLP and have other attorneys of record on file upon whom all notices, pleadings, and correspondence will continue to be served.

Dated: October 06, 2008

Respectfully submitted,

Alyssa A. Wade
California Bar No. 252448
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
213/680-8400 (Tel.); 213/680-8500 (Fax)

**ATTORNEY FOR BEDFORD LABORATORIES, BEN VENUE LABORATORIES, INC., BOEHRINGER INGELHEIM CORP., BOEHRINGER INGELHEIM PHARMACEUTICALS INC., AND ROXANE LABORATORIES, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on this 6th day of October, 2008 via electronic service with LexisNexis.

*Dione Bachula*