UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
IN RE PHARMACEUTICAL INDUSTRY           :  MDL No. 1456
AVERAGE WHOLESALE PRICE                 :  01-CV-12257-PBS
LITIGATION
                                           Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
ASTRAZENECA CLASS 1 SETTLEMENT           :
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COURT'S OCTOBER 2, 2008 ORDER CONCERNING
<u>FINAL APPROVAL OF THE ASTRAZENECA CLASS 1 SETTLEMENT</u>**

AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "AstraZeneca") respectfully move the Court for an order extending their time to respond to the Court's Memorandum and Order dated October 2, 2008 (the "Order") by 10 days. In support of the motion, to which Plaintiffs have consented, AstraZeneca states that:

1.      The Order requires the parties to submit to the Court "within 15 days" a revised Proposed Order Granting Final Approval to the AstraZeneca Class 1 Settlement that modifies the proposed distribution formula consistent with the Order.

2.      Although AstraZeneca promptly requested from the Claims Administrator figures on the financial impact of modifying the distribution formula consistent with the Order, AstraZeneca has not yet received them. The figures have been promised for today and, on receiving them, AstraZeneca will require time to further consider modifying the distribution formula in light of the figures.

3. Counsel for AstraZeneca has conferred with counsel for Plaintiffs about this request for additional time, and Plaintiffs do not oppose the request.

For these reasons, AstraZeneca respectfully requests that this motion be granted, and that its time to respond to the Order be extended to October 27, 2008.

Boston, Massachusetts
October 16, 2008

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO #496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

D. Scott Wise
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for AstraZeneca Pharmaceuticals LP
  and AstraZeneca LP*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for AstraZeneca conferred with counsel for Plaintiffs on this motion, and that counsel for Plaintiffs assents to the motion.

    /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 16, 2008, a copy to LexisNexis File & Serve for posting and notification of all parties.

    /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper