UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance for Glaxosmithkline in the above-captioned case.

Dated: October 17, 2008

/s/ Stephen A. Tuggy
Stephen A. Tuggy
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, California 90071-3043
Tel: (213) 689-0200
Fax: (213) 614-1868

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Tuggy, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 17, 2008.

                                        /s/ Stephen A. Tuggy
                                        Stephen A. Tuggy