UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> TRACK 1 TRIAL | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**PLAINTIFFS' OFFER OF PROOF REGARDING STANDING OF PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST**

Pursuant to the Court's September 26, 2008 Memorandum and Order ("Order"), Plaintiffs, by their undersigned counsel, submit the following Offer of Proof regarding the standing of proposed Class 3 representative Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli").

1.  Although Pirelli has reimbursed for AstraZeneca's Zoladex® purchased in States other than Tennessee, none of those States are within Appendix B of the Court's Order. Therefore, Plaintiffs hereby withdraw Pirelli as a proposed class 3 representative with regard to AstraZeneca for the certified nationwide Class.

2.  Pirelli has reimbursed for BMS' drug Cytoxan, J9213, in the State of Florida. Florida is listed in Appendix B of the Court's Order. The reimbursement occurred on October 21, 2002, within the Class Period certified by the Court. A true and correct copy of the documents reflecting this reimbursement are attached as Exhibit A. *See* PIRELLI 003812-3816. Therefore, Pirelli has standing as a Class 3 representative for the certified nationwide Class.

| | |
|---|---|
| DATED:  October 23, 2008 | By    /s/ **Steve W. Berman**<br>Thomas M. Sobol (BBO#471770)<br>Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing ***Plaintiffs' Offer of Proof Regarding Standing of Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 23, 2008, a copy to LexisNexis File and Serve for Posting and notification to all parties

              By  /s/ Steve W. Berman
              Steve W. Berman
              **HAGENS BERMAN SOBOL SHAPIRO LLP**
              1301 Fifth Avenue, Suite 2900
              Seattle, WA 98101
              (206) 623-7292

# Exhibit A

|  |  |  | Employee |
|---|---|---|---|
| 65-0696665 |  | 25343021101T |  |

# REDACTED

12/30/2002
Date Issued

Amount Paid: $832.65

REDACTED

File Copy     This is not a Check

**PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. 0116798

Check No. 0117606

**Explanation of Benefits**

| Date | Date |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2002 | 10/21/2002 | 7,800.00 | 0.00 | 0.00 | 0.00 | 832.65 | 0.00 | 832.65 | 0.00 | 100 | 832.65 | 0.00 | 6,967.35 |

Non-Covered Codes:

Comments:
FUND LIABILITY PAID AFTER MEDICARE PAYMENT.

| | | | | | |
|---|---|---|---|---|---|
| Accumulated Major Medical Deductible: | $0.00 | $0.00 | Accumulated Dental Deductible: | $0.00 | $0.00 |
| Major Medical Out-of-Pocket Expense: | $0.00 | $0.00 | Dental Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Paid Year-to-Date: | $4,922.99 | $7,610.21 | Dental Family Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Family Deductible: | $0.00 | $0.00 | Vision Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Life Time Paid: | $32,088.89 | | | | |

HEM/ONC ASSOC OF THE TREASUR
1801 SE HILLMOOR DR
B-101
PORT ST LUCIE, FL 34952

Provider: HEM/ONC ASSOC OF THE TREASURE
Participant SSN:
TNP   Claim Number:  0116798

REDACTED

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
PIRELLI 003812

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

E/2/02

PIRELLI ARMSTRONG TIRE
ATTN MEDICAL BENEFITS
PO BOX 1449
GOODLETTSVILLE TN 3707014

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN)  OTHER [X] (ID)

Patient's Birth Date: 28 1918  SEX: X

Patient Relationship to Insured: [X] Spouse  Child  Other

Patient Status: Single  Married  Other  Employed  Full-Time Student  Part-Time Student

Is Patient's Condition Related To:

Employment? (Current or Previous): YES [ ] NO [X]

b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]
b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE (State)
c. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED
c. OTHER ACCIDENT? YES [ ] NO [X]
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B
10d. RESERVED FOR LOCAL USE

a. INSURED'S DATE OF BIRTH: 04 28 1918  M [X]  SEX
b. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED TIRE
c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES  NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  DATE: 10212002
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:
17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 20410

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| Date(s) of Service From / To | Place of Service | Type of Service | CPT/HCPCS | Diagnosis Code | $ Charges | Days or Units | EPSDT | EMG | COB | Reserved for Local Use |
|---|---|---|---|---|---|---|---|---|---|---|
| 10212002 | 11 | 01 | 9213 | | 90.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 6408 | | 85.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 6410 | | 125.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 6412 | | 180.00 | 2 | | N | | |
| 10212002 | 11 | 01 | 7050 | | 63.00 | 3 | | N | | |
| 10212002 | 11 | 01 | 7051 | | 2.00 | 1 | | N | | 696735 |

25. FEDERAL TAX I.D. NUMBER: 650696665  SSN/EIN: [X]
26. PATIENT'S ACCOUNT NO.: 25343-021101TE
27. ACCEPT ASSIGNMENT? YES [X] NO
28. TOTAL CHARGE: $545.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $545.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MICHAEL S WERTHEIM, M  DATE: 11202002
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED: HEMATOLOGY ONCOLOGY ASSOC  2100 NEBRASKA AVE B107  FORT PIERCE FL 34950
33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: HEMATOLOGY ONCOLOGY OF THE TRE  1801 SE HILLMOOR DR #B101  PORT ST. LUCIE FL 34952  PIN #: 56158Y  GRP #:

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)  PLEASE PRINT OR TYPE  FORM CMS-1500 (U2) (12-90)  FORM OWCP-1500  FORM RRB-1500

HIGHLY CONFIDENTIAL
PIRELLI 003813

PIRELLI ARMSTRONG TIRE
ATTN MEDICAL BENEFITS
PO BOX 1449
GOODLETTSVILLE TN 3707014

PLEASE DO NOT STAPLE IN THIS AREA

| | | |
|---|---|---|
| PICA | HEALTH INSURANCE CLAIM FORM | PICA |

1. MEDICARE (Medicare #) / MEDICAID (Medicaid #) / CHAMPUS (Sponsor's SSN) / CHAMPVA (VA File #) / GROUP HEALTH PLAN (SSN or ID) / FECA BLK LUNG (SSN) / OTHER [X] (ID)

PATIENT'S BIRTH DATE: 04 28 1918  SEX: X (M)

PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse  Child  Other

8. PATIENT STATUS: Single  Married  Other  Employed  Full-Time Student  Part-Time Student

IS PATIENT'S CONDITION RELATED TO:
EMPLOYMENT? (CURRENT OR PREVIOUS): NO [X]
b. AUTO ACCIDENT?: NO [X]  PLACE (State)
c. OTHER ACCIDENT?: NO [X]

a. INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]
b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]
b. EMPLOYER'S NAME OR SCHOOL NAME: PIRELLI ARMSTRONG TIRE
c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE

REDACTED

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  DATE: 10212002
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636

20. OUTSIDE LAB?: NO [X]  $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 20410

| 24.A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS \| MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10212002 | 11 | 01 | 9093 | | 20.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 9094 | | 40.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 9095 | | 100.00 | 1 | | N | | |
| 10212002 | 11 | 01 | 9310 | | 6960.00 | 8 | | N | | |
| 10212002 | 11 | 01 | 9375 | | 90.00 | 1 | | N | | |
| 10212002 | 11 | 05 | 0001 | | 15.00 | 1 | | N | | |

25. FEDERAL TAX I.D. NUMBER: 650696665  SSN EIN: [X]
26. PATIENT'S ACCOUNT NO.: 25343-021101TF
27. ACCEPT ASSIGNMENT?: YES [X]
28. TOTAL CHARGE: $7225.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $7225.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MICHAEL S WERTHEIM, M  DATE: 11202002
32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
HEMATOLOGY ONCOLOGY ASSOC
2100 NEBRASKA AVE B107
FORT PIERCE FL 34950

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
HEMATOLOGY ONCOLOGY OF THE TRE
1801 SE HILLMOOR DR #B101
PORT ST. LUCIE FL 34952
PIN #: 56158Y   GRP #:

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)   PLEASE PRINT OR TYPE   FORM CMS-1500 (U2) (12-90)

HIGHLY CONFIDENTIAL
PIRELLI 003814

| | | | | | | | | PIRELLI ARMSTRONG TIRE<br>ATTN MEDICAL BENEFITS<br>PO BOX 1449<br>GOODLETTSVILLE TN 3707014 |
|---|---|---|---|---|---|---|---|---|

PLEASE DO NOT STAPLE IN THIS AREA

[REDACTED]

| PICA | | | | | | | | HEALTH INSUR... | | CA |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) — MEDICAID (Medicaid #) — CHAMPUS (Sponsor's SSN) — CHAMPVA (VA File #) — GROUP HEALTH PLAN (SSN or ID) — FECA BLK LUNG (SSN) [X] — OTHER (ID)

...IENT'S BIRTH DATE: 4 28 1918  SEX: X M / F

...IENT RELATIONSHIP TO INSURED: [X] ... Spouse ... Child ... Other

...IENT STATUS: ... Married ... Other ... Full-Time Student ... Part-Time Student

...IENT'S CONDITION RELATED TO:

PIRELLI ARMSTRONG TIRE CORP

...YMENT? (CURRENT OR PREVIOUS): YES / [X] NO

a. INSURED'S DATE OF BIRTH: 04 28 1918  SEX: [X] M / F

b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918  SEX: [X] M / F

b. AUTO ACCIDENT? YES / [X] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: PIRELLI ARMSTRONG TIRE [REDACTED]

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES / [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE

d. INSURANCE PLAN NAME OR PROGRAM NAME: ME... [REDACTED] ...PART B

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES / NO — If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED: Signature on File   DATE: 10212002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED: Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)  MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER

17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES / [X] NO   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 20410
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10212002 | 11 | 05 | 95024 | | 30.00 | 1 | | N | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 650696665   SSN / [X] EIN

26. PATIENT'S ACCOUNT NO.: 25343-021101TG

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES / NO

28. TOTAL CHARGE: $ 30.00

29. AMOUNT PAID: $ 0.00

30. BALANCE DUE: $ 30.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
MICHAEL S WERTHEIM, M
SIGNED          DATE 11202002

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
HEMATOLOGY ONCOLOGY ASSOC
2100 NEBRASKA AVE B107
FORT PIERCE FL 34950

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
HEMATOLOGY ONCOLOGY OF THE TRE
1801 SE HILLMOOR DR #B101
PORT ST. LUCIE FL 34952
56158Y
PIN #             GRP #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)   PLEASE PRINT OR TYPE   FORM CMS-1500 (U2) (12-90)  FORM OWCP-1500   FORM RRB -1500

HIGHLY CONFIDENTIAL
PIRELLI 003815

```
                                                                    NOV 1 8 2002
MEDICARE PART B                            800001141                        MEDICARE
PROVIDER #: 40806                          HEM ONC ASO OF THE TREA  101088221 REMITTANCE
CHECK/EFT #:101088221      11/11/02        PAGE #: 21 OF 48                  NOTICE

PERF PROV  SERV DATE  POS NOS  PROC  MODS   BILLED  ALLOWED  DEDUCT  COINS       GRP/RC-AMT  PROV PD
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [REDACTED] | | | | | | ACNT 29792 020602SJ | | | ICN 0102291116010 | ASG Y  MOA MA01 | |
| 56158Y | 0617 061702 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 30.00 | 11.70 | 0.00 | 0.00 | 18.30 | 11.70 |
| | | | | | | | | | | | 11.70 NET |
| [REDACTED] | | | | | | ACNT 29792C1002NQ | | | ICN 0902303587820 | ASG Y  MOA MA01  MA18 | |
| 56158Y | 1021 102102 | 11 | 1 | 90782 | | 20.00 | 4.36 | 0.00 | 0.87 CO-42 | 15.64 | 3.49 |
| 56158Y | 1021 102102 | 11 | 60 | Q0136 | | 1500.00 | 767.40 | 0.00 | 153.48 CO-42 | 732.60 | 613.92 |
| 56158Y | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 56158Y | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 154.35 | | | CLAIM TOTALS | | 1565.00 | 786.46 | 0.00 | 154.35 | 778.54 | 632.11 |
| CLAIM INFORMATION FORWARDED TO: HDM CORPORATION | | | | | | | | | | | 632.11 NET |
| 08210Y | 1023 102302 | 11 | 1 | 90782 | | ACNT 29792C1002PR | | | ICN 0902303588600 | ASG Y  MOA MA01  MA18 | |
| 08210Y | 1023 102302 | 11 | 1 | 90782 | | 20.00 | 4.36 | 0.00 | 0.87 CO-42 | 15.64 | 3.49 |
| 08210Y | 1023 102302 | 11 | 60 | Q0136 | | 1500.00 | 767.40 | 0.00 | 153.48 CO-42 | 732.60 | 613.92 |
| PT RESP | 154.35 | | | CLAIM TOTALS | | 1520.00 | 771.76 | 0.00 | 154.35 | 748.24 | 617.41 |
| CLAIM INFORMATION FORWARDED TO: HDM CORPORATION | | | | | | | | | | | 617.41 NET |
| | | | | | | 25343C1002NI | | | ICN 0902303587740 | ASG Y  MOA MA01 | |
| 56158Y | 1021 102102 | 11 | 1 | 99213 | | 90.00 | 51.62 | 0.00 | 10.32 CO-42 | 38.38 | 41.30 |
| 56158Y | 1021 102102 | 11 | 1 | 96408 | | 85.00 | 37.30 | 0.00 | 7.46 CO-42 | 47.70 | 29.84 |
| 56158Y | 1021 102102 | 11 | 1 | 96410 | | 125.00 | 58.93 | 0.00 | 11.79 CO-42 | 66.07 | 47.14 |
| 56158Y | 1021 102102 | 11 | 2 | 96412 | | 180.00 | 88.48 | 0.00 | 17.70 CO-42 | 91.52 | 70.78 |
| 56158Y | 1021 102102 | 11 | 3 | J7050 | | 63.00 | 31.77 | 0.00 | 6.35 CO-42 | 31.23 | 25.42 |
| 56158Y | 1021 102102 | 11 | 1 | J7051 | | 2.00 | 0.95 | 0.00 | 0.19 CO-42 | 1.05 | 0.76 |
| 56158Y | 1021 102102 | 11 | 1 | J9093 | | 20.00 | 5.98 | 0.00 | 1.20 CO-42 | 14.02 | 4.78 |
| 56158Y | 1021 102102 | 11 | 1 | J9094 | | 40.00 | 11.64 | 0.00 | 2.33 CO-42 | 28.36 | 9.31 |
| 56158Y | 1021 102102 | 11 | 1 | J9095 | | 100.00 | 24.42 | 0.00 | 4.88 CO-42 | 75.58 | 19.54 |
| 56158Y | 1021 102102 | 11 | 8 | J9310 | | 6960.00 | 3800.00 | 0.00 | 760.00 CO-42 | 3160.00 | 3040.00 |
| 56158Y | 1021 102102 | 11 | 1 | J9375 | | 90.00 | 52.15 | 0.00 | 10.43 CO-42 | 37.85 | 41.72 |
| 56158Y | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 56158Y | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 832.65 | | | CLAIM TOTALS | | 7800.00 | 4177.94 | 0.00 | 832.65 | 3622.06 | 3345.29 |
| | | | | | | | | | | | 3345.29 NET |
| [REDACTED] | | | | | | ACNT 11251C1002MI | | | ICN 0902303587380 | ASG Y  MOA MA01  MA18 | |
| 92812X | 1021 102102 | 11 | 1 | 99213 | | 90.00 | 51.62 | 0.00 | 10.32 CO-42 | 38.38 | 41.30 |
| 92812X | 1021 102102 | 11 | 1 | J3420 | | 10.00 | 0.23 | 0.00 | 0.05 CO-42 | 9.77 | 0.18 |
| 92812X | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 92812X | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| 92812X | 1021 102102 | 11 | 1 | 80053 | | 30.00 | 14.61 | 0.00 | 0.00 CO-42 | 15.39 | 14.61 |
| 92812X | 1021 102102 | 11 | 1 | 85610 | | 15.00 | 5.43 | 0.00 | 0.00 CO-42 | 9.57 | 5.43 |
| PT RESP | 10.37 | | | CLAIM TOTALS | | 190.00 | 86.59 | 0.00 | 10.37 | 103.41 | 76.22 |
| CLAIM INFORMATION FORWARDED TO: BCBS OF FLORIDA | | | | | | | | | | | 76.22 NET |
| | | | | | | ACNT 33982C1002MZ | | | ICN 0902303587550 | ASG Y  MOA MA01  MA15  MA18 | |
| 92812X | 1021 102102 | 11 | 1 | 96410 | | 125.00 | 58.93 | 0.00 | 11.79 CO-42 | 66.07 | 47.14 |
| 92812X | 1021 102102 | 11 | 1 | 90780 | 59 | 125.00 | 43.14 | 0.00 | 8.63 CO-42 | 81.86 | 34.51 |
| 92812X | 1021 102102 | 11 | 5 | J1100 | | 50.00 | 0.85 | 0.00 | 0.17 CO-42 | 49.15 | 0.68 |
| 92812X | 1021 102102 | 11 | 10 | J1626 | | 360.00 | 185.40 | 0.00 | 37.08 CO-42 | 174.60 | 148.32 |
| 92812X | 1021 102102 | 11 | 2 | J7050 | | 42.00 | 21.18 | 0.00 | 4.24 CO-42 | 20.82 | 16.94 |
| 92812X | 1021 102102 | 11 | 1 | J7051 | | 2.00 | 0.95 | 0.00 | 0.19 CO-42 | 1.05 | 0.76 |
| 92812X | 1021 102102 | 11 | 8 | J9201 | | 1680.00 | 968.08 | 0.00 | 193.62 CO-42 | 711.92 | 774.46 |
| 92812X | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| 92812X | 1021 102102 | 11 | 1 | 80053 | | 30.00 | 14.61 | 0.00 | 0.00 CO-42 | 15.39 | 14.61 |
| 92812X | 1021 102102 | 11 | 1 | 82378 | | 51.00 | 26.22 | 0.00 | 0.00 CO-42 | 24.78 | 26.22 |
| 92812X | 1021 102102 | 11 | 1 | 83540 | | 20.00 | 8.95 | 0.00 | 0.00 CO-42 | 11.05 | 8.95 |
| 92812X | 1021 102102 | 11 | 1 | 83550 | | 25.00 | 12.08 | 0.00 | 0.00 CO-42 | 12.92 | 12.08 |
| 92812X | 1021 102102 | 11 | 1 | 82728 | | 36.00 | 18.83 | 0.00 | 0.00 CO-42 | 17.17 | 18.83 |
| PT RESP | 255.72 | | | CLAIM TOTALS | | 2576.00 | 1370.92 | 0.00 | 255.72 | 1205.08 | 1115.20 |
| CLAIM INFORMATION FORWARDED TO: AARP UNITED HEALTHCARE | | | | | | | | | | | 1115.20 NET |

HIGHLY CONFIDENTIAL
PIRELLI 003816