UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | |
| | Magistrate Judge Marianne B. Bowler |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) | |

**UNITED STATES' MOTION FOR AN ORDER TO PRODUCE
MICHAEL T. RICKS FOR RULE 30(a)(2)(B) DEPOSITION**

The plaintiff United States of America, through its undersigned counsel, respectfully moves this Court for an order pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) directing the Warden of the Kit Carson Correctional Center, 49777 County Road V, Burlington, Colorado 80807, to produce inmate Michael T. Ricks, for the taking of his deposition on November 20, 2008 at 9:00 a.m. MST.  If the Court does not act on this motion before November 15, 2008, the United States requests that any order provide that the deposition shall take place approximately 10 days after the date of the order, except as agreed upon by the parties and the Warden.

The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:    /s/ George B. Henderson, II
GEORGE B. HENDERSON, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Dated: October 23, 2008    Washington, D.C. 20044

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(A)(2) that counsel have conferred on the issue raised in this motion, and have been unable to resolve or narrow the issue.

/s/ George B. Henderson, II
George B. Henderson, II

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION FOR AN ORDER TO PRODUCE MICHAEL T. RICKS FOR RULE 30(a)(2)(B) DEPOSITION." to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: October 23, 2008            /s/ George B. Henderson, II
George B. Henderson, II