# Exhibit 1



## Introduction:

- **AWP Reimbursement:** Why it's important, how it is calculated, and what that means in terms of reimbursement from the third party payors to the managed care organizations.

- **Why "Multi-dose to Unit-dose" Albuterol** Conversion makes good business sense for the Customer Base.

- **The dramatic effect the conversion** has in "Real Dollars" yielding significant gain to the bottom line profit of the targeted accounts.



DEPOSITION
EXHIBIT
460
Galles 2/6/03 cv

CONFIDENTIAL
DL-TX-0090875



## "ALBUTEROL"

## UNIT DOSE   WORKSHEET

_____

AWP = $ 30.25 (25 vials per carton) = $1.21 per dose

REIMBURSEMENT = AWP -  <u>  30%  </u>  = $  21.18  =  .85 per tx
<br>                                     25

COST = $ _____ per carton

REIMBURSEMENT =  __$_____ Carton of ____ vials

_____REIMBURSEMENT PER DRUG DOSE

__n/a_____REIMBURSEMENT PER SALINE

_____TOTAL REIMBURSEMENT

COST=          _____Carton of _ vials

_____DRUG COST PER DOSE

_____SALINE COST PER DOSE

_____TOTAL COST PER TREATMENT

ANNUAL=        _____# TX'S PER MEMBER PER YEAR
<br>                              ( 4 x 30 x 12)

_____TOTAL REIMBURSEMENT PER
<br>                      MEMBER PER YEAR ( 1,440 x .85)

_____TOTAL COST PER MEMBER PER
<br>                      YEAR ( 1,440 x .44)

PROFIT=        _____PROFIT PER PATIENT PER YEAR

GAIN in PROFIT=   $_____ Profit Analysis
<br>                             (UD profit - MD profit)

CONFIDENTIAL
DL-TX-0090876



# "ALBUTEROL"

## MULTI-DOSE WORKSHEET

---

**AWP = $ 12.50/20 ML BOTTLE**
**COST = $ 5.75/20 ML BOTTLE**
**REIMBURSEMENT = AWP - _____**

**REIMBURSEMENT =** _____ **/ 20 ML BOTTLE  ( 40X.05mL)**

_____ **REIMBURSEMENT PER DRUG**

_____ **REIMBURSEMENT PER SALINE**

_____ **TOTAL REIMBURSEMENT**

**COST=** _____ **/20 ML BOTTLE ( 40 X .05 mL)**

_____ **DRUG COST**

_____ **SALINE COST**

_____ **TOTAL COST**

**ANNUAL=** _____ **# TX'S PER MEMBER PER YEAR**
**( 4 x 30 x 12)**

_____ **TOTAL REIMBURSEMENT PER MEMBER PER YEAR**

_____ **TOTAL COST PER MEMBER PER YEAR**

**PROFIT=** _____ **PROFIT PER PATIENT PER YEAR**

CONFIDENTIAL
DL-TX-0090877

# ANSWERS FOR PRESENTATION
## "ALBUTEROL"

## MULTI-DOSE WORKSHEET

---

**AWP = $ 12.50/20 ML BOTTLE**
**COST = $ 5.75/20 ML BOTTLE**
**REIMBURSEMENT = AWP - __30%__**

**REIMBURSEMENT =** __$ 8.75__ **/ 20 ML BOTTLE ( 40X.05mL)**

     __.22__   **REIMBURSEMENT PER DRUG DOSE**

     __-0-__   **REIMBURSEMENT PER SALINE**

     __$ 8.75__   **TOTAL REIMBURSEMENT**


**COST=**    __$ 5.75__   **/20 ML BOTTLE ( 40 X .05 mL)**

     __.14__   **DRUG COST PER DOSE**

     __.06__   **SALINE COST PER DOSE**

     __.20__   **TOTAL COST PER TREATMENT**

**ANNUAL=**   __1,440__   **# TX'S PER MEMBER PER YEAR**
        **( 4 x 30 x 12)**

    __$ 316.80__   **TOTAL REIMBURSEMENT PER**
        **MEMBER PER YEAR**

    __$ 288.00__   **TOTAL COST PER MEMBER PER**
        **YEAR**

**PROFIT=**   __$ 28.80__   **PROFIT PER PATIENT PER YEAR**

CONFIDENTIAL
DL-TX-0090878

# ANSWERS FOR PRESENTATION
## "ALBUTEROL"

## UNIT DOSE   WORKSHEET

---

AWP = $ 30.25 (25 vials per carton) = $1.21 per dose

REIMBURSEMENT = AWP - $\frac{30\%}{25}$ = $ 21.18 = .85 per tx

COST = $ _____ per carton

REIMBURSEMENT = ___$ 21.18___ Carton of _25_ vials

___.85___ REIMBURSEMENT PER DRUG DOSE

___n/a___ REIMBURSEMENT PER SALINE

___$ 21.18___ TOTAL REIMBURSEMENT

COST= ___$ 11.00___ Carton of _25_ vials

___.44___ DRUG COST PER DOSE

___n/a___ SALINE COST PER DOSE

___.44___ TOTAL COST PER TREATMENT

ANNUAL= ___1,440___ # TX'S PER MEMBER PER YEAR
( 4 x 30 x 12)

___$ 1,224.00___ TOTAL REIMBURSEMENT PER MEMBER PER YEAR ( 1,440 x .85)

___$ 633.60___ TOTAL COST PER MEMBER PER YEAR ( 1,440 x .44)

PROFIT= ___$ 590.40___ PROFIT PER PATIENT PER YEAR

GAIN in PROFIT= ___$ 561.60___ Profit Analysis
(UD profit – MD profit)
590.40 - 28.80 =

CONFIDENTIAL
DL-TX-0090879

# Exhibit 2

# REIMBURSEMENT COMPARISON WORKSHEET

| ALBUTEROL MULTIDOSE BOTTLES: 20 ML | DEY UNIT-DOSE ALBUTEROL |
|---|---|

|  | EXAMPLE: | YOUR PLAN/STORE: |
|---|---|---|

## ALBUTEROL MULTIDOSE BOTTLES: 20 ML

AWP = $12.50 PER 20 ML BOTTLE

COST = $5.75

REIMBURSEMENT/ BOTTLE = AWP - 30% = $8.75
*ASSUMES 40 TREATMENTS PER BOTTLE*

**REIMBURSEMENTS:**

ALBUTEROL REIMBURSEMENT PER TX = ($8.75/40) =   $0.22

SALINE REIMBURSEMENT PER TX =   $0.00   +

TOTAL REIMBURSEMENT PER TX =   $0.22   (A)

**COSTS:**

ALBUTEROL COST PER TX ($5.75/40)=   $0.14

SALINE COST PER TX =   $0.06   +

TOTAL COST PER TX =   $0.20   (B)

**ANNUALIZED PER PATIENT:**

TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) =   1440   (C)

TOTAL REIMBURSEMENT ($0.22 x 1440) =   $316.80   (A x C)

TOTAL COST ($0.20 x 1440) =   $288.00   -   (B x C)

MULTIDOSE ESTIMATED PROFIT =   $28.80   (D)

## DEY UNIT-DOSE ALBUTEROL

AWP = $30.25/25 VIALS PER CARTON

COST PER CARTON =

REIMBURSEMENT = AWP - 30% = $21.18

**REIMBURSEMENT PER TX ($21.18/25) =**   $0.85   (F)

**COST PER TX ($_____ /25)=**   (E)

**ANNUALIZED PER PATIENT:**

TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) =   1440   (H)

TOTAL REIMBURSEMENT($0.85 x 1440) =   $1,224.00   (F x H)

TOTAL COST($_____ per TX x 1440) =   -   (G x H)   (G)

DEY UNIT-DOSE ESTIMATED PROFIT =   =   (I)








# GAIN IN PROFIT WITH DEY UNIT-DOSE SUBSTITUTION:

YOUR PLAN/STORE:   $_____   (H-I)

DL-TX 0076254



DEPOSITION EXHIBIT

Copyright 1995 DEY Laboratories     Napa, CA 94558

*Albuterol sulfate Inhalation Solution 0.083% (potency expressed as albuterol)

3/95   09-338-00   ...OFITGN XLS

# Exhibit 3

(Pages 2 - 23 and 27 - 83 are omitted from this document)



20364655

Jun 23 2008
4:46PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION )
 )            MDL No. 1456
———————————————————— )            Civil Action No. 01-12257-PBS
 )
THIS DOCUMENT RELATES TO: )            Hon. Patti B. Saris
 )
*United States of America ex rel. Ven-a-* )
*Care of the Florida Keys, Inc., et al. v.* )
*Dey, Inc., et al, Civil Action No. 05-* )
*11084-PBS* )

## DEFENDANTS DEY, INC., DEY L.P., INC., AND DEY, L.P.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS DEY, INC., DEY L.P., INC. AND DEY, L.P.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rules 26.5

and 33.1 of the Local Rules of the United States District Court for the District of Massachusetts,

Defendants Dey, Inc., Dey L.P., and Dey, L.P., Inc. (collectively, "Dey") assert the following

responses and objections to Plaintiffs' First Set of Interrogatories to Defendants Dey, Inc., Dey

L.P., Inc., and Dey, L.P. (the "Interrogatories"), dated May 6, 2008, and propounded by

Plaintiffs the United States of America and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-

Care") (collectively, "Plaintiffs"), as follows:

### GENERAL OBJECTIONS AND RESERVATION OF RIGHTS

1.      Where Dey states herein that it will provide or produce information or

documents in accordance with the Federal Rules of Civil Procedure, it will produce such

information or documents subject to the Protective Order, dated June 22, 2007.

2.      Dey objects to the Interrogatories to the extent they seek information or

the production of data or documents containing trade secrets, confidential or proprietary

information, including, without limitation, customer identities, customer pricing, customer

includes documents that are protected by the attorney-client privilege, the work product doctrine, or any other applicable doctrine or privilege. Dey further objects to this Interrogatory to the extent that it incorrectly assumes that Dey had created its own definition of AWP. Dey further objects to this Interrogatory as unduly burdensome to the extent it seeks information regarding the use of AWP by presently unknown and unspecified multiple present and former employees over a period of more than eleven years. Dey further objects to this Interrogatory to the extent that the term AWP is not defined in statutes or regulations. Dey objects to this Interrogatory to the extent it contains subparts which exceed the limit of Interrogatories set forth in the Federal Rules of Civil Procedure.

## INTERROGATORY NO. 4

Did any of Your employees or representatives ever use the Spread or potential profit margins on Your Pharmaceuticals when selling or marketing those Pharmaceuticals? If so, *identify:*

    a.    each such person, and
    b.    all *documents* concerning such practices.

## DEY'S RESPONSE AND OBJECTIONS

Dey incorporates its Responses and Objections to Interrogatory Nos. 1 and 2.

Dey further states that, during the Relevant Time Period, reimbursement under all State Medicaid programs and the Medicare program has typically had a spread between the cost of the drug paid by the provider and the reimbursement amount. Until the mid-1990s, it is Dey's understanding that it was not unusual for sales people, when speaking to customers, to compare their spreads with those of their competitors. Beginning in the late 1990s, as a result of litigation, government investigations and the OIG Compliance Program Guidance for Pharmaceutical Manufacturing issued in 2003, Dey's understanding is that the industry became sensitive to this practice and it largely stopped.

In Dey's case, certain documents suggest that on isolated occasions, some of Dey's sales representatives discussed the term "spread" and the elements that third-party medical benefit payors employed to create a "spread," with certain customers with respect to some of the Subject Drugs. Dey further states that certain documents suggest that for a short period of time in the mid-1990s, certain of its sales representatives used forms from which providers could enter reimbursement rates and costs for one of Dey's albuterol products and calculate an "estimated profit" based on reimbursement from third-party medical benefit payors for that product. There is no evidence that Dey actually made any sales as a result of this worksheet. There is no evidence that Dey's sales representatives used a similar document to compare any of Dey's other products at issue in this action to a competitor's products; specifically, there is no evidence that Dey's sales representatives used a reimbursement comparison worksheet with respect to Dey's albuterol multi-dose, albuterol syrup, albuterol multi-dose inhaler, ipratropium bromide, or cromolyn sodium. The documents referenced herein are contained in Dey's prior productions.

Dey makes its above response subject to and without waiving the foregoing general objections and the following specific objections. Dey objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, and unduly burdensome. Dey further objects to this Interrogatory on the grounds that it contains terms that are themselves vague, ambiguous, overbroad, or undefined, including "employees or representatives" and "potential profit margins." Dey objects to this Interrogatory as overbroad in that it is not limited to the Subject Drugs, seeks information outside the relevant limitations period, and outside the scope of the allegations in the Complaint. Dey further objects to this Interrogatory as unduly burdensome because it seeks information regarding the conduct of presently unknown and unspecified multiple present and former employees. Dey objects to this Interrogatory to the extent it contains

subparts which exceed the limit of Interrogatories set forth in the Federal Rules of Civil

Procedure.

## INTERROGATORY NO. 5

Did You ever instruct any employee or representative of Dey not to use the Spread or potential profit margins on Your Pharmaceuticals when selling or marketing those Pharmaceuticals? If so, *identify:*

    a.    each Dey employee or representative who gave such instruction,
    b.    all Dey employees and representatives who were so instructed,
    c.    the date and content of such instruction, and
    d.    each *document* concerning such instruction.

## DEY'S RESPONSE AND OBJECTIONS

Dey incorporates its Responses and Objections to Interrogatory Nos. 1, 2 and 4 herein.

Dey further states that it implemented a compliance program soon after the OIG Compliance

Program Guidance for Pharmaceutical Manufacturing was issued in 2003. As part of Dey's

compliance program, Dey's sales and marketing representatives are instructed not to discuss

third party payor reimbursement with customers. Dey agrees to produce its compliance manual

which reflects the above instructions.

Dey makes its above response subject to and without waiving the foregoing general

objections and the following specific objections. Dey objects to this Interrogatory on the

grounds that it is vague, ambiguous, overbroad, and unduly burdensome. Dey further objects to

this Interrogatory on the grounds that it contains terms that are themselves vague, ambiguous,

overbroad, or undefined, including "employee or representative" and "potential profit margins."

Dey objects to this Interrogatory as overbroad in that it is not limited to the Subject Drugs, seeks

information outside the relevant limitations period, and outside the scope of the allegations in the

Complaint. Dey further objects to this Interrogatory to the extent it includes documents that are

protected by the attorney-client privilege, the work product doctrine, or any other applicable

set forth in the Federal Rules of Civil Procedure.


Dated: June 19, 2008                              Respectfully submitted,

                                                  KELLEY DRYE & WARREN LLP


                                                  By:____/s/ Antonia F. Giuliana_____
                                                       Paul F. Doyle (BBO # 133460)
                                                       Sarah L. Reid
                                                       Neil Merkl
                                                       Antonia F. Giuliana
                                                  101 Park Avenue
                                                  New York, NY 10178
                                                  Telephone:  (212) 808-7800
                                                  Facsimile:  (212) 808-7897

                                                  *Counsel for Defendant Dey, Inc.,*
                                                  *Dey L.P., Inc. and Dey, L.P.*

## VERIFICATION

I, PAMELA R. MARRS, having first been duly sworn, hereby state that I am the Senior Vice-President and Chief Financial Officer of Dey, Inc, and am authorized by Dey, L.P. to verify the foregoing.  I have read the foregoing **DEY, INC. AND DEY, L.P.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS DEY, INC., DEY, L.P., and DEY L.P., INC.** and verify that the information contained in response to the foregoing interrogatories is true and correct to my best knowledge, information and belief.

_____
Pamela R. Marrs
Senior Vice-President and Chief Financial Officer
of Dey, Inc.
2751 Napa Valley Corporate Drive
Napa, California 94558

Dated: June ___, 2008       See Attached

Sworn to and Subscribed Before me this
_____ day of June 2008

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1                              Signature of Document Signer No. 2 (if any)

State of California

County of *NAPA*

Subscribed and sworn to (or affirmed) before me on this

*19th* day of *June*, 20 *08*, by
     Date              Month              Year

(1) *Pamela R. Marrs*,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to me to be the person who appeared before me (.) (,)

**NANCY KENDALL**
**COMM. #1721827**
Notary Public-California
NAPA COUNTY
My Comm. Exp. Feb 26, 2011

                                    (and

(2) _____ *NONE*_____,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to me to be the person who appeared before me.)

Signature _____ *Nancy Kendall*
                    Signature of Notary Public

Place Notary Seal Above

─────────────────── **OPTIONAL** ───────────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document *Verification*

Document Date _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____ *None*

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of the above "Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendants Dey, Inc., Dey L.P., and Dey, L.P., Inc." to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 23, 2008                          /s/ Antonia F. Giuliana _____

# Exhibit 4

# ACCOUNT CALL RECORD

**TERR:**

17

**ACCOUNT NAME:**                              **DATE:**

Safeway Pharmacy                                11/14/94

**CITY**                                        **STATE**

Aurora                                          CO

**KEY PEOPLE SEEN (NAME):**                     **(TITLE):**

**1** John Laughlin                             Pharmacy Manager

**2**

**3**

**4**

**RECAP OF VISIT:**

Whitmire

Will look into getting the Albuterol and Cromolyn in stock providing the spread of the generic is greater then the brand name.

**FOLLOW UP:**

Reinforce the cost savings and the benefits his customer will get. Establish a rapport with him and get to order in some of our products.

Highly Confidential

# ACCOUNT CALL RECORD

**TERR:**

17

**ACCOUNT NAME:**                    **DATE:**

King Soopers                              11/29/94

**CITY**                                      **STATE**

Colorado Springs                         CO

**KEY PEOPLE SEEN (NAME):**            **(TITLE):**

1 Tim Lewis

2

3

4

**RECAP OF VISIT:**

Payton

Our UD Albuterol price is higher then what he is currently using and he needs to have a better
spread before he can dispense our product. The Cromolyn he can use but the Albuterol price has
to drop before he can order it.

**FOLLOW UP:**

Make an appointment with the King Soopers headquarters and lower their price. Got
him to order both the Albuterol and Cromolyn.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

Go to Data Entry

**TERR:**

17

**ACCOUNT NAME:**

Kmart Pharmacy

**DATE:**

01/06/94

**CITY**

Salt Lake City

**STATE**

UT

**KEY PEOPLE SEEN (NAME):**

**1** Mike Katsonis

**2**

**3**

**4**

**(TITLE):**

Pharmacy Manager

**RECAP OF VISIT:**

Whitmire

Said that he ordered both the Albuterol and Cromolyn but haven't sold anything.  They Charge
back reports do not show any activity.

**FOLLOW UP:**

Continue reinforcing the increase profit margin and cost savings to his customers.

HIGHLY CONFIDENTIAL

DEY-BO-0236738
DEY082-1607

# ACCOUNT CALL RECORD

Go to Data Entry

**TERR:**

17

**ACCOUNT NAME:**

Fred Meyer Drug Store

**DATE:**

01/06/95

**CITY**

Salt Lake City

**STATE**

UT

**KEY PEOPLE SEEN (NAME):**

**(TITLE):**

**1** Marc Harward

Pharmacy Manager

**2**

**3**

**4**

## RECAP OF VISIT:

Bergen

Have not seen a request for the Albuterol Oral Solution.  He primarily moves the MDI's over the oral solution.  Agreed to keep us in mind if he gets a request

## FOLLOW UP:

Reinforce the benefits and cost savings to his customers.  Also point out the profit margin increase

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

Go to Data Entry

**TERR:**

17

**ACCOUNT NAME:**                              **DATE:**

Osco Drug                                      01/20/95

**CITY**                                       **STATE**

Phoenix                                        AZ

**KEY PEOPLE SEEN (NAME):**          **(TITLE):**

1 Valerie Walker                     Staff Pharmacies

2

3

4

**RECAP OF VISIT:**

ADS/Berger

Purchased a box of Albuterol UD's back in October for a customer and another one in December.
Did not want to stock the product until she started seeing more requests.  She does have the
Cromolyn in stock and some Saline.

**FOLLOW UP:**

Get her to stock the Albuterol and show her how she can increase her profit margin and generate
more sales.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

Go to Data Entry

**TERR:**

17

**ACCOUNT NAME:**

Safeway Pharmacy

**CITY**

Tucson

**DATE:**

01/18/95

**STATE**

AZ

### KEY PEOPLE SEEN (NAME):

1 Tracy Rich

2

3

4

**(TITLE):**

Pharmacy Manager

### RECAP OF VISIT:

McKesson

Do not normally stock and UD Albuterol but have had customers inquiring about the cost.  Said that she sold a few boxes last month.  Will consider stocking the Albuterol and Cromolyn and let her customers know that it's available.

### FOLLOW UP:

Check to see if she placed any additional orders for our products.  Reinforce the increase profit margin and also volume with her Medicaid customers.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

| Go to Data Entry | **TERR:** |
|---|---|
| | 17 |

**ACCOUNT NAME:**                     **DATE:**

Safeway Pharmacy                          01/24/95

**CITY**                                          **STATE**

Denver                                            CO

**KEY PEOPLE SEEN (NAME):**          **(TITLE):**

1 Carol Bible                                   Pharmacy Manager

2

3

4

**RECAP OF VISIT:**

McKesson

Agreed to use our UD Albuterol but  have not had any request for it.  Explained that she can
increase her profit margin by using our UD Albuterol.  Asked that if the doctor writes for Albuterol
and did not check the substitution box then switch them to our UD Albuterol.

**FOLLOW UP:**

Reinforce the benefits of the use of our UD Albuterol and ask for some business.

HIGHLY CONFIDENTIAL

## ACCOUNT CALL RECORD

Go to Data Entry

**TERR:**
17

**ACCOUNT NAME:**
King Soopers Pharmacy

**DATE:**
2-9-95

**CITY**
Greeley

**STATE**
CO

**KEY PEOPLE SEEN (NAME):**
1 Sherry mineic
2
3
4

**(TITLE):**
Pharmacy Manager

**RECAP OF VISIT:**
Warehouse/Payton

Ordered our Albuterol and Cromolyn but have not sold anything yet.  Informed her that she needs to let her customer know that the product is available.

**FOLLOW UP:**
Reinforce the increase profit margin using our UD Albuterol.

HIGHLY CONFIDENTIAL

DEY-BO-0236743
DEY082-1612

## ACCOUNT CALL RECORD

(Go to Data Entry)

**TERR:**
17

**ACCOUNT NAME:**
Albertsons Pharmacy

**DATE:**
3/1/95

**CITY**
Tucson

**STATE**
AZ

**KEY PEOPLE SEEN (NAME):**
**1** Victor Provencio
**2**
**3**
**4**

**(TITLE):**
Pharmacy Mgr

**RECAP OF VISIT:**
Warehouse/Bergen

Do not have our UD Albuterol in stock and he is dispensing more MD vs. UD.  Present the Albuterol
price profit comparison and he was impressed.  They have Copley in their computer and Dey listed
in their order book.

**FOLLOW UP:**
Reinforce the profit margin using our UD Albuterol and make sure our Cromolyn is in stock.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

Go to Date Entry

**TERR:**

17

**ACCOUNT NAME:**

Safeway Pharmacy

**DATE:**

3-7-95

**CITY**

Denver

**STATE**

CO

**KEY PEOPLE SEEN (NAME):**

**1** Brenda Milton
**2**
**3**
**4**

**(TITLE):**

Pharmacy Mgr

**RECAP OF VISIT:**

McKesson

Presented the profit sheet on the MD and UD Albuterol.  Explained that Dey UD Albuterol will soon
be the number one generic to be used in all Safeway stores.  She was surprised about the profit
difference between the UD and MD.  She said that she would switch once she gets the  word from
her HQ's to use our Albuterol as the number one generic

**FOLLOW UP:**

Reinforce the profit margin increase using Dey Albuterol and convenience for her customers.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:**
17

**ACCOUNT NAME:**
Smiths Food & Drug Stores

**DATE:**
3/17/95

**CITY**
Albuquerque

**STATE**
NM

**KEY PEOPLE SEEN (NAME):**
1 Carol Wells
2
3
4

**(TITLE):**
Staff Pharmacist

**RECAP OF VISIT:**
Warehouse/McKesson

Presented the profit sheet and she said that she will pass it on to the manager.  Have a few boxes of
Albuterol & Cromolyn

**FOLLOW UP:**
Make sure the manager received and acted upon the profit sheet.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

[ Go to Data Entry ]

**TERR:**

17

**ACCOUNT NAME:**

Wal-Mart Pharmacy

**DATE:**

3/15/95

**CITY**

Santa Fe

**STATE**

NM

**KEY PEOPLE SEEN (NAME):**

**(TITLE):**

1 Diana Moya          Pharmacy Mgr.

2

3

4

**RECAP OF VISIT:**

Warehouse/McKesson

They are paid a profit if they order from their warehouse.  This is there incentive to use the
warehouse.  She is using McKesson to order our UD Albuterol and making no money.  Presented
the MD/UD profit sheet.  Said she will start using the profit sheet to order our Albuterol from her
warehouse.

**FOLLOW UP:**

Reinforce the increase profit sheet and profit from the warehouse.

HIGHLY CONFIDENTIAL

# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) ) ) ) |

MDL No. 1456
Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

## **ORDER**

IT IS ORDERED that, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), and upon the consent of the Colorado Department of Corrections: (1) the Warden of the Kit Carson Correctional Center, 49777 County Road V, Burlington, Colorado 80807, shall produce inmate Michael T. Rick, Department of Corrections No. 128060, for the taking of Mr. Ricks' deposition on November 20, 2008 at 9:00 a.m. MST, at a place designated by the Warden; and (2) that inmate Michael T. Ricks, appear at such place as designated by the Warden and provide deposition testimony pursuant to Fed. R. Civ. P. 30.

IT IS SO ORDERED,

This _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE