UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE: PHARMACEUTICAL INDUSTRY                    MDL No.  1456
AVERAGE WHOLESALE PRICE LITIGATION
_____            Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:                         Judge Patti B. Saris
ALL ACTIONS

_____

**MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD, FOR COURT MONITORING OF CLASS COUNSEL TIME AND EXPENSE, AND FOR COURT ALLOCATION OF ALL FUTURE FEE AWARDS TO CLASS COUNSEL**

Kent M. Williams and Williams Law Firm hereby move pursuant to the Court's August 7, 2007 Order (docketed in this case as Document No. 4619) and Fed. R. Civ. P. 23(h) for judicial review of Lead Counsel's allocation and distribution of the attorney's fee awarded to Class Counsel in connection with the settlement of claims against the GlaxoSmithKline defendants, for Court monitoring of time and expense incurred by Class Counsel, and for Court allocation of all future fee awards to Class Counsel.  The reasons therefore are stated in the accompanying Memorandum of Law, as supported by the Declaration of Kent M. Williams, Esq.

Dated:  October 24, 2008                     /s/ Kent M. Williams
                                             Kent M. Williams, Esq.
                                             WILLIAMS LAW FIRM
                                             1632 Homestead Trail
                                             Long Lake, MN  55356
                                             (763) 473-1383

                                             ONE OF THE CLASS COUNSEL FOR
                                             PLAINTIFFS

## CERTIFICATION

The undersigned certifies that he has met and conferred with Lead Counsel on the issues raised by this motion and has been unable to reach agreement.

Dated: October 24, 2008  /s/ Kent M. Williams
Kent M. Williams, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD, FOR COURT MONITORING OF CLASS COUNSEL TIME AND EXPENSE, AND FOR COURT ALLOCATION OF ALL FUTURE FEE AWARDS TO CLASS COUNSEL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: October 24, 2008  /s/ Kent M. Williams
Kent M. Williams, Esq.