# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

### DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OCTOBER 2, 2008 MEMORANDUM AND ORDER RE:  REQUESTED FINAL APPROVAL OF THE ASTRAZENECA CLASS 1 SETTLEMENT

AstraZeneca Pharmaceuticals LP respectfully moves the Court for an order granting its motion for partial reconsideration of the Court's Memorandum and Order re: Requested Final Approval of the AstraZeneca Class 1 Settlement Dated October 2, 2008 ("October 2 Order").  In support of this motion, AstraZeneca submits the accompanying Memorandum of Law in Support of its Motion for Partial Reconsideration of the Court's October 2, 2008 Memorandum and Order re:  Requested Final Approval of the AstraZeneca Class 1 Settlement and the Third Declaration of Eric P. LaChance Regarding Status of Claims Administration Activities Related to Settlement with Defendant AstraZeneca.

For the reasons set forth in the accompanying memorandum, AstraZeneca respectfully requests that this Court reconsider the October 2 Order to the extent that the order requires that the non-"heartland" claimants recover pro rata up to the point of trebling the damages.

Dated: Boston, Massachusetts
October 27, 2008

           Respectfully Submitted,

           By:   /s/ Katherine B. Schmeckpeper
                Nicholas C. Theodorou (BBO # 496730)
                Katherine B. Schmeckpeper (BBO # 663200)
                FOLEY HOAG LLP
                155 Seaport Blvd.
                Boston, Massachusetts  02210
                Tel:  (617) 832-1000

                D. Scott Wise
                Kimberley D. Harris
                DAVIS POLK & WARDWELL
                450 Lexington Avenue
                New York, New York  10017
                Tel:  (212) 450-4000

                Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and the parties were unable to resolve the issues addressed in this motion.

      /s/ Katherine B. Schmeckpeper
      Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on October 27, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Katherine B. Schmeckpeper
     Katherine B. Schmeckpeper