UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>AZ CLASS 1 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MEMORANDUM IN RESPONSE TO ASTRAZENECA'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OCTOBER 2, 2008 MEMORANDUM AND ORDER RE: REQUESTED FINAL APPROVAL OF THE <u>ASTRAZENECA CLASS 1 SETTLEMENT</u>**

Class Counsel believe that the original settlement embodied in the Settlement Agreement and Release of AstraZeneca dated May 21, 2007, the July 15, 2008, amendment thereto to treble the "Heartland" claims, and the Court's latest request to increase trebling outside of the "Heartland" period are all fair and reasonable. Class Counsel, of course, believe that any increase in the amount of recovery provided to individual Class Members is beneficial. Under the Court's latest proposal, the average payout per administration is estimated to be $242.71. This is only a modest increase from the estimated average payout per administration of $224.92 that claims administrator, Complete Claims Solutions, has calculated for trebling only the "Heartland" claims. Thus, the Court's latest proposal would not result in any "windfall" to individual Class Members yet would increase the aggregate payout to Class 1 by $1,368,226.24.

- 1 -

| | |
|---|---|
| DATED:  October 28, 2008. | By    /s/ Steve W. Berman    <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MEMORANDUM IN RESPONSE TO ASTRAZENECA'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OCTOBER 2, 2008 MEMORANDUM AND ORDER RE: REQUESTED FINAL APPROVAL OF THE ASTRAZENECA CLASS 1 SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 28, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                           **/s/ Steve W. Berman**
                                           Steve W. Berman