UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *The State of Iowa v. Abbott Labs., et al.* S.D.IOWA 4:07-CV-00461-JAJ-CFB | ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF TEVA PHARMACEUTICAL INDUSTRIES INC., LTD

Please take notice that the State of Iowa in the above-captioned matter hereby dismisses all claims against Teva Pharmaceutical Industries Inc., Ltd., without prejudice, pursuant to Fed. R. Civ Proc. 41(a)(1).

Teva Pharmaceutical Industries, Ltd. has not served an answer or motion for summary judgment in the above-captioned case and, therefore, the State of Iowa's claims will be dismissed without order of this Court upon the filing of this notice of dismissal.

DATED: October 31, 2008.

KIRBY McINERNEY LLP
*Special Counsel to the State of Iowa*

By: _____
Joanne M. Cicala, Esq.
James P. Carroll Jr., Esq.
Aaron D. Hovan, Esq.
830 Third Avenue
New York, New York 10022
(212) 371-6600

*On behalf of the State of Iowa*