UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE: PHARMACEUTICAL INDUSTRY          MDL No. 1456
AVERAGE WHOLESALE PRICE LITIGATION
_____      Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:                Judge Patti B. Saris
ALL ACTIONS

_____

**RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD**

Steve Berman, one of the Lead Counsel in this action, requests a one-week extension of time to respond to the undersigned's Motion for Court Review of Lead Counsel's Allocation of the GSK Fee Award, for Court Monitoring of Class Counsel's Time and Expense, and for Court Allocation of All Future Fee Awards to Class Counsel. Notably, Mr. Berman's motion does not include the requisite certification pursuant to Local Rule 7.1(a)(2). This is because Mr. Berman knows that the undersigned does not oppose an extension of time. Indeed, in an email exchange to which Mr. Berman was a party, the undersigned made it clear over a week ago that a reasonable request for an extension would not be opposed. Unfortunately, Mr. Berman ignored that offer, opting instead to file an unnecessary motion and mislead the Court by raising questions about the undersigned's professionalism.

Dated:  November 3, 2008 /s/ Kent M. Williams
Kent M. Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN  55356
(763) 473-1383

ONE OF THE CLASS COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD** to be filed with the Clerk of this Court and served electronically on all registered parties via the Court's CM/ECF system.

Dated:  November 3, 2008 /s/ Kent M. Williams
Kent M. Williams, Esq.