UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |

NOVEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for November 2008, in accordance with the Court's June 17, 2004, Procedural Order.

| | United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.<br>MDL Docket Number 06-11337<br>Original Jurisdiction: U. S. District Court Southern District of Florida | |
|---|---|---|
| Item No. | Pending Motions | Hearing Date |
| 1. | **(Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum of Law<br><br>1.  **(Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion<br><br>2.  **(Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply | |
| 2. | **(Docket #5128 and #5129)** United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum of Law<br><br>3.  **(Docket #5135)** Abbott Laboratories Inc.'s Opposition to Motion<br><br>● **(Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition | |
| 3. | **(Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum of Law<br><br>● **(Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion<br><br>● **(Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition | |
| 4. | **(Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States<br><br>● **(Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion<br><br>● **(Docket #5275)** Motion for Leave to File Reply in Support of Motion by Abbott Laboratories, Inc.. | |

| | | |
|---|---|---|
| 5. | **(Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law<br><br>● **(Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel | |
| 6. | **(Docket s #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and Memorandum of Law<br><br>● **(Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel<br><br>● **(Docket #5273)** Motion for Leave to File Reply to Abbott's Response to the United States' Motion with attached Reply | |
| 7. | **(Docket # 5276)** Abbott Laboratories Inc.'s Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br>● **(Docket #5344)** United States' Opposition to Abbott's Motion<br><br>● **(Docket #5360)** Sealed Document - Exhibits A and B to [5344] Filed by United States<br><br>● **(Docket # 5397)** Abbott Laboratories Inc.'s Motion for Leave to File Reply<br><br>● **(Docket # 5424)** United States' Unopposed Motion for Leave to File Sur-Reply | |
| 8. | **(Docket #5609 and 5610)** United States' Motion to Require Defendant Abbott Laboratories, Inc. to Comply with Its Discovery Obligations and Related Court Orders and Memorandum of Law<br><br>● **(Docket 5628)**  Abbott Laboratories, Inc.' Consent Motion for Extension of Time to October 13, 2008 to File Opposition<br><br>● **(Docket 5630)** Abbott's Opposition to Motion | |

3

| | United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,<br>MDL Docket No. 05-11084-PBS<br>Original Jurisdiction: United States District Court, District of Massachusetts | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket # 5356 and #5357)** United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice and Memorandum of Law<br><br>● **(Docket # 5386)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time<br><br>● **(Docket # 5394 and #5395)** Memorandum of Law and Declaration in Opposition of the Government's Motion for a Protective Order Relating to the Requests By the Dey Defendants for Deposition Under Rule 30(b)(6)<br><br>● **(Docket # 5439)** Unopposed Motion By the United States for Leave to File a Reply Memorandum in Support of Its Motion for a Protective Order Relating to the Requests By the Dey Defendants for Deposition Under Rule 30(b)(6) | |
| 2 | **(Docket # 5642 and #5643)** United States Motion for Discovery to Take Deposition of Prison Inmate Michael T. Ricks | |

|  | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,** <br> **MDL Docket No. 07-10248-PBS** <br> **Original Jurisdiction: United States District Court, District of Massachusetts** |  |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Docket #78)** Relator's Objections to the September 26, 2008 Order by the Magistrate Judge on the Roxane Defendants' Joint Motion to Compel Production of Relator Ven-a-care's Disclosure Statement and Any Subsequent Amendments <br><br> **(Docket #80)** United States Objection to Order on Motion to Compel <br><br> • **(Docket #82)** Roxane Defendants' Response by Boehringer Ingelheim to Objections <br><br> • **(Docket #87)** Relator's Assented to Motion for Leave to File Reply to Roxane Defendants' Response to Objections to the September 26, 2008 Order by the Magistrate Judge |  |
| 2. | **(Docket #83 and #84)** United States Motion and for Leave to File Amended Complaint and Memorandum of Law |  |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

November 3, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "NOVEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                 /s/ Mark Lavine

Dated: November 3, 2008