## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patty B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JAN SOIFER

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Jan Soifer, and that of Lawrence & Soifer LLP as co-counsel of record on behalf of Relator Ven-A-Care of the Florida Keys, Inc., in the above captioned action; other counsel of record remain for Relator Ven-A-Care.

Respectfully,

/s/
Jan Soifer (TX # 18824530)
BARON & BUDD, P.C.
701 Brazos Street, Suite 650
Austin, Texas 78701
(512) 583-0451 (Phone)
(512) 852-5922 (Fax)
jsoifer@baronbudd.com

Dated: November 4, 2008

### CERTIFICATE OF SERVICE

I, Jan Soifer, certify that I have this day caused an electronic copy of the above document to be served on all counsel of record pursuant to the ECF filing system and by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

November 4, 2008

/s/ Jan Soifer
Jan Soifer