UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* CASE #: 1:03-cv-11226-PBS | ) Magistrate Judge ) Marianne Bowler ) ) ) |

## STATE OF CALIFORNIA'S CROSS MOTION FOR AN ORDER TO PRODUCE MICHAEL T. RICKS FOR RULE 30(a)(2)(B) DEPOSITION

Plaintiff, State of California, respectfully joins the request of Plaintiff, the United States of America, and cross moves this Court for an order, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), directing the Warden of the Kit Carson Correctional Center, 49777 County Road V, Burlington, Colorado 80807, to produce inmate Michael T. Ricks, for the taking of his deposition on November 20, 2008 at 9:00 a.m. MST, for purposes of discovery. The grounds for said motion are incorporated herein by reference and attached hereto as Exhibit "A."

Dated: November 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: /s/ *Rita L. Hanscom*
RITA L. HANSCOM
Deputy Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-6831
Fax: (619) 688-4200
**Attorneys for Plaintiff**
**STATE OF CALIFORNIA**

1

2

## CERTIFICATE OF SERVICE

I, Rita L. Hanscom, hereby certify that I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S CROSS MOTION FOR AN ORDER TO PRODUCE MICHAEL T. RICKS FOR RULE 30(a)(2)(B) DEPOSITION**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  November 5, 2008

                                                 */s/ Rita L. Hanscom*
                                                 Rita L. Hanscom
                                                 Deputy Attorney General