# Exhibit 4

## ACCOUNT CALL RECORD

**TERR:** 17

**ACCOUNT NAME:** Safeway Pharmacy

**DATE:** 11/14/94

**CITY:** Aurora

**STATE:** CO

**KEY PEOPLE SEEN (NAME):**
1. John Laughlin
2.
3.
4.

**(TITLE):** Pharmacy Manager

**RECAP OF VISIT:**
Whitmire

Will look into getting the Albuterol and Cromolyn in stock providing the spread of the generic is greater then the brand name.

**FOLLOW UP:**
Reinforce the cost savings and the benefits his customer will get. Establish a rapport with him and get to order in some of our products.

# ACCOUNT CALL RECORD

**TERR:** 17

**ACCOUNT NAME:** King Soopers

**DATE:** 11/29/94

**CITY** Colorado Springs

**STATE** CO

**KEY PEOPLE SEEN (NAME):**
1 Tim Lewis
2
3
4

**(TITLE):**

**RECAP OF VISIT:**

Payton

Our UD Albuterol price is higher then what he is currently using and he needs to have a better spread before he can dispense our product. The Cromolyn he can use but the Albuterol price has to drop before he can order it.

**FOLLOW UP:**

Make an appointment with the King Soopers headquarters and lower their price. Go b him to order both the Albuterol and Cromolyn.

HIGHLY CONFIDENTIAL

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Kmart Pharmacy

**DATE:** 01/06/94

**CITY:** Salt Lake City

**STATE:** UT

**KEY PEOPLE SEEN (NAME):**
1 Mike Katsonis
2
3
4

**(TITLE):** Pharmacy Manager

**RECAP OF VISIT:**
Whitmire

Said that he ordered both the Albuterol and Cromolyn but haven't sold anything. They Charge back reports do not show any activity.

**FOLLOW UP:**
Continue reinforcing the increase profit margin and cost savings to his customers.

HIGHLY CONFIDENTIAL

DEY-BO-0236738
DEY082-1607

# ACCOUNT CALL RECORD

**TERR:** 17

**ACCOUNT NAME:** Fred Meyer Drug Store

**DATE:** 01/06/95

**CITY:** Salt Lake City

**STATE:** UT

**KEY PEOPLE SEEN (NAME):**
1. Marc Harward
2.
3.
4.

**(TITLE):** Pharmacy Manager

**RECAP OF VISIT:**
Bergen

Have not seen a request for the Albuterol Oral Solution. He primarily moves the MDI's over the oral solution. Agreed to keep us in mind if he gets a request

**FOLLOW UP:**
Reinforce the benefits and cost savings to his customers. Also point out the profit margin increase.

HIGHLY CONFIDENTIAL

DEY-BO-0236739
DEY082-1608

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Osco Drug

**DATE:** 01/20/95

**CITY:** Phoenix

**STATE:** AZ

**KEY PEOPLE SEEN (NAME):**
1. Valerie Walker
2.
3.
4.

**(TITLE):** Staff Pharmacies

**RECAP OF VISIT:**
ADS/Bergen

Purchased a box of Albuterol UD's back in October for a customer and another one in December. Did not want to stock the product until she started seeing more requests. She does have the Cromolyn in stock and some Saline.

**FOLLOW UP:**
Get her to stock the Albuterol and show her how she can increase her profit margin and generate more sales.

HIGHLY CONFIDENTIAL

DEY-BO-0236740
DEY082-1609

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Safeway Pharmacy

**DATE:** 01/18/95

**CITY:** Tucson

**STATE:** AZ

**KEY PEOPLE SEEN (NAME):**
1 Tracy Rich
2
3
4

**(TITLE):**
Pharmacy Manager

**RECAP OF VISIT:**
McKesson

Do not normally stock and UD Albuterol but have had customers inquiring about the cost. Said that she sold a few boxes last month. Will consider stocking the Albuterol and Cromolyn and let her customers know that it's available.

**FOLLOW UP:**
Check to see if she placed any additional orders for our products. Reinforce the increase profit margin and also volume with her Medicaid customers.

HIGHLY CONFIDENTIAL

DEY-BO-0236741
DEY082-1610

## ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Safeway Pharmacy

**DATE:** 01/24/95

**CITY** Denver

**STATE** CO

**KEY PEOPLE SEEN (NAME):**
1 Carol Bible
2
3
4

**(TITLE):** Pharmacy Manager

**RECAP OF VISIT:**
McKesson

Agreed to use our UD Albuterol but have not had any request for it. Explained that she can increase her profit margin by using our UD Albuterol. Asked that if the doctor writes for Albuterol and did not check the substitution box then switch them to our UD Albuterol.

**FOLLOW UP:**
Reinforce the benefits of the use of our UD Albuterol and ask for some business.

HIGHLY CONFIDENTIAL

DEY-BO-0236742
DEY082-1611

## ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** King Soopers Pharmacy

**DATE:** 2-9-95

**CITY** Greeley

**STATE** CO

**KEY PEOPLE SEEN (NAME):**
1. Sherry mineic
2.
3.
4.

**(TITLE):** Pharmacy Manager

**RECAP OF VISIT:**
Warehouse/Payton

Ordered our Albuterol and Cromolyn but have not sold anything yet. Informed her that she needs to let her customer know that the product is available.

**FOLLOW UP:**
Reinforce the increase profit margin using our UD Albuterol.

HIGHLY CONFIDENTIAL

DEY-BO-0236743
DEY082-1612

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Albertsons Pharmacy

**DATE:** 3/1/95

**CITY** Tucson

**STATE** AZ

**KEY PEOPLE SEEN (NAME):**
1 Victor Provencio
2
3
4

**(TITLE):** Pharmacy Mgr

**RECAP OF VISIT:**
Warehouse/Bergen

Do not have our UD Albuterol in stock and he is dispensing more MD vs. UD. Present the Albuterol price profit comparison and he was impressed. They have Copley in their computer and Dey listed in their order book.

**FOLLOW UP:**
Reinforce the profit margin using our UD Albuterol and make sure our Cromolyn is in stock.

HIGHLY CONFIDENTIAL

DEY-BO-0236744
DEY082-1613

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:**
17

**ACCOUNT NAME:**
Safeway Pharmacy

**DATE:**
3-7-95

**CITY**
Denver

**STATE**
CO

**KEY PEOPLE SEEN (NAME):**
1 Brenda Milton
2
3
4

**(TITLE):**
Pharmacy Mgr

**RECAP OF VISIT:**
McKesson

Presented the profit sheet on the MD and UD Albuterol. Explained that Dey UD Albuterol will soon be the number one generic to be used in all Safeway stores. She was surprised about the profit difference between the UD and MD. She said that she would switch once she gets the word from her HQ's to use our Albuterol as the number one generic.

**FOLLOW UP:**
Reinforce the profit margin increase using Dey Albuterol and convenience for her customers.

HIGHLY CONFIDENTIAL

DEY-BO-0236745
DEY082-1614

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Smiths Food & Drug Stores

**DATE:** 3/17/95

**CITY:** Albuquerque

**STATE:** NM

**KEY PEOPLE SEEN (NAME):**
1. Carol Wells
2.
3.
4.

**(TITLE):** Staff Pharmacist

**RECAP OF VISIT:**
Warehouse/McKesson

Presented the profit sheet and she said that she will pass it on to the manager. Have a few boxes of Albuterol & Cromolyn

**FOLLOW UP:**
Make sure the manager received and acted upon the profit sheet.

HIGHLY CONFIDENTIAL

DEY-BO-0236746
DEY082-1615

# ACCOUNT CALL RECORD

[Go to Data Entry]

**TERR:** 17

**ACCOUNT NAME:** Wal-Mart Pharmacy

**DATE:** 3/15/95

**CITY:** Santa Fe

**STATE:** NM

**KEY PEOPLE SEEN (NAME):**
1. Diana Moya
2.
3.
4.

**(TITLE):** Pharmacy Mgr.

**RECAP OF VISIT:**
Warehouse/McKesson

They are paid a profit if they order from their warehouse. This is there incentive to use the warehouse. She is using McKesson to order our UD Albuterol and making no money. Presented the MD/UD profit sheet. Said she will start using the profit sheet to order our Albuterol from her warehouse.

**FOLLOW UP:**
Reinforce the increase profit sheet and profit from the warehouse.

HIGHLY CONFIDENTIAL

DEY-BO-0236747
DEY082-1616

# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 1456 |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Dey, Inc., et al.*, Civil Action No. 05-11084-PBS ) ) ) ) | Civil Action No. 01-12257-PBS Hon. Patti B. Saris |

**ORDER**

IT IS ORDERED that, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), and upon the consent of the Colorado Department of Corrections: (1) the Warden of the Kit Carson Correctional Center, 49777 County Road V, Burlington, Colorado 80807, shall produce inmate Michael T. Rick, Department of Corrections No. 128060, for the taking of Mr. Ricks' deposition on November 20, 2008 at 9:00 a.m. MST, at a place designated by the Warden; and (2) that inmate Michael T. Ricks, appear at such place as designated by the Warden and provide deposition testimony pursuant to Fed. R. Civ. P. 30.

IT IS SO ORDERED,

This _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE