UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>) |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>CASE #: 1:03-cv-11226-PBS | ) Magistrate Judge<br>) Marianne Bowler<br>)<br>)<br>) |

**[PROPOSED] ORDER**

**IT IS ORDERED** that, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), and upon the consent of the Colorado Department of Corrections: (1) the Warden of the Kit Carson Correctional Center, 49777 County Road V, Burlington, Colorado 80807, shall produce inmate Michael T. Ricks, Department of Corrections No. 128060, for the taking of Mr. Ricks' deposition on November 20, 2008, at 9:00 a.m. MST, at a place designated by the Warden; and (2) that inmate Michael T. Ricks, appear at such place as designated by the Warden and provide deposition testimony pursuant to Fed. R. Civ. P. 30.

**IT IS SO ORDERED.**

This _____ day of November, 2008.    _____
                                                                    **UNITED STATES MAGISTRATE JUDGE**