UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs., Inc., et al.*, Cause No. 1:06-CV-11069-PBS | Judge Patti B. Saris |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS**

In a Case Management Order dated September 18, 2008 (Dkt. No. 5593-2), the Court set a briefing schedule for Defendants' motions to dismiss, directing the Defendants to file and serve a response to the First Amended Complaint in the form of a responsive pleading or motion on or before September 19, 2008, with the State to file any opposition on or before November 5, 2008 and the Defendants to file any reply on or before November 24, 2008.  A hearing date has not been set by the Court.

Various defendants filed motions to dismiss on September 19, 2008.

The State sought additional time to respond and Defendants agreed.

The schedule agreed upon is that the State will file any opposition to the pending motions to dismiss on or before December 3, 2008 and Defendants will file any reply on or before December 22, 2008.

- 1 -

Dated:  November 5, 2008

By   /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

- 2 -

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for the State of Arizona conferred with opposing counsel, who advised the State that Defendants agree to the schedule outlined.

- 4 -

## CERTIFICATE OF SERVICE

       I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 5th day of November, 2008.

       By      **/s/ Steve W. Berman**
          Steve W. Berman
          **HAGENS BERMAN SOBOL SHAPIRO LLP**
          1301 Fifth Avenue, Suite 2900
          Seattle, WA  98101
          (206) 623-7292