UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; *State of California ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., et al.*, Civil Action No. 1:03-cv-11226-PBS | |

## DEY DEFENDANTS' CROSS-MOTION FOR A PROTECTIVE ORDER

Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey"), respectfully seek an Order preventing Plaintiff the United States of America ("United States" or "Government") and Plaintiff the State of California from deposing Michael T. Ricks, a former Dey employee currently serving a prison term in the Kit Carson Correctional Center and granting Dey's motion for a protective order precluding the deposition. Alternatively, the Court should grant the protective order to the extent of ordering the production and inspection of Ricks' prison records and a medical examination of Ricks' capacity to provide competent testimony prior to deciding whether to permit any deposition to proceed.

The arguments and authority supporting Dey's Cross-Motion are set forth in the accompanying memorandum. A proposed order is attached.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Dey hereby requests oral argument on this motion

1

NY01/MALOMI/1310476.2

Dated: November 6, 2008

Respectfully submitted,

/s/ Sarah L. Reid
Paul F. Doyle (BBO # 133460)
William Escobar (*pro hac vice*)
Sarah L. Reid (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc., Dey L.P., Inc. and Dey L.P.*

2

## LOCAL RULE 7.1 CERTIFICATION

   I, Sarah L. Reid, hereby certify that I have conferred with counsel for the Government and have attempted in good faith to resolve or narrow the issues of the within Cross-Motion for a Protective Order. I further certify that the parties have not been able to reach agreement with respect thereto.

           /s/ Sarah L. Reid
           Sarah L. Reid

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on November 6, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

           /s/ Sarah L. Reid
           Sarah L. Reid