UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) | **MDL No. 1456** **Master File No. 01-CV-12257-PBS** **Subcategory Case. No. 06-11337** |
| ) ) | Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** ) ) | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; *State of California ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., et al.*, Civil Action No. 1:03-cv-11226-PBS ) ) ) ) ) ) | |

### [PROPOSED] ORDER

IT IS ORDERED that the United States' Motion for an Order to Produce Michael T. Ricks for Rule 30(a)(2)(B) Deposition, and the State of California's Cross Motion for an Order to Produce Michael T. Ricks for Rule 30(a)(2)(B) Deposition is hereby denied, and Dey's motion for a protective order precluding the deposition is hereby granted.

**IT IS SO ORDERED.**

This _____ day of November, 2008.       _____
                                          **UNITED STATES MAGISTRATE JUDGE**