# Exhibit 1

**Henderson, George (USAMA)**

| | |
|---|---|
| **From:** | Henderson, George (USAMA) |
| **Sent:** | Tuesday, July 29, 2008 1:54 PM |
| **To:** | Merkl, Neil; Reid, Sarah; 'agiuliana@kelleydrye.com' |
| **Cc:** | 'Gary Azorsky'; Rita.Hanscom@doj.ca.gov; 'Winget-Hernandez Michael J.'; 'jcarroll@kmllp.com'; Lisabeth.Rogers@myfloridalegal.com |
| **Subject:** | Depositions |

Dear counsel,

The United States wishes to depose former Dey employees Roy Barnes, William Hill, and Michael Ricks. Please propose dates for these depositions at your earliest convenience. If you prefer, we can simply issue subpoenas without further ado.

Bunker

# Exhibit 2

MarrsP_2005-03-11_vol2.txt

                                                              177

```
 1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
                     LEON COUNTY, FLORIDA
 2
      THE STATE OF FLORIDA              )
 3                                      )
      ex rel.                           )
 4                                      )
                                        )
 5       VEN-A-CARE OF THE              )
         FLORIDA KEYS, INC.,            )
 6       a Florida Corporation, by      )
         and through its principal      )
 7       officers and directors,        )
         ZACHARY T. BENTLEY and         )
 8       T. MARK JONES,                 )
                                        )
 9                 Plaintiffs,          )
                                        )
10    VS.                               )  CIVIL ACTION NO.
                                        )  98-3032A
11    BOEHRINGER INGELHEIM              )
      CORPORATION; DEY, INC.; DEY,      )
12    L.P.; EMD PHARMACEUTICALS,        )
      INC.; LIPHA, S.A.; MERCK,         )
13    KGaA; MERCK-LIPHA, S.A.;          )
      SCHERING CORPORATION;             )
14    SCHERING-PLOUGH CORPORATION;      )
      ROXANE LABORATORIES, INC.;        )
15    and WARRICK PHARMACEUTICALS       )
      CORPORATION,                      )
16              Defendants.             )

17

18                      *-*-*-*-*

19

20

21         VIDEOTAPED DEPOSITION OF PAMELA MARRS

22                       Volume 2

23

24

25
```

                                                              178

```
 1              On the 11th day of March, 2005, between
```

Page 1

MarrsP_2005-03-11_vol2.txt
2  the hours of 10:09 a.m. and 5:00 p.m., at the Napa
3  Valley Marriott Hotel and Spa, 3425 Solano Avenue,
4  Napa, California, before me, CYNTHIA VOHLKEN, a
5  Certified Shorthand Reporter for the State of Texas,
6  appeared PAMELA MARRS, who, being by me first duly
7  sworn, gave an oral deposition at the instance of the
8  Plaintiffs in said cause, pursuant to the Florida
9  Rules of Civil Procedure.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                      179

1            A P P E A R A N C E S
2  FOR THE STATE OF FLORIDA:
3        Mary S. Miller, Esquire
         Mark S. Thomas, Esquire
4        Assistant Attorney Generals
         Office of the Attorney General
                    Page 2

```
                    MarrsP_2005-03-11_vol2.txt
5           Medicaid Fraud Control Unit
            PL-01, The Capitol
6           Tallahassee, Florida  32399-1050
            (850) 414-3600
7

8    FOR THE RELATOR, VEN-A-CARE OF THE FLORIDA KEYS, INC.:

9           James J. Breen, Esquire
            The Breen Law Firm, P.A.
10          8201 Peters Road, Suite 1000
            Plantation, Florida  33324
11          (954) 916-2713

12            -and-

13          Gary L. Azorsky, Esquire
            Berger & Montague, P.C.
14          1622 Locust Street
            Philadelphia, Pennsylvania  19103-6305
15          (215) 875-3000

16            -and-

17          Mark D. Eibert, Esquire
            Cotchett, Pitre, Simon & McCarthy
18          San Francisco Airport Office Center
            840 Malcolm Road, Suite 200
19          Burlingame, California  94010
            (650) 697-6000
20

21   FOR THE DEFENDANT(S) BOEHRINGER INGELHEIM CORPORATION
     and ROXANE LABORATORIES, INC.:
22
            Bill L. Bryant, Jr., Esquire
23          Akerman Senterfitt
            106 East College Avenue, Suite 1200
24          Post Office Box 1877 (32302-1877)
            Tallahassee, Florida  32301
25          (850) 224-9634
```

                                                                    180

```
1             -and-

2           Paul Coval, Esquire
            Vorys, Sater, Seymour & Pease, LLP
3           52 East Gay Street
            Columbus, Ohio 43216-1008
4           (614) 464-6400

5
     FOR THE DEFENDANT(S) DEY, INC., DEY, L.P., EMD
6    PHARMACEUTICALS, INC., LIPHA S.A., MERCK KGaA and
     MERCK-LIPHA S.A.:
7
            Paul F. Doyle, Esquire
                          Page 3
```

```
                     MarrsP_2005-03-11_vol2.txt
8              Antonia F. Giuliana, Esquire
               Kelley Drye & Warren LLP
9              101 Park Avenue
               New York, New York  10178
10             (212) 808-7941

11
       FOR THE DEFENDANT(S) SCHERING CORPORATION,
12     SCHERING-PLOUGH CORPORATION and WARRICK
       PHARMACEUTICALS CORPORATION:
13
               John P. McDonald, Esquire
14             Locke Liddell & Sapp, LLP
               2200 Ross Avenue, Suite 2200
15             Dallas, Texas  75201-6776
               (214) 740-8000
16
17     ALSO PRESENT:

18             Mr. John M. Kling
                  Senior Vice President, Legal
19                Dey
               Mr. David Filbert
20             Mr. Raymond C. Winter
                  Texas Office of the
21                Attorney General
               Mr. Timothy C. Foote,
22                California Office of the
                  Attorney General
23             Mr. Hank Wisrodt, Videographer

24
                         *-*-*-*-*
25
```

                                                              181

```
1                              INDEX

2      Appearances................................... 179

3      PAMELA MARRS
            Examination by Mr. Azorsky (Cont.)....... 190
4
       Signature and Changes......................... 362
5      Reporter's Certificate........................ 364

6      VIDEOTAPE NUMBER

7           5 ........................................ 184
            6 ........................................ 238
8           7 ........................................ 273
            8 ........................................ 315
9
                             EXHIBITS
10
       NO.   DESCRIPTION                                PAGE
                           Page 4
```

MarrsP_2005-03-11_vol2.txt

17
18
19
20
21
22
23
24
25

                                                                184


 1              THE VIDEOGRAPHER:  Stand by, please.  We
 2   are on the record March 11th, 2005 at 10:09 a.m.  This
 3   is the beginning of Tape Number 5.
 4              MR. DOYLE:  Okay.  I thought it might be
 5   useful in light of yesterday to sort of put our
 6   position with respect to 30(b)(6) on the record so
 7   everybody understands it and so that they can kind of
 8   plan their -- their day.
 9              With respect to Items (A) and (B) in the
10   30(b)(6) notice, Pam has some knowledge of those --
11   those issues, which -- this is a communications issue.
12   To the extent that it involves price reporting, Russ
13   Johnston, who you are going to be deposing, is likely
14   to have more knowledge than Pam on that.
15              With respect to (C), as -- as reflected
16   yesterday, she has a lot of knowledge from a financial
17   perspective as to how prices are recorded in
18   accounting and finances.  And she also has a fair
19   amount of knowledge with respect to the same subject

MarrsP_2005-03-11_vol2.txt
20  on (D).  In other words, how prices are recorded in
21  accounting, et cetera.
22              With respect to (E), she has, again,
23  some knowledge.  This has to do with selection,
24  creation and reporting of pricing information.  To the
25  extent that it involves price reporting, again, Russ

                                                                    185

 1  is likely to have much more knowledge than Pam, and as
 2  I say, you'll be deposing him.
 3              With respect to Item (J), which is the
 4  document production issue, responses to subpoenas, Pam
 5  does have some knowledge with respect to that.
 6              With respect to (L) and (M), which are
 7  the corporate relationships in her affidavit, our --
 8  you know, we believe she has a vast and comprehensive
 9  knowledge and she's testified to that yesterday.  And
10  by the way, our view with respect to (L) and (M) is --
11  and again, you can disagree with it, is that where a
12  witness has vast and comprehensive knowledge of the
13  subject matter, she doesn't need to review every
14  document.  She doesn't really need to review any
15  documents if she -- if she knows the area cold, which
16  we think Pam does.
17              Now, regarding (F), (G), (H) and (I) and
18  (K), which are essentially sales and marketing issues,
19  we just don't have a current employee who knows about
20  most of these issues.  And so all Pam knows about most
21  of these initials, not all, but most of these issues,
22  is what the documents show.  Most of these documents

MarrsP_2005-03-11_vol2.txt
23  are sales and marketing documents.  She was in
24  finance.  And again, while she's seen many of these
25  documents throughout the course of litigation, she

186

1   wasn't involved with those documents and she -- in
2   most cases she has no better ability to interpret them
3   than you do.  And essentially that's what she's going
4   to say, that while she's seen them in the course of
5   litigation, she's not going to speculate about what
6   documents -- about what documents she hasn't seen
7   mean.  If we had a current employee who knew about
8   these documents we have designated him or her, but we
9   don't, and our interpretation of our obligation under
10  Rule 30(b)(6) is that it goes to the knowledge of
11  current employees of the company.
12              I think Pam has something to say in
13  terms of a correction.
14              THE WITNESS:  Yeah, I just -- as I was
15  driving home last night I recalled that when I was
16  talking about Klaus Rueth's position, I think I was
17  asked what his position was and I said CFO of EMD
18  Pharmaceuticals.  That is in fact true, but I forgot
19  that he is also the CFO of EMD, Inc.  So I just --
20  currently that's -- that's also in his job
21  responsibilities, so I just wanted to add that.
22              MR. BREEN:  Should -- can I just ask a
23  question?
24              MR. DOYLE:  Sure.
25              MR. BREEN:  I would like to clarify,

MarrsP_2005-03-11_vol2.txt

```
22
23
                             NOTARY PUBLIC IN AND FOR
24                           THE STATE OF
25
```

364

```
 1   STATE  OF  TEXAS  )
 2   COUNTY OF TRAVIS  )
 3
 4
 5        I, CYNTHIA VOHLKEN, CSR #1059, do hereby
 6   certify that, pursuant to the agreement hereinabove
 7   set forth, there came before me on the 11th day of
 8   March, 2005, at 10:09 o'clock a.m., at the Napa Valley
 9   Marriott Hotel and Spa, 3425 Solano Avenue, Napa,
10   California, the following named person, to-wit:
11   PAMELA MARRS, who was by me duly sworn to testify to
12   the truth and nothing but the truth of witness'
13   knowledge touching and concerning the matters in
14   controversy in this cause; that such witness was
15   thereupon examined under oath, and the examination
16   transcribed by computer-assisted transcription by me
17   or under my supervision, and that the deposition is a
18   true record of the testimony given by the witness.
19        I further certify that I am neither attorney
20   nor counsel for, nor related to or employed by, any of
21   the parties to the action in which this deposition is
22   taken and, further, that I am not a relative or
23   employee of any attorney or counsel employed by the
24   parties hereto, or financially interested in the
```
Page 170

MarrsP_2005-03-11_vol2.txt

25  action.

                                                                365


 1           IN WITNESS WHEREOF I have hereunto set my

 2  hand and affixed my seal on this 24th day of March,

 3  A.D. 2005.

 4

 5

 6

 7
                   Cynthia Vohlken, Texas CSR 1059
 8                 Expiration Date:  12/31/2006
                   Firm Registration No. 82
 9                 Fredericks-Carroll Reporting
                   7719 Wood Hollow Drive, Suite 156
10                 Austin, Texas 78731
                   Telephone: (512) 477-9911
11                            (800) 234-3376
                   Fax:       (512) 345-1417
12

13  JOB NO. 659

14

15

16

17

18

19

20

21

22

23

24

25