UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL No. 1456 |
| | Master File No. 01-12257-PBS |
| | ) |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| | ) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | ) ) Magistrate Judge Marianne B. Bowler ) ) ) |

**MOTION FOR CLARIFICATION OF ORDER
BY MAGISTRATE JUDGE DATED OCTOBER 29, 2008**

Plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys,

Inc. hereby seek clarification of the Magistrate Judge's Order entered October 29, 2008,

on plaintiff's Motion to Compel.  The Order in question granted in part plaintiffs'

document request number 41, which sought, *inter alia*, lobbying documents that

defendants had refused to produce.  Observing that "similar requests have been allowed

by the court," but that the request at issue "is overbroad," the Order provided that it would

be "limited to defendant Roxane and to the time period of 1996 to 2003 relating to

AWP/reimbursement issues," and that "as narrowed" the requested documents are subject

to production.

Because throughout this litigation plaintiffs often have referred informally or

collectively to the defendants as "Roxane," and because plaintiffs do not believe that any

explanation of the corporate structure and interrelatedness of defendant corporations has

yet been presented to the Court, plaintiffs believe there is room for confusion as to each defendant's role in marketing the drugs at issue.  Plaintiffs therefore seek clarification as to which defendants are subject to the Court's October 29 Order and must produce documents responsive to plaintiffs' Request No. 41.

There are four defendants in this lawsuit: Boehringer Ingelheim Corporation ("BIC"), Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), Roxane Laboratories, Inc. and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc. (together, "Roxane").[1]  All four are U.S. corporations.  At all times relevant to this lawsuit, BIC was the parent company of both BIPI and Roxane.  BIC functioned essentially as a holding company and had no independent businesses of its own.  Beginning in 1994, various Roxane and BIPI departments – including the "Government Affairs" and "Reimbursement" departments – were joined under unified leadership having responsibilities on behalf of both companies.  Sworn testimony from James Rowenhorst, who was a BIPI employee and the head of the "Reimbursement" department, establishes that he contacted government officials about reimbursement issues with regard to both Roxane and BIPI products, and that the "Government Affairs" department was responsible for policy and lobbying on behalf of the whole Boehringer Ingelheim family of companies.   Accordingly, responsive lobbying documents relating to AWP and reimbursement issues for Roxane products may be within the custody and control of

---

[1]Prior to 2005, Roxane was a single corporation; defendants Roxane Laboratories, Inc. And Boehringer Ingelheim Roxane, Inc. are the successor companies to the former Roxane.

either Roxane, BIPI, or both.  Indeed, it is more likely that such documents are in the custody of BIPI, and possible that there was no Roxane employee who had responsibility for lobbying.

WHEREFORE plaintiffs ask that this Motion be granted and that the Court clarify its Order of October 29, 2008, to indicate that documents responsive to Plaintiff's Requests #41 from defendant BIPI also be produced.

Respectfully submitted,

For the United States of America,

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _/s/ James J. Fauci_____
GEORGE B. HENDERSON, II
BARBARA HEALY SMITH
JAMES J. FAUCI
Assistant United States Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3263

For the relator, Ven-A-Care of the
Florida
Keys, Inc.,

JAMES J. BREEN
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue Suite 110
Miramar, FL 33027
Tel: (954) 874-1635

ROSLYN G. POLLACK
SUSAN S. THOMAS
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a copy of the foregoing document, Motion for Leave to File Brief Reply, to be served via Federal Express overnight delivery and e-mail on the following counsel.

**Eric Gortner, Esq.**
**Kirkland & Ellis, LLP.**
**200 East Randolph Drive**
**Chicago, Illinois 60601**
**egortner@kirkland.com**


/s/ James J. Fauci
James J. Fauci
Dated: November 10, 2008                    Assistant United States Attorney

4