# EXHIBIT 1

# STATES WHERE 30(b)(6) DISCOVERY HAS BEEN COMPLETED OR IS NOT BEING PURSUED AS A RESULT OF EXTENSIVE STATE DISCOVERY

|  | State | Status of 30(b)(6) Deposition | Date Completed | Document Subpoena Served? |
|---|---|---|---|---|
| 1. | Alabama | None planned as a result of depositions in state action. | Multiple dates | Documents produced in state action. |
| 2. | Alaska | Completed | 8/19/08- 8/21/08 | Documents produced in state action. |
| 3. | Arizona | None planned because of the structure of Arizona's Medicaid program. | N/A | No |
| 4. | California | DOJ cross-noticed deposition in the state action. | 10/21/08-10/23/08 | Documents produced in state action. |
| 5. | Connecticut | None planned as a result of depositions in state action. | Multiple dates | Documents produced in state action. |
| 6. | Florida | None planned as a result of depositions in state action. | Multiple dates | Documents produced in state action. |
| 7. | Hawaii | Completed | 5/1/08-5/2/08 | Documents produced in state action. |
| 8. | Kentucky | None planned as a result of depositions in state action. | Multiple dates | Documents produced in state action. |
| 9. | Louisiana | Completed. | 11/7/08 | Yes |
| 10. | Maine | None currently planned because the depositions of Brenda McCormick and Jude Walsh have already taken place. |  | Yes |
| 11. | Massachusetts | None planned as a result of depositions in state action. | Multiple dates | Yes |
| 12. | Michigan | None currently planned because the deposition of James Kenyon and Sandy Kramer have already taken place. |  | Yes |
| 13. | Minnesota | None currently planned because the deposition of Cody Wiberg has already taken place. |  | Yes |
| 14. | Missouri | None planned as a result of depositions in state action. | Multiple dates | Yes |
| 15. | Montana | None planned as a result of depositions in state action. | Multiple dates | Documents produced in state action. |
| 16. | Nevada | None planned as a result of | Multiple dates | Documents produced in |

1

|    | State | Status of 30(b)(6) Deposition | Date Completed | Document Subpoena Served? |
|----|-------|-------------------------------|----------------|---------------------------|
|    |       | depositions in state action. |                | state action. |
| 17.| New Hampshire | Completed | 10/28/08 | Yes |
| 18.| North Carolina | Completed | 10/21/08 | Yes |
| 19.| Tennessee | None currently planned because the deposition of Leo Sullivan has already taken place. |  | Yes |
| 20.| Texas | None planned as a result of depositions in state action, Dey has settled the state and Federal share for Texas. | Multiple dates | Documents produced in state action. |
| 21.| West Virginia | None planned as a result of depositions and trial transcript in state action. | Multiple dates | Documents produced in state action. |
| 22.| Wisconsin | None planned as a result of depositions in state action. | Multiple dates | Yes |

2

# STATES WHERE 30(b)(6) DISCOVERY IS ONGOING

|     | State | Status of 30(b)(6) Deposition | Document Subpoena Served? |
| --- | --- | --- | --- |
| 1.  | Arkansas | December 10, 2008 | Yes |
| 2.  | Colorado | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 9/12/08. | Yes |
| 3.  | Delaware | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 9/9/08. | Yes |
| 4.  | Georgia | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 10/8/2008. | Yes |
| 5.  | Idaho* | December 15, 2008 | Yes |
| 6.  | Illinois | November 18, 2008 | Yes |
| 7.  | Indiana | December 1-2, 2008 | Yes |
| 8.  | Iowa* | December 15, 2008 | Yes |
| 9.  | Kansas | In negotiations with counsel regarding scheduling and further production, although there will likely be a motion to compel testimony and documents. The deposition was originally noticed for 10/27/08. | Yes |
| 10. | Maryland | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 9/16/08. | Yes |
| 11. | Mississippi* | December 15, 2008 | Yes |
| 12. | Nebraska | December 2, 2008 | Yes |
| 13. | New Jersey | December 2, 2008 | Yes |
| 14. | New Mexico | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 10/1/08. | Yes |
| 15. | New York* | December 15, 2008 | Yes |
| 16. | North Dakota | In negotiations with counsel for scheduling. The deposition was originally noticed for 10/2/08. | Yes |
| 17. | Ohio | November 24 and 25, 2008 | Yes |
| 18. | Oklahoma | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 12/10/2008. | Yes |
| 19. | Oregon | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 10/21/2008. | Yes |
| 20. | Pennsylvania* | December 15, 2008 | Yes |
| 21. | Rhode Island | In negotiations with counsel for scheduling. | Yes |

3

|     |                  |                                                                                                          |     |
| --- | ---------------- | -------------------------------------------------------------------------------------------------------- | --- |
|     |                  | The deposition was originally noticed for 10/3/08                                                        |     |
| 22. | South Carolina*  | December 15, 2008                                                                                        | Yes |
| 23. | South Dakota     | In negotiations with counsel regarding scheduling. The deposition was originally noticed for 10/10/08.   | Yes |
| 24. | Utah*            | December 15, 2008.                                                                                       | Yes |
| 25. | Vermont          | In negotiations with counsel.                                                                            | No  |
| 26. | Virginia         | Deposition of one 30(b)(6) designee completed. Deposition of second designee to be scheduled.            | Yes |
| 27. | Washington       | November 24, 2008, December 2, 2008 and December 3, 2008                                                 | Yes |
| 28. | Wyoming          | December 2, 3, and 4, 2008.                                                                              | Yes |

\* For these seven states, Dey has proposed cross-noticing depositions in the state AWP actions as they occur. The United States has objected to this approach. Dey has served notice of the document and deposition subpoenas and is formally serving the state agencies this week.

4