# EXHIBIT 4

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

November 6, 2008

**VIA ELECTRONIC MAIL**

George B. Henderson, II, Esq.
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, Massachusetts 02210

Re:   *United States ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Bunker:

I have your letter dated November 4, 2008, in which the United States declined to allow depositions of state Medicaid programs in Idaho, Iowa, Mississippi, New York, Pennsylvania, South Carolina and Utah to extend after the fact discovery cut-off. Needless to say, Dey disagrees with the United States' view of the significance of state Medicaid discovery and the importance of discovery in these seven states. Likewise, the Government's protestations of delay are unconvincing in view of the Government's 10 year delay in unsealing the case. While we would prefer to avoid interfering with pending state discovery schedule, Dey will issue document and deposition subpoenas to these seven state Medicaid agencies and will attempt to complete this discovery before December 15, 2008, if necessary. Dey, however, will raise the issue before Judge Saris at the November 13, 2008 discovery conference and request the extension.

Very truly yours,

Neil Merkl

cc:   Laurie Oberembt, Esq. (via e-mail)
Gary Azorsky, Esq. (via e-mail)
David Torborg, Esq. (via e-mail)
John Reale, Esq. (via e-mail)
Eric Gortner, Esq. (via e-mail)

NY01/LOREM/1317394.1