Schedule 1

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC006-0299-0302 | XX/XX/XXXX | Analysis Sheet | Internal Analysis of Connecticut State Plan Amendment No. 03-002.  Analysis of proposed state payment methodology for Medicaid drugs. | Tieng, Chong B. | | Deliberative Process |
| HHC901-0093-0133 (Released 0131-33) | XX/XX/XXXX | Memo with Attachments | Request for a Modification to Contract #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, Task order #17 re:'Prices Established by the Private and Public Sectors for Drugs also Covered Under Medicare Part B | Stoogenke, Marvin M., HCFA Project Officer, Division of Supplier Claims Processing, Center of Health Plans and Providers | Director, HCFA, Div. of Research Contracts and Grants, Acquisition and Grants Group | Deliberative Process |
| HHC901-0176-0184 | XX/XX/XXXX | Contract Document | Proposed contract to Develop Electronic Drug Pricing Containing Reimbursement Allowances for Drugs Covered Under the Medicare Program by developing an AWP for covered drugs | Broseker, Joseph, HHS Dep. Director in CCHP | Pritchett, Jacqueline,, Stoogenke, Marvin | Deliberative Process |
| HHC901-0767-0767 | XX/XX/XXXX | List | Wholesaler Contact Information and Calculations.  Handwritten notes regarding Albuterol.  Other notes calculating the percentage of spread. | | | Deliberative Process |
| HHC901-0788-0789 | XX/XX/XXXX | Memo-Options Memo | Outlining current policy and options re: Dealing with problems and issues arising from use of DOJ AWP data. | | Niemann, R. | Deliberative Process |
| HHC901-1018-1028 | 02/03/1999 | Fax with Attachments | First Data Bank Statement Proposal, Government Draft Response and Comments re FDB Price Reports and Threatened Litigation | Stephens, Reed, Department of Justice | Niemann, Bob Riordan, Mary, HHS/OIG | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC902-0005-0016 | 12/6/1995 | Draft proposal | Discussion of an alternative reimbursement mechanism for the Medicare Program's payment for drugs. | | (AWP) | Deliberative Process |
| HHC902-0017-0018 | 04/01/1996 | Memo | Outline of issues to be discussed at upcoming principal's meeting includes discussion of pros and cons of alternative reimbursement mechanisms. | Greenberg, George, ASPE | Boyd, Anna, Exec. Sec. | Deliberative Process |
| HHC902-0035-0052 | 04/29/1996 | Draft NPRM | Draft NPRM (BPD852PB.B, pp. B12-B29) on drug and biological pricing policy.  Discusses alternative reimbursement mechanisms and the pros and cons of such policies.  (See also HHC902- 00010004, HHC902-00190034, HHC902-00810085) | | | Deliberative Process |
| HHC902-0053-0055 | 04/26/1996 | Draft NPRM | Draft NPRM (BPD852PC.C, pp. C9-C11) on drug and biological pricing policy.  Discusses potential affects of alternative reimbursement mechanisms. | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC902-0059-0062 | 02/20/1996 | Briefing Material | Briefing material for the Administrator discussing proposals, pros/cons and potential effects of changes in the following policies: independent physiological labs - physician supervision of diagnostic test, physician fee schedule payment areas, and alternative reimbursement mechanisms. | Administrator | | Deliberative Process |
| HHC902-0080 (Portions redacted) | 04/22/1998 | Memo w/ handwritten notes | Memo regarding a story on ABC Evening News regarding the quality of compounded drugs dispensed and payment differences for prescription drugs between Medicare beneficiaries and other health care consumers. Contains Mr. Price's suggestion of how to respond to the news story. | Price, William | Peacock, C., Johnson, R. ; Proctor, J.: Ruiz, L; Delillo; Joel K.: Walt; Bill L.; Bob N | Deliberative Process |
| HHC902-0109-0111 | 6/30/1993 | Draft Memo | Instructions regarding how to determine the acquisition cost of drugs pursuant to 42 CFR 405.517.  (See also HHC902-01290131) | | All ARAs For Medicare | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC902-0187-0201 | 2001-2002 | List with Attachments | Discussion of numerous alternative reimbursement mechanisms for Medicare-covered drugs. Includes handwritten notes listing and describing many of the possible alternative reimbursement mechanisms (i.e., brainstorming material.) | Greenburg, Alan | | Deliberative Process |
| HHC902-0251-0258 | 04/1999 - 06/1999 | Memo | Discussion of the issue regarding alternative reimbursement mechanisms and the use of DOJ data regarding one such alternative. Presents an impact analysis of changes in reimbursement and its potential effect on the delivery of care. (See also HHC902-02140244) | Hash, Michael Deputy Administrator | Thurm, Kevin Deputy Secretary ES; COS | Deliberative Process |
| HHC902-0271-0310 | 1997-1998 | Draft Memoranda, Email, Handwritten Notes | Series of drafts, notes and emails discussing the pros and cons of an alternative reimbursement mechanism. | Niemann, Robert; Buto, Kathleen; Schumaker, Bernadette | Schumaker, Bernadette; Wynn, B. | Deliberative Process |
| HHC902-0315 | 05/XX/1997 | Stickie/Note | Handwritten note regarding drafting of future legislation or regulations concerning payment for drugs. | Bart | Niemann, Bob | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC902-0355-0360 | 10/20/1998 | Draft Final Rule w/ Handwritten Notes | Draft of preamble to final rule. Includes discussion of NPRM previously issued implementing the BBA. Includes responses to the comments received during the comment period. (See HHC902-03610368, HHC902-03760381) | | | Deliberative Process |
| HHC902-0646-0651 (Released 649) | 06/28/1990 | Memorandum with Attachments | Memorandum in response to request for clarification of HCFA policy relating to Estimated Acquisition Cost (EAC) and rebates from manufacturers. Memo clarifies the language in the regulation in light of the requesting party's initial understanding. | Abato, Rozann, DHHS/ Medicaid Bureau Acting Director | Associate Regional Administrator, Region II | Deliberative Process |
| HHC902-0795-0800 | mid-1997 | Draft Memo w/ Attachments | Provides background on and transmits HHS report to Congress on the average wholesale price of drugs as mandated by Section 4556 of the Balanced Budget Act of 1997. Attachments include draft letters to various members of Congress introducing the report. | Min DeParle, Nancy-Ann The Administrator, HCFA | Shalala, Donna Secretary, HHS | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC902-0875-0877 | 02/01/1993 | Memorandum | Request for additional information on various unresolved issues following a teleconference with state pharmacists regarding the federal upper limit list. Attachment is a list of 18 drugs and the corresponding federal upper limit.  AWP unit cost, NE unit cost, unit rebate and net unit cost for each. | Abato, Rozzan, HCFA | Regional Administrator Kansas City; Rodler, Pete; Reed;  Abato, Rozzan | Deliberative Process |
| HHC903-0008-0022 | 07/11/1994 | Memo with/Attached draft OIG report | Subj:  Medicare Part B – Reimbursement to Providers for Drugs Used in Conjunction with Durable Medical Equipment (DME); Evaluation of Policies regarding reimbursement for drugs used with DME, and recommendations to carry forth said policies. | Brown, June Gibbs | | Deliberative Process |
| HHC903-0046-0049 | 07/13/1990 | Draft Report | Brief Overview of the Federal Medicaid Prescription Drug Program; states' payment methodologies as applied to multiple source drugs and for all other drugs | Rodler, Pete Medicaid Bureau | | Deliberative Process |
| HHC903-0103-0110 | 08/11/1988 | Memo | Drug Reimbursement Reform Regulations as applied to Maximum Allowable Cost (MAC) program, Pharmacists' Incentive Program (PhIP), and Competitive Program (CIP); state plan process | Rodler, Pete | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC903-0514-0519 | XX/XX/XXXX | Memo | Requirements for drug Vancomycin infusion; drug coverage and clinical rationale; recommendations for administration; clinical alternatives | Jewell, Kay, MD | Bonander, Larry; Rutemueller, Walt; Robinson, Chester; Hoyer, Tom | Deliberative Process |
| HHC903-0524-0525 | 05/23/1995 | Short Note | May 18 Meeting with OPTIVITA representatives and their general recommendations regarding Vancomycin and coverage of external infusion on pumps | Jewell, Kay | Robinson, Chester; Rutemueller, Walt; Bonander, Larry | Deliberative Process |
| HHC903-0599-0601 | 10/27/1994 | Memo | Re:  OIG Draft Report: "Medicare Part B Reimbursement to Providers for Drugs Used in Conjunction with DME" (a-06-0079);  Additional comments refining/furthering concurrence with Administrator's memo | Steinhouse, Edward | | Deliberative Process |
| HHC903-0641-0649 | 04/5/1993 | Note with attached report | Review of issues surrounding current Medicare coverage and payment of services related to Home Drug Infusion Therapy; trends in utilization; overview of questions raised by current policies with some recommendations to approach certain issues; discussion of Medicare reimbursement/current payment methodology (Coverage Issue) | Collins, Dorothy Burk | Buto, Kathy; Ault, Tom | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC903-0699-0701 | 08/27/1993 | Memo and attachment | Discussion of audit, "Self-Administered Outpatient Drugs Used with Nebulizers – Medicare Part B" (A-06-92-000790) | Streb, John A. | | Deliberative Process |
| HHC903-0702-0710 | 5/19/1993 | Fax transmittal with attachment | Home Health DME Benefit – Coverage of External Infusion Pumps including Necessary Supplies, Drugs and Biologicals (Draft) | McKeown, Robert A. Senior Vice President, Medicare operations & Provider Services | Chief Executive Officers of Home Health Agencies for which Independence Blue Cross is Medicare Intermediary | Deliberative Process |
| HHC903-0711-0720 | 9/9/1993 | Note and attached briefing materials | Briefing Materials for Hearing on Coverage of Home Infusion Therapy, House Energy and Commerce Subcommittee on Oversight and Investigation, September 9, 1993 | Wren, B. | Zutell, Joyce | Deliberative Process |
| HHC903-0811-811 | 04/07/1997 | Draft | Draft language for response to Senator Cinrad'd inquiry on behalf of the concerns of Dr. Patrick Stoy. Discussion of payment for drugs albuterol and ipratropium. | | | Deliberative Process |
| HHC903-0813-0821 | 07/29/1997 | Draft | Draft Comments of Different HCFA components re: OIG Draft Report OEI_03-9700290 "excessive Medicare Payments for Prescription Drugs" | Wynn, Barbara O. | | Deliberative Process |
| HHC903-0894-0904 | 03/30/1994 | Email and attachments | Discussing how HDFA should interpret and use pricing data to determine AWP | Mirabal, Joe Reimbursement Specialist, HCFA, New York City | Weintraub, Stanley HCFACOM | Deliberative Process |
| HHC904-0182-0191 | 11/7/2002 | Draft report and handwritten notes | Discussing Options for Obtaining Better Drug Pricing Data for Both Medicaid and Medicare to obtain AWP figures | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC904-0603-0606 | | Draft memo | Subject: Determination of Medicaid Prescription Drug Estimated Acquisition Cost (EAC); Discussing generally, state plan amendment requests that propose to change reimbursement methodology and how to analyze these state plans. | Director, Family and Children's Health Program Group | Director, Center for Medicaid and State Operations | Deliberative Process |
| HHC906-0166-0171 (Redacted portions on 170) | 06/13/1991 | Memo and attachment | Request for Guidance on Limiting the Charge for Drugs/Biologicals provided by Physicians (Your memo dated 11/8/90) [copy of HHC903-08650868] | Buto, K.A. Director, Bureau of Policy Development | Chief, Carrier Operations Branch Associate Regional Administrator, Region V, Chicago | Deliberative Process |
| HHC906-0558-0559 | | Letter (draft) | Draft letter discussing Colorado's State Plan Amendment (SPA) 02-011, which would modify the estimated acquisition cost for prescription drugs, increasing the discount to AWP less 14% for brand name drugs and AWP less 45% for generics. | Reed, L. Co-Director, Pharmacy Team, CMS | Chaumont, Vivianne Director, Office of Medical Assistance, Dept. of Health Care Policy & Financing Ericson, Spencer, Acting Associate Regional Administrator | Deliberative Process |
| HHC906-0585-0586 | | Draft | Draft letter discussing Colorado's State Plan Amendment (SPA) 02-011, which would modify the estimated acquisition cost for prescription drugs, increasing the discount to AWP less 14% for brand name drugs and AWP less 45% for generics | Reed, Larry, Department of Health & Human Services Co-Director, Pharmacy Team | Allen, Richard Office of Medical Assistance Ericson, Spencer, Denver Regional Office | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC907-0429-0440 (Released 432-40) | 06/22/1998 | Email and attachments | Single Drug Pricing File;  AWP simplified process; explanation of background of teleconference regarding how carriers calculate payment allowances | Ring, Linda | | Deliberative Process |
| HHC907-0558-0558 | 10/24/1996 | Short Email | Regarding extent of discretion a carrier medical director has in paying for equivalent drugs with different prices | Schumker, Bernadette | | Deliberative Process |
| HHC907-0725-0729 | 10/29/1998 | Notes and attachment | Handwritten notes; Cigna – 1988 CPE Reviewer;  pricing array;  calculation of AWP for albuterol | Schaen, T. | | Deliberative Process |
| HHC907-0800-0816 | 07/27/1998 | Email and attached IR Project | National DMERC IR project (Albuterol Nebulizer (aerosol Inhaled) Drugs; explanation of project; revision of draft of DMERC IR notice | Kaiser | Finn, C.;  Eiler, C.; Stone, R.;  Douglas, B.;  Leads | Deliberative Process |
| HHC907-0852-0860 | 04/14/1998 | Notes handwritten | RE: Inherent Reasonableness teleconference; Bulletins-cost factors; draft of strategy for implementing IR standard. | Schoen, T. | | Deliberative Process |
| HHC907-0861-0862 (portions redacted) | 04/29/1998 | Email | Re:  Inherent Reasonableness contact with retail stores with resulting retail pricing on albuterol sulfate | Zone, Bob | Schoen, T.; Bailentine, L.; (HCFA, Kaiser, J.) | Deliberative Process |
| HHC907-0905-0911 | 06/04/1998 | Handwritten Notes | IR Teleconference – IR Project Albuterol (K0505) = Nebulizer Drug;  progress of analysis and usage of region D's spreadsheet format | Schoen, T. | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHC907-0968-0974 | 07/20/1998 | Handwritten notes | Re: IR Call; progress notes on pricing formulas for albuterol and other products | Schoen, T. | | Deliberative Process |
| HHD900-0729-HHD900-0739 | | Handwritten Notes | Handwritten notes relating to exit conference relating to OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0854-HHD900-0865 | 06/15/1996 | Draft Policy | DMERC Medical Draft Policy regarding nebulizers | | | Deliberative Process |
| HHD900-0906--HHD900-0915 | | Handwritten Notes | Handwritten notes relating to Exit Conference relating to OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0933 | Undated (references a 3/15/96 meeting) | Memo to File | Memo summarizing 3/15/96 review team meeting relating to revisions to OEI Report 0394-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-1065-HHD900-1067 | 11/16/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" | OEI Staff | | Deliberative Process |
| HHD900-1122 | 05/30/2000 | Notes | Exit Conference Notes on OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| HHD900-1909 HHD900-1911 | | Notes | Summary Notes of Entrance Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-1912-HHD900-1914 | | Memo | Memo re: Draft report on Nebulizers | OEI Staff | | Deliberative Process |
| HHD900-1947 HHD900-1950 | | Notes | Handwritten Notes re: Entrance conference on Nebulizer drugs | OEI Staff | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD900-1976 HHD900-1978 | | Notes | Summary of Exit Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2121 - HHD900-2128 | | Notes | Notes on drug pricing re: 1996 HCFA proposal for Medicare Program Payment for Drugs | OEI Staff | | Deliberative Process |
| HHD900-2159 | 2/28/1995 | Email | Email re:  Dr. Zone's comments on design of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2237-HHD900-2238 | | Memo | Memo re: Summary of Exit Conference for OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2274 | 05/27/1998 | Notes | Notes from Exit Conference for OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2536 | 04/18/2000 | Notes | Entrance Conference Notes for OEI reports 03-00-00310 (Medicare Reimbursement of Prescription Drugs) and 03-00-00311 (Medicare Reimbursement of Albuterol) | OEI Staff | | Deliberative Process |
| HHD911-0354-0354 | 05/28/1992 | Email | Entrance conference re pricing investigation | Ahem, Kitty | Schlesinger, Renee | Deliberative Process |
| HHD911-0355-0356 | 04/08/1993 | Exit Conference Summary | Conference re OIG Study: "Medicare Home Infusion Therapy" (OEI-02-92-00420) | Greene, Vickie | | Deliberative Process |
| HHD911-0417-0425 | 04/XX/1993 | Report Synopsis | Entrance conference presentation on report entitled "Medicare Home Infusion Therapy" | Office of Evaluations and Inspections | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD911-0546-0547 | 02/22/1993 | Handwritten Notes | Review meeting notes re draft home infusion report | | | Deliberative Process |
| HHD911-0878-0880 | XX/XX/XXXX | Memorandum | Transcript from Entrance Conference for TPN investigation report | | | Deliberative Process |
| HHD911-0781-0786 | 04/18/1994 | Memorandum | Description of investigative work performed for OIG- Office of Audit Services Review of Medicare Reimbursement for Parenteral and Enteral Nutrition | Peniston, M. | | Deliberative Process; Investigative Files |
| HHD911-0881-0883 | 10/22/1996 | Minutes | Minutes from October 22, 1996 Entrance Conference for Medicare Reimbursement For Total Parenteral Nutrition | | | Deliberative Process |
| HHD911-0885-0886 | 02/04/1997 | Minutes | Review Team Meeting Medicare Reimbursement for Parenteral Nutrition | | | Deliberative Process |
| HHD911-1336-1342 | 10/11/1996 | Memorandum | Request for Entrance Conference: "Medicare Reimbursement for Total Parental Nutrition | Clarke, Mary Beth | Glatzel, Ed; Brown, Robert; Tedesco, Barbara; Region III | Deliberative Process |
| HHD911-2003-2012 | 08/29/1997 | Facsimile | Handwritten note and marked-up charts re meeting on Medicare and Medicaid drug pricing in response to congressional inquiry | McLeod, Susan | Gordon (illegible); Vito, Rob; Bill (illegible) | Deliberative Process |
| HHD911-2013-2039 | XX/XX/XXXX | Memorandum with Attachment | Memorandum re exit conference for investigation on impact of high-priced generic drugs on the Medicare and Medicaid programs, with draft report attached | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD917-0001-0003 | 11/09/1995 | Draft Memorandum | Notes re October 30, 1995 meeting in DC with Robert Medell, owner of Pulmed Home Care in Coral Gables, FL. | Semyak, A. | Fodey, L.;  Hilliard, L.;  Morris, L.;  Tantillo, T;  Vito, R.; Folk, K.;  Katz, R.; Ragone, L. | Deliberative Process |
| HHD917-0004-0005 | 08/16/1995 | Meeting Notes | Meeting re Agency policy on Nebulizers with list of attendees | | | Deliberative Process |
| HHD917-0007-0007 | 10/03/1995 | Meeting Notes | Preliminary suggestions for issues to study re:  nebulizers | | | Deliberative Process |
| HHD918-0001-0005 | 11/19/1996 | Facsimile and Report | Faxed draft declaration of Paul D. Metzger, M.D. | | Metzger, Paul D. (Medical Director Region C DMERC) | Work Product; Deliberative Process |
| HHD918-0014-0025 | 06/15/1996 | Manual | DMERC Medical Draft Policy faxed to Robert M. Zone re nebulizers | | | Deliberative Process |
| HHD918-0031-0032 | 05/29/1996 | Facsimile and Letter | Transmittal of letter written to attorneys for Ven-A-Care | Thies, Michael (Department of Justice) | Vito, Rob (Office of Evaluation and Inspections) | Deliberative Process |
| HHD918-0214-0218 | XX/XX/XXXX | Report | Acquisition Cost for Lupron, with preliminary questions regarding methodology | | | Deliberative Process |
| HHD918-0584-0587 | 09/01/1993 | Facsimile and Report | From Vito folder marked:  OAS Nebulizer Drug Correspondence (Dallas/Little Rock) Fax Transmittal of memorandum re Medicare Drug Benefits, Lessons Learned | Christie Provost (ASPE) | Illegible;  Jackson, Ben;  Shingley(?), Bill;  Sate (?), Gordon | Deliberative Process |
| HHD918-0589-0592 | XX/XX/XXX | Statement | Draft statement of OIG position concerning Medicare policy on nebulizer drugs | Vito, Robert | | Deliberative Process |
| HHD919-0022-0024 | 02/13/1995 | Fax | Draft memorandum on nebulizer drugs | Zone, Robert MD (CGLIC Medicare Administration) | Katz, Robert | Deliberative Process |
| HHD919-0025-0026 | XX/XX/XXXX | Draft Talking Points | Medicare Prescription Drug Payments Overview | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD919-0027-0038 | 07/12/1996 | Facsimile | Memorandum summarizing investigation into fraudulent claims for nebulizer drugs | Metzger, Paul M.D. (medical Director, Region C, DMERC) | Tantillo, Tom (Office of Criminal Investigations – DHHS);  Jackson, Ben (OIG);  Vito, Rob (OIG);  Shrigley, William (OIG); Bowman, Sam (OIG); Proctor, Jackie (OIG); Ruiz, Linda (HCFA); Primac, Aron (HCFA); Pearcy, Sue (HCFA); Edge, Michael (SADMERC); Schmadai, Don (region C DMERC) | Deliberative Process |
| HHD920-1542-1619 | XX/XX/1999 | Faxes and Attachments | File of communications between Rob Vito and Chuck Clapton (House Committee on Commerce) re Medicare payment methodology | | | Deliberative Process |
| HHD920-1975-1976 | 10/03/1997 | Outline | Draft response to inquiry re Generic Drug Pricing in Medicare and Medicaid, with handwritten edits | | | Deliberative Process |
| HHD920-2166-2170 | 08/30/1993 | Facsimile | Fax forwarding outline entitled "Issues that Need Policy Resolution- Medicare Drug Benefit" | Vito, Robert; Jackson, M. Ben; Shrigley, Bill | Austein, Cheryl (ASPE) | Deliberative Process |
| HHD920-2218 | 06/05/1997 | E-Mail | Re calculations of prescription drug costs | Vachon, Alec | Grob, G; Vito, R | Deliberative Process |
| HHD920-2221 | 05/29/1997 | Fax Cover Sheet | Discusses revised chart re Medicare reimbursement comparing EAC and AWP | Vito, Robert | Bumey, Ira (HCFA) | Deliberative Process |
| HHD920-2223-2224 | XX/XX/XXXX | Notes | Handwritten notes re problems with AWP | | | Deliberative Process |
| HHD920-2231-2232 | 03/23/1995 | Draft Letter | Medicare Drug Pricing-Use of AWP for the May 1995 TAC meeting | Zone, Robert (DMERC) | Conrad, Connie (HCFA BPD) | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD920-2234-2237 | XX/XX/XXXX | Draft Report | Proposed review of Reimbursement Methodologies for Nebulizer drugs | | | Deliberative Process |
| HHD920-2241-2244 | XX/XX/XXXX | Draft Report Outline | Reimbursement Methodologies for Nebulizer drugs | | | Deliberative Process |
| HHD920-2251-2261 | 09/26/1997 | Facsimile and Draft Report | Questions and draft responses on excessive payments for generic drugs | Franklin, Tiny | | Deliberative Process |
| HHD923-0362-0364 | XX/XX/XXXX | Memo | Memo entitled "Options for Revising Drug Reimbursement" describing list of options for changing reimbursement methodology for drugs | | | Deliberative Process |
| HHD923-0466-0471 | XX/XX/XXXX | Memo | Memo in question and answer format discussing potential alternative payment methodologies for drugs | | | Deliberative Process |
| HHD923-1589 | XX/XX/XXXX | Internal Summary | PROs and CONs of using the federal supply schedule for Medicare Reimbursement | | | Deliberative Process |
| HHD924-0009-0016 | 06/14/2000 | Draft Memorandum; Draft | Draft Options paper re: Using DOJ data for drug pricing. | Berenson, MD, Roberta A., Director | Admin; HCFA | Deliberative Process |
| HHD926-0056-0061 | 03/16/1993 | Memorandum | Entrance Conference memorandum related to New Audit: "Review of Medicare Part B Drug Payments" A-02-93-01020 | Streb, John A., Director | | Deliberative Process |
| HHD926-0151-0154 | 02/17/1994 | Memoranda | Proposed language, and payment rules relating, to ESRD program. | Christenberry, M.J., Associate Regional Administration | Regional Carriers | Deliberative Process |
| HHD926-0171 | 05/19/1994 | Report | Memorandum -0 Acquisition Cost of Drugs – summary of staff options. | Pena, Sarah A. | Throne, James; Weintraub, Stanley, Grumbine, Kay; Cline, Calvin; Hammond-McNatt, Pa | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD926-0258-0260 | XX/XX/XXXX | Memorandum | Draft memorandum regarding payment of professional component of Chemotherapy Administration | Buto, Kathleen, Director, Bureau of Policy Development, HCFA | Asst. Regional Administrator, NY | Deliberative Process |
| HHD928-0345-0346 | 09/09/1993 | Notes | Entrance/Interim Meeting Notes | Greene, Vicki A., Management Planning and Analysis | | Deliberative Process |
| HHD929-0028-0029 | 07/25/2003 | Report | Report on AWP rule reform and possible impact it would have on payment to physicians | | | Deliberative Process |
| HHD932-0092-0101 | 12/24/1985 | Memorandum | Internal Analysis of State Medicaid Pharmacy Dispensing Fees | Sconce, J. D., Regional Administrator | Director; Street, Jimmy; Silvernail, Carl; Howser, Craig | Deliberative Process |
| HHD938-0001-0008 | 10/15/2003 | Facsimile; Draft Memorandum | Draft memorandum regarding CMS regulation to reduce Medicare payments for outpatient drugs | Badger, Doug, Special Assistant to the President for Economic Policy | Agnew, Ann | Deliberative Process |
| HHD940-0012-0013 | 02/10/1989 | Telephone Record | Summary of response to questions by state and presentation of options regarding Average Wholesale Price | Duncan, Shirley | Hanley, Ray; DH, DFC, File SPA# 88-5 | Deliberative Process |
| HHD943-0022 | 07/22/2003 | Contact Report | Record of Conversation-Louis Cobo (Ven-A-Care)- Is Medicare Reimbursement for Albuterol Inherently Reasonable?, discussion of how to characterize information source in report | | | Deliberative Process |
| HHD943-0023-0023 | 10/16/2003 | Notes | Notes from Exit Conference | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD944-0056-0057 | 05/23/2000 | Minutes | Review Team Meeting Notes relating to Medicare Reimbursement of Albuterol OEI-03-00-00311 and Medicare Reimbursement of Ipratropium Bromide OEI-03-01-0041 | | | Deliberative Process |
| HHD944-0062-0067 | 05/XX/2001 | Draft Design | Inspection Design; Medicare Reimbursement of Albuterol Medicare Reimbursement of Ipratropium Bromide with marginalia and handwritten comments from 5/30 entrance conference | | | Deliberative Process |
| HHD944-0068-0068 | 05/30/2001 | Notes | Entrance Conference | | | Deliberative Process |
| HHD944-0100-0101 | 05/30/2001 | Entrance Conference Notes | Summary of Entrance Conference for 2002 Albuterol and IB reports | | | Deliberative Process |
| HHD944-0102-0103 | 08/15/2001 | Notes | Excessive Medicare Reimbursement for Albuterol OEI-03-01-00410 Exit Conference Notes | | | Deliberative Process |
| HHD944-0104-0104 | 11/01/2001 | Notes | Excessive Medicare Reimbursement for Ipratropium Bromide OEI-03-01-00411 Exit Conference Notes | | | Deliberative Process |
| HHD944-0319-0356 | 08/01/2001 | E-Mail; Working Draft Report | E-Mail transmitting working draft of Albuterol report for exit conference with attached draft reports and handwritten edits and comments | Tawes, David | OEI Review Team; Straw, Bambi D., Ragone, Linda; Vito, Robert; Duzia, Tanaz | Deliberative Process |
| HHD944-0718-0720 | 09/24/2001 | Notes | Review Team Meeting Notes, including discussion of methodology, re Excessive Medicare Reimbursement for Ipratropium Bromide OEI-03-01-00411 | Dutia, T. | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---------|---------|---------|-------------|--------|--------------|-----------|
| HHD945-0313-0314 | 08/31/1994 | Notes | Record of Discussion- from 8/94 meeting btw OIG, HCFA, and State Medicaid pharmacy representatives to discuss and plan upcoming nationwide audit of the difference between the invoice price for drugs and AWP for Medicaid pharmacy providers. Document reflects deliberations and discussions about the scope and methodology of the planned study. Notes reflect that OIG agreed to make certain changes to the planned audit based on recommendations from state representatives. Document contains marginalia and substantive handwritten notes apparently from Paul Chesser. | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD945-0315-0316 | 09/28/1995 | Notes | Record of Discussion- from 9/95 meeting btw OIG, HCFA, and State Medicaid pharmacy representatives to discuss the results of nationwide audit of the difference between the invoice price for drugs and AWP for Medicaid pharmacy providers. Document reflects discussions about the findings of the review and recommendations about the report from State representatives. Document contains marginalia. | | | Deliberative Process |
| HHD945-0341-0342 | 12/20/2001 | E-Mail | Email forwarding substantive comments in response to report from Center for Pharmacoecomomics Studies (Univ. of Texas at Austin) Regarding the Medicaid Pharmacy Audit | Fowler, Janet, OIG, OAS | Chesser, Paul, OIG, OAS | Deliberative Process |
| HHD945-0369 | XX/XX/XXXX | Draft Summary | Draft summary of Florida State Agency Comments on draft OIG report and proposed OAS response to the comments. | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD945-0456-0458 | 04/25/1994 | Memo | Memo re: Office of Inspector General (OIG) Suggested Audit Subject Matter for OIG Fiscal Year (FY) 1995 Workplans—Information; Includes descriptions of types of audits that would be of value to HCFA and the States.  Includes handwritten marginalia relating to subsequent discussions with HCFA officials regarding whether to audit drug manufacturers' drug pricing data. | Abato, Rozanne, Deputy Director, Medicaid Bureau, Health Care Financing Administration | Hapchuk, John – Director of Programs and Operations Audits, OIG; David McNally; Bruce Hickman | Deliberative Process |
| HHD946-0143-0159 | 03/03/1992 | Cover sheet for working files and report reviewer Form | Cost Incurred by Dialysis Facilities for the Purchase of Separately Billable ESRD Drugs Fieldwork Folder K Folder 13 of 14; Handwritten OIG/OAS Working Paper Review Notes discussing revisions | Bottari | Carter | Deliberative Process |
| HHD946-0187-0188 | 06/19/1991 | Draft Memorandum; Handwritten Notes | Draft memorandum with handwritten notes discussing analysis of the Study of ESRD and chemotherapy drugs | Buto, Kathleen A., Director | Acting Director | Deliberative Process |
| HHD948-0049 | XX/XX/XXXX | Note | Draft language relating to Medicare Inhalation Therapy Drugs | | | Deliberative Process |
| HHD949-0280-0281 | 10/12/2005 | Notes | Re: GAO Exit Conference | | | Deliberative Process |
| HHD949-0500-0500 | 01/26/2006 | Report | OIG/GAO Conference Summary Report; GAO Exit Conference: Hospital Outpatient Drug Prices-Analyses and Recommendations for Future Data Collections | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD949-0620-0621 | 08/02/2006 | Memorandum | Start Notice and Request for Entrance Conference re: "States' use of New Drug Pricing Data to Establish Medicaid Reimbursement for Prescription Drugs." | Maree, Gina | Wynethea, Walker | Deliberative Process |
| HHD949-0707-0727 | 11/17/2006 | E-Mail; Draft Report | Re: OIG Exit Conference, attaching draft report, "Deficit Reduction Act of 2005; Impact on the Medicaid Federal Upper Limit Program; (OEI-03-06-00401) | Moody, Linda L | Andrews, Nora A; Battle, Lizette M; Brown, Deborah *J*; Carmichael, Wanda E; Christian, Sandra T; Converse, Daniel J; Cook, Mary Jo; Curtis, Catherine A; Davis, Joanne; Drass, Janice A; Drew, Patrick S; French, Beth A; Fultz, Julia L; Gange, Laura K; Gelzer | Deliberative Process |
| HHD951-0071-0071 | 09/04/2003 | Notes | Review Team Meeting Notes for two reports: Excessive Medicare Reimbursement of Albuterol OEI-03-00-00510; Excessive Medicare Reimbursement of Ipratropium Bromide OEI-03-01-00520 | | | Deliberative Process |
| HHD951-0072-0072 | 10/16/2003 | Notes | Notes from Exit Conference for two reports: Update: Excessive Medicare Reimbursement for Albuterol (OEI-03-03-00510); Update: Excessive Medicare Reimbursement for Ipratropium Bromide (OEI-03-03-00520) | | | Deliberative Process |
| HHD951-0203-0206 | 11/10/2003 | Notes; Memorandum | Faxed Notes Debra's comments on Update: Excessive Medicare Reimbursement for Ipratropium Bromide with marginalia | Wright, Stuart | Vito, Rob | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD951-0228-0228 | 10/16/2003 | Notes | Notes from Exit Conference discussing two reports: Update: Excessive Medicare Reimbursement for Albuterol (OEI-03-03-00510); Update; Excessive Medicare Reimbursement for Ipratropium Bromide (OEI-03-03-00520) | | | Deliberative Process |
| HHD954-0011-0012 | 05/09/2003 | E-Mail; Report | Dey/FDB Proposal with attachment | Mao, Andy | Vito, Robert | Deliberative Process |
| HHD955-0017-0017 | 07/06/1998 | E-Mail | Re:  HFA Comments to 03-97-00292 (albuterol sulfate reasonableness) | Vito, Robert | Ragone, Linda; Clark ,Mary Beth; Wright, Stuart; Holmes, Deborah; Grob, George;  Brown, Robert | Deliberative Process |
| HHD955-0018-0018 | 04/28/1998 | E-mail | Re: Call from Dr. Zone regarding draft OIG report | Ragone, Linda | Vito, Robert | Deliberative Process |
| HHD958-0001-0002 | 02/17/2005 | Notes | Team review meeting notes for study "Analysis of Services provided by Medicare Inhalation Drug Suppliers" | | | Deliberative Process |
| HHD958-0007-0007 | 04/19/2005 | Notes | CMS Entrance Conference Notes for Inspection Design Review of study "Services provided by Inhalation Drug Suppliers" | | | Deliberative Process |
| HHD958-0008-0008 | 04/19/2005 | E-Mail | Discussion of Entrance Conference for study "Review of services provided by Inhalation Drug Suppliers" | Price, Kenneth | Greenleaf, Joyce; Troy, Ivan; Price, Kenneth | Deliberative Process |
| HHD958-0031-0032 | 08/31/2005 | Exit Conference Notes | CMS Exit Conference Notes – August 31, 2005 with attached attendance list | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD960-0065-0078 | 05/03/2005 | E-Mail; Design | Email discussing purpose and methodology of survey report: "Review of Services Provided by Inhalation Drug Suppliers," asking about feedback, with design attached. | Greenleaf, Joyce | Wright, Stuart; Price Kenneth; Troy, Ivan; Yessian, Mark | Deliberative Process |
| HHD960-0081-0081 | 06/15/2005 | E-Mail | Comments on the objective of the inhalation drug suppliers inspection. | Price, Kenneth | Ritchie, Brian | Deliberative Process |
| HHD960-0082-0090 | 10/11/2005 | E-Mail; Industry Report | Discussing negative comments from a provider association on the inhalation drug suppliers study and redacted letter from OIG to a medical association soliciting participation in study. | Price, Kenneth | Bassano, Amy (CMS) | Deliberative Process |
| HHD960-0091-0091 | 07/20/2005 | E-Mail | Proposed talking points about inhalation drug study. | Price, Kenneth | Troy, Ivan; Hereford, Russell; Greenleaf, Joyce | Deliberative Process |
| HHD960-0109-0111 | 11/02/2005 | E-Mail; Report | Comments (criticism/response) developed potential talking points in OIG's response to possible criticism of the fees and analysis of compounding drugs in survey report: Analysis of Service Provided by Medicare Inhalation Drug Suppliers OEI-01-05-00090 Criticism and OIG Response. | Price, Kenneth | Hereford, Russell; Troy, Ivan; Bassano, Amy | Deliberative Process |
| HHD960-0112-0115 | 11/21/2005 | E-Mail; Draft Letter; Memorandum | Email w/ draft letter addressed to US Representative on concerns regarding the inhalation drug study; OIG written response to industry concerns. | Roush, Debra | Richardson, Mark; Greenleaf, Joyce; Price, Kenneth; Abbott, Linda B; Hereford, Russell; Troy, Ivan | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD962-0142-0142 | 04/19/2005 | E-Mail | E-Mail discussing Entrance Conference with CMS on the review of services provided by inhalation drug suppliers | Davis, Tricia | Price, Kenneth; Greenleaf, Joyce; Troy, Ivan; Abbott, Linda B; OEI Review Team | Deliberative Process |
| HHD962-0143-0143 | 04/19/2005 | E-Mail | E-Mail discussing Entrance Conference with CMS on the review of services provided by inhalation drug suppliers | Price, Kenneth | Greenleaf, Joyce; Troy, Ivan; Price, Kenneth | Deliberative Process |
| HHD962-0557-0562 | 11/09/2005 | E-Mails; Internal Congressional Correspondence Control Sheets | E-Mail exchanges discussing response concerning items raised in the Sept 2005 Inhalation Suppliers Drug Report | Bell, Michelle | Price, Kenneth; Troy, Ivan; Revanna, Teresa (IO); Sayer, Marcia (IO); Franklin, Tiny; Vengrin, Loretta (OEI); Roush, Debra; McCoy, Chanteau; Davis, Tricia; Greenleaf, Joyce; Wright, Stuart (OEI); Abbott, Linda B; | Deliberative Process |
| HHD962-0563-0566 | 11/15/2005 | E-Mail; Draft Letter; Draft Internal Comment | Draft response from the Secretary to a House of Representative with the attachment of the OIG response to Industry on the review of services provided by inhalation drug suppliers | Troy, Ivan | Davis, Tricia; Abbott, Linda B; Troy, Ivan; Greenleaf, Joyce; Hereford, Russell; Price, Kenneth | Deliberative Process |
| HHD962-0567-0571 | 11/15/2005 | E-Mail; Annotated Draft Letter; Annotated Draft Internal Comment | Draft response to the House of Representative request for information on the of "review of services provided by inhalation suppliers study" | Abbott, Linda B | Greenleaf, Joyce; Price, Kenneth; Troy, Ivan; Hereford, Russell; Wright, Stuart; Ritchie, Brian | Deliberative Process |
| HHD962-0572-0576 | 11/09/2005 | E-Mail; Draft Letter; Draft Response | E-Mail attaching the draft response to the Congressional Representative on the review of services provided by inhalation suppliers study | Davis, Tricia | Davis, Tricia, Abbott, Linda B; Wright, Stuart; Price, Kenneth; Troy, Ivan; Hereford, Russell; Ritchie, Brian | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD962-0577-0586 | 11/16/2005 | E-Mail; Congressional Correspondence Control Sheets; Letter from Rep. Nancy Johnson; Draft Letter; Draft OIG Response | E-Mail re response to Rep. Johnson's letter | Bell, Michelle | Greenleaf, Joyce; Hereford, Russell; Price, Kenneth; Troy, Ivan; Revanna, Teresa; Sayer, Marcia; Franklin, Tiny; Vengrin, Loretta; Roush, Debra; McCoy, Chanteau; Davis, Tricia; Richardson, Mark; | Deliberative Process |
| HHD962-0587-0590 | 11/21/2005 | E-Mail; Draft Letter; Draft OIG Response | Letter from the Secretary and OIG's response to congressional re inhalation drug report | Price, Kenneth | Abbott, Linda B; Troy, Ivan; Greenleaf, Joyce; Hereford, Russell; Roush, Debra; Richardson, Mark | Deliberative Process |
| HHD962-0591-0596 | 02/09/2006 | E-Mail; Draft Letter; Draft OIG Response | E-Mail exchange on revised OIG comments on letter from Rep. Nancy Johnson | Radway, Patricia | Wright, Stuart; Davis, Tricia; Price, Kenneth; Troy, Ivan; Hereford, Russell; Ritchie, Brian; Revanna, Teresa; Sayer, Marcia; Holtz, Judy; Roush, Debra; | Deliberative Process |
| HHD966-0059 | 06/17/1992 | Memorandum | Memorandum of Discussion w/ Craig Briggs of HCFAD re: Chemo Drugs (A-02-91-01049) for Time Period 1/91-7/91 | Hirshon, Elliot | Briggs, Craig | Deliberative Process |
| HHD966-0061-0069 | 09/24/1991 | Memorandum | Memorandum of Discussion and Manufacturer Review with Adria Laboratories re: Chemo Drugs (A-02-91-01049) | | | Deliberative Process |
| HHD966-0169-0169 | XX/XX/XXXX | Notes | Notes of Criteria – Part B Drug Policy Interpretations:  to Document HCFA's Policy Interpretations re:  Drug Reimbursement and Results of HCFA's Carrier Surveys re: Drug Reimbursement Policy | | Edelin, Barbara | Deliberative Process |
| HHD966-0188-0190 | 07/05/1991 | Memorandum | Chemo Drugs Memos, Memo of Discussion | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD966-0283-0286 | 10/28/1991 | Memorandum | Memo of Discussion re: Chemo Drugs: Drug Pricing, Red Book w/ Steve Sorkenn a Senior Vice President at Redbook for Chemo Drugs Report (A-02-91-01049) | Hirshon, Elliot | Sorkenn, Steve, Senior VP – Redbook | Deliberative Process |
| HHD966-0287-0288 | 10/16/1991 | Memorandum | Memo of Discussion re: Chemo Drugs: Pricing Review, Drug Topic Red Book, Memo of discussion of Drug Pricing (AWP) for Chemo Drugs Report (A-02-91-01049) | Hirshon, Elliot | Olayan, Enid, Data Analyst – Redbook | Deliberative Process |
| HHD967-0138 | 03/09/1999 | E-Mail | Comments to DOJ proposal | Vito, Robert | Clarke, Mary B.; Ragone, Linda | Deliberative Process |
| HHD967-0139-0140 | 01/27/1998 | Minutes | Inherent Reasonableness Discussion with HCFA | | | Deliberative Process |
| HHD968-0125 | 01/27/1998 | Minutes | Inherent Reasonableness Discussion with HCFA | | | Deliberative Process |
| HHD967-0128 | 02/02/1975 | Memorandum | Drug Rebate Conference | Jackson, Ben Jr., Audit Manager | Rideout, C. Benny, Pharmacist Consultant | Deliberative Process |
| HHD968-0444-0447 | XX/XX/XXXX | Outline; Handwritten Note | Outline and notes on speech for Update and overview of OIG audit reports past and present (speech outline for Ben Jackson); Pros and Cons of Mail Order Drugs, to be giving at the Institute for International Research, Watergate Hotel, Washington, D.C., June 23-24, 1993 | | | Deliberative Process |
| HHD968-0570-0572 | 12/17/1991 | Facsimile | Providing published information on drug and proposing possible study | Jackson, Ben | Shrigley, Bill | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD970-0001-0004 | XX/XX/XXXX | Notes | Handwritten notes from meeting with Ed Edelstein, First Data Bank, re problems with price reporting issues | | | Deliberative Process |
| HHD971-0295-0296 | XX/XX/XXXX | Notes | Handwritten OAS analyst notes and attached Pharmacy Technical Advisory Group Conference Call Agenda | | | Deliberative Process |
| HHD971-0532 | 06/19/2000 | E-Mail | Discussion of OIG Drug Acquisition Study | Blue, Wesley R. (IN Medicaid) | Chesser, Paul; Nolting, Pat (IN Medicaid); Robison, Thomas E. (IN Medicaid); Shirley, Marc (IN Medicaid) | Deliberative Process |
| HHD971-0621-0624 | 06/13/1988 | Minutes | Interview with Texas Department of Human Services officials | Shrigley, William | | Deliberative Process |
| HHD971-0627-0628 | 07/26/1999 | Outline | Outline of problems and proposals to eliminate excessive payments for prescription drugs | | | Deliberative Process |
| HHD972-0126-0127 | 03/23/1994 | Facsimile | Proposal for Report on reimbursement of Prescription Drugs in the Medicare Program | | | Deliberative Process |
| HHD972-0129-0133 | XX/XX/XXXX | Report Summary | History and Examination of Medicaid pharmacy acquisition costs - brand and generic | | | Deliberative Process |
| HHD972-0176-0182 | XX/XX/XXXX | Memorandum | Draft Summary of response to questions regarding Medicare Overpayment for Drugs | | | Deliberative Process |
| HHD972-0445-0446 | XX/XX/XXXX | Report Outline | Proposed analysis of Medicare spending on prescription drugs used in connection with DME | | | Deliberative Process |

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD972-0447-0449 | XX/XX/XXXX | Report Outline | Proposed analysis of Medicare spending regarding unapproved drug products in connection with durable medical equipment (DME) | | | Deliberative Process |
| HHD972-0507-0516 | 03/22/1999 | Draft Letter | Draft of letter from Member of Congress to IG proposing an investigation on whether pharmaceutical manufacturers have been manipulating drug pricing re Medicaid and Omnibus Budget Reconciliation Act of 1990 | Waxman, Henry A. | Brown, June Gibbs | Deliberative Process |
| HHD972-0677-0681 | XX/XX/XXXX | Memorandum | Discussion of Draft Report: Medicaid Drug Rebates Based on Average Wholesale Price (A-06-97-00052) | Vladeck, Bruce C. | Brown, June Gibbs | Deliberative Process |
| HHD972-0746-0751 | XX/XX/XXXX | Report | Preliminary report proposal on a report re Medicaid reimbursements and AWP pricing | | | Deliberative Process |
| HHD983-0248-0252 | XX/XX/XXXX | Notes | Notes regarding ensuring patient access to medicine | | | Deliberative Process |
| HHD992-0023-0023 | 12/16/2003 | E-Mail | Discussion of Potential effects of evolving policy as it pertains to Section 305 Payment for inhalation Drugs | Thompson, Donald | Limmer, Kirk; Kay, Terrence;  Richter, Liz; Warfield, Carter; London, William; Burney, Ira | Deliberative Process |