# Exhibit E

Highly Confidential

*Original*

POLICY MEMORANDUM

MMIS Policy # 94065
Non-MMIS Policy # _____

TO:    Debra Conwell

FROM:  Joyce C. Sugrue

DATE:  November 21, 1994

POLICY IMPLEMENTATION THROUGH:
  X MMIS Fiscal Agent (EDS)
  _ KS Foundation for Medical Care (KFMC)
  _ Myers & Stauffer
  _ Mental Health Consortium
  _ KS Dept of Health & Environment
  _ Other: _____

RE: Policy Code:  Rx
    (Refer to Category Code List)
Policy:  Pharmacy Parenteral
Vehicle Solution & Irrigation
Solution Reimbursement Reduction

Check Appropriate Line:
  X Standard Policy Process
  _ Simple Rate Change Process
  (Check criteria in the policy
  procedure before marking the
  simple process.)

SRS CONTACT PERSON(s):
  Gene Stephens/Dave Thomason

RELATED REFERENCES/PROCESSES:

Related Policy Number(s):94063, 94064

K.A.R. Change Required?  No
  If yes: What reference #(s)? _____
          Dte To Initiate Revision: _____
          Proposed Effective Date: _____
          Proposed Open Mtg Dte: _____

Phase I/II Required?:  No
  If yes: Phase I Route Dte: _____
          Dte Comments Due: _____
          Phase II Route Dte: _____
          Phase II Approval Dte: _____

Superseded Policy Number: _____

KMSM Change Required?:  No
  If yes: What section #(s)? _____
          Dte To Issue SCL: _____
          SCL #: _____

Additional Field Notification: _____

State Plan Change Required?  Yes
  If yes: Submission Date: _____

Field Staff Training Required?  No

PROPOSED POLICY:

Effective 1-1-95, all sterile irrigation solutions and all large volume parenteral (LVP) and small volume parenteral (SVP) fluid replacements and vehicles for intravenous drug administration which are billed will be reimbursed at AWP less 50%.

FINAL POLICY:

Effective with dates of service 1-1-95, all sterile irrigation solutions and all large volume parenteral (LVP) and small volume parenteral (SVP) fluid replacements and vehicles for intravenous drug administration which are billed as pharmacy claims will be reimbursed at AWP less 50%. (Inhalation solutions are not included in this reimbursement change.)

1403578



Exhibit: Abbott 575
Wit: Sullivan
Date: 3/12/08
Rptr: FJ

**VAC MDL 77735**

# Highly Confidential

Policy No. 94065
Page Two

_____   _____
Joyce C. Sugrue, R.N.                Date
Director, Medical Services

Approved    ✓
Disapproved ____

_____   11/21/94
Robert L. Epps, Commissioner        Date
Income Support/Medical Services

## RATIONALE FOR CHANGE:

Discounts from the reference pharmaceutical pricing schedule known as Average Wholesale Price (AWP) vary by product class. Generally, intravenous vehicles and irrigation solutions are available at much greater discounts than are other pharmaceuticals. This is one of three new methods used to reduce expenditures in the pharmacy program.

## FISCAL INFORMATION/IMPACT:   (6 months)   6 months

There will be a savings of $72,000 ($29,500 SGF) as a result of this policy.

$144,000         $59,000   for 12 months DD
(for 12 months DD)

## ACTION TAKEN:

- CSR #7854 implemented 01/06/95.
- Published in the December 1994 Pharmacy Bulletin, 94-7 and manual page 8-6.

_____   4-5-95
Contractor Signature                Date

This form is to be utilized in all correspondence between the Division of Medical Services and the fiscal agent for the purpose of policy establishment, rate or reimbursement change, and policy change.

Rev. 4-93

**1403579**

**VAC MDL 77736**