# Exhibit I



**Robert W. Wright**
Director

# Illinois Department of Public Aid

Prescott E. Bloom Building
201 South Grand Avenue East
Springfield, Illinois   62763-0001

October 4, 1995

Robert Coolidge, R.Ph.
Department of Social Services
Office of Medical Services
700 Governors Drive
Pierre, South Dakota 57501

Dear Mr. Coolidge:

This is in response to your September 27, 1997 survey letter about AWP and actual costs.  I thought I'd write a short book on the subject rather than fill in the blanks on your survey.

First, if you ever collect auditable data which factually answers your questions you'll be a rich man from the royalties.  None of the entities who sell drugs are going to easily make the information available and you really can't get it from pharmacy invoices because of all the volume incentives and rebates subsequently paid.  Additionally, some products don't even go through wholesalers and instead are sold directly.  In other cases, a large national chain may buy direct from the manufacturer (regardless of what the local sales person may tell you) while all the community pharmacies must purchase through some wholesaler.

I understand from reliable industry sources that "on average" retail pharmacies are buying at approximately AWP minus 17% with some drugs a little more and some a little less.  However, the national chains are likely buying at least some of the same stuff at AWP minus 25% or more.  Further, the closes pharmacies in your state who serve only nursing homes, are probably buying many products at AWP minus 30% or more.

Our formula for maximum reimbursement is:

> <u>Single Source Products</u>--AWP minus 10% plus a dispensing fee of $3.58 (minus $0.28) or 10% of the AWP minus 10% up to a maximum of $15.00 (minus $0.28) with the 28¢ reduction being a cost cutting step negotiated this last legislative session.

> <u>Multiple Source Product</u>s--the lower of AWP minus 12%, the Federal Upper Limit, or the State Upper Limit plus a dispensing fee of $3.58 or 10% of the amount determined above up to a maximum of $15.00.  For multiple source drugs, the savings initiative was the addition of the AWP minus 12% step.

AWP-IL-00010041

Robert Coolidge, R. Ph., South Dakota Medicaid (continued)
October 4, 1995
Page 2

If you're looking for a way to cut reimbursement, don't look at returning to
actual acquisition cost because you'll end up with nothing but negative audit
findings because you were wrong with the acquisition cost numbers you used
(actual acquisition cost is really not known for as long a 12 months after the
store purchased the drugs).  If you're looking for something to use in
"attesting" to your reimbursement methodology for your State Plan, you're
better off just "attesting" and letting it go at that.

If I could implement the reimbursement I wanted, for single source drugs it
would be AWP minus 13% (that's about the average HMO's pay) plus a dispensing
fee of $2.75 (about 25¢ more than the average HMO dispensing fee).  For
multiple source drugs I would make extensive use of State Upper Limits as
nether the FUL or AWP mean anything for generic drugs.  I would also set up an
entirely different reimbursement for closed pharmacies serving only nursing
homes.  In the end these things end up being negotiated with the pharmacy
industry so make sure your bases are covered before you start.

Feel free to call me if you have any questions after reviewing all your
responses.  I'm at (217) 524-7143.  You will usually have to leave word with
my secretary, Sandy, and I'll get back to you.

Sincerely,

Marvin L. Hazelwood, Manager
Pharmacy and Ancillary Services Programs

file-7/8907

AWP-IL-00010042