# Exhibit K

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL

INDUSTRY AVERAGE

WHOLESALE PRICE LITIGATION

                MDL NO. 1456

                NO. 01-CV-12257-PBS

                JUDGE PATTI SARIS

                MAG. MARIANNE BOWLER

THIS DOCUMENT RELATES

TO U.S. EX REL.

VEN-A-CARE OF THE FLORIDA

KEYS, INC. V. ABBOTT

LABORATORIES, INC., ET AL.,

NO. 06-CV-11337-PBS

        VIDEOTAPED DEPOSITION OF MARY

JULIA TERREBONNE, 6080 ESPLANADE AVENUE,

BATON ROUGE, LOUISIANA 70806, TAKEN IN THE

OFFICES OF LOUISIANA DEPARTMENT OF HEALTH &

HOSPITALS, BIENVILLE BUILDING, 628 N. FOURTH

STREET, BATON ROUGE, LOUISIANA 70806, ON THE

31ST DAY OF MARCH, 2008.

2d9d517a-cf38-41c8-9c65-0424823ff391

Page 198

1  drug purchase cost for the drugs we reviewed,
2  whether this represents reasonable benefits for the
3  pharmacies is not clear. Neither HCFA nor the
4  states have determined what would be an appropriate
5  margin between reimbursements and costs."
6      Do you see that?
7   A.  Yes.
8   Q.  Were you ever interviewed by the GAO, do
9  you recall, relating to your work?
10  A.  I don't recall.
11  Q.  Does the name John Hanson ring a bell?
12  A.  No.
13  Q.  And you have an understanding of what is
14 meant by a margin between reimbursement and costs,
15 right?
16  A.  Yes.
17  Q.  That is a determination you have used in
18 your work?
19  A.  Uh-huh. Yes.
20  Q.  Did Louisiana want to pay a margin
21 between -- would it pay the reimbursement for
22 ingredient cost and what providers pay?

Page 199

1   MR. FAUCI: Object to the form.
2   THE WITNESS: I would say yes.
3  BY MR. TORBORG
4   Q.  Would the better way of addressing
5  whether or what an appropriate margin would be, be
6  expressed as a matter of dollars and cents or as a
7  percentage?
8   MR. FAUCI: Object to the form.
9   THE WITNESS: I believe in the reporting,
10 there is a percentage. In the Myers and Stauffer
11 report.
12 BY MR. TORBORG
13  Q.  But in terms of deciding as a policy
14 maker what margin you would want between ingredient
15 cost reimbursement and what the providers paid,
16 would you be looking at some percentage or some
17 dollar amount?
18  MR. FAUCI: Object to the form.
19  THE WITNESS: I would say a percentage.
20 BY MR. TORBORG
21  Q.  I want to ask you to go to Abbott Exhibit
22 475. This is a report that was prepared by the

Page 200

1  Congressional Budget Office September 2004. In
2  particular, I would like to direct your attention
3  to a portion of the document about -- actually, why
4  don't you just hand it to me and I will get you to
5  the right space. It doesn't have the page numbers
6  on it.
7      On the right side there.
8   MR. TORBORG: For the record, this CBO report
9  is titled "Medicaid Reimbursement to Pharmacies for
10 Prescription Drugs."
11 BY MR. TORBORG
12  Q.  Ms. Terrebonne, would you have had the
13 opportunity to review congressional reports as they
14 related to Medicaid reimbursement to pharmacy
15 issues?
16  A.  I don't recall seeing this.
17  Q.  If we look under the section -- there is
18 a section called "Measuring Mark-ups," do you see
19 that?
20  A.  Yes.
21  Q.  It says there, "In addition to dollar
22 returns, the difference between the amount that

Page 201

1  Medicaid pays pharmacies for prescription drugs and
2  the amount that manufacturers charge pharmacies for
3  the drugs can be expressed in percentage terms as a
4  margin (or gross margin). That is, the difference
5  between what Medicaid pays the pharmacy and the
6  cost of acquiring the drug from the manufacturer,
7  divided by the Medicaid payment."
8      You see that?
9   A.  Yes.
10  Q.  Next paragraph says, "The two measures,
11 the mark-up and the margin, yield very difficult
12 pictures. For example, the percentage margin
13 retain by pharmacies and wholesalers has been the
14 same in recent years for both name brand and
15 generic drugs ... have been higher, the dollar
16 markup on them has been more than three times that
17 on older generic drugs."
18     The next paragraph says, "Because
19 pharmacies' cost before filling a prescription is
20 largely unrelated to the cost of acquiring its
21 ingredients or the size of the prescription, the
22 dollar mark-up .... of Medicaid's reimbursement to