# Exhibit L

Wiberg, Cody                                                          March 14, 2008

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY      ) MDL NO. 1456
AVERAGE WHOLESALE PRICE             )
LITIGATION                          ) CIVIL ACTION:
                                    ) 01-CV-12257-PBS
                                    ) Judge Patti B. Saris
                                    ) Magistrate Judge
                                    ) Marianne B. Bowler

THIS DOCUMENT RELATES TO

U.S. ex rel. Ven-A-Care of the

Florida Keys, Inc., v.

Abbott Laboratories, Inc., et al.

No. 06-CV-11337-PBS

(Caption continues on next page.)

---

VIDEOTAPED DEPOSITION OF

CODY WIBERG

Taken March 14, 2008

Commencing at 9:13 a.m.

Page 354

1  know, especially on generics. You're going to see
2  a wide range of prices, depending on how the
3  individual pharmacy wants to price their products.
4     Q. Okay. But as far as the Medicaid rate --
5  Medicaid recipient, they have no incentive to shop
6  around, because they're not paying. Right?
7     A. That's correct.
8     Q. They just go the most convenient place and
9  get it. It's the government that is not allowed to
10 shop around, because of the way the manufacturers
11 set up the AWPs, is that right?
12        MR. COOK: Objection.
13    A. Well, at the time frame we're looking at,
14 there wasn't even a co-pay, so Medicaid recipients
15 at that point were not paying out-of-pocket
16 expenses.
17 BY MR. BLACK:
18    Q. Okay. So there is no shopping-around
19 incentive.
20    A. Not that I would be aware of.
21    Q. Okay. Is it correct that, based on your
22 knowledge, '99 -- late '99 through -- when you were

Page 355

1  through this program, Minnesota never paid a
2  thousand percent more than the actual cost?
3     A. I don't think that we ever would have. We
4  would have had -- if these were generically
5  available products, we would have had them on -- on
6  MAC in terms of the pharmacy program. In terms of
7  the reimbursement to physicians, again, when I
8  started there, we were paying AWP -- flat AWP. And
9  then we were paying AWP minus 5 percent, and then
10 we brought it in line with Medicare. So now,
11 presumably, we are paying ASP plus 6 percent.
12    Q. Okay. But you would be stunned if even
13 Minnesota had paid a spread such as that.
14        MR. COOK: Objection.
15    A. As a pharmacy program manager, I would have
16 been quite concerned.
17 BY MR. BLACK:
18    Q. Even if it was more than 5 -- even if it was
19 500 percent, correct?
20    A. Yes, I would have been concerned.
21    Q. Even if it was 200 percent.
22    A. If we were -- if we were paying that, for

Page 356

1  products that were available generically, I would
2  be concerned if we had not aggressively MACed them,
3  yes.
4     Q. Okay. Knowing that I'm a dunder head, people
5  keep sending me emails, saying "ask him this."
6     I apologize.
7         MR. COOK: I have no objection to the
8  dunder head characterization.
9         MR. BLACK: I said it myself.
10 BY MR. BLACK:
11    Q. Looking at one other thing, and then I may be
12 done. I told you I'd get you out of here by 5:30,
13 so I'll give someone else some time.
14        MR. BLACK: That's all of the questions I
15 have, thank you, sir.
16        THE WITNESS: Great.
17           RE-EXAMINATION
18 BY MR. COOK:
19    Q. Mr. Wiberg, I'd like to -- or Doctor Wiberg.
20 I apologize for that. I've been calling you "Mr."
21 all day. I would like to take you back to the
22 Zantac example you gave earlier.

Page 357

1     A. Yes.
2     Q. I think you said the AWP was 90 cents.
3     A. Around there, yeah.
4     Q. The MAC was about 25 cents, and the AAC was
5  about 6 cents, right?
6     A. Well, the -- the actual acquisition costs for
7  the store I worked as was -- was -- was around 6
8  cents, as I recall.
9     Q. So 25 cents is what the State Medicaid
10 Program chose to pay for that 6 cent pill, right?
11    A. That's correct.
12    Q. Isn't that about a 400 percent spread,
13 between 6 and 25?
14    A. Well, again, you can't -- people don't spend
15 percentages. They spend dollars. And what the
16 goal was -- and I don't have a calculator handy,
17 but if you do the math, typically we're talking
18 about 60 tablets. In a typical prescription. So,
19 you know, the actual math is -- is they're not
20 getting huge amounts of actual dollars. And at
21 some point, I think we reduced the MAC. Part of --
22 well, let me just say that when I came on board at

**Page 358**

1  the Minnesota Department of Human Services, there
2  was one pharmacist working. We used the pharmacy
3  program manager, he was working there by himself.
4  He had three rebate analysts. There had been more
5  pharmacists working for the Department earlier, but
6  they worked in different divisions. In fact, there
7  wasn't a pharmacy program a year-and-a-half before
8  I started. There was no coherent Pharmacy
9  Management Policy. And as a result of that, we
10 made -- after I took over, we ended up making
11 massive changes. It went from, in my opinion,
12 being a program that was not very effectively
13 managed, to being one that is very aggressively
14 managed now.
15     So -- and the other issue that we had -- I
16 mentioned earlier was that my predecessor, because
17 he introduced this language that ended up getting
18 amended, took away our authority to do a lot of
19 things with -- with MACs.
20     So part of what we were trying to do, although
21 we had to accelerate when we got to 2002 and 2003,
22 we had no choice. Part of it was to not shock the

**Page 359**

1  system, which had essentially been unmanaged. So
2  we're trying to introduce these changes in a -- I
3  wouldn't say gradual, but we're trying to not hit
4  people with so many things at once that we cause
5  disruptions to service, or that, quite frankly,
6  because it's a political environment, that it
7  backfires on us, and we do have people going to the
8  legislators, saying, basically, these people over
9  at DHS are out of control, and have our authority
10 to make the changes we thought were necessary taken
11 away from us. So we didn't always do things
12 initially as aggressively as we might have in the
13 time frame we're talking about here, 2000, 2001.
14     2002, 2003, when we're starting facing budget
15 deficits, even before then, we had started ramping
16 up and doing preferred -- you know, our own
17 internal preferred drug list for some categories.
18 But we got very, very aggressive at that point.
19 And so these days, as I mentioned earlier, we
20 increased the use of generics because of the MAC
21 program from about 50 percent when I started to 60
22 percent. It's now up to 69 percent. So -- you know

**Page 360**

1  -- anyway.
2     Q. But in these generics MACs that you're
3  setting are shooting for a dollar amount spread --
4     A. Right.
5     Q. -- not necessarily for a correct percentage
6  spread, right?
7     A. That's correct.
8     Q. And the correct percentage could be a
9  thousand, could be 2,000, could be 1 percent,
10 depending upon the starting cost of the product,
11 right?
12    A. Yes, we are searching for a dollar spread,
13 not a percent spread.
14    Q. And if you go to Abbott Exhibit 19, and the
15 item that Mr. Black asked you about --
16    A. Four up from the bottom?
17    Q. Yeah, the $900 spread on a bag of saline?
18    A. Uh-huh.
19    Q. It would offend you if Minnesota Medicaid was
20 paying a $900 spread on a bag of saline, correct?
21    A. Yes.
22    Q. If that were a case of 100, and the spread

**Page 361**

1  were $9 on the bag of saline, would your answer be
2  different?
3     A. If -- if the actual acquisition cost --
4  you're talking about the actual --
5     Q. If the actual acquisition cost were about a
6  dollar.
7     A. About a dollar.
8     Q. The AWP was about $9, and the AWP minus 9
9  percent came out to about $8, such that the spread
10 was about $7. That would be consistent with the
11 goals of the Medicaid program, correct?
12    A. Yes.
13    Q. And so when Mr. Black asked you these
14 questions about $900 spreads, you were answering
15 those questions based upon your belief that that
16 was $900 for one bag of saline, right?
17    A. Correct.
18    Q. Not for a case of 100 bags of saline, right?
19    A. Correct.
20    Q. Mr. Black asked you whether there had been
21 any closures of pharmacies -- oh and, by the way,
22 do you know who drafted this chart that Mr. Black