


Jun 20 2008
4:12PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06-CV-11337-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| | | |

*B. Palmetto-Administered Medicare DME Claims and Spending*

The left-side panel of Table 29 lists Medicare spending administered by Palmetto by HCPCS code for the 11 codes in the Complaint. Consistent with the pattern for the U.S. as a whole, Palmetto-administered Medicare spending for the J3370 code accounts for the vast majority of spending. Similarly, Palmetto-administered Medicare DME spending was very low in the first two years of the study period, peaked during the late 1994 to early 1996 period, and then declined sharply in late 1996.

To determine the effect on DME Medicare spending of using alternative prices, such as 125 percent of Abbott's average pharmacy indirect price, for the AWP for Abbott products, I begin by utilizing arrays that were created using Palmetto documents for the J3370 code. For example, for the latter half of 1995, Palmetto used an array for this J3370 code that included five products as summarized in the following table:

| NDC | AWP | Alternative AWP |
|---|---|---|
| 00074-6534-01 | **10.88** | 5.08 |
| 00074-4332-01 | 30.23 | 4.46 |
| 00641-2778-43 | 18.81 | 18.81 |
| 00205-3154-88 | 5.76 | **5.76** |
| 00364-2472-33 | 7.00 | 7.00 |

Prices in this table represent the per-package price. Given that there are five prices, the median price (in bold) is the one that is less than two prices and greater than two prices - $10.88, which is the price for the Abbott 74653401 product. This NDC and the one other Abbott NDC (74433201) are both in the Complaint.

Now suppose that one were to replace the Abbott products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, which is listed in the

next column of the same table above. In this case, the median price would fall substantially, from $10.88 to $5.76.

I repeat this exercise for all of the Palmetto J3370 arrays derived from Palmetto documents, and this allows me to estimate how Medicare spending would have changed if alternative prices had been used for Abbott products' AWPs. More specifically, if using 125 percent of Abbott's average indirect pharmacy price as the AWP for Abbott NDCs would reduce the median, I replace the per-package price used by Palmetto in adjudicating the claim with the revised median. Thus Palmetto Medicare DME claims with a per-unit cost of $10.88 during the time period this array is in effect would be replaced by $5.76. And similar to the approach used by the Medicaid program, the calculated amount would be compared with the provider charged amount, with the carrier paying the lesser of the two.

To construct the sample of Palmetto J3370 claims, I begin by excluding 63,149 claims with a paid amount of zero from the full set of 108,388 J3370 claims.[50] I next drop the 253 claims with a third party payment amount or with a deductible and I also drop 13 claims for which I am unable to replicate the amount paid. Of the 44,972 claims still in the sample at this point, there are 67 claims with a very rare per-package price and I therefore exclude them from my analysis.

With these changes, just 5 per-package prices remain for the claims that do not pay the provider charged amount. The most common is 10.88 (41.2 percent) and then 11.32 (23.0 percent), 18.66 (17.08 percent), 14.69 (10.9 percent), and 18.81 (7.9 percent). All five of these prices are observed as medians in the arrays that were recreated in excel spreadsheets using Palmetto documents by Myers and Stauffer. Moreover, all five of these medians end up being replaced by lower medians, and thus every claim that did not simply pay the provider charged

[50] I also drop one J3370 claim that is in the 2004 file year.

amount has a value of DIFFERENCE that exceeds zero. For the claims on which the provider charged amount is paid, I cannot calculate a per-package price analogous to the one for the other claims. Thus I simply use the one that was most common during the quarter of the claim. Thus for example from 1995Q2 to 1996Q1, $10.88 was the most common per package price. I use this price for any claims on which the provider charged amount was paid and determine whether the amount that results falls below the amount that was actually paid. If it does then I estimate a value of DIFFERENCE greater than zero.

Taking this algorithm to the data, I find that 44,020 of the 44,905 (98.0 percent) Palmetto DME J3370 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these 44,020 claims is equal to $4.711 million, which represents 43.1 percent of the $10.939 million on Palmetto-administered DME claims for code J3370. It is worth noting that this value of DIFFERENCE does not include the associated effect on Medicare recipient co-payment amounts. And finally, I use the provider identifier along with the payment date to determine that there are 24,961 unique payments to health care providers that have one or more claims with a value of DIFFERENCE greater than zero.

*C. AdminaStar-Administered Medicare DME Claims and Spending*

The left-side panel of Table 30 lists Medicare spending administered by the carrier AdminaStar by HCPCS code for the 11 codes in the Complaint. Consistent with the pattern for the U.S. as a whole, AdminaStar-administered Medicare spending for the J3370 code accounts for the vast majority of spending. Similarly, Medicare DME spending for claims administered by the carrier AdminaStar was very low in the first two years of the study period, peaked during the late 1994 to early 1996 period, and then declined sharply in late 1996.

To determine the effect on DME Medicare spending of using alternative prices, such as 125 percent of Abbott's average pharmacy indirect price, for the AWP for Abbott products, I begin by utilizing arrays that were recreated in excel spreadsheets using Wisconsin Physician Services[51] documents for the J3370 code by Myers and Stauffer. For example, for the latter half of 1998, AdminaStar used an array for this J3370 code that included three products as summarized in the following table:

| NDC | AWP | Alternative AWP |
|---|---|---|
| 00074-6534-01 | **12.48** | **4.15** |
| 00074-4332-01 | 34.66 | 3.06 |
| 00364-2472-33 | 7.00 | 7.00 |

Prices in this table represent the per-package price. Given that there are three prices, the median price (in bold) is the one that is less than one price and greater than one price - $12.48, which is the price for the Abbott 74653401 product. This product and the one other Abbott product (74433201) are both in the Complaint.

Now suppose that one were to replace the Abbott NDCs' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, which is listed in the next column of the same table above. In this case, the median price would fall from $12.48 to $4.15.

I then take this algorithm to the AdminaStar arrays that prevailed in earlier periods for the J3370 DME claims. For this array and for the preceding years from 1994 through 1998, AdminaStar used the arrays of Wisconsin Physician Services. The allowed amounts for the J3370 code were 10.88, 11.32, and 11.89 in the three preceding years' arrays. These three account for 57.9 percent of all AdminaStar J3370 DME claims in my AdminaStar sample, which I describe in more detail below. The $10.88 price was the most common one from 1995Q3 to

[51] Beginning in 1994, AdminaStar used WPS arrays for Medicare DME claims.

1996Q1 while $11.32 was most common from 1996Q2 to 1997Q1 and $11.89 was most common from 1997Q2 forward. Replacing the AWPs for the two Abbott products in that array with 125 percent of their average pharmacy indirect prices leads to a reduction in the allowed amounts to $5.76, $4.39, and $4.23. I also have the AdminaStar array used immediately prior to this, which was also a WPS array, when the allowed amount was $18.81. This median falls to $7.00 when I replace the AWPs for the two Abbott NDCs as in the previous arrays.

One other relatively common per-package price in the AdminaStar J3370 claims was $7.80, the most common one from 1993Q1 to 1993Q4 accounting for 4.9 percent of claims in my analysis sample. This was actually the AWP for Lilly's 2144410 NDC in the 1993 Red Book. However, because the Abbott 74653401 NDC is not listed in the 1993 Red Book and this allowed amount does not otherwise follow from the adjacent array, I exclude claims with this per-package price from my DIFFERENCE calculations below.

To construct the sample of AdminaStar J3370 claims, I begin by excluding the 51,593 claims that have a paid amount of zero. I next drop the 119 claims with a third party payment amount or with a deductible and I also drop 14 claims for which I am unable to replicate the amount paid. Of the 31,413 claims still in the sample at this point, there are 258 claims with a very rare per-package price and I therefore exclude them from my analysis, leaving me with a sample of 31,155 claims.[52]

With these changes, just 5 per-package prices remain for the claims that do not pay the provider charged amount. The most common is 18.81 (36.5 percent) and then 10.88 (35.8 percent), 11.32 (22.3 percent), 7.80 (5.0 percent), and 11.89 (0.4 percent). As explained above, I exclude the 1,314 claims with a per-package price of 7.80 from my analyses below, leaving me with a final sample of 29,841 claims. All four of the remaining medians end up being replaced

[52] I also drop four J3370 claims that are in the 2002 file.

by lower medians, and thus every claim that did not simply pay the provider charged amount has a value of DIFFERENCE that exceeds zero.

Taking an algorithm analogous to the one defined above for Palmetto to the AdminaStar Medicare DME claims data, I find that 29,325 of the 29,841 (98.3 percent) of the DME J3370 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these 29,325 claims is equal to $3.686 million, which represents 54.8 percent of the $6.731 million on AdminaStar-administered DME claims in my sample for code J3370. As above, this does not include the effect on Medicare recipients' co-payment amounts. Additionally, I use the provider identifier along with the payment date to determine that there are 14,531 unique payments to health care providers that have one or more claims with a value of DIFFERENCE greater than zero.

*D. CIGNA-Administered Medicare DME Claims and Spending*

The left-side panel of Table 31 lists Medicare spending administered by the carrier CIGNA by HCPCS code for the 11 codes in the Complaint. Consistent with the pattern for the U.S. as a whole, CIGNA-administered Medicare spending for the J3370 code accounts for the vast majority of spending. Similarly, Medicare DME spending for claims administered by CIGNA was very low in the first two years of the study period, peaked during the late 1994 to early 1996 period, and then declined sharply in late 1996.

To estimate the effect on DME Medicare spending of using alternative prices, such as 125 percent of Abbott's average pharmacy indirect price, for the AWP for Abbott products, I begin by utilizing arrays that were recreated in excel spreadsheets using CIGNA documents for

the J3370 code by Myers and Stauffer. For example, for the early part of 1996, CIGNA used an array for this J3370 code that included four products as summarized in the following table:

| NDC | AWP | Alternative AWP |
|---|---|---|
| 00074-6534-01 | **10.88** | 4.33 |
| 00205-3154-88 | 5.76 | 5.76 |
| 00364-2472-33 | 7.00 | **7.00** |
| 00641-2778-43 | 18.81 | 18.81 |

Prices in this table represent the per-package price. Given that there are four prices, and that CIGNA during this period used the convention of taking the higher of the two middle prices rather than their average, the median price (in bold) is the one that is less than one price and greater than two prices - $10.88, which is the price for the Abbott NDC. Now suppose that one were to replace the Abbott product's AWP with 125 percent of the product's average pharmacy indirect price in that same time period, which is listed in the next column of the same table above. In this case, the median price would fall from $10.88 to $7.00.

I then take this algorithm to the CIGNA arrays that prevailed in earlier periods. The first array has information on the first quarter of 1994 through early 1996, and had a median price of 10.56. This per-package price accounted for 67.8 percent of the claims in my eventual analysis sample. Another common price for which I have array information is $9.16 (19.3 percent), which was the most common price from the second quarter of 1996 through the second quarter of 1997. The third most common is $10.88 (discussed above) and the sixth most common is $9.45, which was in effect in late 1997. I do not have array information for 1993 when the most common price was $5.47 (the per-package price for Lederle's 205315488 NDC), and I exclude claims using this price from my eventual analysis sample.

To construct the sample of CIGNA J3370 claims, I begin by excluding the 27,864 claims that have a paid amount of zero. I next drop the 51 claims with a third party payment amount or

with a deductible and I also drop 1 claim for which I am unable to replicate the amount paid. Of the 15,510 claims still in the sample at this point, there are 37 claims with a very rare per-package price and I therefore exclude them from my analysis, leaving me with a sample of 15,473 claims.[53]

With these changes, just 6 per-package prices remain for the claims that do not pay the provider charged amount. The most common is 10.56 (68.0 percent) and then 9.16 (19.3 percent), 10.88 (7.3 percent), 5.47 (3.9 percent), 5.58 (1.2 percent), and 9.45 (0.3 percent). As explained above, I exclude the claims with a per-package price of 5.47 and also the claims with a per-package price of 5.58 from my analyses below, leaving me with a final sample of 14,729 claims. All four of the remaining medians end up being replaced by lower medians, and thus every claim in my sample that did not simply pay the provider charged amount has a value of DIFFERENCE that exceeds zero.

Taking an algorithm analogous to the one defined above for Palmetto and AdminaStar to the CIGNA Medicare DME claims data, I find that 14,469 out of the 14,729 (98.2 percent) of the DME J3370 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these 14,469 claims is equal to $1.372 million, which represents 43.0 percent of the $3.190 million on CIGNA-administered DME claims in my sample for code J3370 during the time period of interest. As above, this does not include the effect on Medicare recipients' co-payment amounts. Additionally, I use the provider identifier along with the payment date to determine that there are 8,580 unique payments to health care providers that have one or more claims with a value of DIFFERENCE greater than zero.

*E. Travelers-Administered Medicare DME Claims and Spending*

[53] I also drop one J3370 claim that was in the 2002 file and one J3370 claim that was in the 2004 file.

The left-side panel of Table 32 lists Medicare spending administered by the carrier Travelers by HCPCS code for the 11 codes in the Complaint. Consistent with the pattern for the U.S. as a whole, Travelers-administered Medicare spending for the J3370 code accounts for the vast majority of spending. Similarly, Medicare DME spending for claims administered by Travelers was very low in the first two years of the study period, peaked during the late 1994 to early 1996 period, and then declined sharply in late 1996.

To estimate the effect on DME Medicare spending of using alternative prices, such as 125 percent of Abbott's average pharmacy indirect price, for the AWP for Abbott products, I begin by utilizing arrays that were recreated in excel spreadsheets using Travelers documents for the J3370 code by Myers and Stauffer. For example, for much of 1994, Travelers used an array for this J3370 code that included six products as summarized in the following table:

| NDC | AWP | Alternative AWP |
|---|---|---|
| 00002-1444-01 | 7.80 | **7.80** |
| 00074-4332-01 | 29.36 | 4.54 |
| 00205-3154-88 | 5.58 | 5.58 |
| 00364-2472-33 | 7.00 | 7.00 |
| 00469-2210-30 | **10.97** | 10.97 |
| 00641-2778-43 | 18.81 | 18.81 |

Prices in this table represent the per-package price. Given that there are six prices, and that Travelers during this period used the convention of taking the higher of the two middle prices rather than their average, the median price (in bold) is the one that is less than two prices and greater than three prices - $10.97. Now suppose that one were to replace the Abbott product's AWP with 125 percent of the product's average pharmacy indirect price in that same time period, which is listed in the next column of the same table above. In this case, the median price would fall from $10.97 to $7.80.

I then take this algorithm to the Travelers arrays that prevailed in other time periods. The first array was described above, and has a median price of 10.97. This per-package price accounted for 6.3 percent of the claims in my eventual analysis sample. Another common allowed amount in the claims data in early 1995 is 9.39, which is the amount that resulted when Travelers took the average rather than the higher of the two middle prices (7.80 and 10.97) when there is an even number of NDCs in the array.

The next Travelers array for which I have information was in effect in early 1999, with a median among the three generic products (two of which are Abbott) of 12.48, which is the price of the Abbott 74653401 product using data from the 1998 Red Book. If an array with these products had been in effect in the previous years then the resulting medians would have been 11.89 (1997 Red Book), 11.32 (1996), and 10.88 (1995), all three of which are Abbott prices. An examination of the Travelers DME claims data reveals that 10.88 is the most common allowed amount from 1995Q2 to 1996Q2 and that 11.32 is most common from 1996Q3 to 1997Q1. Replacing these Abbott AWPs with 125 percent of the average pharmacy indirect price yields an allowed amount of 4.85 and 4.36, respectively. Additionally, the price of 9.16 (the average of Abbott's 11.32 and Schein's 7.00) is in effect for part of the period and accounts for 0.6 percent of claims in the sample. Two relatively common per-package prices that I do not consider are 7.80 (18.3 percent of claims) and 18.51 (1.6 percent).

To construct the sample of Travelers J3370 claims, I begin by excluding the 25,214 claims that have a paid amount of zero. I next drop the 58 claims with a third party payment amount or with a deductible and I also drop 154 claims for which I am unable to replicate the amount paid. Of the 17,578 claims still in the sample at this point, there are 83 claims with a

very rare per-package price and I therefore exclude them from my analysis, leaving me with a sample of 17,495 claims.

With these changes, just 7 per-package prices remain for the claims that do not pay the provider charged amount. The most common is 10.88 (51.6 percent) and then 7.80 (18.4 percent), 11.32 (16.2 percent), 10.97 (6.3 percent), 9.39 (5.2 percent), 18.51 (1.6 percent), and 9.16 (0.6 percent). As explained above, I exclude the claims with a per-package price of 7.80 and also the claims with a per-package price of 18.51 from my analyses below, leaving me with a final sample of 14,145 claims. All five of the remaining medians end up being replaced by lower medians, and thus every claim in my sample that did not simply pay the provider charged amount has a value of DIFFERENCE that exceeds zero.

Taking an algorithm analogous to the one defined above for Palmetto, AdminaStar, and CIGNA to the Travelers Medicare DME claims data, I find that 13,861 out of the 14,145 (98.0 percent) of the DME J3370 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these 13,861 claims is equal to $1.334 million, which represents 49.9 percent of the $2.671 million on Travelers-administered DME claims in my sample for code J3370 during the time period of interest. As above, this does not include the effect on Medicare recipients' co-payment amounts. Additionally, I use the provider identifier along with the payment date to determine that there are 6,028 unique payments to health care providers that have one or more claims with a value of DIFFERENCE greater than zero.

*F. Medicare J3370 DME Summary*

To sum up, I calculate that 101,675 of the 103,620 (98.1 percent) DME claims in my Medicare DME analysis sample for J3370 have a value of DIFFERENCE that is greater than

**Table 1: Abbott Direct Transaction Data 1991-2001: Revenues, # of Transactions, and Average Prices**

| NDC | # Observations | Sum of Extprice | Sum of Rebate | Avg Price | Ratio Using: 96Q3 Direct | 96Q3 AWP |
|---|---|---|---|---|---|---|
| 74196607 | 243,694 | $135,449 | -$54,888 | $0.239 | 6.81 | 8.11 |
| 74397703 | 90,859 | $13,202 | -$5,422 | $0.235 | 7.06 | 8.38 |
| 74433201 | 50,273 | $117,259 | -$70,873 | $2.984 | 9.32 | 11.06 |
| 74488710 | 106,869 | $55,179 | -$21,544 | $0.204 | 6.08 | 7.20 |
| 74488720 | 74,187 | $21,828 | -$12,378 | $0.267 | 5.80 | 6.89 |
| 74488750 | 65,418 | $17,188 | -$5,430 | $0.555 | 4.04 | 4.79 |
| 74488810 | 198,015 | $234,735 | -$106,969 | $0.191 | 7.27 | 8.63 |
| 74488820 | 101,468 | $47,306 | -$22,093 | $0.259 | 6.26 | 7.42 |
| 74613802 | 152,011 | $16,429 | -$2,442 | $0.812 | 13.22 | 15.69 |
| 74613803 | 366,553 | $40,969 | -$6,683 | $0.764 | 14.05 | 16.68 |
| 74613822 | 48,069 | $9,472 | -$1,668 | $0.804 | 15.46 | 18.36 |
| 74613902 | 58,413 | $4,356 | -$621 | $0.796 | 13.03 | 15.48 |
| 74613903 | 182,868 | $15,768 | -$3,448 | $0.748 | 13.88 | 16.49 |
| 74613922 | 17,556 | $2,395 | -$318 | $0.815 | 14.75 | 17.51 |
| 74650901 | 49,729 | $139,053 | -$62,492 | $24.381 | 5.13 | 6.09 |
| 74653301 | 71,249 | $311,262 | -$193,224 | $5.536 | 10.04 | 11.92 |
| 74653401 | 13,125 | $9,055 | -$3,909 | $3.390 | 2.95 | 3.51 |
| 74653501 | 30,280 | $65,192 | -$27,110 | $6.144 | 3.26 | 3.87 |
| 74710013 | 325,888 | $213,104 | -$63,399 | $1.270 | 8.01 | 9.52 |
| 74710023 | 282,983 | $128,272 | -$38,163 | $1.285 | 7.92 | 9.40 |
| 74710102 | 125,739 | $27,266 | -$10,696 | $1.722 | 7.15 | 8.50 |
| 74710113 | 296,782 | $142,498 | -$49,996 | $1.291 | 7.88 | 9.35 |
| 74710123 | 419,458 | $214,735 | -$75,023 | $1.312 | 7.75 | 9.21 |
| 74712007 | 111,774 | $27,669 | -$6,681 | $7.052 | 8.21 | 9.75 |
| 74713809 | 696,317 | $111,092 | -$23,873 | $0.800 | 16.44 | 19.51 |
| 74713909 | 603,503 | $79,737 | -$16,399 | $0.771 | 16.51 | 19.60 |
| 74790209 | 552,396 | $114,399 | -$29,630 | $1.158 | 13.59 | 16.14 |
| 74792202 | 466,015 | $47,202 | -$9,270 | $0.616 | 13.94 | 16.56 |
| 74792203 | 395,324 | $29,856 | -$6,402 | $0.620 | 13.86 | 16.45 |
| 74792209 | 426,937 | $23,145 | -$4,840 | $0.750 | 13.38 | 15.89 |
| 74792336 | 244,019 | $96,551 | -$26,312 | $0.954 | 9.50 | 11.28 |
| 74792337 | 245,901 | $80,097 | -$19,126 | $0.961 | 9.43 | 11.20 |
| 74792409 | 293,320 | $15,153 | -$3,409 | $0.801 | 13.68 | 16.24 |
| 74792609 | 873,076 | $144,252 | -$36,104 | $0.786 | 13.94 | 16.55 |
| 74794109 | 541,614 | $38,343 | -$8,362 | $0.802 | 13.67 | 16.23 |
| 74797205 | 45,796 | $4,066 | -$575 | $2.044 | 3.24 | 3.85 |
| 74797305 | 108,339 | $8,975 | -$1,496 | $1.929 | 3.44 | 4.08 |
| 74798302 | 667,459 | $78,682 | -$17,274 | $0.612 | 13.80 | 16.38 |
| 74798303 | 652,034 | $73,356 | -$15,920 | $0.599 | 14.11 | 16.75 |
| 74798309 | 1,019,182 | $272,189 | -$37,742 | $0.668 | 13.72 | 16.28 |
| 74798436 | 268,327 | $75,586 | -$12,307 | $0.964 | 9.39 | 11.16 |
| 74798437 | 338,718 | $100,964 | -$18,584 | $0.964 | 9.40 | 11.16 |
| 74798509 | 570,418 | $37,806 | -$6,954 | $0.752 | 13.43 | 15.95 |
| 74799009 | 180,715 | $9,676 | -$2,206 | $1.011 | 9.16 | 10.88 |
| Total | 12,672,670 | $3,450,764 | -$1,142,253 | Average | 10.07 | 11.95 |

Describes Abbott direct transaction data for the 1991-2001 years. Data in the second, third, and fourth columns includes all transactions for these 11 years of data. Data in the third and fourth columns are in thousands of dollars. In calculating the price data reported in the fifth column, returns (instruction code from 60 to 64) are excluded because units may not be comparable. These returns represent 0.54 percent of all transactions in the 1991-2001 direct data. The final two columns represent the ratio of the Direct Price and the Average Wholesale Price in effect in the third quarter of 1996 (though for 74613822 and 74613922 the third quarter of 1999 is used because it is the first one with a Direct or Average Wholesale price) to this average price.