has done the same, in an examination of the top 20 Medicare drugs (which account for about 75% of the program's drug spending), as well as for various intravenous solutions. Our study shows that for many drugs coming off-patent, the average wholesale prices in no way represents the true wholesale price.

For about 800 dose forms of the drugs, *Barron's* got the AWPs from the *Red Book* and the *Blue Book*. Then, we collected current quotes or price lists from several leading wholesalers specializing in selling to doctors, home health firms, nursing homes and hospitals.

These wholesalers included: The Oncology Therapeutics Network, a South San Francisco-based joint venture of Bristol-Myers Squibb and Axion; Florida Infusion Services of Palm Harbor, Fla.; National Specialty Services, of Nashville; and UltraCare, of Overland Park, Kan. Prices also came in from the Boulder, Colo., hospital buying group Vista Purchasing Partners.

This sampling showed that for single-source drugs still enjoying patent protection, such as Bristol-Myers Squibb's Taxol or Platinol, true wholesale prices are generally 10%-20% below published AWPs.

But for generic drugs, nearly every manufacturer's price was 60%-85% below the published average wholesale price. Some of the generics account for significant spending by Medicare, claiming half of the top 20 slots. Two of them, albuterol and leukovorin, are in the No. 2 and No. 5 slots, respectively.

The pricing unreality is even worse for intravenous nutritionals and solutions, a category dominated by Abbott Laboratories and Baxter International. Catalog wholesale prices for these items are, on average, 80%-96% below those companies' AWPs.

The prices from the different wholesalers were closely bunched. "There are really no special deals out there," contends Fanning, who buys plenty of drugs at wholesale himself.

If most health-care providers can get these prices, is it any wonder an industry wag says that AWP really means "Ain't What's Paid"?

The high prices on generic drugs have led investigators to seek the source of the published AWPs. Back in 1992, major drug manufacturers told the inspector general's office that the *Red Book*, not the manufacturers, determined the AWP. But *Red Book* officials blamed the manufacturers.

The answers are the same today.

Phil Southerd, associate product manager of the *Red Book*, says it publishes prices that are faxed right from

the manufacturers. "They're not our prices," he insists.

Ed Edelstein, editor of the *Blue Book*, says that, while some brand-name firms don't give him prices, generic firms do. "The AWP is the manufacturer's suggested wholesale price," he says. "It's our editorial policy to go along with that."

But Immunex, with a thriving generic cancer-drug business, says its average wholesale prices aren't its own. "The drug manufacturers have no control over the AWPs published . . . ," says spokeswoman Valerie Dowell.

A maker of generic inhalants gives a different answer, but off the record: "The AWPs typically originate with the manufacturer."

More puzzling is the way generic AWPs stay at their lofty perches, or even rise, as competition forces a drug's true wholesale price into the abyss. "The reason this is happening," suggests Michael Neff, pharmacy program administrator of Medi-Cal, California's Medicaid agency, "is that most folks in a position to pay — even state Medicaid programs and HMOs — generally use AWP as a benchmark for reimbursement."

In 1998, the Bristol-Myers Squibb cancer drug Vepesid came off-patent, opening the market for a generic form called etoposide. A 100-milligram dose of Vepesid had an AWP of about $136. The first generic etoposide was Gensia Pharmaceutical's, with a market price of about $75, but the AWP of $142.

The second generic to market, from Pharmacia, pushed the market price to $60, but Pharmacia set an AWP around $140. Today, the market price for 100 milligrams of etoposide is around $85, but Gensia actually raised its AWP last year by about 10%.

When some drug salespeople visit a doctor, says another Medicaid administrator, the salesperson lets the doctor know that his product has a bigger spread between AWP and the real price than any other generic firm.

If manufacturers deliberately maintain lofty AWPs on their generic drugs, it directly profits their customers, not them. Of course, the drug makers might then gain market share and higher sales from their customers' over-utilization.

Indeed, for makers of generics, unreal average wholesale prices pose a classic social dilemma. If some, but not all, rectify their AWPs, the honest makers cut their own throats. "Manufacturers have told me that if they act on their own they'll dry up their own business," says Medi-Cal's Neff. "If I'm a buyer and one drug gives me 20% higher reimbursement, who am I going to go with?"

### FALSE CLAIMS?

▶ Some of these firms make drugs, or bill insurers for drugs, that cost far less than the published Average Wholesale Price that Medicare and other insurers pay on claims. Says one wholesaler: "It may be legal, but it's certainly not ethical."

| Company | Symbol | Exchange | Recent Price | Medicare Reimbursement Change Might Affect |
|---|---|---|---|---|
| Abbott Labs | ABT | NYSE | 43⅝ | Medicare buys $500 million of Lupron; also $100s-of-millions of nutritionals |
| American Home Prods | AHOM | NNM | 45½ | Medicare/Medicaid pay for 60% of firm's respiratory and infusion services revenues |
| American Oncology Resources | AORI | NNM | 44¼ | One-third of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| Amgen | AMGN | NNM | 60½ | $75 million in Medicare payments for Neupogen = 10% of drug's U.S. sales |
| Baxter International | BAX | NYSE | 46⅞ | Government demands rationale for its published prices on intravenous products |
| Bristol-Myers Squibb | BMY | NYSE | 88¾ | Cancer drugs a mainstay; Medicare bought about 25% of U.S. sales of Taxol |
| Chiron | CHIR | NNM | 97 | Cancer drugs approx 5% of sales |
| Coram | CRH | NYSE | 4½ | One-third of revenues from nutritional therapy; 27% of payments from Medicare/Medicaid |
| Gensia | GNSA | NNM | 5⅝ | Largest product is generic etoposide; just got approval for generic doxorubicin |
| Immunex | IMNX | NNM | 15½ | Cancer collaboration with American Home Products; leucovorin a $20 million product |
| Lincare Holdings | LNCR | NNM | 41¾ | 60% of revenues from Medicare/Medicaid, who are after firm's 85% gross margins |
| Omnicare | OCR | NYSE | 56 | Nursing home pharmacy gets 50% of sales from Medicaid/Medicare; expanding in infusion business |
| Pharmacia-UpJohn | PNU | NYSE | 42⅝ | Cancer drugs approx. 9% of drug sales |
| Physician Practice Management | PHYN | NNM | 49¼ | 45% of revenues from Medicare/Medicaid; chemo drugs a big profit center |
| RoTech | ROTC | NNM | 19¾ | 50% of revenues Medicare/Medicaid; 6% from chemo and nutrition therapy |

Source: Company reports

It's not rocket science; what's taken them so long?"

Some of the inspector general's investigators believe they've been played for fools. "We trusted the industry and the providers," says one investigator, off the record. "We didn't know how pervasive the discounting was. We thought it was available to just select providers."

Now, the Justice Department is serving "civil investigative demands" — a kind of subpoena in antitrust investigations — on manufacturers, asking them how those inaccurate AWPs wind up in the *Red Book* and *Blue Book*.

Baxter has received one, according to investigators, for its intravenous solutions, whose true wholesale prices — like those of rival Abbott — seem to be 90% below the average wholesale price. Baxter wouldn't comment to *Barron's*.

Some insurers, including Medicare, decree maximum prices for each generic drug, to avoid the alleged manipulation of AWPs. But it takes a year or so to establish a maximum price for new generics, and insurers haven't gotten around to setting prices for many doses.

"There definitely is over-utilization of these products," acknowledges a maker of inhalation drugs. "Because HCFA [the Health Care Financing Administration, the federal Medicare-Medicaid agency] is paying a somewhat arbitrary price, this has been discussed for almost three years."

AWP030-1198

## BARRON'S

*If most health-care providers can get much lower prices for pharmaceuticals than insurers do, is it any wonder that an industry wag says that "average wholesale price" really stands for "ain't what's paid"?*

"The drug makers created false statements so that the doctors could make hundreds of millions of dollars," maintains an angry investigator. "If OIG doesn't get them, the Justice Department will."

Some investigators view the spreads guaranteed by extreme average wholesale prices as a kind of kickback to doctors, in violation of federal laws.

One group of infusion-industry veterans is reportedly considering attacking the problem by filing a private suit under the False Claims Act. This is the whistleblower law that allows citizens with knowledge of fraud against the government to sue on behalf of the government and share in the recovery.

Meanwhile, the cooler-headed policymakers at the inspector general's office and in HCFA are reconsidering Medicare's drug reimbursement rules. They plan to propose their changes in the Federal Register soon.

"Medicare's been paying too much for our drugs," says deputy inspector general George Grob. "We're paying the window-sticker price when everybody else wants a discount and is getting it."

Tom Ak, of HCFA's Bureau of Policy Development, notes that any savings for Medicare will mean savings for beneficiaries, who are kicking in 20% co-payments at current Medicare prices.

Any reduction in reimbursement levels probably would have some effect on the firms that enjoy the spreads between everyday low wholesale prices and the average wholesale prices at which Uncle Sam reimburses them.

That includes oncology practice-management firms like American Oncology Resources and Physicians Reliance Network, which earn significant profits on the chemotherapy drugs they administer to cancer patients. Likewise, respiratory-therapy and infusion firms like American HomePatient, Apria Healthcare, Coram Healthcare, Lincare Holding and RoTech Medical, which owe their sensational profit margins, to various degrees, to their drug spreads.

Then, there are the drug makers themselves, including Abbott, Baxter, Chiron, Genisa and Immunex – all with wide AWP spreads on their generic offerings.

Dr. H. Merrick Reese, the CEO of Physician Reliance, says he doubts that HCFA plans to cut reimbursement rates for cancer drugs, which he says his firm marks up only modestly.

More likely, Medicare will go after the inhalation drugs like albuterol, sayd Dr. Joseph Bailes, who chairs the clinical practice committee of the American Society of Clinical Oncology.

ChemoLabs is doing what it can to ensure that the AWP tricksters start running out of fools. Located near Fort Worth Airport, Fanning's firm will supply chemotherapy drugs for insurers, shipping doses to oncologists as needed, and for a fraction of the average wholesale price.

And the most aggressive public insurers, including Medicaid programs in six states, are turning their backs on AWP.

They now base their drug payments on WAC – the Wholesale Acquisition Cost actually paid by medical-care providers.

*Blue Book* editor Edelstein warns, however, that this won't end the game. "Then the manufacturers will just start fooling around with that price," he warns.

For now, says Fanning, the ChemoLab pharmacist, the bonanza drug is etoposide. Someday, he expects to see a plaque saying: "This is the house that etoposide built."