# Exhibit E

**Highly Confidential**

*Original*

POLICY MEMORANDUM                MMIS Policy # 94065
                                 Non-MMIS Policy # _____

TO:    Debra Conwell              RE: Policy Code: Rx
                                      (Refer to Category Code List)
FROM:  Joyce C. Sugrue            Policy: Pharmacy Parenteral
                                  Vehicle Solution & Irrigation
                                  Solution Reimbursement Reduction

DATE:  November 21, 1994          Check Appropriate Line:
                                    X Standard Policy Process
POLICY IMPLEMENTATION THROUGH:      _ Simple Rate Change Process
  X MMIS Fiscal Agent (EDS)       (Check criteria in the policy
  _ KS Foundation for Medical Care (KFMC)  procedure before marking the
  _ Myers & Stauffer              simple process.)
  _ Mental Health Consortium
  _ KS Dept of Health & Environment   SRS CONTACT PERSON(s):
  _ Other: _____            Gene Stephens/Dave Thomason

RELATED REFERENCES/PROCESSES:

Related Policy Number(s): 94063, 94064      Superseded Policy Number: _____

K.A.R. Change Required?  No             KMSM Change Required?: No
  If yes: What reference #(s)? ____       If yes: What section #(s)? ____
          Dte To Initiate Revision: ___           Dte To Issue SCL: ___
          Proposed Effective Date: ___            SCL #: ___
          Proposed Open Mtg Dte: ___
                                         Additional Field Notification: ___
Phase I/II Required?: No
  If yes: Phase I Route Dte: ___        State Plan Change Required? Yes
          Dte Comments Due: ___          If yes: Submission Date: ___
          Phase II Route Dte: ___
          Phase II Approval Dte: ___    Field Staff Training Required? No

PROPOSED POLICY:

Effective 1-1-95, all sterile irrigation solutions and all large volume parenteral (LVP) and small volume parenteral (SVP) fluid replacements and vehicles for intravenous drug administration which are billed will be reimbursed at AWP less 50%.

FINAL POLICY:

Effective with dates of service 1-1-95, all sterile irrigation solutions and all large volume parenteral (LVP) and small volume parenteral (SVP) fluid replacements and vehicles for intravenous drug administration which are billed as pharmacy claims will be reimbursed at AWP less 50%. (Inhalation solutions are not included in this reimbursement change.)

1403578


Exhibit: Abbott 575
Wit: Sullivan
Date: 3/12/08
Rptr: FJ

**VAC MDL 77735**

Highly Confidential

Policy No. 94065
Page Two

_____  _____
Joyce C. Sugrue, R.N.         Date
Director, Medical Services

Approved ✓
Disapproved ___

_____  11/21/94
Robert L. Epps, Commissioner   Date
Income Support/Medical Services

**RATIONALE FOR CHANGE:**

Discounts from the reference pharmaceutical pricing schedule known as Average Wholesale Price (AWP) vary by product class. Generally, intravenous vehicles and irrigation solutions are available at much greater discounts than are other pharmaceuticals. This is one of three new methods used to reduce expenditures in the pharmacy program.

**FISCAL INFORMATION/IMPACT:**

(6 months)   6 months
There will be a savings of $72,000 ($29,500 SGF) as a result of this policy.

$144,000     $59,000 for 12 months DD
(for 12 months DD)

**ACTION TAKEN:**

- CSR #7854 implemented 01/06/95.
- Published in the December 1994 Pharmacy Bulletin, 94-7 and manual page 8-6.

_____  4-5-95
Contractor Signature          Date

This form is to be utilized in all correspondence between the Division of Medical Services and the fiscal agent for the purpose of policy establishment, rate or reimbursement change, and policy change.

Rev. 4-93

1403579

VAC MDL 77736