# Exhibit J



Jun 20 2008
4:54PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | ) ) ) ) | Judge Patti B. Saris |


### EXPERT REPORT OF

### STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.


**Complete report served on counsel for Abbott Laboratories, Inc. on June 20, 2008.
REDACTED version of report served on LexisNexis File & Serve on June 20, 2008.**

*Wholesale Acquisition Cost (WAC).* The Wholesale Acquisition Cost (WAC) is a list price used for invoices between drug manufacturers and wholesalers and is typically used as a benchmark for all classes of trade without adjustment for discounts, rebates, purchasing allowances, or other forms of economic consideration. The WAC is set and published by drug manufacturers with an effective date and remains in effect until a change in price is published. Some drug manufacturers have other names for this price such as list price, catalog price, or book price. In the past decade, WAC was a term that typically included adjustments for discounts, rebates, purchasing allowances, or other forms of economic consideration. More recently, WAC has come to mean a list price before any form of price adjustment. WAC is closer to wholesaler's actual acquisition cost than is AWP. However, due to different levels of discounts across drug products and specific classes of trade, the WAC does not generally have a reliable relationship to the actual acquisition cost. Within a specific class of trade, WAC may have a consistent relationship with the actual acquisition cost for single source brand name (patented and exclusivity protected brands) drug products, but not for innovator multiple source (off-patent brands) or non-innovator multiple source (generic) drug products. If WAC is to be used to estimate a price from wholesaler to provider (i.e., pharmacy, physician, or others), an adjustment must be made to account for the wholesaler (or chain warehouse) operating cost and a reasonable profit.

*Average Wholesale Price (AWP).* The Average Wholesale Price (AWP) is a list price used for invoices between drug wholesalers and pharmacies or other appropriate drug purchasers and is typically used as a benchmark for all classes of trade without adjustment for discounts, rebates, purchasing allowances, or other forms of economic consideration. The AWP is set directly, and published, by most drug manufacturers with an effective date and remains in effect until a change in price is published. Some drug manufacturers argue that they do not set the AWP, but instead either the wholesaler or the drug price databases set the AWP. Even when the AWP is actually calculated by a wholesaler or a drug price database, these sources typically calculate the AWP as a fixed percentage above the WAC (i.e., typically 20 or 25 percent above WAC for brand name drugs) so that, in effect, by setting the WAC the drug manufacturer also sets the AWP for a drug product. AWP has been a term that typically does not include adjustments for discounts, rebates, purchasing allowances, or other forms of economic consideration. The AWP is typically 20 to 25 percent above the WAC for brand name drugs, but may be considerably higher (20 to 70 percent) than WAC for generic drugs. Because of different levels of discounts across drug products and specific classes of trade, the AWP does not generally have a reliable relationship to the actual acquisition cost. Within the retail class of trade, AWP may have a consistent relationship with the actual acquisition cost for single source brand name (patented and exclusivity protected brands) drug products, but not for innovator multiple source (off-patent brands) or non-innovator multiple source (generic) drug products.

*Direct Price (DP).* The Direct Price (DP) is a list price used for invoices between drug manufacturers and pharmacies or providers and is typically used as a benchmark for all classes of trade without adjustment for discounts, rebates, purchasing allowances, or other forms of economic consideration. The DP is set and published by drug manufacturers with an effective date and remains in effect