# Exhibit O



Sep 24 2008
12:45PM

# Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the Commonwealth of Kentucky

Prepared for the

Kentucky Department for Medicaid Services

October 2003



Myers and Stauffer LC

Certified Public Accountants

pharmacies for these services is subject to the provisions of those contractual relationships. Consequently, any cost for these pharmaceutical consulting services would be reported to Kentucky Medicaid via the *nursing facility cost report*. It would therefore be inappropriate to include these consulting services in a survey of the cost of *dispensing* prescription medications. To the extent that such costs could be explicitly identified, the costs associated with consultant pharmacists were not included in the analysis of dispensing cost.

### Intravenous and Infusion Pharmacies

A small number of pharmacies that responded to the dispensing cost survey indicated that a significant portion of their business consisted of filling intravenous or infusion prescriptions. In every dispensing cost survey performed by Myers and Stauffer in which data on the provision of intravenous or infusion services was collected, the provision of this service has been associated with higher dispensing costs.

There is some difficulty, however, in determining an average dispensing cost for this type of activity with any degree of stability. Reasons for this include the following:

- There is a significant inconsistency in the way in which pharmacies count the number of intravenous or infusion prescriptions dispensed. A pharmacy may mix and deliver many "dispensings" of a daily intravenous or infusion solution from a single prescription, thus incurring additional costs spread over a smaller number of prescriptions. Alternatively, some pharmacies count each daily dispensing individually.

- Many pharmacies that dispense intravenous or infusion prescriptions also dispense traditional prescriptions. The task of segregating intravenous/infusion and traditional dispensing costs is made difficult by the combined approach to financial and prescription record keeping which make it difficult to isolate costs associated with the dispensing of intravenous or infusion prescriptions.

- Based on a review of the literature, there is also considerable variability in the labor and equipment cost inputs into various types of intravenous or infusion prescriptions.

Because of these factors, Myers and Stauffer has typically seen extreme variation in the dispensing cost calculated for pharmacies that provide intravenous or infusion prescription services. In the current survey, the dispensing cost at the 10 responding pharmacies that dispensed a significant amount of intravenous or infusion prescriptions ranged from $8.92 to almost $80. The average (mean) dispensing cost was approximately $43, but it should be noted that this average is highly unstable (standard deviation of approximately $28).

Under current policies, the Kentucky Department for Medicaid Services reimburses for intravenous prescriptions in a dispensing fee plus ingredient reimbursement formula similar to traditional retail prescriptions. Although


Myers and Stauffer LC
Certified Public Accountants

dispensing costs at intravenous pharmacies is well in excess of the current dispensing fee, this reimbursement methodology has been accepted by these pharmacies because the margin on ingredient reimbursement has allowed pharmacies to offset any shortfall from the dispensing fee. In the case of intravenous prescriptions, the typical ingredient reimbursement per prescription is much higher than for traditional retail prescriptions. Margins realized on the ingredient portion of reimbursement have traditionally been sufficient to subsidize the difference between dispensing costs and dispensing reimbursement. So long as the ingredient reimbursement rate remains at AWP minus 12%, the need for the Department to set a separate dispensing fee for intravenous drugs is somewhat mitigated by the margins realized on ingredient reimbursement.

## Other Dispensing Cost Issues

### Components of Cost

The dispensing costs of the surveyed pharmacies were broken down into the various components of overhead and labor related costs. Table 3.16 and Charts 3.6 through 3.8 display the various cost components of the mean costs for pharmacies in the sample. Mean costs shown are weighted by Medicaid prescription volume.

Expenses were classified as follows:

- Owner professional labor – owner's labor costs were subject to constraints in recognition of its special circumstances as previously noted.
- Employee professional labor consists of employee pharmacists. Other labor includes the cost of delivery persons, interns, technicians, clerks and any other employee with time spent performing the prescription function of the pharmacy.
- Building and equipment expense includes depreciation, rent, ownership costs, repairs, utilities and any other expenses related to building and equipment.
- Prescription-specific expense includes pharmacist-related dues and subscriptions, prescription containers and labels, prescription-specific computer expenses, prescription-specific delivery expenses (other than direct labor costs), continuing education, and any other expenses that are unique to the prescription dispensing business.
- Other business expenses consist of all other expenses that were allocated to the prescription dispensing function of the pharmacy including interest, insurance, telephone, and legal and professional fees.


Myers and Stauffer LC
Certified Public Accountants