UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) Master Case No. 01-12257-PBS ) Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.* v. *Abbott Laboratories, et al.* | ) Judge Patti B. Saris |

**NOTICE OF PARTIES' AGREEMENT TO DEFER NOVEMBER 13, 2008 STATUS HEARING CONCERNING PRODUCTION OF DOCUMENTS FROM THE NEW YORK STATE DEPARTMENT OF HEALTH AND REQUEST FOR A NEW DATE FOR THE STATUS HEARING IN JANUARY 2009**

The undersigned counsel for the parties in the above-captioned action hereby submit the attached concerning the parties agreement to defer the November 13, 2008 Status Hearing concerning the production of documents from the New York State Department of Health.

Dated: November 12, 2008

By: /s/ John T. Montgomery

John T. Montgomery
John P. Bueker
Kim B. Nemirow

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Counsel for Schering-Plough Corporation, and on behalf of all other Defendants identified in the Revised First Amended Consolidated Complaint

By: /s/ Joanne Cicala / KBA

Joanne M. Cicala
James P. Carroll Jr.
Kathryn B. Allen

KIRBY McINERNEY, LLP
825 Third Avenue
New York, New York 10022

Counsel for the City of New York and New York Counties in MDL 1456 except Nassau and Orange

1

By: Shoshanah V. Bewlay, Esq. (*pro hac pending*)
    Assistant Attorney General, of Counsel
    (518) 402-4579

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br><br>v.<br><br>*Abbott Laboratories, et al.* | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

## PARTIES' AGREEMENT TO DEFER NOVEMBER 13, 2008 STATUS HEARING CONCERNING PRODUCTION OF DOCUMENTS FROM THE NEW YORK STATE DEPARTMENT OF HEALTH AND REQUEST FOR A NEW DATE FOR THE STATUS HEARING IN JANUARY 2009

The undersigned parties, by and through their respective counsel, hereby agree as follows:

**WHEREAS** Defendants filed a Motion to Compel Commissioner of New York State Department of Health and Three Key Witnesses to Comply with Subpoenas on February 19, 2008 (Docket No. 5052);

**WHEREAS**, on August 20, 2008, Magistrate Judge Bowler heard arguments, *inter alia* on Defendants' Motion to Compel Commissioner of New York State Department of Health ("NY DOH") and Three Key Witnesses to Comply with Subpoenas;

**WHEREAS** Magistrate Judge Bowler entered an order on August 20, 2008 granting the "Motion to Compel to the extent set forth on the record in open court after the 'meet and confer'. A status report is to be filed by October 30, 2008 and this court will conduct a further hearing, if necessary, on November 13, 2008 at 10:00 a.m."

3

**WHEREAS** Plaintiffs filed a status report on October 30, 2008 (Docket No. 5652) stating NY DOH's document production in response to defendants' subpoena would commence on a rolling basis on or before November 7, 2008;

**WHEREAS** Plaintiffs made an initial production of approximately 6000 pages of responsive materials from NY DOH on November 7, 2008 and notified defendants that a second installment of the production would occur on or before November 21, 2008;

**WHEREAS** counsel for plaintiffs requested on November 11, 2008, that counsel for defendants agree to defer the status hearing scheduled for November 13, 2008, until after NY DOH's document production had been completed;

**WHEREAS** on November 12, 2008, counsel for defendants agreed to defer the status conference if plaintiffs could provide a date certain by when NY DOH's production of responsive materials would be complete;

**WHEREAS** plaintiffs provided defendants with December 19, 2008 as a date certain for when NY DOH's comprehensive production of all responsive materials, including all relevant emails and other electronic documents, would be complete;

**NOW THEREFORE** the Parties hereby agree as follows:

The status conference scheduled for November 13, 2008 is deferred until NY DOH's production of responsive materials is complete. This production will be complete on or before December 19, 2008. The Parties request that the status conference be rescheduled to a date in January 2009.

Dated: November 12, 2008

By: /s/ John T. Montgomery
John T. Montgomery
John P. Bueker
Kim B. Nemirow

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Counsel for Schering-Plough
Corporation, and on behalf of all other
Defendants identified in the Revised First
Amended Consolidated Complaint

By: /s/ Joanne Cicala / KBA
Joanne M. Cicala
James P. Carroll Jr.
Kathryn B. Allen

KIRBY McINERNEY, LLP
825 Third Avenue
New York, New York 10022

Counsel for the City of New York and New York
Counties in MDL 1456 except Nassau and
Orange

By: Shoshanah V. Bewlay, Esq. (*pro hac pending*)
Assistant Attorney General, of Counsel
(518) 402-4579

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 12th day of November, 2008, she caused a true and correct copy of the above PARTIES' AGREEMENT TO DEFER NOVEMBER 13, 2008 STATUS HEARING CONCERNING PRODUCTION OF DOCUMENTS FROM THE NEW YORK STATE DEPARTMENT OF HEALTH AND REQUEST FOR A NEW DATE FOR THE STATUS HEARING IN JANUARY 2009 to be delivered to counsel of record for defendants by electronic service pursuant to Case Management

Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: November 12, 2008

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600