UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, Inc., et al.,* CIVIL ACTION NO. 07-10248-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MOTION FOR A PROTECTIVE ORDER
REGARDING THE ROXANE DEFENDANTS' RULE 30(b)(6) NOTICE**

The United States of America, through its undersigned counsel, respectfully moves this Court to issue an order pursuant to Federal Rule of Civil Procedure 26(c) prohibiting the Roxane Defendants from subjecting government witnesses to deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on certain of Roxane's designated topics.  *See* Exhibit A.  For the reasons explained in the accompanying memorandum, those topics seek irrelevant, nonexistent and/or duplicative information, are unreasonably broad and

burdensome, and/or seek information that should be obtained by other means. Fed. R. Civ. 26(b)(2)(C).

                Respectfully submitted,

                GREGORY G. KATSAS
                ACTING ASSISTANT ATTORNEY
                GENERAL

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

By:   /s/ James J. Fauci
        GEORGE B. HENDERSON, II
        BARBARA HEALY SMITH
        JAMES J. FAUCI
        Assistant U.S. Attorneys
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3272

        JOYCE R. BRANDA
        DANIEL R. ANDERSON
        LAURIE A. OBEREMBT
        Civil Division
        Commercial Litigation Branch
        P. O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-3345

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR A PROTECTIVE ORDER REGARDING THE ROXANE DEFENDANTS' RULE 30(b)(6) NOTICE" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | s/ James J. Fauci |
|  | JAMES J. FAUCI |
| Dated: November 13, 2008 | Assistant U.S. Attorneys |

## RULE 7.1 CERTIFICATION

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that he has conferred with counsel for Relator and the Defendants on the issues raised in this motion, and the parties were unable to agree.

|  |  |
|---|---|
|  | /s/ Laurie A. Obertembt |
|  | LAURIE A. OBEREMBT |
|  | Trial Attorney |
| Dated: November 13, 2008 | Department of Justice |