# Exhibit A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Eric T. Gortner
To Call Writer Directly:
312 861-2285
egortner@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 665-9665

August 13, 2008

**Via Electronic Transmission**

Laurie A. Oberembt, Esq.
Department of Justice
Commercial Litigation Branch (Fraud)
Civil Division
Patrick Henry Building
601 D Street, NW - Room 9148
Washington, DC 20044

    Re: *United States ex rel. Ven-A-Care of the Florida Keys v. Roxane Laboratories, Inc., et al*, Civil Action No. 07-10248-MEL

Dear Laurie:

  Pursuant to Paragraph 13 of the Case Management Order in this matter, the Roxane Defendants hereby request dates and witnesses for the topics listed below. Per your August 8, 2008, I am assuming that the Government has completed production of all responsive documents from the Regional Offices that pertain to the topics listed below (since they were covered by Roxane's request for documents (as well as the requests by Abbott and Dey)). If that is not the case, please let me know what remains to be collected at your earliest convenience.

Topics

1.  The document preservation actions by the CMS Regional Offices in connection with the lawsuits filed under seal by Ven-A-Care, beginning with the initial action filed under seal in 1995 in the Southern District of Florida against Abbott and other defendants, and continuing through the present action, which was unsealed against Roxane in January 2007.

2.  The document collection and production efforts by the CMS Regional Offices in response to the Roxane Defendants' First Request for the Production of Documents.

3.  The document and electronic data retention policies of the CMS Regional Offices.

4.  The CMS Regional Offices' filing, storage, and archival practices for documentation and communications relating to State Health Plans (the "Plans"), including the submitted Plans or

## KIRKLAND & ELLIS LLP

Laurie A. Oberembt, Esq.
August 13, 2008
Page 2

Plan Amendments, correspondence or communications relating to Plans or Plan Amendments, or any other document relating to the Plan or Plan Amendment review process.

5.   The CMS Regional Offices' criteria, policies, and procedures for reviewing, approving, disapproving, recommending approval or disapproval of Plans or Plan Amendments with respect to reimbursement methodologies for prescription drug ingredient costs and dispensing fees under the Medicaid Program.

6.   The CMS Regional Offices' reviews and evaluations of any Plan Amendments submitted from 1991 to the present seeking to change payment methodology for prescription drugs, including but not limited to the basis on which the CMS Regional Offices approved, disapproved, or recommended approval or disapproval of such Plan Amendments.

7.   The CMS Regional Offices' understanding and application of the terms Average Wholesale Price, Wholesale Acquisition Cost, and Estimated Acquisition Cost with respect to the Medicaid Program.

8.   The CMS Regional Offices' internal communications and communications with the states concerning CMS' and the States' understanding and application of the terms Average Wholesale Price, Wholesale Acquisition Cost, and Estimated Acquisition Cost with respect to the Medicaid Program.

9.   The CMS Regional Offices' understanding and application of the term Usual and Customary Charge, as that term is used with regard to the Medicaid Program.

10.   The CMS Regional Offices' internal communications and communications with the states concerning CMS' and the States' understanding and application of the term Usual and Customary Charge, as that term is used with regard to the Medicaid Program.

11.   The CMS Regional Offices' understanding of the term Average Manufacturer Price ("AMP"), as well as any efforts by the CMS Regional Offices to request, access, or review AMPs.

12.   The CMS Regional Offices' internal communications and communications with the states concerning CMS' and the States' understanding and application of the term Average Manufacturer Price.

## KIRKLAND & ELLIS LLP

Laurie A. Oberembt, Esq.
August 13, 2008
Page 3

13.  The CMS Regional Offices' evaluations, audits, analyses, or reviews of the State Medicaid Programs with respect to prescription drug coverage or eligibility for the receipt of federal matching funds.

14.  The CMS Regional Offices' criteria, policies, and procedures to ensure State Medicaid Programs were in compliance with 42 U.S.C. § 1396a(a)(30), 42 U.S.C. § 1396a(a)(54), 42 C.F.R. §§ 447.201 et seq., or 42 C.F.R. § 447.512-518.

15.  The CMS Regional Offices' investigations, surveys, or other attempts to ascertain or determine Providers' actual acquisition costs for prescription drugs or their dispensing costs.

16.  Internal or external assessments, studies, analyses, reviews, or audits conducted by or on behalf of any CMS Regional Office regarding drug pricing or reimbursement amounts or rates of prescription drugs from 1991 to the present.

17.  The CMS Regional Offices' communications with other CMS Regional Offices or the CMS Central Office regarding the State Health Plan review process with regard to prescription drug ingredient costs and dispensing fees under the Medicaid Program.

Sincerely,

/s Eric Gortner

Eric T. Gortner

cc:  Barbara H. Smith, Esq.
     Roslyn G. Pollack, Esq.
     Counsel for Dey
     Counsel for Abbott