# Exhibit C

# Centers for Medicare and Medicaid Services
## US ex rel. Vena-Care - Request for Production


EXHIBIT
Abbott 399

| COMPONENT | CONTACT PERSON |
|---|---|
| OGC (Office of General Counsel) | Leslie Stafford<br>Troy Barsky |
| OL (Office of Legislation) | Donald Johnson |
| OP (Office of Policy) | Carol Kelly |
| OEOCR (Office of Equal Opportunity & Civil Rights) | Arlene Austin |
| OOM (Office of Operations Management)<br>--Administrative Services Group<br>--Office of Hearings<br>--Security & Emergency Management Group<br>--Planning & Performance Mgmt & Analysis Group<br>--Human Capital Management Group | Stacey B. Keller |
| OBIS (Office of Beneficiary Information Services)<br>--Call Center Operations Group<br>--Website Project Management Group | Mary A. Laureno<br>Mary H. Wallace |
| OSORA (Office of Strategic Operations and Regulatory Affairs)<br>--Regulations Development Group<br>--Audit, Analysis and Information Group<br>--Issuances & Records Group<br>--Freedom of Information Group<br>--Office of the Attorney Advisor<br>--Strategic Operations Group | Mary Cichon<br>Lisa Parker |
| CBC (Center for Beneficiary Choices)<br>--Medicaid Drug Benefit Group (MDBG)<br>--Medicare Advantage Group (MAG)<br>--Employer Policy & Operations Group (EPOG)<br>--Medicare Enrollment & Appeals Group (MEAG)<br>--Medicare Plan Payment Group (MPPG)<br>--Plan Oversight & Accountability Group (POAG) | Craig Miner |
| ORDI (Office of Research, Development and Information)<br>--Research and Evaluation Group<br>--Medicare Demonstrations Program | Janice Drass |

| COMPONENT | CONTACT PERSON |
|---|---|
| Group<br>--Information and Methods Group | |
| CMM (Center for Medicare Management)<br>--Hospital & Ambulatory Policy Group<br>--Chronic Care Policy Group<br>--Provider Billing Group<br>--Provider Communications Group | Larry Bonander |
| OAGM (Office of Acquisition & Grants Management)<br>--Acquisition & Grants Group<br>--Medicare Contracts Group | Dan Kane |
| OEA (Office of External Affairs) & Tribal Affairs & Medicare Ombudsman Groups<br>--Tribal Affairs Group<br>--Media Relations Group<br>--Intergovernmental Relations Group<br>--Medicare Ombudsman Group<br>--Partner Relations Group<br>--Creative Services Group<br>--Strategic Research & Campaign Mgmt Group | Lisa Sokol |
| OIS (& OIS Privacy) (Office of Information Services)<br>--Enterprise Data Bases Group<br>--Business Applications Management Group<br>--Information Services Design & Development Group<br>--Enterprise Data Center Group<br>--Enterprise Architecture & Strategy Group | Julia Fultz<br>Marianne Bowen<br>(e-mail issues) |
| OACT (Office of the Actuary)<br>--Medicare and Medicaid Cost Estimates Group<br>--National Health Statistics Group<br>--Parts C&D Actuarial Group | Catherine Curtis |
| OESS (Office of E-Health Standards & Services) | Laura Gange |
| OFM (Office of Financial Management)<br>--Budget and Analysis Group<br>--Accounting Management Group<br>--Financial Services Group<br>--Financial Management Systems Group<br>--Program Integrity (PI) | Heidi Gelzer<br>(Program Integrity) |

| COMPONENT | CONTACT PERSON |
|---|---|
| CMSO (Center for Medicaid and State Operations)<br>--Finance, Systems & Budget Group (FSBG)<br>--Family & Children's Health Programs Group<br>--Disabled & Elderly Health Programs Group<br>--Survey & Certification Group<br>--Medicaid Integrity Group<br>--Financial Management Group | Dusty Kerhart<br>Larry Reed &<br>Deirdre Duzor (for Medicaid Pharmacy)<br>Shellie Rogers |
| OCSQ (Office of Clinical Standards and Quality)<br>--Clinical Standards Group<br>--Coverage and Analysis Group<br>--Information System Group<br>--Quality Improvement Group<br>--Quality Measurement & Health Assess Group | Alice Strathy |
| Region I – Boston<br>--Div of Medicare Operations<br>--Div of Medicaid and Children's Health<br>--Div of Medicare Financial Management<br>--Div of Quality Improvement | Helen Mulligan<br>Ray Porter |
| Region II – New York<br>--Div of Medicaid & Children's Health<br>--Div of Medicare Operations<br>--Div of Medicare Financial Management<br>--Div of Survey & Certification | Elaine Paterson<br>Bob Cochrane (DMCH) |
| Region III – Philadelphia<br>--Div of Medicare Operations<br>--Div of Medicare Financial Management<br>--Div of Medicaid & Children's Health<br>--Division of Survey & Certification | Constance Smalls |
| Region IV – Atlanta<br>--Div of Medicare Operations<br>--Div of Financial Management<br>--Div of Medicaid & Children's Health<br>--Div of Survey & Certification | Darlene Noonan<br>(Division of Medicaid & Children's Health) |
| Region V – Chicago<br>--Div of Medicare Operations<br>--Div of Medicaid and Children's Health | Pam Carson (DMCH)<br>Marilyn Hirsch<br>Susan Hahn Reizner, Esq.<br>(Medicare) |

| COMPONENT | CONTACT PERSON |
|---|---|
| --Div of Financial Management<br>--Div of Survey and Certification | |
| Region VI – Dallas<br>--Div of Medicare Operations<br>--Div of Medicare Financial Management<br>--Div of Survey and Certification<br>--Div of Medicaid and Children's Health<br>--Div of Quality Improvement | Jimmy B. Sigmund, please contact:<br>Sandie Hall (Medicaid)<br>Becky Peal Sconce (Medicare) |
| Region VII – Kansas City<br>--Div of Medicare Operations<br>--Div of Medicaid & Children's Health<br>--Div of Quality Improvement<br>--Div of Medicare Financial Management | Mandy Hanks<br>(Medicaid and Children's Health- DMCH)<br>Kathryn A. Coleman<br>(Medicare Health Plans Operations- DMO)<br>Nanette Foster Reilly (Division of Medicare Financial Management – DMFM) |
| Region VIII – Denver<br>--Div of Medicare Operations<br>--Div of Medicaid and Children's Health<br>--Div of Medicare Financial Management<br>--State Survey Agency | Diane Dunston<br>(Medicaid & Children's Health)<br>Lyla Nicholas<br>(FM/FFS) |
| Region IX – San Francisco<br>--Div of Medicare Operations<br>--Div of Medicare Health Plans<br>--Div of Medicaid & Children's Health<br>--Div of Survey and Certification | Michael Sullivan |
| Region X – Seattle<br>--Div of Medicare Operations<br>--Div of Medicaid & Children's Health<br>--Div of Quality Improvement<br>--Div of Financial Management | Teresa L. Cumpton |
| V-BPSP (Value-Based Purchasing Special Program Office) | |
| CMHOP (Consortium for Medicare Health Plans Operations) | |
| CFM & FFS (Consortium for Financial Mgt & FFS Operations) | |
| CMCHO (Consortium for Medicaid & Children's Health Operations) | |
| CQI & S&C Operations (Consortium for Quality Improvement & S&C Operations) | |