# Exhibit A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
In Re:                           ) CA No. 01-12257-PBS
PHARMACEUTICAL INDUSTRY          ) CA No. 07-10248-PBS
AVERAGE WHOLESALE PRICE          ) MDL No. 1456
LITIGATION                       ) Pages 1 - 49
```

MOTION HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
November 5, 2007, 4:00 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

1  streamlining our case, joining in the government's complaint,
2  and making it simpler for everybody.  But just like any other
3  allegations that are still there that relate to our cause of
4  action, to the extent that they're a proper subject to
5  amendment, everything relates back.
6           THE COURT:  It's a mess.
7           MR. BREEN:  It's not like we're trying to bring a
8  new theory or a new cause of action.
9           THE COURT:  Did you ever actually dismiss your
10 allegations involving this?
11          MR. BREEN:  No, your Honor, absolutely not.
12          THE COURT:  I'm going to have to go upstairs and
13 look.  Was it a motion to substitute?
14          MR. BREEN:  It was a motion for leave to amend by
15 adopting the government's complaint in intervention.
16          THE COURT:  And it never says dropping the other
17 claim?
18          MR. BREEN:  I don't believe so, your Honor.
19          THE COURT:  So let me just be clear now.  Whatever
20 I do here, I'll take care, I'll protect Abbott from any
21 unnecessary expenses by flying back and taking a new
22 deposition, or whatever, but I'm not going to grant any more
23 motions to amend unless it's genuinely new evidence -- not
24 "We didn't get around to taking the deposition" -- genuine.
25 These cases have to end.

```
 1              And what about Dey?  What are all the other cases I
 2 have, Roxane?  All these other things, are we going to keep
 3 having this problem?  What are the others that are floating
 4 out there?
 5              MR. GOBENA:  I really can't talk about it in open
 6 court.
 7              THE COURT:  No, but the ones that have been opened.
 8              MR. GOBENA:  Oh, there's Dey and Roxane.
 9              THE COURT:  Yes, yes, right.  So are you going to
10 be adding new claims onto them?
11              MR. GOBENA:  Well, I can't talk to that.  Laurie
12 Oberembt is here and is actually handling those two cases.
13 She could probably address that for your Honor.
14              THE COURT:  Are we going to have the same problem
15 again?
16              MS. OBEREMBT:  We don't have any plans to have the
17 same problem again, your Honor.
18              MR. BREEN:  Your Honor, there's also a separate
19 complaint out of Boston where the relator has got -- it's a
20 nonintervene case that was recently transferred to the MDL
21 involving Abbott's PPD Division, correct.
22              MR. DALY:  And that's going to be coming before
23 you, Judge, with another motion.
24              THE COURT:  What?
25              MR. DALY:  They filed another duplicative action
```

1  of Justice -- I've been beating a drum, not with you but
2  forever up here in Boston -- it's got to happen faster and
3  cleaner.
4             MR. GOBENA:  In terms of the interventions?  Oh,
5  absolutely.  This is a unique case, your Honor.  I mean --
6             THE COURT:  No, it isn't.  That's the sad piece of
7  it.  I totally understand Judge Jacobs' frustration in the
8  Second, and I've had a bunch of them up here too.  So it's
9  something that I understand hugely about the resource
10 limitations, and how you don't get the FBI time and all that,
11 big drugs and you're fighting over very difficult issues, but
12 it can't be ten years.  These are the kinds of issues that we
13 run into.  And I guarantee you that short of genuinely newly
14 discovered evidence, I will not be allowing any other motions
15 to amend.
16            MR. GOBENA:  We understand, your Honor.  I mean,
17 obviously our preference would have been to have the
18 intervention done sooner, earlier in the process because, you
19 know, I've deposed people, or even that I've seen, I don't
20 know answers coming back at me.  So I certainly understand
21 the Court's concern, and I think it's certainly the intention
22 of the Department's attorneys to move as quickly as
23 possible.  This is a unique situation that was governed by
24 the number of of defendants we had to investigate, and,
25 frankly, some obstinate practices on the part of the