# Exhibit C

1

```
                    SUPERIOR COURT
                  COMPLEX LITIGATION
                  DOCKET at TOLLAND

STATE OF CONNECTICUT,
        Plaintiff,

    vs.                          Docket No.
                                 X07 CV-03-0083296-S(CLD)
DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP.
AND SCHERING CORPORATION,
        Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                      CONFIDENTIAL

                     DEPOSITION OF

                      THOMAS VIA

                   October 18, 2005
                      9:30 a.m.

                  52 East Gay Street
                   Columbus, Ohio

                Lori M. Barnes, RPR
```

212

1        to focus on that section that says, "RLI

2        Action Steps."

3                  THE WITNESS:  Yes.

4           BY MR. GOLDENBERG:

5           Q.     What is this email?

6           **A.     This was an email -- It's a review**

7        **of a meeting that John Powers and I had at**

8        **Novation regarding private label of Ipratropium**

9        **Bromide and the Novation label called**

10       **NovaPlus.**

11          Q.     And as I recall from earlier

12       testimony, Novation was one of your customers

13       as well, right?

14          **A.     Correct.**

15          Q.     Okay.  And did you approach them?

16       Did you approach Novation about a private

17       label or did they approach you?

18          **A.     I approached them.  Well,**

19       **initially, the discussion was raised as a**

20       **possibility by Novation, as this is an option**

21       **that we offer on any of our products.  So it**

22       **was something that they presented as a**

23       **service that they offer for their**

24       **manufacturers, but I approached them on**

25       **NovaPlus for Ipratropium Bromide.**

1  Q. So what is the benefit -- If you
2  know, what is the benefit to Roxane of using
3  Novation or creating a NovaPlus line for
4  Novation?
5  A. Once a product is in NovaPlus
6  label, it is very difficult to switch
7  manufacturers. There's a lot of cost
8  involved in that. And what you're doing is
9  you're the NovaPlus vendor, so you will
10 supply all NovaPlus customers. But then as a
11 secondary, a back-up source, you are put on
12 their contract as the primary -- and I'm not
13 sure if it was exclusive or not, I can't
14 remember -- product, whatever product it is.
15     In this case, it was Ipratropium
16 Bromide went into NovaPlus, and then we
17 became the primary Ipratropium Bromide on
18 contract for Novation. So you got -- You
19 were their back-up for that. And what you
20 ended up doing was you got not only the
21 NovaPlus label, but then you were able to
22 stay on contract for the non-NovaPlus
23 hospitals.
24  Q. So Novation wouldn't necessarily
25 supply the NovaPlus label to all of their

214

1  customers then; is that correct?
2     A.    No, it was available to all
3  Novation customers, but only certain
4  institutions participated.
5     Q.    Okay. If you would, read the
6  paragraph that's numbered one after RFI action
7  steps.
8     A.    Into the record?
9     Q.    No, read it to yourself.
10    A.    Okay.
11    Q.    Do you see where it says, "Purpose
12 is to increase the spread between NovaPlus
13 and RLI labeled product" --
14    A.    Uh-huh.
15    Q.    -- "providing greater incentive to
16 utilize the Plus brand"?
17    A.    Yeah.
18    Q.    Did I read that correct?
19    A.    Yes.
20    Q.    What is the spread they are
21 referring to there? Excuse me. What's the
22 spread that you are referring to there?
23    A.    The spread between the contract
24 price of the Roxane labeled product and the
25 price of the NovaPlus. We had a slow uptake

1    on the NovaPlus, and we were trying to move
2    -- get more utilization of the NovaPlus
3    product before it went out of date.  So what
4    we were trying to do is raise the Roxane
5    label price by 10 percent and maintain the
6    current price of the NovaPlus so that -- In
7    the way we have been discussing spread, it's
8    not the same; it's a contract differential
9    between the two -- it motivates them to use
10   more of the NovaPlus.
11              MR. GOLDENBERG:  That's it.  I
12   don't have any further questions.
13              MR. COVAL:  Anybody on the phone?
14              MR. HEFFERN:  No.
15              MS. NEMIROW:  No.
16              MR. COVAL:  I have none here.
17   We'll reserve signature.
18              (Signature not waived.)
19              And, thereupon, the deposition was
20   concluded at approximately 3:45 p.m.
21       .
22       .
23       .
24       .
25       .