# Exhibit E

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2005 FEB 15  P 1:4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Ex Rel**<br>    VEN-A-CARE OF THE<br>    FLORIDA KEYS, INC.,<br>    a Florida Corporation,<br>    by and through its principal<br>    officers and directors,<br>    ZACHARY T. BENTLEY and<br>    T. MARK JONES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| ████████████<br>███████<br>████████<br>█████████<br>███████████<br>█████████<br>██████████<br>████████ | )    **CIVIL ACTION NO. 00 CV10698 MEL**<br>)<br>)    **FILED IN CAMERA AND**<br>)    **UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)    **THIRD AMENDED COMPLAINT**<br>)<br>) |
| **BOEHRINGER INGELHEIM, CORP.;**<br>**BOEHRINGER INGELHEIM**<br>**PHARMACEUTICALS, INC.;**<br>**BOEHRINGER INGELHEIM**<br>**INTERNATIONAL GmbH;**<br>**BOEHRINGER INGELHEIM**<br>**AUSLANDBETEILIGUNGS GmbH;** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| ████<br>█████████ | )<br>) |
| **C.H. BOEHRINGER SOHN;** | )<br>) |
| ████████<br>██████████<br>███████████ | )<br>)<br>)<br>)<br>) |



For Money Damages and Civil
Penalties Under the False Claims
Act 31 U.S.C. §§3729-3732

PHARMA-INVESTMENT LIMITED;

ROXANE LABORATORIES, INC.;

Defendants.

CIVIL ACTION NO. 00 CV10698 MEL

# THIRD AMENDED COMPLAINT
## FOR MONEY DAMAGES AND CIVIL PENALTIES UNDER THE FALSE CLAIMS ACT 31 U.S.C. §§3729-3732

COMES NOW, the UNITED STATES OF AMERICA ("UNITED STATES" or "GOVERNMENT"), by and through VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "the Relator"), and its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, and by and through the undersigned attorneys on behalf of the UNITED STATES and on the Relator's own behalf and brings this action against ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮BOEHRINGER INGELHEIM, CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM INTERNATIONAL GmbH; BOEHRINGER INGELHEIM AUSLANDBETEILIGUNGS GmbH▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮C.H. BOEHRINGER SOHN; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT "2"

**EXHIBIT "2"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICARE AND MEDICAID**
**Page 1**


# EXHIBIT 2 - PAGES 1 and 2

# HAVE BEEN COMPLETELY REDACTED

**EXHIBIT "2"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICARE AND MEDICAID**
**Page 2**

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|---|---|---|---|---|
| ██████ | ████████ | ██████ | █████ | ███ |
| ██████ | ████████ | ██████ | █████ | ██ |
| ██████ | █████████ | ██████ | █████ | ██ |
| ██████ | ████████ | ██████ | █████ | ██ |
| ██████ | █████████ | ██████ | █████ | ████ |
| ██████ | ████████ | ██████ | █████ | ██ |
| ███████ | ████████ | ██████ | ██ | ██ |
| █████ | ████████ | ██████ | █ | ██ |
| ██████ | ██████ | ██████ | █ | ██ |
| █████ | ██████ | ██████ | ██ | ██ |
| ██████ | ████████ | ██████ | █ | ██ |
| ██ | ███████ | █████ | █████ | ████ |
| ██████ | █████████ | █████ | █████ | ██ |
| ██████ | ██████ | █████ | █████ | ███ |
| Roxane | Acetylcysteine | 00054-3025-02 | Inhalation | J7608 J7610 |
| Roxane | Acetylcysteine | 00054-3026-02 | Inhalation | J7608 J7615 |
| Roxane | Acetylcysteine | 00054-3027-02 | Inhalation | J7608 J7610 |
| Roxane | Acetylcysteine | 00054-3028-02 | Inhalation | J7608 J7615 |
| Roxane | Albuterol Sulphate | 00054-8063-13 | Inhalation | J7619 J7620 |

## EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
### Page 3

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|-----------|------|-------|--------------|------------|
| Roxane | Albuterol Sulphate | 00054-8063-21 | Inhalation | J7619 J7620 |
| Roxane | Albuterol Sulphate | 00054-8063-11 | Inhalation | J7619 J7620 |
| Roxane | Cromolyn Sodium | 00054-8167-21 | Inhalation | J7630 |
| Roxane | Cromolyn Sodium | 00054-8167-23 | Inhalation | J7630 |
| Roxane | Ipratropium Bromide 0.02% 2.5 ml 30's | 00054-8402-13 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Br. 2.5mls 25s | 00054-8402-11 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide 2.5 ml, 60s | 00054-8402-21 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-21 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-13 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-11 | Inhalation | J7644 J7645 |
| Roxane | Methotrexate Sodium | 00054-8550-03 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-05 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-07 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-10 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-4550-15 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-06 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-4550-25 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-25 | Oral | J8610 |
| Roxane | Torecan Amp 10 m  5 mg/ml | 00054-1701-25 | Injection | J3280 |
| ████ | ████ | ████ | ████ | ████ |

**EXHIBIT "2"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICARE AND MEDICAID**
**Page 4**

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ |
| ▇▇▇ | ▇▇▇ | ▇▇ | ▇ | ▇ |
| ▇▇▇ | ▇▇ | ▇▇ | ▇ | ▇ |
| ▇▇▇ | ▇▇ | ▇▇▇ | ▇ | ▇ |

C:\Documents and Settings\Owner\My Documents\Defendants\Roxane\Rox-Bos3-Redact-Exh2.wpd