# Exhibit F

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Eric T. Gortner
To Call Writer Directly:
312 861-2285
egortner@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 665-9665

January 10, 2008

**VIA FEDERAL EXPRESS**

Laurie A. Oberembt, Esq.
Department of Justice
Commercial Litigation Branch (Fraud)
Civil Division
Patrick Henry Building
601 D Street, NW - Room 9148
Washington, DC 20044

   Re: *United States ex rel. Ven-A-Care of the Florida Keys v. Roxane Laboratories, Inc., et al*, Civil Action No. 07-10248-MEL

Dear Laurie:

  Enclosed please find eight DVDs, labeled RLI DOJ 0004 through RLI DOJ 0011, containing documents previously produced by Boehringer Ingelheim Roxane Laboratories, Inc. (formerly Roxane Laboratories, Inc.) in other AWP litigation cases.

  As I mentioned in my November 26, 2007 letter, Roxane is producing these documents be subject to its continuing objection that Plaintiffs are not entitled to documents pertaining to drugs that are not named in Exhibit A of the complaint or for time periods or issues that are outside the purview of the complaint. Without waiving that objection, and in the interest in expediting discovery in this matter and avoiding burdensome motion practice, Roxane will nonetheless agree to produce documents it produced in other AWP litigation, even though such documents address drugs, time periods, or issues that are not relevant in this case. The Roxane Defendants will continue to produce additional documents on a rolling basis.

Hong Kong  London  Los Angeles  Munich  New York  San Francisco  Washington, D.C.

# KIRKLAND & ELLIS LLP

Laurie A. Oberembt, Esq.
January 10, 2008
Page 2

Please let me know if you have any questions or concerns.

Best Regards,

Eric T. Gortner

ETG/jlm

Enclosures

cc:   Rosyln G. Pollack, Esq.

FedEx | Ship Manager | Label 792486024909     Page 1 of 1

From: Origin ID: CHIA (312)649-3905
Laura Colon
Kirkland
200 E. Randolph Drive
Chicago, IL 60601



Ship Date: 10JAN08
ActWgt: 1 LB
System#: 9863552/INET7091
Account#: S ********

Delivery Address Bar Code

Ref # 39282-31
Invoice #
PO #
Dept #

SHIP TO: (312)861-4430     BILL SENDER
Laurie A. Oberembt, Esq.
Department of Justice
601 D ST NW RM 9148
COMMERCIAL LIT BRANCH (FRAUD)
WASHINGTON, DC 205790001

TRK# 7924 8602 4909
0201

FRI - 11JAN     A2
PRIORITY OVERNIGHT

IAD
DC-US
20579

NE-RDVA



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

