# Exhibit G

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Jared T. Heck
To Call Writer Directly:
(312) 469-7087
jheck@kirkland.com

Facsimile:
(312) 861-2200

April 9, 2008

**Via Federal Express**

Laurie A. Oberembt, Esq.
Department of Justice
Commercial Litigation Branch (Fraud)
Civil Division
Patrick Henry Building
601 D Street, NW - Room 9148
Washington, DC 20044

Re:   *United States ex rel. Ven-A-Care of the Florida Keys v. Roxane Laboratories, Inc., et al*, Civil Action No. 07-10248-MEL

Dear Laurie:

Enclosed please find one CD, labeled RLI DOJ 0014, containing transcripts and exhibits for prior depositions conducted in the AWP litigation:

THE STATE OF CONNECTICUT V. DEY, INC (CVO3 0083296S)
- 12/01/2005 DiPaola, Edward
- 12/02/2005 Doan, Michael
- 11/18/2005 Feldman, R.Ph., Richard
- 11/04/2005 Gordon, Dawn M.
- 09/23/2005 Marsh, Christine
- 12/01/2005 Marsh, Christine
- 09/20/2005 Paoletti, Lesli
- 11/30/2005 Paoletti, Lesli
- 10/11/2005 Powers, John
- 10/07/2005 Rowenhorst, James A.
- 10/25/2005 Snyder, Steve
- 11/02/2005 Sykora, Robert C.
- 11/22/2005 Tavolaro, Anthony
- 11/10/2005 Tupa, Edward
- 10/18/2005 Via, Thomas K.
- 11/28/2005 Waterer, Judy

## KIRKLAND & ELLIS LLP

Laurie A. Oberembt, Esq.
April 9, 2008
Page 2

THE STATE OF TEXAS v. DEY, INC (GYM 023271)
- 04/03/2003 Chemielcwski, Donald
- 06/26/2002 Ciarelli, Gregg P.
- 01/30/2003 Comston, Don E.
- 06/25/2002 Feldman, R.Ph., Richard
- 01/30/2003 Hamlin, Odette J.
- 02/07/2003 Lackey, Karen S.
- 06/27/2002 Marsh, Christine
- 02/04/2003 Powers, John
- 04/03/2003 Rowenhorst, James A.
- 01/29/2003 Swartz, John T.
- 10/25/2001 Trowbridge, Elizabeth K.
- 01/31/2003 Tupa, Edward
- 04/02/2003 Via, Thomas K.
- 04/01/2003 Waterer, Judy
- 10/24/2001 Waterer, Judy

THE STATE OF TEXAS v. ROXANE LABS.,INC., et at (GV3-03079)
- 03/03/2005 Alesio, Phyllis E.
- 01/27/2005 Berkle, Sheldon
- 11/04/2004 Brunk, Kevin S.
- 03/10/2005 DiPaola, Edward
- 12/10/2004 DiPaola, Edward
- 12/09/2004 Dougherty, Joseph
- 11/17/2004 Feldman, R.Ph., Richard
- 01/25/2005 Gordon, Dawn M.
- 03/09/2005 Hoffman, Teresa
- 12/03/2004 King, Jim
- 03/02/2005 Marsh, Christine
- 11/09/2004 Mayhew, Cheri
- 11/10/2004 McCoy, Linda
- 03/08/2005 Paoletti, Lesli
- 03/09/2005 Paoletti, Lesli
- 11/09/2004 Paoletti, Lesli
- 11/10/2004 Paoletti, Lesli
- 10/19/2004 Tetzner, Hermann

## KIRKLAND & ELLIS LLP

Laurie A. Oberembt, Esq.
April 9, 2008
Page 3

THE STATE OF ALABAMA v. ABBOTT (CV-2005-216)
- 07/25/2007 Ciarelli, Greg 30(b)(6)
- 05/30/2007 DeCapua, Joseph
- 05/31/2007 Marsh, Christine
- 05/09/2007 Waterer, Judy
- 05/10/2007 Waterer, Judy
- 05/11/2007 Waterer, Judy

COMMONWEALTH OF MASSACHUSETTS v. MYLAN (03-CV-11865-PBS)
- 07/26/2007 Paoletti, Lesli
- 07/24/2007 Waterer, Judy 30(b)(6)

Please let me know if you have any questions or concerns.

Sincerely,

Jared T. Heck

JTH/jlm

Enclosures

cc:   Rosyln G. Pollack, Esq.

From: Origin ID: CHIA (312)540-4511
Jennifer Hill
Kirkland
200 East Randolph Drive

Chicago, IL 60601



FedEx Express

E

CLS 120707/21/24

SHIP TO: 312-540-4511        BILL SENDER
**Laurie A. Oberembt, Esq.**
**Commercial Lit. Branch Fraud**
**601 D ST NW RM 9148**
**PATRICK HENRY BUILDING**
**WASHINGTON, DC 205790001**



Ship Date: 09APR08
ActWgt: 1 LB
System#: 9863552/INET8011
Account#: S ********

Delivery Address Bar Code

Ref #      39282-0031
Invoice #
PO #
Dept #

TRK# 7910 4134 9080
0201

THU - 10APR    A2
PRIORITY OVERNIGHT

20579
DC-US
IAD

**NE RDVA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

