**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) |
| THIS DOCUMENT RELATES TO: | ) (Original Central District of California <br> ) No. 03-CV-2238) <br> ) |
| State of California, *ex rel*. Ven-A-Care v. Abbott Laboratories, Inc., *et al.,* CASE # 1:03-cv-11226-PBS | ) Judge Patti B. Saris <br> ) <br> ) <br> ) |

**JOINT MOTION TO EXTEND DISCOVERY SCHEDULE AND**
**AMEND CMO 31**

Plaintiffs State of California and relator Ven-A-Care of the Florida Keys ("Plaintiffs") together with Defendants Dey, Inc., Mylan Pharmaceuticals Inc., Sandoz Inc., and Warrick Pharmaceutical Corp. ("Defendants"), jointly move this Court to extend the fact discovery deadline until June 15, 2009 and to similarly extend all subsequent deadlines in CMO 31.  The grounds for this motion are stated in the accompanying Memorandum in Support of Joint Motion to Extend Discovery Schedule and Amend CMO 31.

WHEREFORE, for the reasons set forth in the above referenced memorandum, the Plaintiffs and Defendants respectfully request that the Court grant this motion and sign the attached Proposed Case Management Order.

-2-

Respectfully Submitted,

By:  */s/ Nicholas N. Paul*
NICHOLAS N. PAUL
CA State Bar No:  190605
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of The Attorney General
1455 Frazee Road, Suite 315
San Diego, California  92108
Tel:   (619) 688-6099
Fax:   (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**


THE BREEN LAW FIRM, P.A.
By:   */s/ James J. Breen*
JAMES J. BREEN
5755 No. Point Parkway, Suite 260
Alpharetta, Georgia  30022
Telephone:  (770) 740-0008
Fax:  (770) 740-9109

**Attorneys for *Qui Tam* Plaintiff,
VEN-A-CARE OF THE
FLORIDA KEYS, INC.**

**On behalf of Defendants,**

By: */s/ Daniel J. Bennett*
Brien T. O'Connor (BBO #546767)
John P. Bueker (BBO #636435)
Daniel J. Bennett (BBO #663324)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

**Attorneys for Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation**

Dated:  November 14, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2008, I caused a true and correct copy of the JOINT MOTION TO EXTEND DISCOVERY SCHEDULE AND AMEND CMO 31 to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                         /s/ Daniel J. Bennett
                                          Daniel J. Bennett