UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 06-11337 ) |
| THIS DOCUMENT RELATES TO: | ) (Original Central District of California ) No. 03-CV-2238) ) |
| State of California, *ex rel*. Ven-A-Care v. Abbott Laboratories, Inc., *et al.,* CASE # 1:03-cv-11226-PBS | ) Judge Patti B. Saris ) ) ) |

**[PROPOSED] CASE MANAGEMENT ORDER NO. _____**

Paragraph 9 of CMO 31 is hereby amended to read as follows:

9.  Unless otherwise directed by the Court, the following deadlines shall apply from the date of entry of the instant CMO. In instances where a particular deadline falls on a holiday or weekend, the deadline will be extended to the first business day following the holiday or weekend:

| DEADLINE | ACTION |
|---|---|
| June 10, 2008 | Deadline for joinder of any new parties to the case. |
| September 2008 | Parties to engage in mediation |
| June 15, 2009 | All fact discovery shall be completed. |
| July 2009 (to be scheduled by the Court) | Status Conference |
| August 15, 2009 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 15, 2009 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |

- 2 -

| DEADLINE | ACTION |
|---|---|
| December 15, 2009 | All expert depositions shall be completed |
| January 15, 2010 | Deadline to file Motions for Summary Judgment. |
| February 15, 2010 | Deadline to file Responses to Motions for Summary Judgment. |
| March 1, 2010 | Deadline to file Replies to Responses to Motions for Summary Judgment. |
| March 15, 2010 | Deadline to file Surreplies to Replies to Responses to Motions for Summary Judgment. |

DATED this \_\_\_\_ day of _____, 2008.

_____
PATTI B. SARIS
United States District Judge