UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>GSK SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MOTION FOR OVERLENGTH BRIEF IN WHICH TO RESPOND TO KENT WILLIAMS' MOTION FOR COURT REVIEW OF LEAD COUNSEL'S <u>ALLOCATION OF GSK FEE AWARD</u>**

Pursuant to LR 7.1(b)(4), Class Counsel respectfully request leave to file a 34-page response to Kent Williams' Motion for Court Review of Lead Counsel's Allocation of GSK Fee Award, 14 pages in excess of the 20 pages permitted by the Court's Local Rules. Class Counsel have made a good faith effort to respond to Williams' motion as briefly and succinctly as possible. However, Class Counsel request this extension of the page limits because Class Counsel need more pages in order to provide a thorough response to all of the issues raised by Williams so that the Court is satisfied that Lead Class Counsel faithfully carried out their duties in allocating fees fairly and reasonably. Accordingly, Class Counsel request leave of this Court to file a response brief of up to 34 pages, including the signature block.

DATED: November 14, 2008.              By     /s/ **Steve W. Berman**
                                               Thomas M. Sobol (BBO#471770)
                                               Edward Notargiacomo (BBO#567636)
                                           Hagens Berman Sobol Shapiro LLP
                                           One Main Street, 4th Floor
                                           Cambridge, MA  02142
                                           Telephone: (617) 482-3700
                                           Facsimile: (617) 482-3003

                                           **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MOTION FOR OVERLENGTH BRIEF IN WHICH TO RESPOND TO KENT WILLIAMS' MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 14, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                         **/s/ Steve W. Berman**
                                          Steve W. Berman