# Exhibit 4

| Tier | Firm | Expenses Reimb. | Fee Allocation | Total Allocation |
|---|---|---|---|---|
| I | Hagens Berman Sobol Shapiro LLP | $656,779.13 | 6,125,494.38 | 6,782,273.51 |
| | Wexler Toriseva Wallace LLP | 271,836.81 | 2,895,436.55 | 3,167,273.36 |
| | Spector, Roseman & Kodroff, P.C. | 279,906.43 | 2,179,902.01 | 2,459,808.44 |
| | Hoffman & Edelson, LLC | 288,961.96 | 1,627,636.53 | 1,916,598.49 |
| | Subtotal | 1,497,484.33 | 12,814,150.84 | $14,325,953.80 |
| II | Heins, Mills & Olson, P.L.C. | 84,352.48 | 1,019,748.35 | 1,104,100.83 |
| | Kline & Specter, P.C. | 102,451.72 | 524,125.24 | 626,576.97 |
| | Subtotal | 186,804.20 | 1,543,873.60 | 1,730,677.80 |
| IIIA | Cuneo Gilbert & Laduca, LLP | 20,836.51 | 117,831.24 | 138,667.75 |
| | RodaNast, P.C. | 2,891.00 | 99,895.22 | 102,786.23 |
| IIIB | Bolognese & Associates, LLC | 4,362.41 | 45,181.24 | 49,543.65 |
| | Rossbacher Firm | 8,524.19 | 13,636.97 | 22,161.16 |
| | Sheller, P.C. | 19,024.75 | 192,288.64 | 211,313.39 |
| | Shepherd, Finkleman, Miller & Shah, LLC | 5,001.06 | 133,548.61 | 138,549.66 |
| | Squitieri & Fearon, LLP | 3,580.41 | 11,266.55 | 14,846.96 |
| IIIC | Audet & Partners, LLP | 3,710.03 | 25,880.88 | 29,590.91 |
| | Carey & Danis, LLC | 4,173.56 | 8,853.20 | 13,026.77 |
| | Cohen, Milstein, Hausfeld & Toll, LLC | 3,199.23 | 29,612.85 | 32,812.08 |
| | Freeman & Lorry, P.C. | 0.00 | 430.29 | 430.29 |
| | Hanzman, Criden & Love, P.A. | 127.36 | 3,265.79 | 3,393.15 |
| | Hulett Harper Stewart, LLP | 336.54 | 739.83 | 1,076.37 |
| | Karmel Law Firm | 84.67 | 2,293.20 | 2,377.87 |
| | Law Office of Adam S. Levy | 1,568.82 | 21,789.98 | 23,358.80 |
| | Piper & Associates | 19,177.22 | 57,296.93 | 76,474.15 |
| | Trujillo Rodriguez & Richards, LLC | 766.42 | 29,376.79 | 30,143.21 |
| | Weller, Green, Toups & Terrell, L.L.P. | 6,609.82 | 119,044.93 | 125,654.75 |
| | Williams Law Firm | 6,479.22 | 148,011.58 | 154,490.79 |
| | Young, Pickett & Lee | 11.17 | 20,466.81 | 20,477.98 |
| | Subtotal | 110,464.39 | 1,080,711.52 | 1,191,175.91 |
| | Grand Total | $1,794,752.93 | 15,438,735.96 | $17,247,807.51 |