# Exhibit 6

## GSK-Related Kent Williams Billings

| Time Entry No. | Amount Billed |
|---|---|
| 119 | $247.50 |
| 213 | 990.00 |
| 221 | 4,207.50 |
| 222 | 2,846.25 |
| 223 | 3,836.25 |
| 224 | 4,702.50 |
| 225 | 2,722.50 |
| 228 | 4,207.50 |
| 301 | 3,217.50 |
| 302 | 5,692.50 |
| 303 | 4,207.50 |
| 306 | 2,722.50 |
| 307 | 3,960.00 |
| 308 | 3,712.50 |
| 309 | 2,976.00 |
| 310 | 4,455.00 |
| 312 | 1,980.00 |
| 313 | 2,970.00 |
| 314 | 3,217.50 |
| 315 | 5,940.00 |
| 320 | 371.25 |
| 324 | 495.00 |
| 327 | 495.00 |
| 403 | 1,732.50 |
| 404 | 2,722.50 |
| 405 | 3,588.75 |
| 406 | 990.00 |
| 410 | 990.00 |
| 417 | 247.50 |
| 419 | 1,608.75 |
| 420 | 495.00 |
| 501 | 990.00 |
| 516 | 372.25 |
| 623 | 1,732.50 |
| 626 | 742.50 |
| 627 | 1,113.75 |
| **Total** | **$87,498.25** |