UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| _____ | ) ) | Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc. and Hospira, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**NOTICE OF FILING RESPONSE OF PLAINTIFF
VEN-A-CARE OF THE FLORIDA KEYS, INC.
TO DEFENDANT ABBOTT LABORATORIES, INC.'S
<u>INTERROGATORY NUMBER 20</u>**

VEN-A-CARE OF THE FLORIDA KEYS, INC. ("Plaintiff" or "Ven-A-Care"), by and

through its undersigned counsel, pursuant to Judge Saris's Order dated September 17,

2008 files the attached, Exhibit "A," Response to Defendant Abbott Laboratories, Inc.'s

Interrogatory Number 20.

DATED: NOVEMBER 17, 2008

For the Relator,
Ven-A-Care of the Florida Keys, Inc.

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL  33029-7470
Phone:  954-874-1635
Fax: 954-874-1739

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above NOTICE OF FILING RESPONSE OF PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC. TO DEFENDANT ABBOTT LABORATORIES, INC.'S INTERROGATORY NUMBER 20 to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

<table>
<tr><td></td><td>/s/ Alison W. Simon_____</td></tr>
<tr><td>Dated: November 17, 2008</td><td>Alison W. Simon</td></tr>
</table>