UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY   )<br>AVERAGE WHOLESALE PRICE            )<br>LITIGATION                                              )<br>                                                                 )<br>THIS DOCUMENT RELATES TO:           )<br>                                                                 )<br>**ASTRAZENECA AND BRISTOL-MYERS**  )<br>**SQUIBB CO. CLASS 2/3 TRIAL**              ) | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |

**[PROPOSED]**
**CONSOLIDATED ORDER RE: MOTION FOR NATIONWIDE CLASS**
**CERTIFICATION RELATING TO ASTRAZENECA AND THE BMS GROUP**

November __, 2008

Saris, U.S.D.J.

Pursuant to Fed. R. Civ. P. 23, plaintiffs have moved for an order certifying nationwide classes for claims against defendants AstraZeneca and BMS.  After considering the submissions of the parties and the record in this case, including the Class 2 and 3 trial under Massachusetts General Laws Chapter 93A, and after hearing on March 18, 2008, I order that plaintiffs' motion for nationwide class certification is **ALLOWED IN PART AND DENIED IN PART**.  The Court relies on the reasons stated in *In re Pharm. Indus. Average Wholesale Price Litig.*, 252 F.R.D. 83 (D. Mass. 2008).  The classes are certified as follows:

### I. CLASSES AND SUBCLASSES CERTIFIED

The Court certifies the following Classes:

**A.** **Class 2:  Third-Party Payor Medigap Supplemental Insurance Class.**

    1. Class Definition:

        All Third-Party Payors who made reimbursements for drugs based on AWP for a Medicare Part B covered Subject Drug that was manufactured by AstraZeneca (AstraZeneca PLC, Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., and AstraZeneca U.S.) or the BMS Group (Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc.).

    2. This class is subdivided into two subclasses corresponding to each defendant group.

    3. The Court certifies the following plaintiffs as representatives of these Subclasses pursuant to Fed. R. Civ. P. 23(b)(3):  United Food and Commercial Workers Unions and Employees Midwest Health Benefits Fund and Sheet Metal Workers National Health Fund.

    4. The unfair and deceptive trade practices acts of the following 24 jurisdictions shall apply to these Subclasses:  (a) Ariz. Rev. Stat. § 44-1521, *et seq.*; (b) Ark. Code § 4-88-101, *et seq.*; (c) Cal. Bus. & Prof. Code §§ 17200, *et seq.*, 1770; (d) Colo. Rev. Stat. § 6-1-101, *et seq.*; (e) Conn. Gen. Stat. § 42-110a, *et seq.*; (f) 6 Del. Code § 2511, *et seq.*; (g) Fla. Stat. § 501.201, *et seq.*; (h) Idaho Code § 48-601, *et seq.*; (i) 815 ILCS § 505/1, *et seq.*; (j) Me. Rev. Stat. Ann. Tit. 5, § 205-A, *et seq.*; (k) Minn. Stat. § 325F.68, *et seq.*; (l) Neb. Rev. Stat. § 59-1601, *et seq.*; (m) Nev. Rev. Stat. § 598.0903, *et seq.*; (n) N.H. Rev. Stat. § 358-A:1, *et seq.*; (o) N.J. Stat. Ann. § 56:8-1, *et seq.*; (p) N.M. Stat. Ann. § 57-12-1, *et seq.*; (q) N.Y. Gen. Bus. Law § 349, *et seq.*; (r) N.C. Gen. Stat. § 75-1.1, *et seq.*; (s) N.D. Cent. Code § 51-15-01, *et seq.*; (t) S.D. Code Laws § 37-24-1, *et seq.*; (u) Tex. Bus. & Com. Code § 17.41, *et seq.* (but only to

the extent the TPP has assets less than $25 million); (v) Vt. Stat. Ann. tit. 9, § 2451, *et seq.*; (w) Wash. Rev. Code § 19.86.010, *et seq.*; and (x) Wyo. Stat. § 40-12-101, *et seq.*  Plaintiffs allege that they have complied with the notice provisions of all consumer protection acts requiring such notice.

   5. This class is certified pursuant to Fed. R. Civ. P. 23(b)(3).

**B.** **Class 3:  Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context.**

   1. Class Definition:

> All natural persons who made, or who incurred an obligation enforceable at the time of judgment to make, a payment for a physician-administered Subject Drug that was manufactured by AstraZeneca (AstraZeneca PLC, Zeneca, Inc., AstraZeneca Pharmaceuticals L.P., and AstraZeneca U.S.) or the BMS Group (Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp., and Apothecon, Inc.); and all Third-Party Payors who made reimbursements based on contracts expressly using AWP as a pricing standard for a physician-administered Subject Drug that was manufactured by AstraZeneca or the BMS Group.  Included within this Class are natural persons who paid coinsurance (i.e., co-payments proportional to the reimbursed amount) for a Subject Drug, where such coinsurance was based upon use of AWP as a pricing standard.  Excluded from this Class are any payments or reimbursements for generic drugs that are based on MAC and not AWP.

   2. This class is subdivided into two subclasses corresponding to each defendant group.

   3. The Court certifies the following plaintiffs as representatives of these Subclasses pursuant to Fed. R. Civ. P. 23(b)(3):  United Food and Commercial Workers Unions and Employees Midwest Health Benefits Fund, Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("PMBT") (for BMS Only), Board of Trustees of Carpenters and Millwrights of Houston and Vicinity Welfare Trust Fund ("CMHV"), Teamsters Health & Welfare Fund of Philadelphia and Vicinity ("THWF"), Cheryl Barreca (for BMS only), Anna Choice (for BMS

only), Joyce Dison (for BMS only), Donna Kendall (for BMS only), Sandra Leef (for BMS only), Gerald Miller (for BMS only), Constance Nelson (for BMS only), Andrea Palenica (for BMS only), Scott Tell (for BMS only), Pauline Vernick (for BMS only), and Mardolyn Vescovi (for BMS only).

4. The unfair and deceptive trade practices acts of the following 19 jurisdictions shall apply to these Subclasses: (a) Ark. Code § 4-88-101, *et seq.*; (b) Colo. Rev. Stat. § 6-1-101, *et seq.*; (c) Conn. Gen. Stat. § 42-110a, *et seq.*; (d) 6 Del. Code § 2511, *et seq.*; (e) Fla. Stat. § 501.201, *et seq.*; (f) Idaho Code § 48-601, *et seq.*; (g) 815 ILCS § 505/1, *et seq.*; (h) Me. Rev. Stat. Ann. Tit. 5, § 205-A, *et seq.*; (i) Minn. Stat. § 325F.68, *et seq.*; (j) Neb. Rev. Stat. § 59-1601, *et seq.*; (k) Nev. Rev. Stat. § 598.0903, *et seq.*; (l) N.H. Rev. Stat. § 358-A:1, *et seq.*; (m) N.J. Stat. Ann. § 56:8-1, *et seq.*; (n) N.M. Stat. Ann. § 57-12-1, *et seq.*; (o) N.Y. Gen. Bus. Law § 349, *et seq.*; (p) N.D. Cent. Code § 51-15-01, *et seq.*; (q) Tex. Bus. & Com. Code § 17.41, *et seq.* (but only to the extent the TPP has assets less than $25 million); (r) Vt. Stat. Ann. tit. 9, § 2451, *et seq.*; and (s) Wash. Rev. Code § 19.86.010, *et seq.* Plaintiffs allege that they have complied with the notice provisions of all consumer protection acts requiring such notice.

5. In addition, a consumer subclass is certified under the foregoing unfair and deceptive trade practices acts and the following eight additional unfair and deceptive trade practices acts, which do not afford a legal remedy to commercial entities like TPPs: (a) D.C. Code § 28-3901, *et seq.*; (b) Haw. Rev. Stat. § 480-1, *et seq.*; (c) Kan. Stat. § 50-623, *et seq.*; (d) Mich. Stat. § 445.901, *et seq.*; (e) Mo. Rev. Stat. § 407.010, *et seq.*; (f) Okla. Stat. tit. 15 § 751, *et seq.*; (g) R.I. Gen. Laws. § 6-13.1-1, *et seq.*; and (h) W. Va. Code § 46A-6-101, *et seq.*

6. This class is certified pursuant to Fed. R. Civ. P. 23(b)(3).

## II.     MISCELLANEOUS

1.      The Class Period ends on December 8, 2003. The start date varies with the statute of limitations in each state. However, no start date will be earlier than 1992 when the Medicare regulations first reimbursed based on AWP.

2.      Excluded from these Classes are: the defendants herein; any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of the defendants' immediate families; any person, firm, trust, corporation, officer, director or any individual or entity in which any defendant has a controlling interest or which is related to, or affiliated with, any defendant; the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded parties and governmental entities.

3.      Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-Lead Counsel: Hagens Berman Sobol Shapiro LLP; Spector Roseman Kodroff & Willis, P.C.; Hoffman & Edelson; and Wexler Wallace LLP. The Court finds that Co-Lead Counsel are adequate and the counsel best able to represent the interests of the Classes.

4.      The Court retains the discretion under Rule 23 to modify this Order.

5.      The Court declines to certify issues for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) or to recommend appeal pursuant to Fed. R. Civ. P. 23(f).

_____
PATTI B. SARIS
United States District Judge

# TABLE OF SUBJECT DRUGS

**ASTRAZENECA**

| NDC | Description |
|---|---|
| 00310096036 | Zoladex 3.6mg 1xlEA Depot |
| 003100961 30 | Zoladex 10.8mg 1xlEA Depot |
| 00310095130 | Zoladex 10.8mg 1x1 EA Depot |
| 00310095036 | Zoladex 3.6mg 1xlEA Depot |

**BMS GROUP**

| NDC | Description |
|---|---|
| 00015301026 | BLENOXANE INJ 15 UNIT VHA |
| 00015301020 | BLENOXANE INJ 15 UNIT VL |
| 00015306326 | BLENOXANE INJ 30 UNIT VHA |
| 00015306301 | BLENOXANE INJ 30 UNIT VL |
| 00015053910 | CYTOXAN 100MG LYOPH W/CYT |
| 00015054812 | CYTOXAN 1G 6X50ML VHA+ |
| 00015054810 | CYTOXAN IGM LYOPH W/CYTOG |
| 00015054610 | CYTOXAN 200MG LYOPH W/CYT |
| 00015054912 | CYTOXAN 2G 6X100ML VHA+ |
| 00015054910 | CYTOXAN 2GM LYOPH W/CYTOG |
| 00015054710 | CYTOXAN 500MG LYOPH W/CYT |
| 00015050001 | CYTOXAN FOR INJ 100 MG |
| 00015050041 | CYTOXAN INJ 100MG |
| 00015050641 | CYTOXAN INJ IX2GM VIAL |
| 00015050241 | CYTOXAN INJ 1X500MG VIAL |
| 00015050141 | CYTOXAN INJ 200MG |
| 00015054712 | CYTOXAN LYO 500MG VL VHA |
| 00015054741 | CYTOXAN LYOPH 500MG |
| 00015053941 | CYTOXAN LYOPHILIZED 100MG |
| 00015054841 | CYTOXAN LYOPHILIZED 1GM |
| 00015054641 | CYTOXAN LYOPHILIZED 200MG |
| 00015054941 | CYTOXAN LYOPHILIZED 2GM |
| 00015050541 | CYTOXAN PlNJ 1X1G VIAL |
| 00015050303 | CYTOXAN TABLETS 50 MG |
| 00015050302 | CYTOXAN TABLETS 50MG |
| 00015050401 | CYTOXAN TABS 25MG |
| 00015050301 | CYTOXAN TABS 50MG |
| 00015050348 | CYTOXAN TABS 50MG |
| 00015321429 | PARAPLATIN 10X15ML VHA+ |
| 00015321529 | PARAPLATIN 10X45ML VHA+ |
| 00015321329 | PARAPLATIN 10X5ML VHA+ |

| NDC | Description |
|---|---|
| 00015321410 | PARAPLATIN 150MG LYOPH CY |
| 00015321430 | PARAPLATIN 1X150MG LYO VL |
| 00015321530 | PARAPLATIN 1X450MG LYO VL |
| 00015321510 | PARAPLATIN 450MG VL W/CYT |
| 00015321330 | PARAPLATIN 50MG LYOPHILIZ |
| 00015321310 | PARAPLATIN 50MG W/CYTO |
| 00015335322 | RUBEX 100 MG LYOPHILIZED |
| 00015335324 | RUBEX 100MG IMMUNEX LABEL |
| 00015335124 | RUBEX 10MG IMMUNEX LABEL |
| 00015335122 | RUBEX 10MG LYOPHILIZED |
| 00015335224 | RUBEX 50MG IMMUNEX LABEL |
| 00015335222 | RUBEX 50MG LYOPHILIZED |
| 00015347630 | TAXOL 100MG INJ MULTIDOSE |
| 00015347627 | TAXOL 100MG SEM-SYN VIAL |
| 00015347620 | TAXOL 100MG/16.7ML VHA+ L |
| 00015347911 | TAXOL 300MG/50ML VIAL |
| 00015345620 | TAXOL 30MG CONC FOR INJ |
| 00015347530 | TAXOL 30MG INJ MULTIDOSE |
| 00015347527 | TAXOL 30MG SEM-SYN VIAL |
| 00015347520 | TAXOL 30MG/5ML VHA+ LABEL |
| 00015309510 | VEPESID 100MG VIAL W/CYTO |
| 00015309530 | VEPESID 100MG VL W/O CYTO |
| 00015306224 | VEPESID 1G 50ML VIAL VHA+ |
| 00015306220 | VEPESID 1GM/50ML |
| 00015306120 | VEPESID 500MG |
| 00015306124 | VEPESID 500MG 25ML VL VHA |
| 00015309145 | VEPESID 50MG CAPSULES |
| 00015309520 | VEPESID INJ 100MG/5ML |
| 00015308420 | VEPESlD INJ 150MG/7.5ML |

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] CONSOLIDATED ORDER RE: MOTION FOR NATIONWIDE CLASS CERTIFICATION RELATING TO ASTRAZENECA AND THE BMS GROUP** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 20, 2008, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By  **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292