# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The City of New York v. Abbott Labs., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br>*County of Albany v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br>*County of Allegany v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br>*County of Broome v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-00456<br>*County of Cattaraugus v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br>*County of Cayuga v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br>*County of Chautauqua v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br>*County of Chemung v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br>*County of Chenango v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br>*County of Columbia v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br>*County of Cortland v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0881<br>*County of Dutchess v. Abbott Labs., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br>*County of Essex v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br>*County of Fulton v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0519<br>*County of Genesee v. Abbott Labs., et al.*<br>W.D.N.Y. Case No. 05-CV-00267<br>*County of Greene v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-0474<br>*County of Herkimer v. Abbott Labs., et al.*<br>N.D.N.Y. Case No. 05-CV-00415<br>*County of Jefferson v. Abbott Labs., et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Judge Patti B. Saris<br><br><br><br><br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

147171v2

N.D.N.Y. Case No. 05-CV-0715                    )
*County of Lewis v. Abbott Labs., et al.*       )
N.D.N.Y. Case No. 05-CV-0839                    )
*County of Madison v. Abbott Labs., et al.*     )
N.D.N.Y. Case No. 05-CV-0714                    )
*County of Monroe v. Abbott Labs., et al.*      )
W.D.N.Y. Case No. 05-CV-6148                    )
*County of Niagara v. Abbott Labs., et al.*     )
W.D.N.Y. Case No. 05-CV-6296                    )
*County of Oneida v. Abbott Labs., et al.*      )
N.D.N.Y. Case No. 05-CV-0489                    )
*County of Onondaga v. Abbott Labs., et al.*    )
N.D.N.Y. Case No. 05-CV-0088                    )
*County of Ontario v. Abbott Labs., et al.*     )
W.D.N.Y. Case No. 05-CV-6373                    )
*County of Orleans v. Abbott Labs., et al.*     )
W.D.N.Y. Case No. 05-CV-6371                    )
*County of Putnam v. Abbott Labs., et al.*      )
S.D.N.Y. Case No. 05-CV-4748                    )
*County of Rensselaer v. Abbott Labs., et al.*  )
N.D.N.Y. Case No. 05-CV-0422                    )
*County of Rockland v. Abbott Labs., et al.*    )
S.D.N.Y. Case No. 03-CV-7055                    )
*County of St. Lawrence v. Abbott Labs., et al.* )
N.D.N.Y. Case No. 05-CV-0479                    )
*County of Saratoga v. Abbott Labs., et al.*    )
N.D.N.Y. Case No. 05-CV-0478                    )
*County of Schuyler v. Abbott Labs., et al.*    )
W.D.N.Y. Case No. 05-CV-6387                    )
*County of Seneca v. Abbott Labs., et al.*      )
W.D.N.Y. Case No. 05-CV-6370                    )
*County of Steuben v. Abbott Labs., et al.*     )
W.D.N.Y. Case No. 05-CV-6223                    )
*County of Suffolk v. Abbott Labs., et al.*     )
E.D.N.Y. Case No. 01-CV-12257                   )
*County of Tompkins v. Abbott Labs., et al.*    )
N.D.N.Y. Case No. 05-CV-0397                    )
*County of Ulster v. Abbott Labs., et al.*
N.D.N.Y. Case No. 06-CV-123
*County of Warren v. Abbott Labs., et al.*      )
N.D.N.Y. Case No. 05-CV-0468                    )
*County of Washington v. Abbott Labs., et al.*  )
N.D.N.Y. Case No. 05-CV-0408                    )
*County of Wayne v. Abbott Labs., et al.*       )
W.D.N.Y. Case No. 05-CV-6138                    )
*County of Westchester v. Abbott Labs., et al.* )

147171v2

S.D.N.Y. Case No. 03-CV-6178 )
*County of Wyoming v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-6379 )
*County of Yates v. Abbott Labs., et al.* )
W.D.N.Y. Case No. 05-CV-06172 )
   -- and -- )
*County of Nassau v. Abbott Labs, et al.* )
(E.D.N.Y. No. 04-CV-5126) )
   -- and -- )
*County of Orange v. Abbott Laboratories,* )
*et al.*, S.D.N.Y. No. 07-CV-2777 )
    )

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST AVENTIS PHARMACEUTICALS, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that the claims of Plaintiffs in this action against Aventis Pharmaceuticals. Inc., and/ or its predecessors, subsidiaries, joint venture owners, corporate parents and affiliates, successors and assigns, including but not limited to Dermik Laboratories, Aventis Behring, LLC (now known as ZLB Behring, LLC), Hoechst Marion Roussel, Inc., and Sanofi-Synthelabo, Inc., are dismissed with prejudice and without costs to any party.

A proposed order to effectuate this dismissal is attached.

                      **KIRBY McINERNEY & SQUIRE, LLP**

By: _____
       Joanne M. Cicala, Esq.
       James P. Carroll Jr., Esq.
       Aaron D. Hovan, Esq.
       830 Third Avenue
       New York, New York 10022
       (212) 371-6600

*On behalf of the City of New York and all captioned New York Counties except Nassau and Orange*

147171v2

MILBERG LLP

By: _____
Ross B. Brooks, Esq.
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*On Behalf of the County of Nassau*

**LEVY PHILLIPS & KONISGBERG**

By: _____
Stanley J. Levy
800 Third Avenue
New York, New York 10022
Telephone: (212) 605-6200

*On behalf of the County of Orange*

147171v2