# EXHIBIT B

|  |  |
|---|---|
| Miriam Lieberman/Chicago/Kirkland-Ellis<br>07/10/2008 10:16 AM | To "Abdullah, Tariq [KHPA]" <Tariq.Abdullah@khpa.ks.gov><br>cc<br>bcc John Reale/Chicago/Kirkland-Ellis<br>Subject Re: KHPA Subpoena (In re: Pharma Ind. Avg. Wholesale Price Litigation) |

Hi, Tariq,

Thank you for speaking with me yesterday and today. I am confirming our agreement that the production deadline for the subpoena will be extended to July 31, with the understanding that if you are able to produce the documents earlier, you will.

Thanks!

Miriam

Miriam Lauren Lieberman | Associate | Kirkland & Ellis LLP
200 EAST RANDOLPH DRIVE • 60TH FLOOR | CHICAGO, IL 60601-6636
DIRECT PHONE (312) 469-7334 | DIRECT FAX (312) 660-0977 |
EMAIL mlieberman@kirkland.com | TOLL FREE (800) 334-3133 Ext. 7334 |

"Abdullah, Tariq [KHPA]" <Tariq.Abdullah@khpa.ks.gov>



|  |  |
|---|---|
| "Abdullah, Tariq [KHPA]" <Tariq.Abdullah@khpa.ks.gov><br>07/07/2008 02:52 PM | To mlieberman@kirkland.com<br>cc<br>Subject KHPA Subpoena (In re: Pharma Ind. Avg. Wholesale Price Litigation) |

Hi, Miriam. My name is Tariq Abdullah and I am an attorney with the KS Health Policy Authority. I believe you have already spoken with our General Counsel, Ann Ruselowski.

I have recently been given the task of coordinating the KHPA's response to your subpoena. I was hoping that we could speak in the near future in this regard.

I can be reached at the number below. Or, if you would rather, we could set a date and time for a teleconference. Please advise.

Thanks, and I look forward to hearing from you soon.

**Tariq Abdullah**
**Attorney**
**KANSAS HEALTH POLICY AUTHORITY**
**900 S.W. Jackson, 9th Flr.**
**Topeka, KS 66612**
**785.296.4271 phone**
**785.296.8017 fax**
**tariq.abdullah@khpa.ks.gov**

http://www.khpa.ks.gov

KHPA Disclaimer

****************************************************************
HIPAA Privacy Statement, Email Confidentiality Statement: This message
and accompanying documents are covered by the Electronic
Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, and the Health
Insurance Portability and Accountability Act, 42 U.S.C. Sec. 1320d,
et seq , and contain information intended for the specified
individual(s) only.  This information is confidential.
If you are not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review,
dissemination, copying, or the taking of any action based on the
contents of this information is strictly prohibited.  If you have
received this communication in error, please notify us immediately
by E-mail, and delete the original message.
****************************************************************

===========================================================
=============