# EXHIBIT E



"Abdullah, Tariq [KHPA]"
<Tariq.Abdullah@khpa.ks.go
v>

09/09/2008 02:50 PM

To "Miriam Lieberman" <mlieberman@kirkland.com>

cc

Subject Ven-A-Care/KHPA

Hi, Miriam. Here is what I can tell you at this time:

1. Document compilation will be completed by 11/12/2008. Next Tuesday, I'll be speaking with those working on the project again and they will give me dates of items they think will be completed prior to that date.

2. I have no response yet to your request we reconsider certain objections based on the Protective Order. I'll let you know as soon as I do. Please note that this would impact the Myers Stauffer docs, as those are requested in #11.

3. Our office has not received a document retention notice.

Feel free to contact me with any questions or concerns. However, I will be out of the office until Thursday morning.

**Tariq Abdullah**
**Attorney**
**KANSAS HEALTH POLICY AUTHORITY**
**900 S.W. Jackson, 9th Flr.**
**Topeka, KS 66612**
**785.296.4271 phone**
**785.296.8017 fax**
**tariq.abdullah@khpa.ks.gov**
**http://www.khpa.ks.gov**

KHPA Disclaimer

*************************************************************
HIPAA Privacy Statement, Email Confidentiality Statement: This message
and accompanying documents are covered by the Electronic
Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, and the Health
Insurance Portability and Accountability Act, 42 U.S.C. Sec. 1320d,
*et seq*, and contain information intended for the specified

individual(s) only.  This information is confidential.
If you are not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review,
dissemination, copying, or the taking of any action based on the
contents of this information is strictly prohibited.  If you have
received this communication in error, please notify us immediately
by E-mail, and delete the original message.
*********************************************************************

=====================================================================
=============