# EXHIBIT F

From: "Abdullah, Tariq [KHPA]" [Tariq.Abdullah@khpa.ks.gov]
Sent: 10/22/2008 01:08 PM EST
To: Miriam Lieberman
Subject: KHPA

Miriam, I didn't get the docs to the FedEx drop in time last night, so you will have them tomorrow.

Also, I am close on the deponent. Should have something soon.

Tariq Abdullah
Attorney
KANSAS HEALTH POLICY AUTHORITY
900 S.W. Jackson, 9th Flr.
Topeka, KS 66612
785.296.4271 phone
785.296.8017 fax
tariq.abdullah@khpa.ks.gov
http://www.khpa.ks.gov


KHPA Disclaimer

*************************************************************
HIPAA Privacy Statement, Email Confidentiality Statement: This message
and accompanying documents are covered by the Electronic
Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, and the Health
Insurance Portability and Accountability Act, 42 U.S.C. Sec. 1320d,
et seq , and contain information intended for the specified
individual(s) only.  This information is confidential.
If you are not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review,
dissemination, copying, or the taking of any action based on the
contents of this information is strictly prohibited.  If you have
received this communication in error, please notify us immediately
by E-mail, and delete the original message.
*************************************************************

===========================================================
==============