# EXHIBIT G

From: "Abdullah, Tariq [KHPA]" [Tariq.Abdullah@khpa.ks.gov]
Sent: 10/22/2008 05:14 PM EST
To: Miriam Lieberman
Cc: "Ruselowski, Ann [KHPA]" <Ann.Ruselowski@khpa.ks.gov>
Subject: KHPA Subpoena

Miriam, I received word today from the AG's office that we not send any docs to you until they have finished a complete review. They had not reviewed, yet, those items that were being FedEx'd to you today. As such, I pulled the FedEx from the outgoing mail. My hands are tied on this and I must comply with the AGs office. I will get a contact name and number at their office if you would like.

Tariq Abdullah
Attorney
KANSAS HEALTH POLICY AUTHORITY
900 S.W. Jackson, 9th Flr.
Topeka, KS 66612
785.296.4271 phone
785.296.8017 fax
tariq.abdullah@khpa.ks.gov
http://www.khpa.ks.gov

KHPA Disclaimer
*****************************************************************
HIPAA Privacy Statement, Email Confidentiality Statement: This message

and accompanying documents are covered by the Electronic

Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, and the Health

Insurance Portability and Accountability Act, 42 U.S.C. Sec. 1320d,

et seq , and contain information intended for the specified

individual(s) only.  This information is confidential.

If you are not the intended recipient or an agent responsible for

delivering it to the intended recipient, you are hereby notified that

you have received this document in error and that any review,

dissemination, copying, or the taking of any action based on the

contents of this information is strictly prohibited.  If you have

received this communication in error, please notify us immediately by E-mail, and delete the original message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
================================================================

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*