# EXHIBIT H

# Beasley Allen
### BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
##### Attorneys at law

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | 218 COMMERCE STREET | FRANK WOODSON | RUSSELL T. ABNEY * |
| J. GREG ALLEN | C. GIBSON VANCE | POST OFFICE BOX 4160 | KENDALL C. DUNSON | NAVAN WARD, JR. |
| MICHAEL J. CROW | J. P. SAWYER | MONTGOMERY, ALABAMA | SCARLETTE M. TULEY | WESLEY CHADWICK COOK |
| THOMAS J. METHVIN | C. LANCE GOULD | 36103-4160 | ROMAN ASHLEY SHAUL | CHRISTOPHER D. GLOVER |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | (334) 269-2343 | W. ROGER SMITH, III | JOHN E. TOMLINSON |
| W. DANIEL MILES, III | DANA G. TAUNTON | (800) 898-2034 | P. LEIGH O'DELL | WILLIAM H. ROBERTSON, V |
| R. GRAHAM ESDALE, JR. | J. MARK ENGLEHART | FAX: (334) 954-7555 | D. MICHAEL ANDREWS | H. CLAY BARNETT, III |
| JULIA ANNE BEASLEY | CLINTON C. CARTER | BeasleyAllen.com | BENJAMIN L. LOCKLAR | MARY PAT CROOK |
| RHON E. JONES | BENJAMIN E. BAKER, JR. | | LARRY A. GOLSTON, JR. | CHRISTOPHER D. BOUTWELL |
| LABARRON N. BOONE | DAVID B. BYRNE, III | | MELISSA A. PRICKETT | J. PARKER MILLER |
| ANDY D. BIRCHFIELD, JR. | TED G. MEADOWS | | ALYCE S. ROBERTSON | SOME ATTORNEYS ADMITTED IN: AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY, OH, OK, PA, SC, TN, TX, WV  * NOT ADMITTED IN ALABAMA |

October 23, 2008

**VIA EMAIL**

Mr. John W. Reale
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Mr. Neil Merkl
Kelly Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Re:   In re: Pharmaceutical Industry Average Wholesale Pricing Litigation
       United States District Court for the District of Massachusetts
       Master File No. 01-CV-12257-PBS/MDL No. 1456

Dear Counsel:

Please be advised that this firm, along with Bartimus Frickleton Robertson & Gorny, has been retained by the State of Kansas for representation in the AWP litigation. In the course of this representation, the "Notice of Videotaped Deposition of Non-Party State of Kansas Health Policy Authority" filing has come to my attention. This deposition needs to be postponed for many reasons, including, but not limited to, our recent retention as counsel, scheduling conflicts and the fact that all parties to the Kansas AWP litigation will need to be present at any deposition of a representative of the Kansas Health Policy Authority.

Addtionally, please be advised that our firms will now be handling all subpoenas served upon the State of Kansas relating to the AWP MDL or any other AWP related matters. Furthermore, we request that you cease your direct communications with Kansas officials and communicate only with our firms on any issues related to AWP litigation.

Mr. John W. Reale
Mr. Neil Merkl
October 23, 2008
Page 2 of 2

Thank you for your time and cooperation.

With kindest regard,

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**

CLINTON C. CARTER

CCC/mms
cc:  Michael Leitch (via email)
     Tariq Abdullah (via email)
     James Bartimus (via email)