# EXHIBIT J

"Clint Carter" <Clint.Carter@BeasleyAllen.com>



"Clint Carter"
<Clint.Carter@BeasleyAllen.com>
11/11/2008 02:47 PM

To <jreale@kirkland.com>
cc "Greta Beasley" <Greta.Beasley@BeasleyAllen.com>
Subject KS subpoena

Sorry I didn't get back with you yesterday.  Got your message and your aaumption is correct.  I would like to discuss though.  Will call you later this week.