UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc., by and through Donoghue, Barrett & Singal, P.C., hereby request that Ceylan A. Eatherton, Esq. be admitted *pro hac vice* in the above-referenced action. In support of this motion, undersigned counsel respectfully states as follows:

1. Ceylan A. Eatherton, Esq. is an attorney, who maintains an office for the practice of law at Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601.

2. Pursuant to Local Rule 83.5.3(b), I have attached, as Exhibit A, an affidavit signed by Attorney Eatherton, which indicates that Attorney Eatherton is in full compliance with the requirements of that local rule for admission *pro hac vice*.

3. The undersigned counsel requests that this court allow the motion so that Attorney Eatherton may file pleadings and appear and be heard at all proceedings in this case on behalf of the above-listed plaintiff.

4.      The undersigned counsel will appear as local counsel for Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc.

5.      Counsel for the plaintiffs have assented to the motion.

WHEREFORE, undersigned counsel respectfully requests that the court enter an order permitting Ceylan A. Eatherton to appear *pro hac vice* in this matter.

### LOCAL RULE 7.1 CERTIFICATION

I, Bruce A. Singal, Esq., hereby certify that I understand from Attorney Ceylan A. Eatherton that counsel for the plaintiffs have assented to this motion.

Respectfully submitted,

*/s/ Bruce A. Singal*
Bruce A. Singal, BBO #464420
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

Dated:  November 21, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on November 21, 2008.

*/s/ Bruce A. Singal*
Bruce A. Singal