**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL 1456

Master File No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:
*United States of America ex rel. Ven-A-Care of
the Florida Keys, Inc. v. Boehringer Ingelheim
Corporation, et al.*, Civil Action No. 07-
10248-PBS

Judge Patti B. Saris

## AFFIDAVIT OF CEYLAN A. EATHERTON

I, Ceylan A. Eatherton, depose and state as follows:

1.      I am an attorney at law licensed to practice in the State of Illinois.  I was admitted

to the Illinois Bar in 2005.  I am also admitted to practice in the United States District Court for

the Northern District of Illinois.

2.      I am a resident of Illinois and have been a practicing attorney for three years.

3.      I am currently an attorney in the law firm of Kirkland & Ellis LLP.

4.      I am a member in good standing of the Illinois Bar and am duly licensed and

admitted to practice law by the State of Illinois.  My Illinois attorney identification number is

6285674.

5.      I have never been suspended or disbarred in any jurisdiction and there are no

disciplinary actions pending against me.

6.      My clients, Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim

Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a

Boehringer Ingelheim Roxane, Inc. (collectively the "Boehringer Defendants"), in the above-

captioned action, have requested that I represent their interests in this matter.  The Boehringer

Defendants have been my clients since November 2005, and I have been actively involved in representing the Boehringer Defendants' interests since that time.

7.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will continue to represent the Boehringer Defendants in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amendable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury this 20th day of November, 2008.

Ceylan A. Eatherton

2