# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ | MDL No. 1456 <br><br> Master File No. 01-12257-PBS <br><br> Subcategory Case No. 06-11337 |
| **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | Judge Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

## MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW

The United States submits this motion for an extension of time until December 4, 2008 to submit privileged documents for *in camera* review pursuant to instructions stated by Judge Saris at a November 13, 2008 hearing in the above-captioned matter. The United States has already decided to release documents covered by 102 of the entries appearing on the schedule of documents submitted to the Court by defendants in advance of the November 13 hearing. The United States requires additional time to review material covered by the remaining entries on the schedule and to consult with officials at the affected federal agencies. In support of this request, the United States asserts the following points.

1. At the November 3, 2008 status hearing, the Court heard argument relating to defendant's motion for appointment of a special master to review documents which the Government has withheld from production based on the deliberative process privilege ("motion for special master"). The Court expressed her views with respect to general principles which the Government should consider when reviewing its privilege assertions in these cases. Government

counsel agreed to reassess the documents in light of the points stated by the Court. The Court directed the Government to submit, *in camera*, any documents described on the schedule appended to defendants' motion for a special master for which it would continue to assert the deliberative process privilege following its review. The schedule appended to defendants' motion for a special master lists 184 documents. Immediately following the November 13 hearing, Department of Justice counsel began reviewing the documents and conferring with agency counsel for DHHS Office of Inspector General (OIG) and the Centers for Medicare and Medicaid Services (CMS).

2. Despite diligent efforts by those involved, as of this filing, document review and consultation with agency counsel is not complete. However, the Government has now determined that it will produce all documents covered by 94 entries on defendants' schedule. The Government has determined that it will release portions of material covered by an additional 8 privilege log entries. The Government will continue to review the remaining documents and further confer with agency counsel concerning documents covered by the remaining 82 privilege log entries. The additional time is required to allow for consultation with senior officials at both CMS and OIG, which is necessary in light of the documents and interests at stake. Additional time is also required in light of the intervening national holiday and because undersigned Government counsel will be traveling between now and December 4th to attend depositions noticed by defendants in these cases as well as attending a hearing before the Magistrate Judge on December 1st.

3. The Government expects that when the review is complete, it will be able to submit any documents for which it ultimately elects to continue to assert privilege in discrete

categories and in a manner that should facilitate, and greatly expedite, review by the Court.

4. While the Government is very mindful of the impending discovery deadline, the Government notes that a substantial portion of the entries on the schedule appended to defendants' motion for a special master were drawn from a privilege log relating to the Government's production of documents subpoenaed in this MDL *prior* to the Government's intervention in the above-referenced *qui tam* actions. The privilege log for these documents was issued by the Government in *March 2005*. At no time over the past *three and a half years* has a defendant challenged any of the entries now before the Court or even so much as attempted to confer with the Government regarding the documents covered by those log entries.

5. The United States respectfully submits that granting the requested extension will lead to a more expeditious resolution of the issues raised by defendants' motion. Moreover, given the parties' current focus is on the completion of outstanding depositions of state Medicaid officials, a brief extension should not affect either on-going discovery or the December 15, 2008 discovery cut-off.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | GREGORY G. KATSAS |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| | |
| George B. Henderson, II | /s/ Justin Draycott |
| Assistant U.S. Attorney | Joyce R. Branda |
| John Joseph Moakley U.S. Courthouse | Daniel R. Anderson |
| Suite 9200, 1 Courthouse Way | Renée Brooker |
| Boston, MA 02210 | Justin Draycott |
| Phone: (617) 748-3398 | Gejaa T. Gobena |
| Fax: (617) 748-3272 | Rebecca Ford |
| | Civil Division |
| R. ALEXANDER ACOSTA | Commercial Litigation Branch |
| UNITED STATES ATTORNEY | P. O. Box 261 |
| SOUTHERN DISTRICT OF FLORIDA | Ben Franklin Station |
| | Washington, D.C.  20044 |
| /s/ Mark A. Lavine | Phone: (202) 307-1088 |
| Mark A. Lavine | Fax: (202) 307-3852 |
| Ann St.Peter-Griffith | |
| Special Attorneys for | |
|  the Attorney General | |
| 99 N.E. 4th Street, 3rd Floor | |
| Miami, FL  33132 | |
| Phone:  (305) 961-9003 | |
| Fax: (305) 536-4101 | |

Dated: November 21, 2008

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that I have communicated with counsel for defendants in an effort to resolve the issue referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

        /s/ Justin Draycott
        Justin Draycott

**CERTIFICATE OF SERVICE**

I certify that I have this day caused an electronic copy of the above MOTION BY THE UNITED STATES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: November 21, 2008

        /s/ Justin Draycott
        Justin Draycott