UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06-11337-PBS ) ) ) | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Subcategory Case No. 06-11337<br><br>Hon. Patti Saris<br><br>Magistrate Judge Marianne B. Bowler |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the Motion by the United States for an extension of time until December 4, 2008 to submit documents for *in camera* review pursuant to the Court's directions at a November 13, 2008 hearing in the above-captioned matter, it is by the COURT ORDERED:

That the motion by the United States for an extension of time is GRANTED; and

That the United States shall have up to and including December 4, 2008 by which to submit privileged documents to the Court for *in camera* review

Date: _____                      _____
                                        United States District Court