UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS RELATING TO THE TRACK TWO DEFENDANTS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER REVISING CERTAIN TRACK TWO SETTLEMENT DATES**

WHEREAS, this matter has come before the Court pursuant to Plaintiffs' request to reset certain dates relating to the Track Two Class Settlements to allow for additional direct notice to consumer class members;

IT IS HEREBY ORDERED THAT:

This Court's July 2008 Order Granting Preliminary Approval of the Track Two Class Settlement, Directing Notice to the Classes, and Scheduling Fairness Hearing ("Preliminary Approval Order") [Docket No. 5426] is hereby modified as follows:

| **Events** | **Original Date** | **Revised Date** |
|---|---|---|
| Filing of Materials in Support of Final Approval | November 10, 2008 | March 2, 2009 |
| Filing of Request for Exclusion (Consumers Only) | Postmarked by December 1, 2008 | Postmarked by March 16, 2009 (date related to Consumers only) |
| Notice of Intention to Appear at Fairness Hearing Filed (Consumers Only) | December 1, 2008 | March 16, 2009 (date related to Consumers only) |
| | | |

001534-16 274524 V1

1

| Filing and Service of Appearance of Counsel at Fairness Hearing (Consumers Only) | December 9, 2008 | Postmarked March 8, 2009 (date related to Consumers only) |
|---|---|---|
| Continued Final Approval Hearing | December 16, 2008[1] | April 1, 2009 or later (to be determined by the Court) |
| Filing of Claim (Consumers Only) | Postmarked January 31, 2009 | Postmarked May 1, 2009 (Consumers Only) |

Plaintiffs shall advise Consumer class members of the revised schedule (Class 1 and Consumers in Class 3). This schedule does not impact Third Party Payor (TPP) class members (Class 2 and Third Party Payors in Class 3). All other dates set forth in the Court's previous rulings will remain unchanged, including the following:

TPP Claim Deadline                                                           12/1/2008

TPP Opt Out/Objection Deadline                                               12/1/2008

TPP Notice of Intention to Appear at Fairness Hearing                        12/1/2008

Responses to Objections Filed on 12/1                                        12/8/2008

TPP Filing/Service of Appearance of Counsel at Fairness Hearing  12/9/2008

Hearing on TPP matters                                                       12/16/2008    2 pm.

Date: _____          _____
                                        Patti B. Saris
                                        United States District Judge

---

[1] All TPP matters can be resolved at the current hearing set for December 16, 2008. Plaintiffs ask that the Court address TPPs matters on that date and continue the hearing to finalize matters relating to consumers.