UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | |

**UNITED STATES' UNOPPOSED MOTION
FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff United States of America respectfully moves the Court for leave to file the reply brief attached hereto as Exhibit 1 in support of its Motion for Leave to File Amended Complaint. The Roxane defendants do not oppose this motion.

Respectfully submitted,

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ James J. Fauci
GEORGE B. HENDERSON, II
BARBARA HEALY SMITH
JAMES J. FAUCI
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263

|  |  |
|---|---|
|  | JOYCE R. BRANDA |
|  | DANIEL R. ANDERSON |
|  | LAURIE A. OBEREMBT |
|  | Civil Division |
|  | Commercial Litigation Branch |
|  | P. O. Box 261 |
|  | Ben Franklin Station |
|  | Washington, D.C.  20044 |
| Dated: November 24, 2008 | (202) 514-3345 |

## RULE 7.1 CERTIFICATION

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that he has conferred with counsel for the Defendants on the issues raised in this motion, and the Defendants do not oppose this motion.

|  |  |
|---|---|
|  | /s/ James J. Fauci |
|  | James J. Fauci |
| Dated: November 24, 2008 | Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT to be served on all counsel of record via electronic service pursuant to the Case Management Order by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ James J. Fauci |
|  | James J. Fauci |
| Dated: November 24, 2008 | Assistant U.S. Attorney |