## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 04-CV-06054)<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00425)<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06231)<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00456)<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06242)<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00423)<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06204)<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06744)<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00354)<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00867)<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00881)<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 05-CV-06458)<br><br>*County of Essex County v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00878)<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00519) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory Case No. 03-10643-PBS<br><br><br>Judge Patti B. Saris<br><br><br><br>**DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S ("GSK's") MOTION FOR PARTIAL SUMMARY JUDGMENT IN THE NEW YORK COUNTY CASES** |

*County of Genesee v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06206)

*County of Greene v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00474)

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00415)

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00715)

*County of Lewis v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00839)

*County of Madison v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00714)

*County of Monroe v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06148)

*County of Nassau v. Abbott Laboratories, Inc., et al.*
(E.D.N.Y. No. 04-CV-5126)

*County of Niagara v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06296)

*County of Oneida v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00489)

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00088)

*County of Ontario v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06373)

*County of Orange v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 07-CV-2777)

*County of Orleans v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06371)

*County of Putnam v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 05-CV-04740)

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00422)

*County of Rockland v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 03-CV-7055)

| | |
|---|---|
| *County of Saratoga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00478) | |
| *County of Schuyler v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06387) | |
| *County of Seneca v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06370) | |
| *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00479) | |
| *County of Steuben v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06223) | |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. CV-03-229) | |
| *County of Tompkins v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00397) | |
| *County of Ulster v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 06-CV-0123) | |
| *County of Warren v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00468) | |
| *County of Washington v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00408) | |
| *County of Wayne v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06138) | |
| *County of Westchester v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-6178) | |
| *County of Wyoming v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 03-CV-6379) | |
| *County of Yates v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06172) | |

## GSK's MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56.1 of

the Local Rules of this Court, defendant SmithKline Beecham Corporation, d/b/a

GlaxoSmithKline ("GSK"), hereby moves for partial summary judgment on all of the

New York Counties' remaining WAC/AWP claims against GSK, including those set forth in Counts III, VI and VII of the Revised First Amended Consolidated Complaint, on the basis that:

(a) the published prices for all of the GSK NDCs set forth in Table B.1 of the Affidavit of Dr Eric M. Gaier, Ph.D. attached as Exhibit 2 to GSK's Statement of Undisputed Material Facts (which NDCs are also listed as Exhibit A to the Proposed Order accompanying this Motion), satisfy the Court's previously-articulated WAC List Price test and were not deceptive as a matter of law, and

(b) the Counties' claims with respect to two additional GSK NDCs – for Amoxil 500mg capsules (NDC 00029600732) and Zofran 2mg/ml vials (NDC 00173044200) – are barred by a prior settlement agreement with the State of New York.

The grounds for this motion are more fully set forth in Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK's") Memorandum of Law in Support of Its Motion for Partial Summary Judgment in the New York County Cases and in the Statement of Undisputed Material Facts in Support of Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK's") Motion for Partial Summary Judgment in the New York County Cases (with exhibits), both of which are incorporated herein by reference.  GSK further moves for entry of final judgment with respect to the drugs and claims subject to this motion pursuant to Federal Rule of Civil Procedure 54(b).

Dated:  November 24, 2008

Respectfully submitted,

Defendant SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline ("GSK")

By its attorneys,


/s/ Frederick G. Herold
Frederick G. Herold
Richard J. Cutler
DECHERT LLP
2440 W. El Camino Real/Suite 700
Mountain View, CA  94040
Tel: (650) 813-4800
Fax:  (650) 813-4848

Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C.  20004-2401
Tel: (202) 662-6000
Fax:  (202) 662-6291

3

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel for defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") hereby certifies that he has communicated with counsel for the New York County plaintiffs in an effort to resolve or narrow the issues raised in this motion, and that the parties have not been able to reach agreement with respect thereto.


Dated:  November 24, 2008                         /s/ Frederick G. Herold
                                                  Frederick G. Herold


## CERTIFICATE OF SERVICE

I hereby certify that today I have caused an electronic copy of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK's) Motion for Partial Summary Judgment in the New York County Cases, along with all supporting papers, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Dated:  November 24, 2008                         /s/ Frederick G. Herold
                                                  Frederick G. Herold


4