# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 04-CV-06054)<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00425)<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06231)<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00456)<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06242)<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00423)<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06204)<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06744)<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00354)<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00867)<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00881)<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 05-CV-06458)<br><br>*County of Essex County v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00878)<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00519) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory Case No. 03-10643-PBS<br><br>Judge Patti B. Saris<br><br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S ("GSK's") MOTION FOR PARTIAL SUMMARY JUDGMENT IN THE NEW YORK COUNTY CASES** |

| | |
|---|---|
| *County of Genesee v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06206) | |
| *County of Greene v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00474) | |
| *County of Herkimer v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00415) | |
| *County of Jefferson v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00715) | |
| *County of Lewis v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00839) | |
| *County of Madison v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00714) | |
| *County of Monroe v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06148) | |
| *County of Nassau v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. 04-CV-5126) | |
| *County of Niagara v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06296) | |
| *County of Oneida v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00489) | |
| *County of Onondaga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00088) | |
| *County of Ontario v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06373) | |
| *County of Orange v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 07-CV-2777) | |
| *County of Orleans v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06371) | |
| *County of Putnam v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 05-CV-04740) | |
| *County of Rensselaer v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00422) | |
| *County of Rockland v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-7055) | |

| | |
|---|---|
| *County of Saratoga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00478) | |
| *County of Schuyler v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06387) | |
| *County of Seneca v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06370) | |
| *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00479) | |
| *County of Steuben v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06223) | |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. CV-03-229) | |
| *County of Tompkins v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00397) | |
| *County of Ulster v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 06-CV-0123) | |
| *County of Warren v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00468) | |
| *County of Washington v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00408) | |
| *County of Wayne v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06138) | |
| *County of Westchester v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-6178) | |
| *County of Wyoming v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 03-CV-6379) | |
| *County of Yates v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06172) | |

## **ORDER**

Upon Consideration of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's ("GSK's") Motion for Partial Summary Judgment in the New York

County Cases, the submissions in support thereof and in opposition thereto, and the entire record in this case, it is, by the Court, hereby ORDERED:

That the Motion is GRANTED; and it is further ORDERED

That, pursuant to Rule 56(b), summary judgment is entered in favor of defendant GSK and against the New York County plaintiffs on all of the New York County plaintiff's' remaining WAC/AWP claims against GSK, including those set forth in Counts III, VI and VII of the Revised First Amended Consolidated Complaint, with respect to:

(a) all of the GSK NDCs set forth in Table B.1 of the Affidavit of Dr Eric M. Gaier, Ph.D. attached as Exhibit 2 to GSK's Statement of Undisputed Material Facts in Support of its Motion, which NDCs are also listed as Exhibit A to this Order, on the ground that the published prices for these NDCs satisfy this Court's previously-articulated WAC List Price test and were not deceptive as a matter of law, and

(b) Amoxil 500mg capsules (NDC 00029600732) and Zofran 2mg/ml vials (NDC 00173044200), on the ground that the Counties' claims with respect to these GSK NDCs are barred by a prior settlement agreement with the State of New York; and it is further ORDERED

That, pursuant to Rule 54(b), I find that there is no just reason for delay in entering final judgment in favor of defendant GSK and against the New York County plaintiffs with respect to the claims and GSK NDCs that are subject to GSK's Motion and this Order.

DATED this _____ day of _____, 2009.

_____
PATTI B. SARIS
United States District Judge

## Exhibit A -- GSK NDCs With Respect to Which Summary Judgment is Granted

| NDC | Drug description |
|---|---|
| 00173067200 | AGENERASE 150MG CAPSULE |
| 00173068700 | AGENERASE 15MG/ML ORAL SOLN |
| 00173067900 | AGENERASE 50MG CAPSULE |
| 00007550040 | ALBENZA 200MG TABLET |
| 00173056100 | AMERGE 1MG TABLET |
| 00173056200 | AMERGE 2.5MG TABLET |
| 00029604412 | AMOXIL 200MG TABLET CHEW |
| 00029604420 | AMOXIL 200MG TABLET CHEW |
| 00029604854 | AMOXIL 200MG/5ML SUSPENSION |
| 00029604855 | AMOXIL 200MG/5ML SUSPENSION |
| 00029604859 | AMOXIL 200MG/5ML SUSPENSION |
| 00029604512 | AMOXIL 400 MG TABLET CHEW |
| 00029604520 | AMOXIL 400MG TABLET CHEW |
| 00029604954 | AMOXIL 400MG/5ML SUSPENSION |
| 00029604612 | AMOXIL 500MG TABLET |
| 00029604620 | AMOXIL 500MG TABLET |
| 00029604712 | AMOXIL 875MG TABLET |
| 00029604720 | AMOXIL 875MG TABLET |
| 00029604725 | AMOXIL 875MG TABLET |
| 00029608522 | AUGMENTIN 125-31.25 SUSPEN |
| 00029608523 | AUGMENTIN 125-31.25 SUSPEN |
| 00029608539 | AUGMENTIN 125-31.25 SUSPEN |
| 00029607347 | AUGMENTIN 125-31.25 TAB CHEW |
| 00029608729 | AUGMENTIN 200-28.5 SUSPEN |
| 00029608739 | AUGMENTIN 200-28.5 SUSPEN |
| 00029608751 | AUGMENTIN 200-28.5 SUSPEN |
| 00029607112 | AUGMENTIN 200-28.5 TAB CHEW |
| 00029607527 | AUGMENTIN 250-125 TABLET |
| 00029609022 | AUGMENTIN 250-62.5 SUSPEN |
| 00029609023 | AUGMENTIN 250-62.5 SUSPEN |
| 00029609039 | AUGMENTIN 250-62.5 SUSPEN |
| 00029607447 | AUGMENTIN 250-62.5 TAB CHEW |
| 00029609229 | AUGMENTIN 400-57 SUSPEN |
| 00029609239 | AUGMENTIN 400-57 SUSPEN |
| 00029609251 | AUGMENTIN 400-57 SUSPEN |
| 00029607212 | AUGMENTIN 400-57 TAB CHEW |
| 00029608012 | AUGMENTIN 500-125 TABLET |
| 00029608612 | AUGMENTIN 875-125 TABLET |
| 00029609422 | AUGMENTIN ES-600 SUSPENSION |
| 00029609424 | AUGMENTIN ES-600 SUSPENSION |
| 00029609429 | AUGMENTIN ES-600 SUSPENSION |
| 00029609439 | AUGMENTIN ES-600 SUSPENSION |
| 00029609445 | AUGMENTIN ES-600 SUSPENSION |
| 00029609451 | AUGMENTIN ES-600 SUSPENSION |
| 00029609628 | AUGMENTIN XR 1000-62.5 TAB |
| 00029609640 | AUGMENTIN XR 1000-62.5 TAB |
| 00029609648 | AUGMENTIN XR 1000-62.5 TAB |
| 00029609660 | AUGMENTIN XR 1000-62.5 TAB |
| 00029315818 | AVANDIA 2MG TABLET |
| 00029315913 | AVANDIA 4MG TABLET |
| 00029315918 | AVANDIA 4MG TABLET |

| NDC | Drug description |
|---|---|
| 00029315920 | AVANDIA 4MG TABLET |
| 00029316013 | AVANDIA 8MG TABLET |
| 00029316020 | AVANDIA 8MG TABLET |
| 00029152722 | BACTROBAN 2% CREAM |
| 00029152725 | BACTROBAN 2% CREAM |
| 00029152522 | BACTROBAN 2% OINTMENT |
| 00029152525 | BACTROBAN 2% OINTMENT |
| 00029152544 | BACTROBAN 2% OINTMENT |
| 00029152611 | BACTROBAN NASAL 2% OINTMENT |
| 00173031288 | BECLOVENT INHALER |
| 00173038879 | BECONASE AQ 0.042% SPRAY |
| 00173039501 | CEFTIN 125MG TABLET |
| 00173040600 | CEFTIN 125MG/5ML ORAL SUSP |
| 00173038700 | CEFTIN 250MG TABLET |
| 00173038742 | CEFTIN 250MG TABLET |
| 00173055400 | CEFTIN 250MG/5ML ORAL SUSP |
| 00173055500 | CEFTIN 250MG/5ML ORAL SUSP |
| 00173039400 | CEFTIN 500MG TABLET |
| 00173039442 | CEFTIN 500MG TABLET |
| 58437000218 | CIMETIDINE 400MG TABLET |
| 58437000225 | CIMETIDINE 400MG TABLET |
| 00173059500 | COMBIVIR TABLET |
| 00007336003 | COMPAZINE 2.5MG SUPPOSITORY |
| 00007336103 | COMPAZINE 5MG SUPPOSITORY |
| 00007336344 | COMPAZINE 5MG/5ML SYRUP |
| 00007334615 | COMPAZINE SPANSULE 15MG |
| 00007414120 | COREG 12.5MG TABLET |
| 00007414220 | COREG 25MG TABLET |
| 00007413920 | COREG 3.125MG TABLET |
| 00007413955 | COREG 3.125MG TABLET |
| 00007414020 | COREG 6.25MG TABLET |
| 00173020155 | DARAPRIM 25MG TABLET |
| 00007351920 | DEXEDRINE 5MG TABLET |
| 00007351320 | DEXEDRINE SPANSULE 10MG |
| 00007351420 | DEXEDRINE SPANSULE 15MG |
| 00007351220 | DEXEDRINE SPANSULE 5MG |
| 00007365022 | DYAZIDE 37.5/25 CAPSULE |
| 00007365030 | DYAZIDE 37.5/25 CAPSULE |
| 00173047100 | EPIVIR 10MG/ML ORAL SOLN |
| 00173047001 | EPIVIR 150MG TABLET |
| 00173071400 | EPIVIR 300 MG TABLET |
| 00173066200 | EPIVIR HBV 100MG TABLET |
| 00173066300 | EPIVIR HBV 25MG/5ML SOLN |
| 00007400720 | ESKALITH 300MG CAPSULE |
| 00007401020 | ESKALITH CR 450MG TABLET SA |
| 00173045301 | FLONASE 0.05% NASAL SPRAY |
| 00173050900 | FLOVENT 100MCG ROTADISK |
| 00173049400 | FLOVENT 110MCG INHALER |
| 00173049500 | FLOVENT 220MCG INHALER |
| 00173050400 | FLOVENT 250MCG ROTADISK |
| 00173049100 | FLOVENT 44MCG INHALER |
| 00173051100 | FLOVENT 50 MCG ROTADISK |
| 00007420105 | HYCAMTIN 4MG VIAL |

| NDC | Drug description |
|---|---|
| 00173045003 | IMITREX 100MG TABLET |
| 00173073701 | IMITREX 100MG TABLET |
| 00173052300 | IMITREX 20MG NASAL SPRAY |
| 00173073500 | IMITREX 25 MG TABLET |
| 00173046002 | IMITREX 25MG TABLET |
| 00173045900 | IMITREX 50MG TABLET |
| 00173073601 | IMITREX 50MG TABLET |
| 00173052400 | IMITREX 5MG NASAL SPRAY |
| 00173047800 | IMITREX 6MG/0.5ML KIT REFLL |
| 00173047900 | IMITREX 6MG/0.5ML SYRNG KIT |
| 00173064255 | LAMICTAL 100MG TABLET |
| 00173064360 | LAMICTAL 150MG TABLET |
| 00173064460 | LAMICTAL 200MG TABLET |
| 00173052700 | LAMICTAL 25MG DISPER TABLET |
| 00173063302 | LAMICTAL 25MG TABLET |
| 00173052600 | LAMICTAL 5MG DISPER TABLET |
| 00173024255 | LANOXIN 125MCG TABLET |
| 00173024275 | LANOXIN 125MCG TABLET |
| 00173024955 | LANOXIN 250MCG TABLET |
| 00173024975 | LANOXIN 250MCG TABLET |
| 00173024980 | LANOXIN 250MCG TABLET |
| 00173026427 | LANOXIN 50MCG/ML ELIXIR |
| 00173063535 | LEUKERAN 2MG TABLET |
| 00173069000 | LOTRONEX 1MG TABLET |
| 00173069005 | LOTRONEX 1MG TABLET |
| 00173066518 | MEPRON 750MG/5ML SUSPENSION |
| 00007447120 | PARNATE 10MG TABLET |
| 00029321013 | PAXIL 10MG TABLET |
| 00029321548 | PAXIL 10MG/5ML SUSPENSION |
| 00029321113 | PAXIL 20MG TABLET |
| 00029321120 | PAXIL 20MG TABLET |
| 00029321213 | PAXIL 30MG TABLET |
| 00029321313 | PAXIL 40MG TABLET |
| 00029320613 | PAXIL CR 12.5MG TABLET |
| 00029320713 | PAXIL CR 25MG TABLET |
| 00029320813 | PAXIL CR 37.5MG TABLET |
| 00173080725 | PURINETHOL 50MG TABLET |
| 00173080765 | PURINETHOL 50MG TABLET |
| 00029485120 | RELAFEN 500MG TABLET |
| 00029485220 | RELAFEN 750MG TABLET |
| 00173068101 | RELENZA 5 MG DISKHALER |
| 00007489020 | REQUIP 0.25MG TABLET |
| 00007489120 | REQUIP 0.5MG TABLET |
| 00007489220 | REQUIP 1MG TABLET |
| 00007489320 | REQUIP 2MG TABLET |
| 00007489520 | REQUIP 3MG TABLET |
| 00007489620 | REQUIP 4MG TABLET |
| 00007489420 | REQUIP 5MG TABLET |
| 00173010855 | RETROVIR 100MG CAPSULE |
| 00173011318 | RETROVIR 10MG/ML SYRUP |
| 00173050100 | RETROVIR 300MG TABLET |
| 00173010793 | RETROVIR IV INFUSION VIAL |
| 00173046400 | SEREVENT 21MCG INHALER |

| NDC | Drug description |
|---|---|
| 00173046500 | SEREVENT 21MCG INHLR REFILL |
| 00173052100 | SEREVENT DISKUS 50MCG |
| 00108490420 | STELAZINE 2MG TABLET |
| 00108490201 | STELAZINE 2MG/ML VIAL |
| 00173045402 | TEMOVATE EMOLLIENT 0.05% CRM |
| 00173045403 | TEMOVATE EMOLLIENT 0.05% CRM |
| 00173088025 | THIOGUANINE TABLOID 40MG TB |
| 00007507103 | THORAZINE 100MG SUPPOSITORY |
| 00007507720 | THORAZINE 100MG TABLET |
| 00007507244 | THORAZINE 10MG/5ML SYRUP |
| 00007507920 | THORAZINE 200MG TABLET |
| 00007507930 | THORAZINE 200MG TABLET |
| 00007507420 | THORAZINE 25MG TABLET |
| 00007507430 | THORAZINE 25MG TABLET |
| 00007506201 | THORAZINE 25MG/ML VIAL |
| 00007504744 | THORAZINE 30MG/ML LIQ CONC |
| 00007507620 | THORAZINE 50MG TABLET |
| 00007507630 | THORAZINE 50MG TABLET |
| 00173069100 | TRIZIVIR TABLET |
| 00173069120 | TRIZIVIR TABLET |
| 00173056502 | VALTREX 1GM CAPLET |
| 00173093303 | VALTREX 500MG CAPLET |
| 00173093308 | VALTREX 500MG CAPLET |
| 00173032198 | VENTOLIN 90MCG INH REFILL |
| 00173068200 | VENTOLIN HFA 90 MCG INHALER |
| 00173038901 | VENTOLIN ROTACAPS 200MCG |
| 00173038902 | VENTOLIN ROTACAPS 200MCG |
| 00173038903 | VENTOLIN ROTACAPS 200MCG |
| 00173017855 | WELLBUTRIN 100MG TABLET |
| 00173017755 | WELLBUTRIN 75MG TABLET |
| 00173094755 | WELLBUTRIN SR 100MG TAB SA |
| 00173013555 | WELLBUTRIN SR 150MG TAB SA |
| 00173072200 | WELLBUTRIN SR 200MG TAB SA |
| 00173073001 | WELLBUTRIN XL 150MG TABLET |
| 00173073101 | WELLBUTRIN XL 300MG TABLET |
| 00173042702 | ZANTAC 150MG EFFERDOSE TAB |
| 00173034414 | ZANTAC 150MG TABLET |
| 00173038354 | ZANTAC 15MG/ML SYRUP |
| 00173066400 | ZIAGEN 20 MG/ML SOLUTION |
| 00173066101 | ZIAGEN 300MG TABLET |
| 00173044600 | ZOFRAN 4MG TABLET |
| 00173044604 | ZOFRAN 4MG TABLET |
| 00173048900 | ZOFRAN 4MG/5ML ORAL SOLN |
| 00173044700 | ZOFRAN 8MG TABLET |
| 00173044704 | ZOFRAN 8MG TABLET |
| 00173056900 | ZOFRAN ODT 4MG TABLET |
| 00173057000 | ZOFRAN ODT 8MG TABLET |
| 00173095396 | ZOVIRAX 200MG/5ML SUSP |
| 00173099394 | ZOVIRAX 5% OINTMENT |
| 00173055601 | ZYBAN 150MG TABLET SA |
| 00173055602 | ZYBAN 150MG TABLET SA |