# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | |

## AFFIDAVIT OF DAVID A. MOULES

David A. Moules, being duly sworn, deposes and says:

1. I am Vice President, Strategic Pricing and Contract Management, for SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), Three Franklin Plaza, Philadelphia, PA 19101. I am personally familiar with the matters set forth below.

2. The U.S. operating entities of Glaxo Wellcome Inc. ("GW") and SmithKline Beecham Corporation ("SB") merged in early 2001 to form GSK.

3. National drug price reporting publications such as First DataBank and Redbook have, since before the merger that formed GSK, reported both a "Wholesale Acquisition Cost" ("WAC," sometimes referred to as "Net Wholesale Price") and an "Average Wholesale Price" ("AWP") for prescription pharmaceuticals.

4. Prior to the merger that formed GSK, the AWP reported by both First DataBank and Redbook was generally 1.20 times the WAC for drugs made by GW ("GW heritage products"). Prior to the merger, the AWP reported by both First

DataBank and Redbook was generally 1.25 times the WAC for drugs made by SB ("SB heritage products").

5. Since shortly after the U.S. merger that formed GSK in early 2001, for all of its products (including GW heritage products and SB heritage products) GSK has reported only a WAC (and not an AWP) to the drug price reporting publications. In its communications to the drug price reporting publications and to customers, GSK specifically defines the WAC it reports as follows: "The listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors."

6. On January 9, 2002, GSK increased the WAC for a number of its products, including some GW heritage products and some SB heritage products. In doing so, GSK reported a new WAC for each of these products to First DataBank and Redbook.

7. Soon thereafter, GSK learned that First DataBank was reporting new AWPs for all of these products that were 1.25 times the WACs reported by GSK. Previously, for GW heritage products, the ratio between the WAC and the AWP reported by First DataBank had been 1.20.

8. In light of this change by First DataBank to the ratio for GW heritage products between the WACs provided by GSK and the AWPs published by First DataBank, on March 1, 2002 I wrote a letter to the President of First DataBank inquiring as to the reasons for First DataBank's change in the ratio. That letter is attached as Attachment A hereto.

2

9. Neither I nor, to my knowledge, anyone else from GSK received a written response to my March 1, 2002 letter. I did, however, receive a phone call from a woman named Kay Morgan of First DataBank, who said she was calling to respond to my letter. Ms. Morgan said that there is no national definition of AWP and that AWPs are set by the individual price reporting services. She said that First DataBank had determined that, due to recent mergers in the prescription drug industry, many companies had products with different "multipliers" between their WACs and AWPs. She said that First DataBank wanted more uniformity with respect to the multipliers it was applying for each company's products, as well as for products made by different manufacturers. She recommended that if GSK received inquiries about First DataBank's change in the multiplier for any GSK product, GSK should respond by saying that GSK is not suggesting an AWP, and should direct such inquiries to First DataBank's customer support group.

10. Later in 2002, I learned that one of the other major drug price reporting services -- Redbook -- was continuing to publish AWPs for GW heritage products that were 1.20 times the WACs reported by GSK. In addition, I subsequently learned that for many SB heritage products, Redbook had decided to *lower* the ratio between WAC and AWP from 1.25 to 1.20.

11. Thus, subsequent to the merger that formed GSK, First DataBank has been publishing AWPs that are 1.25 times the WAC that GSK reports to the price reporting services for many GSK products, and Redbook is publishing AWPs that are 1.20 times the WAC that GSK reports for those same products. These differing decisions concerning what AWPs to publish for GSK products, and what ratio should be applied to

3

the WACs reported by GSK in order to derive the published AWPs, were made by the price reporting publications, not by GSK.

_____
David A. Moules

Sworn before me this 16 day
of February, 2004

_____
Notary Public

Notarial Seal
Dianna Branch, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Mar. 21, 2005
Member, Pennsylvania Association of Notaries

4


GlaxoSmithKline

March 1, 2002

GlaxoSmithKline
Three Franklin Plaza
P.O. Box 13619
Philadelphia, PA
19101-3619

Tel. 215 751 4000
Fax. 215 751 3400
www.gsk.com

By Overnight Mail

Mr. Joseph L. Hirschmann
President
First DataBank, Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:  Recent Change by First DataBank in the Mathematical Formula Used to Determine Average Wholesale Price of Certain GlaxoSmithKline Drugs

Dear Mr. Hirschmann:

We have recently learned that, in January, First DataBank apparently changed the mathematical formula used to determine the Average Wholesale Price ("AWP") for certain GlaxoWellcome heritage drugs manufactured by GlaxoSmithKline ("GSK"). This unexpected change in how AWP is calculated for these drugs has led to confusion among certain of our customers as to the reasons for the change. We write to learn the basis for this change in the formula.

On January 9, 2002, GSK reported an increase in Wholesale Acquisition Cost ("WAC") for a range of products, including the Glaxo Wellcome heritage products listed in Exhibit A (the "Listed Products").[1] As you know, GSK does not report an AWP for its products. Rather, First DataBank and other pricing services determine AWP based, to our understanding, on surveys of wholesalers. Historically, First DataBank has determined the AWP for Glaxo Wellcome heritage products to be WAC times 1.20.

On January 17, 2002, First DataBank published new AWPs for the Listed Products that appear to reflect the use of a new formula - WAC times 1.25 - in determining the AWP for these products. In addition, on January 14, 2002, First DataBank published a new AWP for the GSK drug Advair based on this new formula, although GSK had not reported an increase in WAC for Advair in January.

---

[1] As you know, WAC, previously referred to by Glaxo Wellcome, Inc., as Net Wholesale Price ("NWP"), is the listed price available to wholesalers and warehousing chains, and does not include prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. The listed price may not represent the charges that are actually charged to other customers, including specialty distributors.

Mr. Joseph L. Hirschmann
March 1, 2002
Page 2

This change has prompted several inquiries from customers who have expressed surprise about the extent of the reported increases in AWP for the listed drugs. We were recently informed by certain personnel at First DataBank, including Kay Morgan, that the change in the multiplier was due to the results of a recent survey undertaken by First DataBank of prices charged by wholesalers. That response is consistent with how First DataBank has always stated it determined its reported AWPs for the Listed Products. However, First DataBank has not been willing to share any information regarding that survey or to disclose any other data that might form the basis for this change in the formula. We were informed that First DataBank considered the data to be proprietary. We were also told by certain of your personnel that, because First DataBank alone sets AWP, we had no standing to request an explanation from First DataBank for the extent of these increases in AWP.

We recognize that First DataBank is the primary source of average wholesale prices for the State Medicaid agencies. We do not seek to interfere with the independence of First DataBank's process for determining its reported AWPs. We simply wish to understand the basis for your decision to calculate revised average wholesale prices for the listed drugs based upon the use of a new multiplier. GSK is prepared to enter into a reasonable understanding with First DataBank to protect the proprietary nature of the survey data or the processes used by First DataBank to conduct the surveys.

We look forward to hearing from you or your staff. Please do not hesitate to call me at with any questions or concerns. I can be reached at 215-751-4964.

David A. Moules
Vice President
Strategic Pricing and Contract Management

BOS1 #1222631 v1

Mr. Joseph L. Hirschmann
March 1, 2002
Page 3

## Exhibit A

Listed Products

| | | | | |
|---|---|---|---|---|
| Advair | Agenerase | Alkeran | Beconase | Combivir |
| Daraprim | Digibind | Epivir | Flonase | Imitrex |
| Lamictal | Leukeran | Navelbine | Mepron | Myleran |
| Relenza | Retrovir | Thioguanine | Trizivir | Valtrex |
| Wellbutrin | Ziagen | Zyban | | |