# EXHIBIT 5

# GlaxoSmithKline Price Increase

January 27, 2005

Dear Customer:

Effective January 27, 2005, GlaxoSmithKline will change the Wholesale Acquisition Cost or WAC[1] on the following GlaxoSmithKline products.

All orders received after 1:00 A.M. E.S.T.; January 27, 2005 will reflect these new prices. No phone orders will be accepted.

| NDC | PRODUCT DESCRIPTION | WAC[1] |
|---|---|---|
| 0173-0679-00 | AGENERASE® (amprenavir) 50mg Capsules 480s | $ 215.42 |
| 0173-0687-00 | AGENERASE® (amprenavir) Oral Solution 15mg/mL 240mL | $ 32.31 |
| 0173-0595-00 | COMBIVIR® (lamivudine/zidovudine) 150mg/300mg Tablets 60s | $ 602.11 |
| 0173-0595-02 | COMBIVIR® (lamivudine/zidovudine) 150mg/300mg Tablets UD 120s | $1,204.33 |
| 0173-0471-00 | EPIVIR® (lamivudine) Oral Solution 10mg/mL 240mL | $ 74.05 |
| 0173-0470-01 | EPIVIR® (lamivudine) Tablets 150mg 60s | $ 277.69 |
| 0173-0714-00 | EPIVIR® (lamivudine) Tablets 300mg 30s | $ 277.69 |
| 0173-0742-00 | EPZICOM™ (abacavir sulfate and lamivudine) Tablets 600 mg/300 mg 30s | $ 650.84 |
| 0173-0721-00 | LEXIVA® (fosamprenavir calcium) Tablets 700 mg 60s | $ 527.19 |
| 0173-0665-18 | MEPRON® (atovaquone) Suspension 750mg/5mL 210mL | $ 648.99 |
| 0173-0547-00 | MEPRON® (atovaquone) Suspension 5mL UD 42s | $ 618.11 |
| 0173-0108-56 | RETROVIR® (zidovudine) Capsules 100mg UD 100s | $ 180.25 |
| 0173-0108-55 | RETROVIR® (zidovudine) Capsules 100mg 100s | $ 180.25 |
| 0173-0107-93 | RETROVIR® (zidovudine) IV Infusion 10mg/mL 20mL UD 10s | $ 194.98 |
| 0173-0113-18 | RETROVIR® (zidovudine) Syrup 50mg/5mL 240mL | $ 43.26 |
| 0173-0501-00 | RETROVIR® (zidovudine) Tablets 300mg 60s | $ 324.47 |
| 0173-0691-00 | TRIZIVIR® (abacavir sulfate, lamivudine, and zidovudine) Tablets 300mg/150mg/300mg 60s | $ 975.26 |
| 0173-0691-20 | TRIZIVIR® (abacavir sulfate, lamivudine, and zidovudine) Tablets 300mg/150mg/300mg Convenience Pack 60s | $ 975.26 |
| 0173-0661-01 | ZIAGEN® (abacavir sulfate) 300mg Tablets 60s | $ 373.15 |
| 0173-0661-00 | ZIAGEN® (abacavir sulfate) 300mg Tablets UD 60s | $ 373.15 |
| 0173-0664-00 | ZIAGEN® (abacavir sulfate) Oral Solution 20mg/mL 240mL | $ 98.09 |

[1] Wholesale Acquisition Cost is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

Sincerely,

*John L. Fish* (signature)

John L. Fish

Document Scanned

HIGHLY CONFIDENTIAL

# GlaxoSmithKline Price Increase

Vice President, Trade, Pharmacy Sales & Operations

**HIGHLY CONFIDENTIAL**




# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- TODAY:
- WEEKLY
- MONTHLY
- OTHER

DATE RECEIVED

MANUFACTURER _____ Cola Xo

LABLER ID _____ 00013 DUMMY

EFFECTIVE DATE _____ 3-12-2001

| | PRICES TO KEY | |
|---|---|---|
| | NDDF | MDDB |
| PRICING | | |
| ADDS | | |
| REINSTATE | WAC | WAC |
| OBSOLETES | | |
| PREV REP | DIR | DP |
| COMPLETE SYN-TABLE | SWP | SWP |
| PACT'S # | | |
| LABLER ID CHANGE | | |
| FIX | | |
| MARK UP FACTORS | | |

MDDB ENTRY _____ PRICE MAIN _____ MERGE _____ ADD? _____ PASS _____ LOG#

FORMAT _____ SCENARIO _____ MUF _____ RVD'D &I

ADD TO PIF? YES _____ RVD'D PIF _____ MED ID _____ RVD'D MED ID

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |



MAR 2 3 2004

March 2004

## IMPORTANT ANNOUNCEMENT

Dear Wholesaler Buyer:

GlaxoSmithKline is pleased to announce the launch of Trizivir® (abacavir sulfate, lamivudine and zidovudine) Tablets in a new 60-count Convenience Pack.

| NDC No. | Product | Strength | Size | Wholesale Acquisition Cost† | Minimum Order Quantity |
|---------|---------|----------|------|------------------------------|------------------------|
| 0173-0691-20 | TRIZIVIR Tablets | 300 mg abacavir sulfate 150 mg lamivudine 300 mg zidovudine | 60's Convenience Pack | $931.48 | 1 |

†Wholesale Acquisition Cost is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

We will be offering the following stocking incentives during the 15-day Introductory Period:

- Special Off-Invoice Allowance
  2% off-invoice adjustment on all TRIZIVIR 60-count Convenience Pack orders shipped during the 15-day Introductory Period.

- Extended Dating
  60 days additional dating (90 days total) on all TRIZIVIR 60-count Convenience Pack orders shipped during the 15-day Introductory Period.

You may place your stocking orders through *Ordernet*.

Attached is a product information sheet.

If you should have any questions, please contact your GSK Sales Account Manager or Customer Relations at 1-800-877-1158.

Sincerely,

John L. Fish
Vice President
Trade, Pharmacy Sales and Operations

*TRIZIVIR* is a registered trademark of GlaxoSmithKline.

MAR 2 3 2004
002

HIGHLY CONFIDENTIAL



March 2004

## IMPORTANT ANNOUNCEMENT

Dear Wholesaler Buyer:

GlaxoSmithKline is pleased to announce the launch of Trizivir® (abacavir sulfate, lamivudine and zidovudine) Tablets in a new 60-count Convenience Pack.

| NDC No. | Product | Strength | Size | Wholesale Acquisition Cost† | Minimum Order Quantity |
|---------|---------|----------|------|------------------------------|------------------------|
| 0173-0691-20 | TRIZIVIR Tablets | 300 mg abacavir sulfate 150 mg lamivudine 300 mg zidovudine | 60's Convenience Pack | $931.48 | 1 |

†Wholesale Acquisition Cost is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

We will be offering the following stocking incentives during the 15-day Introductory Period:

- Special Off-Invoice Allowance
  2% off-invoice adjustment on all TRIZIVIR 60-count Convenience Pack orders shipped during the 15-day Introductory Period.

- Extended Dating
  60 days additional dating (90 days total) on all TRIZIVIR 60-count Convenience Pack orders shipped during the 15-day Introductory Period.

You may place your stocking orders through *Ordernet*.

Attached is a product information sheet.

If you should have any questions, please contact your GSK Sales Account Manager or Customer Relations at 1-800-877-1158.

Sincerely,

John L. Fish
Vice President
Trade, Pharmacy Sales and Operations

*TRIZIVIR* is a registered trademark of GlaxoSmithKline.

**HIGHLY CONFIDENTIAL**

FDB/Alabama 141626

**gsk** GlaxoSmithKline

### Trizivir® (abacavir sulfate, lamivudine and zidovudine) Tablets Convenience Pack
### Product Information Sheet

**Manufactured & distributed by:** GlaxoSmithKline Research Triangle Park, NC

**Product Name:** TRIZIVIR Tablets Convenience Pack

| Product Description | Unit of Sale | Item Dimensions | Case Quantity | Case Dimensions | Case Size (cu ft) | Case Weight (lbs) | Minimum Order Quantity | Wholesale Acquisition Cost* |
|---|---|---|---|---|---|---|---|---|
| TRIZIVIR Tablets Convenience Pack<br>NDC # 0173-0691-20<br>UPC# | 60's | L- 4.875"<br>W- 4.875"<br>H- 1.813" | 48 | L- 23.313"<br>W- 10.938"<br>H- 10.75" | 1.59 | 17 | 1 | $931.48 |



3 0173-0691-20 0

**Storage/Handling Conditions:** Store at 25°C (77°F); excursions permitted to 15° to 30°C (59° to 86°F) (See USP controlled room temperature).

*Wholesale Acquisition Cost (previously referred to as Wholesaler Purchase Price) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

If you have any questions, please contact GlaxoSmithKline Customer Relations at 1-800-877-1158.

HIGHLY CONFIDENTIAL

FDB/Alabama 141627

| 1ST | 2ND | 3RD |
|-----|-----|-----|
|     |     |     |

JOB#_____

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- TODAY_____
- WEEKLY_____
- MONTHLY_____
- OTHER_____

DATE RECEIVED: _4/3/03_____

MANUFACTURER: _Glaxo Smith kline (GSk)_ Ph:_____

LABLER ID: _C0073_____ DUMMY_____

EFFECTIVE DATE: _4/3/03_____

**PROJECT:**
- (PRICING)
- ADDS
- OBSOLETES
- PREV/REP
  - COMPLETE **SYN-TABLE**_____
- PACTS #_____
- LABELER ID CHANGE
- FIX
- FACTOR
- NEW MANUFACTURER

**PRICES TO KEY:**

| NDDF | MDDB |
|------|------|
| (WAC) | (WAC) |
| DIR | DP |
| SWP | SWP |

MDDB: ENTRY _w_ PRICE MAIN _w_ MERGE _2W_ ADD? _____ PASS _____ LOG#_53844_
FORMAT _11_ SCENARIO _12_ DPPF#_____ WAPF# _1.35_
ADD TO PIF? YES_____ NO_____ MED ID_____ RVD'D MED ID_____

| DATE | FILE NAME | DESCRIPTION | DATE ENTD | CHK | ON DB |
|------|-----------|-------------|-----------|-----|-------|
| 4/3/03 | GSk NJM | Pricing | 4/3/03 | _N_ | 4/4/03 |
|        |           | APR 03 2003 |           |     |       |
|        |           |             |           |     |       |

**HIGHLY CONFIDENTIAL**

**FDB/Alabama 141324**



**TO: FIRST DATA BANK**
1111 Bayhill Dr Ste 350
San Bruno, CA 94066

**FROM:**

_____

**ATTN: KAY MORGAN**

_____

**TO: FAX PHONE#: 650-827-4578**

**TIME:** Thu Apr 03 00:53:20 2003

**MRN:** 18532124-006-145-0110

2 PAGES INCLUDING COVER SHEET



**HIGHLY CONFIDENTIAL**

**FDB/Alabama 141325**

# GlaxoSmithKline Price Increase

April 3, 2003

Dear Customer:

Effective April 3, 2003, GlaxoSmithKline will change the Wholesale Acquisition Cost or WAC * on the following GlaxoSmithKline products.

All orders received after 1:00 a.m. E.S.T. April 3, 2003 will reflect these new prices.  No phone orders will be accepted.

| NDC | PRODUCT DESCRIPTION | WAC* |
|---|---|---|
| 0029-3159-13 | AVANDIA® Tablets (rosiglitazone maleate) 4mg 30s | $ 69.24 |
| 0029-3159-18 | AVANDIA® Tablets (rosiglitazone maleate) 4mg 60s | $138.49 |
| 0029-3159-20 | AVANDIA® Tablets (rosiglitazone maleate) 4mg 100s | $230.83 |
| 0029-3160-13 | AVANDIA® Tablets (rosiglitazone maleate) 8mg 30s | $128.15 |
| 0029-3160-20 | AVANDIA® Tablets (rosiglitazone maleate) 8mg 100s | $427.09 |

* Wholesale Acquisition Cost (previously referred to as Wholesale Purchase Price) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks.  Listed price may not represent prices charged to other customers, including specialty distributors.

Sincerely,

John L. Fish
Vice President
Trade, Pharmacy Sales & Operations

Avandia is a registered trademark of GlaxoSmithKline.

mswDoc_18532124.doc

**HIGHLY CONFIDENTIAL**

| 1ST | 2ND | 3RD |
|-----|-----|-----|

JOB#_____

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- TODAY_____
- WEEKLY_____
- MONTHLY_____
- OTHER_____

DATE RECEIVED:_____

MANUFACTURER:_____ *Glaxo*_____ Ph:_____

LABLER ID:_____ 00173_____ DUMMY ___ 99810_

EFFECTIVE DATE:___ ~~6~~ 6-1-2002 ___ 7-1-2002

PROJECT:                          PRICES TO KEY:

- PRICING                      NDDF        MDDB
- ADDS                         WAC         WAC
- OBSOLETES
- PREV/REP                     DIR         DP
  - COMPLETE **SYN-TABLE**_____
  - PACTS #_____            SWP         SWP
- LABELER ID CHANGE
- FIX
- FACTOR
- NEW MANUFACTURER

*POr mike*

MDDB: ENTRY _RR_ PRICE MAIN___ MERGE____ ADD?_RR_ PASS_D_ LOG#_50075_
FORMAT___ SCENARIO___ DPPF#___ WAPF#___
ADD TO PIF? YES _/_ NO____ MED ID _X_ RVD'D MED ID _X_

ENT'D JUN 2 6 2002      ENT'D JUN 2 5 2002

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|------|-----------|-------------|------|--------|-------|
| 6/19/02 | brutus | add | 6/19/02 | Mul | |
| | | | | | |

**HIGHLY CONFIDENTIAL**                    FDB/Alabama 141091



June 2002

**IMPORTANT INFORMATION**

Dear Wholesaler Buyer:

GlaxoSmithKline (GSK) is pleased to announce the availability of a new 200 mg strength of
Wellbutrin SR® (bupropion hydrochloride) Sustained-Release Tablets.

| NDC # | Product Description | Strength | Size | Wholesale Acquisition Cost* | Minimum Order Quantity |
|---|---|---|---|---|---|
| 0173-0722-00 | *Wellbutrin SR* Sustained-Release Tablet | 200 mg | 60's | $171.58 | 1 |

*Wholesale Acquisition Cost is the listed price to wholesalers and warehousing chains, not including prompt pay,
stocking or distribution allowances, or other discounts, rebates, or chargebacks.  Listed price may not represent prices
charged to other customers, including specialty distributors

We are offering the following stocking incentive during the 30-day Introductory Period:

- **Extended Dating**
  Extra 90 days dating (120 days total) on all orders placed during the 30-day Introductory Period.

Please place your stocking orders via *Ordernet*.

Enclosed are a Product Information Sheet for *Wellbutrin SR* and a Price Page.

Thank you for your continued support in the distribution of our products.

If you have any questions or need assistance, please contact your Sales Account Manager or GSK
Customer Relations at 1-800-877-1158.

Sincerely,

John L. Fish
Vice President
Trade, Pharmacy Sales & Operations
*Wellbutrin SR* is a registered trademark of GlaxoSmithKline Group of Companies.

**HIGHLY CONFIDENTIAL**

Case 1:01-cv-12257-PBS Document 5708-6 Filed 11/24/08 Page 16 of 34

# Wellbutrin SR®

## Wellbutrin SR® [bupropion hydrochloride]

| | | | |
|---|---|---|---|
| **Strength:** | 200 mg | NDC No. 0173-0722-00 | |
| **Size:** | 60's | UPC No. 3 0173-0722-00 3 | |
| *Min. Order Quantity:* | 1 | *Wholesale Acquisition Cost:* | $171.58 |
| *Standard Case Size:* | 48 | | |

**Must Stock Item**



GlaxoSmithKline

June 2002



COPIED/SENT TO F&C
JUN 1 9 2002

RECEIVED
JUN 1 9 2002
003

**HIGHLY CONFIDENTIAL**

FDB/Alabama 141093

## Product Knowledge Base Services
## GCN / GPI Request Form

| Label Name: *Wellbutrin SR* | New Ingredient: Yes ☐ No ☑ |
|---|---|
| Manufacturer: *Glaxo* | Priority: 1 ☑ 2 ☐  Date: *6-19-02* |
| Additional Descriptor: *F/C* | Requested by: *RENE* |
| Hosp. ☐  IPI ☐  MINI ☐ | Home ☐  PAI ☐ |

**H I C S**

| | Strength | Ingredients | HIC | Salt | Seq # |
|---|---|---|---|---|---|
| | *200 mg.* | *Bupropion  HCL* | *H2JQ* | *HC* | |
| | | | | | |
| | | | | | |
| | | | | | |

**H I C L**

Product Indication/Use: *Antidepressants*

Classifier needed:  Yes ☑  No ☐   Classifier Description: *TC*   Code: *H7DX*

Dosage Form: *TAB Tablet SA*   Code: *PS*   Route: *Oral*   Code: *1*

HICL: *H7DX H2 JQ HC*   Salt: *HC60*   Dose Form: *IS PS*   Route: *1*

Strength: *200 mg*   Remove International:  Yes ☐  No ☑

**G C N**

| New HIC Information: | GCN/GCNSEQ: *17573-050496* |
|---|---|
| CAS #: | USC: *04330* |
| | Base HICL Exists:  Yes ☐  No ☑ |

**G P I / ME ID**

| Generic ID  Yes ☐  No ☐ | GPI  Yes ☐  No ☐ | Generic ID and GPI  Yes ☐  No ☐ |
|---|---|---|

GPI:

Brand MedID

Generic MedID  *444247*

Comments: *Dosage form Tm per Dyle 6/24/02*

HIGHLY CONFIDENTIAL                                    FDB/Alabama 141094

# GlaxoSmithKline

## Wellbutrin SR® (bupropion hydrochloride) Sustained-Release Tablets
### Product Information Sheet

**Manufactured & distributed by:** GlaxoSmithKline Research Triangle Park, NC

**Product Name:** *Wellbutrin SR 200 mg Sustained-Release Tablets*

| Product Description | Unit of Sale | Item Dimensions | Case Quantity | Case Dimensions | Case Size (cu ft) | Case Weight (lbs) | Minimum Order Quantity | Wholesale Acquisition Cost |
|---|---|---|---|---|---|---|---|---|
| *Wellbutrin SR® Sustained-Release Tablets 200 mg* NDC # 0173-0722-00 UPC# | 60's | L- 1.97" W- 1.69" H- 3.70" | 48 | L- 12.09" W- 8.03" H- 7.76" | .44 | 6.97 | 1 | $171.58 |

3 0173-0722-00 3

*Wellbutrin SR* is a registered trademark of GlaxoSmithKline Group of Companies.

© 2002 The GlaxoSmithKline Group of Companies
All rights reserved. Printed in U.S.A. June 2002

HIGHLY CONFIDENTIAL

Page 001     NIELSEN ALISHA 4578 827 415     9/6 '08. 08:06:29 Via Fax

*REVD*

| 1st | 2. | ~ 3 |
|---|---|---|

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

JOB#_____

### NEED TO BE COMPLETED BY:

- TODAY_____
- WEEKLY_____
- MONTHLY_____
- OTHER_____

DATE RECEIVED:_____

MANUFACTURER:_____ _Glaxo_____ Ph:_____

LABLER ID:_____ _00173_____ DUMMY_____

EFFECTIVE DATE:_____ _1-9-2002_____

*99850*

**PROJECT:**                                          **PRICES TO KEY:**

- PRICING                                          NDDF      MDDB
- ADDS                                             WAC       WAC
- OBSOLETES
- PREV/REP                                         DIR       DP
  - COMPLETE SYN-TABLE_____
- CSR #_____                             SWP       SWP
- LABELER ID CHANGE
- FIX
- FACTOR                                    *Price has been on*
- NEW CODE                                  *double checked on*
- NEW MANUFACTURER                          *MDDB. Med.*
- EZT REPORT                                        *1/10/02*
- CONTACT MFG RE:_____

**COMMENTS:**


MDDB: ENTRY _M_ PRICE MAIN_____ MERGE _✓_ ADD?_____ PASS_____ TRACK_____ LOG# _47923_
FORMAT _11_ SCENARIO _12_ DPPF#_____ WAPF# _1.25_
ADD TO ST. LOUIS? YES_____ NO_____ COMPLETED_____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|---|---|---|---|---|---|
| 1-9-02 | Smith | pricing | 1-9-02 | RR | 1/14 |
| 1-9-02 | Glaxo | pricing | 1-9-02 | RR | 1/14 |

HIGHLY CONFIDENTIAL                              FDB/Alabama 141047

# GlaxoSmithKline Price Increase
# Glaxo Wellcome Heritage Products

January 8, 2002

Dear Customer:

Effective January 9, 2002, GlaxoSmithKline will change the Wholesale Acquisition Cost or WAC[1] on the following Glaxo Wellcome heritage products. **(You will receive a price increase notification on SmithKline Beecham heritage products under separate cover.)**

All orders received after 1:00 A.M. E.D.T.; January 9, 2002 will reflect these new prices. No phone orders will be accepted.

| NDC | PRODUCT DESCRIPTION | WAC [1] |
|---|---|---|
| 0173-0679-00 | AGENERASE® (amprenavir) 50mg 480's CPSL | $196.14 |
| 0173-0672-00 | AGENERASE® (amprenavir)150mg 240's CPSL | $294.22 |
| 0173-0687-00 | AGENERASE® (amprenavir) SOLUTION 15mg/mL 240 mL | $29.42 |
| 0173-0130-93 | ALKERAN® (melphalan hydrochloride) for Injection 50mg | $350.96 |
| 0173-0045-35 | ALKERAN® (melphalan) 2-mg Scored Tablets 50's | $104.35 |
| 0173-0388-79 | BECONASE AQ® (beclomethasone dipropionate, monohydrate) Nasal Spray, 0.042% 200D | $46.85 |
| 0173-0468-00 | BECONASE® (beclomethasone dipropionate, USP) Inhalation Aerosol 6.7g 80D | $26.11 |
| 0173-0336-02 | BECONASE® (beclomethasone dipropionate, USP) Inhalation Aerosol 16.8g 200D | $45.68 |
| 0173-0595-00 | COMBIVIR® (lamivudine/zidovudine) 150mg/300mg TAB 60's | $548.22 |
| 0173-0595-02 | COMBIVIR® (lamivudine/zidovudine)150mg/300mg TAB HUD 120's (UDP*) | $1096.44 |
| 0173-0201-55 | DARAPRIM® (pyrimethamine) 25-mg Scored Tablets 100's | $44.39 |
| 0173-0230-44 | DIGIBIND® (Digoxin Immune Fab (Ovine) Injection 40mg | $606.59 |
| 0173-0663-00 | EPIVIR® (lamivudine) HBV ORAL SOL 5mg/mL | $50.56 |
| 0173-0471-00 | EPIVIR® (lamivudine) ALCOHOL FREE ORAL SOL 10mg/mL 240mL | $67.43 |
| 0173-0662-00 | EPIVIR® (lamivudine) HBV TAB 100mg 60's | $252.83 |
| 0173-0470-01 | EPIVIR® (lamivudine) TAB 150mg 60's | $252.83 |
| 0173-0453-01 | FLONASE® (fluticasone propionate) Nasal Spray 50 mcg 120D | $49.53 |
| 0173-0459-00 | IMITREX® (sumatriptan) TAB 50mg 9's | $123.65 |
| 0173-0450-03 | IMITREX® (sumatriptan) TAB 100mg 9's | $123.65 |
| 0173-0527-00 | LAMICTAL® CHEWABLE DISPERS (lamotrigine)TAB 25 mg 100's | $207.73 |
| 0173-0526-00 | LAMICTAL® CHEWABLE DISPERS (lamotrigine)TAB 5 mg 100's | $198.35 |
| 0173-0633-02 | LAMICTAL® (lamotrigine)TAB 25mg 100's | $209.90 |
| 0173-0642-55 | LAMICTAL® (lamotrigine)TAB 100mg 100's | $222.81 |
| 0173-0643-60 | LAMICTAL® (lamotrigine)TAB 150mg 60's | $140.49 |

## GlaxoSmithKline Price Increase
## Glaxo Wellcome Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC [1] | |
|---|---|---|---|
| 0173-0644-60 | LAMICTAL® (lamotrigine) TAB 200mg 60's | $147.26 | 184.08 |
| 0173-0635-35 | LEUKERAN® (chlorambucil) 2-mg Sugar-coated Tablets 50's | $75.37 | 94.21 |
| 0173-0547-00 | MEPRON® (atovaquone) SUSP UD 5ml 42's | $562.78 | 703.48 |
| 0173-0665-18 | MEPRON® (atovaquone) SUSPENSION 8oz | $590.91 | 738.64 |
| 0173-0713-25 | MYLERAN® (busulfan) 2-mg Scored Tablets 25's | $43.53 | 54.41 |
| 0173-0656-01 | NAVELBINE® (vinorelbine tartrate) INJ 10mg 1ml | $83.61 | 104.51 |
| 0173-0656-44 | NAVELBINE® (vinorelbine tartrate) INJ 50mg 5ml | $418.06 | 522.58 |
| 0173-0681-01 | RELENZA® (zanamivir for inhalation) ROTADISK INH PWDR 5mg 5X4 | $42.02 | 52.53 |
| 0173-0108-55 | RETROVIR® (zidovudine) CPSL 100mg 100's | $164.12 | 205.15 |
| 0173-0108-56 | RETROVIR® (zidovudine) CPSL 100mg (UDP*) | $164.12 | 205.15 |
| 0173-0107-93 | RETROVIR® (zidovudine) IV INF 10mg/mL 20mL 10's | $177.53 | 221.91 |
| 0173-0113-18 | RETROVIR® (zidovudine) SYRUP 10mg/ml 8oz | $39.39 | 49.24 |
| 0173-0501-00 | RETROVIR® (zidovudine) TAB 300mg 60's | $295.42 | 369.28 |
| 0173-0880-25 | THIOGUANINE® 40-mg Scored Tablets 25's | $96.44 | 120.55 |
| 0173-0691-00 | TRIZIVIR® TABLETS 300mg/150mg/300mg 60's | $887.97 | 1109.96 |
| 0173-0933-03 | VALTREX® (valacyclovir hydrochloride) Caplets 500mg 42's | $135.41 | 169.26 |
| 0173-0933-56 | VALTREX® (valacyclovir hydrochloride) Caplets 500mg 100's (UDP*) | $329.41 | 411.76 |
| 00173-0565-02 | VALTREX® (valacyclovir hydrochloride) Caplet 1000mg 20's | $108.25 | 135.31 |
| 0173-0947-55 | WELLBUTRIN SR® (bupropion hydrochloride) Tablets 100mg 60's | $82.10 | 102.63 |
| 0173-0135-55 | WELLBUTRIN SR® (bupropion hydrochloride) Tablets 150mg 60's | $87.99 | 109.99 |
| 0173-0664-00 | ZIAGEN® (abacavir sulfate) ORAL SOL 20mg/mL 240mL | $89.31 | 111.64 |
| 0173-0661-01 | ZIAGEN® (abacavir sulfate) 300mg TABS 60's | $339.75 | 424.69 |
| 0173-0661-00 | ZIAGEN® (abacavir sulfate) 300mg TABS 60's (UDP*) | $339.75 | 424.69 |
| 0173-0556-01 | ZYBAN® (bupropion hydrochloride) Tablets 150mg Starter Kit | $87.99 | 109.99 |
| 0173-0556-02 | ZYBAN® (bupropion hydrochloride) Tablets 150mg 60's Refill | $87.99 | 109.99 |

[1] Wholesale Acquisition Cost (previously referred to as NWP) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

* Unit Dose Package

Sincerely,

John L. Fish
Vice President, Trade, Pharmacy Sales & Operations

**HIGHLY CONFIDENTIAL**

FDB/Alabama 141049

# GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

January 8, 2002

Dear Customer:

Effective January 9, 2002, GlaxoSmithKline will change the Wholesale Acquisition Cost or WAC [1] on the following SmithKline Beecham heritage products. **(You will receive a price increase notification on Glaxo Wellcome heritage products under separate cover.)**

All orders received after 1:00 A.M. E.D.T.; January 9, 2002 will reflect these new prices. No phone orders will be accepted.

| NDC | PRODUCT DESCRIPTION | WAC [1] | |
|---|---|---|---|
| 0029-6073-47 | AUGMENTIN® Chewable Tablets (amoxicillin/clavulanate potassium) 125mg 30's | $33.23 | 41.54 |
| 0029-6074-47 | AUGMENTIN® Chewable Tablets (amoxicillin/clavulanate potassium) 250mg 30's | $63.38 | 79.23 |
| 0029-6071-12 | AUGMENTIN® Chewable Tablets BID (amoxicillin/clavulanate potassium) 200mg 20's | $32.15 | 40.19 |
| 0029-6072-12 | AUGMENTIN® Chewable Tablets BID (amoxicillin/clavulanate potassium) 400mg 20's | $61.27 | 76.59 |
| 0029-6085-39 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 125mg 75mL | $16.96 | 21.20 |
| 0029-6085-23 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 125mg 100mL | $22.59 | 28.24 |
| 0029-6085-22 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 125mg 150mL | $33.23 | 41.54 |
| 0029-6090-39 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 250mg 75mL | $32.32 | 40. |
| 0029-6090-23 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 250mg 100mL | $43.14 | 53.93 |
| 0029-6090-22 | AUGMENTIN® Oral Suspension (amoxicillin/clavulanate potassium) 250mg 150mL | $63.38 | 7 |
| 0029-6087-29 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 200mg 50mL | $16.40 | 2. |
| 0029-6087-39 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 200mg 75mL | $21.89 | 27 |
| 0029-6087-51 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 200mg 100mL | $32.15 | 40. |
| 0029-6092-29 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 400mg 50mL | $31.24 | 39. |
| 0029-6092-39 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 400mg 75mL | $41.62 | 52. |
| 0029-6092-51 | AUGMENTIN® Oral Suspension BID (amoxicillin/clavulanate potassium) 400mg 100mL | $61.27 | 76.59 |
| 0029-6075-27 | AUGMENTIN® Tablets (amoxicillin/clavulanate potassium) 250mg 30's | $68.58 | 85.73 |

1 of 3

**HIGHLY CONFIDENTIAL**

FDB/Alabama 141050

# GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC (1) | |
|---|---|---|---|
| 0029-6075-31 | AUGMENTIN® Tablets  (amoxicillin/clavulanate potassium) 250mg 100's (SUP*) | $234.27 | 292.14 |
| 0029-6080-31 | AUGMENTIN® Tablets  (amoxicillin/clavulanate potassium) 500mg 100's (SUP*) | $344.73 | 430.91 |
| 0029-6080-12 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 500mg 20's | $67.28 | 84.10 |
| 0029-6086-12 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 875mg 20's | $89.81 | 112.26 |
| 0029-6086-21 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 875mg 100's (SUP*) | $460.16 | 575.20 |
| 0029-6094-29 | AUGMENTIN® ES-600MG 5ml (amoxicillin/clavulanate potassium) Oral Suspension 50ml | $31.24 | 39.01 |
| 0029-6094-39 | AUGMENTIN® ES-600MG 5ml (amoxicillin/clavulanate potassium) Oral Suspension 75ml | $31.24 | " |
| 0029-6094-51 | AUGMENTIN® ES-600MG 5ml (amoxicillin/clavulanate potassium) Oral Suspension 100ml | $41.62 | 52.01 |
| 0029-6094-22 | AUGMENTIN® ES-600MG 5ml (amoxicillin/clavulanate potassium) Oral Suspension 150ml | $61.27 | 76.59 |
| 0029-1525-44 | BACTROBAN® Ointment 2%  (mupirocin) 22 gram tube 1s | $34.47 | 43.09 |
| 0029-1526-11 | BACTROBAN® Nasal Ointment 2%  (mupirocin) 1.0 gram tubes 10's | $44.45 | 55.56 |
| 0007-4139-20 | COREG® Tablets  (carvedilol) 3.125 mg 100's | $137.79 | 172.24 |
| 0007-4140-20 | COREG® Tablets  (carvedilol) 6.25 mg 100's | $137.79 | " |
| 0007-4141-20 | COREG® Tablets  (carvedilol) 12.5 mg 100's | $137.79 | " |
| 0007-4142-20 | COREG® Tablets  (carvedilol) 25 mg 100's | $137.79 | " |
| 0007-3512-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate) 5mg 100's | $70.20 | 87.75 |
| 0007-3513-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate) 10mg 100's | $87.44 | 109.30 |
| 0007-3514-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate) 15mg 100's | $111.82 | 139.78 |
| 0007-3519-20 | DEXEDRINE® Tablets (CII) (dextroamphetamine sulfate)  5mg 100's | $29.36 | 36.70 |
| 0007-3650-21 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  100's (SUP) | $44.28 | 55.35 |
| 0007-3650-22 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  100's | $41.90 | 52.38 |
| 0007-3650-30 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  1000's | $402.59 | 503.24 |
| 0007-4010-20 | ESKALITH® CR Tablets  (lithium carbonate)  450 mg 100's | $41.55 | 51.94 |
| 0029-3215-48 | PAXIL® Oral Suspension  (paroxetine HCl) 10mg/5mL 250mL | $108.07 | 135.08 |
| 0029-3210-13 | PAXIL® Tablets  (paroxetine HCl) 10mg 30's | $64.95 | 81.19 |
| 0029-3211-13 | PAXIL® Tablets  (paroxetine HCl)  20mg 30's | $67.77 | 84.71 |
| 0029-3211-20 | PAXIL® Tablets  (paroxetine HCl)  20mg 100's | $225.95 | 282.44 |
| 0029-3211-21 | PAXIL® Tablets  (paroxetine HCl)  20mg 100's (SUP*) | $230.56 | 288.20 |
| 0029-3212-13 | PAXIL® Tablets  (paroxetine HCl)  30mg 30's | $69.82 | 87.28 |
| 0029-3213-13 | PAXIL® Tablets  (paroxetine HCl)  40mg 30's | $73.75 | 92.19 |
| 0029-4851-20 | RELAFEN® Tablets  (nabumetone)  500mg 100's | $119.90 | 149.88 |
| 0029-4851-21 | RELAFEN® Tablets  (nabumetone)  500mg 100's (SUP*) | $119.90 | " |
| 0029-4852-20 | RELAFEN® Tablets  (nabumetone)  750mg 100's | $141.60 | 177 |

2 of 3

HIGHLY CONFIDENTIAL

FDB/Alabama 141051

# GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC [1] | |
|---|---|---|---|
| 0108-4901-42 | STELAZINE® Concentrate  (trifluoperazine HCl)  10mg/mL 2fl oz | $114.69 | 143.36 |
| 0108-4902-01 | STELAZINE® Injection  (trifluoperazine HCl)  10mL vials 2mg/mL 1's | $52.65 | 65.81 |
| 0108-4903-20 | STELAZINE® Tablets  (trifluoperazine HCl)  1mg 100's | $64.73 | 80.91 |
| 0108-4904-20 | STELAZINE® Tablets  (trifluoperazine HCl)  2mg 100's | $95.46 | 119.33 |
| 0108-4906-20 | STELAZINE® Tablets  (trifluoperazine HCl)  5mg 100's | $120.16 | 150.20 |
| 0108-4907-20 | STELAZINE® Tablets  (trifluoperazine HCl)  10mg 100's | $181.10 | 226.38 |
| 0108-5013-20 | TAGAMET® Tablets (cimetidine)  300mg 100 | $89.12 | 111.40 |
| 0108-5013-25 | TAGAMET® Tablets (cimetidine)  300mg 500 | $445.63 | 557.04 |
| 0108-5026-18 | TAGAMET® Tablets (cimetidine)  400mg 60 | $88.78 | 110.98 |
| 0108-5026-25 | TAGAMET® Tablets (cimetidine)  400mg 500 | $739.78 | 924.73 |
| 0108-5027-13 | TAGAMET® Tablets (cimetidine)  800mg 30 | $78.68 | 98.35 |
| 0007-5060-11 | THORAZINE® Injection  (chlorpromazine HCl)  1 mL ampules 25 mg/mL 10's | $77.08 | 96.35 ✓ |
| 0007-5061-11 | THORAZINE® Injection  (chlorpromazine HCl)  2 mL ampules 25 mg/mL 10's | $108.87 | 136.09 |
| 0007-5062-01 | THORAZINE® Injection  (chlorpromazine HCl)  10 mL vials 25 mg/mL 1's | $50.14 | 62.68 |
| 0007-5070-03 | THORAZINE® Suppositories  (chlorpromazine)  25 mg 12's | $37.75 | 47.19 |
| 0007-5071-03 | THORAZINE® Suppositories  (chlorpromazine)  100 mg 12's | $47.80 | 59.75 |
| 0007-5072-44 | THORAZINE® Syrup  (chlorpromazine HCl)  10 mg/5 mL 4 fl oz | $23.28 | 29.10 |
| 0007-5073-20 | THORAZINE® Tablets  (chlorpromazine HCl)  10 mg 100's | $39.38 | 49.23 |
| 0007-5074-20 | THORAZINE® Tablets  (chlorpromazine HCl)  25 mg 100's | $53.27 | 66.59 |
| 0007-5076-20 | THORAZINE® Tablets  (chlorpromazine HCl)  50 mg 100's | $66.49 | 83.11 |
| 0007-5077-20 | THORAZINE® Tablets  (chlorpromazine HCl)  100 mg 100's | $85.76 | 107.20 |
| 0007-5079-20 | THORAZINE® Tablets  (chlorpromazine HCl)  200 mg 100's | $108.96 | 136.20 |

[1] Wholesale Acquisition Cost (previously referred to as Wholesale Purchase Price) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

* Single Unit Package

Sincerely,

John L. Fish
Vice President, Trade, Pharmacy Sales & Operations

3 of 3

**HIGHLY CONFIDENTIAL**

**FDB/Alabama 141052**

| 1ST | 2ND | 3RD |
|-----|-----|-----|
| | | |

JOB#_____

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- TODAY_____
- WEEKLY_____
- MONTHLY_____
- OTHER_____

*remove 1.25*

DATE RECEIVED:_____

MANUFACTURER:_____*Glaxo*_____ Ph:_____

LABLER ID:_____*00029*_____ DUMMY_____

EFFECTIVE DATE:_____*5-24-2001*_____

PROJECT:

- Ⓢ PRICING
- ADDS
- OBSOLETES
- PREV/REP
  - COMPLETE SYN-TABLE_____
- CSR #_____
- LABELER ID CHANGE
- FIX
- FACTOR
- NEW CODE
- NEW MANUFACTURER
- EZT REPORT
- CONTACT MFG RE:_____

PRICES TO KEY:

| Ⓝ NDDF | Ⓜ MDDB |
|--------|--------|
| Ⓦ WAC | Ⓦ WAC |
| DIR | DP |
| SWP | SWP |

COMMENTS:

*Ev (PDVF)*
*md db*

MDDB: ENTRY *RR* PRICE MAIN_____ MERGE *✓* ADD?_____ PASS_____ TRACK_____ LOG# *45084*
FORMAT *11* SCENARIO_____ DPPF#_____ WAPF# *1.25*
ADD TO ST. LOUIS? YES_____ NO_____ COMPLETED_____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|------|-----------|-------------|------|--------|-------|
| ✓ *5/24/01* | *Reno job* | *pricing* | *5/24* | *RR* | ENTD MAY 24 2001 |
| | | | | | |

HIGHLY CONFIDENTIAL                    FDB/Alabama 140832

## GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

 **gsk** GlaxoSmithKline

*1.25*

*00081 removed*
*n06 25 to*
*removed*

May 24, 2001

Dear Customer:

Effective May 24, 2001, GlaxoSmithKline will change the prices on the following SmithKline Beecham heritage products. **(You will receive a price increase notification on Glaxo Wellcome heritage products under separate cover.)**

All orders received after 1:00 A.M. E.D.T.; May 24, 2001 will reflect these new prices.

| NDC | PRODUCT DESCRIPTION | WAC |
|-----|---------------------|-----|
| 0007-4407-01 | ARGATROBAN® Injection 100 mg /mL 2.5 mL SDU 1's | $624.00 |
| 0029-6071-12 | AUGMENTIN® Chewables  BID (amoxicillin/clavulanate potassium) 200mg 20's | $30.91 |
| 0029-6072-12 | AUGMENTIN® Chewables  BID (amoxicillin/clavulanate potassium) 400mg 20's | $58.91 |
| 0029-6073-47 | AUGMENTIN® Chewables  (amoxicillin/clavulanate potassium) 125mg 30's | $31.95 |
| 0029-6074-47 | AUGMENTIN® Chewables  (amoxicillin/clavulanate potassium) 250mg 30's | $60.94 |
| 0029-6080-12 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 500mg 20's | $64.69 |
| 0029-6086-12 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 875mg 20's | $86.36 |
| 0029-6086-21 | AUGMENTIN® Tablets  BID (amoxicillin/clavulanate potassium) 875mg 100's (SUP) | $442.46 |
| 0029-6075-27 | AUGMENTIN® Tablets  (amoxicillin/clavulanate potassium) 250mg 30's | $65.94 |
| 0029-6075-31 | AUGMENTIN® Tablets  (amoxicillin/clavulanate potassium) 250mg 100's (SUP) | $225.26 |
| 0029-6080-31 | AUGMENTIN® Tablets  (amoxicillin/clavulanate potassium) 500mg 100's (SUP) | $331.47 |
| 0029-6087-29 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 200mg 50mL | $15.77 |
| 0029-6087-39 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 200mg 75mL | $21.05 |
| 0029-6087-51 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 200mg 100mL | $30.91 |
| 0029-6092-29 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 400mg 50mL | $30.04 |
| 0029-6092-39 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 400mg 75mL | $40.02 |
| 0029-6092-51 | AUGMENTIN® Oral Suspension  BID (amoxicillin/clavulanate potassium) 400mg 100mL | $58.91 |
| 0029-6085-39 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 125mg 75mL | $16.31 |
| 0029-6085-23 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 125mg 100mL | $21.72 |
| 0029-6085-22 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 125mg 150mL | $31.95 |
| 0029-6090-39 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 250mg 75mL | $31.08 |
| 0029-6090-23 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 250mg 100mL | $41.48 |
| 0029-6090-22 | AUGMENTIN® Oral Suspension  (amoxicillin/clavulanate potassium) 250mg 150mL | $60.94 |
| 0029-1525-44 | BACTROBAN® Ointment 2%  (mupirocin) 22 gram 1's | $31.87 |
| 0029-1526-11 | BACTROBAN® Nasal Ointment 2%  (mupirocin) 1.0 gram 1's | $41.10 |
| 0007-3352-16 | COMPAZINE® Injection  (prochlorperazine) 2 mL Vials (5mg/mL) 25's | $183.08 |
| 0007-3343-01 | COMPAZINE® Injection   (prochlorperazine) 10 mL Vial (5mg/mL) 1's | $35.48 |
| 0007-3344-15 | COMPAZINE® Spansule Capsules  (prochlorperazine as the maleate) 10 mg 50's | $53.96 |
| 0007-3346-15 | COMPAZINE® Spansule Capsules  (prochlorperazine as the maleate) 15 mg 50's | $80.20 |
| 0007-3360-03 | COMPAZINE® Suppositories  (prochlorperazine) 2.5 mg 12's | $25.54 |
| 0007-3361-03 | COMPAZINE® Suppositories  (prochlorperazine) 5 mg 12's | $28.37 |

1 of 3

**HIGHLY CONFIDENTIAL**                                    FDB/Alabama 140833

## GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC* |
|---|---|---|
| 0007-3362-03 | COMPAZINE® Suppositories  (prochlorperazine) 25 mg 12's | $35.11 |
| 0007-3363-44 | COMPAZINE® Syrup  (prochlorperazine as the edisylate) 5 mg/5 mL 4 fl. oz. | $19.43 |
| 0007-3366-20 | COMPAZINE® Tablets  (prochlorperazine as the maleate) 5 mg 100's | $54.41 |
| 0007-3366-21 | COMPAZINE® Tablets  (prochlorperazine as the maleate) 5 mg 100's SUP | $56.70 |
| 0007-3367-20 | COMPAZINE® Tablets  (prochlorperazine as the maleate) 10 mg 100's | $81.79 |
| 0007-3367-21 | COMPAZINE® Tablets  (prochlorperazine as the maleate) 10 mg 100's SUP | $84.16 |
| 0007-4139-20 | COREG® Tablets  (carvedilol) 3.125 mg 100's | $133.78 |
| 0007-4140-20 | COREG® Tablets  (carvedilol) 6.25 mg 100's | $133.78 |
| 0007-4141-20 | COREG® Tablets  (carvedilol) 12.5 mg 100's | $133.78 |
| 0007-4142-20 | COREG® Tablets  (carvedilol) 25 mg 100's | $133.78 |
| 0007-3512-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate)  5 mg 100's | $64.40 |
| 0007-3513-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate)  10 mg 100's | $80.22 |
| 0007-3514-20 | DEXEDRINE® Spansule Capsules (CII) (dextroamphetamine sulfate)  15 mg 100's | $102.59 |
| 0007-3519-20 | DEXEDRINE® Tablets (CII) (dextroamphetamine sulfate)  5 mg 100's | $26.94 |
| 0007-3650-21 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  100's (SUP) | $42.17 |
| 0007-3650-22 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  100's | $39.90 |
| 0007-3650-30 | DYAZIDE® Capsules  (hydrochlorothiazide, triamterene)  1000's | $383.42 |
| 0007-4010-20 | ESKALITH® CR Tablets  (lithium carbonate)  450 mg 100's | $37.97 |
| 0007-4471-20 | PARNATE® Tablets  (tranylcypromine sulfate)  10 mg 100's | $50.50 |
| 0029-3210-13 | PAXIL® Tablets  (paroxetine HCl)  10 mg 30's | $62.45 |
| 0029-3211-13 | PAXIL® Tablets  (paroxetine HCl)  20 mg 30's | $65.16 |
| 0029-3211-20 | PAXIL® Tablets  (paroxetine HCl)  20 mg 100's | $217.26 |
| 0029-3211-21 | PAXIL® Tablets  (paroxetine HCl)  20 mg 100's | $221.69 |
| 0029-3212-13 | PAXIL® Tablets  (paroxetine HCl)  30 mg 30's | $67.13 |
| 0029-3213-13 | PAXIL® Tablets  (paroxetine HCl)  40 mg 30's | $70.91 |
| 0029-3215-48 | PAXIL® Oral Suspension  (paroxetine HCl) 10 mg/5 mL 250 mL | $103.91 |
| 0029-4851-20 | RELAFEN® Tablets  (nabumetone)  500 mg 100's | $115.29 |
| 0029-4851-21 | RELAFEN® Tablets  (nabumetone)  500 mg 100'S | $115.29 |
| 0029-4852-20 | RELAFEN® Tablets  (nabumetone)  750 mg 100'S | $136.15 |
| 0108-4901-42 | STELAZINE® Concentrate  (trifluoperazine HCl)  10 mg/mL 2 fl oz | $108.20 |
| 0108-4902-01 | STELAZINE® Injection  (trifluoperazine HCl)  10 mL vials 2 mg/mL 1's | $49.67 |
| 0108-4903-20 | STELAZINE® Tablets  (trifluoperazine HCl)  1 mg 100's | $61.07 |
| 0108-4904-20 | STELAZINE® Tablets  (trifluoperazine HCl)  2 mg 100's | $90.06 |
| 0108-4906-20 | STELAZINE® Tablets  (trifluoperazine HCl)  5 mg 100's | $113.36 |
| 0108-4907-20 | STELAZINE® Tablets  (trifluoperazine HCl)  10 mg 100's | $170.85 |
| 0108-5013-20 | TAGAMET® Tablets (cimetidine)  300 MG 100 | $84.88 |
| 0108-5013-25 | TAGAMET® Tablets (cimetidine)  300 MG 500 | $424.41 |
| 0108-5026-18 | TAGAMET® Tablets (cimetidine)  400 MG 60 | $84.55 |
| 0108-5026-25 | TAGAMET® Tablets (cimetidine)  400 MG 500 | $704.55 |
| 0108-5027-13 | TAGAMET® Tablets (cimetidine)  800 MG 30 | $74.93 |
| 0007-5060-11 | THORAZINE® Injection  (chlorpromazine HCl)  1 mL ampules 25 mg/mL 10's | $72.72 |
| 0007-5061-11 | THORAZINE® Injection  (chlorpromazine HCl)  2 mL ampules 25 mg/mL 10's | $102.71 |

HIGHLY CONFIDENTIAL                    FDB/Alabama 140834

# GlaxoSmithKline Price Increase
## SmithKline Beecham Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC* |
|---|---|---|
| 0007-5062-01 | THORAZINE® Injection  (chlorpromazine HCl)  10 mL vials 25 mg/mL 1's | $47.30 |
| 0007-5070-03 | THORAZINE® Suppositories  (chlorpromazine)  25 mg 12's | $35.61 |
| 0007-5071-03 | THORAZINE® Suppositories  (chlorpromazine)  100 mg 12's | $45.09 |
| 0007-5072-44 | THORAZINE® Syrup  (chlorpromazine HCl)  10 mg/5 mL 4 fl oz | $21.96 |
| 0007-5073-20 | THORAZINE® Tablets  (chlorpromazine HCl)  10 mg 100's | $37.15 |
| 0007-5074-20 | THORAZINE® Tablets  (chlorpromazine HCl)  25 mg 100's | $50.25 |
| 0007-5076-20 | THORAZINE® Tablets  (chlorpromazine HCl)  50 mg 100's | $62.73 |
| 0007-5077-20 | THORAZINE® Tablets  (chlorpromazine HCl)  100 mg 100's | $80.91 |
| 0007-5079-20 | THORAZINE® Tablets  (chlorpromazine HCl)  200 mg 100's | $102.79 |

*Wholesale Acquisition Cost (previously referred to as Wholesale Purchase Price) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks.  Listed price may not represent prices charged to other customers, including specialty distributors.

Sincerely,

John L. Fish
Vice President, Trade, Pharmacy Sales & Operations

**Note:  You will receive a price increase notification on Glaxo Wellcome "Heritage"
products under separate cover.**

3 of 3

**HIGHLY CONFIDENTIAL**                                                          **FDB/Alabama 140835**

JOB#_____

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- TODAY _____
- WEEKLY_____
- MONTHLY_____
- OTHER _____

DATE RECEIVED:_____

MANUFACTURER: _Glaxo_____ Ph:_____

LABLER ID: _00173_____ DUMMY_____

EFFECTIVE DATE: _5-25-2001  5-24-2001_____

PROJECT:                              PRICES TO KEY:

- ✓ PRICING                      NDDF        MDDB
  - ADDS                         WAC         WAC
  - OBSOLETES
  - PREV/REP                     DIR         DP
    - COMPLETE SYN-TABLE_____
  - CSR #_____       SWP         SWP
  - LABELER ID CHANGE
  - FIX
  - FACTOR
  - NEW CODE
  - NEW MANUFACTURER
  - EZT REPORT
  - CONTACT MFG RE:_____

## COMMENTS:

MDDB: ENTRY _kk_ PRICE MAIN_____ MERGE _MT_ ADD?____ PASS____ TRACK____ LOG# _41083_

FORMAT____ SCENARIO____ DPPF#____ WAPF# _1.2_

ADD TO ST. LOUIS? YES____ NO____ COMPLETED____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|------|-----------|-------------|------|--------|-------|
| 4/24/01 | glass | pricing | 5/24 | MKT | ENT'D MAY 24 2001 |
| | | | | | |

HIGHLY CONFIDENTIAL                              FDB/Alabama 140961

# GlaxoSmithKline Price Increase
## Glaxo Wellcome Heritage Products

**gsk** GlaxoSmithKline

May 24, 2001

**GlaxoSmithKline**
PO Box 13398
Five Moore Drive
Research Triangle Park
North Carolina 27709
Tel. 919 483 2100
www.gsk.com

Dear Customer:

Effective May 24, 2001, GlaxoSmithKline will change the prices on the following Glaxo Wellcome heritage products. **(You will receive a price increase notification on SmithKline Beecham heritage products under separate cover.)**

All orders received after 1:00 A.M. E.D.T., May 24, 2001 will reflect these new prices.

| NDC | PRODUCT DESCRIPTION | WAC* |
|-----|---------------------|------|
| 0173-0045-35 | ALKERAN® (melphalan) 2-mg Scored Tablets 50's | $100.34 |
| 0173-0130-93 | ALKERAN® (melphalan hydrochloride) for Injection 50mg | $337.46 |
| 0173-0336-02 | BECONASE® (beclomethasone dipropionate, USP) Inhalation Aerosol 16.8G 200D | $41.91 |
| 0173-0468-00 | BECONASE® (beclomethasone dipropionate, USP) Inhalation Aerosol 6.7G 80D | $23.95 |
| 0173-0388-79 | BECONASE AQ® (beclomethasonedipropionate, monohydrate) Nasal Spray, 0.042% 200D | $42.98 |
| 0173-0201-55 | DARAPRIM® (pyrimethamine) 25-mg Scored Tablets 100's | $41.10 |
| 0173-0517-00 | FLOLAN® (epoprostenol sodium) for Injection .5mg (FLOLAN IS DISTRIBUTED BY GENTEVA and THERACOM INC) | $15.84 |
| 0173-0519-00 | FLOLAN® (epoprostenol sodium) for Injection 1.5mg (FLOLAN IS DISTRIBUTED BY GENTEVA and THERACOM INC) | $31.68 |
| 0173-0518-00 | FLOLAN® (epoprostenol sodium) Sterile Diluent 50ml (FLOLAN IS DISTRIBUTED BY GENTEVA and THERACOM INC) | $38.06 |
| 0173-0453-01 | FLONASE® (fluticasone propionate) Nasal Spray 50 mcg 120D | $48.09 |
| 0173-0635-35 | LEUKERAN® (chlorambucil) 2-mg Sugar-coated Tablets 50's | $72.47 |
| 0173-0713-25 | MYLERAN® (busulfan) 2-mg Scored Tablets 25's | $41.86 |
| 0173-0807-25 | PURINETHOL® (mercaptopurine) 50-mg Scored Tablets 25's | $72.33 |
| 0173-0807-65 | PURINETHOL® (mercaptopurine) 50-mg Scored Tablets 250's | $689.05 |
| 0173-0880-25 | THIOGUANINE® 40-mg Scored Tablets 25's | $92.73 |
| 0173-0933-03 | VALTREX® (valacyclovir hydrochloride) Caplets 500mg 42's | $126.55 |
| 0173-0933-56 | VALTREX® (valacyclovir hydrochloride) Caplets 500mg 100's UD | $307.86 |
| 0173-0947-55 | WELLBUTRIN SR® (bupropion hydrochloride) Tablets 100mg 60's | $78.56 |
| 0173-0135-55 | WELLBUTRIN SR® (bupropion hydrochloride) Tablets 150mg 60's | $84.20 |

*Wholesale Acquisition Cost (previously referred to as NWP) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

1 of 2

HIGHLY CONFIDENTIAL

# GlaxoSmithKline Price Increase
## Glaxo Wellcome Heritage Products

| NDC | PRODUCT DESCRIPTION | WAC* |
|---|---|---|
| 0173-0383-54 | ZANTAC® (ranitidine hydrochloride) Syrup, USP 15mg/ml 16oz | $180.39 |
| 0173-0451-01 | ZANTAC® (ranitidine hydrochloride effervescent) EFFERdose® Granules 150mg 60's | $92.41 |
| 0173-0427-02 | ZANTAC® (ranitidine hydrochloride effervescent) EFFERdose® Tablets 150mg 60's | $92.41 |
| 0173-0344-42 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 150mg 60's | $94.92 |
| 0173-0344-47 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 150mg 100's UD | $160.54 |
| 0173-0344-17 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 150mg 180's | $284.74 |
| 0173-0344-14 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 150mg 500's | $790.96 |
| 0173-0344-12 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 150mg 1000's | $1581.74 |
| 0173-0393-40 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 300mg 30's | $86.16 |
| 0173-0393-47 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 300mg 100's UD | $289.44 |
| 0173-0393-06 | ZANTAC® (ranitidine hydrochloride)Tablets, USP 300mg 250's | $718.09 |
| 0173-0995-01 | ZOVIRAX® (acyclovir sodium) for Injection 500mg 10ml 10's | $541.72 |
| 0173-0952-01 | ZOVIRAX® (acyclovir sodium) for Injection 1000mg 20ml 10's | $1083.42 |
| 0173-0991-55 | ZOVIRAX® (acyclovir) Capsules 200mg 100's | $116.62 |
| 0173-0991-56 | ZOVIRAX® (acyclovir) Capsules 200mg 100's UD | $132.82 |
| 0173-0993-94 | ZOVIRAX®(acyclovir) Ointment 5% 15g | $43.07 |
| 0173-0993-41 | ZOVIRAX®(acyclovir) Ointment 5% 3g | $18.65 |
| 0173-0953-96 | ZOVIRAX® (acyclovir) Suspension 200mg/5ml 16oz | $101.45 |
| 0173-0949-55 | ZOVIRAX® (acyclovir) Tablets 400mg 100's | $226.30 |
| 0173-0945-55 | ZOVIRAX® (acyclovir) Tablets 800mg 100's | $440.04 |
| 0173-0945-56 | ZOVIRAX® (acyclovir) Tablets 800mg 100's UD | $448.83 |
| 0173-0556-01 | ZYBAN® (bupropion hydrochloride) Tablets 150mg Starter Kit | $84.20 |
| 0173-0556-02 | ZYBAN® (bupropion hydrochloride) Tablets 150mg 60's Refill | $84.20 |

*Wholesale Acquisition Cost (previously referred to as NWP) is the listed price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. Listed price may not represent prices charged to other customers, including specialty distributors.

Sincerely,

John L. Fish
Vice President, Trade, Pharmacy Sales & Operations

**Note:** You will receive a price increase notification on SmithKline Beecham "Heritage" products under separate cover.

2 of 2

HIGHLY CONFIDENTIAL          FDB/Alabama 140963