# EXHIBIT 7

July 27, 1999

Dear Customer:

Effective July 27, 1999, Glaxo Wellcome Inc., will change the prices on the following products. All orders received after 4:00 p.m. E.D.T., July 27, 1999, will reflect these new prices.

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0442-02 | ZOFRAN INJ 2MG/ML 2ML 5S | $106.87 |
| 0173-0442-00 | ZOFRAN INJ 2MG/ML 20ML | $213.67 |

Your buyer will receive buy-in credits under separate cover based on purchasing history.

Sincerely,

Anne M. Faul
Director, Customer Interface

Al L. Goeken
Director, Trade Development

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates or chargebacks. It may not represent prices charged to other classes of trade.

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline

GSK-AG_ 0030160

| 1ST | 2ND | 3RD |
|---|---|---|
| ✓ | N | |

JOB# 812929

152

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- (TODAY)
- WEEKLY_____
- MONTHLY_____
- OTHER_____

DATE RECEIVED: 6-28-00

MANUFACTURER: Glaxo  Ph:_____

LABLER ID: A0073  DUMMY_____

EFFECTIVE DATE: 6-28-00

**PROJECT:**
- (PRICING)
- ADDS
- (OBSOLETES)
- PREV/REP
  - COMPLETE SYN-TABLE_____
- CSR #_____
- LABELER ID CHANGE  B0079
- (FIX)
- FACTOR
- NEW CODE
- NEW MANUFACTURER
- EZT REPORT
- CONTACT MFG RE:_____

**PRICES TO KEY:**

| NDDF | MDDB |
|---|---|
| (WAC) | WAC |
| DIR | DP |
| SWP | SWP |

**COMMENTS:**

MDDB: ENTRY____ PRICE MAIN____ MERGE____ ADD?____ PASS____ TRACK____ LOG#_____
FORMAT____ SCENARIO____ DPPF#____ WAPF#____
ADD TO ST. LOUIS? YES____ NO____ COMPLETED____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|---|---|---|---|---|---|
| 6/27 | GLAXY | DBS / PRICING | 6/27 | N ENTD | JUN 2 8 2000 |
| | | | | | |
| | | | | | |

**HIGHLY CONFIDENTIAL**

FDB/Alabama 140748

# GlaxoWellcome

June 27, 2000

First Data Bank
Kay Morgan
1111 Bayhill Drive
Suite 350
San Bruno, CA 94066

Dear Kay:

This notification is to confirm with you the price for the following product:   WAC

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0457-01 | TRUE TEST ALLERGE PATCH 5S | $217.30 |

If you need further assistance please call me at 919-483-3259.

Sincerely,

Sheila Kelly
Mgr. Trade Service Operations

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

Glaxo Wellcome Inc.
Five Moore Drive
PO Box 13398
Research Triangle Park
North Carolina 27709-3398

Telephone
919 483 2100

**HIGHLY CONFIDENTIAL**                                     FDB/Alabama 140749

# GlaxoWellcome

June 27, 2000

Dear Customer:

Effective June 27, 2000, Glaxo Wellcome Inc., will change the prices on the following products. All orders received after 4:00 p.m. E.D.T., June 27, 2000, will reflect these new prices.

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0406-00 | CEFTIN SUSP 125MG/5ML 100ML | $28.64 |
| 0173-0555-00 | CEFTIN SUSP 250MG/5ML 100ML | $48.76 |
| 0173-0554-00 | CEFTIN SUSP 250MG/5ML 50ML | $24.38 |
| 0173-0395-01 | CEFTIN TAB 125MG 60S | $102.44 |
| 0173-0387-01 | CEFTIN TAB 250MG 100S UD | $338.45 |
| 0173-0387-00 | CEFTIN TAB 250MG 20S | $70.00 |
| 0173-0387-42 | CEFTIN TAB 250MG 60S | $199.77 |
| 0173-0394-00 | CEFTIN TAB 500MG 20S | $127.56 |
| 0173-0394-01 | CEFTIN TAB 500MG 50S UD | $316.86 |
| 0173-0394-42 | CEFTIN TAB 500MG 60S | $377.23 |
| 0173-0494-00 | FLOVENT 110MCG INH AER 120ACTN | $53.87 |
| 0173-0495-00 | FLOVENT 220MCG INH AER 120ACTN | $82.87 |
| 0173-0504-00 | FLOVENT ROTADISK INH 250MCG 4X15 | $56.57 |
| 0173-0498-00 | FLOVENT INH AER 110MCG,60ACTN INST | $37.41 |
| 0173-0499-00 | FLOVENT INH AER 220MCG,60ACTN INST | $58.64 |
| 0173-0681-01 | RELENZA DISKHALER INH PWDR 5MG 5X4S | $38.48 |
| 0173-0520-00 | SEREVENT DISKUS INH PWDR 28 CT, INST | $37.49 |
| 0173-0521-00 | SEREVENT DISKUS INH PWDR 60 CT | $60.48 |
| 0173-0464-00 | SEREVENT INH AEROSOL 120 ACT | $57.93 |
| 0173-0465-00 | SEREVENT INH AEROSOL 120 RFL | $55.92 |
| 0173-0467-00 | SEREVENT INH AEROSOL 6.5G 60,INST | $36.16 |
| 0173-0565-00 | VALTREX CAPLET 1000MG 20'S | $74.87 |

Your buyer will receive a buy-in order based on your purchasing history at a later date.

Sincerely,

Anne M. Faul
Director, Trade Services

Al L. Goeken
Director, Trade Development

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

Glaxo Wellcome Inc.

Five Moore Drive
PO Box 13398
Research Triangle Park
North Carolina 27709-3398

Telephone
919 483 2100

HIGHLY CONFIDENTIAL

FDB/Alabama 140750

# GlaxoWellcome

June 27, 2000

Dear Customer:

This is confirmation that effective June 27, 2000 Glaxo Wellcome Inc. will discontinue the following NDC's for CEFTIN®:

| NDC | Description | Lot # & Expiration Date of Last Lot Sold |
|---|---|---|
| 0173-0406-01 | Ceftin® Powder for Oral Suspension (cefuroxime axetil) 125MG/5ML 50ML | Lot # C010335 – 07/31/01 |
| 0173-0395-00 | Ceftin® Tablets (cefuroxime axetil) 125MG 20S | 8ZP1827 – 01/31/01 |
| 0173-0395-02 | Ceftin® Tablets (cefuroxime axetil) Tab 125MG 100S UD | BD375A – 04/30/02 |

Note: The Ceftin 125MG 60's are still available. The 250MG and 500MG tablets also remain available in bottles and in hospital unit dose packs.

If you have questions or need assistance, please contact your Regional Manager, Trade Development or Trade Services.

Thank you for your continued support and cooperation in the distribution of our products.

Sincerely,

Anne M. Faul
Director, Trade Services

Al L. Goeken
Director, Trade Development

Please visit our Web site at: http://www.gw-tradeservices.com

Glaxo Wellcome Inc.
Five Moore Drive
PO Box 13398
Research Triangle Park
North Carolina 27709-3398

Telephone
919 483 2100

**HIGHLY CONFIDENTIAL**

FDB/Alabama 140751

| 1ST | 2ND | 3RD |
|-----|-----|-----|
|     |     |     |

JOB#_____

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- (TODAY)
- WEEKLY _____
- (MONTHLY) _____
- OTHER _____

DATE RECEIVED: 7-17-2000

MANUFACTURER: Glaxo Wellcome          Ph: _____

LABLER ID: 00173          DUMMY: 99850

EFFECTIVE DATE: 7-31-00

**PROJECT:**
- PRICING
- (ADDS)
- OBSOLETES
- PREV/REP
  - COMPLETE SYN-TABLE_____
- CSR #_____
- LABELER ID CHANGE
- FIX
- FACTOR
- NEW CODE
- NEW MANUFACTURER
- EZT REPORT
- CONTACT MFG RE: _NDDF HAS PACKAGE INSERT_

**PRICES TO KEY:**

| NDDF | MDDB |
|------|------|
| (WAC) | (WAC) |
| DIR | DP |
| SWP | SWP |

**COMMENTS:** Please print report before adding Thanx :)

MDDB: ENTRY MT PRICE MAIN_____ MERGE_____ ADD?_____ PASS_____ TRACK_____ LOG# 41474
FORMAT 11 SCENARIO 12 DPPF#_____ WAPF# 1 = 1.2
ADD TO ST. LOUIS? YES_____ NO_____ COMPLETED_____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|------|-----------|-------------|------|--------|-------|
|      |           |             |      |        |       |
|      |           |             |      |        |       |
|      |           |             |      |        |       |

**HIGHLY CONFIDENTIAL**                                    FDB/Alabama 140764

## DISTRIBUTOR FACT SHEET

| | |
|---|---|
| **SUPPLIED BY** | Glaxo Wellcome Inc. |
| **MARKETED BY:** | Glaxo Wellcome Inc. |
| **PRODUCT NAME:** | Malarone ™ (atovaquone and proguanil hydrochloride) tablets |

**PACKAGE SIZE:**

| | NDC NUMBER | NET WHOLESALE[1] |
|---|---|---|
| 250mg/100mg 100's | 0173-0675-01 | $392.00 |
| 62.5mg/25mg 100's | 0173-0676-01 | $145.00 |

**MINIMUM ORDER QUANTITY:** Please order in eaches for this product.

| SHIPPING CASE | CASE QUANTITY | CASE DIMENSIONS | CASE WEIGHT |
|---|---|---|---|
| 250mg/100mg 100's | 24 | 7.09 x 5.83 x 7.80 " | 4.33 lbs. |
| 62.5mg/25mg 100's | 24 | 7.09 x 5.83 x 7.80 " | 2.74 lbs. |

| SKU INFORMATION | SKU DIMENSIONS | SKU WEIGHT |
|---|---|---|
| 250mg/100mg 100's | 3.35 x 1.67 " | 0.17 lbs. |
| 62.5mg/25mg 100's | 3.35 x 1.67 " | 0.10 lbs. |

**DATED ITEM:** 36 Months

**PRESCRIPTION LEGEND:** Yes

**SPECIAL STORAGE REQUIREMENTS:** Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) (see USP Controlled Room Temperature).

**REFRIGERATION REQUIRED:** No

**INITIAL STOCKING TERMS:** Additional 60 days' dating (total of 90 days) through August 31, 2000.

**DISTRIBUTION:** To Glaxo Wellcome Inc. Direct Accounts.

**RETURNED GOODS:** See Glaxo Wellcome Inc. Return Goods Policy.





[1] List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

06/00

**HIGHLY CONFIDENTIAL**

**FDB/Alabama 140765**

# GlaxoWellcome

July 17, 2000

Attention: Pharmaceutical Buyer
Sales Manager

Glaxo Wellcome Inc. is pleased to announce the availability of Malarone ™ (atovaquone and proguanil hydrochloride) 250 mg/100 mg Tablets and Malarone ™ (atovaquone and proguanil hydrochloride) Pediatric Tablets 62.5 mg/25 mg 100's tablets.

Enclosed is a fact sheet containing pricing and other pertinent information.

As previously announced, due to the unique market for Malarone ™ (atovaquone and proguanil hydrochloride) no suggested stocking orders will be offered for this product. We would ask that you please contact your Regional Trade Manager to obtain more information about suggested stocking quantities.

We anticipate orders to begin shipping the week of July 31, 2000. Invoices will receive an additional 60 days dating (for a total of 90 days) through August 31, 2000.

Please consider the following when determining your purchasing needs:

- We anticipate that prescriptions for Malarone ™ (atovaquone and proguanil hydrochloride) 250mg/100 mg Tablets and Malarone ™ (atovaquone and proguanil hydrochloride) 62.5mg/25mg 100's Pediatric Tablets will be filled at retail outlets.

- We suggest that you consider local demand of the appropriate retail stores that fill prescriptions for international travelers when targeting your distribution of this product.

Thank you for your support and cooperation in the distribution of our products.

Sincerely,

Anne M. Faul
Director, Trade Services

Al L. Goeken
Director, Trade Development

Attachments

Please visit our Web site at: *http://www.gw-tradeservices.com*

Glaxo Wellcome Inc.
Five Moore Drive
PO Box 13398
Research Triangle Park
North Carolina 27709-3398

Telephone
919 483 2100

HIGHLY CONFIDENTIAL

FDB/Alabama 140766

# GlaxoWellcome

November 14, 2000

Dear Customer:

Effective November 14, 2000, Glaxo Wellcome Inc., will change the prices on the following products. All orders received after 4:00 p.m. E.S.T., November 14, 2000, will reflect these new prices.

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0130-93 | ALKERAN IV INJECTION 50MG | $321.39 |
| 0173-0045-35 | ALKERAN TAB 2MG 50S | $95.56 |
| 0173-0561-00 | AMERGE TAB 1.0MG 9'S    BLISTER | $131.86 |
| 0173-0562-00 | AMERGE TAB 2.5MG 9S    BLISTER | $131.86 |
| 0173-0388-79 | BECONASE AQ NSL SPR 0.042% 200D | $39.43 |
| 0173-0336-02 | BECONASE INH AER 16.8G   200D W/COMPACT | $38.45 |
| 0173-0468-00 | BECONASE INH AER 6.7G 80D TRADE | $21.97 |
| 0173-0230-44 | DIGIBIND INJECTION 40MG | $483.91 |
| 0173-0517-00 | FLOLAN FOR INJECTION 0.5MG (FLOLAN IS DISTRIBUTED BY OLSTEN HEALTH SERVICES and THERACOM INC) | $15.23 |
| 0173-0519-00 | FLOLAN FOR INJECTION 1.5MG (FLOLAN IS DISTRIBUTED BY OLSTEN HEALTH SERVICES and THERACOM INC) | $30.46 |
| 0173-0518-00 | FLOLAN STERILE DILUENT 50ML (FLOLAN IS DISTRIBUTED BY OLSTEN HEALTH SERVICES and THERACOM INC) | $36.60 |
| 0173-0453-01 | FLONASE NASAL SPRAY 0.05% 120D | $46.69 |
| 0173-0449-02 | IMITREX INJ 0.5ML 12MG/ML 5S VIALS | $212.66 |
| 0173-0479-00 | IMITREX INJ 12MG/ML STAT DOSE KIT | $91.17 |
| 0173-0478-00 | IMITREX INJ 12MG/ML STAT DOSE RFL 2'S | $86.35 |
| 0173-0449-01 | IMITREX INJ 12MG/ML 0.5ML 2S PFLD SRNG | $86.35 |
| 0173-0523-00 | IMITREX NASAL SPRAY 20MG 6S | $109.24 |
| 0173-0524-00 | IMITREX NASAL SPRAY 5MG 6S | $109.24 |
| 0173-0460-02 | IMITREX TAB 25MG 9S | $126.05 |
| 0173-0642-55 | LAMICTAL TAB 100MG 100S | $191.04 |
| 0173-0643-60 | LAMICTAL TAB 150MG 60S | $120.46 |
| 0173-0644-60 | LAMICTAL TAB 200MG 60S | $126.26 |
| 0173-0633-02 | LAMICTAL 25MG TABLETS 100S | $179.97 |
| 0173-0527-00 | LAMICTAL CHEWABLE DISPERSIBLE TAB 25MG 100S | $178.11 |
| 0173-0526-00 | LAMICTAL CHEWABLE DISPERSIBLE TAB 5MG 100S | $170.07 |
| 0173-0270-55 | LANOXICAPS CPSL 0.05MG 100S | $21.60 |
| 0173-0272-55 | LANOXICAPS CPSL 0.1MG 100S | $23.57 |
| 0173-0274-55 | LANOXICAPS CPSL 0.2MG 100S | $27.41 |
| 0173-0264-27 | LANOXIN ELIXIR PEDIATRIC 60ML | $26.95 |

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

Glaxo Wellcome Inc.

Five Moore Drive
PO Box 13398
Research Triangle Park
North Carolina 27709-3398

Telephone
919 483 2100

**HIGHLY CONFIDENTIAL**

FDB/Alabama 140823

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0262-10 | LANOXIN INJ PEDIATRIC 0.1MG/ML | $53.53 |
| 0173-0260-10 | LANOXIN INJ 0.5MG 2ML 10S | $22.29 |
| 0173-0260-35 | LANOXIN INJ 0.5MG 2ML 50S | $91.03 |
| 0173-0242-55 | LANOXIN TAB 0.125MG 100S | $17.77 |
| 0173-0242-56 | LANOXIN TAB 0.125MG 100S UD | $24.82 |
| 0173-0242-75 | LANOXIN TAB 0.125MG 1000S | $136.61 |
| 0173-0249-55 | LANOXIN TAB 0.25MG 100S | $17.77 |
| 0173-0249-56 | LANOXIN TAB 0.25MG 100S UD | $24.82 |
| 0173-0249-75 | LANOXIN TAB 0.25MG 1000S | $136.61 |
| 0173-0249-80 | LANOXIN TAB 0.25MG 5000S | $644.75 |
| 0173-0635-35 | LEUKERAN TAB 2MG 50S | $69.02 |
| 0173-0690-00 | LOTRONEX TAB 1MG 60S | $124.74 |
| 0173-0713-25 | MYLERAN TAB 2MG 25S | $39.87 |
| 0173-0656-01 | NAVELBINE INJ 10MG 1ML | $66.76 |
| 0173-0656-44 | NAVELBINE INJ 50MG 5ML | $333.80 |
| 0173-0807-25 | PURINETHOL TAB 50MG 25S | $68.89 |
| 0173-0807-65 | PURINETHOL TAB 50MG 250S | $656.24 |
| 0173-0681-01 | RELENZA DISKHALER INH PWDR 5MG 5X4 | $40.02 |
| 0173-0880-25 | THIOGUANINE TABLETS 40MG 25S | $88.31 |
| 0173-0565-00 | VALTREX CAPLET 1000MG 20S | $78.61 |
| 0173-0933-03 | VALTREX CAPLET 500MG 42S | $121.68 |
| 0173-0933-56 | VALTREX CAPLET 500MG 100S UD | $296.02 |
| 0173-0321-88 | VENTOLIN INH AER 17G 200D | $27.31 |
| 0173-0321-98 | VENTOLIN INH AER RFL 0.09% 200D | $25.17 |
| 0173-0947-55 | WELLBUTRIN SR TAB 100MG 60'S | $74.82 |
| 0173-0135-55 | WELLBUTRIN SR TAB 150MG 60'S | $80.19 |
| 0173-0178-55 | WELLBUTRIN TAB 100MG 100 S | $93.49 |
| 0173-0177-55 | WELLBUTRIN TAB 75MG 100S | $70.08 |
| 0173-0451-01 | ZANTAC EFFERDOSE GRANULES 150MG 60S | $88.01 |
| 0173-0427-02 | ZANTAC EFFERDOSE TAB 150MG 60S | $88.01 |
| 0173-0383-54 | ZANTAC SYR 15MG/ML 16OZ | $171.80 |
| 0173-0344-47 | ZANTAC TAB USP 150MG 100SUD | $154.37 |
| 0173-0344-12 | ZANTAC TAB USP 150MG 1000S | $1,520.90 |
| 0173-0344-17 | ZANTAC TAB USP 150MG 180S | $273.79 |
| 0173-0344-14 | ZANTAC TAB USP 150MG 500S | $760.54 |
| 0173-0344-42 | ZANTAC TAB USP 150MG 60S | $91.27 |
| 0173-0393-47 | ZANTAC TAB USP 300MG 100SUD | $278.31 |
| 0173-0393-06 | ZANTAC TAB USP 300MG 250S | $690.47 |
| 0173-0393-40 | ZANTAC TAB USP 300MG 30S | $82.85 |
| 0173-0569-00 | ZOFRAN ODT 4MG 5X2 30S | $417.25 |
| 0173-0570-04 | ZOFRAN ODT 8MG 5X2 10S | $231.66 |
| 0173-0570-00 | ZOFRAN ODT 8MG 5X2 30S | $695.00 |
| 0173-0489-00 | ZOFRAN ORAL SOL 4MG/5ML 50ML | $141.74 |
| 0173-0446-02 | ZOFRAN TAB 4MG 100S UD | $1,390.60 |
| 0173-0446-04 | ZOFRAN TAB 4MG 3S | $41.73 |

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

**HIGHLY CONFIDENTIAL**

| NDC | PRODUCT DESCRIPTION | NWP* |
|---|---|---|
| 0173-0446-00 | ZOFRAN TAB 4MG 30S | $417.25 |
| 0173-0447-02 | ZOFRAN TAB 8MG 100S UD | $2,316.60 |
| 0173-0447-04 | ZOFRAN TAB 8MG 3S | $69.49 |
| 0173-0447-00 | ZOFRAN TAB 8MG 30S | $695.00 |
| 0173-0680-00 | ZOFRAN TAB 24MG 1S | $69.49 |
| 0173-0991-55 | ZOVIRAX CAP 200MG 100S | $112.13 |
| 0173-0991-56 | ZOVIRAX CAP 200MG 100S UD | $127.71 |
| 0173-0993-94 | ZOVIRAX ONT 5% 15G | $41.02 |
| 0173-0993-41 | ZOVIRAX ONT 5% 3G | $17.76 |
| 0173-0952-01 | ZOVIRAX FOR INJECTION 1000MG 20ML 10S | $1,031.83 |
| 0173-0995-01 | ZOVIRAX FOR INJECTION 500MG 10ML 10S | $515.92 |
| 0173-0953-96 | ZOVIRAX SUSP 200MG/5ML 16OZ | $96.62 |
| 0173-0949-55 | ZOVIRAX TAB 400MG 100S | $217.60 |
| 0173-0945-55 | ZOVIRAX TAB 800MG 100S | $423.12 |
| 0173-0945-56 | ZOVIRAX TAB 800MG 100S UD | $431.57 |
| 0173-0556-01 | ZYBAN TAB 150MG 60'S STARTER KIT | $80.19 |
| 0173-0556-02 | ZYBAN TAB 150MG 60'S RFL | $80.19 |

* List price to wholesalers and warehousing chains, not including prompt pay, stocking or distribution allowances, or other discounts, rebates, or chargebacks. List price may not represent prices charged to other customers.

Your buyer will receive a buy-in order under separate cover based on purchasing history.

Sincerely,

Anne M. Faul
Director, Trade Services

Al L. Goeken
Director, Trade Development

**HIGHLY CONFIDENTIAL**

FDB/Alabama 140825