# EXHIBIT 8

| 1ST | 2ND | 3RD |
|---|---|---|
| TD | JW | |

JOB# 3500

# FIRST DATABANK
## DRUG PRODUCT INFORMATION - COVER SHEET

### NEED TO BE COMPLETED BY:

- (TODAY)
- WEEKLY
- MONTHLY
- OTHER

DATE RECEIVED: 7-25-00

MANUFACTURER: Global SKB  Ph: _____

LABLER ID: A00007  DUMMY _____

EFFECTIVE DATE: 7-25-2000

**PROJECT:**
- (PRICING)
- ADDS
- OBSOLETES
- PREV/REP
  - COMPLETE SYN-TABLE _____
- CSR # _____
- LABELER ID CHANGE
- FIX
- FACTOR
- NEW CODE
- NEW MANUFACTURER
- EZT REPORT
- CONTACT MFG RE: _____

**PRICES TO KEY:**

| NDDF | MDDB |
|---|---|
| (WAC) | WAC |
| DIR | DP |
| (SWP) | SWP |

**COMMENTS:**


MDDB: ENTRY_____ PRICE MAIN_____ MERGE_____ ADD?_____ PASS_____ TRACK_____ LOG#_____
    FORMAT_____ SCENARIO_____ DPPF#_____ WAPF#_____
ADD TO ST. LOUIS? YES_____ NO_____ COMPLETED_____

| DATE | FILE NAME | DESCRIPTION | DATE | CHK BY | ON DB |
|---|---|---|---|---|---|
| 7-25-00 | HYCAMTIN | pricing | 7/25 | ENT'D JUL 2 5 2000 | |

**HIGHLY CONFIDENTIAL**                                                FDB/Alabama 155037

SmithKline Beecham
Three Franklin Plaza
PO Box 13619
Philadelphia, PA 19101

July 24, 2000

Dear Wholesale Buyer:

Effective July 25, 2000 SmithKline Beecham Pharmaceuticals announces the following new prices. New prices will apply to orders received after 1 A.M. on the effective date. No phone orders will be accepted.

| NDC Number | Product | Strength | Size | Wholesale Purchase Price* | Suggested List Price+ |
|---|---|---|---|---|---|
| 0007-4201-01 | HYCAMTIN Injection (Rx) topotecan HCL | 4 mg / 5mL | 1's | $532.68 | $665.85 INNER |
| 0007-4201-05 | | 4 mg / 5mL | 5's | $2,663.40 | $3,329.25 OUTER |

*Wholesaler Purchase Price represents SB's price to SB's wholesaler class of trade, without taking into account prompt pay discounts or other pricing or promotional concessions paid to wholesalers, or chargebacks paid to wholesalers on account of purchases by wholesalers' end user customers.
+The SuggestedList Price represents The non-binding Suggested resale Price to end user purchasers who do not Purchase under special contractual arrangements. Actual end user product acquisition costs may be lower than the Suggested List Price, dependin on wholesaler markups, chargebacks, or other pricing concessions.

Sincerely,

Jack L. Fish
Vice President and Director
Trade and Pharmacy Affairs- U.S.

SB Pharmaceuticals

HIGHLY CONFIDENTIAL

FDB/Alabama 155038


**SmithKline Beecham**
*Pharmaceuticals*

TO: FIRST DATA BANK
1111 BAYHILL DRIVE
SUITE 350
SAN BRUNO, CA 94066

FROM:

ATTN: TERRI FACCORA

TO: FAX PHONE#: 650-827-4578

TIME: Mon Jul 24 23:55:08 2000

MRN: 83900082-009-2-0000

2 PAGES INCLUDING COVER SHEET

HIGHLY CONFIDENTIAL          FDB/Alabama 155039

SmithKline Beecham
Three Franklin Plaza
PO Box 13619
Philadelphia, PA 19101

**REDACTED MATERIAL**

November 1, 2000

Dear Wholesale Buyer:

Effective November 2, 2000 SmithKline Beecham Pharmaceuticals announces the following new prices. New prices will apply to orders received after 1 A.M. on the effective date. No phone orders will be accepted.

| NDC Number | Product | Strength | Size | Wholesale Purchase Price ^ | Suggested List Price + |
|---|---|---|---|---|---|
| 0007-5500-40 | ALBENZA Tablets (Rx) albendazole | 200 mg | 112's | | |
| 0029-6071-12 | AUGMENTIN Chewables (Rx) BID amoxicillin/clavulanate potassium | 200 mg | 20's | $29.72 | $37.15 |
| 0029-6072-12 | | 400 mg | 20's | $56.64 | $70.80 |
| 0029-6073-47 | AUGMENTIN Chewables (Rx) amoxicillin/clavulanate potassium | 125 mg | 30's | $30.72 | $38.40 |
| 0029-6074-47 | | 250 mg | 30's | $58.60 | $73.25 |
| 0029-6080-12 | AUGMENTIN Tablets (Rx) BID amoxicillin/clavulanate potassium | 500 mg | 20's | $62.20 | $77.75 |
| 0029-6086-12 | | 875 mg | 20's | $83.04 | $103.80 |
| 0029-6086-21 | | 875 mg | 100's (SUP) | $425.44 | $531.80 |
| 0029-6075-27 | AUGMENTIN Tablets (Rx) amoxicillin/clavulanate potassium | 250 mg | 30's | $63.40 | $79.25 |
| 0029-6075-31 | | 250 mg | 100's (SUP) | $216.60 | $270.75 |
| 0029-6080-31 | | 500 mg | 100's (SUP) | $318.72 | $398.40 |
| 0029-6087-29 | AUGMENTIN Oral Suspension (Rx) BID amoxicillin/clavulanate potassium | 200 mg | 50 mL | $15.16 | $18.95 |
| 0029-6087-39 | | 200 mg | 75 mL | $20.24 | $25.30 |
| 0029-6087-51 | | 200 mg | 100 mL | $29.72 | $37.15 |

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin
v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders
or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline

GSK-AG_ 0030513

**REDACTED MATERIAL**

| NDC | Product | Strength | Size | Price 1 | Price 2 |
|---|---|---|---|---|---|
| 0029-6092-29 | | 400 mg | 50 mL | $28.88 | $36.10 |
| 0029-6092-39 | | 400 mg | 75 mL | $38.48 | $48.10 |
| 0029-6092-51 | | 400 mg | 100 mL | $56.64 | $70.80 |
| 0029-6085-39 | AUGMENTIN Oral Suspension (Rx) amoxicillin/clavulanate potassium | 125 mg | 75 mL | $15.68 | $19.60 |
| 0029-6085-23 | | 125 mg | 100 mL | $20.88 | $26.10 |
| 0029-6085-22 | | 125 mg | 150 mL | $30.72 | $38.40 |
| 0029-6090-39 | | 250 mg | 75 mL | $29.88 | $37.35 |
| 0029-6090-23 | | 250 mg | 100 mL | $39.88 | $49.85 |
| 0029-6090-22 | | 250 mg | 150 mL | $58.60 | $73.25 |
| 0029-3158-18 | AVANDIA Tablets (Rx) rosiglitazone maleate | 2 mg | 60's | $90.48 | $113.10 |
| 0029-3159-13 | | 4 mg | 30's | $62.40 | $78.00 |
| 0029-3159-18 | | 4 mg | 60's | $124.80 | $156.00 |
| 0029-3159-20 | | 4 mg | 100's | $208.00 | $260.00 |
| 0029-3160-13 | | 8 mg | 30's | $113.92 | $142.40 |
| 0029-3160-20 | | 8 mg | 100's | $379.68 | $474.60 |
| 0029-1525-44 | BACTROBAN Ointment 2% (Rx) mupirocin | 22 gram | 1's | | |
| 0029-1527-22 | BACTROBAN Cream 2% (Rx) mupirocin calcium cream | 15 gram | 1 | | |
| 0029-1527-25 | | 30 gram | 1 | | |
| 0007-3344-15 | COMPAZINE Spansule Capsules (Rx) prochlorperazine as the maleate | 10 mg | 50's | | |
| 0007-3346-15 | | 15 mg | 50's | | |
| 0007-3352-16 | COMPAZINE Injection (Rx) prochlorperazine | 2 mL Vials (5mg/mL) | 25's | | |
| 0007-3343-01 | | 10 mL Vial (5mg/mL) | 1's | | |

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline

GSK-AG_ 0030514

| NDC | Product | Strength | Size | | |
|---|---|---|---|---|---|
| 0007-3360-44 *p-03* | COMPAZINE Suppositories (Rx) prochlorperazine | 2.5 mg | 12's | | |
| 0007-3361-03 | | 5 mg | 12's | | |
| 0007-3362-03 | | 25 mg | 12's | | |
| 0007-3363-44 | COMPAZINE Syrup (Rx) prochlorperazine as the edisylate | 5 mg/5 mL | 4 fl. oz. | | |
| 0007-3366-20 | COMPAZINE Tablets (Rx) prochlorperazine as the maleate | 5 mg | 100's | | |
| 0007-3366-21 | | 5 mg | 100'S (SUP) | | |
| 0007-3367-20 | | 10 mg | 100's | | |
| 0007-3367-21 | | 10 mg | 100'S | | |
| 0007-4139-20 | COREG Tablets (Rx) carvedilol | 3.125 mg | 100's | | |
| 0007-4140-20 | | 6.25 mg | 100's | | |
| 0007-4141-20 | | 12.5 mg | 100's | | |
| 0007-4142-20 | | 25 mg | 100's | | |
| 0007-3512-20 | DEXEDRINE Spansule Capsules (Cii) dextroamphetamine sulfate | 5 mg | 100's | | |
| 0007-3513-20 | | 10 mg | 100's | | |
| 0007-3514-20 | | 15 mg | 100's | | |
| 0007-3519-20 | DEXEDRINE Tablets (Cii) dextroamphetamine sulfate | 5 mg | 100's | | |
| 58160-845-32 | LYMErix (Rx) Lyme Disease Vaccine (Recombinant OspA) | 30 mcg/0.5 ml Tip-Lok (tm) syringe | 1's | | |
| 0029-3210-13 | PAXIL Tablets (Rx) paroxetine HCl | 10 mg | 30's (Unit of Use) | $60.63 | $72.75 |
| 0029-3211-13 | | 20 mg | 30's (Unit of Use) | $63.26 | $75.90 |
| 0029-3211-20 | | 20 mg | 100's | $210.93 | $253.10 |

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin
v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders
or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline

GSK-AG_ 0030515

| NDC | Product | Strength | Size | WPP^ | SLP+ |
|---|---|---|---|---|---|
| 0029-3211-21 | | 20 mg | 100's (SUP) | $215.23 | $258.25 |
| 0029-3212-13 | | 30 mg | 30's (Unit of Use) | $65.17 | $78.20 |
| 0029-3213-13 | | 40 mg | 30's (Unit of Use) | $68.84 | $82.60 |
| 0029-3215-48 | PAXIL Oral Suspension (Rx) paroxetine HCl | 10 mg/5 mL | 250 mL | $100.88 | $121.05 |
| 0029-4851-20 | RELAFEN Tablets (Rx) nabumetone | 500 mg | 100's | $108.76 | $135.95 |
| 0029-4851-21 | | 500 mg | 100'S (SUP) | $108.76 | $135.95 |
| 0029-4852-20 | | 750 mg | 100'S | $128.44 | $160.55 |
| 0007-4890-20 | REQUIP Tablets (Rx) ropinirole HCl | .25 mg | 100's | | |
| 0007-4891-20 | | .5 mg | 100's | | |
| 0007-4892-20 | | 1 mg | 100's | | |
| 0007-4893-20 | | 2 mg | 100's | | |
| 0007-4896-20 | | 4 mg | 100's | | |
| 0007-4894-20 | | 5 mg | 100's | | |

Tip-Lok is a registered trade mark of Becton-Dickinson and Company
SUP = Single unit pack (intended for institutional use only)
Note: vaccine prices on this schedule do not include federal excise tax of $0.75 per antigen, per dose.
^ Wholesaler Purchase Price represents SB's price to SB's wholesaler class of trade, without taking into account prompt pay discounts or other pricing or promotional concessions paid to wholesalers, or chargebacks paid to wholesalers on account of purchases by wholesalers' end user customers.
+ The Suggested List Price represents The non-binding Suggested resale Price to end user purchasers who do not Purchase under special contractual arrangements. Actual end user product acquisition costs may be lower than the Suggested List Price, depending on wholesaler markups, chargebacks, or other pricing concessions.

Sincerely,

Jack L. Fish
Vice President and Director
Trade and Pharmacy Affairs- U.S.

SB Pharmaceuticals

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin
v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders
or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline

GSK-AG_ 0030516



## SmithKline Beecham
### Pharmaceuticals

TO: FIRST DATA BANK
    1111 BAYHILL DRIVE
    SUITE 350
    SAN BRUNO, CA  94066

FROM:

---

ATTN: TERRI FACCORA

---

TO: FAX PHONE#: 650-827-4578

TIME: Mon Nov 06 05:57:35 2000

MRN: 19480339-008-2-0000

2 PAGES INCLUDING COVER SHEET

42922

HIGHLY CONFIDENTIAL                                    FDB/Alabama 155007


SmithKline Beecham

November 2000

11-13-shipping

Dear Wholesaler Buyer:

SmithKline Beecham is pleased to announce the availability of Argatroban Injection.

Argatroban is available as follows:

| NDC No. | Product | Strength | Size | Wholesaler Purchase Price* | Suggested List Price[†] | Minimum Order Quantity |
|---|---|---|---|---|---|---|
| 0007-4407-01 | Argatroban Injection | 100 mg/mL | 2.5 mL single-dose vial (1s) | $600.00 | $750.00 | N/A |
| 0007-4407-10 | Argatroban Injection | 100 mg/mL | 2.5 mL single-dose vials (10s) | $6,000.00 | $7,500.00 | 1 |

N/A=Singles are not available for sale from SmithKline Beecham.

We are offering the following stocking incentives on all orders placed during the 30-day Introductory Period:

- **Special Off-Invoice Allowance**
  2% off-invoice discount

- **Extended Dating**
  150 days additional dating (180 days total terms)

You may place your stocking orders through *Ordernet* or your SmithKline Beecham Health Care Account Manager.

If you have any questions regarding the introduction of Argatroban, please contact your SmithKline Beecham Health Care Account Manager or Customer Satisfaction at 1-800-877-1158.

Sincerely,

John L. Fish
Vice President & Director
Trade & Pharmacy Affairs-U.S.

*Wholesaler Purchase Price represents SB's price to SB's wholesaler class of trade, without taking into account prompt pay discounts or other pricing or promotional concessions paid to wholesalers, or chargebacks paid to wholesalers on account of purchases by wholesalers' end user customers.
[†]The Suggested List Price represents the non-binding suggested resale price to end user purchasers who do not purchase under special contractual arrangements. Actual end user product acquisition costs may be lower than the Suggested List Price, depending on wholesaler markups, chargebacks, or other pricing concessions.

Manufactured by
Abbott Laboratories
North Chicago, IL

Distributed by
SmithKline Beecham Pharmaceuticals
Philadelphia, PA

AR6134R

**HIGHLY CONFIDENTIAL**                                                    FDB/Alabama 155008