# EXHIBIT 9

## MARKET ADJUSTMENT AGREEMENT

THIS MARKET ADJUSTMENT AGREEMENT (the "Agreement") is made and entered into as of _____, 1990, by and between Glaxo Inc., a North Carolina corporation ("Glaxo"), and the New York State Department of Social Services (the "Department").

### WITNESSETH:

WHEREAS, the parties desire to enhance the ability of persons eligible for Medicaid in the State of New York to receive equal access to the most appropriate available prescription drug; and

WHEREAS, Glaxo desires to cooperate with the Department to develop a program designed to encourage appropriate prescribing and use of Covered Drugs, as defined below, through education and with the intent to reduce the number of adverse drug effects and interactions from the use of such drugs.

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants contained herein, and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Certain Definitions – Unless the context otherwise specifies or requires, the terms defined in this Section 1 shall, for the purposes of this Agreement, have the meanings herein specified.

"Covered Drug" means each package size of an outpatient prescription drug manufactured by Glaxo that is now or during the term of this Agreement becomes approved by the FDA. Covered Drugs as of the date of the execution of this Agreement are listed on Schedule A attached hereto.

"FDA" means the United States Food and Drug Administration.

"Market Adjustment Payment" means, with respect to each Covered Drug, the semi-annual payment by Glaxo pursuant to Section 2.3 hereof of an amount equal to (i) the Net Wholesale Price for such six-month period for such Covered Drug, multiplied by (ii) the Market Adjustment Percentage during such six-month period for such Covered Drug, multiplied by (iii) the number of units of such Covered Drug for which reimbursement is made by the Department pursuant to the New York Medicaid outpatient prescription drug benefit during such six-month period.

"Market Adjustment Percentage" means, with respect to each Covered Drug, the most comparable chargeback paid by Glaxo to any non-governmental entity which does not take

1

GSK-AG_0039789

delivery thereof (without taking into account any incentive programs based on increased utilization), based upon and expressed as a percentage deducted from the current Net Wholesale Price.

"Net Wholesale Price" means, with respect to each Covered Drug, the wholesale list price for a single unit in effect for such Covered Drug on the last day of each six-month period specified in Section 2.3(a).

"Product Utilization Data" means the data used by the Department to reimburse prescription drug providers under the New York Medicaid outpatient prescription drug benefit.

2. Representations, Warranties and Covenants of Glaxo – As an inducement to the Department to enter into this Agreement and to perform its obligations hereunder, Glaxo represents, warrants and covenants to and with the Department as follows:

2.1 Authority and Validity of Agreement – Glaxo has full corporate power and authority to enter into this Agreement and to perform all of its obligations hereunder. This Agreement has been duly executed and delivered by Glaxo and is a valid and binding obligation of Glaxo, enforceable against Glaxo in accordance with its terms.

2.2 Agreement to Provide Favorable Market Adjustment – In order to further the parties' mutual desire to provide equal access to the most appropriate available drugs, Glaxo hereby agrees to calculate and pay a Market Adjustment Payment in accordance with Section 2.3 hereof.

2.3 Calculation and Payment of Market Adjustment Payment

(a) For each six-month period ending June 30 or December 31 (or any pro rata portion thereof) during the term of this Agreement, beginning in the first calendar month in which all of the Covered Drugs listed on Schedule A on the date hereof are on the New York Medicaid formulary and continuing so long as all Covered Drugs remain on the New York Medicaid formulary, Glaxo will calculate and pay to the Department, with respect to each Covered Drug, an amount equal to (i) the per unit Net Wholesale Price for such period for such Covered Drug, multiplied by (ii) the Market Adjustment Percentage during such period for such Covered Drug, multiplied by (iii) the number of units of such Covered Drug for which reimbursement is made by the Department pursuant to the New York Medicaid outpatient prescription drug benefit during such six-month period. Such calculation

2

GSK-AG_0039790

shall be based upon the Product Utilization Data provided to Glaxo pursuant to Section 3.3. The payment of any such amount shall become due on the later of (i) 90 days after the close of the second and fourth calendar quarters or (ii) 60 days after receipt by Glaxo of the Product Utilization Data from the Department.

(b) The calculation of the Market Adjustment Payment made by Glaxo will be subject to an annual audit by the Department at the Department's expense; provided, however, that the Department agrees to hold confidential any trade secrets or other proprietary information obtained in connection with such audit in accordance with Section 5 hereof. Any such audit shall be limited in scope to verifying the accuracy of the Market Adjustment Percentage and Market Adjustment Payment calculations for the preceding 12 months. In the event any material discrepancies are discovered, Glaxo will either justify its calculations or adjust the amount of the Market Adjustment Payment and receive a credit or remit any additional amount owed to the Department.

(c) Glaxo agrees to act in good faith and use all reasonable efforts to resolve expeditiously any discrepancies that may arise under this Section 2.3.

2.4 Education Program - Glaxo agrees to cooperate with the Department in its development of a program designed to encourage appropriate prescribing and use of Covered Drugs through education, and with the intent to reduce the number of adverse drug effects and interactions from the use of such drugs.

3. Representations, Warranties and Covenants of the Department - As an inducement to Glaxo to enter into this Agreement and to perform its obligations hereunder, the Department represents, warrants and covenants to and with Glaxo as follows:

3.1 Authority and Validity of Agreement - The Department has full power and authority to enter this Agreement to perform all of its obligations hereunder. The execution, delivery and performance of this Agreement by the Department have been duly and validly authorized and approved by all necessary action. This Agreement has been duly executed by the Department and is (without further action by the Department or any other person) a valid and binding obligation of the Department, enforceable against the Department in accordance with its terms.

3

GSK-AG_0039791

3.2 **Inclusion in New York Medicaid Formulary** –

(a) The Department agrees to include all of the Covered Drugs listed on Schedule A, as it may be amended from time to time, in the New York Medicaid formulary during the term of this Agreement. The Department further agrees to take all necessary action promptly upon receipt of an amendment to Schedule A (in accordance with Section 9(b)) for the inclusion of any Covered Drug added by such amendment in the New York Medicaid formulary not later than 30 days after the date of such revised Schedule A.

(b) In accordance with paragraph 3.2(a), the Department shall authorize reimbursement under Medicaid for all Covered Drugs on a basis no more restrictive than the requirements applicable to other prescription drugs. In the event a dispute arises as to whether the Department continues to be in compliance with this paragraph, then Glaxo and the Department shall make a good faith effort to resolve the matter. If a resolution is not reached promptly, then Glaxo shall thereupon have no further obligation to make any Market Adjustment Payments pursuant to Section 2 hereof.

3.3 **Product Utilization Data**

(a) The Department shall provide all Product Utilization Data to Glaxo, on a semiannual basis, not later than July 31 (for the period including the first two calendar quarters) and January 31 (for the period including the last two calendar quarters) of each year during the term hereof. The Product Utilization Data shall be consistent in form and substance with any applicable federal or state government guidelines, regulations and standards for such data and shall be adequate for fairly calculating the Market Adjustment Payment to be made by Glaxo.

(b) The Department shall maintain such data systems and audits as are necessary to ensure the accuracy of the Product Utilization Data. Glaxo shall have the right to conduct audits of the Department's records at Glaxo's expense, no more frequently than semiannually, to verify the accuracy of the Product Utilization Data. In the event material discrepancies are discovered, the Department shall promptly justify its data or make an appropriate adjustment which may include a credit as to the amount of the Market Adjustment Payment or a refund to Glaxo.

4

GSK-AG_0039792

(c) The Department agrees to act in good faith and use all reasonable efforts to resolve expeditiously any discrepancies that may arise under this Section 3.3.

(d) Prior to implementation of this Agreement and from time to time thereafter, the Department and Glaxo shall meet to discuss any data or data system improvements which are necessary or desirable to ensure that the data and any information provided by the Department to Glaxo are adequate for the purposes of this Agreement.

3.4 <u>Accounting for Market Adjustment Payment</u> - The Market Adjustment Payment shall be accounted for by the Department in a manner that complies with applicable federal and state laws and regulations.

3.5 With regard to audits undertaken by the Department relating to utilization, fraud or abuse in the State Medicaid Program, such audits shall be conducted with respect to Covered Drugs in a fair and equitable manner and on a similar basis as with other prescription drugs in the same therapeutic class.

4. <u>Term</u>

(a) This Agreement shall become effective as of July 1, 1990 and shall continue in effect for a period of three years ending on June 30, 1993, unless terminated earlier pursuant to paragraph (b).

(b) The parties shall make a good faith effort to resolve any issues which may arise relating to this Agreement. Either party may terminate this Agreement by providing ninety (90) days prior written notice as of July 1, of the current calendar year, with termination to be effective as of October 1 of that year.

(c) In the event of a material breach of this Agreement by either party, this Agreement may be terminated by the other party by providing sixty (60) days prior written notice, at which time this Agreement will terminate unless such material breach is cured within said sixty (60) day period.

5. <u>Confidential Information</u> - In connection with the audits to be conducted by both parties hereto pursuant to Sections 2.3 and 3.3, each party may have access to trade secrets and other confidential information relating to the

GSK-AG_0039793

other party hereto. Each party shall treat such information as confidential, preserve the confidentiality thereof and not duplicate, disclose or use such information, except in connection with this Agreement or as may be required by judicial or governmental order, or other legal requirement. Each of the parties hereto agrees to take reasonable steps to assure compliance with this section by each officer, employee or agent of such party having access to such information. This Section 5 shall survive the termination of this Agreement for any reason whatsoever.

6. <u>Binding Effect</u> - This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

7. <u>Entire Agreement</u> - This Agreement constitutes the entire understanding between the parties hereto with respect to the transactions contemplated herein and supersedes all prior written or oral agreements, commitments or understandings with respect to the matters provided for herein.

8. <u>Notices</u> - All notices, demands, requests, or other communications which may be or are required to be given, served, or sent by any party to any other party pursuant to this Agreement shall be in writing and shall be mailed by first-class, registered or certified mail, return receipt requested, postage prepaid, or transmitted by hand delivery (including delivery by courier), telegram, telex, or facsimile transmission, addressed as follows:

    (a) if to Glaxo:

        Glaxo Inc
        Five Moore Drive
        Research Triangle Park, NC   27709
        Attention:  Craig Fitzgerald
          Vice President, State Government Relations

        with a copy to the Office of the General Counsel

    (b) if to the Department:

        _____
        _____
        _____
        Attention:_____

Each party may designate by notice in writing a new address to which any notice, demand, request or communication may thereafter be so given, served or sent. Each notice, demand, request, or communication which shall be mailed,

GSK-AG_0039794

delivered or transmitted in the manner described above shall be deemed sufficiently given, served, sent and received for all purposes at such time as it is delivered to the addressee (with the return receipt, the delivery receipt, the affidavit of messenger or (with respect to a telex) the answer back being deemed conclusive (but not exclusive) evidence of such delivery) or at such time as delivery is refused by the addressee upon presentation.

9. <u>Amendment; Waiver</u>

(a) Subject to the provisions of paragraph (b), this Agreement shall not be amended, altered or modified except by an instrument in writing duly executed by the parties hereto.

(b) Glaxo may amend Schedule A attached hereto at any time in order to add to or delete from the list of Covered Drugs by sending a revised Schedule A to the Department at its address specified in Section 8. Such amendment shall be deemed effective upon receipt by the Department.

10. <u>Governing Law</u> - This Agreement, the rights and obligations of the parties hereto, and any claims or disputes relating thereto, shall be governed by and construed in accordance with the laws of the State of New York (but not including the choice of law rules thereof).

11. <u>Headings</u> - The headings of the Sections herein are inserted for convenience of reference only and are not intended to be a part of or affect the meaning or interpretation of this Agreement.

12. <u>Counterparts</u> - This Agreement may be executed in one or more counterparts, all of which shall be considered one and the same agreement. This Agreement shall become effective when one or more counterparts have been signed by each party and delivered to the other party, it being understood that both parties need not sign the same counterpart.

7

GSK-AG_0039795

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date first herein above written.

GLAXO INC.

by: _____

title: _____

NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES

by: _____

title: _____

8

GSK-AG_0039796

NEW YORK MEDICAID
MARKET ADJUSTMENT

| PRODUCT | | | A<br>Average Wholesale Price<br>(Red Book) | B<br>State's Current Medicaid Cost<br>(AWP) | C<br>Glaxo Net Wholesale Price<br>(A−16 2/3%) | D<br>Glaxo % Adj. Off Net Wholesale<br>(For Adjustment) | E<br>Dollar Discount<br>(DxC) | F<br>State's New Medicaid Cost<br>(B−E) |
|---|---|---|---|---|---|---|---|---|
| Beclovent Oral Inhaler | 16.80gm | | $23.61 | $23.61 | $19.68 | 21.57% | $4.24 | $19.37 |
| Beclovent Oral/Beconase Nasal Inhaler Refill | 16.80gm | | $20.66 | $20.66 | $17.22 | 21.57% | $3.71 | $16.95 |
| Beconase AQ | 25ml | | $22.87 | $22.87 | $19.06 | 21.61% | $4.12 | $18.75 |
| Beconase Nasal Inhaler (Compact Actuator) | 16.80gm | | $23.19 | $23.19 | $19.33 | 21.57% | $4.17 | $19.02 |
| Trandate HCT | 100ea | 100/25mg | $33.21 | $33.21 | $27.68 | 21.61% | $5.98 | $27.23 |
| Trandate HCT | 100ea | 200/25mg | $46.72 | $46.72 | $40.60 | 21.61% | $6.77 | $39.95 |
| Trandate HCT | 100ea | 300/25mg | $64.82 | $64.82 | $54.02 | 21.61% | $11.67 | $53.15 |
| Trandate Prefilled Syringe | 4ml | | $10.99 | $10.99 | $9.16 | 21.61% | $1.98 | $9.01 |
| Trandate Prefilled Syringe | 8ml | | $16.49 | $16.49 | $13.74 | 21.61% | $2.97 | $13.52 |
| Trandate Injection | 20ml | | $26.51 | $26.51 | $22.09 | 21.61% | $4.77 | $21.74 |
| Trandate Injection | 40ml | | $51.38 | $51.38 | $42.82 | 21.61% | $9.25 | $42.13 |
| Trandate Tablets | 100ea | 100mg | $31.25 | $31.25 | $26.04 | 21.61% | $5.63 | $25.62 |
| Trandate Tablets | 500ea | 100mg | $148.24 | $148.24 | $123.54 | 21.61% | $26.70 | $121.54 |
| Trandate Tablets | 100ea | 200mg | $45.75 | $45.75 | $38.13 | 21.61% | $8.24 | $37.51 |
| Trandate Tablets | 500ea | 200mg | $217.27 | $217.27 | $181.07 | 21.61% | $39.13 | $178.14 |
| Trandate Tablets | 100ea | 300mg | $60.86 | $60.86 | $50.72 | 21.61% | $10.96 | $49.90 |
| Trandate Tablets | 500ea | 300mg | $288.99 | $288.99 | $240.84 | 21.61% | $52.05 | $236.94 |

NEW YORK MEDICAID
MARKET ADJUSTMENT

| PRODUCT | | | A<br>Average Wholesale Price<br>(Red Book) | B<br>State's Current Medicaid Cost<br>(AWP) | C<br>Glaxo Net Wholesale Price<br>(A−16 2/3%) | D<br>Glaxo % Adj. Off Net Wholesale<br>(For Adjustment) | E<br>Dollar Discount<br>(D×C) | F<br>State's New Medicaid Cost<br>(B−E) |
|---|---|---|---|---|---|---|---|---|
| Ventolin Inhaler | 17g | | $17.90 | $17.90 | $14.92 | 21.63% | $3.23 | $14.67 |
| Ventolin Inhaler Refill | 17g | | $16.51 | $16.51 | $13.76 | 21.63% | $2.98 | $13.53 |
| Ventolin Rotacaps | 1ea | 200mcg | $21.96 | $21.96 | $18.30 | 21.61% | $3.95 | $18.01 |
| Ventolin Solution | 20ml | | $13.66 | $13.66 | $11.38 | 21.61% | $2.46 | $11.20 |
| Ventolin Syrup | 16oz | 2mg/5ml | $25.62 | $25.62 | $21.35 | 21.61% | $4.61 | $21.01 |
| Ventolin Tablets | 100ea | 2mg | $28.57 | $28.57 | $23.81 | 21.61% | $5.15 | $23.42 |
| Ventolin Tablets | 500ea | 2mg | $135.66 | $135.66 | $113.06 | 21.61% | $24.43 | $111.23 |
| Ventolin Tablets | 100ea | 4mg | $42.64 | $42.64 | $35.54 | 21.61% | $7.68 | $34.96 |
| Ventolin Tablets | 500ea | 4mg | $202.61 | $202.61 | $168.86 | 21.61% | $36.49 | $166.12 |
| Aclovate Cream | 15g | | $9.01 | $9.01 | $7.51 | 12.98% | $0.97 | $8.04 |
| Aclovate Cream | 30g | | $18.77 | $18.77 | $15.64 | 12.98% | $2.03 | $16.74 |
| Aclovate Ointment | 15g | | $9.01 | $9.01 | $7.51 | 12.98% | $0.97 | $8.04 |
| Aclovate Ointment | 30g | | $18.77 | $18.77 | $15.64 | 12.98% | $2.03 | $16.74 |
| Oxistat Cream | 15g | | $10.04 | $10.04 | $8.37 | 12.91% | $1.08 | $8.96 |
| Oxistat Cream | 30g | | $16.74 | $16.74 | $13.95 | 12.91% | $1.80 | $14.94 |
| Temovate Cream | 15g | | $16.26 | $16.26 | $13.55 | 12.99% | $1.76 | $14.50 |
| Temovate Cream | 30g | | $22.50 | $22.50 | $18.76 | 12.99% | $2.44 | $20.06 |
| Temovate Cream | 45g | | $32.72 | $32.72 | $27.27 | 12.99% | $3.54 | $29.18 |
| Temovate Ointment | 15g | | $16.26 | $16.26 | $13.55 | 12.99% | $1.76 | $14.50 |
| Temovate Ointment | 30g | | $22.50 | $22.50 | $18.75 | 12.99% | $2.44 | $20.06 |
| Temovate Ointment | 45g | | $32.72 | $32.72 | $27.27 | 12.99% | $3.54 | $29.18 |
| Temovate Scalp Application | 25ml | | $18.90 | $18.90 | $15.75 | 12.99% | $2.05 | $16.85 |
| Temovate Scalp Application | 50ml | | $36.72 | $36.72 | $30.60 | 12.99% | $3.98 | $32.74 |

NEW YORK MEDICAID
MARKET ADJUSTMENT

| PRODUCT | | | A<br>Average Wholesale Price<br>(Red Book) | B<br>State's Current Medicaid Cost<br>(AWP) | C<br>Glaxo Net Wholesale Price<br>(A−16 2/3%) | D<br>Glaxo % Adj. Off Net Wholesale<br>(For Adjustment) | E<br>Dollar Discount<br>(DxC) | F<br>State's New Medicaid Cost<br>(B−E) |
|---|---|---|---|---|---|---|---|---|
| Ceftin Tablets | 20ea | 125mg | $24.74 | $24.74 | $20.62 | 10.79% | $2.22 | $22.52 |
| Ceftin Tablets | 60ea | 125mg | $70.68 | $70.68 | $58.90 | 10.79% | $6.36 | $64.32 |
| Ceftin Tablets | 100ea | 125mg | $121.43 | $121.43 | $101.20 | 10.79% | $10.92 | $110.51 |
| Ceftin Tablets | 20ea | 250mg | $46.99 | $46.99 | $39.16 | 10.79% | $4.23 | $42.76 |
| Ceftin Tablets | 60ea | 250mg | $134.16 | $134.16 | $111.81 | 10.79% | $12.06 | $122.10 |
| Ceftin Tablets | 100ea | 250mg | $227.23 | $227.23 | $189.37 | 10.79% | $20.43 | $206.80 |
| Ceftin Tablets | 20ea | 500mg | $89.18 | $89.18 | $74.32 | 10.79% | $8.02 | $81.16 |
| Ceftin Tablets | 60ea | 500mg | $263.64 | $263.64 | $219.72 | 10.79% | $23.71 | $239.93 |
| Ceftin Tablets | 50ea | 500mg | $221.52 | $221.52 | $184.61 | 10.79% | $19.92 | $201.60 |
| Fortaz IV vial | 25ea | 500mg | $177.84 | $177.84 | $148.21 | 0.00% | $0.00 | $177.84 |
| Fortaz Infusion Pack | 10ea | 1g | $145.67 | $145.67 | $121.40 | 0.00% | $0.00 | $145.67 |
| Fortaz Infusion Pack | 10ea | 2g | $288.13 | $288.13 | $240.13 | 0.00% | $0.00 | $288.13 |
| Fortaz vial | 25ea | 1g | $355.67 | $355.67 | $296.42 | 0.00% | $0.00 | $355.67 |
| Fortaz vial | 10ea | 2g | $284.53 | $284.53 | $237.13 | 0.00% | $0.00 | $284.53 |

GSK-AG_0039799

NEW YORK MEDICAID
MARKET ADJUSTMENT

| PRODUCT | | | A<br>Average Wholesale Price<br>(Red Book) | B<br>State's Current Medicaid Cost<br>(AWP) | C<br>Glaxo Net Wholesale Price<br>(A−16 2/3%) | D<br>Glaxo % Adj. Off Net Wholesale<br>(For Adjustment) | E<br>Dollar Discount<br>(D×C) | F<br>State's New Medicaid Cost<br>(B−E) |
|---|---|---|---|---|---|---|---|---|
| Zantac IV prefilled syringe | 2ml | 25mg/ml | $5.02 | $5.02 | $4.18 | 12.96% | $0.54 | $4.48 |
| Zantac IV vial MDV | 10ml | 25mg/ml | $15.44 | $15.44 | $12.87 | 12.96% | $1.67 | $13.77 |
| Zantac IV vial | 2ml | 25mg/ml | $33.25 | $33.25 | $27.71 | 12.96% | $3.59 | $29.66 |
| Zantac IV Pharmacy bulk pkg | 40ml | 25mg/ml | $60.54 | $60.54 | $50.45 | 12.96% | $6.54 | $54.00 |
| Zantac IV Pre-mixed | 100ml | 50mg/100ml | $141.86 | $141.86 | $118.23 | 12.96% | $15.32 | $126.54 |
| Zantac Syrup | 480ml | 15mg/ml | $148.27 | $148.27 | $123.57 | 12.96% | $16.01 | $132.26 |
| Zantac Tablets | 60ea | 150mg | $78.79 | $78.79 | $65.66 | 12.96% | $8.51 | $70.28 |
| Zantac Tablets | 100ea | 150mg | $131.32 | $131.32 | $109.44 | 12.96% | $14.18 | $117.14 |
| Zantac Tablets | 30ea | 300mg | $67.78 | $67.78 | $56.49 | 12.96% | $7.32 | $60.46 |
| Zinacef vial | 25ea | 1.5gm/29ml | $336.44 | $336.44 | $280.39 | 0.00% | $0.00 | $336.44 |
| Zinacef Infusion Pack | 10ea | 1.5gm/28ml | $138.04 | $138.04 | $115.04 | 0.00% | $0.00 | $138.04 |
| Zinacef Infusion pack | 10ea | 750mg/100ml | $71.09 | $71.09 | $59.25 | 0.00% | $0.00 | $71.09 |
| Zinacef vial | 25ea | 750mg/10ml | $169.09 | $169.09 | $140.92 | 0.00% | $0.00 | $169.09 |