# EXHIBIT 10

Department of Health and Human Services

# OFFICE OF
# INSPECTOR GENERAL

## Cost Containment of Medicaid HIV/AIDS Drug Expenditures



**JULY 2001**
**OEI-05-99-00611**

are typically referred to as the Federal ceiling prices.  The law additionally requires that the Big 4 access these Federal ceiling prices through the Federal supply schedule (FSS).

In addition to calculating the Federal ceiling price, the VA manages several Federal supply schedules dealing with health care commodities for the entire Federal Government, including Schedule 65 I B for pharmaceuticals.  The FSS provides a schedule of contracts and prices for a broad range of drugs that allow agencies to purchase various quantities of pharmaceuticals while still obtaining the discount associated with bulk purchasing.  Using competitive procedures, contracts are awarded to companies to provide drugs at "the most favored customer price."

*340B Covered Entities*

Section 602 of VHCA enacted Section 340B of the Public Health Services Act.  This sets statutory ceiling prices for pharmaceuticals purchased by certain covered entities.  The entities eligible for 340B Drug Discount Program direct purchase option purchase drugs directly from the manufacturers through a centralized mechanism.  The ceiling price formula is roughly the average manufacturer's price decreased by the Medicaid unit rebate amount (URA).

Among those eligible for the 340B Drug Discount Program are the AIDS Drug Assistance Programs (ADAP), established by the Ryan White Comprehensive AIDS Resource Emergency Act of 1990.  The ADAPs provide medications to low-income individuals living with HIV/AIDS who have limited or no coverage from private insurance or Medicaid.

The 340B ceiling price is available to 23 State ADAPs who acquire pharmaceuticals through a centralized purchaser.  Another 24 State ADAPs take advantage of a rebate option that allows them to access Medicaid unit rebates on a quarterly basis.  Like Medicaid, these ADAPs do not purchase their own drugs but rather reimburse retail pharmacies for prescriptions filled.

**Pharmaceutical Industry Overview**

The pharmaceutical industry is extremely complex, including a myriad of arrangements that differ by drug, company and purchaser.  Chart 1 provides an extremely basic view of these interactions.  It is only meant to explicate the fundamental dynamics among the various entities involved in Medicaid drug purchasing and distribution.  It does not, by any means, capture the full complexity of the system. The following paragraphs explain the chart from top to bottom.

Manufacturers typically do not distribute their products, but rather rely on wholesalers to warehouse and distribute their drugs.  For brand name drugs, manufacturers set the wholesale acquisition price as a list price for wholesalers to purchase drugs from manufacturers.  Manufacturers also set the average wholesale price as a suggested list

price for wholesalers to charge drug suppliers.  Both the WAC and the AWP operate as suggested list prices and are typically not what is paid.  Buyers negotiate lower prices through the inclusion of discounts, rebates or free goods.

Wholesalers purchase large quantities of drugs from manufacturers and distribute them to drug suppliers, including retail pharmacies, pharmacy benefit managers, hospitals and physicians.  Almost 80 percent of all prescription drugs are purchased through wholesalers.  The interaction between these components and the Medicaid program has been diagramed in Chart 1 below.  We have also included a glossary of terms in Appendix A.

## Chart 1: Pharmaceutical Industry

---

**Manufacturers**

Manufacturers distribute their products primarily through drug wholesalers but also sell directly to pharmacies, hospitals and other bulk purchasers.

Manufacturers establish **wholesale acquisition cost** and **average wholesale price**.

---



List Price: **Wholesale Acquisition Cost (WAC)**

Actual Selling Price: **Average Manufacturers Price (AMP)**

---

**Wholesalers**

Wholesalers act as the middlemen that distribute pharmaceuticals from manufacturers to pharmacies.

---



List Price: **Average Wholesale Price (AWP)**

Actual Selling Price: **Actual Acquisition Cost (AAC)**

---

**Retail Pharmacies**

Pharmacies dispense prescriptions to consumers and provide professional pharmacist services.

---



Reimbursement: **Estimated Acquisition Cost (EAC)** - *(WAC plus a percentage or AWP minus a percentage)* - **plus dispensing fee**

Manufacturer Rebates:
**15.1% of AMP or AMP-Best Price**

---

**Medicaid Agencies**

Cover the pharmaceutical costs for eligible low-income women, children and disabled.

---

**APPENDIX A**

# Glossary of Terms

**Estimated Acquisition Cost (EAC)** — State Medicaid agency's best estimate of the price generally and currently paid by pharmacies for a drug.[2]  This figure is meant to represent pharmacies' actual acquisition cost (AAC).

**Average Wholesale Price (AWP)** — The published manufacturer's suggested list price for a wholesaler to charge a pharmacy for a drug.[3]

**Wholesale Acquisition Cost (WAC)** — the price paid by the wholesaler for drugs purchased from the manufacturer.  Publicly listed WAC amounts may not reflect all available discounts.[4]

**Actual Acquisition Cost (AAC)** — The net cost at which the pharmacy acquires a drug.[5]

**Average Manufacturer Price (AMP)** —   The average price paid by wholesalers to the manufacturer for drugs distributed to the retail pharmacy class of trade.[6]

**Best Price (BP)** —  The lowest price available for a drug from the manufacturer to any purchaser with the exception of Federal agencies and State pharmaceutical assistance programs. [7]

---

[2] State Medicaid Manual, Part 6, Section 6305.1

[3] Prescription Drug Trends -- A Chartbook.  The Henry J. Kaiser Family Foundation, July 2000.

[4] Ibid.

[5] Ibid.

[6] 42 USC Sec. 1396r-8(k)(1)

[7] 42 USC Sec. 1396r-8(c)(1)(C)