# EXHIBIT 12

# Elements
# of Pharmaceutical Pricing

E. M. (Mick) Kolassa, Ph.D.



The Pharmaceutical Products Press
An Imprint of
The Haworth Press, Inc.
New York • London

Published by

The Pharmaceutical Products Press, 10 Alice Street, Binghamton, NY 13904-1580 USA

The Pharmaceutical Products Press is an imprint of The Haworth Press, Inc., 10 Alice Street, Binghamton, NY 13904-1580 USA.

*Elements of Pharmaceutical Pricing* has also been published as *Journal of Pharmaceutical Marketing Practice,* Volume 1, Number 1 (#1), 1997.

© 1997 by The Haworth Press, Inc. All rights reserved. No part of this work may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, microfilm and recording, or by any information storage and retrieval system, without permission in writing from the publisher. Printed in the United States of America.

The development, preparation, and publication of this work has been undertaken with great care. However, the publisher, employees, editors, and agents of The Haworth Press and all imprints of The Haworth Press, Inc., including The Haworth Medical Press and Pharmaceutical Products Press, are not responsible for any errors contained herein or for consequences that may ensue from use of materials or information contained in this work. Opinions expressed by the author(s) are not necessarily those of The Haworth Press, Inc.

Cover design by Thomas J. Mayshock Jr.

**Library of Congress Cataloging-in-Publication Data**

Kolassa, E. M.
    Elements of pharmaceutical pricing / E.M. (Mick) Kolassa.
      p. cm.
    Includes bibliographical references and index.
    ISBN 0-7890-0333-3 (alk. paper). — ISBN 0-7890-0334-1 (pbk. : alk. paper)
    1. Drugs–Prices–United States. 2. Prescription pricing–United States. 3. Pharmaceutical industry–United States. I. Title.
HD9666.4.K65 1997
615'.1'0688–dc21
                                                                         97-10137
                                                                            CIP

cantly. It is not uncommon for half or more of a product's standard cost to consist of this fixed cost allocation.

*Wholesale Acquisition Price (WAC).* This term is used by some publishers of pricing data to denote the ex-factory charge, before discounts, to the wholesaler.

## WHAT IS A PHARMACEUTICAL PRICE?

Although it might appear otherwise, given the number of sources of drug pricing information, comparing or computing the prices of drugs is not straightforward. Differences in the manner in which various prices are set and used render many comparisons virtually meaningless.

Different prices are charged to and by different members of the distribution channels used for pharmaceuticals. Some prices are set using traditional methods, while others are set according to competitive conditions. Even within the same pharmacy several different pricing methods will be used, depending on a number of factors. Figure 1 outlines typical approaches to pricing both branded and generic products in a retail pharmacy. These and other retail pricing tactics are discussed below. In the hospital setting, different rules and methods are used. The flow of prices within hospitals is presented in Figure 2.

As Figures 1 and 2 demonstrate, the price of a pharmaceutical product depends on a number of factors. Prices and costs of drugs vary on many levels and depend upon factors such as the location of drug administration, the relative commercial success of the agent, and the type of manufacturer supplying the drug, to name just a few.

### AWP

The AWP is the most common figure used for drug price comparisons. This figure is a vestige of a drug distribution system that disappeared in the early 1980s. Until the early 1980s, there were several hundred small, independent drug wholesalers, each operating regionally. Due to the inefficiencies of such a fragmented system, the operating costs were quite high. The average markup above cost by wholesalers to their retail customers (primarily pharmacies) was 20% to 25%, depending on the manufacturer.