# EXHIBIT 14



Frederick G. Herold
Direct Tel: (650) 813-4930
Direct Fax: (650) 813-4848
frederick.herold@dechert.com

BOSTON

BRUSSELS

CHARLOTTE

FRANKFURT

HARRISBURG

HARTFORD

LONDON

LUXEMBOURG

MUNICH

NEW YORK

NEWPORT BEACH

PALO ALTO

PARIS

PHILADELPHIA

PRINCETON

SAN FRANCISCO

WASHINGTON

March 28, 2005                                                   **Highly Confidential**

**By E-Mail (without attachments) and
Federal Express**

Rose E. Firestein
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271

Re:   The People of the State of New York v. SmithKline Beecham Corp., d/b/a
      GlaxoSmithKline, Index No. 905-03 (NY)

Dear Rose:

Pursuant to the agreements concerning discovery that I have reached, on behalf of my client SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), with you and Carol Beyers of your office -- and now that the Court has entered a Protective Order governing confidentiality -- GSK is producing herewith the following:

1. Defendant SmithKline Beecham Corporation's Objections and Responses to Plaintiffs' Preliminary Interrogatories;

2. Defendant SmithKline Beecham Corporation's Objections and Responses to Plaintiffs' First request to Produce Documents;

3. A hard-drive that contains electronic sales transaction data from relevant company datasets, for each of the drugs identified in your December 17, 2004 letter for which we have already produced such data during discovery in the consolidated federal cases now pending in Boston captioned In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456. With respect to this data, please note that:

a. GSK considers the information contained within the enclosed hard-drive to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. Accordingly, the information in these files (and the description of that information in this letter and in the enclosed descriptive documents that are marked "Highly Confidential") is designated as, and should be treated as, Highly Confidential under the terms of the Court's Protective Order.

Law Offices of Dechert LLP
4000 Bell Atlantic Tower · 1717 Arch Street · Philadelphia, PA 19103-2793 · Tel: 215.994.4000 · Fax: 215.994.2222 · www.dechert.com

Rose E. Firestein
March 28, 2005
Page 2

b.  The enclosed data relate to the time period 1997 – 2002 for the following GSK (or SmithKline Beecham heritage) prescription drug products: Advair Diskus, Agenerase, Amerge, Beconase, Ceftin, Combivir, Epivir, Flonase, Flovent, Imitrex, Kytril, Lamictal, Lanoxin, Mepron, Navelbine, Paxil, Purinethol, Retrovir, Serevent, Trizivir, Valtrex, Ventolin, Wellbutrin, Zantac, Ziagen, Zofran, Zovirax, and Zyban. The electronic data has been compiled on to an external computer hard drive, the exact contents of which are described in Attachment A to this letter. Each electronic file has been produced in ASCII "flat" file format. The ASCII files have been produced in a delimited format as indicated on Attachment A. The data layout information associated with these electronic files is also included as a part of this production (see GSKNY 000001 – GSKNY 000148).

c.  Because of the Glaxo Wellcome ("GW") and SmithKline Beecham ("SB") merger, multiple computer systems were in use by GSK (and heritage companies) during the time period 1997 – 2002. Therefore, the data files related to each individual product may differ depending on whether it is a heritage GW or SB product. The following is a brief summary of the contents of each system and the related files and documents that are being produced, including the products and timeframes captured (Attachment A includes a description of each file, and other documents being produced herewith also contain more complete descriptions of the datasets):

(i)  CSS: January 1, 1997 – December 31, 2002. GSK's order management and direct sales system. These data relate to orders that were placed with GSK, and the associated shipments and invoices that were generated. The enclosed files contain records of direct U.S. sales and shipments for the product families listed above. Note that the order and invoice data cannot be added together, but can be compared to each other.

(ii)  ORS: January 1997 – December 2002. GSK's reporting data warehouse, used by the company to track sales, rebates and administrative fees paid according to its contracts. The enclosed files contain data for the heritage GW products Advair, Agenerase, Amerge, Beconase, Ceftin, Combivir, Epivir, Flonase, Flovent, Imitrex, Lamictal, Lanoxin, Mepron, Navelbine, Purinethol, Retrovir, Serevent, Trizivir, Valtrex, Ventolin, Wellbutrin, Zantac, Ziagen, Zofran, Zovirax, and Zyban for the years 1997 through 2002, and include data for the heritage SB product Paxil for transactions processed after March 31, 2002. Note that many of the enclosed files contain overlapping or related information, and the amounts in the files cannot be added together.

(iii)  IMHC: January 1, 1997 – March 31, 2002. Heritage SB's system that was used by the company to track sales, rebates and administrative fees paid according to its contracts. This data is being produced for heritage SB products Kytril and Paxil. Note that several of the IMHC files contain overlapping or related information, and the amounts in the files cannot be added together.

(iv)  Manual Heritage SB Rebates files: 1997 – 2001. The enclosed hard drive contains a number of Microsoft Excel files that relate to the manual calculation of rebates for heritage SB products Kytril and Paxil. Note that the amounts captured in

Dechert LLP

Rose E. Firestein
March 28, 2005
Page 3

these Microsoft Excel workbooks overlap with the data included within the IMHC system, and the amounts cannot be added to the IMHC data.

    4.    Documents, including transactional data dictionaries and layouts, Attachment A to the hard-drive, a list of CSS customer types, a color-coded list of CSS customer types/subtypes, a list of Business Unit Types contained in the ORS data, a list of Trade Classes contained in the IMHC data, that explain the relevant datasets (Bates Numbers GSKNY 000001-000152).

    5.    A confidential draft Stipulation, for your consideration and discussion, which contains an even more detailed description of the relevant datasets;

    6.    Two documents that summarize the methodologies used by GSK and its heritage companies for the calculation of AMP (and Best Price)(Bates Numbers GSKNY 000153-000162); and

    7.    A chart that compares the AMPs reported by GSK for the products listed in your December 17, 2004 letter(by NDC code) with the WACs for those same products (sorted by the same NDC codes and weighted according to package size sales) -- together with detailed background data that shows how this comparison was done. At your convenience, we would like to meet to discuss this comparison and its implications for this litigation.

Our experts are working diligently on the calculation of an average purchase price in the clinic/physician market for the four drugs we discussed -- Kytril, Zofran, Navelbine and Hycamtin, and we expect to be able to share those calculations with you (on a confidential basis) in the near future.

I will be in touch with you soon to discuss the State's discovery and next steps.

Sincerely,

Frederick G. Herold

Enclosures

Dechert LLP