# EXHIBIT 16


1117 California Avenue
Palo Alto, CA 94304-1106
USA
Tel: +1 650 813 4800
Fax: +1 650 813 4848
www.dechert.com

FREDERICK G. HEROLD

frederick.herold@dechert.com
+1 650 813 4930 Direct
+1 650 813 4848 Fax

April 18, 2007

**VIA FEDERAL EXPRESS**

Joanne Cicala
Kirby McInerny & Squire, LLP
830 Third Ave.
New York, NY 10022

Re: *City of New York et al. v. Abbott Laboratories, et al. Civil Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties in the State of New York Consolidated Therewith)*

Dear Mrs. Cicala:

Pursuant to our discussions and the Stipulation entered into today between the City of New York and certain New York Counties (the Plaintiff NY Counties) and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), GSK has agreed to produce a consolidated set of documents and data to the Plaintiff NY Counties as a further response to discovery requests made to date. As the parties have agreed in today's Stipulation, the documents and data being produced which have been designated as "Confidential" or "Highly Confidential" will be governed by the MDL Protective Order, as set forth in today's Stipulation. With that understanding, GSK is providing the enclosed hard-drive, which contains transaction-level electronic data records, to the Plaintiff States. GSK considers all of the enclosed information to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. **Accordingly, the information in the enclosed data records is designated as, and should be treated as, Highly Confidential under the MDL Protective Order.**

By separate cover letter, GSK today is also producing to each Plaintiff NY County a set of documents.

The enclosed data relate to the time period 1997 – 2005 for the products Aclovate, Advair, Agenerase, Albenza, Alkeran, Amerge, Amoxil, Androderm, Augmentin, Avandamet, Avandia, Bactroban, Beclovent, Beconase, Beepen, Ceftin, Ceptaz, Cimetidine, Combivir, Compazine, Coreg, Cortisporin, Cutivate, Daraprim, Dexedrine, Dibenzyline, Dyazide, Dycill, Dyrenium, Empirin, Epivir, Eskalith, Famvir, Flolan, Flonase, Flovent, Fortaz, Hycamtin, Imitrex, Imuran, Kemadrin, Kytril, Lamictal, Lanoxicaps, Lanoxin, Leucovorin, Leukeran, Lotronex, Mepron, Myleran, Navelbine, Neosporin, Nix, Oxistat, Parnate, Paxil, Polysporin, Proloprim, Purinethol, Raxar, Relafen, Relenza, Requip, Retrovir, Ridaura, Septra, Serevent, Stelazine, Tabloid/ Thioguanine, Tagamet, Tazicef, Temovate, Thorazine, Timentin, Totacillin,



Trandate, Tritec, Trizivir, Urispas, Valtrex, Ventolin, Viroptic, Wellbutrin, Zantac, Ziagen, Zinacef, Zofran, Zovirax, Zyban and Zyloprim. In addition. we are producing previously-gathered data for the products Kytril and Zofran relating to the time period 1991 – 1996. The enclosed electronic data has been compiled on an external computer hard drive, the contents of which are described in Attachment A and Attachment B to this letter. The hard drive has been labeled with bates number GSK-AG_0035644. Each electronic file has been produced in ASCII "flat" file format. The ASCII files have been produced in a delimited format as indicated on Attachments A and B to this letter. Data layout information for these electronic files was also produced today under separate cover (see GSK-AG_0000034 through GSK-AG_0000224).

As you know, GSK was formed when Glaxo Wellcome, Inc. ("GW") and SmithKline Beecham Corporation ("SB") merged in late 2000. Due to this corporate history, multiple computer systems have been used by GSK and its heritage companies during the time period 1991 – 2005. Therefore, the data files related to each individual product differ depending on whether the product is a heritage GW or heritage SB product. The following is a brief summary of each system and the related files that are being produced. Additional documents that are being produced today (including Attachment A, Attachment B and two data stipulations bates stamped GSK-AG_0000001 through GSK-AG_0000027) contain more detailed information about the systems described below.

1. Electronic sales transaction data for products Kytril and Zofran for the years 1991 through 1996. This data was produced in the consolidated federal case in Boston captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 on 05/17/05. Pulling the older data from these systems, some of which are no longer active, was time-intensive and difficult, but since we have already pulled the data for these two products (which have been the focus of prior litigation and investigations) we have agreed to produce it to the Plaintiff NY Counties as well. The relevant data systems (from which these historical data are being produced) are as follows:

a. CSS: January 1991 – December 1996. GSK's (and formerly GW's) order management and direct sales system. These data relate to orders that were placed with GW (and heritage companies), and the associated invoices that were generated. The enclosed files contain CSS records of direct U.S. orders and sales for the heritage GW product Zofran, and, for the year 1996 only, the heritage SB product Kytril.

b. TOPS: March 1994 – December 1995. A heritage SB order management and direct sales system which has been decommissioned. These data relate to orders that were placed with SB, and the associated invoices that were generated. The enclosed files contain records of direct U.S. orders and sales for the SB product Kytril.

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline.



c. Mainframe: January 1991 – December 1995. A heritage GW mainframe system that was once used by the company to track chargebacks, rebates and administrative fees, but that is no longer used for that purpose. The enclosed files contain records for the heritage GW product Zofran.

d. ORS: January 1996 – December 1996. GSK's (and formerly GW's) reporting data warehouse, used by the company to track contracted sales, chargebacks, rebates and administrative fees. The enclosed files contain ORS data for the heritage GW product Zofran for the year 1996.

e. BACS: March 1994 – June 1995. A heritage SB system that was used by the company to track chargebacks, but which has been decommissioned. The enclosed files contain records for the heritage SB product Kytril.

f. IMHC: July 1995 – December 1996. A heritage SB system that was used by the company to track contracted sales, chargebacks, rebates and administrative fees, but which has since been decommissioned. The enclosed files contain records for the heritage SB product Kytril.

g. Other Heritage SB Rebate / Admin Fee files: The enclosed hard drive contains a number of Microsoft Excel files that relate to the calculation of rebates and administrative service fees for heritage SB product Kytril.

2. Electronic sales transaction data from relevant company data systems, for the 90 product families listed above, for the years 1997 through 2005, from the following data systems:

a. CSS: January 1, 1997 – December 31, 2005. The enclosed files contain CSS direct sales data (described above) for this period for the 90 product families listed above.

b. ORS: January 1997 – December 2005. The enclosed files contain ORS data (described above) for the heritage GW products listed above for the years 1997 through 2005. The files also contain ORS data for the heritage SB products for transactions processed after March 31, 2002.

c. IMHC: January 1, 1997 – March 31, 2002. The enclosed files contain IMHC data (described above) for the heritage SB products listed above for this period.

d. Other Heritage SB Rebate files: 1997 – 2002. The enclosed files contain data related to rebates for the heritage SB products listed above (if any) for this period.

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline.



Joanne Cicala
April 18, 2007
Page 4

If you or your experts have any technical questions about the data enclosed, please let me know, and we will attempt to work through the issues in the most sensible way.

Sincerely,

Frederick G. Herold
Enclosures

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline.



1117 California Avenue
Palo Alto, CA 94304-1106
USA
Tel: +1 650 813 4800
Fax: +1 650 813 4848
www.dechert.com

FREDERICK G. HEROLD

frederick.herold@dechert.com
+1 650 813 4930 Direct
+1 650 813 4848 Fax

April 18, 2007

**VIA FEDERAL EXPRESS**

Joanne Cicala
Kirby McInerny & Squire, LLP
830 Third Ave.
New York, NY 10022

Re: *City of New York et al. v. Abbott Laboratories, et al. Civil Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties in the State of New York Consolidated Therewith)*

Dear Mrs. Cicala:

Pursuant to our discussions and the Stipulation entered into today between the City of New York and certain New York Counties (the Plaintiff NY Counties) and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), GSK has agreed to produce a consolidated set of documents and data to the Plaintiff NY Counties as a further response to discovery requests made to date. GSK considers the information contained within many of the enclosed documents, as well as the data, to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. As the parties have agreed in today's Stipulation, the documents and data being produced which have been designated as "Confidential" or "Highly Confidential" will be governed by the MDL Protective Order, as set forth in today's Stipulation. With that understanding, GSK is providing the enclosed documents to each of the Plaintiff NY Counties.

By separate cover letter, GSK today is also producing to each Plaintiff NY County a hard drive which contains a substantial amount of Highly Confidential GSK data. That data will be described in a separate cover letter accompanying the hard drive. The following documents are enclosed herein:

1. Two stipulations (negotiated in the consolidated federal case in Boston captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 on 11/09/05) which describe relevant GSK sales transaction data. These documents have been Bates stamped GSK-AG_0000001-0000027.

2. Samples of letters used by GSK to report drug prices. These documents have been Bates stamped GSK-AG_0000028-0000033.



3. Data layout information related to the electronic files produced from the historical heritage GW and heritage SB data systems (TOPS, Mainframe, and BACS), and the GSK data systems (CSS, ORS and IMHC). This document has been Bates stamped GSK-AG_0000034-0000224.

4. A chart which shows and compares the 1997 – 2002 AMPs and WACs for various GSK products (which was previously produced in the New York Attorney General litigation). Other documents related to the comparison chart are also included. The chart and relevant supporting materials have been Bates stamped GSK-AG_0000225-0000389.

5. A list of the products at issue in the Alabama Pharmaceutical Pricing Action by drug name, NDC number and J-Code. This list was originally provided to the Alabama Attorney General's Office on 10/06/06 and was Bates stamped GSK-AL 0100040 – 0100060. It was referred-to in a stipulation reached with Alabama concerning the drugs at issue in that case. It has been re-numbered for this production as GSK-AG_0000390-0000410.

6. A list of products (90 product families) by drug name and NDC number corresponding to the 1991 - 2005 sales transaction data produced under separate cover. This document has been Bates stamped GSK-AG_0000411-0000443. For the parties' convenience, the list has also been provided electronically on the hard drive that is being produced today (see HIGHLY_CONFIDENTIAL_GSK_NDCs.xls).

7. A list of 1991–2005 quarterly GSK Average Manufacturer Price ("AMP") values, as reported to CMS, by NDC number for the same 90 product families. This document has been Bates stamped GSK-AG_0000444-0000728. The list has also been provided electronically on the hard drive being produced today (see HIGHLY_CONFIDENTIAL_GSK_AMPs_1991_2005.xls).

8. The depositions of GSK witnesses, including deposition exhibits, taken in the consolidated federal case in Boston captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456. These documents have been Bates stamped GSK-AG_0000729-0030004. Also provided, for the parties' convenience, is a CD containing the ASCii files of the transcripts which has been Bates-stamped GSK-AG_0030005.

9. Various documents previously produced on May 22, 2006 and July 5, 2006 in the *State of Wisconsin v. Amgen, Inc., et al.*, Case Number 04-CV-1709 (Dane County). These documents have been Bates stamped GSK-AG_0030005-0035636.



10. Affidavit of David A. Moules filed in the *State of Alabama v. Abbott Laboratories, et al.*, Civil Action Number 2005-219 (Montgomery County). This document has been Bates stamped GSK-AG_0035637-0035643.

If you have any questions about the documents enclosed, please let me know.

Sincerely,

Frederick G. Herold
Enclosures