# EXHIBIT 17



1117 California Avenue
Palo Alto, CA 94304-1106
USA
Tel: +1 650 813 4800
Fax: +1 650 813 4848
www.dechert.com

**FREDERICK G. HEROLD**

frederick.herold@dechert.com
+1 650 813 4930  Direct
+1 650 813 4848  Fax

June 13, 2007

**VIA FEDERAL EXPRESS**

Joanne Cicala, Esq.
Kirby McInerny & Squire, LLP
830 Third Ave.
New York, NY 10022

Re: *City of New York et al. v. Abbott Laboratories, et al. Civil Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties in the State of New York Consolidated Therewith)*

Dear Ms. Cicala:

Pursuant to the Stipulation entered into on April 18, 2007 between the City of New York and certain New York Counties (the "Plaintiff NY Counties") and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), as modified by our recent agreement via e-mail to treat the documents being produced today as "GSK Core Documents" under the Stipulation, GSK is producing herewith the enclosed computer disks marked GSK-AG-008 and GSK-AG-009.

The disk marked GSK-AG-008, Bates number GSK-AG_0038126, contains a small data file with historical "WAC" prices maintained by GSK within its "ORS" system, and is named "HIGHLY_CONFIDENTIAL_CN_PROD_BASIS_V1.txt. This file replaces the file by the same name which was produced on 4/13/07, as we have learned that when the file was downloaded for the original production there were certain formatting errors (which have now been corrected as reflected in the enclosed replacement file).

The disk marked GSK-AG-009 contains Medicaid supplemental rebate documents relating to multiple states that have active drug pricing litigation against GSK (Bates ranges GSK-AG_0038127-0038530, GSK-AG_0039026-0039070 and GSK-AG_0039124-0039399), as well as documents that constitute or reflect communications between GSK and the Alabama Medicaid Agency (Bates ranges GSK-AG_0038531-0039025, GSK-AG_0039071-0039123, GSK-AG_0039400-0039434).

GSK considers the information contained within many of these documents to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. As the parties agreed in the April 18th Stipulation and in our recent e-mails, as "GSK Core Documents" the documents being produced today which have been designated as "Confidential" or "Highly



Joanne Cicala, Esq.
June 13, 2007
Page 2

Confidential" will be governed by certain Protective Orders or agreements, as set forth in the Stipulation. With that understanding, GSK is providing the enclosed disks to the Plaintiff States.

If you have any questions about the documents enclosed, please let me know.

Sincerely,

Frederick G. Herold
Enclosures

HIGHLY CONFIDENTIAL under the Protective Order entered in the State of Wisconsin v. Amgen, Inc., et al., Case Number 04-CV-1709 (Dane County) and/or Protective Orders or Agreements in other Pharmaceutical Pricing Actions filed against GlaxoSmithKline.



2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
USA
Tel: +1 650 813 4800
Fax: +1 650 813 4848
www.dechert.com

FREDERICK G. HEROLD

frederick.herold@dechert.com
+1 650 813 4930 Direct
+1 650 813 4848 Fax

February 28, 2008

**VIA FEDERAL EXPRESS**

Joanne Cicala
Kirby McInerny & Squire, LLP
830 Third Ave.
New York, NY 10022

Re: *City of New York et al. v. Abbott Laboratories, et al. Civil Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties in the State of New York Consolidated Therewith)*

Dear Joanne:

      Pursuant to the Stipulation entered into on April 18, 2007 between the City of New York and certain New York Counties (the "Plaintiff NY Counties") and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), as modified by our recent agreement via e-mail to treat the documents being produced today as "GSK Core Documents" under the Stipulation, GSK is producing herewith the documents described below. The documents we are producing today were previously produced to the State of Alabama prior to the close of discovery there and, in some cases, shortly before the case was originally set to be tried there. I further note that this production includes the documents described in both my October 3, 2007 and February 20, 2008 emails.

      GSK considers the information contained within some of these documents to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. As the parties agreed in the April 18th Stipulation and in our recent e-mails, as "GSK Core Documents" the documents being produced today which have been designated as "Confidential" or "Highly Confidential" will be governed by certain Protective Orders or agreements, as set forth in the Stipulation. The Highly Confidential documents being produced today include:

      1.    GSK-AL 0030148, which s a CD labeled GSK-AG-CD 11, Bates numbered GSK AG 0039985, containing a supplemental list of 1991-2005 quarterly GSK Average Manufacturer Price ("AMP") values for a limited number of NDCs that were not previously included in GSK's April 13, 2007 production. The file has been produced in Microsoft Excel format and contains 5 records (see HIGHLY_CONFIDENTIAL_GSK_AMPs_1991_2005_20070831.xls).

      2.    Certain documents related to Zofran and Kytril, Bates numbered GSK-AG 0040170 to GSK-AG 0040250, some of which have been designated on the document itself as

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC    EUROPE  Brussels  Frankfurt  London  Luxembourg  Munich  Paris



Joanne Cicala
February 28, 2008
Page 2

"Highly Confidential." I believe you already have these documents, which were part of the original MDL production -- but because we are producing them to the litigating states today I am including a set for you as well.

Also enclosed are the following additional GSK documents, most of which are on a disk labeled GSK-AG 012, which have not been designated as confidential:

a. Additional samples of GSK's (and its predecessors') price reporting letters, which were used by GSK to report list prices to customers and the commercial price reporting services, Bates numbered GSK-AG 0039435 to GSK-AG 0039598 and GSK-AG 0039944 to GSK-AG 0039956.

b. Documents related to Glaxo Inc.'s Medicaid Market Adjustment Agreements proposed to or entered into with various state Medicaid Programs. The Agreements contain Glaxo's definition of "Net Wholesale Price," Bates numbered GSK-AG 0039599 to GSK-AG 0039943.

c. Signed copies of the federal Medicaid Rebate Agreements that pertain to GSK and its predecessors, Bates numbered GSK-AG 0039957 to GSK-AG 0039984.

d. A list of GSK's multi-source products, Bates numbered GSK-AG 0039986 to GSK-AG 0039998

e. Documents containing GSK's definitions of pricing terms, Bates numbered GSK-AG 0039999 to GSK-AG 0040036

f. An affidavit prepared by GSK's David Brown, together with an exhibit that contains a detailed list, with descriptive information, of the NDCs that were involved in the Alabama case (most of which are also involved in the other state and/or county cases), Bates numbered GSK-AG 0040037 to GSK-AG 0040080

g. Price reporting service documents, Bates numbered GSK-AG 0040081 to GSK-AG 0040169

h. List of state reimbursement formulas, Bates numbered GSK-AG 0040251 to GSK-AG 0040253



Joanne Cicala
February 28, 2008
Page 3

    i.    GSK database sales reporting order type/subtype mapping document, Bates numbered GSK-AG 0040254 to GSK-AG 0040257 (which was previously produced, but will be produced again in color upon request);

    j.    Documents relating to the GSK Orange Card and Together Rx program, as well as other GSK charitable programs, Bates numbered GSK-AG 0040258 to GSK-AG 0040344 and GSK-AG 0041036 to GSK-AG 0041039 (including four disks numbered GSK-AG 013 to GSK-AG 016)

    If you have any questions about the documents enclosed, please let me know.

Sincerely,

Frederick G. Herold
Enclosures



2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
USA
Tel: +1 650 813 4800
Fax: +1 650 813 4848
www.dechert.com

**FREDERICK G. HEROLD**

frederick.herold@dechert.com
+1 650 813 4930 Direct
+1 650 813 4848 Fax

June 30, 2008

**VIA OVERNIGHT DELIVERY**

Joanne Cicala
Kirby McInerny LLP
825 Third Ave.
New York, NY 10022

Re: *City of New York et al. v. Abbott Laboratories, et al. Civil Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties in the State of New York Consolidated Therewith)*

Dear Joanne:

  Pursuant to the Stipulation entered into on April 18, 2007 between the City of New York and certain New York Counties (the "Plaintiff NY Counties") and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), GSK is producing the additional documents described below to the Plaintiff New York Counties in connection with the above-captioned cases. Please treat all of these documents as "Core Documents" subject to the terms of our April 18, 2007 Stipulation.

  GSK considers the information contained within some, but not all, of the enclosed documents to be highly sensitive, confidential, and proprietary trade secret, commercial or financial information. As the parties agreed in the April 18th Stipulation, GSK "Core Documents" which are designated as "Confidential" or "Highly Confidential" will be governed by certain Protective Orders or agreements, as set forth in the Stipulation.

  GSK is producing these documents to you today because it is also producing them to certain other states that signed a "Core Documents" discovery stipulation with GSK similar to the Plaintiff New York Counties' Stipulation. Today's production to those other states also includes GSK's so-called "MDL Production," which consists of a hard-drive with a large collection of documents and an offer to review certain contracts at GSK. Because the "MDL Production" was already produced to the Plaintiff New York Counties some time ago (on July 21, 2006), we are not reproducing it to you again today.

  The following additional documents are enclosed:

  1. A hard drive of documents (labeled GSK-NY Counties 0000011) which contains documents related to a physician-administered product, Hycamtin, which was subject to

U.S. Austin Boston Charlotte Harrisburg Hartford New York Newport Beach Palo Alto Philadelphia Princeton San Francisco Washington DC   EUROPE  Brussels Frankfurt London Luxembourg Munich Paris



Joanne Cicala
June 30, 2008
Page 2

discovery in the now-settled Connecticut Attorney General case (but not in the MDL). These documents bear the Bates numbers GSK-CONN-003: 0450195-0739477.

    2.    A supplemental production of Hycamtin documents on a disk labeled GSK-AG 17. These documents bear the Bates numbers GSK-AG 0041040 through GSK-AG 0050427.

    3.    A small collection of miscellaneous additional GSK documents that we have collected since our last production to the Plaintiff New York Counties is enclosed on a disk marked as GSK-AG 18. These documents are Bates-stamped as GSK-AG 0050428 through GSK-AG 0050595 (documents recently produced in the Alabama case) and GSK-AG 0050596 through GSK-AG 0051056 (supplemental documents concerning miscellaneous pricing issues).

    2.    Although GSK has no obligation to do so, we are producing documents (many of which are governmental reports or other public documents) that did not originate from GSK's files but that were marked as potential trial exhibits in the Alabama AWP trial. GSK is producing these documents without waiver of any objection to production by GSK of such documents, as a courtesy to the Plaintiff New York Counties in light of their potential relevance to the litigation. These documents are contained on two disks marked as AGSUPP 01 and AGSUPP 02, and are Bates-stamped AGSUPP-000001 through AGSUPP 047636.

If you have any questions about the enclosed documents, please let me know.

Sincerely,

Frederick G. Herold
Enclosures