# Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of
### Good Standing

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>PAUL  B.   CARBERRY</u>, Bar #<u>   PC0339   </u>

was duly admitted to practice in this Court on

<u>FEBRUARY  9th,  1999</u>, and is in good standing

as a member of the Bar of this Court.

Dated at   <u>500 Pearl Street
New York, New York</u>   on   <u>NOVEMBER  12th,  2008</u>

<u>J. Michael McMahon</u>   by   _____
Clerk                                   Deputy Clerk