## CERTIFICATE OF SERVICE

I hereby certify that on  November **25**, 2008, I caused a true and correct copy of

the REQUEST FOR ADMISSION PRO HAC VICE FOR PAUL CARBERRY, and EXHIBITS

A and B thereto to be served on all counsel of record by electronic service, in accordance with

Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and

notification to all parties.



_____

David Kleinman