

# THE GIARDINO LAW FIRM, INC.

FILED
IN CLERKS OFFICE

2008 NOV 18 A 10 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 14, 2008

Clerk of Court
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210          BY CM NO. 7008 1830 0002 4488 0032

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101         BY CM NO. 7008 1140 0003 4960 6265

Steven F. Barley
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202       BY CM NO. 7008 1140 0003 4969 4996

James P. Muehlberger
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108     BY CM NO. 7008 1140 0003 4969 4989

　　　　Re.　Civil Action Number:   01-CV-12257-PBS
　　　　　　 MDL Number:            1456
　　　　　　 Case:                  Track 2 Settlement

Dear Gentlemen:

　　　　The Giardino Law Firm, Inc. represents Patricia Weatherly in the above-referenced lawsuit. Please direct all communications about this matter to our attention.

　　　　Patricia Weatherly is part of the lawsuit because she made a percentage co-payment for certain drugs identified in the class membership drug list between January 1, 1991 and March 1, 2008. It has come to our attention that there is a proposed class action settlement pending in the United States District Court for the District of Massachusetts.

　　　　We have carefully reviewed the proposed class action settlement and have determined that it should not be approved because it is not fair, reasonable, and adequate.

We adopt all of the objections made by all of the other class members and submit the following additional objections in support of our position that the proposed class action settlement it is not fair, reasonable, and adequate:

1.      The most glaring problem with the current proposed class action settlement is that it does not reimburse class members for any of the costs of obtaining their medical records and bills needed to substantiate their claims. Unless class members obtain their medical records and bills, many of them are simply not going to be able to make a claim for benefits for fear of inadvertently giving the wrong information. Additionally, many class members are not going to be able to make a claim for benefits because the costs of obtaining their medical records and bills may exceed their intended benefits. Most healthcare providers charge fees to provide copies of medical records and bills. The costs have increased so much that the federal government and most states have enacted laws limiting the amount that healthcare providers may charge patients. Even with state and federal regulation, the fees most healthcare providers may charge can exceed the anticipated benefit to the class member in this proposed class action settlement. By not reimbursing a class member for the costs of obtaining their medical records and bills, many class members will be discouraged or prevented from filing a claim. At least some amount of money should be set aside for reimbursing class members for the costs of obtaining their medical records and bills.

2.      Class members should be afforded more time to redeem their benefits because many class members do not presently have the information needed to make a claim. Medical bills and records must be obtained for a class member and they should be afforded more time to obtain them. There should be some type of abatement period during the time a class member is waiting to receive their medical records and bills.

3.      The class action settlement proposes that the precise amount of each released company's contribution towards settlement is confidential. Well that's a huge problem when the class action settlement is also proposing that the defendants are severally, not jointly, liable and if any defendant defaults on its obligations, that individual defendant is solely in default and such default does not affect any other released defendant. These provisions are not only unfair, but they afford inadequate notice to the class. The settlement is not fair, reasonable, or adequate if most of its funding is supposed to be paid by a company that may go bankrupt soon. In the alternative, if the defendants want to make secret contributions on the one hand and be only severally liable on the other hand, then all of the funding for the settlement should be placed in an interest bearing account before the settlement is approved. Otherwise, the defendants should be jointly liable in a joint settlement.

4.      The notice to the class is inadequate in that it failed to disclose how much money the defendants are alleged to have benefited from their acts and omissions which gave rise to the lawsuit. There should be a disclosure of how much the defendants may have been unjustly enriched so that the class can make an informed decision of whether the settlement is fair, reasonable, and adequate.

5.      The proposed settlement does not inform class members exactly what they receive. Instead, it only states that some class members will get "up to" $35.00 and some other claims may be worth more. However, if there is not enough money left over to pay full amount of claim, then the class member gets pro rata share. Does this mean the class member will receive $1.00, $2.00, $35.00, or some other amount? The class member simply does not have enough information to make an informed decision of whether the proposed settlement is fair, reasonable, or adequate.

6.      The proposed settlement provides "clear sailing" on attorney's fees.

7.      The proposed release is overbroad and vague.

Based on the above objections, the Court should reject the proposed class action settlement in its entirety as not being fair, reasonable, and adequate. We reserve the right to withdraw, revise, add to, and expand upon our objections and call witnesses and experts in support thereof.

We plan on participating through local counsel in the Court's fairness hearing on December 16, 2008.

If class counsel or counsel for the defendants would like to discuss our concerns in an effort to reach a resolution, then please feel free to call me at (210) 599-1993.

Sincerely,

*Carmine Giardino*

Carmine Giardino