# EXHIBIT C

                                                                    329

                  UNITED STATES DISTRICT COURT

                OF THE DISTRICT OF MASSACHUSETTS

       -----------------------------x

       IN RE:  PHARMACEUTICAL         :   MDL NO. 1456

       INDUSTRY AVERAGE WHOLESALE     :   CIVIL ACTION

       PRICE LITIGATION               :   01-CV-12257-PBS

       THIS DOCUMENT RELATES TO       :

       U.S. ex rel. Ven-A-Care of     :   Judge Patti B.

       The Florida Keys, Inc.,        :       Saris

                Plaintiff,            :

            vs.                       :

       ABBOTT LABORATORIES, INC.,     :   Chief Magistrate

       No. 06-CV-11337-PBS            :   Judge Marianne B.

                Defendants.           :       Bowler

       -----------------------------x

                                          VOLUME II

                    Baltimore, Maryland

                    Thursday, September 27, 2007

       Continued Videotape Deposition of:

                    LARRY REED,

       the witness, was called for examination by counsel

       for the Defendants, pursuant to notice, commencing

556

1   amendments that did not provide a reimbursement
2   methodology consistent with OIG's findings?
3        **A.   The decision making authority for any**
4   **state plan amendment rests with the Director of**
5   **the Medicaid Bureau -- I'm not going to say that,**
6   **because, at that point, it rests for some time --**
7   **for some time period with the regions and for**
8   **some time period with the Director of the Centers**
9   **for Medicaid & State Operations within CMS.**
10       Q.   When was the -- when did that shift in
11  responsibility occur?
12       **A.   The shift occurred I believe in the**
13  **early summer, late spring of 2002.**
14       Q.   What caused that change in
15  responsibility?
16       **A.   I think there were some concerns that**
17  **there may be differing interpretations in the**
18  **regions to state plan amendments in this area.**
19       Q.   Are those concerns that you had?
20            MR. DRAYCOTT:  Objection.  To the
21  extent -- you can answer, but only to the extent
22  that you're not revealing your own participation

                                                                     562

1   very clear.  The agency is going to consider this
2   document and whether or not it's going to persist
3   in the recall of the document.
4           MR. TORBORG:  Well, I have no doubt
5   that you'll take back the document because it
6   doesn't help your case, which seems to be how you
7   guys are already deciding these issues.
8           MR. DRAYCOTT:  David, again, if you
9   have a question --
10          MS. MARTINEZ:  Objection, motion to
11  strike commentary by counsel, not a pending
12  question.  And also an incorrect characterization
13  of the facts.
14  BY MR. TORBORG:
15      Q.  Mr. Reed, tell me again, if you would,
16  in the late spring of 2002, did the decision of
17  whether to approve a state -- approve or
18  disapprove a state plan amendment, that shifted
19  to the Director of CMSO; is that right?
20      **A.  That decision shifted to -- disapproval**
21  **of state plans was always in central office.  It**
22  **was always a decision that was not made in the**

563

1    region, ultimately not made in the region.
2         The decision to approve state plans did
3    shift from regional offices to central office
4    under the authority of the Director of CMSO.
5         Q.   And at that time -- the time that
6    shifted was in the spring of 2002; is that your
7    best recollect?
8         A.   As best I recollect.
9         Q.   Okay.  And the -- who is the individual
10   that held that position in the spring of 2002?
11   Was that Dennis Smith?
12        A.   I believe so.  I'm trying to track back
13   to the dates that Dennis first got there.  I
14   think that's correct.  I'm not sure.
15        Q.   Who preceded Mr. Smith?
16        A.   Before that there were some acting
17   directors.
18        Q.   And did you report directly to Dennis
19   Smith?
20        A.   For that time period that we were that
21   team, we did report to the Director of CMSO.
22        Q.   And I apologize to you and to counsel

564

1  if I've asked this already and you've already

2  instructed, but I'm not sure I did.

3           Why was it that you guys shifted the

4  responsibility -- what was the rationale for the

5  decision to change the approval process of state

6  plan amendments from the regional offices to the

7  central office?  What was the rationale for the

8  decision?

9           MR. DRAYCOTT:  Objection, asked and

10  answered, but I'm not going to direct you not to

11  answer a second time.

12          THE WITNESS:  Again, that the -- that

13  was based, in part at least, on regional office

14  review of state plans being somewhat

15  inconsistent.

16  BY MR. TORBORG:

17     Q.   Yeah, I did ask that.  You did answer

18  that.  Thank you.

19          The document that's marked Exhibit

20  Abbott 328 at the bottom contains a signature

21  line --

22          MS. MARTINEZ:  Objection, Counsel.