# EXHIBIT E

National Pharmaceutical Council — Pharmaceutical Benefits 2007

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45-$11.46 | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 ($7.51 non-MAC generics) | B: AWP-14%, G: AWP-20% | $0.50 - $5.00 |
| California | $7.25 ($8.00 for LTC) | AWP-17% | $1.00 |
| Colorado | $4.00; $1.89 Inst. & dispensing physicians >25 miles from participating pharmacy | AWP-13.5% or direct pricing +18%; AWP-35% (for generics) | B: $3.00, G: $1.00 |
| Connecticut | $3.15 | AWP-14% (AAC+8% Factor 8) | None |
| Delaware | $3.65 | AWP-14%, AWP-16% (LTC) | $0.50 - $3.00 |
| District of Columbia | $4.50 | AWP-10% | $1.00 |
| Florida | $4.23 | AWP-15.4%; WAC+5.75% | None |
| Georgia | $4.63 (for profit), $4.33 (non-profit) | AWP-11% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $4.60, B: $3.40 | B: AWP-12%, G: AWP-25% | B: $3.00 |
| Indiana | $4.90 | B: AWP-16.0%, G: AWP-20% | $3.00 |
| Iowa | $4.52 | AWP-12% | $1.00-$3.00 |
| Kansas | $3.40 | B: AWP-13%, G: AWP-27%, IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | B: $4.50, G: $5.00 | B: AWP-14%, G: AWP-15% | $1.00 - $3.00 |
| Louisiana | $4.59 (avg.) to $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 | AWP-15% (Retail), 17% (Spec.), 20% (Mail Order) | $3.00, Max $30/rec/pharm/mo |
| Maryland | $2.69-$4.69 | Lowest of :WAC+8%, direct+8%, AWP-12% | $3.00 Brand not on PDL, $1.00 Brand on PDL & generics |
| Massachusetts | $3.50 - $5.00 | WAC+5% | B: $3.00, G and OTC: $1.00 |
| Michigan | $2.50 ($2.75 – LTC) | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | B: $3.00, G: $1.00, ABW: $1.00 |
| Minnesota | $3.65 ($0.30 for legend unit dose) | AWP-12% (MAC, Specialty Pharm AWP-15%) | B: $3.00, G: $1.00 |
| Mississippi | $3.91 sole source, $4.91 multisource | AWP-12% or WAC/WNU+9% | $3.00 |
| Missouri | $4.09 - $8.19 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70, $3.50 out-of-state | AWP-15% | $1.00 - $5.00, $25 max/mo. |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | B: $3.00, G: $1.00, (dual eligibles) |
| New Hampshire | $1.75 | AWP-16% | B: $2.00, G: $1.00 |
| New Jersey | $3.70 - $4.07 | AWP-12.5% | None |
| New Mexico | $3.65 | AWP-14% | None (except $5.00 for SCHIP and working disabled) |
| New York | B: $3.50, G: $4.50 | B: AWP-14%;, G: AWP-25% | B: $3.00, G: $1.00, OTC: $0.50 |
| North Carolina | B: $4.00, G: $5.60 | AWP-10% | $3.00 |
| North Dakota | B: $4.60, G: $5.60 | Lowest of AWP-10%, WAC+12.5%, FUL, or MAC | $3.00 (Brand) |
| Ohio | $3.70 | WAC +7%, AWP-14.4% | B: $2.00 |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 dep. on Rx cost |
| Oregon | Retail: $3.50, Inst./NF: $3.91 | AWP-15% (retail), AWP-11% (inst.) | B: $3.00, G: $2.00 |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-14%, WAC+7% | B: $3.00, G: $1.00 |
| Rhode Island | $3.40 (LTC: $2.85) | WAC | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | B: $3.00, G: no copay |
| Tennessee | $2.50 | AWP-13% | Varies by eligibility status |
| Texas | $5.14 | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90 (urban), $4.40 (rural), $1.00 OTC | AWP-15% | $3.00 |
| Vermont | $4.75, $3.65 out-of-state | AWP-11.9% | $1.00 - $3.00 dep. on Rx Cost |
| Virginia | $4.00 | AWP-10.25% | B: $3.00, G: $1.00 |
| Washington | $4.24-$5.25 (based on annual # of Rx) | AWP-14%, AWP-50% (>5 labelers) | None |
| West Virginia | $2.50 - $8.25 (+ extra $1.00 for compounding) | B: AWP-15%, G: AWP-30% | $0.50 - $3.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-13% | $1.00-$3.00, max $12/rec/pharm/mo |
| Wyoming | $5.00 | AWP-11% | G: $1.00, PB: $2.00, NP: $3.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost; G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred; PDL= Preferred Drug List; PB = Preferred Brand
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by State drug program administrators in the 2007 NPC Survey.