# Exhibit F

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - - -

(captions continue on following pages)

Washington, D.C.

Thursday, March 19, 2008

9:00 a.m.

Videotaped deposition of LARRY REED as 30(b)(6)

witness for the UNITED STATES OF AMERICA

1  manual you were referring to, Mr. Reed?

2     **A.   This is.**

3     Q.   Do you recall states raising concerns that
4  they lacked guidance on the findings and assurances
5  that they were to make?

6          MS. MARTINEZ:  Objection to form.

7     **A.   Again, for this time period, these would
8  have been findings and assurances that the regional
9  offices would have been responsible for and would have
10 been dealing with directly with the states.  Within
11 that understanding, I don't recall any specific state
12 complaints about that.  I just don't know if there
13 were any or not.**

14    Q.   Are you familiar with what assurances would
15 come in from the states in your position?

16    **A.   You mean these types of assurances?**

17    Q.   Yes.  Was that handled by the regional
18 office?

19    **A.   For the most part, I believe -- and again,
20 I'm speaking for CMS.  So as speaking for CMS, while I
21 may not personally have been aware of them, those
22 would normally have been handled by the regional**

Case 1:01-cv-12257-PBS   Document 5712-7   Filed 11/25/08   Page 4 of 4

Reed 30(b)(6), Larry                                          March 19, 2008

110

1  **office.**

2      Q.    Do you know if state agencies are providing

3  those assurances as called for by the regulations

4  today?

5      **A.    I don't have personal knowledge of that,**

6  **no.  I don't know.**

7      Q.    That's not -- the issue, is it fair to say,

8  Mr. Reed, that the findings and assurance subject is

9  something upon which the central office was not

10 involved?

11           MS. MARTINEZ:  Objection, form.

12     **A.    For this period I think that, again, the**

13 **central office would have normally not seen these**

14 **findings and assurances.  They would have been handled**

15 **by the RO, the regional office.**

16     Q.    Do you know if at some point in time CMS no

17 longer received from the states findings and

18 assurances as called for by the regulations that we

19 just looked at?

20           MS. MARTINEZ:  Objection, form.

21     **A.    I do not know that.**

22           MR. TORBORG:  Now is a good time for a

Henderson Legal Services, Inc.
202-220-4158                              www.hendersonlegalservices.com