# Exhibit G

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

IN RE: PHARMACEUTICAL           )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

PRICE LITIGATION                )   01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )   Judge Patti B. Saris

the Florida Keys, Inc.          )

     v.                         )   Chief Magistrate

Abbott Laboratories, Inc.,      )   Judge Marianne B.

No. 06-CV-11337-PBS             )   Bowler

- - - - - - - - - - - - - - - - -


Videotaped 30(b)(6) deposition of CMS (JOSEPH BRYANT)


                          Washington, D.C.

                          Thursday, November 15, 2007

                          9:00 a.m.

117

1    have a letter is because we need to have some
2    kind of way of refreshing his recollection.  He
3    can't have this memorized.  So there are
4    subsections where Mr. Draycott gives a status.
5    There's a search ongoing with respect to an
6    appeals court file.  There's a search ongoing
7    with respect to state plan amendments.  There are
8    different categories.  There's a search going on
9    with respect to certain parts of CMS that were
10   requested.
11           And he indicates that the searches are
12   ongoing.
13           The witness can use those letters to
14   refresh his recollection, but he cannot have it
15   memorized.
16           MS. RAMSEY:  I don't expect him to have
17   it memorized.  I'm just wondering whether we're
18   going to be able to learn about searches and
19   collection of documents that may have not been
20   produced yet or that are ongoing.  Has the
21   witness been prepared to testify about the
22   locations that searches have been undertaken and

122

1   information about the searches that were

2   conducted before April 3rd of 2007?

3        **A.   I believe, other than the**

4   **correspondence between the attorneys -- and I**

5   **don't believe my log has dates on it, so I could**

6   **not tell you specifically which documents were**

7   **produced.**

8        Q.   Can you tell me the areas within CMS or

9   its regional offices or offices outside of CMS

10  within HHS that were searched prior to April of

11  '07?

12           MS. MARTINEZ:   Objection, form.

13       **A.   I can tell you that the carriers were**

14  **searched and they produced documents.  I can tell**

15  **you that other agency employees produced**

16  **documents.  But I cannot specifically tell you**

17  **which documents were produced at that time.**

18           MS. MARTINEZ:   Just for the record,

19  step by step that's itemized line by line in the

20  transmittal letters.

21           MS. RAMSEY:   Well, that details the

22  production, but not the searches.

                                                              125

1    September 2000 memo.  That September 2000 memo,
2    I'm not sure if you're familiar with it --
3              MS. RAMSEY:  The DOJ to AWP memo.
4              MS. MARTINEZ:  That came from the
5    Medicare Part B side.  And if you go to the
6    contact list, the Medicare Part B side is within
7    the Center of Medicare Management.  And there is
8    a contact that Mr. Bryant has been dealing with
9    that is by the name of Larry Bonander.
10             So I'm just saying that that would
11   identify a contact from the Center for Medicare
12   Management.  And you have -- and you know that
13   there was an early production from the Center for
14   Medicare Management, because there was that memo.
15   In addition obviously there was an agency-wide
16   search for specific documents related to specific
17   people, agency personnel that was requested,
18   which is also reflected in the letter.
19             In addition the February 9th letter
20   reflects that we were working on Medicaid state
21   plans which were being obtained from the regional
22   offices.  And if you go to the contact list,

126

1   there's contacts for each regional office.  For
2   example, for each of those Medicaid state plans
3   that were being produced in those searches that
4   were being done, each regional office has a
5   contact person in the contact list that would
6   have been either working or have knowledge --
7   would have been responsible for what was
8   happening with respect to the searches at the
9   regional offices.
10            I mean, when you see the contact list
11  you see how large and how many departments were
12  involved.  But one way of tracking it back
13  together is what section was doing the production
14  early on and then there's a contact name
15  specifically that relates to that section.
16            MS. RAMSEY:  But I am trying to
17  understand whether searches were undertaken
18  besides the ones where documents have been
19  produced?
20            MS. MARTINEZ:  Right.  I understand
21  what you're saying.  I'm not sure that he would
22  have a way of knowing that today, because we