UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**RESPONSE OF CONSUMER PLAINTIFFS TO CLASS PLAINTIFFS' REPORT TO THE COURT REGARDING NOTICE IN THE TRACK TWO SETTLEMENT AND MOTION TO RESET CERTAIN DATES RELATED TO CONSUMER CLAIMS**

The Fairness Hearing should be deferred in its entirety until all the requisite steps ordered by the Court have been completed in advance of the same.  Beyond not having provided first class mail notice to consumers, class counsel have not filed any materials in support of final approval or their fee request, both of which were required to be filed by November 10 under the Preliminary Approval Order.  Without such submissions or notice, Class members can not be expected to file any objections they may have by the December 1, 2008 deadline, which class counsel has not sought to move by their Motion.  At a minimum, should the Court choose to proceed with the bifurcated hearing on December 16, the deadline for any Class member to interpose objections to the settlement should be extended until the same extended deadline set for filing requests for exclusion, March 16, 2009.

Date: November 26, 2008

Respectfully submitted,
/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Counsel for Consumer Plaintiffs,*
*M. Joyce Howe, Larry Young, Therese Shepley,*
*Hunter Walters, Harold Carter, Roger Clark,*
*Reverend David Aaronson, James Monk,*
*Virginia Newell, Oral Ray Roots and*
*Harold Bean*

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr., Esquire, hereby certify that on November 26, 2008, I filed the foregoing Response of Consumer Plaintiffs to Class Plaintiffs' Report to the Court Regarding Notice in the Track Two Settlement and Motion to Reset Certain Dates Related to Consumer Claims with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).  I also caused courtesy copies to be faxed to the following:

>Steve W. Berman
>Hagens Berman Sobol Shapiro LLP
>1301 Fifth Avenue, Suite 2900
>Seattle, WA 98101
>
>Steve F. Barley
>Hogan & Hartson, LLP
>111 S. Calvert St., Suite 1600
>Baltimore, MD 21202
>
>James P. Muehlberger
>Shook, Hardy & Bacon, LLP
>2555 Grand Boulevard
>Kansas City, MO 64108

>/s/ Donald E. Haviland, Jr.
>Donald E. Haviland, Jr., Esquire
>Michael J.  Lorusso, Esquire
>THE HAVILAND LAW FIRM, LLC
>111 S. Independence Mall East, Suite 1000
>Philadelphia, PA 19106
>Telephone: (215) 609-4661
>Facsimile: (215) 392-4400
>haviland@havilandlaw.com