UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br> Subcategory Case No. 06-11337 <br> Hon. Patti B. Saris <br><br> Magistrate Judge <br> Marianne B. Bowler |

### DECLARATION OF NEIL MERKL IN SUPPORT OF DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PROHIBITING DEY'S RULE 30(B)(1) DEPOSITION OF ROBERT REID

**NEIL MERKL** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Memorandum in Opposition to the Plaintiffs' Motion for a Protective Order Prohibiting Dey's Rule 30(b)(1) Deposition of Robert Reid.

3. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

4. Attached hereto as Exhibit A is a true and correct copy of the United States' Second Supplemental Disclosures.

5. Attached hereto as Exhibit B is a true and correct copy of the United States' Notice of Deposition of the State of Ohio Department of Job & Family Services.

6. Attached hereto as Exhibit C is a true and correct copy of Dey and Roxane's Cross-Notice of United States' Notice of Deposition of the State of Ohio Department of Job & Family Services.

7. Attached hereto as Exhibit D is a true and correct copy of the November 12, 2008 Letter from Plaintiffs to Defendants regarding Ohio claims and the 30(b)(6) deposition.

8. Attached hereto as Exhibit E is a true and correct copy of the November 12, 2008 E-mail from David Torborg to Plaintiffs regarding 30(b)(1) depositions.

9. Attached hereto as Exhibit F is a true and correct copy of Dey's Notice of Deposition of Robert Reid.

10. Attached hereto as Exhibit G is a true and correct copy of the November 19, 2008 letter from Neil Merkl to Barbara Smith regarding areas where Reid's testimony would be relevant.

11. Attached hereto as Exhibit H is a true and correct copy of relevant excerpts from the deposition transcript of Larry Reed, taken in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (D. Mass.) on September 27, 2007.

12. Attached hereto as Exhibit I is a true and correct copy of the August 19, 2003 Email from CMS to Robert Reid with Attachment "Ohio SPA 03-001 Comments."

13. Attached hereto as Exhibit J is a true and correct copy of the "Acknowledgements" Section of the 2006 National Association of State Medicaid Directors report on Stage Perspectives on Emerging Medicaid Pharmacy Policies and Practices.

14. Attached hereto as Exhibit K is a true and correct copy of the Agenda for the July 19-21, 1995 National Symposium for Medicaid Pharmacy Administrators.

15. Attached hereto as Exhibit L is a true and correct copy of the List of Speakers at the June 23-24, 1993 Medicaid Rebates for Outpatient Rx Drugs Conference.

16. Attached hereto as Exhibit M is a true and correct copy of the October 24, 1994 Letter From Zachary Bentley to Robert Reid regarding "State policy and methodology for reimbursement of intravenous and injectable drugs."

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2008.

                                                /s Neil Merkl  
                                                **NEIL MERKL**