# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) | |

**PLAINTIFFS' SECOND SUPPLEMENT TO INITIAL DISCLOSURES TO DEFENDANTS PURSUANT TO FED. R. CIV. P. 26(a)(1)**

The United States ("Government") and Ven-A-Care of the Florida Keys, Inc. ("Relator") (collectively "Plaintiffs"), hereby supplement their Rule 26(a)(1) Disclosures to defendants Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively, "Dey").

**A. Witness Disclosures**

The individuals and organizations listed in Exhibit A hereto may have discoverable information that the Plaintiffs may use to support the claims in this case.

In Plaintiffs' Initial Disclosures To Defendants Pursuant to Fed. R. Civ. P. 26(a)(1), the Plaintiffs advised the Defendants that additional current and former representatives of various state Medicaid agencies and their fiscal intermediaries, whose names are presently unknown to Plaintiffs' counsel, may have discoverable information that the Plaintiffs may use to support the claims in this case. In view of paragraph 19 of the Case Management Order in this case (MDL Docket Entry #4406), the Plaintiffs believe their evidence at trial concerning State Medicaid Programs' use of and reliance on

published prices shall not be limited by Plaintiffs' disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

All contact and/or deposition scheduling of employees of the Government identified herein should be coordinated through an Assistant United States Attorney or a Department of Justice Trial Attorney who has entered an appearance in this case.

**B.     Document Disclosures**

In the time since the plaintiffs made their Initial Disclosures To Defendants Pursuant to Fed. R. Civ. P. 26(a)(1), the United States and the Relator have produced and continue to produce numerous documents to the defendants. The plaintiffs may use any of these documents to support the Plaintiffs' claims in this case.

| | |
|---|---|
| For the United States of America, | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | JAMES J. BREEN<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue<br>Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| /s/ George B. Henderson, II<br>GEORGE B. HENDERSON, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3272 | SHERRIE R. SAVETT<br>GARY L. AZORSKY<br>SUSAN S. THOMAS<br>JEANNE A. MARKEY<br>JOY CLAIRMONT<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: 215-875-3000<br>Facsimile: 215-875-4636 |
| DANIEL R. ANDERSON<br>LAURIE A. OBEREMBT<br>ELIZABETH STRAWN<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-3345 | Dated: January 10, 2008 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "Plaintiffs' Second Supplement to Initial Disclosures To Defendants Pursuant to Fed. R. Civ. P. 26(a)(1)" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January10 , 2008 /s/ George B. Henderson, II
George B. Henderson, II

3

Exhibit A

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name (Company) | First Name | Position/Title/Relationship | Address/Contact Information | Subject of Knowledge |
|---|---|---|---|---|
| American Association for Homecare (AAH) | | Industry/Trade Group | Tyler Wilson<br>President<br>2011 Crystal Drive<br>Suite 725<br>Arlington, VA 22202<br>(703) 836-6263 | Lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing. |
| American Society of Clinical Oncology* (ASCO) | | Industry/Trade Group | 1900 Duke Street<br>Suite 200<br>Alexandria, VA 22314<br><br>Contact through counsel:<br>Hanoi Veras<br>London & Mead<br>(202) 331-3334 x 4 | Lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing. |
| Bahr (and/or another representative)** | Debra | Formerly Kentucky Medicaid Pharmacy Director | Debra Bahr<br>3561 Hunters Green Way<br>Lexington, KY 40509<br>(859) 263-7314<br><br>To be contacted through counsel:<br>Paula J. Holbrook, Esq.<br>Assistant Attorney General<br>Medicaid Fraud Abuse and Control Division<br>Office of the Attorney General<br>1024 Capitol Center Drive, Suite 200<br>Frankfort, Kentucky 40601<br>(502) 696-5503<br>(502) 573-7150 facsimile | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Beshara | David | TennCare | | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Booth* | Charles | Former Director of Payment Policy, CMS | Charles R. Booth<br>8024 Ridgely Oak Road<br>Baltimore, MD<br><br>Contact counsel for the United States:<br>Justin Draycott, Esq. (202) 305-9300 | Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| Buto* | Kathleen | Former Associate Administrator for Policy, CMS | Kathleen Buto<br>1350 I Street, N.W.<br>Suite 1210<br>Washington, DC<br><br>Contact counsel for the United States:<br>Justin Draycott, Esq. (202) 305-9300 | Medicare payment for drugs, and federal statutory and regulatory payment requirements |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

1

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name/ Company | First Name | Title/ Relationship to Parties | Address | Subjects of Information |
|---|---|---|---|---|
| Cathers, Pharm. D., R.Ph. (and/or another representative)** | Terri | Director of Pharmacy, Office of Medical Assistance Programs, Pennsylvania | Terri Cathers, Pharm.D., R.Ph. Director of Pharmacy Office of Medical Assistance Programs 49 Beech Drive Harrisburg, PA 17110-3591 Phone: 717-346-8156 c-tcathers@state.pa.us<br><br>Contact Counsel at Pennsylvania State AG: Pennsylvania Office of Attorney General 16th Floor Strawberry Square Harrisburg, PA 17120 (717) 787-3391 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Cioppa (and/or another representative)** | Carl | Manager Formulary Operations and Systems Interface, Office of Health Insurance Programs, Bureau of Pharmacy Policy and Operations, New York | Carl Cioppa Manager Formulary Operations and Systems Interface Office of Health Insurance Programs Bureau of Pharmacy Policy and Operations 99 Washington Ave., Suite 720 Albany, NY 12210-2806 (518) 473-5451, or 518-486-3209 (secretary) ctc02@health.state.ny.us<br><br>To be contacted through counsel: Gregor N. Macmillan Director, Bureau of Health Insurance Programs Division of Legal Affairs New York State Department of Health Corning Tower -- 24th floor Empire State Plaza Albany, NY 12238 gnm01@health.state.ny.us 518-408-1495 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Coram Health Care* | | Dey Customer | Michael Dell Gen. Counsel (303) 672-8738 1675 Broadway, Suite 900 Denver, CO 80202 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| CVS | | Dey Customer | CVS Corporate Headquarters One CVS Drive Woonsocket, RI 02895 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

2

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| | | Past Employment / Business | Location and/or Contact Information | Subjects of Knowledge |
|---|---|---|---|---|
| DeParle* | Nancy Ann | Former CMS Administrator | Nancy Ann DeParle<br>4229 Leland Street<br>Chevy Chase, MD 20815<br><br>Contact through counsel for the United States:<br>Justin Draycott, Esq. (202) 305-9300 | Medicare and Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| Donnelly (and/or another representative)** | James | Office of Health Insurance Programs, Bureau of Pharmacy Policy and Operations, New York | James Donnelly<br>Office of Health Insurance Programs<br>Bureau of Pharmacy Policy and Operations<br>99 Washington Ave., Suite 720<br>Albany, NY 12210-2806<br>(518) 257-4554<br><br>To be contacted through counsel:<br>Gregor N. Macmillan<br>Director, Bureau of Health Insurance Programs Division of Legal Affairs New York State Department of Health Corning Tower -- 24th floor Empire State Plaza<br>Albany, NY 12238<br>gnm01@health.state.ny.us<br>518-408-1495 | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |
| Duane Reade** | | Dey Customer | Duane Reade<br>Corporate Headquarters<br>440 Ninth Avenue<br>New York, NY 10022 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Eiler | Cheryl | Medicare DMERC Representative (National Government Services, Inc., formerly AdminaStar Federal), Region B | To be contacted through:<br>Robert M. Squier, Jr.<br>Senior Counsel<br>National Government Services, Inc.<br>8115 Knue Road<br>INA102-AF25<br>Indianapolis, IN 46250<br>(317) 913-6574 | DMERC payment practices and pricing and determination of Medicare allowed amounts for covered drugs |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

3

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name / Company | First Name | Entity / Relationship | Address and Contact Information | Subjects of Knowledge |
|---|---|---|---|---|
| Generic Pharmaceutical Industry Association* (GPhA) | | Industry/Trade Group | Generic Pharmaceutical Industry Association<br>Corporate Headquarters<br>2300 Clarendon Blvd.<br>Suite 400<br>Arlington, VA 22201<br><br>Contact through counsel:<br>Ray Aragon<br>McKenna, Long and Aldri<br>(202) 496-7530 | Dey's membership in and/or financial support of this organization; lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing on behalf of manufacturers, such as Dey |
| Gilmore (and/or another representative)** | Gary | Mass Health, Deputy Director of Pharmacy | Deputy Director of Pharmacy<br>MassHealth<br>600 Washington Street<br>Boston, MA 02111<br><br>To be contacted through counsel:<br>Richard Heidlage<br>Assistant Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 Ex. 2381<br>Richard.Heidlage@ago.state.ma.us | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Gorospe (and/or another representative)** | Kevin | California State Medicaid | California Department of Health Care Services<br>1501 Capitol Avenue<br>Sacramento, CA 95814<br>(916) 552-9606<br><br>To be contacted through AG Counsel:<br>Nicholas Paul<br>(619) 688-6099 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Hazelwood (and/or another representative)** | Marvin | Former Illinois State Medicaid Pharmacy Manager | Marvin Hazelwood<br>1812 S. Cog Mill Ct.<br>Springfield, IL 62704<br>(217) 787-6252<br><br>To be contacted through AG Counsel: Brent Stratton<br>Assistant Chief Deputy A.G.<br>100 West Randolph Street<br>Chicago, IL 60601<br>(312) 814-3000 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Roxane's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Dey was notified of entitty or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

4

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Entity/Name/Company | First Name | Position/Title | Address/Contact | Subject of Knowledge |
|---|---|---|---|---|
| HealthNow New York, Inc. (formerly Travelers Insurance Company (a/k/a United Healthcare) | | Medicare DMERC, Region A | | Carrier payment practices and pricing, and determination of Medicare allowed amounts for DME drugs |
| Helton | Carolyn | Medicare DMERC Representative (CIGNA), Region D | Carolyn Helton<br>CIGNA<br>2 Vantage Way<br>Nashville, TN 37228<br>(615) 782-4500<br><br>To be contacted through carrier counsel:<br>Michael Wade<br>Office of Counsel<br>CIGNA Government Services<br>Two Vantage Way,<br>Nashville, TN 37228<br>Telephone: (860)226-2457<br>michael.wade@cigna.com | Carrier payment practices and pricing, and determination of Medicare allowed amounts for DME drugs |
| Jeffrey (and/or another representative)** | Paul L. | MassHealth, Director of Pharmacy | Paul L. Jeffrey<br>Director of Pharmacy<br>MassHealth<br>600 Washington Street, 5th Floor<br>Boston, MA 02111<br>617/210-5319<br><br>To be contacted through counsel:<br>Richard Heidlage<br>Assistant Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 Ex. 2381<br>Richard.Heidlage@ago.state.ma.us | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name of Company | First Name | Job Title and Business | Address and Phone Number | Subject of Information |
|---|---|---|---|---|
| Jones (and/or another representative)** | James | Deputy Administrator, Division of Health Care Financing, Wisconsin State Medicaid | James Jones<br>Deputy Administrator<br>Division of Health Care Financing<br>P. O. Box 309<br>Madison, WI 53701<br>(608) 266-8922<br><br>Contact through counsel:<br>Neil Gebhart<br>Assistant Legal Counsel<br>State of Wisconsin Department of Health and Family Services<br>P.O. Box 7850<br>Madison, WI 53707 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Kenyon, R.Ph. (and/or another representative)** | James | Pharmacist Consultant, MDCH/Medical Services Administration, Michigan | James Kenyon, R.Ph.<br>Pharmacist Consultant<br>MDCH/Medical Services Administration<br>400 South Pine Street<br>Lansing, MI 48933<br>T: 517/335-5265<br>F: 517/335-5294 [now 517-241-9409]<br>E-mail: kenyonj@state.mi.us<br><br>To be contacted through counsel:<br>Mark Matus<br>Medicaid Fraud Control Unit of Michigan<br>Office of the Attorney General<br>2860 Eyde Parkway<br>East Lansing, MI 48823<br>Tel: 517-241-6552<br>Fax: 517-241-6515 matusm@michigan.gov | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name (and/or another representative)** | First Name | Job Title/Description | Contact Information | Subject |
|---|---|---|---|---|
| Kramer (and/or another representative)** | Sandy | Pharmacy, Program Specialist, Bureau of Program Policy, Michigan Dept. of Social Services | Sandy Kramer, Pharmacy Program Specialist<br>Bureau of Program Policy<br>Michigan Dept. of Social Services<br>P. O. Box 30037, 400 South Pine Street<br>Lansing, MI 48909<br>(517) 335-5128<br><br>To be contacted through:<br>Trish O'Keefe<br>Manager, Pharmacy Services Section<br>Data Management Division<br>Medicaid Program Operations & Quality Assurance<br>Michigan Department of Community Health<br>OKeefeT@michigan.gov<br>Phone: 517.335-5442 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Lincare Inc.* | | Dey Customer | CT Corporation System<br>1200 S. Pine Island Rd.<br>Plantation, FL  33324<br><br>Contact through counsel:<br>Mitch Mitchelson, Esq.,<br>Alston & Bird LLP<br>(404) 881-7661 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Lucas (and/or another representative)** | Susan | Washington State Medicaid | Susan Lucas<br>Washington State Medicaid<br>(360) 725-1828<br><br>To be contacted through:<br>Dawn Cortez<br>Assistant AG<br>(360) 586-8872 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Managed Health Care Associates Inc.* | | Dey Customer | Managed Health Care Associates Inc.<br>Corporate Headquarters<br>25-B Vreeland Road<br>Suite 300<br>P.O. Box 789<br>Florham Park, NJ  07932<br><br>Contact through counsel:<br>Jeremy Frey<br>Pepper Hamilton<br>(215) 981-4445 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

7

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Entity/Company | First Name | Title/Relationship | Contact Information | Summary of Knowledge |
|---|---|---|---|---|
| National Association of Chain Drug Stores (NACDS)* | | Industry/Trade Group | Steven C. Anderson<br>413 N. Lee Street<br>Alexandria, VA 22313<br>(703) 549-3001 | Lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing. |
| National Home Infusion Association (NHIA) | | Industry/Trade Group | 100 Daingerfield Road<br>Alexandria, VA 22314<br><br>Contact through counsel:<br>Ralph Caccia<br>Powell Goldstein<br>(202) 624-7353<br>'rcaccia@pogolaw.com' | Lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing. |
| O'Keefe (and/or another representative)*** | Trish M. | Manager, Pharmacy Services Section, Data Management Division, Medicaid Program Operations & Quality Assurance, Michigan Department of Community Health | Trish M. O'Keefe<br>Manager, Pharmacy Services Section<br>Data Management Division<br>Medicaid Program Operations & Quality Assurance<br>Michigan Department of Community Health<br>OKeefeT@michigan.gov<br>Phone: 517.335-5442<br><br>To be contacted through counsel:<br>Mark Matus<br>Medicaid Fraud Control Unit of Michigan<br>Office of the Attorney General<br>2860 Eyde Parkway<br>East Lansing, MI 48823<br>Tel: 517-241-6552<br>Fax: 517-241-6515 matusm@michigan.gov | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |
| Omnicare* | | Dey Customer | 1600 River Center II<br>100 E. River Center Blvd.<br>Covington, KY 41011<br><br>Contact through counsel:<br>Eamon O'Kelly<br>(212) 259-6342<br>Dewy & LeBoeuf, 1301 Avenue of the Americas, New York, NY 10019 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |

*Dey was notified of entity or individual by prior deposition or subpoena.
***US notified Dey on 6/1/2007 regarding state Medicaid employees.

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| | | | | |
|---|---|---|---|---|
| OptionCare, Inc.* | | Dey Customer | Kevin Collins, Esq.<br>485 Half Day Road<br>Suite 300<br>Buffalo Grove, IL 60089<br>(847) 465-2577 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Paccione (and/or another representative)** | Maryanne | Virginia State Medicaid | Maryanne Paccione<br>Department of Medical Assistance Services<br>600 East Main Street<br>Richmond, VA 23219<br><br>To be contacted through counsel:<br>Lelia Beck<br>Assistant Attorney General<br>Civil Investigation Unit, Medicaid Fraud Control Unit<br>Commonwealth of Virginia<br>Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219<br>(804) 371-2146 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Parker (and/or another representative)** | James | Illinois State Medicaid | | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Pharmaceutical Research and Manufacturers of America ("PhRMA")* | | Industry/Trade Group | 950 F Street, N.W.<br>Suite 300,<br>Washington, DC 20004<br><br>Contact through counsel:<br>Jose Gonzalez<br>Steptoe & Johnson<br>1330 Connecticut Ave, NW<br>Washington, DC 20036<br>(202) 429.8110<br>jrgonzalez@steptoe.com | Lobbying, analysis, discussion or communications pertaining to price reporting, collection and reliability, communications with federal and state legislatures/legislators, and agencies, training regarding Medicare, Medicaid, AWP, drug payment, and communications related to drug marketing. |

9

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name (Company) | First Name | Job Title and Employer | Address and Contact Information | Subjects of Knowledge |
|---|---|---|---|---|
| Reid (and/or another representative)** | Robert | Pharmacy Program Administrator, Ohio Department of Jobs and Family Services | Robert Reid<br>Ohio Department of Jobs and Family Services<br>Benefit Management Section<br>50 West Town Street<br>4th floor<br>Columbus, OH 43218<br>(614) 752-4614<br><br>To be contacted through counsel:<br>Ohio AG<br>State Office Tower<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215-3428<br>(614) 466-4320 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Richter* | Elizabeth | Director, Center for Medicare Management, Hospital & Ambulatory Policy Group | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000<br><br>Contact counsel for the United States:<br>Justin Draycott, Esq. (202) 305-9300 | Medicare Part B payment for drugs, including federal statutory and regulatory payment requirements, Medicare payment methodologies using average wholesale prices |
| Rite Aid* | | Dey Customer | 30 Hunter Lane<br>Camp Hill, PA 17011 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Sibor (and/or another representative)** | David | ACS State Healthcare, LLC | Dave Sibor<br>ACS State Healthcare, LLC<br>260 Franklin St<br>Boston, MA 02110<br>(617) 423-9845<br><br>To be contacted through counsel:<br>David Evans, Esq.<br>Hanify & King<br>One Beacon St.<br>Boston, MA 02180<br>dfe@hanify.com | Processing of Medicaid claims for payment; reliance and use of reported AWP and/or WAC prices; the state's Medicaid claims data |

10

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name, Company | First Name | Job Title | Contact Info | Subject Matter |
|---|---|---|---|---|
| Solomon (and/or another representative)** | Janet | Human Services Program Specialist, Pharmacy, Office of Medical Assistance Programs, Pennsylvania | Janet Solomon<br>Human Services Program Specialist, Pharmacy<br>Office of Medical Assistance Programs<br>49 Beech Drive<br>Harrisburg, PA 17110-3591<br>Phone: 717-346-8164<br>jsolomon@state.pa.us<br><br>To be contacted through counsel:<br>Pennsylvania Office of Attorney General<br>16th Floor<br>Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-3391 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Stone | Robin | Medicare DMERC Representative (Palmetto GBA), Region C | To be contacted through carrier counsel:<br>Kendall R. Walker<br>Associate General Counsel<br>Blue Cross Blue Shield of SC<br>Palmetto GBA Carolina Research Park<br>17 Technology Circle<br>Columbia, SC 29203<br>Telephone: (803) 763-1098 | DMERC payment practices and pricing. Determination of Medicare allowed amounts for DME drugs |
| Sullivan (and/or another representative)** | Leo | Former TennCare Pharmacy Director | Leo Sullivan<br>Leo Sullivan Consulting, Inc.<br>101 Overcast Court<br>Murfreesboro, TN 37129<br>Telephone: (615) 896-3876<br><br>Contact Counsel at Tennessee State AG:<br>Peter Kaufman, Esq. (615) 741-3491 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Terrebonne (and/or another representative)*** | Mary Julia | Pharmacy Director<br>Louisiana State Medicaid | Mary Julia Terrebonne<br>Pharmacy Director<br>Louisiana Medicaid<br>Pharmacy Benefit Program<br>628 N. Fourth Street<br>Baton Rouge, LA 70802<br><br>Contact Counsel at Louisiana AG Medicaid Fraud Control Unit:<br>Fred Duhy<br>1885 North 3rd Street<br>Baton Rouge, LA 70802<br>P.O. Box 94005<br>Baton Rouge, LA 70804<br>(225) 326-6210 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

11

**Dey was notified of entity or individual by prior deposition or subpoena.
***US notified Dey on 6/1/2007 regarding state Medicaid employees.

1/10/2008

United States' Second Supplemental Disclosure
U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
Civ. No. 05-11084-PBS, MDL No. 1456

| Last Name/Company | First Name | Job Title and Employer | Business/Personal Address/Telephone Number | Relevant Areas of Information |
|---|---|---|---|---|
| Thompson | Donald | Senior Advisor, Center for Medicare Management, CMS | Contact Counsel for the United States: Justin Draycott, Esq. (202) 305-9300 | Medicaid payment for drugs and federal statutory and regulatory payment requirements |
| Tomlinson (and/or another representative)** | Bryan | Virginia State Medicaid | Department of Medical Assistance Services 600 East Main Street Richmond, VA 23219 To be contacted through Counsel at Virginia State AG: Lelia Beck Assistant Attorney General Civil Investigation Unit, Medicaid Fraud Control Unit Commonwealth of Virginia Office of the Attorney General 900 East Main Street Richmond, VA 23219 (804) 371-2146 (804) 786-0807 - fascimile | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Ultracare, Inc.* | | Dey Customer | 2001 Janice Avenue Melrose Park, IL 60160 Contact through counsel: Troy Brown Morgan Lewis & Brockius LLP (215) 963-5214 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Walgreen | | Dey Customer | Corporate Headquarters Walgreen 200 Wilmot Road Deerfield, IL 60015 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Wal-mart | | Dey Customer | 702 Southwest Eighth Street Bentonville, AR 72716 | Dey's sales practices and efforts to market the spread on drugs; policies and practices regarding drug purchases and payment |
| Jerry F. Wells, former Florida State Medicaid (and/or another representative)** | Jerry F. | Formerly of Florida State Medicaid | Jerry F. Wells Home: (850) 926-7275 Fax:(850) 926-2999 Email: JerryFWells@emarqmail.com Contact Counsel at Florida State AG | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |
| Woods (and/or another representative)** | Amy | Missouri State Medicaid | Amy Woods (573) 751-6961 To be contacted through counsel at Missouri State AG's Office: Richard Williams (573) 751-8790 | Medicaid payment for drugs, statutes, regulations, rules, policies and practices governing payment, use of or reliance upon AWP or WAC, Dey's drug price representations and reporting that were used by state Medicaid agencies to set payment levels |

*Dey was notified of entity or individual by prior deposition or subpoena.
**US notified Dey on 6/1/2007 regarding state Medicaid employees.

12

1/10/2008