# Exhibit D



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Writer's Direct Dial Number:
(617) 748-3272
Telecopier: (617) 748-3971

John Joseph Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

November 12, 2008

By E-mail

Eric Gortner, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Neil Merkl, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

David Torborg, Esq.
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113

Re: *United States of America, ex rel. Ven-a-Care of the Florida Keys Inc. v. Roxane Laboratories, Inc. et al*, MDL No. 1456/Civil Action No. 01-12257-PBS; *United States ex rel. Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, C.A. No. 06-11337-PBS ; *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Counsel:

Plaintiffs have made the determination to drop our claim for the federal share of Medicaid damages for Medicaid claims in the state of Ohio for the subject drugs during the time period at issue in the above three cases. Accordingly, we have notified the state that we have <u>cancelled</u> the Rule 30(b)(6) deposition (that we originally noticed on July 11, 2008) and that was postponed to November 24 and 25, 2008.

Sincerely,

/s/ *Barbara Healy Smith*

Barbara Healy Smith
Assistant United States Attorney

cc   Drew Duffy, AAG
     Louise Roselle, Esq.