# Exhibit E

From: David S. Torborg [mailto:dstorborg@JonesDay.com]
Sent: Wednesday, November 12, 2008 3:18 PM
To: Gobena, Gejaa (CIV); St.Peter-Griffith, Ann (USAFLS); R. Christopher Cook; Eric
Gortner; Henderson, George (USAMA); Jim Breen; James R. Daly; John Reale; Merkl, Neil;
sreid@kelleydrye.com
Subject: State 30(b)(1) notices

This email, on behalf of Abbott, Dey, and Roxane, follows up on our call this morning
relating to state Medicaid discovery.  During the call you asked that Defendants advise
you of any additional current or former state Medicaid witnesses to which Defendants
currently expect to serve
30(b)(1) subpoenas.  (At present, Defendants have served the following five 30(b)(1)
subpoenas on current or former Medicaid witnesses for depositions that remain to be
completed: Benny Rideout (NC, confirmed for 12/5), Gary Duerr (ID, confirmed for 12/5),
Jerry Wells (still awaiting date from FL counsel), Edward Vacarro (NJ, confirmed for 12/2-
3), and Anne Haase (ND, confirmed for 12/1).)

Defendants have conferred with one another on this topic, and thought it made sense to
outline our current intentions.  First, some background: So that Defendants could assess
whether we want to issue 30(b)(1) notices on certain witnesses, we have for some time
asked the states for which
30(b)(6) notices have been served to identify the individual or individuals who will be
testifying on the States' behalf.  For many states, Defendants have not been able to learn
which individuals will testify, or have learned that information only recently.  An
example is Ohio, which Defendants for obvious reasons believed would have Robert Reid
testify in response to the
30(b)(6) notice.  Given Mr. Reid's retirement, however, we recently learned that Ohio will
putting up a different individual to testify.  In other situations, Defendants have wanted
to assess the competency of the 30(b)(6)testimony before deciding whether to issue a 30(b)
(1) notice to a specific individual.  As you are well aware, nearly all of the 30(b)(6)
depositions--which were nearly all scheduled for September, October, and early November--
have been delayed for reasons beyond Defendants' control ( e.g., inability to get
documents from the state prior to the deposition, DOJ scheduling conflicts).

The following is the list of additional 30(b)(1) depositions that Defendants currently
intend to pursue.  It is possible that some of the these individuals may be designated to
testify in response to 30(b)(6) notices, such that a separate deposition would likely be
unnecessary. We, of course, reserve our right to notice additional individuals within the
discovery period allowed by the Court.

- Robert Reid (OH)
- David Shepherd (VA)
- Jerry Dubberly (GA)
- Frank Tetkoski (MD)
- Allen Chapman (CO)
- Cynthia Denemark (DE)

We will be working with counsel for the states over the next few days to see if they can
and are willing to accept service of these subpoenas. If not, we intend to serve them by
process server.

Thank you,
 - Dave

==========
This e-mail (including any attachments) may contain information that is private,
confidential, or protected by attorney-client or other privilege. If you received this e-
mail in error, please delete it from your system without copying it and notify sender by
reply e-mail, so that our records can be corrected. ==========

==========
This e-mail (including any attachments) may contain information that is private,
confidential, or protected by attorney-client or other privilege. If you received this e-
mail in error, please delete it from your system without copying it and notify sender by
reply e-mail, so that our records can be corrected. ==========