# Exhibit H

Page 329

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF MASSACHUSETTS

-------------------------------x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-A-Care of | : | Judge Patti B. |
| The Florida Keys, Inc., | : | Saris |
| Plaintiff, | : | |
| vs. | : | |
| ABBOTT LABORATORIES, INC., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |
| Defendants. | : | Bowler |

-------------------------------x

VOLUME II

Baltimore, Maryland

Thursday, September 27, 2007

Continued Videotape Deposition of:

LARRY REED,

the witness, was called for examination by counsel

for the Defendants, pursuant to notice, commencing

Page 330

```
 1  at 9:15 a.m., at the law offices of
 2  Hogan & Hartson, 111 South Calvert Street,
 3  Baltimore, Maryland, before Dawn A. Jaques,
 4  Certified Shorthand Reporter and Notary Public in
 5  and for the State of Maryland, when were present
 6  on behalf of the respective parties:
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22  (CAPTIONS CONTINUED)
```

Page 331

```
 1          IN THE CIRCUIT COURT
 2       OF MONTGOMERY COUNTY, ALABAMA
 3  ----------------------x
 4  STATE OF ALABAMA,          :
 5       Plaintiff,       :  Case No.
 6       vs.              :  CV-05-219
 7  ABBOTT LABORATORIES,       :
 8  INC., et al.,              :  Judge Charles
 9       Defendants.      :  Price
10  ----------------------x
11
12
13  IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14              STATE OF HAWAII
15  ----------------------x
16  STATE OF HAWAII,           :
17       Plaintiff,       :  Case No.
18       vs.              :  06-10720-04-EEH
19  ABBOTT LABORATORIES, et al., :  Judge Eden
20       Defendants.      :  Elizabeth Hifo
21  ----------------------X
22
```

Page 332

```
 1  IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2        IN AND FOR LEON COUNTY, FLORIDA
 3  THE STATE OF FLORIDA
 4  ex rel.
 5  ----------------------x
 6  VEN-A-CARE OF THE FLORIDA  :
 7  KEYS, INC., a Florida      :
 8  Corporation, by and through :
 9  its principal officers and :
10  directors, ZACHARY T.      :
11  BENTLEY and T. MARK JONES, :
12       Plaintiffs,      :
13       vs.              :
14  MYLAN LABORATORIES, INC.,  :  Civil Action No.:
15  MYLAN PHARMACEUTICALS, INC., :  98-3032G
16  NOVOPHARM LTD., SCHEIN     :
17  PHARMACEUTICAL, INC., TEVA :  Judge William L.
18  PHARMACEUTICAL INDUSTRIES  :     Gary
19  LTD, TEVA PHARMACEUTICAL USA, :
20  WATSON PHARMACEUTICALS, INC., :
21       Defendants.      :
22  ----------------------x
```

Page 333

```
 1    FRANKLIN CIRCUIT COURT - DIVISION II
 2        CIVIL ACTION NO. 03-CI-1134
 3
 4  ----------------------X
 5  COMMONWEALTH OF KENTUCKY,  :
 6       Plaintiff,       :
 7       vs.              :  Judge
 8                        :  Crittenden
 9  ABBOTT LABORATORIES, INC., :
10       Defendant.       :
11  ----------------------X
12
13     STATE OF WISCONSIN CIRCUIT COURT
14              DANE COUNTY
15              Branch 9
16  ----------------------x
17  STATE OF WISCONSIN,        :
18       Plaintiff,       :
19       vs.              :  Case No.
20  AMGEN, INC., et al.,       :  04-CV-1709
21       Defendants.      :
22  ----------------------x
```

Page 334

1  STATE OF SOUTH CAROLINA :  IN THE COURT OF
2  COUNTY OF RICHMOND     :   COMMON PLEAS
3  ------------------------X   FOR THE FIFTH
4  STATE OF SOUTH CAROLINA :  JUDICIAL DISTRICT
5  and HENRY D. McMASTER  :   Case No.
6  in his official capacity :  2006-CP-40-4394
7  as Attorney General for :
8  the State of South     :
9  Carolina,              :
10     Plaintiffs,  :
11  vs.                    :
12  ABBOTT LABORATORIES,   :
13     Defendant.   :
14  ------------------------X
15
16
17
18
19
20
21
22  (CAPTIONS CONTINUED)

Page 335

1  STATE OF SOUTH CAROLINA :  IN THE COURT OF
2  COUNTY OF RICHMOND     :   COMMON PLEAS
3                         :   FOR THE FIFTH
4                         :   JUDICIAL CIRCUIT
5  STATE OF SOUTH CAROLINA :
6  and HENRY D. McMASTER, :
7  in his official capacity :
8  as Attorney General for :
9  the State of South     :  Civil Action No.
10  Carolina,              :  07-CP-40-0285
11     Plaintiff,   :
12  vs.           :  Civil Action No.
13  SANDOZ, INC.,         :  07-CP-40-0287
14     Defendant.   :
15  ------------------------X

Page 336

APPEARANCES

On behalf of the United States of America:

   ANA MARIA MARTINEZ, ESQ.
   United States Department of Justice
   Assistant United States Attorney
   Southern District of Florida
   99 N.E. 4th Street
   Miami, Florida 33132
   TELEPHONE: (305) 961-9431
   E-MAIL: Ana.maria.martinez@usdoj.gov
   -and-
   JUSTIN DRAYCOTT, ESQ.
   United States Department of Justice
   Civil Division
   P.O. Box 261
   Ben Franklin Station
   Washington, D.C. 20044
   TELEPHONE: (202) 305-9300
   E-MAIL: Justin.draycott@usdoj.gov

Page 337

APPEARANCES (Continued:)

On behalf of Ven-A-Care:

   ROSLYN G. POLLACK, ESQ.
   Berger & Montague, P.C.
   1622 Locust Street
   Philadelphia, Pennsylvania 19103-6305
   TELEPHONE: (215) 875-4666
   E-MAIL: rpollack@bm.net

On behalf of U.S. Department of
Health and Human Services:

   LESLIE STAFFORD, ESQ.
   U.S. Department of Health and
   Human Services
   Office of General Counsel, CMS Division
   7500 Security Boulevard
   Mail Stop C2-05-23
   Baltimore, Maryland 21244-1850
   TELEPHONE: (410) 786-9655

Page 338

1  APPEARANCES (Continued:)
2
3  On behalf of City of New York and New York
4  counties:
5
6      MICHAEL WINGET-HERNANDEZ, ESQ.
7      WINGET-HERNANDEZ LLC
8      3112 Windsor Road
9      Suite 228
10     Austin, Texas 78703
11     TELEPHONE: (512) 474-4095
12     E-MAIL: Michael@winget-hernandez.com
13
14 On behalf of Abbott Laboratories:
15
16     DAVID S. TORBORG, ESQ.
17     Jones Day
18     51 Louisiana Avenue, N.W.
19     Washington, D.C. 20001-2113
20     TELEPHONE: (202) 879-5562
21     E-MAIL: Dstorborg@jonesday.com
22

Page 339

1  APPEARANCES (Continued:)
2
3  On behalf of Dey, Inc.:
4
5      NEIL MERKL, ESQ.
6      Kelley Drye & Warren LLP
7      101 Park Avenue
8      New York, New York 10178
9      TELEPHONE: (212) 808-7811
10     E-MAIL: Nmerkl@kelleydrye.com
11
12 On behalf of Roxane Laboratories and
13 Boehringer Ingelheim:
14
15     ERIC GORTNER, ESQ.
16     Kirkland & Ellis LLP
17     200 East Randolph Drive
18     Chicago, Illinois 60601
19     TELEPHONE: (312) 861-2285
20     E-MAIL: Egortner@kirkland.com
21
22 (Continued)

Page 340

1  APPEARANCES (Continued:)
2
3  On behalf of GlaxoSmithKline:
4
5      SHANKAR DURAISWAMY, ESQ.
6      Covington & Burling LLP
7      1201 Pennsylvania Avenue, N.W.
8      Washington, D.C. 20004
9      TELEPHONE: (202) 662-5273
10     E-MAIL: Sduraiswamy@cov.com
11
12 On behalf of Bristol-Myers Squibb Company:
13 (via telephone)
14
15     ANDREA W. TRENTO, ESQ.
16     Hogan & Hartson LLP
17     875 Third Avenue
18     New York, New York 10022
19     TELEPHONE: (212) 918-3532
20     E-MAIL: Awtrento@hhlaw.com
21
22 (Continued)

Page 341

1  APPEARANCES (Continued:)
2
3  On behalf of Baxter Health Care Corporation
4  (via telephone):
5
6      EDEN M. HEARD, ESQ.
7      Dickstein Shapiro LLP
8      1825 Eye Street, N.W.
9      Washington, D.C. 20006
10     TELEPHONE: (202) 420-2728
11     E-MAIL: Hearde@dicksteinshapiro.com
12
13 On behalf of the State of Alabama (via telephone):
14
15     W. DANIEL (DEE) MILES, III
16     Beasley, Allen, Crow, Methvin,
17     Portis & Miles
18     218 Commerce Street
19     Post Office Box 4160
20     Montgomery, Alabama 36103-4160
21     TELEPHONE: (334) 269-2343
22 (Continued)

Reed, Larry - Vol. II                                          September 27, 2007
Baltimore, MD

Page 342

APPEARANCES (Continued):

On behalf of Sandoz, Inc. (via telephone):

    DAVID L. KLEINMAN, ESQ.
    White & Case LLP
    1155 Avenue of the Americas
    New York, New York 10036-2787
    TELEPHONE: (212) 819-8254

On behalf of the State of California
(via telephone):

    RITA HANSCOM, ESQ.
    Bureau of Medi-Cal Fraud & Elder Abuse
    Office of the Attorney General
    California Department of Justice
    TELEPHONE: (619) 688-6099

(Continued)

Page 343

APPEARANCES (Continued):

On behalf of the State of Florida (via telephone):

    MARY S. MILLER, ESQ.
    Office of the Attorney General of Florida
    PL-01, The Capitol
    Tallahassee, Florida 32399-1050
    TELEPHONE: (850) 414-3600

On behalf of Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation:

    GINGER APPLEBERRY, ESQ.
    Locke Liddell & Sapp PLLC
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    TELEPHONE: (214) 740-8459
    E-MAIL: Gappleberry@lockeliddell.com

(Continued)

Page 344

APPEARANCES (Continued):

On behalf of the State of California:
    NICHOLAS N. PAUL, ESQ.
    Bureau of Medi-Cal Fraud & Elder Abuse
    Supervising Deputy Attorney General
    Civil Prosecutions Unit
    P.O. Box 85266
    110 West A Street, Suite 1100
    San Diego, California 92186
    TELEPHONE: (619) 688-6099
    E-MAIL: Nicholas.paul@doj.ca.gov

Page 345

I-N-D-E-X

WITNESS:                                    PAGE:
LARRY REED
    Examination by Mr. Torborg................ 347

E-X-H-I-B-I-T-S
NUMBER           DESCRIPTION                PAGE
Exhibit Abbott 324-Letter dated August 3, 1994,
    Bates Stamp No. HHD032-0040. 451
Exhibit Abbott 325-Documentation, Bates Stamp
    Nos. HHD014-0544 through 562 461
Exhibit Abbott 326-Miscellaneous Documentation,
    (22 pages, no Bates Stamp
    Nos.)........................ 498
Exhibit Abbott 327-Documentation, Bates Stamp
    Nos. HHD014-0657 through 674 516
Exhibit Abbott 328-Documentation, Bates Stamp
    Nos. HHC004-0188 through 190 532
Exhibit Abbott 329-Documentation, Bates Stamp
    Nos. HHD014-0764 through 782 580

5 (Pages 342 to 345)

Page 346

1          PROCEEDINGS
2
3          THE VIDEOGRAPHER: Good morning. This
4   is Volume II in the continued video deposition of
5   Larry Reed, taken by counsel for Abbott
6   Laboratories, In Re: Pharmaceutical Industry
7   Average Wholesale Price Litigation, MDL No. 1456.
8          We are at Hogan & Hartson at 111 South
9   Calvert Street, Baltimore, Maryland. The date is
10  Thursday, September 27th, 2007. The time on the
11  video screen is 9:15 a.m.
12         My name is Ellen Hebert; I am the legal
13  video specialist. The court reporter is Dawn
14  Jaques. We are employed by Henderson Legal
15  Services.
16         Counsel who attended yesterday are on
17  the record. Will counsel not present yesterday
18  please introduce themselves and the parties they
19  represent?
20         MR. PAUL: Nicholas Paul for California
21  Department of Justice for California.
22         THE VIDEOGRAPHER: Anyone on the phone

Page 347

1   not present yesterday?
2          (No response.)
3          THE VIDEOGRAPHER: The witness has been
4   sworn in. Please begin.
5
6          RESUME EXAMINATION BY COUNSEL FOR
7   ABBOTT LABORATORIES
8   BY MR. TORBORG:
9       Q. Welcome back, Mr. Reed --
10      A. Thank you.
11      Q. -- and good morning.
12      A. Good morning.
13      Q. Before I continue with my questioning
14  with you, I need to figure out what's going on
15  with the beeping sound on the phone.
16         Let's go off the record, see if we
17  can't fix this.
18         THE VIDEOGRAPHER: Going off the
19  record. The time is 9:16:27.
20         (A break was taken.)
21         THE VIDEOGRAPHER: Going back on the
22  record. The time is 9:18:13. This is the

Page 348

1   videographer. We lost our phone connection.
2          Will any parties that did not attend
3   yesterday please identify yourselves for the
4   record?
5          MR. TRENTO: This is Andrea Trento from
6   Hogan & Hartson, LLP, representing DMS.
7          MS. APPLEBERRY: Ginger Appleberry from
8   Locke Liddell & Sapp, representing Sharon
9   Corporation, Sharon South Corporation and Merck
10  Pharmaceuticals Corporation.
11         MR. TORBORG: Would you two --
12         MS. HEARD: Eden Heard, Dickstein
13  Shapiro, LLP, representing Baxter Health Care
14  Corporation.
15         MR. TORBORG: Hello, this is the
16  problem --
17         MR. MILES: Dee Miles, representing --
18         THE COURT REPORTER: I'm sorry, you
19  need to repeat your name.
20         MR. TORBORG: Dee was here yesterday.
21         THE COURT REPORTER: Okay, Dee -- okay.
22         MR. TORBORG: We just need the people

Page 349

1   who were not here yesterday to introduce
2   themselves.
3          MR. MILES: All right.
4          MR. TORBORG: No one else needs to do
5   it again.
6          MR. MILES: All right.
7          MR. TORBORG: And those that are new to
8   the deposition are asked to fax their name, firm,
9   who they represent, their address and their e-
10  mail to the following fax number, 410-539-6981 --
11  again, that's 410-539-6981 -- and make that
12  attention Peter Coolbaugh, C-O-O-L-B-A-U-G-H.
13         The court reporter -- that will help
14  the court reporter.
15         MR. HERNANDEZ: While we're on the
16  announcements, yesterday I left open the
17  possibility that -- of which states I would be
18  here on behalf of, and I went back last night and
19  looked at the cross-notices, and what I was able
20  to find were cross-notices for Hawaii, Kentucky
21  and Wisconsin, so just for the record, I'm here
22  on their behalf.

Page 430

1  generic drugs?
2       MS. MARTINEZ: Objection, form.
3       THE WITNESS: Are we talking the whole
4  time period, again, from 19 -- from 1990 to
5  present?
6  BY MR. TORBORG:
7     Q. Yes, and then we'll narrow it down
8  should we need to.
9     A. Okay. And the question again?
10    Q. Did you believe that AWP was in the
11 ballpark for the price paid by pharmacies for
12 generic drugs?
13    A. That AWP was -- I'm not sure I'd always
14 use the word "ballpark." AWP was an indicator of
15 the price that those drugs could be purchased --
16 or would be purchased at by pharmacies.
17    Q. And what evidence did you have to
18 support that belief?
19    A. Again, the state plans would be
20 submitted. We'd have it review those, so the
21 states would need to send us documentations --
22 documentation, rather, of what those AWP

Page 431

1  discounts would be, and we would rely on those AW
2  -- on those prices in computing federal upper
3  limits.
4     Q. Can you name for me today any evidence
5  that any state plan submitted in support of its
6  plan to support the notion that AWP was in the
7  ballpark of the price at which pharmacies paid
8  for generic drugs?
9       MS. MARTINEZ: Objection, form.
10 BY MR. TORBORG:
11    Q. One piece of evidence. Can you name
12 one?
13    A. I would have to go back and look at the
14 state plans. Off the top of my head, I cannot.
15    Q. If I could ask you to turn to page 5 of
16 this report. There's a paragraph under the
17 section "Drug Cost," second paragraph, that
18 starts with the language "Our review."
19       Do you see that?
20    A. I do.
21    Q. It says, "Our review of invoices
22 revealed that the 13 chemotherapy drugs can be

Page 432

1  purchased at amounts below AWP. This fact
2  indicated that AWP is not a reliable indicator of
3  physician cost. Indeed, Red Book officials
4  confirmed that the AWP is not designed to reflect
5  physicians' costs."
6       Let me stop there. Do you recall
7  having any conversations with First DataBank or
8  Red Book about what AWP was designed to reflect -
9  -
10      MS. MARTINEZ: Objection, form.
11 BY MR. TORBORG:
12    Q. -- during your entire career?
13    A. I don't recall any conversations with
14 Red Book. I do recall conversations with First
15 DataBank.
16    Q. Tell me about those conversations, when
17 they occurred, who they were with, and what you
18 recall.
19      MS. MARTINEZ: Objection, form. You
20 can answer.
21      THE WITNESS: I don't recall who they
22 were with and when they occurred.

Page 433

1       The conversations basically discussed
2  what went into the computation of AWP by First
3  DataBank.
4  BY MR. TORBORG:
5     Q. Do you have any idea of when these
6  conversations occurred?
7     A. My recollection is that they occurred
8  later in my career, more recently than earlier.
9     Q. So would we be talking after 2000,
10 before 2000?
11    A. No. Probably after 2000.
12    Q. And how many conversations do you
13 recall having with representatives of First
14 DataBank?
15    A. A few conversations. That's -- that I
16 recall.
17    Q. More than -- more than 5?
18    A. Somewhere in that ballpark somewhere.
19 I guess I don't want to overuse the word
20 "ballpark." Somewhere around that number.
21    Q. Were they in-person meetings or on the
22 phone?