# Exhibit I

| Gwen Sampson - 8/19 Phone conference notes | Page 1 |
|---|---|

**From:** Carl Tepper
**To:** Colby, Robin; Duzor, Deirdre; Reed, Larry; Robert Reid; Stroup, Tammie
**Date:** 8/19/03 5:07PM
**Subject:** 8/19 Phone conference notes

Attached are my notes that are under the SRA section of the attachment. We can address the SPA language on Wednesday.
My baic notes are as follows: All items underlined below will be discussed on 8/20/03 with Ohio Reps, RO and CO staff. All items not underlined were discussed on 8/19/03 with Robyn Colby, Gwen Sampson,, Cynthia Garraway and Carl Tepper. Items that are crossed out require no further action from the State and items not underlined or crossed out require that the State modify there SRA. See the attachment for the specific comments.
Carl

Any opinion expressed in this e-mail is informal and will not bind or obligate CMS. This opinion is based on the facts and information presented and is limited to those facts. The omission of any material facts may alter the opinion.
Carl Tepper, RPh CCP FASCP
Pharmacist
Centers for Medicare and Medicaid Services
Center for Medicaid State Operations
7500 Security Boulevard
Mail Stop S2-01-16
Baltimore, MD 21244-1850
phone (410) 786-2137
fax (410) 786-5882

**CC:** Garraway, Cynthia; Pelter, Cindy; Sampson, Carol

Ohio SPA 03-001 Comments
SPA & SRA general requirements

| Item Number | Item | Comments (yes indicates item compliance, no indicates RAI needed) |
|---|---|---|
| 1 | Contract authorized by CMS (SPA) | Yes |
| 2 | All components of the formula are defined (SRA) and are defined appropriately | No |
| 3 | Supplemental rebates are shared with the federal government (SPA) | Yes |
| 4 | SSA requirements are in effect for PDL | No |
| 4a | Non-preferred drugs can be accessed with PA (SRA) | No |
| 5 | Prior authorization process is in place (decision within 24 hours and 72 hour supply can be dispensed in an emergency) (SPA) | Yes |
| 6 | Contract impacts only Medicaid beneficiaries (SRA) | No direct statement |
| 7 | SRA between manufacturer and state only affects Medicaid beneficiaries (SPA) | No direct statement |
| 8 | Manufacturer is assured that SRA will NOT impact CMS BP (SRA) | Yes |

## SPA

1. Item #12 a. The second paragraph under Supplemental Rebates indicates that all contracts signed after June 16, 2003 will be submitted for authorization. Where there any contracts signed between September 18, 2002 and June 16, 2003? If so, does CMS need to review those contracts?
2. The following clauses are not explained in the SPA:
    a. The unit rebate amount is confidential and cannot be disclosed in accordance with section 1927(b)(3)(D) of the Social Security Act (the Act). No changes will be made to the agreement without CMS authorization. Supplemental rebates received pursuant to these agreements are only for the Medicaid Program. *refers to*
    b. The State may negotiate the Supplemental Rebate Agreement that would classify any covered drug as preferred for as long as the agreement is in effect.
    c. The prior authorization process for covered outpatient drugs conforms to section 1927(d)(5) of the Act.
3. Under SUPPLEMENTAL REBATES should the last sentence in the second paragraph indicate that Contracts with "significant" changes shall be submitted to CMS…
4. The SPA should indicate that the following supplemental rebate agreements have been authorized by CMS effective January 1, 2003:

#DR-04-07-0091
#DR-04-07-0092
#DR-04-07-0093
#DR-04-07-0094
#DR-04-07-0095
#DR-04-07-0096
#DR-04-07-0097
#DR-04-07-0098
#DR-04-07-0099
#DR-04-07-0101
#DR-04-07-0102
#DR-04-07-0103
#DR-04-07-0104
#DR-04-07-0106
#DR-04-07-0107
#DR-04-07-0108
#DR-04-07-0109
#DR-04-07-0110
#DR-04-07-0111
#DR-04-07-0112

**Abbreviations**
DNC-Departmental Net Cost
SRA-Supplemental Rebate Agreement or Supplemental Rebate Amount
WAC-wholesale acquisition cost
DRA-drug reimbursement amount
URA-unit rebate amount

SRA-  All items underlined below will be discussed on 8/20/03 with Ohio Reps, RO and CO staff.  All items not underlined were discussed on 8/19/03 with Robyn Colby, Gwen Sampson,, Cynthia Garraway and Carl Tepper.  Items that are crossed out require no further action from the State and Items not underlined or crossed out require that the State modify there SRA.

- All dates in the SRA and Addendum i.e. this contract is valid between 4/1/02 and 3/31/03 should be submitted to CMS with blanks
- Who other than a labeler per section 3.9 of the SRA may enter into a SRA? Resolved since no one other than a manufacturer has a SRA.

1. Contract #DR-04-07-0091
    a. Please delete the four actual amounts in the Addendum noted as the DNC.
2. Contract #DR-04-07-0094
    a. Please delete the four actual amounts in the Addendum noted as the DNC.
    b. Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Resolved since the pharmacy reimbursement is not defined in the

~~agreement down to the level of WAC. The WAC refers only to the rebate terminology.~~
3. Contract #DR-04-07-0096
   a. Please delete the two actual amounts in the Addendum noted as the DNC.
   b. ~~Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b~~
4. Contract #DR-04-07-0097
   a. ~~Please delete the one actual amount in the Addendum noted as the DNC.~~
   b. ~~Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b~~
5. ~~Contract #DR-04-07-0098~~
   a. Please delete the eighteen actual amounts in the Addendum noted as the DNC.
6. Contract #DR-04-07-0103
   a. ~~Please delete the one actual amount in the Addendum noted as the DNC.~~
7. Contract #DR-04-07-0107
   a. **In the Addendum SRA=DRA-URA-DNC and DNC=WAC-URA-SRA. Therefore, SRA=DRA-URA-WAC-URA-SRA. Therefore SRA=DRA-WAC-SRA. Does the DRA=WAC?**
   b. Please delete the one actual amount in the Addendum noted as the DNC.
   c. ~~Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b~~
8. Contract #DR-04-07-0109
   a. Please delete the one actual amount in the Addendum noted as the DNC.
   b. ~~Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b~~
9. Contract #DR-04-07-0112
   a. Please delete the one actual amount in the Addendum noted as the DNC.
   b. ~~Is the AMP the CMS AMP? If so, should the definition reference SSA section 1927?~~
10. Contract #DR-04-07-0095
    a. Please delete the six actual amounts in the Addendum noted as the DNC.
    b. ~~Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b~~
11. Contract #DR-04-07-0099
    a. ~~Please delete the one actual amount in the Addendum noted as the DNC.~~
12. Contract #DR-04-07-0102
    a. Please delete the eighteen actual amounts in the Addendum noted as the DNC.
13. Contract #DR-04-07-0104

a. The SRA is determined according to 4 different formulas depending on the NDC. The formulas in the Attachment are as follows:
 (1) SRA=(AMP)(Units)(10%)
 (2) SRA=(AMP)(Units)(5%)
 (3) SRA=(AMP)(Units)(3%)
 (4) SRA=(AMP)(Units)(3%)
**Suggest the Attachment be changed to indicate the Supplemental Rebate Amount equals the AMP multiplied by the units multiplied by the percentage negotiated with the manufacturer on a specific national drug code. A blank table should be included with the appropriate headers including national drug code, drug name and percentage negotiated.**
b. The term "Units" used in the Addendum is not defined in the definition section of the contract.
c. There two identical formulas in the Addendum that use 3% in the calculation.

14. Contract #DR-04-07-0106
a. Please delete the four actual amounts in the Addendum noted as the DNC.
b. The rebate formula in the Addendum is SRA=WAC-URA-DNC. The WAC is defined in section 3.18 and indicates that it is the price on the last day of the quarter yet the Addendum then indicates four specific WACs. What happens when WAC changes?

*[handwritten left margin: negotiated price for these drugs]*

15. Contract #DR-04-07-0108
a. Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b
b. Please delete the seven actual amounts in the Addendum noted as the DNC.

16. Contract #DR-04-07-0110
a. Why is "WAC" (section 3.18) defined as price on the last day of the quarter? How is WAC defined in terms of pharmacy reimbursement? Same as 2b
b. Addendum A has 3 total rebates expressed as % of WAC. The term "Total Rebate as % of WAC" is not defined. Is it part of the DNC formula? Actual percentages should be taken off the CMS copy.

*[handwritten left margin: will remove #'s]*

17. Contract #DR-04-07-0101
a. Please delete the ten actual amounts in the Addendum noted as the DNC.
b. The term "Net Cost" is a table header in Addendum A. Should it be written out as Department Net Cost?

*[handwritten: X insignificant]*

18. Contract #DR-04-07-0111
a. Please delete the one actual amount in the Addendum noted as the DNC.
b. The next to last paragraph in the Addendum needs to be clarified. It currently reads 'Where the Departmental Net Cost the prescription drug reimbursement amount defined by NDC for Covered Product paid by the Department to Pharmacy providers during a calendar quarter calculated as (WAC + 9%) minus the sum of all rebates paid by Manufacturer to Department for the Covered Product for the same calendar quarter.' Should the paragraph read as follows:
'Where the drug reimbursement amount defined by NDC for Covered Product paid by the Department to Pharmacy providers during a calendar quarter calculated as (WAC + 9%) minus the sum of all rebates paid by Manufacturer

*[handwritten left margin: manufacturer sending an email that includes appropriate language]*

>> *[handwritten: State think this is useless]*

to Department for the Covered Product for the same calendar quarter. The sum of all manufacturer rebates includes the CMS Unit Rebate Amount plus the Departmental Net Cost.'

19. Contract #DR-04-07-0092
    a. Please delete the fourteen actual Set Net Cost Per Unit in the Addendum
    b. Should the term "set net cost per unit" be defined as the Departmental Net Cost?

20. Contract #DR-04-07-0093
    a. Please delete the four actual amounts in the Addendum noted as the DNC.