# Exhibit J

# State Perspectives on Emerging Medicaid Pharmacy Policies and Practices

National Association of State Medicaid Directors
An Affiliate of the American Public Human Services Association

Powered by Avalere Health LLC

November 2006





# Acknowledgements

This survey represents the beginning of a new series of projects by the National Association of State Medicaid Directors (NASMD). The first in this collection, the pharmacy survey, provides us with a better understanding of pharmacy initiatives at the federal and state levels. In the near future, NASMD will be surveying states on Medicaid information technology systems, state Medicaid quality programs, and state Medicaid long-term care initiatives.

We would like to thank the more than 50 state officials who completed the comprehensive survey instrument and responded to follow-up questions. We recognize that this survey required a coordinated response from various individuals within each state Medicaid agency and we appreciate the time and effort that was devoted to providing thoughtful and detailed information. Thanks and deep appreciation must also be conveyed to the members of the NASMD and Centers for Medicare and Medicaid Services (CMS) Pharmacy Technical Advisory Group (TAG). Pharmacy TAG member guidance was invaluable in the development of the survey instrument as well as the publication.

Pharmacy TAG members include:
Lynn Mitchell, M.D., M.P.H., Chair
Dave Campana, R.Ph.
Del W. Swan, R.Ph.
Robert Red, R.Ph.
Rhonda Driver, R.Ph.
Jerry Dubberly, Pharm.D.
Jerry Wells, R.Ph.
Mark-Richard Butt, M.S., R.Ph.
Terri Cathers, Pharm.D., R.Ph.

For more information on the survey, please contact Andrea Maresca with NASMD at 202-682-0100 or Andrea Kastin with Avalere Health at 202-207-3477.

The NASMD executive committee provided essential leadership on this important project, and we would like to thank Elaine Ryan for her thoughtful guidance and assistance, Andrea Maresca served as the NASMD lead for this project, and Jamie Burgess and Ashley Trantham provided assistance in producing the survey. NASMD would also like to thank Avalere Health for their analytic support of this project, and would especially like to recognize Andrea Kastin, Michael Cheek, and Jon Blum of Avalere Health without whom this survey would not be possible. NASMD and Avalere plan to update the pharmacy survey annually.

With appreciation,

Martha Roherty
Director
*National Association of State Medicaid Directors*
*An Affiliate of the American Public Human Services Association*