# Exhibit K

## NATIONAL SYMPOSIUM FOR MEDICAID PHARMACY ADMINISTRATORS

### HOTEL INTER-CONTINENTAL
### JULY 19-21, 1995

| DATE AND TIME | | EVENT |
|---|---|---|
| **Wednesday, July 19, 1995** | | |
| 2:00 - 5:30 p.m. | King Arthur Court | Registration |
| 3:00 - 3:15 p.m. | King Arthur Court | Welcome and Opening Remarks<br>*James Assey*, Chairman |
| 3:15 - 4:30 p.m. | King Arthur Court | Medicaid Potpourri<br>*Sandy Kramer*, Michigan<br>*Richard Baylis*, Maryland<br>*Susan McCann*, Missouri<br>*Mary Sandusky*, Michigan |
| 6:00 - 9:00 p.m. | Spanish Court | Reception |
| 7:00 - 9:00 p.m. | Renaissance | Dinner |
| **Thursday, July 20, 1995** | | |
| 7:00 - 8:00 a.m. | King Arthur Court | Continental Breakfast |
| 8:00 - 9:30 a.m. | King Arthur Court | Medicaid Managed Care Federal Policy/HCFA<br>Ron Bengamin<br>Al Freund |
| 9:30 - 10:00 a.m. | King Arthur Court | Break |
| 10:00 - 12:00 noon | King Arthur Court | Medicaid Managed Care Panel<br>*Mark-Richard Butt*, New York<br>*Baeteena Black*, Tennessee<br>*John Patrais*, Minnesota<br>*Robert Reid*, Ohio |
| 12:00 - 1:00 p.m. | America East Ballroom | Lunch |
| 1:00 - 2:30 p.m. | King Arthur Court | Disease Management<br>*Tom Foster, Pharm.D.*<br>University of Kentucky, College of Pharmacy |

| Time | Location | Activity |
|---|---|---|
| 2:30 - 3:00 p.m. | King Arthur Court | Break |
| 3:00 - 5:00 p.m. | King Arthur Court | Open Discussion |
| 6:00 | | Bus leaves for dinner |
| 6:30 - 9:30 p.m. | | Dinner - Chicago Brau Haus |

### Friday, July 21, 1995

| Time | Location | Activity |
|---|---|---|
| 7:00 - 8:00 a.m. | King Arthur Court | Continental Breakfast |
| 8:00 - 10:00 a.m. | King Arthur Court | Health Care Reform Update/ Focus on Block Grants<br>*Donna Boswell, J.D.*<br>Hogan & Hartson<br>Washington, DC |
| 11:00 - 12:00 noon | King Arthur Court | Closing Remarks, Departure |



G.D. Searle & Co. is approved by the American Council on Pharmaceutical Education as a provider of continuing education. This program is approved for 4.0 contact hours (0.4 CEU's). The ACPE universal program number is 680-307-95-002.