# Exhibit L

FEB-10-93 WED 18:04                                                         P.01

*6 Pages Total*

 **Institute for International Research**

FAX COVER SHEET
February 10, 1993

TO:   Mr. George Reeb              & Mr. Ben Jackson
      Asst. Inspector General        Audit Manager,
      Health Care Financing Audits   Operational Reviews
                           FAX:    410-966-5305

FROM: Patrick Sears
      Vice President
      IIR
      800-999-3123 (Ext. 3036)
      FAX:  212-826-6411\6412
*********************************************************************

Dear Mr. Reeb and Mr. Jackson,

   I would like to thank you for agreeing to speak at our conference, MEDICAID REBATES FOR OUTPATIENT RX DRUGS. The conference is scheduled for June 23 & 24, 1993 at The Watergate Hotel, in Washington, D.C.

   As Mr. Reeb indicated, either one of you or both of you would be able to speak at the conference; I understand that you will discuss the details with each other to determine who or if both will be able to present.

   As we also discussed, the area\topic you will address are completed audits, and any effect on the Rebate Program and the pharmaceutical industry. And possibly, any future "forecasting."

   We have tentatively scheduled your presentation(s) on June 23 at approximately 11:30 or 12:00. I will however try to nail down a specific time and session length as soon as possible. We would also like to have you participate in a panel discussion later on in the day.

   I will continually update you as the conference specifics are worked out. Also, if possible, due to my tight deadline, if I could get a brief session description of the specific areas you will speak on, by Friday, it would be a tremendous help. I am also faxing some excerpts from last years conference to use as a guide, a preliminary outline (my most recent outline is being worked on) and a brief history of IIR.

   Again, thank you. Your assistance and time are greatly appreciated. If I can be of any assistance, please feel free to call me at 800-999-3123 (Ext. 3036). I look forward to working with you!

Sincerely,

*Patrick Sears*
Patrick Sears

437 Madison Avenue, 23rd Floor, New York, New York 10022
T       (212) 826-8940  800-999-3123  FAX: 212-826-6411

HHD142-0350                                    HHD142-0350

FEB-10-93 WED 18:05                                                P.02

*First Draft — Most current is in "the works." Will send ASAP.*

CONFIDENTIAL PRELIMINARY PROGRAM AGENDA

## MEDICAID REBATES FOR OUTPATIENT Rx DRUGS

Where:   The Watergate Hotel, Washington, DC
When:    June 23 & 24, 1993

Target Audience: 75-100 delegates. This program is designed for Pharmaceutical executives in the following areas: Government Affairs, Contracts & Bids, Market Research, National Accounts, Trade & Industry Affairs, Reimbursements & Chargebacks, Sales & Pricing, Health Economists. The program will also benefit Medicaid Officials, Pharmacy Consultants, Reimbursement & Claims Specialists, Healthcare Reimbursement Consultants and Fiscal Intermediaries.

### CURRENT AND FUTURE LEGISLATIVE ENVIRONMENT

1) PENDING LEGISLATION--IMPACT ON PHARMACEUTICAL INDUSTRY
   -What bills are currently up for Congressinal review and if pased, how the Pharmaceutical and Biotechnology industries will be affected

2) LOOKING AHEAD-HOW THE 103rd CONGRESS WILL CHANGE HEALTH CARE
   -What changes are in store for the Rebate Program
   -Will there be deeper discounts?
   -Is the Rebate Program working? Who's saving money & just how much?

3) PREPARATION FOR 1994--WHAT WILL REBATE ADJUSTMENTS MEAN TO THE INDUSTRY AND STEPS TO PREPARE
   -Weighted Averag Manufacturer Price (WAMP)

4) VA HEALTH CARE LEGISLATION-THE IMPACT & IMPLICATIONS FOR THE INDUSTRY
   -How the industry can comply
   -Rules and guidelines to follow
   -How the VA & Federal government implement the program

FEB-10-93 WED 18:05                                                    P.03

## DATA VALIDATION/UTILIZATION ISSUES

5) **MEDICAID UTILIZATION DATA**
   Case Studies--State Medicaid
   ~How State's collect and process utilization data
   ~Check and balances for assessing the credibility of data--a look at sample invoices
   ~Common utilization concerns--outdated NDC's, product line extensions, inconsistencies in drug units

6) **MEDICAID UTILIZATION VALIDATION**
   Case Studies--Industry
   ~Validation methodology
   ~Assessment and evaluation of external data sources

## DISPUTE RESOLUTION

7) **STATES' PROCESS FOR HANDLING DISPUTES**
   ~What utilization data does a State Medicaid agency review when investigating a manufacturer's dispute
   ~What information is necessary/useful/appropriate to be exchanged between the State Medicaid Agency in the dispute resolution process

8) **INDUSTRY PROCESS FOR HANDLING DISPUTES**

9) **CASE STUDY--FROM DISPUTE TO RESOLUTION: THE PROCESS, THE RESULTS**
   Dual Presenation--Industry/State Medicaid
   Assessing the resolution process of an actual dispute. How both sides handled the goal the steps to the ultimate goal of equitable dispute resolution.

10) **THE PHARMACIST'S ROLE IN THE REBATE PROCESS--THEIR INPUT IN THE VALIDATION/UTILIZATION AND DISPUTE RESOLUTION PROCESS**
    ~The "origin source"
    ~The input of data - -the pharmacist's procedures and guidlines

11) **HCFA's PERSPECTIVE--HANDLING DISPUTE RESOLUTION & LOOKING AHEAD**
    ~Data validation
    ~Dispute resolution
    ~Definitions and guidance (i.e. Weighted Average)

-DUR

## SPEAKERS WHO HAVE AGREED TO PRESENT TO DATE

Ms. Elizabeth Geary
Connecticut State Dept. Income Maintenance (Medicaid)

Mr. Jerry Wells
Florida Medicaid

Mr. Bob Henry
Wisconsin Medicaid

Ms. Carol Stiehr &
Mr. Ed Watson
Schering-Plough

Mr. Charles Wyckoff
Bristol-Myers Squibb

Mr. Michael Neff
California Medicaid

Mr. Robert Reid
Ohio Medicaid

Ms. Gail Deiss
Ciba-Geigy, Inc.

Mr. Mark-Richard Butt
NY Medicaid

VA Health Administration---John Ogden & Louise Rodriguez

Congressman Ron Wyden (Oregon)

Mr. Jim Green
Rhone-Poulenc Rorer, Inc.

HCFA---specific speaker T.B.D

Daniel Snodgrass
Nebraska Medicaid

William Bean
Myers and Stauffer

Public Health Service---Marsha Alvarez

Mr. Tom Scully, Partner
Patton, Boggs & Blow

Mr. Ed Speegle
Sandoz Pharmaceutical Corporation

 **Institute for International Research**

## ABOUT THE SPEAKERS

The quality of IIR speakers is a major factor in the success of any event. IIR attracts industry and Government leaders to speak at its events. Speaking at an IIR conference means that the person's name and their organization are immediately recognized as leaders in a particular field. Speakers also gain from the publicity generated, the mail marketing, press coverage and the interaction with other speakers and the audience at the event.

## IIR'S DELEGATES

A detailed analysis of the delegates to the 1989/90 conferences produced by IIR worldwide shows that our events, attracting some 50+ speakers per event, draw extremely high ranking decision makers across major industry sectors.

| | |
|---|---|
| Chairman/MD/Partner/General Manager | 29% |
| Director/Executive Vice President | 53% |
| Senior Manager/Assistant Vice President, others | 18% |

## THE VALUE OF CONFERENCES - 5 MAIN REASONS WHY PEOPLE ATTEND

IIR conferences provide:

1. Access to information that is not available in any other form - Real-life case studies are frequently used as part of our conferences to provide direct, relevant experience that does not often exist in other formats. Particularly valuable are the questions and answer sessions which can also elicit otherwise unpublished information.

2. The most recent information - New ideas and technique are often expounded for the first time at conferences.

3. Networking opportunities - The chance to meet others in similar businesses and share experiences.

4. Time efficiency - A highly focused, well-planned conference can provide in two days, information which could take weeks of research and reading.

5. Specialist information - Speakers are often experts in a very narrow field and can provide highly specialist information.

437 Madison Avenue, 23rd Floor, New York, New York 10022
Telephone: (212) 826-1940, 800-999-3123, FAX: 212-826-6411

HHD142-0354                    HHD142-0354

FEB-10-93 WED 18:07                                                           P.06

 **Institute for International Research**

## ABOUT THE SPONSOR

The Institute for International Research is the world's largest business information company. IIR offices are located in 28 key cities around the world, including Paris, Frankfurt, London, Milan, Stockholm, Amsterdam, Madrid, Hong Kong, Sydney, Singapore, Toronto and New York.

Information has become industry's lifeline. Our strategic positioning has greatly enhanced our ability to provide the most specialized in-depth publications, conferences and exhibitions of critical importance in each national economy. We are committed to running programs that are directly related to business interests and which will help solve current problems or generate ideas for immediate use.

The demand for detailed, practical business information increases with changing regulations, tougher competition and advancing technology. With offices in 28 countries, IIR is ideally placed to construct events that fulfill the needs of business around the world and to draw on international expertise and reflect local market conditions.

We are not funded by any outside organization; therefore, we have no political or commercial bias and are dedicated to providing educational dialogues. We bring to the public the most up-to-date industry developments presented by the country's leading practitioners, consultants and academicians.

437 Madison Avenue, 23rd Floor, New York, New York 10022
Telephone: (212) 826-3340  800-999-3123  FAX: 212-826-6411

HHD142-0355                                                    HHD142-0355