# Exhibit M



**VEN-A-CARE**
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

October 24, 1994

Mr. Robert P. Reid, R.Ph.
Bureau of Medicaid Policy
Department of Human Services
30 E. Broad Street 31st Floor
Columbus, OH 43266

Re: State policy and methodology for reimbursement of intravenous solutions and injectable drugs.

Dear Mr. Reid:

I am currently working on a continuing educational project concerning our nation's Medicaid reimbursement of the above referenced drugs.

My company, Ven-A-Care of the Florida Keys, Inc., is a Florida Medicaid provider specializing primarily in the providing of infusion drugs. I would be most appreciative if you could provide me with your state's policy and methodology and any special policies or provisions for the determination of the monetary reimbursment of these drugs.

Naturally, the more responses I receive the more accurate and better understanding I will have in analyzing my data.

Your cooperation is therefore extremely important and appreciated.

Please feel free to contact me at (305)292-1635 should you have any questions.

Sincerely

Zachary T. Bentley

cc: Mr. Jerry Wells, R.Ph.
Florida Medicaid Pharmacy Services

*[Handwritten notes:]*
PRIOR AUTHORIZATION REQUIRED
REIMBURSEMENT BASED ON
INGREDIENTS @ AWP-7%
DISPENSING FEE   4.00
COMPOUNDING FEE  20.00/hr
(length at discretion of reviewer)
Bob Reid

Further Questions
Call Phil Rogers
614 466 6065

**VAC MDL 73555**

VACMDL73555