# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Subcategory Docket 03-10643 |
| ) | |
| *The City of New York v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 04-CV-06054) ) | |
| *County of Suffolk v. Abbott Labs., et al.* ) | |
| (E.D.N.Y. No. CV-03-229) ) | |
| *County of Westchester v. Abbott Labs., et al* ) | |
| (S.D.N.Y. No. 03-CV-6178) ) | |
| *County of Rockland v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-7055) ) | |
| *County of Dutchess v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-06458) ) | |
| *County of Putnam v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-04740) ) | |
| *County of Washington v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00408) ) | |
| *County of Rensselaer v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00422) ) | |
| *County of Albany v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00425) ) | |
| *County of Warren v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00468) ) | |
| *County of Greene v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00474) ) | |
| *County of Saratoga v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00478) ) | |
| *County of Columbia v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00867) ) | |

[Caption Continues on Next Page]

**FURTHER STIPULATED EXTENSION OF TIME FOR THE
FILING OF ENDO PHARMACEUTICALS INC.'S ANSWER TO
<u>PLAINTIFFS' REVISED FIRST AMENDED CONSOLIDATED COMPLAINT</u>**

| | |
|---|---|
| *County of Essex v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |

| | |
|---|---|
| *County of Schuyler v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| *County of Ulster v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. Case No. 06-CV-0123) | ) |
| *County of Wyoming v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. Case No. 05-CV-6379) | ) |
| AND | ) |
| *County of Orange v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. Case No. 07-CV-2777) | ) |
| _____ | ) |

Plaintiffs, the City of New York and numerous New York Counties identified in the caption above ("New York Counties"), and defendant Endo Pharmaceuticals Inc. ("Endo"), hereby stipulate and agree as follows:

1. By Order dated July 30, 2008 (the "July 30 Order") (Docket No. 5469), the Court granted in part and denied in part Endo's individual motion to dismiss the First Amended Consolidated Complaint (Docket Nos. 2198, 4385).

2. On August 13, 2008, the New York Counties filed Plaintiffs' Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss ("Plaintiffs' Motion for Reconsideration") (Docket No. 5498).

3. By Order dated August 27, 2008 (the "August 27, 2008 Order") (Docket No. 5521), this Court allowed in part Plaintiffs' Motion for Reconsideration and directed the parties to "meet and confer in good faith regarding points of agreement as to which drugs were adequately pled on the 'revised' Exhibit B" of the Revised First Amended Consolidated Complaint.

4. On August 28, 2008, the parties filed a Stipulated Extension Of Time For The Filing Of Endo Pharmaceuticals Inc.'s Answer To Plaintiffs' Revised First Amended

Consolidated Complaint (Docket No. 5524). That stipulation extended the time for Endo to file its answer until September 29, 2008.

5. On September 26, 2008, the parties filed a Second Extension Of Time For The Filing Of Endo Pharmaceuticals Inc.'s Answer To Plaintiffs' Revised First Amended Consolidated Complaint (Docket No. 5613). That stipulation extended the time for Endo to file its answer until October 29, 2008.

6. On October 28, 2008, the parties filed a Further Extension Of Time For The Filing Of Endo Pharmaceuticals Inc.'s Answer To Plaintiffs' Revised First Amended Consolidated Complaint (Docket No. 5650). That stipulation extended the time for Endo to file its answer until December 1, 2008.

7. The parties are working in good faith to meet and confer as directed by this Court's August 27, 2008 Order. Because that meet and confer has not yet occurred, the parties hereby stipulate that Endo's obligation to respond to the Revised First Amended Consolidated Complaint has been deferred. The parties agree that Endo's answer shall be due on December 19, 2008.

Dated December 1, 2008

| KIRBY McINERNEY & SQUIRE LLP | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ Joanne M. Cicala<br>Joanne M. Cicala<br>830 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br>Email: jcicala@kmllp.com<br>*Attorneys for Plaintiffs New York City*<br>   *and above captioned New York*<br>   *counties other than Orange County* | By: /s/ David D. Fauvre<br>David D. Fauvre<br>555 12th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Email: David.Fauvre@aporter.com<br>*Attorneys for Defendant Endo*<br>   *Pharmaceuticals Inc.* |

LEVY, PHILLIPS & KONIGSBERG, LLP

By: /s/ Theresa Ann Vitello
    Theresa Ann Vitello
    800 Third Ave.
    13th Floor
    New York , NY 10022
    Telephone: (212) 605-6205
    Email: tvitello@lpklaw.com
    *Attorneys for Plaintiff Orange County*

SO ORDERED: _____
                Chief Magistrate Judge Bowler

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Court's Case Management Order No. 2, by sending on December 1, 2008 a copy to Lexis-Nexis for posting and notification to all parties.

      /s/ David D. Fauvre