# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:  *State of Iowa*  *v.*  *Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## DECEMBER 1, 2008 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for December 1, 2008, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: December 1, 2008

                                              Respectfully submitted,

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                                By:   /s/ Joanne M. Cicala_____
                                              Joanne M. Cicala
                                              James P. Carroll Jr.
                                              Aaron D. Hovan
                                              Jocelyn R. Normand
                                              Kathryn B. Allen

**December 1, 2008 Status Report for the State of Iowa**

**<u>Case Management Orders</u>**

On August 8, 2008, plaintiff and defendants submitted separate motions for entry of a proposed Iowa Case Management Order.  *See* Plaintiff's Motion for Entry of Iowa Case Management Order (Docket #5501); *see* Defendants' Motion for Entry of Iowa Case Management Order (Docket #5495). On August 27, 2008, the Court referred these motions to Magistrate Judge Bowler.  The motions are now scheduled to be heard by Magistrate Judge Marianne B. Bowler at 10:00 a.m. on December 16, 2008.

On November 4, 2008, the Court issued Case Management Order No. 35 (docket #5664), with respect to current and future filings in the instant MDL 1456.  CMO 35 created subcategory case numbers (e.g. 07-12141 for the State of Iowa action) and corresponding dockets.  In addition, the Court ordered the parties to identify all documents previously filed in the master docket that should also be identified in the subcategory docket.  The parties will file this stipulation on December 4, 2008, pursuant to CMO 35 (docket #5664).

**<u>Other Filings</u>**

On October 31, 2008, Plaintiff filed a Notice of Voluntary Dismissal of Teva Pharmaceuticals Industries Inc., Ltd. (Docket # 5655).  Teva Pharmaceuticals Industries Inc., Ltd., does not manufacture or sell pharmaceutical products in the United States.  Therefore, Plaintiff voluntarily dismissed all claims against Teva Pharmaceuticals Industries Inc., Ltd.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of December, 2008, she caused a true and correct copy of the above DECEMBER 1, 2008 STATUS REPORT FOR THE STATE OF IOWA to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  December 1, 2008

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600