UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) MDL No. 1456 |
| | ) Master File No. 01-12257-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | ) Subcategory Case No. 06-11337-PBS ) ) ) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | ) ) Magistrate Judge Marianne B. Bowler ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) |

DECEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for December 2008, in accordance with the Court's June 17, 2004, Procedural Order.

| United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. MDL Docket Number 06-11337 Original Jurisdiction: U. S. District Court Southern District of Florida |

| Item No. | Pending Motions | Hearing Date |
|---|---|---|
| 1. | **(Master Docket #5112 and #5115)** Abbott Laboratories, Inc.'s Motion to Compel Testimony of Government Witnesses and Memorandum of Law<br><br>● **(Master Docket #5144)** Memorandum by United States in Opposition to Abbott's Motion<br><br>● **(Master Docket #5151)** Abbott Laboratories, Inc.'s Unopposed Motion for Leave to File Reply | 12/4/2008 10:00 a.m. |
| 2. | (**Master Docket #5128 and #5129**) United States' Motion to Quash the Subpoenas of Ira Burney and Debbie Chang and in Support of a Protective Order and Memorandum of Law<br><br>● (**Master Docket #5135**) Abbott Laboratories Inc.'s Opposition to Motion<br><br>● **(Master Docket #5149)** Motion for Leave to File the United States' Reply to Abbott Laboratories Inc.'s Opposition | 12/4/2008 10:00 a.m. |
| 3. | **(Master Docket #5156 and #5157)** United States' Motion for a Protective Order Regarding Abbott's Rule 30(b)(6) Notices and Memorandum of Law<br><br>● **(Master Docket #5177)** Defendant Abbott Laboratories, Inc.'s Response to the United States' Motion<br><br>● **(Master Docket #5202)** United States' Unopposed Motion for Leave to Reply to Abbott Laboratories Inc.'s Opposition | 12/4/2008 10:00 a.m. |

| | | |
|---|---|---|
| 4. | **(Master Docket #5173)** Abbott Laboratories, Inc.'s Motion to Compel Production of Documents from the United States<br><br>● **(Master Docket #5254)** Memorandum by the United States in Opposition to Abbott's Motion<br><br>● **(Master Docket #5275)** Motion for Leave to File Reply in Support of Motion by Abbott Laboratories, Inc.. | 12/4/2008<br>10:00 a.m. |
| 5. | **(Master Docket #5174 and #5175)** Abbott Laboratories, Inc.'s Motion to Compel Sufficient Responses to Abbott's Requests for Admissions and Memorandum of Law<br><br>● **(Master Docket #5255)** United States Response to Abbott Laboratories, Inc.'s Motion to Compel | 12/4/2008<br>10:00 a.m. |
| 6. | **(Master Docket s #5179 and #5180)** United States' Motion to Compel the Production of Documents and Deposition Testimony and Memorandum of Law<br><br>● **(Master Docket #5258)** Abbott Laboratories Inc.'s Response in Opposition to Plaintiff's Motion to Compel<br><br>● **(Master Docket #5273)** Motion for Leave to File Reply to Abbott's Response to the United States' Motion with attached Reply | 12/4/2008<br>10:00 a.m. |
| 7. | **(Master Docket # 5276)** Abbott Laboratories Inc.'s Motion to Enforce the February 16, 2007 Protective Order and for Order Compelling Plaintiff to Return Inadvertently Produced Privileged Documents<br><br>● **(Master Docket #5344)** United States' Opposition to Abbott's Motion<br><br>● **(Master Docket #5360)** Sealed Document - Exhibits A and B to [5344] Filed by United States<br><br>● **(Master Docket # 5397)** Abbott Laboratories Inc.'s Motion for Leave to File Reply<br><br>● **(Master Docket # 5424)** United States' Unopposed Motion for Leave to File Sur-Reply | 12/4/2008<br>10:00 a.m. |

3

| | | |
|---|---|---|
| 8. | **(Master Docket #5609 and 5610)** United States' Motion to Require Defendant Abbott Laboratories, Inc. to Comply with Its Discovery Obligations and Related Court Orders and Memorandum of Law<br><br>● **(Master Docket 5628)** Abbott Laboratories, Inc.' Consent Motion for Extension of Time to October 13, 2008 to File Opposition<br><br>● **(Master Docket 5630)** Abbott's Opposition to Motion | 12/4/2008<br>10:00 a.m. |
| 9. | **(Master Docket #5702 and Subcategory Docket #81)** United States' Motion for Extension of Time to December 4, 2008 to Submit Privileged Documents for In Camera Review | |
| 10. | **(Master Docket # 5692 and #5694 and Subcategory Docket #76 and #77)** Motion for Protective Order Regarding Rule 30(b)(1) Deposition of Ohio Medicaid Official by United States and Memorandum of Law<br><br>● **(Master Docket #5717 and #5718 and Subcategory Docket #86 and #87)** Memorandum in Opposition and supporting Declaration filed by Dey | |

4

|  | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,** <br> **MDL Docket No. 05-11084-PBS** <br> **Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Master Docket # 5356 and #5357)** United States' Motion for a Protective Order Regarding the Dey Defendants' Rule 30(b)(6) Notice and Memorandum of Law <br><br> ● **(Master Docket # 5386)** Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Consent Motion for Enlargement of Time <br><br> ● **(Master Docket # 5394 and #5395)** Memorandum of Law and Declaration in Opposition of the Government's Motion for a Protective Order Relating to the Requests By the Dey Defendants for Deposition Under Rule 30(b)(6) <br><br> ● **(Master Docket # 5439)** Unopposed Motion By the United States for Leave to File a Reply Memorandum in Support of Its Motion for a Protective Order Relating to the Requests By the Dey Defendants for Deposition Under Rule 30(b)(6) | 12/4/2008 10:00 a.m. |
| 2., 3. and 4. | **(Master Docket # 5642 and #5643)** United States Motion for Discovery to Take Deposition of Prison Inmate Michael T. Ricks <br><br> ● **(Master Docket #5666)** Cross Motion for Order to Produce Michael T. Ricks for Rule 30(a)(2)(B) Deposition by State of California. <br><br> ● **(Master Docket #5668, #5669 and #5670 and Subcategory Docket #59, #60 and 61)** Cross Motion for Protective Order re: Deposition of Michael T. Ricks by Dey Inc., Memorandum of Law and Declaration by Dey, Inc <br><br> ● **(Master Docket #5671 and Subcategory Docket #62)** United States' Memorandum in Opposition re 5668 Cross Motion for Protective Order re: Deposition of Michael T. Ricks and In Further Support of 5642 Motion To Take Deposition of Michael | 12/4/2008 10:00 a.m. |

| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., MDL Docket No. 07-10248-PBS** **Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Original Case Docket #78)** Relator's Objections to the September 26, 2008 Order by the Magistrate Judge on the Roxane Defendants' Joint Motion to Compel Production of Relator Ven-a-care's Disclosure Statement and Any Subsequent Amendments<br><br>**(Original Case Docket #80)** United States Objection to Order on Motion to Compel<br><br>● **(Original Case Docket #82)** Roxane Defendants' Response by Boehringer Ingelheim to Objections<br><br>● **(Original Case Docket #87)** Relator's Assented to Motion for Leave to File Reply to Roxane Defendants' Response to Objections to the September 26, 2008 Order by the Magistrate Judge | |
| 2. | **(Original Case Docket #83 and #84)** United States' Motion for Leave to File Amended Complaint and Memorandum of Law<br><br>● **(Master Docket #5680 and Original Docket #93)** Objection by Boehringer Ingelheim Pharmaceuticals, Inc.<br><br>● **(Master Docket #5704 and Subcategory Docket #83)** United States' Motion for Leave to File Reply Brief In Support Of Motion For Leave To File Amended Complaint | |
| 3. | **(Master Docket #5672 and Subcategory Docket #63)** United States Motion for Clarification of Order By Magistrate Judge Dated October 29, 2008. [This pleading was also docketed as **Original Docket #92** (in Case No. 07-10248-PBS)] | |

6

| | | |
|---|---|---|
| 4. | **(Master Docket # 5697 and #5698 and Subcategory Docket #78 and #79)**  Motion to Compel Production of Documents and Rule 30(b)(6) Deposition of Kansas Health Policy Authority and Memorandum of Law in Support Thereof by Boehringer Ingelheim Pharmaceuticals, Inc., and Affidavit of John W. Reale in Support  [These pleadings were also docketed as **Original Docket #96 and #97** (in Case No. 07-10248-PBS)] | |
| 5. | **(Master Docket # 5674, 5675 and 5676 and Subcategory Docket #65, #66 and #67)**  Joint Motion for Appointment of a Special Master by Roxane Laboratories, Inc., Dey, Inc., Abbott Laboratories, Inc., Joint Statement of Counsel and Memorandum of Law | |
| 6. | **(Master Docket # 5678 and 5679 and Subcategory Docket #68 and #69)** United States Motion for Protective Order Regarding the Roxane Defendants' Rule 30(b)(6) Notice and Memorandum of Law<br><br>● **(Master Docket #5712 and Subcategory Docket #84)** Opposition filed by Boehringer Ingelheim Pharmaceuticals, Inc. | |

7

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | GREGORY G. KATSAS |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

  /s George B. Henderson, II                  /s Renee Brooker

George B. Henderson, II  
Assistant U.S. Attorney  
John Joseph Moakley U.S. Courthouse  
Suite 9200, 1 Courthouse Way  
Boston, MA 02210  
Phone: (617) 748-3272  
Fax: (617) 748-3971  

Daniel R. Anderson  
Renée Brooker  
Justin Draycott  
Rebecca A. Ford  
Gejaa T. Gobena  
Civil Division  
Commercial Litigation Branch  
P. O. Box 261  
Ben Franklin Station  
Washington, D.C. 20044  
Phone: (202) 307-1088  
Fax: (202) 307-3852  

R. ALEXANDER ACOSTA  
UNITED STATES ATTORNEY  
SOUTHERN DISTRICT OF FLORIDA  

  /s Mark Lavine

Mark A. Lavine  
Ann St.Peter-Griffith  
Special Attorneys for the Attorney General  
99 N.E. 4th Street, 3rd Floor  
Miami, FL 33132  
Phone: (305) 961-9003  
Fax: (305) 536-4101  

For the relator, Ven-A-Care of the Florida Keys, Inc.,

  /s James J. Breen

James J. Breen  
Alison W. Simon  
The Breen Law Firm, P.A.  
3350 S.W. 148th Avenue, Suite 110  
Miramar, FL 33027  
Tel: (954) 874-1635  
Fax: (954) 874-1705  

December 1, 2008

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have this day caused an electronic copy of the above "**<u>DECEMBER 2008 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS</u>**" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                   <u>/s/ Mark Lavine</u>

Dated: December 1, 2008