UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | Magistrate Judge Marianne B. Bowler |

## DEFENDANTS DEY, INC., DEY, L.P., INC. AND DEY, L.P.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey"), respectfully seek an Order compelling the Georgia Department of Community Health ("Georgia DCH") to produce documents pursuant to Dey's Subpoena *Duces Tecum* issued on July 16, 2008.

The arguments and authority supporting Dey's Motion to Compel are set forth in the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Dey hereby requests oral argument on this motion.

Dated: December 1, 2008

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s/ Neil Merkl
Paul F. Doyle (BBO # 133460)
Sarah L. Reid (*pro hac vice*)
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
101 Park Avenue

1

New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc., Dey, L.P., Inc. and Dey, L.P.*

## LOCAL RULE 7.1 CERTIFICATION

       I, Neil Merkl, hereby certify that I have conferred with counsel for the Georgia DCH and have attempted in good faith to resolve or narrow the issues of the within Motion to Compel.  I further certify that the parties have not been able to reach agreement with respect thereto.

                              /s/ Neil Merkl
                              Neil Merkl

## CERTIFICATE OF SERVICE

       I hereby certify that on December 1, 2008, I caused a true and correct copy of the foregoing to be served on counsel for the Georgia Department of Community Health by FedEx overnight delivery at the following address:

       Michelle Townes, Esq.
       40 Capitol Square SW
       Atlanta, Georgia 30334-1300
       *Counsel for Georgia Department of Community Health*

and on counsel for the United States, Ven-A-Care of the Florida Keys, Inc., Abbott, and Roxane by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification.

                              /s/ Michael J. Maloney
                              Michael J. Maloney