# Exhibit B

**GA Department of Community Health**

# Memo

**To:** Marisa Lorenzo (Kelley Drye & Warren LLP)

**From:** Jerry Dubberly, Deputy Director Medical Assistance Policy Section

**Cc:** Michelle Townes, Claudette Bazile

**Date:** August 20, 2008

**Re:** Pharmaceutical Industry Average Wholesale Price Subpoena

---

Information responsive to the subpoena referenced above has been shipped to your attention at the following address:

> Marisa Lorenzo
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, NY 10069
> 212-808-7697

As you are aware, the request is voluminous in nature. Much of this data does not exist in electronic format. Therefore, the information has been shipped in two large boxes via Fed Ex. At a minimum you should have received the following:

> Three (3) - three ring binders
> One (1) - SMEAD box
> Eight (8) - Compact Discs
> Eleven (11) - Folders

To assist with your review of the documentation, a catalog of content and the numbered items included in Schedule 2 of the subpoena has been provided. Please know that a single document produced under this subpoena may be responsive to multiple items requested in Schedule 2. Every attempt has been made to cross-reference the documents back to the subpoena to the best of my abilities. However, based upon the reviewer, the information may be considered to be responsive to other requests within the subpoena as well.

1

| Item Number | Reference |
|---|---|
| 1 | Hard copies of the State Plan/Amendments responsive to this request are labeled as such and marked with a #1 on the top of the box. |
| 2 | Available outpatient pharmacy historical reimbursement chronology is outlined in the document titled "Rates for Outpatient Pharmacy Reimbursement" on the enclosed CD in the directory labeled "Number 2." Additional information regarding the reimbursement methodologies is available in the Pharmacy Services Provider Manuals with historical copies provided in hard copy and the most recent version available electronically at www.ghp.georgia.gov then click on "Provider Information" Tab then in the Manuals box click on "View Full List." Then, select "Pharmacy Services" from the listing. A copy of the October 2008 Pharmacy Services Manual has been included on the CD in the directory labeled "Number 2."<br><br>The Georgia-specific MAC utilized has and still is a proprietary methodology provided by our PBM vendors. The actual MAC rates for outpatient pharmacy are listed on the website at: www.ghp.georgia.gov then click on "Provider Information" Tab then in the "Pharmacy Services" box click on "View Full Text." The most recent Georgia Maximum Allowable Cost (GMAC) information is posted here. A copy of the July 2008 GMAC listing has been included on the CD in the directory labeled "Number 2."<br><br>Additional information regarding methods of payment and MACs may be found in the State Plan Amendment materials submitted under #1 above.<br><br>Line item reimbursement of the Subject Drugs outside of the Outpatient pharmacy program does not exist. A report of the HCPCS codes referenced and status of those codes for GA Medicaid is included in the folder labeled "HCPCS Non-Pharmacy." . |
| 3 | Georgia has no record of the *Findings & Assurances* documentation requested. |
| 4 | The pharmacy paper claims forms (current and historical) are included in the folder labeled "Claim Forms." The current version is also included on the CD in the directory labeled "Number 4" in Appendix G to the Billing Guide. Outpatient Pharmacy utilizes the NCPCP 5.1 billing standard. Pharmacy providers must purchase their own Point-of-Sale Software. DCH does not have access to screen |

| | | |
|---|---|---|
| | | shots as referenced in the subpoena. Information on how pharmacies should bill, which fields are required, and valid values for each NCPDP field is listed in Appendix G ("Billing Guide") of the Pharmacy Services Provider Manual a copy of which can be found on the CD under "Number 4." |
| 5 | | The CD provided contains the reimbursement rates for the State Health Benefit Plan and Board of Regents under the directory labeled "Number 5." |
| 6 | | The State does not purchase drugs. The state reimburses pharmacies and providers that have purchased the drugs. Therefore there is no information to share on purchases. If information on provider reimbursement is desired, that information can be generated upon request. |
| 7 | | Other than edit for appropriate quantities being dispensed per a given time period (See Appendix B of the Provider Manual), no additional cost savings or utilization management efforts have been undertaken for the Subject Drugs. Savings by drug for quantity/time period edits are not tracked at the drug level. Note that rebates collected are also included in the Master CD in the CD under directory "Number 24." |
| 8 | | A paper file containing information regarding the development of the generic incentive fee is included. Electronic emails are also included which contain discussions regarding payment rates. At a minimum, other documents responsive to this request are included on the CD labeled "Number 8 and 9." |
| 9 | | The CD contains a number of emails as well as electronic files that have interactive models/files which outlines some of the methodologies considered but not necessarily adopted. |
| 10. | | Electronic studies and DCH comparison to reimbursement methodology are included on the CD under at a minimum "Number 10." A hard copy of the 2000 dispensing fee survey on behalf of the department is provided as well. The information provided under Numbers 8 and 9 above may also include information responsive to this request. |
| 11 | | A hard copy of a dispensing fee survey conducted by the Department in 2000 is included. Additionally, there are a number of models and files under the "Number 8 and 9" directory looking at various pricing reference sources the Department considered along with a given dispensing fee. |
| 12 | | Hard copies of reference documents regarding pricing terms have been produced through a collection of electronic format and hard copies. "Number 12" on the CD contains some electronic documents relevant to this request as well. |
| 13 | | Communications with governmental groups regarding the topics listed can be found in the |

| | |
|---|---|
| | "Number 13" directory on the CD provided. |
| 14 | Listed under "Number 14" on the CD there are several communications with attorney, provider associations, etc, which are responsive to this request. |
| 15 | There is no information on file that could be found that spoke to the Department's approach regarding DOJ AWPs. |
| 16 | No communications on this topic with the US Government have been identified. |
| 17 | There are no materials including DCH employees or agents who have testified, provided statements, or been interviewed on these topics. However, some hard copy documents are being provided in the folder labeled "Pricing/Litigation" that demonstrate DCH knowledge of such lawsuits by other parties. |
| 18 | There is no documentation responsive to this request. |
| 19 | Comparisons and information regarding AMP responsive to this request are in the directory labeled "Number 19." |
| 20 | There is no documentation responsive to this request. |
| 21 | See the documentation on the CD under "Number 21." |
| 22 | No documented communications between the Department and these parties has been retained on file. |
| 23 | Historical versions of the policy manuals responsive to this request have been provided via hard copies and clearly labeled with the most recent version of these manuals available on the web and provided via CD under directory labeled "Number 2." |
| 24 | CD's labeled #24 are included in the shipment. Additional rebate contracting documents are provided in hard copy in two folders. One is labeled "Dey Rebate Contracting" and the second one is labeled "BI Rebate Contracting." Rebate information is also provided in the Master CD in the directory labeled Number 24. |
| 25 | The Provider Manuals include references to submission of usual and customary charges. No studies, audits, compliance efforts, etc. responsive to this request were identified. |
| Other | A few miscellaneous files that may be responsive to this request are included on the CD in a directory with the same name. |

If there are any questions or concerns about the information provided, I can be reached at 404 657-9092 or by email at jdubberly@dch.ga.gov .