# Exhibit D

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

—————

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

—————

BRUSSELS, BELGIUM

—————

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE  (212) 808-7697
EMAIL  mlorenzo@kelleydrye.com

September 23, 2008

**VIA FEDERAL EXPRESS**

Mark Lavine, Esq.
Assistant U.S. Attorney
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th St.
Miami, FL  33132

Re:     *United States ex. rel. Ven-A-Care of the Florida Keys, Inc.*
        *v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Mark:

As you are aware, this firm represents Defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P. (collectively, "Dey") in the above-referenced action.  Enclosed are the documents produced by the Georgia Department of Community Health ("GDCH") in response to the subpoena served by Dey.  As I mentioned, GDCH had asked us to hold off on the production of the documents while they checked on a privilege issue.  I spoke with Michelle Townes today, who approved the production of these documents.

Sincerely yours,

Marisa A. Lorenzo