# Exhibit E

Writer's Direct Dial:
404-656-3446
Fax  404-463-1062

September 29, 2008

VIA FACSIMILE at 212-808-7897
Marisa Lorenzo
Clifford Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

    RE: United States ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-CV-11084-PBS

Dear Ms. Lorenzo:

   This letter is to follow up on our telephone conversation from Friday, September 26, 2008. At that time, I informed you that I would send a clawback letter to you due to documents inadvertently produced. The subject documents consists both of documents produced on compact disc and documents produced in paper format. Because the subject documents are too voluminous to list, I am asking that you return the entire production to me at my office. To clarify, please return everything in whatever format that you received from the Department of Community Health pursuant to the subpoena issued on July 21, 2008 in the above-referenced case.

   In addition to returning all copies of the documents and compact disc to my office, please destroy any copies and any documents you may have that reflect the contents of the inadvertently produced information. You may use the Federal Express account of the Law Department in returning the production. That number is 0300-4911-0. Additionally, please designate Matter No. 1080435 on the label. I will issue a new document production to you which does not contain privileged documents.

You may contact me at the above-listed telephone number.

Respectfully,

_____
MICHELLE TOWNES
ASSISTANT ATTORNEY GENERAL