# Exhibit I

**KELLEY DRYE & WARREN LLP**

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897

DIRECT LINE (212) 808-7609
EMAIL ckatz@kelleydrye.com

October 16, 2008

**VIA FEDEX**

Michelle Townes, Esq.
40 Capitol Square SW
Atlanta, Georgia 30334-1300

      Re:   *United States ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Ms. Townes:

      Enclosed is the CD labeled "Master CD." We will destroy any copies reflecting the contents of this CD.

      Also, I have enclosed the CD labeled "Ga MAC 2004-2008 + additions," which is either blank or unreadable. Please send us a replacement CD. Thank you.

                              Very truly yours,

                              Clifford Katz

Enclosures

NY01/KATZC/1313289.1