# Exhibit J

**From:** Michelle Townes [mailto:mtownes@law.ga.gov]
**Sent:** Thursday, October 16, 2008 10:55 AM
**To:** Katz, Clifford
**Subject:** RE: U.S. v. Dey

As I stated during our telephone conversation, I will prepare a privilege log.

---

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Wednesday, October 15, 2008 4:49 PM
**To:** Michelle Townes
**Cc:** Lavine, Mark (USAFLS); David S. Torborg; John Reale
**Subject:** U.S. v. Dey


Michelle,

Please see the attached letter. I will send you the Master CD as soon as I receive your e-mail confirmation regarding the privilege log.



<<DOC000.PDF>>

Cliff Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7609
(212) 808-7897 - facsimile

```
Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this comm
stated, is not intended and cannot be used for the purpose of avoiding tax-related p

The information contained in this E-mail message is privileged, confidential, and ma
please be aware that any other use, printing, copying, disclosure or dissemination o
subject to legal restriction or sanction. If you think that you have received this E
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believ
other defect that might affect any computer system into which it is received and ope
responsibility of the recipient to ensure that it is virus free and no responsibilit
Drye & Warren LLP for any loss or damage arising in any way from its use.
```

12/1/2008