# Exhibit K

**From:** Michelle Townes [mailto:mtownes@law.ga.gov]
**Sent:** Friday, October 24, 2008 4:50 PM
**To:** Katz, Clifford
**Subject:** RE:

An additional week should do. I should be able to send out the replacement cds on Monday. I have already notified my client of the need.

---

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Friday, October 24, 2008 4:41 PM
**To:** Michelle Townes
**Subject:** RE:

How much time do you need? In the meantime, can you send me the replacement CDs?

-----Original Message-----
**From:** Michelle Townes [mailto:mtownes@law.ga.gov]
**Sent:** Friday, October 24, 2008 4:39 PM
**To:** Katz, Clifford
**Subject:** RE:

Clifford,

During our telephone conversation, you advised me to notify you if I needed additional time to get the privilege log to you. I am notifying you of same.

Michelle Townes

---

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Wednesday, October 15, 2008 4:56 PM
**To:** Michelle Townes
**Subject:**

Michelle,

The MAC CD I mentioned is labeled "Ga MAC 2004-2008 + additions." We will include this in the package with the Master CD. Please send us a replacement CD. Thanks.

Cliff Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

(212) 808-7609
(212) 808-7897 - facsimile

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this
stated, is not intended and cannot be used for the purpose of avoiding tax-rela

The information contained in this E-mail message is privileged, confidential, a
please be aware that any other use, printing, copying, disclosure or disseminat
subject to legal restriction or sanction. If you think that you have received t
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are b
other defect that might affect any computer system into which it is received an
responsibility of the recipient to ensure that it is virus free and no responsi
Drye & Warren LLP for any loss or damage arising in any way from its use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this comm
stated, is not intended and cannot be used for the purpose of avoiding tax-related p

The information contained in this E-mail message is privileged, confidential, and ma
please be aware that any other use, printing, copying, disclosure or dissemination o
subject to legal restriction or sanction. If you think that you have received this E
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believ
other defect that might affect any computer system into which it is received and ope
responsibility of the recipient to ensure that it is virus free and no responsibilit
Drye & Warren LLP for any loss or damage arising in any way from its use.

2/1/2008