UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris<br>Magistrate Judge<br>Marianne B. Bowler |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | |

### DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION TO COMPEL LUIS COBO AND VEN-A-CARE OF THE FLORIDA KEYS, INC. TO PRODUCE DOCUMENTS

Defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P. (collectively, "Dey"), by their attorneys, respectfully move pursuant to Federal Rules of Civil Procedure 37 and 45 Local Rule 37.1 to compel Luis Cobo and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") to produce documents concerning Cobo Pharmacy responsive to Dey's Subpoena *Duces Tecum* (the "Subpoena"), and Dey's First Set Of Requests For Production Of Documents And Tangible Things To Relator Ven-A-Care Of The Florida Keys, Inc. ("Document Requests to Ven-A-Care"). Dey incorporates its Memorandum of Law and Supporting Declaration of Clifford Katz herein.

For the reasons set forth in the supporting Memorandum of Law, Dey respectfully requests that the Court compel Luis Cobo and Ven-A-Care to produce all documents concerning Cobo Pharmacy responsive to the Subpoena, as narrowed by Dey's counsel's September 8, 2008 letter, and the Document Requests to Ven-A-Care, and grant Dey such other, further, and different relief as the Court deems to be just and proper.

## CERTIFICATIONS PURSUANT TO LOCAL RULES 7.1 AND 37.1

I, Clifford Katz, hereby certify that I have conferred with Alison W. Simon, Esq. and Gary L. Azorsky, Esq., counsel for Ven-A-Care of the Florida Keys, Inc. and Luis Cobo, on August 29, 2008, October 24, 2008, and December 1, 2008 for approximately 40 minutes, and have attempted in good faith to resolve or narrow the issues of the within Motion To Compel. I further certify that the parties have not been able to reach agreement with respect thereto.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Dey requests oral argument on the issues raised in this Motion, which it believes will assist the Court in deciding this motion.

Dated: December 2, 2008

Respectfully Submitted,

/s/ Neil Merkl
Paul F. Doyle (BBO # 133460)
Sarah L. Reid (*pro hac vice*)
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants*
*Dey, Inc., Dey L.P., Inc. and Dey, L.P.*

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 2, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                /s/ Clifford Katz
                                                Clifford Katz