UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris<br>Magistrate Judge<br>Marianne B. Bowler |

### [PROPOSED] ORDER

IT IS ORDERED that Defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P.'s Motion for an Order to compel Luis Cobo and Ven-A-Care of the Florida Keys, Inc. to produce documents concerning Cobo Pharmacy is hereby granted.

**IT IS SO ORDERED.**

This _____ day of December, 2008.    _____
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 2, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Clifford Katz
Clifford Katz