# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3                 Case No. MDL No. 1456

 4               Civil Action No. 01-12257-PBS

 5    -------------------------------------X

 6    In Re:   PHARMACEUTICAL INDUSTRY

 7    AVERAGE WHOLESALE PRICE LITIGATION

 8    -------------------------------------X

 9          (Captions continue on next page.)

10

11                      VOLUME II

12            CONTINUED VIDEOTAPE DEPOSITION

13                   OF LUIS COBO

14

15              Tuesday, March 4, 2008

16                     21st Floor

17              2 South Biscayne Boulevard

18                 Miami, Florida 33131

19

20    Reported by:   Sherilynn McKay, RMR, CRR

21          Notary Public, State of Florida

22
```

Page 273

```
 1              IN THE DISTRICT COURT OF
 2                TRAVIS COUNTY, TEXAS
 3                Cause No. GV401286
 4    ------------------------------------X
 5    THE STATE OF TEXAS
 6
 7    Ex rel.
 8
 9    VEN-A-CARE OF THE FLORIDA KEYS,
10    INC.,
11
12          Plaintiffs
13
14    v.
15
16    ABBOTT LABORATORIES, INC., et al.,
17
18          Defendants.
19    ------------------------------------X
20
21
22          (Captions continue on next page.)
```

Page 274

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3            Civil Action No. 03-cv-11865-PBS

4    ------------------------------------X

5    THE COMMONWEALTH OF MASSACHUSETTS,

6

7         Plaintiff,

8

9    - against -

10

11   MYLAN LABORATORIES, INC., et al.

12

13        Defendants.

14   ------------------------------------X

15

16

17

18

19

20

21

22

                    A P P E A R A N C E S

For Abbott Labs:

    JONES DAY

    By:  R. CHRISTOPHER COOK, ESQ.

    51 Louisiana Avenue, N.W.

    Washington, DC 20001-2113

    christophercook@jonesday.com

For Ven-A-Care of the Florida Keys:

    THE BREEN LAW FIRM

    By:  JAMES JOSEPH BREEN, ESQ.

        ALISON WARREN SIMON, ESQ.

        ANDREW SHELDON, ESQ.

    Suite 110

    3350 S.W. 148th Avenue

    Miramar, Florida 33027

    jbreen@breenlaw.com

(CONTINUED)

```
 1            A P P E A R A N C E S   (CONTINUED)

 2

 3   For the United States Department of Justice:

 4         UNITED STATES DEPARTMENT OF JUSTICE

 5         By:  ANN ST. PETER-GRIFFITH, ESQ.

 6         99 NE 4th Street

 7         Miami, Florida 33132

 8

 9   For Roxane Labs, Boehringer Ingelheim and Ben

10   Venue Laboratories:

11         KIRKLAND & ELLIS

12         By:  ERIC GORTNER, ESQ.

13         200 East Randolph Drive

14         Chicago, Illinois 60601-6636

15         egortner@kirkland.com

16

17   For Dey, Inc. and Mylan:

18         KELLEY DRYE

19         By:  WILLIAM A. ESCOBAR, ESQ.

20         101 Park Avenue

21         New York, New York 10178-0002

22         wescobar@kelleydrye.com
```

Page 277

```
 1            A P P E A R A N C E S   (CONTINUED)

 2

 3    For the Commonwealth of Massachusetts:

 4            OFFICE OF THE ATTORNEY GENERAL BUSINESS

 5            AND LABOR BUREAU

 6            By:  JAY PINA, ESQ.

 7            12th Floor

 8            100 Cambridge Street

 9            Boston, Massachusetts 02108

10            jay.pina@state.ma.us

11

12    For the State of Texas:

13            ATTORNEY GENERAL OF TEXAS

14            By:  RAYMOND WINTER, ESQ.

15            PO Box 12548

16            Austin, Texas 78711-2548

17            raymond.winter@oag.state.tx.us

18

19

20    ALSO PRESENT:

21            Jason Stapleton, Videographer

22            T. Mark Jones, Ven-A-Care
```

Page 278

```
1                            I N D E X

2

3    EXAMINATION: LUIS COBO                                PAGE

4        DIRECT EXAMINATION BY MR. COOK............ 281

5        CROSS-EXAMINATION BY MR. ESCOBAR.......... 533

6

7

8                           E X H I B I T S

9    NUMBER                DESCRIPTION                     PAGE

10   Exhibit Abbott 540, VAC MDL 43026 to 43040..... 381

11   Exhibit Abbott 541, VAC MDL 43041 to 43046..... 381

12   Exhibit Abbott 542, VAC MDL 43047 to 43055..... 381

13   Exhibit Abbott 543, VAC MDL 64109 to 64123..... 420

14   Exhibit Abbott 544, VAC MDL 64730 to 65742..... 420

15   Exhibit Abbott 545, VAC MDL 86162 to 86175..... 431

16   Exhibit Abbott 546, VAC MDL 43168 to 43873..... 503

17   Exhibit Abbott 547, United States' First

18                       Amended Complaint consisting

19                       of 40 pages................ 508

20   Exhibit Dey 123,    FL 002765 to 03096.......... 564

21

22
```

Page 538

1   in Florida.  Right?

2       A.   That is correct.

3       Q.   And what was that contract called?

4       A.   I don't know.  I mean, it was obviously

5   an application process that all providers had to

6   go through, and I can't tell you -- I mean, I

7   agreed that it was a contract, I assume it's a

8   contract or an agreement, or some other document

9   that held me responsible to the Medicaid

10  participation.

11      Q.   And, in fact, the Cobo Pharmacy, and

12  you as the person running it, were responsible to

13  conduct yourselves in accordance with the laws

14  and regulations governing the Medicaid program.

15  Right?

16      A.   There was Medicaid manuals that were

17  routinely provided to providers, which outlined

18  how the Medicare program was run and addressed

19  various issues and areas surrounding the program

20  as far as submitting, you know, bills, describing

21  the reimbursement methodology, and so on.

22      Q.   And I think you used the word

```
1    "Medicare" in there.  You were referring to
2    Medicaid.  Right?
3         A.   Sorry, sorry.  Medicaid.
4         Q.   And let's just focus on that, on the
5    Medicaid program.  The Cobo Pharmacy was
6    responsible for conducting itself in accordance
7    with the laws and regulations on the Medicaid
8    program.  Right?
9         A.   Yes.
10        Q.   And to the extent you dispensed a drug
11   to a Medicaid-eligible person, you would put in a
12   claim to the Florida Medicaid program for
13   payment.  Correct?
14        A.   Correct.
15        Q.   And when you put in claims from the
16   Cobo Pharmacy to the Florida Medicaid program,
17   you had instructions as to how to complete that
18   claim.  Correct?
19        A.   That would be correct, yes.
20        Q.   And you understood that the system was
21   set up so that the Medicaid program would pay you
22   a fee for your service.  Right?
```

Page 548

```
 1    customary for a drug, did you do that by looking
 2    at the amount that was most often billed to
 3    either the third-party payer or to the non-
 4    Medicaid population?
 5         A.    Sometimes that -- and again I'll go
 6    back just immediately to those two examples that
 7    I just mentioned.  Maybe a case where usual and
 8    customary would be a price that was being paid by
 9    Florida Medicaid already.  I'm just trying to
10    recreate the different pricing fields that I had
11    available.  But I'm probably overshooting your
12    question and going back to what Florida Medicaid
13    would default as to what they would reimburse
14    when those various pricing fields were
15    transmitted from Cobo Pharmacy.
16         Q.    Well, let me ask it this way.  One of
17    the drugs that you dispensed at Cobo Pharmacy was
18    Albuterol.  Right?
19         A.    Correct.
20         Q.    And, in fact, you put in claims to
21    Florida Medicaid for dispensing Albuterol to
22    Medicaid parents, didn't you?
```

Page 549

1      A.   Yes.
2      Q.   And you were paid for those. Right?
3      A.   Yes.
4      Q.   And when you put in a claim for
5  Albuterol to the Florida Medicaid, you had to put
6  in there a charge, the amount that you were
7  charging for the services in dispensing Albuterol
8  to a Medicaid recipient. Right?
9      A.   To restate it, there was a price field
10 there that would apply a Medicaid reimbursement
11 formula under the state guidelines.
12     Q.   Well, in the claim that you put in, you
13 had to put in the amount that you were charging
14 Florida Medicaid for dispensing Albuterol.
15 Right?
16     A.   Yes.
17     Q.   And the amount that you charged Florida
18 Medicaid could not exceed the usual and customary
19 charge at Cobo Pharmacy for dispensing Albuterol.
20 Right?
21     A.   Well, and I'm just trying to -- of the
22 various prices that were input, there would have

1  agreed is that the government, the state of Texas
2  and relator counsel will consult with Abbott's
3  counsel after this deposition and find out the
4  appropriate way to complete the plaintiff's
5  portion of the Abbott cases inquiry of this
6  witness prior to the discovery cutoff date, and
7  we just haven't figured out what we're going to
8  do yet.  So we've discussed it, and we'll meet
9  and confer on how we want to handle it.
10            MR. COOK:  That's my understanding.
11            MS. ST. PETER-GRIFFITH:  Sounds good.
12            (The deposition was adjourned.)
13
14  _____
15  LUIS COBO
16  Sworn to and subscribed before me this
17  _____ day of _____, 20____.
18
19  _____
20  Notary Public:
21  Commission No.:
22  My commission expires:

Page 590

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA:

4    COUNTY OF MIAMI-DADE:

5

6

7          I, the undersigned authority, certify that LUIS

8    COBO personally appeared before me and was duly sworn.

9          WITNESS my hand and official seal March 12,

10   2008.

11

12

13   _____

14   SHERILYNN V. McKAY, RMR, CRR

15   Notary Public - State of Florida

16   My Commission No:   DD541258

17   Expires:   June 28, 2010

18

19

20

21

22

1      REPORTER'S DEPOSITION CERTIFICATE

2

3   STATE OF FLORIDA:

4   COUNTY OF MIAMI-DADE:

5

6           I, SHERILYNN V. McKAY, Registered Merit

7   Reporter and Certified Realtime Reporter, certify that I

8   was authorized to and did stenographically report the

9   deposition of LUIS COBO; that review of the transcript

10  was requested; and that the foregoing pages, are a true

11  record of my stenographic notes.

12          I further certify that I am not a relative,

13  employee, attorney or counsel of any of the parties, nor

14  a relative or employee of any of the parties' attorney

15  or counsel connected with the action, nor am I

16  financially interested in the action.

17          DATED March 12, 2008.

18

19

20      -------------------------------------------

21          SHERILYNN V. McKAY, RMR, CRR

22