# EXHIBIT D

## MPI CASE ENTRY

OPEN:

GROUP(01 02 (03) 04 05 06 09) *03*
27  28  29

C.I. NO. *00-1815-000*   AREA/DIST: *LL* SFR *N* SURS QTR: ___ / ___ / ___
BILLING PROV. NO: *100429800*   TREATING PROV. NO: _____

LAST/ORGANIZATION NAME: *COBO PHARMACY*
FIRST NAME: _____   M.I. ___   ZIP: *33040-0000*
COS *20* SPEC ___   SOURCE *30* DATE REC'D *11/07/00* ALLEG 1 *26012*
ALLEG 2 ___   DATE ACKNOWL ___ / ___ / ___   DATE ADVISED ___ / ___ / ___
CROSS REF: 1. *01/1769000* 2. _____ 3. _____
FOLLOW-UP REVIEW CASE? Y ___  N *✓*

1ST STATUS CHANGE:  *1*  DATE: *11/15/00*   PRIORITY: *X*  9  STAGE: *X*  9
1ST INVESTIGATOR ASSIGNED *KNH*  DATE *11/15/00*  NO. PRIOR CASES: *02*
REVIEW PERIOD (DATES OF SERVICE): FROM: *06/24/98*  TO: *05/26/00*
PROJ TITLE: *HERITAGE AUDIT*

**UPDATE:**

2ND STAT CHG *9*  DATE *09/18/02*  3RD STAT CHG ___  DATE ___ / ___ / ___
4TH STAT CHG ___  DATE ___ / ___ / ___  5TH STAT CHG ___  DATE ___ / ___ / ___
6TH STAT CHG ___  DATE ___ / ___ / ___  **LAST STAT CHANGE DATE:** *11/15/00*
                                                                    *09  18  02*

INV 2 ASSIGN ___  DATE ___ / ___ / ___   INV 3 ASSIGN ___  DATE ___ / ___ / ___
INV 4 ASSIGN ___  DATE ___ / ___ / ___   INV 5 ASSIGN ___  DATE ___ / ___ / ___

REF TO 1 ___  2 ___  3 ___  4 ___  DATE ___ / ___ / ___   REF TO MFCU? ___  ACCEPTED? ___

PEND DATES: ___ / ___ / ___ - ___ / ___ / ___   TO G/A? ___  CINO: ___ - ___ - ___
AMOUNT DENIED FROM PENDING: _____  SAVINGS _____
REVIEWED BY: *7*  AUDIT TYPE: *3*  FIELD INVEST: *Y*  FOLLOW-UP REVIEW ___ / ___ / ___
NO. OF SANCTION POINTS: _____   USE THIS TO APPLY SANCTIONS?  Y ___  N ___
PAL OVERPAYMENT DATE: ___ / ___ / ___   PAL OVERPAYMENT AMT: _____
APPEAL TYPE: ___  DECISION: ___  VIOLATION DOS: ___ / ___ / ___  TO ___ / ___ / ___

**CLOSE (DISPOSITION):**

AAL OVERPAYMENT DATE: ___ / ___ / ___   AAL OVERPAYMENT AMT: _____ . ___
FINE DATE: ___ / ___ / ___   FINE AMT: _____   FINE ADJD: _____ DATE _____
ADJUSTED AAL DATE: ___ / ___ / ___   AAL AMT ADJUSTED TO: _____ . ___
SUSPENSION DATES: ___  MONTHS  FROM ___ / ___ / ___   TO ___ / ___ / ___
TERMINATION DATES: ___  YEARS  FROM *06/01/00*  TO ___ / ___ / ___
PROVIDER EDUCATION: ___  NO ABUSE: *X*  NO FRAUD LETTER DATE: ___ / ___ / ___

REF TO: ST ATT ___ US ATT ___ SWP ___ ACCEPTED ___ DECLINED ___ NOLO PLEA ___ NOT GUILTY ___
PTI ___ CONVICTED/GUILTY PLEA ___ ADJ. WITHHELD ___ ADJ. GUILTY ___ INCARCERATED ___
RICO ___ PROBATION ___ COMMUNITY SERVICE ___ CRIMINAL FINE AMT.: _____ . ___
RESTI AMT: _____  DATE ___ / ___ / ___  INV COST: _____ . ___
CIVIL MONEY PENALTY AMOUNT: _____   DATE: ___ / ___ / ___
COMMENTS: *TERM VOLUNTARY - 6-1-00*
*Review period included in CI 01-1769-000*

FORM MPI-1 (7/16/99)    ___ GREEN  ___ RED  ___ BROWN  ___ PINK  ___ PURPLE



Dey
Exhibit 181
GG  7/31/08

FL-AG-0002871

## CATEGORY OF SERVICE

| | | |
|---|---|---|
| 01 Inpatient Hospital Services | 27 Podiatry Services | 66 Rural Health Clinic Services |
| 02 Outpatient Hospital Services | 28 Chiropractor Services | 69 Birthing Center Services |
| 04 State Mental Health Hospital Services | 30 Advanced Registered Nurse Services | 70 HMO/PHP Services |
| 05 Community Alcohol, Drug Abuse or | 31 Private Duty Nursing Services | 72 Medi-Pass |
|     Mental Health Services | 35 Dental Services | 76 Case Management |
| 06 Ambulatory Surgical Center Services | 40 Transportation Services | 77 County Public Health Unit |
| 10 Nursing Home Services | 50 Independent lab Services | 80 Home & Community Based Services |
| 11 ICF/MR Services | 51 Portable X-ray Services | 82 Regional Perinatal Intensive |
| 13 Swing Beds | 55 Periodic Screening (EPSDT) Services |     Care Services (RPICC) |
| 15 Hospice Services | 60 Hearing Services | 83 Therapy Services |
| 20 Prescribed Drug Services | 62 Visual Services | 89 Practitioner Medicare |
| 24 Pediatric extended Care Center (PPEC) | 64 Family Planning Services |     Crossover |
| 25 Physician Services | 65 Home Health Care Services | 90 DME Suppliers and Dialysis |
| |     (Includes DME & Respiratory Therapy) |     Medicare Crossover |

## MEDICAL SPECIALTY CODES

### PHYSICIANS
01 Adolescent Medicine
02 Allergy
03 Anesthesiology
04 Cardiovascular Diseases
05 Dermatology
06 Diabetes
07 Emergency Medicine
08 Endocrinology
09 Family Practice
10 Gastroenterology
11 General Practice
12 Preventive Medicine
13 Geriatrics
14 Gynecology
15 Hematology
16 Immunology
17 Infectious Diseases
18 Internal Medicine
19 Neonatal/Perinatal Medicine
20 Nephrology
21 Nephrology
22 Neurology
23 Neurology, Child
24 Neuropathology
25 Nutrition
26 Obstetrics
27 Obstetrics & Gynecology
28 Occupational Medicine
29 Oncology
30 Ophthalmology
31 Otorhinolaryngology
32 Pathology

### PHYSICIANS (Continued)
33 Pathology, Clinical
34 Pathology, Forensic
35 Pediatrics
36 Pediatrics, Allergy
37 Pediatrics, Cardiology
38 Pediatrics, Oncology/Hematology
39 Pediatrics, Nephrology
40 Pharmacology
41 Physical Medicine & Rehab
42 Psychiatry
43 Psychiatry, Child
44 Psychoanalysis
45 Public Health
46 Pulmonary Diseases
47 Radiology
48 Radiology, Diagnostic
49 Radiology, Pediatric
50 Radiology, Therapeutic
51 Rheumatology
52 Surgery, Abdominal
53 Surgery, Cardiovascular
54 Surgery, Colon & Rectal
55 Surgery, General
56 Surgery, Hand
57 Surgery, Neurological
58 Surgery, Orthopedic
59 Surgery, Pediatric
60 Surgery, Plastic
61 Surgery, Thoracic
62 Surgery, Traumatic
63 Surgery, Urological

### DENTISTS
70 Adults, Dentures Only
71 Dentist, General
72 Oral Surgeon
73 Pedodontist
74 Other Dentist
88 Orthodontics

### ADVANCED REGISTERED NURSE PRACTITIONER
75 Adult Primary Care Practitioner
76 Clinical Nurse Specialist
    Psychiatric Mental Health Nurse
77 College Health Nurse Practitioner
78 Diabetic Nurse Practitioner
80 Family Nurse Practitioner
81 Family Planning Nurse Practitioner
82 Geriatric Nurse Practitioner
83 Maternal Child Health Family
    Planning Nurse Practitioner
84 Certified Registered Nurse Anesthetist
85 Certified Nurse Midwife
86 OB/GYN Nurse Practitioner
87 Pediatric Nurse Practitioner

### OTHER
90 Occupational Therapist
91 Physical Therapist
92 Speech Therapist
93 Respiratory Therapist
99 AIDS Waiver Provider

### SOURCE (REFERRAL OR REFERRED TO):

| | | | | |
|---|---|---|---|---|
| 01 GROUP 1 | 06 MIAMI MPI | 11 MFCU | 16 DBPR | 21 STATE ATTORNEY | 26 EOMB |
| 02 GROUP 2 | 07 AREA (DIST) | 12 PROIP | 17 PDRL | 22 S. W. PROSECUTOR | 27 JAX MPI |
| 03 GROUP 3 | 08 FISCAL AGENT | 13 HHS | 18 MEDICARE | 23 U.S. ATTORNEY | 28 TAMPA MPI |
| 04 GROUP 4 | 09 ORLANDO MPI | 14 PROVIDER | 19 DPAF | 24 HRS | 29 PENSACOLA MPI |
| 05 GROUP 5 | 10 RECIP | 15 MEDIA | 20 OTHER | 25 HQ OTHER | |

**STATUS CHANGES:**   1=PRELIMINARY   2=ABUSE   3=FRAUD   9=CLOSED

**PRIORITY:**   1=HIGH   2=MEDIUM   3=LOW   9=CLOSED

**STAGE:**   1=REVIEW  2=FIELD INVEST.  3=PENDING  4=SWP  5=MFCU  6=PAL  7=DAL  8=HEARING  9=CLOSED

**REVIEWED BY:**   1=IN-HOUSE ONLY  2=FISCAL AGENT  3=CPA FIRM  4=PRO  5=MFCU  6=PEER REVIEW

**AUDIT TYPE:**   1=ANALYTIC  2=GENERALIZED ANALYSIS  3=DEDUCTIVE  4=AGGREGATE
    5=SIMPLE RANDOM SAMPLE  6=CLUSTER SAMPLE  7=CHI-SQUARE  8=TREND

**APPEAL TYPE:**   1=INFORMAL 2=FORMAL 3=WITHDRAWN   **DECISION:** 1=AHCA 2=PLAINTIFF 3=NEGO SETTLEMENT

FL-AG-0002872

## PHARMACY AUDITS BY HERITAGE AND MPI

| C.I. NUMBER | CO-1815-000 | | PROV. NO. | 1004298CC |
|---|---|---|---|---|
| PROVIDER NAME | Cabo Pharmacy | | | |
| WK GRP NO. | 3 | INVESTIGATOR LAST NAME | Holland | INV. INIT | KNH |

**PHARMACY TYPE:** (Check One)   INDEPENDENT [X]   CHAIN

| COUNTY CODE: | 44 | COUNTY NAME: | Monroe | | | |
|---|---|---|---|---|---|---|
| STATUS CODE (One box at a time) | | 1. PRELIMINARY [X] | 2. ABUSE | 3. FRAUD | 9. CLOSED [X] | |

**DATES ONLY: MM/DD/YYYY**

| *ON SITE AUDITS* | AUDIT DATE | 07/27/2000 | DOS: | 06/24/1998 | TO: | 05/26/2000 |
|---|---|---|---|---|---|---|

| AUDIT REQUESTED | RECEIVED FROM HERITAGE | TO ASSIGNED INVESTIGATOR | *CHECKLIST COMPLETED | IN DEPTH AUDIT ORDERED | PAL MAILED | ADD'L DOC. RECEIVED MPI |
|---|---|---|---|---|---|---|
| 7/18/00 | 11/07/2000 | 12/04/2000 | 10/05/2001 | | | |

| ADD'L DOC. SENT HERITAGE | *REV. RPT REC. FROM HERITAGE | AAL MAILED | AAL ADJ. MAILED | HEARING REQ REC'D | HEARING SCHEDULED | SETTLEMENT MEETING | FINAL ORDER SIGNED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NO ABUSE LETTER $0.00 O/P (date only) | EDU LETTER $0.01 - $500.00 (date only) | CASE CLOSED |
|---|---|---|
| N/A | N/A | 09-18-2002 |

**DATES ONLY: MM/DD/YYYY**

| *IN DEPTH AUDITS* | AUDIT DATE | | DOS: | | TO: | |
|---|---|---|---|---|---|---|

| AUDIT REQUESTED | RECEIVED FROM HERITAGE | TO ASSIGNED INVESTIGATOR | *CHECKLIST COMPLETED | PAL MAILED | ADD'L DOC. RECEIVED MPI |
|---|---|---|---|---|---|
| | | | | | |

| ADD'L DOC. SENT HERITAGE | *REV. RPT REC FROM HERITAGE | AAL MAILED | AAL ADJ. MAILED | HEARING REQ REC'D | HEARING SCHEDULED | SETTLEMENT MEETING | FINAL ORDER SIGNED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NO ABUSE LETTER $0.00 O/P (date only) | EDU LETTER $0.01 - $500.00 (date only) | CASE CLOSED |
|---|---|---|
| | | |

**DOLLARS ONLY : OVERPAYMENT $000,000,000.00**

| PAL $ | AAL $ | AAL ADJUSTED $ | FINAL / ORDER $ |
|---|---|---|---|
| | | | |

| ED LTR $: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT DISPOSITION | O/P | NO ABUSE | EDU | FROM OS TO ID | MFCU HOLD | PEND | TERM | OTHER |

| REFERRAL | | MFCU | | BD OF PHY | | DOH | |
|---|---|---|---|---|---|---|---|

**\* CHECK LIST MUST BE COMPLETED PRIOR TO MAILING ANY OVERPAYMENT NOTIFICATION**

COMMENTS: Voluntarily terminated 6/6/1/00.
Review period included in CI 01-1769-000

[X] BLACK  [X] GREEN  ___ RED  ___ BROWN  ___ PINK  ___ PURPLE  ___ BLUE



JEB BUSH, GOVERNOR                                                   RHONDA M. MEDOWS, MD, FAAFP, SECRETARY

## MEMORANDUM FOR THE RECORD                    C.I. NO.  00-1815-000-3/H/KNH

Provider No. 1004298 00
License No.  PH0008595

Cobo Pharmacy
937 Fleming Street
Key West, Florida 33040

**SOURCE OF COMPLAINT:**  The complaint resulted from an audit performed by Heritage
Information Systems, Inc. (Heritage) on July 27, 2000, for dates of service June 24, 1998,
through May 26,2000.  Work Group III of Medicaid Program Integrity received the complaint on
November 7, 2000.

**ALLEGATION:**  Original hard-copy prescriptions unavailable, refill documentation not on file,
total quantity paid exceeds total authorized quantity, early refill, and medication billed/dispensed
conflict.  Control substance prescription missing prescription number.

**FINDINGS:**  Cobo Pharmacy became an active Medicaid provider effective April 1, 1977.
Information from the Florida Medicaid Management Information System reveals that Cobo
Pharmacy received $263,755.16 in Medicaid payments between January 1, 2000, and June 7,
2000.  Cobo Pharmacy voluntarily terminated the Medicaid program effective June 1, 2000.

On July 27, 2000, Heritage auditors reviewed a randomly selected sample (225 claims) of the
provider's paid Medicaid claims (8,417).  The hard-copy prescriptions that corresponded to the
selected paid claims were audited to determine if a valid prescription order from the doctor
existed, if there were any discrepancies between the prescription orders and the paid claims, and
for compliance with state and federal regulations and Medicaid policies.  139 discrepant claims
($12,632.53) were found in the random sample.  Heritage extrapolated the overpayment in the
random sample to the random sample universe at a 95% one-sided lower confidence limit and
identified a $374,476.56 overpayment.  The audit of Cobo Pharmacy's records was at Eckerd
Drug where the records were stored away from the Eckerd pharmacy area.  Cobo Pharmacy's
owner/pharmacist was not present for the audit.  The most frequent discrepancy was original
hard-copy prescription unavailable, occurring 129 times out of 225.  The auditors reported the
records to be unorganized.

However, Medicaid Program Integrity received a $40,000.00 check from Cobo Pharmacy on
October 12, 2001 for a self-audit and opened C.I. 01-1769-000 on October 29, 2001.  Review of
the information provided to Medicaid Program Integrity by the provider for the period, January 1,
1996, through May 31, 2000, (the self-audit) indicated an overpayment including interest was

FL-AG-0002874

Cobo Pharmacy
Page 2

due in the amount of $40,000.00 for inflated reimbursements. Instructions from the Chief of
Medicaid Program Integrity were received on October 31, 2001 to accept the check from the self-
audit and to close the case. The provider's check was given to Medicaid accounts receivable on
November 7, 2001. Also, because the self-audit overlapped (and completely encompassed) the
Heritage audit, this matter should be closed.

**RECOMMENDATIONS**: Close the case with no abuse, the review period is included in the
closed case, C.I. 01-1769-000.

SUBMITTED BY:                          APPROVED BY:


*Kathryn N. Holland*                   *d. Koz*
Kathryn N. Holland, C.Ph.              D. Kenneth Yon
Senior Pharmacist                      AHCA Administrator, Work Group III
Medicaid Program Integrity             Medicaid Program Integrity


*September 16, 2002*                   *9/17/02*
Date                                   Date

FL-AG-0002875

*FLORIDA MEDICAID*

Page 1
10/26/2000  15 20 35
Series 99 - 33
Form RPT-3

| Pharmacy Audit - Final Report |

Pharmacy: **Cobo Pharmacy**

Address: **937 Fleming Street**
**Key West, FL 330400000**

Provider #: **100429800FL**

Audit Date: 07/27/2000
Audit Time Period: 06/24/1998 - 05/26/2000
Auditors: William Thomas, R.Ph.
Harald Schwarz, R.Ph.

## I. Description of Claim Samples & Overall Findings:

| | | # of Claims | $ Paid to Phcy |
|---|---|---|---|
| A. | Total Utilization During Audit Time Period: | 8,417 | 761,022.41 |
| B. | Total Judgmental Sample: | n/a | n/a |
| C. | Discrepant Claims in Judgmental Sample: * | | |
| D. | Documented Sanctions in Judgmental Sample: | | |
| E. | Total Random Sample: | 225 | 20,729.54 |
| F. | Discrepant Claims in Random Sample: * | 139 | 13,003.60 |
| G. | Documented Sanctions in Random Sample: | 139 | 12,632.53 |
| H. | Random Sample Average Sanction Amount ("G" divided by "E"): | | 56.14457 |
| I. | Random Sample Universe ("A" minus "B"): | 8,417 | |
| J. | Extrapolated Overcharges ("H" multiplied by "I"): | | 472,568.91 |
| K. | Total Calculated Overpayment ("D" plus "J"): | | 472,568.91 |
| L. | Total Recommended Recoveries:<br>(Includes 95% One-Sided Lower Confidence Limit of Extrapolated Random Sample<br>Plus Judgmental Findings, if any, from line "D") | | 374,476.56 |

## II. Summary of Actual Discrepancies Documented      (see Section IV for claim-level detail)

| Code | Discrepancy Description | # Discrepancies |
|---|---|---|
| CF | Original hard-copy prescription cannot be found on file during the audit. | 129 |
| UR | The number of refills billed and paid to the pharmacy exceeds the number authorized by prescriber. Refills are dispensed without documented authorization from the prescriber. | 5 |
| TOBQ | Total units paid (with refills) exceeds the total units authorized by the prescriber. | 1 |
| RTS | Prescription is refilled sooner than appropriate with respect to quantity and directions for use, within plan defined utilization limits. | 1 |
| WDB | A pharmacy submits a claim for a medication that is different from the medication dispensed to the patient. | 2 |
| NRX# | The hard-copy prescription contains no unique prescription identifier number. | 1 |

\* Some discrepancies may not call for monetary sanctions.  These are noted to the pharmacy for educational purposes only.
  Since some claims have multiple discrepancies, individual claims may be listed twice, therefore may exceed sanctions listed in section I

FL-AG-0002876

*FLORIDA MEDICAID*

Page 2
10/26/2000: 15 20 35
Series: 99 - 53
Form RPT-3

| Pharmacy Audit - Final Report |

Pharmacy:  **Cobo Pharmacy**                    Provider #:  100429800FL

## III.  Comments / Notes:

This audit checked records from Cobo Pharmacy which was bought by Eckerd on 5/31/2000, and Cobo Pharmacy is no longer in operation. The previous owner (Luis Cobo) was not on site during the audit. The Eckerd pharmacist on duty directed the auditors to the Cobo Pharmacy records stored away from the Eckerd Pharmacy area.

The Eckerd pharmacist mentioned that the computer system employed by Cobo Pharmacy is still located in the Eckerd Pharmacy but unreliable due to Y2K problems.

The Cobo Pharmacy records were audited according to the audit plan. Of the 225 records in the sample, 139 could not be located. The auditors employed a double check sytstem to avoid overlooking prescriptions. It is noteworthy that the filing system is not accurate. For example, there were instances in which the prescription numbers marked on the outside of the spindle boxes did not match the prescriptions filed inside. None of the prescriptions were filed in true numerical order.

FL-AG-0002877

*FLORIDA MEDICAID*

| Pharmacy Audit - Final Report |
| --- |

Pharmacy: **Cobo Pharmacy**                    Provider #: 100429800FL

## IVb.  Discrepancy Listing - *Random Sample:*

| Member ID | Rx# | DOS | QTY | Drug | NDC | Paid Amount | Discrepancies | Sanction |
|---|---|---|---|---|---|---|---|---|
| 01100740200 | 4824405 | 06/02/1999 | 30 | CLONAZEPAM TAB 0.5MG | 52544074601 | 16.15 | CF | 16.15 |
| 76792914500 | 4824491 | 06/15/1999 | 90 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 8.90 | CF | 8.90 |
| 73374815100 | 4825350 | 06/07/1999 | 60 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 7.34 | CF | 7.34 |
| 26329200200 | 4828468 | 03/02/2000 | 270 | PHENOBARB TAB 30MG | 00677166610 | 8.14 | CF | 8.14 |
| 81032793900 | 4831213 | 03/26/2000 | 30 | ATIVAN TAB 2MG | 00008006502 | 43.49 | NRX# | 43.49 |
| 15016776700 | 4831223 | 01/01/2000 | 60 | DIAZEPAM TAB 5MG | 00555036305 | 7.02 | CF | 7.02 |
| 35177150200 | 4832005 | 02/25/2000 | 31 | TEMAZEPAM CAP 30MG | 00378505001 | 7.68 | CF | 7.68 |
| 81009437800 | 4832285 | 02/05/2000 | 60 | ALPRAZOLAM TAB 0.25MG | 00781106105 | 5.56 | CF | 5.56 |
| 75021072300 | 4832820 | 01/06/2000 | 100 | PROPO-N/APAP TAB 100-650 | 00781172005 | 10.55 | CF | 10.55 |
| 73374815100 | 4837181 | 05/17/2000 | 60 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 7.34 | CF | 7.34 |
| 77210016600 | 4837324 | 05/01/2000 | 93 | DIAZEPAM TAB 5MG | 00555036305 | 8.55 | CF | 8.55 |
| 81582863800 | 4837920 | 05/22/2000 | 40 | PROPO-N/APAP TAB 100-650 | 00781172005 | 6.75 | CF | 6.75 |
| 74700237900 | 6809846 | 02/08/1999 | 5 | NASCOBAL GEL | 00091703312 | 61.74 | CF | 61.74 |
| 81032793900 | 6810774 | 03/27/1999 | 30 | ZIAC TAB 2.5/6.25 | 00005323823 | 32.05 | CF | 32.05 |
| 75728802900 | 6812250 | 05/15/1999 | 60 | WELLBUTRIN TAB 150MG SR | 00173013555 | 78.89 | CF | 78.89 |
| 75396305700 | 6812645 | 05/06/1999 | 270 | INVIRASE CAP 200MG | 00004024515 | 527.06 | CF | 527.06 |
| 81187418100 | 6812719 | 03/29/1999 | 60 | ZYBAN TAB 150MG SR | 00173055602 | 78.89 | CF | 78.89 |
| 81023991600 | 6813573 | 03/16/1999 | 60 | HYDROXYZ HCL TAB 25MG | 00677060505 | 5.64 | CF | 5.64 |
| 74700237900 | 6813817 | 02/08/1999 | 60 | COMBIVIR TAB | 00173059500 | 506.64 | CF | 506.64 |
| 76785834800 | 6814571 | 02/08/1999 | 60 | ZERIT CAP 40MG | 00003196701 | 247.26 | CF | 247.26 |
| 26557999000 | 6815215 | 03/03/1999 | 30 | THEO-DUR TAB 200MG ER | 00085093301 | 13.29 | CF | 13.29 |
| 74649505900 | 6816474 | 10/01/1999 | 270 | VIRACEPT TAB 250MG | 63010001027 | 543.31 | UR | 543.31 |
| 15016776700 | 6816524 | 05/03/1999 | 34 | ALBUTEROL AER 90MCG | 59930156001 | 19.16 | CF | 19.16 |
| 74817991700 | 6816551 | 02/02/1999 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 185.97 | CF | 185.97 |
| 30434440200 | 6817133 | 07/28/1999 | 30 | REZULIN TAB 200MG | 00071035215 | 83.24 | CF | 83.24 |

### FLORIDA MEDICAID

| Pharmacy Audit - Final Report |
|---|

Pharmacy:  **Cobo Pharmacy**                                         Provider #:  100429800FL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73374815130 | 6817548 | 11/18/1999 | 30 | DIFLUCAN TAB 200MG | 00049343030 | 308.64 CF | 308.64 |
| 74649505900 | 6817851 | 10/01/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81 CF | 22.81 |
| 74649505900 | 6817852 | 03/04/1999 | 60 | RETROVIR TAB 300MG | 00173050100 | 274.97 CF | 274.97 |
| 26766157200 | 6817866 | 01/28/1999 | 30 | PREMARIN TAB 0.625MG | 00046086781 | 17.28 CF | 17.28 |
| 26329200200 | 6818240 | 04/03/1999 | 180 | VASOTEC TAB 10MG | 00006071368 | 176.27 WDB | 176.27 |
| 74886352900 | 6818600 | 02/11/1999 | 90 | CARBAMAZEPIN TAB 200MG | 00228214310 | 15.70 CF | 15.70 |
| 75021072300 | 6818929 | 03/08/1999 | 30 | ZYPREXA TAB 10MG | 00002411760 | 228.94 CF | 228.94 |
| 75021072300 | 6818966 | 10/11/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81 CF | 22.81 |
| 77445333300 | 6819402 | 01/15/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26 CF | 190.26 |
| 75396305700 | 6819494 | 04/10/1999 | 60 | EPIVIR TAB 150MG | 00173047001 | 235.93 CF | 235.93 |
| 26329200200 | 6819517 | 01/06/2000 | 30 | NITROGLYCER DIS 0.4MG/HR | 00182126717 | 31.29 CF | 31.29 |
| 81313404300 | 6820041 | 03/01/1999 | 30 | NORVASC TAB 10MG | 00069154068 | 60.06 CF | 60.06 |
| 81011673100 | 6820254 | 03/08/1999 | 60 | SERZONE TAB 150MG | 00087003931 | 66.04 CF | 66.04 |
| 74649505900 | 6820273 | 03/01/1999 | 120 | ULTRASE MT20 CAP | 58914000410 | 136.84 CF | 136.84 |
| 75021072300 | 6820405 | 10/11/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26 CF | 190.26 |
| 81095075700 | 6820445 | 04/07/1999 | 60 | EPIVIR TAB 150MG | 00173047001 | 235.93 CF | 235.93 |
| 26297938400 | 6820461 | 08/09/1999 | 30 | CARDIZEM CD CAP 120MG/24 | 00088179530 | 36.99 CF | 36.99 |
| 81025731800 | 6821691 | 05/28/1999 | 21 | ORTHO-CYCLEN TAB 0.25/35 | 00062190015 | 29.82 CF | 29.82 |
| 26411705800 | 6821751 | 03/08/1999 | 30 | ARICEPT TAB 10MG | 62856024630 | 112.47 CF | 112.47 |
| 75083020500 | 6821780 | 03/10/1999 | 40 | CELEBREX CAP 100MG | 00025152031 | 55.23 RTS | 4.23 |
| 81312663100 | 6821826 | 05/01/1999 | 15 | BENZTROPINE TAB 1MG | 51285082802 | 4.77 CF | 4.77 |
| 06044742600 | 6822046 | 03/15/1999 | 30 | REZULIN TAB 400MG | 00071035315 | 131.02 CF | 131.02 |
| 81372847200 | 6822791 | 09/14/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26 UR | 190.26 |
| 01100740200 | 6823084 | 04/05/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 107.74 CF | 107.74 |
| 76785834800 | 6823158 | 05/03/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 27.33 CF | 27.33 |
| 01100740200 | 6823221 | 08/03/1999 | 30 | GLYBURIDE TAB 5MG | 00781145710 | 7.22 CF | 7.22 |
| 77134700300 | 6823224 | 04/09/1999 | 60 | PROPRANOLOL TAB 60MG | 50111047001 | 6.02 CF | 6.02 |

FL-AG-0002879

*FLORIDA MEDICAID*

Page 5
10/26/2000  15 20 36
Series 99 - 53
Form RPT-3

### Pharmacy Audit - Final Report

Pharmacy: **Cobo Pharmacy**                                Provider #:  100429800FL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81313404300 | 6823299 | 04/12/1999 | 60 | PRILOSEC CAP 20MG CR | 61113074231 | 211.25 CF | 211.25 |
| 30434440200 | 6823337 | 04/13/1999 | 60 | PEPCID TAB 20MG | 00006096331 | 95.17 CF | 95.17 |
| 81116595500 | 6823389 | 06/21/1999 | 100 | B-D MF SYRG MIS 1CC/28G | 08290841003 | 25.56 CF | 25.56 |
| 26329200200 | 6823452 | 09/27/1999 | 90 | METOPROLOL TAB 50MG | 00378003210 | 8.32 CF | 8.32 |
| 75304827600 | 6823633 | 08/02/1999 | 30 | CYCRIN TAB 2.5MG | 59911589801 | 6.67 CF | 6.67 |
| 74886352900 | 6823652 | 10/18/1999 | 28 | PREMARIN TAB 2.5MG | 00046086581 | 35.23 WDB | 35.23 |
| 75396305700 | 6823674 | 05/06/1999 | 240 | NORVIR SOL 80MG/ML | 00074194063 | 270.99 CF | 270.99 |
| 81011612600 | 6823827 | 08/10/1999 | 30 | DIOVAN CAP 160MG | 00083400101 | 36.35 CF | 36.35 |
| 26795781100 | 6823856 | 04/24/1999 | 30 | PROZAC CAP 20MG | 00777310502 | 73.48 CF | 73.48 |
| 74817991700 | 6824011 | 04/28/1999 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 194.88 CF | 194.88 |
| 03520053700 | 6824122 | 06/01/1999 | 28 | PREMPRO TAB 625-2.5 | 00046087501 | 23.57 CF | 23.57 |
| 74300494400 | 6824545 | 06/07/1999 | 270 | VIRACEPT TAB 250MG | 63010001027 | 524.25 CF | 524.25 |
| 33620810200 | 6824579 | 05/14/1999 | 60 | CELEBREX CAP 100MG | 00025152031 | 80.73 CF | 80.73 |
| 81173747600 | 6824587 | 12/31/1999 | 30 | FUROSEMIDE TAB 40MG | 00378021610 | 4.87 CF | 4.87 |
| 74886352900 | 6824617 | 11/19/1999 | 90 | CARBAMAZEPIN TAB 200MG | 00228214310 | 15.70 CF | 15.70 |
| 26766157200 | 6824656 | 05/16/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 107.74 CF | 107.74 |
| 75310967800 | 6824657 | 07/20/1999 | 30 | FUROSEMIDE TAB 20MG | 00781181810 | 4.80 CF | 4.80 |
| 81187418100 | 6824726 | 05/18/1999 | 30 | NOVOLIN INJ 70/30 | 00169183711 | 60.34 CF | 60.34 |
| 01100740200 | 6824737 | 08/03/1999 | 30 | PREMARIN TAB 0.625MG | 00046086781 | 17.85 CF | 17.85 |
| 32155501000 | 6824778 | 08/25/1999 | 60 | ACYCLOVIR TAB 400MG | 00172426760 | 35.65 CF | 35.65 |
| 81085701800 | 6825071 | 05/28/1999 | 30 | CELEBREX CAP 200MG | 00025152531 | 68.96 CF | 68.96 |
| 73356728600 | 6825185 | 06/01/1999 | 30 | LEVAQUIN TAB 500MG | 00045152550 | 218.18 CF | 218.18 |
| 74300494400 | 6825380 | 06/08/1999 | 120 | NIZORAL SHA 2% | 50458022304 | 22.71 CF | 22.71 |
| 75396305700 | 6825485 | 07/08/1999 | 90 | SUSTIVA CAP 200MG | 00056047492 | 353.09 CF | 353.09 |
| 81200161400 | 6825512 | 09/23/1999 | 90 | PRAZOSIN HCL CAP 2MG | 00378230201 | 10.71 CF | 10.71 |
| 76775843400 | 6825725 | 07/13/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81 CF | 22.81 |
| 26766157200 | 6825745 | 03/26/2000 | 28 | PREMPRO TAB 625-2.5 | 00046087501 | 26.71 CF | 26.71 |

*FLORIDA MEDICAID*

| Pharmacy Audit - Final Report |
| --- |

Pharmacy:  **Cobo Pharmacy**                                    Provider #:  100429800FL

| | | | | | | |
|---|---|---|---|---|---|---|
| 74817991700 | 6825964 | 06/24/1999 | 20 CLARITIN-D TAB 5-120 CR | 00085063501 | 26.22 CF | 26.22 |
| 36861361000 | 6825988 | 06/25/1999 | 30 CYPROHEPTAD TAB 4MG | 00172292960 | 4.70 CF | 4.70 |
| 75304827600 | 6826052 | 01/20/2000 | 90 ATENOLOL TAB 100MG | 54921010110 | 11.54 CF | 11.54 |
| 35177150200 | 6826133 | 10/03/1999 | 31 LANOXIN TAB 0.25MG | 00173024975 | 8.51 CF | 8.51 |
| 01100740200 | 6826359 | 07/06/1999 | 30 PAXIL TAB 40MG | 00029321313 | 71.49 CF | 71.49 |
| 74344877600 | 6826452 | 07/20/1999 | 30 PRILOSEC CAP 20MG CR | 61113074231 | 108.75 CF | 108.75 |
| 73374815100 | 6827102 | 05/11/2000 | 90 SMZ/TMP DS TAB 800-160 | 00093008905 | 14.26 CF | 14.26 |
| 26766157200 | 6827141 | 07/30/1999 | 30 CELEBREX CAP 100MG | 00025152031 | 42.19 CF | 42.19 |
| 75304827600 | 6827163 | 01/10/2000 | 30 FLORINEF TAB 0.1MG | 00003042950 | 22.03 UR | 22.03 |
| 32155501000 | 6827190 | 10/25/1999 | 18 SMZ/TMP DS TAB 800-160 | 00093008905 | 5.74 CF | 5.74 |
| 76088704600 | 6827493 | 04/24/2000 | 45 LOTRISONE CRE | 00085092402 | 49.75 CF | 49.75 |
| 81498514600 | 6827690 | 12/23/1999 | 50 SPIRONOLACT TAB 25MG | 00378214601 | 14.93 CF | 14.93 |
| 81256309500 | 6827721 | 08/17/1999 | 180 ULTRAM TAB 50MG | 00045065960 | 122.90 CF | 122.90 |
| 75950510500 | 6827904 | 09/10/1999 | 60 HYDREA CAP 500MG | 00003083050 | 77.12 CF | 77.12 |
| 26129434200 | 6828306 | 01/27/2000 | 30 SYNTHROID TAB 0.1MG | 00048107003 | 12.41 CF | 12.41 |
| 81009545700 | 6828337 | 01/31/2000 | 26 SEREVENT AER 21MCG/AC | 00173046400 | 122.53 CF | 122.53 |
| 76785834800 | 6828348 | 03/03/2000 | 60 ZERIT CAP 40MG | 00003196701 | 258.20 CF | 258.20 |
| 36007683200 | 6828671 | 10/07/1999 | 120 DEPAKOTE TAB 250MG EC | 00074621413 | 89.40 CF | 89.40 |
| 81210374200 | 6828682 | 11/03/1999 | 30 PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |
| 77656125500 | 6828874 | 02/17/2000 | 45 ZOLOFT TAB 100MG | 00049491066 | 94.25 CF | 94.25 |
| 74858932300 | 6829131 | 12/16/1999 | 60 ALLEGRA CAP 60MG | 00088110247 | 57.02 CF | 57.02 |
| 01100740200 | 6829380 | 10/03/1999 | 30 PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |
| 36007683200 | 6829456 | 10/07/1999 | 30 SYNTHROID TAB 0.075MG | 00048105003 | 11.89 CF | 11.89 |
| 77715506800 | 6829758 | 10/18/1999 | 40 HYDROXYZ PAM CAP 25MG | 00172291170 | 6.60 CF | 6.60 |
| 01100740200 | 6829812 | 10/19/1999 | 30 RISPERDAL TAB 4MG | 50458035006 | 178.45 CF | 178.45 |
| 75021072300 | 6830308 | 03/02/2000 | 60 ESKALITH CR TAB 450MG | 00007401020 | 27.44 CF | 27.44 |
| 26394219800 | 6830782 | 12/15/1999 | 30 PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |

*FLORIDA MEDICAID*

| Pharmacy Audit - Final Report |
| --- |

| Pharmacy: | **Cobo Pharmacy** | | | | Provider #: | 100429800FL. | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 81011958900 | 6830822 | 12/07/1999 | 60 | THIOTHIXENE CAP 10MG | 00364216901 | 14.02 CF | 14.02 |
| 77715506800 | 6831130 | 12/30/1999 | 30 | K-DUR TAB 20MEQ CR | 00085078701 | 17.49 CF | 17.49 |
| 81269716300 | 6831169 | 12/28/1999 | 30 | TRIAM/HCTZ CAP 37.5-25 | 00781207401 | 11.85 CF | 11.85 |
| 81200161400 | 6831182 | 12/29/1999 | 60 | K-DUR TAB 20MEQ CR | 00085078701 | 30.76 CF | 30.76 |
| 81372847200 | 6831328 | 03/27/2000 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81 UR | 22.81 |
| 81372847200 | 6831498 | 01/11/2000 | 60 | COMBIVIR TAB | 00173059500 | 527.32 CF | 527.32 |
| 73474512400 | 6831510 | 12/07/1999 | 30 | GLUCOTROL XL TAB 5MG | 00049155066 | 13.07 CF | 13.07 |
| 81116595500 | 6831736 | 05/17/2000 | 60 | PRILOSEC CAP 10MG CR | 00186060631 | 201.14 CF | 201.14 |
| 06044742600 | 6832752 | 01/03/2000 | 30 | GLUCOTROL XL TAB 10MG | 00049156066 | 21.73 CF | 21.73 |
| 75304827600 | 6833121 | 03/14/2000 | 30 | MONOPRIL TAB 20MG | 00087060942 | 28.02 CF | 28.02 |
| 75821107500 | 6833611 | 01/26/2000 | 60 | DOXEPIN HCL CAP 25MG | 00378312501 | 7.05 CF | 7.05 |
| 81011612600 | 6833824 | 01/29/2000 | 30 | HALOPERIDOL TAB 5MG | 00378032701 | 5.10 CF | 5.10 |
| 81173747600 | 6833832 | 05/03/2000 | 30 | FUROSEMIDE TAB 40MG | 00378021610 | 4.87 CF | 4.87 |
| 01100740200 | 6833862 | 02/01/2000 | 60 | CARBAMAZEPIN TAB 200MG | 00228214310 | 11.88 CF | 11.88 |
| 74649505900 | 6833897 | 04/02/2000 | 60 | RETROVIR TAB 300MG | 00173050100 | 286.11 CF | 286.11 |
| 74817991700 | 6833908 | 02/02/2000 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 200.59 CF | 200.59 |
| 26394219800 | 6833914 | 04/01/2000 | 60 | CELEBREX CAP 200MG | 00025152531 | 132.73 CF | 132.73 |
| 26557999000 | 6834018 | 04/27/2000 | 17 | ALBUTEROL AER 90MCG | 59930156001 | 11.69 CF | 11.69 |
| 74799859300 | 6834078 | 03/06/2000 | 90 | HYDRALAZINE TAB 25MG | 49884002701 | 7.60 CF | 7.60 |
| 76792914500 | 6834637 | 05/01/2000 | 90 | DIFLUCAN TAB 200MG | 00049343030 | 947.75 TOBQ | 627.68 |
| 33620810200 | 6834827 | 04/02/2000 | 45 | LOTRISONE CRE | 00085092402 | 49.75 CF | 49.75 |
| 81116595500 | 6834995 | 05/01/2000 | 17 | NASONEX SPR 50MCG/AC | 00085119701 | 50.86 CF | 50.86 |
| 81173747600 | 6835444 | 03/10/2000 | 30 | SPIRONOLACT TAB 50MG | 00677170701 | 19.94 CF | 19.94 |
| 77345479800 | 6835652 | 03/22/2000 | 180 | ULTRASE MT20 CAP | 58914000410 | 215.08 CF | 215.08 |
| 26397216100 | 6836014 | 03/24/2000 | 60 | CELEBREX CAP 200MG | 00025152531 | 132.73 CF | 132.73 |
| 26496414800 | 6836467 | 04/05/2000 | 30 | DIPHENHYDRAM CAP 50MG | 00781249801 | 4.80 CF | 4.80 |
| 81269752000 | 6836562 | 05/02/2000 | 30 | HYDROCHLOROT TAB 25MG | 00005375234 | 4.56 UR | 4.56 |

FL-AG-0002882

*FLORIDA MEDICAID*

Page 8
10/26/2000  15:20:37
Series 99 - 53
Form RPT-3

| Pharmacy Audit - Final Report |

Pharmacy:   **Cobo Pharmacy**                                    Provider #:   100429800FL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26476932400 | 6836867 | 04/15/2000 | 60 | TRIAM/HCTZ CAP 37.5-25 | 00781207401 | 19.48  CF | 19.48 |
| 75685709500 | 6836969 | 04/19/2000 | 30 | PROZAC CAP 20MG | 00777310502 | 74.34  CF | 74.34 |
| 35177150200 | 6837329 | 05/01/2000 | 10 | PREDNISOLONE SUS 1% OP | 61314063710 | 15.78  CF | 15.78 |
| 76608772800 | 6837362 | 05/01/2000 | 30 | TRAZODONE TAB 150MG | 50111044101 | 13.38  CF | 13.38 |
| 81116595500 | 6837875 | 05/17/2000 | 60 | PROPULSID TAB 20MG | 50458044006 | 87.45  CF | 87.45 |
| 81085701800 | 6837964 | 05/19/2000 | 90 | DILTIAZEM ER CAP 120MG/24 | 00378522001 | 48.12  CF | 48.12 |

|  | **Total Paid Amount** | 13,003.60 | **Total Sanctions** | 12,632.53 |
|---|---|---|---|---|



STATE OF FLORIDA

AGENCY FOR HEALTH CARE ADMINISTRATION

JEB BUSH, GOVERNOR

Rhonda M. Medows, MD., FAAFP, Secretary

**SUMMARY/REVIEW SLIP**
**MEDICAID PROGRAM INTEGRITY**
**Source: WORK GROUP _3_ / Administration □**

WHEN COMPLETED
RETURN TO:        Secretary:_____        Phone:_____        Mail Stop: **6**

| | _Name_ | _Title_ | _Date_ |
|---|---|---|---|
| Prepared By: | Kathryn Holland | Senior Pharmacist | 9/16/02 KH |
| Phone Number: | 413-9246 | | |
| Reviewed By: | D. Kenneth Yon | AHCA Admin, MPI | 9/17/2 |

---

**Subject:** COBO PHARMACY

**Comments:**
CLOSING REPORT
HERITAGE ON-SITE AUDIT, EXTRAPOLATED
REVIEW PERIOD INCLUDED IN C.I. 01-1769-000 (SELF-AUDIT BY PROVIDER)

Use Additional Pages If Necessary

2727 MAHAN DRIVE          TALLAHASSEE, FL 32308

```
PROV: 1004298 00        PROVIDER MASTER DISPLAY SCREEN 1            INQUIRY
CURR-DATE: 09/06/02          :               LAST( ANS: 101800   USER: 009
PRACTICE NAME AND ADDRESS (1)  ACH ROUTING N: 067000438  ACH EFFT DATE: 041995
COBO PHARMACY                       EFT-TYPE: 22   ACH PRE-NOTIF-DATE: 040595
 937 FLEMING STREET            ACH ACCT NUM: 100187920        UPIN:
                              CITY: KEY WEST            ST: FL  ZIP: 330400000
TEL: 305 294 2552  CNTY: 44 MONROE    DIST: 11  OUT-ST: N TYPE: 20 PHARMACY
SORT-NAME: COBO PHARMACY                  TAX-TYPE: E  TAX-ID: 592430198
     SPECIALTY      DATE      CERT          SPECIALTY      DATE      CERT


LIC-NO: PH0008595  LIC-DATE: 123186             MCAID-AGREEMENT: Y
APP-DATE: 040177  TYPE-PRAC: 20 SNGLE PHRM  OWN: 5 FOR-PROFIT    DEA: AC2706135
---- ENROLLMENT ----    -------------- NUMBER OF OCCURRENCES -------------
   STATUS       DATE         CAT-OF-SVC (PF2):   1       GROUPS (PF2):    0
E TERM VOL     060100     BILLING-AGENTS (PF2):  0     ADDRESSES (PF13):  1
1 ACTIVE       123188             RATES (PF4):   0    HOLD-REVIEW (PF4):  0
K TERM REENR   123188          BED-DATA (PF4):   0  GROUP-MEMBERS (PF5):  0
1 ACTIVE       040177  BILL-AGENT-MEMBERS (PF6):  0    LAB-CLASSES (PF7):  0
                          FINANCIAL-TRANS (PF8):          PSN/ASN (PF10):
NEW-PROV:              PREV-PROV: 1004294 00    RE-EN STATUS:
MEMO:
```

FL-AG-0002885

```
CUR-DATE: 09/06/02          PROVIDER SUMMARY INQUIRY              USER: PN9
PROVIDER-NUMBER: 1004298      PROVIDER-NAME: COBO PHARMACY
------------------------ FILE SUMMARY INFORMATION ------------------------
                                   NUMBER OF CLAIMS   AMOUNT OF CLAIMS
SUSPENDED                                 0                  .00
IN FINAL DISPOSITION (ADJUDICATED)        0                  .00
PAID MONTH-TO-DATE                        0                  .00
PAID YEAR-TO-DATE                         0                  .00
PAID PRIOR YEAR TOTAL                     0                  .00
DENIED MONTH-TO-DATE                      0
DENIED YEAR-TO-DATE                       0
DENIED PRIOR YEAR TOTAL                   0
PAID AND DENIED ADJUST. MTD               0                  .00
PAID AND DENIED ADJUST. YTD               0                  .00
PAID AND DENIED ADJUST. PRIOR YEAR TOTAL  0                  .00
CLAIM VOLUME YEAR-TO-DATE                 0                  .00
CREDIT BALANCE AS OF    03/28/90                             .00
          ---------- REMITTANCE VOUCHERS AND WARRANTS SENT ----------
          RV NUMBER      WARRANT NUMBER     PAID AMOUNT      PAID DATE
```

FL-AG-0002886



STATE OF FLORIDA
AGENCY FOR HEALTH CARE ADMINISTRATION

JEB BUSH, GOVERNOR                                    RHONDA M. MEDOWS, MD, FAAFP, SECRETARY

## MEMORANDUM

**DATE:**   October 5, 2001

**TO:**     D. Kenneth Yon, AHCA Administrator
            Medicaid Program Integrity

**FROM:**   Kathryn Holland, Senior Pharmacist *KH*
            Medicaid Program Integrity

**SUBJECT:** Cobo Pharmacy Heritage On-Site Audit

Cobo Pharmacy voluntarily terminated the Medicaid program
effective June 1, 2000.  Heritage auditors performed an on-site
audit of Cobo Pharmacy's records on July 27, 2000.  The Cobo
Pharmacy records were stored at Eckerds who purchased Cobo
Pharmacy on May 31, 2000.  Cobo Pharmacy's owner/pharmacist was
not present for the audit.  The most frequent discrepancy was
cannot find, occurring 129 times out of 225.

Please determine whether a provisional letter is appropriate
under these circumstances.



2727 Mahan Drive • Mail Stop #6
Tallahassee, FL  32308

*Visit AHCA Online at*
*www.fdhc.state.fl.us*

FL-AG-0002887



Florida Department of State Division of Corporations

# Corporations Online

**Florida Profit**

**COBO PHARMACY INC**

**PRINCIPAL ADDRESS**
937 FLEMING ST.
KEY WEST FL 33040

**MAILING ADDRESS**
1501 FLORIDA STREET
KEY WEST FL 33040
Changed 06/11/2001

**Registered Agent**

| Name & Address |
|---|
| COBO, LUIS E. |
| 937 FLEMING ST. |
| KEY WEST FL 33040 |

**Officer/Director Detail**

| Name & Address | Title |
|---|---|
| COBO, LUIS E $R^2 h$ 1501 FLORIDA ST KEY WEST FL | PD |
| COBO, ANA A 1501 FLORIDA ST KEY WEST FL | SD |
| COBO, NELIDA 1101 JOHNSON ST KEY WEST FL | TD |

.../cordet.exe?a1=DETFIL&n1=J23082&n2=OFFFWD&n3=0001&n4=P&r1=&r2=&r3=&r1 10/05/2001

FL-AG-0002888

## Annual Reports

| Report Year | Filed Date | Intangible Tax |
|-------------|------------|----------------|
| 1999 | 02/19/1999 | |
| 2000 | 03/02/2000 | |
| 2001 | 03/14/2001 | |

.../cordet.exe?a1=DETFIL&n1=J23082&n2=OFFFWD&n3=0001&n4=P&r1=&r2=&r3=&r410/05/2001

FL-AG-0002889



**search | directory | contact us | 411 | subscribe | tour | help**

**Licensing & Permitting > Search > Professional > Health Licensee Information**

# Health Licensee and Continuing Education Providers Information

Back to Search/Browse          Data As Of **10/05/2001**

License :
**PS15353**

Profession :
**Pharmacist**

Qualifications :

Licensee Name :
**COBO, LUIS E.**

Business Name :

Doing Business As Name :

License Status :
**CLEAR**

Activity Status :
**ACTIVE**

Expiration Date :
**09/30/2003**

Original Issue Date :
**10/13/1976**

Military Status :
**N**

Has Discipline :
**N**

Dispensing Practitioner :

Address of Record :
**VENACARE**
**3426 DUCK AVENUE**
**KEY WEST, FL   33040**

DOH /March 15, 2001 / Version 2.6
Best viewed with Microsoft Internet Explorer 3.02 or higher
Best viewed at 800x600 resolution

FL-AG-0002890

```
PROV: 1004298 00       PROVIDER MASTER DISPLAY SCREEN 1              INQUIRY
CURR-DATE: 04/11/01                         LAST TRANS: 101800       USER: 009
PRACTICE NAME AND ADDRESS (1)   ACH ROUTING N: 067000438   ACH EFFT DATE: 041995
COBO PHARMACY                        EFT-TYPE: 22    ACH PRE-NOTIF-DATE: 040595
  937 FLEMING STREET             ACH ACCT NUM: 100187920            UPIN:
                            CITY: KEY WEST                ST: FL  ZIP: 330400000
TEL: 305 294 2552  CNTY: 44 MONROE      DIST: 11  OUT-ST: N TYPE: 20 PHARMACY
SORT-NAME: COBO PHARMACY                     TAX-TYPE: E  TAX-ID: 592430198
     SPECIALTY      DATE    CERT          SPECIALTY      DATE    CERT


LIC-NO: PH0008595  LIC-DATE: 123186                  MCAID-AGREEMENT: Y
APP-DATE: 040177 TYPE-PRAC: 20 SNGLE PHRM  OWN: 5 FOR-PROFIT    DEA: AC2706135
---- ENROLLMENT ----    -------------- NUMBER OF OCCURRENCES --------------
   STATUS         DATE       CAT-OF-SVC (PF2):    1      GROUPS (PF2):    0
E TERM VOL       060100    BILLING-AGENTS (PF2):  0    ADDRESSES (PF13):  1
1 ACTIVE         123188           RATES (PF4):    0   HOLD-REVIEW (PF4):  0
K TERM REENR     123188        BED-DATA (PF4):    0 GROUP-MEMBERS (PF5):  0
1 ACTIVE         040177  BILL-AGENT-MEMBERS (PF6): 0   LAB-CLASSES (PF7):  0
                         FINANCIAL-TRANS (PF8):          PSN/ASN (PF10):
NEW-PROV:               PREV-PROV: 1004294 00    RE-ENROLLMENT LETTER:
MEMO:
```

```
PROV: 1004298 00      PROVIDER MASTER DISPLAY SCREEN 3           INQUIRY
CURR-DATE: 04/11/01


    SPLIT-BILL:                BILL-AGREEMENT:
PRINT-SUSPENSE: A ALWAYS PRT        MCAR-PART-IND: N      MCAID-PART-IND: Y
PAYMENT-METHOD: E ELEC XFER         YEAR-END-DATE: 1231
BISYNCH: N POS: Y ASAP: Y  TAPE: N   RECORD-FORMAT:      BPI:
   REMIT-MEDIA: H HARDCOPY                LANGUAGE: E ENGLISH
  CORRES-MEDIA: H HARDCOPY        NEW-PAT-EXEMPT-IND:
    PRO-REGION:                   TREAT-PROV-IND:
    REMIT-SEQ: 0 NAME        MEDIPASS-MAX:        MEDIPASS-PHONE:
    SPECIAL-ID:           PHARMACY-AUDIT: N NO DISCREP  AUDIT DATE: 120199
      ELEC-TAD:    SUR-CAT-SVC/CLASS-GROUP:


PHARM-DISP-FEES: BEGIN-DATE:        END-DATE:        DISP-FEE:
```

FL-AG-0002892

```
CUR-DATE: 04/11/01          PROVIDER SUMMARY INQUIRY          USER: PN9
PROVIDER-NUMBER: 1004298   )  PROVIDER-NAME: COBO PH  1ACY
------------------------- FILE SUMMARY INFORMATION -------------------------
                                    NUMBER OF CLAIMS    AMOUNT OF CLAIMS
SUSPENDED                                 0                   .00
IN FINAL DISPOSITION (ADJUDICATED)        0                   .00
PAID MONTH-TO-DATE                        0                   .00
PAID YEAR-TO-DATE                         0                   .00
PAID PRIOR YEAR TOTAL                   2881             263,755.16
DENIED MONTH-TO-DATE                      0
DENIED YEAR-TO-DATE                       0
DENIED PRIOR YEAR TOTAL                   0
PAID AND DENIED ADJUST. MTD               0                   .00
PAID AND DENIED ADJUST. YTD               0                   .00
PAID AND DENIED ADJUST. PRIOR YEAR TOTAL 51               4,836.04-
CLAIM VOLUME YEAR-TO-DATE                 0                   .00
CREDIT BALANCE AS OF    03/28/90                              .00
          ---------- REMITTANCE VOUCHERS AND WARRANTS SENT ----------
          RV NUMBER     WARRANT NUMBER    PAID AMOUNT    PAID DATE
          989734          0005970            433.06      06/07/00
          968108          0006188          9,089.38      05/31/00
          945029          0006564         18,063.12      05/24/00
```

FL-AG-0002893

DOCUMENT COPY REQUEST FORM

Requestor Name: Gloria E. Brady / KNH          Date:    January 17, 20001
Office:          Medicaid Program Integrity
Address:         2727 Mahan Drive   Mail Stop #6        Phone:   413-9263
                 Tallahassee, FL 32308

This section to be completed by MCM only:

MCM TRACKING NUMBER:    011701D          DUE DATE: January 31, 2001

**Request Type (circle only one):**

Claim Copies            Provider File          Electronic Billing Agreement

Check Copies            EMC Reports            Electronic Funds Transfer Agreement

Remittance Vouchers     Turn Around Documents

ACH Transaction Reports to EFT Transfers

**Please include pertinent information** (attach additional sheets as necessary):

Provider Name:      COBO PHARMACY

Provider Number:    1004298-00

Recipient Name:     _____

Recipient Number:   _____

Inclusive Dates or
Dates of Service or
Dates of Payment:   _____

TCN Number(s):      _____

Check Number(s):    _____

Check Amount(s):    _____

**Special Instructions/Comments:**

*CERTIFIED COPIES PLEASE*

# CC: Gloria Forche`

Please return completed form to Sandy McNair, Medicaid Contract Management, 2308 Killearn Center Blvd., Suite 200, Tallahassee, FL 32308. If you have questions, please call Sandy at 922-2725.



**CONSULTEC**

2308 Killearn Center Boulevard    Suite 100
Tallahassee, Florida 32308-3574
(850) 201-1111    FAX (850) 201-1331

January 31, 2001

Mr. Alan Strowd
Acting Chief of Medicaid Contract Management
Agency for Health Care Administration
2308 Killearn Center Boulevard, Suite 200
Tallahassee, FL 32308-3575

SUBJECT:    MCM Letter Number 6786-01
            FM010131S

Dear Mr. Strowd:

The above referenced MCM letter has been completed. However, the Consultec Provider
Enrollment Unit would like to inform Medicaid Contract Management of specific issues
pertaining to the request.

The MCM letter referenced above requested a file copy for Cobo Pharmacy, provider
number 100429800. A folder was located with the provider number 100429400
containing information for both provider numbers. A separate folder for number
100429800 does not seem to exist. Since all information seems to indicate the same
pharmacy, the contents of the folder have been copied and are attached.

If you have any questions, please contact Cheryl Smith at 201-1424 or me at 201-1350.

Sincerely,

Steve Halleck
Executive Project Director

Attachment

cc:    Camilo Gutierrez
       Cheryl Smith

CG/SA/alj


RECEIVED
FEB 2 2001
MEDICAID CONTRACT
MANAGEMENT

FL-AG-0002895

MA Agreement 1984

FL-AG-0002896

STATE OF FLORIDA
DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

Noninstitutional Professional and Technical
Medicaid Provider Agreement

This is to certify that ___*COBO Pharmacy*___ ___*LUIS E. COBO*___ of ___*937 FLEMING ST*___
Name of Provider                                          Street Address

___*KEY WEST   FL*___                                                     ___*33040*___
City and state                                                              Zip Code

on this __*5*__ day of __*Oct.*__ 19 __*84*__, agrees to participate in the Florida Medicaid Program.

1.   The provider agrees that services will be provided to recipients of the Florida Medicaid Program without regard to race, color, religion, national origin, or handicap.

2.   The provider agrees to keep such records as are necessary to fully disclose the extent of services provided to individuals receiving assistance under the State Plan and agrees to furnish the State Agency upon request such information regarding any payments claimed for providing these services. Access to these pertinent records and facilities by authorized Medicaid Program representatives will be permitted upon a reasonable request. All records relating to Medicaid recipients are to be held confidential as provided under 42 CFR 431.305 and 306.

3.   The provider agrees that services or goods billed to the Medicaid program must be medically necessary, Medicaid compensable and of a quality comparable to those furnished by the provider's peers, and the services or goods must have been actually provided to eligible Medicaid recipients by the provider prior to submitting a claim. The provider agrees to submit Medicaid claims in accordance with program policies and that payment by the program for services rendered will be based on the payment methodology in the applicable Florida Administrative Rule. The provider in executing this agreement acknowledges that he understands that payment of Florida Medicaid claims is made from Federal and State funds, and that any falsification, or concealment of a material fact, may be prosecuted under Federal and State laws.

4.   The providers of Independent Lab and X-Ray Services, Home Health Services and Rural Health Clinic Services agree to furnish the Office of Licensure and Certification a completed copy of Form HCFA-1513 (Ownership and Control Interest Disclosure Statement) in accordance with 42 CFR 455.104.

5.   The Department agrees to notify the provider of any major changes in Federal or State rules and regulations relating to Medicaid.

6.   Payment made by the State agency shall constitute full payment for services rendered to recipients under the Medicaid program except in specific programs when co-insurance is required from the recipient.

7.   The provider and the Department agree to abide by the provisions of the Florida Administrative Rules, Florida Statutes, policies, procedures, manuals of the Florida Medicaid Program and Federal laws and regulations.

8.   This agreement may be terminated upon thirty days written notice by either party. The Department may terminate this agreement in the event of fraud, abuse, or failure of the provider to comply with any or all of the provisions of this agreement in accordance with Chapter 120, F.S.

9.   This agreement becomes effective the date the signature of the authorized agent of the Office of Medicaid is affixed.

10.   Requests for payment reflecting dates of service no more than ninety (90) days prior to the effective date of this agreement will be processed.

| Office of Medicaid use only. | For Provider of Services by |
|---|---|
| *Mari W. VanXxxx* | *Luis E. Cobo* |
| Authorized Medicaid Signature | Signature of Authorized Provider / Agent |
|  | *10/5/84* |
| Date | Date |
|  | *Owner / R. Ph.* |
| Title of Medicaid Agent | Title of Authorized Provider / Agent |

The current noninstitutional categories of service and any future noninstitutional categories of service developed within the Medicaid Program shall be covered under this agreement. The current categories of service are as follows:

1.  Physician Services
2.  Prescribed Drug Services
3.  Independent Laboratory Services
4.  Family Planning Services
5.  Home Health Services
6.  Home Nursing Services
7.  Early and Periodic Screening, Diagnosis and Treatment Services
8.  Transportation Services
9.  Dental Services
10. Visual Services
11. Hearing Services
12. Rural Health Clinic Services
13. Advanced Registered Nurse Practitioner Services
14. X-Ray Services
15. Community Mental Health Services
16. Home & Community Based Services
17. Podiatry Services
18. Ambulatory Surgical Centers
19. Medical Adult Day Care Services

STATE OF FLORIDA
DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

Noninstitutional Professional and Technical
Medicaid Provider Agreement

This is to certify that _____ of _____
                           Name of Provider                                Street Address

_____ _____
                      City and State                                 Zip Code

on this _____ day of _____ 19 _____, agrees to participate in the Florida Medicaid
Program.

1.  The provider agrees that services will be provided to recipients of the Florida Medicaid Program without regard to race, color, religion, national origin, or handicap.

2.  The provider agrees to keep such records as are necessary to fully disclose the extent of services provided to individuals receiving assistance under the State Plan and agrees to furnish the State Agency upon request such information regarding any payments claimed for providing these services. Access to these pertinent records and facilities by authorized Medicaid Program representatives will be permitted upon a reasonable request. All records relating to Medicaid recipients are to be held confidential as provided under 42 CFR 431.305 and 306.

3.  The provider agrees that services or goods billed to the Medicaid program must be medically necessary, Medicaid compensable and of a quality comparable to those furnished by the provider's peers, and the services or goods must have been actually provided to eligible Medicaid recipients by the provider prior to submitting a claim. The provider agrees to submit Medicaid claims in accordance with program policies and that payment by the program for services rendered will be based on the payment methodology in the applicable Florida Administrative Rule. The provider in executing this agreement acknowledges that he understands that payment of Florida Medicaid claims is made from Federal and State funds, and that any falsification, or concealment of a material fact, may be prosecuted under Federal and State laws.

4.  The providers of Independent Lab and X-Ray Services, Home Health Services and Rural Health Clinic Services agree to furnish the Office of Licensure and Certification a completed copy of Form HCFA-1513 (Ownership and Control Interest Disclosure Statement) in accordance with 42 CFR 455.104.

5.  The Department agrees to notify the provider of any major changes in Federal or State rules and regulations relating to Medicaid.

6.  Payment made by the State agency shall constitute full payment for services rendered to recipients under the Medicaid program except in specific programs when co-insurance is required from the recipient

7.  The provider and the Department agree to abide by the provisions of the Florida Administrative Rules, Florida Statutes, policies, procedures, manuals of the Florida Medicaid Program and Federal laws and regulations.

8.  This agreement may be terminated upon thirty days written notice by either party. The Department may terminate this agreement in the event of fraud, abuse, or failure of the provider to comply with any or all of the provisions of this agreement in accordance with Chapter 120, F.S.

9.  This agreement becomes effective the date the signature of the authorized agent of the Office of Medicaid is affixed.

10.  Requests for payment reflecting dates of service no more than ninety (90) days prior to the effective date of this agreement will be processed.

| Office of Medicaid use only | For Provider of Services by |
|---|---|
| _Mau Wan Dumbah_ | |
| Authorized Medicaid Signature | Signature of Authorized Provider / Agent |
| Date | Date |
| Title of Medicaid Agent | Title of Authorized Provider / Agent |

EDS 05-84 AGR

The current noninstitutional categories of service and any future noninstitutional categories of service developed within the Medicaid Program shall be covered under this agreement. The current categories of service are as follows:

1.  Physician Services
2.  Prescribed Drug Services
3.  Independent Laboratory Services
4.  Family Planning Services
5.  Home Health Services
6.  Home Nursing Services
7.  Early and Periodic Screening, Diagnosis and Treatment Services
8.  Transportation Services
9.  Dental Services
10. Visual Services
11. Hearing Services
12. Rural Health Clinic Services
13. Advanced Registered Nurse Practitioner Services
14. X-Ray Services
15. Community Mental Health Services
16. Home & Community Based Services
17. Podiatry Services
18. Ambulatory Surgical Centers
19. Medical Adult Day Care Services

FL-AG-0002900

# Check List
# Pharmacy
# Provider Type 20

**• All items must be checked on this form in order to make the provider active.**

 1. DEA Number on Application

 2. Department of Professional Regulation Pharmacy License

3. Non-Institutional Agreement with ORIGINAL signature

FL-AG-0002901

FLORIDA MEDIC. PROGRAM

# MEDICAID PROVIDER
# ENROLLMENT APPLICATION

| OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|
| TRANS CODE | | | | | |
| PROVIDER ID | | | | | |

## SECTION 1 – PROVIDER ADDRESS

MAILING ADDRESS

LAST NAME  FIRST NAME  MIDDLE INITIAL OR FACILITY NAME

C O B O   L U I S   E   A

ATTENTION  BUILDING NAME  SUITE NO.  (IF APPLICABLE)

C O B O   P H A R M A C Y

NUMBER AND STREET  OR P.O. BOX

9 3 7   F L E M I N G   S T

CITY: K E Y   W E S T    STATE: F L   ZIP CODE: 3 3 0 4 0

*PROVIDER ENROLLMENT*

*OCT 09 1984*

BILLING ADDRESS          ALTERNATE ADD USAGE INDICATOR

ATTENTION  BUILDING NAME  SUITE NO.  (IF APPLICABLE)

NUMBER AND STREET  OR P.O. BOX

CITY          STATE    ZIP CODE

## SECTION 2 – PROVIDER DATA

AREA CODE/TELEPHONE: 3 0 5 2 9 4 2 5 5 2    MEDICARE ID NUMBER: P 0 6 1 2   m 0 6 7 0

LICENSE NUMBER: 1 5 3 5 3    LICENSE EXPIRATION DATE: 6 2 0 8 5    LICENSING AGENCY: 0 5

SOCIAL SECURITY/FEID NUMBER: 2 6 1 9 8 7 9 2 0    TYPE ID NO.: 1    OWNERSHIP CODE: 5    COUNTY: 4 4

DEA NUMBER: A C 2 7 0 6 1 3 5    PRACTICE TYPE: 2 0    PROVIDER TYPE: 6 5

| | GROUP 1 |
|---|---|
| O | |
| | GROUP 2 |
| O | |
| | GROUP 3 |
| O | |
| | GROUP 4 |
| O | |
| | GROUP 5 |
| O | |

## SECTION 3 – CATEGORIES OF SERVICE

| CATAGORY 1 | | CATAGORY 4 | |
|---|---|---|---|
| START DATE | | START DATE | |
| END DATE | | END DATE | |
| CATAGORY 2 | | CATAGORY 5 | |
| START DATE | | START DATE | |
| END DATE | | END DATE | |
| CATAGORY 3 | | | |
| START DATE | | | |
| END DATE | | | |

FL-AG-0002902

## SECTION 4 — MEDICAL SPECIALTIES

| | CODE | CERTIFIED<br>YES / NO | NUMBER | EFFECTIVE DATE |
|---|---|---|---|---|
| SPECIALTY 1 | | | | |
| SPECIALTY 2 | | | | |
| SPECIALTY 3 | | | | |
| SPECIALTY 4 | | | | |
| SPECIALTY 5 | | | | |

| | CERTIFIED<br>YES / NO | BOARD ELIG.<br>YES / NO | |
|---|---|---|---|
| PSYCHIATRISTS<br>AND<br>NEUROLOGISTS | | | IF CERTIFIED, ATTACH A COPY OF THE CERTIFICATE STATING<br>THAT APPLICANT IS A DIPLOMATE.<br><br>IF ELIGIBLE, ATTACH A COPY OF THE CERTIFICATE OF RESIDENCY<br>COMPLETION ISSUED BY THE APPROVED RESIDENCY PROGRAM |



## FOR OFFICE USE ONLY

OPT/SKILLED/BASE RATE

EFFECTIVE DATE

INT'L/MILEAGE

EFFECTIVE DATE

IPPANT IU/OXYGEN

EFFECTIVE DATE

# BEDS

VAN CODE

PAYMENT EXCEPTION

PROVIDER AGREEMENT

FL-AG-0002903

STATE OF FLORIDA MEDICAID PROGRAM
PHARMACY POINT OF SALE PROVIDER CERTIFICATION AGREEMENT

This Pharmacy Point of Sale Agreement (hereinafter AGREEMENT), made and entered into this 29 day of July, 1992, by and between the Florida Department of Health and Rehabilitative Services (hereinafter DEPARTMENT), acting in its own right as the Agency responsible for administering the Medical Assistance Program (Title XIX) in and by Cobo Pharmacy (hereinafter PROVIDER).

In consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the pharmacy agrees to provide said services in accordance with the following terms and conditions.

1.  This Agreement is in addition to the Provider Enrollment Application between the DEPARTMENT and PROVIDER, including, but not limited to the right of the DEPARTMENT or its representatives to perform audit functions or the requirement that the PROVIDER maintain the original prescription on file.

2.  PROVIDER shall submit to the DEPARTMENT, through Consultec, Inc. (hereinafter CONSULTEC), the fiscal agent for Florida Medicaid, via a point-of-sale (POS) device, prescription dispensed to Florida Medicaid recipients.

3.  The PROVIDER shall safeguard the Medicaid program against abuse in its utilization of claims entry through the POS system.

4.  The PROVIDER shall correctly enter the claims data, monitor the data and certify that the data entered is correct.

5.  The PROVIDER shall promptly reverse any claim which is adjudicated and then not dispensed to a Medicaid recipient. Claim reversals are limited in their use by Medicaid policy.

6.  The PROVIDER shall allow the DEPARTMENT access to claims data and assure that transmission of claims data is restricted to authorized personnel so as to preclude erroneous payments by CONSULTEC resulting from carelessness or fraud.

7.  The PROVIDER shall allow the Secretary of the Department or any of his designees and representatives of the Office of the Auditor General to review and copy all records.

8.  The PROVIDER shall abide by all Federal and State statutes, rules, regulations and manuals governing the Florida Medicaid Program and those conditions as set out in the Medical Assistance Provider Agreement entered into previously.

9.  The PROVIDER's system vendor is ___FC±___, and the PROVIDER's system vendor certification number is _____.

In witness whereof, the parties have duly executed this Agreement as of the day and year first above written.

AGREED UPON BY:
CONSULTEC, INC.

By: _____

_____

_____

PROVIDER

By: LUIS E. Cobo     Luis E. Cobo  7/29/92
(Print or Type Name)     (Signature, Date)

Pres/RPh     Cobo Pharmacy Inc
(Title)     (Corporate or Firm Name)

937 FLEMING ST     KEY WEST FL 33040
(Address)     (City, State, Zip)

305 294-2552     100429800
(Phone Number)     (Assigned Provider Number)

REV. 08/27/92

FL-AG-0002904

Unisys Corporation          Telephone
2525 ⌐ith Monroe Street      904 671 0100
Tallat   ee FL 32301

*Sy 36313*

**UNISYS**

# ECS AGREEMENT

## AGENCY FOR HEALTH CARE ADMINISTRATION
## ELECTRONIC CLAIMS SUBMISSION AGREEMENT

THIS AGREEMENT made and entered into this _____ *16*, day of *Nov*,
19 *9 ↑*, by and between the Agency for Health Care Administration, hereinafter called the
"Agency," acting in its own right as the Agency responsible for administering the Medical
Assistance Program (Title XIX) and by *C.S. Pharmacy, Inc* hereinafter
called "Provider,"

WITNESSETH:

In consideration of the mutual promises and covenants contained herein and other good and
valuable consideration, the parties hereto agree as follows:

1. The Agency shall allow the Provider to enter Medicaid claims through the Electronic Claims
   Submission Department by one of the following feasible alternatives available to the
   Provider. Please check which medium the Provider has chosen:

   A. _____ASAP
      What type of media is your computer capable of installing?
      ☐ 3 1/2 Diskette      ☐ 5 1/4 Diskette (high density)      ☐ 5/14 Diskette (low density)

   B. Asynchronous Transmission - Vendor _____*Envieve* / *PC-1*___
            (*Relay vendor*)        Vendor        (*software*)
   C. _____Bisynchronous Transmission
      _____Bisynchronous Transmission - Vendor _____
                                                              Vendor
   D. _____Magnetic Tape
      _____Magnetic Tape - Vendor _____
                                                              Vendor

   Note: If using a vendor, please enter the vendor's name.

2. The Provider shall safeguard the Medicaid program against abuse in its utilization of
   claims entry through medium mentioned above in number 1.

3. The Provider shall correctly enter the claims data, monitor the data and certify that the
   data entered is correct.

4. The Provider shall allow the Agency access to claims data and assure that transmission of
   claims data is restricted to authorized personnel so as to preclude erroneous payments by
   the Agency's Fiscal Agent resulting from carelessness or fraud.

5. At the time of transmission of claims. the Provider shall have on file applicable source data in accordance with existing program requirements, i.e., charge data.

6. The Provider shall allow the Director of the Agency or any of its designees and representatives of the Office of the Auditor General to review and copy all records. including source documents and data which relate to information entered by the chosen Medium in section 1 for the Medicaid Program.

7. The Provider shall abide by all Federal and State statutes, rules, regulations and manuals governing the Florida Medicaid Program and those conditions as set out in the Medical Assistance Provider Agreement entered into previously.

BY: _____
(Provider / Representative Signature)

DATE: _____11/16/94_____

PROVIDER NUMBER _100429800_

ADDRESS: _____

_____

_____

_____

---

For Office Use Only _____   Do Not Write Below This Line

Date Received_____     MMIS Update_____     ECS Spec_____

**FLORIDA MEDICAID PROGRAM**

BY:      _____

TITLE:   _____

DATE:    _____

*54 026515*

## STATE OF FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION
## MEDICAID PHARMACY POINT OF SERVICE PROVIDER CERTIFICATION
## AGREEMENT

This Pharmacy Point of Service Agreement (hereinafter AGREEMENT), made and entered into this *28* day Of _____*July*_____, 19 *94*, by and between the Florida Agency for Health Care Administration (hereinafter AGENCY), acting in its own right as the Agency responsible for administering the Medicaid Assistance Program (Title XIX) In and by *Coro Pharmacy, Inc* (hereinafter PROVIDER).

In consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the pharmacy agrees to provide said services in accordance with the following terms and conditions.

1. This Agreement is in addition to the Provider Enrollment Application between the AGENCY and PROVIDER, including, but not limited to the right of the AGENCY or its representatives to perform audit functions or the requirement that the PROVIDER maintain the original prescription on file.

2. PROVIDER shall submit to the AGENCY, through the fiscal agent (hereinafter AGENT), for Florida Medicaid, via a Point of Service (POS) device, claims for prescriptions dispensed to Florida Medicaid recipients.

3. The PROVIDER shall safeguard the Medicaid program against abuse in its utilization of claims entry through the POS system.

4. The PROVIDER shall correctly enter the claims data, monitor the data and certify that the data entered is correct.

5. The PROVIDER shall reverse any claim which is adjudicated and then not dispensed to a Medicaid recipient. Claim reversals are limited in their use by Medicaid policy.

6. The PROVIDER shall allow the AGENCY access to claims data and assure that transmission of claims data is restricted to authorized personnel so as to preclude erroneous payment by the AGENT resulting from carelessness or fraud.

7. The PROVIDER shall allow the Director of the AGENCY or any of its designees and representatives of the Office of the Medicaid Fraud Control Unit to review and copy all records.

8. The PROVIDER shall abide by all Federal and State statutes, rules, regulations and manuals governing the Florida Medicaid Program and those conditions as set out in the State of Florida Agency for Health Care Administration Non - Institutional Professional and Technical Medicaid Provider Agreement entered into previously.

9. The PROVIDER's system vendor is _____*ENVOY*_____ and the PROVIDER's system vendor certification number is _____*604209*_____.

In witness whereof, the parties have duly executed this Agreement as of the day and year first above written.

APPROVED BY
FISCAL AGENT
REPRESENTATIVE:

PROVIDER

_____*LUIS E. Coro*_____ . _____*Luis E Coro Pres - 7/28/94*_____
(Print or Type Name)              (Signature, Date)

_____*Pres*_____ . _____*Coro Pharmacy, Inc*_____
(Title)                          (Corporate or Firm Name)

_____*937 Fleming St*_____ . _____*Key West Fl 33040*_____
(Address)                        (City, State, Zip)

_____*305 294-2552*_____ . _____*100429800*_____
(Phone Number)                   (Medicaid Provider Number)

# STATE OF FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION
## MEDICAID POINT OF SERVICE CLAIM SUBMISSION AUTHORIZATION FORM

I, _Luis E. Cobo_ , _Pres_
(Provider Representative)          (Title)

_Cobo Pharmacy, Inc_
(Provider Name)

_100429800_
(Medicaid Provider Number)

do hereby appoint _Envoy_ , my agent, for me and in my name, to
(Telecommunication Switch Vendor)

submit Medicaid claims electronically to Florida Medicaid via the Point of Service medium for

processing.  I do hereby agree to indemnify and hold _Envoy_
(Telecommunication Switch Vendor)

harmless from any and all liability resulting from claims submitted by them for my account.

Signed this _28_ day of _July_ , 19 _94_

DAVID K PERKINS
My Commission CC264600
Expires Mar 11, 1997
Agents Notary Brokerage
800-852-5878

_Luis E. Cobo_
(Signature of Provider Representative)

(Notary Public)

My commission expires: _3-11-97_

07 29 92    09:47                         R                                      @ 002

100429800

## STATE OF FLORIDA MEDICAID PROGRAM
### PHARMACY POINT OF SALE PROVIDER CERTIFICATION AGREEMENT # 36313

This Pharmacy Point of Sale Agreement (hereinafter AGREEMENT), made and entered into this 29 day of 92 by and between the Florida Department of Health and Rehabilitative Services (hereinafter DEPARTMENT (Title XIX) in its own right as the Agency responsible for administering the Medical Assistance Program (Title XIX) in a _Cobo Pharmacy_ (hereinafter PROVIDER).

In consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the pharmacy agrees to provide said services in accordance with the following terms and conditions.

1.   This Agreement is in addition to the Provider Enrollment Application between the DEPARTMENT and PROVIDER, including, but not limited to the right of the DEPARTMENT or its representatives to perform audit functions or the requirement that the PROVIDER maintain the original prescription on file.

2.   PROVIDER shall submit to the DEPARTMENT, through Consultec, Inc. (hereinafter CONSULTEC), the fiscal agent for Florida Medicaid, via a point-of-sale (POS) device, prescription dispensed to Florida Medicaid recipients.

3.   The PROVIDER shall safeguard the Medicaid program against abuse in its utilization of claims entry through the POS system.

4.   The PROVIDER shall correctly enter the claims data, monitor the data and certify that the data correct.

5.   The PROVIDER shall promptly reverse any claim which is adjudicated and then not dispensed to a Medicaid recipient.  Claim reversals are limited in their use by Medicaid policy.

6.   The PROVIDER shall allow the DEPARTMENT access to claims data and assure that transmission of claims data is restricted to authorized personnel so as to preclude erroneous payments by CONSULTEC resulting from carelessness or fraud.

7.   The PROVIDER shall allow the Secretary of the Department or any of its designees and representatives of the Office of the Auditor General to review and copy all records.

8.   The PROVIDER shall abide by all Federal and State statutes, rules, regulations and manuals governing the Florida Medicaid Program and those conditions as set out in the Medical Assistance Provider Agreement entered into previously.

9.   The PROVIDER's system vendor is _PC-1_, and the PROVIDER's system vendor certification number is _9906896 0013210_.

In witness whereof, the parties have duly executed this Agreement as of the day and year first above written.

AGREED UPON BY:
CONSULTEC, INC.

By: 8/19/92
    RH

PROVIDER

By: _LUIS E. Cobo_   _Luis E Cobo_ 7/29/92
      (Print or Type Name)

_Pres/RPh_          _Cobo Pharmacy Inc_
(Title)              (Corporate or Firm Name)

_937 FLEMING ST   KEY WEST FL 33040_
(Address)                    (City, State, Zip)

_305 294-2552_       _100429800_
(Phone Number)         (Medicaid Provider Number)

REV. 08/22/92

FL-AG-0002909

07 29 92   09.27                    R           (                    ☎003

# STATE OF FLORIDA MEDICAID PROGRAM

## MEDICAID POINT OF SALE CLAIM SUBMISSION LIMITED POWER OF ATTORNEY

I, _LUB E. COBO_ , _Pres_
    (Provider Representative)        Title)

_COBO Pharmacy Inc_
    (Provider Name)

_100429800_
    (Medicaid Provider Number)

do hereby appoint _ENVOY_ , my agent, for me and in my name, to
        (Telecommunication Vendor)

submit Medicaid claims electronically to Florida Medicaid via the Point of Sale medium for processing. I do

hereby agree to indemnify and hold _ENVOY_ harmless from any and all
                    (Telecommunication Vendor)

liability resulting from claims submitted by them for my account.

Signed this _29_ day of _Jul_ , 19 _92_

_____
    (Signature of Provider Representative)

_____
    (Notary Public)

My commission expires:     NOTARY PUBLIC STATE OF FLORIDA
                MY COMMISSION EXP. SEPT 30,1995.
                BONDED THRU GENERAL INS. UND.

_999992200_
_HE 6/8/93_

FL-AG-0002910

# STATE OF FLORIDA MEDICAID PROGRAM

## MEDICAID POINT OF SALE CLAIM SUBMISSION LIMITED POWER OF ATTORNEY

I, _Luis E. Cobo_ _Pres_
    (Provider Representative)          Title)

_Cobo Pharmacy Inc_
    (Provider Name)

_100429800_
    (Medicaid Provider Number)

do hereby appoint _ENVOY_ , my agent, for me and in my name, to
(Telecommunication Vendor)

submit Medicaid claims electronically to Florida Medicaid via the Point of Sale medium for processing. I do

hereby agree to indemnify and hold _ENVOY_ harmless from any and all
                            (Telecommunication Vendor)

liability resulting from claims submitted by them for my account.

Signed this _29_ day of _July_, 19 _92_.

_____
(Signature of Provider Representative)

_____
(Notary Public)

My commission expires: _____

FL-AG-0002911

## FOR OFFICE USE ONLY

**LICENSE AND CERTIFICATION REVIEW**

TYPE OF PROVIDER *Pharmacy*

LICENSED ☐ NO ☐ YES   EFFECTIVE DATE _____

EXPIRATION DATE *12/31/84*

CERTIFIED ☐ NO ☐ YES

SIGNATURE *Elaine Green*

**APPROVAL**

☐ **APPROVE**

SIGNATURE *Marie W. Van Denbark*

DATE _____

ELIGIBILITY DATE *8/2/84*

COMMENTS

**DISAPPROVAL**

☐ **DISAPPROVE**

SIGNATURE _____

DATE _____

REASON

FL-AG-0002912

## SECTION 5 — SIGNATURES

**Authorized Signatures**

The following persons are authorized to sign Florida Medicaid Request for Payment forms under the Medicaid Provider Number issued as a result of this application:

| NAME (typed or printed) | Signature |
|---|---|
| LUIS E. COBO | *[signature]* |
| LIONEL M. COBO | *[signature]* |
| | |
| | |
| | |

☐  All or part of claims will be submitted by a billing agent. A completed Provider/ Billing Agent Agreement must be included with this application.

**Certification**

For the purpose of establishing eligibility to receive direct payment for services rendered to recipients of the Florida Medicaid Program, I certify that the information furnished in this application is true, accurate, and complete to the best of my knowledge. I understand that it is my responsibility to notify Medicaid's fiscal agent of any change to the information on this application, including but not limited to, address, group affiliation, or authorized signatures.

LUIS E. COBO
Name of Provider or Authorized Agent

*[signature]*
Signature of Provider or Authorized Agent

Owner / P.R.
Title

10/5/88
Date

FLORIDA MEDICAID PROGRAM

# MEDICAID PROVIDER
# ENROLLMENT APPLICATION

| OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|
| TRANS CODE | | | | | |
| PROVIDER ID | | | | | |

## SECTION 1 — PROVIDER ADDRESS

MAILING ADDRESS

1004294

LAST NAME FIRST NAME MIDDLE INITIAL OR FACILITY NAME

| C | E | B | O | | L | U | I | S | | E | | DBA | | C | E | B | O | | P | H | A | R | M |

ATTENTION BUILDING NAME SUITE NO (IF APPLICABLE)

| C | E | B | O | | P | H | A | R | M | A | C | Y | | | | | | | | | | | |

NUMBER AND STREET OR P O BOX

| 9 | 3 | 7 | | F | L | E | M | I | N | G | | S | T | | | | | | | | | | |

| CITY | | | | | | | | | | | | | STATE | ZIP CODE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | E | Y | | W | E | S | T | | | | | | F L | 3 3 0 4 0 | |

BILLING ADDRESS          ALTERNATE ADD USAGE INDICATOR

ATTENTION BUILDING NAME, SUITE NO (IF APPLICABLE)

| S | A | M | E | | | | | | | | | | | | | | | | | | | | |

NUMBER AND STREET OR P O BOX

| CITY | | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

## SECTION 2 — PROVIDER DATA

| AREA CODE/TELEPHONE | MEDICARE ID NUMBER |
|---|---|
| 3 0 5 7 4 2 5 5 2 | M C 6 9 1 0 |

| GROUP 1 | O | . | | | | |

| LICENSE NUMBER | LICENSE EXPIRATION DATE | LICENSING AGENCY |
|---|---|---|
| 1 5 3 5 3 | C 6 2 C 8 7 | C 5 |

| GROUP 2 | O | | | | | |

| SOCIAL SECURITY/FEID NUMBER | TYPE ID NO | OWNERSHIP CODE | COUNTY |
|---|---|---|---|
| 2 6 1 7 - 7 9 2 6 | 1 | 5 | 4 4 |

| GROUP 3 | O | | | | | |

| GROUP 4 | O | | | | | |

| DEA NUMBER | PRACTICE TYPE | PROVIDER TYPE |
|---|---|---|
| A C 2 7 0 0 1 3 5 | 2 C | 2 C |

| GROUP 5 | O | | | | | |

## SECTION 3 — CATEGORIES OF SERVICE

| CATAGORY 1 | 2 C | | CATAGORY 4 | |
|---|---|---|---|---|
| START DATE | | | START DATE | |
| END DATE | | | END DATE | |
| CATAGORY 2 | 1 3 | | CATAGORY 5 | |
| START DATE | | | START DATE | |
| END DATE | | | END DATE | |
| CATAGORY 3 | 9 0 | | | |
| START DATE | | | | |
| END DATE | | | | |

FL-AG-0002914





FL-AG-0002915

## SECTION 5 – SIGNATURES

**Authorized Signatures**

The following persons are authorized to sign Florida Medicaid Request for Payment forms under the Medicaid Provider Number issued as a result of this application:

| NAME (typed or printed) | Signature |
|---|---|
| *Luis E. Cibo* | *Luis E. Cibo* |
| *Lionel M Cibo* | *Lionel M. Cibo* |

☐   All or part of claims will be submitted by a billing agent. A completed Provider/Billing Agent Agreement must be included with this application.

**Certification**

For the purpose of establishing eligibility to receive direct payment for services rendered to recipients of the Florida Medicaid Program, I certify that the information furnished in this application is true, accurate, and complete to the best of my knowledge. I understand that it is my responsibility to notify Medicaid's fiscal agent of any change to the information on this application, including but not limited to, address, group affiliation or authorized signatures.

_____
Name of Provider or Authorized Agent

_____
Signature of Provider
or Authorized Agent

_____
Title

_____
Date

FL-AG-0002916

## FOR OFFICE USE ONLY

**LICENSE AND CERTIFICATION REVIEW**

TYPE OF PROVIDER_____

LICENSED ☐ NO ☐ YES   EFFECTIVE DATE_____

EXPIRATION DATE _____

CERTIFIED ☐NO ☐ YES

SIGNATURE _____

**APPROVAL**

☐ **APPROVE**

SIGNATURE _____

DATE_____

ELIGIBILITY DATE _____

COMMENTS

**DISAPPROVAL**

☐ **DISAPPROVE**

SIGNATURE _____

DATE_____

REASON

FL-AG-0002917

PROVIDER   RE-ENROLLMENT   REQUEST   SHEET

INSTRUCTIONS  FOR COMPLETION AND CODES APPEAR ON ACCOMPANYING PAGE. IF
POSSIBLE  ADD INFORMATION OR MAKE CHANGES DIRECTLY BESIDE OR BELOW THE
APPLICABLE ITEM. DRAW A LINE THROUGH THE INCORRECT ITEM AND CIRCLE THE
CORRECTED INFORMATION IN RED INK)

CURRENT PROVIDER NUMBER: 100429400

```
1.  PRACTICE ADDRESS AND LICENSE INFORMATION


    COBO PHARMACY                                     159820600140
    937 FLEMING STREET

    KEY WEST        FL 33040      CO: MONROE      TEL:  (305) 294-2552

    TAX ID TYPE: FED ID NUM          TAX ID#: 592430198
    LICENSE NC: 54-03-019340-15 DEA NO:  AC 2706135

2.  PRACTICE INFORMATION                          │ SPEC:
    PROVIDER TYPE:  20 PHARMACY                     │ SPEC:
    PRACTICE TYPE:  20 PHARMACY, SINGLE STORE       │ SPEC:
    OWNERSHIP TYPE: 5  PRIVATELY OWNED, FOR PROFIT  │ SPEC:

3.  CATEGORIES OF SERVICE (COS) INFORMATION    20

    PLEASE CONFIRM THAT THE COS CODES LISTED ABOVE REPRESENT SERVICES YOU
    CURRENTLY RENDER.  CODE TRANSLATIONS APPEAR ON THE ACCOMPANYING PAGE.

4.  BILLING AGENT INFORMATION
    IF YOU HAVE SIGNED AN AGREEMENT WITH ANOTHER PARTY TO SUBMIT CLAIMS FOR
    YOU, PLEASE SUPPLY THE FULL NAME AND ADDRESS:



5.  LANGUAGE INFORMATION
    IF YOU WISH TO RECEIVE CORRESPONDENCE FROM CONSULTEC AND HRS IN SPANISH,
    WHENEVER AVAILABLE, PLEASE CHECK BELOW:
         YES. PLEASE SEND MEDICAID CORRESPONDENCE IN SPANISH INSTEAD OF
    ENGLISH. (PROVIDER HANDBOOKS ARE AVAILABLE ONLY IN ENGLISH)

6.  REMITTANCE VOUCHER (RV) INFORMATION
    IF YOU POSSESS TAPE DRIVE EQUIPMENT AND YOU WOULD LIKE CONSULTEC TO
    CONTACT YOU ABOUT THE POSSIBILITY OF SENDING YOUR REMITTANCE VOUCHER
    (RV) ON COMPUTER TAPE INSTEAD OF PAPER, PLEASE CHECK THE BLOCK BELOW:
         YES, I WOULD LIKE TO INVESTIGATE THE POSSIBILITY OF RECEIVING
         MY RVS ON TAPE.

7.  MEDICARE/MEDICAID PARTICIPATION INFORMATION
    PLEASE VERIFY YOUR MEDICARE & MEDICAID PARTICIPATION STATUS:

    ___ I PARTICIPATE IN MEDICAID SOLELY FOR THE PURPOSE OF COLLECTING CO-
        INSURANCE AND DEDUCTIBLE AMOUNTS FOR MY MEDICARE PATIENTS WHO ARE
        ALSO ELIGIBLE FOR MEDICAID.
    √   I PARTICIPATE IN MEDICARE AND I ALSO PROVIDE SERVICES TO RECIPIENTS
        WHO ARE ELIGIBLE ONLY FOR MEDICAID.
    ___ I PARTICIPATE ONLY IN MEDICAID.

8.  PAY-TO ADDRESS                    │ 10.  MEDICARE PROVIDER NUMBER(S)


                                      │         UD1494
9.  MAILING ADDRESS                   │
                                      │       MO670

11. PLEASE  SIGN BELOW TO CERTIFY THE INFORMATION CONTAINED ON THIS FORM.
    YOUR SIGNATURE ALSO CONFIRMS YOUR AGREEMENT WITH THE FOLLOWING MEDICAID
    POLICY STATEMENT: WHEN YOU BILL MEDICAID FOR COVERED SERVICES  PROVIDED
    TO AN ELIGIBLE RECIPIENT, YOU MAY NOT ALSO BILL THE RECIPIENT.

    SIGNATURE _____  DATE  9/12/88

                                                          1-011627
```

FL-AG-0002918

PROVIDER RE-ENROLLMENT REQUEST SHEET

INSTRUCTIONS FOR COMPLETION AND CODES APPEAR ON ACCOMPANYING PAGE. IF
POSSIBLE ADD INFORMATION OR MAKE CHANGES DIRECTLY BESIDE OR BELOW THE
APPLICABLE ITEM. DRAW A LINE THROUGH THE INCORRECT ITEM AND CIRCLE THE
CORRECTED INFORMATION (IN RED INK) WE CANNOT ENROLL PROVIDERS FOR THE
FIRST TIME WITH THIS FORM) UNTIL DECEMBER 15, 1993. CONTACT EDS FOR
FIRST-TIME PROVIDER ENROLLMENT.

CURRENT GROUP PROV. NO:                    CURRENT PROVIDER NO: 188321000

---

1. INDIVIDUAL ADDRESS OR GROUP'S ADDRESS FOR GROUP-AFFILIATED PROVIDERS

   COBO PHARMACY                                    **188321000013**
   937 FLEMING STREET

   KEY WEST          FL 33040-0000  CO: MONROE      TEL: (305) 294-2562

---

2. A. INDIVIDUAL PROVIDER OR GROUP PROVIDER TAX IDENTIFICATION
   B. INDIVIDUAL PROVIDER LICENSE AND DEA NUMBER (N/A TO GROUP PROV SHEET)

A. TAX ID TYPE: FED ID NUM      TAX ID#: 592430198

B. LICENSE NO: PH0008595         DEA NO: AC2706135

---

3. PRACTICE INFORMATION                  | SIX PRIMARY SPECIALTIES:
PROVIDER TYPE: 20 PHARMACY               | SPEC:
                                         | SPEC:
PRACTICE TYPE*: 20 PHARMACY, SINGLE STORE| SPEC:
                                         | SPEC:
OWNERSHIP TYPE: 5  PRIVATELY OWNED, FOR PROFIT | SPEC:
                                         | SPEC:
* PRACTICE TYPE FOR GROUP ITSELF SHOULD BE "35".| SPECIALTY CODES NEEDED
  PRACTICE TYPE FOR INDIV. MEMBERS OF A GROUP   | ONLY FOR PHYSICIANS,
  SHOULD BE "30", "31", "32", OR "33".          | ARNPS, AND DENTISTS.

---

4. CATEGORIES OF SERVICE (COS) INFORMATION    20

   PLEASE CONFIRM THAT THE COS CODES LISTED ABOVE REPRESENT SERVICES YOU
   CURRENTLY RENDER. CODE TRANSLATIONS APPEAR ON THE ACCOMPANYING PAGE.

---

5. BILLING AGENT INFORMATION (SERVICE BUREAUS/3RD PARTY BILLING COMPANIES)
   IF YOU HAVE SIGNED AN AGREEMENT WITH ANOTHER PARTY TO SUBMIT CLAIMS FOR
   YOU, (ESPECIALLY ELECTRONICALLY), PLEASE PROVIDE THE NAME AND ADDRESS:

---

6. LANGUAGE INFORMATION -- IF YOU WISH TO RECEIVE CORRESPONDENCE FROM HRS
   AND CONSULTEC IN SPANISH WHEN AVAILABLE (PROVIDER HANDBOOKS ARE AVAIL-
   ABLE ONLY IN ENGLISH), PLEASE CHECK THE BLOCK BELOW:
   ___ YES, PLEASE SEND MEDICAID CORRESPONDENCE IN SPANISH.

---

7. REMITTANCE VOUCHER (RV) INFORMATION
   IF YOU CURRENTLY SEND CLAIMS TO MEDICAID ELECTRONICALLY VIA COMPUTER
   TAPE, YOU MAY WISH TO RECEIVE YOUR REMITTANCE VOUCHER ON TAPE AS WELL.
   (THIS SERVICE IS FOR PROVIDERS WITH MAINFRAME COMPUTER TAPE DRIVE EQUIP-
   MENT AND IS NOT DESIGNED FOR PROVIDERS WITH TAPE CARTRIDGE DRIVE PC'S.)

   --- YES, I'M A COMPUTER TAPE BILLER AND I'M INTERESTED IN RECEIVING
       MY RVS ON TAPE.

---

8. PAY-TO ADDRESS                    | 10. CURRENT MEDICARE CROSSOVER
                                     |     ACCOUNT NUMBER

9. MAILING ADDRESS

---

11. PLEASE SIGN BELOW TO CERTIFY THE INFORMATION CONTAINED ON THIS FORM.
    YOUR SIGNATURE ALSO CONFIRMS YOUR AGREEMENT WITH THE FOLLOWING MEDICAID
    POLICY STATEMENT: WHEN YOU BILL MEDICAID FOR COVERED SERVICES PROVIDED
    TO AN ELIGIBLE RECIPIENT, YOU MAY NOT ALSO BILL THE RECIPIENT.

SIGNATURE _____ _Helen Cobo_ _____  DATE 11/14/98

   188321000                                         Z-007231

FL-AG-0002919



State of Florida Department of Professional Regulation
**BOARD OF PHARMACY**

DATE                    FILE NO.                    BATCH NO.

04/30/83          PS 0015353                0057

THE PHARMACIST-CONSULTANT PHARMACIST
NAMED BELOW HAS REGISTERED
UNDER THE PROVISIONS OF CHAPTER  465   FOR
THE YEAR EXPIRING   JUNE 20, 1985

COBO, LUIS ENRIQUE
937 FLEMING STREET
KEY WEST FL 33040

DISPLAY IN A CONSPICUOUS PLACE



State of Florida Department of Professional Regulation
**FLORIDA BOARD OF PHARMACY PERMIT**

DATE: 8/2/84          FILE NO.     8595          BATCH NO.

THE  COMMUNITY PHARMACY
NAMED BELOW  HAS REGISTERED
UNDER THE PROVISIONS OF CHAPTER  465/   FOR
THE YEAR EXPIRING   DECEMBER 31, 1984

Cobo Pharmacy
Luis E. Cobo, Mgr. Ph.
937 Fleming Street
Key West, Florida  33040

DISPLAY IN A CONSPICUOUS PLACE

SECRETARY OF PROFESSIONAL REGULATION

FL-AG-0002920

STATE OF FLORIDA  Department of Professional Regulation
**BOARD OF PHARMACY**

DATE:
05/16/85            FILE NO.            BATCH NO.
                    PS 0015353          07942

THE PHARMACIST
NAMED BELOW HAS REGISTERED
UNDER THE PROVISIONS OF CHAPTER  465    FOR
THE YEAR EXPIRING   JUNE 20, 1987

COBO, LUIS ENRIQUE
937 FLEMING STREET
KEY WEST FL 33040

GOVERNOR        DISPLAY IN A CONSPICUOUS PLACE        SECRETARY OF PROFESSIONAL REGULATION

EDS# 1CC4294



**EDS Federal Corporation**
P.O. Box 9070
Tallahassee, Florida 32314
(800) 342-0031
(904) 878-1023

November 8, 1985

Dear Medicaid Provider:

During a recent review of our Medicaid Provider file, it was determined that the required documentation indicated below was not present in your file.

_____ 1) Medicaid Provider Enrollment Agreement.  Complete the attached form.

✓ 2) Medicaid Provider Enrollment Application.  Complete the attached form.

✓ 3) Current copy of your professional license.  Submit a current copy.

_____ 4) Current copy of certification.  Submit a current copy.

_____ 5) Medicaid Rate/Enrollment Sheet.  Complete the attached form.

Effective December 9, 1985, your provider number will be cancelled unless you return this letter with the required documentation.  If the documentation is not received by this date, we will assume that you no longer wish to participate in the Florida Medicaid Program and that you understand that all claims for patients with Medicaid will be denied for Medicaid payment.

[✓]   I wish to continue my participation in the Florida Medicaid Program.  I have enclosed the indicated documentation.

[ ]   I no longer wish to participate in the Florida Medicaid Program.  I understand that all claims for patients with Medicaid will be denied for Medicaid payment.

_____
Provider's Signature

_____
Date

Sincerely,

Ella L. Tuitt
Director
Provider Relations



# PARKS & NILES, P.A., CERTIFIED PUBLIC ACCOUNTANTS

April 10, 1986

PROVIDER DOCUMENT

APR 17 1986

RECEIVED

E.D.S. Corporation
2671 Executive Center Circle West
Tallahassee, Florida   32301

Gentlemen:

Attached is a copy of 1099-MISC Form received by Cobo Pharmacy for 1985.

The recipient's identification number shown on this Form (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) is the social security number of Mr. Lionel Cobo. Mr. Cobo sold the pharmacy to his son, Luis Cobo, on August 3, 1984.

On behalf of Mr. Lionel Cobo, we request that the recipient's identification number be changed to the present owner of Cobo Pharmacy. The correct Federal Identification Number is 59-2430198.

Also, since the IRS is matching up 1099 Forms and Individual Tax Returns, we request that an amended 1099 be issued for 1985 with the correct identification number.

If you have any questions, please call Mr. Luis Cobo at (305) 294-2552 or myself.

Yours truly,

PARKS & NILES, P.A.

Jack D. Niles, Jr., CPA
For the Firm

JDN:dt
Enclosure

PROVIDER DOCUMENT

APR 23 1986

RECEIVED

John G. Parks, Jr., C.P.A./Jack D. Niles, Jr., C.P.A.
Guy A. Willis, C.P.A./Sharon A. Moore, C.P.A./Sharon L. Kerns, C.P.A.
Members, American Institute of Certified Public Accountants & Florida Institute of Certified Public Accountants

**2432 Flagler Avenue, Key West, Florida 33040 / (305) 294-6606**

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | 1 Rents | OMB No.1545-0115 | |
| --- | --- | --- | --- |
| t..U..T. FEDERAL CORPORATION | | **1985** | **Miscellaneous Income** |
| 2671 EXECUTIVE CNTR CIRCLE N. | 2 Royalties | | |
| TALLAHASSEE, FLORIDA 32331 | | Statement for Recipients of | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Prizes and awards | 4 Federal income tax withheld | Copy C |
| --- | --- | --- | --- | --- |
| 751394412 | 265223590 | | | For Payer's Record or State Copy Where Acceptable |

| RECIPIENT'S name, address, and ZIP code | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| --- | --- | --- | --- |
| 1004294   1004294 | | 34012.35 | For Paperwork Reduction Act Notice and instructions for completing this form, see Instructions for Form 1099 Series, 1098, 5498 and 1096 |
| Erik KEY Cobo Pharmacy | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| 937 FLEMING STREET | | | |
| KEY WEST, FL   33040 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | | |

| Account number (optional) | |
| --- | --- |

Approved I.R.S.   Department of the Treasury—Internal Revenue Service  15-2678063

FL-AG-0002924

# PHARMACY AUDIT REPORT

Provider's Name __Cobo Pharmacy__    Medicaid Provider Number __0004294__

Provider's Address __937 Fleming, Key West__

Person Contacted __LIONEL M. COBO__    Type of Audit __Routine__

| Pharmacy Audit Discrepancies | No. | Suggestions to Provider |
|---|---|---|
| A.  Refill Documentation Not on File | None | |
| B.  Generic Brand Name Billing Conflict | None | |
| C.  Diagnosis Not on Prescription | None | |
| D.  Prescription Not on File | None | |
| E.  Quantity Prescribed/Dispensed Conflict | None | |
| F.  No Refill Authorized | None | |
| G.  NH Supporting Documentation Not on File | None | |
| H.  Patient Prescribed/Billing Conflict | None | |
| I.  NDC Dispensed/Billed Conflict | None | |
| J.  Usual/Customary Billing Discrepancy | None | |
| K.  "Medically Necessary" Not on Prescription | None | |
| L.  Prescription Splitting | None | |
| M.  Other | None | |
| **Claims Audited For New Prescriptions** | 87 | |
| **Claims Audited For Refills** | 113 | |
| **TOTAL CLAIMS AUDITED** | 200 | |

**00429-4**
**COBO PHARMACY**

RPH Signature __Lionel M. Cobo__    Date __11/02/94__

__No discrepancies were noted during the audit__
__of this pharmacy.__

Pharmacy Auditor's Recommendations __Watch refill documentation!__

AUDITOR'S SIGNATURE __E. J. Dangel__

82 6EPR

FL-AG-0002925

# PHARMACY AUDIT REPORT

Provider's Name _Cabe Pharmacy_____ Medicaid Provider Number _0004294_

Provider's Address _937 Fleming St., Key West_____

Person Contacted _Lionel M. Cabe, RPh._ Type of Audit _Routine_____

| Pharmacy Audit Discrepancies | No. | Suggestions to Provider |
|---|---|---|
| A.  Refill Documentation Not on File | None | _____ |
| B.  Generic Brand Name Billing Conflict | None | _____ |
| C.  Diagnosis Not on Prescription | None | _____ |
| D.  Prescription Not on File | None | _____ |
| E.  Quantity Prescribed/Dispensed Conflict | None | _____ |
| F.  No Refill Authorized | None | _____ |
| G.  NH Supporting Documentation Not on File | None | _____ |
| H.  Patient Prescribed/Billing Conflict | None | _____ |
| I.  NDC Dispensed/Billed Conflict | None | _____ |
| J.  Usual/Customary Billing Discrepancy | None | _____ |
| K.  "Medically Necessary" Not on Prescription | None | _____ |
| L.  Prescription Splitting | None | _____ |
| M.  Other | None | _____ |

**Claims Audited For New Prescriptions** _90_

**Claims Audited For Refills** _110_

**TOTAL CLAIMS AUDITED** _200_

RPH Signature _Lionel M. Cabe_____ Date _12/2/83_

_No discrepancies were noted during the audit_
_of this pharmacy._

Pharmacy Auditor's Recommendations: _____

SIGNATURE _E. J. Dangel_____

## SDC PHARMACY AUDIT REPORT

PROVIDER NAME _____   R P I   PROVIDER ADDRESS _____

PROVIDER NUMBER _____

PERSON CONTACTED _____

PHONE  294-2550
**COBO PHARMACY**
L. M. COBO, R. Ph.            L. E. COBO, R. Ph.
COR. FLEMING & GRINNELL      KEY WEST, FLA. 33040
No.                    Dr.

| PHARMACY AUDIT DESCREPANCIES | #/N |
|---|---|
| 1. PRESCRIPTION DOCUMENT NOT ON FILE | OK |
| 2. PATIENT PRESCRIBED/BILLED CONFLICT | OK |
| 3. GENERIC/BRAND NAME BILLING CONFLICT | OK |
| 4. NDC DISPENSED/BILLED CONFLICT | OK |
| 5. NON-COMPENSIBLE ITEM BILLED | OK |
| 6. SCHEDULE V ITEM/QUANTITY CONFLICT | OK |
| 7. QUANTITY PRESCRIBED/DISPENSED CONFLICT | OK |
| 8. DOSAGE REGIMEN/QUANTITY BILLED CONFLICT | OK |
| 9. REFILL AUTHORIZATION MISSING | OK |
| 10. REFILL DOCUMENTATION NOT ON FILE | OK |
| 11. NH SUPPORTING DOCUMENTATION NOT ON FILE | |
| 12. OTHER | |

| | |
|---|---|
| CLAIMS AUDITED FOR NEW PRESCRIPTIONS | |
| CLAIMS AUDITED FOR REFILLS | |
| TOTAL CLAIMS AUDITED | |

Form #79:20PR

**PHARMACY AUDITOR OBSERVATIONS**

① Satisfied c payments

② Review OK/No Rx claim

**SUGGESTIONS TO THE PROVIDER**

PHARMACY PROVIDER # 4394   HAS BEEN AUDITED
ON (DATE) _____

RPh SIGNATURE _____

AUDITOR SIGNATURE _____

SUPERVISOR SIGNATURE _____

FL-AG-0002927

TO:  Professional Health Care
     Administrators, Inc. (PHCA)
     P.O. Box 8374
     Jacksonville, Florida  32211
     Attn:  Data Control

PHARMACY NAME  *COBO PHARMACY*

PHARMACY NUMBER  *004294*

**004294**
COBO PHARMACY

Dear Sirs:

    The following persons are authorized to sign claim forms submitted for
payment of prescriptions dispensed to Medicaid recipients in the Florida
prescribed medicine portion of the Title XIX (Medcaid) Program.

NAME    *LIONEL  M.  COBO*

        *LUIS  E.  COBO*

_Lionel M. Cobo_
Name of Owner, Manager or Corporate
Officer who signed the participating
agreement .

The claims signed by persons not listed above will be returned to the pharmacy.
Please write legibly.

FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

PARTICIPATING PHARMACY CONTRACT

TITLE XIX (MEDICAID) DRUG PROGRAM

Department of Health and Rehabilitative Services ("Department")

and

*C O B O   P H A R M A C Y*
_____
Name

*937 FLEMING ST.*
_____
Address

*KEY WEST, FlA. MONROE 33040*
_____
City          State          County          Zip Code

hereinafter referred to as "Provider," hereby enter into this contract

for Provider's participating in the Florida Title XIX (Medicaid) Drug

Program in accordance with the following terms:

    1.  Department will pay Provider within thirty (30) days from

receipt of all completed, valid claims submitted within the time limit

specified herein and which are correct, complete, valid and free of

Provider errors, as determined by Professional Health Care Administrators,

Inc. ("PHCA").

    2.  Provider agrees:

    a.  To supply designated Federal legend drugs in an amount

set by the Department's Title XIX (Medicaid) Drug Program, prescribed

by a doctor of medicine, osteopathy, dentistry, chiropody, or

podiatry, to all eligible persons under the Florida Title XIX (Medicaid)

Drug Program, without regard to race, color, religion, or national

origin; to fill prescriptions as authorized by a prescriber and in

accordance with the regulations of the Department, and applicable

State and Federal Laws and Regulations, to dispense in reasonably

prescribed quantities subject to the limitations set forth in the

Provider's Manual; and to supply the same quality of service

customarily provided to other persons.  Additionally, the Provider

shall take reasonable measures to ascertain any legal liability of

third parties for claims paid pursuant to this contract and shall refund State Agency any funds received from such third party.

b. To price all such prescriptions in accordance with the regulations and procedures promulgated by the Department and to send no later than the fifth (5th) day of the month following the month in which service was provided to:

Professional Health Care Administrators, Inc.

Post Office Box 8374

Jacksonville, Florida 32211

a claim form detailing each prescription filled or refilled for eligible persons. The claim forms shall be supplied by PHCA and completed in a manner described thereon.

c. To accept payments as payment in full for services rendered pursuant to the Florida Title XIX (Medicaid) Drug Program.

d. To maintain as a permanent record, an individual prescripti for each drug submitted for reimbursement under this contract and to file said prescription numerically or in normally occurring orde with other prescriptions filled by the Provider, or in a separate file, and to record each refill on the original prescription, and t preserve these records for a period of at least three years from th date of the last service.

e. To record clearly on all claim forms for prescriptions submitted for reimbursement under this contract all required inform as shown in the PHCA Manual of Procedures.

f. To submit to an audit by Authorized Agents of the Departmen or the State of Florida; or any authorized United States government agency, of records and transactions involving the dispensing of drugs under the Florida Title XIX (Medicaid) Drug Program, includin all prescriptions and appropriate documents, and to furnish the abo stated agencies information regarding any payment to enable them to determine compliance with this contract and the regulations of the Department for the Florida Title XIX (Medicaid) Drug Program.

3. This Contract may be terminated by either party hereto upon thi (30) days written notice to the other or immediately by the State upon non-availability of State or Federal funds.

4. Provider reserves the right under this contract to decline to dispense any prescription which appears to be improperly executed or which in his professional judgment is unsafe as presented.

5. This Contract is subject to all State and federal laws and regulations pertaining to the Title XIX (Medicaid) Program, and Provider agrees to be bound by any changes or amendments thereto upon notification in writing.

6. Any dispute, disagreement, difference of opinion, or dissatisfaction arising out of the participation of the Provider under the conditions of this contract may be appealed to the Department.

7. This Contract shall become effective and binding upon Department and Provider upon receipt by Department of a copy hereof duly executed by Provider unless Department gives Provider written notice to the contrary within thirty (30) days of such receipt.

PROVIDER

By: _Lionel M. Cob_

Title: _Owner_

DEA No. _AC0198792_

EFFECTIVE DATE:
APRIL 1, 1977

Federal Employer Identification
No. or Owner Social Security No.

_265 — 22 — 3590_

Current Provider Number with PAID
Prescriptions, Inc.

_004294_

C04234
COBO PHARMACY

PAID PRESCRIPTIONS
PARTICIPATING PHARMACY AGREEMEN
FOR
THE STATE OF FLORIDA
DIVISION OF FAMILY SERVICES
MEDICAID - TITLE XIX PROGRAM

*00429-4*

This is to certify *Lionel M. Cobo dba  Cobo Pharmacy*

located at *937 Fleming Street   Key West   Fla   Monroe        33040     5348*

| (No. and Street) | (City) | (State) | (Zip Code) | (County) | (Permit No.) |

agrees to participate in the Florida Medicaid Prescription Drug Program as a provider of pharmacy services, and agrees to comply with all the following items:

1.  To supply designated Federal legend drugs, in an amount set by the Division of Family Services Medicaid-Title XIX program, prescribed by a Doctor of medicine, osteopathy, dentistry, chiropody, or podiatry, to all eligible persons under the Florida Medicaid-Title XIX program, without regard to race, color, religion, or national origin; to refill all prescriptions as authorized by the Prescriber and in accordance with Division of Family Services regulations; to dispense in reasonably prescribed quantities subject to the limitations set forth in the provider's manual; and to supply the same quality of service customarily provided other persons.

2.  To price all such prescriptions in accordance with the regulations and procedures promulgated by the State agency and to send no later than the fifth (5th) day of the month following the month in which service was provided to:

    PAID Prescriptions
    P.O. Box 8008
    Jacksonville FL 32211

    a claim form detailing each prescription filled or refilled for eligible persons.  The claim forms shall be supplied by PAID Prescriptions and in the manner described thereon.

3.  To accept this payment as payment in full for benefits provided by the Division of Family Services regulations.

4.  To maintain as a permanent record, an individual prescription for each drug submitted for reimbursement under this agreement and to file said prescription numerically or in normally-occurring order with other prescriptions filled by the provider, or in a separate file, and to record each refill on the prescription, and to preserve these records for a period of at least three (3) years from the date of the last service.

5.  To clearly record on all claim forms for prescriptions submitted for reimbursement under this agreement all required information as shown in the PAID Prescriptions Manual of Procedures.

6.  To submit to an audit by PAID Prescriptions of records and transactions involving the dispensing of drugs under the Medicaid-Title XIX program, including all prescriptions and appropriate documents, and to furnish PAID Prescriptions information regarding any payment to enable PAID Prescriptions to determine compliance with this agreement.

7.  This agreement may be terminated on thirty (30) days written notice by either party or if the State's contract with PAID Prescriptions terminates, whichever is earlier.

8.  The pharmacist reserves the right under this agreement to decline to dispense any prescription which appears to be improperly executed or which in his professional judgment is unsafe as presented.

9.  This agreement is subject to all State and Federal laws and regulations pertaining to the Title XIX program and provider agrees to be bound by any changes or amendments thereto upon notification in writing.

10. PAID Prescriptions will pay provider within thirty (30) days from receipt, on all completed, eligible claims submitted within the time limit and which are free of provider and eligibility errors.

For PAID PRESCRIPTIONS

By *Edward L. Baker Jr*

Title *President*

Date *6/24/74*

PARTICIPATING PHARMACY

By *Lionel M. Cobo*
(Owner or Authorized Agent)

Title *Owner*

Date *5/3/74*

DEA No. *AC9 129762*

*59-072-7591*

Federal Tax No. (IRS)

FL-AG-0002932

Application for Participation in the Pharmacy
Program of the State of Florida

NAME AND ADDRESS OF PHARMACY

COPO PHARMACY                                    *(305)* 294-2552

(Name of Pharmacy)                               (Telephone No.)

937 Fleming Street

(Address)

Key West                    Florida               33040

(City)                      (State)              (Zip Code)

OWNER(S) OR CORPORATE OFFICER (S)

Name                                          Position

LIONEL M COPO                                 Owner

CURRENT PHARMACY PERMIT NUMBER _____0000618_____

NAME OF REGISTERED PHARMACISTS EMPLOYED

Name                                          Certificate Number

Lionel M. Copo                                5343

David D Dempce                                5298

_____                               _____

PAID PRESCRIPTIONS
P. O. BOX 8008
JACKSONVILLE, FLA 32211

FL-AG-0002933

**COBO PHARMACY**

937 FLEMING ST.

PHARMACY NAME  KEY WEST, FLORIDA  33040

TO:  PAID Prescriptions, Inc.
     P. O. Box 8008
     Jacksonville, Florida  32211
     Att:  Data Control

00429-4

PHARMACY NUMBER  COBO PHARMACY

Dear Sirs:

     The following persons are authorized to sign claim forms
submitted for payment of prescriptions dispensed to Medicaid
recipients in the Florida prescribed medicine portion of the
Title XIX (Medcaid) Program.

NAME

*Lionel M. Cobo*

*Breton S. Nommemacker*

*Lionel M. Cobo*

Name of Owner, Manager, or
Corporate Officer who signed
the participating agreement.

*     The claims signed by persons not listed above will be returned
to the pharmacy.  Please write legibly.

FL-AG-0002934

004294

PAID PRESCRIPTIONS
PARTICIPATING PHARMACY AGREEMENT
FOR
THE STATE OF FLORIDA, DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES
TITLE XIX (MEDICAID) DRUG PROGRAM

This is to certify    COBO PHARMACY

located at    937 Fleming Street,    Key West, Fla. 33040    Monroe    013
 (No. and Street)    (City)    (State)    (Zip Code)    (County)    (Permit No.)

agrees to participate in the Florida Title XIX (Medicaid) Drug Program as a provider of pharmacy services, and agrees to comply with all the following items:

1. To supply designated Federal legend drugs, in an amount set by the Department of Health and Rehabilitative Services, Title XIX (Medicaid) program, prescribed by a Doctor of medicine, osteopathy, dentistry, chiropody, or podiatry, to all eligible persons under the Florida Title XIX (Medicaid) program, without regard to race, color, religion, or national origin; to refill all prescriptions as authorized by the Prescriber and in accordance with the Department of Health and Rehabilitative Services regulations; to dispense in reasonably prescribed quantities subject to the limitations set forth in the provider's manual; and to supply the same quality of service customarily provided to other persons.

2. To price all such prescriptions in accordance with the regulations and procedures promulgated by the State agency and to send no later than the fifth (5th) day of the month following the month in which service was provided to:

> PAID Prescriptions
> P. O. Box 8008
> Jacksonville, Florida 32211

a claim form detailing each prescription filled or refilled for eligible persons. The claim forms shall be supplied by PAID Prescriptions and in the manner described thereon.

3. To accept this payment as payment in full for benefits provided by the Department of Health and Rehabilitative Services regulations.

4. To maintain as a permanent record, an individual prescription for each drug submitted for reimbursement under this agreement and to file said prescription numerically or in normally-occurring order with other prescriptions filed by the provider, or in a separate file, and to record each refill on the original prescription, and to preserve these records for a period of at least three (3) years from the date of the last service.

5. To clearly record on all claim forms for prescriptions submitted for reimbursement under this agreement all required information as shown in PAID Prescriptions Manual of Procedures.

6. To submit to an audit by PAID Prescriptions, Department of Health and Rehabilitative Services, State of Florida Auditor General, or auditors of any authorized United States government agency, of records and transactions involving the dispensing of drugs under the Title XIX (Medicaid) program, including all prescriptions and appropriate documents, and to furnish PAID Prescriptions and auditors of the above stated agencies information regarding any payment to enable them to determine compliance with this agreement and the Department of Health and Rehabilitative Services Regulations for the Prescribed Medicine Program of Title XIX (Medicaid).

7. This agreement may be terminated on thirty (30) days written notice by either party or if the State's contract with PAID Prescriptions terminates, whichever is earlier.

8. The pharmacist reserves the right under this agreement to decline to dispense any prescription which appears to be improperly executed or which in his professional judgment is unsafe as presented.

9. This agreement is subject to all State and Federal laws and regulations pertaining to the Title XIX (Medicaid) program and provider agrees to be bound by any changes or amendments thereto upon notification in writing.

10. PAID Prescriptions will pay provider within thirty (30) days from receipt, on all completed, valid claims submitted within the time limit and which are free of provider errors.

For PAID PRESCRIPTIONS

Title    President
Date    8/1/76

For PARTICIPATING PHARMACY

By
(Owner or Authorized Agent)
Title

DEA No.    ACO 198792

Federal Tax No. (IRS) or Owner Social Security No.
59-072-5691

Application for Participation in the Pharmacy

Program of the State of Florida

NAME AND ADDRESS OF PHARMACY

Cobo Pharmacy                                    294-2552

(Name of Pharmacy)                               (Telephone No.)

927 Fleming Street

(Address)

Key West, Fla          Florida          33040

(City)                 (State)          (Zip Code)

OWNER(S) OR CORPORATE OFFICER(S)

Name                                      Position

CURRENT PHARMACY PERMIT NUMBER ___013___

NAME OF REGISTERED PHARMACISTS EMPLOYED

Name                              Certificate Number

Lionel M. Cobo                        5348

David Donald Demree                   617

Luis E. Cobo    Certified by Bd 7/30/76   1872  Phy Intern Cert #

PAID PRESCRIPTIONS
P. O. Box 8008
JACKSONVILLE, FLORIDA 32211

FL-AG-0002936

TO:  PAID Prescriptions, Inc.
     P. O. Box 8008
     Jacksonville, Florida  32211

PHARMACY NAME ____Cobo Pharmacy____

_____

PHARMACY NUMBER ____00429____

Dear Sirs:

     The following persons are authorized to sign claim forms
submitted for payment of prescriptions dispensed to Medicaid
recipients in the Florida prescribed medicine portion of the
Title XIX (Medcaid) Program.

     NAME
          Lionel M. Cobo
_____

          Luis E. Cobo
_____

_____

_____

_____

_____

_____

                    _____
                    Name of Owner, Manager, or
                    Corporate Officer who signed
                    the participating agreement.

*    The claims signed by persons not listed above will be returned
to the pharmacy.  Please write legibly.

FL-AG-0002937

## HARMACY AUDIT REPORT

*over 10,000*

Provider's  Name  _Cobo Pharmacy_   Medicaid Provider Number _4294_

Provider's Address _C. Fleming & Grinnell_

Person  Contacted_____ Type  of  Audit _Routine_

| Pharmacy Audit Discrepancies | No. | Suggestions to Provider |
|---|---|---|
| A.   Refill Documentation Not on File | 0 | _____ |
| B.   Generic Brand Name Billing Conflict | 0 | _____ |
| C.   Non compensable Item Billed | 0 | _____ |
| D.   Prescription Not on File | 0 | _____ |
| E.   Quantity Prescribed/Dispensed Conflict | 0 | _____ |
| F.   No Refill Authorized | 0 | _____ |
| G.   NH Supporting Documentation Not on File | 0 | _____ |
| H.   Patient Prescribed/Billing Conflict | 0 | _____ |
| I.   NDC Dispensed/Billed Conflict | 0 | _____ |
| J.   Usual/Customary Billing Discrepancy | 0 | _____ |
| K.   Dosage Regimen/Quantity Billed Conflict | 0 | _____ |
| L.   Prescription Splitting | 0 | _____ |
| M.   Other | 0 | _____ |

Claims Audited For New Prescriptions     _____

Claims Audited For Refills     _____

TOTAL CLAIMS AUDITED     _____

RPH  Signature ___X Jim Cobo___     Date _23 Aug 1981_

_audit OK / No Reclaims_

Pharmacy  Auditor's  Recommendations:_____

_____

AUDITOR'S  SIGNATURE _Dan Schell_____ SUPERVISOR'S  SIGNATURE_____

81:34PR

**COBO PHARMACY**
PHONE     294-2552
LIONEL M. COBO, B S P          LUIS E. COBO, B. S. P.
COR. FLEMING & GRINNELL     KEY WEST, FLA. 33040
No.                              Dr.

FL-AG-0002938

La DeDo — 1125 Duval   294-0344   Ti m37 di MiriTi

Clairs —   Duval

FL-AG-0002939

STATE OF FLORIDA
DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

Noninstitutional Professional and Technical
Medicaid Provider Agreement

This is to certify that _____ JODY PHARMACY _____ of _____ 937 Fleming Street _____

Name of Provider                                    Street Address

_____ KEY WEST , FLA _____                         #0804743   33040

City and State                                         Zip Code

on this __1st__ day of __November__ 19 __82__, agrees to participate in the Florida Medicaid Program.

1.   The provider agrees that services will be provided to recipients of the Florida Medicaid Program without regard to race, color, religion, national origin, or handicap.

2.   The provider agrees to keep such records as are necessary to fully disclose the extent of services provided to individuals receiving assistance under the State Plan and agrees to furnish the State Agency upon request such information regarding any payments claimed for providing these services. Access to these pertinent records and facilities by authorized Medicaid Program representatives will be permitted upon a reasonable request.

3.   The provider agrees that claims submitted must be for services rendered to eligible recipients of the Florida Medicaid Program and that payment by the program for services rendered will be based on the payment methodology in the applicable Administrative Rule. The Provider also agrees to submit requests for payment in accordance with program policies.

4.   The providers of Independent Lab and X-Ray Services, Home Health Services and Rural Health Clinic Services agree to furnish the Office of Licensure and Certification a completed copy of Form HCFA-1513 (Ownership and Control Interest Disclosure Statement) in accordance with 42 CFR 455.104.

5.   The Department agrees to notify the provider of any major changes in Title XIX or State rules and regulations relating to Medicaid.

6.   Payment made by the State agency shall constitute full payment for services rendered to recipients under the Medicaid program except in specific programs when co-insurance is required from the recipient.

7.   The provider and the Department agree to abide by the provisions of the Florida Administrative Rules, Florida Statutes, policies, procedures, manuals of the Florida Medicaid Program and Federal laws and regulations.

8.   This agreement may be terminated upon thirty days written notice by either party. The Department may terminate this agreement upon five days notice in the event of fraud, abuse, or failure of the provider to comply with any or all of the provisions of this agreement.

9.   This agreement becomes effective the date the signature of the authorized agent of the Office of Medicaid is affixed.

10.   Requests for payment reflecting dates of service no more than ninety (90) days prior to the effective date of this agreement will be processed.

| Office of Medicaid use only | For Provider of Services by |
|---|---|
| _Martha M. Larson_ | _[signature]_ |
| Authorized Medicaid Signature | Signature of Authorized Agent / Provider |
| _[date]_ | _[date]_ |
| Date | Date |
| Medicaid Program Supervisor | |
| Title of Medicaid Agent | Title of Authorized Agent / Provider |

HRS-MED Form 3001, Jul 82 (Replaces Jul 80 edition which may be used)

The current noninstitutional categories of service and any future noninstitutional categories of service developed within the Medicaid Program shall be covered under this agreement. The current categories of service are as follows:

1. Physician Services
2. Prescribed Drug Services
3. Independent Laboratory and X-Ray Services
4. Family Planning Services
5. Home Health Services
6. Home Nursing Services
7. Early and Periodic Screening, Diagnosis and Treatment Services
8. Transportation Services excluding private transportation
9. Dental Services
10. Visual Services
11. Hearing Services
12. Rural Health Clinic Services
13. Advanced Registered Nurse Practitioner Services

FL-AG-0002941

STATE OF FLORIDA
DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

Noninstitutional Professional and Technical
Medicaid Provider Agreement

This is to certify that _____ of _____

                      Name of Provider                                Street Address

_____|_____
                  City and State                                Zip Code

on this _____ day of _____ 19 _____, agrees to participate in the Florida Medicaid Program.

1.   The provider agrees that services will be provided to recipients of the Florida Medicaid Program without regard to race, color, religion, national origin, or handicap.

2.   The provider agrees to keep such records as are necessary to fully disclose the extent of services provided to individuals receiving assistance under the State Plan and agrees to furnish the State Agency upon request such information regarding any payments claimed for providing these services. Access to these pertinent records and facilities by authorized Medicaid Program representatives will be permitted upon a reasonable request.

3.   The provider agrees that claims submitted must be for services rendered to eligible recipients of the Florida Medicaid Program and that payment by the program for services rendered will be based on the payment methodology in the applicable Administrative Rule. The Provider also agrees to submit requests for payment in accordance with program policies.

4.   The providers of Independent Lab and X-Ray Services, Home Health Services and Rural Health Clinic Services agree to furnish the Office of Licensure and Certification a completed copy of Form HCFA-1513 (Ownership and Control Interest Disclosure Statement) in accordance with 42 CFR 455.104.

5.   The Department agrees to notify the provider of any major changes in Title XIX or State rules and regulations relating to Medicaid.

6.   Payment made by the State agency shall constitute full payment for services rendered to recipients under the Medicaid program except in specific programs when co-insurance is required from the recipient.

7.   The provider and the Department agree to abide by the provisions of the Florida Administrative Rules, Florida Statutes, policies, procedures, manuals of the Florida Medicaid Program and Federal laws and regulations.

8.   This agreement may be terminated upon thirty days written notice by either party. The Department may terminate this agreement upon five days notice in the event of fraud, abuse, or failure of the provider to comply with any or all of the provisions of this agreement.

9.   This agreement becomes effective the date the signature of the authorized agent of the Office of Medicaid is affixed.

10.   Requests for payment reflecting dates of service no more than ninety (90) days prior to the effective date of this agreement will be processed.

| Office of Medicaid use only | For Provider of Services by |
|---|---|
| *Martha M. Larson* | |
| Authorized Medicaid Signature | Signature of Authorized Agent / Provider |
| Date | Date |
| Medicaid Program Supervisor | |
| Title of Medicaid Agent | Title of Authorized Agent / Provider |

The current noninstitutional categories of service and any future noninstitutional categories of service developed within the Medicaid Program shall be covered under this agreement. The current categories of service are as follows:

1. Physician Services
2. Prescribed Drug Services
3. Independent Laboratory and X-Ray Services
4. Family Planning Services
5. Home Health Services
6. Home Nursing Services
7. Early and Periodic Screening, Diagnosis and Treatment Services
8. Transportation Services excluding private transportation
9. Dental Services
10. Visual Services
11. Hearing Services
12. Rural Health Clinic Services
13. Advanced Registered Nurse Practitioner Services

FL-AG-0002943

COBO PHARMACY
937 FLEMING ST
KEY WEST          FL
          33040

STATE OF FLORIDA
HEALTH AND REHABILITATIVE SERVICES
Noninstitutional Professional and Technical
Medicaid Provider Agreement

This is to certify that _____ COBO PHARMACY _____ of _____ 937 Fleming Street _____
                                    Name of Provider                              Street Address

_____ KEY WEST , FLA _____                            #33040    33040
              City and State                                        Zip Code

on this __1st__ day of __November__ 19 __82__, agrees to participate in the Florida Medicaid Program.

1.  The provider agrees that services will be provided to recipients of the Florida Medicaid Program without regard to race, color, religion, national origin, or handicap.

2.  The provider agrees to keep such records as are necessary to fully disclose the extent of services provided to individuals receiving assistance under the State Plan and agrees to furnish the State Agency upon request such information regarding any payments claimed for providing these services. Access to these pertinent records and facilities by authorized Medicaid Program representatives will be permitted upon a reasonable request.

3.  The provider agrees that claims submitted must be for services rendered to eligible recipients of the Florida Medicaid Program and that payment by the program for services rendered will be based on the payment methodology in the applicable Administrative Rule. The Provider also agrees to submit requests for payment in accordance with program policies.

4.  The providers of Independent Lab and X-Ray Services, Home Health Services and Rural Health Clinic Services agree to furnish the Office of Licensure and Certification a completed copy of Form HCFA-1513 (Ownership and Control Interest Disclosure Statement) in accordance with 42 CFR 455.104.

5.  The Department agrees to notify the provider of any major changes in Title XIX or State rules and regulations relating to Medicaid.

6.  Payment made by the State agency shall constitute full payment for services rendered to recipients under the Medicaid program except in specific programs when co-insurance is required from the recipient.

7.  The provider and the Department agree to abide by the provisions of the Florida Administrative Rules, Florida Statutes, policies, procedures, manuals of the Florida Medicaid Program and Federal laws and regulations.

8.  This agreement may be terminated upon thirty days written notice by either party. The Department may terminate this agreement upon five days notice in the event of fraud, abuse, or failure of the provider to comply with any or all of the provisions of this agreement.

9.  This agreement becomes effective the date the signature of the authorized agent of the Office of Medicaid is affixed.

10.  Requests for payment reflecting dates of service no more than ninety (90) days prior to the effective date of this agreement will be processed.

| Office of Medicaid use only | For Provider of Services by |
|---|---|
| *Martha M. Larson* | *[signature]* |
| Authorized Medicaid Signature          QE | Signature of Authorized Agent / Provider |
| 5/11/82 | |
| Date | Date |
| Medicaid Program Supervisor | |
| Title of Medicaid Agent | Title of Authorized Agent / Provider |

HRS-MED Form 3001, Jul 82 (Replaces Jul 80 edition which may be used)
(Stock Number: 5751-000-3001-7)

FL-AG-0002944

The current noninstitutional categories of service and any future noninstitutional categories of service developed within the Medicaid Program shall be covered under this agreement. The current categories of service are as follows:

1.  Physician Services
2.  Prescribed Drug Services
3.  Independent Laboratory and X-Ray Services
4.  Family Planning Services
5.  Home Health Services
6.  Home Nursing Services
7.  Early and Periodic Screening, Diagnosis and Treatment Services
8.  Transportation Services excluding private transportation
9.  Dental Services
10. Visual Services
11. Hearing Services
12. Rural Health Clinic Services
13. Advanced Registered Nurse Practitioner Services

**EDS**

EDS Federal Corporation
P.O. Box 9070
Tallahassee, Florida 32314
(800) 342-0031
(904) 878-1023

PROVIDER ENROLLMENT

MAR 30 1984

RECEIVED

1004209
CORO PHARMACY
957 FLEMING ST
KEY WEST          FL          33040

March 20, 1984

Dear Provider:

Federal Medicaid regulations (42 CFR 440) require that only licensed persons or pharmacies be enrolled in the Medicaid Program. In an attempt to match the Department of Professional Regulations license file with the Medicaid provider file, it was noted that we do not have your license on file or have an invalid license number on file for the Medicaid provider number listed above on the address label.

Please return this letter within ten days of receipt with a copy of your license renewal slip attached. The part of the license renewal slip required includes both the effective date and the termination date of your license. If you are licensed with a faculty certificate, enclose a copy and return it with this letter. If you are with the National Health Service Corp., return a copy of your appropriate license with this letter.

If the Medicaid provider file is not corrected by April 15, 1984, you will be cancelled from participation in the Medicaid Program.

Thank you for your assistance and prompt attention to this urgent matter.

Sincerely,

Marc W. VanDenbark
Director, Provider Relations



STATE OF FLORIDA  Department of Professional Regulation
BOARD OF PHARMACY

DATE:                    FILE NO.                    BATCH NO.
11/11/82          PH C00661P                    0314

THE COMMUNITY PHARMACY
NAMED BELOW HAS REGISTERED
UNDER THE PROVISIONS OF CHAPTER 465 FOR
THE YEAR EXPIRING DEC 31, 1984

COBO PHARMACY
COBO, LIONEL M MGR PH
937 FLEMING STREET
KEY WEST FL 33040

DISPLAY IN A CONSPICUOUS PLACE

FL-AG-0002947



EDS Federal Corporation
P.O. Box 9060
Tallahassee, Florida 32314
(800) 342-0031

Date: _9/31/81_

Cobs Pharmacy
930 Fleming St
Key West, FL 33040

Dear Provider:

Thank you for your request to be enrolled in the Florida Medicaid program.

Presently, the Florida Medicaid program does not cover _Doubt Dme Eyeglasses_.
These services are accepted on a crossover basis only.

Direct questions to the EDS Correspondence Unit:

        Local:  1-904-878-1023
        WATS:   1-800-342-0031

                    Sincerely,

                    Eldene Green

                    EDS Federal Corporation
                    Provider Enrollment

FL-AG-0002948



Electronic Data Systems Corporation
P.O. Box 9060
Tallahassee, Florida 32314
(800) 342-0031
(904) 878-1023

PROVIDER ENROLLMENT

AUG 2 6 1986

REC'd

August 25, 1986

1004294
CCBC PHARMACY

537 FLEMING STREET
KEY WEST, FL          33040

Dear Provider:

We have completed a review of your provider file.  During this review, we
discovered that we do not have an accurate license number on file for you.

Please send us a copy of your license renewal slip for the current period
before September 22, 1986 so that we can update your file.  Since federal
regulations require Medicaid to maintain accurate licensure information on all
Medicaid participating practitioners, failure to comply with this request will
result in cancellation of your provider number on September 25, 1986.

Your cooperation in this matter is appreciated.  If you have any questions
regarding this matter, please contact EDS at 1-800-342-0031.

Sincerely,

Tony D. Moten
Director, Provider Relations



STATE OF FLORIDA   Department of Professional Regulation
BOARD OF PHARMACY

DATE:                 FILE NO.              BATCH NO.
11/22/84           PH 0003070              5044

THE COMMUNITY PHARMACY
NAMED BELOW IS REGISTERED
UNDER THE PROVISIONS OF CHAPTER 465   FOR
THE YEAR EXPIRING DEC 31, 1985

CDBC PHARMACY
CDBC, LUIS C MGR PH
937 FLEMING STREET
KEY WEST FL 33040

GOVERNOR                 DISPLAY IN A CONSPICUOUS PLACE         SECRETARY OF PROFESSIONAL REGULATION

FL-AG-0002950



**Electronic Data Systems Corporation**
P.O. Box 9060
Tallahassee, Florida 32314
(800) 342-0031
(904) 878-1023



August 25, 1986

1004294
CCBC PHARMACY

537 FLEMING STREET
KEY WEST, FL          23040

Dear Provider:

We have completed a review of your provider file.  During this review, we
discovered that we do not have an accurate license number on file for you.

Please send us a copy of your license renewal slip for the current period
before September 22, 1986 so that we can update your file.  Since federal
regulations require Medicaid to maintain accurate licensure information on all
Medicaid participating practitioners, failure to comply with this request will
result in cancellation of your provider number on September 25, 1986.

Your cooperation in this matter is appreciated.  If you have any questions
regarding this matter, please contact EDS at 1-800-342-0031.

Sincerely,

Tony D. Moten
Director, Provider Relations

STATE OF FLORIDA  Department of Professional Regulation

DATE:                    FILE NO.                    BATCH NO.

THE
NAMED BELOW
UNDER THE PROVISIONS OF CHAPTER  455   FOR
THE YEAR EXPIRING

SECRETARY OF PROFESSIONAL REGULATION

DISPLAY IN A CONSPICUOUS PLACE

GOVERNOR



**Electronic Data Systems Corporation**
P.O. 9070
Tallahassee, Florida 32314
(800) 342-0031
(904) 878-1023

May 19, 1987

Cobo Pharmacy
937 Fleming Street
Keywest, FL 32040
Attn:  Luis Cobo

Dear Mr. Cobo:

Enclosed, please find the agreement and transmission manual for submitting
pharmacy invoices electronically.

The security I.D. number assigned to you is FTL5.  The ECS wats number is
1-800-342-0042.

If you have any questions regarding this information, please feel free to call
me at 904-878-3500.

Sincerely,

Elaine Green

Elaine Green
Tape Billing Coordinator

EG/sa

To _____

Date _____ Time _____

WHILE YOU WERE OUT

_____

of _____

Telephone _____

☑ Telephoned          ☐ Please Call
☐ Called to See You   ☐ Will Call Again
☐ Wanted to See You   ☐ Rush

Comments _____

_____

_____

**DURRA·PRINT**          Telephone (904) 222-4768

FL-AG-0002953

DEPARTMENT OF
PROFESSIONAL REGULATION

LIONEL M. COBO
MEMBER
FLORIDA BOARD OF PHARMACY

937 FLEMING STREET
KEY WEST, FLORIDA 33040

TELEPHONE
(305) 294-2554

```
PROV: 1004298 00        ROVIDER MASTER DISPLAY SCRN  1 1           INQUIRY
CURR-DATE: 11/14/00                           LAST-TRANS: 101800   USER: 009
PRACTICE NAME AND ADDRESS (1)  ACH ROUTING N: 067000438  ACH EFFT DATE: 041995
COBO PHARMACY                        EFT-TYPE: 22   ACH PRE-NOTIF-DATE: 040595
 937 FLEMING STREET           ACH ACCT NUM: 100187920      UPIN:
                              CITY: KEY WEST            ST: FL  ZIP: 330400000
TEL: 305 294 2552   CNTY: 44 MONROE    DIST: 11  OUT-ST: N TYPE: 20 PHARMACY
SORT-NAME: COBO PHARMACY                      TAX-TYPE: E  TAX-ID: 592430198
    SPECIALTY    DATE    CERT              SPECIALTY    DATE    CERT



LIC-NO: PH0008595  LIC-DATE: 123186              MCAID-AGREEMENT: Y
APP-DATE: 040177  TYPE-PRAC: 20 SNGLE PHRM  OWN: 5 FOR-PROFIT  DEA: AC2706135
---- ENROLLMENT ----    -------------- NUMBER OF OCCURRENCES -------------
   STATUS     DATE       CAT-OF-SVC (PF2):    1        GROUPS (PF2):    0
E TERM VOL    060100   BILLING-AGENTS (PF2):  0     ADDRESSES (PF13):   1
1 ACTIVE      123188            RATES (PF4):  0    HOLD-REVIEW (PF4):   0
K TERM REENR  123188         BED-DATA (PF4):  0  GROUP-MEMBERS (PF5):   0
1 ACTIVE      040177  BILL-AGENT-MEMBERS (PF6): 0    LAB-CLASSES (PF7):  0
                      FINANCIAL-TRANS (PF8):          PSN/ASN (PF10):
NEW-PROV:                PREV-PROV: 1004294 00
MEMO:
```

FL-AG-0002955

```
PROV: 1004298 00          OVIDER MASTER DISPLAY SCR  I 3              INQUIRY
CURR-DATE: 11/14/00

    SPLIT-BILL:                    BILL-AGREEMENT:
PRINT-SUSPENSE: A ALWAYS PRT          MCAR-PART-IND: N      MCAID-PART-IND: Y
PAYMENT-METHOD: E ELEC XFER           YEAR-END-DATE: 1231
BISYNCH: N POS: Y ASAP: Y  TAPE: N    RECORD-FORMAT:       BPI:
    REMIT-MEDIA: H HARDCOPY                   LANGUAGE: E ENGLISH
   CORRES-MEDIA: H HARDCOPY        NEW-PAT-EXEMPT-IND:
     PRO-REGION:                      TREAT-PROV-IND:
      REMIT-SEQ: O NAME         MEDIPASS-MAX:       MEDIPASS-PHONE:
     SPECIAL-ID:                PHARMACY-AUDIT: N NO DISCREP  AUDIT DATE: 120199
       ELEC-TAD:    SUR-CAT-SVC/CLASS-GROUP:

PHARM-DISP-FEES: BEGIN-DATE:          END-DATE:           DISP-FEE:
```

FL-AG-0002956

```
CUR-DATE: 11/14/00        PROVIDER SUMMARY INQUIRY                USER: PL5
PROVIDER-NUMBER: 100429o 00  PROVIDER-NAME: COBO PHARMACY
------------------------ FILE SUMMARY INFORMATION ------------------------
                              NUMBER OF CLAIMS    AMOUNT OF CLAIMS
SUSPENDED                            0                  .00
IN FINAL DISPOSITION (ADJUDICATED)   0                  .00
PAID MONTH-TO-DATE                   0                  .00
PAID YEAR-TO-DATE                 2881             263,755.16
PAID PRIOR YEAR TOTAL             6314             546,276.75
DENIED MONTH-TO-DATE                 0
DENIED YEAR-TO-DATE                831
DENIED PRIOR YEAR TOTAL              0
PAID AND DENIED ADJUST. MTD          0                  .00
PAID AND DENIED ADJUST. YTD         51               4,836.04-
PAID AND DENIED ADJUST. PRIOR YEAR TOTAL  73         4,205.33-
CLAIM VOLUME YEAR-TO-DATE          3763             258,919.12
CREDIT BALANCE AS OF    03/28/90                        .00
        ---------- REMITTANCE VOUCHERS AND WARRANTS SENT ----------
        RV NUMBER      WARRANT NUMBER    PAID AMOUNT    PAID DATE
        989734            0005970           433.06      06/07/00
        968108            0006188         9,089.38      05/31/00
        945029            0006564        18,063.12      05/24/00
```

FL-AG-0002957

```
PROV: 1004298 00      F  VIDER MASTER DISPLAY SCREI  11              INQUIRY
CURR-DATE: 11/14/00

             -----------  RECOUPMENT INFORMATION  -----------
RECOUP-AMT:         0.00  RSN:       CHK-AMT:         0.00  CHK-PCT:     0

             ----------  CREDIT BALANCE INFORMATION  ---------
CREDIT-BALANCE-AMOUNT:              CREDIT-BALANCE-DATE: 032890

             ----------  LIEN HOLDER 1 INFORMATION  ----------
LIEN-HOLDER-PROV-1:            LIEN-DATE:            FIRST-WITHHELD:
   LIEN-AMOUNT-PAID:           LIEN-BALANCE:            LIEN-REASON:
      LIEN-CHK-AMT:            LIEN-CHK-PCT:

             ----------  LIEN HOLDER 2 INFORMATION  ----------
LIEN-HOLDER-PROV-2:            LIEN-DATE:            FIRST-WITHHELD:
   LIEN-AMOUNT-PAID:           LIEN-BALANCE:            LIEN-REASON:
      LIEN-CHK-AMT:            LIEN-CHK-PCT:
```

FL-AG-0002958

```
PROV: 1004298 00          PROVIDER MASTER SCREEN 12{              INQUIRY
                                                            USER ID: PL5


                 ---------- ASSOCIATE INFORMATION  ----------
        SSN              NAME                    REVIEW   FINGER   CLOSED
                                                 STATUS   STATUS
    261987920    LUIS E. COBO
```

                              ADD MORE?:     (Y/N)

FL-AG-0002959

C.I. NO: 900022000   CURRENT STATUS: 9   CURRENT INV: LPS GROUP: 03   DIST: 0   SPR:

BILLING PROVIDER #: 100429800      TREATING PROVIDER #: 0      SURS QTR:  / /
==================================================================================================
LAST/ORG NAME: COBO PHARMACY            FIRST NAME:        M.I.:

ZIP: 330400000   COS: 20   SPEC: 0   SOURCE: 8   DATE REC'D: 01/08/90

ALLEGATION 1: 2046   ALLEGATION 2: 0   DATE ACKNOWL:  / /   DATE ADVISED:  / /

CROSS REFERENCE: 1: 0     2: 0     3: 0
==================================================================================================
1ST STAT CHG: 1    DATE: 01/23/90    PRIORITY: 9    STAGE: 9

1ST INV ASSIGNED: LPS    DATE: 01/23/90    NO. PRIOR CASES: 0

REVIEW PERIOD (DATES OF SERVICE):   FROM: 01/01/88    TO: 12/31/88

PROJECT TITLE:
==================================================================================================
2ND STAT CHG: 9   DATE: 02/22/90    3RD STAT CHG: 0   DATE:  / /

4TH STAT CHG: 0   DATE:  / /    5TH STAT CHG: 0   DATE:  / /

6TH STAT CHG: 0   DATE:  / /    LAST STATUS CHANGE DATE:    02/22/90
--------------------------------------------------------------------------------------------------
INV 2 ASSIGN:    DATE:  / /    INV 3 ASSIGN:    DATE:  / /

INV 4 ASSIGN:    DATE:  / /    INV 5 ASSIGN:    DATE:  / /
--------------------------------------------------------------------------------------------------
REF TO: 1: 0 2: 0 3: 0 4: 0  DATE:  / /    REF MFCU? F   ACCPT: F
==================================================================================================
PRE-PAY REVIEW:  FROM:  / /  -TO-  / /    TO G/A:  CINO: 0

REVIEWD BY: 0   AUDIT TYPE:    FIELD INVEST:    FOLLOW-UP REVIEW:  / /

NO. OF SANCTION POINTS:   0    USE THIS TO APPLY SANCTIONS?:

PAL OVERPAYMENT DATE:  / /    PAL OVERPAYMENT AMOUNT:    0.00

APPEAL TYPE: 0   DECISION: 0   VIOLATION DOS -  FROM:   / /   TO:   / /
==================================================================================================
DAL OVERPAYMENT DATE:  / /    DAL OVERPAYMENT AMT:    0.00

ADJUSTED DAL DATE:  / /  ADJUSTED DAL AMT:    0.00

FINE DATE:  / /    FINE AMT:   0.00    FINE ADJ TO:   0.00

SUSPENSION DATES:   FROM:  / /   TO:  / /

TERMINATION DATES:  FROM  / /   TO:  / /

PROVIDER EDUCATION: X   NO ABUSE:    NO FRAUD LETTER DATE:  / /
==================================================================================================
REF: ST ATT:  U S ATT:  SWP:  ACCEPTED:   DECLINED:   NOLO PLEA:

NOT GUILTY:    PTI:    CONVICTED/GUILTY PLEA:    ADJ WITHHELD:

ADJ GUILTY:    INCARCERATED:    RICO:    PROBATION:    COMMUNITY SERVICE:

CRIMINAL FINE AMT:   0.00   RESTITUTION AMT:    0.00   RESTITUTION DATE:  / /

INVESTIGATOR COST:    0.00   CIVIL MONEY PENALTY AMT:    0.00   DATE:  / /
==================================================================================================
COMMENTS: PACKAGE SIZE LETTER

C.I. NO: 920161073   CURRENT STATUS: 9   CURRENT INV: KNH GROUP: 03   DIST: 11   SPR:

BILLING PROVIDER #: 100429800     TREATING PROVIDER #: 0     SURS QTR: / /
==================================================================================
LAST/ORG NAME: COBO PHARMACY               FIRST NAME:          M.I.:

ZIP: 330400000     COS: 20     SPEC: 0     SOURCE: 3     DATE REC'D: 05/04/92

ALLEGATION 1: 2045   ALLEGATION 2: 0   DATE ACKNOWL: / /   DATE ADVISED: / /

CROSS REFERENCE: 1. 0     2: 0     3: 0
==================================================================================
1ST STAT CHG: 1     DATE: 05/04/92     PRIORITY: 9     STAGE: 9

1ST INV ASSIGNED: KNH     DATE: 05/04/92     NO. PRIOR CASES: 0

REVIEW PERIOD (DATES OF SERVICE):   FROM: 10/01/91     TO: 12/31/91

PROJECT TITLE: NON-MATCHABLE DPR NUMBERS
==================================================================================
2ND STAT CHG: 9   DATE: 05/04/92     3RD STAT CHG: 0   DATE: / /

4TH STAT CHG: 0   DATE: / /     5TH STAT CHG: 0   DATE: / /

6TH STAT CHG: 0   DATE: / /     LAST STATUS CHANGE DATE:     05/04/92
----------------------------------------------------------------------------------
INV 2 ASSIGN:     DATE: / /     INV 3 ASSIGN:     DATE: / /

INV 4 ASSIGN:     DATE: / /     INV 5 ASSIGN:     DATE: / /
----------------------------------------------------------------------------------
REF TO: 1. 0  2: 0  3: 0  4: 0  DATE: / /   REF MFCU? F   ACCPT: F
==================================================================================
PRE-PAY REVIEW:   FROM: / /   -TO-   / /   TO G/A:  CINO: 0

REVIEWD BY: 1   AUDIT TYPE: 2   FIELD INVEST: N   FOLLOW-UP REVIEW: / /

NO. OF SANCTION POINTS:  0     USE THIS TO APPLY SANCTIONS?: Y

PAL OVERPAYMENT DATE: / /     PAL OVERPAYMENT AMOUNT:     0.00

APPEAL TYPE: 0   DECISION: 0   VIOLATION DOS - FROM:  / /   TO:   / /
==================================================================================
DAL OVERPAYMENT DATE: / /     DAL OVERPAYMENT AMT:     0.00

ADJUSTED DAL DATE: / /   ADJUSTED DAL AMT:     0.00

FINE DATE: / /     FINE AMT:   0.00     FINE ADJ TO:   0.00

SUSPENSION DATES:   FROM: / /   TO: / /

TERMINATION DATES:   FROM / /   TO: / /

PROVIDER EDUCATION: X     NO ABUSE:     NO FRAUD LETTER DATE: / /
==================================================================================
REF: ST ATT:  U S ATT:   SWP:  ACCEPTED:   DECLINED:   NOLO PLEA:

NOT GUILTY:     PTI:     CONVICTED/GUILTY PLEA:     ADJ WITHHELD:

ADJ GUILTY:     INCARCERATED:     RICO:     PROBATION:     COMMUNITY SERVICE:

CRIMINAL FINE AMT:   0.00   RESTITUTION AMT:     0.00   RESTITUTION DATE: / /

INVESTIGATOR COST:     0.00   CIVIL MONEY PENALTY AMT:     0.00  DATE: / /
==================================================================================
COMMENTS:

*FLORIDA MEDICAID*

| | |
|---|---|
| **Pharmacy Audit - Final Report** | Page 1<br>10/26/2000  15 20 35<br>Series 99 - 53<br>Form RPT-3 |

Pharmacy: **Cobo Pharmacy**

Address: **937 Fleming Street**
**Key West, FL 330400000**

Provider #: **100429800FL**

Audit Date: 07/27/2000
Audit Time Period: 06/24/1998 - 05/26/2000
Auditors: William Thomas, R.Ph.
Harald Schwarz, R.Ph.

## I. Description of Claim Samples & Overall Findings:

| | | # of Claims | $ Paid to Phcy |
|---|---|---|---|
| A. | Total Utilization During Audit Time Period: | 8,417 | 761,022.41 |
| B. | Total Judgmental Sample: | n/a | n/a |
| C. | Discrepant Claims in Judgmental Sample: * | | |
| D. | Documented Sanctions in Judgmental Sample: | | |
| E. | Total Random Sample: | 225 | 20,729.54 |
| F. | Discrepant Claims in Random Sample: * | 139 | 13,003.60 |
| G. | Documented Sanctions in Random Sample: | 139 | 12,632.53 |
| H. | Random Sample Average Sanction Amount ("G" divided by "E"): | | 56.14457 |
| I. | Random Sample Universe ("A" minus "B"): | 8,417 | |
| J. | Extrapolated Overcharges ("H" multiplied by "I"): | | 472,568.91 |
| K. | Total Calculated Overpayment  ("D" plus "J"): | | 472,568.91 |
| L. | Total Recommended Recoveries:<br>(Includes 95% One-Sided Lower Confidence Limit of Extrapolated Random Sample<br>Plus Judgmental Findings, if any, from line "D") | | 374,476.56 |

## II. Summary of Actual Discrepancies Documented     (see Section IV for claim-level detail)

| Code | Discrepancy Description | # Discrepancies |
|---|---|---|
| CF | Original hard-copy prescription cannot be found on file during the audit. | 129 |
| UR | The number of refills billed and paid to the pharmacy exceeds the number authorized by prescriber. Refills are dispensed without documented authorization from the prescriber. | 5 |
| TOBQ | Total units paid (with refills) exceeds the total units authorized by the prescriber. | 1 |
| RTS | Prescription is refilled sooner than appropriate with respect to quantity and directions for use, within plan defined utilization limits. | 1 |
| WDB | A pharmacy submits a claim for a medication that is different from the medication dispensed to the patient. | 2 |
| NRX# | The hard-copy prescription contains no unique prescription identifier number. | 1 |

* Some discrepancies may not call for monetary sanctions. These are noted to the pharmacy for educational purposes only.
  Since some claims have multiple discrepancies, individual claims may be listed twice, therefore may exceed sanctions listed in section I.

FL-AG-0002962

*FLORIDA MEDICAID*

| Pharmacy Audit - Final Report |

Page  2
10/26/2000  15:20:35
Series  99 - 53
Form RPT-3

Pharmacy:  **Cobo Pharmacy**                                    Provider #:   100429800FL

### III.  Comments / Notes:

This audit checked records from Cobo Pharmacy which was bought by Eckerd on 5/31/2000, and Cobo Pharmacy is no longer in operation.  The previous owner (Luis Cobo) was not on site during the audit.  The Eckerd pharmacist on duty directed the auditors to the Cobo Pharmacy records stored away from the Eckerd Pharmacy area.

The Eckerd pharmacist mentioned that the computer system employed by Cobo Pharmacy is still located in the Eckerd Pharmacy but unreliable due to Y2K problems.

The Cobo Pharmacy records were audited according to the audit plan.  Of the 225 records in the sample, 139 could not be located.  The auditors employed a double check sytstem to avoid overlooking prescriptions.  It is noteworthy that the filing system is not accurate.  For example, there were instances in which the prescription numbers marked on the outside of the spindle boxes did not match the prescriptions filed inside.  None of the prescriptions were filed in true numerical order.

FL-AG-0002963

*FLORIDA MEDICAID*

Page: 3
10/26/2000  15:20:36
Series '99 - 53
Form RPT-3

| Pharmacy Audit - Final Report |

Pharmacy:  **Cobo Pharmacy**                                    Provider #:  100429800FL

## IVb.  Discrepancy Listing - *Random Sample:*

| Member ID | Rx# | DOS | QTY | Drug | NDC | Paid Amount | Discrepancies | Sanction |
|---|---|---|---|---|---|---|---|---|
| 01100740200 | 4824505 | 06/02/1999 | 30 | CLONAZEPAM TAB 0.5MG | 52544074601 | 16.15 | CF | 16.15 |
| 76792914500 | 4824491 | 06/15/1999 | 90 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 8.90 | CF | 8.90 |
| 73374815100 | 4825350 | 06/07/1999 | 60 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 7.34 | CF | 7.34 |
| 26329200200 | 4828468 | 03/02/2000 | 270 | PHENOBARB TAB 30MG | 00677166610 | 8.14 | CF | 8.14 |
| 81032793900 | 4831213 | 03/26/2000 | 30 | ATIVAN TAB 2MG | 00008006502 | 43.49 | NRX# | 43.49 |
| 15016776700 | 4831223 | 01/01/2000 | 60 | DIAZEPAM TAB 5MG | 00555036305 | 7.02 | CF | 7.02 |
| 35177150200 | 4832005 | 02/25/2000 | 31 | TEMAZEPAM CAP 30MG | 00378505001 | 7.68 | CF | 7.68 |
| 81009437800 | 4832285 | 02/05/2000 | 60 | ALPRAZOLAM TAB 0.25MG | 00781106105 | 5.56 | CF | 5.56 |
| 75021072300 | 4832820 | 01/06/2000 | 100 | PROPO-N/APAP TAB 100-650 | 00781172005 | 10.55 | CF | 10.55 |
| 73374815100 | 4837181 | 05/17/2000 | 60 | ALPRAZOLAM TAB 0.5MG | 00005334131 | 7.34 | CF | 7.34 |
| 77210016600 | 4837324 | 05/01/2000 | 93 | DIAZEPAM TAB 5MG | 00555036305 | 8.55 | CF | 8.55 |
| 81582863800 | 4837920 | 05/22/2000 | 40 | PROPO-N/APAP TAB 100-650 | 00781172005 | 6.75 | CF | 6.75 |
| 74700237900 | 6809846 | 02/08/1999 | 5 | NASCOBAL GEL | 00091703312 | 61.74 | CF | 61.74 |
| 81032793900 | 6810774 | 03/27/1999 | 30 | ZIAC TAB 2.5/6.25 | 00005323823 | 32.05 | CF | 32.05 |
| 75728802900 | 6812250 | 05/15/1999 | 60 | WELLBUTRIN TAB 150MG SR | 00173013555 | 78.89 | CF | 78.89 |
| 75396305700 | 6812645 | 05/06/1999 | 270 | INVIRASE CAP 200MG | 00004024515 | 527.06 | CF | 527.06 |
| 81187418100 | 6812719 | 03/29/1999 | 60 | ZYBAN TAB 150MG SR | 00173055602 | 78.89 | CF | 78.89 |
| 81023991600 | 6813573 | 03/16/1999 | 60 | HYDROXYZ HCL TAB 25MG | 00677060505 | 5.64 | CF | 5.64 |
| 74700237900 | 6813817 | 02/08/1999 | 60 | COMBIVIR TAB | 00173059500 | 506.64 | CF | 506.64 |
| 76785834800 | 6814571 | 02/08/1999 | 60 | ZERIT CAP 40MG | 00003196701 | 247.26 | CF | 247.26 |
| 26557999000 | 6815215 | 03/03/1999 | 30 | THEO-DUR TAB 200MG ER | 00085093301 | 13.29 | CF | 13.29 |
| 74649505900 | 6816474 | 10/01/1999 | 270 | VIRACEPT TAB 250MG | 63010001027 | 543.31 | UR | 543.31 |
| 15016776700 | 6816524 | 05/03/1999 | 34 | ALBUTEROL AER 90MCG | 59930156001 | 19.16 | CF | 19.16 |
| 74817991700 | 6816551 | 02/02/1999 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 185.97 | CF | 185.97 |
| 30434440200 | 6817153 | 02/28/1999 | 30 | REZULIN TAB 200MG | 00071035215 | 83.24 | CF | 83.24 |

FL-AG-0002964

## FLORIDA MEDICAID

| Pharmacy Audit - Final Report |
| :---: |

Pharmacy:  **Cobo Pharmacy**                    Provider #:   100429800FL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 73374815100 | 6817548 | 11/18/1999 | 30 | DIFLUCAN TAB 200MG | 00049343030 | 308.64  CF | 308.64 |
| 74649505900 | 6817851 | 10/01/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81  CF | 22.81 |
| 74649505900 | 6817852 | 03/04/1999 | 60 | RETROVIR TAB 300MG | 00173050100 | 274.97  CF | 274.97 |
| 26766157200 | 6817866 | 01/28/1999 | 30 | PREMARIN TAB 0.625MG | 00046086781 | 17.28  CF | 17.28 |
| 26329200200 | 6818240 | 04/03/1999 | 180 | VASOTEC TAB 10MG | 00006071368 | 176.27  WDB | 176.27 |
| 74886352900 | 6818600 | 02/11/1999 | 90 | CARBAMAZEPIN TAB 200MG | 00228214310 | 15.70  CF | 15.70 |
| 75021072300 | 6818929 | 03/08/1999 | 30 | ZYPREXA TAB 10MG | 00002411760 | 228.94  CF | 228.94 |
| 75021072300 | 6818966 | 10/11/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81  CF | 22.81 |
| 77445333300 | 6819402 | 01/15/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26  CF | 190.26 |
| 75396305700 | 6819494 | 04/10/1999 | 60 | EPIVIR TAB 150MG | 00173047001 | 235.93  CF | 235.93 |
| 26329200200 | 6819517 | 01/06/2000 | 30 | NITROGLYCER DIS 0.4MG/HR | 00182126717 | 31.29  CF | 31.29 |
| 81313404300 | 6820041 | 03/01/1999 | 30 | NORVASC TAB 10MG | 00069154068 | 60.06  CF | 60.06 |
| 81011673100 | 6820254 | 03/08/1999 | 60 | SERZONE TAB 150MG | 00087003931 | 66.04  CF | 66.04 |
| 74649505900 | 6820273 | 03/01/1999 | 120 | ULTRASE MT20 CAP | 58914000410 | 136.84  CF | 136.84 |
| 75021072300 | 6820405 | 10/11/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26  CF | 190.26 |
| 81095075700 | 6820445 | 04/07/1999 | 60 | EPIVIR TAB 150MG | 00173047001 | 235.93  CF | 235.93 |
| 26297938400 | 6820461 | 08/09/1999 | 30 | CARDIZEM CD CAP 120MG/24 | 00088179530 | 36.99  CF | 36.99 |
| 81025731800 | 6821691 | 05/28/1999 | 21 | ORTHO-CYCLEN TAB 0.25/35 | 00062190015 | 29.82  CF | 29.82 |
| 26411705800 | 6821751 | 03/08/1999 | 30 | ARICEPT TAB 10MG | 62856024630 | 112.47  CF | 112.47 |
| 75083020500 | 6821780 | 03/10/1999 | 40 | CELEBREX CAP 100MG | 00025152031 | 55.23  RTS | 4.23 |
| 81312663100 | 6821826 | 05/01/1999 | 15 | BENZTROPINE TAB 1MG | 51285082802 | 4.77  CF | 4.77 |
| 06044742600 | 6822046 | 03/15/1999 | 30 | REZULIN TAB 400MG | 00071035315 | 131.02  CF | 131.02 |
| 81372847200 | 6822791 | 09/14/1999 | 30 | DIFLUCAN TAB 100MG | 00049342030 | 190.26  UR | 190.26 |
| 01100740200 | 6823084 | 04/05/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 107.74  CF | 107.74 |
| 76785834800 | 6823158 | 05/03/1999 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 27.33  CF | 27.33 |
| 01100740200 | 6823221 | 08/03/1999 | 30 | GLYBURIDE TAB 5MG | 00781145710 | 7.22  CF | 7.22 |
| 77134700300 | 6823224 | 04/09/1999 | 60 | PROPRANOLOL TAB 60MG | 50111047001 | 6.02  CF | 6.02 |

### FLORIDA MEDICAID

Page 5
10-26-2000 15:20:36
Series '99 - 53
Form RPT-3

| Pharmacy Audit - Final Report |
| --- |

| Pharmacy: | **Cobo Pharmacy** | | | | Provider #: | 100429800FL | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 81313404300 | 6823299 | 04/12/1999 | 60 | PRILOSEC CAP 20MG CR | 61113074231 | 211.25  CF | 211.25 |
| 30434440200 | 6823337 | 04/13/1999 | 60 | PEPCID TAB 20MG | 00006096331 | 95.17  CF | 95.17 |
| 81116595500 | 6823389 | 06/21/1999 | 100 | B-D MF SYRG MIS 1CC/28G | 08290841003 | 25.56  CF | 25.56 |
| 26329200200 | 6823452 | 09/27/1999 | 90 | METOPROLOL TAB 50MG | 00378003210 | 8.32  CF | 8.32 |
| 75304827600 | 6823633 | 08/02/1999 | 30 | CYCRIN TAB 2.5MG | 59911589801 | 6.67  CF | 6.67 |
| 74886352900 | 6823652 | 10/18/1999 | 28 | PREMARIN TAB 2.5MG | 00046086581 | 35.23  WDB | 35.23 |
| 75396305700 | 6823674 | 05/06/1999 | 240 | NORVIR SOL 80MG/ML | 00074194063 | 270.99  CF | 270.99 |
| 81011612600 | 6823827 | 08/10/1999 | 30 | DIOVAN CAP 160MG | 00083400101 | 36.35  CF | 36.35 |
| 26795781100 | 6823856 | 04/24/1999 | 30 | PROZAC CAP 20MG | 00777310502 | 73.48  CF | 73.48 |
| 74817991700 | 6824011 | 04/28/1999 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 194.88  CF | 194.88 |
| 03520053700 | 6824122 | 06/01/1999 | 28 | PREMPRO TAB .625-2.5 | 00046087501 | 23.57  CF | 23.57 |
| 74300494400 | 6824545 | 06/07/1999 | 270 | VIRACEPT TAB 250MG | 63010001027 | 524.25  CF | 524.25 |
| 33620810200 | 6824579 | 05/14/1999 | 60 | CELEBREX CAP 100MG | 00025152031 | 80.73  CF | 80.73 |
| 81173747600 | 6824587 | 12/31/1999 | 30 | FUROSEMIDE TAB 40MG | 00378021610 | 4.87  CF | 4.87 |
| 74886352900 | 6824617 | 11/19/1999 | 90 | CARBAMAZEPIN TAB 200MG | 00228214310 | 15.70  CF | 15.70 |
| 26766157200 | 6824656 | 05/16/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 107.74  CF | 107.74 |
| 75310967800 | 6824657 | 07/20/1999 | 30 | FUROSEMIDE TAB 20MG | 00781181810 | 4.80  CF | 4.80 |
| 81187418100 | 6824726 | 05/18/1999 | 30 | NOVOLIN INJ 70/30 | 00169183711 | 60.34  CF | 60.34 |
| 01100740200 | 6824737 | 08/03/1999 | 30 | PREMARIN TAB 0.625MG | 00046086781 | 17.85  CF | 17.85 |
| 32155501600 | 6824778 | 08/25/1999 | 60 | ACYCLOVIR TAB 400MG | 00172426760 | 35.65  CF | 35.65 |
| 81085701800 | 6825071 | 05/28/1999 | 30 | CELEBREX CAP 200MG | 00025152531 | 68.96  CF | 68.96 |
| 73356728600 | 6825185 | 06/01/1999 | 30 | LEVAQUIN TAB 500MG | 00045152550 | 218.18  CF | 218.18 |
| 74300494400 | 6825380 | 06/08/1999 | 120 | NIZORAL SHA 2% | 50458022304 | 22.71  CF | 22.71 |
| 75396305700 | 6825485 | 07/08/1999 | 90 | SUSTIVA CAP 200MG | 00056047492 | 353.09  CF | 353.09 |
| 81200161400 | 6825512 | 09/23/1999 | 90 | PRAZOSIN HCL CAP 2MG | 00378230201 | 10.71  CF | 10.71 |
| 76775843400 | 6825725 | 07/13/1999 | 30 | ACYCLOVIR TAB 300MG | 00364269001 | 22.81  CF | 22.81 |
| 26766157200 | 6825745 | 03/26/2000 | 28 | PREMPRO TAB .625-2.5 | 00046087501 | 26.71  CF | 26.71 |

FL-AG-0002966

### FLORIDA MEDICAID

Page 6
10/26/2000 15:20:37
Series 99-53
Form RPT-3

| Pharmacy Audit - Final Report |
| --- |

| Pharmacy: **Cobo Pharmacy** | | | | | | Provider #: **100429800FL** | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 74817991700 | 6825964 | 06/24/1999 | 20 | CLARITIN-D TAB 5-120 CR | 00085063501 | 26.22 CF | 26.22 |
| 36861361000 | 6825988 | 06/25/1999 | 30 | CYPROHEPTAD TAB 4MG | 00172292960 | 4.70 CF | 4.70 |
| 75304827600 | 6826052 | 01/20/2000 | 90 | ATENOLOL TAB 100MG | 54921010110 | 11.54 CF | 11.54 |
| 35177150200 | 6826133 | 10/03/1999 | 31 | LANOXIN TAB 0.25MG | 00173024975 | 8.51 CF | 8.51 |
| 01100740200 | 6826359 | 07/06/1999 | 30 | PAXIL TAB 40MG | 00029321313 | 71.49 CF | 71.49 |
| 74344877600 | 6826452 | 07/20/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 108.75 CF | 108.75 |
| 73374815100 | 6827102 | 05/11/2000 | 90 | SMZ/TMP DS TAB 800-160 | 00093008905 | 14.26 CF | 14.26 |
| 26766157200 | 6827141 | 07/30/1999 | 30 | CELEBREX CAP 100MG | 00025152031 | 42.19 CF | 42.19 |
| 75304827600 | 6827163 | 01/10/2000 | 30 | FLORINEF TAB 0.1MG | 00003042950 | 22.03 UR | 22.03 |
| 32155501000 | 6827190 | 10/25/1999 | 18 | SMZ/TMP DS TAB 800-160 | 00093008905 | 5.74 CF | 5.74 |
| 76088704600 | 6827493 | 04/24/2000 | 45 | LOTRISONE CRE | 00085092402 | 49.75 CF | 49.75 |
| 81498514600 | 6827690 | 12/23/1999 | 50 | SPIRONOLACT TAB 25MG | 00378214601 | 14.93 CF | 14.93 |
| 81256309500 | 6827721 | 08/17/1999 | 180 | ULTRAM TAB 50MG | 00045065960 | 122.90 CF | 122.90 |
| 75950510500 | 6827904 | 09/10/1999 | 60 | HYDREA CAP 500MG | 00003083050 | 77.12 CF | 77.12 |
| 26129434200 | 6828306 | 01/27/2000 | 30 | SYNTHROID TAB 0.1MG | 00048107003 | 12.41 CF | 12.41 |
| 81009545700 | 6828337 | 01/31/2000 | 26 | SEREVENT AER 21MCG/AC | 00173046400 | 122.53 CF | 122.53 |
| 76785834800 | 6828348 | 03/03/2000 | 60 | ZERIT CAP 40MG | 00003196701 | 258.20 CF | 258.20 |
| 36007683200 | 6828671 | 10/07/1999 | 120 | DEPAKOTE TAB 250MG EC | 00074621413 | 89.40 CF | 89.40 |
| 81210374200 | 6828682 | 11/03/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |
| 77656125500 | 6828874 | 02/17/2000 | 45 | ZOLOFT TAB 100MG | 00049491066 | 94.25 CF | 94.25 |
| 74858932300 | 6829131 | 12/16/1999 | 60 | ALLEGRA CAP 60MG | 00088110247 | 57.02 CF | 57.02 |
| 01100740200 | 6829380 | 10/03/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |
| 36007683200 | 6829456 | 10/07/1999 | 30 | SYNTHROID TAB 0.075MG | 00048105003 | 11.89 CF | 11.89 |
| 77715506800 | 6829758 | 10/18/1999 | 40 | HYDROXYZ PAM CAP 25MG | 00172291170 | 6.60 CF | 6.60 |
| 01100740200 | 6829812 | 10/19/1999 | 30 | RISPERDAL TAB 4MG | 50458035006 | 178.45 CF | 178.45 |
| 75021072300 | 6830308 | 03/02/2000 | 60 | ESKALITH CR TAB 450MG | 00007401020 | 27.44 CF | 27.44 |
| 26394219800 | 6830782 | 12/15/1999 | 30 | PRILOSEC CAP 20MG CR | 61113074231 | 108.45 CF | 108.45 |

FL-AG-0002967

*FLORIDA MEDICAID*

### Pharmacy Audit - Final Report

Pharmacy:  **Cobo Pharmacy**                                    Provider #:  100429800FL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31013958900 | 6830822 | 12/07/1999 | 60 | THIOTHIXENE CAP 10MG | 00364216901 | 14.02 | CF | 14.02 |
| 77715506800 | 6831130 | 12/30/1999 | 30 | K-DUR TAB 20MEQ CR | 00085078701 | 17.49 | CF | 17.49 |
| 81269716300 | 6831169 | 12/28/1999 | 30 | TRIAM HCTZ CAP 37.5-25 | 00781207401 | 11.85 | CF | 11.85 |
| 81200161400 | 6831182 | 12/29/1999 | 60 | K-DUR TAB 20MEQ CR | 00085078701 | 30.76 | CF | 30.76 |
| 81372847200 | 6831328 | 03/27/2000 | 30 | ACYCLOVIR TAB 800MG | 00364269001 | 22.81 | UR | 22.81 |
| 81372847200 | 6831498 | 01/11/2000 | 60 | COMBIVIR TAB | 00173059500 | 527.32 | CF | 527.32 |
| 73474512400 | 6831510 | 12/07/1999 | 30 | GLUCOTROL XL TAB 5MG | 00049155066 | 13.07 | CF | 13.07 |
| 81116595500 | 6831736 | 05/17/2000 | 60 | PRILOSEC CAP 10MG CR | 00186060631 | 201.14 | CF | 201.14 |
| 06044742600 | 6832752 | 01/03/2000 | 30 | GLUCOTROL XL TAB 10MG | 00049156066 | 21.73 | CF | 21.73 |
| 75304827600 | 6833121 | 03/14/2000 | 30 | MONOPRIL TAB 20MG | 00087060942 | 28.02 | CF | 28.02 |
| 75821107500 | 6833611 | 01/26/2000 | 60 | DOXEPIN HCL CAP 25MG | 00378312501 | 7.05 | CF | 7.05 |
| 81011612600 | 6833824 | 01/29/2000 | 30 | HALOPERIDOL TAB 5MG | 00378032701 | 5.10 | CF | 5.10 |
| 81173747600 | 6833832 | 05/03/2000 | 30 | FUROSEMIDE TAB 40MG | 00378021610 | 4.87 | CF | 4.87 |
| 01100740200 | 6833862 | 02/01/2000 | 60 | CARBAMAZEPIN TAB 200MG | 00228214310 | 11.88 | CF | 11.88 |
| 74649505900 | 6833897 | 04/02/2000 | 60 | RETROVIR TAB 300MG | 00173050100 | 286.11 | CF | 286.11 |
| 74817991700 | 6833908 | 02/02/2000 | 150 | DEPAKOTE TAB 500MG EC | 00074621513 | 200.59 | CF | 200.59 |
| 26394219800 | 6833914 | 04/01/2000 | 60 | CELEBREX CAP 200MG | 00025152531 | 132.73 | CF | 132.73 |
| 26557999000 | 6834018 | 04/27/2000 | 17 | ALBUTEROL AER 90MCG | 59930156001 | 11.69 | CF | 11.69 |
| 74799859300 | 6834078 | 03/06/2000 | 90 | HYDRALAZINE TAB 25MG | 49884002701 | 7.60 | CF | 7.60 |
| 76792914500 | 6834637 | 05/01/2000 | 90 | DIFLUCAN TAB 200MG | 00049343030 | 947.75 | TOBQ | 627.68 |
| 33620810200 | 6834827 | 04/02/2000 | 45 | LOTRISONE CRE | 00085092402 | 49.75 | CF | 49.75 |
| 81116595500 | 6834995 | 05/01/2000 | 17 | NASONEX SPR 50MCG/AC | 00085119701 | 50.86 | CF | 50.86 |
| 81173747600 | 6835444 | 03/10/2000 | 30 | SPIRONOLACT TAB 50MG | 00677170701 | 19.94 | CF | 19.94 |
| 77345479800 | 6835652 | 03/22/2000 | 180 | ULTRASE MT20 CAP | 58914000410 | 215.08 | CF | 215.08 |
| 26397216100 | 6836014 | 03/24/2000 | 60 | CELEBREX CAP 200MG | 00025152531 | 132.73 | CF | 132.73 |
| 26496414800 | 6836467 | 04/05/2000 | 30 | DIPHENHYDRAM CAP 50MG | 00781249801 | 4.80 | CF | 4.80 |
| 81269752900 | 6836562 | 05/02/2000 | 30 | HYDROCHLOROT TAB 25MG | 00005375234 | 4.56 | UR | 4.56 |

Page 8
10/26/2000  15:20:37
Series  99 - 53
Form RPT-8

### FLORIDA MEDICAID

| Pharmacy Audit - Final Report |

---

Pharmacy: **Cobo Pharmacy**                                Provider #:   100429800FL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26476932400 | 6836867 | 04/15/2000 | 60 | TRIAM-HCTZ CAP 37.5-25 | 00781207401 | 19.48  CF | 19.48 |
| 75685709500 | 6836969 | 04/19/2000 | 30 | PROZAC CAP 20MG | 00777310502 | 74.34  CF | 74.34 |
| 35177150200 | 6837329 | 05/01/2000 | 10 | PREDNISOLONE SUS 1% OP | 61314063710 | 15.78  CF | 15.78 |
| 76608772800 | 6837362 | 05/01/2000 | 30 | TRAZODONE TAB 150MG | 50111044101 | 13.38  CF | 13.38 |
| 81116595500 | 6837875 | 05/17/2000 | 60 | PROPULSID TAB 20MG | 50458044006 | 87.45  CF | 87.45 |
| 81085701800 | 6837964 | 05/19/2000 | 90 | DILTIAZEM ER CAP 120MG/24 | 00378522001 | 48.12  CF | 48.12 |

**Total Paid Amount**      13,003.60      **Total Sanctions**      12,632.53

FL-AG-0002969

| DATE | CASE CHRONOLOGY | INVEST | ATOR |
|---|---|---|---|
| 11/7/00 | MPI Received Allegation/Complaint: _HERITAGE_ | | |
| 11/14/00 | Printed FMMIS Screens 1,3,8, 11 & 12 | | |
| 11/14/00 | Printed MPI Case Tracking History | | |
| | Number of Closed Cases: 2 | | |
| | Number of Open Cases: 0 | | |
| | C.I. _____ Inv: | | |
| | C.I. _____ Inv: | | |
| | C.I. _____ Inv: | | |
| | Printed Corporate Records | | |
| 11/15/00 | File and Green Sheet Prepared | | |
| | ~~Consultec Referral: EOMB Mailout Requested~~ | | |
| | Case Assigned To: _KNH_ | | |
| | MFCU Investigation: (No:) Yes: | | |
| | Enrollment Package: ~~Ordered by Investigator~~  rec'd 2/8/01 | | |
| 2/5/01 | rec'd can files | KNH |
| 3/8/01 | Rec'd provider enrollment file | KNH |
| 4/10/01 | Printed FMMIS screen 4 & 5 | KNH |
| 10/4/01 | Printed FMMIS screen 18 | KNH |
| 10/5/01 | Report (Heritage) to K/OG with comments | |
| | decision to avoid PHS necessary | |
| | Provider voluntarily terminated effective 01/1/00 | |
| | audit date - 7/27/00 | |
| | audit performed at Eckerds, who purchased Colo | KNH |
| 12/14/01 | site in San Juan, PR's requested all the orig audit | |
| | case (01-1749-000) provider paid $40,000 | |
| | (1/1/96 - 7/31/00) | KNH |
| 4/11/02 | requested response to $181,000 note | KNH |
| 8/23/02 | Discussed case with Kelly Surrette, Assistant | |
| | Bureau Chief. Current can review good | |
| | separately indicated in 01-1749-000 | |
| | that MPI accepted $44,000 check sent | |
| | by provider. Draft closing memo | |
| | for Kelly Surrette to review | KNH |
| 9/6/02 | Drafted closing memo for agt | KNH |
| | submitted to Kelly Surrette | KNH |
| 9/16/02 | response from Kelly Surrette, closing | KNH |
| | memo submitted to Ken Yox for approval | KNH |
| 9/17/02 | Closing memo approved | KNH |
| 9/18/02 | Case closed in tracking | KNH |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FL-AG-0002970