# EXHIBIT F

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL        )  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION

 6    PRICE LITIGATION              )  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO      )

 8    U.S. ex rel. Ven-a-Care of    )  Judge Patti B. Saris

 9    the Florida Keys, Inc.        )

10        v.                        )  Chief Magistrate

11    Abbott Laboratories, Inc.,    )  Judge Marianne B.

12    No. 06-CV-11337-PBS           )  Bowler

13    - - - - - - - - - - - - - - - -

14          (caption continues on following pages)

15

16

17    Videotaped deposition of JOHN M. LOCKWOOD, M.D.

18                       Volume I

19

20                              Washington, D.C.

21                              Thursday, December 6, 2007

22                              9:00 a.m.
```

Page 2

```
 1           IN THE DISTRICT COURT OF TRAVIS COUNTY, TEXAS

 2                      201st JUDICIAL DISTRICT

 3      - - - - - - - - - - - - - - - - -

 4      THE STATE OF TEXAS,              )

 5      ex rel. VEN-A-CARE OF THE        )

 6      FLORIDA KEYS, INC.,              )

 7                  Plaintiffs,          ) Cause No. GV401286

 8          vs.                          )

 9      ABBOTT LABORATORIES INC., et     )

10      al.,                             )

11                  Defendants.          )

12      - - - - - - - - - - - - - - - - -

13

14          Videotaped deposition of JOHN M. LOCKWOOD,

15      M.D., held at the law offices of Jones Day, 51

16      Louisiana Avenue, N.W., Washington, D.C. 20001-2113,

17      the proceedings being recorded stenographically by

18      Jonathan Wonnell, a Registered Professional Court

19      Reporter and Notary Public of the District of

20      Columbia, and transcribed under his direction.

21

22
```

Page 3

```
 1        A P P E A R A N C E S   O F   C O U N S E L

 2

 3        On behalf of the United States of America:

 4             RENEE BROOKER, ESQ.

 5             U.S. Department of Justice

 6             Civil Division, Commercial Litigation

 7             601 D Street, N.W., Room 9918

 8             Washington, D.C. 20004

 9             (202) 616-3797

10             renee.brooker@usdoj.gov

11

12        On behalf of the State of Texas:

13             MARGARET MOORE, ESQ.

14             Office of the Attorney General of

15                the State of Texas

16             301 West 15th

17             Austin, Texas 78701

18             (512) 936-1319

19

20

21

22     (Cont'd)
```

Page 4

```
 1            A P P E A R A N C E S   (Cont'd)

 2

 3       On behalf of Ven-A-Care of the Florida

 4            Keys, Inc.:

 5            JAMES JOSEPH BREEN, ESQ.

 6            ALISON WARREN SIMON, ESQ.

 7            The Breen Law Firm

 8            5755 North Point Parkway, Suite 39

 9            Alpharetta, Georgia 30022

10            (770) 740-0008

11            jbreen@breenlaw.com

12

13       On behalf of Abbott Laboratories, Inc.:

14            R. CHRISTOPHER COOK, ESQ.

15            LOUIS P. GABEL, ESQ.

16            Jones Day

17            51 Louisiana Avenue, N.W.

18            Washington, D.C. 20001-2113

19            (202) 879-3939

20            christophercook@jonesday.com

21            lgabel@jonesday.com

22  (Cont'd)
```

```
                                                              Page 5
 1           A P P E A R A N C E S   (Cont'd)

 2

 3     On behalf of Dey, Inc. and Dey, L.P.

 4           and Mylan:

 5           WILLIAM ESCOBAR, ESQ.

 6           Kelley, Drye & Warren LLP

 7           101 Park Avenue

 8           New York, New York 10178

 9           (212) 808-7771

10           wescobar@kelleydrye.com

11

12     On behalf of Roxane Laboratories and

13           Boehringer Ingelheim:

14           ERIC GORTNER, ESQ.

15           Kirkland & Ellis

16           200 East Randolph Drive

17           Chicago, Illinois 60601

18           (312) 861-2285

19           egortner@kirkland.com

20

21

22     (Cont'd)
```

Lockwood, M.D., John M.        PORTIONS HIGHLY CONFIDENTIAL        December 6, 2007
                               Washington, DC

Page 6

1              A P P E A R A N C E S   (Cont'd)

2

3       ALSO PRESENT:

4            T. MARK JONES, Ven-A-Care

5            LUIS COBO, Ven-A-Care

6            EMILY WATSON, legal assistant

7            CONWAY BARKER, videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Henderson Legal Services, Inc.
202-220-4158                                           www.hendersonlegalservices.com

```
 1   BY MR. COOK:
 2       Q.   How much money did you receive
 3   following the BMS settlement?
 4       A.   I would think somewhere around the same
 5   number.  I don't know exactly.  Once again, I'm
 6   not sure what the pre and post tax dollars
 7   situation would be.  But somewhere around there.
 8       Q.   How much money in total have you
 9   received from Ven-A-Care other than the post
10   settlement payments that we've discussed already?
11            MR. BREEN:  Objection to form.
12       A.   I would say that would be the payments
13   that I've received other than whatever salary,
14   bonuses that are all part of that.
15       Q.   Do you have a number in mind personally
16   of how much money total you've received as a
17   result of your relationship with Ven-A-Care since
18   1995?
19       A.   I don't think I've ever sat down and
20   figured out what that number is.  But if you have
21   been making a little I guess you could estimate
22   from what I've told you.  I don't know exactly.
```

1   Q.   Would close to $10 million sound about
2   right?
3   A.   I would think in probably pretax
4   dollars, somewhere around there.  Yeah.  I would
5   think somewhere around there in pretax dollars.
6   Maybe a little more in pretax dollars.  We've
7   been very successful.
8   Q.   At what have you been very successful?
9   A.   At recovering monies for the Medicare
10  and Medicaid programs.
11  Q.   You testified that you spend
12  approximately eight hours a week at Ven-A-Care?
13       MR. BREEN:  Objection to form.
14  A.   I would say I spent more like eight
15  hours a day at Ven-A-Care as opposed to eight
16  hours a week.
17  Q.   I misspoke.  I apologize.  That you
18  were spending approximately eight hours a day
19  plus another couple at home which to my
20  calculation comes out to about a 40 hour work
21  week.  Does that sound about right?
22  A.   I probably end up working a lot more

Page 277

1  deposition was adjourned.)

2

3

4

5

6

7  _____

8          JOHN M. LOCKWOOD

9

10 Subscribed and sworn to and before me

11 this _____ day of _____, 20____.

12

13

14 _____

15     Notary Public

16

17

18

19

20

21

22