# EXHIBIT G

8/98

# PRESCRIBED DRUG SERVICES

## COVERAGE, LIMITATIONS, and
## REIMBURSEMENT HANDBOOK

FL 00002265



DEPOSITION
EXHIBIT
Dep 132
Q6b 3/4/8
PSN-DO 800-631-6989

2778

FL002765

2779

FL002766

# UPDATE LOG
## PRESCRIBED DRUG SERVICES
## COVERAGE, LIMITATIONS AND REIMBURSEMENT HANDBOOK

### How to Use the Update Log

**Introduction**

Changes to the handbook will be sent out as handbook updates. An update can be a change, addition, or correction to policy. It may be either a pen and ink change to the existing handbook pages or replacement pages.

It is very important that the provider read the updated material and file it in the handbook as it is the provider's responsibility to follow correct policy to obtain Medicaid reimbursement.

**Explanation of the Update Log**

The provider can use the update log to determine if all the updates to the handbook have been received.

Update No. is the number that appears on the front of the update.
Issued Date is the date that the update is issued.

**Instructions**

1. Make the pen and ink changes and file new or replacement pages.
2. File the cover page and pen and ink instructions from the update in numerical order after the log.

If an update is missed, write or call Unisys Provider Services at the address given in Appendix C of this handbook.

| UPDATE NO. | DATE ISSUED |
|---|---|
| New Handbook | February 1996 |
| 97-1-Revised Handbook | November 1997 |
| 98-1-Replacement Pages | August 1998 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

FL· 00002266

2780

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Payment For Services

**Direct Payment to Providers**

Medicaid provides an eligible recipient with access to Medicaid services by direct payment to the Medicaid provider upon submission of a payable claim to the Medicaid fiscal agent. Payments for Medicaid services must be made by direct payment to the provider, except in the following circumstances:

- Payment may be made in accordance with a reassignment from the provider to a government agency or reassignment by court order.
- Payment may be made in the name of the provider to the provider's billing agent.

<u>Note</u>: See Billing Agent in Chapter 2 in this handbook for additional information on billing agents.

**What the Provider May Charge for Services**

The provider's charges for services billed to Medicaid must not exceed the provider's usual and customary charge. The provider's usual and customary charge is the amount most often billed to another third party payor or to the pharmacy's non-Medicaid population during the same period of time, for the same drug, quantity and strength.

**Reimbursement for Services**

Medicaid reimbursement for prescribed drug services is on a fee-for-service basis. Medicaid reimbursement is the lower of the Medicaid-maximum fee for the service or the provider's usual and customary fee.

**Free Health Care**

Medicaid will not reimburse services for Medicaid recipients if non-Medicaid recipients are provided the same services free of charge. The only exceptions are services provided by agencies that receive federal funds from:

- Title V (Maternal and Child Health) of the Social Security Act, or
- Part B or H of the Individuals with Disabilities Education Act.

Examples of such agencies are the County Health Departments and Children's Medical Services.

2799

FL002786

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

# CHAPTER 6
# SUBMITTING CLAIMS

**Overview**

**Introduction**

This chapter describes the codes and fees that Medicaid uses to reimburse for prescribed drug services, explains the codes to use for special services, and explains how drug quantities are expressed. This chapter also describes the methods of claim submission, time limits for claims submission, and how to complete and submit claims for payment

**In This Chapter**

This chapter contains:

| TOPIC | PAGE |
|---|---|
| National Drug Code (NDC) | 6-2 |
| Reimbursement Information | 6-2 |
| Types of Pharmacy Claims | 6-4 |
| Point-of-Service Claim Submission | 6-4 |
| Electronic Claim Submission | 6-7 |
| Pharmacy 061 Claim Form | 6-10 |
| Where to Send Pharmacy 061 Claim Forms | 6-10 |
| Time Limit For Submission of Medicaid Claims | 6-11 |
| How to Complete A Pharmacy Claim | 6-15 |
| Sample of a Completed Pharmacy 061 Claim Form | 6-29 |
| Pharmacy 061 Claim Form Submission Checklist | 6-30 |
| Mailing Pharmacy 061 Claims Checklist | 6-31 |

FL 00002321

2890

FL002877

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## National Drug Code (NDC)

| | |
|---|---|
| Description | Drugs are identified on Medicaid claims and the Medicaid computer system drug file by the National Drug Code (NDC). The NDC is an 11-digit number. The first 5 digits identify the manufacturer or supplier, the next 4 digits identify the product, and the last 2 digits identify the package size. |
| Using NDCs | The provider must enter the entire 11-digit NDC for the actual product dispensed on the claim. Billing an NDC number other than the one for the product dispensed is a false claim and a violation of Medicaid policy. |
| NDC Code Not on the Drug File | Medicaid can only reimburse drugs whose NDC codes are on the Medicaid computer system drug file. If the NDC code is not on the Medicaid drug file, the provider can call Medicaid Pharmacy Services at 1-850-487-4441, and request that the drug be added.<br><br>If Medicaid adds the drug to the file, the provider may be reimbursed for dispensing the drug. |

## Reimbursement Information

| | |
|---|---|
| Reimbursement Methodology | Reimbursement for prescribed drug services is based on the cost of the drug to the pharmacy plus a dispensing fee. Medicaid reimburses the lowest of the:<br>• estimated acquisition cost of the drug, plus the dispensing fee;<br>• federal upper limit price, plus the dispensing fee; or<br>• amount billed by the pharmacy, which cannot exceed the pharmacy's usual and customary charge for the prescription. |

2891

FL002878

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

### Reimbursement Information, continued

| | |
|---|---|
| Source Of Prices | Medicaid uses ingredient costs that are supplied by the First DataBank's National Drug Data File electronic service. There are three pricing methods. |

- Most drugs are priced at seven percent above the cost to the wholesaler.
- Class II controlled substances or items that frequently require drop shipment or purchase from a secondary supplier are priced at the average wholesale price.
- Drugs frequently purchased directly by the pharmacy are priced at their actual acquisition cost to the pharmacy.

| | |
|---|---|
| Dispensing Fee | Medicaid reimburses the pharmacy a dispensing fee of $4.23 per prescription. |
| Unit Dose Preparation Fee | An additional $0.015 per unit is paid to pharmacies who prepare in-house unit dose packaging. Providers must indicate this with a certification code of "8" or "9" on the claim. |
| Multi-Month Dispensing Fee | To encourage pharmacies to dispense routine maintenance drugs in larger quantities, Medicaid will reimburse an additional $1.00 for each prescription for a 60-day or more supply, and $2.00 for each prescription in a 90 to 100-day supply. |
| Federal Upper Limit Prices | Federal upper limit prices (FUL), formerly known as generic upper limit prices (GULP), are established by the Health Care Financing Administration. Federal regulations prohibit Medicaid from reimbursing providers more than the FUL. Complete FUL lists are published in Red Book updates and are available in electronic databases such as First DataBank and MediSpan. |

FL 00002322

2892

FL002879

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Reimbursement Information, continued

| Brand Names that Exceed the FUL | If a recipient requests a brand name drug with an acquisition cost that exceeds the FUL, the pharmacist cannot dispense the brand name drug, bill for the generic price, and charge the recipient the difference. Providers must accept the Medicaid payment as payment in full or not bill Medicaid for the prescription. |
|---|---|
| | Providers can override the FUL for brand name drugs on the Florida Negative formulary by using a "dispense as written" code of "7" on point-of-service claims or a certification code of "1" on all other claims. |

## Types of Pharmacy Claims

| Types of Claim Submissions | Providers can submit prescribed drug claims through the point-of-service system, the Medicaid fiscal agent's electronic claim submission system, or on paper claim forms. The paper claim form for Medicaid prescribed drug services is the Pharmacy 061 claim form. |
|---|---|

## Point-of-Service (POS) Claim Submission

| Introduction | Medicaid pharmacy providers can submit Medicaid claims using on-line, real time, point-of-service (POS) processing. The transaction is processed through the claims processing cycle, and the disposition of the claim is returned to the pharmacy within seconds of submission. |
|---|---|
| | POS processing is available through authorized telecommunication vendors that are connected to virtually every pharmacy in the United States. |
| Features of Point of Service | The POS system is designed to work under the general framework of standards and protocols established by the National Council for Prescription Drug Programs (NCPDP). It uses methods of communication that are in place for other pharmacy POS processing. POS utilizes the latest telecommunication standard, NCPDP 3.2(3C). |
| | The POS system is available 24 hours per day, seven days per week, except for scheduled downtime for system maintenance. |

2893

FL002880

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Point-of-Service Claim (POS) Submission, continued

Benefits of Point of
Service

Pharmacies utilizing POS can determine recipient eligibility and specific coverage limitations prior to dispensing the drug. In addition, the system reports information back to pharmacists that will assist in correcting claim errors or billing third party sources. Examples of information that are reported back include: third party insurance coverage, HMO coverage, number of prescriptions authorized and already used, and drug utilization review messages using the NCPDP format.

Additional benefits of POS are:

- increased speed of claims payments, to three days in some cases;
- ability to correct data entry errors immediately, avoiding unnecessarily denied claims;
- elimination of the cost and bother of paperwork;
- decreased clerical labor costs; and
- automation of the pharmacy for a more efficient operation

Equipment

To use POS, the provider must:

- Contact a system software vendor to provide and install the necessary software upgrades and to provide a system vendor manual. If the system vendor is certified to submit claims via POS, he will give the pharmacy a system certification number that must be included on the Pharmacy Point of Service Agreement.
- Select and contract with an authorized telecommunication switch vendor. The provider can obtain a list of the authorized telecommunication switch vendors from the Unisys Electronic Claims Submission Technical Team at 1-800-377-8221.

Role of the
Telecommunication
Switch Vendor

A switch vendor is a telecommunications services vendor who transfers the prescription transactions from the pharmacy to Unisys via telephone lines. A switch vendor is available to the pharmacy by direct dial-up. The switch vendor receives all the claims and routes them to their respective processing sites, all of which are connected by dedicated lines.

The provider remains responsible for all claims submitted for payment.

FL002323

2894

FL002881

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Point-of-Service Claim (POS) Submission, continued

| | |
|---|---|
| Authorization to Use Point of Service | To obtain authorization to submit Medicaid claims through POS, the provider must submit the POS authorization agreements to the Medicaid fiscal agent.<br><br>Note: See Point-of-Service Enrollment in Chapter 2 in this handbook for information on the agreements.<br><br>Note: See Appendices F and G in this handbook for copies of the POS service authorization agreements. |
| Number of Claims that Can Be Submitted | Up to four prescriptions for the same recipient can be transmitted at one time. The provider must contact his system vendor for information on transmitting multiple claims. |
| Type of Claims that Can Be Submitted | New claims, resubmitted denied claims, and claim reversals (voids) can be submitted through POS.<br><br>Claims on which a third party has made payment can be submitted if the provider has the capability to enter the amount paid by the third party in the claim record. |
| Types of Claims that Cannot Be Submitted | The following types of claims cannot be submitted through POS. They must be submitted on paper Pharmacy 061 claim forms:<br><br>• adjustments;<br>• claims requiring supporting documentation or attachments; and<br>• claims that must be manually reviewed prior to payment, which are described below. |

2895

FL002882

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Point-of-Service Claim (POS) Submission, continued

| | |
|---|---|
| Claims that Must be Manually Reviewed | The following types of claims must be manually reviewed prior to payment: |

- claims for payment in excess of a dollar threshold established by the Agency that range from $100 for inexpensive oral drugs to $15,000 for antihemophilic factor;
- claims for compounded drugs submitted for manual pricing;
- claims for a recipient with third party liability when the third party has not made a payment on the claim; and
- claims for a recipient with third party liability when the provider is unable to transmit the "Other Payer Amount" via POS.

| | |
|---|---|
| Provider Software Responsibilities | It is the provider's responsibility to ensure that his software correctly receives, formats, and displays all data and free text fields that are transmitted by Medicaid. |

### Electronic Claim Submission (Batch)

| | |
|---|---|
| Introduction | Providers who do not use POS processing may still submit Medicaid claims via electronic media (batch) to take advantage of speed and accuracy in processing. Providers may submit electronic claims themselves or choose a billing agent that offers electronic claim submission services. |
| Electronic Claims Processing | Unisys has PC-based software, which enables providers to submit claims electronically on IBM compatible personal computers (PC) in their offices. Unisys will supply the software and a user manual at no cost to the provider. |
| | Providers can transmit the claims in batch via telephone lines directly to Unisys. If the PC does not have a modem, the claims data can be stored on a diskette and mailed to Unisys. |

*FL 00002324*

2896

FL002883

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**Electronic Claim Submission, continued**

| | |
|---|---|
| Benefits | Benefits of electronic claims submission are numerous:<br><br>• increase speed of claims payments, to seven days in some cases;<br>• avoid mailing time and costs;<br>• eliminate the cost and bother of claims paperwork;<br>• decrease clerical labor costs; and<br>• automate the office for a more efficient operation. |
| Electronic Claim Formats | Unisys accepts several forms of electronic media including:<br><br>• 3 1/2 inch diskettes<br>• Asynchronous transmission (via telephone modem and PC)<br>• Magnetic tape |
| Description | The electronic claims submission software is mouse compatible and supports Zmodem protocol at all baud rates including 28.8 BPS. The software also has the ability to store commonly entered values in a database, which can be accessed from within the claim the provider is entering. |
| Equipment | To use the electronic claims submission software, providers must have access to:<br><br>• personal computer using DOS version 3.3 or higher;<br>• four megabytes of Random Access Memory (RAM) for the 386 version or 640 kilobytes of RAM for the 286 version;<br>• two megabytes free on an internal hard drive (non-removable storage disk);<br>• 100 percent Hayes-compatible modem with the ability to support one of the following baud rates: 2400, 9600, 14400, 19200 or 57600;<br>• 3½" drive;<br>• color monitor; and<br>• 80 column printer (optional). |

2897

FL002884

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Electronic Claim Submission, continued

| | |
|---|---|
| How to Participate in Electronic Claims Submission | A provider interested in submitting claims via electronic media can call 1-800-377-8221 or write to the address below:<br><br>Unisys<br>ECS Technical Team<br>2525 South Monroe Street<br>Tallahassee, Florida 32301 |
| Type of Claims that Can Be Submitted | New claims and resubmitted denied claims can be submitted through ECS. |
| Types of Claims that Cannot Be Submitted | The following types of claims cannot be submitted through ECS (batch). They must be submitted on paper Pharmacy 061 claim forms:<br><br>• voids;<br>• adjustments;<br>• claims requiring supporting documentation or attachments;<br>• claims for payment in excess of a dollar threshold established by the Agency that range from $100 for inexpensive oral drugs to $15,000 for antihemophilic factor;<br>• claims for compounded drugs submitted for manual pricing; and<br>• claims for a recipient with third party liability whether or not the third party has made a payment on the claim. |
| Technical Assistance | Technicians at Unisys are available to provide assistance.<br><br>As scheduling permits, a Unisys Field Representative will assist providers in installing the software and will help with initial testing and instructions for ongoing claims submission. To schedule an appointment with a field representative or for any non-software questions, call Unisys Provider Services at 1-800-289-7799.<br><br>For technical questions, the provider can call the ECS Help Desk at 1-800-377-8221. |

E 00002325

2898

FL002885

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Electronic Claim Submission, continued

**Claim Certification**

Because an electronic claim cannot be submitted with a signature, the provider's endorsed signature on the back of the remittance check issued by the Medicaid fiscal agent takes the place of a signature on a paper claim form. It acknowledges the submission of the claim and the receipt of the payment for the claim. It certifies that the claim is in compliance with the conditions stated on the back of the paper claim form, and with all federal and state laws.

## Pharmacy 061 Claim Form

**Introduction**

To request payment for Medicaid covered services, the provider can submit a Pharmacy 061 claim form to the fiscal agent.

Note: See pages 6-14 and 6-15 in this chapter for a copy of the Pharmacy 061 claim form.

**Ordering the Claim Forms**

To request Pharmacy 061 claim forms, write to:

Unisys Corporation
Attn.: Banking Team
2525 South Monroe Street
Tallahassee, Florida 32301-6353

## Where to Send Pharmacy 061 Claim Forms

**Original and Resubmitted Claims**

Mail original and resubmitted Pharmacy 061 claim forms to:

Unisys
061 Claims
P.O. Box 7082
Tallahassee, Florida 32314-7082

2899

FL002886

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

### Where to Send Pharmacy 061 Claim Forms, continued

| | |
|---|---|
| Crossover Claims | Mail crossover HCFA-1500 claim forms to:<br><br>Unisys<br>Crossover Claims<br>P.O. Box 7074<br>Tallahassee, Florida 32314-7074 |
| Adjustments and Voids | Mail adjustments and voids to:<br><br>Unisys<br>Adjustments and Voids<br>P.O. Box 7080<br>Tallahassee, Florida 32314-7080 |

### Time Limit For Submission of Medicaid Claims

| | |
|---|---|
| Timely Claim Submission | Medicaid providers should submit claims immediately after providing services so that any problems with a claim can be corrected and the claim resubmitted before the filing deadline. |
| Clean Claim | In order for a claim to be paid, it must be a clean claim.  A clean claim is a Medicaid claim that:<br><br>• has been accurately and fully completed according to Medicaid billing guidelines,<br><br>• is accompanied by all necessary documentation, and<br><br>• can be processed and adjudicated by the fiscal agent without obtaining additional information from the provider. |
| 12-Month Filing Limit | A clean claim for services rendered must be received by the Agency or its fiscal agent no later than 12 months from the date of service. |

FL 00002326

2900

FL002887

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**Time Limit For Submission of a Medicaid Claims, continued**

| | |
|---|---|
| Out-Of-State Claims | Claims submitted by out-of-state providers must be received by the department or its fiscal agent no later than 12 months from the date of service to be considered for payment. |
| Out-Of-State Exemption | Because of differences in Medicaid billing practices between states, out-of-state providers are exempt from the clean claim requirement. Out-of-state providers must, however, comply with all other Florida Medicaid claim filing regulations including adherence to claim filing time limits. |
| | If the original claim was filed within 12 months from the date of service but did not pay and it is now beyond 12 months, the provider must mail the claim to the Medicaid office for the area in which the recipient resides, instead of the fiscal agent. |
| | Note:  See Appendix C of this handbook for the addresses and phone number of the Medicaid area offices. |
| Date Received Determined | The date stamped on the claim by any AHCA/Medicaid office or by the Medicaid fiscal agent is the recorded date of receipt for a paper claim. The fiscal agent date stamps the claim the date it is received in the fiscal agent's mailroom. |
| | The date electronically coded on the provider's electronic transmission by the Medicaid fiscal agent is the recorded date of receipt for an electronic claim. |
| Third Party Payer/ Insurance Claims | Claims for recipients who have Medicare or other insurance must be submitted to a third party payer prior to sending the claim to Medicaid. |
| | Claims must be received by AHCA/Medicaid or the Medicaid fiscal agent no later than 12 months from the date of service or six months from the date of the Medicare or other insurance payment or denial. |
| Claim Adjustment Requests | All clean claim adjustment requests must be received by the Agency or its fiscal agent no later than 12 months from the date of the original payment. |

2901

FL002888

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Time Limit For Submission of a Medicaid Claims, continued

| | |
|---|---|
| Claim Void Requests | The 12-month filing limit does not apply to claim void requests. Claim void requests may be submitted at any time. |
| Exceptions to the 12-Month Time Limit | Exceptions to the 12-month claim submission time limit may be allowed, if the claim meets one or more of the following conditions:<br><br>• original payment voided,<br>• court or hearing decision,<br>• delay in recipient eligibility determination,<br>• agency delay in updating eligibility file,<br>• court ordered or statutory action, or<br>• system error on a claim that was originally filed within 12 months from the date of service.<br><br>Any claim filed more than 12 months from the date of service that meets an exception must be sent to the area office for processing, not to the fiscal agent.<br><br>Each of these exceptions is discussed below.<br><br>Note:  See Appendix C of this handbook for the addresses and phone numbers of the Medicaid area offices. |
| Original Payment Is Voided | When an original Medicaid claim is voided, the provider may submit a new claim and a written request for assistance to the area Medicaid office no later than six months from the void date. |
| Court or Hearing Decision | When a recipient is approved for Medicaid as a result of a fair hearing or court decision, there is no time limit for the submission of a claim. |

FL 00002327

2902

FL002889

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Time Limit For Submission of a Medicaid Claims, continued

| | |
|---|---|
| Delay in Recipient Eligibility Determination | An exception may be granted when there is a delay in the determination of an individual's Medicaid eligibility by the Department of Children and Families or the Social Security Administration. The provider must send in specific documentation to the area Medicaid office no later than 12 months from the date the recipient's eligibility is approved. The claim submission must include:<br><br>• a clean claim<br>• a copy of the recipient's proof of eligibility, and<br>• documentation of the reason for late submission. |
| Agency Delay In Updating Eligibility File | If the Agency delays updating a recipient's eligibility on the Florida Medicaid Management Information System (FMMIS), an exception may be granted. The provider must submit the related clean claims to the area Medicaid office no later than 12 months from the date the recipient's eligibility file was updated. |
| Court Ordered/ Statutory Action | If the Agency takes corrective actions due to a court order or due to final agency action taken under Chapter 120, Florida Statutes, there is no time limit for claim submission. |
| System Error | If a clean claim denies due to a system error or any error that is the fault of Medicaid or the fiscal agent, an exception may be granted if the provider submits another clean claim along with documentation of the denial to the area Medicaid office no later than 12 months from the date of the original denial. |
| Evaluate the Claim | The provider must evaluate any claim that is denied and determine if the claim fits any of the conditions for an exception to the 12-month filing limit. |

2903

FL002890

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Time Limit For Submission of a Medicaid Claims, continued

Submit A New
Medicaid Claim
Form

The provider must complete and submit a new Medicaid claim form that meets the following criteria.

- The new claim must be a clean claim.
- A signed or initialed legible photocopy of the original claim is acceptable.
- All required attachments that were necessary for processing the original claim must be attached to the exception claim.

Corrections can be made to a photocopy of the claim, but the system will not accept claims with correction fluid, whiteout or highlighted areas. Use correction tape to make corrections.

Supporting
Documentation

The provider must send a letter explaining the circumstances of the request for an exception to the time limit, and attach documents that support the exception request. One or more of the following items must be attached:

- a copy of a hearing decision or court order;
- a copy of the recipient's proof of eligibility; or
- a copy of the remittance voucher that indicates the incorrect denial from Medicaid.

Where To Send
Requests

All requests for an exception to the 12-month filing time limit must be sent to the area Medicaid office.

Note: See Appendix C in this handbook for the addresses and phone numbers of the area Medicaid offices.

## How to Complete a Pharmacy Claim

Introduction

This section contains the field descriptions for pharmacy claims. The required claim information is the same for all pharmacy claims regardless of whether the claim is submitted through point of service, electronic claims submission, or on a paper Pharmacy 061 claim form. The data elements of the NCPDP transmission standard are described in detail and are matched with the corresponding paper claim field.

November 1997

6-15

2904

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## How to Complete a Pharmacy Claim, continued

**Before Submitting the Claim**

Before submitting a claim, the provider should answer the following questions:

- Was the recipient eligible for Medicaid on the date of service?
- Has recipient's eligibility been verified?
- Was HMO authorization obtained, if applicable?
- Was the service or item provided covered by Medicaid?
- Was prior authorization obtained, if applicable?
- Was an exception authorization obtained, if applicable?
- Has a claim been filed and a response received for all other insurance held by the recipient?
- Is the claim a new claim, a resubmitted denied claim, or a claim reversal?

**Basic Rules for Paper Claims**

The following are some basic rules to follow before completing a paper claim form.

- Make sure the Pharmacy 061 claim form is the right form to use for the claim.
- Use one claim form for each recipient.
- Enter all information with a typewriter or computer using black type or a pen using black ink. (The fiscal agent can only process clean claims with black type or ink. Red ink may be used only on adjusted claims to indicate the items being corrected.)
- Be sure the information on the form is legible.
- Enter information within the allotted spaces.
- If necessary, use correction tape -- not fluid (whiteout).

2905

FL002892

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## How to Complete a Pharmacy Claim, continued

Basic Rules for
Electronic Claims

The following are some basic rules to follow before submitting a claim electronically.

- Make sure that the pharmacy is authorized to submit claims electronically either via point of service (POS), tape or modem transmission.

- If submitting via POS, use computer software that supports the National Council for Prescription Drug Program's (NCPDP) transmission standard.

- Complete all required data fields. Claims with missing or invalid data will be rejected.

- If the claim is an adjustment, requires supporting documentation or attachments, has an amount payable in excess of the threshold established by the Agency, or has to be manually reviewed prior to payment, it must be submitted on a paper Pharmacy 061 claim form.

Pharmacy 061
Claim Form

A copy of the Pharmacy 061 claim form is on the following pages.

FL 00002329

2906

FL002893

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

Illustration 6-1.  The Pharmacy 061 Claim Form



2907

FL002894

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

Illustration 6-2.  Reverse Side of the Claim Form

## CERTIFICATION STATEMENT

PARAGRAPH 1.

THIS IS TO CERTIFY THAT THE FOREGOING INFORMATION IS TRUE, ACCURATE, AND COMPLETE, AND THAT THESE SERVICES WERE PROVIDED IN CONFORMANCE WITH SECTION 504 OF THE REHABILITATION ACT AND WITHOUT CONSIDERATION OF THE RACE, COLOR, OR NATIONAL ORIGIN OF THE PATIENT AS REQUIRED BY TITLE VI OF THE CIVIL RIGHTS ACT; AND THAT I WILL ACCEPT PAYMENT BY THE FLORIDA MEDICAID PROGRAM AS PAYMENT IN FULL FOR SERVICES RENDERED TO RECIPIENTS UNDER TITLE XIX OF THE SOCIAL SECURITY ACT.

PARAGRAPH 2.

I UNDERSTAND THAT PAYMENT AND SATISFACTION OF THIS CLAIM WILL BE FROM FEDERAL AND STATE FUNDS, AND THAT ANY FALSE CLAIMS, STATEMENTS, OR DOCUMENTS, OR CONCEALMENT OF A MATERIAL FACT MAY BE PROSECUTED UNDER APPLICABLE FEDERAL AND STATE LAWS.

PARAGRAPH 3.

I AGREE TO MAINTAIN COMPLETE AND ACCURATE FISCAL, MEDICAL AND SOCIAL RECORDS THAT ARE APPLICABLE TO THE MEDICAID RECIPIENT FOR WHOM I HAVE CLAIMED PAYMENT, SAID RECORDS WILL BE MADE AVAILABLE FOR MEDICAID AUDIT, MEDICAL REVIEW, UTILIZATION REVIEW, AND OTHER PERIODIC MONITORING UPON REQUEST OF AN AUTHORIZED REPRESENTATIVE OF THE FLORIDA MEDICAID PROGRAM, AUDITOR GENERAL OR THE U.S. DEPARTMENT OF HHS, GENERAL ACCOUNTING OFFICE, INSPECTOR GENERAL OR THEIR AGENTS OR ASSIGNS.

**UNISYS CORPORATION
P.O. BOX 7084
TALLAHASSEE, FL  32314-7084**

FL 00002330

2908

FL002895

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| Instructions for Completing a Pharmacy Claim | The following table contains the fields that must be entered on pharmacy claims. The first column contains the electronic data elements on point of service (POS) and other types of electronic billing. The second column contains the corresponding fields on the paper Pharmacy 061 claim form. The third column explains the required action for each type of claim submission. |

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Pharmacy Number | Item 5 - Pharmacy Identification, Address & Provider Number | **Point of Service and Other Electronic Billing:** For electronic media, the pharmacy's provider number is built into the software and does not have to be entered with each prescription. **Pharmacy 061 Claim Form:** Enter the provider's name, address and nine-digit Medicaid Provider Number. The entry may be rubber stamped, typed or printed in black ink. |
| Cardholder ID Number | Item 4 - Medicaid ID Number | Enter the recipient's 10-digit Medicaid Identification Number. **Point of Service:** If a provider does not know the recipient's Medicaid ID number, he or she may enter the card control number from the front of the recipient's gold, plastic Medicaid ID card. The response on the POS device will contain the recipient's Medicaid ID number in the message area. The provider must record this number to use in all future Medicaid transactions. Note: See Chapter 3 in this handbook for information on Medicaid ID numbers. |
| Patient's First Name, Patient's Last Name | Item 3 - Recipient's Name | Enter the recipient's last name, first name, and middle initial exactly as it appears on the Medicaid ID card or other proof of eligibility. |

2909

FL002896

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Other Coverage Code | Item 7 - Other Prescription Insurance | If the recipient has other prescription insurance coverage, enter a "X" in this item.. Otherwise, leave it blank.  Some computer software may prompt the provider to enter a "Y" or "N" instead of a "X." |
| Date Filled | Item 15 - Date Filled | Enter the date that the prescription was filled in month, date, and year format:  MM/DD/YY.  For example enter 03/01/95 for March 1, 1995. <br><br> Refills must show the refill date, not the date of the original filing.  Medicaid cannot reimburse for a refill made after 12 months from the date the prescription was written. |
| Eligibility Clarification Code | NA | **Point of Service:**  If the recipient is not showing as eligible on the Medicaid system, a POS claim will deny for edit 250 or 271.  If the provider has proof of eligibility, such as a HRS-ES Form 2014 or a temporary Medicaid Identification Form (AMIC), enter a "2" in this field to override the edit. <br><br> The claim will remain in suspense for up to 14 days.  If after 14 days the recipient is still not showing as eligible on the Medicaid system, the claim will be denied. <br><br> (This field is not available on Pharmacy 061 claim forms or other electronic billing systems, because claims submitted through these types of billing will automatically suspend for up to 14 days if edit 250 or 271 is posted.) <br><br> Note:  See Chapter 3 in this handbook for information on recipient eligibility. <br><br> Note:  See Appendix A for information on resolving claims denied because the recipient eligibility, edit 251 or 270. |

*FL 00002331*

2910

FL002897

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Prescription Number | Item 9 - Rx Number | Enter the pharmacy's internal number that was assigned to the prescription.  Enter up to six digits.<br><br>**Point of Service and Other Electronic Billing:**  Seven digits may be entered, but the first digit will be truncated. |
| New/Refill Code | Item 16 - O/R | Enter the letter "O" (not the number "0") if the prescription is being filled for the first time.  Enter "R" if it is a refill. |
| Metric Quantity | Item 11 - Quantity | Enter the number of tablets, capsules, suppositories, patches or packets dispensed.  If the drug is a liquid or a reconstituted oral suspension, enter the number of milliliters dispensed.<br><br>If the drug is measured in grams, such as an ointment, cream, bulk powder, or aerosolized inhaler, enter the number of grams dispensed.<br><br>If the drug is reconstitutable powder for injection, enter the number of total vials used in preparing the prescription.<br><br>For antihemophilic factor products measured in AHFU units, enter the total number of AHFU units dispensed.<br><br>Medicaid cannot accept decimal quantities; round up to the nearest whole number.<br><br>Note:  See Drug Quantities and Units of Measure in Chapter 9 for additional information on billing units for common drugs. |
| Days Supply | Item 12 - Days Supply | Enter the estimated number of days that the prescription will last if it is consumed at the prescribed rate, based on the pharmacist's professional judgment and the prescription date.<br><br>If the directions for use are "PRN," the pharmacist must still enter an estimated number of days the prescription will last based on reasonable judgment. |

2911

FL002898

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim**, continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NDC Number | Item 10 - NDC Number | Enter the National Drug Code (NDC) from the package for the drug dispensed. |
| | | Billing for a NDC other than the one on the package (including package size) from which the drug was dispensed is a violation of Medicaid policy. |
| | | The "Manufacturer" field must contain five digits. If the manufacturer number has only three digits, enter zeros to the left of the number to fill up all five spaces. |
| | | The "Item" field must contain four digits. If the item number does not have four digits, enter zeros to the left of the number to fill up all four spaces. Do not enter any part of the manufacturer's number in the "Item" field. |
| | | The "Pkg" field must contain two digits. If a package number does not have two digits, add a zero to the left of the number to fill both spaces. When billing refills, ensure the correct package size is billed. |
| | | **Compound Drug Codes:** Compounds must be submitted on a Pharmacy 061 claim form and are pended for manual review. When billing for a compound drug, enter one of the following compound drug codes. More than one code is available so that more than one compound can be dispensed to a recipient on the same day without using the same number. |
| | | 55555-5555-55<br>66666-6666-66<br>77777-7777-77<br>88888-8888-88 |
| | | In the space provided at the bottom of the claim form, list the actual NDC number(s) with the corresponding quantities of each ingredient used. When the ingredient does not have an NDC, enter the name of the ingredient along with the name and address of the manufacturer in the compound information area at the bottom of the form. |

2912

FL002899

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NDC Number (continued) | Item 10 – NDC Number (continued) | **Total Parenteral Nutrition (TPN):** Enter the designated TPN code that best describes the total daily TPN volume that is required by the recipient. <br><br> Note: See Compound Drug Codes and Total Parenteral Nutrition Codes in Chapter 9 for additional information on codes to use for compound drugs and TPN. |
| Prescriber ID | Item 13 – Prescriber's Florida License Number | Enter the prescriber's professional license number. A medical professional license number is always two alpha characters followed by seven numeric characters. The alpha character prefixes for prescribing professionals are: <br><br> ME - Medical      PO - Podiatry <br> OS - Osteopathic    RN - Registered Nurse <br> DN - Dental       MC - Medical Consultant <br> PS - Pharmacy     PA - Physician's Assistant <br> OP - Optometry <br><br> When the license number is not available or inappropriate, use the following codes. These numbers should only be used after a bonafide effort to obtain the prescriber's professional license number has failed. <br><br> MX9999999    Out of state, non-Florida license <br> MT9999999    Unlicensed prescriber such as an intern or a resident in a teaching hospital <br> ME9999999    Unidentifiable prescriber or license number cannot be obtained. <br><br> Do not enter the prescriber's name or his DEA number. |

2913

FL002900

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| DAW | NA | **Point of Service:** Enter the applicable "Dispense as Written" (DAW) code; do not leave blank. |
| | | If a single source drug or a generic drug is dispensed, enter a "0." |
| | | If the drug is on the negative formulary and the brand name is dispensed, enter a "7." |
| | | Enter other codes 1--9 as appropriate with the software standards. |
| | | DAW codes are not available in other electronic media or paper claim forms. |
| Usual and Customary Charge | Item 17 - Amount Billed | Enter the pharmacy's usual and customary charge for the prescription. The amount billed Medicaid may not exceed the usual and customary charge to non-Medicaid customers. |
| | | If a third party payer has already paid the pharmacy, and the pharmacy is submitting a claim to Medicaid for the remaining copayment or deductible, the provider must enter the usual and customary charge for the whole prescription. The Medicaid system will automatically subtract the amount paid by the third party (see item 8). |
| | | If the amount to be paid by Medicaid exceeds the dollar threshold established by the Agency, the claim will deny for EOB 321 and must be submitted on a paper Pharmacy 061 claim form. |
| | | **Institutional pharmacies:** If the pharmacy normally charges non-Medicaid patients for in-house unit dose packaging, add $0.015 per dose to the "Amount Billed" for Medicaid patients. |

FL 00002333

2914

FL002901

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| PA/MC Code Number | Item 6 - Drug Grant Adjustment and Item 14 - Certification | **Point of Service and Other Electronic Billing**: System software vendors use different methods for entering the drug grant adjustment codes and the certification codes into standardized fields. Consult the system software manual for instructions. |

**Pharmacy 061 Claim Form:**

**Drug Grant Adjustment** codes allow a pharmacist to dispense additional prescriptions to specific recipients who have met their monthly drug cap.

Enter the appropriate patient identifier code when applicable:

| Drug Grant Code | Monthly Drug Limit |
|---|---|
| 1 - Nursing home recipient | 8 |
| 5 - Terminally ill recipient | 12 |
| 6 - Dialysis recipient | 10 |
| 7 - Insulin dependent or diabetic recipient | 10 |
| V – Home infusion recipient | 25 |

**Certification codes** allow Medicaid claims to be reimbursed under the specific situations described below:

Enter "1" when the prescribed drug is listed on the Florida Negative Formulary.

Enter "2" for prenatal vitamins and for contraceptives such as foams, gels and condoms. (Enter "4" for brand name oral contraceptives.)

Enter "4" for oral contraceptives that are brand "medically necessary" and used in relation to family planning.

Enter "5" for vitamins or phosphate binders prescribed for dialysis patients.

Enter "8" to indicate in-house preparation of unit dose packaging to enable the claim to be paid at an increased amount.

Enter "9" for in-house preparation of unit dose packaging when the prescribed drug is also on the negative formulary.

Do not use "8" or "9" when drugs are already packaged in units of use packaging such as patches, inhalers, topicals, etc.

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Other Payer Amount | Item 8 – Remarks | **Point of Service:** The "Other Payer Amount" field is used when the recipient has private HMO or other third party (other than Medicare) prescription insurance. The third party insurers must be billed before Medicaid. Enter the amount paid by the other insurer. Medicaid will reimburse the Medicaid allowable amount less the amount paid by the third party. |
| | | If the other third party denied the claim, a paper 061 claim must be submitted. Write "Other payer paid $0" in the Remarks section and attach documentation of rejection to the claim. |
| | | **Other Electronic Billing:** Providers who use electronic claims submission other than POS cannot submit claims with third party payment electronically. They must submit these claims on paper Pharmacy 061 claim forms. |
| | | **Pharmacy 061 Claim Form:** If the recipient has private HMO or other third party prescription insurance, enter the amount paid by the other insurer in the Remarks section. Documentation of payment or rejection by the other insurer must be attached to the claim. |
| | | Note: See Chapter 1 for additional information on third party liability. |
| | | Note: See Chapter 4 for special instructions for drugs that are covered by Medicare. |
| DUR Codes | NA | **Point of Service:** The Drug Utilization Review (DUR) Conflict Code, Intervention Code and Outcome Code fields are required when claims are submitted after a DUR conflict warning. |
| | | **Other Electronic Billing and Pharmacy 061 Claim Form:** The DUR fields are not applicable. |
| | | Note: See Chapter 10 in this handbook for additional information on on-line prospective DUR in POS processing. |

FL 00002334

2916

FL002903

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NA | Item 18 - Print or Type Unusual, etc. | **Pharmacy 061 Claim Form:** If billing for a compound prescription requiring manual pricing, enter the compounding information in the space available (name of drug used and quantities of each).<br><br>Enter enough compounding information so the correct payment can be calculated.  Include the NDC number and the quantity of each ingredient used in the compound.  If the ingredient does not have a NDC number, then enter the name, the cost for that ingredient, and the manufacturer. |
| NA | Item 19 - Total Amount Billed | **Pharmacy 061 Claim Form:** No entry required.  The provider may enter the total amount billed for all prescribed drugs entered on the claim form. |
| NA | Authorized Signature | **Pharmacy 061 Claim Form:** Sign the claim form.  If the provider uses a facsimile or a signature stamp, the entry must be initialed by the provider or an authorized representative.  The provider is responsible for ensuring that the signature on the claim is that of an authorized individual.<br><br>Providers are responsible for all claims billed using their Medicaid provider identification numbers.<br><br>The authorized signature certifies that the information entered on the claim is in conformance with the conditions on the back of the claim and with all federal and state laws and regulations. |
| NA | Billing Date | **Pharmacy 061 Claim Form:** Enter the date the claim form was signed.  Use the month, day, year format:  MM/DD/YY For example enter 01/01/97 for January 1, 1997.<br><br>**Point of Service and Other Electronic Claims:**  Claims submitted electronically are dated when they are processed by the claims adjudication system. |

2917

FL002904

Illustration 6-3. Sample Completed Pharmacy 061 Claim Form

UNISYS • P.O. BOX 7082
TALLAHASSEE, FL 32314-7082

A = ADJUSTMENT V = VOID

TRANSACTION CONTROL NUMBER

PHARMACY IDENTIFICATION, ADDRESS, & PROVIDER NUMBER

ACMG Pharmacy
123 Any Street
Anywhere, FL 32800
1234567-00

**STATE OF FLORIDA**
**REQUEST FOR PAYMENT**
**FLORIDA MEDICAID PROGRAM**
**PHARMACY CLAIM FORM**

RECIPIENT'S NAME (LAST, FIRST, MI)
JONES MARY J

MEDICAID I.D. NUMBER
1234567890

DRUG GRANT ADJUSTMENT

OTHER PRESCRIPTION INSURANCE? YES X

| Line | Remarks | Rx Number | NDC | Quantity | Days Supply | Prescriber | Date Filled | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|
| 0 | Other payer paid $0.00 | 0 01 2 3 4 | 00000 2035 10 2 | 3 0 | 3 0 | ME1234567 | 01 01 97 | 0 | 4 5 9 |
| 1 | Other payer paid $4.00 | 0 0 1 2 3 5 | 0 0 0 3 5-0 6 1 30 6 | 2 1 | 7 | ME1234567 | 01 01 97 | 0 | 9 0 0 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

TOTAL AMOUNT BILLED: 11 3 5 9

PRINT OR TYPE UNUSUAL AND COMPOUND PRESCRIPTION INFORMATION BELOW WITH LINE NO.

IMPORTANT
READ CERTIFICATION STATEMENT ON THE REVERSE SIDE
I CERTIFY THAT THE CERTIFICATIONS ON THE REVERSE
APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

John Smith Rph 1-1-97
AUTHORIZED SIGNATURE / TITLE BILLING DATE

FOR OFFICE USE ONLY

061 7/94

FL 00002335

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Pharmacy 061 Claim Form Submission Checklist

Introduction          Use the following checklist before submitting a Pharmacy 061 claim to
                      Unisys for reimbursement.

Checklist             ❑     Is the form typed or printed in black ink?

                      ❑     Is the copy legible?

                      ❑     Is claim free of highlighting or correction fluid?

                      ❑     Were instructions in the handbook followed? Some fields are not
                            self-explanatory or may be used for other purposes.

                      ❑     Are the provider name and number entered?

                      ❑     Is the claim signed and dated? Unsigned claims will be returned
                            unprocessed.

                      ❑     Are attachments required? Claims cannot be paid without the
                            required attachments.

                      ❑     Is the P.O. box number for submitting the claim correct?

                            Note: See page 6-15 in this chapter for a complete list of addresses
                            to submit claims and other forms.

                      ❑     Questions not answered in this handbook should be clarified with
                            Unisys Provider Services at 1-800-289-7799 (in state) or
                            1-800-955-7799 (out of state).

2919

FL002906

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

---

## Mailing Pharmacy 061 Claims Checklist

| | |
|---|---|
| Introduction | The following checklist may be used when mailing Pharmacy 061 claims to Unisys for reimbursement. |

---

Checklist

❑ Enclose only one claim type per envelope.

Claims and adjustment/void requests must be sent separately, because they are mailed to different addresses and processed separately at Unisys.

<u>Note</u>: See Where to Send Pharmacy 061 Claim Forms on page 6-15 in this chapter for the address for original and resubmitted claims and the address for voids and adjustments.

---

❑ The claims envelope should be addressed to the correct P.O. box and corresponding nine-digit zip code for each claim type being mailed. Typewritten or machine-printed addresses speed up post office processing.

---

❑ If possible, use a letter-sized envelope. Letter-sized envelopes are processed more quickly by the post office.

---

❑ Claims mailed in a large envelope or "flat" need to be marked "First Class" and paid for as first class postage. If First Class is not specified, the post office will send large envelopes as third class mail.

---

FL 00002336

2920

FL002907