# EXHIBIT H

7/99

# MEDICAID PROVIDER
# COVERAGE, LIMITATIONS AND
# REIMBURSEMENT HANDBOOK

## Prescribed Drug Services

FL 00002082



EXHIBIT
12-20-05
159

2414

FL002401



STATE OF FLORIDA

# AHCA

AGENCY FOR HEALTH CARE ADMINISTRATION

JEB BUSH, GOVERNOR                                                      RUBEN J. KING-SHAW, JR., DIRECTOR

Dear Medicaid Provider:

Beginning July 1, 1999, Consultec will become Medicaid's fiscal agent for the next five years. To assist you with the transition, enclosed is a new Medicaid Prescribed Drug Services Coverage, Limitations, and Reimbursement Handbook. Please use this handbook in place of the November 1997 version updated through August 1998, which is now obsolete. The new handbook includes important policy changes and billing information.

The new handbook contains the following revised forms:
- Pharmacy 061 Paper Claim Form
- Prior Authorization Request Forms

If you use these forms or the other pharmacy forms that have not changed such as Drug Exception Request and Unit Dose Return forms, you will be able to order them by calling Consultec Provider Inquiry at (800) 289-7799 after July 1, 1999.

**Important Changes:** Consultec's pharmacy claims processing system (known as PDCS) has three new fields which are required to process point-of-service claims. These fields are:
- Recipient Date of Birth
- Date Prescription Written
- Ingredient Cost

Please ensure that your claims submission software includes these fields. In addition, there are changes to the MC/PA field, which are described in Chapter 6. Several new edits have been added to the claims processing system, which are described in Appendix A. Please review the handbook for these and other changes that will make the processing of your claims more efficient and more accurate.

Please call Consultec's Pharmacy Technical Service Help Desk at (800) 603-1714 or your area Medicaid office if you have any questions. The telephone numbers and addresses for the area offices are in Appendix C of the handbook. Thank you for your continued assistance, cooperation and ongoing service to Florida's Medicaid recipients.

Sincerely,

Bob Sharpe
Assistant Deputy Director of Medicaid

Enclosure

FL 00002083

2727 MAHAN DRIVE            TALLAHASSEE, FL 32308

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

---

## Payment For Services

| | |
|---|---|
| Direct Payment to Providers | Medicaid provides an eligible recipient with access to Medicaid services by direct payment to the Medicaid provider upon submission of a payable claim to the Medicaid fiscal agent. Payments for Medicaid services must be made by direct payment to the provider, except in the following circumstances: |

- Payment may be made in accordance with a reassignment from the provider to a government agency or reassignment by court order.
- Payment may be made in the name of the provider to the provider's Medicaid-enrolled billing agent.

Note: See Billing Agent in Chapter 2 in this handbook for additional information on billing agents.

---

| | |
|---|---|
| What the Provider May Charge for Services | The provider's charges for services billed to Medicaid must not exceed the provider's usual and customary charge. The provider's usual and customary charge is the amount most often billed to another third party payor or to the pharmacy's non-Medicaid population during the same period of time, for the same drug, quantity and strength. |

---

| | |
|---|---|
| Reimbursement for Services | Medicaid reimbursement for prescribed drug services is on a fee-for-service basis. Medicaid reimbursement is the lower of the Medicaid-maximum fee for the service or the provider's usual and customary fee. |

---

| | |
|---|---|
| Free Health Care | Medicaid will not reimburse services for Medicaid recipients if non-Medicaid recipients are provided the same services free of charge. The only exceptions are services provided by agencies that receive federal funds from: |

- Title V (Maternal and Child Health) of the Social Security Act, or
- Part B or C of the Individuals with Disabilities Education Act.

Examples of such agencies are the County Health Departments and Children's Medical Services.

---

2429

FL002416

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

# CHAPTER 6
# SUBMITTING CLAIMS

**Overview**

**Introduction**   This chapter describes the codes and fees that Medicaid uses to reimburse for prescribed drug services, explains the codes to use for special services, and explains how drug quantities are expressed. This chapter also describes the methods of claim submission, time limits for claims submission, and how to complete and submit claims for payment

**In This Chapter**   This chapter contains:

| TOPIC | PAGE |
|---|---|
| National Drug Code (NDC) | 6-2 |
| Reimbursement Information | 6-2 |
| Types of Pharmacy Claims | 6-4 |
| Point-of-Service Claim Submission | 6-5 |
| Electronic Claim Submission | 6-8 |
| Pharmacy 061 Claim Form | 6-11 |
| Where to Send Pharmacy 061 Claim Forms | 6-11 |
| Time Limit For Submission of Medicaid Claims | 6-12 |
| How to Complete A Pharmacy Claim | 6-17 |
| Sample of a Completed Pharmacy 061 Claim Form | 6-33 |
| Pharmacy 061 Claim Form Submission Checklist | 6-34 |
| Mailing Pharmacy 061 Claims Checklist | 6-35 |

FL 00002145

2538

FL002525

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

## National Drug Code (NDC)

| | |
|---|---|
| Description | Drugs are identified on Medicaid claims and the Medicaid computer system drug file by the National Drug Code (NDC). The NDC is an 11-digit number. The first 5 digits identify the manufacturer or supplier, the next 4 digits identify the product, and the last 2 digits identify the package size. |
| Using NDCs | The provider must enter the entire 11-digit NDC for the actual product dispensed on the claim. Billing an NDC number other than the one for the product dispensed is a false claim and a violation of Medicaid policy. |
| NDC Code Not on the Drug File | Medicaid can only reimburse drugs whose NDC codes are on the Medicaid computer system drug file. If the NDC code is not on the Medicaid drug file, the provider can call Medicaid Pharmacy Services at 1-850-487-4441, and request that the drug be added. |
| | If Medicaid adds the drug to the file, the provider may be reimbursed for dispensing the drug. |

## Reimbursement Information

| | |
|---|---|
| Reimbursement Methodology | Reimbursement for prescribed drug services is based on the cost of the drug to the pharmacy plus a dispensing fee. Medicaid reimburses the lowest of the: |

- Estimated Acquisition Cost of the drug, plus the dispensing fee (EAC);
- Federal Upper Limit Price, plus the dispensing fee (FMAC);
- State Upper Limit Price, plus the dispensing fee (SMAC); or
- Amount billed by the pharmacy, which cannot exceed the pharmacy's usual and customary charge for the prescription.

2539

FL002526

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

## Reimbursement Information, continued

| | |
|---|---|
| Source Of Prices | Medicaid uses ingredient costs that are supplied and updated each week by the First DataBank's National Drug Data File electronic service. There are three pricing methods. |

- Most drugs are priced at seven percent above the cost to the wholesaler.
- Drugs frequently purchased directly by the pharmacy are priced at their actual acquisition cost to the pharmacy.
- Drugs that do not have a wholesale acquisition cost or a direct price are priced at the suggested average wholesale price (AWP) minus 11.5 percent.

| | |
|---|---|
| Dispensing Fee | Medicaid reimburses the pharmacy a dispensing fee of $4.23 per prescription. |

| | |
|---|---|
| Unit Dose Preparation Fee | An additional $0.015 per unit is paid to pharmacies who prepare in-house unit dose packaging. Providers must indicate this with a unit dose indicator of "Y" on the claim. Please note that the certification codes of "8" or "9" are no longer valid. |

| | |
|---|---|
| Multi-Month Dispensing Fee | To encourage pharmacies to dispense routine maintenance drugs in larger quantities, Medicaid will reimburse an additional $1.00 for each prescription for a 60-day or more supply, and $2.00 for each prescription in a 90 to 100-day supply. |

| | |
|---|---|
| Federal Upper Limit Prices | Federal upper limit prices (FUL), formerly known as generic upper limit prices (GULP), are established by the Health Care Financing Administration. Federal regulations prohibit Medicaid from reimbursing providers more than the FUL. Complete FUL lists are published in Red Book updates and are available in electronic databases such as First DataBank or on the Health Care Financing Administration (HCFA) Internet site at: www.hcfa..gov/medicaid/drug10.htm. Consultec refers to this pricing as the Federal Maximum Allowable Cost (FMAC). |

*FL 00002146*

2540

FL002527

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Reimbursement Information, continued

| | |
|---|---|
| State Upper Limit Prices | The state Medicaid office also establishes upper limit prices on certain categories of drugs not reviewed by HCFA. This pricing is known as the State Maximum Allowable Cost (SMAC). |
| Brand Names that Exceed the FMAC or SMAC | If a recipient requests a brand name drug with an acquisition cost that exceeds the maximum allowable cost, the pharmacist cannot dispense the brand name drug, bill for the generic price, and charge the recipient the difference. Providers must accept the Medicaid payment as payment in full or not bill Medicaid for the prescription.

Providers can override the FMAC for certain brand name drugs by using a "dispense as written" code of "7" on the claim.

This override is allowed for the following drugs or drug categories:

- Florida Negative Formulary drugs
- Oral contraceptives
- Tegretol®
- Ritalin® |

## Types of Pharmacy Claims

| | |
|---|---|
| Types of Claim Submissions | Providers can submit prescribed drug claims through the point-of-service system, the Medicaid fiscal agent's electronic claim submission system, or on paper claim forms. The paper claim form for Medicaid prescribed drug services is the Pharmacy 061 claim form. |

2541

FL002528

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Point-of-Service (POS) Claim Submission

**Introduction**

Medicaid pharmacy providers can submit Medicaid claims using on-line, real time, point-of-service (POS) processing. The transaction is processed through the claims processing cycle, and the disposition of the claim is returned to the pharmacy within seconds of submission.

POS processing is available through authorized telecommunication vendors that are connected to virtually every pharmacy in the United States.

**Features of Point of Service**

The POS system is designed to work under the general framework of standards and protocols established by the National Council for Prescription Drug Programs (NCPDP). It uses methods of communication that are in place for other pharmacy POS processing. POS uses the latest telecommunication standard, NCPDP 3.2(3C).

The POS system is available 24 hours per day, seven days per week, except for scheduled downtime for system maintenance.

**Benefits of Point of Service**

Pharmacies using POS can determine recipient eligibility and specific coverage limitations before dispensing the drug. In addition, the system reports information back to pharmacists that will assist in correcting claim errors or billing third party sources. Examples of information that are reported back include: third party insurance coverage, HMO coverage, number of prescriptions authorized and already used, and drug utilization review messages using the NCPDP format.

Additional benefits of POS are:

- Increased speed of claims payments, to three days in some cases;
- Ability to correct data entry errors immediately, avoiding unnecessarily denied claims;
- Elimination of the cost and inconvenience of paperwork;
- Decreased clerical labor costs; and
- Automation of the pharmacy for a more efficient operation.

FL 00002147

2542

FL002529

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

**Point-of-Service Claim (POS) Submission,** continued

| | |
|---|---|
| Equipment | To use POS, the provider must: |

- Contact a system software vendor to provide and install the necessary software upgrades and to provide a system vendor manual. If the system vendor is certified to submit claims via POS, he will give the pharmacy a system certification number that must be included on the Pharmacy Point of Service Agreement.
- Select and contract with an authorized telecommunication switch vendor. The provider can obtain a list of the authorized telecommunication switch vendors from the Consultec POS Technical Support Desk at 800-603-1714.

| | |
|---|---|
| Role of the Telecommunication Switch Vendor | A switch vendor is a telecommunications services vendor who transfers the prescription transactions from the pharmacy to Consultec via telephone lines. A switch vendor is available to the pharmacy by direct dial-up. The switch vendor receives all the claims and routes them to their respective processing sites, all of which are connected by dedicated lines. |
| | The provider remains responsible for all claims submitted for payment. |

| | |
|---|---|
| Authorization to Use Point of Service | To obtain authorization to submit Medicaid claims through POS, the provider must submit the POS authorization agreements to the Medicaid fiscal agent. |
| | Note: See Point-of-Service Enrollment in Chapter 2 in this handbook for information on provider enrollment. |

| | |
|---|---|
| Number of Claims that Can Be Submitted | Up to four prescriptions for the same recipient can be transmitted at one time. The provider must contact his system vendor for information on transmitting multiple claims. |

2543

FL002530

**Point-of-Service Claim (POS) Submission,** continued

| | |
|---|---|
| Type of Claims that Can Be Submitted | New claims, resubmitted denied claims, and claim reversals (voids) can be submitted through POS. |
| | Claims on which a third party has made payment can be submitted if the provider has the capability to enter the amount paid by the third party in the claim record. |
| Types of Claims that Cannot Be Submitted | The following types of claims cannot be submitted through POS.  They must be submitted on paper Pharmacy 061 claim forms: |
| | • Adjustments; |
| | • Claims requiring supporting documentation or attachments; and |
| | • Claims that must be manually reviewed prior to payment, which are described below. |
| Claims that Must be Manually Reviewed | The following types of claims must be manually reviewed prior to payment: |
| | • Claims for compounded drugs—these must be submitted for manual pricing; |
| | • Claims for a recipient with third party liability when the third party has not made a payment on the claim; and |
| | • Claims for a recipient with third party liability when the provider is unable to transmit the "Other Payer Amount" via POS. |
| Provider Software Responsibilities | It is the provider's responsibility to ensure that his software correctly receives, formats, and displays all data and free text fields that are transmitted by Medicaid. |

FL 00002148

2544

FL002531

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

## Electronic Claim Submission (Batch)

Introduction      Providers who do not use POS processing may still submit Medicaid claims via electronic media (batch) to take advantage of speed and accuracy in processing. Providers may submit electronic claims themselves or choose a billing agent that offers electronic claim submission services. Billing agents must enroll as Medicaid providers.

Benefits      The benefits of electronic claims submission include:

- Increase speed of claims payments, seven days in some cases.
- Correct data entry errors immediately, avoiding mailing time and costs.
- Eliminate the cost and inconvenience of claims paperwork.
- Reduce office space required for storing claim forms, envelopes, etc.
- Decrease mailing costs.
- Decrease clerical labor costs.
- Automate the office for a more efficient operation.

Free Software      Consultec has PC-based software, called ASAP, which enables providers to submit claims electronically on IBM compatible personal computers (PC) in their offices.

Providers can transmit the claims in batch via telephone lines directly to Consultec.

The ASAP software, user manual and technical support is available free of charge to Florida Medicaid providers.

Electronic Media      Consultec accepts several forms of electronic media including:

- Asynchronous transmission (via telephone modem and PC)
- Magnetic tape
- 3 1/2 inch diskettes

2545

FL002532

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**Electronic Claim Submission (Batch),** continued

| | |
|---|---|
| Format Specifications | If you have a practice management system, use a billing agent, claims clearinghouse, or code your own submission software, Consultec has specifications available detailing electronic formats and communications requirements. |
| How to Participate in Electronic Claims Submission | Consultec Field Representatives will assist providers with installing ASAP software as well as assist with initial testing and instructions for ongoing claims submission.  To schedule an appointment with a field representative or for any non-software questions, call Consultec Provider Inquiry at 800-278-7799. |
| Type of Claims that Can Be Submitted | New claims and resubmitted denied claims can be submitted through ECS. |
| Types of Claims that Cannot Be Submitted | The following types of claims cannot be submitted through ECS (batch).  They must be submitted on paper Pharmacy 061 claim forms: |

- Voids;
- Adjustments;
- Claims requiring supporting documentation or attachments;
- Claims for compounded drug—these must be submitted for manual pricing; and
- Claims for a recipient with third party liability whether or not the third party has made a payment on the claim.

*FL 00002149*

2546

FL002533

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

**Electronic Claim Submission (Batch),** continued

| | |
|---|---|
| Technical Support | The Electronic Date Interchange (EDI) Support Unit assists providers who have questions about electronic claims submission.  Consultec's EDI Technical Support is available to all providers Monday through Friday from 8:00 a.m. to 7:00 p.m. at 800-829-0218. |

EDI Support will:
- Provide information on available services.
- Assist in enrolling users for electronic claims submission and report retrieval.
- Process test transmissions.
- Provide technical assistance on transmission difficulties.

| | |
|---|---|
| Claim Certification | Because an electronic claim cannot be submitted with a signature, the provider's endorsed signature on the back of the remittance check issued by the Medicaid fiscal agent takes the place of a signature on a paper claim form.  It acknowledges the submission of the claim and the receipt of the payment for the claim.  It certifies that the claim complies with the conditions stated on the back of the paper claim form, and with all federal and state laws. |

Any provider who utilizes the electronic funds transfer system is certifying with each use of the electronic funds transfer system that the claim(s) for which the provider is being paid is in compliance with the provisions found on the back of the paper claim form and with all federal and state laws.

2547

FL002534

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Pharmacy 061 Claim Form

| | |
|---|---|
| Introduction | To request payment for Medicaid covered services, the provider can submit a Pharmacy 061 claim form to the fiscal agent.  Providers must submit original pre-printed, red-lined forms that they obtain from Consultec. |
| | Note:  See pages 6-14 and 6-15 in this chapter for a copy of the Pharmacy 061 claim form. |
| Ordering the Claim Forms | To order Pharmacy 061 claim forms, write to: |
| | Consultec Corporation<br>Claim Form Order<br>P.O. Box 7092<br>Tallahassee, Florida  32314-7092 |

## Where to Send Pharmacy 061 Claim Forms

| | |
|---|---|
| Original and Resubmitted Claims | Mail original and resubmitted Pharmacy 061 claim forms to: |
| | Consultec<br>061 Claims<br>P.O. Box 7082<br>Tallahassee, Florida 32314-7082 |
| Crossover Claims | Mail crossover HCFA-1500 claim forms to: |
| | Consultec<br>Crossover Claims<br>P.O. Box 7074<br>Tallahassee, Florida 32314-7074 |
| Adjustments and Voids | Mail adjustments and voids to: |
| | Consultec<br>Adjustments and Voids<br>P.O. Box 7080<br>Tallahassee, Florida 32314-7080 |

FL 00002150

2548

FL002535

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

---

**Time Limit For Submission of Medicaid Claims**

---

| | |
|---|---|
| Timely Claim Submission | Medicaid providers should submit claims immediately after providing services so that any problems with a claim can be corrected and the claim resubmitted before the filing deadline. |

---

| | |
|---|---|
| Clean Claim | In order for a claim to be paid, it must be a clean claim.  A clean claim is a Medicaid claim that: |

- Has been accurately and fully completed according to Medicaid billing guidelines,
- Is accompanied by all necessary documentation, and
- Can be processed and adjudicated by the fiscal agent without obtaining additional information from the provider.

---

| | |
|---|---|
| 12-Month Filing Limit | A clean claim for services rendered must be received by the Agency or its fiscal agent no later than 12 months from the date of service. |

---

| | |
|---|---|
| Out-Of-State Claims | Claims submitted by out-of-state providers must be received by the department or its fiscal agent no later than 12 months from the date of service to be considered for payment. |

---

| | |
|---|---|
| Out-Of-State Exemption | Because of differences in Medicaid billing practices between states, out-of-state providers are exempt from the clean claim requirement. Out-of-state providers must, however, comply with all other Florida Medicaid claim filing regulations including adherence to claim filing time limits. |

If the original claim was filed within 12 months from the date of service but did not pay and it is now beyond 12 months, the provider must mail the claim to the Medicaid office for the area in which the recipient resides, instead of the fiscal agent.

Note:  See Appendix C of this handbook for the addresses and phone number of the Medicaid area offices.

---

2549

FL002536

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

## Time Limit For Submission of a Medicaid Claims, continued

| | |
|---|---|
| Date Received Determined | The date stamped on the claim by any Medicaid office or by the Medicaid fiscal agent is the recorded date of receipt for a paper claim. The fiscal agent date stamps the claim the date it is received in the fiscal agent's mailroom. |
| | The date electronically coded on the provider's electronic transmission by the Medicaid fiscal agent is the recorded date of receipt for an electronic claim. |
| Third Party Payer Insurance Claims | Claims for recipients who have Medicare or other insurance must be submitted to a third party payer prior to sending the claim to Medicaid. |
| | Claims must be received by Medicaid or the Medicaid fiscal agent no later than 12 months from the date of service or six months from the date of the Medicare or other insurance payment or denial. |
| Claim Adjustment Requests | All clean claim adjustment requests must be received by the Agency or its fiscal agent no later than 12 months from the date of the original payment. |
| Claim Void Requests | The 12-month filing limit does not apply to claim void requests. Claim void requests may be submitted at any time. |

FL 00002151

**July 1999**

6-13

2550

FL002537

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

**Time Limit For Submission of a Medicaid Claims,** continued

| | |
|---|---|
| Exceptions to the 12-Month Time Limit | Exceptions to the 12-month claim submission time limit may be allowed, if the claim meets one or more of the following conditions: |

- Original payment voided within six months of resubmission,
- Court or hearing decision,
- Delay in recipient eligibility determination,
- Agency delay in updating eligibility file,
- Court ordered or statutory action, or
- System error on a claim that was originally filed within 12 months from the date of service.

Any claim filed more than 12 months from the date of service that meets an exception must be sent to the area office for processing, not to the fiscal agent.

Each of these exceptions is discussed below.

Note: See Appendix C of this handbook for the addresses and phone numbers of the Medicaid area offices.

| | |
|---|---|
| Original Payment Is Voided | When an original Medicaid claim is voided, the provider may submit a new claim and a written request for assistance to the area Medicaid office no later than six months from the void date. |

| | |
|---|---|
| Court or Hearing Decision | When a recipient is approved for Medicaid as a result of a fair hearing or court decision, there is no time limit for the submission of a claim. |

2551

FL002538

**Time Limit For Submission of a Medicaid Claims,** continued

| | |
|---|---|
| Delay in Recipient Eligibility Determination | An exception may be granted when there is a delay in the determination of an individual's Medicaid eligibility by the Department of Children and Families or the Social Security Administration.  The provider must send in specific documentation to the area Medicaid office no later than 12 months from the date the recipient's eligibility is posted to the FMMIS file.  The claim submission must include: |

- A clean claim
- A copy of the recipient's proof of eligibility, and
- Documentation of the reason for late submission.

| | |
|---|---|
| Agency Delay In Updating Eligibility File | If the Agency delays updating a recipient's eligibility on the Florida Medicaid Management Information System (FMMIS), an exception may be granted.  The provider must submit the related clean claims to the area Medicaid office no later than 12 months from the date the recipient's eligibility file was updated. |
| Court Ordered or Statutory Action | If the Agency takes corrective actions due to a court order or due to final agency action taken under Chapter 120, Florida Statutes, there is no time limit for claim submission. |
| System Error | If a clean claim denies due to a system error or any error that is the fault of Medicaid or the fiscal agent, an exception may be granted if the provider submits another clean claim along with documentation of the denial to the area Medicaid office no later than 12 months from the date of the original denial. |
| Evaluate the Claim | The provider must evaluate any claim that is denied and determine if the claim fits any of the conditions for an exception to the 12-month filing limit. |

*FL 00002152*

July 1999

6-15

2552

FL002539

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

**Time Limit For Submission of a Medicaid Claims,** continued

| | |
|---|---|
| Submit A New Medicaid Claim Form | The provider must complete and submit a new Medicaid claim form that meets the following criteria. |

- The new claim must be a clean claim.
- A signed or initialed legible photocopy of the original claim is acceptable.
- All required attachments that were necessary for processing the original claim must be attached to the exception claim.

Corrections can be made to a photocopy of the claim, but the system will not accept claims with correction fluid, whiteout or highlighted areas. Use correction tape to make corrections.

| | |
|---|---|
| Supporting Documentation | The provider must send a letter explaining the circumstances of the request for an exception to the time limit, and attach documents that support the exception request.  One or more of the following items must be attached: |

- A copy of a hearing decision or court order;
- A copy of the recipient's proof of eligibility; or
- A copy of the remittance voucher that indicates the incorrect denial from Medicaid.

| | |
|---|---|
| Where To Send Requests | All requests for an exception to the 12-month filing time limit must be sent to the area Medicaid office. |

Note:  See Appendix C in this handbook for the addresses and phone numbers of the area Medicaid offices.

2553

FL 002540

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

## How to Complete a Pharmacy Claim

**Introduction**

This section contains the field descriptions for pharmacy claims. The required claim information is the same for all pharmacy claims regardless of whether the claim is submitted through point of service, electronic claims submission, or on a paper Pharmacy 061 claim form. The data elements of the NCPDP transmission standard are described in detail and are matched with the corresponding paper claim item.

**Before Submitting the Claim**

Before submitting a claim, the provider should answer the following questions:

- Was the recipient eligible for Medicaid on the date of service?
- Has recipient's eligibility been verified?
- Was HMO authorization obtained, if applicable?
- Was the service or item provided covered by Medicaid?
- Was prior authorization obtained, if applicable?
- Was an exception authorization obtained, if applicable?
- Has a claim been filed and a response received for all other insurance held by the recipient?
- Is the claim a new claim, a resubmitted denied claim, or a claim reversal?

FL 00002153

2554

FL002541

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

**How to Complete a Pharmacy Claim,** continued

| | |
|---|---|
| Basic Rules for Paper Claims | The following are some basic rules to follow before completing a paper claim form. |

- Make sure the Pharmacy 061 claim form is the right form to use for the claim.  Consultec can only process pre-printed forms with red lines.
- Use one claim form for each recipient.
- Enter all information with a typewriter or computer using black type or a pen using black ink.  The fiscal agent can only process clean claims with black type or ink.
- Be sure the information on the form is legible.
- Enter information within the allotted spaces.
- If necessary, use correction tape, not whiteout.  Claims with whiteout or other correction fluid cannot be processed.

| | |
|---|---|
| Basic Rules for Electronic Claims | The following are some basic rules to follow before submitting a claim electronically. |

- Make sure that the pharmacy is authorized to submit claims electronically either via point of service (POS), tape or modem transmission.
- If submitting via POS, use computer software that supports the National Council for Prescription Drug Program's (NCPDP) transmission standard.
- Complete all required data fields.  Claims with missing or invalid data will be rejected.
- If the claim is an adjustment, requires supporting documentation or attachments, or has to be manually reviewed prior to payment, it must be submitted on a paper Pharmacy 061 claim form.

| | |
|---|---|
| Pharmacy 061 Claim Form | A copy of the Pharmacy 061 claim form is on the following pages. |

2555

FL 002542

Illustration 6-1. The Pharmacy 061Claim Form

CONSULTEC • P.O. BOX 7082
TALLAHASSEE, FL 32314-7082

A = ADJUSTMENT V = VOID

TRANSACTION CONTROL NUMBER

RECIPIENT'S NAME (LAST, FIRST, MI)

MEDICAID I.D. NUMBER

PHARMACY PROVIDER NUMBER

ADDRESS

**061**

STATE OF FLORIDA
REQUEST FOR PAYMENT
FLORIDA MEDICAID PROGRAM
PHARMACY CLAIM FORM

TO REQUEST AN ORDER FORM, PLEASE CALL (800) 289-7799

FL 00002154

REMARKS — TPL PAYMENT — Rx NUMBER — PRESCRIBER'S FLORIDA OPR LICENSE NUMBER — MANUFACTURER — ITEM — PKG — CERT. — DAW — UNIT DOSE — METRIC DECIMAL QUANTITY — DATE FILLED — DAYS SUPPLY — REF — TOTAL CHARGE (line numbers 1, 2, 3, 4, 5, 6)

PRINT OR TYPE UNUSUAL AND COMPOUND PRESCRIPTION INFORMATION BELOW WITH LINE NO.

TOTAL CHARGE

IMPORTANT
READ CERTIFICATION STATEMENT ON THE REVERSE SIDE.
I CERTIFY THAT THE CERTIFICATIONS ON THE REVERSE
APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

FOR OFFICE USE ONLY

AUTHORIZED SIGNATURE / TITLE

BILLING DATE

061 07/1999

FL 002543

2556

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

Illustration 6-2.  Reverse Side of the Claim Form

## CERTIFICATION STATEMENT

PARAGRAPH 1.

THIS IS TO CERTIFY THAT THE FOREGOING INFORMATION IS TRUE, ACCURATE, AND COMPLETE, AND THAT THESE SERVICES WERE PROVIDED IN CONFORMANCE WITH SECTION 504 OF THE REHABILITATION ACT AND WITHOUT CONSIDERATION OF THE RACE, COLOR, OR NATIONAL ORIGIN OF THE PATIENT AS REQUIRED BY TITLE VI OF THE CIVIL RIGHTS ACT; AND THAT I WILL ACCEPT PAYMENT BY THE FLORIDA MEDICAID PROGRAM AS PAYMENT IN FULL FOR SERVICES RENDERED TO RECIPIENTS UNDER TITLE XIX OF THE SOCIAL SECURITY ACT.

PARAGRAPH 2.

I UNDERSTAND THAT PAYMENT AND SATISFACTION OF THIS CLAIM WILL BE FROM FEDERAL AND STATE FUNDS, AND THAT ANY FALSE CLAIMS, STATEMENTS, OR DOCUMENTS, OR CONCEALMENT OF A MATERIAL FACT MAY BE PROSECUTED UNDER APPLICABLE FEDERAL AND STATE LAWS.

PARAGRAPH 3.

I AGREE TO MAINTAIN COMPLETE AND ACCURATE FISCAL, MEDICAL AND SOCIAL RECORDS THAT ARE APPLICABLE TO THE MEDICAID RECIPIENT FOR WHOM I HAVE CLAIMED PAYMENT, SAID RECORDS WILL BE MADE AVAILABLE FOR MEDICAID AUDIT, MEDICAL REVIEW, UTILIZATION REVIEW, AND OTHER PERIODIC MONITORING UPON REQUEST OF AN AUTHORIZED REPRESENTATIVE OF THE FLORIDA MEDICAID PROGRAM, AUDITOR GENERAL OR THE U.S. DEPARTMENT OF HHS, GENERAL ACCOUNTING OFFICE, INSPECTOR GENERAL OR THEIR AGENTS OR ASSIGNS.

CONSULTEC CORPORATION
P.O. BOX 7082
TALLAHASSEE, FL  32314-7082

FL002544

2557

**How to Complete a Pharmacy Claim,** continued

| | |
|---|---|
| **Instructions for Completing a Pharmacy Claim** | The following table contains the fields that must be entered on pharmacy claims. The first column contains the electronic data elements on point of service (POS) and other types of electronic billing. The second column contains the corresponding fields on the paper Pharmacy 061 claim form. The third column explains the required action for each type of claim submission. |

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Pharmacy Number | Item 5 - Pharmacy Identification, Address & Provider Number | **Point of Service and Other Electronic Billing:** For electronic media, the pharmacy's provider number is built into the software and does not have to be entered with each prescription. **Pharmacy 061 Claim Form:** Enter the provider's name, address and nine-digit Medicaid Provider Number. The entry may be rubber stamped, typed or printed in black ink. |
| Cardholder ID Number | Item 4 - Medicaid ID Number | Enter the recipient's 10-digit Medicaid Identification Number. **Point of Service:** If a provider does not know the recipient's Medicaid ID number, he or she may enter the card control number from the front of the recipient's gold, plastic Medicaid ID card. The response on the POS device will contain the recipient's Medicaid ID number in the message area. The provider must record this number to use in all future Medicaid transactions. Note: See Chapter 3 in this handbook for information on Medicaid ID numbers. |
| Birth Date | NA | **Point of Service:** Enter the recipient's birth date in month, date, century, and year format: CCMMDDCCYY. For example, enter 03/01/2000 for March 1, 2000. |

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Patient's First Name, Patient's Last Name | Item 3 - Recipient's Name | Enter the recipient's last name, first name, and middle initial exactly as it appears on the Medicaid ID card or other proof of eligibility. |
| Other Coverage Code | Item 7 - Other Prescription Insurance | If the recipient has other prescription insurance coverage, enter a "X" in this item.  Otherwise, leave it blank.  Some computer software may prompt the provider to enter a "Y" or "N" instead of a "X." |
| Date Filled | Item 15 - Date Filled | Enter the date that the prescription was filled in month, date, century, and year format:  MM/DD/CCYY.  For example, enter 03/01/2000 for March 1, 2000. |
| | | Refills must show the refill date, not the date of the original filing.  Medicaid cannot reimburse for a refill made after 12 months from the date the prescription was written. |
| Date Prescription Written | NA | **Point of Service:**  Enter the date that the prescription was written in month, date, century, and year format: MM/DD/CCYY.  For example, enter 03/01/2000 for March 1, 2000.  Medicaid cannot reimburse for a claim submitted more than 12 months from the date the prescription was written. |

2559

FL002546

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim**, continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Eligibility Clarification Code | NA | **Point of Service:** If the recipient is not showing as eligible on the Medicaid system, a POS claim will deny for edit 250 or 271. If the provider has proof of eligibility, such as a HRS-ES Form 2014 or a temporary Medicaid Identification Form (AMIC), enter a "2" in this field to override the edit. |
| | | The claim will remain in suspense for up to 14 days. If after 14 days the recipient is still not showing as eligible on the Medicaid system, the claim will be denied. |
| | | (This field is not available on Pharmacy 061 claim forms or other electronic billing systems, because claims submitted through these types of billing will automatically suspend for up to 14 days if edit 250 or 271 is posted.) |
| | | Note: See Chapter 3 in this handbook for information on recipient eligibility. |
| | | Note: See Appendix A for information on resolving claims denied because the recipient eligibility, edit 251 or 270. |
| Prescription Number | Item 9 - Rx Number | Enter the pharmacy's internal number that was assigned to the prescription. Enter up to seven digits for all claim types. |
| New/Refill Code | Item 16 - O/R | Enter the number "0" if the prescription is being filled for the first time; "1" if it is the first refill; "2" if it is the second refill, etc. The field will hold two digits. |

FL 00002156

2560

FL 002547

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Metric Decimal Quantity | Item 11 - Quantity | Enter the number of tablets, capsules, suppositories, patches or packets dispensed.  If the drug is a liquid or a reconstituted oral suspension, enter the number of milliliters dispensed. |
| | | If the drug is measured in grams, such as an ointment, cream, bulk powder, or aerosolized inhaler, enter the number of grams dispensed. |
| | | If the drug is reconstitutable powder for injection, enter the number of total vials used in preparing the prescription. |
| | | For antihemophilic factor products measured in AHFU units, enter the total number of AHFU units dispensed. |
| | | Medicaid accepts decimal quantities; use 99999.999 format for all quantities. |
| | | Note:  See Drug Quantities and Units of Measure in Chapter 9 for additional information on billing units for common drugs. |
| Days Supply | Item 12 -Days Supply | Enter the estimated number of days that the prescription will last if it is consumed at the prescribed rate, based on the pharmacist's professional judgment and the prescription date. |
| | | If the directions for use are "PRN," the pharmacist must still enter an estimated number of days the prescription will last based on reasonable judgment. |

2561

FL002548

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NDC Number | Item 10 - NDC Number | Enter the National Drug Code (NDC) from the package for the drug dispensed. |
| | | Billing for a NDC other than the one on the package (including package size) from which the drug was dispensed is a violation of Medicaid policy. |
| | | The "Manufacturer" field must contain five digits. If the manufacturer number has only three digits, enter zeros to the left of the number to fill up all five spaces. |
| | | The "Item" field must contain four digits. If the item number does not have four digits, enter zeros to the left of the number to fill up all four spaces. Do not enter any part of the manufacturer's number in the "Item" field. |
| | | The "Pkg" field must contain two digits. If a package number does not have two digits, add a zero to the left of the number to fill both spaces. When billing refills, ensure the correct package size is billed. |
| | | **Compound Drug Codes:** Compounds must be submitted on a Pharmacy 061 claim form and are pended for manual review. When billing for a compound drug, enter one of the following compound drug codes. More than one code is available so that more than one compound can be dispensed to a recipient on the same day without using the same number. |
| | | 55555-5555-55<br>66666-6666-66<br>77777-7777-77<br>88888-8888-88 |
| | | In the space provided at the bottom of the claim form, list the actual NDC number(s) with the corresponding quantities of each ingredient used. When the ingredient does not have an NDC, enter the name of the ingredient along with the name and address of the manufacturer in the compound information area at the bottom of the form. |

2562

FL002549

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NDC Number (continued) | Item 10 - NDC Number (continued) | **Total Parenteral Nutrition (TPN):** Enter the designated TPN code that best describes the total daily TPN volume that is required by the recipient. <br><br> Note: See Compound Drug Codes and Total Parenteral Nutrition Codes in Chapter 9 for additional information on codes to use for compound drugs and TPN. |
| Prescriber ID | Item 13 - Prescriber's Florida License Number | Enter the prescriber's professional license number. A medical professional license number is two or three alpha characters followed by seven numeric characters. The alpha character prefixes for prescribing professionals are: <br> ACN – Medical Doctor Area of Critical Need <br> DN – Dentist <br> LD – Medical Doctor Limited-Mayo Clinic <br> LDC – Medical Doctor Limited-Cleveland Clinic <br> LL – Limited License Medical Doctor <br> MC - Medical Consultant <br> ME – Medical Doctor <br> MFC – Medical Facility Consultant <br> OP – Optometrist <br> OS – Osteopathic Doctor <br> PA - Physician's Assistant <br> PHC – Medical Doctor Public Health Certificate <br> PO – Podiatrist <br> PPC – Medical Doctor Public Psychiatry Certificate <br> PS – Pharmacist <br> PU – Consultant Pharmacist <br> RN – Registered Nurse <br> RS – Medical Doctor Restricted <br> UM - Medical Resident <br> UO – Osteopathic Resident <br> If the prescriber has three alpha characters, drop the first digit of the license number to fit into the 9-byte field. <br> Claims will be rejected without a valid state license number. <br> Do not enter the prescriber's name or his DEA number. |

July 1999

2563

FL 002550

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

## How to Complete a Pharmacy Claim, continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Medical Certification Code | Item 14A – Med Cert | The Medical Certification Code may be used for POS, other electronic billing, and paper 061 claim types to certify various recipient conditions. |
| | | Enter a "6" in this field to indicate family planning prescription contraceptives; over-the-counter contraceptives such as foams, gels, and condoms; and prenatal vitamins. |
| | | Enter an "8" to indicate vitamins or phosphate binders prescribed for dialysis patients. |
| | | The medical certification field may be used in conjunction with DAW 7 and drug file indicators to determine drug coverage and pricing for some claims. |
| DAW | Item 14B – DAW | Enter the applicable "Dispense as Written" (DAW) code; do not leave blank. |
| | | If a single source drug or a generic drug is dispensed, enter a "0." |
| | | If the drug is on the negative formulary or the brand name allowed by Florida Medicaid is dispensed, enter a "7." |
| | | Enter other codes 1--9 as appropriate with the software standards. |

FL 00002158

**July 1999**

2564

FL002551

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim**, continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Unit Dose Indicator | Item 14C - Unit Dose | Enter a "Y" in this field if this was an in-house unit dosed prescription. |
| Ingredient Cost | NA | **Point of Service:** Enter the ingredient cost for the claim. This should equal the total claim charge minus the dispensing fee. The NCPDP format is $$$cc. |
| Usual and Customary Charge | Item 17 - Amount Billed | Enter the pharmacy's usual and customary charge for the prescription. The amount billed Medicaid may not exceed the usual and customary charge to non-Medicaid customers. |
| | | If a third party payer has already paid the pharmacy, and the pharmacy is submitting a claim to Medicaid for the remaining copayment or deductible, the provider must enter the usual and customary charge for the whole prescription. The Medicaid system will automatically subtract the amount paid by the third party (see item 8). |
| | | **Institutional pharmacies:** If the pharmacy normally charges non-Medicaid patients for in-house unit dose packaging, add $0.015 per dose to the "Amount Billed" for Medicaid patients. |

2565

FL 002552

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| PA/MC Code Number | Item 6 - Drug Grant Adjustment | **Point of Service and Other Electronic Billing:** System software vendors use different methods for entering the drug grant adjustment (positions 9 and 10 of PA/MC field) into standardized fields. Consult the system software manual for instructions. |

**Pharmacy 061 Claim Form:**

**Drug Grant Adjustment** codes allow a pharmacist to dispense additional prescriptions to specific recipients who have met their monthly drug cap.

Enter the appropriate patient identifier code when applicable:

| Drug Grant Code | Monthly Drug Limit |
|---|---|
| 1 - Nursing home recipient | 8 |
| 5 - Terminally ill recipient | 12 |
| 6 - Dialysis recipient | 10 |
| 7 - Insulin dependent or diabetic recipient | 10 |
| 13 - Home infusion recipient | 25 |

FL 00002159

2566

FL002553

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| Other Payer Amount | Item 18 – TPL Payment | **Point of Service:** The "Other Payer Amount" field is used when the recipient has private HMO or other third party (other than Medicare) prescription insurance. The third party insurers must be billed before Medicaid. Enter the amount paid by the other insurer. Medicaid will reimburse the Medicaid allowable amount less the amount paid by the third party. |
| | | If the other third party denied the claim, a paper 061 claim must be submitted. Enter $0.00 in the TPL Payment field and attach documentation of rejection to the claim. |
| | | **Other Electronic Billing:** Providers who use electronic claims submission other than POS cannot submit claims with third party payment electronically. They must submit these claims on paper Pharmacy 061 claim forms. |
| | | **Pharmacy 061 Claim Form:** If the recipient has private HMO or other third party prescription insurance, enter the amount paid by the other insurer in the TPL Payment field. Documentation of payment or rejection by the other insurer must be attached to the claim. |
| | | Note: See Chapter 1 for additional information on third party liability. |
| | | Note: See Chapter 4 for special instructions for drugs that are covered by Medicare. |
| DUR Codes | NA | **Point of Service:** The Drug Utilization Review (DUR) Conflict Code, Intervention Code and Outcome Code fields are required when claims are submitted after a DUR conflict warning. |
| | | **Other Electronic Billing and Pharmacy 061 Claim Form:** The DUR fields are not applicable. |
| | | Note: See Chapter 10 in this handbook for additional information on on-line prospective DUR in POS processing. |

2567

FL002554

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NA | Item 8 - Remarks | **Pharmacy 061 Claim Form:** Enter additional information necessary for processing the claim. |
| NA | Item 19 - Print or Type Unusual, etc. | **Pharmacy 061 Claim Form:** If billing for a compound prescription requiring manual pricing, enter the compounding information in the space available (name of drug used and quantities of each). Enter enough compounding information so the correct payment can be calculated. Include the NDC number and the quantity of each ingredient used in the compound. If the ingredient does not have a NDC number, then enter the name, the cost for that ingredient, and the manufacturer. |
| NA | Item 20 - Total Amount Billed | **Pharmacy 061 Claim Form:** No entry required. The provider may enter the total amount billed for all prescribed drugs entered on the claim form. |

FL 00002160

**July 1999**

6-31

2568

FL002555

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

**How to Complete a Pharmacy Claim,** continued

| DATA ELEMENT | PHARMACY 061 CLAIM FORM | ACTION |
|---|---|---|
| NA | Authorized Signature | **Pharmacy 061 Claim Form**:  Sign and date the claim form.  If the provider uses a facsimile signature or a signature stamp, the entry must be initialed.  The provider is responsible for ensuring that the signature on the claim is that of an authorized individual. |
| | | The authorized signature certifies that the information entered on the claim is in conformance with the conditions on the back of the claim form and with all federal and state laws and regulations.  Providers are responsible for all claims billed using their Medicaid provider identification numbers. |
| | | "Signature on file" may be used only if the provider's billing agent or authorized designee has a written attestation signed by the provider that allows the billing agent or authorized designee to file claims on the provider's behalf.  The attestation must be maintained on file at the billing agent's or authorized designee's office. |
| | | **Point of Service and Other Electronic Claims**:  See Electronic Claims Submission in this chapter for certification information for electronic claims and electronic funds transfer. |
| NA | Billing Date | **Pharmacy 061 Claim Form**:  Enter the date the claim form was signed.  Use the month, day, century, year format: MM/DD/CCYY.  For example, enter 01/01/2000 for January 1, 2000. |
| | | **Point of Service and Other Electronic Claims**:  Claims submitted electronically are dated when they are processed by the claims adjudication system. |

2569

FL002556

Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook

Illustration 6-3.  Sample Completed Pharmacy 061 Claim Form



2570

FL002557

**Prescribed Drug Services Coverage, Limitations and Reimbursement Handbook**

---

**Pharmacy 061 Claim Form Submission Checklist**

---

Introduction    Use the following checklist before submitting a Pharmacy 061 claim to Consultec for reimbursement.

Checklist    ❑    Is the form typed or printed in black ink?  Consultec cannot process claims submitted with red ink.

---

❑    Is the copy legible?

---

❑    Is claim free of highlighting or correction fluid?

---

❑    Were instructions in the handbook followed?  Some fields are not self-explanatory or may be used for other purposes.

---

❑    Are the provider name and number entered?

---

❑    Is the claim signed and dated?  Unsigned claims will be returned unprocessed.

---

❑    Are attachments required?  Claims cannot be paid without the required attachments.

---

❑    Is the P.O. box number for submitting the claim correct?

Note:  See Appendix C for a complete list of addresses to submit claims and other forms.

---

❑    Questions not answered in this handbook should be clarified with Consultec Provider Inquiry at 800-289-7799 (in state) or 800-955-7799 (out of state) or by calling the POS Technical Support Help Desk at 800-603-1714.

---

**July 1999**                                                                    **6-34**

2571

FL002558

## Mailing Pharmacy 061 Claims Checklist

**Introduction**

The following checklist may be used when mailing Pharmacy 061 claims to Consultec for reimbursement.

**Checklist**

❑   Enclose only one claim type per envelope.

Claims and adjustment/void requests must be sent separately, because they are mailed to different addresses and processed separately at Consultec.

Note:  See Where to Send Pharmacy 061 Claim Forms on page 6-11 in this chapter for the address for original and resubmitted claims and the address for voids and adjustments.

❑   The claims envelope should be addressed to the correct P.O. box and corresponding nine-digit zip code for each claim type being mailed. Typewritten or machine-printed addresses speed up post office processing.

❑   If possible, use a letter-sized envelope.  Letter-sized envelopes are processed more quickly by the post office.

❑   Claims mailed in a large envelope or "flat" need to be marked "First Class" and paid for as first class postage.  If First Class is not specified, the post office will send large envelopes as third class mail.

*FL 00002162*

2572

FL002559