# EXHIBIT I




DEPARTMENT OF HEALTH AND
REHABILITATIVE SERVICES

MEDICAID PROVIDER HANDBOOK
PHARMACY SERVICES

# FLORIDA MEDICAID

PASSPORT TO GOOD HEALTH

Bob Martinez
Governor

Gregory L. Coler
Secretary

3102305

# MEDICAID PROVIDER HANDBOOK
## PHARMACY SERVICES

3102306

3102305

VAC MDL 68126

# MEDICAID HANDBOOK UPDATE LOG
# PHARMACY SERVICES HANDBOOK

When there are changes to this handbook, Consultec will send you printed updates. An **update** is a printed change in policy or procedure that Consultec will send to you to put in your handbook.

Use this update log to show that you have received the pre-numbered updates.

1. The first column contains the number that will appear on the front of your update.
2. Write the date received in the DATE RECEIVED column.
3. Put the cover page of the update in numerical order after this log.
4. Put the update in your handbook.
5. If you have missed an update, write to Consultec or call 1-(800)-289-7799 (Monday through Friday 7 a.m. to 6 p.m. EST/DST).

| UPDATE NO | EFFECTIVE DATE | DATE RECEIVED |
|---|---|---|
| New Manual | January 1, 1989 | |
| Pharmacy 1 | | |
| Pharmacy 2 | | |
| Pharmacy 3 | | |
| Pharmacy 4 | | |
| Pharmacy 5 | | |
| Pharmacy 6 | | |
| Pharmacy 7 | | |

3102307

**Medicaid Pharmacy Provider Handbook**                           **Effective Date 1-89**

# CHAPTER 5   HOW YOU WILL GET PAID

## In This Chapter                                                                     5.1

This chapter tells you how Medicaid pays for the services you provide to eligible patients. It describes all the conditions that must be met before Medicaid can pay for services and different methods of payment for the prescribed drug services programs.

## Conditions For Payments                                                             5.2

All of these conditions must be met before Medicaid will pay your claim.

1. Your customer must be eligible for Medicaid on the date of service. Chapter 2 shows you how to tell if your customer is eligible.

2. You must be enrolled as a Medicaid provider for the date of service.

3. If you bill, you must accept Medicaid payment as payment in full for your services.

4. The services you provide must be covered by Medicaid. Chapter 12 explains covered and non-covered services.

5. Your customer must not have exceeded his approved monthly service limit (number of prescriptions).

## Method of Payment                                                                   5.3

Medicaid pays providers only. Medicaid never pays recipients. Recipients cannot submit claims to Medicaid.

Medicaid will pay the lowest of:

1. Your usual and customary charge which is the amount you normally charge the general public or the lowest charge to 51% of your customers.

2. The Medicaid maximum allowable charge which is the estimated acquisition cost (EAC) plus a dispensing fee of $4.23.

3. The generic upper limit price (GULP), if applicable, plus the dispensing fee. If the prescriber writes "medically necessary" on the face of the prescription and the pharmacist certifies this on the claim, GULP pricing limits do not apply permitting payment for the brand prescribed. A "medically necessary" statement written on the face of the prescription by the prescriber or in specific cases after verbal confirmation with the prescriber, by the pharmacist, will permit payment for the brand prescribed. The specific cases for pharmacist verbal confirmation of medical necessity are: drugs listed on the Florida negative formulary, Class II DEA controlled substances and temporary availability situations

**3102375**

where a delay in obtaining the prescription could jeopardize the health of the recipient.

## Payment Acceptance                                                                  5.4

Payment by Medicaid is considered payment in full. You cannot bill your customer for any covered services billed to Medicaid. You also cannot collect payment from your customer and then reimburse your customer when the claim is paid by Medicaid. When you submit a claim to Medicaid for a particular service you agree to accept Medicaid payment for that service.

## Third Party Insurance                                                               5.5

**A third party** is another insurance company or agency that may be responsible for paying all or part of the cost for services provided to a Medicaid recipient. Some examples are Medicare, CHAMPUS, CHAMPVA, major medical insurance policies, automobile liability or accident insurance and worker's compensation.

If you know a customer has other insurance you should submit claims to that payer first. You may bill Medicaid for any copayment or deductible charges by completing the claim as a normal claim and entering the copayment or deductible amount as the total amount billed. You should record what was billed and why on the prescription or customer record.

However, Medicaid will not deny a pharmacy claim because the recipient has other insurance. Medicaid will accumulate claims for the recipient and submit a bill to the identified carrier for the amount paid by Medicaid.

## Medicaid Health Maintenance Organizations (HMOs)/                                   5.6
## and Prepaid Health Plans (PHPs)

The Medicaid Program contracts with health maintenance organizations and prepaid health plans to provide a wide range of Medicaid services for a prepaid monthly fee. Medicaid recipients who live in an HMO/PHP authorized service area (usually a county) may enroll in these programs.

Each month all HMO/PHP enrolled recipients receive a special blue Medicaid Identification Card that lists the services covered by their plan. Enrollees must get their covered Medicaid services from the HMO/PHP or through referral by the HMO/PHP to an authorized provider. Medicaid services not covered by the HMO/PHP are available to the recipient through any Medicaid provider.

If you are not a provider participating with an HMO/PHP and a plan-enrolled recipient requests services from you, look at his blue Medicaid Identification Card. If prescribed drug services are supplied through an HMO/PHP provider, a phone number will be listed for your information. If services are not covered by the HMO/PHP, a normal prescription cap will be indicated and no information number will be present. If a normal prescription cap is listed on the card you may bill Medicaid as usual.

3102376