# EXHIBIT K

## Katz, Clifford

**From:** Katz, Clifford
**Sent:** Monday, August 04, 2008 1:57 PM
**To:** 'Alison Simon'
**Subject:** RE: Cobo Subpoena

Please see attached.

-----Original Message-----
**From:** Alison Simon [mailto:alisonsimon@breenlaw.com]
**Sent:** Monday, August 04, 2008 11:31 AM
**To:** Katz, Clifford
**Subject:** RE: Cobo Subpoena

Yes.

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Monday, August 04, 2008 10:11 AM
**To:** Alison Simon
**Subject:** Cobo Subpoena

Alison,

Will you accept service of a subpoena to Luis Cobo?

Cliff Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7609
(212) 808-7897 - facsimile

Pursuant to Treasury Regulations, any U.S. federal tax advice contained i
stated, is not intended and cannot be used for the purpose of avoiding ta

The information contained in this E-mail message is privileged, confident
please be aware that any other use, printing, copying, disclosure or diss
subject to legal restriction or sanction. If you think that you have rece
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and
other defect that might affect any computer system into which it is recei

responsibility of the recipient to ensure that it is virus free and no re
Drye & Warren LLP for any loss or damage arising in any way from its use.