# EXHIBIT M

KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

————

(212) 808-7800

WASHINGTON, DC

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

————

BRUSSELS, BELGIUM

————

AFFILIATE OFFICES

MUMBAI, INDIA

FACSIMILE

(212) 808-7897

www.kelleydrye.com

DIRECT LINE: (212) 808-7609

EMAIL: ckatz@kelleydrye.com

September 8, 2008

**VIA E-MAIL**

Alison W. Simon, Esq.
The Breen Law Firm, P.A.
P. O. Box 297470
Pembroke Pines, FL 33029

Gary L. Azorsky, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Re:     *United States ex. rel. Ven-A-Care of the Florida Keys, Inc.*
        *v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Alison and Gary:

As you know, Defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P. (collectively, "Dey") served a Subpoena *Duces Tecum* on Luis E. Cobo on August 4, 2008 for "all documents concerning Cobo Pharmacy" (the "Subpoena"). It was our understanding based on Mr. Cobo's testimony that all of the Cobo Pharmacy documents in Mr. Cobo's possession, custody or control could fit in a single banker's box. On August 29, 2008, we had a meet and confer concerning the Subpoena and Mr. Cobo's objections, dated August 18, 2008, and you informed me that Mr. Cobo actually has many more documents concerning Cobo Pharmacy. Based on this representation, I agreed to provide you with revised document requests to Mr. Cobo, which are set forth below:

1.      All documents constituting or concerning any Medicare or Medicaid claims submitted by Cobo Pharmacy from January 1, 1991 to June 1, 2000.

KELLEY DRYE & WARREN LLP

Alison W. Simon, Esq.
Gary L. Azorsky, Esq.
September 8, 2008
Page Two

      2.     All documents concerning the amounts Cobo Pharmacy billed Florida Medicaid and/or the Medicare program for prescription drugs from January 1, 1991 to June 1, 2000, including how those amounts were determined.

      3.     All documents concerning Cobo Pharmacy's charges to any third party payor for prescription drugs from January 1, 1991 to June 1, 2000, including how those charges were determined.

      4.     All documents concerning Cobo Pharmacy's charges to customers not covered by Medicaid, Medicare, or other third party plan for prescription drugs from January 1, 1991 to June 1, 2000, including how those charges were determined.

      5.     To the extent not covered by Request Nos. 2-4, all documents concerning Cobo Pharmacy's usual and customary charges for prescription drugs from January 1, 1991 to June 1, 2000, including how those charges were determined.

      6.     All documents concerning Cobo Pharmacy's costs to purchase prescription drugs from January 1, 1991 to June 1, 2000, including any purchase orders, invoices, rebates, free goods, promotions, and discounts.

      7.     All documents concerning Cobo Pharmacy's dispensing costs for prescription drugs from January 1, 1991 to June 1, 2000.

      8.     All documents constituting or concerning any marketing or sales materials relating to Dey's drugs.

      9.     All documents constituting or concerning any contracts Cobo Pharmacy entered into with any drug manufacturer, group purchasing organization, insurance plan, third party payor, or other entity relating to the purchase of prescription drugs from January 1, 1991 to June 1, 2000.

      10.    Documents sufficient to determine Cobo Pharmacy's net profits or losses from January 1, 1991 to June 1, 2000.

      11.    All documents constituting or concerning any laws, regulations, rules, manuals, or handbooks relating to the Medicaid or Medicare programs from January 1, 1991 to June 1, 2000.

      12.    All documents concerning your or Cobo Pharmacy's payment of $40,000 to the Florida Medicaid program ("Florida Medicaid") for purported overpayments made by Florida Medicaid to Cobo Pharmacy.

KELLEY DRYE & WARREN LLP

Alison W. Simon, Esq.
Gary L. Azorsky, Esq.
September 8, 2008
Page Three

      13.    All documents regarding any audit performed concerning your or Cobo Pharmacy's payment of $40,000 to Florida Medicaid for purported overpayments made by Florida Medicaid to Cobo Pharmacy.

\*      \*      \*

      Please respond to the foregoing requests on or before September 19, 2008.

      Very truly yours,

      Clifford Katz

cc:    George B. Henderson, II, Esq.
       Eric T. Gortner, Esq.