# EXHIBIT N

## Katz, Clifford

**From:** Alison Simon [alisonsimon@breenlaw.com]
**Sent:** Friday, October 03, 2008 10:47 AM
**To:** Katz, Clifford
**Subject:** RE: Bentley deposition

OK, absolutely. We do intend to respond. I'll talk to Gary about that and get back to you. Alison

Alison Warren Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida  33029
direct line: (305) 663-2433
phone:        (954) 874-1635
fax:             (954) 874-1705
email:         alisonsimon@breenlaw.com

The information contained in this email message is privileged and confidential.  It is intended only for the use of the addressee.  If you are not the intended recipient, please be advised that any dissemination, distribution or duplication of this transmission is unauthorized.  If you received this email in error, please notify us immediately, return the email transmission and delete and destroy all copies.  Thank you for your cooperation.

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Friday, October 03, 2008 10:45 AM
**To:** Alison Simon
**Subject:** RE: Bentley deposition

Thanks.  this answers one of my questions.  my other question concerns whether you intend to respond to my letter narrowing the subpoena to Cobo.

> -----Original Message-----
> **From:** Alison Simon [mailto:alisonsimon@breenlaw.com]
> **Sent:** Friday, October 03, 2008 10:35 AM
> **To:** Katz, Clifford
> **Cc:** Jim Breen; St.Peter-Griffith, Ann (USAFLS); Eric Gortner
> **Subject:** RE: Bentley deposition
>
> Cliff,
>
> I don't foresee a problem, but will have to confirm with Mr. Bentley and his counsel.
>
> Ann is that a problem for you?
>
> I received your voice mail.  I'll be able to call you back this afternoon.

Thanks,

Alison

Alison Warren Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida  33029
direct line: (305) 663-2433
phone:      (954) 874-1635
fax:            (954) 874-1705
email:       alisonsimon@breenlaw.com

The information contained in this email message is privileged and confidential. It is intended only for the use of the addressee. If you are not the intended recipient, please be advised that any dissemination, distribution or duplication of this transmission is unauthorized. If you received this email in error, please notify us immediately, return the email transmission and delete and destroy all copies. Thank you for your cooperation.

---

**From:** Katz, Clifford [mailto:CKatz@KelleyDrye.com]
**Sent:** Monday, September 29, 2008 2:36 PM
**To:** Alison Simon
**Cc:** Jim Breen; St.Peter-Griffith, Ann (USAFLS); Eric Gortner
**Subject:** Bentley deposition

Alison,

A conflict has arisen for November 5. Would it be possible to move the deposition to November 6 or 7?

Cliff

> -----Original Message-----
> **From:** Alison Simon [mailto:alisonsimon@breenlaw.com]
> **Sent:** Friday, September 19, 2008 2:52 PM
> **To:** Eric Gortner; Katz, Clifford
> **Cc:** Jim Breen; St.Peter-Griffith, Ann (USAFLS)
> **Subject:** Jones 30(b)(6) depo
> **Importance:** High
>
> Eric and Cliff,
>
> We have a conflict the week of December 1 that was inadvertently overlooked, and we need to move the Jones depo. Can we do the Jones depo on Dec. 10 and 11? Please let me know.
>
> Thanks!
>
> Alison

Alison Warren Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida  33029
direct line: (305) 663-2433
phone:     (954) 874-1635
fax:       (954) 874-1705
email:     alisonsimon@breenlaw.com

The information contained in this email message is privileged and confidential. It is intended only for the use of the addressee. If you are not the intended recipient, please be advised that any dissemination, distribution or duplication of this transmission is unauthorized. If you received this email in error, please notify us immediately, return the email transmission and delete and destroy all copies. Thank you for your cooperation.

```
Pursuant to Treasury Regulations, any U.S. federal tax advice contained i
stated, is not intended and cannot be used for the purpose of avoiding ta

The information contained in this E-mail message is privileged, confident
please be aware that any other use, printing, copying, disclosure or diss
subject to legal restriction or sanction. If you think that you have rece
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and
other defect that might affect any computer system into which it is recei
responsibility of the recipient to ensure that it is virus free and no re
Drye & Warren LLP for any loss or damage arising in any way from its use.
```

```
Pursuant to Treasury Regulations, any U.S. federal tax advice contained in thi
stated, is not intended and cannot be used for the purpose of avoiding tax-rel

The information contained in this E-mail message is privileged, confidential,
please be aware that any other use, printing, copying, disclosure or dissemina
subject to legal restriction or sanction. If you think that you have received
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are
other defect that might affect any computer system into which it is received a
responsibility of the recipient to ensure that it is virus free and no respons
Drye & Warren LLP for any loss or damage arising in any way from its use.
```