# EXHIBIT O

## Katz, Clifford

**From:** Alison Simon [alisonsimon@breenlaw.com]
**Sent:** Wednesday, October 15, 2008 11:31 AM
**To:** Katz, Clifford
**Subject:** Cobo Pharmacy records

Cliff,

I've been looking at this issue this morning. Unfortunately, Mr. Cobo is out of the country, and I still need to do a little more work on this before it will be productive to talk. I need until next Friday, Oct. 24. I'm sorry to put this off this way, but I will have the information I need to respond to your specific requests by then. I think that will be the most productive way to proceed.

I assume that there aren't any other outstanding issues, but let me know if otherwise.

Thanks,

Alison

Alison Warren Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida  33029
direct line: (305) 663-2433
phone:     (954) 874-1635
fax:       (954) 874-1705
email:     alisonsimon@breenlaw.com

The information contained in this email message is privileged and confidential. It is intended only for the use of the addressee. If you are not the intended recipient, please be advised that any dissemination, distribution or duplication of this transmission is unauthorized. If you received this email in error, please notify us immediately, return the email transmission and delete and destroy all copies. Thank you for your cooperation.