Exhibit A

Schedule of NDCs with AWPs for selected years

| DRUG NAME | STRENGTH | FORM | COUNT | NDC | 1996 AWP | 1999 AWP | 2001 AWP | 2003 AWP | 2004 AWP | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| AZATHIOPRINE USP | 50MG | TABLET | 100s (10 x 10) | 00054-4084-25 | N/A | $ 116.63 | $ 131.08 | $ 131.08 | $ 131.08 | |
| DICLOFENAC SODIUM | 50MG | TABLET | 100s (10 x 10) | 00054-4221-25 | $ 86.13 | $ 86.13 | $ 86.13 | $ 86.13 | $ 86.13 | |
| DICLOFENAC SODIUM | 75MG | TABLET | 100s (10 x 10) | 00054-4222-25 | $ 104.31 | $ 104.31 | $ 104.31 | $ 104.31 | $ 104.31 | |
| FUROSEMIDE | 10MG/ML | SOLUTION | 60ML | 00054-3294-46 | $ 9.10 | $ 9.10 | $ 10.40 | $ 10.40 | $ 10.40 | |
| FUROSEMIDE | 10MG/ML | SOLUTION | 120ML | 00054-3294-50 | $ 17.67 | $ 17.67 | $ 20.10 | $ 20.10 | $ 20.10 | |
| FUROSEMIDE | 20MG | TABLET | 100s (10 x 10) | 00054-4297-25 | $ 5.25 | $ 5.25 | $ 14.30 | $ 14.30 | $ 15.44 | |
| FUROSEMIDE | 20MG | TABLET | 100s UD | 00054-4297-25 | $ 7.57 | $ 7.57 | $ 17.16 | $ 17.16 | $ 18.52 | |
| FUROSEMIDE | 20MG | TABLET | 100s | 00054-4297-31 | $ 36.05 | $ 36.05 | $ 139.90 | $ 139.90 | $ 151.02 | |
| FUROSEMIDE | 40MG | TABLET | 100s (10 x 10) | 00054-4299-25 | $ 5.98 | $ 5.98 | $ 16.30 | $ 16.30 | $ 17.60 | |
| FUROSEMIDE | 40MG | TABLET | 100s UD | 00054-4299-25 | $ 8.49 | $ 8.49 | $ 8.49 | $ 19.56 | $ 21.12 | |
| FUROSEMIDE | 40MG | TABLET | 1000s | 00054-4299-31 | $ 45.25 | $ 45.25 | $ 159.50 | $ 159.50 | $ 172.18 | |
| FUROSEMIDE | 80MG | TABLET | 100s (10 x 10) | 00054-4301-25 | $ 13.49 | $ 13.49 | $ 43.70 | $ 43.70 | $ 43.70 | |
| FUROSEMIDE | 80MG | TABLET | 100s UD | 00054-4301-25 | $ 17.54 | $ 17.54 | $ 52.44 | $ 52.44 | $ 52.44 | |
| FUROSEMIDE | 80MG | TABLET | 500s | 00054-4301-29 | $ 67.47 | $ 67.47 | $ 213.69 | $ 213.69 | $ 213.69 | |
| HYDROMORPHONE | 2MG | TABLET | 100s (4 x 25) | 00054-4302-25 | $ 28.82 | $ 37.18 | $ 37.18 | $ 37.18 | $ 37.18 | |
| HYDROMORPHONE | 4MG | TABLET | 100s (4 x 25) | 00054-4384-25 | $ 47.53 | $ 61.31 | $ 61.31 | $ 61.31 | $ 61.31 | |
| IPRATROPIUM BROMIDE .02% | 2.5ML | SOLUTION | 25s | 00054-8402-11 | N/A | $ 44.06 | $ 44.06 | $ 44.06 | $ 44.06 | |
| IPRATROPIUM BROMIDE .02% | 2.5ML | SOLUTION | 30s | 00054-8402-13 | N/A | $ 52.87 | $ 52.87 | $ 52.87 | $ 52.87 | |
| IPRATROPIUM BROMIDE .02% | 2.5ML | SOLUTION | 60s | 00054-8402-21 | N/A | $ 105.74 | $ 105.74 | $ 105.74 | $ 105.74 | |
| IPRATROPIUM BROMIDE .02% NOVAPLUS | 2.5ML | SOLUTION | 25s | 00054-8404-11 | | | $ 44.06 | $ 44.06 | $ 44.06 | |
| IPRATROPIUM BROMIDE .02% NOVAPLUS | 2.5ML | SOLUTION | 30s | 00054-8404-13 | | | $ 52.87 | $ 52.87 | $ 52.87 | |
| IPRATROPIUM BROMIDE .02% NOVAPLUS | 2.5ML | SOLUTION | 60s | 00054-8404-21 | | | $ 105.74 | $ 105.74 | $ 105.74 | |
| ORAMORPH SR | 15MG | TABLET | 100s (4 x 25) | 00054-4790-25 | $ 72.95 | $ 84.45 | $ 90.03 | | | 1 - Elan |
| ORAMORPH SR | 30MG | TABLET | 50s | 00054-4805-19 | $ 72.95 | $ 84.45 | $ 90.03 | | | 1 - Elan |
| ORAMORPH SR | 30MG | TABLET | 100s (4 x 25) | 00054-4805-25 | $ 138.64 | $ 161.50 | $ 171.09 | | | 1 - Elan |
| ORAMORPH SR | 30MG | TABLET | 250s | 00054-4805-27 | $ 336.12 | $ 389.11 | $ 414.78 | | | 1 - Elan |
| ORAMORPH SR | 60MG | TABLET | 100s | 00054-4792-25 | $ 270.51 | $ 313.15 | $ 333.85 | | | 1 - Elan |
| ORAMORPH SR | 100MG | TABLET | 100s | 00054-4793-25 | $ 414.25 | $ 479.58 | $ 511.24 | | | 1 - Elan |
| ROXANOL | 20MG/ML | SOLUTION | 30ML | 00054-3751-44 | $ 20.76 | $ 20.76 | $ 20.76 | | | 1 - Elan |
| ROXANOL | 20MG/ML | SOLUTION | 120ML | 00054-3751-50 | $ 77.96 | $ 77.96 | $ 77.98 | | | 1 - Elan |
| ROXANOL 100 | 20MG/ML | SOLUTION | 240ML | 00054-3751-58 | $ 131.22 | $ 131.22 | $ 131.22 | | | 1 - Elan |
| ROXICODONE | 15MG | TABLET | 100s (4 x 25) | 00054-4658-25 | N/A | | $ 110.00 | | | 1 - Elan |
| ROXICODONE | 30MG | TABLET | 100s (4 x 25) | 00054-4665-25 | N/A | | $ 212.00 | | | 1 - Elan |
| SODIUM POLYSTYRENE O/S | 15G/60ML | ORAL SUS | 500 ML | 00054-3805-63 | $ 47.86 | $ 47.86 | $ 47.86 | $ 47.86 | $ 47.86 | |
| SODIUM POLYSTYRENE O/S | 15G/60ML | ORAL SUS | 60 ML 10s UD | 00054-8816-11 | $ 86.49 | $ 86.49 | $ 86.49 | $ 86.49 | $ 86.49 | |

1 - These drugs were sold to Elan on 9/28/2001.