Schedule of Prices and Reimbursement for Selected Roxane Drugs

| DRUG NAME | STRENGTH | FORM | NDC | FIRST DATA BANK AWP (Contract Price) Note 1,3 | PRICE TO PHARMACY CUSTOMER (Contract Price) Note 2 | SPREAD (AWP less Contract price) G = (E-F) | SPREAD % (Spread /Contract Price) H = (G/F) |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | | |
| AZATHIOPRINE USP | 50MG | TABLET | 00054408425 | $131.08 | $42.60 | $88.48 | 208% |
| DICLOFENAC | 50MG | TABLET D | 00054422125 | $86.13 | $11.13 | $75.00 | 674% |
| DICLOFENAC | 75MG | TABLET D | 00054422225 | $104.31 | $12.78 | $91.53 | 716% |
| FUROSEMIDE | 10MG/ML | SOLUTION | 00054328446 | $10.40 | $3.25 | $7.15 | 220% |
| FUROSEMIDE | 10MG/ML | SOLUTION | 00054329450 | $20.10 | $5.43 | $14.67 | 270% |
| FUROSEMIDE | 20MG | TABLET | 00054429725 | $16.30 | $1.61 | $12.69 | 788% |
| FUROSEMIDE | 20MG | TABLET | 00054429731 | $139.90 | $9.82 | $130.08 | 1325% |
| FUROSEMIDE | 20MG | TABLET | 00054629725 | $17.16 | $1.90 | $15.26 | 803% |
| FUROSEMIDE | 40MG | TABLET | 00054429925 | $16.30 | $1.89 | $14.41 | 762% |
| FUROSEMIDE | 40MG | TABLET | 00054429931 | $159.50 | $11.82 | $147.68 | 1249% |
| FUROSEMIDE | 40MG | TABLET | 00054629925 | $19.56 | $2.06 | $17.50 | 850% |
| FUROSEMIDE | 80MG | TABLET | 00054430125 | $43.70 | $3.20 | $40.50 | 1266% |
| FUROSEMIDE | 80MG | TABLET | 00054430129 | $213.69 | $14.20 | $199.49 | 1405% |
| FUROSEMIDE | 80MG | TABLET | 00054430125 | $52.44 | $4.03 | $48.41 | 1201% |
| HYDROMORPHONE | 2MG | TABLET | 00054439225 | $37.18 | $9.85 | $27.33 | 277% |

Exhibit B

| Drug | Strength | Form | NDC | Price | Price2 | Pct | |
|---|---|---|---|---|---|---|---|
| HYDROMORPHONE | 4MG | TABLET | 00054439625 | $61.31 | $15.18 | $46.13 | 304% |
| IPRATROPIUM BROMIDE | 0.2MG/ML | SOLUTION | 00054840221 | $105.74 | $20.45 | $85.29 | 417% |
| IPRATROPIUM BROMIDE | 0.2MG/ML | SOLUTION | 00054840213 | $52.87 | $10.22 | $42.65 | 417% |
| IPRATROPIUM BROMIDE | 0.2MG/ML | SOLUTION | 00054840211 | $44.06 | $8.52 | $35.54 | 417% |
| ORAMORPH SR | 15MG | TABLET | 00054479025 | $86.99 | $41.83 | $45.16 | 108% |
| ORAMORPH SR | 60MG | TABLET | 00054479225 | $322.54 | $155.13 | $167.41 | 108% | + |
| ORAMORPH SR | 100MG | TABLET | 00054479325 | $493.95 | $237.58 | $256.37 | 108% | + |
| ORAMORPH SR | 30MG | TABLET | 00054480519 | $86.99 | $41.83 | $45.16 | 108% | + |
| ORAMORPH SR | 30MG | TABLET | 00054480525 | $165.31 | $79.51 | $85.80 | 108% | + |
| ORAMORPH SR | 30MG | TABLET | 00054480527 | $400.75 | $192.75 | $208.00 | 108% | + |
| ROXANOL | 20MG/ML | SOLUTION | 00054375144 | $20.76 | $4.21 | $16.55 | 393% | + |
| ROXANOL | 20MG/ML | SOLUTION | 00054375150 | $77.96 | $11.72 | $66.24 | 565% | + |
| ROXANOL 100 | 20MG/ML | SOLUTION | 00054375158 | $131.22 | $26.31 | $104.91 | 399% | + |
| ROXICODONE | 15MG | TABLET | 00054465825 | $110.00 | $54.45 | $55.55 | 102% | + |
| ROXICODONE | 30MG | TABLET | 00054466525 | $212.00 | $104.94 | $107.06 | 102% | + |
| SODIUM POLYSTYRENE | 15G/60ML | ORAL SUS | 00054380563 | $47.86 | $15.98 | $31.88 | 199% |
| SODIUM POLYSTYRENE | 15G/60ML | ORAL SUS | 00054881611 | $86.49 | $25.56 | $60.93 | 238% |

Notes:
1. AWP prices in effect as of June 25, 2002, except with respect to the drugs sold to Elan, where the prices listed are as of December 12, 2000.
2. Contract prices in effect as of June 25, 2002, except for the drugs sold to Elan, where the prices listed are as of December 12, 2000.
3. Some slight rounding differences may occur between published AWPs and those derived from the electronic First DataBank database.
4. Drugs sold to Elan.

Exhibit B