UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No.  1456

Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Judge Patti B. Saris

**UNOPPOSED MOTION TO FILE REPLY MEMORANDUM AND
REDACTED SUPPLEMENTAL DECLARATION, AND TO FILE
UNREDACTED SUPPLEMENTAL DECLARATION UNDER SEAL**

The undersigned respectfully moves the Court for leave to file the reply memorandum and redacted supplemental declaration attached hereto as Exhibits 1 and 2, respectively, in support of the Williams Law Firm's Motion for Court Review of Lead Counsel's Allocation of GSK Fee Award, for Court Monitoring of Class Counsel Time and Expense, and for Court Allocation of All Future Fee Awards to Class Counsel.

The undersigned further respectfully moves the Court for leave to file an unredacted version of the supplemental declaration under seal, and to impound same until further order by this Court.  The supplemental declaration attaches exhibits that might tend to reveal attorney work product or other privileged or confidential information.

Lead Counsel do not oppose this motion.

WHEREFORE, the undersigned respectfully moves for leave to file the pleadings attached hereto, as requested herein, and any and all other relief the Court deems just and proper.

Dated:  December 2, 2008 /s/ Kent M. Williams
Kent M. Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN  55356
(763) 473-0314

ONE OF THE CLASS COUNSEL FOR PLAINTIFFS

## RULE 7.1 CERTIFICATION

The undersigned certifies pursuant to Local Rule 7.1 that he has conferred with Lead Counsel on the issues raised in this motion, and that Lead Counsel do not oppose the motion.

Dated: December 2, 2008 /s/ Kent M. Williams
Kent M. Williams

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNOPPOSED MOTION TO FILE REPLY MEMORANDUM AND REDACTED SUPPLEMENTAL DECLARATION, AND TO FILE UNREDACTED SUPPLEMENTAL DECLARATION UNDER SEAL** to be served on all counsel of record via electronic service to be filed with the Clerk of this Court and served electronically on all registered parties via the Court's CM/ECF system.

Dated:  December 2, 2008 /s/ Kent M. Williams
Kent M. Williams, Esq.