UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION § § § § | |
| | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: § § | CIVIL ACTION NO. 1:01-cv-12257-PBS |
| Ven-a-Care of the Florida Keys,, Inc. v. Abbott Laboratories, Inc. § § § | 1:06-cv-11337-PBS |
| | Hon. Patti B. Saris |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-a-Care of the Florida Keys, Inc., in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Texas and am admitted to practice in the U.S. District Courts for the Western, Northern and Southern Districts of Texas.

In accordance with this Court's Case Management Order No. 1, I have included a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

#145796.1

Respectfully submitted,

PRICHARD HAWKINS McFARLAND & YOUNG

_____
Glenn W. MacTaggart
(Tx Bar #12787680)
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 477-7419 – Telephone
(210) 477-7469 – Facsimile
gmactaggart@phmy.com

Dated November 25, 2008

## CERTIFICATE OF SERVICE

I, Glenn W. MacTaggart, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 25, 2008 a copy to Lexis Nexis for posting and notification to all parties.

_____
Glenn W. MacTaggart