```
                                                           FILED
                                                    IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                                                    2008 NOV 26  A 10: 36
```

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | § | |
| AVERAGE WHOLESALE PRICE | § | U.S. DISTRICT COURT |
| LITIGATION | § | MDL No. 1456 DISTRICT OF MASS. |
| | § | Civil Action No. 01-12257-PBS |
| | § | Hon. Patti Saris |
| THIS DOCUMENT RELATES TO: | § | |
| | § | |
| *United States of America ex rel. Ven-A-Care of* | § | |
| *the Florida Keys, Inc. v. Abbott Laboratories,* | § | |
| *Inc.*, | § | |
| | § | |
| CIVIL ACTION NO. 06-11337-PBS | § | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Texas and am accordingly admitted to practice before Texas courts.

In accordance with this Court's Case Management Order No. 1, I have included a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

Dated: November 25, 2008

JOHN E. CLARK (Texas Bar No. 04287000 )
Goode Casseb Jones Riklin Choate &
Watson, P.C.
2122 North Main Avenue
San Antonio, Texas 78212
(210) 733-6030

## CERTIFICATE OF SERVICE

I, John E. Clark, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 25, 2008, a copy to Lexis Nexis for posting and notification to all parties.

_____
John E. Clark