UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
:
IN RE PHARMACEUTICAL INDUSTRY AVERAGE    :    01-CV-12257-PBS
AVERAGE WHOLESALE PRICE LITIGATION       :    MDL No. 1456
---------------------------------------------------------- X

### AFFIDAVIT OF JAMES W. WILSON

I, James W. Wilson reside at 8 Sleepy Hollow Road, Stratford, NJ 08084. My phone number is (856) 783-9733.

I am a member of the proposed Settlement Class because I had purchased the following drugs:

| | | |
|---|---|---|
| Class A Drugs: | Aranesp | |
| | Epogen | |
| Class B Drugs: | Calcijex | Labetalol |
| | Cimetidine Hydrochloride | Lasix |
| | Famotidine | Lidocaine hydrochloride |
| | Furosemide | Novacaine / Procaine |
| | Heparin / Heparin lock flush / Heparin sodium | Zemplar |

I strongly object to the Court approving the Settlement of this matter and awarding a large amount of attorneys' fees because it is unfair that the Class gets $21.8 Million.

I intend and desire to have James King, Esquire argue for me at the Final Approval Hearing that the Settlement is unfair, the attorneys' fees are excessive and the Settlement should not be approved by the Court.

I have read the foregoing Affidavit and verify that it is true to the best of my knowledge.

Date: 11/26/08

JAMES W. WILSON

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26th DAY OF NOVEMBER, 2008.

NOTARY PUBLIC

NOTARIAL SEAL
LAURA MURPHY
Notary Public
JENKINTOWN BOROUGH
MONTGOMERY COUNTY
My Commission Expires Dec 28, 2008