## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by Federal Express overnight delivery:

CLERK OF COURT
John Joseph Moakley US Courthouse
1 Courthouse Way
Ste. 2300
Boston, MA 02210


Steve W. Berman
Hagens Berman Sobol & Shapiro
1301 Fifth Ave.
Suite 2900
Seattle, WA 98101

Counsel for the Class

Steven F. Barley
Hogan & Hartson
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202

James P. Muehlberger
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Counsel for Defendants

SIGNED AND DONE on this 26th day of November, 2008.

James W. King