UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | **MDL No. 1456** **Civil Action No. 01-12257-PBS** |
| *US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* NO. 07-CV-11618-PBS | ) ) ) ) ) ) ) | Hon. Patti B. Saris |

**DECEMBER 1, 2008 STATUS REPORT**
**OF THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), through its undersigned counsel respectfully files this Status Report for December 1, 2008 in accordance with the Court's June 17, 2004 Procedural Order and states:

**Motion to Dismiss**

On March 14, 2008, the Court denied Abbott's Motion to Dismiss Ven-A-Care's Complaint.  Abbott sought an appeal of this decision.  On July 15, 2008, the Court denied Abbott's Request for Certification Pursuant to § 1292(b) and Stay of Discovery.

**Case Management Order**

On September 2, 2008 the Court entered a Case Management Order in this case.

**Scheduled Hearings**

None

**Pending Discovery**

The parties have filed a FRCP 26(f) report which included provisions for the use of prior discovery materials and deposition testimony in this case.  The parties exchanged initial disclosures on August 22, 2008.  The Relator has also filed amended Disclosures. The parties have exchanged written discovery requests and written discovery responses. The parties have coordinated the respective productions of sales transaction drug pricing data from Abbott and Medicaid claims data from the United States and the Centers for Medicare and Medicaid Services.  These datasets will be delivered by and to the parties on Dec. 2, 2008.  The parties have participated in state Medicaid discovery.  Additionally, oral depositions of Abbott witnesses have been scheduled to occur in December 2008 and January 2009;  including the deposition of Abbott's designated corporate representative(s) who will testify in response to Ven-a-Care's Notice of FRCP 30(b)(6) Deposition filed in November 2008.

Dated: December 2, 2008

Respectfully submitted,

/s/ Jarrett Anderson

C. Jarrett Anderson
Anderson LLC
208 West 14th Street, Suite 203
Austin, TX 78701
Phone: 512-469-9191
FAX: 512-532-0585
EMAIL: jarrett@anderson-llc.com

For Ven-A-Care of the Florida Keys, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above **PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC.'S, DECEMBER 1, 2008 MONTHLY STATUS REPORT** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No.2 by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

<u>/s/ Jarrett Anderson</u>

Dated: December 2, 2008