**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**SUPPLEMENTAL FILING OF ABBOTT LABORATORIES
IN SUPPORT OF ITS
MOTION TO COMPEL TESTIMONY OF GOVERNMENT WITNESSES**

In anticipation of argument on its Motion to Compel Testimony of Government Witnesses (Dkt. No. 5112), currently set for December 4, 2008, Abbott submits the following items:

(1) **Exhibit 1.** Exhibit 1 to Abbott's motion (Dkt. No. 5112) is a list of the specific questions, where the Government invoked the deliberative process privilege to prevent a witness from answering, that are the subject of the motion. Attached to this filing as Exhibit 1 is a list of specific questions involving other improper invocations of the deliberative process privilege by the Government in depositions occurring after the original motion was filed.

(2) **Exhibit 2.** On November 5, 2008, Judge Saris entered an order requiring the Government to produce certain documents it had withheld based on the deliberative process privilege. (Dkt. No. 5665.) The order sets out at some length Judge Saris's views on the proper scope of the privilege in this litigation. That order is attached as Exhibit 2 to this filing.

(3) **Exhibit 3.** In a status hearing held on November 13, 2008, Judge Saris provided additional comments regarding her views on the scope of the privilege in this litigation. *See*

Nov. 13, 2008 Hrg. Tr. at 15-18, 23-24, 27-28, 32, 39-40.  The transcript of the November 13, 2008 hearing is attached as Exhibit 3 to this filing.

Dated:  December 2, 2008                    Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 2nd day of December, 2008.

    /s/ Brian J. Murray
Brian J. Murray