# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs., Inc., et al.*, Cause No. 1:06-CV-11069-PBS | Judge Patti B. Saris |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS

In a Case Management Order dated September 18, 2008 (Dkt. No. 5593-2), the Court set a briefing schedule for Defendants' motions to dismiss. In accordance with that schedule, various defendants filed motions to dismiss on September 19, 2008. In an unopposed motion to extend time for responding to Defendants' motions to dismiss (Dkt. No. 5667), the State requested additional time in which to respond. The Court entered an order approving the revised schedule, directing the State to file any opposition on or before December 3, 2008 and Defendants will file any reply on or before December 22, 2008. A hearing date has not been set by the Court.

The State has again asked Defendants for nine additional days in which to respond. The basis for the request is that the State is working to narrow the claims in the case, if possible. Defendants and the State have conferred directly. Defendants have agreed to the State's request.

The schedule agreed upon is that the State will file any opposition to the pending motions to dismiss on or before December 12, 2008. Defendants' replies, if any, will be filed on or before January 15, 2009.

- 1 -

Respectfully submitted,

Dated:  December 2, 2008

By     /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for the State of Arizona conferred with opposing counsel, who advised the State that Defendants agree to the schedule outlined.

- 3 -

001534-14  275488 V1

- 4 -

## CERTIFICATE OF SERVICE

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 2nd day of December, 2008.

      By      **/s/ Steve W. Berman**
         Steve W. Berman
         **HAGENS BERMAN SOBOL SHAPIRO LLP**
         1301 Fifth Avenue, Suite 2900
         Seattle, WA 98101
         (206) 623-7292