**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35**

The Parties to the above-captioned matter respectfully move for an order extending the time for all Parties to comply with Case Management Order No. 35 ("CMO 35") (Dkt. No. 5664).  In support of this motion, the Parties state as follows:

1.      Pursuant to CMO 35, the Parties have until December 4, 2008 to file a stipulation identifying documents previously filed in master docket, 01-CV-12257, that relate to one or more of the subcategory dockets identified in CMO 35.

2.      The Parties have held telephone conferences with lead counsel for each subcategory case regarding the facilitation and scope of the Court's Order and have consulted with the Court Clerk.  The process of identifying entries for each subcategory is well underway.  However, due to the size and complexity of the MDL master docket, which currently has over 5300 entries, the Parties require additional time to complete the categorization and comply with CMO 35.

WHEREFORE, the Parties respectfully request the Court enter an Order extending the deadline for the Parties to comply with CMO 35 from December 4, 2008 to January 9, 2009.

- 1 -

1534.16 151301v1

DATED: December 3, 2008

By    **/s/ Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

1534.16 151301v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 3, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

           **/s/ Steve W. Berman**           
           Steve W. Berman