UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 DEC -5 A 11: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | § | |
| AVERAGE WHOLESALE PRICE | § | |
| LITIGATION | § | MDL No. 1456 |
| | § | Civil Action No. 01-12257-PBS |
| | § | Hon. Patti Saris |
| THIS DOCUMENT RELATES TO: | § | |
| | § | |
| *United States of America ex rel. Ven-A-Care* of | § | |
| *the Florida Keys, Inc. v. Abbott Laboratories,* | § | |
| *Inc.,* | § | |
| | § | |
| CIVIL ACTION NO. 06-11337-PBS | § | |

## AMENDED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A-Care of the Florida Keys, Inc., in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of Texas and a member in good standing of the bar of the United States District Court for the Western District of Texas.

In accordance with this Court's Case Management Order No. 1, I have previously tendered a check in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

Dated: November 26, 2008

RAND J. RIKLIN (Texas Bar No. 16924275 )
Goode Casseb Jones Riklin Choate &
Watson, P.C.
2122 North Main Avenue
San Antonio, Texas 78212
(210) 733-6030

## CERTIFICATE OF SERVICE

I, Rand J. Riklin, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 26, 2008, a copy to Lexis Nexis for posting and notification to all parties.

_____
Rand J. Riklin