UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

## MOTION FOR ADMISSION OF DAMON SUDEN *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Damon Suden be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Dey, Inc., Dey L.P., and Dey L.P., Inc. The undersigned counsel states as follows:

1. Mr. Suden is an attorney with the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declaration of Mr. Suden, attached hereto as Exhibit A, certifies that he has met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Suden's admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Damon Suden *pro hac vice*.

Dated: December 8, 2008

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Paul F. Doyle (BBO # 133460)

101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7786
Facsimile: (212) 808-7897

Attorneys for Dey, Inc., Dey L.P. and
Dey L.P., Inc.

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on Decemer 8, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

Paul F. Doyle

## EXHIBIT A: DECLARATION OF DAMON SUDEN

I, Damon Suden, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following state court on the date indicated:

| ADMITTED | DATE |
| --- | --- |
| The State of New York | April 10, 2003 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the Appellate Division of the Supreme Court of the State of New York First Judicial Department is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on December 8, 2008.

By: _____
Damon Suden

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAMON WILLIAM SUDEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 10th day of April, 2003 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 8, 2008

Clerk of the Court

650