UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456

Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Judge Patti B. Saris

**NOTICE OF WITHDRAWAL OF MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD, FOR COURT MONITORING OF CLASS COUNSEL TIME AND EXPENSE, AND FOR COURT ALLOCATION OF ALL FUTURE FEE AWARDS TO CLASS COUNSEL**

The undersigned hereby withdraws said motion without prejudice. Lead Counsel do not oppose the withdrawal of the undersigned's motion.

Dated: December 9, 2008

/s/ Kent M. Williams
Kent M. Williams
WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN 55356
(763) 473-0314

ONE OF THE CLASS COUNSEL FOR PLAINTIFFS

**RULE 7.1 CERTIFICATION**

The undersigned certifies pursuant to Local Rule 7.1 that he has conferred with Lead Counsel on the issues raised in this Notice, and that Lead Counsel do not oppose the Notice.

Dated: December 9, 2008

/s/ Kent M. Williams
Kent M. Williams

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above **NOTICE OF WITHDRAWAL OF MOTION FOR COURT REVIEW OF LEAD COUNSEL'S ALLOCATION OF GSK FEE AWARD, FOR COURT MONITORING OF CLASS COUNSEL TIME AND EXPENSE, AND FOR COURT ALLOCATION OF ALL FUTURE FEE AWARDS TO CLASS COUNSEL** to be served on all counsel of record via electronic service to be filed with the Clerk of this Court and served electronically on all registered parties via the Court's CM/ECF system.

Dated: December 9, 2008

/s/ Kent M. Williams
Kent M. Williams, Esq.