UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | |
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : MDL No. 1456 : : Civ. No. 01-CV-12257 PBS |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO PROPOSED NATIONWIDE CLASSES 2 AND 3 AS TO BMS AND ASTRAZENECA | : : : : : : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

**ASTRAZENECA PHARMACEUTICAL LP'S AND BRISTOL-MYERS SQUIBB COMPANY'S MOTION FOR LEAVE TO FILE THE ATTACHED REPLY IN SUPPORT OF MOTION TO STAY ENTRY OF MULTISTATE CLASS CERTIFICATION ORDER AND IN SUPPORT OF OBJECTIONS TO THE PROPOSED ORDER**

Defendants AstraZeneca Pharmaceuticals LP and Bristol-Myers Squibb Company ("BMS") hereby seek leave to file the reply brief attached hereto as Exhibit 1 in support of (1) Joint Motion by AstraZeneca Pharmaceuticals LP and Bristol-Myers Squibb Company to Stay Entry of Multistate Class Certification Order Pending Appeal of Massachusetts Class Judgment (ECF No. 5700) and (2) defendants' objections to plaintiffs' proposed class certification order (ECF Nos. 5705, 5709). The attached joint reply responds to plaintiffs' arguments and corrects their factual assertions. AstraZeneca and BMS respectfully submit that this short reply will assist the Court in resolving these pending matters.

Wherefore, AstraZeneca and BMS respectfully request that this Motion for Leave to File Exhibit 1 be GRANTED.

Dated: December 9, 2008                                                Respectfully submitted,

/s/ Jennifer M. Ryan                                        /s/ Katherine B. Schmeckpeper
Thomas E. Dwyer, Jr. (BBO #139660)      Nicholas C. Theodorou (BBO #496730)
Jennifer M. Ryan (BBO #661498)              Sarah Cooleybeck (BBO #631161)
DWYER & COLLORA, LLP                         Katherine B. Schmeckpeper (BBO #663200)
600 Atlantic Avenue, 12th Floor                   FOLEY HOAG LLP
Boston, MA  02210                                       155 Seaport Blvd.
                                                                      Boston, MA  02110
Steven M. Edwards
Lyndon M. Tretter                                          D. Scott Wise
Ira M. Feinberg                                              Michael S. Flynn
HOGAN & HARTSON LLP                          Kimberley D. Harris
875 Third Avenue                                         DAVIS POLK & WARDWELL
New York, NY  10022                                  450 Lexington Ave.
                                                                      New York, NY  10017

*Attorneys for Bristol-Myers Squibb Company*      *Attorneys for AstraZeneca Pharmaceuticals LP*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that I conferred in good faith with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion but was unable to resolve or narrow the issue.

/s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO #631161)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on December 9, 2008 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

/s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO #631161)