# Exhibit A

MONTH DAY, 2008


**VIA UNITED STATES MAIL**


To:       United States Third-Party Payors


Re:       ***In Re: Pharmaceutical Industry Average Wholesale Price Litigation***,
          **Docket No. 01-CV-12257-PBS, MDL No. 1456 (D. Mass.)**
          **Track Two Settlement, Amended Exhibit A to the Notice of Settlement**


**Dear Sir/Madam:**


   Enclosed with this letter you will find an amended Attachment A to the Notice of Settlement you previously received in the above-referenced litigation (the "Amended Attachment A").

   The Amended Attachment A correctly identifies all of the drugs at issue in the litigation and is meant to replace the Attachment A to the Notice of Settlement previously mailed.  A copy of the full Notice of Settlement can be downloaded at www.AWPTrack2Settlement.com\payor for your reference or you may call 1-877-465-8136 to obtain another copy.

   Due to the need to provide Third-Party Payors ("TPPs") with an Amended Attachment A, the Court has extended the dates by which TPPs must take some action with respect to the Proposed Settlement.  The Court has also rescheduled the Final Approval Hearing at which time the Court will consider whether to approve the Proposed Settlement.

   The new dates set by the Court are as follows:


| **Event** | **Revised Date** |
|---|---|
| Filing of Claim and Supporting Materials | March 16, 2009 |

| | |
|---|---|
| Filing of Request for Exclusion | Postmarked by March 16, 2009 |
| Filing of Notice of Intention to Appear at Fairness Hearing Stating Reasons for Opposition to Proposed Settlement | March 16, 2009 |
| Filing and Service of Appearance of Counsel at Final Fairness Fairness Hearing | March 9, 2009 |
| Final Approval Hearing | April 15 2009 or later <br><br> (to be determined by the Court) |

The Notice of Settlement has recently been amended to reflect these new dates.  You can obtain a copy by visiting www.AWPTrack2Settlement.com\payor or calling 1-877-465-8136.

As a result of the new dates set forth above one of the situations outlined below may apply to you.   Please read the options set forth below for information about your options.

- If you have already filed a claim, you do not need to take any action.  Your claim will be processed and you will be notified of any deficiencies or the need for any additional information.

- If you have not filed a claim, but wish to do so now, your claim must be received by March 16, 2009.  Go to  www.AWPTrack2Settlement.com\payor or call 1-877-465-8136 to obtain a copy of the claim form and instructions for filing a claim.

- If you previously filed a request for exclusion, and you still wish to be excluded from the Proposed Settlement, you do not need to take any action.  Your previously filed request for exclusion will be considered by the Court.

- If you currently wish to file a request for exclusion, your request must be postmarked by March 16, 2009.  Go to www.AWPTrack2Settlement.com\payor or call 1-877-465-8136 for instructions on how to file a valid request for exclusion.  If you previously filed a claim and then file a request for exclusion, your request for exclusion will be considered a request to withdraw your previously filed claim.

If you have questions that are not answered by this letter, you can call the claims administrator toll free at 1-877-465-8136 to obtain answers to your questions.

# ATTACHMENT A

## CLASS A DRUGS

| | | |
|---|---|---|
| Anzemet (injection & tablets) | Ferrlecit | Neulasta |
| Aranesp | InFed | Neupogen |
| Epogen | | |

## CLASS B DRUGS

| | | |
|---|---|---|
| **A** | Aristocort / Aristospan | Carbocaine / Mepivicaine |
| AccuNeb | Aromasin | Cefizox |
| Acetylcysteine | Ativan | Chromium tr meta / Chromic chloride |
| Acyclovir sodium | Azmacort | Cimetidine hydrochlorie |
| Adenosine | **B** | Cipro / Ciprofloxacin hydrochloride |
| Adriamycin PFS/RFS | Bebulin | Cisplatin |
| Adrucil | Bioclate | Claforan |
| Aggrastat | Bleomycin sulfate | Cleocin T / Clindamycin phosphate |
| Albuterol sulfate | Brevibloc | Copper trace / Cupric chloride |
| Alcohol injection | Buminate | Cromolyn sodium |
| A-methapred | Bupivacaine | Cytostar-U / Cytarabine |
| Amikacin sulfate | **C** | **D** |
| Aminocaproic acid | Calcijex | Depo provera / Medroxyprogesterone acetate |
| Aminosyn / Aminosyn II / Amino acid | Calcimar | Depo-testosterone / Testosterone cypionate |
| Amphocin / Amphotericin B | Camptosar / Irinotecan hydrochloride | Dexamethasone acetate / Dexamethasone sodium / Dexamethasone sodium phosphate |

Attachment A

## CLASS B DRUGS (continued)

| | | |
|---|---|---|
| Dextrose / Dextrose sodium chloride / Ringers lactated with dextrose | Fluphenazine HCL | Kineret |
| Diazepam | Furosemide | Koate – HP |
| Dicarbazine (dtic – dome) | **G** | Kogenate |
| Diltiazem hydrochloride | Gamimune N / Gammagard / Gammagard S/D / Gammar / Gammar P.I.V. | **L** |
| Dopamine hydrochloride | Gentamicin sulfate | Labetalol |
| Doxorubicin / Doxorubicin hydrochloride | Gentran / Gentran NACL | Lasix |
| DTIC Dome | Glycopyrrolate | Leucovorin calcium |
| **E** | **H** | Leukine |
| Eligard | Helixate / Helixate FS | Levofloxacin |
| Ellence / Epirubicin HCL | Heparin / Heparin lock flush / Heparin sodium | Lidocaine hydrochloride |
| Enalaprilat | Humate-P | Liposyn II / Fat emulsion |
| Enbrel | Hydromorphine | Lorazepam |
| Epinephrine | **I** | Lovenox |
| Erythromycin / Erythromycin base | Idamycin / Idarubicin hydrochloride | Lyphocin |
| Estradiol | Imipramine HCL | **M** |
| Etoposide | Intal | Magnese chloride |
| **F** | Ipratropium bromide | Magnesium sulfate |
| Famotidine | Iveegam | Mannitol |
| Fentanyl citrate | **K** | Marcaine |
| Fluorouracil | Ketorolac / Ketorolac tromethamine | Medrol / Methylprednisolone |

Attachment A

Page 2 of 3

## CLASS B DRUGS (continued)

| | | |
|---|---|---|
| Metaproterenol sulfate | **P** | Succinylcholine chloride |
| Methotrexate sodium | Pancuronium bromide | **T** |
| Metoclopramide | Pentam / Pentamidine isethionate | Taxotere |
| Midazolam hydrochloride | Perphenazine | Thioplex / Thiotepa |
| Mithracin | Phenylephrine | Tobramycin sulfate / Tobramycin/sodium chloride |
| Monoclate / Monoclate-P | Potassium acetate / Potassium chloride | Toposar |
| Mononine | Prograf | Travasol / Travasol with dextrose |
| Morphine sulfate | Promethazine | Trelstar / Triptorelin pamoate |
| **N** | Propranolol HCL | **V** |
| Nadolol | Propofol | Vancocin / Vancocin HCL / Vancomycin/ Vancomycin HCL |
| Nalbuphine | **R** | Verapamil HCL |
| Nebupent | Ranitidine HCL | Vinblastine sulfate |
| Neosar / Cyclophospamide | Recombinate | Vincasar / Vincristine / Vincristine sulfate |
| Neostigmine methylsulfate | **S** | **W** |
| Novacaine / Procaine | Sodium acetate | Water for injection bacteriostatic |
| Novantrone | Sodium chloride | **Z** |
| **O** | Solu-cortef / Hydrocortisone sodium succinate | Zemplar |
| Osmitrol | Solu-medrol | Zinc chloride |
| | | |