UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, et al.* ) **Case No. 03-CV-11226-PBS** ) ) | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 Judge Patti B. Saris |

**STATE OF CALIFORNIA'S MOTION FOR DISMISSAL
OF ABBOTT LABORATORIES INC.**

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendant Abbott Laboratories Inc. ("Abbott") from the above-entitled action. In support of this motion, the parties state as follows:

1. Abbott was named as a defendant in the above-referenced action.

2. The State of California has entered into a Settlement Agreement and Release ("Agreement") with Abbott. All claims asserted by the State of California against Abbott in the above-entitled action are hereby dismissed with prejudice, subject to the terms of that Agreement.

3. The parties agreed that each party will bear its own costs.

4. The dismissal has no effect on the State of California's claims or allegations against any party other than Abbott in this action.

5. Abbott consents to this motion, as does the relator Ven-A-Care.

1

WHEREFORE, the parties jointly request that the Court enter an Order dismissing Abbott Laboratories Inc. with prejudice. A proposed Order of dismissal is attached.

Dated: December 9, 2008	Respectfully submitted,

>	EDMUND G. BROWN JR.
>	Attorney General for the State of California
>
>	By: ___/s/ *Nicholas N. Paul*_____
>	     NICHOLAS N. PAUL
>	     CA State Bar No: 190605
>	     Supervising Deputy Attorney General
>	     Bureau of Medi-Cal Fraud and Elder Abuse
>	     Office of The Attorney General
>	     1455 Frazee Road, Suite 315
>	     San Diego, California 92108
>	     Telephone: (619) 688-6099
>	     Fax: (619) 688-4200
>
>	**Attorneys for Plaintiff,**
>	**STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

    I, Nicholas N. Paul, hereby certify that on December 9, 2008, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                         */s/ Nicholas N. Paul*           .
                                             NICHOLAS N. PAUL
                                             Supervising Deputy Attorney General