UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 06-11337 ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* Case No. 03-CV-11226-PBS | ) ) ) ) ) |

**[PROPOSED] ORDER OF DISMISSAL
OF ABBOTT LABORATORIES INC.**

The Motion for Dismissal of Abbott Laboratories Inc. is hereby GRANTED. Defendant Abbott Laboratories Inc. is hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated:_____     _____
                                   Honorable Patti B. Saris
                                   United States District Court Judge