UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, et al.* ) Case No. 03-CV-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 Judge Patti B. Saris |

**STATE OF CALIFORNIA'S MOTION FOR DISMISSAL
OF B. BRAUN MEDICAL INC.**

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendant B. Braun Medical Inc. ("B. Braun") from the above-entitled action. In support of this motion, the parties state as follows:

1. B. Braun was named as a defendant in the above-referenced action.

2. The State of California has entered into a Settlement Agreement and Release ("Agreement") with B. Braun. All claims asserted by the State of California against B. Braun in the above-entitled action are hereby dismissed with prejudice, subject to the terms of that Agreement.

3. The parties agreed that each party will bear its own costs.

4. The dismissal has no effect on the State of California's claims or allegations against any party other than B. Braun in this action.

5. B. Braun consents to this motion, as does the relator Ven-A-Care.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing B. Braun Medical Inc. with prejudice. A proposed Order of dismissal is attached.

Dated: December 9, 2008	Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: ___/s/ *Nicholas N. Paul*_____
     NICHOLAS N. PAUL
     CA State Bar No: 190605
     Supervising Deputy Attorney General
     Bureau of Medi-Cal Fraud and Elder Abuse
     Office of The Attorney General
     1455 Frazee Road, Suite 315
     San Diego, California 92108
     Telephone: (619) 688-6099
     Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

    I, Nicholas N. Paul, hereby certify that on December 9, 2008, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                */s/ Nicholas N. Paul*  
                                                                NICHOLAS N. PAUL  
                                                                Supervising Deputy Attorney General