UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | MDL No. 1456 <br> Master File No.  01-12257-PBS <br> Subcategory Case No. 06-11337 <br><br> Judge Patti B. Saris |

## STATE OF CALIFORNIA'S MOTION FOR DISMISSAL OF BAXTER HEALTHCARE CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendant Baxter Healthcare Corporation ("Baxter") from the above-entitled action. In support of this motion, the parties state as follows:

1. Baxter was named as a defendant in the above-referenced action.

2. The State of California has entered into a Settlement Agreement and Release ("Agreement") with Baxter. All claims asserted by the State of California against Baxter in the above-entitled action are hereby dismissed with prejudice, subject to the terms of that Agreement.

3. The parties agreed that each party will bear its own costs.

4. The dismissal has no effect on the State of California's claims or allegations against any party other than Baxter in this action.

5. Baxter consents to this motion, as does the relator Ven-A-Care.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing Baxter Healthcare Corporation with prejudice. A proposed Order of dismissal is attached.

Dated: December 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ *Nicholas N. Paul*_____
     NICHOLAS N. PAUL
     CA State Bar No:  190605
     Supervising Deputy Attorney General
     Bureau of Medi-Cal Fraud and Elder Abuse
     Office of The Attorney General
     1455 Frazee Road, Suite 315
     San Diego, California  92108
     Telephone:  (619) 688-6099
     Fax:  (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

3

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on December 9, 2008, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    */s/ Nicholas N. Paul*    .
NICHOLAS N. PAUL
Supervising Deputy Attorney General