UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> **Case No. 03-CV-11226-PBS** | ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER OF DISMISSAL
OF BAXTER HEALTHCARE CORPORATION**

The Motion for Dismissal of Baxter Healthcare Corporation is hereby GRANTED.

Defendant Baxter Healthcare Corporation is hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated:_____          _____
                                                                Honorable Patti B. Saris
                                                                United States District Court Judge