UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, et al.* ) **Case No. 03-CV-11226-PBS** ) ) | **MDL No. 1456** **Master File No.  01-12257-PBS** **Subcategory Case No. 06-11337** **Judge Patti B. Saris** |

## [PROPOSED] ORDER OF DISMISSAL OF BOEHRINGER INGELHEIM ROXANE, INC. f/k/a ROXANE LABORATORIES, INC.

The Motion for Dismissal of Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. is hereby GRANTED. Defendant Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. is hereby dismissed with prejudice, from the above-entitled action.

SO ORDERED.

Dated:_____          _____
                                                                          Honorable Patti B. Saris
                                                                          United States District Court Judge