UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, et al.* ) **Case No. 03-CV-11226-PBS** ) ) | **MDL No. 1456** **Master File No.  01-12257-PBS** **Subcategory Case No. 06-11337** **Judge Patti B. Saris** |

### STATE OF CALIFORNIA'S NOTICE OF VOLUNTARY DISMISSSAL OF BOEHRINGER INGELHEIM CORPORATION

Please take notice that Plaintiff in the above-captioned matters hereby dismisses all claims against Defendant BOEHRINGER INGELHEIM CORPORATION ("BIC") pursuant to Fed. R. Civ. P. 41(a)(1).  The State of California has entered into a Settlement Agreement and Release with BIC.  Subject to and as limited by the terms of that Agreement, all claims asserted by the State of California against BIC in the above-entitled action are hereby dismissed with prejudice. Relator Ven-A-Care of the Florida Keys consents to this dismissal.

BIC has not served an answer or motion for summary judgment in the above-captioned matters; therefore Plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

1

2

Dated: December 9, 2008	Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By:   /s/ *Nicholas N. Paul*_____
	NICHOLAS N. PAUL
	CA State Bar No:  190605
	Supervising Deputy Attorney General
	Bureau of Medi-Cal Fraud and Elder Abuse
	Office of The Attorney General
	1455 Frazee Road, Suite 315
	San Diego, California  92108
	Telephone:   (619) 688-6099
	Fax:   (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on December 9, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

   */s/ Nicholas N. Paul*   .
NICHOLAS N. PAUL
Supervising Deputy Attorney General