UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v.*<br>*Abbott Laboratories, et al.*<br>Case No. 03-CV-11226-PBS | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

**STATE OF CALIFORNIA'S NOTICE OF VOLUNTARY DISMISSSAL
OF BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Please take notice that Plaintiff in the above-captioned matter hereby dismisses all claims against Defendant BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. ("BIPI") pursuant to Fed. R. Civ. P. 41(a)(1).  The State of California has entered into a Settlement Agreement and Release with BIPI.  Subject to and as limited by the terms of that Agreement, all claims asserted by the State of California against BIPI in the above-entitled action are hereby dismissed with prejudice.  Relator Ven-A-Care of the Florida Keys consents to this dismissal.

BIPI has not served an answer or motion for summary judgment in the above-captioned matters; therefore Plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

1

Dated: December 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By:  __/s/ *Nicholas N. Paul*_____
     NICHOLAS N. PAUL
     CA State Bar No:  190605
     Supervising Deputy Attorney General
     Bureau of Medi-Cal Fraud and Elder Abuse
     Office of The Attorney General
     1455 Frazee Road, Suite 315
     San Diego, California  92108
     Telephone:   (619) 688-6099
     Fax:   (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on December 9, 2008, I caused a true and correct copy of the foregoing to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                      */s/ Nicholas N. Paul*  .
                                                     NICHOLAS N. PAUL
                                                     Supervising Deputy Attorney General