UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF KENT M. WILLIAMS IN RESPONSE TO THE COURT'S DECEMBER 10, 2008 ORDER REGARDING FEES AND EXPENSES**

Kent M. Williams, being duly sworn, deposes and states as follows:

1. I am the sole owner of Williams Law Firm, one of the Class Counsel in the above-captioned matter. I submit this Declaration in response to the Court's Order inquiring whether my firm or I received any additional fees or expenses in the above-captioned matter. The testimony set forth herein is based on first-hand knowledge, about which I could and would testify competently in open Court if called upon to do so.

2. After my motion regarding the allocation of fees and expenses was fully briefed and filed, I met and conferred further with co-Lead Counsel regarding the issues raised in my motion. I received no additional fees or expense reimbursement on the GSK fee, but was assured that as additional fees are awarded, co-Lead Counsel will endeavor in good faith to pay my lodestar and expense reimbursement, as set forth in the agreement attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 10, 2008          /s/ Kent M. Williams
                                   Kent M. Williams, Esq.

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **DECLARATION OF KENT M. WILLIAMS IN REPSONSE TO THE COURT'S DECEMBER 10, 2008 ORDER REGARDING FEES AND EXPENSES** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  December 10, 2008                /s/ Kent M. Williams
                                            Kent M. Williams, Esq.