# Exhibit A

| | |
|---|---|
| Subj: | RE: (no subject) |
| Date: | 12/9/2008 11:56:01 AM Central Standard Time |
| From: | Tom@hbsslaw.com |
| To: | classcert@aol.com |
| CC: | Sean@hbsslaw.com |

Kent: The below is agreeable. I added just a short few words at the end of two to make it clear that decisions are based on contributions to the case.

Williams Law Firm and Kent M. Williams (collectively, "Williams") and the law firms of Hagens Berman Sobol & Shapiro, Hoffman & Edelson, Spector, Roseman & Kodroff, and Wexler Toriseva Wallace & Terrell (collectively, "Co-Lead Counsel"), with respect to the allocation and distribution of all fees awarded to Class Counsel in MDL No. 1456, agree as follows:

1. In the event that all fees from all AWP MDL cases end up being (at the conclusion of all matters) less than the collective loadstar and expense of Class Counsel (the "Total Lodestar Over Total Fees Percentage"), then Co-Lead Counsel agree that Williams will receive, at a minimum, a percentage of his loadstar and expense which equals the Total Lodestar Over Total Fees Percentage, up to a total of 80% of his lodestar and expense reimbursement.

2. If the Court awards Class Counsel the percentage fees requested in all settlements and/or judgments, and/or if the Total Lodestar Over Fees Percentage exceeds 100%, then Co-Lead Counsel shall endeavor in good faith to ensure that Williams receives 100% of his lodestar and expense reimbursement taking into consideration all case contributions and cash outlays by all counsel..

3. Notwithstanding the above, in no event shall Co-Lead Counsel allocate Williams a smaller pro rata share of his lodestar and expense reimbursement than they allocate to any other Class Counsel firm (with the exception of Co-Lead Counsel, Heins Mills & Olson, and Kline & Specter).

Please work out with Sean the filing of a very short notice of withdrawal without prejudice of your motion.

Many thanks.

(As you can see I have turned on my CD player).