AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT COURT FOR THE                       MASSACHUSETTS

**APPEARANCE**

IN RE PHARM.INDUSTRY AVG. WHOLESALE PRICE LITIGATION    Case Number: 01-CV-12257-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patricia Weatherly, a class memeber, filing an Objection to the proposed Settlement

I certify that I am admitted to practice in this court.

12/5/2008

Date

Signature

| | | |
|---|---|---|
| Richard F. Landrigan | | 284960 (MA) |
| Print Name | | Bar Number |
| 421 Highland Avenue | | |
| Address | | |
| Somerville | MA | 02144 |
| City | State | Zip Code |
| (617) 625-4322 | | (617) 625-5911 |
| Phone Number | | Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that I, Richard F. Landrigan, an attorney, caused a true and correct copy of the foregoing, **APPEARANCE AND STATEMENT OF INTENT TO APPEAR IN BEHALF OF CLASS MEMBER PATRICIA WEATHERLY** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 5, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

Richard F. Landrigan