UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) | |

## [PROPOSED] ORDER

IT IS ORDERED that Defendants Dey, Inc., Dey L.P., Inc. and Dey, L.P.'s Motion for an Order to extend the production deadline for the limited purpose of receiving Medicaid claims data from states is hereby granted.

IT IS FURTHER ORDERED that the deadline is extended to provide adequate time for each state to produce complete Medicaid claims data.

**IT IS SO ORDERED.**

This _____ day of December, 2008.        _____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 10, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Sarah L. Reid
Sarah L. Reid

NY01/MARCT/1324146.1