# EXHIBIT A

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7720
EMAIL: sreid@kelleydrye.com

April 10, 2008

**VIA ELECTRONIC MAIL AND U.S. MAIL**

George B. Henderson, II, Esq.
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, Massachusetts 02210

      Re: *United States ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Bunker:

      This letter relates to Dey's request for claims data from Medicaid and Medicare. In Request No. 35 of Dey's Requests for Production of Documents served on January 17, 2008, Dey requested the following:

> Complete claims data, including any annual, quarterly, or other periodic summaries relating to the claims data, for all the Subject Drugs during the Relevant Claim Period for every Medicare and Medicaid transaction for which the Plaintiffs seek recovery . . . . This data shall be submitted in electronic form in a format to be agreed upon by the parties pursuant to the case management order in this case.

Additional requests for claims data were included in Abbott's document requests. In the United States' response to Dey's Request No. 35 dated March 5, 2008, the United States stated:

> The United States has provided substantial materials which are responsive to this Request as part of its Rule 26 Initial Disclosures and as part of its continuing production to Dey. Subject to and without waiving its specific and general objections, and objections

KELLEY DRYE & WARREN LLP

George B. Henderson, II, Esq.
April 10, 2008
Page Two

to Abbott's definitions and instructions, the United States will continue to produce documents that fall within this category regarding any matter not privileged and that are relevant to the claims and defenses in this case or which may lead to the discovery of admissible evidence.

To date, it appears that the United States has only produced to Dey claims data from the following five states: Kentucky, Louisiana, Michigan, Illinois, and Florida. In addition, the United States has provided PSPS data for Medicare claims.

If, as is our understanding, the United States' claims for damages include Medicaid transactions from all fifty states, Dey expects that the United States will produce claims data for all states for which it seeks reimbursement. We ask that such a production take place in a timely manner so that we have time to sort through any technological difficulties and so that there is time to analyze the tremendous volume of data.

Please advise us of your plans regarding the production of claims data, including a list of the states for which you plan to produce claims data and a proposed date for production.

Sincerely yours,

Sarah L. Reid

cc: Laurie Oberembt, Esq. (via electronic mail)
James J. Breen, Esq. (via electronic mail)
David Torborg, Esq. (via electronic mail)
Eric Gortner, Esq. (via electronic mail)