# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

April 14, 2008

BY EMAIL

Sarah L. Reid
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

      Re:   *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Sarah:

      In reply to your letter of April 10, 2008, regarding the production of state Medicaid claims data, please rest assured that the United States is not intentionally withholding or delaying the production of state Medicaid claims data. We are fully aware of our discovery obligations. At the moment we are giving priority to the production of information to Abbott, in view of the discovery deadlines in that case. However, we will continue to produce State claims data to Dey and Roxane in a timely fashion.

      Sincerely,

      George B. Henderson, II
      Assistant U.S. Attorney

cc:   Eric Gortner
       Laurie Oberembt
       James Breen
       David Torborg