# EXHIBIT C

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES

MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7720
EMAIL: sreid@kelleydrye.com

July 16, 2008

**VIA EMAIL**

Laurie A. Oberembt, Esq.
U.S. Department of Justice
Civil Division
Civil Fraud Section
601 D Street, NW
Washington, DC 20530

Re:    *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, Civil Action No. 05-11084-PBS

Dear Laurie:

This letter relates to deficiencies in the Government's production of Medicaid claims data. Listed below are the states for which our consultants advise the claims data produced is incomplete or insufficient:

Alaska: Claims data begins in 1996. Also, there are two fields for dispensing fees and it is not clear how those fields are related or which one to use.

Connecticut: Claims data ends in 2006.

Florida: Claims data ends in 2005. Also, in 1992 and 1993, the co-pay is listed as only $1 or $2.

Illinois: Claims data ends in 2006. Missing data for the first quarter of 1994 through the second quarter of 1995. Also missing MAC information.

Minnesota: Claims data begins in 1999. Also missing co-pay, dispensing fee, third-party payment, and MAC information.

**KELLEY DRYE & WARREN LLP**

Laurie A. Oberembt, Esq.
July 16, 2008
Page Two

information.
Massachusetts: Claims data begins in 1995. Also missing dispensing fee

Michigan: Claims data begins in 2000 and ends in 2005.

New Jersey: Claims data ends in 2005.

Ohio: The claims data begins in 1997 and ends in 2005.  Also missing the dispensing fee and MAC information.

Wisconsin: Claims data ends in 2005.

I would appreciate your addressing the issues listed above with the appropriate IT personnel and arranging for production of correct and complete claims data for these states as soon as possible. We are in the process of loading the claims data we received last week, and will advise you of any deficiencies with that data as soon as we can review it.

Sincerely yours,

_Sarah_

Sarah L. Reid

cc:     George B. Henderson, II, Esq.
        Gary Azorsky, Esq.
        David S. Torborg, Esq.
        Jared S. Heck, Esq.