# EXHIBIT D

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7720
EMAIL: sreid@kelleydrye.com

July 29, 2008

**VIA EMAIL**

Laurie A. Oberembt, Esq.
U.S. Department of Justice
Civil Division
Civil Fraud Section
601 D Street, NW
Washington, DC  20530

      Re:    *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, Civil Action No. 05-11084-PBS

Dear Laurie:

      This letter is to follow-up on the claims data production by the Government. We are in receipt of your latest production of claims data, produced on July 11, 2008. With the Government's previous productions, Dey is now in possession of claims data for 29 states. As outlined in my July 16, 2008 letter, there are gaps and missing data in the first production, and we anticipate that we will be sending an additional letter addressing any deficiencies of the July 11, 2008 production shortly.

      While we appreciate the progress that has been made, in light of the upcoming 30(b)(6) depositions of the states, we ask that the Government expedite its production of claims data for the remaining 21 states. Please advise as to when you believe the Government will be able to complete this production.

**KELLEY DRYE & WARREN LLP**

Laurie A. Oberembt, Esq.
July 29, 2008
Page Two

        In addition, in my July 16, 2008 letter, I pointed out that the Illinois, Minnesota, and Ohio data is missing MAC information and requested that the MAC information for these states be provided. Such MAC information for all fifty states is essential for the understanding and processing of the claims data. Dey therefore requests that the Government make sure historical state MAC lists for all fifty states are provided for all claims data that has been and will be provided.

        Sincerely yours,

        *Sarah*

        Sarah L. Reid

cc:    George B. Henderson, II, Esq.
        Gary Azorsky, Esq.