# EXHIBIT E



**U.S. Department of Justice**

Civil Division, Fraud Section

---

601 D Street, NW  
Ninth Floor  
Washington, D.C. 20004

Telephone: *(202) 514-3345*  
Telecopier: *(202) 616-3085*

AUG  5  2008

*Via Electronic and U.S. Mail*

Sarah Reid, Esq.  
KELLEY DRYE & WARREN LLP  
101 Park Avenue  
New York, NY 10178

Re: *United States ex rel. Ven-a-Care of the Florida Keys Inc. v. Dey, Inc., et al.*, MDL No. 1456/Civil Action No. 05-11084-PBS (D. Mass.)

Dear Sarah:

    I am writing in response to your July 16 and 29, 2008 letters regarding claims data produced by the United States. First of all, to the extent that your letter might be read to imply that we are somehow withholding either data for particular years or state MAC information or particular data fields, we are not. We are providing the state data with the attendant fields that we are receiving for the NDCs at issue in this case. Similarly, as we receive MAC information, we are also providing that to you. I would also point out that MAC information is sometimes contained within the claims data, as opposed to appearing as a separate list.

Alaska: The field "O_DISPENSE_FEE_PAID_AMT" is the dispensing fee amount that was actually paid by the Medicaid program to the pharmacy. The other dispensing fee in the field "I_DISP_FEE_AMT" is the dispensing fee that the pharmacy requested Medicaid pay.

Florida: We do not understand your comment regarding the co-pay. Could you please elaborate on this issue?

Illinois: Our copy of the data we provided includes claims from Q1 1994 through Q2 1995.

Minnesota: Co-pay, dispensing fee, and third-party payment data are in the base rate changes files. Codes for the different base rate changes are listed in the documentation. Pricing data (including MAC prices) is in the formulary folder.

Ohio: Although the claims data provided by Ohio includes a dispensing fee field with a value of zero, we understand that the dispensing fee prior to 1-1-98 was $3.50; from 1-1-98 to 7-1-98, it was $3.60; and since 7-1-98, it has been $3.70. There is no dispensing fee involved in J-Code claims. MAC prices are in the formulary folder.

Very truly yours,

*Laurie A. Oberembt*

Laurie A. Oberembt
Senior Trial Counsel
Commercial Litigation Branch

cc:   AUSA George B. Henderson, II
      U.S. Dept. of Justice (via email)

      James Breen, Esq.
      The Breen Law Firm (via email)

      Eric Gortner, Esq.
      Kirkland & Ellis LLP (via email)

      David Torborg, Esq.
      Jones Day (via email)