# EXHIBIT F

**From:** Oberembt, Laurie (CIV) [Laurie.Oberembt@usdoj.gov]
**Sent:** Wednesday, August 20, 2008 12:59 PM
**Cc:** Reid, Sarah; Lorenzo, Marisa A.
**Subject:** Re: Transmittal Letter

This is the last of the national claims data and represents all the state claims data we have. We may receive more state claims data, but we are up to date on our production.

**From:** Norsetter, Claire (CIV)
**To:** 'nmerkl@kelleydrye.com'
**Cc:** 'jbreen@breenlaw.com' ; Henderson, George (USAMA); Oberembt, Laurie (CIV); 'sreid@kelleydrye.com' ; 'mlorenzo@kelleydrye.com' ; 'wescobar@kelleydrye.com'
**Sent:** Wed Aug 20 11:41:12 2008
**Subject:** Transmittal Letter

Please see attached.

12/4/2008