# EXHIBIT G

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| WASHINGTON, DC<br>CHICAGO, IL<br>STAMFORD, CT<br>PARSIPPANY, NJ<br><br>BRUSSELS, BELGIUM<br><br>AFFILIATE OFFICES<br>MUMBAI, INDIA | **101 PARK AVENUE**<br>**NEW YORK, NEW YORK 10178**<br><br>(212) 808-7800 | FACSIMILE<br>(212) 808-7897<br>www.kelleydrye.com<br><br>DIRECT LINE: (212) 808-7720<br>EMAIL: sreid@kelleydrye.com |

Sepetmber 19, 2008

**VIA EMAIL**

Laurie A. Oberembt, Esq.
U.S. Department of Justice
Civil Division
Civil Fraud Section
601 D Street, NW
Washington, DC  20530

    Re: *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, Civil Action No. 05-11084-PBS

Dear Laurie:

    In your letter dated August 20, 2008, you stated that the Government anticipates receiving claims data from one other state, and that with the production of that data, the Government has provided Dey with all relevant datasets currently in its possession. According to our files, however, we are still missing claims data for nineteen (19) states: Alabama, Arizona, Colorado, Indiana, Iowa, Maryland, Missouri, Montana, Nevada, New Hampshire, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Vermont, Washington, and West Virginia. Please advise us if the Government plans to produce claims data for these states and if so, when. If claims data for these states are not produced in a timely fashion, then Dey will take the position that no Medicaid damages can be sought for such states in this action.

              Sincerely yours,

              /s/ Sarah L. Reid

              Sarah L. Reid

cc:  George B. Henderson, II, Esq.
    Gary Azorsky, Esq.