UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS )<br>)<br>)<br>) | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 -PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**NOTICE OF APPEARANCE OF ASSISTANT ATTORNEY GENERAL MICHELLE TOWNES ON BEHALF OF INTERESTED PARTY GEORGIA DEPARTMENT OF COMMUNITY HEALTH AND MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Assistant Attorney General Michelle Townes , enter her appearance on behalf of Interested Party Georgia Department of Community Health in the above captioned actions.

Ms. Townes is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission pro hac vice in accordance with the procedures set forth in this Court's Case Management Order No. 1. The Certificate attached as Exhibit 1 demonstrates that Ms. Townes is a member in good standing of the Georgia Bar and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee will be submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

The Georgia Department of Community Health seeks to appear in this Court to oppose the motion to compel (Master Docket #5725 and Subcategory Docket #89) filed by Dey, Inc., Dey L.P., Inc. and Dey L.P. (collectively the "Dey Defendants").  A copy of a motion for more time to respond to that motion is also attached hereto (Exhibit 2) and will be filed promptly upon counsel's admission.

WHEREFORE, the undersigned counsel respectfully moves Macmillan's admission to practice before this Court pro hac vice.

Respectfully Submitted,

```
                                          GREGORY G. KATSAS
                                          ASSISTANT ATTORNEY GENERAL
                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

                                 By:      /s/ James J. Fauci
                                          BARBARA HEALY SMITH
                                          GEORGE B. HENDERSON, II
                                          JAMES J. FAUCI
                                          Assistant United States Attorneys
                                          United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
Dated: December 12, 2008                  (617) 748-3298
```

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "Notice of Appearance of Assistant Attorney General Michelle Townes on Behalf of Non-party Georgia Department of Community Health and Motion for Admission Pro Hac Vice" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

```
                                          /s/ James J. Fauci
                                          James J. Fauci
Dated: December 12, 2008                  Assistant United States Attorney
```