

LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING

Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

May 28, 2008

I hereby certify that Michelle Townes, Esq., was admitted on the 25th day of October, 2004, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

        Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*

Deputy Clerk, Supreme Court of Georgia