UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | ) MDL No. 1456<br>) Master File No. 01-12257-<br>)    01-12257-PBS<br>) Subcategory Case No.<br>) 06-11337<br>)<br>) Hon. Patti B. Saris<br>)<br>) Magistrate Judge<br>) Marianne B. Bowler<br>) |

**GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEY'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

COMES NOW the Georgia Department of Community Health ("Georgia") in the above-styled action, by and through the Office of the Georgia Attorney General, and respectfully requests that the Court enter an order extending the time for Georgia to respond to the motion to compel the production of documents (Master Docket #5725 and Subcategory Docket #89) ("Dey's Motion") filed by Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey") through and including January 12, 2009. In support of its motion, Georgia shows the following:

1.

Dey filed a motion on December 1, 2008 seeking to compel the production of documents, which include attorney client documents containing, *inter alia*, documentation of discussions between Georgia and attorneys regarding the potential strengths and

weaknesses of litigation and intra-agency documents concerning same.

2.

Georgia is not a party to this action and is not currently represented by counsel authorized to practice in this Court. Additionally, Georgia does not concede that this matter seeking to enforce a subpoena issued by the United States District Court for the Northern District of Georgia, is properly before this Court. See Exhibit A to Dey's Motion.  However, out of an abundance of caution, Georgia respectfully requests that the Court allow it to file this motion in order to avoid any prejudice to Georgia.

3.

Pursuant to Local Rule 7.1(b)(2) of this Court, Georgia's response to Dey's Motion would be due on or before December 15, 2008.

4.

Due to the need to explore the need to retain local counsel, and/or for the undersigned counsel to secure authority to appear in this Court, the need to gather evidence to oppose the relief sought by Dey against non-party Georgia, and the impending holidays, Georgia requests that it have until January 12, 2009 to respond to Dey's Motion.

5.

Dey already has received the re-production of Georgia's

2

document production as well as a replacement compact disc of Georgia's initial production on compact disc without the inclusion of privileged material.

For the above reasons, Georgia respectfully requests that this motion be granted and that Georgia's time to respond to Dey's Motion be extended to January 12, 2009.

> Respectfully submitted,
>
> THURBERT E. BAKER          033887
> Attorney General
>
> DENNIS R. DUNN             234098
> Deputy Attorney General
>
> s/SHALEN S. NELSON_____
> SHALEN S. NELSON           636575
> Senior Assistant Attorney General
>
> s/MICHELLE TOWNES_____
> MICHELLE TOWNES            714924
> Assistant Attorney General

PLEASE SEND ALL
COMMUNICATIONS TO:
MICHELLE TOWNES
Assistant Attorneys General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: 404-656-3446
Facsimile: 404-463-1062
E-mail: mtownes@law.ga.gov

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 OF THIS COURT**

The undersigned counsel certifies that she has communicated with Dey's counsel, Clifford Katz, in an effort to resolve the

3

dispute referred to in Dey's Motion. Mr. Katz has indicated that he will consent to Georgia's motion for an extension of time to file its response to Dey's Motion only on the condition that the U.S. Department of Justice and Ven-A-Care agree that the extension will in no way prejudice Dey's rights to pursue the discovery that is the subject of Dey's Motion in the event that Dey wins the motion to compel.  Additionally, Assistant U.S. Attorney Mark Lavine has consented to Georgia's motion for an extension of time to respond.

                                                      s/MICHELLE TOWNES_____
Georgia Bar No. 714924
Assistant Attorney General
State of Georgia

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. ) 06-11337 |
| **THIS DOCUMENT RELATES TO:** | ) ) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) ) Magistrate Judge ) Marianne B. Bowler ) ) |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day filed electronically, the within and foregoing **GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEY'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** and **MEMORANDUM OF LAW IN SUPPORT THEREOF**, using LexisNexis File & Serve for posting and notification to all parties.

Submitted this ___ day of December, 2008

                                            s/MICHELLE TOWNES
                                            Georgia Bar No. 714924
                                            Assistant Attorney General
                                            Counsel for Defendant

MICHELLE TOWNES
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: 404-656-3446
Facsimile: 404-463-1062
E-mail: mtownes@law.ga.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. ) 06-11337 |
| THIS DOCUMENT RELATES TO: | ) ) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) Magistrate Judge ) Marianne B. Bowler ) ) |

**MEMORANDUM OF LAW IN SUPPORT OF GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEY'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

COMES NOW the Georgia Department of Community Health ("Georgia") in the above-styled action, by and through the Office of the Georgia Attorney General, and files this memorandum of law in support of Georgia's motion for an extension of time in which to respond to the motion to compel the production of documents (Master Docket #5725 and Subcategory Docket #89) ("Dey's Motion") filed by Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey") and shows this honorable Court as follows.

**I.   ARGUMENT AND CITATION OF AUTHORITY**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." This motion is made

prior to the expiration of the December 15, 2008 due date of Georgia's response to Dey's Motion.

Dey seeks to compel the production of documents which include attorney-client documents containing, *inter alia*, documentation of candid discussions between Georgia and attorneys regarding the potential strengths and weaknesses of litigation and intra-agency documents concerning same.

In order to adequately defend against Dey's Motion, Georgia needs adequate time to explore the need to retain counsel and/or for the undersigned counsel to secure authority to appear in this Court and gather evidence to oppose the relief sought by Dey against non-party Georgia.  Accordingly, Georgia requests that it have until January 12, 2009 to respond to Dey's Motion.

## II.   CONCLUSION

For the foregoing reasons, Georgia requests that this Court grant an extension of time to file its response to Dey's Motion through and including January 12, 2009.




Respectfully submitted,

THURBERT E. BAKER         033887
Attorney General

DENNIS R. DUNN            234098
Deputy Attorney General

s/SHALEN S. NELSON_____

2

```
                    SHALEN S. NELSON         636575
                    Senior Assistant Attorney General

                    s/MICHELLE TOWNES_____
                    MICHELLE TOWNES              714924
                    Assistant Attorney General
```

PLEASE SEND ALL
COMMUNICATIONS TO:
MICHELLE TOWNES
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: 404-656-3446
Facsimile: 404-463-1062
E-mail: mtownes@law.ga.gov