# Exhibit C



| | | |
|---|---|---|
| **JOHN W. SUTHERS**<br>Attorney General<br><br>**CYNTHIA H. COFFMAN**<br>Chief Deputy Attorney General<br><br>**DANIEL D. DOMENICO**<br>Solicitor General | **STATE OF COLORADO**<br>**DEPARTMENT OF LAW**<br><br>OFFICE OF THE ATTORNEY GENERAL | **STATE SERVICES BUILDING**<br>1525 Sherman Street - 7th Floor<br>Denver, Colorado 80203<br>Phone (303) 866-4500 |

July 31, 2008

Marisa Lorenzo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

RE: United States ex rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Dey Inc., et al.

Dear Ms. Lorenzo:

The purpose of this letter is to confirm our telephone conversation of yesterday that the Colorado Department of Health Care Policy and Financing, by letter of June 18, 2008, has objected to the inspection and copying of all documents requested in the subpoena dated June 3, 2008. You had originally given us until today to respond to the subpoena; however, based on our objections, the Department will not be producing documents in response to the subpoena. We have been working with you to clarify and narrow the subpoena, and hope to continue to work toward resolution. I look forward to hearing from you regarding confirmation of the clarifications to the subpoena we have discussed.

Sincerely,

FOR THE ATTORNEY GENERAL

MARY KAREN MALDONADO
Assistant Attorney General
Medicaid and Public Assistance
State Services Section
303-866-4371
303-866-5671 (FAX)
Email: katy.maldonado@state.co.us