# Exhibit E

## Lorenzo, Marisa A.

**From:** Lorenzo, Marisa A.
**Sent:** Friday, August 22, 2008 10:41 AM
**To:** 'Katy Maldonado'
**Subject:** RE: Scans

Hi Katy,

Thanks for getting back to me. We would prefer if someone would be able to scan the documents to PDF files rather than have us review the hard copies, and we will reimburse you for the $2,500 cost of the scanning. Do you have an estimate as to how long that process will take?

Thanks so much,

Marisa

> -----Original Message-----
> **From:** Katy Maldonado [mailto:Katy.Maldonado@state.co.us]
> **Sent:** Thursday, August 21, 2008 3:45 PM
> **To:** Lorenzo, Marisa A.
> **Subject:** Scans
>
> Hi Marisa,
> The scans would be in PDF format.
> Thanks,
> Katy
>
> Katy Maldonado, Assistant Attorney General
> State of Colorado Department of Law
> 1525 Sherman Street
> Denver, Colorado 80203
> phone: 303-866-4371
> fax: 303-866-5671

12/15/2008