# Exhibit F

## Lorenzo, Marisa A.

**From:** Katy Maldonado [Katy.Maldonado@state.co.us]
**Sent:** Monday, August 25, 2008 4:00 PM
**To:** Lorenzo, Marisa A.
**Subject:** U.S. v. Dey

Hi Marisa

This is to confirm our telephone conversation of today in which I conveyed the status of the production in response to the Subpoena Duces Tecum. The documents will not be available this week, but most likely will be available around the end of next week. Thank you for your consideration of this scheduling change.

Katy

Mary Karen Maldonado
Assistant Attorney General
State of Colorado Department of Law
1525 Sherman Street
Denver, CO 80203
Phone: 303-866-4371
Fax:    303-866-5671

This message may contain confidential and/or legally privileged information and is intended only for the individual(s) named. Any name or signature block is not a legally binding electronic signature. If you are not an intended recipient you are not authorized to disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system