# Exhibit G

# Lorenzo, Marisa A.

**From:** Lorenzo, Marisa A.
**Sent:** Thursday, November 13, 2008 6:22 PM
**To:** 'robert.douglas@state.co.us'
**Cc:** 'Katy Maldonado'
**Subject:** U.S. v. Dey

Dear Mr. Douglas,

As you are aware, this firm represents Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey") in *U.S. ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, Civil Action No. 05-11084-PBS (D. Mass). I am writing regarding the subpoenas for documents and for a 30(b)(6) deposition served on the Colorado Department of Health Care Policy and Financing (the "Department") on June 3, 2008 and July 22, 2008, respectively. I have been working with Katy Maldonado since June to negotiate agreeable terms for a production of documents, and as late as September, it was my understanding that the documents had been collected and were forthcoming. At that time, we had a discussion regarding the volume of the documents and the need for a privilege review, and after we received the estimate last month, we have attempted to obtain more information about the documents collected electronically by the Department in an effort to identify those documents which would be a priority, without much success. When I spoke with Ms. Maldonado earlier this week, she asked that I contact you for further discussions regarding the subpoenas.

The fact discovery cut-off in this case is December 15, 2008. While we appreciate the Department's willingness to work with us so far, given our rapidly approaching deadline, we ask that you confirm as soon as possible whether the state will be producing any documents and/or putting up a 30(b)(6) witness before December 15, 2008. If the Department is unwilling to produce documents and/or a deponent, we will consider moving to compel.

With respect to the 30(b)(6) deposition, in a letter dated October 29, 2008, the Department proposed two dates in November for a potential deposition, but stated that "we have yet to ascertain whether the Department will commit to this deposition or seek relief." Ideally, we would like to reach an agreement as to the production of documents prior to scheduling the deposition and would therefore prefer to schedule the deposition next month. We are available for a deposition the week of December 8th or on December 15th, but can consider earlier dates based on the Department's availability and production of documents.

Finally, please be advised that Defendants intend to serve a Rule 30(b)(1) deposition subpoena on Mr. Alan Chapman, a former employee of the Department.

I am available to set up a call to speak with you tomorrow or Monday.

Thank you,

Marisa