# Exhibit I



JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

August 12, 2008

Marisa Lorenzo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

RE: United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al. - 30(b)(6) Subpoena

Dear Ms. Lorenzo:

The Colorado Department of Health Care Policy and Financing has been served with a Subpoena under the Federal Rules of Civil Procedure, 30(b)(6). The subpoena attaches a document entitled "Areas of Inquiry" which presumably list the areas to be addressed in the deposition scheduled for September 12, 2008.

As you know, the Department has objected to the Subpoena Duces Tecum by letter dated June 18, 2008, on various grounds. We requested that you clarify and narrow the scope of that Subpoena and you provided verbal clarification and identification of items in listed in the subpoena in which you have the most interest. As we discussed, the Department requires written confirmation from you reflecting your agreement to narrow the Subpoena Duces Tecum, but we have not received that written confirmation.

The 30(b)(6) subpoena was served after we discussed narrowing the issues in the Subpoena Duces Tecum, however it is equally as encompassing as the Subpoena Duces Tecum to which we objected. We do not believe that you can require the Department to conduct a burdensome review of documents under a 30(b)(6) deposition where those documents would not be subject to production under F.R.C.P. 45. Consequently, the Department intends to file a Motion for Protective Order from the Subpoena for deposition on the same bases on which we objected to the Subpoena Duces Tecum.

We remain open to discussing a resolution of our discovery disputes. Please contact me or Bob Douglas of this office at 303-866-5282 by August 18 to discuss this matter. After that time, if we do not hear from you, we will proceed with our Motion for Protective Order.

Page 2

Sincerely,

FOR THE ATTORNEY GENERAL

*Katy Maldonado*

MARY KAREN MALDONADO
Assistant Attorney General
Medicaid and Public Assistance
State Services Section
303-866-4371
303-866-5671 (FAX)
Email: katy.maldonado@state.co.us

AG File:		DOCUMENT2