# Exhibit J

# Lorenzo, Marisa A.

**From:** Lorenzo, Marisa A.
**Sent:** Wednesday, August 20, 2008 5:44 PM
**To:** 'Katy Maldonado'
**Subject:** U.S. v. Dey

Dear Katy,

As you are aware, this firm represents Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey") in *U.S. ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*,
Civil Action No. 05-11084-PBS (D. Mass). I am writing to confirm our earlier conversation regarding the deposition subpoena served on the Colorado Department of Health Care Policy and Financing (the "Subpoena"). The Subpoena lists a deposition date of September 12, 2008. We have agreed to postpone the deposition to allow for Dey to review the documents produced by the Colorado Department of Health Care Policy and Financing and will work towards scheduling the deposition at a mutually agreeable time for all parties.

Thank you,

Marisa


Marisa A. Lorenzo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7697
212-808-7897 (Fax)

1