# Exhibit K



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

October 29, 2008

Marisa Lorenzo
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

RE:   Deposition Dates for Colorado Department of Health Care Policy and Financing

Dear Ms. Lorenzo:

Possible deposition dates would be November 12 and 17th. However, we have yet to ascertain whether the Department will commit to this deposition or seek relief. You also asked about deposing an individual by the name of Alan Chapman. At this time, we cannot identify that individual, but if you provide additional information, we would be happy to consider your request.

Sincerely,

FOR THE ATTORNEY GENERAL

MARY KAREN MALDONADO
Assistant Attorney General
Medicaid and Public Assistance
State Services Section
303-866-4371
303-866-5671 (FAX)
Email: katy.maldonado@state.co.us