# Exhibit L

## Lorenzo, Marisa A.

**From:** Lorenzo, Marisa A.
**Sent:** Tuesday, November 25, 2008 12:13 PM
**To:** 'robert.douglas@state.co.us'
**Cc:** 'Katy Maldonado'
**Subject:** U.S. v. Dey

Mr. Douglas,

This e-mail is to follow up on my e-mail dated November 13, 2008 and voicemail message from yesterday. While we had been hopeful that we would have been able to reach an agreement regarding the subpoenas served by Dey on the Department, we interpret the Department's lack of response thus far as its position that it will not be producing documents, or working to agree to a production of documents, and that it will also not be producing a 30(b)(6) witness. Therefore, I would like to schedule a meet and confer call this afternoon to satisfy our requirements before filing a motion to compel. I am available after 3:00 EST. Alternatively, if you believe that our meet and confer requirements have already been satisfied through prior correspondence, please let me know.

Thank you,

Marisa

Marisa A. Lorenzo
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7697
212-808-7897 (Fax)