

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

December 15, 2008

Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Courtroom 13
Boston, MA 02210

    Re:    <u>In re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL
No. 1456</u>
AstraZeneca Class 1 Settlement

Dear Judge Saris:

    The parties have modified the proposed AstraZeneca Class 1 Settlement as the Court requested in its October 2, 2008 Memorandum and Order Re: Requested Final Approval of the AstraZeneca Class 1 Settlement, Docket No. 5624. In order to finalize this settlement, we are enclosing the following pleadings: (i) Second Amendment to Settlement Agreement and Release of AstraZeneca; and (ii) [Third Revised Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement with AstraZeneca, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsels' Application for Attorneys Fees, Reimbursement of Litigation Expenses and Compensation Awards to Class Representatives.

    Class Counsel and AstraZeneca respectfully request that the Court grant final approval and enter the enclosed order.

                                                          Sincerely,

                                                          HAGENS BERMAN SOBOL SHAPIRO LLP

                                                          Steve W. Berman

cc:    MDL Counsel via Lexis/Nexis File & Serve
Enclosures(2)

ATTORNEYS AT LAW     SEATTLE   LOS ANGELES   BOSTON   PHOENIX   CHICAGO   SAN FRANCISCO   NEW YORK
206.623.7292    F 206.623.0594
1301 FIFTH AVENUE · SUITE 2900 · SEATTLE, WASHINGTON 98101
www.hbsslaw.com

001534-16 277269 V1