# EXHIBIT 8

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DAMON W. SUDEN
DIRECT LINE: (212) 808-7586
EMAIL: dsuden@kelleydrye.com

December 3, 2008

**VIA ELECTRONIC MAIL**

Tracy J. Hayes
Asst. Attorney General
Health and Public Asst.
State of North Carolina
Department of Justice
P.O. Box 629
Raleigh, NC  27602

Re:   Pharmaceutical Industry Wholesale Price Litigation, United States of America ex.
      Rel. Ven-A-Care of the Florida Keys, Inc., et al., Civil Action No. 05-11084-PBS

Dear Ms. Hayes:

I have received your letter, dated December 2, 2008, in which the North Carolina Department of Health and Human Services (NCDHHS) objects to the subpoena duces tecum served on it by my clients, Dey, Inc., Dey L.P., Inc. and Dey L.P. (collectively, Dey).  The basis for NCDHHS's objection is that the subpoena is overly broad and unduly burdensome because complying with the subpoena could cost an unspecified amount of money and take a lot of time.

Dey is willing to give NCDHHS a reasonable extension of time to respond to the subpoena, but may need to seek the approval of Court.  Please advise how long NCDHHS needs to comply with the subpoena.

Dey is also willing to compensate NCDHHS for the reasonable costs incurred in producing the requested claims data.  Please provide an estimate of such costs.

As Dey has now agreed to extend your time to respond and to cover your reasonable production costs, we ask that you confirm NCDHHS will comply with the subpoena as expeditiously as possible.  If NCDHHS still will not comply with the subpoena, Dey will be forced to move to compel under Rule 45.

**KELLEY DRYE & WARREN** LLP

Tracy J. Hayes
December 3, 2008
Page Two

        Thank you for your anticipated cooperation.

        Very truly yours,

        Damon W. Suden

cc:    George Henderson, Esq.