**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | Master File No. 01-12257-PBS |
| LITIGATION | ) | Subcategory Case No. 06-11337 |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States of America ex rel.* | ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* | ) | |
| *Dey, Inc., et al.* | ) | |
| CIVIL ACTION NO. 05-11084-PBS | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Non-party, Luis Cobo, hereby gives notice that Alison W. Simon will appear as his counsel of record with respect Mr. Cobo's response to the Motion to Compel filed by Dey, Inc. et al. on December 2, 2008.  Ms. Simon is already admitted pro hac vice as counsel of record for Ven-A-Care of the Florida Keys, Inc. in this action.

DATED:      December 13, 2008

Respectfully submitted,

/s/Alison W. Simon_____
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, December 13, 2008, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/Alison W. Simon_____
Alison W. Simon