**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | Master File No. 01-12257-PBS |
| LITIGATION | ) | Subcategory Case No. 06-11337 |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States of America ex rel.* | ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* | ) | |
| *Dey, Inc., et al.* | ) | |
| CIVIL ACTION NO. 05-11084-PBS | ) | |
| _____ | ) | |

**ASSENTED TO JOINT MOTION TO ENLARGE TIME TO**
**RESPOND TO DEY, INC.'S MOTION TO COMPEL**
**LUIS COBO AND VEN-A-CARE OF THE FLORIDA KEYS, INC.**
**TO PRODUCE DOCUMENTS**

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") and Luis Cobo by and through their undersigned counsel files this its Assented to Motion to Enlarge Time to Respond to Dey, Inc's Motion to Compel and further states as follows:

1.    The Motion to Compel at issue was directed at both Ven-A-Care of the Florida Keys, Inc. and Luis Cobo, a non-party.

2.    The response to Dey's Motion to Compel is due December 13, 2008.

3.    Ven-A-Care and Luis Cobo request additional time due to previously scheduled matters, including work-related travel, filings that were previously scheduled and previously planned vacation time.

4.    Cliff Katz, Esq., counsel for defendant Dey, indicated he assented to the request for additional time up to December 30, 2008 to respond to Dey's Motion to Compel.

5.      For the economy and convenience of all the parties and the Court, the Relator requests that it have additional time up to and including December 30, 2008 to respond to Dey's Motion to Compel.

For the above reasons, Ven-A-Care and Luis Cobo respectfully request that this motion be granted.

DATED: December 13, 2008.

For the Relator,
Ven-A-Care of the Florida Keys, Inc.
and Luis E. Cobo,

/s/Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day, December 13, 2008, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


/s/Alison W. Simon
Alison W. Simon