UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Dey, Inc., et al.* CIVIL ACTION NO. 05-11084-PBS _____ | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER

This matter came before the Court upon Ven-A-Care of the Florida Keys, Inc.'s and Luis Cobo's Assented to Motion to Enlarge Time to Respond to Dey, Inc's Motion to Compel. Having reviewed the motion and the record in this case, it is hereby

ORDERED that the motion of Ven-A-Care of the Florida Keys, Inc. and Luis Cobo is granted. Ven-A-Care of the Florida Keys, Inc. and Luis Cobo shall file their response by December 30, 2008.

DONE AND ORDERED this _____ day of _____ , 2008, in Boston, Massachusetts.

_____
U.S. District Judge Patti B. Saris