**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' AMENDED OFFER OF PROOF**
**REGARDING STANDING OF PIRELLI ARMSTRONG**
**TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST**

Pursuant to this Court's September 26, 2008 Memorandum and Order ("Order"), Plaintiffs, by their undersigned counsel, submit the following amended Offer of Proof regarding the standing of proposed Class 3 representative Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli"). Plaintiffs have amended this Offer of Proof only to correct a typo in the previous version filed. *See* Doc. No. 5641.

1. Although Pirelli has reimbursed for AstraZeneca's Zoladex® purchased in States other than Tennessee, none of those States are within Appendix B of this Court's Order. Therefore, Plaintiffs hereby withdraw Pirelli as a proposed class 3 representative with regard to AstraZeneca for the certified nationwide Class.

2. Pirelli has reimbursed for BMS' drug Cytoxan, J9093, J9094 and J9095, in the State of Florida. Florida is listed in Appendix B of this Court's Order. The reimbursement occurred on October 21, 2002, within the Class Period certified by the Court. A true and correct copy of the documents reflecting this reimbursement is attached as Exhibit A. *See* PIRELLI 003812-3816. Therefore, Pirelli has standing as a Class 3 representative for the certified nationwide Class.

Dated: December 16, 2008

By: /s/ Jennifer Fountain Connolly
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Co-Lead Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, Jennifer Fountain Connolly, an attorney, hereby certify that I caused a true and correct copy of the foregoing ***Plaintiffs' Amended Offer of Proof Regarding Standing of Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 16, 2008, a copy to LexisNexis File and Serve for posting and notification to all parties

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile
jfc@wexlerwallace.com