# Exhibit A

| | | | | Employee |
|---|---|---|---|---|
| 65-0696663 | | | 25343021101T | |

**REDACTED**

12/30/2002
Date Issued

Amount Paid: **$832.65**

REDACTED

File Copy          This is not a Check

**PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **0116798**

Check No. **0117606**

**Explanation of Benefits**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2002 10/21/2002 | 7,800.00 | 0.00 | 0.00 | 0.00 | 832.65 | 0.00 | 832.65 | 0.00 | 100 | 832.65 | 0.00 | 6,967.35 |

Non-Covered Codes:

Comments:
FUND LIABILITY PAID AFTER MEDICARE PAYMENT.

| | | | | | |
|---|---|---|---|---|---|
| Accumulated Major Medical Deductible: | $0.00 | $0.00 | Accumulated Dental Deductible: | $0.00 | $0.00 |
| Major Medical Out-of-Pocket Expense: | $0.00 | $0.00 | Dental Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Paid Year-to-Date: | $4,922.99 | $7,610.21 | Dental Family Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Family Deductible: | $0.00 | $0.00 | Vision Paid Year-to-Date: | $0.00 | $0.00 |
| Major Medical Life Time Paid: | $32,088.89 | | | | |

HEM/ONC ASSOC OF THE TREASUR
1801 SE HILLMOOR DR
B-101
PORT ST LUCIE, FL 34952

Provider: HEM/ONC ASSOC OF THE TREASURE
Participant SSN:
TNP  Claim Number:  0116798

**REDACTED**

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
PIRELLI 003812

PLEASE DO NOT STAPLE IN THIS AREA

6/12/02

PIRELLI ARMSTRONG TIRE
ATTN MEDICAL BENEFITS
PO BOX 1449
GOODLETTSVILLE TN 3707014

**HEALTH INSURANCE CLAIM FORM**

PICA

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN)  OTHER [X] (ID)

PATIENT'S BIRTH DATE: 28 1918  SEX: X

PATIENT RELATIONSHIP TO INSURED: [X] Spouse

PATIENT STATUS

IS PATIENT'S CONDITION RELATED TO:

EMPLOYMENT? (CURRENT OR PREVIOUS) [X] NO
AUTO ACCIDENT? [X] NO  PLACE (State)
OTHER ACCIDENT? [X] NO

b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]
c. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B

a. INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]
b. EMPLOYER'S NAME OR SCHOOL NAME: REDACTED TIRE
c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES

10d. RESERVED FOR LOCAL USE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File   DATE: 10212002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? [X] NO   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 20410

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 10212002 | 11 | 01 | 9213 | | 90.00 | 1 | | N | | |
| 2 10212002 | 11 | 01 | 6408 | | 85.00 | 1 | | N | | |
| 3 10212002 | 11 | 01 | 6410 | | 125.00 | 1 | | N | | |
| 4 10212002 | 11 | 01 | 6412 | | 180.00 | 2 | | N | | |
| 5 10212002 | 11 | 01 | 7050 | | 63.00 | 3 | | N | | |
| 6 10212002 | 11 | 01 | 7051 | | 2.00 | 1 | | N | | 696735 |

25. FEDERAL TAX I.D. NUMBER: 650696665   SSN EIN [X]
26. PATIENT'S ACCOUNT NO.: 25343-021101TE
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE: $ 545.00
29. AMOUNT PAID: $ 0.00
30. BALANCE DUE: $ 545.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MICHAEL S WERTHEIM, M   DATE: 11202002

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
HEMATOLOGY ONCOLOGY ASSOC
2100 NEBRASKA AVE B107
FORT PIERCE FL 34950

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
HEMATOLOGY ONCOLOGY OF THE TRE
1801 SE HILLMOOR DR #B101
PORT ST. LUCIE FL 34952
PIN# 56158Y   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)   PLEASE PRINT OR TYPE   FORM CMS-1500 (U2) (12-90) FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
PIRELLI 003813

```
PLEASE                                              PIRELLI ARMSTRONG TIRE
DO NOT      ████████████                            ATTN MEDICAL BENEFITS
STAPLE      ████████████                            PO BOX 1449
IN THIS     ████████████                            GOODLETTSVILLE TN 3707014
AREA
```

# HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) [X] | (ID) |

PATIENT'S BIRTH DATE: 04 28 1918  SEX: M [X]

PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse  Child  Other

8. PATIENT STATUS: Single  Married  Other  Employed  Full-Time Student  Part-Time Student

IS PATIENT'S CONDITION RELATED TO:
- EMPLOYMENT? (CURRENT OR PREVIOUS): NO [X]
- AUTO ACCIDENT?: NO [X]  PLACE (State):
- OTHER ACCIDENT?: NO [X]

a. INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918  SEX: M [X]

b. EMPLOYER'S NAME OR SCHOOL NAME: PIRELLI ARMSTRONG TIRE

c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE

REDACTED

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES  REDACTED

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  DATE: 10212002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636

20. OUTSIDE LAB?: NO [X]  $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 20410

| 24.A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10212002 | | 11 | 01 | 9093 | | | 20.00 | 1 | | N | | |
| 10212002 | | 11 | 01 | 9094 | | | 40.00 | 1 | | N | | |
| 10212002 | | 11 | 01 | 9095 | | | 100.00 | 1 | | N | | |
| 10212002 | | 11 | 01 | 9310 | | | 6960.00 | 8 | | N | | |
| 10212002 | | 11 | 01 | 9375 | | | 90.00 | 1 | | N | | |
| 10212002 | | 11 | 05 | 0001 | | | 15.00 | 1 | | N | | |

25. FEDERAL TAX I.D. NUMBER: 650696665  SSN EIN [X]
26. PATIENT'S ACCOUNT NO.: 25343-021101TF
27. ACCEPT ASSIGNMENT?: YES [X]
28. TOTAL CHARGE: $7225.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $7225.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MICHAEL S WERTHEIM, M  DATE: 11202002

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
HEMATOLOGY ONCOLOGY ASSOC
2100 NEBRASKA AVE B107
FORT PIERCE FL 34950

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
HEMATOLOGY ONCOLOGY OF THE TRE
1801 SE HILLMOOR DR #B101
PORT ST. LUCIE FL 34952
PIN #: 56158Y  GRP #:

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)  PLEASE PRINT OR TYPE  FORM CMS-1500 (U2) (12-90)  FORM OWCP-1500  FORM RRB-1500

HIGHLY CONFIDENTIAL
PIRELLI 003814

PIRELLI ARMSTRONG TIRE
ATTN MEDICAL BENEFITS
PO BOX 1449
GOODLETTSVILLE TN 3707014

| | | | | | | |
|---|---|---|---|---|---|---|
| PLEASE DO NOT STAPLE IN THIS AREA | ▮▮▮ | | | | | |

PICA | | | | | | HEALTH INSUR... | | CA ▢▢▢

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (VA File #) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☒ (ID)

...IENT'S BIRTH DATE: 4 28 1918    SEX: X M   F ☐

...IENT RELATIONSHIP TO INSURED: ☒ (Self)  Spouse ☐  Child ☐  Other ☐

...IENT STATUS: Married ☐  Other ☐  Full-Time Student ☐  Part-Time Student ☐

...IENT'S CONDITION RELATED TO:

PIRELLI ARMSTRONG TIRE CORP

EMPLOYMENT? (CURRENT OR PREVIOUS): YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH: 04 28 1918   SEX: M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH: 04 28 1918   SEX: M ☒  F ☐

b. AUTO ACCIDENT? YES ☐  NO ☒   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: PIRELLI ARMSTRONG TIRE   REDACTED

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT? YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME: PIRELLI ARMSTRONG TIRE

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B (REDACTED)

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES  ☐ NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File   DATE: 10212002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE:

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SAMARA ALEXANDER

17a. I.D. NUMBER OF REFERRING PHYSICIAN: D89636

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES ☐  NO ☒   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 20410
2. 
3. 
4. 

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS \| MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10212002 | 11 | 05 | 5024 | | 30.00 | 1 | | N | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 650696665   SSN ☐  EIN ☒

26. PATIENT'S ACCOUNT NO.: 25343-021101TG

27. ACCEPT ASSIGNMENT? ☒ YES  ☐ NO

28. TOTAL CHARGE: $ 30.00    29. AMOUNT PAID: $ 0.00    30. BALANCE DUE: $ 30.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MICHAEL S WERTHEIM, M...

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
HEMATOLOGY ONCOLOGY ASSOC
2100 NEBRASKA AVE B107
FORT PIERCE FL 34950
11202002

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
HEMATOLOGY ONCOLOGY OF THE TRE
1801 SE HILLMOOR DR #B101
PORT ST. LUCIE FL 34952
PIN #: 56158Y   GRP #:

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)   PLEASE PRINT OR TYPE   FORM CMS-1500 (U2) (12-90)
FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
PIRELLI 003815

```
                                                                              NOV 1 8 2002
MEDICARE PART B                                    800001141
PROVIDER #: 40806                                  HEM ONC ASO OF THE TREA      101088221    MEDICARE
CHECK/EFT #:101088221           11/11/02           PAGE #: 21 OF 48                          REMITTANCE
                                                                                             NOTICE
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NA[REDACTED] | | | | | | ACNT 29792 020602SJ | | | ICN 0102291116010 | ASG Y MOA MA01 | |
| 56158Y | 0617 061702 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 0.00 | | | CLAIM TOTALS | | 30.00 | 11.70 | 0.00 | 0.00 | 18.30 | 11.70 |
| | | | | | | | | | | | 11.70 NET |
| | | | | | | ACNT 29792C1002NQ | | | ICN 0902303587820 | ASG Y MOA MA01 MA18 | |
| 56158Y | 1021 102102 | 11 | 1 | 90782 | | 20.00 | 4.36 | 0.00 | 0.87 CO-42 | 15.64 | 3.49 |
| 56158Y | 1021 102102 | 11 | 60 | Q0136 | | 1500.00 | 767.40 | 0.00 | 153.48 CO-42 | 732.60 | 613.92 |
| 56158Y | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 56158Y | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 154.35 | | | CLAIM TOTALS | | 1565.00 | 786.46 | 0.00 | 154.35 | 778.54 | 632.11 |
| CLAIM INFORMATION FORWARDED TO: HDM CORPORATION | | | | | | | | | | | 632.11 NET |
| 08210Y | 1023 102302 | 11 | 1 | 90782 | | ACNT 29792C1002PR 20.00 | 4.36 | 0.00 | ICN 0902303588600 0.87 CO-42 | ASG Y MOA MA01 MA18 15.64 | 3.49 |
| 08210Y | 1023 102302 | 11 | 60 | Q0136 | | 1500.00 | 767.40 | 0.00 | 153.48 CO-42 | 732.60 | 613.92 |
| PT RESP | 154.35 | | | CLAIM TOTALS | | 1520.00 | 771.76 | 0.00 | 154.35 | 748.24 | 617.41 |
| CLAIM INFORMATION FORWARDED TO: HDM CORPORATION | | | | | | | | | | | 617.41 NET |
| | | | | | | 25343C1002NI | | | ICN 0902303587740 | ASG Y MOA MA01 | |
| 56158Y | 1021 102102 | 11 | 1 | 99213 | | 90.00 | 51.62 | 0.00 | 10.32 CO-42 | 38.38 | 41.30 |
| 56158Y | 1021 102102 | 11 | 1 | 96408 | | 85.00 | 37.30 | 0.00 | 7.46 CO-42 | 47.70 | 29.84 |
| 56158Y | 1021 102102 | 11 | 1 | 96410 | | 125.00 | 58.93 | 0.00 | 11.79 CO-42 | 66.07 | 47.14 |
| 56158Y | 1021 102102 | 11 | 2 | 96412 | | 180.00 | 88.48 | 0.00 | 17.70 CO-42 | 91.52 | 70.78 |
| 56158Y | 1021 102102 | 11 | 3 | J7050 | | 63.00 | 31.77 | 0.00 | 6.35 CO-42 | 31.23 | 25.42 |
| 56158Y | [REDACTED] | | 1 | J7051 | | 2.00 | 0.95 | 0.00 | 0.19 CO-42 | 1.05 | 0.76 |
| 56158Y | [REDACTED] | | 1 | J8693 | | 20.00 | 5.98 | 0.00 | 1.20 CO-42 | 14.02 | 4.78 |
| 56158Y | 1021 102102 | 11 | 1 | J9094 | | 40.00 | 11.64 | 0.00 | 2.33 CO-42 | 28.36 | 9.31 |
| 56158Y | 1021 102102 | 11 | 1 | J9095 | | 100.00 | 24.42 | 0.00 | 4.88 CO-42 | 75.58 | 19.54 |
| 56158Y | 1021 102102 | 11 | 8 | J9310 | | 6960.00 | 3800.00 | 0.00 | 760.00 CO-42 | 3160.00 | 3040.00 |
| 56158Y | 1021 102102 | 11 | 1 | J9375 | | 90.00 | 52.15 | 0.00 | 10.43 CO-42 | 37.85 | 41.72 |
| 56158Y | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 56158Y | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| PT RESP | 832.65 | | | CLAIM TOTALS | | 7800.00 | 4177.94 | 0.00 | 832.65 | 3622.06 | 3345.29 |
| | | | | | | | | | | | 3345.29 NET |
| | | | | | | ACNT 11251C1002MI | | | ICN 0902303587380 | ASG Y MOA MA01 MA18 | |
| 92812X | 1021 102102 | 11 | 1 | 99213 | | 90.00 | 51.62 | 0.00 | 10.32 CO-42 | 38.38 | 41.30 |
| 92812X | 1021 102102 | 11 | 1 | J3420 | | 10.00 | 0.23 | 0.00 | 0.05 CO-42 | 9.77 | 0.18 |
| 92812X | 1021 102102 | 11 | 1 | G0001 | | 15.00 | 3.00 | 0.00 | 0.00 CO-42 | 12.00 | 3.00 |
| 92812X | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| 92812X | 1021 102102 | 11 | 1 | 80053 | | 30.00 | 14.61 | 0.00 | 0.00 CO-42 | 15.39 | 14.61 |
| 92812X | 1021 102102 | 11 | 1 | 85610 | | 15.00 | 5.43 | 0.00 | 0.00 CO-42 | 9.57 | 5.43 |
| PT RESP | 10.37 | | | CLAIM TOTALS | | 190.00 | 86.59 | 0.00 | 10.37 | 103.41 | 76.22 |
| CLAIM INFORMATION FORWARDED TO: BCBS OF FLORIDA | | | | | | | | | | | 76.22 NET |
| | | | | | | ACNT 33982C1002MZ | | | ICN 0902303587550 | ASG Y MOA MA01 MA15 MA18 | |
| 92812X | 1021 102102 | 11 | 1 | 96410 | | 125.00 | 58.93 | 0.00 | 11.79 CO-42 | 66.07 | 47.14 |
| 92812X | 1021 102102 | 11 | 1 | 90780 | 59 | 125.00 | 43.14 | 0.00 | 8.63 CO-42 | 81.86 | 34.51 |
| 92812X | 1021 102102 | 11 | 5 | J1100 | | 50.00 | 0.85 | 0.00 | 0.17 CO-42 | 49.15 | 0.68 |
| 92812X | 1021 102102 | 11 | 10 | J1626 | | 360.00 | 185.40 | 0.00 | 37.08 CO-42 | 174.60 | 148.32 |
| 92812X | 1021 102102 | 11 | 2 | J7050 | | 42.00 | 21.18 | 0.00 | 4.24 CO-42 | 20.82 | 16.94 |
| 92812X | 1021 102102 | 11 | 1 | J7051 | | 2.00 | 0.95 | 0.00 | 0.19 CO-42 | 1.05 | 0.76 |
| 92812X | 1021 102102 | 11 | 8 | J9201 | | 1680.00 | 968.08 | 0.00 | 193.62 CO-42 | 711.92 | 774.46 |
| 92812X | 1021 102102 | 11 | 1 | 85024 | | 30.00 | 11.70 | 0.00 | 0.00 CO-42 | 18.30 | 11.70 |
| 92812X | 1021 102102 | 11 | 1 | 80053 | | 30.00 | 14.61 | 0.00 | 0.00 CO-42 | 15.39 | 14.61 |
| 92812X | 1021 102102 | 11 | 1 | 82378 | | 51.00 | 26.22 | 0.00 | 0.00 CO-42 | 24.78 | 26.22 |
| 92812X | 1021 102102 | 11 | 1 | 83540 | | 20.00 | 8.95 | 0.00 | 0.00 CO-42 | 11.05 | 8.95 |
| 92812X | 1021 102102 | 11 | 1 | 83550 | | 25.00 | 12.08 | 0.00 | 0.00 CO-42 | 12.92 | 12.08 |
| 92812X | 1021 102102 | 11 | 1 | 82728 | | 36.00 | 18.83 | 0.00 | 0.00 CO-42 | 17.17 | 18.83 |
| PT RESP | 255.72 | | | CLAIM TOTALS | | 2576.00 | 1370.92 | 0.00 | 255.72 | 1205.08 | 1115.20 |
| CLAIM INFORMATION FORWARDED TO: AARP UNITED HEALTHCARE | | | | | | | | | | | 1115.20 NET |

HIGHLY CONFIDENTIAL
PIRELLI 003816