```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| In re Pharmaceutical Industry Average Wholesale Price Litigation<br><br>This document relates to:<br>STATE OF CALIFORNIA, *ex rel.*<br>VEN-A-CARE OF THE FLORIDA KEYS, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES, INC., *et al.*<br>       Defendants.<br><br>CIVIL ACTION NO. 03-11226-PBS | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br><br><br><br><br><br><br><br><br>(Original Central District of California No. 03-CV-2238) |

## CASE MANAGEMENT ORDER

                    December 17, 2008

Saris, U.S.D.J.

      Paragraph 9 of Case Management Order No. 31 is amended to read as follows:

      9.   Unless otherwise directed by the Court, the following deadlines shall apply from the date of entry of the instant Case Management Order.  In instances where a particular deadline falls on a holiday or weekend, the deadline will be extended to the first business day following the holiday or weekend:

**April 30, 2009**            **All fact discovery shall be completed.**

| | |
|---|---|
| **May 30, 2009** | **Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B).** |
| **June 30, 2009** | **Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B).** |
| **August 30, 2009** | **All expert depositions shall be completed.** |
| **September 30, 2009** | **Deadline to file Motions for Summary Judgment.** |
| **October 30, 2009** | **Deadline to file Responses to Motions for Summary Judgment** |
| **November 15, 2009** | **Deadline to file Replies to Responses to Motions for Summary Judgment** |
| **November 30, 2009** | **Deadline to file Surreplies to Replies to Responses to Motions For Summary Judgment** |

A hearing on the Motions for Summary Judgment shall be held on **Wednesday, December 16, 2009, Courtroom #19, 7th Floor**.

                                        **S/PATTI B. SARIS**
                                        United States District Judge