UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | |
| ――――――――――――――― | ) | |
| | ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) | Master Case No. 01-12257-PBS |
| | ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## NOTICE OF PROPOSED ORDER

In accordance with the instruction of Magistrate Judge Bowler at the hearing on December 4, 2008, in the above-captioned case, the United States of America hereby submits the accompanying proposed Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ *George B. Henderson, II*

GEORGE B. HENDERSON, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3272

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above NOTICE OF PROPOSED ORDER to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ George B. Henderson, II
Assistant U.S. Attorney

Dated: December 17, 2008