UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 ) Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) Subcategory Case No. 06-11337-PBS ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) Hon. Marianne B. Bowler ) ) ) |

## ORDER

IT IS ORDERED that, in accordance with Federal Rule of Civil Procedure 30(a)(2)(B), and upon the consent of Colorado Department of Corrections: (1) that the Superintendent or other official in charge of the Kit Carson Correctional Center located in Burlington, Colorado produce inmate Michael T. Rick, Department of Corrections No. 128060, for the taking of his deposition on January 8, 2009 at 9:00 a.m. MST; and (2) that inmate Michael T. Ricks, appear in such place as designated by the Warden or other official in charge of the Kit Carson Correctional Center so his deposition may be taken.

IT IS ORDERED,

This _____ day of _____, 2008.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE