UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED] ORDER OF DISMISSAL OF
BOEHRINGER INGELHEIM ROXANE, INC.
f/k/a ROXANE LABORATORIES, INC.

The Motion for Dismissal of Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. is hereby GRANTED. Defendant Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. is hereby dismissed with prejudice, from the above-entitled action.

SO ORDERED.

Dated: 12/16/08

_____
Honorable Patti B. Saris
United States District Court Judge