UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO ALL ) CONSOLIDATED ACTIONS ) ) | MDL Docket No. 1456 Civil Action No. 01-CV-12257-PBS Hon. Patti B. Saris |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and pursuant to this Court's Case Management Order No. 1, ¶16, Courtney A. Clark, a member of the bar of this Court and attorney for defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation moves to admit attorneys Crystal R. Brown, Jason R. Parish and Daniel J. Gomez to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying (a) Affidavit of Crystal R. Brown, which states that she is a member in good standing of the bar of the State of New Jersey, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts; (b) Affidavit of Jason R. Parish, which states that he is a member in good standing of the bars of the State of California and the District of Columbia, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (c) Affidavit of Daniel J. Gomez, which states that he is a member in good standing of the bar of the Commonwealth of Pennsylvania, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation request that the Court grant this motion to admit Crystal R. Brown, Jason R. Parish and Daniel J. Gomez *pro hac vice*.

> SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IVAX CORPORATION,
>
> By their attorneys,
>
> /s/ Courtney A. Clark
> Robert J. Muldoon, Jr. (BBO# 359480)
> James W. Matthews (BBO# 560560)
> Courtney A. Clark (BBO # 651381)
> Sherin and Lodgen LLP
> 101 Federal Street
> Boston, Massachusetts 02110
> (617) 646-2000
>
> Jay P. Lefkowitz (*pro hac vice*)
> Jennifer G. Levy (*pro hac vice*)
> Patrick M. Bryan (*pro hac vice*)
> Michael C. Occhuizzo (*pro hac vice*)
> John K. Crisham (*pro hac vice*)
> Alexander L. Berg (*pro hac vice*)
> Laura M. Durity (*pro hac vice*)
> Sarah B. Fabian (*pro hac vice*)
> Kirkland & Ellis LLP
> 625 Fifteenth Street, N.W.
> Washington, D.C. 20005
> (202) 879-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2008, copies of the foregoing Motion were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Courtney A. Clark