UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | |

### AFFIDAVIT OF DANIEL J. GOMEZ IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Daniel J. Gomez, on my oath swear and depose:

1. I am a member of the law firm of Kirkland & Ellis LLP, located at 655 Fifteenth Street, N.W., Washington, D.C. 20005, phone 202-879-5000.

2. I was admitted to the bar of the Commonwealth of Pennsylvania in 2008.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., IVAX Corporation, and IVAX Pharmaceuticals, Inc. and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this ____ day of December, 2008.

_____
Daniel J. Gomez