UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED] ORDER OF DISMISSAL OF ZLB BEHRING LLC
f/k/a AVENTIS BEHRING LLC and ARMOUR PHARMACEUTICAL CO.

The Motion for Dismissal of ZLB Behring LLC f/k/a Aventis Behring LLC and Armour Pharmaceutical Co. is hereby GRANTED. Defendant ZLB Behring LLC f/k/a Aventis Behring LLC and Armour Pharmaceutical Co. is hereby dismissed with prejudice, from the above-entitled action.

SO ORDERED.

Dated: 12/16/08

Honorable Patti B. Saris
United States District Court Judge