## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) **MDL No. 1456**<br>) **Master File No. 01-12257-PBS**<br>) **Subcategory Case No. 06-11337**<br>)<br>) **Judge Patti B. Saris**<br>) |
| **THIS DOCUMENT RELATES TO:**<br>*State of California, ex rel. Ven-A-Care v.*<br>*Abbott Laboratories, et al.*<br>**Case No. 03-CV-11226-PBS** | )<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER OF DISMISSAL
## OF BAXTER HEALTHCARE CORPORATION

The Motion for Dismissal of Baxter Healthcare Corporation is hereby GRANTED.

Defendant Baxter Healthcare Corporation is hereby dismissed with prejudice from the above-

entitled action.

SO ORDERED.

Dated: _____

Honorable Patti B. Saris
United States District Court Judge