UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) |

[PROPOSED] ORDER OF DISMISSAL
OF B. BRAUN MEDICAL INC.

The Motion for Dismissal of B. Braun Medical Inc. is hereby GRANTED. Defendant B. Braun Medical Inc. is hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated: 12/16/08

Honorable Patti B. Saris
United States District Court Judge