UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br> Subcategory Case No. 06-11337 <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS ) ) ) ) ) | |

[PROPOSED] ORDER OF DISMISSAL
OF ABBOTT LABORATORIES INC.

The Motion for Dismissal of Abbott Laboratories Inc. is hereby GRANTED. Defendant Abbott Laboratories Inc. is hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated: 12/16/08

Honorable Patti B. Saris
United States District Court Judge