UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| ——————————————— | ) | Master File No. 01-12257-PBS |
| | ) | Subcategory Case No. 06-11337 -PBS |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *United States of America ex rel. Ven-a-Care of* | ) | Hon. Patti B. Saris |
| *the Florida Keys, Inc. v.  Abbott Laboratories,* | ) | |
| *Inc.*, Civil Action No. 06-11337-PBS; | ) | Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an

enlargement of time until January 7, 2009 for the parties to file objections pursuant to Fed. R.

Civ. P. 72(a) with respect to the December 15, 2008 electronic Order entered in this matter

concerning Abbott's Motion to Compel Sufficient Responses to Abbott's Request for Admission

(Docket Number 5174); for an order staying the Magistrate's order regarding the United States's

RFA responses if an objection is filed; and for an order enlarging the time within which the

United States has to serve the ordered amended RFA responses to Abbott's Request for

Admission until January 15, 2009, if no objection is filed by at least one of the parties.  Having

reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion is granted.  The United States and Abbott are granted until

January 7, 2009 to file objections pursuant to Fed. R. Civ. P. 72(a) and Rule 2(b) of the Rules for

the United States Magistrates in the United States District Court for the District of Massachusetts

with respect to the December 15, 2008 Order (Docket Number 4483) entered in this matter

concerning Abbott's Motion to Compel (Docket No. 5174).  If an objection is filed, this Court

stays the time period for which the United States needs to respond until the objection is resolved

by the District Court.  If no objection is filed by any party, the United States shall respond to

those Requests for Admission as ordered by Magistrate Judge Bowler no later than January 15,

2009.

       **DONE AND ORDERED** this _____ day of _____ , 2008, in Boston,

Massachusetts.

_____