UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | Master File No. 01-12257-PBS |
| | ) | Subcategory Case No. 06-11337 -PBS |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *United States of America ex rel. Ven-a-Care of* | ) | Hon. Patti B. Saris |
| *the Florida Keys, Inc. v.  Abbott Laboratories,* | ) | |
| *Inc.*, Civil Action No. 06-11337-PBS; | ) | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this

Unopposed Motion for an enlargement of time until January 7, 2009 for the parties to file Fed. R.

Civ. P. 72(a) objections to the December 15, 2008 electronic Order entered in this matter

concerning Abbott's Motion to Compel Sufficient Responses to Abbott's Request for Admission

("RFAs")("Abbott's RFA Motion to Compel")(Docket Number 5174).  In the event that either

party files an objection to Magistrate Judge Bowler's December 15 Order concerning Abbott's

RFA Motion to Compel, the United States seeks a stay of that Order until after the objection(s)

are resolved by District Court Judge Saris.  If no objection is filed on or by January 7, 2009, the

United States seeks an enlargement until January 15, 2009 to file amended responses to Abbott's

RFAs in conformity with Magistrate Judge Bowler's Order.

In support, the United States provides the following.

1.      After a hearing on December 4, 2008, Magistrate Judge Bowler issued an

electronic order regarding various discovery issues on December 15, 2008.  Pursuant to Rule 72,

any objections to the electronic Order are due within 10 days, on or before December 30, 2008.

2.      The hearing on Abbott's RFA Motion to Compel was complicated by the more than 125 RFAs that were at issue in the Motion.  The parties have been endeavoring to obtain a copy of a transcript of the December 4, 2008 hearing to better assist them in evaluating Magistrate Judge Bowler's RFA rulings and whether to file objections, but were unable to obtain a transcript until December 18, 2008.  In light of the time needed to obtain and review the hearing transcript, and the upcoming holidays, the parties seek additional time to file their objections until January 7, 2009.

3.      If a party does file an objection, the United States seeks a stay of its obligation to amend to the RFAs consistent with Magistrate Judge Bowler's Order until after the resolution of the objection by the Judge Saris.  This stay is necessary to avoid having the United States provide responses to RFAs inconsistent with any subsequent ruling on the objections.  If no objections are filed, the United States requests an enlargement until January 15, 2009 to provide responses consistent with Magistrate Judge Bowler's rulings.

2.      The undersigned Assistant U.S. Attorney contacted David Torborg, Esq., counsel for defendant Abbott Laboratories Inc., who indicated that Abbott did not object to the relief sought herein.  The Relator does not object to this motion.

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully Submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ George B. Henderson, II

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Ann M. St. Peter-Griffith

Mark A. Lavine
Ann M. St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

/s/ Renée Brooker

Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

For the relator, Ven-A-Care of the Florida
Keys, Inc.,

/s/ James J. Breen

James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705

December 18, 2008

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Ann M. St. Peter-Griffith

Dated: December 18, 2008