# EXHIBIT 6

1

IN THE UNITED STATES

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:   PHARMACEUTICAL | ) |
| INDUSTRY AVERAGE WHOLESALE | ) |
| PRICE LITIGATION | ) MDL No. 1456 |
| | ) Civil Action No. |
| THIS DOCUMENT RELATES TO: | ) 01-CV-12257-PBS |
| | ) |
| ALL CASES | ) |
| | ) Judge Patti B. Saris |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION

OF RICHARD A. GONZALEZ

June 3, 2008

HIGHLY CONFIDENTIAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF RICHARD A. GONZALEZ, taken in the above-entitled cause pursuant to the Federal Rules of Civil Procedure of the United States District Courts, pertaining to the taking of depositions, taken before ROBIN M. CHIMNIAK, a Notary

```
 1   Public within and for the County of DuPage, and the
 2   State of Illinois, and a Certified Shorthand Reporter,
 3   taken at 77 West Wacker Drive, Suite 3500, Room C,
 4   Chicago, Illinois, on the 3rd day of June, 2008, at
 5   the hour of 9:09 a.m.
 6
 7                    A P P E A R A N C E S
 8   FOR THE PLAINTIFF UNITED STATES OF AMERICA:
 9        GEJAA T. GOBENA
10        United States Department of Justice, Civil Division
11        601 D Street NW
12        PHB-9028/P.O. Box 261
13        Washington, D.C. 20044
14        202.307.1088
15
16        MS. ANN ST. PETER-GRIFFITH
17        United States Attorney's Office
18        Southern District of Florida
19        Assistant Attorney General
20        99 N.E. 4th Street, 3rd Floor
21        Miami, Florida 33132
22        305.961.9419
```

1    A.    And the divisional title was president.
2 That's how we designate all of our president --
3 divisional president positions.
4    Q.    Okay. So in '98 you emerged as the head of
5 the Hospital Products Division?
6    A.    Correct.
7    Q.    And who did you report to in that position?
8    A.    Well, for a short period of time I would
9 have reported to Tom Hodgson, and then I would have
10 reported to Miles White.
11    Q.    Then you became in 2000 -- I'm assuming
12 that was a promotion?
13    A.    That was.
14    Q.    Okay. Then you became the executive vice
15 president for Medical Products?
16    A.    Correct.
17    Q.    Was that a new role or a new title?
18    A.    It was.
19    Q.    Okay. How did -- how did that come about,
20 that you -- you emerged into that role?
21    A.    How did the role come about?
22    Q.    Well, let's start with the role first, and