# EXHIBIT 8

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL          )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

PRICE LITIGATION                )   01-CV-12257-PBS

                         _____


                    Videotaped Rule 30(b)(6) Deposition

                    of MICHAEL SELLERS, at 77 West Wacker

                    Drive, Chicago, Illinois, commencing

                    at 9:00 a.m. on Sunday, March 16,

                    2008, before Donna M. Kazaitis, RPR,

                    CSR No. 084-003145.

30(b)(6) Abbott (Sellers, Michael)                    March 16, 2008

37

1    product marketing teams.

2        Q.    I'm sorry.  Continue.

3        A.    Subsequent to each of the teams or each

4    of everybody coming together and deciding what we

5    wanted to do, the aggregate result was reviewed

6    with the management of the division.

7              So the final okay on what we were

8    going to do on an aggregate point of view was done

9    by both Guy Wiebking, who was the vice president

10   of commercial operations, and, wait a minute, I'm

11   sorry, vice president of commercial services and

12   the division president.

13       Q.    Mr. Gonzalez for a period of time?

14       A.    For a period of time.

15       Q.    Okay.  In prepping for today's

16   deposition, did you do any inquiry to find out

17   what the involvement was of Tom Hodgson in any of

18   the topics that are at issue in today's 30(b)(6)

19   deposition?

20             MS. TABACCHI:  Object to the form.

21             THE WITNESS:  No.

22   BY MS. ST. PETER-GRIFFITH:

30(b)(6) Abbott (Sellers, Michael)                          March 16, 2008

38

1      Q.     What about Duane Burnham?

2      A.     No.

3      Q.     That was the same question with regards

4    to Duane Burnham.   You didn't research anything

5    with regard to Mr. Burnham's involvement with

6    regard to any of those subject matters on the

7    topics at issue today?

8             MS. TABACCHI:  Object to the form.

9             THE WITNESS:  No.  I did not.

10   BY MS. ST. PETER-GRIFFITH:

11     Q.     Did you speak to him personally?

12     A.     No.

13     Q.     How come?

14     A.     With regard to the 2001 price change,

15   they were no longer with the corporation, I don't

16   believe, at that time.  I don't believe they were

17   part of the decision, the Home Infusion decision.

18   And I didn't believe them to be part of the

19   Contract Marketing merger decision.

20     Q.     But they did have involvement with both

21   Home Infusion and HPD; didn't they?

22             MS. TABACCHI:  Object to the form.