# EXHIBIT 9

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL              )
INDUSTRY AVERAGE WHOLESALE         )
PRICE LITIGATION                   )   MDL No. 1456
-------------------------------)       Civil Action
This document relates to:          )   No. 01-12257-PBS
United States of America,          )
ex. rel. Ven-a-Care of the         )
Florida Keys, Inc.,                )   Hon. Patti Saris
    vs.                            )
Abbott Laboratories, Inc.,         )   Magistrate Judge
CIVIL ACTION NO. 06-11337-PBS      )   Marianne Bowler

     Videotaped 30(b)(6) deposition of DAVID S. FISHMAN, called by the Plaintiffs for examination, taken pursuant to notice, agreement and by the provisions of the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before DEBORAH HABIAN, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter

1   of the international division, Abbott International,

2   and prior to that, I don't know.

3              The only -- funny story. The only

4   reason I know he had any connection to HPD was he was

5   Plant Manager in the '60s of Ashland, and he used to

6   go to the country club pool after work and practice

7   rolling his kayak.

8       Q.   Okay.  Did you do anything to research

9   what Mr. Hodgson or Mr. Burnham's role was in

10  compliance matters at any time from '91 through 2003?

11      A.   Neither of them would have been there that

12  long, but in the period of time that they were there,

13  no.

14      Q.   Sir, how did you decide what testimony to

15  review and what witnesses to interview in preparation

16  for your testimony here today?

17      A.   I de --

18      MS. CITERA:  Objection to form.

19      THE WITNESS:  Yeah.

20              I described the witnesses -- why I

21  talked to the people I talked to was as a result of

22  conversations with counsel in identifying pieces of