# EXHIBIT 10

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti Saris |

### ABBOTT LABORATORIES INC.'S RESPONSES TO THE UNITED STATES' SECOND SET OF INTERROGATORIES

Defendants Abbott Laboratories Inc. ("Abbott") responds to Plaintiff, the United States' ("Plaintiff") Second Set of Interrogatories ("Interrogatories") as follows:

### GENERAL OBJECTIONS

Abbott incorporates by reference as if fully set forth herein the General Objections, Objections to Instructions, and Objections to Definitions contained in its responses to the United States' First Set of Interrogatories.

### RESPONSES

**INTERROGATORY NO. 1:** Identify all individuals, whether Abbott employees or not, involved in any manner in the drafting, preparation, or completion of responses to the United States' Deposition Upon Written Questions of Miles White, served on Abbott on August 7, 2007.

**RESPONSE:** In addition to its General Objections, Abbott objects to this Interrogatory because the terms "preparation" and "completion" are vague and to the extent that this Interrogatory calls for information that is protected by the attorney-client privilege. Subject to and without waiving its objections, Abbott responds as follows: Miles White, in conjunction with legal counsel.

Dated: October 4, 2007                    Respectfully submitted,

                                          ABBOTT LABORATORIES INC.

                                          By: _____

                                          James R. Daly
                                          Tina M. Tabacchi
                                          Jason G. Winchester
                                          JONES DAY
                                          77 W. Wacker Dr., Suite 3500
                                          Chicago, Illinois 60601-1692
                                          Telephone: (312) 782-3939
                                          Facsimile: (312) 782-8585

                                          R. Christopher Cook
                                          David S. Torborg
                                          JONES DAY
                                          51 Louisiana Avenue, N.W.
                                          Washington, D.C. 20001-2113
                                          Telephone: (202) 879-3939
                                          Fax: (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, a true and correct copy of the foregoing **ABBOTT LABORATORIES INC.'S RESPONSES TO THE UNITED STATES' SECOND SET OF INTERROGATORIES** was served upon:

Mark A. Lavine, Esq. **(By email)**
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132

Gejaa T. Gobena, Esq. **(By email)**
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

James J. Breen, Esq. **(By email)**
Alison Simon, Esq.
The Breen Law Firm
3350 S. W. 148th Avenue, Suite 110
Miramar, FL 33029

CHI-1610323v1