## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| | ) |

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

*The City of New York v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 04-CV-06054)

*County of Albany v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00425)

*County of Allegany v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06231)

*County of Broome v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00456)

*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06242)

*County of Cayuga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00423)

*County of Chautauqua v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06204)

*County of Chemung v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06744)

*County of Chenango v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00354)

*County of Columbia v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00867)

[Caption Continues on Next Page]

## STIPULATION EXTENDING THE TIME FOR SERONO, INC., N/K/A EMD SERONO, INC., TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE REVISED FIRST AMENDED CONSOLIDATED COMPLAINT UNTIL JANUARY 20, 2009

*County of Cortland v. Abbott Laboratories, Inc., et al.*            )
(N.D.N.Y. No. 05-CV-00881)                                          )
                                                                     )
*County of Dutchess v. Abbott Laboratories, Inc., et al.*           )
(S.D.N.Y. No. 05-CV-06458)                                          )
                                                                     )
*County of Essex County v. Abbott Laboratories, Inc., et al.*       )
(N.D.N.Y. No. 05-CV-00878)                                          )
                                                                     )
*County of Fulton v. Abbott Laboratories, Inc., et al.*             )
(N.D.N.Y. No. 05-CV-00519)                                          )
                                                                     )
*County of Genesee v. Abbott Laboratories, Inc., et al.*            )
(W.D.N.Y. No. 05-CV-06206)                                          )
                                                                     )
*County of Greene v. Abbott Laboratories, Inc., et al.*             )
(N.D.N.Y. No. 05-CV-00474)                                          )
                                                                     )
*County of Herkimer v. Abbott Laboratories, Inc., et al.*           )
(N.D.N.Y. No. 05-CV-00415)                                          )
                                                                     )
*County of Jefferson v. Abbott Laboratories, Inc., et al.*          )
(N.D.N.Y. No. 05-CV-00715)                                          )
                                                                     )
*County of Lewis v. Abbott Laboratories, Inc., et al.*              )
(N.D.N.Y. No. 05-CV-00839)                                          )
                                                                     )
*County of Madison v. Abbott Laboratories, Inc., et al.*            )
(N.D.N.Y. No. 05-CV-00714)                                          )
                                                                     )
*County of Monroe v. Abbott Laboratories, Inc., et al.*             )
(W.D.N.Y. No. 05-CV-06148)                                          )
                                                                     )
*County of Nassau v. Abbott Laboratories, Inc., et al.*             )
(E.D.N.Y. No. 04-CV-5126)                                           )
                                                                     )
*County of Niagara v. Abbott Laboratories, Inc., et al.*            )
(W.D.N.Y. No. 05-CV-06296)                                          )
                                                                     )
*County of Oneida v. Abbott Laboratories, Inc., et al.*             )
(N.D.N.Y. No. 05-CV-00489)                                          )
                                                                     )
*County of Onondaga v. Abbott Laboratories, Inc., et al.*           )
(N.D.N.Y. No. 05-CV-00088)                                          )
                                                                     )
*County of Ontario v. Abbott Laboratories, Inc., et al.*            )
(W.D.N.Y. No. 05-CV-06373)                                          )
                                                                     )
*County of Orange v. Abbott Laboratories, Inc., et al.*             )
(S.D.N.Y. No. 07-CV-2777)                                           )
                                                                     )
*County of Orleans v. Abbott Laboratories, Inc., et al.*            )
(W.D.N.Y. No. 05-CV-06371)                                          )
                                                                     )
                                                                     )

[Caption Continues on Next Page]

*County of Putnam v. Abbott Laboratories, Inc., et al.*   )
(S.D.N.Y. No. 05-CV-04740)   )
*County of Rensselaer v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00422)   )
*County of Rockland v. Abbott Laboratories, Inc., et al.*   )
(S.D.N.Y. No. 03-CV-7055)   )
*County of Saratoga v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00478)   )
*County of Schuyler v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 05-CV-06387)   )
*County of Seneca v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 05-CV-06370)   )
*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00479)   )
*County of Steuben v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 05-CV-06223)   )
*County of Suffolk v. Abbott Laboratories, Inc., et al.*   )
(E.D.N.Y. No. CV-03-229)   )
*County of Tompkins v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00397)   )
*County of Ulster v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 06-CV-0123)   )
*County of Warren v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00468)   )
*County of Washington v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00408)   )
*County of Wayne v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 05-CV-06138)   )
*County of Westchester v. Abbott Laboratories, Inc., et al.*   )
(S.D.N.Y. No. 03-CV-6178)   )
*County of Wyoming v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 03-CV-6379)   )
AND   )
*County of Yates v. Abbott Laboratories, Inc., et al.*   )
(W.D.N.Y. No. 05-CV-06172)   )

IT IS HEREBY STIPULATED AND AGREED by and between defendant Serono, Inc.,

n/k/a EMD Serono, Inc. ("EMD Serono") and the above-captioned New York State Counties that

have brought claims against EMD Serono that EMD Serono's time to answer, move, or otherwise

3

respond to the Revised First Amended Complaint is hereby extended to January 20, 2009.

So ordered:

_____

Hon. Patti B. Saris, U.S.D.J.

Respectfully submitted:

THE CITY OF NEW YORK AND ALL
CAPTIONED NEW YORK COUNTIES
EXCEPT COUNTY OF NASSAU AND
COUNTY OF ORANGE,

By their attorneys,


**/s/ Joanne M. Cicala**
 Joanne M. Cicala (JC 5032)
 James P. Carroll Jr. (JPC 8348)
 Aaron D. Hovan (AH 3290)
**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, NY  10022
Tel: (212) 371-6600

**/s/ Ross B. Brooks**
 Ross B. Brooks
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
Tel: (212) 594-5300


*Counsel for the County of Nassau*


**/s/ Theresa Vitello**
 Theresa Vitello
 **Levy, Phillips, & Konigsberg LLP**
 800 Third Avenue
 New York, New York 10022
 (212) 605-6200

*Counsel for the County of Orange*


Dated:        December 19, 2008

EMD SERONO, INC.

By its attorneys,


**/s/ Christine Vargas**
 Fred A. Kelly, Jr. (BBO No. 544046)
 David M. Ryan (BBO No. 644037)
 Christine Vargas (BBO No. 658916)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

## <u>CERTIFICATE OF SERVICE</u>

I, Christine Vargas, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 19th day of December, 2008.

**<u>/s/ Christine Vargas</u>**
Christine Vargas