UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), Defendant Novartis Pharmaceuticals Corporation ("Novartis") requests that the Court permit Charles Graybow of KAYE SCHOLER LLP to withdraw as counsel for Novartis in this Action and all related actions. In support of this motion, Novartis states that the existing appearances of Karen F. Green and Melissa Coffey of Wilmer Cutler Pickering Hale and Dorr LLP as well the other attorneys who individually have entered *pro hac vice* appearances remain in effect and are not affected by this withdrawal.

Dated this 23rd day of December, 2008.

Respectfully Submitted,

Melissa B. Coffey
Karen F. Green (BBO# 209050)
Melissa B. Coffey (BBO #660750)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

## **CERTIFICATE OF SERVICE**

      I, Melissa B. Coffey, certify that pursuant to Case Management Order No. 2, I caused a copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to Lexis Nexis File & Serve for posting and notification to all parties in this action on this 23rd day of December, 2008.

                                                                        Melissa B. Coffey