UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A Care of the Florida Keys, Inc. et al. v. Dey, Inc. et al.*<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**MOTION FOR ADMISSION OF ATTORNEY ROBERT DOUGLAS *PRO HAC VICE* and NOTICE OF APPEARANCE**

Pursuant to Local Rule 85.5.3(b) and this Court's Case Management Order No. 1, §16, the undersigned counsel, a member in good-standing of the bar of this Court and attorney for non-party Colorado Department of Health Care and Financing, hereby moves this Honorable Court to admit attorney Robert Douglas to the bar of this Court, *pro hac vice* as counsel for Colorado Department of Health Care and Financing.

On December 15, 2008, counsel for defendant Dey, Inc. filed a Motion to Compel Production of Documents and Rule 30(b) (6) Deposition of Colorado Department of Health Care and Financing and served the same upon Attorney Robert Douglas, attorney for the Colorado Department of Health Care and Financing. In order to file a responsive pleading to the aforementioned motion of Dey, Inc., attorney Douglas now wishes to gain admission to this Court, *pro hac vice*. In support of this Motion, the movant relies upon the following documents:

1.      Affidavit of Attorney Robert Douglas, wherein he certifies that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; that there are no disciplinary proceedings pending against him as a member of the bar

in any jurisdiction; and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

2. Response of Colorado Department of Health Care and Financing to defendant Dey, Inc.'s Motion to Compel Production of Documents and Rule 30(b)(6) Deposition of Colorado Department of Health Care and Financing.

A check in the amount of $50.00 is being forwarded simultaneously with this motion for Attorney Douglas' admission *pro hac vice*.

**WHEREFORE**, the undersigned counsel respectfully moves this attorney Robert Douglas' admission to practice before this Court *pro hac vice*.

Respectfully Submitted,

Colorado Department of Health Care and Financing,

By its Attorneys,

    /s/ Jeremy Y. Weltman
William J. Hunt (013365)
Jeremy Y. Weltman (662293)
**CLARK, HUNT & EMBRY**
55 Cambridge Parkway
Cambridge, MA  02142
(617) 494-1920

### CERTIFICATE OF SERVICE

I, Jeremy Y. Weltman, hereby certify that a true and correct electronic copy of the above "Motion for Admission of Attorney Robert Douglas Pro Hac Vice" was caused to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2. by sending on December 29, 2008, a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Jeremy Y. Weltman
Jeremy Y. Weltman

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION 11337-PBS | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06- |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |
| *United States of America ex rel. Ven-A Care of the Florida Keys, Inc. et al. v. Dey, Inc. et al.* Civil Action No. 05-11084-PBS | |

### AFFIDAVIT OF ROBERT DOUGLAS FOR ADMISSION *PRO HAC VICE*

County of Denver
State of Colorado

   NOW COMES affiant, Robert C. Douglas, Jr., and after having first been sworn states:

1.   My name is Robert C. Douglas, Jr., and I am First Assistant Attorney General, State Services Section, in the Colorado Office of the Attorney General located at 1525 Sherman Street, Denver, Colorado 80203.

2.   I am licensed to practice law before the State Courts of Colorado, Indiana (inactive) and Michigan (inactive) as well as the Northern Federal District Court of Indiana, the Western Federal District Court of Michigan and the Federal District Court of Colorado. I am further admitted to practice law before the Tenth Circuit and Seventh Circuit Court of Appeals.

3.   I am a member in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   If allowed to be admitted to practice *pro hac vice* in this matter, I affirm that I have become familiar with and will abide by the Local Rules of the United States District Court for the District of Massachusetts.

Robert C. Douglas, Jr.
First Assistant Attorney General
State Services Section
Colorado Office of the Attorney General
1525 Sherman Street
Second Floor
Denver, CO 80203
Ph: 303-866-5282
Email: robert.douglas@state.co.us

    Subscribed and sworn to before me by Robert C. Douglas, Jr., personally, this 29th day of December, 2008.

Notary Public
My commission expires: 5/11/2011

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DEY, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RULE 30(b)(6) DEPOSITION**

NOW COMES the Colorado Department of Health Care Policy and Financing by and through its counsel, the Office of the Attorney General for the State of Colorado and moves the Court for an extension of time up to and including January 12, 2009 to respond to Dey Defendants' Motion to Compel Production of Documents and Rule 30(b)(6) deposition and in support thereof state as follows:

1. A response to Dey Defendants' motion is due Monday, December 29th 2008;

2. Counsel for the all parties have conferred on a potential resolution to the discovery dispute set forth in the motion and have agreed to allow Colorado Department additional time as stated above to study an estimate from an outside contractor to perform document-related tasks pertinent to the Request for Production.

3. The undersigned assistant attorney general's application for admission to the District Court *pro hac vice* was filed December 29, 2008 and is awaiting action by the Court.

WHEREFORE, third party Colorado Department of Health Care Policy and Financing moves the court for an extension of time to file its response to the Dey Defendants' Motion to Compel Production of Documents and Rule 30(b)(6) deposition up to and including January 12, 2009 and for all just and proper relief.

Dated:

Respectfully Submitted,


/s/_____
Robert C. Douglas, Jr.
First Assistant Attorney General
State Services Section
Colorado Office of the Attorney General
1525 Sherman Street
Second Floor
Denver, CO 80203
Ph: 303-866-5282
Email: robert.douglas@state.co.us

Attorney for Third Party Colorado Department of Health Care Policy and Financing


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No.2, by sending on _____, a copy to LexisNexis File and Serve for posting and notification to all parties.


By: /s/_____