# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | **MDL No. 1456** <br> Master File No. 01-12257-PBS <br><br> Subcategory Case No. 06-11337 |
| **THIS DOCUMENT RELATES TO:** <br> *United States of America ex rel.* <br> *Ven-a-Care of the Florida Keys, Inc., v.* <br> *Dey, Inc., et al.* <br> CIVIL ACTION NO. 05-11084-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

### ASSENTED TO JOINT SECOND MOTION TO ENLARGE TIME TO RESPOND TO DEY, INC.'S MOTION TO COMPEL LUIS COBO AND VEN-A-CARE OF THE FLORIDA KEYS, INC. TO PRODUCE DOCUMENTS

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") and Luis Cobo by and through their undersigned counsel files this its Assented to Second Motion to Enlarge Time to Respond to Dey, Inc's Motion to Compel and further states as follows:

1. The Motion to Compel at issue was directed at both Ven-A-Care of the Florida Keys, Inc. and Luis Cobo, a non-party.

2. The original deadline for a response to Dey's Motion to Compel was December 13, 2008. Mr. Cobo and Ven-A-Care moved the Court on December 13, 2008 for an extension up until December 30, 2008.

3. Ven-A-Care and Luis Cobo request additional time due to previously scheduled matters, including work-related travel, filings that were previously scheduled, previously planned vacation time, and the holidays.

4. Cliff Katz, Esq., counsel for defendant Dey, indicated he assented to the request for additional time up to Friday, January 9, 2009 to respond to Dey's Motion to Compel.

5. For the economy and convenience of all the parties and the Court, the Relator requests that it have additional time up to and including January 9, 2009 to respond to Dey's Motion to Compel.

For the above reasons, Ven-A-Care and Luis Cobo respectfully request that this motion be granted.

DATED: December 30, 2008.

For the Relator,
Ven-A-Care of the Florida Keys, Inc.
and Luis E. Cobo,

/s/Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day, December 30, 2008, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


                                            /s/Alison W. Simon
                                            Alison W. Simon