UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>)<br>) Judge Patti B. Saris<br>) |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.*<br>Case No. 03-CV-11226-PBS | )<br>)<br>)<br>)<br>) |

**MOTION FOR DISMISSAL OF BEN VENUE LABORATORIES, INC.
AND BEDFORD LABORATORIES**

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendants Ben Venue Laboratories, Inc. ("Ben Venue") and Bedford Laboratories ("Bedford") from the above-entitled action. In support of this motion, the parties state as follows:

1. Ben Venue and Bedford were named as defendants in the above-referenced action.

2. Bedford Laboratories is not an entity but is a division of Ben Venue.

3. The State of California has entered into a Settlement Agreement and Release ("Agreement") with Ben Venue, Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. All claims asserted by the State of California against Ben Venue and Bedford in the above-entitled action are hereby dismissed with prejudice, subject to the terms of that Agreement.  All claims asserted by the State of California against Boehringer Ingelheim

1

Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. were voluntarily dismissed with prejudice on December 9, 2008.

4. The parties agreed that each party will bear its own costs.

5. The dismissal has no effect on the State of California's claims or allegations against any party in this action other than: Ben Venue, Bedford, Boehringer Ingelheim Corporation, and Boehringer Ingelheim Pharmaceuticals, Inc.

6. Ben Venue consents to this motion, as does the relator Ven-A-Care.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing Ben Venue Laboratories, Inc. and Bedford Laboratories with prejudice. A proposed Order of dismissal is attached.

Dated: December 30, 2008                    Respectfully submitted,

                                                        EDMUND G. BROWN JR.
                                                        Attorney General for the State of California

                                                        By: __/s/ *Nicholas N. Paul*_____
                                                            NICHOLAS N. PAUL
                                                            CA State Bar No: 190605
                                                            Supervising Deputy Attorney General
                                                            Bureau of Medi-Cal Fraud and Elder Abuse
                                                            Office of the Attorney General
                                                            1455 Frazee Road, Suite 315
                                                           San Diego, California 92108
                                                           Telephone: (619) 688-6099
                                                           Fax: (619) 688-4200

                                                    **Attorneys for Plaintiff,**
                                                    **STATE OF CALIFORNIA**

3

**CERTIFICATE OF SERVICE**

    I, Nicholas N. Paul, hereby certify that on December 30, 2008, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              */s/ Nicholas N. Paul*       .
                                              NICHOLAS N. PAUL
                                            Supervising Deputy Attorney General