UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v.* <br> *Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER OF DISMISSAL
OF BEN VENUE LABORATORIES, INC.
AND BEDFORD LABORATORIES**

The Motion for Dismissal of Ben Venue Laboratories, Inc. and Bedford Laboratories is hereby GRANTED. Defendants Ben Venue Laboratories, Inc. and Bedford Laboratories are hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated:_____     _____
                                    Honorable Patti B. Saris
                                    United States District Court Judge