# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br>Subcategory Docket:  06-11337-PBS |
| THIS DOCUMENT RELATES TO | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS; *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, No. 05-11084-PBS; *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, No. 07-10248-PBS | ) ) ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## DEFENDANTS' MOTION TO COMPEL RELIEF ON OUTSTANDING DELIBERATIVE PROCESS PRIVILEGE ISSUES

Defendants Abbott Laboratories, Inc., Dey, Inc. and the Roxane Defendants (collectively, "Defendants") respectfully move this Court for relief on several outstanding issues relating to the Government's assertion of the deliberative process privilege in the above-captioned cases. Fact discovery cannot be completed until this Court or, alternatively, a special master, resolves these important issues. The outstanding issues, and Defendants' requests for relief on those issues, are set forth at the beginning of the memorandum filed in support of this motion.

| | |
|---|---|
| Dated:  December 31, 2008 | /s/ R. Christopher Cook<br>James R. Daly<br>Eric P. Berlin<br>Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585<br><br>R. Christopher Cook<br>David S. Torborg<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:   (202) 626-1700<br><br>*Counsel for Defendant Abbott Laboratories, Inc.* |

/s/ Eric T. Gortner
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale (BBO # 654645)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

/s/ Neil Merkl
Paul F. Doyle (BBO # 133460)
Sarah L. Reid
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc., Dey L.P, Inc. and Dey, L.P.*

## **CERTIFICATE OF SERVICE**

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 31st day of December 2008.

/s/ Brian J. Murray

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that the moving party has attempted to communicate with counsel for the Government in an effort to resolve the disputes referred to in this motion. Counsel for the Government, however, has failed to respond to Defendants' repeated attempts to confer on the disputed issues.

      /s/ David S. Torborg
      David S. Torborg