# EXHIBIT A



U.S. Department of Justice

Civil Division, Fraud Section

---

*601 D Street, NW*  
*Washington, D.C. 20004*

*Telephone: (202) 514-3345*  
*Telecopier: (202) 616-3085*

<u>Via Electronic Transmission</u>

December 15, 2008

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Neil Merkl  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, New York 10178

    Re:    Average Wholesale Price Multi-District Litigation  
              <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

    Enclosed please find compact discs HHD283– 298 and HHD302– 316 containing material pertaining to various states, including: Arkansas, Georgia, Kentucky, Louisiana, Massachusetts, Minnesota, Mississippi, Montana, New Jersey, New Mexico, New York, North Carolina, North Dakota, Texas, Virginia, and Washington.

    Thank you for your attention.

                            Very Truly Yours,

                                    /s/  
                            Laurie Oberembt  
                            Senior Trial Counsel  
                      Commercial Litigation Branch

Enclosures  
cc:    David Torborg  
       George B. Henderson  
       James Breen  
       Richard Goldstein