# EXHIBIT C



**David S. Torborg/JonesDay**
Extension 4-5562
12/05/2008 03:59 PM

To  Justin Draycott
cc  James R. Daly/JonesDay@JonesDay, R. Christopher Cook/JonesDay@JonesDay
bcc David S. Torborg/JonesDay@JonesDay
Subject Fw: Transmittal Letter

Justin,

We would like to have a meet-and-confer regarding both the remaining items on the Schedule 1 and the points raised in my last letter on the DPP docs. For example, with the depositions of Mr. Burney and Ms. Chang, we need to understand what your plans are, if any, regarding the Office of Legislation and Rulemaking Support Files.

Thanks,
- Dave

----- Forwarded by David S. Torborg/JonesDay on 12/05/2008 03:53 PM -----



"Norsetter, Claire (CIV)"
<Claire.Norsetter@usdoj.gov>

12/05/2008 03:41 PM

To  <dstorborg@jonesday.com>, <egortner@kirkland.com>, <nmerkl@kelleydrye.com>
cc  "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, <jbreen@breenlaw.com>, <rgoldstein@dbslawfirm.com>, "Renee Gardner" <rgardner@breenlaw.com>
Subject Transmittal Letter

Please see attached.    Schedule 1 -- SUPPLEMENTAL RELEASE -- 12-05-08.pdf    Torborg37Dec5-08(trans).pdf