# EXHIBIT D



**David S. Torborg/JonesDay**
Extension 4-5562
12/16/2008 05:12 PM

To   "Draycott, Justin (CIV) <Justin.Draycott@usdoj.gov>"

cc

bcc   David S. Torborg/JonesDay

Subject   M&C on outstanding DPP issues

History:            ↪ This message has been forwarded.

Justin,

Good afternoon.  I write to schedule a meet-and-confer on various outstanding DPP issues, some of which may necessitate additional motions practice.  The principal issues that I see are the following:

1.  The Government's response to the issues raised in my 11/20/08 letter, specifically 1) production of documents representing communications outside the agency, 2) the Office of Legislation and Rulemaking Support files, and 3) an identification of the regulations for which the Government will search its Rulemaking Support Files.

2.  I understand that Judge Bowler directed the parties to meet-and-confer on Abbott's motion to compel testimony withheld by DPP.  Is the Government willing to voluntarily withdraw any of its objections?

3.  Finally, we have noticed that the Government's privilege logs do not appear to contain entries for any entrance and exit conferences for a number of important OIG reports, specifically:  1) 1997 OAS roll-up reports (Abbott Exs. 158 & A-06-96-00030, 2) the 2001-02 OAS roll-up reports (Abbott Ex. 197 & A-06-00-00023), 3) the 1992 OAS report relating to Dialysis drugs (Abbott Ex. 82), 4) the 1992 OAS report relating to chemotherapy drugs (Abbott Ex. 79), and 5) the 1997 report relating to Excessive Medicare Payments (Abbott Ex. 49).   We ask that you take additional efforts to assure that the OIG's files do not contain notes of conferences for these reports.  These reports are not that old; the Government's logs contain conference minutes for this time period.  Also, recall that Ben Jackson testified last Friday that there were exit conferences for the roll-up projects (items 1 and 2).

I am generally available tomorrow and Thursday, but am out of the office Friday.   We plan to file something to respond to your recent filing on the DPP docs, and we would like our filing to address all of the known DPP issues (including as it relates to the testimony motion).  The content of our filing will largely depend on what we can work out with the Government.  Given the need to timely respond to your filing, we need to have the meet-and-confer this week.  Please let me know of a time that will work for you.

Thanks, Justin.

- Dave

"Draycott, Justin (CIV) <Justin.Draycott@usdoj.gov>"



**"Draycott, Justin (CIV)**
**<Justin.Draycott@usdoj.gov>**

12/09/2008 12:32 PM

To   "David S. Torborg" <dstorborg@JonesDay.com>

cc

Subject   RE:

David,
Now that we've completed our in camera submission, I'll try to turn my

attention back to your letter of last week - but thought it best to
respond to your email in the mean time.

As to your first point re. the remaining items of Schedule 1 - we'll
send you a few more docs from that schedule - probably by tomorrow or
Thurs.  All docs that are not being released have been submitted to the
Court in camera.  I'm unclear on your meet and confer request re.
Schedule 1 docs - do you plan to file a motion prior to the Court's
decision on the in camera docs?  - I'm just not clear on what you'd ask
for given the current status of the Schedule 1 material.

I need to review the other material noted in your email below in order
figure out where we go from here.  I agree that we need to address that
in advance of the Burney and Chang depositions.  On that point, it seems
we should be looking at dates in January for those depositions.
Feel free to propose dates and I will pass them on to the Office of Gen.
Counsel.

- Justin

-----Original Message-----
From: David S. Torborg [mailto:dstorborg@JonesDay.com]
Sent: Friday, December 05, 2008 4:06 PM
To: Draycott, Justin (CIV)
Cc: James R. Daly; R. Christopher Cook
Subject: DPP docs


Justin,

We would like to have a meet-and-confer regarding both the remaining
items on the Schedule 1 and the points raised in my last letter on the
DPP docs.
For example, with the depositions of Mr. Burney and Ms. Chang, we need
to understand what your plans are, if any, regarding the Office of
Legislation and Rulemaking Support Files.

Thanks,
- Dave

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected
by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========