# EXHIBIT E

DRAFT VERSION

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3     - - - - - - - - - - - - - - -

4    IN RE:  PHARMACEUTICAL      )  MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE   )  CIVIL ACTION

6    PRICE LITIGATION          )  01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO     )

8    U.S. ex rel. Ven-a-Care of  )  Judge Patti B. Saris

9    the Florida Keys, Inc.      )

10      v.                 )  Chief Magistrate

11   Abbott Laboratories, Inc.,   )  Judge Marianne B.

12   No. 06-CV-11337-PBS          )  Bowler

13    - - - - - - - - - - - - - - -

14       (captions continue on following pages)

15

16

17     Videotaped deposition of MILTON B. "BEN" JACKSON

18

19                 Washington, D.C.

20                 Friday, December 12, 2008

21                 9:00 a.m.

22

348

DRAFT VERSION

1    A.   I could see where they could draw this        17:10:19

2   assumption, yes.                              17:10:21

3        MR. AZORSKY:  Objection.                 17:10:22

4    Q.   It seems a pretty reasonable assumption?     17:10:23

5    A.   Yes.                                    17:10:25

6    Q.   You spoke of the fact that you would have     17:10:29

7   exit conferences with CMS, correct?             17:10:33

8    A.   Yes.                                    17:10:36

9    Q.   You believe it you would have had an exit     17:10:37

10  conference for both the 1997 roll-up report for     17:10:39

11  generics and the 1997 roll-up report for branded,     17:10:43

12  correct?                                      17:10:48

13   A.   Yes.                                    17:10:48

14   Q.   And were minutes kept of those meetings?     17:10:48

15   A.   They should have been.  Yes.            17:10:55

16   Q.   And where would those be?               17:10:58

17   A.   They should be in the work paper file in     17:11:00

18  the administrative folder.                     17:11:02

19   Q.   Now, would it bother you in I got a chance   17:11:08

20  to look of the those minutes?                  17:11:11

21   A.   Would it bother me?                     17:11:13

22   Q.   Yes.                                    17:11:14

349

DRAFT VERSION

1    A.   No.                          17:11:15

2    Q.   Do you think I should have full access to    17:11:18

3  hear what all was being talked about at those        17:11:20

4  meetings?                          17:11:25

5        MR. TORBORG:  Objection.          17:11:26

6    A.   I'm not sure it's my place to say that or    17:11:30

7  not, to be honest with you.              17:11:33

8    Q.   It wouldn't bother you for me to see?    17:11:34

9    A.   Yeah.  No.  It wouldn't bother me.      17:11:38

10    Q.   You indicated that your finding regarding    17:11:46

11  the fact that there were discount -- that products    17:11:50

12  were being sold below WAC was a surprise to you in    17:11:53

13  your 1999 to 2001 work, correct?          17:11:57

14    A.   Yes, correct.              17:12:01

15    Q.   And you had reported -- I think we saw that  17:12:02

16  in the report.  And you had reported your findings in    17:12:05

17  a report, correct?                  17:12:07

18    A.   (Nods head).              17:12:09

19    Q.   And your understanding was that HCFA was    17:12:09

20  going to circulate that report to all 50 states,      17:12:11

21  correct?                      17:12:14

22    A.   That was our understanding, yes.      17:12:15