## EXHIBIT B

## Plaintiffs' List of Possible Deponents

### I.   Current and/or Former Employees of Defendants

| Possible Deponent | Reason(s) for Taking the Deposition[1] |
|---|---|
| Dey: Michael Ricks | Mr. Ricks is a sales representative with coverage in four states, Colorado, Nevada, Arizona and Utah, utilized the Reimbursement Comparison Worksheet and related tools in marketing the spread for drugs at issue. Mr. Ricks' deposition is scheduled to take place on January 8, 2009. |
| Dey: Ron Krumbach | Mr. Krumbach is a sales representative based in California in 1995, who used the multi-dose to unit-dose comparison worksheet to market the spread of the drugs at issue. Mr. Krumbach's deposition is scheduled to take place on January 21, 2009. |
| Dey: Steve Robertson | Mr. Robertson is a sales representative based in California from 1993-2004, attended the 1995 National Sales Meeting and used the marketing tools taught and distributed at the meeting, including the "profit gain" comparison sheet. Mr. Robertson's deposition is scheduled to take place on January 29, 2009. |
| Dey: Todd Galles | Mr. Galles, Senior Product Manager 1994-1999, involved with the marketing of Dey's drugs, had communications with CMS and Medi-Cal, and reported prices to Medi-Cal and publishing services (FDB). |
| Dey:  Carrie Jackson | Ms. Jackson, Contract Dept. Coordinator, and Marketing Services Coordinator, 1989-1995, directed to obtain Medicaid reimbursement information for 50 states, for Dey sales and marketing, also reported to Helen Burnham Selenati, Marketing Manager. |
| Dey:  Robert Mozak | Mr. Mozak, VP of Sales and Marketing from 1989. Mozak determined WAC and AWP prices and developed marketing strategies for the drugs at issue. |
| Dey:  Charles Rice | Mr. Rice, President and CEO, approved marketing strategies, pricing, rebates, chargebacks, and other discounts on the drugs at issue. |
| Dey: Helen Burnham Selenati | Ms. Selenati, Marketing Manager 1990-1995, involved with the marketing of drugs, communications with CMS and Medi-Cal, and reporting of prices to Medi-Cal and publishing services. |
| Dey:  Bruce Tipton | Mr. Tipton, National Sales Manager and Director of National Accounts, involved with the sales of Dey's drugs, marketing the spread, and related sales tools. |

---

[1] The reasons provided are illustrative and other reasons for seeking the depositions listed exist.

| **Possible Deponent** | **Reason(s) for Taking the Deposition[1]** |
|---|---|
| Dey: Ross Uhl | Mr. Uhl, National Account Manager, involved with Dey's national accounts, sales of drugs, and communications with customers. |
| Dey: Richard Upp | Mr. Upp, a sales rep in California, a Regional Sales Manager, and National Account Manager, involved with Dey's sales in California and nationwide. |
| Mylan: Hal Korman | Mr. Korman, currently the President of the North American division of Mylan, Inc., previously served as President of Mylan Pharmaceuticals Inc., as well as Senior Vice President of Mylan Laboratories, Inc. Mr. Korman was a recipient of many critical documents which support California's case. His deposition was originally noticed by the State of Texas and was scheduled to proceed on October 16, 2008. California cross-noticed the deposition. Mr. Korman's deposition did not proceed as noticed, as a result of Mylan's motion to quash. Recently the Court in the Texas, ordered Mr. Korman's deposition to proceed during the month of February 2009. California intends to participate. |
| Mylan: Heather Bresch | Ms. Bresch is currently Mylan's Executive Vice President and Chief Operating Officer since October 2007. Ms. Bresch joined Mylan in 1992, and held a number of management positions, including Director of Government Relations from March 2002 to February 2004, during which she was involved with many Medicaid-related issues. Her importance to California's case became apparent with the recent production of Generic Pharmaceutical Association (GPhA) documents. |
| Mylan: Drew Blowers | During the relevant time period, Mr. Blowers was a National Account Manager and later a Director of National Accounts at Mylan Pharmaceuticals, Inc. Mr. Blower's authored a number of emails and memoranda that support California's case against Mylan. On September 16, 2008, California requested assistance from Mylan's counsel in scheduling dates for Mr. Blowers' deposition. As a result of various calendaring issues, no date has been set for this deposition. |
| Mylan: Dan King | During the relevant time period, Mr. King was a National Account Manager and later a Director of National Accounts at Mylan Pharmaceuticals, Inc. Mr. King's authored a number of emails and memoranda that support California's case against Mylan. On September 16, 2008, California requested assistance from Mylan's counsel in scheduling dates for Mr. King's deposition. As a result of various calendaring issues, no date has been set for this deposition. |
| Sandoz: Frank Stiefel | Mr. Stiefel was the Senior Vice President of Sales for Sandoz. Mr. Stiefel was deposed on November 13, 2008, but the deposition was not completed. His continued deposition is currently scheduled to take place on January 27, 2009. |

| **Possible Deponent** | **Reason(s) for Taking the Deposition**[1] |
|---|---|
| Sandoz: Marie Cavanaugh | Ms. Cavanaugh was the director of marketing. Her name appears on numerous documents discussing customer issues, including profitability and reimbursement. |
| Sandoz: Stephen Greenstein | Mr. Greenstein is a national account manager. His name appears on numerous documents discussing customer issues, including pricing and reimbursement. |
| Sandoz: Frank Prybeck | Mr. Prybeck is the director of contract administration (finance department). It appears from documents that he was directly involved in customer pricing issues, invoicing, rebates and chargebacks. |
| Sandoz: Joe Renner | Mr. Renner was the chief operating officer. The vice presidents of sales and marketing reported directly to Mr. Renner. Deposition testimony and documents appear to indicate Mr. Renner attended meetings with Sandoz' customers regularly. |
| Sandoz: Karen Strelau | Ms. Strelau is the director of national accounts. Her name appears on numerous documents discussing customer issues, including pricing and reimbursement. |
| Sandoz: 30(b)(6) Designee | California has requested Sandoz provide a corporate designee to testify on the following topics: (1) Sandoz's knowledge and understanding of the laws, practices, and policies of California, or its Department of Health Services ("DHS") regarding reimbursement for the Identified Drugs, including Sandoz's knowledge and understanding concerning DHS' use of Sandoz's published AWPs or WACs. (2) Sandoz's belief, if any, that DRS approved of or acquiesced in Sandoz's practice of causing the publication of its AWPs for the Identified Drugs that were higher than actual average wholesale prices. (3) Sandoz's belief, if any, that DHS had knowledge of Sandoz's practice of causing the publication of its AWPs for the Identified Drugs that were higher than actual average wholesale prices. (4) Sandoz's belief, if any, that DHS approved of or acquiesced in Sandoz causing the Medi-Cal program to reimburse providers for the Identified Drugs in amounts significantly in excess of provider acquisition costs plus any dispensing fee. (5) The sales/transactional data provided by Sandoz to California. (6) Communications between Sandoz and California, including DHS, concerning reimbursement by California of any Identified Drug, or the AWP and WAC prices caused by Sandoz to be published for any of the Identified Drugs.<br><br>The parties have not been able to agree to the deposition as of yet. Negotiations are ongoing. |

| **Possible Deponent** | **Reason(s) for Taking the Deposition[1]** |
|---|---|
| Warrick: Janice Brennan | Ms. Brennan was a Senior Pricing and Medicaid Analyst for Schering-Plough Corporation, the parent company of Warrick Pharmaceuticals. California believes that she may offer relevant testimony regarding Warrick Pharmaceuticals' reporting practices to the pricing compendia.<br><br>California subpoenaed Ms. Brennan to appear in Short Hills, New Jersey for her deposition on November 10, 2008. Her deposition was postponed, however, due to a death in her family. |
| Warrick: Dan Valerio | Mr. Valerio was a Manager of Marketing Support Services for Schering-Plough Corporation, the parent company of Warrick Pharmaceuticals. California believes that, like Ms. Brennan, Mr. Valerio may have relevant information concerning Warrick's reporting practices to the pricing compendia.<br><br>California subpoenaed Mr. Valerio to appear in Short Hills, New Jersey for his deposition on November 11, 2008. His deposition was postponed along with Ms. Brennan's, however, so that their depositions could be taken at near the same time. |
| 30(b)(6) deposition of the Warrick Defendants | California seeks to depose corporate representatives who have knowledge of 1) the facts and circumstances supporting the Warrick Defendants' affirmative defense of consent and ratification; 2) the defendants' IT systems, including, among other things, descriptions of the various databases maintained by the defendants and the relationship between the two defendants' systems; 3) the defendants' pricing policies; and 4) the defendants' document retention and destruction policies. |

## II.     Possible Third-Party Witnesses

| **Possible Deponents** | **Reason(s) for Taking the Deposition** |
|---|---|
| GPhA: 30(b)(6) Designee | The 30(b)(6) deposition of the Generic Pharmaceutical Association took place on December 9, 2008, but was not completed. California is currently trying to obtain a date for the continuance of the deposition. |

- 4 -