# Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

HEATHER McDEVITT, Bar # HH9973

was duly admitted to practice in this Court on

JULY 11th, 1995, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York    on   DECEMBER 31st, 2008

J. Michael McMahon     by  _____
Clerk                          Deputy Clerk