UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) )    MDL No. 1456<br>Master File No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) )    Subcategory Case No. 06-11337 -PBS )    |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) )    Hon. Patti B. Saris ) )    Magistrate Judge Marianne B. Bowler |

**NOTICE OF APPEARANCE OF DEPUTY ATTORNEY GENERAL ANN WOOLFOLK ON BEHALF OF INTERESTED PARTY DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES AND MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) and paragraph 16 this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Deputy Attorney General A. Ann Woolfolk, be admitted pro hac vice to enter her appearance on behalf of Interested Party Delaware Department of Health and Social Services ("DHSS") in  the above captioned action.

Ms. Woolfolk is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission pro hac vice in accordance with the procedures set forth in this Court's Case Management Order No. 1. The Certificate attached as Exhibit 1 demonstrates that Ms. Woolfolk is a member in good standing of the Delaware Bar and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee was mailed to the Clerk of the court under separate  cover on Friday, January 2, 2009.

The DHSS seeks to appear in this Court as an interested party to oppose the Motion to

Compel Production of Documents Responsive to Subpoena (Master Docket #5776,  Subcategory

Docket #116) filed by Dey, Inc., Dey L.P., Inc., and Dey L.P.  A copy of DHSS's Opposition is

also attached (Exhibit 2), and will be filed promptly upon counsel's admission.

WHEREFORE, the undersigned counsel respectfully moves for Ms. Woolfolk's

admission to  practice before this Court pro hac vice.

<table>
<tr><td></td><td>Respectfully Submitted,</td></tr>
<tr><td></td><td>GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL<br>MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY</td></tr>
<tr><td>By:</td><td>/s/ Barbara Healy Smith<br>GEORGE B. HENDERSON, II<br>BARBARA HEALY SMITH<br>JAMES J. FAUCI<br>Assistant United States Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210</td></tr>
<tr><td>Dated: January 5, 2009</td><td>(617) 748-3298</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "Notice of
Appearance of Deputy Attorney General Ann Woolfolk on Behalf of Interested Party Delaware
Department of Health and Social Services and Motion for Admission Pro Hac Vice" to be served
on all counsel of record via electronic service.

<table>
<tr><td></td><td>/s/ Barbara Healy Smith<br>Barbara Healy Smith</td></tr>
<tr><td>Dated: January 5, 2009</td><td>Assistant United States Attorney</td></tr>
</table>