# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Assistant Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Aleph Ann Woolfolk** was admitted to practice as an attorney in the Courts of this State on **July 28, 1987,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 2nd day of January 2009.

Audrey F. Bacino
Assistant Clerk of the Supreme Court