UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL No. 1456 Master File No. 01-12257-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | ) ) ) ) | Subcategory Case No. 06-11337-PBS Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) | |

JANUARY 2009 STATUS REPORT OF THE UNITED STATES AND THE RELATOR
VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file the attached Status Report for January 2009, in accordance with the Court's June 17, 2004, Procedural Order.

| | United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. MDL Docket Number 06-11337 Original Jurisdiction: U. S. District Court Southern District of Florida | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Master Docket #5750 and Subcategory Docket #103)** Brief by United States of America Relating to the In Camera Submission of Documents following the Hearing on November 13, 2008.<br>    (12/18/2008) Judge Patti B. Saris: Electronic Order entered Referring to Magistrate Judge Marianne B. Bowler | |
| 2. | **(Master Docket #5795 and Subcategory Docket #130)** Consent Motion for Extension of Time to January 15, 2009 to File Objections and to Comply with Magistrate's Order (Master Docket #5795) by United States [re responses to requests for admissions] | |
| 3. | **(Master Docket #5797 and Subcategory Docket #131)** Objection by United States of America to the December 4, 2008 Order By Magistrate Judge Bowler. | |
| 4. | **(Master Docket #5810 and #5813 and Subcategory Docket #138 and #140)** Joint Motion to Compel Relief on Outstanding Deliberative Process Privilege Issues by Abbott Laboratories, Inc. And Memorandum | |

|  | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,** <br> **MDL Docket No. 05-11084-PBS** <br> **Original Jurisdiction: United States District Court, District of Massachusetts** | |
|---|---|---|
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Master Docket # 5725, #5726 and #5727 and Subcategory Docket #89, #90 and #91)** Motion to Compel the Production of Documents and supporting Memorandum and Declaration by Dey, Inc. [relating to the Georgia Department of Community Health] | |
| 2. | **(Master Docket # 5728, #5729 and #5730 and Subcategory Docket #92, #93 and #94)** Motion to Compel Luis Cobo and Ven-A-Care of the Florida Keys, Inc. to Produce Documents and supporting Memorandum and Declaration by Dey, Inc. <br><br> **(Master Docket #5780 and Subcategory Docket #120)** Assented to Motion for Extension of Time to December 30, 2008 to File Response/Reply <br><br> **(Master Docket #5806 and Subcategory Docket #134)** Assented to Motion for Extension of Time to January 9, 2009 to Respond to Dey, Inc.'s Motion to Compel Luis Cobo and Ven-A-Care of the Florida Keys, Inc. to Produce Documents by Luis E. Cobo. | |
| 3. | **(Master Docket #5765 and Subcategory Docket #111)** Motion to Extend the Production Deadline for the Limited Purpose of Receiving Medicaid Claims Data from States by Dey, Inc. <br><br> **(Master Docket #5800 and Subcategory Docket #132)** Memorandum in Opposition by United States | |
| 4. | **(Master Docket # 5770, #5771 and #5772 and Subcategory Docket #113, #114 and #115)** Motion to Compel Production of Documents and Rule 30(b)(6) Deposition of Colorado Department of Health Care and Financing and supporting Memorandum and Declaration by Dey, Inc. | |

3

| | | |
|---|---|---|
| 5. | **(Master Docket # 5776, #5777 and #5778 and Subcategory Docket #116, #117 and #118)** Motion to Compel Production of Documents Responsive to Subpoena and supporting Memorandum and Declaration by Dey, Inc. [re Delaware, North Carolina, Oklahoma, and South Dakota]<br><br>           **(Master Docket #5808 and Subcategory Docket #136**) Memorandum in Opposition by United States | |

| | | |
|---|---|---|
| | **United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,**<br>**MDL Docket No. 07-10248-PBS**<br>**Original Jurisdiction: United States District Court, District of Massachusetts** | |
| **Item No.** | **Pending Motions** | **Hearing Date** |
| 1. | **(Original Case Docket #78)**  Relator's Objections to the September 26, 2008 Order by the Magistrate Judge on the Roxane Defendants' Joint Motion to Compel Production of Relator Ven-a-care's Disclosure Statement and Any Subsequent Amendments<br><br>**(Original Case Docket #80)**  United States Objection to Order on Motion to Compel<br><br>           **(Original Case Docket #82)**  Roxane Defendants' Response by Boehringer Ingelheim to Objections<br><br>           **(Original Case Docket #87)** Relator's Assented to Motion for Leave to File Reply to Roxane Defendants' Response to Objections to the September 26, 2008 Order by the Magistrate Judge | |
| 2. | **(Original Case Docket #83 and #84)** United States' Motion for Leave to File Amended Complaint and Memorandum of Law<br><br>           **(Master Docket #5680 and Original Docket #93)** Objection by Boehringer Ingelheim Pharmaceuticals, Inc.<br><br>           **(Master Docket #5732 and Subcategory Docket #95)** United States' Reply Brief In Support Of Motion For Leave To File Amended Complaint | |

4

| | | |
|---|---|---|
| 3. | **(Master Docket #5672 and Subcategory Docket #63)** United States Motion for Clarification of Order By Magistrate Judge Dated October 29, 2008. [This pleading was also docketed as **Original Docket #92** (in Case No. 07-10248-PBS)] | |
| 4. | **(Master Docket # 5697 and #5698 and Subcategory Docket #78 and #79)** Motion to Compel Production of Documents and Rule 30(b)(6) Deposition of Kansas Health Policy Authority and Memorandum of Law in Support Thereof by Boehringer Ingelheim Pharmaceuticals, Inc., and Affidavit of John W. Reale in Support [These pleadings were also docketed as **Original Docket #96 and #97** (in Case No. 07-10248-PBS)] | |
| 5. | **(Master Docket # 5674, 5675 and 5676 and Subcategory Docket #65, #66 and #67)** Joint Motion for Appointment of a Special Master by Roxane Laboratories, Inc., Dey, Inc., Abbott Laboratories, Inc., Joint Statement of Counsel and Memorandum of Law<br><br>  (12/18/2008) Judge Patti B. Saris: Electronic Order entered Referring to Magistrate Judge Marianne B. Bowler | |
| 6. | **(Master Docket # 5678 and 5679 and Subcategory Docket #68 and #69)** United States Motion for Protective Order Regarding the Roxane Defendants' Rule 30(b)(6) Notice and Memorandum of Law<br><br>  **(Master Docket #5712 and Subcategory Docket #84)** Opposition filed by Boehringer Ingelheim Pharmaceuticals, Inc. | |

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL |

  /s   George B. Henderson                   /s    Gejaa Gobena

George B. Henderson, II  
Assistant U.S. Attorney  
John Joseph Moakley U.S. Courthouse  
Suite 9200, 1 Courthouse Way  
Boston, MA 02210  
Phone: (617) 748-3272  
Fax: (617) 748-3971  

Daniel R. Anderson  
Renée Brooker  
Justin Draycott  
Rebecca A. Ford  
Gejaa T. Gobena  
Civil Division  
Commercial Litigation Branch  
P. O. Box 261  
Ben Franklin Station  
Washington, D.C. 20044  
Phone: (202) 307-1088  
Fax: (202) 307-3852  

R. ALEXANDER ACOSTA  
UNITED STATES ATTORNEY  
SOUTHERN DISTRICT OF FLORIDA  

  /s Mark A. Lavine

Mark A. Lavine  
Ann St.Peter-Griffith  
Special Attorneys for the Attorney General  
99 N.E. 4th Street, 3rd Floor  
Miami, FL  33132  
Phone:  (305) 961-9003  
Fax: (305) 536-4101  

For the relator, Ven-A-Care of the Florida Keys, Inc.,

  /s   James J. Breen

James J. Breen  
Alison W. Simon  
The Breen Law Firm, P.A.  
3350 S.W. 148th Avenue, Suite 110  
Miramar, FL 33027  
Tel: (954) 874-1635  
Fax: (954) 874-1705  

January 5, 2009

CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "**JANUARY 2009 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                             /s/ Mark Lavine

Dated: January 5, 2009