UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et. al.*<br>*v.*<br>*Abbott Laboratories, et al.* | Judge Patti B. Saris |

**STIPULATION FOR SCHEDULING WITH RESPECT TO GLAXOSMITHKLINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, the City of New York, et al. in the above-captioned action and defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline ("GSK") hereby stipulate and agree to the following scheduling with respect to GSK's Motion For Partial Summary Judgment In The New York County Cases.

1. Plaintiffs' Opposition to the Motion for Partial Summary Judgment shall be due on or before Friday, January 30, 2009.

2. Defendant's Reply in Support of the Motion For Partial Summary Judgment shall be due on or before Friday, February 13, 2009.

3. Plaintiffs' Sur-Reply to the Motion For Partial Summary Judgment shall be due on or before Friday, February 27, 2009.

Dated: December 23, 2008

| KIRBY McINERNEY LLP | DECHERT LLP |
|---|---|
| By: /s/ Joanne M. Cicala<br>Joanne M. Cicala<br>825 Third Avenue<br>New York, NY 10022<br>Tel: (212) 371-6600<br>Email: jcicala@kmllp.com<br>*Counsel for Plaintiffs*<br>*The City of New York, et al.* | By: /s/ Frederick G. Herold<br>Frederick G. Herold<br>2440 W. El Camino Real/Suite 700<br>Mountain View, CA 94040<br>Tel: (650) 813-4800<br>Email: frederick.herold@dechert.com<br>*Counsel for Defendant SmithKline*<br>*Beecham Corp., d/b/a GalxoSmithKline*<br>*("GSK")* |

SO ORDERED: _____
              Chief Magistrate Judge Bowler

Date: _____

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service via LexisNexis File & Serve, pursuant to the Court's Case Management Order No. 2 on December 23, 2008.

                                              /s/ Aaron Hovan
                                              KIRBY McINERNEY LLP