UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.* <br><br> Civil Action No. 05-11084-PBS | MDL No. 1456 <br><br> Master File No. 01-CV-12257 <br> Subcategory Case. No. 06-11337 <br><br> Hon. Patti B. Saris |

## DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT FOR ITS MOTION TO EXTEND THE DEADLINE FOR THE LIMITED PURPOSE OF RECEIVING MEDICAID CLAIMS DATA FROM STATES

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey"), seek leave of the Court to file a reply in further support of its Motion to Extend the Deadline for the Limited Purpose of Receiving Medicaid Claims Data From the States. Counsel for Dey has conferred with counsel for Plaintiffs, who has indicated that Plaintiffs consents to this motion. The proposed Memorandum of Law in Further Support to Extend the Deadline for the Limited Purpose of Receiving Medicaid Claims Data From the States and supporting Declaration are annexed hereto as Exhibits 1 and 2, respectively.

Dated: January 6, 2009

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s/ Neil Merkl
    Paul F. Doyle (BBO # 133460)
    Sarah L. Reid *(pro hac vice)*

William A. Escobar *(pro hac vice)*
Neil Merkl *(pro hac vice)*
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897

*Attorneys for Defendants Dey, Inc.
Dey, L.P., and Dey, L.P., Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I certify that, on December 23, 2008, I consulted with counsel for Plaintiffs, who indicated that Plaintiffs consented to this motion.

_____
Douglas E. Julie

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 6, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Neil Merkl
Neil Merkl