# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456  Master File No.: 01-CV-12257-PBS Sub-docket No. 07-12141 |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

## JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER

The parties in the above-captioned action jointly move this Court for entry of the proposed Iowa Case Management Order, attached hereto as Exhibit A, reflecting the Judge Bowler's rulings during the December 16, 2008 hearing on this matter.

Dated January 7, 2009

Respectfully submitted,

/s/ Shamir Patel
Shamir Patel
J. Andrew Jackson
Tina Reynolds
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006
(202) 420-2728

*Counsel for Baxter Healthcare Corporation and Baxter Healthcare Inc. on behalf of all Defendants*

DSMDB-2551192v01

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on January 7, 2009, for posting and notification to all parties.

/s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200

DSMDB-2551192v01