**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | |
| *State of Iowa v. Abbott Laboratories, et al.* | |
| Subcategory Docket No. 07-12141-PBS | |

**STIPULATION IDENTIFYING PREVIOUSLY FILED DOCUMENTS**
**IN IOWA AWP CASE**

In accordance with Case Management Order No. 35, the undersigned parties stipulate that all of the documents listed in Appendix A, which were previously filed in the MDL 1456 master docket, should also be reflected in the subcategory docket No. 07-12141-PBS for the above referenced litigation.

Case 1:01-cv-12257-PBS   Document 5825   Filed 01/07/09   Page 2 of 14

2

| | |
|---|---|
| Dated: January 8, 2009 | Respectfully submitted, |
| /s/ James P. Carroll Jr. | /s/ Tina D. Reynolds |
| Joanne M. Cicala | Merle M. DeLancey |
| James P. Carroll Jr | Tina D. Reynolds |
| Aaron D. Hovan | Dickstein Shapiro LLP |
| Kirby McInerney LLP | 1825 "Eye" St., N.W. |
| 830 Third Avenue | Washington, DC 20006 |
| New York, New York 10022 | (202) 420-4800 |
| (212) 371-6600 | |
| | Peter Gelhaar |
| *Special Counsel to the State of Iowa* | Donnelly, Conroy & Gelhaar LLP |
| | One Beacon Street |
| | 33rd Floor |
| TOM MILLER, ATTORNEY GENERAL | Boston, MA  02108 |
| FOR THE STATE OF IOWA | (617) 720-2880 |
| | |
| C. Roderick Reynolds | *Counsel for Defendant Baxter Healthcare* |
| J. Bradley Horn | *Corporation on behalf of all Defendants* |
| Assistant Attorneys General | |
| Iowa Department of Justice | |
| 1305 E. Walnut St. | |
| Hoover Bldg., 2nd Floor | |
| Des Moines, IA  50319 | |
| (515) 281-4055 | |

## CERTIFICATE OF SERVICE

I, James P Carroll Jr., certify that on January 8, 2009, I caused a true and correct copy of the foregoing Stipulation Identifying Previously Filed Documents in the Iowa AWP Case to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

/s/  James P Carroll Jr.

CH1 4500145v.1

# APPENDIX A

|  |  | **AWP ECF Iowa Docket Entries** |
|---|---|---|
| **Date** | **Docket #** | **Docket Text** |
| 7/23/2002 | 135 | Judge Patti B. Saris. Case Management Order No. 2 entered. cc/cl [EOD Date 7/23/02] (ms) (Entered: 07/23/2002) |
| 10/28/2002 | 161 | Judge Patti B. Saris. Case Management Order No 5 entered Automatic disclosures by 11/15/02 or w/in 30 days of service. By Dec 16, 2002 deft shall produce following categories of documents; Existing or previous Investigations, Other legal proceedings. Discovery shall be stayed until such time as the court has conducted the hearing. the parties shall submit to the court a discovery plan..the court will schedule a rule 16(b) conference to consider the proposed discovery plan. cc/cl. [EOD Date 10/30/02] (ms) (Entered: 10/30/2002) |
| 12/13/2002 |  | Judge Patti B. Saris. Endorsed Order entered granting [275-1] joint motion for protective order. Allowed, subject to the courts modification. cc/cl [EOD Date 12/16/02] (ms) (Entered: 12/16/2002) |
| 10/8/2003 | 576 | Judge Patti B. Saris : Case Management ORDER No 8 entered (Simeone, Maria) (Entered: 10/10/2003) |
| 11/17/2003 | 612 | Judge Patti B. Saris : Case Management ORDER #9 entered: re 601 MOTION for entry of case managment #9 filed by All Defendants. The parties will identify the State Court Cases that are pending as pf the date of this order including the name of the Judge and phone number at the court...(Simeone, Maria) (Entered: 11/19/2003) |
| 2/11/2004 | 712 | Judge Patti B. Saris : ORDER entered. The Court ORDERS that Electronic Filing is MANDATORY in this action as of February 23,2004. For Information as to how to enroll, Please check the Courts Web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm (Simeone, Maria) (Entered: 02/12/2004) |
| 3/25/2004 | 756 | Judge Patti B. Saris : Case Management ORDER No. 10 entered. "Discovery, motion practice and trial shall occur in two phases. Phase 1 shall consist of a 'fast track' in which five Defendants will litigate all phases of the case through summary judgment....Phase 2 shall consist of a 'regular track'. The case is referred to Chief Magistrate Judge Bowler for case management and all non-dispositive matters." (Patch, Christine) (Entered: 03/25/2004) |

| | | |
|---|---|---|
| 4/8/2004 | 772 | Judge Patti B. Saris : ORDER entered: Case Management No. 11 re 765 MOTION for Clarification CMO 10. "I clarify that CMO 10 is applicable to the actions brought by governmental plaintiffs to the extent the defendants are common to the AMCC. I modify the order to exclude the thirteen county defendants (?the thirteen who want out?) until I rule on the motions to dismiss. My goal is to coordinate document production and depositions on issues common to all actions to the extent feasible. ?When I rule on the motions to dismiss, I will issue a separate case management order in the state/county cases..."(Patch, Christine) (Entered: 04/08/2004) |
| 6/8/2004 | 865 | Judge Patti B. Saris : ORDER entered Stipulated Protective Order Governing Confidential Health Information(Patch, Christine) (Entered: 06/09/2004) |
| 6/17/2004 | 869 | Judge Patti B. Saris: PROCEDURAL ORDER entered. On the first day of each month, the parties are to provide the Court with a status report which includes a chart depicting the status of all pending motions to date. The status report shall conform with the format of a similar report filed with the Court on March 5, 2004 (Doc. #735). (Alba, Robert) (Entered: 06/17/2004) |
| 12/11/2007 | 4939 | Joint MOTION Set Dates and Briefing Schedule for Defendants' Responsive Pleadings (Iowa) by Baxter Healthcare Corporation. (Attachments: # 1 Text of Proposed Order Proposed Order)(Patel, Shamir) (Entered: 12/11/2007) |
| 1/10/2008 | 4990 | Consent MOTION for Extension of Time to 02/20/2008 to File Response/Reply Reponsive Pleadings (Iowa) by Baxter Healthcare Corporation. (Attachments: # 1 Text of Proposed Order)(Patel, Shamir) (Entered: 01/10/2008) |
| 2/14/2008 | 5044 | Consent MOTION for Extension of Time to 30 days after the State advises Bayer of its determination regarding whether it will voluntarily dismiss Bayer, but in no event later than May 1, 2008 to File Answer to the State of Iowa's Complaint by Bayer Corporation. (Attachments: # 1 Text of Proposed Order)(Raskin, Richard) (Entered: 02/14/2008) |
| 2/19/2008 | 5061 | STIPULATION AND AGREEMENT by State of Iowa. (Cicala, Joanne) (Entered: 02/19/2008) |
| 2/19/2008 | 5062 | NOTICE of Voluntary Dismissal by State of Iowa (Cicala, Joanne) (Entered: 02/19/2008) |
| 2/20/2008 | 5067 | MOTION to Dismiss by Astrazeneca Pharmaceuticals LP.(Schmeckpeper, Katherine) (Entered: 02/20/2008) |
| 2/20/2008 | 5068 | MEMORANDUM in Support re 5067 MOTION to Dismiss filed by Astrazeneca Pharmaceuticals LP. (Schmeckpeper, Katherine) (Entered: 02/20/2008) |
| 2/20/2008 | 5069 | AFFIDAVIT of Stuart Fullerton in Support re 5067 MOTION to Dismiss filed by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A)(Schmeckpeper, Katherine) (Entered: 02/20/2008) |
| 2/20/2008 | 5070 | MOTION to Dismiss Defendant Amgen Inc.'s Individual Motion to Dismiss and Memorandum of Law in Support Thereof by Amgen Inc..(Walker, Jennifer) (Entered: 02/20/2008) |

4

| Date | No. | Description |
|---|---|---|
| 2/20/2008 | 5071 | MOTION to Dismiss Defendant Eli Lilly's Individual Motion to Dismiss and Supporting Memorandum by Eli Lilly and Company.(Davis, William) (Entered: 02/20/2008) |
| 2/20/2008 | 5072 | MOTION to Dismiss by Chiron.(Smith, D.) (Entered: 02/20/2008) |
| 2/20/2008 | 5073 | MEMORANDUM in Support re 5072 MOTION to Dismiss filed by Chiron. (Smith, D.) (Entered: 02/20/2008) |
| 2/20/2008 | 5074 | MOTION to Dismiss Plaintiff's Complaint by Greenstone LTD, Pharmacia Corporation.(Smith, Mark) (Entered: 02/20/2008) |
| 2/20/2008 | 5075 | MOTION to Dismiss Plaintiff's Complaint by Pfizer Inc..(Smith, Mark) (Entered: 02/20/2008) |
| 2/20/2008 | 5076 | MOTION to Dismiss by Smithkline Beecham Corp..(French, Brian) (Entered: 02/20/2008) |
| 2/20/2008 | 5077 | MEMORANDUM in Support re 5076 MOTION to Dismiss filed by Smithkline Beecham Corp.. (Attachments: # 1 Exhibit)(French, Brian) (Entered: 02/20/2008) |
| 2/20/2008 | 5078 | MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) by Baxter Healthcare Corporation. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Shamir Patel, # 3 Exhibit A & B, # 4 Exhibit C - E, # 5 Exhibit F & G, # 6 Exhibit H Part 1, # 7 Exhibit H Part 2, # 8 Exhibit I - J, # 9 Exhibit K, # 10 Exhibit L, # 11 Exhibit M Part 1, # 12 Exhibit M Part 2, # 13 Exhibit M Part 3, # 14 Exhibit N, # 15 Exhibit O-Q, # 16 Exhibit R & S)(Patel, Shamir). Please note: Memorandum in Support should have been filed as a separate event and has been re-docketed as Document No. 5083. Modified on 2/21/2008 (Patch, Christine). (Entered: 02/20/2008) |
| 2/20/2008 | 5079 | MOTION to Dismiss Complaint of the State of Iowa and Memorandum of Law in Support Thereof by Endo Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit)(Fauvre, David) (Entered: 02/20/2008) |
| 2/20/2008 | 5080 | MOTION to Dismiss by Purdue Pharma Company, Purdue Pharma, L.P., Purdue Frederick Company.(Schechter, Lori) (Entered: 02/20/2008) |
| 2/20/2008 | 5081 | MOTION to Dismiss by Boehringer Ingelheim Corp..(Gortner, Eric) (Entered: 02/20/2008) |
| 2/20/2008 | 5082 | MOTION and Supporting Memorandum to Dismiss Iowa's Complaint or, in the Alternative, Stay Discovery, Because Iowa Failed in Good Faith to Plead that Lilly Falsely Reported Inflated Prices for its Drugs ( Responses due by 3/5/2008) by Eli Lilly and Company. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 02/21/2008) |
| 2/20/2008 | 5083 | MEMORANDUM in Support re 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) filed by Baxter Healthcare Corporation. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 02/21/2008) |

| | | |
|---|---|---|
| 2/21/2008 | 5085 | DECLARATION re 5078 MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)* MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)* MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)* by Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A & B, # 2 Exhibit C - E, # 3 Exhibit F & G, # 4 Exhibit H Part 1, # 5 Exhibit H Part 2, # 6 Exhibit I & J, # 7 Exhibit K, # 8 Exhibit L, # 9 Exhibit M Part 1, # 10 Exhibit M Part 2, # 11 Exhibit M Part 3, # 12 Exhibit N, # 13 Exhibit O - Q, # 14 Exhibit R & S)(Patel, Shamir) (Entered: 02/21/2008) |
| 3/4/2008 | 5122 | Consent MOTION for Briefing Schedule Regarding Defendants' Motion to Dismiss the Iowa Complaint by State of Iowa.(Cicala, Joanne) (Entered: 03/04/2008) |
| 3/6/2008 | 5126 | Consent MOTION for Extension of Time to April 9, 2008 to (for Bayer to) Answer or Otherwise Plead by State of Iowa.(Cicala, Joanne) (Entered: 03/06/2008) |
| 3/21/2008 | 5158 | MOTION to Dismiss Supplemental Memorandum in Support of Defendants' Motion to Dimiss by TAP Pharmaceutical Products Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Errata D, # 5 Exhibit E, # 6 Exhibit F)(Citera, Toni-Ann) (Entered: 03/21/2008) |
| 3/21/2008 | 5159 | Supplemental MEMORANDUM in Support re 4497 Joint MOTION to Dismiss MOTION FOR DISMISSAL OF TAP PHARMACEUTICAL PRODUCTS INC. filed by TAP Pharmaceutical Products Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 03/24/2008) |
| 3/28/2008 | 5171 | MEMORANDUM in Opposition re 5082 MOTION to Dismiss MOTION to Stay, 5074 MOTION to Dismiss Plaintiff's Complaint, 5071 MOTION to Dismiss Defendant Eli Lilly's Individual Motion to Dismiss and Supporting Memorandum, 5080 MOTION to Dismiss, 5081 MOTION to Dismiss, 5072 MOTION to Dismiss, 5158 MOTION to Dismiss Supplemental Memorandum in Support of Defendants' Motion to Dimiss, 5075 MOTION to Dismiss Plaintiff's Complaint, 5067 MOTION to Dismiss, 5079 MOTION to Dismiss Complaint of the State of Iowa and Memorandum of Law in Support Thereof, 5070 MOTION to Dismiss Defendant Amgen Inc.'s Individual Motion to Dismiss and Memorandum of Law in Support Thereof, 5076 MOTION to Dismiss STATE OF IOWAS OMNIBUS OPPOSITION TO VARIOUS DEFENDANTS INDIVIDUAL MOTIONS TO DISMISS filed by State of Iowa. (Cicala, Joanne) (Entered: 03/28/2008) |
| 3/28/2008 | 5172 | Memorandum in Opposition re 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) filed by State of Iowa. (Cicala, Joanne) Modified on 3/31/2008 (Patch, Christine). (Entered: 03/28/2008) |
| 4/9/2008 | 5203 | NOTICE by Bayer Corporation of Joining Certain Defendants Motion to Dismiss the Complaint (Raskin, Richard) (Entered: 04/09/2008) |

| | | |
|---|---|---|
| 4/18/2008 | 5225 | REPLY to Response to 5067 MOTION to Dismiss filed by Astrazeneca Pharmaceuticals LP. (Schmeckpeper, Katherine) (Entered: 04/18/2008) |
| 4/18/2008 | 5226 | DECLARATION *in Support of Defendants AstraZeneca Pharmaceuticals LP's and AstraZeneca LP's Individual Reply Memorandum of Law in Further Support of their Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A (part 1), # 2 Exhibit A (part 2))(Schmeckpeper, Katherine) (Entered: 04/18/2008) |
| 4/18/2008 | 5227 | REPLY to Response to 5080 MOTION to Dismiss Reply in Support of Individual Motion to Dismiss filed by Purdue Pharma Company, Purdue Pharma, L.P., Purdue Frederick Company. (Schechter, Lori) (Entered: 04/18/2008) |
| 4/18/2008 | 5228 | REPLY to Response to 5072 MOTION to Dismiss filed by Chiron. (Smith, D.) (Entered: 04/18/2008) |
| 4/18/2008 | 5229 | REPLY to Response to 5075 MOTION to Dismiss Plaintiff's Complaint filed by Pfizer Inc.. (Attachments: # 1 Exhibit Exhibit A)(Smith, Mark) (Entered: 04/18/2008) |
| 4/18/2008 | 5230 | REPLY to Response to 5070 MOTION to Dismiss Defendant Amgen Inc.'s Individual Motion to Dismiss and Memorandum of Law in Support Thereof filed by Amgen Inc.. (Walker, Jennifer) (Entered: 04/18/2008) |
| 4/18/2008 | 5231 | MOTION to Dismiss Individual Reply Memo in Support of Motion to Dismiss by Eli Lilly and Company.(Davis, William) (Entered: 04/18/2008) |
| 4/18/2008 | 5233 | REPLY to Response to 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) filed by Baxter Healthcare Corp.. (Patel, Shamir) (Entered: 04/18/2008) |
| 4/18/2008 | 5234 | DECLARATION re 5233 Reply to Response to Motion, *Declaration of Shamir Patel* by Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A)(Patel, Shamir) (Entered: 04/18/2008) |
| 4/18/2008 | 5235 | REPLY to Response to 5081 MOTION to Dismiss Separate Reply Memorandum of Defendant Boehringer Ingelheim Corporation in Support of its Motion to Dismiss filed by Boehringer Ingelheim Corp.. (Casazza, Lauren) (Entered: 04/18/2008) |
| 4/18/2008 | 5236 | REPLY to Response to 5074 MOTION to Dismiss Plaintiff's Complaint filed by Pharmacia Corporation, Greenstone, Ltd.. (Smith, Mark) (Entered: 04/18/2008) |
| 4/18/2008 | 5237 | Response by TAP Pharmaceutical Products Inc to 5171 Memorandum in Opposition to Motion,,,. (Citera, Toni-Ann) (Entered: 04/18/2008) |
| 4/18/2008 | 5238 | REPLY to Response to 5079 MOTION to Dismiss Complaint of the State of Iowa and Memorandum of Law in Support Thereof filed by Endo Pharmaceuticals, Inc.. (Fauvre, David) (Entered: 04/18/2008) |

7

| Date | Doc # | Description |
|---|---|---|
| 4/18/2008 | 5246 | REPLY Memorandum in Support of 5082 MOTION to Dismiss, or in the Alternative, to Stay filed by Eli Lilly and Company. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 04/22/2008) |
|  |  |  |
| 5/9/2008 | 5288 | SUR-REPLY to Motion re 5082 MOTION to Dismiss MOTION to Stay, 5074 MOTION to Dismiss *Plaintiff's Complaint*, 5071 MOTION to Dismiss *Defendant Eli Lilly's Individual Motion to Dismiss and Supporting Memorandum*, 5080 MOTION to Dismiss, 5081 MOTION to Dismiss, 5072 MOTION to Dismiss, 5075 MOTION to Dismiss *Plaintiff's Complaint*, 5067 MOTION to Dismiss, 5078 MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)* MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)* MOTION to Dismiss *Certain Defendants' Motion to Dismiss the Complaint (Iowa)*, 5079 MOTION to Dismiss *Complaint of the State of Iowa and Memorandum of Law in Support Thereof*, 5070 MOTION to Dismiss *Defendant Amgen Inc.'s Individual Motion to Dismiss and Memorandum of Law in Support Thereof [Omnibus Sur-Reply to Various Defendants' Individual Motions to Dismiss]* filed by State of Iowa. (Cicala, Joanne) (Entered: 05/09/2008) |
| 5/9/2008 | 5289 | SUR-REPLY to Motion re 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa) [Plaintiff's Sur-Reply Memorandum of Law in Further Opposition to Certain Defendants' Motion to Dismiss the Complaint] filed by State of Iowa. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cicala, Joanne) (Entered: 05/09/2008) |
| 5/12/2008 | 5293 | STIPULATION and (Proposed) Order of Stay at to BMS (Iowa) by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 05/12/2008) |
|  |  |  |
| 6/6/2008 | 5364 | SUR-REPLY to Motion re 5158 MOTION to Dismiss Supplemental Memorandum in Support of Defendants' Motion to Dimiss by TAP Pharmaceuticals filed by State of Iowa. (Cicala, Joanne) (Entered: 06/06/2008) |

| | | |
|---|---|---|
| 6/26/2008 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 6/26/2008 re 5074 MOTION to Dismiss Plaintiff's Complaint, 5076 MOTION to Dismiss, 5072 MOTION to Dismiss, 5080 MOTION to Dismiss, 5070 MOTION to Dismiss Defendant Amgen Inc.'s Individual Motion to Dismiss and Memorandum of Law in Support Thereof, 5067 MOTION to Dismiss, 5079 MOTION to Dismiss Complaint of the State of Iowa and Memorandum of Law in Support Thereof, 5082 MOTION to Dismiss MOTION to Stay, 5081 MOTION to Dismiss, 5075 MOTION to Dismiss Plaintiff's Complaint, 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa). (Court Reporter: Lee Marzilli.)(Attorneys present: various) (Alba, Robert) Modified on 6/30/2008 to correct clerical error which included motion #5189 as part of the hearing.(Alba, Robert). (Entered: 06/26/2008) |
| 7/9/2008 | 5435 | STIPULATION of Dismissal *(Iowa)* by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 07/09/2008) |
| 7/11/2008 | 5441 | NOTICE by Baxter Healthcare Corp. Defendants' Notice of Supplemental Authority (Attachments: # 1 Exhibit A: Transcript of June 26, 2008 Iowa Motion to Dismiss Hearing, # 2 Exhibit B: Iowa Tobacco Litigation Petition, # 3 Exhibit C: Iowa Tobacco Litigation Motion to Dismiss Ruling)(Patel, Shamir) (Entered: 07/11/2008) |
| 7/15/2008 | | Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT granting 5435 Stipulation of Dismissal (Iowa) filed by Bristol-Myers Squibb Company (Patch, Christine) (Entered: 07/16/2008) |
| 7/21/2008 | 5453 | Joint MOTION for Extension of Time to August 1, 2008 to Submit Proposed Case Management Order by State of Iowa.(Cicala, Joanne) (Entered: 07/21/2008) |
| 7/22/2008 | 5459 | SUR-REPLY to Motion re 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa), filed by State of Iowa. (Attachments: # 1 Exhibit A to the State of Iowa Submission Regarding Certification, # 2 Exhibit B to State of Iowa's Submission Regarding Certification, # 3 Exhibit C to State of Iowa's Submission Regarding Certification, # 4 Exhibit D to State of Iowa's Submission Regarding Certification, # 5 Exhibit E to State of Iowa's Submission Regarding Certification, # 6 Exhibit F to State of Iowa's Submission Regarding Certification, # 7 Exhibit G to State of Iowa Submission Regarding Certification, # 8 Exhibit H to State of Iowa Submission Regarding Certification, # 9 Exhibit I to State of Iowa Submission Regarding Certification, # 10 Exhibit J to State of Iowa Submission Regarding Certification)(Cicala, Joanne) Modified on 7/23/2008 (Patch, Christine). (Entered: 07/22/2008) |

| Date | Doc # | Description |
|---|---|---|
| 7/25/2008 | 5463 | RESPONSE to Motion re 5078 Certain Defendants' Motion to Dismiss the Complaint (Iowa) Defendants' Response to the State of Iowa's Submission Regarding Certification filed by Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A-C Defendants' Response to State of Iowa's Submission Regarding Certification)(Patel, Shamir) Modified on 7/28/2008 (Patch, Christine). (Entered: 07/25/2008) |
| 8/1/2008 | 5484 | Joint MOTION for Extension of Time to August 8, 2008 to File Proposed CMO by State of Iowa.(Cicala, Joanne) (Entered: 08/01/2008) |
| 8/8/2008 | 5495 | Defendants' Motion for Entry of Iowa Case Management Order by Baxter Healthcare Corp.. (Attachments: # 1 Exhibit A: Proposed Iowa Case Management Order)(Patel, Shamir) Modified on 8/11/2008 (Patch, Christine). (Entered: 08/08/2008) |
| 8/14/2008 | 5501 | MOTION for Order to Enter Iowa Case Management Order (This is a re-filing of the motion filed and served on Aug. 8, 2008 but does not appear on ECF docket) by State of Iowa. (Attachments: # 1 Text of Proposed Order [Proposed] Iowa Case Management Order No. ___)(Cicala, Joanne) (Entered: 08/14/2008) |
| 8/19/2008 | 5505 | Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, granting in part and denying in part 5078 MOTION to Dismiss Certain Defendants' Motion to Dismiss the Complaint (Iowa), filed by Baxter Healthcare Corporation.(Patch, Christine) (Entered: 08/19/2008) |
| 8/27/2008 |  | Judge Patti B. Saris: Electronic ORDER entered REFERRING 5501 Plaintiff's MOTION for Order to Enter Iowa Case Management Order, and 5495 Defendants' MOTION for Entry of Iowa Case Management Order to Magistrate Judge Marianne B. Bowler. (Alba, Robert) Motions referred to Marianne B. Bowler. (Entered: 08/27/2008) |
| 8/27/2008 | 5523 | Consent MOTION for Extension of Time to September 18, 2008 to File Answer to Iowa Complaint by Baxter Healthcare Corp..(Patel, Shamir) (Entered: 08/27/2008) |
| 8/29/2008 |  | Judge Patti B. Saris: Electronic ORDER entered granting 5523 Motion for Extension of Time to Answer Iowa Complaint. Baxter Healthcare Corp. answer due 9/18/2008. (Patch, Christine) (Entered: 09/02/2008) |
| 9/17/2008 | 5555 | Affirmative Defenses and ANSWER to Complaint of the State of Iowa by Medimmune, Inc..(Schmidtlein, John) (Entered: 09/17/2008) |
| 9/17/2008 | 5557 | *Eli Lilly's* ANSWER to Complaint *of the State of Iowa* by Eli Lilly and Company.(Davis, William) (Entered: 09/17/2008) |
| 9/18/2008 | 5558 | ANSWER to Complaint with Jury Demand *State of Iowa v. Abbott Laboratories Inc. et al* by Watson Pharmaceuticals, Inc., Watson Pharma, Inc..(Koski, Katy) (Entered: 09/18/2008) |
| 9/18/2008 | 5559 | ANSWER to Complaint with Jury Demand *State of Iowa v. Abbott Laboratories Inc. et al* by Ethex Corporation.(Moore, C.) (Entered: 09/18/2008) |

| Date | Doc # | Description |
|---|---|---|
| 9/18/2008 | 5560 | ANSWER to Complaint *(The Johnson & Johnson Defendants' Answer and Affirmative Defenses to The State of Iowa's Complaint)* by Johnson & Johnson.(Schau, Andrew) (Entered: 09/18/2008) |
| 9/18/2008 | 5561 | ANSWER to Complaint (Baxter Healthcare's Answer and Affirmative Defenses to the State of Iowa's Complaint) by Baxter Healthcare Corp..(Patel, Shamir) (Entered: 09/18/2008) |
| 9/18/2008 | 5562 | ANSWER to Complaint (Baxter International's Answer and Affirmative Defenses to the State of Iowa's Complaint) by Baxter International, Inc..(Patel, Shamir) (Entered: 09/18/2008) |
| 9/18/2008 | 5563 | ANSWER to Complaint with Jury Demand (Answer & Affirmative Defenses of Abbott Laboratories Inc. to the State of Iowa's Complaint) by Abbott Laboratories, Inc..(Fumerton, Tara) (Entered: 09/18/2008) |
| 9/18/2008 | 5564 | ANSWER to Complaint *(Answer and Affirmative Defenses of Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. to the State of Iowa's Complaint)* by Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc..(Boone, Andrew) (Entered: 09/18/2008) |
| 9/18/2008 | 5565 | Answer and Affirmative Defenses of Alpharma Inc. ANSWER to Complaint (State of Iowa Complaint) by Alpharma, Inc..(Ellison, James) (Entered: 09/18/2008) |
| 9/18/2008 | 5566 | ANSWER to Complaint (ANSWER AND AFFIRMATIVE DEFENSES TO THE STATE OF IOWAS COMPLAINT) by Teva Pharmaceuticals USA, Inc., Novapharm USA, Inc., Sicor, Inc..(Levy, Jennifer) (Entered: 09/18/2008) |
| 9/18/2008 | 5567 | ANSWER to Complaint (ANSWER AND AFFIRMATIVE DEFENSES TO THE STATE OF IOWAS COMPLAINT) by Ivax Pharmaceuticals, Inc., Ivax Corporation.(Levy, Jennifer) (Entered: 09/18/2008) |
| 9/18/2008 | 5568 | Bayer's ANSWER to Complaint of the State of Iowa by Bayer Corp..(Raskin, Richard) (Entered: 09/18/2008) |
| 9/18/2008 | 5569 | ANSWER to Complaint with Jury Demand (Answer and Affirmative Defenses to the State of Iowa's Complaint by Schering-Plough Corporation, Schering Corporation, Warrick Pharmaceuticals Corporation.(Nemirow, Kim) (Entered: 09/18/2008) |
| 9/18/2008 | 5570 | ANSWER to Complaint (Answer and Affirmative Defenses of Ben Venue Laboratories, Inc. to the State of Iowa's Complaint) by Ben Venue Laboratories Inc..(Casazza, Lauren) (Entered: 09/18/2008) |
| 9/18/2008 | 5571 | ANSWER to Complaint (Answer and Affirmative Defenses of Boehringer Ingelheim Pharmaceuticals, Inc. to the State of Iowa's Complaint) by Boehringer Ingelheim Pharmaceuticals, Inc..(Casazza, Lauren) (Entered: 09/18/2008) |
| 9/18/2008 | 5572 | ANSWER to Complaint (Answer and Affirmative Defenses of Boehringer Ingelheim Roxane, Inc. to the State of Iowa's Complaint) by Boehringer Ingelheim Roxane, Inc.(Casazza, Lauren) (Entered: 09/18/2008) |

| | | |
|---|---|---|
| 9/18/2008 | 5573 | Aventis Pharmaceuticals Inc. Affirmative Defenses and ANSWER to Complaint of State of Iowa by Aventis Pharmaceuticals Inc..(Koon, Michael) (Entered: 09/18/2008) |
| 9/18/2008 | 5574 | Answer and Affirmative Defenses of Wyeth and Wyeth Pharmaceuticals, Inc. to the State of Iowa's Complaint ANSWER to Complaint by Wyeth.(Davidson, Kelly) (Entered: 09/18/2008) |
| 9/18/2008 | 5575 | ANSWER to Complaint and Affirmative Defenses to the State of Iowa's Complaint by Immunex Corp..(O'Sullivan, Kathleen) (Entered: 09/18/2008) |
| 9/18/2008 | 5576 | ANSWER to Complaint (Answer and Affirmative Defenses of Sandoz Inc. to the State of Iowa's Complaint) by Sandoz, Inc..(Gallagher, Michael) (Entered: 09/18/2008) |
| 9/18/2008 | 5577 | ANSWER to Complaint of the State of Iowa by Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., Mylan Inc..(Robben, Philip) (Entered: 09/18/2008) |
| 9/18/2008 | 5578 | ANSWER to Complaint Answer and Affirmative Defenses of Amgen Inc. to the State of Iowa's Complaint by Amgen Inc..(Walker, Jennifer) (Entered: 09/18/2008) |
| 9/18/2008 | 5579 | Purepac Pharmaceutical Co. Affirmative Defenses and ANSWER to Complaint of the STATE OF IOWA by Purepac Pharmaceutical Co..(Ellison, James) (Entered: 09/18/2008) |
| 9/18/2008 | 5580 | ANSWER to Complaint of the State of Iowa by Dey Inc., Dey LP.(Robben, Philip) (Entered: 09/18/2008) |
| 9/18/2008 | 5582 | Affirmative Defenses and ANSWER to Complaint of the State of Iowa by Chiron.(Smith, D.) (Entered: 09/18/2008) |
| 9/18/2008 | 5584 | ANSWER to Complaint of the State of Iowa by Novartis Pharmaceuticals Corporation.(Coffey, Melissa) (Entered: 09/18/2008) |
| 9/18/2008 | 5585 | Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc. Affirmative Defenses and ANSWER to Complaint of State Of Iowa by Forest Laboratories, Inc..(Venaglia, Peter) (Entered: 09/18/2008) |
| 9/18/2008 | 5586 | ANSWER to Complaint (Answer and Affirmative Defenses of Merck & Co., Inc. to the State of Iowa's Complaint) by Merck & Co, Inc..(Townsend, John) (Entered: 09/18/2008) |
| 9/18/2008 | 5587 | ANSWER to Complaint by Barr Laboratories, Inc..(Sullivan, Michael) (Entered: 09/18/2008) |
| 9/18/2008 | 5588 | Affirmative Defenses and ANSWER to Complaint of the State of Iowa by Greenstone LTD, Pharmacia Corp..(Smith, Mark) (Entered: 09/18/2008) |
| 9/18/2008 | 5589 | Answer and Affirmative Defenses of SmithKline Beecham Corporation, d/b/a Glaxo SmithKline, to the State of Iowa's Complaint ANSWER to Complaint by Smithkline Beecham Corp..(Herold, Frederick) (Entered: 09/18/2008) |
| 9/18/2008 | 5590 | Affirmative Defenses and ANSWER to Complaint of the State of Iowa by Agouron Pharmaceuticals, Inc., Pfizer Inc..(Smith, Mark) (Entered: 09/18/2008) |

| | | |
|---|---|---|
| 9/18/2008 | 5591 | Affirmative Defenses and ANSWER to Complaint of State of Iowa by Roche Labs, Hoffman La-Roche Inc..(Hennessey, Colleen) (Entered: 09/18/2008) |
| 9/18/2008 | 5592 | ANSWER to Complaint (Answer and Affirmative Defenses of Merck & Co., Inc. to the State of Iowa's Complaint) by Merck & Co, Inc..(Townsend, John) (Entered: 09/18/2008) |
| 9/19/2008 | 5594 | ANSWER to Complaint of State of Iowa by AVENTIS BEHRING, L.L.C..(Rees, Jonathan) (Entered: 09/19/2008) |
| 9/19/2008 | 5597 | ANSWER to Complaint of the State of Iowa by King Pharmaceuticals, Inc., Monarch Pharmaceuticals, Inc., King Research and Development. (Attachments: # 1 Exhibit 1)(Tropper, Joshua) (Entered: 09/19/2008) |
| 10/2/2008 | 5626 | STATUS REPORT October 2, 2008 by State of Iowa. (Cicala, Joanne) (Entered: 10/02/2008) |
| 10/20/2008 | 5635 | ANSWER to Complaint with Jury Demand by TAP Pharmaceutical Products Inc.(Fumerton, Tara) (Entered: 10/20/2008) |
| 10/20/2008 | 5636 | ANSWER to Complaint (Iowa) by Purdue Pharma L.P., Purdue Pharma Company, Purdue Frederick Company.(Schechter, Lori) (Entered: 10/20/2008) |
| 10/20/2008 | 5638 | ANSWER to Complaint by Astrazeneca Pharmaceuticals LP.(Schmeckpeper, Katherine) (Additional attachment(s) added on 10/21/2008: # 1 Corrected Answer) (Patch, Christine). Modified on 10/21/2008 (Patch, Christine). (Entered: 10/20/2008) |
| 10/20/2008 | 5639 | ANSWER to Complaint with Jury Demand (State of Iowa) by Endo Pharmaceuticals, Inc..(Fauvre, David) (Entered: 10/20/2008) |
| 10/31/2008 | 5655 | NOTICE of Voluntary Dismissal by State of Iowa (Cicala, Joanne) (Entered: 10/31/2008) |
| 11/3/2008 | 5662 | STATUS REPORT November 2008 by State of Iowa. (Cicala, Joanne) (Entered: 11/03/2008) |
| 11/4/2008 | 5664 | Judge Patti B. Saris: Case Management ORDER No. 35 entered. Associated Cases: 1:01-cv-12257-PBS et al.(Patch, Christine) (Entered: 11/04/2008) |
| 12/1/2008 | 5720 | STATUS REPORT December 1, 2008 Status Report by State of Iowa. (Cicala, Joanne) (Entered: 12/01/2008) |
| 12/16/2008 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 12/16/2008 re 5495 and 5501 MOTIONS for Entry of Iowa Case Management Order. Rulings made as stated on the record in open court. (Duffy, Marc) (Entered: 12/16/2008) |
| 12/17/2008 | | Magistrate Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 5495 Motion for Order and granting in part and denying in part 5501 Motion for Order, in accordance with rulings made on the record in open court on December 16, 2008. The parties are directed to file a joint proposed CMO consistent with the rulings made by the court. (Bowler, Marianne) (Entered: 12/17/2008) |
| 1/5/2009 | 5821 | STATUS REPORT for January 2009 by State of Iowa. (Cicala, Joanne) |

13

| | | (Entered: 01/05/2009) |
|---|---|---|