UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, et al.* ) Case No. 03-CV-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 Judge Patti B. Saris |

[PROPOSED] ORDER OF DISMISSAL
OF BEN VENUE LABORATORIES, INC.
AND BEDFORD LABORATORIES

The Motion for Dismissal of Ben Venue Laboratories, Inc. and Bedford Laboratories is hereby GRANTED. Defendants Ben Venue Laboratories, Inc. and Bedford Laboratories are hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated: 1 6 9

_____
Honorable Patti B. Saris
United States District Court Judge