MIKE FOGARTY
CHIEF EXECUTIVE OFFICER



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
OKLAHOMA HEALTH CARE AUTHORITY

December 3, 2008

**FEDERAL EXPRESS**
Neil Merkl
Cliff Katz
Kelly, Drye & Warren, LLP
101 Park Avenue
New York, N.Y.  10178

Re:   United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al. ; Civil No. -05-11084-PBS

Dear Messer's. Merkl and Katz:

Enclosed are the documents produced in compliance with your subpoena of October 20, 2008.  They are as follows:

1. Provider letter EAC change 2002
2. Dey Subject Drugs spreadsheet
3. Oklahoma State Plan Pharmacy Pages (Amount, Duration and Scope...)
4. Oklahoma State Plan Pharmacy Pages (State Plan Under Title XIX...)
5. Oklahoma Current Pharmacy Reimbursement Policy
6. Pharmacy Paper Claim Form 2008
7. Proposed Rate Briefs (2)

As requested by Mr. Katz a copy is being sent federal express to Miriam Lieberman at Kirkland & Ellis.  Also enclosed is an invoice for the cost of copies.  An invoice is being sent to Ms. Lieberman as well.

As for the deposition, Nancy Nesser, Pharmacy Director will be the designated person to give testimony.  Thank you.

Sincerely,

*Lynn Rambo-Jones* /cbb
Lynn Rambo-Jones
Deputy General Counsel
Enclosure
cc: Miriam Lieberman, Kirkland & Ellis w/encl.
    George B. Henderson, Asst. U.S. Atty Massachusetts w/encl.



EXHIBIT
A