EXHIBIT "B"

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA.

\*\*\*

THE STATE OF FLORIDA

*ex rel.*

    VEN-A-CARE OF THE FLORIDA KEYS,
    INC., a Florida Corporation, by and
    through its principal officers and directors,
    ZACHARY T. BENTLEY and T. MARK
    JONES,

    Plaintiffs,

vs                                                       CASE NO. 98-3032A

BOEHRINGER INGLEHEIM CORPORATION;
BOEHRINGER INGELHEIM INTERNATIONAL
GmbH/a/k/a BOEHRINGER INGELHEIM
AUSLANDSBETEILIGUNGS GmbH;
BOEHRINGER INGLEHEIM PHARMACEUTICALS,
INC.; C. H. BOEHRINGER SOHN; DEY,INC.;
DEY, L.P.; EMD PHARMACEUTICALS, INC.;
LIPHA, S.A.; MERCK, KGaA; MERCK-LIPHA, S.A.;
SCHERING CORPORATION; SCHERING-PLOUGH
CORPORATION; ROXANE LABORATORIES, INC.;
n/k/a BOEHRINGER INGELHEIM ROXANE, INC.;
and WARRICK PHARMACEUTICALS CORPORATION,

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DENYING MOTION TO COMPEL

This cause came on for hearing on the Motion To Compel filed by the Defendants, Dey, Inc; Dey, L.P; EMD Pharmaceuticals, Inc.; Lipha, S.A.; Merck KGaA; and Merck-Lipha, S.A. relating to Defendant's request of production of information from a non-party, Andrews Drugs

of Perry, Inc. The Court having considered the same, argument of counsel, and being otherwise advised finds as follows, to-wit:

1. Generally, a party may obtain discovery regarding any matter, not privileged, that is relevant to the subject matter fo the pending action, and reasonably calculated to lead to admissible evidence.

2. However, in certain circumstances discovery, especially where directed to a non-party, can not only be overbroad and burdensome but annoying and oppressive and place an undue expense, financially and timewise, on the person or entity from which such discovery is sought, and in some cases constitute nothing more than harassment.

3. Here discovery is sought from Andrews Drugs of Perry, Inc. due to the fact that one Jerry Wells works one Saturday a month at Andrews Drugs of Perry, Inc. The discovery requests cover a period of time from 1994 through 2003.

4. There has been no nexus or link established between Mr. Jerry Wells, Andrews Drugs of Perry, Inc. and the issues between the parties to the litigation.

5. Only through a stretch of the imagination can one say that the information sought from this non-party is reasonably calculated to lead to admissible evidence.

6. The information sought from Andrews Drugs of Perry, Inc. is overbroad, burdensome and oppressive.

Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Compel of Defendants, Dey, Inc.; Dey, L.P.; EMD Pharmaceuticals, Inc.; Lipha S.A.; Merck, KGaA; and Merck-Lipha, S. A.

2

relating to Andrews Drugs of Perry, Inc. is Denied.

DONE AND ORDERED in Chambers at Tallahassee, Leon County, Florida, this 23rd day of June, 2006.

*William L. Gary*

WILLIAM L. GARY
Circuit Judge

copies to:

MARK S. THOMAS
MARY S. MILLER
Assistant Attorneys General
Office of the Attorney General
Medicaid Fraud Control Unit
The Capitol, PL-01
Tallahassee, FL 32399-1050
Attorneys for State of Florida

JAMES J. BREEN
ALISON W. SIMON
C. JARRETT ANDERSON
The Breen Law Firm
P.O. Box 297470
Pembroke Pines, FL 33029
Attorneys for Ven-A-Care of
the Florida Keys

GLENN GROSSENBACHER
1800 McCollough Avenue
San Antonio, TX 78212
Attorney for Ven-A-Care of
the Florida Keys

GARY L. AZORSKY
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103
Attorney for Ven-A-Care of
the Florida Keys

DANA G. TOOLE
Dunlap, Toole, Shipman & Whitney, PA
2065 Thomasville Road
Suites 101-102
Tallahassee, FL 32308-0733
Attorneys for Schering Corp,
Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

JOHN T. MONTGOMERY
CARISA A. KLEMEYER
CHRISTOPHER DILLON
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
Attorneys for Defendants
Schering Corporation, Schering-
Plough Corporation, and
Warrick Pharmaceuticals Corporation

JOHN P. McDONALD
C. MICHAEL MOORE
ELIZABETH MACK
KARIN B. TORGERSON
GINGER L. APPLEBERRY
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Attorneys for Schering Corporation,
Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

3

JOHN E. CLARK
RAND J. RILKIN
Goode, Casseb, Jones, Riklin, Choate
and Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, TX 78212-9680
Attorneys for Ven-A-Care of
the Florida Keys

BILL BRYANT, JR.
Ackerman Senterfitt
P.O. Box 1877
Tallahassee, FL 32302-1877
Attorney for Boehringer Ingelheim
Corp. and Roxane Laboratories, Inc.

ANNE M. SIDRYS
HELEN E. WITT
BRIAN P. KAVANAUGH
MARIA P. RIVERA
JORDAN M. HEINZ
SARA RANKIN
Kirkland and Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601-6636
Attorneys for Roxane Laboratories, Inc.
and Boehringer Ingelheim Corporation

CONRAD BISHOP
411 N. Washington
Box 167
Perry, FL 32347
Attorney for Andrews
Drugs of Perry, Inc.

KELLY OVERSTREET JOHNSON, PA
Broad and Cassel
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
and
CHRISTOPHER C. PALERMO
WILLIAM A. ESCOBAR
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attorneys for Dey, Inc.,
Dey, L.P., and
EMD Pharmaceuticals, Inc.

4