**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc.*<br><br>Subcategory Docket No. 06-12299-PBS | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

**STIPULATION IDENTIFYING PREVIOUSLY FILED DOCUMENTS**
**IN ORTHO-MCNEIL CASE**

In accordance with Case Management Order No. 35, the undersigned parties stipulate that all of the documents listed in Appendix A, which were previously filed in the MDL 1456 master docket, should also be reflected in the subcategory docket 06-12299-PBS for the above referenced litigation.

| | |
|---|---|
| Date: January 9, 2009 | Respectfully submitted, |
| EDWARD WEST | ORTHO-MCNEIL PHARMACEUTICAL, INC. |
| By: /s/ George A. Zelcs | By: /s/ Scott D. Stein<br>One of Its Attorneys |
| George A. Zelcs<br>Korein Tillery, LLC<br>205 N. Michigan Plaza<br>Suite 1950<br>Chicago, IL 60601 | Scott R. Lassar<br>Scott D. Stein<br>Jordan S. Ginsberg<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000 |

# Appendix A

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 4307 | MOTION to Dismiss for Lack of Jurisdiction by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson.(Ginsberg, Jordan) Motions referred to Marianne B. Bowler. (Entered: 06/11/2007) |
| 06/11/2007 | 4308 | MEMORANDUM in Support re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 1)# 2 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 2)# 3 Exhibit Exhibits to Memorandum in Support of Motion to Dismiss (Part 3))(Ginsberg, Jordan) (Entered: 06/11/2007) |
| 07/09/2007 | 4441 | MEMORANDUM in Opposition re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by Edward West. (Attachments: # 1 Affidavit Edward West)(Patch, Christine) (Entered: 07/10/2007) |
| 07/23/2007 | 4493 | REPLY to Response to Motion re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc.. (Attachments: # 1 Exhibit Exhibits to Reply to Response to Motion)(Ginsberg, Jordan) (Entered: 07/23/2007) |
| 08/02/2007 |  | ELECTRONIC NOTICE of HEARING on 4307 MOTION to Dismiss for Lack of Jurisdiction by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson. Motion Hearing set for 9/10/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 08/02/2007) |
| 08/16/2007 | 4628 | RESPONSE to Motion re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by United States, ex rel.. (Gobena, Gejaa) (Entered: 08/16/2007) |
| 09/10/2007 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 9/10/2007 re 4307 MOTION to Dismiss for Lack of Jurisdiction by Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson. Court hears argument of counsel. Court takes motion under advisement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/10/2007) |
| 09/24/2007 | 4741 | MEMORANDUM OF LAW by United States of America to 4307 MOTION to Dismiss for Lack of Jurisdiction. (Henderson, George) (Entered: 09/24/2007) |
| 02/19/2008 | 5056 | Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, granting in part and denying in part (4307 in 1:01-cv-12257-PBS) MOTION to Dismiss for Lack of Jurisdiction filed by Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. and allowing in part and denying in part 28 in 03cv08239 in the Northern District of Illinois. Associated Cases: 1:01-cv-12257-PBS, 1:06-cv-12299-PBS(Patch, Christine) |

|  |  | Modified on 2/20/2008 (Patch, Christine). (Entered: 02/19/2008) |
|---|---|---|
| 02/28/2008 | 5101 | Judge Patti B. Saris: ORDER entered re 5089 STIPULATION to Extend Time to Answer by Ortho-McNeil Pharmaceutical, Inc. (see text for complete order.) (Alba, Robert) (Entered: 02/28/2008) |
| 03/19/2008 | 5148 | Second AMENDED COMPLAINT against Ortho-McNeil Pharmaceutical, Inc., filed by Edward West.(Bruegger, John) (Entered: 03/19/2008) |
| 04/02/2008 | 5189 | MOTION to Dismiss *West's Claim for "Marketing the Spread to Hospitals"* by Ortho-McNeil Pharmaceutical, Inc..(Ginsberg, Jordan) (Entered: 04/02/2008) |
| 04/02/2008 | 5190 | MEMORANDUM in Support re 5189 MOTION to Dismiss *West's Claim for "Marketing the Spread to Hospitals"* filed by Ortho-McNeil Pharmaceutical, Inc.. (Attachments: # 1 Exhibit Exhibit 1)(Ginsberg, Jordan) (Entered: 04/02/2008) |
| 04/02/2008 | 5191 | ANSWER to 5148 Amended Complaint by Ortho-McNeil Pharmaceutical, Inc..(Ginsberg, Jordan) (Entered: 04/02/2008) |
| 05/02/2008 | 5452 | MEMORANDUM in Opposition re 5189 MOTION to Dismiss *West's Claim for "Marketing the Spread to Hospitals"* filed by Edward West. (Patch, Christine) (Entered: 07/18/2008) |
| 05/14/2008 | 5302 | REPLY to Response to 5189 MOTION to Dismiss *West's Claim for "Marketing the Spread to Hospitals"* filed by Ortho-McNeil Pharmaceutical, Inc.. (Ginsberg, Jordan) (Entered: 05/14/2008) |
| 07/24/2008 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 7/24/2008 re 5189 MOTION to Dismiss *West's Claim for "Marketing the Spread to Hospitals"* filed by Ortho-McNeil Pharmaceutical, Inc. Court dismisses all AWP based hospital claims. Court denies motion on physician claims. Court sets discovery schedule. All automatic disclosures in 30 days, Fact discovery by 3/30/09, Plaintiff's expert by 4/30/09, Defendant's expert by 5/30/09, Expert discovery by 6/30/09, Motion for Summary Judgment to be filed by 7/30/09, Opposition by 8/20/09, Hearing on Motion for Summary Judgment/Pretrial Conference 9/15/09 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter: Debra Joyce.)(Attorneys present: Brennan, Stein- by telephone) (Alba, Robert) (Entered: 07/24/2008) |
| 07/25/2008 |  | Judge Patti B. Saris: Electronic ORDER entered granting 5189 Motion to Dismiss West's Claim for "Marketing the Spread to Hospitals". "Allowed after hearing on the ground that it is undisputed that federal healthcare reimbursement of hospitals is not based on AWP as alleged in the complaint. The Court defers the issue of physicians until after jurisdictional discovery as stated in Court." (Patch, Christine) (Entered: |

| | | 07/28/2008) |
|---|---|---|
| 12/08/2008 | 5746 | NOTICE by Ortho-McNeil Pharmaceutical, Inc. of Death of Relator Edward West (Stein, Scott) (Entered: 12/08/2008) |

CH1 4486812v.1

## CERTIFICATE OF SERVICE

I, Brad Robertson, certify that on January 9, 2009, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system and served the same on the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

John Bruegger
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, IL 62024

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave N.W.
Washington, DC 20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington, DC 20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL 60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL 60601

Charles J Crist, Jr.
The Capitol PL-01
Tallahassee, FL 32399-1050

M Jane Brady
Carvel State Office Building
Consumer Protection - 5th Floor
820 North French Street
Wilmington, DE 19801

Collin Wong
Bureau of Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA 95815

L Timothy Terry
Office of the Attorney General,
100 North Carson Street
Carson City, NV 89701

Randall L Clouse
Medicaid Fraud Control Unit
900 East Main St.,
5th Fl
Richmond, VA 23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste 230
Springfield, IL 62703

Robert Spagnoletti
District of Columbia Attorney 's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC 20001

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX 78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900E. Main St
5th FL
Richmond, VA 23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC 20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN 37216

Paul G Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA 95814

Gary K Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capitol Station, PO Box 12548
Austin, TX 78711

                                                        /s/  Brad Robertson

CH1 4488256v.1