UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) <br> ) Master File No. 01-CV-12257-PBS <br> ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris <br> ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS | ) Magistrate Judge Marianne B. <br> ) Bowler <br> ) <br> ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.,* Civil Action No. 07-11618-PBS | ) <br> ) <br> ) <br> ) |
| *State of California, ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. Abbott Laboratories, Inc., et al., Civil Action No. 03-11226-PBS | ) <br> ) <br> ) <br> ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) <br> ) <br> ) <br> ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringher Ingelheim Corporation, et al.,* Civil Action No. 07-10248-PBS | ) <br> ) <br> ) <br> ) |

**STIPULATION IDENTIFYING PREVIOUSLY FILED DOCUMENTS
IN THE VEN-A-CARE CASES**

In accordance with Case Management Order No. 35, the undersigned parties stipulate that all of the documents listed in Appendix A, which were previously filed in the MDL 1456 master docket, should also be reflected in the subcategory docket, 06-11337-PBS, for the above referenced litigation. The parties assert that they have made a good faith effort to identify all substantive filings that should be included in the subcategory docket, but that given the complexity of the task

inadvertent omissions may have occurred, and so each party reserves its rights to argue for the inclusion in the subcategory docket of additional document not currently listed on Appendix A.

In addition, in the course of preparing this submission the parties realized that many documents filed in the Roxane case, C.A. No. 07-10248, were <u>not</u> docketed in the MDL docket, and therefore do not have a master docket number. Plaintiffs and the Roxane defendants anticipate filing a further Stipulation in the near future as to those documents from the Roxane docket that also should be included in the subcategory docket.

Date:  January 9, 2009

Respectfully submitted,

| For the United States of America, | For Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. |
|---|---|
| GREGORY G. KATSAS<br>ASSISTANT ATTORNEY GENERAL | |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| By: /s/ Barbara Healy Smith<br>George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3263 | By: /s/ John W. Reale<br>Helen E. Witt, P.C.<br>Anne M. Sidrys, P.C.<br>Eric T. Gortner<br>John W. Reale<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200 |

| For Defendants Dey, Inc., Dey, L.P., and Dey, L.P., Inc. | For Defendant Abbott Laboratories, Inc. |
|---|---|
| By: /s/ Christopher C. Palermo<br>Paul F. Doyle (BBO# 133460)<br>Sarah L. Reid (*pro hac vice*)<br>William A. Escobar (*pro hac vice*)<br>Neil Merkl (*pro hac vice*)<br>Christopher C. Palermo (*pro hac vice*)<br>KELLY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 | By: /s/ Jeremy P. Cole<br>James R. Daly<br>Tina M. Tabacchi<br>Brian J. Murray<br>Jeremy P. Cole<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585 |
| For Defendants Mylan Inc., and Mylan Pharmaceuticals Inc. | For the Relator Ven-A-Care of the Florida Keys, Inc., |
| By: /s/ Christopher C. Palermo<br>William A. Escobar (*pro hac vice*)<br>Neil Merkl (*pro hac vice*)<br>Christopher C. Palermo (*pro hac vice*)<br>KELLY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897 | By: /s/ Alison W. Simon<br>James J. Breen<br>Alison W. Simon<br>THE BREEN LAW FIRM, P.A.<br>P. O. Box 297470<br>Pembroke Pines, Florida 33029<br>Telephone: (954) 874-1635<br><br>Gary L. Azorsky<br>Susan S. Thomas<br>Roslyn G. Pollack<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |

| For Plaintiff State of California | For Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation |
|---|---|
| EDMUND G. BROWN, JR.<br>ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA | By: /s/ Daniel J. Bennett<br>Brien T. O'Connor (BBO #546767)<br>John P. Bueker (BBO #636435) |
| By: /s/ Nicholas N. Paul<br>Nicholas N. Paul<br>CA State Bar No.: 190605<br>Supervising Deputy Attorney General<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>OFFICE OF THE ATTORNEY GENERAL<br>1455 Frazee Road, Suite 315<br>San Diego, California 92108<br>Telephone: (619) 688-6099<br>Facsimile: (619) 688-4200 | Daniel J. Bennett (BBO #663324)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110<br>Telephone: (617) 951-7000 |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 9, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

/s/ Barbara Healy Smith
Barbara Healy Smith
Assistant United States Attorney