# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456  CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Patti B. Saris |
| *State of South Carolina v. Abbott Laboratories, Inc.*  Civil Action No. 06-cv-11883-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *State of South Carolina v. Dey, Inc.*  Civil Action No. 07-cv-10290-PBS | ) ) ) | |
| *State of South Carolina v. Dey, Inc.*  Civil Action No. 06-cv-10293-PBS | ) ) | |

## STIPULATION PURSUANT TO CMO 35 IDENTIFYING PREVIOUSLY FILED DOCUMENTS IN THE SOUTH CAROLINA SUBCATEGORY OF CASES

In compliance with Case Management Order No. 35 ("CMO 35"), the undersigned parties stipulate that all of the documents listed in Appendix A, which were previously filed in the MDL 1456 master docket, should also be reflected in the should also be reflected in the South Carolina subcategory docket for the above referenced litigation. *See* Dkt. 5664 (CMO 35), ¶ 7. The parties assert that they have made a good faith effort to identify all substantive filings that should be included in the subcategory docket, but, given the complexity of the task and the size of the master docket, inadvertent omissions may have occurred, and so each party reserves its rights to argue for the inclusion in the subcategory docket of additional document not currently listed on Appendix A.

CHI-1682362v2

**DATED:  JANUARY 9, 2009**

| | |
|---|---|
| /s/ Brian J. Murray<br>Brian J. Murray<br>Jeremy P. Cole<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL  60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585<br><br>*Counsel for Defendant Abbott Laboratories Inc.* | /s/ William Hopkins<br>William Hopkins<br>HOPKINS AND CAMPBELL<br>1122 Lady Street, Suite 1010<br>Columbia, South Carolina 29201<br>Tel:  803.256.6152<br>Fax:  803.256.6155<br><br>*Counsel for Plaintiff State of South Carolina* |

/s/ Christopher C. Palermo
Christopher C. Palermo
KELLEY DRYE
101 Park Avenue
New York, NY 10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897

*Counsel for Defendant Dey, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brian J. Murray, certify that on January 9, 2009, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

# APPENDIX A

CHI-1682362v2

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2006 | 3236 | ANSWER to Complaint (State of South Carolina v. Abbott Laboratories, Inc., 06-cv-11883-pbs) by Abbott Laboratories, Inc..(Murray, Brian) (Entered: 10/18/2006) |
| 07/17/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference re: Track II held on 7/17/2007. Track I counsel reports on mediation re: Montana, Nevada, Pennsylvania, Illinois, Mississippi, California, Florida, Kentucky, Ohio, South Carolina, and New York. Counsel to submit proposed order of reference for mediation. Court and Track II counsel discuss scheduling issues. Court discusses issues to be heard at August 9 hearing. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/17/2007) |
| 07/30/2007 | 4517 | Objection to 4508 Order Referring Case to ADR by The People of the State of Illinois, Commonwealth of Kentucky, State of South Carolina, State of Mississippi, State of Idaho. (Libman, Robert) (Entered: 07/30/2007) |
| 08/17/2007 | 4631 | Response by Astrazeneca Pharmaceuticals LP to 4517 Objection Defendants' Reply To The States Of Idaho, Illinois, Kentucky, Mississippi, South Carolina, Pennsylvania And Ohio And The Counties Of Erie, Oswego And Schenectady's Submissions Responding To The Court's July 26, 2007 Order Of Reference For Alternative Dispute Resolution. (Attachments: # 1 Text of Proposed Order)(Karuga, Catherine) (Entered: 08/17/2007) |

CHI-1682362v2