UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br><br>Subcategory Docket No. 06-11069-PBS | |

**STIPULATION IDENTIFYING PREVIOUSLY FILED DOCUMENTS IN**
<u>**STATE OF ARIZONA V. ABBOTT LABS., INC., ET AL.**</u>

In accordance with Case Management Order No. 35, the undersigned parties stipulate that all of the documents listed in Appendix A attached hereto, which were previously filed in the MDL 1456 master docket, should also be reflected in Subcategory Docket 06-11069-PBS for the above referenced litigation. The parties have made a good faith effort to identify all substantive filings that should be included in the Subcategory Docket. However, given the size of the docket and the possibility that inadvertent omissions may have occurred, the parties reserve the right to file an amended Stipulation and Appendix A if additional substantive filings that should be included in the Subcategory Docket are located.

- 2 -

| | |
|---|---|
| Date: January 9, 2009 | Respectfully Submitted, |
| ASTRAZENECA PHARMACEUTICALS LP | STATE OF ARIZONA |
| By  /s/ **Kimberley D. Harris**<br>Kimberley D. Harris<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000 | By  /s/ **Steve W. Berman**<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101-1090<br>206-623-7292 |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 9, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                             /s/ Steve W. Berman
                                            Steve W. Berman

**APPENDIX A**
**United States District Court**
**District of Massachusetts (Boston)**
**01-12257-PBS**
*Citizens for Consumer, et al v. Abbott Laboratories, et al.*

| | | |
|---|---|---|
| 07/21/2006 | 2904 | MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* by Warrick Pharmaceuticals Corporation.(Wright, Adam) (Entered: 07/21/2006) |
| 07/21/2006 | 2905 | MEMORANDUM in Support re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* filed by Warrick Pharmaceuticals Corporation. (Wright, Adam) (Entered: 07/21/2006) |
| 07/21/2006 | 2906 | AFFIDAVIT of Eric P. Christofferson in Support re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* filed by Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit Exs. 1-6)(Wright, Adam) (Entered: 07/21/2006) |
| 08/04/2006 | 2958 | MOTION to Seal *For Leave to File Under Seal* by State of Arizona. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) (Entered: 08/04/2006) |
| 08/04/2006 | 2959 | NOTICE by State of Arizona *of Filing Under Seal* (Berman, Steve) (Entered: 08/04/2006) |
| 08/04/2006 | 2960 | MEMORANDUM in Opposition re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* filed by State of Arizona. (Berman, Steve) (Entered: 08/04/2006) |
| 08/07/2006 | 2968 | MEMORANDUM in Opposition re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* filed by All Plaintiffs, filed under seal. (Patch, Christine) (Entered: 08/09/2006) |
| 08/11/2006 | 2974 | MOTION to Remand to State Court by Arizona, State of. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) Modified on 10/25/2006 (Patch, Christine). Modified on 10/25/2006 (Patch, Christine). (Entered: 08/11/2006) |
| 08/11/2006 | 2975 | MEMORANDUM in Support re 2974 MOTION to Remand to State Court filed by Arizona, State of. (Berman, Steve) (Entered: 08/11/2006) |
| 08/11/2006 | 2976 | DECLARATION re 2974 MOTION to Remand to State Court by Arizona, State of. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Berman, Steve) (Entered: 08/11/2006) |
| 08/25/2006 | 3019 | MEMORANDUM in Opposition re 2974 MOTION to Remand to State Court filed by Astrazeneca Pharmaceuticals LP. (Fowler, Lucy) (Entered: 08/25/2006) |
| 09/14/2006 | | Judge Marianne B. Bowler: ORDER entered granting 2958 Motion to Seal and granting 2966 Motion for Protective Order, there being no opposition. (Bowler, Marianne) (Entered: 09/14/2006) |
| 10/11/2006 | 3200 | MOTION for Leave to File *Supplemental Notice of Removal* by Dey, Inc.. (Attachments: # 1 Exhibit Defendant Dey, Inc.'s Supplemental Notice of Removal# 2 Exhibit Exhibit A to Defendant Dey, Inc.'s Supplemental Notice of Removal# 3 |

| | | |
|---|---|---|
| | | Exhibit Exhibit B to Defendant Dey, Inc.'s Supplemental Notice of Removal# 4 Exhibit C to Defendant Dey, Inc.'s Supplemental Notice of Removal# 5 Exhibit Exhibit D to Defendant Dey, Inc.'s Supplemental Notice of Removal (Saif, Justin) Modified on 10/12/2006 (Patch, Christine). (Entered: 10/11/2006) |
| 10/11/2006 | 3206 | MEMORANDUM in Support re 3200 MOTION for Leave to File *Supplemental Notice of Removal* filed by Dey, Inc. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/12/2006) |
| 10/11/2006 | 3207 | DECLARATION of Neil Merkl in Support of 3200 MOTION for Leave to File *Supplemental Notice of Removal* by Dey, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B). Re-entered by court staff to correct data entry error.(Patch, Christine) (Entered: 10/12/2006) |
| 10/12/2006 | | ELECTRONIC NOTICE issued requesting courtesy copy for 3200 MOTION for Leave to File *Supplemental Notice of Removal*. Counsel who filed this document are requested to submit a courtesy copy of this document to the Clerk's Office. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Patch, Christine) (Entered: 10/12/2006) |
| 10/12/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 3200 corrected because: the Memorandum and Declaration should have been filed as separate events. Please refer to Document No. 3206 for the Memordanum and Document No. 3207 for the Declaration (Patch, Christine) (Entered: 10/12/2006) |
| 10/24/2006 | 3265 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER, denying 2974 MOTION to Remand to State Court filed by Arizona, State of.(Patch, Christine) (Entered: 10/25/2006) |
| 10/25/2006 | | Reopen Document 2974 MOTION to Remand to State Court (Patch, Christine) (Entered: 10/25/2006) |
| 11/01/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 3200 Motion for Leave to File Supplemental Notice of Removal; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Patch, Christine) (Entered: 11/02/2006) |
| 11/09/2006 | 3332 | NOTICE by Dey, Inc. *of Removal* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Saif, Justin) (Entered: 11/09/2006) |
| 11/13/2006 | 3355 | Response by Arizona, State of to 3332 Notice (Other) *Dey, Inc.'s Supplemental Notice of Removal*. (Berman, Steve) (Entered: 11/13/2006) |
| 03/13/2007 | 3840 | First AMENDED COMPLAINT against Abbott Labs, Inc., et al, filed by State of Arizona.(Berman, Steve) Modified on 3/14/2007 (Patch, Christine). (Entered: 03/13/2007) |
| 03/21/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 2904 Motion to Take Deposition from Harvey Weintraub (Patch, Christine) (Entered: 03/26/2007) |
| 04/05/2007 | 4007 | First MOTION for Reconsideration re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* by Warrick Pharmaceuticals Corporation.(Christmas, Daniel) (Entered: 04/05/2007) |
| 04/05/2007 | 4008 | MEMORANDUM in Support re 4007 First MOTION for Reconsideration re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in* |

| | | |
|---|---|---|
| | | *Arizona Action or For Reconsideration of Transferor Court's Decision* filed by Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Christmas, Daniel) (Entered: 04/05/2007) |
| 04/18/2007 | 4067 | Opposition re 4007 First MOTION for Reconsideration re 2904 MOTION to Take Deposition from Harvey Weintraub *for Purposes of Discovery in Arizona Action or For Reconsideration of Transferor Court's Decision* filed by State of Arizona. (Berman, Steve) (Entered: 04/18/2007) |
| 06/13/2008 | 5377 | MOTION for Protective Order *Limiting Scope of Discovery* by State of Arizona. (Attachments: # 1 Text of Proposed Order)(Berman, Steve) (Entered: 06/13/2008) |
| 06/13/2008 | 5378 | MEMORANDUM in Support re 5377 MOTION for Protective Order *Limiting Scope of Discovery* filed by State of Arizona. (Berman, Steve) (Entered: 06/13/2008) |
| 06/13/2008 | 5379 | DECLARATION re 5377 MOTION for Protective Order *Limiting Scope of Discovery Declaration of Jeniphr Breckenridge in Support of State of Arizona's Motion for Protective order Limiting Scope of Discovery* by State of Arizona. (Berman, Steve) (Entered: 06/13/2008) |
| 06/13/2008 | 5380 | DECLARATION re 5377 MOTION for Protective Order *Limiting Scope of Discovery Declaration of Elaine Boughner in Support of the State of Arizona's Motion for Protective Order Limiting Scope of Discovery* by State of Arizona. (Berman, Steve) (Entered: 06/13/2008) |
| 06/27/2008 | 5410 | Opposition re 5377 MOTION for Protective Order *Limiting Scope of Discovery* filed by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Bennett, Daniel) (Entered: 06/27/2008) |
| 06/27/2008 | 5411 | DECLARATION re 5410 Opposition to Motion *Declaration of John P. Bueker in Support of Defendants' Memorandum in Opposition to Plaintiff State of Arizona's Motion for a Protective Order* by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit Exhibits A-F to the Declaration of John P. Bueker)(Bennett, Daniel) (Entered: 06/27/2008) |
| 07/30/2008 | | ELECTRONIC NOTICE of Hearing on Motion: Hearing on 5035 MOTION to Compel, 5092 Joint MOTION to Compel, 4991 MOTION to Compel, 4711 MOTION to Preserve Evidence, 4007 First MOTION for Reconsideration, 5052 MOTION to Compel and 5027 MOTION to Compel set for 8/20/2008 at 2:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Duffy, Marc) (Entered: 07/30/2008) |
| 08/13/2008 | | ELECTRONIC NOTICE OF RESCHEDULING: The hearing on MOTIONS 4007 , 4991 , 5035 , 5052 , 5092 , 4711 , 5027 and 5297 previously set for 8/20/2008 at 2:00 PM in courtroom 25 before Judge Marianne B. Bowler is hereby rescheduled to 11:00 AM. Please note that this is a change in time ONLY. (Duffy, Marc) (Entered: 08/13/2008) |
| 09/12/2008 | | Judge Patti B. Saris: Electronic ORDER entered denying 4007 Motion for Reconsideration of the Court's Order Relating to the Renewed Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Discovery. "Denied without prejudice. This motion was apparently never ruled on, and it is unclear whether the matter is moot. For example, is it an option simply to designate portions of the Weintraub deposition in other cases?" (Patch, Christine) (Entered: 09/12/2008) |

| Date | Doc # | Description |
|---|---|---|
| 09/19/2008 | 5598 | MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint* by Schering-Plough Corporation, Warrick Pharmaceuticals Corporation. (Attachments: # 1 Exhibit 1)(Bennett, Daniel) (Entered: 09/19/2008) |
| 09/19/2008 | 5599 | MEMORANDUM in Support re 5598 MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint* filed by Schering Corporation, Warrick Pharmaceuticals Corporation. (Bennett, Daniel) (Entered: 09/19/2008) |
| 09/19/2008 | 5600 | MEMORANDUM in Support re 5598 MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint Biogen Idec's Separate Memorandum in Support of Motion to Dismiss* filed by Biogen Idec Inc.. (Davis, William) (Entered: 09/19/2008) |
| 09/19/2008 | 5601 | MEMORANDUM in Support re 5598 MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint (Separate Memorandum Of Merck & Co., Inc. In Support Of Motion To Dismiss)* filed by Merck & Co., Inc.. (Townsend, John) (Entered: 09/19/2008) |
| 09/19/2008 | 5602 | MOTION to Dismiss *the State of Arizona's First Amended Complaint* by Astrazeneca Pharmaceuticals LP.(Schmeckpeper, Katherine) (Entered: 09/19/2008) |
| 09/19/2008 | 5603 | MEMORANDUM in Support re 5602 MOTION to Dismiss *the State of Arizona's First Amended Complaint* filed by Astrazeneca Pharmaceuticals LP. (Schmeckpeper, Katherine) (Entered: 09/19/2008) |
| 09/19/2008 | 5604 | DECLARATION re 5602 MOTION to Dismiss *the State of Arizona's First Amended Complaint* by Astrazeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A)(Schmeckpeper, Katherine) (Entered: 09/19/2008) |
| 11/05/2008 | 5667 | MOTION for Extension of Time to December 3, 2008 to Oppose Pending Motions to Dismiss *Plaintiffs' Unopposed Motion to Extend Time for Responding to Defendants' Motion to Dismiss* by State of Arizona.(Berman, Steve) (Entered: 11/05/2008) |
| 11/06/2008 |  | Judge Patti B. Saris: Electronic ORDER entered granting 5667 Motion for Extension of Time to Respond to Motion to Dismiss. (Patch, Christine) (Entered: 11/06/2008) |
| 12/02/2008 | 5741 | MOTION for Extension of Time to December 12, 2008 to File *Oppositions to Motions to Dismiss* by State of Arizona.(Berman, Steve) (Entered: 12/02/2008) |
| 12/12/2008 |  | Judge Patti B. Saris: Electronic ORDER entered granting (160) Motion for Extension of Time to File Response ( Responses due by 12/12/2008, Replies due by 1/15/2009.) in case 1:06-cv-11069-PBS; granting (5741) Motion for Extension of Time to File in case 1:01-cv-12257-PBS Associated Cases: 1:01-cv-12257-PBS, 1:06-cv-11069-PBS(Patch, Christine) (Entered: 12/12/2008) |
| 12/12/2008 | 5768 | Opposition re 5598 MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint The State of Arizona's Memorandum of Law in Opposition to Defendants' Motion to Dismiss* filed by State of Arizona. (Berman, Steve) (Entered: 12/12/2008) |
| 12/12/2008 | 5769 | Opposition re 5602 MOTION to Dismiss *the State of Arizona's First Amended Complaint The State of Arizona's Opposition to Defendants AstraZeneca Pharmaceuticals LP and Zeneca Inc.'s Motion to Dismiss Zoladex* filed by State of Arizona. (Berman, Steve) (Entered: 12/12/2008) |

| 12/18/2008 | | ELECTRONIC NOTICE of HEARING on 5602 MOTION to Dismiss *the State of Arizona's First Amended Complaint*, and 5598 MOTION to Dismiss *Plaintiff State of Arizona's First Amended Complaint*. Motion Hearing set for 2/4/2009 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/18/2008) |