UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et. al.*<br>*v.*<br>   *Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643<br><br>Judge Patti B. Saris |

**NOTICE OF RENEWED MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that pursuant to the Court's Procedural Order of August 27, 2008, and after conferring with defense counsel, plaintiffs hereby file their Renewed Motion for Reconsideration of those aspects of the Court's July 30, 2008 orders that dismissed plaintiffs' claims for dual-channel drugs (sometimes known as Physician Administered Drugs or "PADs") after June 1994. The relevant orders are Docket No. 5471 (Bayer); Docket No. 5472 (Roche); Docket No. 5475 (Amgen); and Docket No. 5477 (MedImmune).

A proposed form of Order is annexed hereto.

Dated: January 9, 2009

                                         By:    /s/ Joanne M. Cicala
                                                   Joanne M. Cicala
                                                   KIRBY MCINERNEY LLP
                                                   825 Third Avenue
                                                   New York, NY 10022
                                                   Telephone: (212) 371-6600

                                                   *Counsel for the City of New York and*
                                                   *various New York Counties in MDL 1456,*
                                                   *except the County of Nassau and County of*
                                                   *Orange*

        Theresa A. Vitello
        LEVY PHILLIPS & KONIGSBERG, LLP
        800 Third Avenue
        New York, NY  10022
        (212) 605-6205

*Counsel for the County of Orange*

        Ross B. Brooks
        MILBERG WEISS LLP
        Ross B. Brooks
        One Pennsylvania Plaza
        New York, New York 10119-0165
        Telephone: (212) 594-5300

*Special Counsel for the County of Nassau*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 9th day of January, 2009 she caused a true and correct copy of this NOTICE OF RENEWED MOTION FOR RECONSIDERATION to be delivered to counsel of record for defendants by electronic service by posting it to Lexis Nexis File and Serve's Electronic Service System pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

/s/ Kathryn Bale Allen
Kathryn Bale Allen, Esq.
Kirby McInerney LLP
825 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO:  *The City of New York, et al.*  *v.*  *Abbott Laboratories, et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the City of New York and Captioned New York Counties' renewed motion for reconsideration is granted.

Dated: January ___, 2009

_____
Hon. Patti B. Saris
United States District Court Judge