UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
IN RE PHARMACEUTICAL INDUSTRY   )
AVERAGE WHOLESALE PRICE         )  MDL NO. 1456
LITIGATION                      )  CIVIL ACTION NO. 01-12257-PBS
                                )
```

### ORDER RE: AMGEN'S MOTION TO DISMISS (DOCKET NOS. 2188, 4386)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** Amgen's Motion to Dismiss the First Amended Consolidated Complaint and the Nassau County Complaint (Docket Nos. 2188, 4386) with respect to all drugs except Neupogen. Plaintiffs list the "subject drugs" it contends have fraudulent AWPs and Best Prices in Exhibit A: Neupogen, Epogen and Infergen. While some fraudulent spreads for Immunex drugs are alleged in Exhibit B, a spread for only Neupogen is specified in the complaint (See ¶ 249). The Court dismisses the Best Price claims pursuant to Fed. R. Civ. P. 8 and 9. The Court does not dismiss the separately listed Immunex drugs for which an allegedly fraudulent AWP and spread are alleged.

**S/PATTI B. SARIS**
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | )<br>)<br>) MDL NO. 1456<br>) CIVIL ACTION NO. 01-12257-PBS<br>) |

## ORDER RE: MEDIMMUNE, INC.'S MOTION TO DISMISS (Docket No. 2201)

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the Motion to Dismiss the subject drugs Respigam and Synagis for which plaintiffs have not alleged a spread in the complaint or Exhibit B. The Court also dismisses all claims involving physician-administered drugs after June 1994. The Court dismisses the Best Prices claims. Otherwise **DENIED**.

PATTI B. SARIS
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____  )
                                  )
IN RE PHARMACEUTICAL INDUSTRY     )
AVERAGE WHOLESALE PRICE           ) MDL NO. 1456
LITIGATION                        ) CIVIL ACTION NO. 01-12257-PBS
_____  )
```

**ORDER RE: ROCHE LABORATORIES, INC.'s**
**MOTION TO DISMISS (Docket No. 2209)**

July 30, 2008

Saris, U.S.D.J.

The Court **ALLOWS** the motion to dismiss the claims involving physician-administered drugs after June 9, 1994 without opposition.  The Court dismisses the best price claims under Fed. R. Civ. P. 9.  Otherwise, **DENIED**.


                                        **S/PATTI B. SARIS**
                                        United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                          )
IN RE PHARMACEUTICAL INDUSTRY   )
AVERAGE WHOLESALE PRICE         )  MDL NO. 1456
LITIGATION                      )  CIVIL ACTION NO. 01-12257-PBS
                          )
```

**ORDER RE: BAYER'S MOTION TO DISMISS (Docket No. 4391)**

July 30, 2008

Saris, U.S.D.J.

The Court dismisses all AWP and Best Price claims related to pre-settlement purchases of the Bayer products Kogenate and Gamimune from January 1993 through August 1999 on the ground they were settled and released by the 2001 settlement.  In addition, the best price claims related to purchases of Cipro and Adalat must be dismissed for the time periods precluded by the 2003 settlement.  The Court **DENIES** the motion to dismiss the Best Price claims for the other subject drugs on the ground there are sufficient allegations concerning a company wide scheme not to report Best Prices.  The Court dismisses all claims related to physician-administered drugs after June 9, 1994.  Otherwise, Bayer's motion to dismiss is **DENIED**.

Bayer makes various other arguments which are better resolved on a motion for summary judgment.  However, the Court

rejects any effort by plaintiffs to shoehorn a claim of false

ASPs into this already massive complaint.

**S/PATTI B. SARIS**
United States District Judge