UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION 01-12257-PBS | ) MDL No. 1456 ) Master File No. ) ) Subcategory Case No. ) 06-11337 |
| THIS DOCUMENT RELATES TO: | ) ) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) Magistrate Judge ) Marianne B. Bowler ) ) |

### CERTIFICATE OF SERVICE

I do hereby certify that I have this day filed the within and foregoing **GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEY'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** and **MEMORANDUM OF LAW IN SUPPORT THEREOF**, upon all parties.

David S. Torborg
James R. Daly
Eric P. Berlin
Tara Fumerton
Jones Day
77 West Wacher Drive, Ste. 3500
Chicago, Illinois 60601

R. Christopher Cook
David S. Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 200001

George B. Henderson, II
Barbara Healy Smith
Jeffery J. Fauci
John Joseph Moakley U.S. Courthouse
Ste. 9200, 1 Courthouse Way
Boston, Massachusetts 02210

R. Alexander Acosta
Mark A. Lavine
Ann St. Peter-Griffith
99 N.E. 4th Street, 3rd Floor
Miami Florida 33132

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Ste. 110
Miramar, Florida 33027

Susan Thomas
Sherrie R. Savett
Roslyn Pollack
Gary L. Azorsky
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Gregory G. Katsas
Joyce R. Branda
Daniel R. Anderson
Renee Brooker
Laurie Oberembt
Jamie Yavelberg
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
U.S. Dep't. of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Neil Merkl
Paul F. Doyle
Sarah L. Reid
Clifford Katz
Marisa Lorenzo

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Submitted this 12th day of January, 2009

s/MICHELLE TOWNES
Georgia Bar No. 714924
Assistant Attorney General
Counsel for Defendant

MICHELLE TOWNES
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: 404-656-3446
Facsimile: 404-463-1062
E-mail: mtownes@law.ga.gov