Case 1:08-mc-00215-SLR   Document 3-5   Filed 12/22/2008   Page 2 of 2

NOU-24-2008  15:31

| COURT | UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE | MDL |
|---|---|---|
| COUNTY OF | | Index No 1456 |

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

MASTER FILE NO. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO                                      Plaintiff(s)

                                against
UNITED STATES OF AMERICA EX REL. VEN-A-CARE OF THE FLORIDA
KEYS, INC., ET AL. V. DEY, INC., ET AL.,
CIVIL ACTION NO. 05-11084-PBS
                                                              Defendant(s)

**AFFIDAVIT OF SERVICE OF SUBPOENA**

STATE OF ~~NEW YORK~~ DELAWARE, COUNTY OF NEW CASTLE    SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ☒ IN THE STATE OF DELAWARE

That on 11/21/08 at 4:50 PM at 1901 N. DU PONT HIGHWAY, NEW CASTLE, DELAWARE deponent served the within subpoena on DELAWARE HEALTH AND SOCIAL SERVICES DIVISION OF MEDICAID AND MEDICAL ASSISTANCE   witness therein named,

**INDIVIDUAL** 1. ☐ by delivering a true copy to said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**CORPORATION** 2. ☒ a DOMESTIC corporation, by delivering thereat a true copy to SLANIA CASTRO personally, deponent knew said corporation so served to be the corporation witness and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON** 3. ☐ by delivering thereat a true copy to _____ a person of suitable age and discretion. Said premises is witness'—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy to the door of said premises, which is witness'—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** 4a. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to witness at witness' last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 4b. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**DESCRIPTION USE WITH 1, 2 or 3** ☒

| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

At the time of said service, deponent paid (tendered) in advance $ NO FEE the authorized traveling expenses and one day's witness fee.

Sworn to before me on 11/25/08

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

MICHAEL POWERS
License No. _____

NOV-24-2008  15:57                    212 3490338                   99%
                                                                     TOTAL P.02
                                                                     P.02

Exhibit A