UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex. Rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Subcategory Case No. 06-11337 <br><br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on January 7, 2009, she caused the attached, *Opposition to Motion to Compel,* to be filed with the Clerk of the Court via U.S. Mail and to be delivered to the following person(s):

### NAME AND EMAIL ADDRESS OF RECIPIENT(S):

Neil Merkl, Esq.  nmerkl@kelleydrye.com
Barbara Healy Smith, Esq.  Barbara.H.Smith@usdoj.gov
Eric Gortner, Esq.  egortner@kirkland.com
Christopher Cook, Esq.  christophercook@jonesday.com
Gary L. Azorsky, Esq.  gazorsky@bm.net

### MANNER OF DELIVERY:

  X   One true copy by email to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ A. Ann Woolfolk/*
A. Ann Woolfolk, #2642
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Delaware Heath and Social Services, Division of Medicaid and Medical Assistance