UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*<br><br>Civil Action No. 05-11084-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Master File No. 01-CV-12257<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris |

### DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO SUBPOENA

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey"), seek leave of the Court to file a reply in further support of its Motion to Compel Production of Documents Responsive to Subpoena. Counsel for Dey has conferred with counsel for Plaintiffs, who have indicated that Plaintiffs consent to this motion. The proposed Memorandum of Law in Further Support to Compel Production of Documents Responsive to Subpoena is annexed hereto as Exhibit 1.

Dated: January 16, 2009

                                          Respectfully Submitted,

                                          KELLEY DRYE & WARREN LLP

                                          By: s/ Sarah L. Reid
                                               Paul F. Doyle (BBO # 133460)
                                             Sarah L. Reid *(pro hac vice)*
                                             William A. Escobar *(pro hac vice)*
                                             Neil Merkl *(pro hac vice)*
                                          101 Park Avenue
                                          New York, NY 10178
                                          Telephone: (212) 808-7800

1

Facsimile: (212) 808-7897

*Attorneys for Defendants Dey, Inc.
Dey, L.P., and Dey, L.P., Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 16, 2009 a copy to LexisNexis File and Serve for posting and notification to all parties. I further certify that on January 16, 2009, the foregoing was served by overnight mail, addressed to the following:

>A. Ann Woolfolk, Esq.
>Deputy Attorney General
>Carvel State Office Building
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>
>Tracy J. Hays, Esq.
>North Carolina Department of Justice
>9001 Mail Service Center
>Raleigh, NC 27699
>
>Lynn Rambo Jones, Esq.
>Health Care Authority
>State of Oklahoma
>4545 N. Lincoln Blvd., Suite 124
>Oklahoma City, OK 73105
>
>Daniel J. Todd, Esq.
>South Dakota Department of Social Services
>Division of Legal Services
>700 Governors Drive
>Pierre, SD 57501

By: ___/s/ Sarah L. Reid___
Sarah L. Reid