UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris |

### DECLARATION OF SARAH L. REID IN SUPPORT OF DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO SUBPOENA

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Reply in Further Support of Motion to Compel Production of Documents Responsive to Subpoena.

3. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

4. Attached hereto as Exhibit A is a true and correct copy of the North Carolina Department of Health and Human Services' Memorandum in Opposition to Dey Defendants'

Motion to Compel Production of Documents filed in the United States District Court for the Eastern District of North Carolina on December 31, 2008.

5. Attached hereto as Exhibit B is a true and correct copy of South Dakota Department of Social Services' Memorandum and Opposition to Defendant Dey's Motion to Compel Production of Documents Responsive to Subpoena filed in the United States District Court of the District of South Dakota on December 30, 2008.

6. Attached hereto as Exhibit C is a true and correct copy of Oklahoma Health Care Authority's Objection to Dey Defendants' Motion served on December 29, 2008.

7. Attached hereto as Exhibit D is a true and correct copy of Dey's Response to North Carolina Department of Health and Human Services' Memorandum in Opposition to Dey Defendants' Motion to Compel Production of Documents filed in the United States District Court for the Eastern District of North Carolina on January 12, 2009.

8. Attached hereto as Exhibit E is a true and correct copy of Dey's Response to South Dakota Department of Social Services' Memorandum and Opposition to Defendant Dey's Motion to Compel Production of Documents Responsive to Subpoena filed in the United States District Court of the District of South Dakota on January 9, 2009.

9. Attached hereto as Exhibit F is a true and correct copy of Delaware's Motion to Quash filed in the District Court for the District of Delaware on December 4, 2008.

10. Attached hereto as Exhibit G is a true and correct copy of Dey's Opposition to Delaware's Motion to Quash and Cross- Motion to Transfer filed in the District Court for the District of Delaware on December 22, 2008.

11. Attached hereto as Exhibit H is a true and correct copy of Delaware's Reply to its Motion to Quash filed in the District Court for the District of Delaware on December 31, 2008.

12. Attached hereto as Exhibit I is a true and correct copy of Dey's reply to Delaware's Motion to Quash and in support of its Cross-Motion to Transfer filed in the District Court for the District of Delaware on January 8, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2009.             /s Sarah L. Reid
                                          SARAH L. REID

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 16, 2009 a copy to LexisNexis File and Serve for posting and notification to all parties. I further certify that on January 16, 2009, the foregoing was served by overnight mail, addressed to the following:

> A. Ann Woolfolk, Esq.
> Deputy Attorney General
> Carvel State Office Building
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
>
> Tracy J. Hays, Esq.
> North Carolina Department of Justice
> 9001 Mail Service Center
> Raleigh, NC 27699
>
> Lynn Rambo Jones, Esq.
> Health Care Authority
> State of Oklahoma
> 4545 N. Lincoln Blvd., Suite 124
> Oklahoma City, OK 73105
>
> Daniel J. Todd, Esq.
> South Dakota Department of Social Services
> Division of Legal Services
> 700 Governors Drive
> Pierre, SD 57501

By: ___/s/ Sarah L. Reid___
Sarah L. Reid