UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEAL

Notice is hereby given that M. Joyce Howe, named representative plaintiff in the above class action, appeals to the United States Court of Appeals for the First Circuit from the final order and judgment granting final approval to proposed class action settlement with AstraZeneca, and all orders antecedent and ancillary thereto (including the Order dated January 3, 2008 at Docket No. 4972), entered on December 19, 2008 (at Docket No. 5802).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 19, 2009 | /s/ Donald E. Haviland, Jr.<br>Donald E. Haviland, Jr., Esquire<br>Adam S. Levy, Esquire, Of Counsel<br>Michael J. Lorusso, Esquire<br>**THE HAVILAND LAW FIRM, LLC**<br>111 S. Independence Mall East, Suite 1000<br>Philadelphia, PA 19106<br>Telephone: (215) 609-4661<br>Facsimile: (215) 392-4400<br><br>COUNSEL FOR NAMED REPRESENTATIVE PLAINTIFF, M. JOYCE HOWE |

## **CERTIFICATE OF SERVICE**

     I, Donald E. Haviland, Jr., hereby certify that on January 19, 2009, a true and correct copy of the foregoing Notice of Appeal was filed via ECF electronic filing and notice was sent to all counsel of record.

     /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Adam S. Levy, Esquire, Of Counsel
Michael J. Lorusso, Esquire
**THE HAVILAND LAW FIRM, LLC**
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400

COUNSEL FOR NAMED REPRESENTATIVE PLAINTIFF,
M. JOYCE HOWE