UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler |

**STIPULATION WITHDRAWING WITHOUT PREJUDICE DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RULE 30(B)(6) DEPOSITION OF COLORADO DEPARTMENT OF HEALTH CARE AND FINANCING**

Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey") and subpoenaed entity Colorado Department of Health Care and Financing ("Colorado DHCF"), by and through their respective counsel, hereby stipulate and agree to the following:

1. The motion entitled "Dey Defendants' Motion to Compel Production of Documents and Rule 30(b)(6) Deposition of Colorado Department of Health Care and Financing," Docket 5770, is withdrawn without prejudice.

2. Colorado DHCF will produce documents responsive to Dey's subpoena dated June 4, 2008 as set forth in the letter and attachment from counsel for Colorado DHCF to counsel for Dey dated January 12, 2009 and in subsequent e-mail correspondence.

3. Dey will reimburse Colorado DHCF for the costs associated with Colorado DHCF's production of documents as set forth in the letter and attachment from counsel

for Colorado DHCF to counsel for Dey dated January 12, 2009 or as otherwise agreed upon by counsel for Dey and Colorado DHCF.

4. Colorado DHCF agrees to produce a witness to testify on the 30(b)(6) topics set forth in Dey's July 23, 2008 subpoena and/or, to the extent agreed upon by counsel for Dey and Colorado DHCF, Colorado DHCF will designate testimony on Dey's 30(b)(6) topics from the deposition of Allen D. Chapman dated December 15, 2008.

Dated: January 20, 2009

| KELLEY DRYE & WARREN LLP | ATTORNEY GENERAL FOR THE STATE OF COLORADO |
|---|---|
| By:   /s/ Clifford Katz<br>Paul F. Doyle (BBO # 133460)<br>Sarah L. Reid (pro hac vice)<br>William A. Escobar (pro hac vice)<br>Neil Merkl (pro hac vice)<br>Clifford Katz (pro hac vice)<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br><br>*Attorneys for Defendants Dey, Inc.*<br>*Dey, L.P., and Dey L.P., Inc.* | By:   /s/ Robert C. Douglas, Jr.<br>    Robert C. Douglas, Jr.<br>First Assistant Attorney General<br>State Services Section<br>1525 Sherman St., 7th Floor<br>Denver, CO 80203<br>(303)866-5282<br><br>*Attorneys for Colorado Department of Health*<br>*Care and Financing* |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 20, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Clifford Katz
Clifford Katz