UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS | Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion for Leave for the United States to respond to Abbott's Objections to Magistrate Judge Bowler's Ruling on Abbott's Motion to Compel Sufficient Responses to Abbott's Request for Admission ("Abbott's RFA Objection") (Docket No. 5827) pursuant to Fed. R. Civ. P. 72(a).

In support, the United States provides the following.

Federal Rule of Civil Procedure 72 and Local Magistrate Rule 2 permit the filing of an objection to a Magistrate's ruling, but are otherwise silent as to whether and when the party opposing an objection may respond. Accordingly, the United States seeks leave to respond to Abbott's RFA Objection by January 30, 2009.

The undersigned has conferred with David S. Torborg, counsel for Abbott, who advises that Abbott has no objection to the relief sought herein.

For the above reasons, the United States respectfully requests that this motion be granted.

1

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | MICHAEL F. HERTZ<br>ACTING ASSISTANT ATTORNEY GENERAL |
| /s/ *George B. Henderson, II*<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ *Renée Brooker*<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ *Ann M. St. Peter-Griffith*<br>Mark A. Lavine<br>Ann M. St.Peter-Griffith<br>June Acton<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.,<br><br>/s/ *James J. Breen*<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635<br>Fax: (954) 874-1705 |

January 21, 2009

CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' UNOPPOSED MOTION FOR LEAVE** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                   /s/ Ann M. St. Peter-Griffith

Dated: January 21, 2009