UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS ) ) ) | Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER ON
UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE**

Upon the Unopposed Motion for Leave for the United States to respond to Abbott's Objections to Magistrate Judge Bowler's Ruling on Abbott's Motion to Compel Sufficient Responses to Abbott's Request for Admission by January 30, 2009, and there being no objection,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.  The United States is granted leave to file its response to Abbott's Objections to Magistrate Judge Bowler's Ruling on Abbott's Motion to Compel Sufficient Responses to Abbott's Request for Admission no later than January 30, 2009.

 

_____
Patti B. Saris
United States District Court Judge