**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Subcategory Docket 03-10643 |
| ) | |
| *The City of New York v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 04-CV-06054) ) | |
| *County of Suffolk v. Abbott Labs., et al.* ) | |
| (E.D.N.Y. No. CV-03-229) ) | |
| *County of Westchester v. Abbott Labs., et al* ) | |
| (S.D.N.Y. No. 03-CV-6178) ) | |
| *County of Rockland v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-7055) ) | |
| *County of Dutchess v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-06458) ) | |
| *County of Putnam v. Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-04740) ) | |
| *County of Washington v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00408) ) | |
| *County of Rensselaer v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00422) ) | |
| *County of Albany v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00425) ) | |
| *County of Warren v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00468) ) | |
| *County of Greene v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00474) ) | |
| *County of Saratoga v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00478) ) | |
| *County of Columbia v. Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00867) ) | |

[Caption Continues on Next Page]

**STIPULATION TO FURTHER EXTEND THE TIME FOR THE FILING OF
ENDO PHARMACEUTICALS INC.'S ANSWER TO PLAINTIFFS' REVISED FIRST
AMENDED CONSOLIDATED COMPLAINT AND TO OPEN DISCOVERY**

*County of Essex v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )
*County of Genesee v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06172) )
*County of Niagara v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06296) )
*County of Seneca v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06370) )
*County of Orleans v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06371) )
*County of Ontario v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06373) )

| | |
|---|---|
| *County of Schuyler v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| *County of Ulster v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. Case No. 06-CV-0123) | ) |
| *County of Wyoming v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. Case No. 05-CV-6379) | ) |
| AND | ) |
| *County of Orange v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. Case No. 07-CV-2777) | ) |
| _____) | |

WITNESSETH:

The undersigned parties, plaintiffs, the City of New York and various New York Counties identified in the caption above ("New York Counties"), and defendant Endo Pharmaceuticals Inc. ("Endo"), by and through their respective authorized counsel, hereby make the following Agreement (the "Agreement"):

**WHEREAS**, the parties have entered into and the Court has endorsed stipulations between the parties to extend the time for the filing of Endo's Answer to Plaintiffs' Revised First Amended Consolidated Complaint ("FACC") that were filed on the following dates: August 28, 2008 (Docket No. 5524); September 26, 2008 (Docket No. 5613); October 28, 2008 (Docket No. 5650); December 1, 2008 (Docket No. 5719); December 19, 2008 (Docket No. 5799); and January 16, 2009 (Docket No. 5853).

**WHEREAS**, per the January 16, 2009 stipulation, the time for Endo to file its answer is extended until January 23, 2009.

**WHEREAS**, on January 9, 2009, the New York Counties filed a Renewed Motion for Reconsideration of July 30, 2008 Orders Regarding Certain Defendants' Individual Motions to Dismiss ("Renewed Motion") (Docket No. 5838). This motion may impact certain Endo dual

channel drugs or physician-administered drugs ("PADs") identified in Revised Exhibit B-14 to the FACC.

**WHEREAS**, the parties have agreed that the drugs and NDCs listed in Exhibit A hereto are at issue in this litigation.  The parties are continuing to meet and confer in good faith regarding the remaining Endo drugs and NDCs in Revised Exhibit B-14 to the FACC.

**WHEREAS**, to date, no discovery has occurred between the parties per Case Management Order No. 9 ("CMO 9"), which states that "[i]n any action in which there are multiple defendants, only those defendants that have answered the complaint may serve, and are subject to, party discovery," because Endo has yet to answer the FACC.

**NOW THEREFORE**, the Parties hereby agree, as follows:

1. Endo's Answer to the FACC shall be due five (5) business days from the date of the entry of an Order disposing of the Renewed Motion.

2. As of the date of the filing of this stipulation, Endo agrees to waive any discovery objection based on the foregoing provision of CMO 9 and be subject to party discovery by the New York Counties without waiving any other specific or general objection to the New York Counties' discovery requests.

SO AGREED this day January 23, 2009

| KIRBY McINERNEY & SQUIRE LLP | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ Joanne M. Cicala<br>    Joanne M. Cicala<br>    825 Third Avenue<br>    New York, NY  10022<br>    Telephone: (212) 371-6600<br>    Email: jcicala@kmllp.com<br><br>    *Attorneys for Plaintiffs New York City*<br>    *and above captioned New York*<br>    *counties other than Orange County* | By: /s/ David D. Fauvre<br>    David D. Fauvre<br>    555 12th Street, NW<br>    Washington, DC  20004<br>    Telephone: (202) 942-5000<br>    Email: David.Fauvre@aporter.com<br><br>    *Attorneys for Defendant Endo*<br>    *Pharmaceuticals Inc.* |

LEVY, PHILLIPS & KONIGSBERG, LLP

By: /s/ Theresa Ann Vitello
    Theresa Ann Vitello
    800 Third Ave., 13th Floor
    New York , NY 10022
    Telephone: (212) 605-6205
    Email: tvitello@lpklaw.com

    *Attorneys for Plaintiff Orange County*

**EXHIBIT A**

| # | NDC | DRUG PRODUCT |
|---|---|---|
| 1 | 60951071170 | GLIPIZIDE 5MG TABLET |
| 2 | 60951064170 | HYDROCODONE/APAP 7.5/750 TB |
| 3 | 60951066070 | OXYCODONE W/APAP 5/500 CAP |
| 4 | 60951073370 | CAPTOPRIL/HCTZ 25/15 TABLET |
| 5 | 60951073170 | CAPTOPRIL/HCTZ 50/25 TABLET |
| 6 | 60951062060 | SELEGILINE HCL 5MG TABLET |
| 7 | 60951067570 | BUTALBITAL COMP/COD #3 CAP |
| 8 | 60951074170 | CAPTOPRIL/HCTZ 25/25 TABLET |
| 9 | 60951073970 | CAPTOPRIL/HCTZ 50/15 TABLET |
| 10 | 60951076570 | CHLOROTHIAZIDE 250MG TABLET |
| 11 | 60951061670 | DICYCLOMINE 20MG TABLET |
| 12 | 60951076860 | DIFLUNISAL 250MG TABLET |
| 13 | 60951076960 | DIFLUNISAL 500MG TABLET |
| 14 | 60951071270 | ENDOCET 10/325 MG TABLET |
| 15 | 60951079770 | ENDOCET 10/650MG TABLET |
| 16 | 60951079785 | ENDOCET 10/650MG TABLET |
| 17 | 60951070070 | ENDOCET 7.5/325 MG TABLET |
| 18 | 60951079670 | ENDOCET 7.5/500MG TABLET |
| 19 | 60951079685 | ENDOCET 7.5/500MG TABLET |
| 20 | 60951061085 | ENDODAN 4.88/325 TABLET |
| 21 | 60951061070 | ENDODAN 4.88/325 TABLET |
| 22 | 60951063990 | HYDROCODONE/APAP 5/500 TAB |
| 23 | 60951063970 | HYDROCODONE/APAP 5/500 TAB |
| 24 | 60951063985 | HYDROCODONE/APAP 5/500 TAB |
| 25 | 60951075270 | HYDROMORPHONE 2MG TABLET |
| 26 | 60951075770 | HYDROMORPHONE 4MG TABLET |
| 27 | 60951075785 | HYDROMORPHONE 4MG TABLET |

| | | |
|---|---|---|
| 28 | 60951073860 | INDOMETHACIN 75MG CAP SA |
| 29 | 60951073870 | INDOMETHACIN 75MG CAP SA |
| 30 | 60951077570 | METHYLDOPA 125MG TABLET |
| 31 | 60951077870 | METHYLDOPA/HCTZ 250-15 TAB |
| 32 | 60951065870 | MORPHINE SULF 100MG TAB SA |
| 33 | 60951065270 | MORPHINE SULF 15MG TAB SA |
| 34 | 60951065285 | MORPHINE SULF 15MG TAB SA |
| 35 | 60951065970 | MORPHINE SULF 200MG TAB SA |
| 36 | 60951065370 | MORPHINE SULF 30MG TAB SA |
| 37 | 60951065385 | MORPHINE SULF 30MG TAB SA |
| 38 | 60951065570 | MORPHINE SULF 60MG TAB SA |
| 39 | 60951065585 | MORPHINE SULF 60MG TAB SA |
| 40 | 60951069270 | NITROGLYCERIN 0.3MG TAB SL |
| 41 | 60951071870 | NITROGLYCERIN 0.4MG TAB SL |
| 42 | 60951071862 | NITROGLYCERIN 0.4MG TAB SL |
| 43 | 60951072670 | NITROGLYCERIN 0.6MG TAB SL |
| 44 | 63481062970 | PERCOCET 10/325MG TABLET |
| 45 | 63481062870 | PERCOCET 7.5/325MG TABLET |
| 46 | 60951078370 | TIMOLOL MALEATE 10MG TABLET |
| 47 | 63481069870 | ZYDONE 10/400MG TABLET |
| 48 | 63481066870 | ZYDONE 5/400MG TABLET |
| 49 | 63481066970 | ZYDONE 7.5/400MG TABLET |
| 50 | 63481062270 | PERCOCET 10/650MG TABLET |
| 51 | 63481062170 | PERCOCET 7.5/500MG TABLET |
| 52 | 63481007470 | MOBAN 25MG TABLET |
| 53 | 63481046004 | MOBAN 20MG/ML ORAL CONC |
| 54 | 63481007270 | MOBAN 5MG TABLET |
| 55 | 63481007370 | MOBAN 10MG TABLET |
| 56 | 63481007670 | MOBAN 50MG TABLET |

| 57 | 63481068706 | LIDODERM 5% PATCH |
|----|-------------|-------------------|
| 58 | 63481062770 | PERCOCET 2.5/325MG TABLET |
| 59 | 63481013585 | PERCODAN TABLET |
| 60 | 63481013570 | PERCODAN TABLET |
| 61 | 63481010870 | SYMMETREL 100MG TABLET |
| 62 | 63481004270 | HYCODAN TABLET |
| 63 | 63481062185 | PERCOCET 7.5/500MG TABLET |
| 64 | 63481062285 | PERCOCET 10/650MG TABLET |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Court's Case Management Order No. 2, by sending on January 23, 2009 a copy to Lexis-Nexis for posting and notification to all parties.

       /s/ David D. Fauvre