UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Laural S. Boone as counsel for Defendant Sandoz Inc. in this matter. All other counsel of record for Sandoz Inc. will continue to appear as counsel for Sandoz Inc. in this matter.

Dated: January 16, 2009

Respectfully Submitted,

Laural S. Boone
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Sandoz Inc.*

NEWYORK 6987088 (2K)