UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of California ex. rel. Ven-A-Care of the Florida Keys Inc., v. Abbott Laboratories, Inc., et al.,* No. 03-11226-PBS; *State of Iowa v. Abbott Laboratories, Inc., et al.,* No. 07-12141-PBS; *The City of New York, et al. v. Abbott Laboratories, Inc., et al.,* No. 03-10643-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## REQUEST FOR ADMISSION PRO HAC VICE FOR RAJ GANDESHA

Undersigned counsel requests admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration in Support of the Application for Admission Pro Hac Vice of Raj Gandesha.

Dated: January 26, 2009

Respectfully Submitted,

*/s/ Raj Gandesha*

Raj Gandesha
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Sandoz Inc.*