## **CERTIFICATE OF SERVICE**

I hereby certify that on January __, 2009, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR RAJ GANDESHA, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Brian Bank