UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE LITIGATION ) | |
| ) | Master File No. 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the* ) | |
| *Florida Keys, Inc. v. Abbott Laboratories, Inc.,* ) | Magistrate Judge Marianne B. |
| Civil Action No. 06-11337-PBS ) | Bowler |
| ) | |
| *United States of America ex rel. Ven-a-Care of the* ) | |
| *Florida Keys, Inc., et al. v. Abbott Laboratories,* ) | |
| *Inc.,* Civil Action No. 07-11618-PBS ) | |
| ) | |
| *State of California, ex rel. Ven-a-Care of the* ) | |
| *Florida Keys, Inc., et al.* v. Abbott Laboratories, ) | |
| Inc., et al., Civil Action No. 03-11226-PBS ) | |
| ) | |
| *United States of America ex rel. Ven-a-Care of the* ) | |
| *Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action ) | |
| No. 05-11084-PBS ) | |
| ) | |
| *United States of America ex rel. Ven-a-Care of the* ) | |
| *Florida Keys, Inc., et al. v. Boehringher Ingelheim* ) | |
| *Corporation, et al.,* Civil Action No. 07-10248-PBS ) | |
| _____ ) | |

**STIPULATION IDENTIFYING PREVIOUSLY FILED DOCUMENTS
IN THE VEN-A-CARE CASES**

In the course of preparing the Stipulation required by Case Management Order No. 35, the undersigned parties realized that many documents filed in the Roxane case, C.A.No. 07-10248, were not docketed in the MDL docket, and therefore do not have a master docket number.  Accordingly, the plaintiffs and Roxane defendants file this further Stipulation that all of the documents listed in Appendix A, which previously were not filed in the MDL 1456 master

docket, should be reflected in the subcategory docket, 06-11337-PBS, for the above referenced litigation.

Date:   January 28, 2009                                Respectfully submitted,

| For the United States of America, | For Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. |
|---|---|
| GREGORY G. KATSAS ASSISTANT ATTORNEY GENERAL | |
| MICHAEL J. SULLIVAN UNITED STATES ATTORNEY | |
| | By: /s/ John W. Reale |
| By: /s/ Barbara Healy Smith | Helen E. Witt, P.C. |
| George B. Henderson, II | Anne M. Sidrys, P.C. |
| Barbara Healy Smith | Eric T. Gortner |
| James J. Fauci | John W. Reale |
| Assistant United States Attorneys | KIRKLAND & ELLIS LLP |
| John Joseph Moakley U.S. Courthouse | 200 East Randolph Drive |
| 1 Courthouse Way, Suite 9200 | Chicago, IL 60601 |
| Boston, MA 02210 | Telephone: (312) 861-2000 |
| (617) 748-3263 | Facsimile: (312) 861-2200 |

For the Relator Ven-A-Care of the Florida Keys, Inc.,

By: /s/ Alison W. Simon
James J. Breen
Alison W. Simon
THE BREEN LAW FIRM, P.A.
P. O. Box 297470
Pembroke Pines, Florida 33029
Telephone: (954) 874-1635

Gary L. Azorsky
Susan S. Thomas
Roslyn G. Pollack
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Telephone: (215) 875-3000

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 28, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

    /s/ Barbara Healy Smith
    Barbara Healy Smith
    Assistant United States Attorney