| Date Filed | Roxane docket # | Docket Text |
|---|---|---|
| 02/09/2007 | 1 | COMPLAINT against Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc. , filed by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(Edge, Eugenia) Modified on 3/8/2007 (Diskes, Sheila). (Entered: 02/09/2007) |
| 02/12/2007 | 2 | NOTICE by Ven-A-Care of the Florida Keys, Inc. *of Filing Redacted Complaints* (Attachments: # 1 Exhibit Original Redacted Complaint# 2 Exhibit Redacted First Amended Complaint# 3 Exhibit Redacted Second Amended Complaint# 4 Exhibit Redacted Third Amended Complaint)(Shapiro, Jonathan) (Entered: 02/12/2007) |
| 03/12/2007 | 10 | CORPORATE DISCLOSURE STATEMENT by Boehringer Ingelheim Corporation. (Goldstein, Richard) (Entered: 03/12/2007) |
| 03/12/2007 | 11 | CORPORATE DISCLOSURE STATEMENT by Boehringer Ingelheim Pharmaceuticals, Inc.. (Goldstein, Richard) (Entered: 03/12/2007) |
| 03/12/2007 | 12 | CORPORATE DISCLOSURE STATEMENT by Roxane laboratories, Inc.. (Goldstein, Richard) (Entered: 03/12/2007) |
| 03/13/2007 | 13 | CORPORATE DISCLOSURE STATEMENT by Roxane laboratories, Inc.. (Goldstein, Richard) (Entered: 03/13/2007) |
| 03/22/2007 | 14 | Joint MOTION to Dismiss *the United States' Complaint* by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., Roxane laboratories, Inc..(Goldstein, Richard) (Entered: 03/22/2007) |
| 03/22/2007 | 15 | MEMORANDUM in Support re 14 Joint MOTION to Dismiss *the United States' Complaint* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 |

| | | |
|---|---|---|
| | | Exhibit C (Part 1)# 4 Exhibit C (Part 2)# 5 Exhibit D# 6 Exhibit E)(Goldstein, Richard) (Entered: 03/22/2007) |
| 03/22/2007 | 16 | Joint MOTION for Order to Enter Proposed Case Management Order by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., United States of America, Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A)(Goldstein, Richard) (Entered: 03/22/2007) |
| 03/29/2007 | 17 | MOTION to Amend 2 Notice (Other), Notice (Other) *Complaint by Adopting United States' Complaint* by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Exhibit Proposed Amended Complaint# 2 Text of Proposed Order)(Shapiro, Jonathan) (Entered: 03/29/2007) |
| 03/29/2007 | 18 | Joint MOTION Entry of Proposed Case Management Order by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., Roxane laboratories, Inc., Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Text of Proposed Order)(Shapiro, Jonathan) (Entered: 03/29/2007) |
| 04/17/2007 | 19 | Judge Patti Saris : ORDER entered; re 17 MOTION to Amend 2 Notice (Other), Notice (Other) *Complaint by Adopting United States' Complaint* filed by Ven-A-Care of the Florida Keys, Inc., (Filo, Jennifer) Modified on 4/25/2007 to correct Judge (Filo, Jennifer). (Entered: 04/20/2007) |
| 04/17/2007 | | Judge Patti Saris: Electronic ORDER entered granting 18 Joint Motion for Entry of Proposed Case Management Order (Filo, Jennifer) Modified on 4/25/2007 to correct Judge (Filo, Jennifer). (Entered: 04/20/2007) |
| 04/17/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 16 Motion for Case Management Order (Patch, Christine) (Entered: 05/09/2007) |
| 04/23/2007 | 20 | Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* by Boehringer Ingelheim |

| | | |
|---|---|---|
| | | Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., Roxane laboratories, Inc..(Goldstein, Richard) (Entered: 04/23/2007) |
| 04/23/2007 | 21 | MEMORANDUM in Support re 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A)(Goldstein, Richard) (Entered: 04/23/2007) |
| 04/27/2007 | 22 | MEMORANDUM in Opposition re 14 Joint MOTION to Dismiss *the United States' Complaint* filed by United States of America. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3, Part 1# 4 Exhibit 3, Part 2# 5 Exhibit 4# 6 Exhibit 5)(Gobena, Gejaa) (Entered: 04/27/2007) |
| 05/07/2007 | 25 | Judge Patti B. Saris : CASE MANAGEMENT ORDER entered re 16 Joint MOTION for Order to Enter Proposed Case Management Order filed by Boehringer Ingelheim Corporation, Roxane laboratories, Inc., United States of America, Boehringer Ingelheim Pharmaceuticals, Inc. (Patch, Christine) (Entered: 05/16/2007) |
| 05/08/2007 | | ELECTRONIC NOTICE of HEARING on 14 Joint MOTION to Dismiss *the United States' Complaint*, and 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint*. Motion Hearing set for 6/20/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/08/2007) |
| 05/11/2007 | 23 | REPLY to Response to Motion re 14 Joint MOTION to Dismiss *the United States' Complaint* filed by all defendants. (Goldstein, Richard) (Entered: 05/11/2007) |
| 05/15/2007 | 24 | MEMORANDUM in Opposition re 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* filed by Ven-A-Care of the Florida Keys, Inc.. (Thomas, Susan) (Entered: 05/15/2007) |

| | | |
|---|---|---|
| 05/23/2007 | 27 | SUR-REPLY to Motion re 14 Joint MOTION to Dismiss *the United States' Complaint* filed by United States of America. (Oberembt, Laurie) (Entered: 05/23/2007) |
| 05/25/2007 | 28 | REPLY to Response to Motion re 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A)(Singal, Bruce) (Entered: 05/25/2007) |
| 06/20/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 6/20/2007 re 14 Joint MOTION to Dismiss *the United States' Complaint* filed by Boehringer Ingelheim Corporation, Roxane laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* filed by Boehringer Ingelheim Corporation, Roxane laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/20/2007) |
| 07/10/2007 | 30 | NOTICE by United States of America *of Recent United States District Court Decision Regarding the Statute of Limitations Issue Raised in the Roxane Defendants' Motion to Dismiss the United States' Complaint* (Attachments: # 1 Attachment 1)(Oberembt, Laurie) (Entered: 07/10/2007) |
| 08/31/2007 | 32 | Joint MOTION for Order to Enter Case Management Order by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Healy Smith, Barbara) (Entered: 08/31/2007) |
| 09/05/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 32 Motion for the Entry of a Case Management Order. "I allowed one deposition per state. However, if Roxane finds the designee was inadequate, it can move for a second deposition." (Patch, Christine) (Entered: 09/06/2007) |
| 09/05/2007 | 33 | Judge Patti B. Saris : CASE MANAGEMENT ORDER entered. (Patch, Christine) (Entered: 09/11/2007) |

| 09/20/2007 | 34 | Joint MOTION for Protective Order by United States of America. (Attachments: # 1 Exhibit A -- Proposed Protective Order)(Healy Smith, Barbara) (Entered: 09/20/2007) |
| --- | --- | --- |
| 09/21/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 34 Motion for Protective Order (Patch, Christine) (Entered: 09/25/2007) |
| 09/21/2007 | 35 | Judge Patti B. Saris : ORDER entered. PROTECTIVE ORDER(Patch, Christine) (Entered: 09/26/2007) |
| 12/06/2007 | 39 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER, granting in part and denying in part 14 Joint MOTION to Dismiss *the United States' Complaint* filed by Boehringer Ingelheim Corporation, Roxane laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., 20 Joint MOTION to Dismiss *Relator Ven-A-Care's Amended Complaint* filed by Boehringer Ingelheim Corporation, Roxane laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc..(Patch, Christine) (Entered: 12/06/2007) |
| 12/20/2007 | 40 | ANSWER to Complaint with Jury Demand by Roxane laboratories, Inc..(Heck, Jared) (Entered: 12/20/2007) |
| 12/20/2007 | 41 | ANSWER to Complaint with Jury Demand by Boehringer Ingelheim Corporation.(Heck, Jared) (Entered: 12/20/2007) |
| 12/20/2007 | 42 | ANSWER to Complaint with Jury Demand by Boehringer Ingelheim Pharmaceuticals, Inc..(Heck, Jared) (Entered: 12/20/2007) |
| 02/11/2008 | 47 | MOTION to Strike *Certain Affirmative Defenses* by United States of America.(Oberembt, Laurie) (Entered: 02/11/2008) |
| 02/11/2008 | 48 | MEMORANDUM in Support re 47 MOTION to Strike *Certain Affirmative Defenses* filed by United States of America. (Attachments: # 1 Exhibit Attachment 1, # 2 Exhibit Attachment 2)(Oberembt, Laurie) (Entered: 02/11/2008) |
| 02/19/2008 | 49 | MOTION for Order to set briefing schedule in |

|  |  |  |
|---|---|---|
|  |  | connection with the United States' Motion to Strike Certain Affirmative Defenses, filed on February 11, 2008 by United States of America.(Oberembt, Laurie) (Entered: 02/19/2008) |
| 02/20/2008 |  | Judge Patti B. Saris: Electronic ORDER entered denying 47 Motion to Strike Certain Affirmative Defenses. "Denied without prejudice. I will address these issues at summary judgment." (Patch, Christine) (Entered: 02/21/2008) |
| 06/02/2008 | 53 | MOTION to Expedite - *Motion for Expedited Clarification of the Governing Case Management Orders* by United States of America.(Healy Smith, Barbara) (Entered: 06/02/2008) |
| 06/02/2008 | 54 | MEMORANDUM in Support re 53 MOTION to Expedite - *Motion for Expedited Clarification of the Governing Case Management Orders* filed by United States of America. (Healy Smith, Barbara) (Entered: 06/02/2008) |
| 06/05/2008 | 57 | Joint MOTION to Compel *Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments* by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc..(Reale, John) (Entered: 06/05/2008) |
| 06/05/2008 | 58 | MEMORANDUM in Support re 57 Joint MOTION to Compel *Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Reale, John) (Entered: 06/05/2008) |
| 06/06/2008 | 59 | Cross MOTION for Clarification *(Additional) or Modification of the Case Management Order* by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc..(Heck, Jared) (Entered: 06/06/2008) |

| | | |
|---|---|---|
| 06/06/2008 | 60 | RESPONSE to Motion re 53 MOTION to Expedite - *Motion for Expedited Clarification of the Governing Case Management Orders and Memorandum in Support re 59 Roxane Defendants' Cross-Motion for Additional Clarification or Modification of the Case Management Order* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Heck, Jared) (Entered: 06/06/2008) |
| 06/13/2008 | 61 | RESPONSE to Motion re 59 Cross MOTION for Clarification *(Additional) or Modification of the Case Management Order* filed by United States of America, Ven-A-Care of the Florida Keys, Inc.. (Healy Smith, Barbara) (Entered: 06/13/2008) |
| 07/02/2008 | 63 | Opposition re 57 Joint MOTION to Compel *Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments* filed by United States of America. (Healy Smith, Barbara) (Entered: 07/02/2008) |
| 07/03/2008 | 64 | MEMORANDUM in Opposition re 57 Joint MOTION to Compel *Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments* filed by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pollack, Roslyn) (Entered: 07/03/2008) |
| 07/22/2008 | 66 | MOTION for Leave to File *a Reply in Support of Their Joint Motion to Compel Production of Relator Ven-A-Care's Disclosure Statement and Any Subsequent Amendments* by Roxane laboratories, Inc., Boehringer Ingelheim Corp., Boehgringer Ingelheim Pharmaceuticals, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B)(Gortner, Eric) Modified on 7/23/2008 (Patch, Christine). (Entered: 07/22/2008) |
| 08/06/2008 | 69 | Letter to Judge Saris from George B. Henderson, II. (Patch, Christine) (Entered: 08/06/2008) |
| 09/12/2008 | 71 | First MOTION to Compel *DEFENDANTS TO SEARCH FOR AND PRODUCE DOCUMENTS* by |

| | | |
|---|---|---|
| | | United States of America. (Attachments: # 1 Text of Proposed Order)(Fauci, James) (Entered: 09/12/2008) |
| 09/12/2008 | 72 | MEMORANDUM in Support re 71 First MOTION to Compel *DEFENDANTS TO SEARCH FOR AND PRODUCE DOCUMENTS* filed by United States of America. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Fauci, James) (Entered: 09/12/2008) |
| 09/26/2008 | | Magistrate Judge Marianne B. Bowler: ORDER entered denying 57 Motion to Compel, without prejudice except to the extent that the relator is ordered to produce a privilege log for the disclosure statement and exhibits, including any subsequent amendments, within 14 days. The disclosure statement and exhibits, prepared in anticipation of litigation, constitute work product. Although the Roxanne defendants have a substantial need for the information to assess the relator's standing as the original source, they fail to satisfy their burden of showing that they cannot obtain the substantial equivalent without undue hardship given the likely ability to obtain the information by deposition. The Roxanne defendants may renew the motion in the event they remain unable to obtain the substantial equivalent without undue hardship after the depositions of the Ven-A-Care officials. (Bowler, Marianne) (Entered: 09/26/2008) |
| 10/06/2008 | 79 | Judge Patti B. Saris: ORDER entered. JOINT SCHEDULING ORDER: Status Conference set for 11/13/2008 03:00 PM in Courtroom 19 before Judge Patti B. Saris. Motions due by 6/26/2009; oppositions due 7/24/09. Hearing on Summary Judgment set for 9/23/2009 02:00 PM in Courtroom 19 before Judge Patti B. Saris. Associated Cases: 1:01-cv-12257-PBS, 1:05-cv-11084-PBS, 1:06-cv-11337-PBS, 1:07-cv-10248-PBS(Patch, Christine) (Entered: 10/10/2008) |
| 10/10/2008 | 78 | Objection to Order on Motion to Compel,,, by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Simon, Alison) (Entered: 10/10/2008) |

| | | |
|---|---|---|
| 10/10/2008 | 80 | Objection to Order on Motion to Compel,,, by United States of America. (Healy Smith, Barbara) (Entered: 10/10/2008) |
| 10/10/2008 | 81 | Opposition re 71 First MOTION to Compel *DEFENDANTS TO SEARCH FOR AND PRODUCE DOCUMENTS* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gortner, Eric) (Entered: 10/10/2008) |
| 10/14/2008 | 82 | *Roxane Defendants'* Response by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc. to 80 Objection, 78 Objection *s to Magistrate Judge Bowler's Sept. 26, 2008 Order*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gortner, Eric) (Entered: 10/14/2008) |
| 10/20/2008 | 83 | MOTION for Leave to File *Amended Complaint* by United States of America.(Fauci, James) (Entered: 10/20/2008) |
| 10/20/2008 | 84 | MEMORANDUM in Support re 83 MOTION for Leave to File *Amended Complaint* filed by United States of America. (Attachments: # 1 Exhibit 1 - 3)(Fauci, James) (Entered: 10/20/2008) |
| 10/22/2008 | 86 | MOTION for Leave to File *Brief Reply (Unopposed)* by United States of America. (Attachments: # 1 Attachment 1 - Reply to Roxane Defendants' Opposition to Plaintiffs' Motion to Compel, # 2 Attachment 2 - Exhibit A to Reply Brief, # 3 Attachment 3 - Exhibit B to Reply Brief)(Healy Smith, Barbara) (Entered: 10/22/2008) |
| 10/22/2008 | 87 | Assented to MOTION for Leave to File *Reply to Roxane Defendants' Response to Objections to the September 26, 2008 Order by the Magistrate Judge* by Ven-A-Care of the Florida Keys, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Exhibit 1-Relator's |

| | | |
|---|---|---|
| | | Reply)(Simon, Alison) (Entered: 10/22/2008) |
| 10/28/2008 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 10/28/2008 re: 86 (in 1:07-cv-10248-PBS) MOTION for Leave to File, and 71 (in 1:07-cv-10248-PBS) MOTION to Compel. The court hears argument and ALLOWS motion 86 and makes rulings on motion 71 as stated on the record in open court. Associated Cases: 1:07-cv-10248-PBS et al. (Duffy, Marc) (Entered: 10/28/2008) |
| 10/28/2008 | 89 | First REPLY to Response to 71 First MOTION to Compel *DEFENDANTS TO SEARCH FOR AND PRODUCE DOCUMENTS* filed by United States of America. (Attachments: # 1 Exhibit A - Representative Transmittal Letters and Source Logs, # 2 Exhibit B - Sample Transmittal Letters)(Healy Smith, Barbara) (Entered: 10/28/2008) |
| 10/29/2008 | | Magistrate Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 71 Motion to Compel to the extent set forth in open court on October 28, 2008. As to request # 41, similar requests have been allowed by the court. (Docket Entry # 4701, CA No. 01-12257-PBS). The request is overbroad, however, and therefore limited to defendant Roxanne and to the time period of 1996 to 2003 relating to AWP/reimbursement issues. Having considered the relevant First Amendment concerns, the documents, as narrowed, are subject to production. (Bowler, Marianne) (Entered: 10/29/2008) |
| 11/10/2008 | 92 | MOTION for Clarification re Order on Motion to Compel,, by United States of America.(Fauci, James) (Entered: 11/10/2008) |
| 11/13/2008 | 93 | Opposition re 83 MOTION for Leave to File *Amended Complaint (Master Dkt. # 5680)* filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Gortner, Eric) |

|  |  | (Entered: 11/13/2008) |
|---|---|---|
| 11/20/2008 | 96 | MOTION to Compel *Production of Documents and Rule 30(b)(6) Depositions of Kansas Health Policy Authority and Memordanum in Support (Master Docket # 5697)* by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane laboratories, Inc..(Reale, John) (Entered: 11/20/2008) |
| 11/20/2008 | 97 | AFFIDAVIT in Support re 96 MOTION to Compel *Production of Documents and Rule 30(b)(6) Depositions of Kansas Health Policy Authority and Memordanum in Support (Master Docket # 5697)* MOTION to Compel *Production of Documents and Rule 30(b)(6) Depositions of Kansas Health Policy Authority and Memordanum in Support (Master Docket # 5697) (Master Docket 5698)*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit J)(Reale, John) (Entered: 11/20/2008) |