**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Magistrate Judge Marianne B. Bowler |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT JARED T. HECK is no longer associated with Kirkland & Ellis LLP and should be removed from the service list.  Kirkland & Ellis LLP continues to serve as counsel for Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated:  January 28, 2009

Respectfully submitted,

/s/ John W. Reale
John W. Reale
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
egortner@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record on this 28th day of January, 2009 via electronic service with LexisNexis.

                                        /s/ John W. Reale

                                          John W. Reale