UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br> Subcategory Case. No. 06-11337 <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge <br> Marianne B. Bowler |

### DECLARATION OF CLIFFORD KATZ IN FURTHER SUPPORT OF DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION TO COMPEL LUIS COBO AND VEN-A-CARE OF THE FLORIDA KEYS, INC. TO PRODUCE DOCUMENTS

**CLIFFORD KATZ** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am associated with the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey, L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in further support of Dey's Motion to Compel Luis Cobo and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") to Produce Documents.

3. The basis for my knowledge is my review of the files maintained by Kelley Drye & Warren LLP as part of its representation of Dey, including the documents attached hereto, and my own personal knowledge of the facts and circumstances set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of a document produced by Ven-A-Care, marked VAC MDL 86162 to VAC MDL 86175, which was also marked Abbott Exhibit 545 at the March 4, 2008 deposition of Luis Cobo. (Ven-A-Care has agreed that the designation of "Attorney's Eyes Only," added to the document when it was produced in the

action *State of Texas v. Dey, Inc., et al.*, Texas State Court, Travis County, Case No. GV 002327, is no longer applicable and this document is not designated as confidential.)

5. Attached hereto as Exhibit B are true and correct copies of excerpts of the March 4, 2008 deposition of Luis Cobo.

6. Attached hereto as Exhibit C are true and correct copies of excerpts of the December 8, 2008 deposition of Ven-A-Care's 30(b)(6) designee, T. Mark Jones.

7. Attached hereto as Exhibit D is a true and correct copy of a document produced by Ven-A-Care, marked VAC MDL 43204 to VAC MDL 43207, which was also marked Dey Exhibit 323 at the December 8, 2008 deposition of T. Mark Jones.

8. Attached hereto as Exhibit E is a true and correct copy of a document produced by Ven-A-Care, marked VAC MDL 65904 to VAC MDL 65911, which was also marked Dey Exhibit 311 at the December 8, 2008 deposition of T. Mark Jones.

9. Attached hereto as Exhibit F is a true and correct copy of a document produced by Ven-A-Care, marked R1-022890, which was also marked Dey Exhibit 320 at the December 8, 2008 deposition of T. Mark Jones. (Ven-A-Care has agreed that the designation of "Attorney's Eyes Only," added to the document when it was produced in the action *State of Texas v. Dey, Inc., et al.*, Texas State Court, Travis County, Case No. GV 002327, is no longer applicable and this document is not designated as confidential.) This document was also produced by Ven-A-Care in this action and was marked VAC MDL 53665.

10. Attached hereto as Exhibit G are true and correct copies of excerpts of the November 6, 2008 deposition of Zachary Bentley.

11. Attached hereto as Exhibit H are true and correct copies of excerpts of the December 9, 2008 deposition of Ven-A-Care's 30(b)(6) designee, T. Mark Jones.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2009.

                                                               /s/ Clifford Katz
                                                               Clifford Katz

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on January 29, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Clifford Katz
Clifford Katz