# EXHIBIT A

Attorneys' Eyes Only

R1-024535

# PRESENTATION PRIVILEGE LOG
## VOLUME 5
### NO: 1



VAC MDL 86162

9/14/95  Vena Care meeting

| | Name | Affiliation | Telephone # |
|---|---|---|---|
| 1. | Sheree Kanner | HCFA/OGC | 410 786-8865 |
| 2. | Bernadette Schumaker | HCFA/BPD | 410-786-45 (410-786-0691) |
| 3. | Dorothy Colbart | HCFA/BPD | 410-786-9671 |
| 4. | Jim Conead | HCFA/BPD | 410-786-0188 |
| 5. | Linda Hillier | HHS/OIG/OI | 202 619-1485 (202 Fax 401-0502) |
| 6. | Aron Primack, MD | HCFA/OBI | 410-786-97. |
| 7. | Zachary T. Bentley | Ven-A-Care | 305-292-1635 |
| 8. | Luis E. Cobo | Ven-A-Care | 305 292-1635 |
| 9. | Jim Breen | WBA | 305-577-0. |
| 10. | Atlee Wampler, III | WBA | 305-577-0 |
| 11. | T. Mark Jones | Ven-A-Care | 305-292-1635 |
| 12. | Mark Lavine | USAO-Miami | (305) 536-547 |
| 13. | Larry Reed | HCFA/MB (Medicaid) | (410) 786-332 |
| 14. | Mary Sachus | HCFA/OGC | 202-619-121: |
| 15. | Leila Carp | HCFA/OGC | (410) 786-88: |
| 16. | Sue Gaston | HCFA/MB | (410) 786-6918 |
| 17. | Larry Bonander | HCFA/BPD | (410) 786-449 |
| 18. | Sally Strauss | DOJ | (202) 616-143: |

Attorneys' Eyes Only

R1-024536

VAC MDL 86163



Attorneys' Eyes Only

R1-024537

VAC MDL 86164

# MANUFACTURER'S FALSE AWP'S v. PROVIDER'S TRUE COST
## Misrepresentation Begins With FDA's New Drug Approval Date





**Medicare will reimburse for the injection, based on the average wholesale price, which currently is $166.00.**

VAC MDL 86165

R1-024538

Attorneys' Eyes Only

R1-024539

VAC MDL 86166

Attorneys' Eyes Only

# MANUFACTURERS ARE ALSO WHOLESALERS - USE FALSE AWP'S TO PROMOTE DRUG SALES TO PROVIDERS

**Lowest physician-direct price on all Bristol Laboratories and Mead Johnson oncology products.** Competitive pricing on more than 700 oncology drugs...

75 days to pay for your purchases. Our extended payment terms give you 75 days from date of invoice to pay for your purchases in full without incurring finance charges, so your payables track more closely with reimbursement.

A bimonthly newsletter containing an up-to-date listing of AWP's for the most commonly used cancer medicines

**Save 5% with Every Order of VePesid For Injection or Lyophilized Cytoxan**

* * *

Create Your Own Discount Plan for Drugs and Supplies

* * *

Accumulate Your Network Dollars

* * *

The Network Will Handle the Bookkeeping

*Flexibility of Dosage Without Waste!*

**Cost-Effective Reimbursement:**

|  | | AWP/ Vial | AWP/ 50 mg |
|---|---|---|---|
| Leucovorin 200 mg | $2.42 | $78.08 | $19.50 |
| Doxorubicin 200 mg | $84.77 | $945.96 | $236.50 |

VAC MDL 86167

R1-024540

# HCFA DEFRAUDED INTO DIRECTING DMERCS TO PAY HIGHER REIMBURSEMENT BASED ON FALSE AWP

# NEWSLINES
WHAT'S NEW IN HOME INFUSION

## GREAT NEWS ON VANCOMYCIN!

Providers in DMERC Regions A, B, and D should see a sizable increase in their allowable charge for vancomycin—one of the most common antibiotics billed under Medicare Part B.

Although the four Medicare carriers are supposed to use the same allowable charge on infusion drugs (based on average wholesale price), they haven't done so for vancomycin (J3370). Alerted to the problem, NHIA contacted the DMERCs and the Health Care Financing Administration to find out why this was so. A discussion on how the allowable charge should be calculated showed that only Region C has been paying the correct amount for vancomycin: **$18.81**. By comparison, the allowable charge in Regions A and B has been $7.80, and only $10.56 in Region D.

NHIA has asked that the increase in the allowable charge be made retroactive to the beginning of the DMERC system. Providers billing for vancomycin should contact their DMERC to find out how to bill for an adjustment.

Remember too that new allowable charges take effect January 1 based on AWP updates. NHIA will be looking closely at these to ensure that they are calculated correctly.

### June 1995 DMERC Medicare Advisory

**APRIL 1995 DRUG UPDATES**

Infusion Drugs:

| HCPCS Code | Allowable |
|---|---|
| J0640 | $21.53 |
| J0895 | 9.48 |
| J1170 | .79 |
| J1455 | 12.19 |
| J1570 | 34.80 |
| J2175 | .70 |
| J2270 | .83 |
| J2275 | 12.38 |
| J2920 | 4.50 |
| J2930 | 12.50 |
| J3010 | 3.58 |
| J3370 | 14.80 |
| J9000 | 45.08 |
| J9010 | 225.40 |
| J9040 | 278.29 |
| J9065 | 48.00 |
| J9100 | 5.88 |
| J9110 | 23.00 |
| J9180 | 7.55 |
| J9200 | 118.16 |
| J9245 | 270.93 |
| J9370 | 31.75 |

---

July 31, 1996

Vanacare of Florida Keys
Louis Cobo
933 Fleming Street
Key West, Florida 33040

Dear Louis:

Thank you for your courtesy and kind attention during our telephone conversation. As we discussed, TRIAD Medical has received a cost decrease on Fujisawa's Vancomycin (Lypnocin) and we are passing the savings on to you!

| Catalog No. | Vial Size | Units | Cost |
|---|---|---|---|
| 13118 | 500mg | 25 | $47.80 |
| 26430 | 1gm | 10 | $43.35 |
| 29331 | 5gm | 1 | $33.25 |

As you can see, our pricing is the best in the industry! I will call you shortly to review this proposal. If in the interim you need me, I am just a phone call away.

Warmest regards,
Dan Mackay
Territory Manager
1-800-934-8623

---

Home Infusion/Oncology    Fall 1996

**LEDERLE LABS**

| MFG # | DESCRIPTION | | | NDC/UPC |
|---|---|---|---|---|
| 371-070 | PIPRACIL 3GM INFUSION 10 | | CT | |
| 326-272 | PIPRACIL AD VL 3GM 10 | | CT | |
| 326-364 | PIPRACIL AD VL 4GM 10 | | CT | |
| 273-384 | VANCOLED VL 500MG 10 | | CT | |

---

InSource Williams   NPM

More New Products! Back-to-School Price Discounts!

| | Vancocin® Vancomycin HCL | |
|---|---|---|
| 1331 | 1g Pdi (20ml) Single-Dose Vial | $12.99 |
| 1990 | 1gram/Vial, Pdi | $9.20 |
| 1991 | 5gram/Vial, Pdi | $46.00 |
| 1989 | 500mg/Vial, Pdi | $4.88 |
| 1329 | 500mg/vial, Pdi (10ml) Single-Dose Vial | $9.25 |

---

**FLORIDA INFUSION**

VANCOMYCIN 500MG VIAL LEDERLE ............ 4.20

Attorneys' Eyes Only



Attorneys' Eyes Only

R1-024541

VAC MDL 86168

VAC MDL 86169

R1-024542

# FALSE AWP'S CAUSE MEDICARE TO REIMBURSE MORE FOR GENERIC THAN FOR BRAND NAMES

**1. Manufacturer Bristol-Myers Reports Inflated AWP for Brand Name Drug Vepesid (Etoposide)**

- AWP as Reported to Medical Economics (Red Book®)



- True Manufacturer's Price to a Very Small Provider

**2. Generic Drug Sold by Manufacturer Gensia**

- Generic Manufacturer Reports Higher than Brand Manufacturer to Medical Economics (Red Book®)



- Generic Manufacturer Gensia Sells at *Lower* Price than Brand Manufacturer



FLORIDA INFUSION — WEEKLY SPECIALS
ETOPOSIDE (Generic Vepesid®)
100mg MDV $67.62 | 200mg MDV $135.24 | 500mg MDV $338.10

**3. As A Result of False AWP's, Medicare Part B Increases Reimbursement to Higher AWP Reported for Generic:**

Medicare B Update!
INJECTABLE DRUG FEES

| Code | Participating Allowance | Nonparticipating Allowance | Limiting Charge |
|---|---|---|---|
| J9181 | 14.20 | 13.49 | 15.51 |
| J9182 | 141.87 | 134.87 | 155.10 |

Attorneys' Eyes Only

# GENERICS MORE EXPENSIVE THAN BRAND

## Common Belief that Generics are Less Expensive than Brand Drugs Incorrect in I.V. and Injectable Drugs when Manufacturers Falsify AWP's.

### BRAND

| Code | Drug |
|---|---|
| J 9070 | CYTOXAN (Bristol-Myer Onc/Hiv) cyclophosphamide PDI, IJ (VIAL) |
| J 9080 | 100 mg, ea.........00015-0500-41  5.31  AP |
| J 9090 | 200 mg, ea.........00015-0501-41  10.11 AP |
| J 9091 | 500 mg, ea.........00015-0502-41  21.24 AP |
| J 9092 | 1 gm, ea...........00015-0505-41  42.48 AP |
|  | 2 gm, ea...........00015-0506-41  85.00 AP |

J 0640  LEUCOVORIN CALCIUM
(Immunex)
PDI, IJ (S.D.V.)
  50 mg, 10s ea....00005-0521-37  215.30  AP
(P.F., S.D.V.)
  50 mg, 25s ea....00005-0326-18  538.13  AP
  100 mg, 10s ea...00005-0522-36  304.10  AP
(S.D.V.)
  350 mg, 10s ea...00005-0523-32  1378.40  EE

J 2545  PENTAM 300 (Fujisawa)
pentamidine isethionate
PDI, IJ (S.D.V.)
  300 mg, ea........57317-0211-05  98.75 78.00 EE

J 0690  ANCEF (Abbott Hosp)
cefazolin sodium
PDI, IJ (VIAL)
  500 mg, 25s ea...00007-3131-16  37.50 AP
  1 gm, ea..........00007-3130-01  3.00  AP
(P.B.)
  1 gm, 10s ea.....00007-3137-05  38.05 AP
(VIAL)
  1 gm, 10s ea.....00007-3136-16  75.00 AP
  5 gm, 10s ea.....00007-3128-01  530.00 AP
(BULK VIAL)
  10 gm, 10s ea....00007-3135-01  300.00 AP

J 3370  VANCOCIN HCL (Lilly)
vancomycin hydrochloride
PDI, IJ, 500 mg, ea....00002-1444-01  7.06  AP
(ADD-VANTAGE)
  500 mg, 10s ea...00002-7257-10  82.00 AP
(TRAY PACK)
  500 mg, 10s ea...00002-1444-16  78.00 AP
  1 gm, 10s ea.....00002-7321-16  156.01 AP
(ADD-VANTAGE)
  1 gm, 10s ea.....00002-7258-16  160.81 AP
(BULK VIAL)
  10 gm, ea........00002-7255-01  156.01 AP
PDR, PO, 250 mg/5 ml,
  20 ml, ea........00002-5105-18  205.21 EE
  500 mg/6 ml,
  120 ml...........00002-5372-37  276.21 EE

J 9360  VELBAN (Lilly)
vinblastine sulfate
PDI, IJ, 10 mg, ea....00002-1405-01  36.82 AP

### GENERIC

NEOSAR (Pharmacia)
cyclophosphamide
PDI, IJ (S.D.V.)
  100 mg, ea.........00013-0506-93  5.30  AP
  200 mg, ea.........00013-0516-93  10.24 AP
  500 mg, ea.........00013-0526-93  21.30 AP
  1 gm, ea...........00013-0536-70  43.01 AP
  2 gm, ea...........00013-0546-70  86.08 AP

LEUCOVORIN CALCIUM
(Chiron-Sion)
PDI, IJ (P.F.)
  50 mg, ea..........00641-2280-41  58.25  45.00 AP
(Generic)
PDI, IJ, 50 mg, ea...00703-5130-01  20.50  AP
  300 mg, ea.........00703-5140-01  40.63  AP
(Burr Wellcome)
SEE SECTION 6 FOR COLOR PHOTO
PDI, IJ (VIAL)
  100 mg, ea.........00081-0898-93  39.50  AP

(Abbott Hosp)
PDI, IJ, 300 mg, ea..00034-0540-81  108.17  AP

(Fujisawa)
PDI, IJ (P.F.)
  500 mg, ea.........00469-2264-60  4.81  3.27 AP
(VIAL)
  500 mg, 25s ea....00469-2261-36  4.06  2.56 AP
  1 gm, ea..........00469-2271-30  8.11  5.18 AP
(P.B.)
  1 gm, 10s ea.....00469-2274-60  8.07  5.99 AP
  10 gm, ea.........00469-2282-30  45.96  29.37 AP
(Geneva)
PDI, IJ (VIAL)
  500 mg, 25s ea....00781-3105-70  73.58  AP
(P.B.)
  1 gm, 10s ea.....00781-3724-40  86.54  AP
(VIAL)
  1 gm, 25s ea.....00781-3165-70  147.10 AP
  10 gm, 10s ea....00781-3725-40  353.20 AP

vancomycin hydrochloride
(Elkins-Sinn)
PDI, IJ, 500 mg, 10s ea...00641-2778-45  108.13 159.50 AP
  1 gm, 10s ea.........00641-2779-40  375.63 300.58 AP
(Fujisawa) See LYPHOCIN
(Lederle SM Prod)
PDI, IJ, 500 mg, 10s ea...00205-3154-00  57.50  46.05 AP
  1 gm, 10s ea.........00205-3164-10  115.15 92.12 AP
  5 gm, ea..............00205-3154-05  57.58  46.05 AP
(Abbott Hosp)
(FLIPTOP VIAL)
  1 gm, 10s ea.........00074-6539-01  604.44  AP
(BULK VIAL)
  5 gm, ea..............00074-6596-01  135.98  AP

VINBLASTINE SULFATE
(Fujisawa)
INJ, IJ, 1 mg/ml, 10 ml....00469-2700-00  43.23  32.58 AP

Attorneys' Eyes Only

R1-024543



Attorneys' Eyes Only

R1-024544

VAC MDL 86171

# MANUFACTURERS DICTATE FALSE AWP'S TO STATE MEDICAID AGENCIES

**Manufacturer's False AWP's**  vs.  **True Wholesale Price**

FLORIDA INFUSION — WEEKLY SPECIALS

**LOWEST PRICE EVER!!!**

## TOPOSAR
(ETOPOSIDE-FULL DATED BY ADRIA LABS)

$60.80 — 100mg vial   $121.60 — 200mg vial   $299.00 — 500mg vial

VAC MDL 86172
R1-024545
Attorneys' Eyes Only

# MANUFACTURER'S FALSE AWP'S ALSO VICTIMIZE PRIVATE INSURERS



**the Principal Financial Group**

Principal Mutual
Life Insurance Company

September 1, 1995

ZACHARY T BENTLEY
VEN-A-CARE

Dear Mr. Bentley

I enjoyed speaking with you this morning regarding the pricing of PO drugs and IV drugs. As I told you this morning, Principal Mutual Life Insurance Company utilizes the Red Book in determining the AWP of the various drugs that we pay benefits on. We used the AWP price as a base figure, and depending on contract language, either pay a multiple of the AWP or take a reduction from the AWP.

Either way, we do utilize the AWP price as listed in the Red Book. We utilize the Red Book pricing for chemotherapy agents, antibiotics, hydration fluids, and for the various prescription drugs. Hopefully this letter will address the three questions submitted to me in your fax of August 31, 1995. If not, please call and we can discuss. Once again, it was nice to hear from you.

Sincerely

Ed Acela/CPE, Investigator
Group Claim - Special Services
711 High Street
Des Moines, IA 50392-4640
Phone 515 248-2013

EA:tlw/wd/04
08313388.ea

Attorneys' Eyes Only

R1-024546

Mailing Address: Des Moines, Iowa 50392-0001 (515) 247-5111 / FAX (515) 247-5930

VAC MDL 86173



R1-024547

Attorneys' Eyes Only

VAC MDL 86174

# MANUFACTURER'S FRAUDULENT AWP'S

| | HCPCS | DRUG | 1994 ALLOWABLE CHARGES (in dollars) | CURRENT MEDICARE ALLOWABLE | VAC COST | PERCENT DIFFERENCE | POTENTIAL SAVINGS |
|---|---|---|---|---|---|---|---|
| 1 | J7020 | Albuterol Sulfate .083% | $ 147,867,789 | $ .47 | $ .146 | 221% | $ 100,000,000+ |
| 2 | J7025 | Albuterol .5% | 7,613,626 | .66 | .346 | 89 | 3,500,000+ |
| 3 | J7070 | Metaproterenol .4% | 14,239,661 | 1.22 | .42 | 190 | 9,000,000+ |
| 4 | J7072 | Metaproterenol .6% | 8,550,346 | 1.20 | .42 | 186 | 5,500,000+ |
| 5 | J7075 | Metaproterenol 5.0% | 661,119 | 1.30 | .42 | 210 | 450,000+ |
| 6 | J7030 | Cromolyn Sodium | 5,342,515 | .70 | .23 | 204 | 3,500,000+ |
| 7 | J7610 | Acetylcysteine 10% | 2,058,571 | 1.23 | .652 | 89 | 1,000,000+ |
| 8 | J7615 | Acetylcysteine 20% | 728,426 | 1.37 | .596 | 141 | 400,000+ |
| 9 | J7699 | NOC | 25,079,973 | | | | 14,500,000+ |
| 10 | J0640 | Leucovorin 50 mg | 73,908,209 | 21.53 | 2.75 | 683 | 65,000,000+ |
| 11 | J9217 | Leuprolide Acetate 7.5 mg | 360,033,353 | 477.50 | 361.00 | 32 | 92,720,000+ |
| 12 | J9000 | Doxorubicin 10 mg | 16,355,550 | 45.08 | 11.00 | 309 | 11,000,000+ |
| 13 | J9010 | Daunorubicin 50 mg | 10,847,015 | 225.40 | 45.00 | 400 | 7,000,000+ |
| 14 | J3370 | Vancomycin 500 mg | 8,729,523 | 9.39 | 3.26 | 188 | 6,000,000+ |
| 15 | J1561 | Immune Globulin | 28,226,680 | 36.01 | 11.50 | 213 | 17,000,000+ |
| 16 | J9370 | Vincristine 1 mg | 3,840,807 | 31.75 | 5.40 | 406 | 3,000,000+ |
| 17 | J9375 | Vincristine 2 mg | 1,350,867 | 36.25 | 9.80 | 290 | 1,000,000+ |
| 18 | J9181 | Etoposide 10 mg | 15,946,027 | 14.20 | 6.76 | 110 | 3,000,000+ |
| 19 | J9182 | Etoposide 100 mg | 21,618,606 | 141.97 | 67.52 | 110 | 8,000,000+ |
| 20 | J7050 | NACL 250 cc | 3,350,830 | 9.43 | | | 2,000,000+ |
| 21 | J7060 | D5W 500 ml | 1,398,591 | 8.43 | | | 1,000,000+ |
| 22 | J2405 | Ondansetron hydrochloride | 46,477,706 | 5.37 | | | 11,500,000+ |
| | | | $770,750,310 | | | Annual Potential Savings → **$371,080,000** | $371,080,000 |

Attorneys' Eyes Only

R1-024548

VAC MDL 86175