# EXHIBIT C

Page 705

1                UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3      - - - - - - - - - - - - - -x

4      IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

5      INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION

6      PRICE LITIGATION            :   01-CV-12257-PBS

7      - - - - - - - - - - - - - -x

8      THIS DOCUMENT RELATES TO:   :

9      U.S. ex rel. Ven-a-Care of  :   Hon.  Patti B. Saris

10     the Florida Keys, Inc.      :

11          v.                     :

12     Dey, Inc., et al.           :

13     No. 05-11084-PBS            :

14     - - - - - - - - - - - - - -x

15

16        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

17

18         CONTINUED DEPOSITION OF T. MARK JONES

19                  Washington, D.C.

20              Monday, December 8, 2008

21                    VOLUME III

22

Page 706

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - -x

 4   IN RE:  PHARMACEUTICAL      :  MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE  :  CIVIL ACTION

 6   PRICE LITIGATION            :  01-CV-12257-PBS

 7   - - - - - - - - - - - - - - -x

 8   THIS DOCUMENT RELATES TO:   :  Judge Patti B. Saris

 9   United States of America ex :

10   rel. Ven-A-Care of the      :

11   Florida Keys, Inc., et al.  :

12   v. Boehringer Ingelheim     :

13   Corporation, et al., Civil  :

14   Action No. 07-10248-PBS     :

15   - - - - - - - - - - - - - - -x

16

17

18

19

20

21        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

Page 707

```
 1                IN THE COURT OF COMMON PLEAS

 2                   FIFTH JUDICIAL CIRCUIT

 3      - - - - - - - - - - - - - - - - - -x

 4      STATE OF SOUTH CAROLINA            :Master Caption No.

 5      COUNTY OF RICHLAND                 :06-CP-40-4394

 6      In Re:  South Carolina Pharmaceutical:

 7      Pricing Litigation                 :

 8      This Matter Relates to:  Sandoz, Inc.:

 9      Civil Action No. 07-CP-40-0285     :

10      Civil Action No. 07-CP-40-0287     :

11      - - - - - - - - - - - - - - - - - -x

12                IN THE COURT OF COMMON PLEAS

13                   FIFTH JUDICIAL CIRCUIT

14      - - - - - - - - - - - - - - - - - -x

15      STATE OF SOUTH CAROLINA            :Master Caption No.

16      COUNTY OF RICHLAND                 :06-CP-40-4394

17      In Re:  South Carolina Pharmaceutical:

18      Pricing Litigation                 :

19      This Document Relates to:          :

20      Civil Action No. 07-CP-40-0280     :

21      Civil Action No. 07-CP-40-0286     :

22      - - - - - - - - - - - - - - - - - -x
```

Page 708

```
 1                IN THE COURT OF COMMON PLEAS

 2                   FIFTH JUDICIAL CIRCUIT

 3     - - - - - - - - - - - - - - - - - - -x

 4     STATE OF SOUTH CAROLINA          :Master Caption No.

 5     COUNTY OF RICHLAND               :06-CP-40-4394

 6     In Re:  South Carolina Pharmaceutical:

 7     Pricing Litigation               :

 8     This Document Relates to:        :

 9     PAR PHARMACEUTICALS COMPANIES, INC.  :

10     Civil Action No. 06-CP-40-7151   :

11     Civil Action No. 06-CP-40-7153   :

12     - - - - - - - - - - - - - - - - - - -x

13

14

15

16

17

18

19

20

21         (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

Page 709

```
 1              IN THE COURT OF COMMON PLEAS

 2                 FIFTH JUDICIAL CIRCUIT

 3    - - - - - - - - - - - - - - - - -x

 4    STATE OF SOUTH CAROLINA           :MASTER FILE NO.

 5    COUNTY OF RICHLAND                :06-CP-40-4394

 6    STATE OF SOUTH CAROLINA and HENRY D. :CIVIL ACTION NO.

 7    McMASTER, in his official capacity as:07-CP-40-0282

 8    Attorney General for the State of   :07-CP-40=0283

 9    South Carolina,                   :

10                        Plaintiff,           :

11        vs.                           :

12    MYLAN LABORATORIES, INC.,         :

13                 Defendant.           :

14    - - - - - - - - - -- - - - - - - - x

15

16

17

18

19

20

21        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

Page 710

```
 1        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

 2             THIRD JUDICIAL DISTRICT OF ANCHORAGE

 3     - - - - - - - - - - - - - -x

 4     STATE OF ALASKA,              :

 5             Plaintiff,      :Case No. 3AN-06-12026CI

 6        vs.                        :

 7     ALPHARMA BRANDED PRODUCTS  :

 8     DIVISION, INC., et al.,       :

 9             Defendants.      :

10     - - - - - - - - - - - - - -x

11

12

13        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

14                  STATE OF HAWAII

15     - - - - - - - - - - - - - - x

16     STATE OF HAWAII,              :

17             Plaintiff,      :Civil No. 06-1-0720-04EEH

18                             :(Complex Litigation)

19        vs.                        :Civil No. 07-1-1639-09EEH

20     ABBOTT LABORATORIES, INC.,  :(Other Civil Action)

21     et al.,                      :

22     - - - - - - - - - - - - - - x
```

Jones, T. Mark - Vol. III                                    December 8, 2008
                           Washington, DC

```
 1          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 2              COUNTY DEPARTMENT, CHANCERY DIVISION

 3      - - - - - - - - - - - - - - x

 4      THE PEOPLE OF THE STATE OF  :

 5      ILLINOIS,                   :

 6              Plaintiff,          :

 7          vs.                     : Case No. 05CH02474

 8      ABBOTT LABORATORIES, et al.,:

 9              Defendants.         :

10      - - - - - - - - - - - - - - x

11      UNITED STATES DISTRICT COURT

12      FOR THE DISTRICT OF MASSACHUSETTS

13      - - - - - - - - - - - - - - -x

14      IN RE:  PHARMACEUTICAL      :  MDL NO. 1456

15      INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION

16      PRICE LITIGATION            :   01-CV-12257-PBS

17      THIS DOCUMENT RELATES TO:   : Hon. Patti B. Saris

18      State of South Carolina v.  : Magistrate Judge

19      Abbott Laboratories, Inc.   : Marianne B. Bowler

20      Civil Action                :

21      No.06-cv-11883-PBS          :

22      - - - - - - - - - - - - - - -x
```

Jones, T. Mark - Vol. III                                          December 8, 2008
                              Washington, DC

Page 712

```
 1     STATE OF NEW YORK

 2     SUPREME COURT              COUNTY OF ERIE

 3     ---------------------------------)Index No. 2005-2439

 4     THE COUNTY OF ERIE,              )Judge John M. Curran

 5              Plaintiff,              )

 6         v.                           )

 7     ABBOTT LABORATORIES, INC., et al., )

 8              Defendants.             )

 9     ---------------------------------)

10

11     STATE OF NEW YORK

12     SUPREME COURT    COUNTY OF SCHENECTADY

13     ---------------------------------)Index No. 2006-886

14     THE COUNTY OF SCHENECTADY,       )Judge

15              Plaintiff,              )Vincent J. Reilly, Jr.

16         v.                           )

17     ABBOTT LABORATORIES, INC., et al., )

18              Defendants.             )

19     ---------------------------------)

20

21

22         (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)
```

Page 713

```
 1    STATE OF NEW YORK

 2    SUPREME COURT              COUNTY OF OSWEGO

 3    ---------------------------------)Index No. 2006-0697

 4    THE COUNTY OF OSWEGO,            )Judge

 5               Plaintiff,           )James W. McCarthy

 6         v.                          )

 7    ABBOTT LABORATORIES, INC., et al., )

 8              Defendants.            )

 9    ---------------------------------)

10

11

12              UNITED STATES DISTRICT COURT

13           FOR THE DISTRICT OF MASSACHUSETTS

14    - - - - - - - - - - - - - - -x

15    IN RE:  PHARMACEUTICAL       :  MDL NO. 1456

16    INDUSTRY AVERAGE WHOLESALE    :  CIVIL ACTION

17    PRICE LITIGATION             :  01-CV-12257-PBS

18    THIS DOCUMENT RELATES TO:    : Hon. Patti B. Saris

19    The City of New York, et al. :

20         v.                       :

21    Abbott Laboratories, et al.  :

22    - - - - - - - - - - - - - - -x
```

Jones, T. Mark - Vol. III                                      December 8, 2008
Washington, DC

Page 714

```
 1          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

 2                          STATE OF MISSOURI

 3      ----------------------------x

 4      STATE OF MISSOURI, ex rel,    :

 5      JEREMIAH W. (JAY) NIXON,      :

 6      ATTORNEY GENERAL, and         :

 7      MISSOURI DEPARTMENT OF SOCIAL:

 8      SERVICES, DIVISION OF MEDICAL:

 9      SERVICES,                     :

10              Plaintiffs,        :Case No. 054-2486

11      MYLAN LABORATORIES, INC., et :

12      al,                      I:

13              Defendants.          :

14      ----------------------------x

15

16

17

18

19

20

21          (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

Page 715

1    IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

2              OF THE STATE OF IDAHO

3            IN AND FOR THE COUNTY OF ADA

4    ---------------------------x

5    STATE OF IDAHO,                  :

6              Plaintiff,             :

7        vs.                          : Case No. CV 0C 0701847

8    ALPHARMA USPD, INC., et al.,:

9              Defendants.            :

10   ---------------------------x

11

12

13   Volume III of the Videotaped Deposition of T. MARK JONES,

14   a witness herein, called for examination by counsel for

15   Dey, Inc. in the above-entitled matter, pursuant to

16   notice, the witness being duly sworn by SUSAN L.

17   CIMINELLI, a Notary Public in and for the District of

18   Columbia, taken at the offices of Kelley Drye &

19   Warren LLP, Washington Harbour, Suite 400, 3050 K

20   Street, N.W., at 9:10 a.m., and the proceedings being

21   taken down by Stenotype by SUSAN L. CIMINELLI, CRR,

22   RPR, and transcribed under her direction.

Jones, T. Mark - Vol. III                                    December 8, 2008
                              Washington, DC

```
 1              A P P E A R A N C E S :

 2

 3    On behalf of Ven-A-Care and the Witness:

 4              JIM BREEN, ESQ.

 5              The Breen Law Firm

 6              3350 SW 148 Avenue, Suite 110

 7              Miramar, FL 33027

 8              (954) 874-1635

 9

10    On behalf of the United States:

11              RENEE BROOKER, ESQ.

12              U.S. Dept. of Justice - Civil Division

13              601 D Street, N.W.

14              Washington, D.C.  20012

15              (202) 616-3797

16

17    On behalf of Dey, Inc. and Mylan:

18              CLIFFORD KATZ, ESQ.

19              Kelley Drye & Warren LLP

20              101 Park Avenue

21              New York, NY  10178

22              (212) 808-7697
```

Jones, T. Mark - Vol. III
Washington, DC
December 8, 2008

Page 717

1              A P P E A R A N C E S :    (CONTINUED)

2    On behalf of Roxane & Boehringer Ingelheim:

3              ERIC GORTNER, ESQ.

4              Kirkland & Ellis LLP

5              200 East Randolph Drive

6              Chicago, IL  60601

7              (312) 861-2285

8

9    On behalf of Schering, Schering Plough, Warrick

10   and Braun Medical:

11             JOHN P. McDONALD, ESQ.

12             Locke Lord Bissell & Liddell LLP

13             2200 Ross Avenue, Suite 2200

14             Dallas, TX  75201

15             (214)740-8758

16

17   On behalf of GlaxoSmithKline:

18             MARK H. LYNCH, ESQ.

19             Covington & Burling LLP

20             1201 Pennsylvania Avenue, N.W.

21             Washington, D.C. 20004-2401

22             (202) 662-5544

Page 718

```
 1            A P P E A R A N C E S :    (CONTINUED)

 2

 3    On behalf of Johnson & Johnson: (Via telephone)

 4            MARK G. YOUNG, ESQ.

 5            Patterson Belknap Webb & Tyler LLP

 6            1133 Avenue of the Americas

 7            New York, NY  10036

 8            (212) 336-291

 9

10

11    ALSO PRESENT:

12

13            Peggy Forrest, Paralegal

14            Dan Solomon, Videographer

15

16

17

18

19

20

21

22
```

Jones, T. Mark - Vol. III

Washington, DC

December 8, 2008

Page 719

1                    C O N T E N T S

2

3    WITNESS: T. MARK JONES                        PAGE

4          Examination By Mr. Katz..................0727

5

6

7                    E X H I B I T S

8    NUMBER               DESCRIPTION              PAGE

9    Exhibit Dey 300 - Notice of Continued

10                       Deposition of T. Mark Jones..0728

11   Exhibit Dey 301 - United States First Amended

12                       Complaint....................0783

13   Exhibit Dey 302 - Response of Plaintiff

14                       Ven-A-Care of the Florida

15                       Keys, Inc. to the Dey

16                       Defendants' First Set of

17                       Interrogatories..............0790

18   Exhibit Dey 303 - VAC MDL 48643................0827

19   Exhibit Dey 304 - R1-022843-844 Contract

20                       Prices.......................0846

21   Exhibit Dey 305 - R1-022872 - 8/30/95 letter

22                       to Fabrizi...................0854

Jones, T. Mark - Vol. III                                                    December 8, 2008
Washington, DC

Page 720

```
 1              E X H I B I T S    (CONTINUED)

 2    NUMBER              DESCRIPTION              PAGE

 3    Exhibit Dey 306 - R1-022883-884 - 8/22/96 fax..0867

 4    Exhibit Dey 307 - Fax VAC MDL43554-556.........0872

 5    Exhibit Dey 308 - Fax VAC MDL43585-586.........0876

 6    Exhibit Dey 309 - 6/19/97 Fax VAC MDL71228-239.0883

 7    Exhibit Dey 310 - Fax VAC MDL43646-650.........0893

 8    Exhibit Dey 311 - Fax 7/26/97 VAC MDL65904-911.0897

 9    Exhibit Dey 312 - Fax 7/26/97 VAC MDL45083-087.0916

10    Exhibit Dey 313 - Fax 11/10/97 VAC MDL43712-14.0918

11    Exhibit Dey 314 - Fax 11/24/97 VAC MDL43715-20.0920

12    Exhibit Dey 315 - Fax 2/3/98 VAC MDL43454-456..0924

13    Exhibit Dey 316 - Fax 8/13/98 VAC MDL43543-45..0926

14    Exhibit Dey 317 - Fax 2/22/99 R1-023971-012....0931

15    Exhibit Dey 318 - VAC MDL43319-320 Medicare

16                      Utilization for the

17                      inhalation drug Albuterol

18                      Sulfate 0.083%..............0953

19    Exhibit Dey 319 - Fax 1/18/00 R1-022889-888....0965

20    Exhibit Dey 320 - 3/22/00 Memo to Cobo Pharmacy

21                      from Leonard Sierra

22                      R1-022890...................0967
```

Page 721

```
 1              E X H I B I T S    (CONTINUED)

 2     NUMBER                DESCRIPTION                PAGE

 3     Exhibit Dey 321 - Innovatix document

 4                         R1-024344-346...............0969

 5     Exhibit Dey 322 - Fax 5/16/01 VAC MDL43201-203.0976

 6     Exhibit Dey 323 - Fax VAC MDL43204-207.........0980

 7     Exhibit Dey 324 - Innovatix document

 8                         R2-015617-618...............0981

 9     Exhibit Dey 325 - Fax 12/12/03

10                         VAC MDL80423-432............0984

11     Exhibit Dey 326 - 10/24/94 letter

12                         VAC MDL74719-718............1005

13     Exhibit Dey 327 - NAMFCU fax 4/14/98

14                         VAC MDL75939-943............1013

15     Exhibit Dey 328 - NAMFCU fax 4/7/98

16                         VAC MDL75930-933............1013

17     Exhibit Dey 329 - 5/16/99 Dey letter R1-014879.1028

18     Exhibit Dey 330 - 8/10/99 Dey letter R1-014889.1028

19     Exhibit Dey 331 - 3/31/00 Dey letter

20                         R1-014902-903...............1028

21     Exhibit Dey 332 - 7/18/00 Dey letter

22                         R1-014883-884...............1028
```

Jones, T. Mark - Vol. III                                    December 8, 2008
                            Washington, DC

                                                              Page 722

 1              E X H I B I T S    (CONTINUED)

 2      NUMBER              DESCRIPTION              PAGE

 3      Exhibit Dey 333 - 7/30/00 Letter to Chairman

 4                          Bliley,\ R1-022917-920.......1037

 5      Exhibit Dey 334 - U.S. v. Dey Second Amended

 6                          Complaint...................1037

 7      Exhibit Dey 335 - U.S. v. Dey Complaint........1037

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 723

```
 1                P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  Good morning.  The

 4     time is 9:10 a.m., December 8th, 2008.  This

 5     begins tape number one, Volume III of the

 6     continued videotape deposition of Mr. T. Mark

 7     Jones.  Will the court reporter please swear or

 8     affirm the witness.

 9

10     Whereupon,

11                     T. MARK JONES,

12     was called as a witness by counsel for Defendants

13     Dey and Mylan, and having been duly sworn by the

14     Notary Public, was examined and testified as

15     follows:

16

17              MR. KATZ:  This is Cliff Katz,

18     representing Dey and Mylan Defendants.

19              MR. GORTNER:  Eric Gortner from

20     Kirkland & Ellis in Chicago representing Roxane

21     Laboratories, Boehringer Ingelheim Corporation,

22     and Boehringer Ingelheim Pharmaceuticals, Inc. in
```

Page 741

```
 1        A.    He had equal shares with us, and I

 2   don't -- somehow the three of us now have equal

 3   shares, but we absorbed his shares.  I can't

 4   remember.  It would have been if we would have

 5   had 300 at that point, then he had 300.

 6        Q.    So he would have had equal shares at

 7   that point?

 8        A.    Right.

 9        Q.    With you, Lewis Cobo, and Dr. Lockwood?

10        A.    John Lockwood, correct.

11        Q.    And that would have been more than the

12   others at the time, Darene Cahill, John Klitenick

13   and Dr. Calleja?

14        A.    It's John Calleja, Dr. Calleja and Dr.

15   Klitenick and Darene.  Yes.  They never had more,

16   I don't think, than 5 percent ever.

17        Q.    Okay.  And now I'd like for you to go

18   through the employees of Ven-A-Care now.

19   Starting in 1987.

20        A.    My wife, April Jones, worked very

21   briefly, maybe for three or four months to help

22   me in the very beginning.  And that would have
```

1    been like in '89.  And then when Mr. Bentley

2    arrived, Mr. Bentley brought his wife, Mary Cobo,

3    in with him as well.  But my wife left after

4    three or for months when Mr. Bentley was there.

5              So we had Mary Bentley, Zach's wife,

6    working in the office quite sometime, a few

7    years.  Along with her, we had Sally Abrams, who

8    is now Sally Smith.  And she basically ran the

9    office.  And I think she left in 1994, maybe '95.

10        Q.   Did your wife work in the office?

11        A.   Yes.

12        Q.   Was April Jones, Mary Cobo or Sally

13   Smith, were any of those individuals pharmacists?

14        A.   No.

15        Q.   Were any of them nurses or doctors?

16        A.   No.

17        Q.   Continue.

18        A.   I believe, and I would have to talk to

19   Lewis about this, because I don't recall totally,

20   I believe we had hired a couple of pharmacists to

21   work part-time.  And I can't remember their names

22   off the top of my head.  One that was a female

Jones, T. Mark - Vol. III

Washington, DC

December 8, 2008

Page 743

```
1     named Irene, and the other was a male named

2     Craig.  They both worked for Cobo Pharmacy as

3     well, so we would just hire them part-time if we

4     needed help.

5          Q.   Do you know what time period they

6     worked part-time?

7          A.   This was all pre-'95.  I would say '90,

8     '91, '92.  We didn't have very many employees.

9          Q.   Well, let's stick with them for -- for

10    a little while.

11         A.   Okay.

12         Q.   In that time period, 1990 to 1992, when

13    you say part-time, how many hours a week are we

14    talking about?

15         A.   Who are you referring to for part-time?

16         Q.   Let's start with Irene.

17         A.   Probably 15, you know, 12 to 15 hours.

18    If Lewis had -- couldn't cover the pharmacy, then

19    you know, we had a pharmacist in there to cover

20    it.  And the same would go for Craig.

21         Q.   So their function would be to fill in

22    when Lewis Cobo wasn't there?
```

Page 744

```
 1        A.    Correct.   Correct.

 2        Q.    All right.   And Lewis Cobo was always

 3   the head pharmacist for Ven-A-Care?

 4        A.    To the best of my recollection, yes.

 5        Q.    Any other employees of Ven-A-Care?

 6        A.    I don't think so.

 7        Q.    I think we have one here today, right?

 8        A.    Me.   Of course.

 9        Q.    And another one?   Do you have a

10   paralegal here?

11        A.    No.   It's a paralegal, but she is not

12   an employee of Ven-A-Care.

13             MR. BREEN:   She is employed by the

14   Breen Law Firm.

15             THE WITNESS:   She is employed by the

16   Breen Law Firm.   Although she would be a great

17   employee.

18             MR. BREEN:   Unless there is something I

19   haven't been informed of yet.

20             THE WITNESS:   I'm sitting here trying

21   to remember if there was anyone else.   I mean, we

22   contracted with a couple of guys like to take our
```

Page 835

```
 1            MR. KATZ:  Right.  So you can just

 2    ignore the blank pages.

 3            THE WITNESS:  Okay.  I used to be able

 4    to read this about 10 years ago.  I can't see

 5    anymore.  Okay.

 6    BY MR. KATZ:

 7        Q.   Okay.  If you take a look at the first

 8    page -- or I'm sorry, the second page.

 9        A.   The first --

10        Q.   Right.  It should be, it should be

11    titled Ven-A-Care meeting with a date 9-14-95.

12    Do you see that?

13        A.   I do.

14        Q.   Now, this was a meeting, this is a

15    sign-in sheet for a meeting held on September

16    14th, 1995, right?

17        A.   Yes.

18        Q.   And the people who attended this

19    meeting included representatives of Ven-A-Care,

20    including yourself, Ven-A-Care's attorneys,

21    attorneys from the DOJ, representatives of HCFA,

22    and representatives of the OIG, right?
```

Jones, T. Mark - Vol. III                                    December 8, 2008
Washington, DC

1          A.    DOJ, HCFA, Ven-A-Care, U.S. Attorneys,

2     OIG, HCFA, yes.   Yes.

3          Q.    And who organized this meeting?

4          A.    I believe that this -- this meeting was

5     made available to us because of Mr. Stark, Pete

6     stark.   Bill Vaughn has --

7          Q.    Just for the record, who was Pete

8     stark?

9          A.    He was the -- he was in the Ways and

10    Means Committee.   He is a Congressman.

11         Q.    He is a Congressman, right?

12         A.    I'm just trying to think of what his

13    title was.   He was chairperson -- was he chairman

14    of Ways and Means?   I think he was the chair of

15    Ways and Means.

16         Q.    Now, just quickly going back to the

17    prior exhibit, Dey Exhibit 303, was that document

18    provided to Mr. Lavine in preparation for this

19    meeting?

20         A.    I don't think so.   I mean, it doesn't -

21    - I don't see it in this, in this PowerPoint,

22    this document.

Page 837

```
 1        Q.    If you don't know --

 2        A.    I don't know.  I mean, I don't think it

 3   was because it's not in the presentation.

 4        Q.    Just generally speaking, can you

 5   describe what was discussed at this meeting?

 6        A.    Well, it's like most of the meetings

 7   that we did, this was one of our first ones.  In

 8   fact, this was one where we did these big blow-

 9   ups.  We took different things that we collected

10   about, you know, spreads and spread drugs, and

11   these are just photocopies of the actual board

12   itself.  And we presented what we believed was

13   the fraud scheme and what we believed the issues

14   were in the marketplace to HCFA and -- well,

15   mostly, it was a HCFA meeting because OIG was

16   already aware of it, most of them anyway.

17        Q.    And the OIG would already be aware of

18   that on their own, or are you contending that

19   they were aware of that from Ven-A-Care?

20        A.    Ven-A-Care was already communicating

21   with the OIG.

22        Q.    So would it be accurate to say that at
```

Jones, T. Mark - Vol. III                                          December 8, 2008
Washington, DC

Page 838

1      this meeting, Ven-A-Care informed the

2      representatives of the federal government at this

3      meeting that it believed that drug manufacturers'

4      AWPs greatly exceeded the actual acquisition

5      costs of pharmacies?

6              MR. BREEN:  Objection.  Form.

7              THE WITNESS:  At this meeting, Ven-A-

8      Care made a presentation that showed examples of

9      pharmaceutical companies, you know, reporting

10     high AWPs, and we showed them the cost to Ven-A-

11     Care, which was an extremely big spread generally

12     in some drugs, and you know, just the whole fraud

13     theory, yes.

14     BY MR. KATZ:

15         Q.   And when you say the whole fraud

16     theory, would it be accurate to say that in

17     addition to the examples shown, Ven-A-Care

18     informed these -- these federal government

19     representatives that it believed that there was

20     widespread fraud, as you allege, in the

21     pharmaceutical industry, and that Ven-A-Care

22     contended that AWPs greatly exceeded pharmacies'

Jones, T. Mark - Vol. III                                    December 8, 2008
                           Washington, DC

Page 839

1    actual acquisition costs?

2              MR. BREEN:  Objection.  Form.  And I'd

3    like the question read back to the witness,

4    please.

5              THE REPORTER:  "Question:  And when you

6    say the whole fraud theory, would it be accurate

7    to say that in addition to the examples shown,

8    Ven-A-Care informed these -- these federal

9    government representatives that it believed that

10   there was a widespread fraud, as you allege, in

11   the pharmaceutical industry, and that Ven-A-Care

12   contended that AWPs greatly exceeded pharmacies'

13   actual acquisition costs?

14             MR. BREEN:  Objection.  Form.

15             THE WITNESS:  I think that's a general

16   statement.  I think Ven-A-Care, with its

17   knowledge in 1995, went to HCFA with particular

18   examples of what it believed represented the AWP

19   issues in the marketplace.  It showed examples of

20   GlaxoSmithKline's -- or Glaxo's Zofran, which is

21   a branded drug, using a particular method of

22   providing spreads to compete in the marketplace

Jones, T. Mark - Vol. III                                    December 8, 2008
Washington, DC

Page 840

1      against SmithKline's Kytril.

2              And so you know, that was a really, we

3      thought, illuminating look at the difference

4      between the branded market and the generic

5      market.  We showed particular generic drugs that

6      had large spreads.  This last page was a page

7      that I remember doing with Zach where we took the

8      J codes and put our costs in, and calculated out

9      allowables, and what would be saved by using our

10     costs.

11             MR. BREEN:  For the record, you're

12     referring to --

13             THE WITNESS:  The manufacturers'

14     fraudulent AWPs.

15             MR. BREEN:  And that's VAC MDL 86175?

16             THE WITNESS:  Yes.  And that was

17     reflective of our knowledge at that time.

18     BY MR. KATZ:

19         Q.  Would it be accurate to say that the

20     fraud that Ven-A-Care was alleging was not

21     limited to the drugs and companies listed in the

22     examples, but was more widespread than that?

Jones, T. Mark - Vol. III                                    December 8, 2008
                           Washington, DC

Page 841

 1             MR. BREEN:  Objection.  Form.

 2             THE WITNESS:  I think that this -- this

 3   presentation represented the majority of what we

 4   knew.  I'm not going to tell you it covered every

 5   pharmaceutical manufacturer or every drug that we

 6   had.  No.  But these were great illuminating

 7   examples.

 8   BY MR. KATZ:

 9        Q.   Okay.  But I don't think -- I don't

10   think you really answered my question.  Would it

11   be accurate to say the fraud that Ven-A-Care was

12   alleging was not limited to the examples in this

13   presentation, but Ven-A-Care said that it went

14   beyond these specific examples?

15             MR. BREEN:  Objection.  Form.

16             THE WITNESS:  Are you asking me, is

17   Ven-A-Care saying that this is just an example of

18   the fraud in the marketplace?

19   BY MR. KATZ:

20        Q.   Right.

21        A.   I would suspect yes, Ven-A-Care would

22   say that.

Page 842

1          Q.    And Ven-A-Care referred specifically to

2     Dey's drugs during this meeting, right?

3          A.    I have to look and see where we --

4          Q.    Well, if you look at the last page.

5          A.    Well, the last page had Dey's drugs.

6     Yes.

7          Q.    And did Ven-A-Care refer specifically

8     to Dey?

9          A.    I don't remember or recall whether we

10    specifically read out every one of these drugs

11    and the manufacturers.

12         Q.    Okay.  But were some manufacturers

13    named or you don't recall?

14         A.    I can't recall.  I don't want to

15    testify that I -- you know, unless it was on

16    these sheets, it would be hard for me to recall

17    exactly who we talked about.

18         Q.    Did Ven-A-Care also discuss WAC at this

19    meeting?

20         A.    I have to look.  Let me go through

21    this.

22         Q.    Irrespective of whether WAC is actually

Jones, T. Mark - Vol. III                                          December 8, 2008
                              Washington, DC

1    to confirm that?

2          MR. BREEN:  I would be shocked if it

3    was anything other than a designation.  At the

4    time this document was first produced, and the R1

5    on there tells me it was first produced in the

6    early Texas litigation, the early Texas qui tam

7    litigation.

8          MR. KATZ:  This would have been

9    produced in the litigation against Dey in Texas,

10   right?

11         MR. BREEN:  At a time when Dey was

12   aggressively taking the position that its prices

13   were highly confidential.

14         MR. KATZ:  I think you're getting off

15   topic right now.

16         MR. BREEN:  Okay.

17   BY MR. KATZ:

18      Q.   But you didn't receive group purchasing

19   contracts and pricing lists from GPOs -- Ven-A-

20   Care didn't receive them that said attorney's

21   eyes only, right?

22      A.   No.