# EXHIBIT D

```
H  LASERJET 3150                                    SEND CONFIRMATION REPORT FOR
PRINTER/FAX/COPIER/SCANNER                          VENACARE
                                                    3052921739
                                                    MAY-16-01   2:52PM
```

| JOB | START TIME | USAGE | PHONE NUMBER/ADDRESS | TYPE | PAGES | MODE | STATUS |
|---|---|---|---|---|---|---|---|
| 490 | 5/16 2:51PM | 1'54" | 2158614557 | SEND | 3/3 | EC144 | COMPLETED |

TOTAL   1'54"   PAGES SENT: 3   PAGES PRINTED: 0

**VEN-A-CARE**
OF THE FLORIDA KEYS

(305) 292-1435

3406 Duck Avenue
Key West, Florida 33040

Fax (305) 292-1739

## FACSIMILE TRANSMISSION RECORD

Date: 5/16/01

To: Rob Vito

Fax No.: 215-861-4557   Phone:

From: Ven-A-Care

Message:
M. Kevin + Bob

PLEASE NOTE: This fax is intended solely for the use of the recipient named above and may contain privileged or confidential information, exempt from disclosure under applicable law. If you are not the intended recipient, please take note that any dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please notify the sender immediately by telephone, then either destroy this fax or return it to the sender by mail. Thank you.

Pages (including this cover sheet): 3

2302848

EXHIBIT
Dey 323
12/16/05 SC

VAC MDL43204



# VEN-A-CARE
## OF THE FLORIDA KEYS

3426 Duck Avenue
Key West, Florida 33040

(305) 292-1635

Fax (305) 292-1735

# FACSIMILE TRANSMISSION RECORD

Date: 5/16/01

To: Rob Vito

Fax No.: 215-861-4557   Phone:

From: Ven-A-Care

Message:

M. Kesson + Bela

PLEASE NOTE: THIS FAX IS INTENDED SOLEY FOR THE USE OF THE RECIPIENT NAMED ABOVE AND MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION, EXOMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE TAKE NOTE THAT ANY DISSEMINATION, DISTRIBUTION, OR COPING OF THIS FAX IS STRICTLY PROHIBITED. IF YOU HAVE RECIVED THIS FAX IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE, THEN EITHER DESTROY THIS FAX OR RETURN IT TO THE SENDER BY MAIL. THANK YOU.

Pages (including this cover sheet): 3

2302849

VAC MDL43205

```
05/16/01   14:00              M c K e s s o n     ECONOLINK System        Facility: VENA CARE                                          Page    1
Range: From - ALBUTEROL                         Selected By: Description  Sorted By: Description
       Thru   ALBUTEROLS                                    MFG   Std   MFG                AWP Last   REG       Min    CNTR/SP   Min
Econo #    NDCM       Description      Strength    Form     Unit  Min   Name      AWP      Chg-Date   Cost     Qty CD   Cost    Qty CD
-------    ----       -----------      --------    ----     ----  ---   ----      ---      --------   ----     ------   ----    ------

1385418 50383-0741-20 ALBUTEROL I/S 0 5MG/ML       SOLUTION   EACH   1 HI TECH    $16.50 09/29/00    $6.88      0      $5.07    1   I
3253369 49502-0333-17 ALBUTEROL INH A 90MCG        AEROSOL    EACH   1 DEY LABO   $21.70 04/20/00    $4.37      0      $3.83    1   E
3245347 52555-0594-17 ALBUTEROL INH A 90MCG        AEROSOL    EACH   1 MARTEC P   $22.48 02/22/01    $6.00      0      $0.00    0
1791987 50111-0801-31 ALBUTEROL INH A 90MCG        AEROSOL    EACH   1 SIDMAK L   $21.50 04/20/00    $6.43      0      $0.00    0
2466381 59930-1560-02 ALBUTEROL INH R 90MCG        AER REFILL EACH   1 WARRICK    $19.79 04/20/00    $5.00      0      $0.00    0
2446490 00172-4390-19 ALBUTEROL INH R 90MCG        AER REFILL EACH   1 ZENITH G   $26.51 02/22/01    $6.72      0      $5.27    1   D
1978717 00487-9501-03 ALBUTEROL INH S 0.83MG/ML    SOLUTION   EACH   1 NEPHRON    $37.20 09/29/00    $16.88     0      $0.00    0
1887959 24208-0347-20 ALBUTEROL INH S 5MG/ML       SOLUTION   EACH   1 BAUSCH L   $17.00 04/20/00    $5.60      0      $4.33    1   I
1303536 62037-0794-44 ALBUTEROL INHAL 90MCG        AEROSOL    EACH   1 ANDRX PH   $28.70 04/20/01    $13.79     0      $0.00    0
1108786 00904-5078-34 ALBUTEROL INHAL 90MCG        AEROSOL    EACH   1 MAJOR PH   $22.95 04/20/00    $5.23      0      $2.99    1   D
1102664 55953-0051-53 ALBUTEROL INHAL 90MCG        AEROSOL    EACH   1 NOVOPHAR   $21.41 04/20/00    $7.67      0      $0.00    0
2449825 59930-1560-01 ALBUTEROL INHAL 90MCG        AEROSOL    EACH   1 WARRICK    $21.41 04/20/00    $5.26      0      $0.00    0
2442978 00172-4390-18 ALBUTEROL INHAL 90MCG        AEROSOL    EACH   1 ZENITH G   $28.75 12/12/00    $6.12      0      $5.27    1   D
1368190 59772-6175-01 ALBUTEROL INHAL 90MCG        AER REFILL EACH   1 BRISTOL-   $19.75 04/20/00    $4.66      0      $2.77    1   E
1239862 49502-0333-27 ALBUTEROL INHAL 90MCG        AER REFILL EACH   1 DEY LABO   $19.79 04/20/00    $4.21      0      $3.67    1   E
1106731 55953-0051-01 ALBUTEROL INHAL 90MCG        AER REFILL EACH   1 NOVOPHAR   $19.79 04/20/00    $7.00      0      $0.00    0
2205144 00677-1521-22 ALBUTEROL SOL . 5MG/ML       SOLUTION   EACH   1 UNITED R   $15.14 06/15/00    $5.42      0      $4.93    1   I
3256211 59930-1500-08 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   UNIT   1 WARRICK    $30.25 04/20/00    $10.53     0      $0.00    0
3256316 59930-1500-06 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   UNIT   1 WARRICK    $72.60 04/20/00    $25.26     0      $0.00    0
2780088 00603-1005-40 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   EACH   1 QUALITES   $30.50 06/15/00    $6.96      0      $0.00    0
2234219 00172-6405-44 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   UNIT   1 ZENITH G   $30.75 12/12/00    $7.56      0      $6.27    1   D
2234524 00172-6405-49 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   UNIT   1 ZENITH G   $74.10 09/29/00    $17.08     0      $14.26   1   D
2203834 00677-1522-72 ALBUTEROL SOL . 0.83MG/ML    SOLUTION   UNIT   1 UNITED R   $32.00 04/20/01    $10.65     0      $9.69    1   I
2773075 49502-0105-01 ALBUTEROL SOL . 5MG/ML       SOLUTION   EACH   1 DEY LABO   $14.99 04/20/00    $5.00      0      $4.26    1   E
2210714 00904-7658-55 ALBUTEROL SOL 0 5MG/ML       SOLUTION   EACH   1 MAJOR PH   $14.65 04/20/00    $10.33     0      $4.95    1   D
1106475 00603-1006-43 ALBUTEROL SOL 0 5MG/ML       SOLUTION   EACH   1 QUALITES   $12.50 04/20/00    $4.26      0      $0.00    0
1256120 59930-1515-04 ALBUTEROL SOL 0 5MG/ML       SOLUTION   EACH   1 WARRICK    $14.99 04/20/00    $5.79      0      $0.00    0
1317023 00182-6014-65 ALBUTEROL SOL 0 5MG/ML       SOLUTION   EACH   1 ZENITH G   $14.99 09/29/00    $4.88      0      $4.29    1   D
1615160 49502-0697-03 ALBUTEROL SOL 3 0.83MG/ML    SOLUTION   UNIT   1 DEY LABO   $30.25 04/20/00    $6.32      0      $4.95    1   E
1160233 49502-0697-33 ALBUTEROL SOL 3 0.83MG/ML    SOLUTION   UNIT   1 DEY LABO   $36.30 08/30/00    $7.58      0      $5.94    1   E
2442119 49502-0697-60 ALBUTEROL SOL 3 0.83MG/ML    SOLUTION   UNIT   1 DEY LABO   $72.60 12/12/00    $15.16     0      $11.89   1   E
1239847 00378-3401-72 ALBUTEROL SRP 2 2MG/5ML      SYRUP      OUNCE  1 MYLAN PH   $27.92 04/20/00    $3.89      0      $2.56    1   D
1686633 50383-0742-25 ALBUTEROL SUL 0 0.83MG/ML    SOLUTION   EACH   1 HI TECH    $30.25 12/12/00    $10.00     0      $0.00    0
1425222 00904-7731-17 ALBUTEROL SUL S 0.83MG/ML    SOLUTION   EACH   1 MAJOR PH   $30.50 02/22/01    $11.74     0      $0.00    0
1210673 00472-0831-23 ALBUTEROL SUL S 0.83MG/ML    SOLUTION   UNIT   1 ALPHARMA   $31.00 04/20/00    $8.06      0      $4.69    1   D
1164425 00472-0831-30 ALBUTEROL SUL S 0.83MG/ML    SOLUTION   UNIT   1 ALPHARMA   $37.20 09/29/00    $9.33      0      $6.23    1   D
1708296 00472-0831-60 ALBUTEROL SUL S 0.83MG/ML    SOLUTION   UNIT   1 ALPHARMA   $74.40 09/29/00    $17.72     0      $12.78   1   D
1816693 60432-0094-06 ALBUTEROL SUL S 0.83MG/ML    SOLUTION   UNIT   1 MORTON G   $75.00 12/12/00    $14.58     0      $0.00    0
2464105 00472-0825-16 ALBUTEROL SUL S 2MG/5ML      SYRUP      OUNCE  1 ALPHARMA   $31.00 12/12/00    $26.10     0      $8.43    1   D
1897404 50383-0740-16 ALBUTEROL SUL S 2MG/5ML      SYRUP      OUNCE  1 HI TECH    $30.95 02/22/01    $25.83     0      $20.98   1   I
1847417 59930-1520-01 ALBUTEROL SUL T 2MG          TABLET     TAB    1 WARRICK    $23.65 04/20/00    $2.58      0      $0.00    0
2210862 00904-7681-16 ALBUTEROL SYRP 2MG/5ML       SYRUP      OUNCE  1 MAJOR PH   $27.90 04/20/00    $6.19      0      $2.82    1   D
2400794 00603-1007-58 ALBUTEROL SYRP 2MG/5ML       SYRUP      OUNCE  1 QUALITES   $30.79 02/22/01    $9.50      0      $0.00    0
1316793 00093-0661-16 ALBUTEROL SYRP 2MG/5ML       SYRUP      OUNCE  1 TEVA PHA   $30.79 09/29/00    $25.92     0      $23.13   1   I
1178821 51079-0760-10 ALBUTEROL SYRP 2MG/5ML       SYRUP      UNIT   1 UDL LABO   $37.00 12/12/00    $28.28     0      $25.28   1   I
3620770 00781-1671-01 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 GENEVA P   $28.05 12/12/00    $2.82      0      $2.59    1   I
1888122 00378-0255-01 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 MYLAN PH   $31.14 04/20/00    $2.34      0      $1.73    1   D
1888189 00378-0255-05 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 MYLAN PH   $154.18 04/20/00   $9.42      0      $7.34    1   D
1642164 55953-0480-40 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 TEVA PHA   $23.50 04/20/00    $2.31      0      $1.75    1   I
1642693 55953-0480-70 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 TEVA PHA   $112.00 04/20/00   $7.67      0      $6.70    1   I
1323435 50111-0491-01 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 SIDMAK L   $25.50 04/20/00    $2.13      0      $1.98    1   I
1323799 50111-0491-02 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 SIDMAK L   $122.00 12/12/00   $8.25      0      $7.59    1   I
1207976 00677-1359-01 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 MUTUAL/U   $28.24 04/20/00    $1.83      0      $1.69    1   I
1208370 00677-1359-05 ALBUTEROL TAB 2 2MG          TABLET     TAB    1 MUTUAL/U   $139.80 04/20/01   $7.61      0      $7.01    1   I
3620705 00781-1672-01 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 GENEVA P   $41.30 12/12/00    $5.27      0      $0.00    0
1888262 00378-0572-01 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 MYLAN PH   $45.76 04/20/00    $3.83      0      $3.08    1   D
1888379 00378-0572-05 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 MYLAN PH   $224.20 04/20/00   $14.66     0      $11.78   1   D
1642966 55953-0499-40 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 TEVA PHA   $35.00 04/20/00    $4.00      0      $2.93    1   I
1626829 55953-0499-70 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 TEVA PHA   $168.00 04/20/00   $11.82     0      $10.18   1   I
1971217 00603-2094-21 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 QUALITES   $35.16 04/20/00    $2.52      0      $0.00    0
3494440 50111-0492-01 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 SIDMAK L   $38.00 12/12/00    $5.47      0      $3.93    1   I
1323880 50111-0492-02 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 SIDMAK L   $182.00 12/12/00   $16.51     0      $14.97   1   I
1210046 00677-1360-01 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 MUTUAL/U   $41.45 04/20/00    $2.69      0      $2.48    1   I
1210376 00677-1360-05 ALBUTEROL TAB 4 4MG          TABLET     TAB    1 MUTUAL/U   $203.30 04/20/01   $11.24     0      $10.27   1   I
2415964 51079-0657-20 ALBUTEROL TB 2M 2MG          TABLET     UNIT   1 UDL LABO   $32.07 06/15/00    $4.80      0      $4.41    1   I
2436046 51079-0658-20 ALBUTEROL TB 4M 4MG          TABLET     UNIT   1 UDL LABO   $47.13 06/15/00    $6.88      0      $5.34    1   I
```

2302850

VAC MDL43206

5-16-2001 10:48AM   FROM J. J. BALAN 8883292252                                P. 1

# J.J. BALAN
### The Generic Drug & Homecare Expert, INC.

DAILY SPECIAL  5/16/01

TO: Louis           FAX#  ~~907~~ 305-292-1779

FROM: Carol         EXT. 207

| ITEM | SIZE | MFG | PRICE | ORDER |
|---|---|---|---|---|
| UD Ipratrop | 25 | DEY | 10.02 | |
| / | 30 | DEY | 13.15 | |
| / | 60 | DEY | 26.35 | |

J.J. BALAN
P.O. BOX 340012
5725 Foster Avenue
Brooklyn, N.Y. 11234

IN N.Y. CITY
(718) 251-8663

24 HOUR FAX NUMBER
(888) FAX BALAN
329-2252

ALL OTHER CUSTOMERS
(800) J.J. BALAN
5 5 2 2 5 2 6
http://WWW.JJBALAN.COM

2302851

VAC MDL43207