# EXHIBIT E



# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA. 33040
(305) 292-1635
FAX: (305) 292-1739

FAX TRANSMITTAL SHEET

"PERSONAL AND CONFIDENTIAL"

TO: Mr Jerry Wells

AT: Florida Medicaid Pharmacy

FAX NO: 850-922-0685

FROM: Zach & Mark

FAX NO: 305-292-1739

DATE: 7/26/97                    TIME:

RE: Albuterol Sulfate 0.083% Prices

Next week we will obtain some more current wholesaler prices (Note McKesson's $12.00 is from 10/1/96)

PAGES TO FOLLOW INCLUDING COVER SHEET: 7

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

1901848

1901848



EXHIBIT
Desq 311

VAC MDL 65904

# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

SENSTIVE- DO NOT DISCLOSE
MATTERS UNDER COURT ORDERED SEAL

July 26, 1997

**Prior Copy by Fax 904-922-0685**

Mr. Jerry Wells, R.Ph
State of Florida
Agency For Health Care Administration
2727 Mahan Drive
Fort Knox, Building 1
Tallahassee, FL 32308-5407

RE: Florida Medicaid Reimbursement for Albuterol Sulfate 0.083%.

Dear Jerry,
Enclosed is Ven-A-Care's ("VAC") true cost prices for albuterol sulfate and other common drugs used for inhalation. We are enclosing representative prices from traditional wholesalers with prices obtained through group purchasing organizations ("GPO"). We believe the GPO prices more accurately reflect the true acquisition prices in the marketplace since "closed pharmacies", such as VAC, are most likely purchasing these inhalant solutions through GPO's and are most likely dispensing the majority of these inhalation solutions.

The 1st quarter Florida Medicaid utilization and reimbursement data for albuterol sulfate solution that you provided to us yesterday indicates that the actual reimbursement amount for each NDC number is very close to Florida's maximum allowable. VAC's current cost for albuterol sulfate, 0.083%, 3ml, 25s is $8.50 and Florida Medicaid's reimbursement is $26.48. Providers are reaping more than a 200% profit from the Program for this drug.

A comparison of the reimbursement amount is driving the utilization and the decision by provider's to purchase a specific Manufacturer's drug over that of another. The difference between the provider's true cost and the reimbursement amount is referred to as the "spread." Manufacturers' representatives routinely contact providers to market their pharmaceuticals solely by informing the providers of the "spread." Some manufacturers provide reimbursement assistance to providers to insure the maximum reimbursement is obtained from third party payers, including the Medicare and Medicaid Programs.

The following chart is an example of how Warrick Pharmaceuticals and Dey Laboratories captured the Florida Medicaid Pharmacy market for albuterol sulfate, 0.083%.
Warrick Pharmaceuticals and Dey Laboratories false representations of price and cost caused Florida's Medicaid Pharmacy Program to pay more than $1 million over the reasonable amount contemplated by 42.CFR 447.331.

**1901849**

24 Hour Beeper Service • 745-0289

1901848

VAC MDL 65905

Mr. Jerry Wells
Florida Medicaid Pharmacy
July 26, 1997
Page 2

### FLORIDA MEDICAID REIMBURSEMENT (1ST QUARTER 1997)
### ALBUTEROL SULFATE 0.083%

| COMPANY | FL. MEDICAID REIMBURSEMENT | # Claims | AMOUNT PAID |
|---|---|---|---|
| Warrick | $26.92 ($0.3590/ml) | 12,673 | $763,595.42 |
| Dey | $26.48 ($0.35310/ml) | 9,792 | $707,220.50 |
| Zenith/Goldline | $16.04 ($0.21385/ml) | 102 | $  4,981.86 |

Approximately two years ago, we examined Medicare's reimbursement for inhalation drugs. We contacted several pharmacies through our home health agency, Criticare of the Florida Keys, Inc. Besides the disparity between the provider's true cost and Medicare's reimbursement we discovered other disturbing methods that drive overutilization. Three of the pharmacies that we contacted offered Criticare a kickback or split-fee arrangement for giving the pharmacies patient referrals. One marketing scheme offered by the pharmacies was the automatic shipping of refills every month without verifying continuing need with the patient or physician to maximize use and reimbursement. We reported this information to the HHS Office of Inspector General.

At your convenience, we would appreciate your providing us with a data disk containing the summary data for 1996 for all inhalation drugs reimbursed by the Florida Medicaid Pharmacy Program. As always, we appreciate your assistance.

Sincerely,

Zachary T. Bentley

T. Mark Jones

cc: T. Reed Stephens, Esq.
    Mark A. Lavine, Esq.
    Wampler, Buchanan and Breen

1901850

933 Fleming Street                VEN-A-CARE of the Florida Keys, Inc.                Key West, Florida 33040
                                          (305) 292-1635

1901848

VAC MDL 65906

TAMPA- 195 18600 **McKESSON DRUG CO. ITEM CATALOG** 10/01/96 ADH - ALU

| DEPT | ITEM NUMBER | ITEM DESCRIPTION | RX | REGULAR COST | LIST / SUGGTD RETAIL | MIN ORD | UNIT | PKG QTY |
|---|---|---|---|---|---|---|---|---|
| VA | 186-7120 | ADHES TAPE W/P CUR 702 1X5YD | | 1.43 | | | | 24 |
| VA | 186-7183 | ADHES TAPE W/P CUR 703 1X10YD | | 2.23 | | | | 24 |
| VA | 130-1785 | ADHES TAPE W/P 1/2X10 JJ 5050 | | 1.55 | | | | 36 |
| VA | 130-1781 | ADHES TAPE W/P 1/2X5 JJ 5040 | | .93 | | | | 72 |
| VA | 130-1803 | ADHES TAPE W/P 1X10 JJ 5051 | | 2.43 | | | | 24 |
| VA | 130-1779 | ADHES TAPE W/P 1X5 JJ 5041 | | 1.55 | | | | 48 |
| JA | 131-8413 | ADIPEX-P CAP 37.5MG 100 | D | 88.56 | | | | 24 |
| JA | 127-7870 | ADIPEX-P TAB 100 | D | 87.00 | | | | 24 |
| JA | 118-3508 | ADIPOST CAP 100 | D | 51 93 | | | | 156 |
| NE | 149-5431 | ADORN H/S AERO REG 7.5OZ | | 2 47 | | | | 12 |
| NE | 149-5456 | ADORN H/S AERO UNSC X/H 7.5OZ | | 2.47 | | | | 12 |
| NE | 149-5449 | ADORN H/S AERO X/HLD 7.5OZ | | 2.47 | | | | 12 |
| DA | 138-7786 | ADRENALIN AMP 1:1000 1ML 10 | R | 12.05 | | | | 100 |
| DA | 138-7780 | ADRENALIN SOL 1:1000 1OZ | R | 8.18 | | | | 100 |
| DA | 138-7778 | ADRENALIN VIAL 1:1000 30ML | R | 8.18 | | | | 100 |
| 18 | 341-9116 | ADRIAMYCIN PFS MDV 200MG 100ML | R | 297.56 | | | | |
| 18 | 229-7950 | ADRIAMYCIN PFS VIAL 10MG 5ML | R | 20.03 | | | | 10 |
| 18 | 229-8735 | ADRIAMYCIN PFS VIAL 20MG 10ML | R | 40.08 | | | | 10 |
| 18 | 229-9105 | ADRIAMYCIN PFS VIAL 50MG 25ML | R | 97.32 | | | | |
| AB | 137-0691 | ADRIAMYCIN RDF VIAL 10MG 5ML | R | 19.07 | | | | 10 |
| AB | 136-7038 | ADRIAMYCIN RDF VIAL 20MG 10ML | R | 38.14 | | | | 10 |
| AB | 137-4537 | ADRIAMYCIN RDF VIAL 50MG 25ML | R | 92.65 | | | | 96 |
| OO | 245-3157 | ADRUCIL VIAL 500MG 10ML 10 | R | 12.30 | | | | 10 |
| BA | 183-8360 | ADSORBOCARPINE 1% OT 15ML | R | 11.00 | | | | 12 |
| BA | 163-8444 | ADSORBOCARPINE 2% OT 15ML | R | 11.25 | | | | 12 |
| BA | 163-8469 | ADSORBOCARPINE 4% OT 15ML | R | 12.00 | | | | 12 |
| RH | 216-2379 | ADSORBONAC 2% OT 15ML | | 10.00 | | | | 12 |
| RH | 216-2403 | ADSORBONAC 5% OT 15ML | | 11.00 | | | | 12 |
| PJ | 271-7428 | ADULT FLTRD VALVE KIT HUD 1184 | | 9.05* | 12.95 | | | 10 |
| PJ | 110-7028 | ADULT HEMI+R INV TLX8HM280/U85 | | 308.00* | 812.00 | | | |
| PA | 198-1721 | ADVANCE PREG TEST KIT DOUBLE | | 10.90 | | | | 12 |
| PA | 216-8899 | ADVANCE PREG TEST KIT SINGLE | | 7.40 | | | | 12 |
| WM | 130-6388 | ADVANTAG CAT 1-9LB E/V 4X.4ML | | 23 25 | | | | 12 |
| WM | 130-6802 | ADVANTAG CAT 10-18LB E/V 4X0.8 | | 24.65 | | | | 12 |
| WM | 129-6565 | ADVANTAG DOG 1-10LB E/V 4X.4ML | | 22 95 | | | | 12 |
| WM | 184-0040 | ADVANTAG DOG 11-20LB THOM 4X1 | | 22.95 | | | | 12 |
| WM | 130-3510 | ADVANTAG DOG 21-55LB E/V 4X2.5 | | 24.55 | | | | 12 |
| PA | 117-2709 | ADVANTAGE 24 CONTR GEL 3X1.5GM | | 4.79 | 7.99 | | | 48 |
| PA | 117-4101 | ADVANTAGE 24 CONTR GEL 6X1.5GM | | 7.19 | 11.99 | | | 48 |
| WM | 184-0446 | ADVANTG DOG 21-55LB THOM 4X2.5 | | 23.95 | | | | 12 |
| SJ | 149-3923 | ADVERA NUTR CHOC INST 8OZ CT6 | | 11.55 | | 4 | CT | |
| SJ | 149-4087 | ADVERA NUTR CHOCOL 8OZ CT6 | | 8.58 | | 4 | CT | |
| SJ | 271-4459 | ADVERA NUTR VAN 8OZ CT6 | | 8.58 | | 4 | CT | 6 |
| SJ | 271-2018 | ADVERA NUTR VAN INST 8OZ CS24 | | 45.23 | | | CS | |
| RA | 196-5169 | ADVIL CAPL 24 | | 2.76 | | | | 72 |
| RA | 196-5920 | ADVIL CAPL 50 | | 4.76 | | | | 36 |
| RA | 196-7173 | ADVIL CAPL 100 | | 7.99 | | | | 36 |
| RA | 187-2280 | ADVIL CAPL 165 | | 10 45 | | | | 24 |
| RA | 198-7809 | ADVIL CAPL 250 | | 11.55 | | | | 12 |
| RB | 179-3666 | ADVIL COLD+SINUS CAPL 20 | | 3.59 | | | | 72 |
| RA | 323-0273 | ADVIL COLD+SINUS CAPL 40 | | 6.17 | | | | 36 |
| RB | 120-4320 | ADVIL COLD+SINUS TAB 20 | | 3.59 | | | | 72 |
| RB | 120-6036 | ADVIL COLD+SINUS TAB 40 | | 6.17 | | | | 36 |
| RA | 198-1232 | ADVIL EASY OPEN CAPL 72 | | 5.46 | | | | 36 |
| RA | 198-1927 | ADVIL EASY OPEN TAB 72 | | 5.46 | | | | 36 |
| RA | 229-8509 | ADVIL GELCAPL 24 | | 2.76 | | | | 72 |
| RA | 226-8680 | ADVIL GELCAPL 50 | | 4.76 | | | | 36 |
| RA | 225-9232 | ADVIL GELCAPL 100 | | 7.99 | | | | 36 |
| AA | 244-8595 | ADVIL SUSP 4OZ | R | 5 15 | | | | 24 |
| AA | 244-4855 | ADVIL SUSP 16OZ | R | 17 22 | | | | 6 |
| RA | 120-4884 | ADVIL SUSP CHILD 2OZ | | 2 73 | | | | 36 |
| RA | 120-7380 | ADVIL SUSP CHILD 4OZ | | 4.31 | | | | 36 |
| RA | 173-3567 | ADVIL TAB 24 | | 2.76 | | | | 72 |
| RA | 173-3583 | ADVIL TAB 50 | | 4.76 | | | | 36 |
| RA | 173-3809 | ADVIL TAB 100 | | 7.99 | | | | 36 |
| RA | 146-1714 | ADVIL TAB 165 | | 10.45 | | | | 24 |
| RA | 216-6775 | ADVIL TAB 250 | | 11.55 | | | | 12 |
| RA | 273-8888 | ADVIL TAB BOTTLE 8 | | 1.04 | | 12 | | 144 |
| ZV | 277-7027 | ADVIL TAB TR/SZ 0.89PP 4S CS72 | | 32.40 | 89 | | CS | |
| RA | 169-2417 | ADVIL TAB UD HOSP 200 | | 10 70 | | | | 12 |
| BE | 216-9829 | AEROBIC INHALER SYSTEM 7GM | R | 47 35 | | | | 12 |
| BE | 248-2255 | AEROBID-M INHALER 7GM | R | 45 35 | | | | 12 |
| BE | 228-4560 | AEROCHAMBER MDI SP (RX) 013501 | R | 20 04 | | | | 144 |
| BE | 219-6863 | AEROCHAMBER+MASK LGE 013545 | R | 27.03 | | | | 6 |
| BE | 345-0319 | AEROCHAMBER,MASK MDI 013540 | R | 27 03 | | | | 6 |
| BE | 219-6632 | AEROCHAMBER+MASK SML 013535 | R | 27.03 | | | | 6 |
| VG | 184-0032 | AEROZOIN BENZOIN COMP 3.5OZ | | 3.57 | 6.71 | | | 12 |
| RF | 254-6356 | AFRIN NASAL SINUS 15ML | | 3.79 | | | | 36 |
| RF | 131-1168 | AFRIN NASAL SPR CHERRY 15ML | | 3.79 | | | | 36 |
| RF | 242-9355 | AFRIN NASAL SPR MENTHOL 15ML | | 3.79 | | | | 36 |
| RF | 241-8505 | AFRIN NASAL SPR PUMP 15ML | | 4 26 | | | | 36 |
| RF | 143-7391 | AFRIN NASAL SPR REG 15ML | | 3 79 | | | | 36 |
| RF | 189-3320 | AFRIN NASAL SPR REG 30ML | | 6 [illegible] | | | | 36 |
| RF | 134-5511 | AFRIN NASAL SPR X/MOIST 15ML | | [illegible] | | | | 36 |
| RF | 222-0556 | AFRIN NASAL SPR X/MOIST 30ML | | 6 [illegible] | | | | 36 |
| RF | 216-3970 | AFRIN NASAL SPR 3ML UD 8X25 | | 25 43 | | | [illegible] | |
| RF | 124-9663 | AFRIN NOSE DROP REG 20ML | | 4 07 | | | | 36 |
| RF | 247-4849 | AFRIN SALINE MIST 30ML | | 2.96 | | | | 36 |
| OC | 117-7633 | AFTA PRE-ELECTRIC FRESH 3OZ | | 1 46 | | | | 24 |
| OC | 117-7542 | AFTA PRE-ELECTRIC REG 3OZ | | 1.48 | | | | 24 |
| OC | 137-8611 | AFTA SKIN COND FRESH 3OZ | | 1.64 | | | | 24 |
| OC | 134-6576 | AFTA SKIN COND REG 3OZ | | 1.64 | | | | 24 |
| UB | 270-8825 | AFTATE ATHL FOOT SPR LIQ 4OZ | | 2.59 | | | | 24 |
| UB | 220-8841 | AFTATE ATHL FOOT SPR PWD 3.5OZ | | 2.59 | | | | 24 |
| VG | 189-3829 | AFTATE JOCK ITCH SPR PWD 3.5OZ | | 2 59 | | | | 24 |
| VF | 121-6506 | AFTER BITE+APPLIC AB-12 14ML | | [illegible] 58 | | | | 72 |
| VZ | 278-7135 | AGITES FR G BLUE APOT 8X1000 | | [illegible] 65 | | | [illegible] | |
| VZ | 277-0345 | AGITESE BLUE APOT 8X1000 | | [illegible] 56 | | | [illegible] | |
| TB | 161-5483 | AGORAL LIQ MARSHMALLOW 16OZ | | 5 76 | | | | 12 |
| TB | 181-3484 | AGORAL LIQ RASPBERRY 16OZ | | 5 76 | | | | 12 |

| DEPT | ITEM NUMBER | ITEM DESCRIPTION | RX | REGULAR COST | LIST / SUGGTD RETAIL | MIN ORD | UNIT | PKG QTY |
|---|---|---|---|---|---|---|---|---|
| NB | 196-1838 | AGREE COND NORM 15OZ | | 2.00 | | | | 12 |
| NE | 182-8466 | AGREE HAIR DETOXIFIER 6OZ | | 2.00 | | | | 6 |
| NC | 196-1804 | AGREE SHAM NORM 15OZ | | 2.00 | | | | 12 |
| AD | 193-4365 | AH-CHEW CHEW TAB 100 | R | 35.00 | | | | 48 |
| AD | 133-9563 | AH-CHEW D TAB 100 | R | 34.00 | | | | 48 |
| OO | 371-7899 | AIM T/8 KID 468700 | | 2.09 | | | | 24 |
| OB | 226-4008 | AIM T/P GEL BAK/SODA 6OZ | | .91 | | | | 24 |
| OB | 180-7759 | AIM T/P GEL REG 6OZ | | .91 | | | | 24 |
| OB | 328-3579 | AIM T/P TARTAR CONT 6OZ | | .91 | | | | 24 |
| PJ | 219-9306 | AIR CLEAN 2SPD ENV 61500 | | 142.51* | | | | |
| PJ | 182-1537 | AIR CLEAN 3SPD ENV 63500 | | 205.00* | 299 95 | | | |
| PJ | 161-7836 | AIR CLEAN 3SPD ENV 62500 | | 185.26* | | | | |
| PJ | 192-6257 | AIR PATROL HOLM HAP449 | | 125.00* | 169.99 | | | 2 |
| PJ | 271-0127 | AIR PURIF SUMM FLT HOLM HCF800 | | 17.48* | 19.99 | | | 12 |
| PJ | 128-6624 | AIR PURIF TABLTOP HOLM HAP2215 | | 44 38* | 59 99 | | | 6 |
| PJ | 198-0036 | AIR PURIFIER FILTR HOLM HAPF22 | | 7.75* | 12.99 | | | 2 |
| KO | 137-7373 | AIR TEMP ADVAN BCK+ABD SUPP MD | | 40.90* | 54.95 | | | 24 |
| YM | 186-2178 | AIR TIGHT CLR SPOON APOT 87121 | | 1.71 | | 12 | | 144 |
| PJ | 142-2576 | AIR TREAT SYS CARE HOLM HE7000 | | 72.38* | 99.99 | | | [illegible] |
| AA | 132-6396 | AIRET SOL 3ML 25 | R | 41.25 | | | | [illegible] |
| AA | 132-6685 | AIRET SOL 3ML 60 | R | 89.06 | | | | 12 |
| IA | 146-2583 | AK-CHLOR OPHTH SOL AKOR 7.5ML | R | 4.59 | | | | 144 |
| GA | 134-9126 | AK-CIDE OPH OINT 3.5GM | R | 6.00* | | | | 72 |
| BA | 271-3238 | AK-CIDE OPH SUSP 5ML | R | 7.62* | | | | 72 |
| BA | 271-3279 | AK-CON OPH SOL 0 1% 15ML | R | 4.85 | | | | 144 |
| RH | 276-0189 | AK-NACL O/O 5% 3.5GM | | 8.21 | | | | 144 |
| RH | 324-7343 | AK-NACL OPH SOL 5% 15ML | | 7.65 | | | | 144 |
| RH | 171-7208 | AK-NEFRIN OPH SOL 0.12% 15ML | | 3.12 | | | | 144 |
| *BA* | *160-0204* | *AK-POLY-BAC OPHT OINT 3.5GM* | *R* | *6.58** | | | | *144* |
| BA | 176-8536 | AK-PRED OPH SOL 1% 5ML | R | 4.64 | | | | 144 |
| BA | 171-5960 | AK-PRED OPH SOL 1% 15ML | R | 6.63 | | | | 144 |
| BA | 271-3253 | AK-PRED OPH SOL 0.125% 5ML | R | 4.08 | | | | 144 |
| BA | 144-5578 | AK-PRO OPHTH SOL .1% AKOR 5ML | R | 7.27 | | | | 144 |
| BA | 144-8083 | AK-PRO OPHTH SOL .1% AKOR 10ML | R | 13.39 | | | | 144 |
| BA | 146-3844 | AK-PRO OPHTH SOL .1% AKOR 15ML | R | 19.85 | | | | 144 |
| RH | 223-5471 | AK-RINSE OPH IRRIG SOL 4OZ | | 3 39 | | | | 96 |
| BC | 116-4962 | AK-SPORE HC OTIC SOL 10ML | R | 6.89 | | | | 240 |
| BA | 115-6142 | AK-SPORE OPH SOL 10ML | R | 5.35 | | | | 144 |
| BA | 147-4560 | AK-T-CAINE PF SOL 0.5% 15ML | R | 13.01 | | | | 144 |
| BA | 100-2531 | AK-TOB STER O/S 0.3% 5ML | R | 5.05 | | | | 144 |
| BA | 110-3647 | AK-TROL OPH SUSP 0.1% 5ML | R | 6.12 | | | | 144 |
| AD | 131-5480 | AKINETON TAB 2MG 100 | R | 22.08 | | | | 12 |
| CA | 179-3512 | AKNE-MYCIN OINT 25GM | R | 15.12 | | | | 12 |
| RH | 223-5489 | AKWA TEARS OPH OINT 3.5GM | | 3.23 | | | | 144 |
| RH | 271-3246 | AKWA TEARS OPH SOL 15ML | | 3.23 | | | | 192 |
| TA | 174-3137 | ALAMAG SUSP G/L 12OZ | | 1.63* | 2 60 | | | 12 |
| TA | 194-7043 | ALAMAG SUSP URL 12OZ | | 1.87* | 3.00 | | | 12 |
| XZ | 365-7251 | ALB CAP SCREW/L SL-26 CT200 | | 8.34 | | | CT | |
| XZ | 365-8044 | ALB CAP SCREW/L SL-35 CT100 | | 6.16 | | | CT | |
| XZ | 365-8143 | ALB CAP SCREW/L SL-45 CT100 | | 8.48 | | | CT | |
| XZ | 365-8242 | ALB CAP SCREW/L SL-50 CT100 | | 9.76 | | | CT | |
| BA | 229-8842 | ALBALON OPH SOL 0.1% 15ML | R | 12.05 | | | | 36 |
| MA | 245-8677 | ALBOLENE CRM SCEN 6OZ | | 3.95 | | | | 12 |
| MA | 137-5377 | ALBOLENE CRM SCEN 12OZ | | 6.59 | | | | 12 |
| MA | 245-8669 | ALBOLENE CRM UNSC 6OZ | | 3.39 | | | | 12 |
| MA | 137-5336 | ALBOLENE CRM UNSC 12OZ | | 6.59 | | | | 12 |
| DA | 185-3377 | ALBUMIN VIAL 25% 50ML PAS 10 | R | 740.00 | | | | |
| OC | 114-5119 | ALBUSTIX REAG STRIP 2191 100 | | 23.30 | 36.45 | | | [illegible] |
| AA | 322-3054 | ALBUTEROL INH 3ML G/L 25 | R | 16.47* | | | | [illegible] |
| *BE* | *325-8963* | *ALBUTEROL INHAL AERO DEY 17GM* | *R* | *11.26** | | | | *144* |
| BE | 326-8380 | ALBUTEROL INHAL AERO RUG 17GM | R | 15.70* | | | | [illegible] |
| BE | 246-9278 | ALBUTEROL INHAL AREO SCHE 17GM | R | 10.00* | | | | [illegible] |
| BE | 248-7736 | ALBUTEROL INHAL AREO URL 17GM | R | 14.52* | | | | [illegible] |
| *BE* | *244-9825* | *ALBUTEROL INHAL KIT WAR 17GM* | *R* | *9.74** | | | | *72* |
| *BE* | *244-2970* | *ALBUTEROL INHAL KIT ZEN 17GM* | *R* | *10.00** | | | | *360* |
| BE | 246-9765 | ALBUTEROL INHAL REF SCHE 17GM | R | 9 16* | | | | 72 |
| BE | 246-7959 | ALBUTEROL INHAL REF URL 17GM | R | 13 10* | | | | 12 |
| *BE* | *246-6381* | *ALBUTEROL INHAL REF WAR 17GM* | *R* | *9.26** | | | | *72* |
| BE | 326-8695 | ALBUTEROL INHAL REFF RUG 17GM | R | 14 64* | | | | [illegible] |
| *BE* | *244-6490* | *ALBUTEROL INHAL REFF ZEN 17GM* | *R* | *8.78** | | | | *360* |
| AA | 359-4249 | ALBUTEROL LIQ RUG 16OZ | R | 3 17* | | | | [illegible] |
| AA | 273-2071 | ALBUTEROL SOL RUG 3ML 25 | R | 22.30* | | | | [illegible] |
| *AA* | *325-6211* | *ALBUTEROL SOL .083 WAR 3MLX25* | *R* | *12.00** | | | | *36* |
| *AA* | *325-6336* | *ALBUTEROL SOL .083 WAR 3MLX60* | *R* | *28.80** | | | | *20* |
| *AA* | *277-3075* | *ALBUTEROL SOL .5% DEY 20ML* | *R* | *7.83** | | | | *72* |
| AA | 131-7023 | ALBUTEROL SOL 0.5% G/L 20ML | R | 9.88* | | | | [illegible] |
| AA | 110-3332 | ALBUTEROL SOL 0.5% GEN 20ML | R | 8.95 | | | | [illegible] |
| AA | 124-3583 | ALBUTEROL SOL 0.5% RUG 20ML | R | 10.50* | | | | [illegible] |
| AA | 216-5207 | ALBUTEROL SOL 0.5% SCHE 20ML | R | 7 90* | | | | [illegible] |
| *AA* | *325-6170* | *ALBUTEROL SOL 0.5% WAR 20ML* | *R* | *7.34** | | | | *36* |
| *AA* | *161-5160* | *ALBUTEROL SOL 3ML UD DEY 25* | *R* | *12.37** | | | | *4* |
| *AA* | *116-0233* | *ALBUTEROL SOL 3ML UD DEY 30* | *R* | *14.84** | | | | *12* |
| *AA* | *244-2119* | *ALBUTEROL SOL 3ML UD DEY 60* | *R* | *23.88** | | | | *12* |
| AA | 220-3834 | ALBUTEROL SULF SOL 083% 3MLX25 | R | 13 44* | | | | [illegible] |
| AA | 247-0532 | ALBUTEROL SULF SYRP DEY 16OZ | R | 6 90 | | | | [illegible] |
| *AA* | *130-8865* | *ALBUTEROL SULF SYRP PAR 16OZ* | *R* | *4.14** | | | | *12* |
| AA | 128-6616 | ALBUTEROL SULF UD ASTR 60X3ML | R | 48 18 | | | | [illegible] |
| AA | 191-8956 | ALBUTEROL SULF 0 5% ASTR 20ML | R | 9.00 | | | | 36 |
| AA | 248-6603 | ALBUTEROL SYRP 2GM GEN 16OZ | R | 5 79 | | | | [illegible] |
| AA | 161-1185 | ALBUTEROL SYRP 2MG G/L 16OZ | R | 6.58* | | | | [illegible] |
| *AA* | *131-6793* | *ALBUTEROL SYRP 2MG LEMN 16OZ* | *R* | *4.53** | | | | *12* |
| AA | 358-8878 | ALBUTEROL SYRP 2MG SCHE 16OZ | R | 5 70* | | | | [illegible] |
| AC | 275-0768 | ALBUTEROL SYRP 2MG [illegible] 16OZ | R | 5 58* | | | | [illegible] |
| *AA* | *325-6890* | *ALBUTEROL SYRP 2MG WAR 16OZ* | *R* | *6.00** | | | | *12* |
| AD | 387-1326 | ALBUTEROL TAB 2MG BIG 100 | R | 3 88 | | | | 144 |
| AC | 387-1920 | ALBUTEROL TAB 2MG BIG 500 | R | 13.04 | | | | 144 |
| AC | 364-7088 | ALBUTEROL TAB 2MG G/L 100 | R | 3 25* | | | | 144 |
| AC | 229-4353 | ALBUTEROL TAB 2MG LED 100 | R | 3 75* | | | | 144 |
| AC | 229-4593 | ALBUTEROL TAB 2MG LED 500 | R | 15.07* | | | | 144 |
| AC | 240-5744 | ALBUTEROL TAB 2MG LEMN 100 | R | 6.00 | | | | [illegible] |

* NOT SUBJECT TO DISCOUNT - INCLUDES DIRECT VENDOR ITEMS.
PHARMACEUTICAL = LIST - OTC = SUGGESTED RETAIL WHEN AVAIABLE.

ITALICS - MCKESSON LIST PRICE LESS THAN AWP
UNIT - EACH UNLESS OTHERWISE NOTED.

PHARMACEUTICAL - LIST - OTC - SUGGESTED RETAIL WHEN AVAIABLE
UNIT - EACH UNLESS OTHERWISE NOTED

1901851

1901848

VAC MDL 65907

# PHARMACEUTICAL BUYERS, INC

Abbreviated Vendor Catalog for    HOME INFUSION PROVIDER CLOSED SHOP    November 28, 1995

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **DEY LABORATORIES** | | Contract Term: thru   12/31/00 | | | | |
| 49502-0030-03 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 250/ | 3.0 | ML | 29.100 |
| 49502-0030-10 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 125/ | 10.0 | ML | 29.100 |
| 49502-0181-04 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 12/ | 4.0 | ML | 18.480 |
| 49502-0181-30 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 3/ | 30.0 | ML | 23.050 |
| 49502-0182-04 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 12/ | 4.0 | ML | 19.720 |
| 49502-0182-30 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 3/ | 30.0 | ML | 26.410 |
| 49502-0659-02 | ISOETHARINE 0.25% SOLUTION | ISOETHARINE HYDROCHLORIDE | 25/ | 2.0 | ML | 6.500 |
| 49502-0676-03 | METAPROTERENOL 0.6% SOLN | METAPROTERENOL SULFATE | 25/ | 2.5 | ML | 7.500 |
| 49502-0678-03 | METAPROTERENOL 0.4% SOLN | METAPROTERENOL SULFATE | 25/ | 2.5 | ML | 7.500 |
| 49502-0689-02 | CROMOLYN 10MG/ML SOLUTION | CROMOLYN SODIUM | 60/ | 2.0 | ML | 28.000 |
| 49502-0697-03 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 25/ | 3.0 | ML | 9.500 |
| 49502-0697-33 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 30/ | 3.0 | ML | 11.400 |
| 49502-0697-60 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 60/ | 3.0 | ML | 22.800 |
| 49502-0820-03 | SODIUM CHLORIDE 0.45% VIAL | SODIUM CL FOR INHALATION | 100/ | 3.0 | ML | 9.500 |
| 49502-0830-03 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5.0 | ML | 9.000 |
| 49502-0830-05 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5.0 | ML | 9.000 |
| 49502-0830-15 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 24/ | 15.0 | ML | 5.110 |

Comments    SUPPLY IS GUARANTEED. PLEASE STATE THAT YOU ARE A PBI MEMBER WHEN PLACING
AN ORDER AND REFER TO CONTRACT NUMBER LISTED ABOVE.

| **DOW HICKAM PHARMACEUTICALS, INC.** | | Contract Term: thru   10/31/96 | | | | |
|---|---|---|---|---|---|---|
| 00514-0001-01 | GRANULEX SPRAY | TRYPSIN/BALSAM PERU/CASTOR | | 56.7 | ML | 7.260 |
| 00514-0056-01 | PRODERM AEROSOL | BALSAM PERU/CASTOR OIL | | 113.4 | ML | 10.890 |
| 00514-0085-06 | FLEXZAN ADHESIVE DRESSING | FOAM BANDAGE | | 10.0 | EA | 17.000 |
| 00514-0085-32 | FLEXZAN ADHESIVE DRESSING | FOAM BANDAGE | | 5.0 | EA | 27.250 |
| 00514-0092-09 | SORBSAN 3"X 3" WOUND DRESS | ALGINATE DRESSING | | 10.0 | EA | 26.000 |
| 00514-0092-16 | SORBSAN 4"X 4" WOUND DRESS | ALGINATE DRESSING | | 10.0 | EA | 31.000 |
| 00514-0101-50 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 57.0 | G | 14.870 |
| 00514-0101-51 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 113.0 | G | 27.810 |

Comments

| **DU PONT PHARMA** | | Contract Term: thru   01/31/97 | | | | |
|---|---|---|---|---|---|---|
| 00056-0037-46 | HESPAN 6%/NS INFUSION BAG | HETASTARCH/NA CHLOR 0.9% | 12/ | 500.0 | ML | 666.000 |

Comments    PRODUCT IS SOLD IN CASES OF 12 ONLY.

| **DURAMED PHARMACEUTICALS, INC.** | | Contract Term: thru   10/31/96 | | | | |
|---|---|---|---|---|---|---|
| 51285-0277-02 | ISONIAZID 300MG TABLET | ISONIAZID | | 100.0 | EA | 3.880 |
| 51285-0301-21 | METHYLPREDNISOLONE 4MG TAB | METHYLPREDNISOLONE | | 21.0 | EA | 5.810 |
| 51285-0602-02 | ACETAMINOPHEN/COD #4 TABLET | CODEINE PHOSPHATE/APAP | | 100.0 | EA | 5.630 |
| 51285-0644-02 | OXYCODONE W/APAP 5/500 CAP | OXYCODONE HCL/ACETAMINOPHEN | | 100.0 | EA | 19.220 |
| 51285-0803-02 | AMANTADINE 100MG CAPSULE | AMANTADINE HYDROCHLORIDE | | 100.0 | EA | 8.950 |
| 51285-0846-02 | TOLMETIN SODIUM 200MG TAB | TOLMETIN SODIUM | | 100.0 | EA | 27.800 |
| 51285-0875-02 | ESTROPIPATE 0.625MG TABLET | ESTROPIPATE | | 100.0 | EA | 19.260 |

Comments

1901852

| **ENDO LABORATORIES, L.L.C.** | | Contract Term: thru   10/31/96 | | | | |
|---|---|---|---|---|---|---|
| 60951-0602-85 | ENDOCET 5/325 TABLET | OXYCODONE HCL/ACETAMINOPHEN | | 500.0 | EA | 25.500 |
| 60951-0630-70 | CIMETIDINE 200MG TABLET | CIMETIDINE | | 100.0 | EA | 14.000 |

This Information Is Confidential

1901848

VAC MDL 65908

VAC MDL 65909

1901853

 **DEY LABORATORIES**

A Ⓒ Lipha Americas company

Contract Award

**Greater New York Hosp Assoc/Alternate Care**
555 West 57th Street, 15th Floor
New York, NY 10019

To Order:
Contact your local wholesaler, or:
DEY LABORATORIES
10248 Miller Road
Dallas, TX  75238

DEY Contract No:  GNY-1025
Effective Date:      01/01/1994
Expiration Date:   12/31/1998
Terms: 2% 30; net 31 days
Freight: FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| Acetylcysteine Solution | 10% | 4 mL | Mucosil | 49502-181-04 | 12 | 12.48 |
| Acetylcysteine Solution | 10% | 10 mL | Mucosil | 49502-181-10 | 3 | 10.17 |
| Acetylcysteine Solution | 10% | 30 mL | Mucosil | 49502-181-30 | 3 | 19.65 |
| Acetylcysteine Solution | 20% | 4 mL | Mucosil | 49502-182-04 | 12 | 12.60 |
| Acetylcysteine Solution | 20% | 10 mL | Mucosil | 49502-182-10 | 3 | 9.90 |
| Acetylcysteine Solution | 20% | 30 mL | Mucosil | 49502-182-30 | 3 | 24.63 |
| Acetylcysteine Solution | 20% | 100 mL | Mucosil | 49502-182-00 | 1 | 24.50 |
| Albuterol Inhalation Aerosol 17 g, Kit | 90 mcg/inh | 200 Inhal | | 49502-303-17 | 1 | 4.25 |
| Albuterol Inhalation Aerosol, 17 g, Refill | 90 mcg/inh | 200 Inhal | | 49502-303-27 | 1 | 4.00 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-03 | 25 | 8.50 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-33 | 30 | 10.20 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-60 | 60 | 20.40 |
| Albuterol Sulfate Inhalation Solution | 0.5% | 20 mL | | 49502-196-20 | 1 | 5.50 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-02 | 60 | 24.50 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-12 | 120 | 49.00 |
| Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | | 49502-685-03 | 25 | 21.50 |
| Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | | 49502-685-60 | 60 | 51.60 |
| Metaproterenol Sulfate Inhalation Solution | 0.4% | 2.5 mL | Dey-Lute | 49502-678-03 | 25 | 6.25 |
| Metaproterenol Sulfate Inhalation Solution | 0.6% | 2.5 mL | Dey-Lute | 49502-676-03 | 25 | 6.25 |
| Sodium Chloride Solution | 0.9% | 15 mL | | 49502-830-15 | 24 | 5.02 |
| Sodium Chloride Solution | 3% | 15 mL | Dey-Pak | 49502-640-15 | 50 | 27.50 |
| Sodium Chloride Solution | 10% | 15 mL | Dey-Pak | 49502-641-15 | 50 | 27.50 |
| Water, Purified, USP | | 5 mL | | 49502-810-05 | 100 | 9.50 |

 **DEY LABORATORIES**
2751 Napa Valley Corporate Drive
Napa, California 94558
1-800-755-5560   FAX 707-224-8918
To Order 1-800-527-4278
Voice Mail:
1-800-786-5775
Ext. 853

ALBERT HOYO
Territory Account Manager

A Ⓒ Lipha Americas company

Last revised:  04/21/1997

1901848



**M<sup>c</sup>KESSON**

| | | | | | **Invoice** | | | |
|---|---|---|---|---|---|---|---|---|
MCKESSON DRUG | #195 | PHONE 800 482-3784 | | | | ACCT MGR | | 22 |
935 CHAD LANE | | CEA PM0000771 | | | | BILLING DATE 7/14/97 | | |
TAMPA FLA | 33619 | | | BATCH 000 | | | 75VUG1RQU | |
| | | | | | OEM M | CSRUCSUZ | |
SOLD TO | | | | | | | | |
COBO PHARMACY | | CEA AC2706135 | | | | 640292 | 180 212 | |
937 FLEMING ST | | | | | | | | |
KEY WEST | FL 33040 | | | | | CUSTOMER | ROUTE | STOP |

INVOICE DATE 7/15/97   INVOICE NO. CD1108196   PAGE 1

All product discounts earned or granted under McKesson and Valu-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other health care reimbursement program or provider plan.

HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED ON REVERSE SIDE

1901854

| DEPT | ITEM NUMBER | QTY ORD UN | ITEM DESCRIPTION | STORE RETAIL | UNIT PRICE | GP % | I D CODE | EXTENSN |
|---|---|---|---|---|---|---|---|---|
| | | | ★★★★★★★★★★★★★★★★★★★★★ | | | | | |
| | | | CONTAINER 4031220 | | | | | |
| AA | 1977032 | 1 EA | ACETASOL HC SOL 1% ALPH 10ML | 12.00 | 3.09★74.3 | | 1KR | 3.09 |
| AD | 1974468 | 1 EA | CAREAM1Z TAB 200MG P/P 100 | 23.21 | 7.71★66.8 | | 1KR | 7.71 |
| AD | 2405660 | 1 EA | COUMADIN TAB 1MG 100 | 58.88 | 47.41 19.5 | | 1 R | 47.41 |
| CO | 3525086 | 1 EA | HEMCRR★HC SUPP ALPH 12B | 4.14 | 1.87★54.8 | | 1KR | 1.87 |
| AA | 2230258 | 2 EA | METCCLCPR C/S 5MG ALPH 160Z | 11.67 | 5.81★51.5 | | 1KR | 11.62 |
| | | | ABOVE ITEM WAS A SUBSTITUTION ITEM. PLEASE REFER TO THE AUDIT REPORT. | | | | | |
| AD | 1875665 | 3 EA | PREVACID CAP 30MG 100 | 347.81 | 293.00★15.8 | | 1 R | 879.00 |
| AD | 3682614 | 3 EA | PRILOSEC CAP 20MG UU 30 | 113.04 | 94.81 16.1 | I | 1 R | 474.05 |
| | 2261776 | 1 EA | RX-PAK ZESTRIL TAB 10MG 100 | 84.24 | 70.66 16.1 | | 1 R | 70.66 |
| AD | 3246568 | 1 EA | SMZ-TMP TB 800/160MG IEW 500 | 153.88 | 23.89★84.5 | | 1KR | 23.89 |
| AA | 2176253 | 3 EA | TRENTAL TAB 400MG UU 100 | 61.62 | 51.68 16.1 | | 1 R | 155.04 |
| AD | 1615160 | 3 EA | ALBUTEROL SCL 3ML UD DEY 25B | 30.25 | 9.89★67.3 | | 1KR | 29.67 |
| AD | 3531770 | 1 EA | BIAXIN TAB 500MG 60 | 195.59 | 157.49 19.5 | | 1 R | 157.49 |
| AD | 1795848 | 1 EA | COZAAR TAB 25MG UU 90 | 105.30 | 84.79 19.5 | | 1 R | 84.79 |
| AA | 1319391 | 1 EA | CYCLOBENZ TAB 10MG SCHE 1000 | 86.10 | 6.36★92.6 | | 1KR | 6.36 |
| | | | ABOVE ITEM WAS A SUBSTITUTION ITEM. PLEASE REFER TO THE AUDIT REPORT. | | | | | |
| AD | 1359572 | 1 EA | DANAZOL CAP 200MG BARR 60 | 193.94 | 131.89★32.0 | | 1KR | 131.89 |
| CA | 1370147 | 1 EA | DIFFERIN GEL 0.1% 45G | 56.25 | 45.49 19.5 | | 1 R | 45.49 |
| AD | 3454204 | 2 EA | DIFLUCAN TAB 200MG 30 | 337.50 | 271.76★19.5 | | 1 R | 543.52 |
| AD | 2113300 | 3 EA | EPIVIR TAB 150MG 60 | 230.41 | 193.26 16.1 | | 1 R | 579.78 |
| AD | 3286588 | 1 EA | IBUPROF TB 600MG FAR 55B | 90.00 | 11.72★87.3 | | 1KR | 11.72 |
| CA | 2284867 | 1 EA | LAMISIL CRM 1% 15GM | 28.38 | 23.80 16.1 | | 1 R | 23.80 |
| AD | 3273265 | 1 EA | MECLIZ TAB 25MG PAR 1000 | 44.99 | 10.57★76.5 | | 1KR | 10.57 |
| AA | 1963156 | 1 EA | MULTIBET FCLIC-500 TB Q/P 60 | 7.70 | 4.36★43.4 | | 1 R | 4.36 |
| AD | 1714724 | 1 EA | NITROSTAT SUBL TAB 0.4MG 4X25 | 14.65 | 14.65 16.1 | | 1 R | 14.65 |
| AD | 3214251 | 1 EA | PANCREASE #T16 CAP 100 | 111.95 | 93.97 16.1 | | 1 R | 93.97 |
| AD | 2772494 | 1 EA | PAPAVER CAP 150MG URL 100 | 8.66 | 4.08★52.9 | I | 1KR | 4.08 |
| AD | 2294312 | 1 EA | PAXIL TAB 20MG 100 | 206.41 | 173.13 16.1 | | 1 R | 173.13 |
| AD | 3973435 | 1 EA | PROZAC PULVULE 20MG 100 | 241.68 | 202.71 16.1 | | 1 R | 202.71 |
| CA | 1388186 | 1 EA | RETIN-A CREAM 0.1% 45GM | 66.40 | 55.86 16.1 | I I | 1 R | 55.86 |
| AD | 3298288 | 1 EA | RISPERDAL TAB 2MG 60 | 204.60 | 171.61 16.1 | | 1 R | 171.61 |
| AD | 3700069 | 1 EA | RX-PAK DIABETA TAB 5MG 100 | 63.54 | 43.55★30.8 | | 1 R | 43.55 |
| AD | 3730572 | 1 EA | RX-PAK PREMARIN TAB .625MG 100 | 45.10 | 35.55★21.2 | | 1 R | 35.59 |
| CA | 2298446 | 4 EA | SAADIMMUNE GEL CAP 100MG UC 30 | 185.16 | 155.30 16.1 | | 1 R | 621.20 |
| CA | 2185767 | 1 EA | TRIAMCIN OINT 0.1% RUG 160Z | 20.85 | 13.76★34.0 | | 1KR | 13.76 |
| AD | 1843564 | 2 EA | VASOTEC TAB 10MG 100 | 106.95 | 86.12 19.5 | | 1 R | 172.24 |
| AC | 1807372 | 1 EA | VIDEX FWD FKT 25MG 30 | 121.51 | 101.50 16.5 | | 1 R | 101.50 |

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO. AT ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE.

CONTINUED

THIS IS TO CERTIFY THAT ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

VAC MDL 65910

1901848



Transmit Confirmation Report

```
No.          :   004
Receiver     :     904 922 0685
Transmitter  :   VEN-A-CARE/CRITI-CA
Date         :   Jul 28.97   16:02
Time         :   03.17
Mode         :      Norm
Pages        :   06
Result       :   OK
```

LF 1901855

1901855

**VAC MDL 65911**