# EXHIBIT F

From: Leonard Sierra    To: Cobo Pharmacy, James Cobo    Subject: March Rebates on DEY Lab    Page 2

Date:  03/22/00

To:    Cobo Pharmacy

From:  Leonard Sierra

Re:    March & April Retail Promotion Special from Dey

**Depend on Quality**
**Depend on Dey**

# SPRING DEAL From Dey

**New BIGGER rebates**



Albuterol Sulfate
Inhalation Solution 0.083%

Ipratropium Bromide
Inhalation Solution 0.02%

## Featuring Rebates on Cartons of 25's & 60's

Purchase must be initiated by a member of the DEY Inside Sales Team.

To order please call me directly @ 800 755-5560, ext. 7380

and ask for Leonard Sierra.

**Promotion subject to change without notice.**

Notice required by law. Where any remuneration, including a discount, rebate or promotion may directly or indirectly involve Medicare or a State health care program, Federal requirements including mandatory disclosure may apply. This statement constitutes required notice to all parties under 42 U.S.C. §1320a-7b(b) and 42 C.F.R. §1001.952. DEY reserves the right to change the program without prior notification.

89-803-01/LSR

Attorney's Eyes Only

R1-022890



EXHIBIT
Dey 320
12/5/04