# EXHIBIT H

Page 1059

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - -x

4    IN RE:  PHARMACEUTICAL       :   MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION

6    PRICE LITIGATION             :   01-CV-12257-PBS

7    - - - - - - - - - - - - - - -x

8    THIS DOCUMENT RELATES TO:    :

9    U.S. ex rel. Ven-a-Care of   :   Hon.  Patti B. Saris

10   the Florida Keys, Inc.       :

11        v.                      :

12   Dey, Inc., et al.            :

13   No. 05-11084-PBS             :

14   - - - - - - - - - - - - - - -x

15

16        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

17

18        CONTINUED DEPOSITION OF T. MARK JONES

19                  Washington, D.C.

20            Tuesday, December 9, 2008

21                    VOLUME IV

22

Page 1060

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3     - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL      :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  :  CIVIL ACTION

 6    PRICE LITIGATION            :  01-CV-12257-PBS

 7     - - - - - - - - - - - - - -x

 8    THIS DOCUMENT RELATES TO:   :  Judge Patti B. Saris

 9    United States of America ex :

10    rel. Ven-A-Care of the      :

11    Florida Keys, Inc., et al.  :

12    v. Boehringer Ingelheim     :

13    Corporation, et al., Civil  :

14    Action No. 07-10248-PBS     :

15     - - - - - - - - - - - - - -x

16

17

18

19

20

21        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

```
                                                              Page 1061
 1                  IN THE COURT OF COMMON PLEAS

 2                     FIFTH JUDICIAL CIRCUIT

 3       - - - - - - - - - - - - - - - - - - -x

 4       STATE OF SOUTH CAROLINA              :Master Caption No.

 5       COUNTY OF RICHLAND                   :06-CP-40-4394

 6       In Re:  South Carolina Pharmaceutical:

 7       Pricing Litigation                  :

 8       This Matter Relates to:  Sandoz, Inc.:

 9       Civil Action No. 07-CP-40-0285       :

10       Civil Action No. 07-CP-40-0287       :

11       - - - - - - - - - - - - - - - - - - -x

12                  IN THE COURT OF COMMON PLEAS

13                     FIFTH JUDICIAL CIRCUIT

14       - - - - - - - - - - - - - - - - - - -x

15       STATE OF SOUTH CAROLINA              :Master Caption No.

16       COUNTY OF RICHLAND                   :06-CP-40-4394

17       In Re:  South Carolina Pharmaceutical:

18       Pricing Litigation                  :

19       This Document Relates to:            :

20       Civil Action No. 07-CP-40-0280       :

21       Civil Action No. 07-CP-40-0286       :

22       - - - - - - - - - - - - - - - - - - -x
```

Page 1062

1                IN THE COURT OF COMMON PLEAS

2                   FIFTH JUDICIAL CIRCUIT

3      - - - - - - - - - - - - - - - - - -x

4      STATE OF SOUTH CAROLINA            :Master Caption No.

5      COUNTY OF RICHLAND                 :06-CP-40-4394

6      In Re:  South Carolina Pharmaceutical:

7      Pricing Litigation                 :

8      This Document Relates to:          :

9      PAR PHARMACEUTICALS COMPANIES, INC. :

10     Civil Action No. 06-CP-40-7151     :

11     Civil Action No. 06-CP-40-7153     :

12     - - - - - - - - - - - - - - - - - -x

13

14

15

16

17

18

19

20

21         (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22

Jones, T. Mark - Vol. IV                                                    December 9, 2008
                                    Washington, DC

Page 1063

1                    IN THE COURT OF COMMON PLEAS

2                        FIFTH JUDICIAL CIRCUIT

3        - - - - - - - - - - - - - - - - - - -x

4        STATE OF SOUTH CAROLINA              :MASTER FILE NO.

5        COUNTY OF RICHLAND                   :06-CP-40-4394

6        STATE OF SOUTH CAROLINA and HENRY D. :CIVIL ACTION NO.

7        McMASTER, in his official capacity as:07-CP-40-0282

8        Attorney General for the State of    :07-CP-40=0283

9        South Carolina,                      :

10                            Plaintiff,              :

11            vs.                             :

12       MYLAN LABORATORIES, INC.,            :

13                   Defendant.               :

14       - - - - - - - - - - -- - - - - - - - x

15

16

17

18

19

20

21       (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22

Page 1064

```
 1          IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

 2              THIRD JUDICIAL DISTRICT OF ANCHORAGE

 3     - - - - - - - - - - - - - -x

 4     STATE OF ALASKA,              :

 5                 Plaintiff,      :Case No. 3AN-06-12026CI

 6         vs.                      :

 7     ALPHARMA BRANDED PRODUCTS   :

 8     DIVISION, INC., et al.,     :

 9                 Defendants.     :

10     - - - - - - - - - - - - - -x

11

12

13         IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

14                    STATE OF HAWAII

15     - - - - - - - - - - - - - - x

16     STATE OF HAWAII,             :

17                 Plaintiff,      :Civil No. 06-1-0720-04EEH

18                                  :(Complex Litigation)

19         vs.                      :Civil No. 07-1-1639-09EEH

20     ABBOTT LABORATORIES, INC.,  :(Other Civil Action)

21     et al.,                     :

22     - - - - - - - - - - - - - - x
```

Jones, T. Mark - Vol. IV                                      December 9, 2008
Washington, DC

Page 1065

```
 1            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 2               COUNTY DEPARTMENT, CHANCERY DIVISION

 3      - - - - - - - - - - - - - - x

 4      THE PEOPLE OF THE STATE OF   :

 5      ILLINOIS,                    :

 6               Plaintiff,          :

 7         vs.                       : Case No. 05CH02474

 8      ABBOTT LABORATORIES, et al.,:

 9               Defendants.         :

10      - - - - - - - - - - - - - - x

11      UNITED STATES DISTRICT COURT

12      FOR THE DISTRICT OF MASSACHUSETTS

13      - - - - - - - - - - - - - -x

14      IN RE:  PHARMACEUTICAL       :  MDL NO. 1456

15      INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION

16      PRICE LITIGATION             :   01-CV-12257-PBS

17      THIS DOCUMENT RELATES TO:    : Hon. Patti B. Saris

18      State of South Carolina v.   : Magistrate Judge

19      Abbott Laboratories, Inc.    : Marianne B. Bowler

20      Civil Action                 :

21      No.06-cv-11883-PBS           :

22      - - - - - - - - - - - - - -x
```

Page 1066

```
 1    STATE OF NEW YORK

 2    SUPREME COURT           COUNTY OF ERIE

 3    ----------------------------------)Index No. 2005-2439

 4    THE COUNTY OF ERIE,              )Judge John M. Curran

 5              Plaintiff,             )

 6        v.                          )

 7    ABBOTT LABORATORIES, INC., et al., )

 8              Defendants.            )

 9    ----------------------------------)

10

11    STATE OF NEW YORK

12    SUPREME COURT    COUNTY OF SCHENECTADY

13    ----------------------------------)Index No. 2006-886

14    THE COUNTY OF SCHENECTADY,       )Judge

15              Plaintiff,             )Vincent J. Reilly, Jr.

16        v.                          )

17    ABBOTT LABORATORIES, INC., et al., )

18              Defendants.            )

19    ----------------------------------)

20

21

22        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)
```

Page 1067

1     STATE OF NEW YORK

2     SUPREME COURT              COUNTY OF OSWEGO

3     ---------------------------------)Index No. 2006-0697

4     THE COUNTY OF OSWEGO,            )Judge

5                   Plaintiff,         )James W. McCarthy

6         v.                          )

7     ABBOTT LABORATORIES, INC., et al., )

8             Defendants.              )

9     ---------------------------------)

10

11

12              UNITED STATES DISTRICT COURT

13          FOR THE DISTRICT OF MASSACHUSETTS

14    - - - - - - - - - - - - - - -x

15    IN RE:  PHARMACEUTICAL      :  MDL NO. 1456

16    INDUSTRY AVERAGE WHOLESALE  :  CIVIL ACTION

17    PRICE LITIGATION            :  01-CV-12257-PBS

18    THIS DOCUMENT RELATES TO:   : Hon. Patti B. Saris

19    The City of New York, et al. :

20        v.                       :

21    Abbott Laboratories, et al.  :

22    - - - - - - - - - - - - - - -x

Page 1068

```
 1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

 2                        STATE OF MISSOURI

 3      ---------------------------x

 4      STATE OF MISSOURI, ex rel,   :

 5      JEREMIAH W. (JAY) NIXON,       :

 6      ATTORNEY GENERAL, and          :

 7      MISSOURI DEPARTMENT OF SOCIAL:

 8      SERVICES, DIVISION OF MEDICAL:

 9      SERVICES,                      :

10             Plaintiffs,        :Case No. 054-2486

11      MYLAN LABORATORIES, INC., et :

12      al,                        I:

13             Defendants.         :

14      ---------------------------x

15

16

17

18

19

20

21        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

22
```

Page 1069

1       IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

2                    OF THE STATE OF IDAHO

3                  IN AND FOR THE COUNTY OF ADA

4       ---------------------------x

5       STATE OF IDAHO,                    :

6                    Plaintiff,            :

7            vs.                    : Case No. CV 0C 0701847

8       ALPHARMA USPD, INC., et al.,:

9                    Defendants.           :

10      ---------------------------x

11

12              Continued Videotaped Deposition of T. MARK

13      JONES, a witness herein, called for examination by

14      counsel for Dey,Inc., and counsel for Roxane

15      Laboratories, in the above-entitled matter, pursuant

16      to notice, the witness being duly sworn by SUSAN L.

17      CIMINELLI, a Notary Public in and for the District of

18      Columbia, taken at the offices of Kelley Drye &

19      Warren LLP, Washington Harbour, Suite 400, 3050 K

20      Street, N.W., at 9:05 a.m., and the proceedings being

21      taken down by Stenotype by SUSAN L. CIMINELLI, CRR,

22      RPR, and transcribed under her direction.

Jones, T. Mark - Vol. IV                                        December 9, 2008
                          Washington, DC

Page 1070

1                    A P P E A R A N C E S :

2

3     On behalf of Ven-A-Care and the Witness:

4              JIM BREEN, ESQ.

5              The Breen Law Firm

6              3350 SW 148 Avenue, Suite 110

7              Miramar, FL 33027

8              (954) 874-1635

9

10    On behalf of the United States:

11             RENEE BROOKER, ESQ.

12             U.S. Dept. of Justice - Civil Division

13             601 D Street, N.W.

14             Washington, D.C.  20012

15             (202) 616-3797

16

17    On behalf of Dey, Inc. and Mylan:

18             CLIFFORD KATZ, ESQ.

19             Kelley Drye & Warren LLP

20             101 Park Avenue

21             New York, NY  10178

22             (212) 808-7697

Jones, T. Mark - Vol. IV                                    December 9, 2008
Washington, DC

Page 1071

```
 1          A P P E A R A N C E S :    (CONTINUED)

 2    On behalf of Roxane & Boehringer Ingelheim:

 3              ERIC GORTNER, ESQ.

 4              Kirkland & Ellis LLP

 5              200 East Randolph Drive

 6              Chicago, IL  60601

 7              (312) 861-2285

 8

 9    On behalf of Schering, Schering Plough, Warrick

10    and Braun Medical:

11              JOHN P. McDONALD, ESQ.

12              Locke Lord Bissell & Liddell LLP

13              2200 Ross Avenue, Suite 2200

14              Dallas, TX  75201

15              (214)740-8758

16

17    On behalf of GlaxoSmithKline:

18              MARK H. LYNCH, ESQ.

19              Covington & Burling LLP

20              1201 Pennsylvania Avenue, N.W.

21              Washington, D.C. 20004-2401

22              (202) 662-5544
```

Jones, T. Mark - Vol. IV                                    December 9, 2008
                        Washington, DC

Page 1072

1           A P P E A R A N C E S :    (CONTINUED)

2

3    On behalf of Johnson & Johnson: (Via telephone)

4           MARK G. YOUNG, ESQ.

5           Patterson Belknap Webb & Tyler LLP

6           1133 Avenue of the Americas

7           New York, NY  10036

8           (212) 336-291

9

10

11   ALSO PRESENT:

12

13           Peggy Forrest, Paralegal

14           Dan Solomon, Videographer

15

16

17

18

19

20

21

22

Jones, T. Mark - Vol. IV                                      December 9, 2008
Washington, DC

Page 1073

```
 1                    C O N T E N T S

 2

 3   WITNESS: T. MARK JONES                        PAGE

 4        Examination By Mr. Katz.................1076

 5        Examination By Mr. Gortner..............1122

 6

 7

 8              D E Y    E X H I B I T S

 9   NUMBER              DESCRIPTION               PAGE

10   Exhibit Dey 334 - U.S. v. Dey Second Amended

11                     Complaint..................1088

12   Exhibit Dey 335 - U.S. v. Dey Complaint......1088

13

14

15            R O X A N E    E X H I B I T S

16   NUMBER              DESCRIPTION               PAGE

17   Exhibit Roxane 194 - 7/14/08 Letter to Simon...1123

18   Exhibit Roxane 195 - Response of Plaintiff

19                     Ven-A-Care of the Florida

20                     Keys, Inc., to Roxane's

21                     first set of

22                     interrogatories...........1134
```

Jones, T. Mark - Vol. IV                                                December 9, 2008
Washington, DC

1       R O X A N E   E X H I B I T S   (CONTINUED)

2    NUMBER                    DESCRIPTION              PAGE

3    Exhibit Roxane 196 - McKesson Invoice

4                        VAC MDL 59582-590.........1145

5    Exhibit Roxane 197 - VAC MDL 58967-990.........1161

6    Exhibit Roxane 198 - McKesson Econolink

7                        Furosemide................1174

8    Exhibit Roxane 199 - McKesson Econolink

9                        Methadone.................1187

10   Exhibit Roxane 200 - Bellco Invoice R2-002422..1191

11   Exhibit Roxane 201 - ANDA, Inc. Invoice

12                        VAC MDL27960..............1200

13   Exhibit Roxane 202 - Index to evidence box of

14                        the original Boston

15                        Complaint filed 4/10/00...1263

16   Exhibit Roxane 203 - Civil Action 00 CV10698

17                        Disclosures...............1263

18   Exhibit Roxane 204 - 2/11/05 Ven-A-Care

19                        Pricing Database..........1263

20   Exhibit Roxane 205 - Democratic Staff Ways and

21                        Means 11/24

22                        VAC MDL 64277-279.........1279

Jones, T. Mark - Vol. IV                                    December 9, 2008
                        Washington, DC

```
                                                              Page 1075
 1        R O X A N E    E X H I B I T S    (CONTINUED)

 2     NUMBER                 DESCRIPTION              PAGE

 3     Exhibit Roxane 206 - Press Release 11/27/98

 4                          VAC MDL74275-276..........1286

 5     Exhibit Roxane 207 - Fax 9/22/99

 6                          VAC MDL 84331-336.........1292

 7     Exhibit Roxane 208 - VAC MDL 49399-50060.......1334

 8     Exhibit Roxane 209 - Abbott Exhibit 571........1366

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Page 1076

```
 1              P R O C E E D I N G S

 2

 3         THE VIDEOGRAPHER:  The time is 9:05

 4   a.m.  December 9th, 2008.  This begins tape

 5   number one of Volume IV of the continued

 6   videotaped deposition Mr. T. Mark Jones.

 7              The court reporter please swear in the

 8   witness.

 9

10   Whereupon,

11                  T. MARK JONES,

12   was called as a witness by counsel for Defendant

13   Dey and Roxane, and having been duly sworn by the

14   Notary Public, was examined and testified as

15   follows:

16

17         EXAMINATION BY COUNSEL FOR DEFENDANT DEY

18   BY MR. KATZ:

19        Q.   Good morning, Mr. Jones.

20        A.   Good morning.

21             MR. BREEN:  Before proceeding, we left

22   a topic open regarding Illinois presentations,
```

Jones, T. Mark - Vol. IV                                    December 9, 2008
Washington, DC

Page 1081

1    that we had purchased for demonstrative reasons.

2            I'm having Miss Forrest look through

3    and see if she can find any kind of EOBs that

4    have Dey NDC numbers on them in the Medicaid

5    program.  So we're going to sort of look for that

6    today, to see if we could verify whether we -- I

7    know we purchased.

8            If we have them on an EOB, you know, an

9    explanation of benefits from the program, then

10   that means we purchased the drug.

11       Q.   Okay.  So it would be fair to say that

12   you're not sure whether or not Ven-A-Care ever

13   dispensed a Dey drug to a Medicare or a Medicaid

14   patient?

15       A.   Well, I don't want to say that we did

16   or didn't without the information.

17       Q.   Okay.  I'm just going to show you a

18   document and see if it refreshes your

19   recollection at all.  This is a document

20   previously marked Dey Exhibit 216.

21            Now, you'll see that this is a claims

22   submitted to Medicare for Albuterol Sulfate

Jones, T. Mark - Vol. IV                                                December 9, 2008
Washington, DC

Page 1082

1    inhalation, unit dose 0.083 percent, which is a

2    drug manufactured by Dey, but it does not say

3    whether or not Dey manufactured this particular

4    generic drug.

5              Do you know whether or not this drug

6    was manufactured by Dey that was the subject of

7    this claim?

8         A.   I can't say that I do, because there's

9    no indication for it.

10        Q.   Okay.  Thank you.

11             Let's just quickly go over the

12   purchases that you do know of made by Ven-A-Care

13   in connection with litigation.

14             When was the first time Ven-A-Care made

15   such a purchase?

16        A.   I want to say I believe it was around

17   the year 2000.  We did some purchases through

18   ANDA, which is a gen -- you know, a generic

19   wholesale distributor, specialty distributor.

20        Q.   Do you know which drugs were purchased?

21        A.   I believe that it was Albuterol

22   Ipratropium, I think, I want to say Cromolyn.