## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2009, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR JOHANNA B. FINE, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Lara Berwanger