**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | Subcategory Docket:  06-CV-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.,* No. | ) | |
| 06-CV-11337-PBS; *U.S. ex rel. Ven-A-Care* | ) | |
| *of the Florida Keys, Inc. v. Dey, Inc., et al.*, | ) | |
| No. 05-11084-PBS; *U.S. ex rel. Ven-A-Care* | ) | |
| *of the Florida Keys, Inc. v. Boehringer* | ) | |
| *Ingelheim Corp., et al.*, No. 07-10248-PBS[1] | ) | |


**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE JOINT REPLY
MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL RELIEF ON
<u>OUTSTANDING DELIBERATIVE PROCESS PRIVILEGE ISSUES</u>**

Defendants Abbott Laboratories, Inc., Dey, Inc., and the Roxane Defendants (collectively,

"Defendants") respectfully seek leave to file the attached Reply Memorandum in Support of

Their Motion to Compel Relief on Outstanding Deliberative Process Privilege Issues.  The

motion is unopposed.

---

[1] The caption used in Defendants' motion (Dkt. No. 5810) and opening brief (Dkt. No. 5813) inadvertently indicated the incorrect case number for the Abbott case. The correct case number is 06-CV-11337-PBS.

Dated:  January 29, 2009          /s/ James R. Daly

James R. Daly
Eric P. Berlin
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

2

/s/ Eric T. Gortner

Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale (BBO # 654645)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Counsel for Defendants Boehringer Ingelheim
Corp., Boehringer Ingelheim Pharmaceuticals,
Inc., Boehringer Ingelheim Roxane, Inc., and
Roxane Laboratories, Inc.*

/s/ Neil Merkl

Paul F. Doyle (BBO # 133460)
Sarah L. Reid
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc., Dey L.P, Inc.
and Dey, L.P.*

3

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 29th day of January 2009.

/s/ David S. Torborg