# Exhibit C

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____ )
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE             )
LITIGATION                          ) MDL NO. 1456
                                    )
THIS DOCUMENT RELATES TO            ) CIVIL ACTION NO. 01-12257-PBS
  U.S. ex Ven-A-Care of the         )
  Florida Keys, Inc. v.             )
  Abbott Laboratories, Inc.,        )
  No. 06-11337-PBS                  )
_____ )
```

## ORDER RE: OBJECTIONS TO AUGUST 13, 2007 ORDER BY MAGISTRATE JUDGE BOWLER

November 9, 2007

Saris, U.S.D.J.

The government must produce for *in camera* inspection by the magistrate judge all documents which relate to its knowledge of a "spread" for Abbott's drugs at issue in this litigation or its knowledge of Abbott's "marketing the spread" for any of its drugs. The documents are directly relevant to the issues in this litigation. However, as both parties agree, it is hard to do the weighing under the balancing test without seeing the documents. With respect to each of these documents sought to be withheld, the government shall explain why it should not be disclosed under the "balancing test." The government should remember that *in camera* review is quite onerous, and the government should not seek overly broad protection. If necessary, the Court will review the magistrate judge's determination on an abuse of discretion basis.

The objections to magistrate judge's order are otherwise

**DENIED**.

        **S/PATTI B. SARIS**
        United States District Judge