# Exhibit D

Duzor, Deirdre                                          October 30, 2007
                        Washington, DC

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(cross-captions on following pages)

Washington, D.C.

Tuesday, October 30, 2007

9:00 a.m.

Videotaped deposition of DEIRDRE DUZOR

Volume I

Henderson Legal Services
202-220-4158

f5f0cb67-5db5-4a19-acea-ff4afd75844b

Duzor, Deirdre                                    October 30, 2007
                        Washington, DC

Page 177

1    at that document?
2         A.    Yes, I have.
3         Q.    Can you tell us what this document is?
4         A.    This document --
5         Q.    Let me strike that.  Are you familiar
6    with this document first?
7         A.    Yes.  I recall the document.
8         Q.    Can you tell us what it is?
9         A.    I believe it is a draft of a decision
10   memo seeking guidance from policymakers in CMS on
11   approaches to reviewing state plan amendments that
12   were proposing to revise either the ingredient cost
13   payment for drugs or the dispensing fees.
14        Q.    What is a decision memo?
15        A.    A decision memo is an issue paper with
16   recommendations to take to policy decision makers.
17   Options and recommendations generally.
18        Q.    Who are the policy decision makers to
19   which this document would go?
20        A.    Certainly to Dennis Smith and perhaps
21   beyond him.  Dennis reports to the administrator.
22   So it could be for Dennis or it could be something

Page 192

1    A.    We knew that for generic drugs that AWP
2    minus 13 was a generous payment based upon the IG's
3    findings.
4    Q.    OIG had found on a national level that
5    generic drugs were selling at AWP minus 66 percent?
6    A.    Based on their sample, that's what they
7    showed.
8    Q.    And did you have any reason to believe
9    that sample was not representative of the price the
10   generic drugs were generally selling in the
11   marketplace?
12         MR. BATES:  Object to the form.
13   A.    I didn't know enough about their sample.
14   I certainly again would not say that their
15   conclusion was the right answer for all generic
16   drugs.  Most states were doing AWP minus across the
17   board not differentiating between generic and
18   non-generic.  So they were not giving us the state
19   plan amendments that we could align neatly with the
20   OIG report.  They were proposing it in a different
21   way.
22   Q.    And do you recall having discussions