# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et. al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | Judge Patti B. Saris |

## [REVISED] STIPULATION FOR SCHEDULING WITH RESPECT TO GLAXOSMITHKLINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, the City of New York, et al. in the above-captioned action and defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline ("GSK") hereby stipulate and agree to the following revised schedule with respect to GSK's Motion For Partial Summary Judgment In The New York Counties Cases.

This stipulation replaces the original Stipulation for Scheduling With Respect to GlaxoSmithKline's Motion for Partial Summary Judgment, dated December 23, 2008.

The parties agree to the following:

1. Plaintiffs' Opposition to the Motion for Partial Summary Judgment shall be due on or before Wednesday, February 4, 2009.

2. Defendant's Reply in Support of the Motion For Partial Summary Judgment shall be due on or before Wednesday, February 18, 2009.

3. Plaintiffs' Sur-Reply to the Motion For Partial Summary Judgment shall be due on or before Wednesday, March 4, 2009.

Dated: January 29, 2008

KIRBY McINERNEY LLP

By: /s/ Joanne M. Cicala
Joanne M. Cicala
825 Third Avenue
New York, NY 10022
Tel: (212) 371-6600
Email: jcicala@kmllp.com
*Counsel for Plaintiffs*
*The City of New York, et al.*

DECHERT LLP

By: /s/ Frederick G. Herold
Frederick G. Herold
2440 W. El Camino Real/Suite 700
Mountain View, CA 94040
Tel: (650) 813-4800
Email: frederick.herold@dechert.com
*Counsel for Defendant SmithKline*
*Beecham Corp., d/b/a GalxoSmithKline*
*("GSK")*


SO ORDERED:   _____
              PATTI B. SARIS
              U.S. DISTRICT COURT JUDGE


Date:  _____

**CERTIFICATE OF SERVICE**

I, Aaron Hovan, hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting to all parties.

Dated:  January 29, 2009

/s/  Aaron Hovan_____
KIRBY McINERNEY LLP