**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> 01-CV-12257-PBS AND 01-CV-339 ) <br> ) | MLD NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of Stephen L. Coco as counsel for Plaintiff Blue Cross and Blue Shield of Massachusetts, Inc. in this matter. All other counsel of record for Blue Cross and Blue Shield of Massachusetts, Inc. will continue to appear as counsel for Blue Cross and Blue Shield of Massachusetts, Inc. in this matter.

                                                             Respectfully Submitted,
                                                             BLUE CROSS AND BLUE SHIELD OF
                                                             MASSACHUSETTS, INC.
                                                             By its attorneys,

                                                             /s/ Stephen L. Coco
                                                             Stephen L. Coco (BBO# 561169)
                                                             ROBINS, KAPLAN, MILLER & CIRESI, LLP
                                                             800 Boylston Street, 25th Floor
                                                             Boston, MA  02199-7610
                                                             Phone: (617) 267-2300
                                                             Fax: (617) 267-8288

Dated: January 30, 2009

35236320.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be served on all counsel of record electronically, pursuant to Section D of Case Management Order No. 2, by sending a copy to Lexis-Nexis for posting and notification to all parties this 30th day of January, 2009.

/s/ Stephen L. Coco
Stephen L. Coco (BBO# 561169)
ROBINS, KAPLAN, MILLER & CIRESI, LLP
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
Phone: (617) 267-2300
Fax: (617) 267-8288