UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL ) <br> INDUSTRY AVERAGE WHOLESALE ) <br> PRICE LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS ) <br> ) | MDL NO. 1456 <br><br> Master File No. 01-12257-PBS <br> Judge Patti B. Saris |

APPLICATION FOR ADMISSION *PRO HAC VICE* OF
VICTOR A. RORTVEDT FOR DEFENDANT ENDO PHARMACEUTICALS INC.

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of Victor A. Rortvedt as counsel for Endo Pharmaceuticals Inc. in this action.

Respectfully submitted,

*/s/ Victor A. Rortvedt*

Victor A. Rortvedt
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5412 (Phone)
(202) 942-5999 (Fax)

*Attorney for Defendant Endo Pharmaceuticals Inc.*

Dated: January 29, 2009