UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL NO. 1456 <br><br> Master File No. 01-12257-PBS <br> Judge Patti B. Saris |

### CERTIFICATE IN SUPPORT OF APPLICATION
### FOR ADMISSION *PRO HAC VICE* OF VICTOR A. RORTVEDT

I, Victor A. Rortvedt, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am an associate at the firm of Arnold & Porter LLP, attorneys for Endo Pharmaceuticals Inc., in the above captioned action.

2. I am a member in good standing of the bar in the Supreme Court of the State of California, the District of Columbia Court of Appeals, and the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Victor A. Rortvedt

Dated: January 29, 2009