# CERTIFICATE OF SERVICE

I, Victor A. Rortvedt, hereby certify that on this 29th day of January, 2009, I caused a true and correct copy of the Application for Admission *Pro Hac Vice* of Victor A. Rortvedt for Defendant Endo Pharmaceuticals Inc., and Certificate in Support of Application for Admission *Pro Hac Vice* of Victor A. Rortvedt to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification of all parties.

_____
Victor A. Rortvedt