UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 03-10643-PBS ) |
| THIS DOCUMENT RELATES TO: *The City of New York, et. al.* *v.* *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) ) |

## [SECOND REVISED] STIPULATION FOR SCHEDULING WITH RESPECT TO GLAXOSMITHKLINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, the City of New York, et al. in the above-captioned action and defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline ("GSK") hereby stipulate and agree to the following revised schedule with respect to GSK's Motion For Partial Summary Judgment In The New York Counties Cases.

This stipulation replaces the Revised Stipulation for Scheduling With Respect to GlaxoSmithKline's Motion for Partial Summary Judgment, dated January 29, 2009.

The parties agree to the following:

1. Plaintiffs' Opposition to the Motion for Partial Summary Judgment shall be due on or before Wednesday, February 11, 2009.

2. Defendant's Reply in Support of the Motion For Partial Summary Judgment shall be due on or before Wednesday, March 4, 2009.

3.  Plaintiffs' Sur-Reply to the Motion For Partial Summary Judgment shall be due on or before Wednesday, March 18, 2009.

Dated: February 3, 2009

| KIRBY McINERNEY LLP | DECHERT LLP |
|---|---|
| By: _____\s\_____<br>Joanne M. Cicala<br>825 Third Avenue<br>New York, NY 10022<br>Tel: (212) 371-6600<br>Email: jcicala@kmllp.com<br>*Counsel for Plaintiffs*<br>*The City of New York, et al.* | By: _____\s\_____<br>Frederick G. Herold<br>2440 W. El Camino Real/Suite 700<br>Mountain View, CA 94040<br>Tel: (650) 813-4800<br>Email: frederick.herold@dechert.com<br>*Counsel for Defendant SmithKline*<br>*Beecham Corp., d/b/a GalxoSmithKline*<br>*("GSK")* |

SO ORDERED:  _____
　　　　　　　　PATTI B. SARIS
　　　　　　　　U.S. DISTRICT COURT JUDGE

Date: _____