# EXHIBIT 1

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


CITIZENS FOR CONSUME, et al   .  CIVIL ACTION NO. 01-12257-PBS
  Plaintiffs                  .
                              .
      V.                      .  BOSTON, MASSACHUSETTS
                              .  DECEMBER 4, 2008
ABBOTT LABORATORIES, et al    .
  Defendants                  .
. . . . . . . . . . . . . . .
            TRANSCRIPT OF MOTION HEARING
      BEFORE THE HONORABLE MARIANNE B. BOWLER
             UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the United States:
Justin Draycott, Esquire, Anne St. Peter Griffith, Esquire, United States Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132, 305-961-9000, justin.draycott@usdoj.gov.

George B. Henderson, Esquire, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, 617-748-3272, george.henderson2@usdoj.gov.

Gejaa T. Gobena, Esquire, United States Department of Justice, 601 D Street NW, Patrick Henry Building, Room 9028, Washington, DC 20004, 202-307-1088, gejaa.gobena@usdoj.gov.

For Abbott Labs.:
Jason Winchester, Esquire, Jones Day, 77 West Wacker Drive, Chicago, IL 60601-1692, 312-782-3939.

Sarah Reid, Esquire, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178.

James R. Daly, Esquire, Jones, Day, Reavis & Pogue, 77 West Wacker Drive, Chicago, IL 60601-1692, 312-782-3939.

Court Reporter:
Proceedings recorded by electronic sound recording, transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
Wrentham, MA  02093
(508) 384-2003

61

1  We'll take a 10 or 15 minute break.

2  RECESS

3  THE CLERK:  Resuming on the record, Your Honor, AWP
4  MDL litigation, Civil Action No. 01-12257 and others.

5  THE COURT:  All right, going back for a moment to
6  Docket Entry 5112, as to Reed and Vito, I'm inclined to agree
7  with the government.  That said, I direct you to further
8  consult and discuss each objected to question with respect to
9  each deposition in the context of Judge Saris' recent
10 deliberative process rulings and any related rulings on appeal
11 of my rulings.  One option would be to provide written answers
12 to the objected to questions.  In the event that you can't
13 agree you can renew the motion at which point I will consult
14 with either Judge Saris or her clerk and decide whether or not
15 she wants me to deal with it or she will deal with it.  I don't
16 want to end up with inconsistent rulings here.  I think this is
17 maybe a safer course.

18 Okay?  All right, so we start with 5174.

19 MR. WINCHESTER:  That's ours, Your Honor.

20 THE COURT:  Right.

21 *    MR. WINCHESTER:  This has to do with a set of
22 requests for admission that we served on the government and
23 neither Ms. St. Peter-Griffith nor I has any interest I think
24 in walking the Court through 175 RFAs today, which I'm sure
25 will make you somewhat happy but my hope is that if you go

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**