# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456**<br>**C.A. No. 01-12257-PBS**<br><br>**Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Eden M. Heard of Dickstein Shapiro LLP as counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. Defendant herein will continue to be represented by other attorneys of record at Dickstein Shapiro LLP who have been admitted to the Court by *pro hac vice* application.

Dated: February 6, 2009
By: /s/ Merle M. DeLancey

Merle M. DeLancey
DICKSTEIN SHAPIRO LLP
1825 Eye Street N.W.
Washington, DC 20006-5403
Telephone: 202.420.2200
Facsimile: 202.420-2201
JacksonA@dicksteinshapiro.com

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO #188310)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: 617-720-2880
Facsimile: 617-720-3554

Counsel for Defendants
Baxter International Inc. and
Baxter Healthcare Corporation

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served on all counsel of record electronically, pursuant to Case Management Order No. 2, by sending a copy to Lexis-Nexis for posting and notification to all parties this 6th day of February, 2009.

         /s/ Eden M. Heard
Eden M. Heard