# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** | ) | **Master File No.  01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** | ) | **Subcategory Case No. 06-11337** |
| | ) | |
| | ) | **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *State of California, ex rel. Ven-A-Care v.* | ) | **Magistrate Judge** |
| *Abbott Laboratories, et al.* | ) | **Marianne B. Bowler** |
| **Case No. 03-cv-11226-PBS** | ) | |
| | ) | |

## MOTION BY THE STATE OF CALIFORNIA TO COMPEL
## DEFENDANT SANDOZ, INC. TO PRODUCE A RULE 30(B)(6) WITNESS

Plaintiff State of California respectfully moves this Court for an order compelling

Defendant Sandoz, Inc. to produce a witness for deposition pursuant to Fed. R. Civ. P. 30(b)(6).

The grounds for this motion are set forth in the accompanying Memorandum of Points and

Authorities.  A proposed Order is also attached.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) Plaintiff requests oral argument on this motion.

Dated:  February 6, 2009                    Respectfully submitted,

                                             /s/ *Steven U. Ross*
                                            NICHOLAS N. PAUL
                                            Supervising Deputy Attorney General
                                            STEVEN U. ROSS
                                            Deputy Attorney General III
                                            CA State Bar No:  101294
                                            California Department of Justice
                                            1455 Frazee Road, Suite 315
                                            San Diego, CA 92108
                                            Telephone:  (619) 688-6026
                                            Facsimile:   (619) 688-4200

                                            Attorneys for Plaintiff,
                                            STATE OF CALIFORNIA

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I certify that the moving party communicated with counsel for Sandoz, Inc. in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

　/s/ *Steven U. Ross*　　　　　　
Steven U. Ross


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 6, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

　/s/ *Steven U. Ross*　　　　　　
Steven U. Ross