UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *State of California, ex rel. Ven-A-Care v.* ) <br> *Abbott Laboratories, et al.* ) <br> **Case No. 03-cv-11226-PBS** ) <br> ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br> Subcategory Case No. 06-11337 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge <br> Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING MOTION BY PLAINTIFF TO COMPEL
DEFENDANT SANDOZ, INC. TO PRODUCE A RULE 30(B)(6) WITNESS**

Having considered each of the parties' submissions with respect to Plaintiff's motion to compel Defendant Sandoz, Inc. to produce a witness pursuant to Fed. R. Civ. P. 30(b)(6), the Court hereby grants the motion. It is hereby ORDERED as follows:

1. Defendant Sandoz, Inc. shall produce one or more witnesses no later than February 28, 2009 pursuant to Fed. R. Civ. P. 30(b)(6) to give testimony on the six (6) topics set out in Exhibit 1 to the Declaration of Steven U. Ross dated January 21, 2009.

Dated:_____

_____
Honorable Marianne B. Bowler
Magistrate Judge