**EXHIBIT 1**

  

**BMFEA**
Bureau of Medi-Cal Fraud & Elder Abuse
State of California Department of Justice

Office of Attorney General
Edmund G. Brown Jr.

October 14, 2008

Bureau of
Medi-Cal Fraud
and Elder Abuse

*VIA FACSIMILE (212-354-8113)*
*AND FEDERAL EXPRESS*

Michael J. Gallagher, Esq.
White & Case
1155 Avenue of the Americas
New York, new York 10036

1455 Frazee Road, Suite 315
San Diego, CA 92108

Telephone: (619) 688-6026
Facsimile: (619) 688-4200

Re:  *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*
Case No. 01-12257 (MDL 1456)

Dear Mr. Gallagher:

Please be advised that California would like to take the deposition of Defendant Sandoz, Inc. in the above-referenced matter, pursuant to Fed. R. Civ. P. 30(b)(6). Pursuant to Case Management Order 31, paragraph 8G, the following is a list of the matters on which such examination is requested. Please note that, unless specifically stated, all subject matters concern the time period January 1, 1994 through December 31, 2004. Further, "Identified Drugs" refers to those Sandoz products listed on Exhibit A, attached hereto:

1. Sandoz's knowledge and understanding of the laws, practices, and policies of California, or its Department of Health Services ("DHS") regarding reimbursement for the Identified Drugs, including Sandoz's knowledge and understanding concerning DHS's use of Sandoz's published AWPs or WACs.
2. Sandoz's belief, if any, that DHS approved of or acquiesced in Sandoz's practice of causing the publication of its AWPs for the Identified Drugs that were higher than actual average wholesale prices.
3. Sandoz's belief, if any, that DHS had knowledge of Sandoz's practice of causing the publication of its AWPs for the Identified Drugs that were higher than actual average wholesale prices.
4. Sandoz's belief, if any, that DHS approved of or acquiesced in Sandoz causing the Medi-Cal program to reimburse providers for the Identified Drugs in amounts significantly in excess of provider acquisition costs plus any dispensing fee.
5. The sales/transactional data provided by Sandoz to California.

Michael J. Gallagher, Esq.
October 14, 2008
Page 2

      6.    Communications between Sandoz and California, including DHS, concerning reimbursement by California of any Identified Drug, or the AWP and WAC prices caused by Sandoz to be published for any of the Identified Drugs.

Request is made, again pursuant to CMO 31, paragraph 8G, that your office respond to this letter no later than 30 calendar days from your receipt hereof, providing us with the designated witness(es) and a proposed date or dates within 45 days from today for the deposition.

Thank you for your anticipated response.

                                                  Sincerely,

                                                  Steven U. Ross
                                                  Deputy Attorney General III
                                                  Bureau of Medi-Cal Fraud and Elder Abuse

                                   For    EDMUND G. BROWN JR.
                                           Attorney General

SUR/agl

cc:    Nicholas N. Paul/SDAG