**EXHIBIT 2**

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 1 212 819 8929     mgallagher@whitecase.com

November 13, 2008

<u>VIA FIRST CLASS MAIL & E-MAIL</u>

Steven U. Ross, Esq.
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108

Re:   State of California, ex rel. Ven-A-Care v. Abbott Labs., Inc., et al.,
      Case No. 03-CV-11226-PBS, MDL No. 1456 (D. Mass.)

Dear Steve:

We received your letter of October 14, 2008 regarding California's request for a Fed. R. Civ. P. 30(b)(6) deposition of Sandoz Inc. ("Sandoz"), and respond as follows:

**Topic 1:**  Sandoz objects to Topic 1 on the grounds that it is overly broad and unduly burdensome, because it fails to describe with reasonable particularity the matters for examination, in that it seeks information not relevant to the claims and defenses in this action and is not reasonably calculated to lead to the discovery of admissible evidence.  The laws, practices, and policies of California or its Department of Health Services ("DHS") are extensive, and the entire breadth of that material is not the proper subject of discovery in this action. Sandoz further objects to this Topic because it calls for testimony protected from discovery on the basis of attorney-client privilege and/or the work product immunity doctrine, and to the extent it calls for a legal conclusion.  In addition, on its face, this Topic seeks legal conclusions and legal contentions and thus is not a proper topic for a Rule 30(b)(6) deposition.  Further, in light of the deposition discovery already taken by the State, which included deposition testimony from the individual at Sandoz with responsibility for government affairs, as well as deposition testimony from individuals with responsibility for pricing (and related issues), Sandoz objects to this topic on the grounds that it is unreasonably cumulative and duplicative, that the State has had ample opportunity to seek this information during prior depositions, and therefore that the burden and expense of this discovery outweighs any benefit.

ABU DHABI   ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT
HAMBURG   HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

NEWYORK 6890573 (2K)

Steven U. Ross, Esq.



November 13, 2008

**Topics 2, 3, and 4:** Sandoz objects to Topics 2, 3 and 4 because these topics are vague, ambiguous, overly broad, and unduly burdensome, and because they fail to describe with reasonable particularity the matters for examination, in that they seek information that is not relevant to the claims or defenses in this action, or reasonably calculated to lead to the discovery of admissible evidence. Sandoz specifically objects to Topics 2 and 4 on the grounds that each falsely implies that DHS was supposed to "approve" Sandoz' pricing practices. Sandoz specifically objects to Topics 2 and 3 on the grounds that "actual average wholesale prices" and "causing the publication of its AWPs" are vague and ambiguous. Sandoz further objects to these Topics to the extent they call for testimony that is protected from discovery on the basis of attorney-client privilege and/or the work product immunity doctrine, and to the extent they call for legal conclusions. On their face, these Topics seek legal conclusions and legal contentions and thus are not proper topics for a Rule 30(b)(6) deposition.

**Topic 5:** Sandoz states that on December 10, 2008, Sandoz will put forward a corporate designee to testify regarding its transactional data production to the State of Texas in that matter, among other data topics. Because Sandoz' transactional data production to Texas is based on the same dataset as its transactional data production to California, we invite you to attend this deposition in the Texas matter to obtain the desired discovery concerning Topic 5 of your October 14, 2008 letter.

**Topic 6:** Sandoz objects to Topic 6 because it is overly broad and unduly burdensome and because it fails to describe with reasonable particularity the matters for examination, in that it seeks information not relevant to the claims and defenses in this action and is not reasonably calculated to lead to the discovery of admissible evidence. This Topic seeks information that is equally in the possession, custody, or control of the State and is either already known by the State or can easily be ascertained without the use of this discovery device. Sandoz specifically objects to this Topic on the grounds that "AWP and WAC prices caused by Sandoz to be published" is vague and ambiguous and falsely implies that Sandoz caused such publication. Sandoz further objects to this Topic because it calls for testimony protected from discovery on the basis of attorney-client privilege and/or the work product immunity doctrine. In addition, on its face, this Topic seeks legal conclusions and contentions and thus is not a proper topic for a Rule 30(b)(6) deposition. Further, in light of the deposition discovery already taken by the State, which included deposition testimony from the individual at Sandoz with responsibility for government affairs, as well as deposition testimony from individuals with responsibility for pricing (and related issues), Sandoz objects to this topic on the grounds that it is unreasonably cumulative and duplicative, that the State has had ample opportunity to seek this information during prior depositions, and that the burden and expense of this discovery outweighs any benefit.

Steven U. Ross, Esq.

WHITE & CASE

November 13, 2008

If you have any questions or objections, please contact me immediately.

Sincerely,

*[signature]*

Michael J. Gallagher