**EXHIBIT 4**



White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel   + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + 1 212 819 8937    hmcdevitt@whitecase.com

December 30, 2008

VIA FIRST CLASS MAIL & E-MAIL

Steven U. Ross, Esq.
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of the Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California  92108

Re:  State of California, ex rel. Ven-A-Care v. Abbott Labs., Inc., et al.,
     Case No. 03-CV-11226-PBS, MDL No. 1456 (D. Mass.)

Dear Steven:

We are in receipt of your letter to Michael Gallagher dated December 19, 2008. While your letter purports to request the identity of Sandoz's designated Rule 30(b)(6) witness(es) and proposed deposition dates, it also acknowledges that you have received our November 13, 2008 objections to the State of California's inappropriate and overly broad 30(b)(6) deposition topics (with the exception of Topic No. 5, for which Sandoz already has provided the testimony of a corporate designee, see below). We disagree with your characterization of these objections as "boilerplate" and invite you to delineate their insufficiencies should you continue to wish to pursue corporate designee testimony on Topics 1-4 and Topic 6. As such we stand by the November 13 objections and are, therefore, unable to provide you with identities of designated witnesses or deposition dates for those topics.

With respect to Topic No. 5 (the data topic), as you are aware, Nancy Clapper, the witness Sandoz designated for virtually identical corporate designee topics in the Texas AWP case, testified on December 10, 2008. You attended that deposition on behalf of the State of California and had a full and fair opportunity to question Ms. Clapper on matters relating to Topic No. 5 at that time.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

NEWYORK 6973974 v1 (2K)

Steven U. Ross, Esq.

December 30, 2008



If you have any questions, please feel free to contact me.

Happy New Year.

Sincerely,

Heather K. McDevitt

2