# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | Hon. Patti B. Saris |
| _____ | ) ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* | ) ) ) ) ) | |
| Civil Action No. 00-10698 | ) | |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO RELATOR'S AMENDED COMPLAINT

Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, and Relator Ven-A-Care of the Florida Keys, Inc. hereby respectfully move the Court for an order extending the time within which Defendants may respond to Relator's Amended Complaint in the above captioned action (the "Massachusetts Ven-A-Care Action") to and including March 31, 2009.  As reasons therefor, the parties state that:

1. Defendants are currently due to respond to the Amended Complaint in the Massachusetts Ven-A-Care Action by February 17, 2009.

2. A second False Claims Act action involving the same parties and alleging that defendants submitted false AWPs for certain albuterol products, *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation et al.*, CA Nos. 05-1354; 09-10003, was

11605136_1.DOC

recently unsealed in the United States District Court for the Southern District of Florida (the "Florida Ven-A-Care Action").  Defendants filed a Notice of Potential Tag-A-Long Action with the Judicial Panel on Multidistrict Litigation on February 10, 2009 to seek transfer of the Florida Ven-A-Care Action to this Court..

3. Defendants and Ven-A-Care seek to extend the time within which Defendants may respond to the Amended Complaint in the Massachusetts Ven-A-Care Action to allow time for the Florida Ven-A-Care Action to be transferred to this Court and coordinated with the similar Massachusetts Action.

WHEREFORE, the Defendants and Ven-A-Care respectfully request that the Court grant this motion and issue an Order, substantially in the form attached hereto, providing that the Defendants' time to answer or otherwise respond to Relator's Amended Complaint shall be extended to and including March 31, 2009.

Dated:  February 10, 2009

| | |
|---|---|
| /s/ Kirsten V. Mayer_____ | /s/ Alison W. Simon_____ |
| John T. Montgomery | James J. Breen |
| John P. Bueker | Alison W. Simon |
| Kirsten V. Mayer | The Breen Law Firm, P.A. |
| Ropes & Gray LLP | P.O. Box 297470 |
| One International Place | Pembroke Pines, FL  33029-7470 |
| Boston, MA  02110-2624 | (954) 874-1635 |
| (617) 951-7000 | |
| | Attorneys for Ven-A-Care of the |
| John P. McDonald | Florida Keys, Inc. |
| Locke Lord Bissell & Liddell | |
| 2200 Ross Avenue, Suite 2200 | |
| Dallas, TX  75201 | |
| (214) 740-8758 | |

Attorneys for Schering Corporation,
Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

11605136_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2009, a true copy of the above Joint Stipulation was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

February 10, 2009                     /s/ Kirsten V. Mayer
                                      Kirsten V. Mayer

11605136_1.DOC