UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>    Subcategory No. 1:06-CV-11069-PBS | CIVIL ACTION: 01-CV-12257-PBS |

## NOTICE OF DISMISSAL OF MERCK & CO., INC.

Please take notice that plaintiff the State of Arizona hereby dismisses any and all claims against defendant Merck & Co., Inc. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Merck & Co., Inc. has not served an answer or motion for summary judgment in the above-captioned matter; therefore, plaintiff's claims will be dismissed upon filing of this notice of dismissal.

Dated: February 11, 2009

By    /s/ Jeniphr Breckenridge
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 1 -

- 2 -

        Robert B. Carey
        Hagens Berman Sobol Shapiro LLP
        2425 East Camelback Road, Suite 650
        Phoenix, AZ  85016
        Telephone:  (602) 840-5900
        Facsimile:  (602) 840-3012

        Terry Goddard
        Attorney General
        Ann Thompson Uglietta
        Assistant Attorney General
        State Bar No. 013696
        Consumer Protection and Advocacy Section
        1275 West Washington
        Phoenix, AZ  85007-2997
        Telephone:  (602) 542-8830
        Facsimile:  (602) 542-4377

        Grant Woods PC
        1726 N. Seventh Street
        Phoenix, AZ  85006
        Telephone:  (602) 258-2599

        *Attorneys for the State of Arizona*

- 3 -

## CERTIFICATE OF SERVICE

I, Jeniphr Breckenridge, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 11th day of February, 2009.

                                  **By  /s/ Jeniphr Breckenridge**
                                      Jeniphr Breckenridge
                                  HAGENS BERMAN SOBOL SHAPIRO LLP
                                  1301 Fifth Avenue, Suite 2900
                                  Seattle, WA  98101
                                  (206) 623-7292

001534-14  286004 V1