UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Subcategory No. 1:06-CV-11069-PBS | CIVIL ACTION: 01-CV-12257-PBS |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BIOGEN IDEC, INC.

Please take notice that plaintiff the State of Arizona hereby dismisses any and all claims against defendant Biogen Idec, Inc. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Biogen Idec, Inc. has not served an answer or motion for summary judgment in the above-captioned matter; therefore, plaintiff's claims will be dismissed upon filing of this notice of dismissal.

Dated:  February 11, 2009

By    /s/ **Jeniphr Breckenridge**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 1 -

- 2 -

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

- 3 -

## CERTIFICATE OF SERVICE

      I, Jeniphr Breckenridge, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 11th day of February, 2009.

      **By**       **/s/ Jeniphr Breckenridge**
        Jeniphr Breckenridge
      HAGENS BERMAN SOBOL SHAPIRO LLP
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292