

"Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>

02/09/2009 06:17 PM

To "Seth Gastwirth" <sgastwirth@kirkland.com>

cc "Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>, "John Reale" <JReale@kirkland.com>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Reid, Sarah" <SREID@KelleyDrye.com>, "Eric Gortner" <egortner@kirkland.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>

Subject RE: Fw: Deposition of Simon Platt

Seth,
   We do not agree that the due date for any of your expert reports is extended. This was not part of the Joint Scheduling Order and there was never any agreement to any such thing. You have no right under the Federal Rules or any Order or agreement to do such a thing. We will likely move to strike any report that is not submitted in accordance with the Court's Order.
  Bunker

Sent by Good Messaging (www.good.com)

-----Original Message-----
From:          Seth Gastwirth [mailto:sgastwirth@kirkland.com]
Sent:          Monday, February 09, 2009 06:37 PM Eastern Standard Time
To:            Henderson, George (USAMA)
Cc:            Fauci, Jeff (USAMA); John Reale; Oberembt, Laurie (CIV); Reid, Sarah; Eric Gortner
Subject:       Fw: Deposition of Simon Platt

Bunker-

We will work around Mr. Platt's schedule and will plan on taking his deposition March 19-20. However, the deadline for our expert reports that respond to Platt/Duggan will need to be extended to April 3 so that our experts can appropriately consider and respond to Mr. Platt's deposition testimony. In the next few days we will provide you with some possible dates when we can take Duggan's deposition.
Also, we are planning on taking Perri's deposition on March 5-6.

Thanks.

Seth

Seth A. Gastwirth
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

```
Ph: 312-861-2464
Fax: 312-861-2200
----- Forwarded by Seth Gastwirth/Chicago/Kirkland-Ellis on 02/09/2009
05:16 PM -----

Eric Gortner/Chicago/Kirkland-Ellis
02/09/2009 12:29 PM

To
"Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>
cc
"Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>, "John Reale"
<JReale@kirkland.com>, "Oberembt, Laurie (CIV)"
<Laurie.Oberembt@usdoj.gov>, "Reid, Sarah" <SREID@KelleyDrye.com>, Seth
Gastwirth/Chicago/Kirkland-Ellis@K&E
Subject
Re: Deposition of Simon Platt
```

Bunker,

Seth Gastwirth (cc'ed above) will be the Roxane contact for Platt.  Please include him on all future correspondence.

Best,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)

```
"Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>
02/09/2009 11:16 AM

To
"Reid, Sarah" <SREID@KelleyDrye.com>, "Eric Gortner"
<egortner@kirkland.com>, "John Reale" <JReale@kirkland.com>
cc
"Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>, "Oberembt, Laurie (CIV)"
<Laurie.Oberembt@usdoj.gov>
Subject
Deposition of Simon Platt
```

Dear Sarah and Eric,
Mr. Platt has limited availability for depositions, so I would like to try

to schedule his depositions soon. He is not available this month. He is available March 19, 20, 23, 24, 25, and 30. Kindly let me know whether and when you wish to take his deposition.
Regard,
Bunker Henderson


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  =