-----Original Message-----
**From:** Eric Gortner [mailto:egortner@kirkland.com]
**Sent:** Wednesday, August 27, 2008 4:49 PM
**To:** Gobena, Gejaa (CIV)
**Cc:** asimon@breenlaw.com; David S. Torborg; Henderson, George (USAMA); jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee (CIV); Reid, Sarah
**Subject:** RE: Scheduling order

Gejaa,

I think this is as close to agreement as we will reach. Roxane continues to believe that this is a very ambitious schedule with respect to expert discovery, but let's cross that bridge when we get to it.
I do not have any additional suggested edits at this point.

Best regards,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)

---

"Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov>

08/27/2008 03:28 PM

To: "Eric Gortner" <egortner@kirkland.com>
cc: <asimon@breenlaw.com>, "David S. Torborg" <dstorborg@JonesDay.com>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, <jbreen@breenlaw.com>, "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov>, "Lorenzo, Marisa A." <MLorenzo@KelleyDrye.com>, "Merkl, Neil" <NMERKL@KelleyDrye.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>, "Reid, Sarah" <SREID@KelleyDrye.com>
Subject: RE: Scheduling order

Ok, if we do that, we need to push back the expert discovery deadline to May 22 to accommodate

-- if necessary -- follow on depositions of defendants' experts as necessary. That should not be a problem, giving us plenty of time to complete expert discovery well in advance of the SJ motions practice. See attached. I think we are done (or should be).

**From:** Eric Gortner [mailto:egortner@kirkland.com]
**Sent:** Wednesday, August 27, 2008 11:06 AM
**To:** Gobena, Gejaa (CIV)
**Cc:** asimon@breenlaw.com; David S. Torborg; Henderson, George (USAMA); jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee (CIV); Reid, Sarah
**Subject:** RE: Scheduling order

Then let's seed in a May 7, 2009 date for defendants' response to plaintiffs' rebuttal reports -- Dey agrees with that date.

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)

"Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov>

08/27/2008 09:17 AM

To "Reid, Sarah" <SREID@KelleyDrye.com>, "David S. Torborg" <dstorborg@JonesDay.com>, "Eric Gortner" <egortner@kirkland.com>

cc <asimon@breenlaw.com>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, <jbreen@breenlaw.com>, "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov>, "Lorenzo, Marisa A." <MLorenzo@KelleyDrye.com>, "Merkl, Neil" <NMERKL@KelleyDrye.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>

Subject RE: Scheduling order

```
See attached. The rebuttal report date we will agree to is still
4/23/09. The language in that event entry is back to 8/21 draft with
which defendants were fine. Since you oppose rebuttal reports, we can
drop the sentence identifying a date for defendants to respond to
plaintiffs' rebuttal reports. Otherwise, give me a new date. Thanks.

-----Original Message-----
From: Reid, Sarah [mailto:SREID@KelleyDrye.com]
Sent: Tuesday, August 26, 2008 6:30 PM
To: David S. Torborg; Gobena, Gejaa (CIV)
Cc: asimon@breenlaw.com; Eric Gortner; Henderson, George (USAMA);
jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV);
```

```
Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee
(CIV)
Subject: RE: Scheduling order

Dey does also.

-----Original Message-----
From: David S. Torborg [mailto:dstorborg@JonesDay.com]
Sent: Tuesday, August 26, 2008 6:28 PM
To: Gobena, Gejaa (CIV)
Cc: asimon@breenlaw.com; Eric Gortner; Henderson, George (USAMA);
jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV);
Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee
(CIV); Reid, Sarah
Subject: RE: Scheduling order

Abbott concurs with Eric's sentiments and his proposal.
```

|    | "Gobena, Gejaa (CIV)" <Gejaa.Gobena@usdoj.gov> | |
|----|----|----|
| To |    | "Eric Gortner" <egortner@kirkland.com> |
| cc | 08/26/2008 06:02 PM <dstorborg@JonesDay.com>, | <asimon@breenlaw.com>, "David S. Torborg" |
|    |    | "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, |
|    |    | <jbreen@breenlaw.com>, "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, |
|    |    | "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, |
|    |    | "Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov>, |
|    | "Lorenzo, | Marisa A." <MLorenzo@KelleyDrye.com>, |

"Merkl,
        Neil" <NMERKL@KelleyDrye.com>,
        "Brooker, Renee (CIV)"
        <Renee.Brooker@usdoj.gov>, "Reid,
        Sarah" <SREID@KelleyDrye.com>

Subject
        RE: Scheduling order

Eric,

March 13 date you seek is not a "truncated" deadline. It is an expanded one (i.e., you want more time). Further, there is nothing "silly" about revisiting the issue of your uncompelling objections to putting stipulated dates for potential rebuttal reports in the context of these discussions; I think where we can avoid wasteful motions practice -- like fighting over rebuttal expert reports that could very well be allowed -- we should. I admit that I can be silly, but this is not one of those instances (and usually its funnier).

We'll consider your proposal and get back to you. Do any of the other defendants join in it? Thanks.

From: Eric Gortner [mailto:egortner@kirkland.com]
Sent: Tuesday, August 26, 2008 5:36 PM
To: Gobena, Gejaa (CIV)
Cc: asimon@breenlaw.com; David S. Torborg; Henderson, George (USAMA); jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee (CIV); Reid, Sarah
Subject: RE: Scheduling order

Gejaa,

As you know, I am very willing to work something out on the narrow issue that I raised: whether it is sensible to shoehorn the exchange of reports and expert depositions into a 4-week period, when we have a May 8, 2009 expert discovery that could accommodate a more-reasonable sequence (and still maintain the May 8, 2009 deadline). I'm not

interested, however, in converting the narrow issue of the relative timing and deposing of experts that I raised -- which applied in equal force to both the Government and Roxane -- into the collateral issue of whether the Government is entitled to rebuttal reports and whether the Defendants thereby get sur-rebuttals and so forth.  Frankly, it seems silly that a simple proposal of whether both of us should move our respective deadlines back the same 1 or 2 week period to accommodate intervening expert depositions results in this kind of counter-proposal that goes well-beyond the scope of what I was suggesting.

In the interest of cooperation, I would suggest that we stick to the timing issue and temporarily shelve the issue of who is entitled to rebuttal and sur-rebuttal reports.  Roxane will agree to the truncated March 13, 2009 deadline, if the Government will agree to an April 20, 2009 deadline for
any rebuttal reports.   That way, we all get the same amount of time to respond to our respective reports, and we can let the Court decide on whether it is necessary for the Government to submit rebuttal reports -- a decision that must be made later, in any event.

Best regards,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)


"Gobena, Gejaa

(CIV)"

<Gejaa.Gobena@us

doj.gov>
To
                              "Eric Gortner" <egortner@kirkland.com>

cc
08/26/2008 03:53              <asimon@breenlaw.com>, "David S. Torborg"

PM                            <dstorborg@JonesDay.com>, "Henderson,

                              George (USAMA)"

                              <George.Henderson2@usdoj.gov>,

                              <jbreen@breenlaw.com>, "Draycott, Justin

                              (CIV)" <Justin.Draycott@usdoj.gov>,

                              "Oberembt, Laurie (CIV)"

| | |
|---|---|
| Mark | <Laurie.Oberembt@usdoj.gov>, "Lavine, (USAFLS)" <Mark.Lavine@usdoj.gov>, "Lorenzo, Marisa A." <MLorenzo@KelleyDrye.com>, "Merkl, Neil" <NMERKL@KelleyDrye.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>, "Reid, Sarah" <SREID@KelleyDrye.com> |
| Subject | RE: Scheduling order |

Eric,

This agreement includes your one week extension. So its productive in that way. It also gives you a chance to object to the government's rebuttal expert reports (if necessary) and file a "surrebuttal report" as necessary (pick a date). If we need to push back the May 8 date a bit to accommodate a surrebuttal, I think we can without blowing up the SJ filing deadline. I think the Court will be receptive to allowing a rebuttal report from us -- again, if necessary -- rebuttal reports are accommodated frequently. But, if you remain unwilling to work something out on them, so be it.

In any event, it looks like you want to abandon further efforts to refine the scheduling order. Going back to the 8/22/08 draft is acceptable to us. I think if you put the resources into meeting the deadlines in the 8/22 draft should work fine. If Dey and Abbott are in agreement on the 8/22/08 draft, let's get this filed. We have spent enough time on it.

Thanks.

From: Eric Gortner [mailto:egortner@kirkland.com]
Sent: Tuesday, August 26, 2008 4:37 PM

To: Gobena, Gejaa (CIV)
Cc: asimon@breenlaw.com; David S. Torborg; Henderson, George (USAMA); jbreen@breenlaw.com; Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS); Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee (CIV); Reid, Sarah
Subject: RE: Scheduling order

This proposal is not acceptable to Roxane. As I indicated repeatedly during our meet and confer call yesterday, Roxane's proposal merely reflected the generally-understood reality that it was highly unlikely that Roxane could depose the Government's multiple experts and simultaneously submit its own expert reports within a four-week period. Roxane proposed that there be at least a one-week extension on the deadlines for its submission of expert reports -- and in the interest of fairness, Roxane agreed to provide the exact same one-week extension to the Government to submit rebuttal reports, to the extent they are allowed by the Court (as there are no such provisions in any of the existing CMOs entered by the Court). Thus, Roxane's proposal kept the Government and Roxane on equal footing in terms of schedule as set out in the prior CMO.

In response, the Government now seeks to bootstrap brand new language inserting a presumption in favor of rebuttal reports (an issue that Roxane's proposal was silent on). It also now seeks to extend its own deadline for rebuttal reports forward by 3 weeks, while affording Roxane only 1 week extension. It is counterproductive to seek one-sided arrangements like this. If the Government insists on this type of amendment, I suggest we go back to the original schedule from the 8-22-08 draft, and Roxane will be on record as having notified the Government in advance that it does not believe that the 4-week period is sufficient to depose the Government's experts and adequately respond to the Government's reports. We can then take that issue up with the Court at a later time.

Best regards,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)


"Gobena, Gejaa

(CIV)"

<Gejaa.Gobena@us

doj.gov>
To
                              "David S. Torborg"

                                 <dstorborg@JonesDay.com>, "Eric Gortner"

|  |  |
|---|---|
| 08/26/2008 01:22 PM | <egortner@kirkland.com>, "Reid, Sarah" <SREID@KelleyDrye.com> |
| cc<br><br><br><br><br><br><br>Mark | <asimon@breenlaw.com>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, <jbreen@breenlaw.com>, "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Lavine, (USAFLS)" <Mark.Lavine@usdoj.gov>, "Lorenzo, Marisa A." <MLorenzo@KelleyDrye.com>, "Merkl, Neil" <NMERKL@KelleyDrye.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov> |
| Subject | RE: Scheduling order |

-----Original Message-----
From: Gobena, Gejaa (CIV)
Sent: Tuesday, August 26, 2008 2:20 PM

```
To: 'David S. Torborg'; Eric Gortner; Reid, Sarah
Cc: asimon@breenlaw.com; Henderson, George (USAMA); jbreen@breenlaw.com;
Draycott, Justin (CIV); Oberembt, Laurie (CIV); Lavine, Mark (USAFLS);
Lorenzo, Marisa A.; Merkl, Neil; Brooker, Renee (CIV)
Subject: Scheduling order
```

See attached. The defendant report dates have been pushed back and the language regarding rebuttal reports has been simplified. Also, the date of any rebuttal reports, if necessary, has been changed.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected. ==========

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise
stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure;
please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be
subject to legal restriction or sanction. If you think that you have received this E-mail message in
error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or
other defect that might affect any computer system into which it is

received and opened. However, it is the
responsibility of the recipient to ensure that it is virus free and no
responsibility is accepted by Kelley
Drye & Warren LLP for any loss or damage arising in any way from its
use.


************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
Pursuant to Treasury Regulations, any U.S. federal tax advice
contained in this communication, unless otherwise
stated, is not intended and cannot be used for the purpose of
avoiding tax-related penalties.

The information contained in this E-mail message is privileged,
confidential, and may be protected from disclosure;
please be aware that any other use, printing, copying, disclosure
or dissemination of this communication may be
subject to legal restriction or sanction. If you think that you
have received this E-mail message in
error, please reply to the sender.

This E-mail message and any attachments have been scanned for
viruses and are believed to be free of any virus or
other defect that might affect any computer system into which it
is received and opened. However, it is the
responsibility of the recipient to ensure that it is virus free

and no responsibility is accepted by Kelley
Drye & Warren LLP for any loss or damage arising in any way from
its use.


Pursuant to Treasury Regulations, any U.S. federal tax advice
contained in this communication, unless otherwise
stated, is not intended and cannot be used for the purpose of
avoiding tax-related penalties.

The information contained in this E-mail message is privileged,
confidential, and may be protected from disclosure;
please be aware that any other use, printing, copying, disclosure
or dissemination of this communication may be
subject to legal restriction or sanction. If you think that you
have received this E-mail message in
error, please reply to the sender.

This E-mail message and any attachments have been scanned for
viruses and are believed to be free of any virus or
other defect that might affect any computer system into which it
is received and opened. However, it is the
responsibility of the recipient to ensure that it is virus free
and no responsibility is accepted by Kelley
Drye & Warren LLP for any loss or damage arising in any way from
its use.

motion for entry of joint scheduling order.pdf   Joint Scheduling Order 8-28.pdf