UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS;<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

## ~~PROPOSED~~ JOINT SCHEDULING ORDER

The Case Management Orders in *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS (the "Abbott" case), *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS (the "Dey" case), and *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et*

*al.*, Civil Action No. 07-10248-PBS (the "Roxane" case), as amended prior to the date of this Order, are hereby amended as follows:

1. The following pre-trial schedule amendments shall apply:

| | |
|---|---|
| November 13, 2008 | Status conference, 3:00 p.m. Among other things, the Court and the parties will review the schedule and procedures for summary judgment motions. |
| December 15, 2008 | All fact discovery in the *Dey* and *Roxane* cases, as well as all cross-noticed discovery of States in the *Abbott* case, shall be completed. |
| January 23, 2009 | Plaintiffs in the *Dey* case shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| January 23, 2009 | [*Plaintiffs' version:*] Plaintiffs in the *Abbott* case shall serve any supplemental expert reports based upon fact discovery from States.<br><br>[*Abbott's version:*] Plaintiffs in the *Abbott* case shall serve any supplemental expert reports, which shall be limited to supplements based upon formal fact discovery from States obtained in the above-captioned cases.[1] |
| February 6, 2009 | Plaintiffs in the *Roxane* case shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |

---

[1] Abbott further states that the language proposed by Abbott is identical to the language in the Proposed Joint Scheduling Order that Plaintiffs submitted as an Exhibit to their Report in Advance of the July 24, 2008 Status Conference (Dkt. No. 5424). The United States believes that its proposed language is clearer and more closely reflects the Court's intention of harmonizing the record in these three cases.

2

| | |
|---|---|
| March 6, 2009 | Defendants in the *Abbott* and *Dey* cases shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| March 13, 2009 | Defendants in the *Roxane* cases shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| March 16, 2009 | Mediation to commence between Plaintiffs and Abbott by this date. |
| April 23, 2009 | *[Plaintiffs' version:]* Plaintiffs reserve the right to serve rebuttal reports in all three cases in compliance with Fed. R. Civ. P. 26(a)(2)(B) should the need arise based on the expert reports served by each of the three defendants by this date. |
| | *[Defendants' objection:]* Abbott, Dey and Roxane oppose Plaintiffs' inclusion of an event for rebuttal expert reports because such a provision was not included in the prior case management orders entered in the three DOJ cases and is inconsistent with the practice in MDL 1456. The Defendants request that if provision is made for Plaintiffs to file rebuttal expert reports, provision should also be made for Defendants to submit rebuttal expert reports by May 7, 2009. |
| May 22, 2009 | Close of expert discovery for the *Abbott*, *Dey* and *Roxane* cases. |
| June 26, 2009 | Motions for summary judgment shall be filed in all three cases. The parties' briefs shall conform to directions and format to be established at a November 2008 status conference in these cases. |
| July 24, 2009 | Responses to motions for summary judgment shall be filed. Responses shall be submitted consistent with the format required above. |

August 7, 2009          Reply memoranda, if any, shall be filed, consistent
                        with the format required above.

August 21, 2009         Sur-reply memoranda, if any, shall be filed, consistent
                        with the format required above.

September 23, 2009      Hearing on motions for summary judgment.
AT 2:00 PM

_____
Patti B. Saris, D.J.

Dated: OCT 6, 2008