## CERTIFICATE OF SERVICE

I certify that on February 11, 2009, a true and correct copy of the foregoing:

PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S (GSK'S) MOTION FOR PARTIAL SUMMARY JUDGEMENT;

PLAINTIFFS' RESPONSE TO GSK'S STATEMENT OF UNDISPUTED MATERIAL FACTS;

AFFIDAVIT OF JOANNE M. CICALA, SWORN TO FEBRUARY 11, 2009 WITH EXHIBITS; AND

AFFIDAVIT OF HARRIS L. DEVOR, SWORN TO FEBRUARY 11, 2009 WITH EXHIBITS

was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                          /s/ Aaron D. Hovan
                                                            Aaron D. Hovan