Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | | Percentage of Sales Dollars Within 5% of WAC | | |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Change In Unit Results | Devor's Analysis | Dr. Gaier's Analysis** | Change In Sales Results |
| 00173067200 | AGENERASE 150MG CAPSULE | 13.8% | 82.4% | Changed From Pass to Fail | 14.3% | 85.7% | Changed From Pass to Fail |
| 00173068700 | AGENERASE 15MG/ML ORAL SOLN | 85.3% | 89.3% | Unchanged | 87.7% | 92.2% | Unchanged |
| 00173067900 | AGENERASE 50MG CAPSULE | 35.2% | 74.8% | Changed From Pass to Fail | 40.0% | 82.7% | Changed From Pass to Fail |
| 00007550040 | ALBENZA 200MG TABLET | 19.8% | 79.0% | Changed From Pass to Fail | 21.6% | 85.7% | Changed From Pass to Fail |
| 00173013093 | ALKERAN 50MG VIAL | 0.1% | 7.3% | Unchanged | 0.1% | 9.3% | Unchanged |
| 00173056100 | AMERGE 1MG TABLET | 93.4% | 93.9% | Unchanged | 91.7% | 95.3% | Unchanged |
| 00173056200 | AMERGE 2.5MG TABLET | 90.2% | 93.2% | Unchanged | 91.9% | 94.8% | Unchanged |
| 00029604412 | AMOXIL 200MG TABLET CHEW | 80.1% | 95.7% | Unchanged | 80.9% | 97.5% | Unchanged |
| 00029604420 | AMOXIL 200MG TABLET CHEW | 31.5% | 50.6% | Changed From Pass to Fail | 50.1% | 80.6% | Changed From Pass to Fail |
| 00029604854 | AMOXIL 200MG/5ML SUSPENSION | 47.6% | 91.4% | Changed From Pass to Fail | 49.3% | 94.9% | Changed From Pass to Fail |
| 00029604855 | AMOXIL 200MG/5ML SUSPENSION | 44.3% | 94.9% | Changed From Pass to Fail | 45.6% | 97.7% | Changed From Pass to Fail |
| 00029604859 | AMOXIL 200MG/5ML SUSPENSION | 70.2% | 96.0% | Unchanged | 71.5% | 98.1% | Unchanged |
| 00029604512 | AMOXIL 400 MG TABLET CHEW | 75.9% | 93.6% | Unchanged | 77.4% | 95.5% | Unchanged |
| 00029604520 | AMOXIL 400MG TABLET CHEW | 58.5% | 88.1% | Unchanged | 61.0% | 91.8% | Unchanged |
| 00029604954 | AMOXIL 400MG/5ML SUSPENSION | 38.8% | 91.5% | Changed From Pass to Fail | 40.8% | 95.7% | Changed From Pass to Fail |
| 00029604612 | AMOXIL 500MG TABLET | 98.2% | 98.2% | Unchanged | 99.3% | 99.4% | Unchanged |
| 00029604620 | AMOXIL 500MG TABLET | 69.8% | 88.5% | Unchanged | 72.2% | 91.7% | Unchanged |
| 00029604625 | AMOXIL 500MG TABLET | 18.2% | 18.1% | Unchanged | 56.9% | 56.6% | Unchanged |
| 00029604712 | AMOXIL 875MG TABLET | 95.3% | 98.0% | Unchanged | 95.8% | 98.7% | Unchanged |
| 00029604720 | AMOXIL 875MG TABLET | 94.2% | 95.6% | Unchanged | 94.7% | 96.2% | Unchanged |
| 00029604725 | AMOXIL 875MG TABLET | 92.9% | 98.5% | Unchanged | 93.3% | 98.8% | Unchanged |
| 00029608522 | AUGMENTIN 125-31.25 SUSPEN | 77.2% | 91.5% | Unchanged | 75.8% | 93.8% | Unchanged |
| 00029608523 | AUGMENTIN 125-31.25 SUSPEN | 98.4% | 95.8% | Unchanged | 98.8% | 96.6% | Unchanged |
| 00029608539 | AUGMENTIN 125-31.25 SUSPEN | 70.7% | 80.9% | Unchanged | 68.9% | 82.4% | Unchanged |
| 00029607347 | AUGMENTIN 125-31.25 TAB CHEW | 86.3% | 92.0% | Unchanged | 84.2% | 93.2% | Unchanged |
| 00029608729 | AUGMENTIN 200-28.5 SUSPEN | 94.7% | 94.4% | Unchanged | 94.4% | 95.0% | Unchanged |
| 00029608739 | AUGMENTIN 200-28.5 SUSPEN | 96.5% | 94.3% | Unchanged | 96.5% | 94.9% | Unchanged |
| 00029608751 | AUGMENTIN 200-28.5 SUSPEN | 97.3% | 94.2% | Unchanged | 97.2% | 95.2% | Unchanged |
| 00029607112 | AUGMENTIN 200-28.5 TAB CHEW | 94.3% | 93.6% | Unchanged | 93.7% | 94.5% | Unchanged |
| 00029607527 | AUGMENTIN 250-125 TABLET | 8.1% | 78.6% | Changed From Pass to Fail | 9.2% | 84.2% | Changed From Pass to Fail |
| 00029609022 | AUGMENTIN 250-62.5 SUSPEN | 20.5% | 86.5% | Changed From Pass to Fail | 20.8% | 89.7% | Changed From Pass to Fail |
| 00029609023 | AUGMENTIN 250-62.5 SUSPEN | 98.5% | 96.1% | Unchanged | 99.0% | 97.1% | Unchanged |
| 00029609039 | AUGMENTIN 250-62.5 SUSPEN | 43.4% | 78.0% | Changed From Pass to Fail | 45.4% | 80.2% | Changed From Pass to Fail |
| 00029607447 | AUGMENTIN 250-62.5 TAB CHEW | 99.0% | 94.9% | Unchanged | 99.1% | 96.1% | Unchanged |
| 00029609229 | AUGMENTIN 400-57 SUSPEN | 92.4% | 92.6% | Unchanged | 92.3% | 93.7% | Unchanged |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | Change In Unit Results | Change In Sales Results |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | | |
| 00029609239 | AUGMENTIN 400-57 SUSPEN | 93.6% | 94.8% | 93.7% | 95.6% | Unchanged | Unchanged |
| 00029609251 | AUGMENTIN 400-57 SUSPEN | 90.6% | 92.3% | 90.4% | 93.8% | Unchanged | Unchanged |
| 00029607212 | AUGMENTIN 400-57 TAB CHEW | 97.4% | 95.2% | 97.4% | 95.7% | Unchanged | Unchanged |
| 00029608012 | AUGMENTIN 500-125 TABLET | 35.4% | 88.2% | 33.7% | 91.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029608612 | AUGMENTIN 875-125 TABLET | 81.5% | 89.8% | 81.0% | 92.3% | Unchanged | Unchanged |
| 00029609422 | AUGMENTIN ES-600 SUSPENSION | 99.7% | 98.0% | 99.9% | 98.6% | Unchanged | Unchanged |
| 00029609424 | AUGMENTIN ES-600 SUSPENSION | 96.3% | 94.6% | 98.2% | 96.7% | Unchanged | Unchanged |
| 00029609429 | AUGMENTIN ES-600 SUSPENSION | 99.4% | 98.0% | 99.7% | 98.6% | Unchanged | Unchanged |
| 00029609439 | AUGMENTIN ES-600 SUSPENSION | 97.7% | 95.8% | 98.7% | 97.1% | Unchanged | Unchanged |
| 00029609445 | AUGMENTIN ES-600 SUSPENSION | 97.7% | 96.0% | 98.8% | 97.3% | Unchanged | Unchanged |
| 00029609451 | AUGMENTIN ES-600 SUSPENSION | 99.7% | 98.4% | 99.8% | 98.9% | Unchanged | Unchanged |
| 00029609628 | AUGMENTIN XR 1000-62.5 TAB | 79.7% | 79.1% | 80.6% | 80.1% | Unchanged | Unchanged |
| 00029609640 | AUGMENTIN XR 1000-62.5 TAB | 98.2% | 98.0% | 98.4% | 98.3% | Unchanged | Unchanged |
| 00029609648 | AUGMENTIN XR 1000-62.5 TAB | 98.4% | 95.4% | 99.3% | 96.9% | Unchanged | Unchanged |
| 00029609660 | AUGMENTIN XR 1000-62.5 TAB | 99.6% | 98.7% | 99.8% | 99.1% | Unchanged | Unchanged |
| 00029315818 | AVANDIA 2MG TABLET | 17.5% | 84.0% | 17.1% | 87.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029315913 | AVANDIA 4MG TABLET | 36.0% | 91.5% | 36.0% | 94.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029315918 | AVANDIA 4MG TABLET | 20.4% | 75.9% | 19.7% | 80.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029315920 | AVANDIA 4MG TABLET | 37.5% | 86.8% | 35.4% | 90.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029316013 | AVANDIA 8MG TABLET | 49.4% | 94.1% | 47.9% | 96.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029316020 | AVANDIA 8MG TABLET | 10.4% | 78.9% | 9.8% | 84.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029152722 | BACTROBAN 2% CREAM | 89.1% | 93.5% | 88.9% | 94.7% | Unchanged | Unchanged |
| 00029152725 | BACTROBAN 2% CREAM | 99.5% | 96.0% | 99.7% | 96.7% | Unchanged | Unchanged |
| 00029152522 | BACTROBAN 2% OINTMENT | 31.3% | 74.8% | 29.5% | 76.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029152525 | BACTROBAN 2% OINTMENT | 98.3% | 94.5% | 98.2% | 95.2% | Unchanged | Unchanged |
| 00029152544 | BACTROBAN 2% OINTMENT | 25.0% | 78.6% | 23.7% | 81.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029152611 | BACTROBAN NASAL 2% OINTMENT | 31.4% | 71.6% | 28.3% | 71.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173031288 | BECLOVENT INHALER | 25.5% | 64.1% | 28.7% | 71.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173033602 | BECONASE 42MCG INHALER | 9.3% | 27.0% | 18.6% | 55.5% | Unchanged | Unchanged |
| 00173046800 | BECONASE 42MCG INHALER | 0.0% | 10.7% | 0.0% | 13.3% | Unchanged | Unchanged |
| 00173038879 | BECONASE AQ 0.042% SPRAY | 22.0% | 72.6% | 21.9% | 80.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029615033 | BEEPEN VK 250MG TABLET | 0.0% | 0.0% | 0.0% | 0.0% | Unchanged | Unchanged |
| 00029616032 | BEEPEN-VK 500MG TABLET | 0.0% | 0.0% | 0.0% | 0.0% | Unchanged | Unchanged |
| 00173039501 | CEFTIN 125MG TABLET | 25.7% | 69.8% | 27.7% | 79.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173040600 | CEFTIN 125MG/5ML ORAL SUSP | 73.7% | 90.8% | 74.6% | 92.9% | Unchanged | Unchanged |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | | |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | Change In Unit Results | Change In Sales Results |
| 00173038700 | CEFTIN 250MG TABLET | 56.1% | 87.0% | 56.5% | 91.5% | Unchanged | Unchanged |
| 00173038742 | CEFTIN 250MG TABLET | 96.3% | 92.2% | 97.4% | 94.4% | Unchanged | Unchanged |
| 00173055400 | CEFTIN 250MG/5ML ORAL SUSP | 48.7% | 85.7% | 51.6% | 89.7% | Changed From Pass to Fail | Unchanged |
| 00173055500 | CEFTIN 250MG/5ML ORAL SUSP | 90.6% | 94.3% | 90.2% | 95.8% | Unchanged | Unchanged |
| 00173039400 | CEFTIN 500MG TABLET | 96.4% | 95.5% | 97.0% | 96.7% | Unchanged | Unchanged |
| 00173039442 | CEFTIN 500MG TABLET | 28.7% | 82.4% | 29.5% | 87.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173041800 | CEPTAZ 10GM PHARM BULK VIAL | 0.0% | 3.5% | 0.0% | 5.3% | Unchanged | Unchanged |
| 00173041400 | CEPTAZ 1GM VIAL | 0.2% | 1.7% | 0.3% | 2.4% | Unchanged | Unchanged |
| 00173041500 | CEPTAZ 2GM VIAL | 0.0% | 3.5% | 0.0% | 5.2% | Unchanged | Unchanged |
| 58437000218 | CIMETIDINE 400MG TABLET | 61.4% | 74.3% | 79.6% | 88.0% | Unchanged | Unchanged |
| 58437000225 | CIMETIDINE 400MG TABLET | 87.3% | 87.3% | 96.7% | 96.7% | Unchanged | Unchanged |
| 00173059500 | COMBIVIR TABLET | 15.3% | 77.2% | 16.0% | 82.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007336003 | COMPAZINE 2.5MG SUPPOSITORY | 34.5% | 79.5% | 33.9% | 82.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007336203 | COMPAZINE 25MG SUPPOSITORY | 0.2% | 29.7% | 0.3% | 39.8% | Unchanged | Unchanged |
| 00007336103 | COMPAZINE 5MG SUPPOSITORY | 32.0% | 68.4% | 32.7% | 71.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007336344 | COMPAZINE 5MG/5ML SYRUP | 9.0% | 74.7% | 9.5% | 78.4% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007334301 | COMPAZINE 5MG/ML VIAL | 0.8% | 48.3% | 0.9% | 56.4% | Unchanged | Changed From Pass to Fail |
| 00007335216 | COMPAZINE 5MG/ML VIAL | 10.3% | 40.0% | 14.1% | 53.2% | Unchanged | Changed From Pass to Fail |
| 00007334615 | COMPAZINE SPANSULE 15MG | 84.3% | 88.2% | 83.6% | 89.6% | Unchanged | Unchanged |
| 00007414120 | COREG 12.5MG TABLET | 35.9% | 88.0% | 35.1% | 91.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007414220 | COREG 25MG TABLET | 23.1% | 85.8% | 22.2% | 89.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007413920 | COREG 3.125MG TABLET | 35.6% | 88.4% | 33.8% | 91.4% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007413955 | COREG 3.125MG TABLET | 100.0% | 95.0% | 100.0% | 95.9% | Unchanged | Unchanged |
| 00007414020 | COREG 6.25MG TABLET | 30.9% | 88.3% | 29.4% | 91.4% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173020155 | DARAPRIM 25MG TABLET | 0.2% | 74.0% | 0.2% | 81.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00135031551 | DENAVIR 1% CREAM | | | | | Unchanged | Unchanged |
| 00007351920 | DEXEDRINE 5MG TABLET | 58.2% | 91.8% | 49.7% | 93.9% | Unchanged | Changed From Pass to Fail |
| 00007351320 | DEXEDRINE SPANSULE 10MG | 75.7% | 90.5% | 70.2% | 92.0% | Unchanged | Unchanged |
| 00007351420 | DEXEDRINE SPANSULE 15MG | 73.2% | 90.6% | 67.2% | 92.0% | Unchanged | Unchanged |
| 00007351220 | DEXEDRINE SPANSULE 5MG | 35.0% | 85.2% | 30.3% | 86.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007365022 | DYAZIDE 37.5/25 CAPSULE | 99.7% | 98.3% | 99.8% | 99.2% | Unchanged | Unchanged |
| 00007365030 | DYAZIDE 37.5/25 CAPSULE | 63.0% | 94.5% | 64.9% | 98.7% | Unchanged | Unchanged |
| 00173047100 | EPIVIR 10MG/ML ORAL SOLN | 41.5% | 88.0% | 39.8% | 91.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173047001 | EPIVIR 150MG TABLET | 17.2% | 78.4% | 17.8% | 83.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173071400 | EPIVIR 300 MG TABLET | 22.6% | 78.5% | 23.1% | 83.9% | Changed From Pass to Fail | Changed From Pass to Fail |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | | |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Change In Unit Results | Devor's Analysis | Dr. Gaier's Analysis** | Change In Sales Results |
| 00173066200 | EPIVIR HBV 100MG TABLET | 47.7% | 92.9% | Changed From Pass to Fail | 41.4% | 95.0% | Changed From Pass to Fail |
| 00173066300 | EPIVIR HBV 25MG/5ML SOLN | 62.0% | 84.9% | Unchanged | 58.5% | 91.1% | Unchanged |
| 00007400720 | ESKALITH 300MG CAPSULE | 98.3% | 96.8% | Unchanged | 99.2% | 97.9% | Unchanged |
| 00007401020 | ESKALITH CR 450MG TABLET SA | 77.7% | 90.1% | Unchanged | 74.5% | 91.1% | Unchanged |
| 00173045301 | FLONASE 0.05% NASAL SPRAY | 26.1% | 82.6% | Changed From Pass to Fail | 25.5% | 89.8% | Changed From Pass to Fail |
| 00173050900 | FLOVENT 100MCG ROTADISK | 84.0% | 86.9% | Unchanged | 86.0% | 88.7% | Unchanged |
| 00173049400 | FLOVENT 110MCG INHALER | 25.8% | 80.8% | Changed From Pass to Fail | 24.6% | 83.8% | Changed From Pass to Fail |
| 00173049800 | FLOVENT 110MCG INHALER | 0.3% | 4.7% | Unchanged | 0.3% | 4.7% | Unchanged |
| 00173049500 | FLOVENT 220MCG INHALER | 14.6% | 68.5% | Changed From Pass to Fail | 15.2% | 72.8% | Changed From Pass to Fail |
| 00173049900 | FLOVENT 220MCG INHALER | 0.6% | 4.8% | Unchanged | 0.6% | 4.7% | Unchanged |
| 00173050400 | FLOVENT 250MCG ROTADISK | 74.3% | 89.0% | Unchanged | 73.6% | 90.2% | Unchanged |
| 00173049100 | FLOVENT 44MCG INHALER | 29.5% | 84.7% | Changed From Pass to Fail | 29.0% | 87.3% | Changed From Pass to Fail |
| 00173049700 | FLOVENT 44MCG INHALER | 2.0% | 12.9% | Unchanged | 1.8% | 12.9% | Unchanged |
| 00173051100 | FLOVENT 50 MCG ROTADISK | 89.4% | 87.5% | Unchanged | 90.6% | 89.1% | Unchanged |
| 00173043400 | FORTAZ 1GM ADD-VANTAGE VIAL | 0.0% | 2.8% | Unchanged | 0.0% | 4.2% | Unchanged |
| 00173037835 | FORTAZ 1GM VIAL | 0.0% | 2.3% | Unchanged | 0.0% | 3.5% | Unchanged |
| 00173038032 | FORTAZ 1GM VIAL | 0.0% | 5.4% | Unchanged | 0.0% | 9.2% | Unchanged |
| 00173043500 | FORTAZ 2GM ADD-VANTAGE VIAL | 0.0% | 3.8% | Unchanged | 0.0% | 5.7% | Unchanged |
| 00173037934 | FORTAZ 2GM VIAL | 0.2% | 3.5% | Unchanged | 0.3% | 5.3% | Unchanged |
| 00173038132 | FORTAZ 2GM VIAL | 0.0% | 7.3% | Unchanged | 0.0% | 11.0% | Unchanged |
| 00173037731 | FORTAZ 500MG VIAL | 0.0% | 28.4% | Unchanged | 0.0% | 35.8% | Unchanged |
| 00173038237 | FORTAZ 6GM VIAL | 0.0% | 2.4% | Unchanged | 0.0% | 3.6% | Unchanged |
| 00173041300 | FORTAZ/ISO-OSMOT 2GM/50ML | 0.3% | 0.3% | Unchanged | 0.4% | 0.4% | Unchanged |
| 00173041200 | FORTAZ/ISO-OSMOTIC 1GM/50ML | 0.4% | 0.4% | Unchanged | 0.6% | 0.7% | Unchanged |
| 00007420105 | HYCAMTIN 4MG VIAL | 26.5% | 88.6% | Changed From Pass to Fail | 21.9% | 88.2% | Changed From Pass to Fail |
| 00173045003 | IMITREX 100MG TABLET | 99.3% | 96.9% | Unchanged | 99.4% | 97.9% | Unchanged |
| 00173073701 | IMITREX 100MG TABLET | 99.9% | 97.4% | Unchanged | 99.9% | 98.4% | Unchanged |
| 00173052300 | IMITREX 20MG NASAL SPRAY | 68.6% | 89.9% | Unchanged | 69.0% | 91.8% | Unchanged |
| 00173073500 | IMITREX 25 MG TABLET | 15.4% | 93.1% | Changed From Pass to Fail | 15.9% | 96.0% | Changed From Pass to Fail |
| 00173046002 | IMITREX 25MG TABLET | 48.9% | 91.0% | Changed From Pass to Fail | 45.6% | 92.9% | Changed From Pass to Fail |
| 00173045900 | IMITREX 50MG TABLET | 52.4% | 91.6% | Unchanged | 51.4% | 93.5% | Unchanged |
| 00173073601 | IMITREX 50MG TABLET | 17.1% | 92.9% | Changed From Pass to Fail | 17.6% | 95.6% | Changed From Pass to Fail |
| 00173052400 | IMITREX 5MG NASAL SPRAY | 39.2% | 89.3% | Changed From Pass to Fail | 37.1% | 91.4% | Changed From Pass to Fail |
| 00173047800 | IMITREX 6MG/0.5ML KIT REFLL | 34.7% | 89.8% | Changed From Pass to Fail | 32.7% | 92.1% | Changed From Pass to Fail |
| 00173047900 | IMITREX 6MG/0.5ML SYRNG KIT | 40.5% | 89.0% | Changed From Pass to Fail | 37.2% | 91.7% | Changed From Pass to Fail |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | | |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | Change In Unit Results | Change In Sales Results |
| 00173044902 | IMITREX 6MG/0.5ML VIAL | 0.2% | 44.6% | 0.1% | 46.9% | Unchanged | Unchanged |
| 00173064255 | LAMICTAL 100MG TABLET | 26.6% | 87.6% | 23.4% | 90.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173064360 | LAMICTAL 150MG TABLET | 30.1% | 88.8% | 25.7% | 91.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173064460 | LAMICTAL 200MG TABLET | 34.2% | 89.0% | 29.8% | 91.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173052700 | LAMICTAL 25MG DISPER TABLET | 98.8% | 92.9% | 99.3% | 94.1% | Unchanged | Unchanged |
| 00173063302 | LAMICTAL 25MG TABLET | 27.1% | 85.4% | 23.8% | 88.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173052600 | LAMICTAL 5MG DISPER TABLET | 95.8% | 93.1% | 97.3% | 94.6% | Unchanged | Unchanged |
| 00081024955 | LANOXIN 0.25MG TABLET | | | | | Unchanged | Unchanged |
| 00173026010 | LANOXIN 0.25MG/ML AMPUL | 3.0% | 46.8% | 3.4% | 53.2% | Unchanged | Changed From Pass to Fail |
| 00173024255 | LANOXIN 125MCG TABLET | 14.7% | 61.4% | 18.4% | 74.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173024275 | LANOXIN 125MCG TABLET | 23.3% | 82.0% | 24.6% | 88.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173024955 | LANOXIN 250MCG TABLET | 13.6% | 62.2% | 15.5% | 74.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173024975 | LANOXIN 250MCG TABLET | 5.2% | 60.0% | 6.1% | 72.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173024980 | LANOXIN 250MCG TABLET | 46.3% | 90.3% | 47.8% | 95.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173026427 | LANOXIN 50MCG/ML ELIXIR | 12.8% | 65.9% | 13.5% | 71.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173063535 | LEUKERAN 2MG TABLET | 48.8% | 91.3% | 46.9% | 93.6% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173069000 | LOTRONEX 1MG TABLET | 95.3% | 94.8% | 95.8% | 95.4% | Unchanged | Unchanged |
| 00173069005 | LOTRONEX 1MG TABLET | 100.0% | 99.5% | 100.0% | 99.7% | Unchanged | Unchanged |
| 00173066518 | MEPRON 750MG/5ML SUSPENSION | 8.0% | 82.2% | 7.0% | 86.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173071325 | MYLERAN 2MG TABLET | 0.6% | 23.3% | 0.7% | 27.4% | Unchanged | Unchanged |
| 00173065601 | NAVELBINE 10MG/ML VIAL | 0.1% | 45.6% | 0.1% | 47.8% | Unchanged | Unchanged |
| 00173065644 | NAVELBINE 10MG/ML VIAL | 0.1% | 39.6% | 0.0% | 41.3% | Unchanged | Unchanged |
| 00007447120 | PARNATE 10MG TABLET | 97.8% | 94.1% | 98.1% | 95.6% | Unchanged | Unchanged |
| 00029321013 | PAXIL 10MG TABLET | 90.2% | 94.9% | 89.1% | 95.7% | Unchanged | Unchanged |
| 00029321548 | PAXIL 10MG/5ML SUSPENSION | 88.4% | 91.2% | 87.4% | 91.7% | Unchanged | Unchanged |
| 00029321113 | PAXIL 20MG TABLET | 1.2% | 89.9% | 1.5% | 93.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029321120 | PAXIL 20MG TABLET | 78.7% | 92.2% | 76.8% | 94.0% | Unchanged | Unchanged |
| 00029321213 | PAXIL 30MG TABLET | 62.6% | 90.4% | 60.1% | 92.4% | Unchanged | Unchanged |
| 00029321313 | PAXIL 40MG TABLET | 17.2% | 75.7% | 16.3% | 78.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029320613 | PAXIL CR 12.5MG TABLET | 99.1% | 96.3% | 99.6% | 97.1% | Unchanged | Unchanged |
| 00029320713 | PAXIL CR 25MG TABLET | 99.1% | 96.7% | 99.6% | 97.6% | Unchanged | Unchanged |
| 00029320813 | PAXIL CR 37.5MG TABLET | 98.2% | 95.9% | 99.2% | 97.2% | Unchanged | Unchanged |
| 00173080725 | PURINETHOL 50MG TABLET | 87.0% | 97.0% | 87.2% | 97.9% | Unchanged | Unchanged |
| 00173080765 | PURINETHOL 50MG TABLET | 10.8% | 82.6% | 9.7% | 86.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00029485120 | RELAFEN 500MG TABLET | 84.0% | 86.3% | 88.8% | 93.9% | Unchanged | Unchanged |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | Change In Unit Results | Change In Sales Results |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | | |
| 00029485220 | RELAFEN 750MG TABLET | 93.2% | 97.2% | 92.4% | 97.6% | Unchanged | Unchanged |
| 00173068101 | RELENZA 5 MG DISKHALER | 86.7% | 86.9% | 87.8% | 88.2% | Unchanged | Unchanged |
| 00074489020 | REQUIP 0.25MG TABLET | 46.0% | 89.2% | 38.0% | 90.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00074489120 | REQUIP 0.5MG TABLET | 46.8% | 89.7% | 39.2% | 91.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00074489220 | REQUIP 1MG TABLET | 48.3% | 89.5% | 40.6% | 91.4% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00074489320 | REQUIP 2MG TABLET | 40.0% | 87.4% | 33.0% | 89.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00074489520 | REQUIP 3MG TABLET | 99.6% | 95.8% | 99.7% | 96.9% | Unchanged | Unchanged |
| 00074489620 | REQUIP 4MG TABLET | 98.7% | 94.8% | 99.0% | 96.0% | Unchanged | Unchanged |
| 00074489420 | REQUIP 5MG TABLET | 61.2% | 89.8% | 60.7% | 92.2% | Unchanged | Unchanged |
| 00173010855 | RETROVIR 100MG CAPSULE | 22.2% | 75.4% | 23.0% | 79.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173011318 | RETROVIR 10MG/ML SYRUP | 90.5% | 90.0% | 92.5% | 92.7% | Unchanged | Unchanged |
| 00173050100 | RETROVIR 300MG TABLET | 18.7% | 79.2% | 18.9% | 83.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173010793 | RETROVIR IV INFUSION VIAL | 95.9% | 92.5% | 97.8% | 95.1% | Unchanged | Unchanged |
| 00173046400 | SEREVENT 21MCG INHALER | 32.0% | 81.6% | 31.1% | 84.2% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173046700 | SEREVENT 21MCG INHALER | 0.1% | 8.4% | 0.1% | 8.4% | Unchanged | Unchanged |
| 00173046500 | SEREVENT 21MCG INHLR REFILL | 95.1% | 95.5% | 95.2% | 95.7% | Unchanged | Unchanged |
| 00173052000 | SEREVENT DISKUS 50MCG | 5.1% | 13.8% | 3.9% | 12.7% | Unchanged | Unchanged |
| 00173052100 | SEREVENT DISKUS 50MCG | 35.3% | 80.0% | 32.6% | 83.6% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00108490420 | STELAZINE 2MG TABLET | 88.0% | 94.8% | 88.7% | 96.3% | Unchanged | Unchanged |
| 00108490201 | STELAZINE 2MG/ML VIAL | 7.3% | 81.5% | 7.4% | 82.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00108501448 | TAGAMET 300MG/5ML LIQUID | 0.7% | 20.4% | 1.6% | 46.4% | Unchanged | Unchanged |
| 00173045402 | TEMOVATE EMOLLIENT 0.05% CRM | 20.7% | 76.2% | 22.4% | 81.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173045403 | TEMOVATE EMOLLIENT 0.05% CRM | 61.1% | 77.8% | 62.3% | 83.0% | Unchanged | Unchanged |
| 00173088025 | THIOGUANINE TABLOID 40MG TB | 0.3% | 76.6% | 0.3% | 81.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007507103 | THORAZINE 100MG SUPPOSITORY | 86.8% | 91.2% | 85.4% | 91.9% | Unchanged | Unchanged |
| 00007507720 | THORAZINE 100MG TABLET | 98.6% | 96.1% | 98.7% | 97.0% | Unchanged | Unchanged |
| 00007507244 | THORAZINE 10MG/5ML SYRUP | 98.9% | 95.0% | 99.0% | 95.7% | Unchanged | Unchanged |
| 00007507920 | THORAZINE 200MG TABLET | 98.2% | 95.5% | 98.4% | 96.6% | Unchanged | Unchanged |
| 00007507930 | THORAZINE 200MG TABLET | 57.5% | 80.9% | 65.2% | 91.7% | Unchanged | Unchanged |
| 00007507420 | THORAZINE 25MG TABLET | 98.4% | 96.4% | 98.4% | 97.0% | Unchanged | Unchanged |
| 00007507430 | THORAZINE 25MG TABLET | 0.0% | 68.4% | 0.0% | 78.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007506201 | THORAZINE 25MG/ML VIAL | 88.9% | 93.3% | 87.7% | 94.3% | Unchanged | Unchanged |
| 00007504744 | THORAZINE 30MG/ML LIQ CONC | 0.0% | 83.3% | 0.0% | 87.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00007507620 | THORAZINE 50MG TABLET | 96.9% | 97.2% | 96.6% | 97.8% | Unchanged | Unchanged |
| 00007507630 | THORAZINE 50MG TABLET | 7.4% | 76.4% | 8.6% | 85.3% | Changed From Pass to Fail | Changed From Pass to Fail |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | | |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | Change In Unit Results | Change In Sales Results |
| 00029657140 | TIMENTIN 3.1GM ADD-VANT VL | 3.8% | 20.9% | 4.5% | 23.1% | Unchanged | Unchanged |
| 00029657126 | TIMENTIN 3.1GM VIAL | 7.4% | 18.1% | 9.2% | 21.5% | Unchanged | Unchanged |
| 00029657921 | TIMENTIN 31GM BULK VIAL | 5.7% | 22.0% | 6.9% | 25.0% | Unchanged | Unchanged |
| 00173069100 | TRIZIVIR TABLET | 13.0% | 80.6% | 12.5% | 84.4% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173069120 | TRIZIVIR TABLET | 84.7% | 89.2% | 85.5% | 90.7% | Unchanged | Unchanged |
| 00173056502 | VALTREX 1GM CAPLET | 29.2% | 95.2% | 28.5% | 97.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173093303 | VALTREX 500MG CAPLET | 88.9% | 90.3% | 89.8% | 92.0% | Unchanged | Unchanged |
| 00173093308 | VALTREX 500MG CAPLET | 69.3% | 95.7% | 66.8% | 97.1% | Unchanged | Unchanged |
| 00173041900 | VENTOLIN 0.83MG/ML SOLUTION | 4.5% | 23.2% | 10.3% | 53.1% | Unchanged | Changed From Pass to Fail |
| 00173035154 | VENTOLIN 2MG/5ML SYRUP | 18.2% | 48.9% | 28.8% | 77.7% | Unchanged | Changed From Pass to Fail |
| 00173038558 | VENTOLIN 5MG/ML SOLUTION | 4.2% | 6.8% | 11.1% | 17.2% | Unchanged | Unchanged |
| 00173032198 | VENTOLIN 90MCG INH REFILL | 95.6% | 95.1% | 97.1% | 97.4% | Unchanged | Unchanged |
| 00173032188 | VENTOLIN 90MCG INHALER | 11.9% | 29.3% | 27.3% | 67.7% | Unchanged | Changed From Pass to Fail |
| 00173046300 | VENTOLIN 90MCG INHALER | 0.0% | 3.1% | 0.1% | 18.9% | Unchanged | Unchanged |
| 00173068200 | VENTOLIN HFA 90 MCG INHALER | 88.4% | 87.9% | 89.3% | 89.0% | Unchanged | Unchanged |
| 00173038901 | VENTOLIN ROTACAPS 200MCG | 85.9% | 94.9% | 88.2% | 96.7% | Unchanged | Unchanged |
| 00173038902 | VENTOLIN ROTACAPS 200MCG | 99.8% | 97.0% | 99.8% | 97.8% | Unchanged | Unchanged |
| 00173038903 | VENTOLIN ROTACAPS 200MCG | 0.9% | 75.2% | 1.0% | 85.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173017855 | WELLBUTRIN 100MG TABLET | 29.0% | 79.6% | 29.8% | 84.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173017755 | WELLBUTRIN 75MG TABLET | 29.8% | 78.0% | 31.3% | 82.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173094755 | WELLBUTRIN SR 100MG TAB SA | 25.6% | 80.4% | 25.2% | 82.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173013555 | WELLBUTRIN SR 150MG TAB SA | 30.3% | 81.9% | 29.1% | 85.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173072200 | WELLBUTRIN SR 200MG TAB SA | 96.1% | 93.6% | 96.2% | 94.1% | Unchanged | Unchanged |
| 00173073001 | WELLBUTRIN XL 150MG TABLET | 99.4% | 95.3% | 99.7% | 96.4% | Unchanged | Unchanged |
| 00173073101 | WELLBUTRIN XL 300MG TABLET | 99.5% | 96.1% | 99.8% | 97.2% | Unchanged | Unchanged |
| 00173042702 | ZANTAC 150MG EFFERDOSE TAB | 1.3% | 53.5% | 2.2% | 66.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173045101 | ZANTAC 150MG GRANULES | 0.0% | 35.4% | 0.1% | 54.3% | Unchanged | Changed From Pass to Fail |
| 00173034414 | ZANTAC 150MG TABLET | 56.5% | 91.9% | 56.8% | 95.7% | Unchanged | Unchanged |
| 00173038354 | ZANTAC 15MG/ML SYRUP | 19.2% | 80.7% | 19.6% | 83.8% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173036238 | ZANTAC 25MG/ML VIAL | 0.0% | 3.2% | 0.0% | 8.0% | Unchanged | Unchanged |
| 00173036300 | ZANTAC 25MG/ML VIAL | 0.0% | 2.3% | 0.0% | 6.1% | Unchanged | Unchanged |
| 00173036301 | ZANTAC 25MG/ML VIAL | 5.1% | 14.1% | 9.8% | 23.9% | Unchanged | Unchanged |
| 00173044100 | ZANTAC 50MG/50ML PLAST-BAG | 0.0% | 0.4% | 0.0% | 0.6% | Unchanged | Unchanged |
| 00173066400 | ZIAGEN 20 MG/ML SOLUTION | 80.7% | 91.0% | 80.0% | 93.3% | Unchanged | Unchanged |
| 00173066101 | ZIAGEN 300MG TABLET | 12.4% | 80.3% | 12.9% | 84.0% | Changed From Pass to Fail | Changed From Pass to Fail |

Exhibit B

Comparison Of Devor's Aggregate Results With GSK's Results (1997-2005)

| NDC | Drug and Description | Percentage of Units Within 5% of WAC | | Percentage of Sales Dollars Within 5% of WAC | | Change In Unit Results | Change In Sales Results |
|---|---|---|---|---|---|---|---|
| | | Devor's Analysis | Dr. Gaier's Analysis** | Devor's Analysis | Dr. Gaier's Analysis** | | |
| 00173035435 | ZINACEF 1.5GM VIAL | 0.4% | 7.7% | 0.7% | 12.3% | Unchanged | Unchanged |
| 00173040000 | ZINACEF 7.5GM VIAL | 3.9% | 7.3% | 6.3% | 11.5% | Unchanged | Unchanged |
| 00173043600 | ZINACEF 750MG ADD-VANT VIAL | 5.2% | 18.2% | 7.4% | 25.0% | Unchanged | Unchanged |
| 00173035231 | ZINACEF 750MG VIAL | 0.7% | 16.2% | 1.1% | 24.2% | Unchanged | Unchanged |
| 00173042500 | ZINACEF/WATER 1.5GM/50ML | 1.6% | 1.8% | 2.4% | 2.8% | Unchanged | Unchanged |
| 00173044600 | ZOFRAN 4MG TABLET | 5.8% | 82.1% | 6.0% | 85.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173044604 | ZOFRAN 4MG TABLET | 96.8% | 95.7% | 97.7% | 97.3% | Unchanged | Unchanged |
| 00173048900 | ZOFRAN 4MG/5ML ORAL SOLN | 4.1% | 72.3% | 3.1% | 76.3% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173044700 | ZOFRAN 8MG TABLET | 9.2% | 81.7% | 9.0% | 86.6% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173044704 | ZOFRAN 8MG TABLET | 95.5% | 96.5% | 96.5% | 97.4% | Unchanged | Unchanged |
| 00173056900 | ZOFRAN ODT 4MG TABLET | 1.2% | 77.2% | 1.3% | 80.9% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173057000 | ZOFRAN ODT 8MG TABLET | 21.1% | 81.2% | 22.9% | 85.5% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173095396 | ZOVIRAX 200MG/5ML SUSP | 49.3% | 79.9% | 48.0% | 83.1% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173099394 | ZOVIRAX 5% OINTMENT | 20.3% | 52.5% | 28.7% | 75.0% | Changed From Pass to Fail | Changed From Pass to Fail |
| 00173099501 | ZOVIRAX 500MG VIAL | 0.4% | 16.5% | 0.6% | 23.2% | Unchanged | Unchanged |
| 00173055601 | ZYBAN 150MG TABLET SA | 59.4% | 84.8% | 57.3% | 86.9% | Unchanged | Unchanged |
| 00173055602 | ZYBAN 150MG TABLET SA | 40.9% | 80.8% | 38.5% | 83.7% | Changed From Pass to Fail | Changed From Pass to Fail |
| Total NDCs Passing WAC List Price Test | | 113 | 208 | 113 | 217 | | |
| Total NDCs Failing WAC List Price Test | | 149 | 52 | 147 | 43 | | |
| Total NDCs | | 262 | 262 | 262 | 262 | | |
| Percentage of NDCs Failing the WAC List Price Test | | 56.9% | 19.8% | 56.1% | 16.4% | | |

** From Table B to the Gaier Affidavit.