Exhibit D.1

PBM Rebates From GSK's CUST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\GSK\AG-0035644\1997_2005_Data\MHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 1998 | 0 | $859,637 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 1999 | 0 | $7,850,285 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 2000 | 0 | $11,045,242 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 2001 | 0 | $7,805,547 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 1998 | 0 | $15,189,062 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 1999 | 0 | $23,327,211 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 2000 | 0 | $19,985,105 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 2001 | 0 | $16,170,594 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 2000 | 0 | $3,347 | PBM PLAN | H0000073232 | ALLIED NATIONAL TPA | Excluded |
| 2001 | 0 | $50,859 | PBM PLAN | H0000088309 | ARGUS - CLOSED FORMU | Excluded |
| 2001 | 0 | $80,608 | PBM PLAN | H0000088307 | ARGUS - RESTRICTED F | Excluded |
| 2001 | 0 | $59,473 | PBM-MANAGED CARE | H0050431500 | ARGUS HEALTH SYSTEMS | Excluded |
| 2001 | 0 | $2,093 | PBM PLAN | H0000088305 | ARGUS STANDARD | Excluded |
| 2000 | 0 | $32,037 | PBM PLAN | H0000073325 | BENESCRIPT SERVICES | Excluded |
| 2000 | 0 | $10,349 | PBM-MANAGED CARE | H0050412600 | BENESCRIPT SERVICES | Excluded |
| 2000 | 0 | $3,736 | PBM PLAN | H0000073326 | BENESCRIPT SERVICES | Excluded |
| 2001 | 0 | $109,129 | PBM PLAN | H0000073325 | BENESCRIPT SERVICES | Excluded |
| 2001 | 0 | $19,503 | PBM PLAN | H0000073326 | BENESCRIPT SERVICES | Excluded |
| 2000 | 0 | $299 | PBM PLAN | H0000073284 | BLUEGRASS FAM HLTH | Excluded |
| 2000 | 0 | $24,556 | PBM PLAN | H0000073333 | CAREMARK PRESCR SVC | Excluded |
| 2001 | 0 | $162,824 | PBM PLAN | H0000073333 | CAREMARK PRESCR SVC | Excluded |
| 2000 | 0 | $1,207,245 | PBM PLAN | H0000073332 | CAREMARK PRESCRIP SV | Excluded |
| 2001 | 0 | $2,456,491 | PBM PLAN | H0000073332 | CAREMARK PRESCRIP SV | Excluded |
| 1998 | 0 | $108,966 | PBM-MANAGED CARE | H0050113600 | COMPCARE THE RIGHT R | Excluded |
| 2000 | 0 | $155,793 | PBM PLAN | H0000074794 | CONSULTEC INC | Excluded |
| 2001 | 0 | $288,554 | PBM PLAN | H0000074794 | CONSULTEC INC. | Excluded |
| 2000 | 0 | $14,472 | PBM PLAN | H0000072967 | DIVERSIFIED GP BROKE | Excluded |
| 2000 | 0 | $542 | PBM PLAN | H0000082111 | EL PASO FIRST HLTH | Excluded |
| 1998 | 0 | $1,690,305 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 1999 | 0 | $9,334,331 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 2000 | 0 | $8,708,702 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 2001 | 0 | $4,632,289 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 1998 | 0 | $182,638 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 1999 | 0 | $19,536,604 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 2000 | 0 | $2,712,421 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 2000 | 0 | $117,814 | PBM PLAN | H0000102227 | FIRST HEALTH GROUP O | Excluded |

Exhibit D.1

PBM Rebates From GSK's CUST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 2003 0 | | $6,930 | PBM PLAN | H00001022227 | FIRST HEALTH GROUP O | Excluded |
| 2000 0 | | $51,266 | PBM PLAN | H0000073250 | FIRST HEALTH GRP COR | Excluded |
| 2001 0 | | $25,395 | PBM PLAN | H0000073250 | FIRST HEALTH GRP COR | Excluded |
| 2000 0 | | $1,698 | PBM PLAN | H0000082114 | HARRIS ALT PROS PS-H | Excluded |
| 1998 0 | | $45,612 | PBM-MANAGED CARE | H0050396000 | HEALTH SOLUTIONS LTD | Excluded |
| 1999 0 | | $2,763 | PBM-MANAGED CARE | H0050396000 | HEALTH SOLUTIONS LTD | Excluded |
| 2000 0 | | $7,097 | PBM-MANAGED CARE | H0050396000 | HEALTHSOLUTIONS LTD | Excluded |
| 1998 0 | | $833,346 | PBM-HMO AFFILIATED | H0050094300 | HEALTHSOURCE RX INC | Excluded |
| 1999 0 | | $481,257 | PBM-HMO AFFILIATED | H0050094300 | HEALTHSOURCE RX INC | Excluded |
| 1999 0 | | $141,692 | PBM-MANAGED CARE | H0050410700 | HMN HEALTH SERVICES | Excluded |
| 2000 0 | | $145,568 | PBM-MANAGED CARE | H0050410700 | HMN HEALTH SERVICES | Excluded |
| 2000 0 | | $17,901 | PBM PLAN | H0000072968 | ILWU-PMA ACTIVE & RE | Excluded |
| 1998 0 | | $2,280,453 | PBM-HMO AFFILIATED | H0050110300 | INTEGRATED PHARMACY | Excluded |
| 1999 0 | | $790,772 | PBM-HMO AFFILIATED | H0050110300 | INTEGRATED PHARMACY | Excluded |
| 2000 0 | | $5,334 | PBM PLAN | H0000072969 | LOCAL 460 PIPE TRADE | Excluded |
| 2000 0 | | $160,418 | PBM PLAN | H0000072914 | MARKETING ANALY AND | Excluded |
| 2001 0 | | $36,518 | PBM PLAN | H0000072914 | MARKETING ANALY AND | Excluded |
| 1999 0 | | $133,875 | PBM-MANAGED CARE | H0050107100 | MAXOR NATIONAL PHARM | Excluded |
| 2000 0 | | $48,244 | PBM-MANAGED CARE | H0050107100 | MAXOR NATIONAL PHARM | Excluded |
| 2000 0 | | $7,331 | PBM PLAN | H0000018756 | MAXORPLUS | Excluded |
| 2001 0 | | $91,457 | PBM PLAN | H0000018756 | MAXORPLUS | Excluded |
| 2000 0 | | $6,388 | PBM PLAN | H0000073329 | MAXORPLUS-MANAGED AC | Excluded |
| 2001 0 | | $10,805 | PBM PLAN | H0000073329 | MAXORPLUS-MANAGED AC | Excluded |
| 1998 0 | | $32,240,836 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 1999 0 | | $36,917,559 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 2000 0 | | $53,437,406 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 2001 0 | | $57,649,454 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 1998 0 | | $1,957,613 | PBM-MANAGED CARE | H0050096100 | MEDIMPACT | Excluded |
| 1999 0 | | $2,705,195 | PBM-MANAGED CARE | H0050096100 | MEDIMPACT | Excluded |
| 2000 0 | | $1,649,495 | PBM-MANAGED CARE | H0050096100 | MEDIMPACT | Excluded |
| 2000 0 | | $920,790 | PBM PLAN | H0000073334 | MEDIMPACT OPEN | Excluded |
| 2001 0 | | $515,958 | PBM PLAN | H0000073334 | MEDIMPACT OPEN | Excluded |
| 2000 0 | | $54,885 | PBM PLAN | H0000074453 | MIN HEALTH PLANS-OPE | Excluded |
| 2001 0 | | $86,037 | PBM PLAN | H0000074453 | MIN HEALTH PLANS-OPE | Excluded |
| 2000 0 | | $20,729 | PBM PLAN | H0000072974 | MURRAY OH | Excluded |
| 2000 0 | | $58,079 | PBM PLAN | H0000072820 | NAT'L PRESC ADMIN RES | Excluded |

Exhibit D.1

PBM Rebates From GSK's CUST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 2001 | 0 | $83,646 | PBM PLAN | H0000072820 | NAT'L PRESC ADMIN RES | Excluded |
| 1999 | 0 | $1,108,243 | PBM-MANAGED CARE | H0050094700 | NAT'L PRESCRIPTION AD | Excluded |
| 2000 | 0 | $75,161 | PBM-MANAGED CARE | H0050094700 | NAT'L PRESCRIPTION AD | Excluded |
| 2000 | 0 | $23,908 | PBM PLAN | H0000072975 | NORTHERN CA RETAIL C | Excluded |
| 2000 | 0 | $1,639,198 | PBM PLAN | H0000072818 | NT'L PRESC ADMIN OPEN | Excluded |
| 2001 | 0 | $2,207,885 | PBM PLAN | H0000072819 | NT'L PRESC ADMIN OPEN | Excluded |
| 2000 | 0 | $4,510 | PBM PLAN | H0000072976 | OPERATING ENGINEERS | Excluded |
| 2000 | 0 | $29,281 | PBM PLAN | H0000073267 | PACIFICARE LIFE & HL | Excluded |
| 1999 | 0 | $781 | PBM-MANAGED CARE | H0050098200 | PHARMACY ASSOCIATES | Excluded |
| 1998 | 0 | $163,133 | PBM-MANAGED CARE | H0050396300 | PHARMCARE MANAGEMENT | Excluded |
| 1999 | 0 | $276,991 | PBM-MANAGED CARE | H0050396300 | PHARMCARE MANAGEMENT | Excluded |
| 2000 | 0 | $884,741 | PBM-MANAGED CARE | H0050396300 | PHARMCARE MANAGEMENT | Excluded |
| 2001 | 0 | $780,815 | PBM-MANAGED CARE | H0050396300 | PHARMCARE MANAGEMENT | Excluded |
| 1998 | 0 | $2,978,413 | PBM-HMO AFFILIATED | H0050115100 | PRESCRIPTION SOLUTIO | Excluded |
| 1999 | 0 | $586,090 | PBM-HMO AFFILIATED | H0050115100 | PRESCRIPTION SOLUTIO | Excluded |
| 2000 | 0 | $378,313 | PBM-HMO AFFILIATED | H0050115100 | PRESCRIPTION SOLUTIO | Excluded |
| 2000 | 0 | $61,408 | PBM PLAN | H0000073256 | PRESCRIPTION SOLUTIO | Excluded |
| 2001 | 0 | $528,218 | PBM-HMO AFFILIATED | H0050115100 | PRESCRIPTION SOLUTIO | Excluded |
| 1998 | 0 | $2,598,705 | PBM-MANAGED CARE | H0050040900 | PRIME THERAPEUTICS | Excluded |
| 1999 | 0 | $2,264,845 | PBM-MANAGED CARE | H0050040900 | PRIME THERAPEUTICS | Excluded |
| 2000 | 0 | $2,030,114 | PBM-MANAGED CARE | H0050040900 | PRIME THERAPEUTICS | Excluded |
| 2001 | 0 | $920,026 | PBM-MANAGED CARE | H0050040900 | PRIME THERAPEUTICS | Excluded |
| 1999 | 0 | $1,128,873 | PBM-MANAGED CARE | H0050405900 | PROCARE PBM | Excluded |
| 2000 | 0 | $150,234 | PBM-MANAGED CARE | H0050405900 | PROCARE PBM | Excluded |
| 2000 | 0 | $146,870 | PBM PLAN | H0000073447 | PROCARE PBM | Excluded |
| 2001 | 0 | $184,192 | PBM-MANAGED CARE | H0050405900 | PROCARE PBM | Excluded |
| 2001 | 0 | $619,248 | PBM PLAN | H0000073447 | PROCARE PBM | Excluded |
| 2000 | 0 | $53,011 | PBM PLAN | H0000073297 | PROCARE PBM CLOSED | Excluded |
| 2000 | 0 | $5,125 | PBM PLAN | H0000073296 | PROCARE PBM RESTRICT | Excluded |
| 2000 | 0 | $880,531 | PBM PLAN | H0000072855 | PROVANTAGE HEALTH SV | Excluded |
| 2000 | 0 | $102,005 | PBM PLAN | H0000072857 | PROVANTAGE HEALTH SV | Excluded |
| 2001 | 0 | $140,123 | PBM PLAN | H0000072855 | PROVANTAGE HEALTH SV | Excluded |
| 2001 | 0 | $1,026,679 | PBM PLAN | H0000072857 | PROVANTAGE HEALTH SV | Excluded |
| 1998 | 0 | $885,825 | PBM-MANAGED CARE | H0050101000 | PROVANTAGE INC | Excluded |
| 1999 | 0 | $1,455,062 | PBM-MANAGED CARE | H0050101000 | PROVANTAGE INC | Excluded |
| 2000 | 0 | $945,809 | PBM-MANAGED CARE | H0050101000 | PROVANTAGE INC | Excluded |

Exhibit D.1

PBM Rebates From GSK's CUST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 1999 | 0 | $214,595 | PBM-MANAGED CARE | H0050412700 | PROVIDER SYNERGIES | Excluded |
| 2000 | 0 | $285,674 | PBM-MANAGED CARE | H0050412700 | PROVIDER SYNERGIES L | Excluded |
| 2001 | 0 | $0,591 | PBM-MANAGED CARE | H0050412700 | PROVIDER SYNERGIES | Excluded |
| 2000 | 0 | $3,095 | PBM PLAN | H0000082112 | RETA TRUST ACCT 115 | Excluded |
| 1999 | 0 | $419,586 | PBM-MANAGED CARE | H0050109200 | RX AMERICA PBM | Excluded |
| 2000 | 0 | $139,982 | PBM-MANAGED CARE | H0050109200 | RX AMERICA PBM | Excluded |
| 2000 | 0 | $9,620 | PBM PLAN | H0050673258 | SARA MOTOR FREIGHT | Excluded |
| 2000 | 0 | $2,535 | PBM-MANAGED CARE | H0050393900 | SCOTT AND WHITE PRES | Excluded |
| 2000 | 0 | $6,456 | PBM PLAN | H0000082113 | SO. CA DRUG BENEFIT | Excluded |
| 2000 | 0 | $661 | PBM PLAN | H0000073261 | SO. CA PAINTING & DR | Excluded |
| 2000 | 0 | $847 | PBM PLAN | H0000073262 | SO. CA SOFT DRINK N | Excluded |
| 2000 | 0 | $1,178 | PBM PLAN | H0000073263 | STERLING CHEMICALS P | Excluded |
| 2000 | 0 | $2,816 | PBM PLAN | H0000073264 | TEAMSTERS & FOOD EMP | Excluded |
| 2000 | 0 | $403,766 | PBM PLAN | H0000073735 | TEL DRUG MAIL ORDER | Excluded |
| 2000 | 0 | $24,925 | PBM PLAN | H0000073277 | UFCW VALLEY CLERKS H | Excluded |
| 2000 | 0 | $45,358 | PBM PLAN | H0000073265 | UNITED FOOD & COMMER | Excluded |
| 2000 | 0 | $95,386 | PBM PLAN | H0000073287 | UNITED PROVIDER SERV | Excluded |
| 2001 | 0 | $381 | PBM PLAN | H0000082627 | USI RX - CLOSED | Excluded |
| 2001 | 0 | $20,187 | PBM PLAN | H0000082620 | USI RX - OPEN | Excluded |
| 2001 | 0 | $2,678 | PBM PLAN | H0000082626 | USI RX - RESTRICTED | Excluded |
| 1998 | 0 | $154,376 | PBM-MANAGED CARE | H0050108900 | VALUERX PBV | Excluded |
| 2000 | 0 | $398 | PBM PLAN | H0000073225 | WELLCARE HLTH PLANS | Excluded |
| 1998 | 0 | $4,219,154 | PBM-MANAGED CARE | H0050099500 | WELLPOINT PHARMACY M | Excluded |
| 1999 | 0 | $5,601,496 | PBM-MANAGED CARE | H0050099500 | WELLPOINT PHARMACY M | Excluded |
| 2000 | 0 | $9,572,555 | PBM-MANAGED CARE | H0050099500 | WELLPOINT PHARMACY M | Excluded |
| Total Rebates | | $407,594,131 | | | | |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2000 | $8,481 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 2001 | $28,460 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 2002 | $157,213 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 2003 | $239,299 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 2004 | $262,878 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 2005 | $177,282 | 4D Pharmacy Management Systems | PBM | PBM | Excluded |
| U | 1997 | $5,100,501 | AdvancePCS | PBM | PBM | Excluded |
| U | 1998 | $8,816,225 | Advance PCS | PBM | PBM | Excluded |
| U | 1999 | $14,094,539 | Advance PCS | PBM | PBM | Excluded |
| U | 2000 | $10,575,963 | Advance PCS | PBM | PBM | Excluded |
| U | 2001 | $21,679,999 | AdvancePCS | PBM | PBM | Excluded |
| U | 2002 | $101,796,683 | AdvancePCS | PBM | PBM | Excluded |
| U | 2003 | $105,916,792 | AdvancePCS | PBM | PBM | Excluded |
| U | 2004 | $84,659,067 | AdvancePCS | PBM | PBM | Excluded |
| U | 2005 | $85,729,942 | AdvancePCS | PBM | PBM | Excluded |
| U | 1997 | $14,457,735 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 1998 | $11,033,920 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 1999 | $19,566,186 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2000 | $25,885,518 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2001 | $22,780,839 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2000 | $3,199,436 | AdvancePCS, L.P. | PBM | PBM | Excluded |
| U | 2001 | $2,582,463 | AdvancePCS, L.P. | PBM | PBM | Excluded |
| U | 1997 | $1,482,778 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 1998 | $1,368,740 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 1999 | $2,925,975 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 2000 | $1,181,674 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 1997 | $5,947 | AlaGap Data Systems, Inc. | PBM | PBM | Excluded |
| U | 1998 | $6,775 | AlaGap Data Systems, Inc. | PBM | PBM | Excluded |
| U | 2002 | $5,301,445 | Anthem Prescription Management | PBM | PBM | Excluded |
| U | 2003 | $14,651,273 | Anthem Prescription Management | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2002 | $12,376,663 | Anthem Prescription Management | PBM | PBM | Excluded |
| U | 2005 | $3,886,947 | Anthem Prescription Management | PBM | PBM | Excluded |
| U | 2002 | $67,794 | Benescript Services, Inc. | PBM | PBM | Excluded |
| U | 2003 | $20,169 | Benescript Services, Inc. | PBM | PBM | Excluded |
| U | 2002 | $8,876,673 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2003 | $13,718,537 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2004 | $16,514,025 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2005 | $28,345,256 | Caremark Inc. | PBM | PBM | Excluded |
| U | 1997 | $1,340,442 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1998 | $1,176,156 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1999 | $1,090,078 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2000 | $1,318,319 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2001 | $3,973,103 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2002 | $422,706 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1997 | $1,180,434 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 1998 | $1,929,826 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 1999 | $2,868,572 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2000 | $4,108,048 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2001 | $4,424,792 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2002 | $6,805,983 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2003 | $5,991,153 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2004 | $7,393,846 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2005 | $6,996,668 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 1997 | $211,832 | COMPCARE HEALTH SERVICES | PBM | PBM | Excluded |
| U | 1998 | $13,936 | COMPCARE HEALTH SERVICES | PBM | PBM | Excluded |
| U | 1999 | $21,337,615 | Diversified Pharmaceutical Services Inc. | PBM | PBM | Excluded |
| U | 1997 | $8,311,846 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |
| U | 1998 | $17,658,292 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |
| U | 1999 | $4,843,870 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |
| U | 2000 | $26,108,070 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2003 | $161,777 | Envision Rx | PBM | PBM | Excluded |
| U | 2004 | $50,277 | Envision Rx | PBM | PBM | Excluded |
| U | 2005 | $95,240 | Envision Rx | PBM | PBM | Excluded |
| U | 1998 | $6,993,173 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 1999 | $6,593,958 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2000 | $17,991,780 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2001 | $48,357,021 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2002 | $35,085,627 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2003 | $42,058,382 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2004 | $40,931,240 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2005 | $49,208,170 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2001 | $185,447 | FIRST HEALTH GROUP CORP | PBM | PBM | Excluded |
| U | 2002 | $1,167,72 | FIRST HEALTH GROUP CORP | PBM | PBM | Excluded |
| U | 1997 | $999,025 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 1998 | $2,228,712 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 1999 | $1,158,122 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 2000 | $297,816 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 2001 | $375,310 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 1998 | $28,115 | Health Solutions Ltd dba Centrus Phcy Benefits | PBM | PBM | Excluded |
| U | 1999 | $97,838 | Health Solutions Ltd dba Centrus Phcy Benefits | PBM | PBM | Excluded |
| U | 2000 | $141,578 | Health Solutions Ltd dba Centrus Phcy Benefits | PBM | PBM | Excluded |
| U | 2001 | $500,187 | Health Solutions Ltd dba Centrus Phcy Benefits | PBM | PBM | Excluded |
| U | 2002 | $221,958 | Innoviant, Inc. | PBM | PBM | Excluded |
| U | 2003 | $411,434 | Innoviant, Inc. | PBM | PBM | Excluded |
| U | 2004 | $701,042 | Innoviant, Inc. | PBM | PBM | Excluded |
| U | 2005 | $1,044,378 | Innoviant, Inc. | PBM | PBM | Excluded |
| U | 1997 | $87,724 | IPS (FEMSCRIPT) | PBM | PBM | Excluded |
| U | 1998 | $38,450 | IPS (FEMSCRIPT) | PBM | PBM | Excluded |
| U | 1998 | $223,248 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 2000 | $2 | Maxor National Pharmacy Services | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2001 | $38,196 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 2002 | $71,311 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| A | 2002 | $60 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 2003 | $59,469 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 2004 | $16,861 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 2005 | $7,472 | Maxor National Pharmacy Services | PBM | PBM | Excluded |
| U | 1998 | $96,292 | Maxor Nat'l Phcy Svcs Closed | PBM | PBM | Excluded |
| U | 1999 | $421,515 | Maxor Nat'l Phcy Svcs Closed | PBM | PBM | Excluded |
| U | 2000 | $582,226 | Maxor Nat'l Phcy Svcs Closed | PBM | PBM | Excluded |
| U | 2001 | $78,055 | Maxor Nat'l Phcy Svcs Closed | PBM | PBM | Excluded |
| U | 2002 | $17,691 | Maxor Nat'l Phcy Svcs Closed | PBM | PBM | Excluded |
| U | 1998 | $49,675 | Maxor Nat'l Phcy Svcs Preferred | PBM | PBM | Excluded |
| U | 1999 | $127,247 | Maxor Nat'l Phcy Svcs Preferred | PBM | PBM | Excluded |
| U | 2000 | $21,185 | Maxor Nat'l Phcy Svcs Preferred | PBM | PBM | Excluded |
| U | 2001 | $17,592 | Maxor Nat'l Phcy Svcs Preferred | PBM | PBM | Excluded |
| U | 2002 | $1,511 | Maxor Nat'l Phcy Svcs Preferred | PBM | PBM | Excluded |
| U | 1997 | $29,345 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 1998 | $57,976 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 1999 | $57,873 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 2000 | $153,686 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 2001 | $164,246 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 1997 | $29,918,028 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 1998 | $50,694,496 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 1999 | $69,672,755 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2000 | $78,380,908 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2001 | $79,523,236 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2001 | $1,247,635 | MedImpact | PBM | PBM | Excluded |
| U | 2002 | $2,617,085 | MedImpact | PBM | PBM | Excluded |
| U | 2002 | $1,882,719 | MedImpact Healthcare Systems, Inc. | PBM | PBM | Excluded |
| U | 2003 | $3,359,322 | MedImpact Healthcare Systems, Inc. | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2004 | $1,846,542 | MedImpact Healthcare Systems, Inc. | PBM | PBM | Excluded |
| U | 2005 | $2,152,335 | MedImpact Healthcare Sytems, Inc. | PBM | PBM | Excluded |
| U | 1997 | $821,245 | MEDIMPACT INC. (PBM) | PBM | PBM | Excluded |
| U | 1998 | $1,423,858 | MEDIMPACT INC. (PBM) | PBM | PBM | Excluded |
| U | 1999 | $1,687,807 | MedImpact Inc. (PBM) | PBM | PBM | Excluded |
| U | 2000 | $2,153,960 | Medimpact Inc. (PBM) | PBM | PBM | Excluded |
| U | 2001 | $1,794,138 | Medimpact Inc. (PBM) | PBM | PBM | Excluded |
| U | 2002 | $1,882,363 | MEDIMPACT INC. (PBM) | PBM | PBM | Excluded |
| U | 2001 | $39,736,693 | Merck-Medco Managed Care, LLC | PBM | PBM | Excluded |
| U | 2002 | $163,055,987 | Merck-Medco Managed Care, LLC. | PBM | PBM | Excluded |
| U | 2003 | $144,689,817 | Merck-Medco Managed Care, LLC | PBM | PBM | Excluded |
| U | 2004 | $127,523,123 | Merck-Medco Managed Care. LLC. | PBM | PBM | Excluded |
| U | 2005 | $140,757,615 | Merck Medco Managed Care, LLC | PBM | PBM | Excluded |
| U | 2002 | $3,289,816 | National Medical Health Card Systems, Inc. | PBM | PBM | Excluded |
| U | 2003 | $3,835,541 | National Medical Health Card Systems, Inc. | PBM | PBM | Excluded |
| U | 2004 | $3,207,733 | National Medical Health Card Systems, Inc. | PBM | PBM | Excluded |
| U | 2005 | $4,360,657 | National Medical Health Card Systems Inc | PBM | PBM | Excluded |
| U | 1997 | $1,605,880 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 1998 | $2,123,768 | National Prescription Administrators Inc | PBM | PBM | Excluded |
| U | 1999 | $3,217,645 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 2000 | $1,564,825 | National Prescription Administrators Inc | PBM | PBM | Excluded |
| U | 2001 | $4,768,651 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 2002 | $2,583,970 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 2004 | $1,587,102 | Navitus Health Solutions, LLC | PBM | PBM | Excluded |
| U | 2005 | $1,675,257 | Navitus Health Solutions, LLC | PBM | PBM | Excluded |
| U | 2005 | $7,952 | Navitus Health Solutions, LLC - Badger Rx | PBM | PBM | Excluded |
| U | 1997 | $56,612 | Nexgen | PBM | PBM | Excluded |
| U | 1998 | $4,353 | Nexgen | PBM | PBM | Excluded |
| U | 1999 | $21,109 | Nexgen | PBM | PBM | Excluded |
| U | 2000 | $129,409 | NMHC Systems, Inc. | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2001 | $2,721,527 | NMHC Systems, Inc. | PBM | PBM | Excluded |
| U | 1998 | $97,974 | PBM Plus | PBM | PBM | Excluded |
| U | 1999 | $288,325 | PBM Plus | PBM | PBM | Excluded |
| U | 2000 | $371,077 | PBM Plus | PBM | PBM | Excluded |
| U | 2001 | $51,588 | PBM Plus | PBM | PBM | Excluded |
| U | 2002 | $5,610 | PBM Plus | PBM | PBM | Excluded |
| U | 2005 | $817,188 | Perform RX | PBM | PBM | Excluded |
| U | 1997 | $153,143 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 1998 | $812,782 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 1999 | $1,568,068 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2000 | $2,246,597 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2001 | $2,313,448 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2002 | $1,758,211 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2003 | $2,790,813 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2004 | $1,889,596 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2005 | $1,926,081 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 2002 | $2,222,962 | Pharmaceutical Care Network | PBM | PBM | Excluded |
| U | 2003 | $829,189 | Pharmaceutical Care Network | PBM | PBM | Excluded |
| U | 2004 | $274,218 | Pharmaceutical Care Network | PBM | PBM | Excluded |
| U | 2005 | $81,141 | Pharmaceutical Care Network | PBM | PBM | Excluded |
| U | 2003 | $200,382 | Pharmaceutical Technologies Inc. | PBM | PBM | Excluded |
| U | 2004 | $210,821 | Pharmaceutical Technologies Inc. | PBM | PBM | Excluded |
| U | 2005 | $311,247 | Pharmaceutical Technologies Inc. | PBM | PBM | Excluded |
| U | 2001 | $17,553 | Pharmaceutical Technologies, Inc. (PTI) | PBM | PBM | Excluded |
| U | 2002 | $26,013 | Pharmaceutical Technologies, Inc. (PTI) | PBM | PBM | Excluded |
| U | 2001 | $443,831 | Prescription Solutions | PBM | PBM | Excluded |
| U | 2002 | $1,831,779 | Prescription Solutions | PBM | PBM | Excluded |
| U | 2003 | $1,816,301 | Prescription Solutions | PBM | PBM | Excluded |
| U | 2004 | $2,543,881 | Prescription Solutions | PBM | PBM | Excluded |
| U | 2005 | $2,907,179 | Prescription Solutions | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1997 | $27,195 | PRESCRIPTION SOLUTIONS (PBM) | PBM | PBM | Excluded |
| U | 1997 | $1,689,671 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 1998 | $1,834,105 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 1999 | $2,394,915 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 2000 | $2,421,904 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 2001 | $3,065,268 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 2002 | $1,999,502 | Prime Therapeutics Inc. | PBM | PBM | Excluded |
| U | 2002 | $3,440,526 | Prime Therapeutics, Inc. | PBM | PBM | Excluded |
| U | 2003 | $6,592,817 | Prime Therapeutics, Inc. | PBM | PBM | Excluded |
| U | 2004 | $6,142,223 | Prime Therapeutics, Inc. | PBM | PBM | Excluded |
| U | 2005 | $14,566,141 | Prime Therapeutics, Inc. | PBM | PBM | Excluded |
| U | 1999 | $2,210 | ProCare Rx | PBM | PBM | Excluded |
| U | 2001 | $396,377 | ProCase Rx | PBM | PBM | Excluded |
| U | 2002 | $158,056 | ProCare Rx | PBM | PBM | Excluded |
| U | 1997 | $7,367.70 | ProVantage Prescription Benefit Management Serv | PBM | PBM | Excluded |
| U | 1998 | $1,361,169 | ProVantage Prescription Benefit Management Serv | PBM | PBM | Excluded |
| U | 2003 | $29,897 | Provider Synergies | PBM | PBM | Excluded |
| U | 2004 | $65,836 | Provider Synergies | PBM | PBM | Excluded |
| U | 2005 | $157,328 | Provider Synergies | PBM | PBM | Excluded |
| U | 2000 | $18,204 | Provider Synergies, Inc. | PBM | PBM | Excluded |
| U | 2001 | $187,314 | Provider Synergies, Inc. | PBM | PBM | Excluded |
| U | 2002 | $248,890 | Provider Synergies, Inc. | PBM | PBM | Excluded |
| U | 2003 | $6,721 | Quality Pharmaceutical Services | PBM | PBM | Excluded |
| U | 2005 | $1,190,388 | Regence Group | PBM | PBM | Excluded |
| U | 2004 | $365,863 | RxAmerica | PBM | PBM | Excluded |
| U | 2005 | $376,499 | RxAmerica | PBM | PBM | Excluded |
| U | 1997 | $10,676 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 1998 | $51,926 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 1999 | $11,981 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 2000 | $10,283 | Scott and White Prescription Services | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2001 | $9,373 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 2002 | $15,449 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 2003 | $19,900 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 2001 | $282,252 | Scrip Solutions, Inc. | PBM | PBM | Excluded |
| U | 2002 | $340,729 | Scrip Solutions, Inc. | PBM | PBM | Excluded |
| U | 2002 | $902,078 | ScripSolutions, Inc. | PBM | PBM | Excluded |
| U | 2003 | $783,234 | ScripSolutions, Inc. | PBM | PBM | Excluded |
| U | 1997 | $111,261 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 1998 | $637,469 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 1999 | $748,077 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 2000 | $1,689,715 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 2001 | $2,811,112 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 2002 | $3,418,360 | TDI Managed Care Services, Inc. d-b-a Eckerd | PBM | PBM | Excluded |
| U | 2001 | $11,057 | The Community Partnership of Southern Arizona | PBM | PBM | Excluded |
| U | 2002 | $6,804 | The Community Partnership of Southern Arizona | PBM | PBM | Excluded |
| U | 1998 | $41,191 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 1999 | $237,179 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 2000 | $347,088 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 2001 | $275,862 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 2002 | $169,056 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 2001 | $22,216 | USI Rx, Inc | PBM | PBM | Excluded |
| U | 2002 | $13,277 | USI Rx, Inc | PBM | PBM | Excluded |
| U | 1998 | $2,913,663 | VALUERX INC (PBM) | PBM | PBM | Excluded |
| U | 1999 | $3,749,020 | VALUERX INC (PBM) | PBM | PBM | Excluded |
| U | 2000 | $15,148,214 | VALUERX INC (PBM) | PBM | PBM | Excluded |
| U | 2001 | $7,819,382 | WellPoint Health Networks Inc | PBM | PBM | Excluded |
| U | 2002 | $17,279,668 | WellPoint Health Networks Inc | PBM | PBM | Excluded |
| U | 2003 | $19,655,529 | WellPoint Health Networks Inc | PBM | PBM | Excluded |
| U | 2004 | $18,808,165 | WellPoint Health Networks Inc | PBM | PBM | Excluded |
| U | 2005 | $45,703,418 | WellPoint Health Networks Inc | PBM | PBM | Excluded |

Exhibit D.2

PBM Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1997 | $64,437,682 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |
| U | 1998 | $12,465,345 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |
| U | 1999 | $15,842,265 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |
| U | 2000 | $19,010,171 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |
| U | 2001 | $1,377,916 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |

Total Rebates  $2,271,365,091

Exhibit D.3

PBM Rebates From GSK's INST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_INST_V.txt

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1997 | $5,098,185 | AdvancePCS | PBM | PBM | Excluded |
| U | 1997 | $14,028,602 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 1997 | $1,119,613 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 1998 | $355,208 | AETNA HEALTH MGMT (PBM) | PBM | PBM | Excluded |
| U | 1997 | $5,917 | AlaGap Data Systems, Inc. | PBM | PBM | Excluded |
| U | 1998 | $3,599 | AlaGap Data Systems, Inc. | PBM | PBM | Excluded |
| U | 1997 | $1,840,442 | Caremark Rx / Prescription Service Division | PBM | PBM | Excluded |
| U | 1997 | $1,181,434 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 1998 | $439,593 | Cigna Health Corporation | PBM | PBM | Excluded |
| U | 2001 | $90,139 | Consultec, Inc. | PBM | PBM | Excluded |
| U | 2002 | $144,038 | Consultec, Inc. | PBM | PBM | Excluded |
| U | 1997 | $8,361,343 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |
| U | 1998 | $10,201,355 | DIVERSIFIED PHARMACEUTICAL SVS | PBM | PBM | Excluded |
| U | 2001 | $3,077 | Elderplan | PBM | PBM | Excluded |
| U | 2002 | $7,932 | Elderplan | PBM | PBM | Excluded |
| U | 2003 | $3,877 | Elderplan | PBM | PBM | Excluded |
| U | 1997 | $999,025 | Health Net Pharmaceutical Services | PBM | PBM | Excluded |
| U | 1997 | $8,724 | IPS (FEMSCRIPT) | PBM | PBM | Excluded |
| U | 1998 | $102,343 | IPS (FEMSCRIPT) | PBM | PBM | Excluded |
| A | 2002 | $60 | Maxor National Pharmacy Services | PBM | PBM | Included |
| U | 1997 | $19,345 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 1998 | $7,712 | Mayo Foundation for Medical Education & Research | PBM | PBM | Excluded |
| U | 1997 | $29,300,536 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 1997 | $528,196 | MEDIMPACT INC. (PBM) | PBM | PBM | Excluded |
| U | 1997 | $1,605,880 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 1998 | $504,989 | National Prescription Administrators Inc. | PBM | PBM | Excluded |
| U | 1997 | $56,612 | Nexgen | PBM | PBM | Excluded |
| U | 1997 | $153,278 | PharmaCare, Inc. | PBM | PBM | Excluded |
| U | 1997 | $22,195 | PRESCRIPTION SOLUTIONS (PBM) | PBM | PBM | Excluded |
| U | 1997 | $1,689,671 | Prime Therapeutics Inc | PBM | PBM | Excluded |
| U | 1997 | $605,274 | ProVantage Prescription Benefit Management Service | PBM | PBM | Excluded |

Exhibit D.3

PBM Rebates From GSK's INST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_INST_V.txt

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1998 | $131,101 | ProVantage Prescription Benefit Management Service | PBM | PBM | Excluded |
| U | 1997 | $10,676 | Scott and White Prescription Services | PBM | PBM | Excluded |
| U | 1997 | $4,690 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 1998 | $6,592,241 | Touchpoint Health Plan | PBM | PBM | Excluded |
| U | 1997 | $6,437,683 | WELLPOINT PHARMACY MANAGEMENT | PBM | PBM | Excluded |
| Total Rebates | | $47,176,460 | | | | |