Exhibit E.1

Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the IMHC Rebate Table

Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Total Sales Amount | Total Rebate Amount | Year | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 0 | $11,045,214 | 2000 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 0 | $7,850,285 | 1999 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 0 | $7,805,547 | 2001 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 0 | $859,637 | 1998 | PBM-MANAGED CARE | H0050093500 | ADVANCE PARADIGM CL | Excluded |
| 0 | $23,327,211 | 1999 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 0 | $19,393,105 | 2000 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 0 | $16,100,594 | 2001 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 0 | $15,489,062 | 1998 | PBM-MANAGED CARE | H0050082100 | ADVANCE PCS | Excluded |
| 0 | $122,024 | 2001 | PBM PLAN | H0000073333 | CAREMARK PRESCR SVC | Excluded |
| 0 | $24,556 | 2000 | PBM PLAN | H0000073333 | CAREMARK PRESCR SVC | Excluded |
| 0 | $2,456,491 | 2001 | PBM PLAN | H0000073332 | CAREMARK PRESCRIP SV | Excluded |
| 0 | $1,207,245 | 2000 | PBM PLAN | H0000073332 | CAREMARK PRESCRIP SV | Excluded |
| 0 | $260,166 | 2000 | NT/IPA/HMO | H0050044100 | CAREMARK PRESCRIPTIO | Excluded |
| 0 | $116,000 | 1999 | NT/IPA/HMO | H0050044100 | CAREMARK PRESCRIPTIO | Excluded |
| 0 | $991,872 | 1999 | HOME HEALTHCARE PROV | H0000817668 | CAREMARK THERAPEUTIC | Excluded |
| 0 | $832,952 | 2000 | HOME HEALTHCARE PROV | H0000817668 | CAREMARK THERAPEUTIC | Excluded |
| 0 | $843,497 | 1998 | HOME HEALTHCARE PROV | H0000817668 | CAREMARK THERAPEUTIC | Excluded |
| 0 | $9,334,331 | 1999 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 0 | $8,108,202 | 2000 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 0 | $4,694,329 | 1998 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 0 | $1,632,289 | 2001 | PBM-MANAGED CARE | H0050397100 | EXPRESS SCRIPTS INC | Excluded |
| 0 | $21,504,214 | 2000 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 0 | $19,536,504 | 1999 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 0 | $9,182,598 | 1998 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 0 | $5,765,157 | 2001 | PBM-MANAGED CARE | H0050108000 | EXPRESS SCRIPTS-DPS | Excluded |
| 0 | $53,437,406 | 2000 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 0 | $36,917,569 | 1999 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| 0 | $32,240,836 | 1998 | PBM-MANAGED CARE | H0050396900 | MEDCO PBM | Excluded |
| Total Rebates | $356,792,103 | | | | | |

Exhibit E.2

Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the HLDR Rebate Table

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1997 | $5,100,501 | AdvancePCS | PBM | PBM | Excluded |
| U | 1998 | $8,816,225 | Advance PCS | PBM | PBM | Excluded |
| U | 1999 | $14,094,539 | AdvancePCS | PBM | PBM | Excluded |
| U | 2000 | $10,575,963 | Advance PCS | PBM | PBM | Excluded |
| U | 2001 | $21,679,999 | AdvancePCS | PBM | PBM | Excluded |
| U | 2002 | $101,796,683 | AdvancePCS | PBM | PBM | Excluded |
| U | 2003 | $105,910,792 | AdvancePCS | PBM | PBM | Excluded |
| U | 2004 | $84,659,067 | AdvancePCS | PBM | PBM | Excluded |
| U | 2005 | $65,729,942 | AdvancePCS | PBM | PBM | Excluded |
| U | 1997 | $14,457,735 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 1998 | $14,033,920 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 1999 | $19,566,186 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2000 | $25,885,518 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2001 | $22,780,839 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2000 | $3,199,436 | AdvancePCS, LP | PBM | PBM | Excluded |
| U | 2001 | $2,582,463 | AdvancePCS, L.P. | PBM | PBM | Excluded |
| U | 2002 | $8,876,673 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2003 | $13,718,537 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2004 | $16,514,025 | Caremark Inc. | PBM | PBM | Excluded |
| U | 2005 | $28,345,256 | Caremark Inc. | PBM | PBM | Excluded |
| U | 1997 | $13,401,242 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1998 | $1,176,156 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1999 | $1,090,078 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2000 | $1,318,319 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2001 | $19,73,103 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2002 | $422,706 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 1998 | $6,993,473 | Express Scripts Inc. | PBM | PBM | Excluded |
| U | 1999 | $6,593,958 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2000 | $17,991,730 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2001 | $48,377,021 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2002 | $35,085,627 | ExpressScripts Inc. | PBM | PBM | Excluded |

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 2003 | $42,058,335 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2004 | $40,931,240 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 2005 | $49,208,170 | Express Scripts, Inc. | PBM | PBM | Excluded |
| U | 1997 | $29,918,023 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 1998 | $50,594,496 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 1999 | $69,672,755 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2000 | $78,380,908 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2001 | $79,523,236 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| U | 2001 | $39,726,693 | Merck-Medco Managed Care, L.L.C. | PBM | PBM | Excluded |
| U | 2002 | $163,055,987 | Merck-Medco Managed Care, L.L.C. | PBM | PBM | Excluded |
| U | 2003 | $144,689,817 | Merck-Medco Managed Care, L.L.C. | PBM | PBM | Excluded |
| U | 2004 | $127,523,123 | Merck-Medco Managed Care, L.L.C. | PBM | PBM | Excluded |
| U | 2005 | $140,757,615 | Merck-Medco Managed Care, L.L.C. | PBM | PBM | Excluded |
| Total Rebates | | $1,768,727,069 | | | | |

Exhibit E.3

Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the INST Rebate Table
Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_INST_V.txt

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1997 | $5,098,185 | AdvancePCS | PBM | PBM | Excluded |
| U | 1997 | $14,028,602 | AdvancePCS Health Systems Inc. | PBM | PBM | Excluded |
| U | 2002 | $4,784,089 | Caremark 2-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 2003 | $3,905,757 | Caremark 2-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 2004 | $3,246,327 | Caremark 2-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 2004 | $13,267,698 | Caremark 3-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 2003 | $9,812,780 | Caremark 3-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 2002 | $4,515,291 | Caremark 3-Tier Plan Design | MGC PLAN | MGC PLAN | Excluded |
| U | 1997 | $1,340,442 | Caremark Inc., Prescription Service Division | PBM | PBM | Excluded |
| U | 2005 | $47,659 | EXPRESS SCRIPTS | MGC PLAN | MGC PLAN | Excluded |
| U | 2003 | $39,194 | EXPRESS SCRIPTS | MGC PLAN | MGC PLAN | Excluded |
| U | 2004 | $36,696 | EXPRESS SCRIPTS | MGC PLAN | MGC PLAN | Excluded |
| U | 2001 | $33,724 | EXPRESS SCRIPTS | MGC PLAN | MGC PLAN | Excluded |
| U | 2002 | $30,958 | EXPRESS SCRIPTS | MGC PLAN | MGC PLAN | Excluded |
| U | 1998 | $4,350 | Express Scripts Inc (Employees) | MGC PLAN | MGC PLAN | Excluded |
| U | 1999 | $3,654,851 | Express Scripts Inc. (Open) | MGC PLAN | MGC PLAN | Excluded |
| U | 2000 | $3,576,028 | Express Scripts Inc. (Open) | MGC PLAN | MGC PLAN | Excluded |
| U | 1998 | $2,850,914 | Express Scripts Inc. (Open) | MGC PLAN | MGC PLAN | Excluded |
| U | 2001 | $1,752,358 | Express Scripts Inc. (Open) | MGC PLAN | MGC PLAN | Excluded |
| U | 2000 | $1,621,878 | Express Scripts Inc. (Restricted) | MGC PLAN | MGC PLAN | Excluded |
| U | 1998 | $868,774 | Express Scripts Inc. (Restricted) | MGC PLAN | MGC PLAN | Excluded |
| U | 1999 | $720,629 | Express Scripts Inc. (Restricted) | MGC PLAN | MGC PLAN | Excluded |
| U | 2001 | $430,674 | Express Scripts Inc. (Restricted) | MGC PLAN | MGC PLAN | Excluded |
| U | 1999 | $218,029 | Express Scripts, Inc (Choice Care) | MGC PLAN | MGC PLAN | Excluded |
| U | 1998 | $158,405 | Express Scripts, Inc (Choice Care) | MGC PLAN | MGC PLAN | Excluded |
| U | 1997 | $6,949,211 | EXPRESS SCRIPTS, INC. (IPA) | IPA | IPA | Excluded |
| U | 1999 | $4,249,511 | Medco | MGC PLAN | MGC PLAN | Excluded |
| U | 1998 | $567,378 | Medco | MGC PLAN | MGC PLAN | Excluded |
| U | 1997 | $17,492 | Medco | MGC PLAN | MGC PLAN | Excluded |
| U | 1997 | $29,900,533 | MEDCO CONTAINMENT SERVICES | PBM | PBM | Excluded |
| S | 2004 | $1,734 | MEDCO PHARMACY | NHP | NURSING HOME PROVIDER | Included |
| S | 2005 | $348 | MEDCO PHARMACY | NHP | NURSING HOME PROVIDER | Included |
| O | 1998 | $29 | MEDCORP PHARMACY | RETAIL | RETAIL PHARMACY INDEPENDENT | Excluded |

Total Rebates   $114,728,943