Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 1997 | $236,713 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $258,128 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $208,897 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $151,879 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $295,857 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $3,820 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $253,748 | AMERINET | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2002 | $4,352 | AmeriNet | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $421,010 | AMERINET ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $840,076 | AMERINET ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $896,816 | AMERINET ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $707,837 | AMERINET ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $3,524 | AmeriNet Fox Chase | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $1,816 | AmeriNet Fox Chase | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $4,621 | AmeriNet Fox Chase | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $1,186 | AmeriNet Fox Chase | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $672 | AmeriNet Fox Chase | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $73,137 | Amerinet Options | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $227,283 | Amerinet Options | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $70,273 | Amerinet Options | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $8,538 | AmeriNet/Intermountain Healthcare | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $44,710 | AmeriNet/Intermountain Healthcare | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $15,170 | AmeriNet/Intermountain Healthcare | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $681 | AmeriNet/OSF Healthcare System | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $18,270 | AmeriNet/OSF Healthcare System | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $6,515 | AmeriNet/OSF Healthcare System | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $34,905 | AMERINET/VIRGINIA MASON MEDICAL CENTER | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $12,456 | AMERINET/VIRGINIA MASON MEDICAL CENTER | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $18,572 | ARMADA HEALTHCARE CORP LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $15,270 | ARMADA HEALTHCARE CORP LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $1,233 | ARMADA HEALTHCARE CORP LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $292,300 | Broadlane, Inc | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $1,180,403 | Broadlane, Inc | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2003 | $2,803 | Broadlane, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $1,093,221 | Broadlane, Inc | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2004 | $38,505 | Broadlane, Inc | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsq\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| celc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 2005 | $1,167,337 | Broadlane, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2005 | $266 | Broadlane, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $81,214 | CATHOLIC MATERIALS MANAGEMENT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $29,663 | CATHOLIC MATERIALS MANAGEMENT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $1,157 | CATHOLIC MATERIALS MANAGEMENT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $99,669 | CHPC ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $380,830 | CHPC ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $575,321 | CHPC ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $542,137 | CHPC ACUTE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $99,669 | CHPPS | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $380,830 | CHPPS | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $575,321 | CHPPS | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $542,137 | CHPPS | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $306,940 | CONSORTA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $392,997 | CONSORTA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2000 | $2,356 | CONSORTA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $459,731 | CONSORTA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $692,390 | CONSORTA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $799,091 | Consorta | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $917,799 | Consorta | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $1,109,100 | Consorta | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $7,007 | FIRST CHOICE MANAGEMENT SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2003 | $212 | FIRST CHOICE MANAGEMENT SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $8,547 | FIRST CHOICE MANAGEMENT SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $4,945 | FIRST CHOICE MANAGEMENT SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $15,597 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $47,552 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $52,549 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $65,142 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $44,718 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $62,856 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $37,900 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $79,315 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $110,988 | HC PHARMACY CENTRAL, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $100,171 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $119,575 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 1999 | $183,894 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $238,185 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $279,767 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $206,928 | HEALTH SERVICES CORP OF AMERICA | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $57,865 | HOSPITAL CENTRAL SERVICES COOP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $30,842 | HOSPITAL CENTRAL SERVICES COOP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $14,577 | HOSPITAL PURCHASING SERVICE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $1,486 | INNOV PUR CONCPTS IPC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $31,869 | Innovative Purchasing Concepts | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $32,374 | Innovative Purchasing Concepts | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $20,274 | Innovative Purchasing Concepts - IPC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $14,100 | Innovative Purchasing Concepts - IPC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $12,561 | Innovative Purchasing Concepts - IPC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $3,160 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $7,735 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $29,216 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $24,243 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $44,309 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $29,579 | INSOURCE HEALTH SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $288 | JOINT PURCHASING CORPORATION | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $536 | JOINT PURCHASING CORPORATION | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $39 | JOINT PURCHASING CORPORATION | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $1,668 | JOINT PURCHASING CORPORATION | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $5,451 | JOINT PURCHASING CORPORATION | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $12,149 | MANAGED HEALTHCARE ASSOCIATES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $7,352 | MANAGED HEALTHCARE ASSOCIATES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $12,891 | MANAGED HEALTHCARE ASSOCIATES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $69,607 | MAYO PHARMACY PURCHASING GROUP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $47,041 | MAYO PHARMACY PURCHASING GROUP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $48,718 | MAYO PHARMACY PURCHASING GROUP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $22,883 | MAYO PHARMACY PURCHASING GROUP | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $347,532 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2002 | $1,374 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $1,238,223 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $1,181,520 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2004 | $2,631 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 2005 | $4,926,771 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2005 | $64,177 | MedAssets HSCA, Inc. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $17,213 | MEDMANAGEMENT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $67,855 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 1997 | $2,889 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $17,676 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $10,476 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $9,345 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2000 | $5,575 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $19,270 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $23,667 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $21,756 | NATIONAL PURCHASING ALLIANCE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $2,315 | NATIONAL PURCHASING ALLIANCE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $1,044 | NATIONAL PURCHASING ALLIANCE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $42 | NATIONAL PURCHASING ALLIANCE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $11,960 | NEW JERSEY HOSPITAL ASSOCIATIO | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $18,661 | NEW JERSEY HOSPITAL ASSOCIATIO | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $1,450,817 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $62,5,646 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2002 | $177,375 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $6,587,834 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $178,423 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2004 | $6,358,578 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $43,901 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $6,413,454 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2005 | $1,204 | Novation LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $574,784 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $479,095 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $765,625 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 1999 | $9,292 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $847,290 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $772,431 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $45,274 | Novation/UHC\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $577,378 | Novation/VHA\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $908,597 | Novation/VHA\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $2,191,006 | Novation/VHA\Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsq\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| A | 1999 | $25,258 | Novation/VHA Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $2,984,659 | Novation/VHA Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2000 | $88,773 | Novation/VHA Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $2,928,265 | Novation/VHA Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $15,331 | Novation/VHA Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $89,042 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $145,664 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $154,364 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $46,796 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $191,284 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $415,722 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $21,727 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $421,679 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $121,524 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $165,083 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $98,791 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $359,641 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $734,809 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $1,246,703 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $1,625,455 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $450,464 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2004 | $4,296 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $1,112,585 | PACT Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $2,154,228 | PACT Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2005 | $2,530 | PACT Acute | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $4,514,165 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2002 | $159,935 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2003 | $10,163,367 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2003 | $37,117 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $11,444,774 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2004 | $93,897 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2005 | $11,558,440 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2005 | $32,510 | PREMIER LLP, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $5,594,156 | PREMIER, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $7,427,298 | PREMIER, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 1998 | $19,115 | PREMIER, INC. | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 1999 | $4,683,438 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $5,687,617 | PREMIER, INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2000 | $7,125 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $7,086,427 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $98,598 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $3,907,068 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2002 | $105,055 | PREMIER INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $17,515 | REGIONAL GROUPS PURCHASING NET | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $1,537 | REGIONAL GROUPS PURCHASING NET | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2004 | $119,798 | RESOURCE OPTIMIZATION & INNOVATION, LLC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $63,377 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $40,199 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $26,920 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $3,522 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $4,809 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $7,120 | SHARED SERVICES HEALTHCARE INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $188,693 | SISTERS OF THE SORROWFUL MOTHE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $151,305 | SISTERS OF THE SORROWFUL MOTHE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $10,160 | SISTERS OF THE SORROWFUL MOTHE | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $6,427 | STRATEGIC PURCHASING INITIATIVES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $2,532 | STRATEGIC PURCHASING INITIATIVES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $790 | STRATEGIC PURCHASING INITIATIVES | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $1,709,166 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $172,730 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $172,102 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $236,426 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2000 | $15,913 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $407,761 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2001 | $118 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2002 | $643,301 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1997 | $35,669 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1998 | $45,405 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| U | 1998 | $421 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 1999 | $73,073 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2000 | $145,963 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| S | 2001 | $153,327 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |

Exhibit G.1

GPO Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| A | 2002 | $98,399 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| A | 2003 | $11,314 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Excluded |
| Total Rebates | | $147,537,727 | | | | |

Exhibit G.2

GPO Rebates From GSK's INST Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_INST_V.txt

| calc_basis_cd | Year | Total Rebates | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| A | 2002 | $96,935 | THE JOHNS HOPKINS HOSPITAL | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 1999 | $46,796 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2001 | $21,727 | OWEN HEALTHCARE | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2000 | $15,913 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2000 | $5,575 | MHA/MEDECON | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2004 | $4,417 | PACT | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 1999 | $2,532 | STRATEGIC PURCHASING INITIATIVES | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2005 | $2,500 | PACT Acute | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2003 | $212 | FIRST CHOICE MANAGEMENT SERVICES | GPO | GROUP PURCHASING ORGANIZATION | Included |
| A | 2001 | $118 | TENET HEALTHSYSTEM MEDICAL INC | GPO | GROUP PURCHASING ORGANIZATION | Included |
| Total Rebates | | $196,726 | | | | |