Exhibit H.1
Nursing Home, Hospital, Long Term Care and Staff Model HMO Rebates From GSK's CUST Table
Improperly Excluded From Dr. Gaier's Analysis
Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 1999 | 0 | $12,898 | HOSP-CITY/CNTY/STATE | H0000026349 | UNIV OF TN BOWLD HO | Excluded |
| 1998 | 0 | $65,038 | NRS HM/LNG TRM CARE | H0000105143 | MAXOR NATIONAL PHARM | Excluded |
| 1998 | 0 | $72,320 | NRS HM/LNG TRM CARE | H0000105143 | MAXOR NATIONAL PHARM | Excluded |
| 1998 | 0 | $128,337 | STAFF MODEL HMO | H0000033978 | DEANCARE HEALTH PLAN | Excluded |
| 1998 | 0 | $120,133 | STAFF MODEL HMO | H0000818407 | SPECTRUM HEALTH SERV | Excluded |
| 1998 | 0 | $73,528 | STAFF MODEL HMO | H0000011021 | METRO HEALTH ORGANIZ | Excluded |
| 1998 | 0 | $36,229 | STAFF MODEL HMO | H0000009130 | HENRY FORD MEDICAL C | Excluded |
| 1998 | 0 | $30,624 | STAFF MODEL HMO | H0000029003 | HEALTH CENTER EAST | Excluded |
| 1998 | 0 | $26,198 | STAFF MODEL HMO | H0000030077 | FALLON CLINIC PHCY | Excluded |
| 1998 | 0 | $15,801 | STAFF MODEL HMO | H0000058160 | UNION PACIFIC RR EMP | Excluded |
| 1998 | 0 | $10,233 | STAFF MODEL HMO | H0000058027 | SCOTT & WHITE HLTH | Excluded |
| 1998 | 0 | $10,038 | STAFF MODEL HMO | H0000011654 | CAC UNITED HLTHCARE | Excluded |
| 1998 | 0 | $8,333 | STAFF MODEL HMO | H0000065289 | MEDICENTER INC | Excluded |
| 1998 | 0 | $8,290 | STAFF MODEL HMO | H0000008715 | GHC LYNNWOOD CLINIC | Excluded |
| 1998 | 0 | $7,147 | STAFF MODEL HMO | H0000030949 | FALLON PHARMACY | Excluded |
| 1998 | 0 | $6,858 | STAFF MODEL HMO | H0000051689 | GRAND VALLEY HEALTH | Excluded |
| 1998 | 0 | $6,465 | STAFF MODEL HMO | H0000051033 | BLUECARE NETWORK-HFA | Excluded |
| 1998 | 0 | $6,274 | STAFF MODEL HMO | H8020978801 | EXEMPLA SOUTH BROADW | Excluded |
| 1998 | 0 | $5,213 | STAFF MODEL HMO | H0000034608 | KANSAS MEDICAL CLINI | Excluded |
| 1998 | 0 | $5,834 | STAFF MODEL HMO | H0000026028 | UNION PACIFIC RR EMP | Excluded |
| 1998 | 0 | $4,285 | STAFF MODEL HMO | H0000054749 | TEAMSTER UNION/PLAZA | Excluded |
| 1998 | 0 | $3,615 | STAFF MODEL HMO | H0000028658 | HARVARD VANGUARD MED | Excluded |
| 1998 | 0 | $3,381 | STAFF MODEL HMO | H0000025773 | WINSTON-SALEM HEALTH | Excluded |
| 1998 | 0 | $2,948 | STAFF MODEL HMO | H0000033598 | BLUE CARE NETWORK/OF | Excluded |
| 1998 | 0 | $2,718 | STAFF MODEL HMO | H0000033595 | BLUE CARE NETWORK-LA | Excluded |
| 1998 | 0 | $1,847 | STAFF MODEL HMO | H0000033332 | FLORIDA HEALTH CARE | Excluded |
| 1998 | 0 | $1,431 | STAFF MODEL HMO | H0000094624 | JOSEPH WILSON HLTH | Excluded |
| 1998 | 0 | $730 | STAFF MODEL HMO | H0000057364 | CORPORATE PHARMACY S | Excluded |
| 1998 | 0 | $583 | STAFF MODEL HMO | H0000058005 | ACIPCO HEALTH SERVIC | Excluded |
| 1998 | 0 | $577 | STAFF MODEL HMO | H0000057979 | OLSHIN-NYSA-ILA MED | Excluded |
| 1998 | 0 | $501 | STAFF MODEL HMO | H0000068424 | NY TRADES HEALTH GEN | Excluded |
| 1999 | 0 | $580,764 | STAFF MODEL HMO | H0000033611 | GROUP HEALTH INC | Excluded |
| 1999 | 0 | $188,008 | STAFF MODEL HMO | H0000818407 | SPECTRUM HEALTH SERV | Excluded |
| 1999 | 0 | $150,259 | STAFF MODEL HMO | H0000033978 | DEANCARE HEALTH PLAN | Excluded |

1 of 3

Exhibit H.1

Nursing Home, Hospital, Long Term Care and Staff Model HMO Rebates From GSK's CUST Table

Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\GSK\AG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 1999 | 0 | $46,725 | STAFF MODEL HMO | H0000010654 | CAC-UNITED HLTHCARE | Excluded |
| 1999 | 0 | $37,407 | STAFF MODEL HMO | H0000011021 | METRO HEALTH ORGANIZ | Excluded |
| 1999 | 0 | $23,488 | STAFF MODEL HMO | H0000030674 | METRO HEALTH | Excluded |
| 1999 | 0 | $22,140 | STAFF MODEL HMO | H0000058027 | SCOTT & WHITE HLTH P | Excluded |
| 1999 | 0 | $17,809 | STAFF MODEL HMO | H0000036028 | UNION PACIFIC RR EMP | Excluded |
| 1999 | 0 | $13,284 | STAFF MODEL HMO | H0000025569 | HENRY FORD MED CENTE | Excluded |
| 1999 | 0 | $10,591 | STAFF MODEL HMO | H0000008713 | CHCLYN WOOD CLINIC | Excluded |
| 1999 | 0 | $7,540 | STAFF MODEL HMO | H0000030077 | FALLON CLINIC PHCY | Excluded |
| 1999 | 0 | $6,922 | STAFF MODEL HMO | H0000026658 | HARVARD VANGUARD MED | Excluded |
| 1999 | 0 | $6,186 | STAFF MODEL HMO | H0000033332 | FLORIDA HEALTH CARE | Excluded |
| 1999 | 0 | $3,841 | STAFF MODEL HMO | H0000024624 | JOSEPH WILSON HLTH | Excluded |
| 1999 | 0 | $2,671 | STAFF MODEL HMO | H0000051689 | GRAND VALLEY HEALTH | Excluded |
| 1999 | 0 | $2,660 | STAFF MODEL HMO | H0000052894 | MEDI CENTER INC | Excluded |
| 1999 | 0 | $1,698 | STAFF MODEL HMO | H0000034608 | KANSAS MEDICAL CLINI | Excluded |
| 1999 | 0 | $1,591 | STAFF MODEL HMO | H0000057264 | CORPORATE PHARMACY'S | Excluded |
| 1999 | 0 | $779 | STAFF MODEL HMO | H0000025075 | THE WELLNESS PLAN | Excluded |
| 1999 | 0 | $694 | STAFF MODEL HMO | H0000028469 | PATUXENT MEDICAL GRO | Excluded |
| 1999 | 0 | $615 | STAFF MODEL HMO | H0000102692 | GRAND VALLEY HEALTH | Excluded |
| 1999 | 0 | $528 | STAFF MODEL HMO | H3201773301 | FLORIDA HLTH CARE PL | Excluded |
| 2000 | 0 | $504,767 | STAFF MODEL HMO | H0000023266 | HEALTH PARTNERS STAF | Excluded |
| 2000 | 0 | $251,629 | STAFF MODEL HMO | H0000039978 | DEANCARE HEALTH PLAN | Excluded |
| 2000 | 0 | $210,877 | STAFF MODEL HMO | H0000011021 | METRO HEALTH ORGANIZ | Excluded |
| 2000 | 0 | $157,663 | STAFF MODEL HMO | H0000064965 | KAISER NORTHERN CALI | Excluded |
| 2000 | 0 | $134,445 | STAFF MODEL HMO | H0000085249 | HEALTHPARTNERS IPA | Excluded |
| 2000 | 0 | $114,018 | STAFF MODEL HMO | H0000072405 | IHC HEALTH PLAN | Excluded |
| 2000 | 0 | $79,822 | STAFF MODEL HMO | H0000018407 | SPECTRUM HEALTH SERV | Excluded |
| 2000 | 0 | $55,508 | STAFF MODEL HMO | H0000063307 | KAISER GRP SEATTLE S | Excluded |
| 2000 | 0 | $38,906 | STAFF MODEL HMO | H0000031654 | CAC UNITED HLTHCARE | Excluded |
| 2000 | 0 | $29,299 | STAFF MODEL HMO | H0000033332 | FLORIDA HEALTH CARE | Excluded |
| 2000 | 0 | $27,273 | STAFF MODEL HMO | H0000026028 | UNION PACIFIC RR EMP | Excluded |
| 2000 | 0 | $19,257 | STAFF MODEL HMO | H0000028459 | PATUXENT MEDICAL GRO | Excluded |
| 2000 | 0 | $17,422 | STAFF MODEL HMO | H0000025297 | FAMILY HEALTH PLAN | Excluded |
| 2000 | 0 | $14,933 | STAFF MODEL HMO | H0000030077 | FALLON CLINIC PHCY | Excluded |
| 2000 | 0 | $14,392 | STAFF MODEL HMO | H0000064956 | KAISER SOUTHERN CALI | Excluded |

Exhibit H.1

Nursing Home, Hospital, Long Term Care and Staff Model HMO Rebates From GSK's CUST Table

Improperly Excluded From Dr. Gaier's Analysis

Source File: Z:\(GSKAG-0035644\1997_2005_Data\IMHC\HIGHLY_CONFIDENTIAL_TCUSTGATS.txt

| Year | Total Sales Amount | Total Rebate Amount | Trade Class Description | Customer Number | Customer Name | Included or Excluded in Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| 2000 | 0 | $13,387 | STAFF MODEL HMO | H0000064963 | KAISER COLORADO REGI | Excluded |
| 2000 | 0 | $13,074 | STAFF MODEL HMO | H0000064964 | KAISER GEORGIA REGIO | Excluded |
| 2000 | 0 | $10,709 | STAFF MODEL HMO | H0000058027 | SCOTT & WHITE HLTH P | Excluded |
| 2000 | 0 | $10,514 | STAFF MODEL HMO | H0000062736 | KAISER MID ATLANTIC | Excluded |
| 2000 | 0 | $8,888 | STAFF MODEL HMO | H3201773301 | FLORIDA HLTH CARE PL | Excluded |
| 2000 | 0 | $7,664 | STAFF MODEL HMO | H0000028658 | HARVARD VANGUARD MED | Excluded |
| 2000 | 0 | $6,088 | STAFF MODEL HMO | H0000021388 | CAC PAN AMERICAN | Excluded |
| 2000 | 0 | $6,329 | STAFF MODEL HMO | H0000073992 | GROUP HEALTH COOPERA | Excluded |
| 2000 | 0 | $5,411 | STAFF MODEL HMO | H0000034608 | KANSAS MEDICAL CLINI | Excluded |
| 2000 | 0 | $5,250 | STAFF MODEL HMO | H0000024624 | JOSEPH WILSON HLTH. | Excluded |
| 2000 | 0 | $3,935 | STAFF MODEL HMO | H0000062744 | KAISER OHIO REGION | Excluded |
| 2000 | 0 | $2,637 | STAFF MODEL HMO | H0000072082 | LIFETIME HEALTH PHCY | Excluded |
| 2000 | 0 | $2,596 | STAFF MODEL HMO | H0000025076 | THE WELLNESS PLAN | Excluded |
| 2000 | 0 | $2,318 | STAFF MODEL HMO | H0000062773 | KAISER HAWAII REGION | Excluded |
| 2000 | 0 | $885 | STAFF MODEL HMO | H0000034607 | COLUMBIA MED PLAN/TW | Excluded |
| 2001 | 0 | $478,607 | STAFF MODEL HMO | H0000064965 | KAISER NORTHERN CALI | Excluded |
| 2001 | 0 | $268,508 | STAFF MODEL HMO | H0000085299 | HEALTH PARTNERS IPA | Excluded |
| 2001 | 0 | $77,955 | STAFF MODEL HMO | H0000033978 | DEANCARE HEALTH PLAN | Excluded |
| 2001 | 0 | $71,176 | STAFF MODEL HMO | H0000011021 | METRO HEALTH ORGANIZ | Excluded |
| 2001 | 0 | $61,297 | STAFF MODEL HMO | H0000023266 | HEALTH PARTNERS STAF | Excluded |
| 2001 | 0 | $34,063 | STAFF MODEL HMO | H0000818907 | SPECTRUM HEALTH SERV | Excluded |
| 2001 | 0 | $19,491 | STAFF MODEL HMO | H0000817161 | SCOTT AND WHITE HEAL | Excluded |
| 2001 | 0 | $18,559 | STAFF MODEL HMO | H0000026928 | UNION PACIFIC RR EMP | Excluded |
| 2001 | 0 | $12,801 | STAFF MODEL HMO | H3201773301 | FLORIDA HLTH CARE PL | Excluded |
| 2001 | 0 | $11,311 | STAFF MODEL HMO | H0000072082 | LIFETIME HEALTH PHCY | Excluded |
| 2001 | 0 | $11,833 | STAFF MODEL HMO | H0000021388 | CAC PAN AMERICAN | Excluded |
| 2001 | 0 | $11,947 | STAFF MODEL HMO | H0000039077 | FALLON CLINIC PHCY | Excluded |
| 2001 | 0 | $3,086 | STAFF MODEL HMO | H0000028658 | HARVARD VANGUARD MED | Excluded |
| 2001 | 0 | $2,719 | STAFF MODEL HMO | H7777703752 | HARVARD VANGUARD MED | Excluded |
| 2001 | 0 | $2,206 | STAFF MODEL HMO | H0000049139 | HARVARD VANGUARD MED | Excluded |
| 2001 | 0 | $1,222 | STAFF MODEL HMO | H0000025075 | THE WELLNESS PLAN | Excluded |
| Total Rebates | | $4,665,374 | | | | |

Exhibit H.2

Retail Wholesaler, Nursing Home, Hospital, Long Term Care and Staff Model HMO
Rebates From GSK's HLDR Table Improperly Excluded From Dr. Gaier's Analysis

Source File: \\syndevsql\e$\GSK\AG-0035644\1997_2005_Data\ORS\HIGHLY_CONFIDENTIAL_CN_REB_FEE_HLDR_V.txt

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1998 | $507 | ACADEMY OF INDEPENDENT PHARMACIES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $5,678 | ACADEMY OF INDEPENDENT PHARMACIES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $16,262 | ACADEMY OF INDEPENDENT PHARMACIES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $4,043 | AKRON GENERAL MEDICAL CENTER | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $21,539 | AKRON GENERAL MEDICAL CENTER | HOSPITAL | HOSPITAL | Excluded |
| U | 2000 | $607 | ALABAMA PHARMACY COOP | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $36,280 | ALLEGHENY GENERAL HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $3,559 | ALLEGHENY GENERAL HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $27,203 | AmeriNet / Health Alliance of Greater Cincinnati | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1998 | $37,912 | AmeriNet / Health Alliance of Greater Cincinnati | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1999 | $4,148 | AmeriNet / Health Alliance of Greater Cincinnati | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 2005 | $9,838 | AMERINET LONG TERM CARE | LTC | Long Term Care | Excluded |
| S | 2004 | $1,188 | AmeriNet LTC Non-OLM | NH | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $1,756 | AmeriNet LTC Non-OLM | NH | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $23,074 | AMERISOURCE / FAMILY PHARMACY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $26,560 | AMERISOURCE / FAMILY PHARMACY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $2,622 | AMERISOURCE CORPORATION | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2005 | $21,597 | ARMADA HEALTHCARE CORP LLC | LTC | Long Term Care | Excluded |
| U | 1998 | $256 | ASSOCIATED PHARMACIES INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $587 | ASSOCIATED PHARMACIES INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $805 | AULTMAN HOSPITAL ASSOCIATION | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $2,870 | AULTMAN HOSPITAL ASSOCIATION | HOSPITAL | HOSPITAL | Excluded |
| U | 1998 | $2,787 | BELLCO DRUG CORPORATION | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $356 | BELLCO DRUG CORPORATION | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $923 | BELLCO DRUG CORPORATION | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,062 | BINDLEY WESTERN INDUSTRIES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $182 | BINDLEY WESTERN INDUSTRIES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $144,136 | BRIGHAM AND WOMEN'S HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $9,197 | BRIGHAM AND WOMEN'S HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2002 | $8,216 | Broadlane, Inc. | NH | NURSING HOME PROVIDER | Excluded |
| S | 2003 | $48,831 | Broadlane, Inc. | NH | NURSING HOME PROVIDER | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| s | 2004 | $142,646 | Broadlane, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2005 | $207,074 | Broadlane, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $2,237 | BURLINGTON DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $2,624 | BURLINGTON DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $242 | BURLINGTON DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $23,846 | CARDINAL/DRUG FAIR | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $4,759 | CARDINAL/DRUG FAIR | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $360 | CARDINAL/DRUG FAIR | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $11,719 | CARDINAL/MSI | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $5,918 | CARDINAL/MSI | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $4,644 | CARE DRUG CENTERS | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $17,062 | CARE DRUG CENTERS | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $650 | CARE DRUG CENTERS | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| s | 1997 | $74,000 | CEDARS SINAI MEDICAL CTR DBA | HOSPITAL | HOSPITAL | Excluded |
| s | 1998 | $51,417 | CEDARS SINAI MEDICAL CTR DBA | HOSPITAL | HOSPITAL | Excluded |
| s | 2002 | $105,420 | CHPC | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2003 | $528,149 | CHPC | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2004 | $879,509 | CHPC | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2005 | $1,017,072 | CHPC | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2002 | $105,420 | CHPPS | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2003 | $528,149 | CHPPS | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2004 | $879,509 | CHPPS | NHP | NURSING HOME PROVIDER | Excluded |
| s | 2005 | $1,017,072 | CHPPS | NHP | NURSING HOME PROVIDER | Excluded |
| s | 1997 | $5,323 | CLARIAN HEALTH PARTNERS METHOD | HOSPITAL | HOSPITAL | Excluded |
| s | 1998 | $433 | CLARIAN HEALTH PARTNERS METHOD | HOSPITAL | HOSPITAL | Excluded |
| s | 1998 | $2,164 | Daron Health Partners | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| s | 1998 | $28,708 | COLUMBIA MEDICAL PLAN | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 1999 | $35,809 | COLUMBIA MEDICAL PLAN | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 2000 | $65,310 | COLUMBIA MEDICAL PLAN | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 2001 | $10,436 | COLUMBIA MEDICAL PLAN | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 2005 | $21,340 | Consorta | LTC | Long Term Care | Excluded |
| s | 1999 | $12,568 | Corporate Health Dimensions | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 2000 | $18,918 | Corporate Health Dimensions | STAFFHMO | STAFF MODEL HMO | Excluded |
| s | 2001 | $20,913 | Corporate Health Dimensions | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2001 | $7,595 | Corporate Health Dimensions | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $3,600 | D & K WHOLESALE DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $1,074 | D & K WHOLESALE DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1999 | $2,401 | DAKOTA DRUG, INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $403 | DAKOTA DRUG, INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $52,889 | DANA-FARBER CANCER INSTITUTE | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $111,454 | DANA-FARBER CANCER INSTITUTE | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $13,393 | DANA-FARBER CANCER INSTITUTE | HOSPITAL | HOSPITAL | Excluded |
| U | 1998 | $823 | DIVERSIFIED HEALTHCARE INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $596 | DIVERSIFIED HEALTHCARE INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $363 | DIVERSIFIED HEALTHCARE INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $1,793 | DOMINICK'S/SAFEWAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $4,062 | DOMINICK'S/SAFEWAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $1,510 | DOMINICK'S/SAFEWAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $1,688 | DOT CONNECT | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $665 | DOT CONNECT | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $623 | DOT CONNECT | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $8,845 | F DOHMEN COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2001 | $3,472 | FALLON CLINIC | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $22,936 | FALLON CLINIC | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $976 | Florida Health Care Plans, Inc. | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2004 | $250 | Florida Health Care Plans, Inc. | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2005 | $22,708 | Florida Health Care Plans, Inc. | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1997 | $15,334 | FOSTER G. MCGAW | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $1,837 | FOSTER G. MCGAW | HOSPITAL | HOSPITAL | Excluded |
| U | 2001 | $118,031 | Geisinger Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $320,127 | Geisinger Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1997 | $88,807 | GeriMed | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2003 | $55,170 | GeriMed, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2004 | $537,777 | GeriMed, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $1,057,346 | GeriMed, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| U | 2002 | $184,579 | Group Health Cooperative HMO | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2003 | $298,864 | Group Health Cooperative HMO | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2004 | $210,326 | Group Health Cooperative HMO | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2005 | $225,552 | Group Health Cooperative HMO | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $2,352 | Harvard Pilgrim Health Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2000 | $1,758 | Harvard Pilgrim Health Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $20,410 | Harvard Pilgrim Health Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $650 | HD SMITH WHOLESALE DRUG CO | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $368 | HD SMITH WHOLESALE DRUG CO | RETAIL WHL | RETAIL WHOLESALER | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 2004 | $1,886 | Health Care Purchasing Agency | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $546 | Health Care Purchasing Agency | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2000 | $1,161 | Healthworks, Inc. | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 2001 | $5,060 | Healthworks, Inc. | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 2002 | $575 | Healthworks, Inc. | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| U | 1999 | $397 | INDEPENDENT DRUG (ZO) | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $51,988 | INDEPENDENT PHARMACY COOP | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $172,106 | INDEPENDENT PHARMACY COOP | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $5,493 | INDEPENDENT PHARMACY COOP | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2003 | $51,502 | INNOVATIX LONG TERM CARE | NHP | NURSING HOME PROVIDER | Excluded |
| A | 2004 | $16,088 | INNOVATIX LONG TERM CARE | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2004 | $256,432 | INNOVATIX LONG TERM CARE | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $480,819 | INNOVATIX LONG TERM CARE | NHP | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $40,453 | IPA | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $68,617 | IPA | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $2,553 | IPA | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,137 | JAMES BRUDNICK COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $503 | JAMES BRUDNICK COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $2,772 | JEWETT DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2005 | $279 | Joint Purchasing Corporation LLC | NHP | NURSING HOME PROVIDER | Excluded |
| U | 2001 | $173,970 | Kaiser | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $678,922 | Kaiser | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2003 | $72,015 | Kaiser | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2004 | $326,121 | Kaiser | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2005 | $317,221 | Kaiser | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2001 | $1,129,017 | KAISER PERMANENTE | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2002 | $2,796,551 | KAISER PERMANENTE | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2003 | $949,682 | Kaiser Permanente | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2004 | $5,886,795 | Kaiser Permanente | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2005 | $9,568,429 | Kaiser Permanente | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $15,949 | KEYSTONE PHARMACY PURCHASING ALLIANCE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $291 | KEYSTONE PHARMACY PURCHASING ALLIANCE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $181 | KING DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $70,903 | KINRAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,386 | KINRAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $456 | KINRAY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $1,656 | LEGEND PHARMACIES SOUTHWEST | RETAIL WHL | RETAIL WHOLESALER | Excluded |

| calc. basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 1999 | $611 | LEGEND PHARMACIES SOUTHWEST | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $10,114 | LEHIGH VALLEY HOSP CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $2,890 | LIFESPAN | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| U | 2001 | $11,253 | Lifetime Health | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $9,025 | Lifetime Health | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1998 | $124 | LOUISIANA WHOLESALE DRUG CO. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $723 | LOUISIANA WHOLESALE DRUG CO. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,203 | M SOBEL INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $459 | M SOBEL INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2002 | $3,315 | MANAGED HEALTHCARE ASSOCIATES | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2002 | $89,979 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2003 | $2,187,465 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| A | 2003 | $2,031 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| A | 2004 | $3,799,205 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| A | 2004 | $391,427 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $6,066,792 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| A | 2005 | $1,276 | MANAGED HEALTHCARE ASSOCIATES LTC | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1997 | $335,013 | Managed Healthcare Associates, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1997 | $39,966 | Managed Healthcare Associates, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| A | 1998 | $16,288 | MARYLAND PROFESSIONAL PHARMACIES INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $34,006 | MARYLAND PROFESSIONAL PHARMACIES INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2000 | $3,289 | MARYLAND PROFESSIONAL PHARMACIES INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $701 | MASSACHUSETTS GEN HOSP | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $6,900 | Massachusetts Institute of Technology | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2002 | $7,791 | Massachusetts Institute of Technology | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2003 | $3,198 | Massachusetts Institute of Technology | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1998 | $10,030 | MCKESSON DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $6,016 | MCQUEARY BROS. DRUG CO. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2001 | $99,180 | MedAssets HSCA, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2004 | $203,287 | MedAssets HSCA, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $255,973 | MedAssets HSCA, Inc. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1997 | $164 | MEMORIAL HOSPITAL OF RI | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $311 | MEMORIAL HOSPITAL OF RI | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $5,123 | METHODIST HOSPITAL OF INDIANA | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $233 | METHODIST HOSPITAL OF INDIANA | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $40 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $568 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 1999 | $1,122 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $540 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 2001 | $1,286 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 2002 | $938 | MIDWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| U | 1999 | $829 | NC MUTUAL | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $912 | NC MUTUAL | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $219,254 | NEUMAN DISTRIBUTORS, INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $57,755 | NEUMAN DISTRIBUTORS, INC. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $13,060 | NEW ENGLAND MEDICAL CTR HOS | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $6,951 | NEW ENGLAND MEDICAL CTR HOS | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $5,663 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $6,854 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $4,092 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $4,371 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $38,537 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $6,667 | NEW YORK PRESBYTERIAN HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| U | 1998 | $2,118 | NORTH EAST PHARMACY SERVICES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $367 | NORTH EAST PHARMACY SERVICES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $172 | NORTH EAST PHARMACY SERVICES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| A | 1998 | $1,362 | NORWALK HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $2,862 | NORWALK HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $7,237 | NORWALK HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2001 | $1,262 | NORWALK HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2005 | $18,822 | NOVATION LLC | LTC | Long Term Care | Excluded |
| S | 1997 | $50,857 | Nursing Home Purchasing Agency | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1998 | $277 | NYSA-ILA | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1999 | $5,049 | NYSA-ILA | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1998 | $5,649 | NYU MEDICAL CENTER-PHARMACY | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $570 | NYU MEDICAL CENTER-PHARMACY | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $5,649 | NYU MEDICAL CENTER-TISCH Hospital | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $570 | NYU MEDICAL CENTER-TISCH Hospital | HOSPITAL | HOSPITAL | Excluded |
| U | 2001 | $20,459 | PANYAM C&C MEDICAL CENTERS | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1997 | $5,406 | PENNA HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $17,772 | PENNA HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 2004 | $24,479 | Pharmaceutical Buyers Inc | NHP | NURSING HOME PROVIDER | Excluded |
| S | 2005 | $87,752 | Pharmaceutical Buyers Inc | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1997 | $22,865 | Pharmaceutical Buyers Inc. | NHP | NURSING HOME PROVIDER | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| U | 1999 | $2,933 | PHARMACY BUSINESS ASSOCIATE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2000 | $203 | PHARMACY BUSINESS ASSOCIATE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2004 | $3,517 | Pharmacy Dynamic Management Inc-PDM | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2005 | $10,923 | Pharmacy Dynamic Management Inc-PDM | NHP | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $2,309 | PHARMACY PROVIDERS OF OKLAHOMA | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $508 | PHARMACY PROVIDERS OF OKLAHOMA. | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 2003 | $101,656 | PHARMERICA, INC. | NHP | NURSING HOME PROVIDER | Excluded |
| S | 1998 | $123,502 | PREMIER | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2005 | $21,550 | PREMIER, INC. | LTC | Long Term Care | Excluded |
| S | 2005 | $21,550 | PREMIER, INC. | NHP | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $9,222 | REMO DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $2,311 | REMO DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $869 | REMO DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $280 | ROCHESTER DRUG COOPERATIVE INC | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $8,486 | RX MED | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $903 | RX MED | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $887 | RX MED | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1998 | $6,462 | SALEM HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $7,938 | SCOTT & WHITE | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1999 | $476 | SCOTT & WHITE | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| U | 2000 | $211,288 | Scott & White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2001 | $334,801 | Scott & White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2002 | $96,872 | Scott & White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1997 | $29,363 | Scott and White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1998 | $171,426 | Scott and White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $300,397 | Scott and White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2000 | $49,711 | Scott and White Health Plan | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1998 | $43,085 | SERVALL | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $30,626 | SERVALL | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $28,764 | SERVALL | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $4,998 | SISTERS OF CHARITY OF THE INCA | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1998 | $1,495 | SISTERS OF CHARITY OF THE INCA | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| U | 1998 | $864 | SMITH WHOLESALE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,696 | SMITH WHOLESALE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $319 | SMITH WHOLESALE | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1999 | $7,717 | SOUTHWESTERN REGIONAL MED CTR. | HOSPITAL | HOSPITAL | Excluded |
| S | 2000 | $10,710 | SOUTHWESTERN REGIONAL MED CTR. | HOSPITAL | HOSPITAL | Excluded |

| calc_basis_cd | Year | Rebate Amount | Business Name | Business Type Code | Business Type Description | Included or Excluded from Dr. Gaier's Net Price Analysis |
|---|---|---|---|---|---|---|
| S | 2001 | $6,664 | SOUTHWESTERN REGIONAL MED CTR | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $3,897 | ST JUDE CHILDRENS RESEARCH HOS | HOSPITAL | HOSPITAL | Excluded |
| U | 2002 | $7,349 | Teamsters | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 2003 | $1,969 | Teamsters | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2000 | $9,149 | Teamsters Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2001 | $13,149 | Teamsters Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 2002 | $4,032 | Teamsters Care | STAFFHMO | STAFF MODEL HMO | Excluded |
| S | 1997 | $14,509 | TENET HEALTH SYSTEM MEDICAL, N | NHP | NURSING HOME PROVIDER | Excluded |
| U | 1998 | $4,265 | TEXAS DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $271 | TEXAS DRUG COMPANY | RETAIL WH | RETAIL WHOLESALER | Excluded |
| S | 1998 | $16,290 | THE HEALTH CARE PLAN INC | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1997 | $14,732 | THE HITCHCOCK CLINICS | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1998 | $13,504 | THE HITCHCOCK CLINICS | HOSP SYS | HOSPITAL SYSTEM | Excluded |
| S | 1998 | $298 | The Valley Hospital | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $14,790 | UAB HEALTH SYSTEM | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $664 | UNION HOSPITAL | HOSPITAL | HOSPITAL | Excluded |
| S | 1999 | $6,371 | UNITED DRUG STORES | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $6,254 | UNITED DRUG STORES | RETAIL WH | RETAIL WHOLESALER | Excluded |
| U | 1998 | $1,699 | VALLEY DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $1,385 | VALLEY DRUG | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $1,446 | VALUE DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1999 | $243 | VALUE DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| S | 1997 | $2,893 | WAKEMED | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $1,290 | WAKEMED | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $2,893 | WAKEMED  RALEIGH CAMPUS | HOSPITAL | HOSPITAL | Excluded |
| U | 1998 | $1,290 | WAKEMED RALEIGH CAMPUS | HOSPITAL | HOSPITAL | Excluded |
| S | 1997 | $2,893 | WAKEMEDRALEIGH CAMPUS | HOSPITAL | HOSPITAL | Excluded |
| S | 1998 | $1,290 | WAKEMEDRALEIGH CAMPUS | HOSPITAL | HOSPITAL | Excluded |
| U | 1999 | $11,887 | WALSH LUMPKIN DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 2000 | $3,688 | WALSH LUMPKIN DRUG COMPANY | RETAIL WHL | RETAIL WHOLESALER | Excluded |
| U | 1998 | $145 | WINSTON SALEM HEALTHCARE | STAFFHMO | STAFF MODEL HMO | Excluded |
| U | 1999 | $164 | WINSTON SALEM HEALTHCARE | STAFFHMO | STAFF MODEL HMO | Excluded |

**Total Rebates**   $48,071,663