| Exhibit I | | | |
|---|---|---|---|
| Summary Table of Total Rebates For Exhibits D.1 Through H.2 | | | |
| Exhibit | Exhibit No. | Exhibit Description | Rebate Amount |
| D | D.1 | PBM Rebates From GSK's CUST Table | $407,594,131 |
| D | D.2 | PBM Rebates From GSK's HLDR Table | $2,271,365,091 |
| D | D.3 | PBM Rebates From GSK's INST Table | $47,176,460 |
| Combined Exhibit D Total | | | $2,726,135,682 |
| E | E.1 | Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the IMHC Rebate Table | $356,792,103 |
| E | E.2 | Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the HLDR Rebate Table | $1,768,727,069 |
| E | E.3 | Total Rebates Paid to Advance PCS, Caremark, Express Scripts and Medco Entities in the INST Rebate Table | $114,728,943 |
| Combined Exhibit E Total | | | $2,240,248,115 |
| F | F.1 | IPA/PPO Rebates From GSK's CUST Table | $92,504,913 |
| F | F.2 | IPA Rebates From GSK's HLDR Table | $1,294,430,431 |
| F | F.3 | IPA Rebates From GSK's INST Table | $47,176,460 |
| Combined Exhibit F Total | | | $1,434,111,804 |
| G | G.1 | GPO Rebates From GSK's HLDR Table | $147,537,727 |
| G | G.2 | GPO Rebates From GSK's INST Table | $196,726 |
| Combined Exhibit G Total | | | $147,734,453 |
| H | H.1 | Nursing Home, Hospital, Long Term Care and Staff Model HMO Rebates From GSK's CUST Table | $4,665,374 |
| H | H.2 | Retail Wholesaler, Nursing Home, Hospital, Long Term Care and Staff Model HMO Rebates From GSK's HLDR Table | $48,071,663 |
| Combined Exhibit H Total | | | $52,737,037 |
| Total Rebates (Excluding Exhibit E, as it is a subset of Exhibit D) | | | $4,360,718,976 |