# Plaintiffs' Response to GSK Statement of Undisputed Facts

# EXHIBIT C

**Isaacs, Marilynne**

| From: | Nielsen, Alisha on behalf of Morgan, Kay |
|---|---|
| Sent: | Monday, March 25, 2002 9:41 AM |
| To: | Isaacs, Marilynne |
| Subject: | F&C   FW: FW: Turnaround Document |

FDB.KPM.A00007.TA
D.rtf

Hello Marilyn,
Please copy the e-mail portion too, since it references pages 4 & 5.  Then, pass it on to Rene.
thank you!

Alisha

-----Original Message-----

| From: | **Gerard.J.Taglianetti@gsk.com [mailto:Gerard.J.Taglianetti@gsk.com]** |
|---|---|
| Sent: | Monday, March 25, 2002 5:08 AM |
| To: | Morgan, Kay |
| Subject: | Re: FW: Turnaround Document |



Thank you.

"Morgan, Kay" <Kay_Morgan@firstdatabank.com> on 03/24/2002 01:14:09 PM

| To: | "'Gerard.J.Taglianetti@gsk.com'" <Gerard.J.Taglianetti@gsk.com> |
|---|---|
| cc: | |
| Subject: | FW: Turnaround Document |

As requested.  The new AWPs for Requip are on pages 4 and 5.

Kay

-----Original Message-----

| From: | **Mainframe - TAD [mailto:Editorial_Services@firstdatabank.com]** |
|---|---|
| Sent: | Sunday, March 24, 2002 1:53 AM |
| To: | Editorial Services |
| Subject: | Turnaround Document |

<<FDB.KPM.A00007.TAD>> No message text - file transfer only

(See attached file: FDB.KPM.A00007.TAD.rtf)

COPIED/SENT TO F&C
MAR 2 5 2002

RECEIVED
MAR 2 5 2002
012

**HIGHLY CONFIDENTIAL**                                                          **FDB/Alabama 141129**

HIGHLY CONFIDENTIAL

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE    1

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00007-3343-01 RX | COMPAZINE 5MG/ML VIAL | 10.000 ML | $35.48 | $0.00 | $44.35 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3344-15 RX | COMPAZINE SPANSULE 10MG SPANSULE | 50.000 EA | $53.96 | $0.00 | $67.45 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3346-15 RX | COMPAZINE SPANSULE 15MG SPANSULE | 50.000 EA | $80.20 | $0.00 | $100.25 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3352-16 RX | COMPAZINE 5MG/ML VIAL 25'S | 2.000 ML | $183.00 | $0.00 | $228.75 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3360-03 RX | COMPAZINE 2.5MG SUPPOSITORY | 12.000 EA | $25.54 | $0.00 | $31.92 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3361-03 RX | COMPAZINE 5MG SUPPOSITORY | 12.000 EA | $28.37 | $0.00 | $35.46 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3362-03 RX | COMPAZINE 25MG SUPPOSITORY | 12.000 EA | $35.11 | $0.00 | $43.89 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3363-44 RX | COMPAZINE 5MG/5ML SYRUP | 118.000 ML | $19.43 | $0.00 | $24.29 | 01/05/24 |
| | | | | | date of change: __/__/__ | |
| 00007-3366-20 RX | COMPAZINE 5MG TABLET | 100.000 EA | $54.41 | $0.00 | $68.01 | 01/05/24 |
| | | | | | date of change: __/__/__ | |

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT

PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 2

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AMP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00007-3366-21 RX | COMPAZINE 5MG TABLET U-D, S.U.P. | 100.000 EA | $56.70 | $0.00 | $70.88 | 01/05/24 |
| | | | | | date of change: | _/_/_ |
| 00007-3367-20 RX | COMPAZINE 10MG TABLET | 100.000 EA | $81.79 | $0.00 | $102.24 | 01/05/24 |
| | | | | | date of change: | _/_/_ |
| 00007-3367-21 RX | COMPAZINE 10MG TABLET U-D, S.U.P. | 100.000 EA | $84.16 | $0.00 | $105.20 | 01/05/24 |
| | | | | | date of change: | _/_/_ |
| 00007-3512-20 RX C-II | DEXEDRINE SPANSULE 5MG SPANSULE | 100.000 EA | $70.20 | $0.00 | $87.75 | 02/01/09 |
| | | | | | date of change: | _/_/_ |
| 00007-3513-20 RX C-II | DEXEDRINE SPANSULE 10MG SPANSULE | 100.000 EA | $87.44 | $0.00 | $109.30 | 02/01/09 |
| | | | | | date of change: | _/_/_ |
| 00007-3514-20 RX C-II | DEXEDRINE SPANSULE 15MG SPANSULE | 100.000 EA | $111.82 | $0.00 | $139.78 | 02/01/09 |
| | | | | | date of change: | _/_/_ |
| 00007-3519-20 RX C-II | DEXEDRINE 5MG TABLET | 100.000 EA | $29.36 | $0.00 | $36.70 | 02/01/09 |
| | | | | | date of change: | _/_/_ |
| 00007-3650-21 RX Color: RED/WHITE | DYAZIDE 37.5/25 CAPSULE U-D,NEW FORMULATION | 100.000 EA | $44.28 | $0.00 | $55.35 | 02/01/09 |
| | | | | | date of change: | _/_/_ |
| 00007-3650-22 RX Color: RED/WHITE | DYAZIDE 37.5/25 CAPSULE NEW FORMULATION | 100.000 EA | $41.90 | $0.00 | $52.38 | 02/01/09 |
| | | | | | date of change: | _/_/_ |

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

FDB/Alabama 141132

(A000007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE    3

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| ================ | ============================== | =============== | ======== | ===== | ======== | ========= |
| 00007-3650-30<br>RX<br>Color:<br>RED/WHITE | DYAZIDE 37.5/25 CAPSULE<br>NEW FORMULATION | 1000.000 EA | $402.59 | $0.00 | $503.23 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4007-20<br>RX | ESKALITH 300MG CAPSULE | 100.000 EA | $16.28 | $0.00 | $20.35 | 00/12/15 |
| | | | | | date of change: __/__/__ | |
| 00007-4007-25<br>RX | ESKALITH 300MG CAPSULE | 500.000 EA | $71.88 | $0.00 | $89.85 | 99/01/06 |
| | | | | | date of change: __/__/__ | |
| 00007-4010-20<br>RX | ESKALITH CR 450MG TABLET SA | 100.000 EA | $41.55 | $0.00 | $51.94 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4139-20<br>RX<br>Color:<br>WHITE<br>Shape:<br>OVAL | COREG 3.125MG TABLET<br>F/C | 100.000 EA | $137.79 | $0.00 | $172.24 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4140-20<br>RX<br>Color:<br>WHITE<br>Shape:<br>OVAL | COREG 6.25MG TABLET<br>F/C | 100.000 EA | $137.79 | $0.00 | $172.24 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4141-20<br>RX<br>Color:<br>WHITE<br>Shape:<br>OVAL | COREG 12.5MG TABLET<br>F/C | 100.000 EA | $137.79 | $0.00 | $172.24 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4142-20<br>RX<br>Color:<br>WHITE<br>Shape:<br>OVAL | COREG 25MG TABLET<br>F/C | 100.000 EA | $137.79 | $0.00 | $172.24 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-4195-18<br>RX<br>Color:<br>WHITE-OFF WHITE<br>Shape:<br>CAPSULE | HALFAN 250MG TABLET | 60.000 EA | $474.00 | $0.00 | $592.50 | 98/09/24 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

FDB/Alabama 141133

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 4

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00007-4201-01 RX | HYCAMTIN 4MG VIAL 5'S,P/F,SUV,INNER | 1.000 EA | $3048.30 | $0.00 | $3810.35 | 01/09/11 |
| | | | | | | date of change: _/_/_ |
| 00007-4201-05 RX - | HYCAMTIN 4MG VIAL 5'S,P/F,SUV,OUTER | 1.000 EA | $3048.30 | $0.00 | $3810.35 | 01/09/11 |
| | | | | | | date of change: _/_/_ |
| 00007-4407-01 RX | ARGATROBAN 100MG/ML VIAL SUV | 2.500 ML | $624.00 | $0.00 | $780.00 | 01/05/24 |
| | | | | | | date of change: _/_/_ |
| 00007-4407-10 RX | ARGATROBAN 100MG/ML VIAL 10'S,SUV | 2.500 ML | $6000.00 | $0.00 | $7500.00 | 00/11/13 |
| | | | | | | date of change: _/_/_ |
| 00007-4471-20 RX | PARNATE 10MG TABLET | 100.000 EA | $52.52 | $0.00 | $65.65 | 01/09/11 |
| | | | | | | date of change: _/_/_ |
| 00007-4840-01 RX | RABIES VACCINE ADSORBED VL | 1.000 EA | $109.99 | $0.00 | $137.50 | 98/08/10 |
| | | | | | | date of change: _/_/_ |
| 00007-4890-14 RX Color: WHITE Shape: PENTAGONAL | REQUIP 0.25MG TABLET U-D,P/C | 30.000 EA | $24.40 | $0.00 | $30.50 | 00/02/05 |
| | | | | | | date of change: _/_/_ |
| 00007-4890-20 RX Color: WHITE Shape: PENTAGONAL | REQUIP 0.25MG TABLET P/C | 100.000 EA | $100.51 | $0.00 | $125.64 | 02/03/19 |
| | | | | | | date of change: _/_/_ |
| 00007-4891-20 RX Color: YELLOW Shape: PENTAGONAL | REQUIP 0.5MG TABLET P/C | 100.000 EA | $100.51 | $0.00 | $125.64 | 02/03/19 |
| | | | | | | date of change: _/_/_ |

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE      5

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00007-4892-14 RX Color: GREEN | REQUIP 1MG TABLET U-D,F/C Shape: PENTAGONAL | 30.000 EA | $24.40 | $0.00 | $30.50 | 00/02/05 |
| 00007-4892-20 RX Color: GREEN | REQUIP 1MG TABLET Shape: PENTAGONAL | 100.000 EA | $100.51 | $0.00 | $125.64 | 02/03/19 |
| | | | | | date of change: __/__/__ | |
| 00007-4893-14 RX Color: YELLOWISH PINK | REQUIP 2MG TABLET U-D,F/C Shape: PENTAGONAL | 30.000 EA | $24.40 | $0.00 | $30.50 | 00/02/05 |
| | | | | | date of change: __/__/__ | |
| 00007-4893-20 RX Color: YELLOWISH PINK | REQUIP 2MG TABLET F/C Shape: PENTAGONAL | 100.000 EA | $100.51 | $0.00 | $125.64 | 02/03/19 |
| | | | | | date of change: __/__/__ | |
| 00007-4894-20 RX Color: BLUE | REQUIP 5MG TABLET F/C Shape: PENTAGONAL | 100.000 EA | $179.48 | $0.00 | $224.35 | 02/03/19 |
| | | | | | date of change: __/__/__ | |
| 00007-4895-20 RX | REQUIP 3MG TABLET FILM-COATED | 100.000 EA | $179.48 | $0.00 | $224.35 | 02/03/19 |
| | | | | | date of change: __/__/__ | |
| 00007-4896-20 RX Color: PALE BROWN | REQUIP 4MG TABLET F/C Shape: PENTAGONAL | 100.000 EA | $179.48 | $0.00 | $224.35 | 02/03/19 |
| | | | | | date of change: __/__/__ | |
| 00007-5060-11 RX | THORAZINE 25MG/ML AMPUL 10'S | 1.000 ML | $77.10 | $0.00 | $96.40 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5061-01 RX | THORAZINE 25MG/ML AMPUL 10'S, INNER | 2.000 ML | $108.90 | $0.00 | $136.10 | 02/01/09 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

FDB/Alabama 141134

HIGHLY CONFIDENTIAL

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE   6

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00007-5061-11 RX | THORAZINE 25MG/ML AMPUL 10'S | 2.000 ML | $108.90 | $0.00 | $136.10 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5062-01 RX | THORAZINE 25MG/ML VIAL | 10.000 ML | $50.14 | $0.00 | $62.68 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5070-03 RX | THORAZINE 25MG SUPPOSITORY | 12.000 EA | $37.75 | $0.00 | $47.19 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5071-03 RX | THORAZINE 100MG SUPPOSITORY | 12.000 EA | $47.80 | $0.00 | $59.75 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5072-44 RX | THORAZINE 10MG/5ML SYRUP | 118.000 ML | $23.28 | $0.00 | $29.10 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5073-20 RX | THORAZINE 10MG TABLET | 100.000 EA | $39.38 | $0.00 | $49.23 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5074-20 RX | THORAZINE 25MG TABLET | 100.000 EA | $53.27 | $0.00 | $66.59 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5076-20 RX | THORAZINE 50MG TABLET | 100.000 EA | $66.49 | $0.00 | $83.11 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00007-5077-20 RX | THORAZINE 100MG TABLET | 100.000 EA | $85.76 | $0.00 | $107.20 | 02/01/09 |
| | | | | | date of change: __/__/__ | |

FDB/Alabama 141135

(A00007)   SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE   7

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|-----|--------------------|--------------|--------|-----|-----|----------------|
| 00007-5079-20 RX | THORAZINE 200MG TABLET | 100.000 EA | $108.96 | $0.00 | $136.20 | 02/01/09 |
| 00007-5500-40 RX | ALBENZA 200MG TABLET | 112.000 EA | $123.64 | $0.00 | $154.55 | 01/09/11 |
| | | | | | date of change: __/__/__ | |
| 00021-4429-00 OTC | PHAZYME 180MG SOFTGEL ULTRA STR,SFTGEL | 12.000 EA | $2.06 | $0.00 | $2.47 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00021-4429-08 OTC | PHAZYME 180MG SOFTGEL ULTRA STR,SFTGEL | 36.000 EA | $5.62 | $0.00 | $6.74 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00021-4429-09 OTC | PHAZYME 180MG SOFTGEL ULTRA STR,SFTGEL | 60.000 EA | $9.16 | $0.00 | $10.99 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00021-4429-12 OTC | PHAZYME 180MG SOFTGEL ULTRA STR,SFTGEL | 100.000 EA | $13.46 | $0.00 | $16.15 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00021-4450-72 OTC | PHAZYME 125MG TABLET CHEW QUICK DISSOLVE | 18.000 EA | $2.86 | $0.00 | $3.43 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00021-4450-80 OTC | PHAZYME 125MG TABLET CHEW QUICK DISSOLVE | 48.000 EA | $6.05 | $0.00 | $7.26 | 01/06/01 |
| | | | | | date of change: __/__/__ | |
| 00029-1525-44 RX | BACTROBAN 2% OINTMENT | 22.000 GM | $34.47 | $0.00 | $43.09 | 02/01/09 |
| | | | | | date of change: __/__/__ | |

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE     8

(A00007) SK BEECHAM PHAR

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-1526-11 RX Color: WHITE/OFF-WHITE | BACTROBAN NASAL 2% OINTMENT 10'S,U-D,SINGLE USE | 1.000 GM | $44.50 | $0.00 | $55.60 | 02/01/09 |
| 00029-1527-22 RX | BACTROBAN 2% CREAM | 15.000 GM | $23.75 | $0.00 | $29.69 | date of change:__/__/__ |
| 00029-1527-25 RX | BACTROBAN 2% CREAM | 30.000 GM | $40.27 | $0.00 | $50.34 | 01/09/11 |
| 00029-3158-18 RX Color: PINK | AVANDIA 2MG TABLET F/C | 60.000 EA | $95.91 | $0.00 | $119.89 | 01/09/11 |
| 00029-3159-13 RX Color: ORANGE | AVANDIA 4MG TABLET Shape: FIVE-SIDED | 30.000 EA | $64.02 | $0.00 | $80.03 | date of change:__/__/__ |
| 00029-3159-18 RX Color: ORANGE | AVANDIA 4MG TABLET F/C Shape: FIVE-SIDED | 60.000 EA | $128.04 | $0.00 | $160.05 | 01/09/11 |
| 00029-3159-20 RX Color: ORANGE | AVANDIA 4MG TABLET F/C Shape: FIVE-SIDED | 100.000 EA | $213.41 | $0.00 | $266.76 | date of change:__/__/__ |
| 00029-3160-13 RX Color: RED-BROWN | AVANDIA 8MG TABLET Shape: FIVE-SIDED | 30.000 EA | $118.48 | $0.00 | $148.10 | 01/09/11 |
| 00029-3160-20 RX Color: RED-BROWN | AVANDIA 8MG TABLET F/C Shape: FIVE-SIDED | 100.000 EA | $394.87 | $0.00 | $493.59 | 01/09/11 |

HIGHLY CONFIDENTIAL

FDB/Alabama 141137

(A00007)   SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE    9

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-3210-13 RX | PAXIL 10MG TABLET U-U | 30.000 EA | $64.95 | $0.00 | $81.19 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3211-13 RX | PAXIL 20MG TABLET U-U | 30.000 EA | $67.77 | $0.00 | $84.71 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3211-20 RX | PAXIL 20MG TABLET | 100.000 EA | $225.95 | $0.00 | $282.44 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3211-21 RX | PAXIL 20MG TABLET U-D | 100.000 EA | $230.56 | $0.00 | $288.20 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3212-13 RX | PAXIL 30MG TABLET U-U | 30.000 EA | $69.82 | $0.00 | $87.27 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3213-13 RX | PAXIL 40MG TABLET U-U | 30.000 EA | $73.75 | $0.00 | $92.19 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-3215-48 RX Flavor: ORANGE | PAXIL 10MG/5ML SUSPENSION | 250.000 ML | $108.07 | $0.00 | $135.09 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-4851-20 RX Color: WHITE | RELAFEN 500MG TABLET Shape: OVAL | 100.000 EA | $119.90 | $0.00 | $149.88 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-4851-21 RX Color: WHITE | RELAFEN 500MG TABLET U-D Shape: OVAL | 100.000 EA | $119.90 | $0.00 | $149.88 | 02/01/09 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

FDB/Alabama 141138

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-4852-20 RX | RELAFEN 750MG TABLET | 100.000 EA | $141.60 | $0.00 | $177.00 | 02/01/09 |
| | | | | | date of change: __/__/__ | |
| 00029-6006-30 RX Color: BLUE/PINK | AMOXIL 250MG CAPSULE | 100.000 EA | $17.28 | $0.00 | $21.60 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6006-32 RX Color: BLUE/PINK | AMOXIL 250MG CAPSULE | 500.000 EA | $82.30 | $0.00 | $102.90 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6007-30 RX Color: BLUE/PINK | AMOXIL 500MG CAPSULE | 100.000 EA | $32.32 | $0.00 | $40.40 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6007-32 RX Color: BLUE/PINK | AMOXIL 500MG CAPSULE | 500.000 EA | $151.92 | $0.00 | $189.90 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6008-18 RX | AMOXIL 125MG/5ML SUSPENSION U-D | 5.000 ML | $0.80 | $0.00 | $1.00 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6008-21 RX | AMOXIL 125MG/5ML SUSPENSION | 80.000 ML | $2.16 | $0.00 | $2.70 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6008-22 RX | AMOXIL 125MG/5ML SUSPENSION | 150.000 ML | $2.85 | $0.00 | $3.55 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6009-18 RX | AMOXIL 250MG/5ML SUSPENSION U-D | 5.000 ML | $0.84 | $0.00 | $1.05 | 91/08/16 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

FDB/Alabama 141139

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6009-21 RX | AMOXIL 250MG/5ML SUSPENSION | 80.000 ML | $3.69 | $0.00 | $4.60 | 91/08/16 |
| 00029-6009-22 RX | AMOXIL 250MG/5ML SUSPENSION | 150.000 ML | $4.90 | $0.00 | $6.10 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6009-23 RX | AMOXIL 250MG/5ML SUSPENSION | 100.000 ML | $4.23 | $0.00 | $5.30 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6010-30 RX Color: CREAM/BROWN | BACTOCILL 250MG CAPSULE | 100.000 EA | $24.40 | $0.00 | $30.50 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6015-30 RX Color: CREAM/BROWN | BACTOCILL 500MG CAPSULE | 100.000 EA | $45.49 | $0.00 | $56.85 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6035-20 RX | AMOXIL 50MG/ML PED DROPS PEDIATRIC | 15.000 ML | $1.43 | $0.00 | $1.80 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6038-39 RX | AMOXIL 50MG/ML PED DROPS PEDIATRIC | 30.000 ML | $2.75 | $0.00 | $3.45 | 91/08/16 |
| | | | | | date of change: __/__/__ | |
| 00029-6044-12 RX Flavor: CHRY/BAN/PEPRMT | AMOXIL 200MG TABLET CHEW | 20.000 EA | $8.12 | $0.00 | $10.15 | 99/06/19 |
| | | | | | date of change: __/__/__ | |
| 00029-6044-20 RX Flavor: CHRY/BAN/PEPRMT | AMOXIL 200MG TABLET CHEW | 100.000 EA | $40.60 | $0.00 | $50.75 | 99/06/19 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| ================ | ================ | ============ | ======= | ===== | ======= | ========= |
| 00029-6045-12 RX Color: PALE PINK | AMOXIL 400MG TABLET CHEW<br>Flavor:<br>CHRY/BAN/PEPRMT   Shape:<br>ROUND | 20.000 EA | $9.92 | $0.00 | $12.40 | 99/06/19 |
| 00029-6045-20 RX Color: PALE PINK | AMOXIL 400MG TABLET CHEW<br>Flavor:<br>CHRY/BAN/PEPRMT   Shape:<br>ROUND | 100.000 EA | $49.60 | $0.00 | $62.00 | 99/06/19 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6046-12 RX | AMOXIL 500MG TABLET | 20.000 EA | $9.34 | $0.00 | $11.70 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6046-20 RX | AMOXIL 500MG TABLET | 100.000 EA | $44.29 | $0.00 | $55.35 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6046-25 RX | AMOXIL 500MG TABLET | 500.000 EA | $214.29 | $0.00 | $267.85 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6047-12 RX | AMOXIL 875MG TABLET | 20.000 EA | $16.35 | $0.00 | $20.45 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6047-20 RX | AMOXIL 875MG TABLET | 100.000 EA | $77.50 | $0.00 | $96.90 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6047-25 RX | AMOXIL 875MG TABLET | 500.000 EA | $375.00 | $0.00 | $468.75 | 98/07/28 |
|  |  |  |  |  | date of change: __/__/__ |  |
| 00029-6048-18 RX Flavor: BUBBLE-GUM | AMOXIL 200MG/5ML SUSPENSION<br>U-D | 5.000 ML | $1.60 | $0.00 | $2.00 | 99/06/19 |

HIGHLY CONFIDENTIAL

FDB/Alabama 141141

HIGHLY CONFIDENTIAL

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 13

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6048-55<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 200MG/5ML SUSPENSION | 75.000 ML | $6.08 | $0.00 | $7.60 | 99/06/19<br>date of change: _/_/_ |
| 00029-6048-54<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 200MG/5ML SUSPENSION | 50.000 ML | $4.06 | $0.00 | $5.10 | 99/06/19<br>date of change: _/_/_ |
| 00029-6048-59<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 200MG/5ML SUSPENSION | 100.000 ML | $8.10 | $0.00 | $10.15 | 99/06/19<br>date of change: _/_/_ |
| 00029-6049-18<br>RX<br>Flavor: BUBBLE-GUM<br>U-D | AMOXIL 400MG/5ML SUSPENSION | 5.000 ML | $2.00 | $0.00 | $2.50 | 99/06/19<br>date of change: _/_/_ |
| 00029-6049-54<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 400MG/5ML SUSPENSION | 50.000 ML | $4.35 | $0.00 | $5.45 | 99/06/19<br>date of change: _/_/_ |
| 00029-6049-55<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 400MG/5ML SUSPENSION | 75.000 ML | $6.52 | $0.00 | $8.15 | 99/06/19<br>date of change: _/_/_ |
| 00029-6049-59<br>RX<br>Flavor: BUBBLE-GUM | AMOXIL 400MG/5ML SUSPENSION | 100.000 ML | $8.70 | $0.00 | $10.90 | 99/06/19<br>date of change: _/_/_ |
| 00029-6071-12<br>RX<br>Color: MOTTLED PINK<br>Flavor: CHERRY BANANA<br>Shape: ROUND, BICONVEX | AUGMENTIN 200-28.5 TAB CHEW | 20.000 EA | $32.15 | $0.00 | $40.19 | 02/01/09<br>date of change: _/_/_ |
| 00029-6072-12<br>RX<br>Color: MOTTLED PINK<br>Flavor: CHERRY BANANA<br>Shape: ROUND, BICONVEX | AUGMENTIN 400-57 TAB CHEW | 20.000 EA | $61.27 | $0.00 | $76.59 | 02/01/09<br>date of change: _/_/_ |

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE   14

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6073-47<br>RX<br>Color:<br>PALE YELLOW | AUGMENTIN 125-31.25 TAB CHEW<br>Shape:<br>ROUND | 30.000 EA | $33.23 | $0.00 | $41.54 | 02/01/09 |
| 00029-6074-47<br>RX<br>Color:<br>PALE YELLOW | AUGMENTIN 250-62.5 TAB CHEW<br>Shape:<br>ROUND | 30.000 EA | $63.38 | $0.00 | $79.22 | 02/01/09 |
| 00029-6075-27<br>RX<br>Color:<br>WHITE | AUGMENTIN 250-125 TABLET<br>Shape:<br>F/C | 30.000 EA | $68.58 | $0.00 | $85.73 | date of change: __/__/__ |
| 00029-6075-31<br>RX<br>Color:<br>WHITE | AUGMENTIN 250-125 TABLET<br>U-D,10X10,F/C<br>Shape:<br>OVAL | 100.000 EA | $234.27 | $0.00 | $292.84 | 02/01/09 |
| 00029-6080-12<br>RX<br>Color:<br>WHITE | AUGMENTIN 500-125 TABLET<br>Shape:<br>F/C | 20.000 EA | $67.28 | $0.00 | $84.10 | date of change: __/__/__ |
| 00029-6080-31<br>RX<br>Color:<br>WHITE | AUGMENTIN 500-125 TABLET<br>U-D,10X10,F/C<br>Shape:<br>OVAL | 100.000 EA | $344.73 | $0.00 | $430.91 | 02/01/09 |
| 00029-6085-22<br>RX | AUGMENTIN 125-31.25 SUSPEN | 150.000 ML | $33.23 | $0.00 | $41.54 | 02/01/09 |
| 00029-6085-23<br>RX | AUGMENTIN 125-31.25 SUSPEN | 100.000 ML | $22.59 | $0.00 | $28.24 | 02/01/09 |
| 00029-6085-39<br>RX | AUGMENTIN 125-31.25 SUSPEN | 75.000 ML | $16.96 | $0.00 | $21.20 | 02/01/09 |

HIGHLY CONFIDENTIAL

FDB/Alabama 141143

HIGHLY CONFIDENTIAL

FDB/Alabama 141144

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 15

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6086-12<br>RX<br>Color:<br>WHITE<br>Shape:<br>SCORED/CAPSULE | AUGMENTIN 875-125 TABLET | 20.000 EA | $89.81 | $0.00 | $112.26<br>date of change: __/__/__ | 02/01/09 |
| 00029-6086-21<br>RX<br>Color:<br>WHITE<br>Shape:<br>SCORED/CAPSULE<br>U-D,10X10 | AUGMENTIN 875-125 TABLET | 100.000 EA | $460.16 | $0.00 | $575.20<br>date of change: __/__/__ | 02/01/09 |
| 00029-6087-29<br>RX<br>Flavor:<br>ORANGE RASPBRRY | AUGMENTIN 200-28.5 SUSPEN | 50.000 ML | $16.40 | $0.00 | $20.50<br>date of change: __/__/__ | 02/01/09 |
| 00029-6087-39<br>RX<br>Flavor:<br>ORANGE RASPBRRY | AUGMENTIN 200-28.5 SUSPEN | 75.000 ML | $21.89 | $0.00 | $27.36<br>date of change: __/__/__ | 02/01/09 |
| 00029-6087-51<br>RX<br>Flavor:<br>ORANGE RASPBRRY | AUGMENTIN 200-28.5 SUSPEN | 100.000 ML | $32.15 | $0.00 | $40.19<br>date of change: __/__/__ | 02/01/09 |
| 00029-6090-22<br>RX | AUGMENTIN 250-62.5 SUSPEN | 150.000 ML | $63.38 | $0.00 | $79.22<br>date of change: __/__/__ | 02/01/09 |
| 00029-6090-23<br>RX | AUGMENTIN 250-62.5 SUSPEN | 100.000 ML | $43.14 | $0.00 | $53.93<br>date of change: __/__/__ | 02/01/09 |
| 00029-6090-39<br>RX | AUGMENTIN 250-62.5 SUSPEN | 75.000 ML | $32.32 | $0.00 | $40.40<br>date of change: __/__/__ | 02/01/09 |
| 00029-6092-29<br>RX<br>Flavor:<br>ORANGE RASPBERRY | AUGMENTIN 400-57 SUSPEN | 50.000 ML | $31.24 | $0.00 | $39.05<br>date of change: __/__/__ | 02/01/09 |

HIGHLY CONFIDENTIAL

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE   16

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6092-39<br>RX<br>Flavor:<br>ORANGE RASPBRRY | AUGMENTIN 400-57 SUSPEN | 75.000 ML | $41.62 | $0.00 | $52.02 | 02/01/09 |
| 00029-6092-51<br>RX<br>Flavor:<br>ORANGE RASPBRRY | AUGMENTIN 400-57 SUSPEN | 100.000 ML | $61.27 | $0.00 | $76.59 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00029-6094-22<br>RX<br>Flavor:<br>ORANGE/RASPBERR | AUGMENTIN ES-600 SUSPENSION | 150.000 ML | $61.27 | $0.00 | $76.59 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00029-6094-29<br>RX<br>Flavor:<br>ORANGE/RASPBERR | AUGMENTIN ES-600 SUSPENSION | 50.000 ML | $31.24 | $0.00 | $39.05 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00029-6094-39<br>RX<br>Flavor:<br>ORANGE/RASPBERR | AUGMENTIN ES-600 SUSPENSION | 75.000 ML | $31.24 | $0.00 | $39.05 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00029-6094-51<br>RX<br>Flavor:<br>ORANGE/RASPBERR | AUGMENTIN ES-600 SUSPENSION | 100.000 ML | $41.62 | $0.00 | $52.03 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00029-6160-32<br>RX<br>Color:<br>WHITE | BEEPEN-VK 500MG TABLET | 500.000 EA | $49.00 | $0.00 | $61.25 | 91/08/16 |
| | | | | | date of change: _/_/_ | |
| 00029-6571-26<br>RX | TIMENTIN 3.1GM VIAL | 1.000 EA | $12.56 | $0.00 | $15.70 | 01/09/11 |
| | | | | | date of change: _/_/_ | |
| 00029-6571-40<br>RX | TIMENTIN 3.1GM ADD-VANT VI,<br>ADD-VANTAGE | 1.000 EA | $12.81 | $0.00 | $16.01 | 01/09/11 |
| | | | | | date of change: _/_/_ | |

FDB/Alabama 141145

HIGHLY CONFIDENTIAL

(A00007)  SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE    17

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WELLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00029-6579-21 RX | TIMENTIN 31GM BULK VIAL | 1.000 EA | $125.34 | $0.00 | $156.68 | 01/09/11 |
| | | | | | date of change: _/_/_ | |
| 00029-6620-32 RX Color: ORANGE/BROWN | TOTACILLIN 500MG CAPSULE | 500.000 EA | $83.64 | $0.00 | $104.55 | 91/08/16 |
| | | | | | date of change: _/_/_ | |
| 00108-4902-01 RX | STELAZINE 2MG/ML VIAL INSTITUTIONAL | 10.000 ML | $52.65 | $0.00 | $65.81 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-4904-20 RX | STELAZINE 2MG TABLET | 100.000 EA | $95.46 | $0.00 | $119.33 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-4906-20 RX | STELAZINE 5MG TABLET | 100.000 EA | $120.16 | $0.00 | $150.20 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-5013-20 RX | TAGAMET 300MG TABLET | 100.000 EA | $89.12 | $0.00 | $111.40 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-5013-25 RX | TAGAMET 300MG TABLET FED SUPPLY SCHEDULE | 500.000 EA | $445.63 | $0.00 | $557.04 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-5026-18 RX | TAGAMET 400MG TABLET | 60.000 EA | $88.78 | $0.00 | $110.97 | 02/01/09 |
| | | | | | date of change: _/_/_ | |
| 00108-5026-25 RX | TAGAMET 400MG TABLET FED SUPPLY SCHEDULE | 500.000 EA | $739.78 | $0.00 | $924.73 | 02/01/09 |
| | | | | | date of change: _/_/_ | |

FDB/Alabama 141146

HIGHLY CONFIDENTIAL

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 18

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00108-5027-13 RX | TAGAMET 800MG TABLET | 30.000 EA | $78.68 | $0.00 | $98.35 | 02/01/09 |
| 00108-5027-25 RX | TAGAMET 800MG TABLET | 500.000 EA | $1189.32 | $0.00 | $1486.65 | 96/11/27  date of change: _/_/_ |
| 58160-0835-01 RX | HAVRIX 1440U/ML VIAL ADULT, SDV | 1.000 ML | $53.55 | $0.00 | $66.94 | 02/02/06  date of change: _/_/_ |
| 58160-0835-07 RX | HAVRIX 1440U/ML VIAL ADULT,MDV | 10.000 ML | $475.60 | $0.00 | $594.50 | 97/11/01  date of change: _/_/_ |
| 58160-0835-32 RX N-Gauge: 23.000 | HAVRIX 1440U/ML SYRINGE ADULT,TIP LOK N-Length: 1.000 Syringe Capacity: 1.00 CC | 1.000 ML | $52.40 | $0.00 | $65.50 | 02/02/06  date of change: _/_/_ |
| 58160-0835-35 RX N-Gauge: 23.000 | HAVRIX 1440U/ML SYRINGE 5'S,ADULT,TIP LOK N-Length: 1.000 Syringe Capacity: 1.00 CC | 1.000 ML | $262.00 | $0.00 | $327.50 | 02/02/06  date of change: _/_/_ |
| 58160-0835-41 RX Syringe Capacity: 1.00 CC | HAVRIX 1440U/ML SYRINGE TIP-LOK,TAX INCL | 1.000 ML | $52.40 | $0.00 | $65.50 | 02/02/06  date of change: _/_/_ |
| 58160-0835-46 RX | HAVRIX 1440U/ML SYRINGE TIP-LOK,TAX INC,5'S | 1.000 ML | $262.00 | $0.00 | $327.50 | 02/02/15  date of change: _/_/_ |
| 58160-0837-01 RX | HAVRIX 720U/0.5ML VIAL PEDIATRIC, SDV | 0.500 ML | $27.33 | $0.00 | $34.16 | 01/11/19  date of change: _/_/_ |

FDB/Alabama 141147

HIGHLY CONFIDENTIAL

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE    19

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 58160-0837-02 RX N-Gauge: 25.000 | HAVRIX 720U/0.5ML SYRINGE PEDIATRIC N-Length: Syringe Capacity: 0.625      0.50 CC | 0.500 ML |  |  | date of change: | __/__/__ |
| 58160-0837-05 RX N-Gauge: 25.000 | HAVRIX 720U/0.5ML SYRINGE 5'S, PEDIATRIC N-Length: Syringe Capacity: 0.625      0.50 CC |  | $118.90 | $0.00 | $148.65 | 96/11/27 |
| 58160-0837-11 RX N-Gauge: 25.000 | HAVRIX 720U/0.5ML VIAL 10'S,ADOLESCENT N-Length: Syringe Capacity: 0.625      0.50 CC | 0.500 ML | $261.40 | $0.00 | $326.70 | 01/11/19 |
| 58160-0837-26 RX N-Gauge: 25.000 | HAVRIX 720U/0.5ML SYRINGE 25S,PEDIATRIC N-Length: Syringe Capacity: 0.625      0.50 CC | 0.500 ML | $653.50 | $0.00 | $816.75 | 01/11/19 |
| 58160-0837-35 RX N-Gauge: 25.000 | HAVRIX 720U/0.5ML SYRINGE 5S,PEDIATRIC,TIP LOX N-Length: Syringe Capacity: 0.625      0.50 CC |  | $130.70 | $0.00 | $163.35 | 01/11/19 |
| 58160-0837-46 RX Syringe Capacity: 0.50 CC | HAVRIX 720U/0.5ML SYRINGE TIP-LO,TAX INCL,5'S |  | $130.70 | $0.00 | $163.35 | 02/01/21 |
| 58160-0837-50 RX Syringe Capacity: 0.50 CC | HAVRIX 720U/0.5ML SYRINGE TIP-LOX,TAX INC,25'S | 0.500 ML | $653.50 | $0.00 | $816.75 | 02/01/21 |
| 58160-0837-58 RX N-Gauge: 23.000 | HAVRIX 720U/0.5ML SYRINGE TIP-LOX,25'S N-Length: Syringe Capacity: 1.000      0.50 CC | 0.500 ML | $653.50 | $0.00 | $816.75 | 01/11/19 |
| 58160-0840-11 RX | INFANRIX VACCINE VIAL 10'S,FED TAX INCL. | 0.500 ML | $196.50 | $0.00 | $240.00 | 01/11/19 |

date of change: __/__/__

date of change: __/__/__

date of change: __/__/__

date of change: __/__/__

date of change: __/__/__

date of change: __/__/__

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 20

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AMP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 58160-0850-01 RX | TWINRIX VACCINE VIAL BIVALENT,ADULT,SDV | 1.000 ML | $78.67 | $0.00 | $98.15 | 02/02/06 |
| | | | | | date of change: __/__/__ | |
| 58160-0850-11 RX | TWINRIX VACCINE VIAL BIVALENT,ADULT,SDV | 1.000 ML | $774.10 | $0.00 | $965.80 | 02/02/06 |
| | | | | | date of change: __/__/__ | |
| 58160-0850-35 RX N-Gauge: 23.000 N-Length: 1.000 | TWINRIX VACCINE SYRINGE BIVALENT,ADULT,SDV Syringe Capacity: 1.00 CC | 1.000 ML | $388.35 | $0.00 | $484.50 | 02/02/06 |
| | | | | | date of change: __/__/__ | |
| 58160-0850-46 RX Syringe Capacity: 1.00 CC | TWINRIX VACCINE SYRINGE BIVALENT,TMX INC,5'S | 1.000 ML | $388.35 | $0.00 | $484.50 | 02/03/18 |
| | | | | | date of change: __/__/__ | |
| 58160-0856-01 RX | ENGERIX-B 10MCG/0.5ML PEDI P/F,FED TAX INCLUDED | 0.500 ML | $21.37 | $0.00 | $26.52 | 01/11/19 |
| | | | | | date of change: __/__/__ | |
| 58160-0856-11 RX | ENGERIX-B 10MCG/0.5ML PEDI 10'S,P/F,TAX INCL | 0.500 ML | $213.70 | $0.00 | $265.20 | 01/11/19 |
| | | | | | date of change: __/__/__ | |
| 58160-0856-26 RX N-Gauge: 1.000 N-Length: 0.625 | ENGERIX-B 10MCG/0.5ML SYRN 25'S,P/F,FED TAX INC Syringe Capacity: 0.50 CC | 0.500 ML | $534.25 | $0.00 | $663.00 | 01/11/19 |
| | | | | | date of change: __/__/__ | |
| 58160-0856-27 RX N-Gauge: 0.625 | ENGERIX-B 10MCG/0.5ML SYRN 25'S,P/F,FED TAX INC Syringe Capacity: 0.50 CC | 0.500 ML | $534.25 | $0.00 | $663.00 | 01/11/19 |
| | | | | | date of change: __/__/__ | |
| 58160-0856-35 RX N-Gauge: 1.000 N-Length: 1.000 | ENGERIX-B 10MCG/0.5ML SYRN 5'S,P/F,FED TAX INCL Syringe Capacity: 0.50 CC | 0.500 ML | $106.85 | $0.00 | $132.60 | 01/11/19 |
| | | | | | date of change: __/__/__ | |

HIGHLY CONFIDENTIAL

FDB/Alabama 141149

HIGHLY CONFIDENTIAL

FDB/Alabama 141150

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 21

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 58160-0856-36<br>RX<br>N-Gauge: 25.000<br>N-Length: 0.625 | ENGERIX-B 10MCG/0.5ML SYRN<br>5'S,P/F, FED TAX INCL<br>Syringe Capacity: 0.50 CC | 0.500 ML | $106.85 | $0.00 | $132.60 | 01/11/19 |
| 58160-0856-46<br>RX<br>Syringe Capacity: 0.50 CC | ENGERIX-B 10MCG/0.5ML SYRN<br>TIP-LOK,TAX INC,5'S | 0.500 ML | $106.85 | $0.00 | $132.60 | date of change: __/__/__ |
| 58160-0856-50<br>RX<br>Syringe Capacity: 0.50 CC | ENGERIX-B 10MCG/0.5ML SYRN<br>TIP-LOK,TAX INC,25'S | 0.500 ML | $534.25 | $0.00 | $663.00 | 02/01/21 |
| 58160-0856-57<br>RX<br>N-Length: 0.625<br>Syringe Capacity: 0.50 CC | ENGERIX-B 10MCG/0.5ML SYRN<br>TIP-LOK,TAX INC,25'S | 0.500 ML | $534.25 | $0.00 | $663.00 | 01/11/19 |
| 58160-0856-58<br>RX<br>N-Length: 1.000<br>Syringe Capacity: 0.50 CC | ENGERIX-B 10MCG/0.5ML SYRN<br>TIP-LOK,TAX INC,25'S | 0.500 ML | $534.25 | $0.00 | $663.00 | date of change: __/__/__ |
| 58160-0857-01<br>RX | ENGERIX-B 20MCG/ML VIAL<br>ADULT,TAX INCL,SDV | 1.000 ML | $49.91 | $0.00 | $62.20 | 02/02/06 |
| 58160-0857-16<br>RX | ENGERIX-B 20MCG/ML VIAL<br>25S,ADULT,TAX INCL | 1.000 ML | $1216.25 | $0.00 | $1515.75 | 02/02/06 |
| 58160-0857-26<br>RX<br>N-Length: 1.000 | ENGERIX-B 20MCG/ML SYRINGE<br>25S,ADULT,TAX INCL<br>Syringe Capacity: 1.00 CC | 1.000 ML | $1222.75 | $0.00 | $1523.75 | date of change: __/__/__ |
| 58160-0857-35<br>RX<br>N-Gauge: 23.000<br>N-Length: 1.000 | ENGERIX-B 20MCG/ML SYRINGE<br>5S,ADULT,TAX INCL<br>Syringe Capacity: 1.00 CC | 1.000 ML | $244.55 | $0.00 | $304.75 | 02/02/06 |

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE 22

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 58160-0857-46 RX<br>N-Gauge: 23.000<br>Syringe Capacity: 1.00 CC | ENGERIX-B 20MCG/ML SYRN TIP-LOK,TAX INC,5'S | 1.000 ML | $244.55 | $0.00 | $304.75 | 02/02/06<br>date of change: _/_/_ |
| 58160-0857-50 RX<br>Syringe Capacity: 1.00 CC | ENGERIX-B 20MCG/ML SYRINGE TIP-LOK,TAX INC,25'S | 1.000 ML | $1222.75 | $0.00 | $1523.75 | 02/02/06<br>date of change: _/_/_ |
| 58160-0859-05 RX<br>N-Gauge: 23.000 | ENGERIX-B 10MCG/0.5ML SYRN 5'S,FED TAX INCLUDED Syringe Capacity: 0.50 CC | 0.500 ML | $97.55 | $0.00 | $121.00 | 98/12/21<br>date of change: _/_/_ |
| 58160-0859-11 RX | ENGERIX-B 10MCG/0.5ML PEDI 10S,FED TAX INCLUDED | 0.500 ML | $195.10 | $0.00 | $242.00 | 98/12/21<br>date of change: _/_/_ |
| 58160-0859-26 RX<br>N-Length: 1.000<br>N-Gauge: 23.000 | ENGERIX-B 10MCG/0.5ML SYRN 25S,TIP LOK,TAX INCL Syringe Capacity: 0.50 CC | 0.500 ML | $487.75 | $0.00 | $605.00 | 99/08/01<br>date of change: _/_/_ |
| 58160-0859-27 RX<br>N-Length: 0.625<br>N-Gauge: 25.000 | ENGERIX-B 10MCG/0.5ML SYRN 25S,TIP LOK,TAX INCL Syringe Capacity: 0.50 CC | 0.500 ML | $487.75 | $0.00 | $605.00 | 99/08/01<br>date of change: _/_/_ |
| 58160-0859-35 RX<br>N-Gauge: 23.000<br>N-Length: 1.000 | ENGERIX-B 10MCG/0.5ML SYRN SS,TIP LOK,TAX INCL Syringe Capacity: 0.50 CC | 0.500 ML | $97.55 | $0.00 | $121.00 | 98/12/21<br>date of change: _/_/_ |
| 58160-0859-36 RX<br>N-Length: 0.625<br>N-Gauge: 25.000 | ENGERIX-B 10MCG/0.5ML SYRN SS,TIP LOK,TAX INCL Syringe Capacity: 0.50 CC | 0.500 ML | $97.55 | $0.00 | $121.00 | 98/12/21<br>date of change: _/_/_ |
| 58160-0860-01 RX | ENGERIX-B 20MCG/ML VIAL ADULT,FED TAX INCL | 1.000 ML | $44.24 | $0.00 | $55.10 | 98/12/21<br>date of change: _/_/_ |

HIGHLY CONFIDENTIAL

FDB/Alabama 141152

(A00007) SK BEECHAM PHAR

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 2001, THE HEARST CORPORATION

PAGE   23

| NDC | PRODUCT DESCRIPTION | PACKAGE SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 58160-0861-26<br>RX<br>N-Gauge:<br>23.000 | ENGERIX-B 20MCG/ML SYRINGE<br>25S,ADULT,TAX INCL<br>N-Length:<br>1.000 | 1.000 ML | $1106.00 | $0.00 | $1377.75 | 99/08/01 |
| | | Syringe Capacity:<br>1.00 CC | | | date of change: __/__/__ | |
| 58160-0861-35<br>RX<br>N-Gauge:<br>23.000 | ENGERIX-B 20MCG/ML SYRINGE<br>5S,ADULT,TAX INCL<br>N-Length:<br>1.000 | 1.000 ML | $221.20 | $0.00 | $275.55 | 98/12/21 |
| | | Syringe Capacity:<br>1.00 CC | | | date of change: __/__/__ | |
| 58160-0862-01<br>RX | ENGERIX-B 20MCG/ML VIAL<br>10 DOSES,ADULT | 10.000 ML | $442.30 | $0.00 | $551.00 | 98/12/21 |
| | | | | | date of change: __/__/__ | |
| 58437-0002-18<br>RX<br>Color:<br>YELLOW | CIMETIDINE 400MG TABLET<br>Shape:<br>OBLONG | 60.000 EA | $11.91 | $0.00 | $16.65 | 97/12/30 |
| | | | | | date of change: __/__/__ | |
| 58437-0002-25<br>RX<br>Color:<br>YELLOW | CIMETIDINE 400MG TABLET | 500.000 EA | $99.25 | $0.00 | $138.95 | 97/12/30 |
| | | | | | date of change: __/__/__ | |
| 58437-0003-13<br>RX<br>Color:<br>YELLOW | CIMETIDINE 800MG TABLET | 30.000 EA | $10.56 | $0.00 | $14.80 | 97/12/30 |
| | | | | | date of change: __/__/__ | |
| 58437-0003-21<br>RX<br>Color:<br>YELLOW | CIMETIDINE 800MG TABLET<br>U-D | 100.000 EA | $35.48 | $0.00 | $49.65 | 97/12/30 |
| | | | | | date of change: __/__/__ | |