**Plaintiffs' Response to GSK Statement of Undisputed Facts**

**EXHIBIT D**

30(b)(6) Thomson PDR Inc (Minne, Kristen)   CONFIDENTIAL   November 18, 2008
New York, NY

Page 1

1          C O N F I D E N T I A L

2     UNITED STATES DISTRICT COURT

3     DISTRICT OF MASSACHUSETTS

4     - - - - - - - - - - - - - - - - - - - -x

5     In re: PHARMACEUTICAL INDUSTRY AVERAGE

6     WHOLESALE PRICE LITIGATION

7     - - - - - - - - - - - - - - - - - - - -x

8     THIS DOCUMENT RELATES TO:          MDL No. 1456

9     UNITED STATES OF AMERICA ex rel.    Civil Action

10    VEN-A-CARE OF THE FLORIDA KEYS,     No.01-12257-

11    INC., v. DEY, INC., et al., Civil   PBS

12    Action No. 05-11084-PBS; and UNITED

13    STATES OF AMERICA ex rel. VEN-A-CARE

14    OF THE FLORIDA KEYS, INC., v.

15    BOEHRINGER INGELHEIM CORP., et al.,

16    Civil Action No. 07-10248-PBS

17    - - - - - - - - - - - - - - - - - - - -x

18       (Cross-noticed captions on following pages.)

19                    November 18, 2008

20                       9:10 a.m.

21            Videotaped deposition of Thomson

22    PDR Inc., by KRISTEN MINNE

30(b)(6) Thomson PDR Inc (Minne, Kristen)    CONFIDENTIAL    November 18, 2008
New York, NY

Page 2

```
 1    IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
 2              FIRST JUDICIAL DISTRICT
 3    - - - - - - - - - - - - - -x
 4    THE STATE OF MISSISSIPPI,  :
 5           Plaintiff,          :
 6       vs.                     : Civil Action No.
 7    ABBOTT LABORATORIES, INC., : G2005-2021
 8    et al.,                    :
 9           Defendants.         :
10    - - - - - - - - - - - - - -x
11
12            UNITED STATES DISTRICT COURT
13          FOR THE DISTRICT OF MASSACHUSETTS
14    - - - - - - - - - - - - - -x
15    IN RE: PHARMACEUTICAL      : MDL NO. 1456
16    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION
17    PRICE LITIGATION           : 01-CV-12257-PBS
18    THIS DOCUMENT RELATES TO:  : Hon. Patti B. Saris
19    The City of New York, et al. :
20       v.                      :
21    Abbott Laboratories, et al. :
22    - - - - - - - - - - - - - -x
```

Page 3

```
 1            UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - - -x
 4    IN RE: PHARMACEUTICAL      : MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION
 6    PRICE LITIGATION           : 01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO:  : Hon. Patti B. Saris
 8    The State of California,   :
 9    ex rel. Ven-A-Care         :
10       v.                      :
11    Abbott Laboratories, et al. :
12    Case No. 03-cv-11226-PBS   :
13    - - - - - - - - - - - - - -x
```

Page 4

```
 1            IN THE CIRCUIT COURT OF
 2    THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY,
 3                    FLORIDA
 4    - - - - - - - - - - - - - - - - -x
 5    THE STATE OF FLORIDA              :
 6    ex rel.                           :
 7    VEN-A-CARE OF THE FLORIDA KEYS,   :
 8    INC., a Florida Corporation, by   :
 9    and through its principal         :
10    officers and directors, ZACHARY   :
11    T. BENTLEY and T. MARK JONES,     :
12           Plaintiffs,:
13       v.                             :
14    BOEHRINGER INGELHEIM CORPORATION;:
15    BOEHRINGER INGELHEIM              :
16    INTERNATIONAL, GmbH, a/k/a        :Case No.
17    BOEHRINGER INGELHEIM              :98-3032A
18    AUSLANDSBETEILGUNGS GmbH;         :
19    BOEHRINGER INGELHEIM              :Judge
20    PHARMACEUTICALS, INC.; C.H.       :William L. Gary
21    BOEHRINGER SOHN; DEY, INC., DEY,  :
22    LP; EMD PHARMACEUTICALS, INC.,    :
```

Page 5

```
 1    LIPHA, S.A., MERCK, KGaA, MERCK-  :
 2    LIPHA, S.A., SCHERING CORP.;      :
 3    SCHERING-PLOUGH CORPORATION;      :
 4    ROXANE LABORATORIES, INC., n/k/a  :
 5    BOEHRINGER INGELHEIM ROXANE, INC.:
 6    and WARRICK PHARMACEUTICALS CORP.:
 7                                      :
 8           Defendants.                :
 9    - - - - - - - - - - - - - - - - -x
10              November 18, 2008
11                9:10 a.m.
12          Videotaped deposition of Thomson
13    PDR Inc., by KRISTEN MINNE, taken by attorneys
14    for United States of America, pursuant to
15    notice, held at the offices of Saterlee Stephens
16    Burke & Burke, 230 Park Avenue, New York, New
17    York, before Helen Mitchell, a Shorthand
18    Reporter and Notary Public.
```

Page 250

1 which has been marked as Exhibit 38, is a Red
2 Book product identification listing dated 7 --
3 July 6, 2004 to Eli Lilly & Company.
4     Do you recognize this as a product --
5 Red Book product listing verification?
6   A.  Yes.
7   Q.  Is this a product listing verification
8 that Red Book routinely used in the ordinary
9 course of its business?
10     MR. GASTWIRTH:  Objection to form.
11   A.  Yes.
12   Q.  And this is a product listing
13 verification provided to you to verify the
14 accuracy of Eli Lilly's AWPs and WACs that were
15 to be published for Eli Lilly products in the Red
16 Book; is that correct?
17   A.  Yes.
18     MR. FARQUHAR:  Objection, leading.
19   Q.  And I draw your attention to the
20 bottom of each page, and it indicates that there
21 is a signature by Carol Butterfield.
22     Does that signature on the verification

Page 251

1 indicate that Eli Lilly in fact verified the
2 accuracy of the AWP and WAC pricing for Eli Lilly
3 drugs to be published in the Red Book?
4     MR. FARQUHAR:  Objection, leading.
5 Objection, foundation.
6   A.  Yes.
7   Q.  And Red Book, in the ordinary course
8 of its business, relied on Eli Lilly to verify
9 the accuracy of the AWPs and WACs for all Eli
10 Lilly drugs that were published in the Red Book;
11 is that correct?
12     MR. FARQUHAR:  Objection, leading.
13   A.  Yes.
14   Q.  And if a price for an Eli Lilly drug
15 was published in the Red Book, it would have been
16 verified by Eli Lilly from at least 1997 to the
17 present; is that correct?
18     MR. FARQUHAR:  Objection, leading.
19 Objection, lack of foundation.
20   A.  That is our assumption.
21     (October 1, 2001 Glaxo-Wellcome product
22 listing verification marked Exhibit Minne 039 for

Page 252

1 identification.)
2   Q.  Miss Minne, what I'm handing to you as
3 Exhibit 39 is a Red Book product listing
4 verification dated October 1st, 2001 to
5 Glaxo-Wellcome.
6     Are you familiar with Exhibit 39?
7   A.  Yes, in that it's a form provided by
8 Red Book.
9   Q.  Okay.  And it's a document that Red
10 Book routinely used in the ordinary course of its
11 business; is that correct?
12     MR. GASTWIRTH:  Objection to form.
13   A.  Yes.
14   Q.  And this was a product listing
15 verification that was provided to Glaxo-Wellcome
16 to verify of the accuracy of Glaxo-Wellcome AWPs
17 and WACs that were published in the Red Book; is
18 that correct?
19   A.  Yes.
20   Q.  And if you notice at the bottom of
21 each page there is a signature, and that
22 signature -- does that signature indicate that --

Page 253

1 does that signature indicate to Red Book that
2 Glaxo-Wellcome did, in fact, verify the pricing
3 contained in Exhibit 39?
4   A.  Yes.
5   Q.  And in the ordinary course of its
6 business, Red Book relied on Glaxo-Wellcome to
7 verify the accuracy of AWPs and WACs for all
8 Glaxo-Wellcome drugs that were published in the
9 Red Book; is that correct?
10     MR. FARQUHAR:  Objection, leading.
11   A.  Yes.
12   Q.  And to the extent that there was --
13     MR. CARROLL:  Excuse me.
14   Q.  -- there was a price in the Red Book
15 for a Glaxo-Wellcome drug, it was Red Book's
16 assumption that it was in fact verified by Glaxo;
17 is that correct?
18     MR. FARQUHAR:  Objection, leading.
19   A.  Yes.
20     (August 16, 2001 Roche Laboratories
21 product listing verification marked Exhibit Minne
22 040 for identification.)

Page 599

1  to screen for such things as duplicate therapy,
2  possible allergic cross-sensitivities, drug
3  interactions, information regarding pregnancy and
4  lactation. So those types of things. And that is
5  a requirement that all dispensing entities do.
6  So the NDCs are used for that purpose.
7      Q.  And so that if a -- an NDC were not
8  listed, there would be the potential that it
9  would not be covered by that type of screening;
10 is that right?
11     A.  That is correct.
12     Q.  And that policy first went into effect
13 in 2002?
14     A.  What policy are you referring to?
15     Q.  The policy of not -- no longer
16 requiring manufacturers to report AWP in order to
17 be listed in the Red Book.
18     A.  My -- from my testimony yesterday and
19 from other exhibits we saw, that the requirement
20 that AWP is listed -- that AWP is required in the
21 database was removed prior to 2002.
22     Q.  With respect to Exhibit 44, could you

Page 600

1  flip through the listings, and I'm interested in
2  the column labeled "WAC" in Exhibit 44.
3      A.  Okay, I have it.
4      Q.  Can you just confirm if there are
5  check marks in most or all of the columns labeled
6  "WAC"?
7      A.  Yes, I can confirm that.
8      Q.  Are you in a position to know whether
9  those check marks were put there by someone at
10 Merck, or whether those were check marks that
11 were put in there by someone at Red Book?
12     A.  I would not be able to know who put
13 those check marks there.
14     Q.  And are you in a position, as you sit
15 there today, to know whether or not the
16 information that was being verified by Merck
17 related only to the columns with check marks in
18 them or whether it was something broader?
19     A.  I would not have that knowledge.
20         MR. FUNKHOUSER: Thank you very much
21 for your testimony. There's nothing else I have
22 for you today.

Page 601

1         MR. ANDERSON: Anyone else on the
2  phone?
3         MR. CAHILL: No.
4         MR. ANDERSON: Go ahead, James.
5         MR. CARROLL: You want to go?
6         MR. ANDERSON: No.
7         EXAMINATION (Continued)
8  BY MR. CARROLL:
9      Q.  Miss Minne, I just have a few quick
10 questions.
11         I believe you testified that there's
12 only been one instance when a manufacturer has
13 asked Red Book not to publish an AWP or a WAC; is
14 that correct?
15     A.  There is one instance that I am aware
16 of.
17     Q.  And that is Glaxo, and it was with
18 regard to one NDC; is that correct?
19     A.  That is correct.
20     Q.  If any other manufacturer had said "Do
21 not publish our AWP," would Red Book have
22 published the AWP?

Page 602

1      A.  No.
2         MS. TORGERSON: Objection to the form.
3         MS. PRINZO: Object to the time frame.
4      Q.  If at any time since 1990 a
5  manufacturer had asked Red Book not to publish an
6  AWP, would Red Book have published the AWP?
7      A.  From the time period 1990 to 2002 I do
8  not know what the policy was. From 2002 to
9  present, the answer is no, we would not have
10 published AWP.
11     Q.  Do you have any reason to believe that
12 the policy had differed?
13     A.  I do not --
14        MR. GASTWIRTH: Objection to form.
15        MS. TORGERSON: Objection to form.
16        MS. CITERA: Objection to form.
17     A.  I do not have reason to know if it was
18 different or not.
19        MR. GASTWIRTH: And just so we're clear
20 on the record, do we still have an agreement on
21 the record that an agreement by one is an
22 agreement for everybody?

Page 603

1   MR. ANDERSON: Yes.
2   Q. And there are instances, as you've
3   testified in the past day and a half, that
4   manufacturers do request that Red Book not
5   publish WAC; is that correct?
6   A. That is correct.
7   Q. And at the request of those
8   manufacturers, Red Book does not publish WAC?
9   A. That is correct.
10  Q. And it would be consistent, wouldn't
11  it, that Red Book would not publish AWP if the
12  AWP was requested not to be published?
13      MS. TOGERSON: Object to form.
14      MS. CITERA: Object to form.
15      MR. PARISH: Object to form.
16  Q. And just to double check, are you
17  aware of any time since you've been at Red Book,
18  other than Glaxo, that a manufacturer has asked
19  Red Book not to publish an AWP?
20      MS. TORGERSON: Objection, form.
21  A. I am not aware of any other instance.
22  Q. Do you have an understanding of why a

Page 604

1   manufacturer has never --
2       MR. CARROLL: Strike that, withdrawn.
3   Q. You've seen today and yesterday,
4   you've seen many letters put forward -- put
5   before you from various manufacturers stating
6   that they do not provide AWPs.
7       Have you ever seen a letter that stated
8   that they do not provide AWPs and you should not
9   publish their AWP based on the Red Book formula?
10  A. I have not seen any such instance.
11  Q. Do you have an understanding of why a
12  manufacturer would inform Red Book that it does
13  not report AWPs and does not request that you --
14  that Red Book not provide -- not publish AWP?
15      MR. CAHILL: Objection to form.
16      MR. PARISH: Objection to form.
17      MS. TORGERSON: Objection to form.
18  A. Okay, I'm sorry, can you repeat the
19  question?
20  Q. Do you have an understanding of why a
21  manufacturer would request -- would not request
22  Red Book to publish an AWP, yet not provide an

Page 605

1   AWP?
2       MR. GASTWIRTH: Objection to form.
3       MS. TORGERSON: Objection to form.
4   A. I do not know why a manufacturer would
5   request that.
6   Q. And just to verify, do you have any
7   reason --
8       MR. CARROLL: Strike that.
9   Q. I believe you testified yesterday that
10  if a change was made on a price listing
11  verification, that Red Book would make that
12  change; is that correct?
13  A. That is correct.
14  Q. Do you have any reason to believe that
15  if a change was indicated, that Red Book would
16  not make that change?
17      MS. TORGERSON: Objection, form.
18  A. I have no reason to believe that would
19  have happened.
20  Q. And isn't it -- because it's Red
21  Book's standard procedure to make all changes
22  requested; is that correct?

Page 606

1   A. That is correct.
2   Q. And do the prices published by Red
3   Book have any distinguished -- distinction based
4   on regional pricing?
5   A. No.
6   Q. So it's a national price that is
7   published?
8       MS. TORGERSON: Objection, form.
9   A. It is the price reported to us, or
10  calculated by us per our policy.
11  Q. Per your policy.
12      And there's no geographical calculation
13  involved in the policy; is that correct?
14      MS. TORGERSON: Objection, form.
15      MS. CITERA: Objection, form.
16  A. That is correct.
17  Q. Is there any consideration of class of
18  trade in the policy for publishing AWP or WACs?
19      MR. CAHILL: Do you understand the --
20  A. Can you define what you mean by "class
21  of trade"?
22  Q. Well, let me ask you this.