# Plaintiffs' Response to GSK Statement of Undisputed Facts

# EXHIBIT E

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 1 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

OCT 3 0 2001

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0695-00 NDA | ADVAIR DISKUS 100/50<br>DSK  IH  0.1 MG-0.05 MG/INH<br>60 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 103.94 | | 86.62 | | 2/2/01 |
| 00173-0695-02 NDA | ADVAIR DISKUS 100/50<br>DSK  IH  0.1 MG-0.05 MG/INH<br>28 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 70.16 | | 58.47 | | 2/2/01 |
| 00173-0696-00 NDA | ADVAIR DISKUS 250/50<br>DSK  IH  0.25 MG-0.05 MG/INH<br>60 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 130.31 | | 108.59 | | 2/2/01 |
| 00173-0696-02 NDA | ADVAIR DISKUS 250/50<br>DSK  IH  0.25 MG-0.05 MG/INH<br>28 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 85.74 | | 71.45 | | 2/2/01 |
| 00173-0697-00 NDA | ADVAIR DISKUS 500/50<br>DSK  IH  0.5 MG-0.05 MG/INH<br>60 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 177.41 | | 147.84 | | 2/2/01 |
| 00173-0697-02 NDA | ADVAIR DISKUS 500/50<br>DSK  IH  0.5 MG-0.05 MG/INH<br>28 EA  FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE | | RX | | 119.45 | | 99.54 | | 2/2/01 |
| 00173-0672-00 NDA | AGENERASE<br>SGL  PO  150 MG<br>240 EA  AMPRENAVIR | | RX | | 333.08 | | 277.57 | | 1/2/01 |
| 00173-0679-00 NDA | AGENERASE<br>SGL  PO  50 MG<br>480 EA  AMPRENAVIR | | RX | | 222.05 | | 185.04 | | 1/2/01 |
| 00173-0687-00 NDA | AGENERASE<br>(GRAPE BUBBLEGUM MINT)<br>SOL  PO  15 MG/ML<br>240.00 ml EA  AMPRENAVIR | | RX | | 33.30 | | 27.75 | | 1/2/01 |
| 00173-0045-35 NDA | ALKERAN<br>TAB  PO  2 MG<br>50 EA  MELPHALAN | | RX | | 120.41 | | 100.34 | | 5/24/01 |
| 00173-0130-93 NDA | ALKERAN IV<br>PDS  IV  50 MG<br>1 EA  MELPHALAN | | RX | | 421.83 | | 337.46 | | 5/24/01 |

Instructions: Please make corrections directly on this printout
✓ OK as is     ___ OK with changes
Signature _____ Date 10/23/01


EXHIBIT
Minne 039  ID
11/18/05

**Confidential**                                   **Red Book 08989**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 2 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0071-95 NDA | ANECTINE (M.D.V.) SOL IV  20 MG/ML 10.00 ml 12 EA  SUCCINYLCHOLINE CHLORIDE | AP | RX | | 44.96 | | 37.47 | | 12/1/95 |
| 00173-0595-00 NDA | COMBIVIR TAB PO  150 MG-300 MG 60 EA  LAMIVUDINE/ZIDOVUDINE | | RX | | 620.63 | | 517.19 | | 1/2/01 |
| 00173-0595-02 NDA | COMBIVIR TAB PO  150 MG-300 MG 120 EA  LAMIVUDINE/ZIDOVUDINE | | RX | 1 | 1,241.26 | | 1,034.38 | | 1/2/01 |
| 00173-0201-55 NDA | DARAPRIM TAB PO  25 MG 100 EA  PYRIMETHAMINE | | RX | | 49.32 | | 41.10 | | 5/24/01 |
| 00173-0230-44 | DIGIBIND (VIAL) PDS IV  38 MG 1 EA  DIGOXIN IMMUNE FAB (OVINE) | | RX | | 580.69 | | ~~483.91~~ 536.59 | | ~~11/15/00~~ 9/11/01 |
| 00173-0518-00 | DILUENT FOR FLOLAN (STERILE) SOL IV  94 MG-73.5 MG/50 ML 50.00 ml 4 EA  GLYCINE/SOD CL | | RX | | 45.67 | | 38.06 | | 5/24/01 |
| 00173-0470-01 NDA | EPIVIR TAB PO  150 MG 60 EA  LAMIVUDINE | | RX | | 286.22 | | 238.52 | | 1/2/01 |
| 00173-0471-00 NDA | EPIVIR (A.F.,STRAWBERRY-BANANA) SOL PO  10 MG/ML 240.00 ml 1 EA  LAMIVUDINE | | RX | | 76.33 | | 63.61 | | 1/2/01 |
| 00173-0662-00 NDA | EPIVIR HBV TAB PO  100 MG 60 EA  LAMIVUDINE | | RX | | 286.22 | | 238.52 | | 1/2/01 |
| 00173-0663-00 NDA | EPIVIR HBV (STRAWBERRY-BANANA) SOL PO  5 MG/ML 240.00 ml EA  LAMIVUDINE | | RX | | 57.24 | | 47.70 | | 1/2/01 |
| 00173-0517-00 NDA | FLOLAN PDS IV  0.5 MG 1 EA  EPOPROSTENOL SODIUM | | RX | | 19.01 | | 15.84 | | 5/24/01 |

Instructions: Please make corrections directly on this printout
___ OK as is    ✓ OK with changes
Signature _Joseph C Little, IV_  Date _10/23/01_

Confidential

Red Book 08990

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 3 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0519-00 NDA | FLOLAN  PDS IV  1.5 MG  1 EA  EPOPROSTENOL SODIUM | | RX | | 38.02 | | 31.68 | | 5/24/01 |
| 00173-0491-00 NDA | FLOVENT  ARO IH  0.044 MG/INH  13.00 gm 1 EA  FLUTICASONE PROPIONATE | | RX | | 49.30 | | ~~41.08~~ 42.31 | | ~~12/01~~ 9/11/01 |
| 00173-0494-00 NDA | FLOVENT  ARO IH  0.11 MG/INH  13.00 gm 1 EA  FLUTICASONE PROPIONATE | | RX | | 67.87 | | ~~56.56~~ 58.82 | | ~~12/01~~ 9/11/01 |
| 00173-0495-00 NDA | FLOVENT  ARO IH  0.22 MG/INH  13.00 gm 1 EA  FLUTICASONE PROPIONATE | | RX | | 104.41 | | ~~87.01~~ 91.36 | | ~~12/01~~ 9/11/01 |
| 00173-0497-00 NDA | FLOVENT (INSTIT. USE)  ARO IH  0.044 MG/INH  7.90 gm 1 EA  FLUTICASONE PROPIONATE | | RX | | 36.98 | | ~~30.82~~ 31.74 | | ~~12/01~~ 9/11/01 |
| 00173-0498-00 | FLOVENT (INSTIT. USE)  ARO IH  0.11 MG/INH  7.90 gm EA  FLUTICASONE PROPIONATE | | RX | | 47.14 | | ~~39.28~~ 40.85 | | ~~12/01~~ 9/11/01 |
| 00173-0499-00 | FLOVENT (INSTIT. USE)  ARO IH  0.22 MG/INH  7.90 gm EA  FLUTICASONE PROPIONATE | | RX | | 73.88 | | ~~61.57~~ 64.65 | | ~~12/01~~ 9/11/01 |
| 00173-0504-00 | FLOVENT ROTADISK (4X15)  DSK IH  0.22 MG/INH  60 EA  FLUTICASONE PROPIONATE | | RX | | 71.28 | | ~~59.40~~ 61.78 | | ~~12/01~~ 9/11/01 |
| 00173-0509-00 | FLOVENT ROTADISK (4X15)  DSK IH  0.088 MG/INH  60 EA  FLUTICASONE PROPIONATE | | RX | | 51.76 | | ~~43.13~~ 44.42 | | ~~12/01~~ 9/11/01 |
| 00173-0511-00 | FLOVENT ROTADISK (4X15)  DSK IH  0.044 MG/INH  60 EA  FLUTICASONE PROPIONATE | | RX | | 36.80 | | ~~30.67~~ 31.59 | | ~~12/01~~ 9/11/01 |
| 00173-0633-02 NDA | LAMICTAL  TAB PO  25 MG  100 EA  LAMOTRIGINE | | RX | | 215.96 | | ~~179.97~~ 192.57 | | 11/18/00 8/1/01 |

Instructions: Please make corrections directly on this printout
___ OK as is    ✓ OK with changes
Signature  _Joseph C Little_   Date  _10/23/01_

Confidential

Red Book 08991

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 4 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0642-55 NDA | LAMICTAL<br>TAB  PO   100 MG<br>100 EA   LAMOTRIGINE | | RX | | 229.25 | | ~~191.04~~ 204.41 | | ~~11/15/00~~ 08/01/01 |
| 00173-0643-60 NDA | LAMICTAL<br>TAB  PO   150 MG<br>60 EA    LAMOTRIGINE | | RX | | 144.55 | | ~~120.46~~ 128.89 | | ~~11/15/00~~ 08/01/01 |
| 00173-0644-60 NDA | LAMICTAL<br>TAB  PO   200 MG<br>60 EA    LAMOTRIGINE | | RX | | 151.51 | | ~~126.26~~ 135.10 | | ~~11/15/00~~ 08/01/01 |
| 00173-0526-00 NDA | LAMICTAL CD<br>(DISPERSABLE)<br>CTB  PO   5 MG<br>100 EA   LAMOTRIGINE | | RX | | 204.08 | | ~~170.07~~ 181.97 | | ~~11/15/00~~ 08/01/01 |
| 00173-0527-00 NDA | LAMICTAL CD<br>(DISPERSABLE)<br>CTB  PO   25 MG<br>100 EA   LAMOTRIGINE | | RX | | 213.73 | | ~~178.11~~ 190.58 | | ~~11/15/00~~ 08/01/01 |
| 00173-0270-55 NDA | LANOXICAPS<br>SGL  PO   0.05 MG<br>100 EA   DIGOXIN | | RX | | 25.92 | | ~~21.00~~ 22.46 | | ~~11/15/00~~ 9/11/01 |
| 00173-0272-55 NDA | LANOXICAPS<br>SGL  PO   0.1 MG<br>100 EA   DIGOXIN | | RX | | 28.28 | | ~~23.57~~ 24.51 | | ~~11/15/00~~ 9/11/01 |
| 00173-0274-55 NDA | LANOXICAPS<br>SGL  PO   0.2 MG<br>100 EA   DIGOXIN | | RX | | 32.89 | | ~~27.41~~ 28.57 | | ~~11/15/00~~ 9/11/01 |
| 00173-0242-55 NDA | LANOXIN<br>TAB  PO   0.125 MG<br>100 EA   DIGOXIN | AB | RX | | 21.32 | | ~~17.77~~ 18.48 | | ~~11/15/00~~ 9/11/01 |
| 00173-0242-56 NDA | LANOXIN<br>(2X5X10)<br>TAB  PO   0.125 MG<br>100 EA   DIGOXIN | AB | RX | 1 | 29.78 | CRX | ~~24.82~~ 25.81 | | ~~11/15/00~~ 9/11/01 |
| 00173-0242-75 NDA | LANOXIN<br>TAB  PO   0.125 MG<br>1,000 EA   DIGOXIN | AB | RX | | 163.93 | | ~~136.61~~ 142.07 | | ~~11/15/00~~ 9/11/01 |

Instructions: Please make corrections directly on this printout
___ OK as is      ✓ OK with changes
Signature _____  Date 10/23/01

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 5 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P   NC   277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0249-55 NDA | LANOXIN TAB  PO  0.25 MG 100 EA         DIGOXIN | AB | RX | | 21.32 | | ~~17.77~~ 18.48 | | ~~11/15/00~~ 9/11/01 |
| 00173-0249-56 NDA | LANOXIN (2X5X10) TAB  PO  0.25 MG 100 EA         DIGOXIN | AB | RX | 1 | 29.78 | | ~~24.82~~ 25.81 | | 11/15/00 9/11/01 |
| 00173-0249-75 NDA | LANOXIN TAB  PO  0.25 MG 1,000 EA        DIGOXIN | AB | RX | | 163.93 | | ~~138.61~~ 142.07 | | ~~11/15/00~~ 9/11/01 |
| 00173-0249-80 NDA | LANOXIN TAB  PO  0.25 MG 5,000 EA        DIGOXIN | AB | RX | | 773.70 | | ~~644.75~~ 670.54 | | 11/15/00 9/11/01 |
| 00173-0260-10 NDA | LANOXIN (AMP) SOL  IV  0.25 MG/ML 2.00 ml 10 EA   DIGOXIN | AP | RX | | 26.75 | | ~~22.29~~ 23.18 | | ~~11/15/00~~ 9/11/01 |
| 00173-0260-35 NDA | LANOXIN (AMP) SOL  IV  0.25 MG/ML 2.00 ml 50 EA   DIGOXIN | AP | RX | | 109.24 | | ~~91.03~~ 94.67 | | ~~11/15/00~~ 9/11/01 |
| 00173-0262-10 NDA | LANOXIN PEDIATRIC (AMP) SOL  IV  0.1 MG/ML 1.00 ml 10 EA   DIGOXIN | AP | RX | | 64.24 | | ~~59.53~~ 55.67 | | ~~11/15/00~~ 9/11/01 |
| 00173-0264-27 | LANOXIN PEDIATRIC ELI  PO  0.05 MG/ML 60.00 ml 1 EA    DIGOXIN | | RX | | 32.34 | | ~~26.95~~ 28.03 | | ~~11/15/00~~ 9/11/01 |
| 00173-0635-35 NDA | LEUKERAN TAB  PO  2 MG 50 EA         CHLORAMBUCIL | | RX | | 86.96 | | 72.47 | | 5/24/01 |
| 00173-0675-01 NDA | MALARONE TAB  PO  250 MG-100 MG 100 EA        ATOVAQUONE/PROGUANIL HCL | | RX | | 470.40 | | 392.00 | | 7/31/00 |
| 00173-0676-01 NDA | MALARONE PEDIATRIC TAB  PO  62.5 MG-25 MG 100 EA        ATOVAQUONE/PROGUANIL HCL | | RX | | 174.00 | | 145.00 | | 7/31/00 |

Instructions: Please make corrections directly on this printout
___ OK as is        ✓ OK with changes

Signature  *Joseph C Little*   Date  10/23/01

Confidential                                           Red Book 08993

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 6 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0547-00 NDA | MEPRON<br>SUS  PO  750 MG/5 ML<br>5.00 ml 42 EA    ATOVAQUONE | | RX | 1 | 637.10 | | 530.92 | | 1/2/01 |
| 00173-0665-18 NDA | MEPRON<br>SUS  PO  750 MG/5 ML<br>210.00 ml 1 EA    ATOVAQUONE | | RX | | 668.95 | | 557.46 | | 1/2/01 |
| 00173-0713-25 NDA | MYLERAN<br>TAB  PO  2 MG<br>25 EA    BUSULFAN | | RX | | 50.23 | | 41.86 | | 5/24/01 |
| 00173-0656-01 NDA | NAVELBINE (S.D.V.)<br>SOL  IV  10 MG/ML<br>1.00 ml 1 EA    VINORELBINE TARTRATE | | RX | | 95.50 | | 76.40 | | 4/2/01 |
| 00173-0656-44 NDA | NAVELBINE (S.D.V.)<br>SOL  IV  10 MG/ML<br>5.00 ml 1 EA    VINORELBINE TARTRATE | | RX | | 477.50 | | 382.00 | | 4/2/01 |
| 00173-0807-25 NDA | PURINETHOL<br>TAB  PO  50 MG<br>25 EA    MERCAPTOPURINE | | RX | | 86.80 | | 72.33 | | 5/24/01 |
| 00173-0807-65 NDA | PURINETHOL<br>TAB  PO  50 MG<br>250 EA    MERCAPTOPURINE | | RX | | 826.86 | | 689.05 | | 5/24/01 |
| 00173-0107-93 NDA | RETROVIR (S.D.V.)<br>SOL  IV  10 MG/ML<br>20.00 ml 10 EA    ZIDOVUDINE | | RX | | 200.98 | | 167.48 | | 1/2/01 |
| 00173-0108-55 NDA | RETROVIR<br>CAP  PO  100 MG<br>100 EA    ZIDOVUDINE | | RX | | 185.80 | | 154.83 | | 1/2/01 |
| 00173-0108-56 NDA | RETROVIR (2X5X10)<br>CAP  PO  100 MG<br>100 EA    ZIDOVUDINE | | RX | 1 | 185.80 | | 154.83 | | 1/2/01 |
| 00173-0113-18 NDA | RETROVIR<br>SYR  PO  50 MG/5 ML<br>240.00 ml 1 EA    ZIDOVUDINE | | RX | | 44.59 | | 37.16 | | 1/2/01 |

Instructions: Please make corrections directly on this printout
✓ OK as is      ___ OK with changes
Signature _____ Date  10/23/01

**Confidential**                          **Red Book 08994**

## MEDICAL ECONOMICS — THOMSON HEALTHCARE
## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 7 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0501-00 NDA | RETROVIR  TAB PO 300 MG  60 EA  ZIDOVUDINE | | RX | | 334.44 | | 278.70 | | 1/2/01 |
| 00173-0520-00 NDA | SEREVENT DISKUS  DSK IH 0.046 MG/INH  28 EA  SALMETEROL XINAFOATE | | RX | | 47.23 | | ~~39.36~~ 41.33 | | ~~1/2/01~~ 9/11/01 |
| 00173-0521-00 NDA | SEREVENT DISKUS  DSK IH 0.046 MG/INH  60 EA  SALMETEROL XINAFOATE | | RX | | 76.20 | | ~~63.50~~ 66.68 | | ~~1/2/01~~ 9/11/01 |
| 00173-0880-25 NDA | THIOGUANINE  TAB PO 40 MG  25 EA  THIOGUANINE | | RX | | 111.28 | | 92.73 | | 5/24/01 |
| 00173-0691-00 NDA | TRIZIVIR  TAB PO 300 MG-150 MG-300 MG  60 EA  ABACAVIR SULF/LAMIVUDINE/ZIDOVUDINE | | RX | | 1,005.25 | | 837.71 | | 1/2/01 |
| 00173-0565-00 NDA | VALTREX (CAPLET) TAB PO 1 GM  20 EA  VALACYCLOVIR HYDROCHLORIDE | | RX | | 103.24 | | ~~86.03~~ 94.15 | | ~~4/2/01~~ 9/11/01 |
| 00173-0933-03 NDA | VALTREX (CAPLET) TAB PO 500 MG  42 EA  VALACYCLOVIR HYDROCHLORIDE | | RX | | 151.86 | | 126.55 | | 5/24/01 |
| 00173-0933-56 NDA | VALTREX (CAPLET) TAB PO 500 MG  100 EA  VALACYCLOVIR HYDROCHLORIDE | | RX | 1 | 369.43 | | 307.86 | | 5/24/01 |
| 00173-0177-55 NDA | WELLBUTRIN  TAB PO 75 MG  100 EA  BUPROPION HYDROCHLORIDE | AB | RX | | 84.10 | | ~~70.08~~ 74.99 | | ~~11/15/00~~ 9/11/01 |
| 00173-0178-55 NDA | WELLBUTRIN  TAB PO 100 MG  100 EA  BUPROPION HYDROCHLORIDE | AB | RX | | 112.19 | | ~~93.49~~ 100.03 | | 11/15/00 9/11/01 |
| 00173-0135-55 NDA | WELLBUTRIN SR  TER PO 150 MG  60 EA  BUPROPION HYDROCHLORIDE | | RX | | 101.04 | | 84.20 | | 5/24/01 |

Instructions: Please make corrections directly on this printout
___ OK as is   ✓ OK with changes
Signature _____ Date 10/23/01

Confidential          Red Book 08995

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 8 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0947-55 NDA | WELLBUTRIN SR  TER  PO  100 MG  60 EA  BUPROPION HYDROCHLORIDE | | RX | | 94.27 | | 78.56 | | 5/24/01 |
| 00173-0661-00 NDA | ZIAGEN (CAPLET,BLISTER PACK)  TAB  PO  300 MG  60 EA  ABACAVIR SULFATE | | RX | 1 | 384.62 | | 320.52 | | 1/2/01 |
| 00173-0661-01 NDA | ZIAGEN (CAPLET)  TAB  PO  300 MG  60 EA  ABACAVIR SULFATE | | RX | | 384.62 | | 320.52 | | 1/2/01 |
| 00173-0664-00 NDA | ZIAGEN (STRAWBERRY-BANANA)  SOL  PO  20 MG/ML  240.00 ml EA  ABACAVIR SULFATE | | RX | | 101.10 | | 84.25 | | 1/2/01 |
| 00173-0945-55 NDA | ZOVIRAX  TAB  PO  800 MG  100 EA  ACYCLOVIR | AB | RX | | 528.05 | | 440.04 | | 5/24/01 |
| 00173-0945-56 NDA | ZOVIRAX (10X10)  TAB  PO  800 MG  100 EA  ACYCLOVIR | AB | RX | 1 | 538.60 | | 448.83 | | 5/24/01 |
| 00173-0949-55 NDA | ZOVIRAX  TAB  PO  400 MG  100 EA  ACYCLOVIR | AB | RX | | 271.56 | | 226.30 | | 5/24/01 |
| 00173-0952-01 NDA | ZOVIRAX  PDS  IV  1000 MG  10 EA  ACYCLOVIR SODIUM | AP | RX | | 1,300.10 | | 1,083.42 | | 5/24/01 |
| 00173-0953-96 NDA | ZOVIRAX  SUS  PO  200 MG/5 ML  473.00 ml 1 EA  ACYCLOVIR | AB | RX | | 121.74 | | 101.45 | | 5/24/01 |
| 00173-0991-55 NDA | ZOVIRAX  CAP  PO  200 MG  100 EA  ACYCLOVIR | AB | RX | | 139.94 | | 116.62 | | 5/24/01 |
| 00173-0991-56 NDA | ZOVIRAX (2X5X10)  CAP  PO  200 MG  100 EA  ACYCLOVIR | AB | RX | 1 | 159.38 | | 132.82 | | 5/24/01 |

Instructions: Please make corrections directly on this printout
___ OK as is    ___ OK with changes
Signature _____ Date  10/22/01

Confidential                                            Red Book 08996

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 9 OF 9

GLAXO WELLCOME INC.
5 MOORE DRIVE
P.O. BOX 13398
RESEARCH TRIANGLE P  NC  277092700

Please Respond By: 10/01/2001
Contact Name: JOE LITTLE
Phone Number: 800-334-0032

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0993-41 NDA | ZOVIRAX  OIN  TP  5%  3.00 gm 1 EA   ACYCLOVIR | | RX | | 22.38 | | ~~18.85~~ 19.24 | | ~~5/24/01~~ 9/11/01 |
| 00173-0993-94 NDA | ZOVIRAX  OIN  TP  5%  15.00 gm 1 EA   ACYCLOVIR | | RX | | 51.68 | | ~~43.07~~ 44.53 | | ~~5/24/01~~ 9/11/01 |
| 00173-0995-01 NDA | ZOVIRAX  PDS  IV  500 MG  10 EA   ACYCLOVIR SODIUM | AP | RX | | 650.06 | | 541.72 | | 5/24/01 |
| 00173-0556-01 NDA | ZYBAN (ADVANTAGE PACK)  TER  PO  150 MG  60 EA   BUPROPION HYDROCHLORIDE | | RX | | 101.04 | | 84.20 | | 5/24/01 |
| 00173-0556-02 NDA | ZYBAN (REFILL)  TER  PO  150 MG  60 EA   BUPROPION HYDROCHLORIDE | | RX | | 101.04 | | 84.20 | | 5/24/01 |

Instructions: Please make corrections directly on this printout
___ OK as is     ✓ OK with changes
Signature _____   Date 10/12/01

Confidential                    Red Book 08997