# Plaintiffs' Response to GSK Statement of Undisputed Facts

# EXHIBIT F

OCT 2 7 2000   2 NOV 00

## MANUFACTURER DIRECTORY INFORMATION FORM

Please verify the following data to ensure that your organization is properly listed
in the Red Book 2001 Edition. Please make changes directly on the form where it may apply.

Company Name:   SMITHKLINE BEECHAM PHARMACEUTICALS

Address:  ONE FRANKLIN PLAZA

P.O.BOX 7929

City:  PHILADELPHIA                                    State:  PA   Zip:  19101-

Company Web Site:

Company E:Mail Address:                                         Done

Toll Free #:  (800) 366-8900              Main #:

Main Fax #  (215) 751-3400               Clinical Support #:

Parent Company:  SMITHKLINE BEECHAM PHARMACEUTICALS

---

*The following information is for internal use only and will not be published.*

Contact Name:  RICH GARCIA

Contact Mail To Address:
*(if different than above)*

City:                                         State:      Zip:

Contact E:Mail Address:  Richard. Garcia @ SB.com

Contact Direct #:  (800) 366-8900      Ext. 5069  Contact Fax #:  215-751-5205

---

☐ OK as is         ☑ OK with changes

Signature  _Richard (signature)_          Date  10/24/00

*If you have any questions, please call the Red Book Hunt Line at (201) 358-2228 and
ask to speak to your Red Book contact:*      **RONI LANE**

**Confidential**                                    **Red Book 15169**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 1 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

OCT 2 7 2000

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | PT | DBQ | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00007-5500-40 NDA | **ALBENZA** TAB      PO      200 MG 112 EA        ALBENDAZOLE | | 01 | | RX | | 135.20 | | 108.16 | | 2/5/00 |
| 00029-6006-30 ANDA | **AMOXIL** CAP      PO      250 MG 100 EA        AMOXICILLIN | | 01 | AB | RX | | 21.60 | | 17.28 | | 8/16/91 |
| 00029-6006-32 ANDA | **AMOXIL** CAP      PO      250 MG 500 EA        AMOXICILLIN | | 01 | AB | RX | | 102.90 | | 82.30 | | 8/16/91 |
| 00029-6007-30 ANDA | **AMOXIL** CAP      PO      500 MG 100 EA        AMOXICILLIN     *Discontinued* ✓ | | 01 | AB | RX | | 40.40 | | 32.32 | | 8/16/91  7/31/00 |
| 00029-6007-32 ANDA | **AMOXIL** CAP      PO      500 MG 500 EA        AMOXICILLIN | | 01 | AB | RX | | 189.90 | | 151.92 | | 8/16/91 |
| 00029-6008-21 ANDA | **AMOXIL** (STRAWBERRY) PDR      PO      125 MG/5 ML 80.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 2.70 | | 2.16 | | 8/16/91 |
| 00029-6008-22 ANDA | **AMOXIL** (STRAWBERRY) PDR      PO      125 MG/5 ML 150.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 3.55 | | 2.85 | | 8/16/91 |
| 00029-6008-23 ANDA | **AMOXIL** (STRAWBERRY) PDR      PO      125 MG/5 ML 100.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 3.10 | | 2.48 | | 8/16/91 |
| 00029-6009-21 ANDA | **AMOXIL** (BUBBLE GUM) PDR      PO      250 MG/5 ML 80.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 4.60 | | 3.69 | | 8/16/91 |
| 00029-6009-22 ANDA | **AMOXIL** (BUBBLE GUM) PDR      PO      250 MG/5 ML 150.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 6.10 | | 4.90 | | 8/16/91 |
| 00029-6009-23 ANDA | **AMOXIL** (BUBBLE GUM) PDR      PO      250 MG/5 ML 100.00 ml 1 EA        AMOXICILLIN | | 01 | AB | RX | | 5.30 | | 4.23 | | 8/16/91 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ✓ OK with changes

Signature _F. Rich Defn_ _____  Date _10/24/00_ _____

**Confidential**

**Red Book 15170**



**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 2 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA           PA   19101

Please Respond By:  10/27/2000
Contact Name:  RICH GARCIA
Phone Number:  800-366-8900

| NDC-HRI-UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00029-6044-12 NDA | AMOXIL (CHERRY-BANANA-MINT) | CTB    PO    200 MG 20 EA    AMOXICILLIN | 01 | | RX | | 10.15 | | 8.12 | | 6/15/99 |
| 00029-6044-20 NDA | AMOXIL (CHERRY-BANANA-MINT) | CTB    PO    200 MG 100 EA    AMOXICILLIN | 01 | | RX | | 50.75 | | 40.60 | | 6/15/99 |
| 00029-6045-12 NDA | AMOXIL (CHERRY-BANANA-MINT) | CTB    PO    400 MG 20 EA    AMOXICILLIN | 01 | | RX | | 12.40 | | 9.92 | | 6/15/99 |
| 00029-6045-20 NDA | AMOXIL (CHERRY-BANANA-MINT) | CTB    PO    400 MG 100 EA    AMOXICILLIN | 01 | | RX | | 62.00 | | 49.60 | | 6/15/99 |
| 00029-6046-12 NDA | AMOXIL | TAB    PO    500 MG 20 EA    AMOXICILLIN | 01 | | RX | | 11.70 | | 9.34 | | 7/14/98 |
| 00029-6046-20 NDA | AMOXIL | TAB    PO    500 MG 100 EA    AMOXICILLIN | 01 | | RX | | 55.35 | | 44.29 | | 7/14/98 |
| 00029-6046-25 NDA | AMOXIL | TAB    PO    500 MG 500 EA    AMOXICILLIN | 01 | | RX | | 267.85 | | 214.29 | | 7/14/98 |
| 00029-6047-12 NDA | AMOXIL | TAB    PO    875 MG 20 EA    AMOXICILLIN | 01 | | RX | | 20.45 | | 16.35 | | 7/14/98 |
| 00029-6047-20 NDA | AMOXIL | TAB    PO    875 MG 100 EA    AMOXICILLIN | 01 | | RX | | 96.90 | | 77.50 | | 7/14/98 |
| 00029-6047-25 NDA | AMOXIL | TAB    PO    875 MG 500 EA    AMOXICILLIN | 01 | | RX | | 468.75 | | 375.00 | | 7/14/98 |
| 00029-6048-18 NDA | AMOXIL (BUBBLE GUM) | PDR    PO    200 MG/5 ML 5.00 ml 1 EA    AMOXICILLIN | 01 | | RX | 1 | 2.00 | | 1.60 | | 6/15/99 |

**Instructions:** Please make corrections directly on this printout

☑ OK as is          ____ OK with changes

Signature _____  Date  10/24/00



**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 3 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

**Please Respond By:** 10/27/2000
**Contact Name:** RICH GARCIA
**Phone Number:** 800-366-8900

| NDC/HRI/UPC CAT NO. NDA /ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00029-6048-54 NDA | AMOXIL (BUBBLE GUM) PDR        PO        200 MG/5 ML 50.00 ml  EA        AMOXICILLIN | 01 | | RX | | 5.10 | | 4.06 | | 6/15/99 |
| 00029-6048-55 NDA | AMOXIL (BUBBLE GUM) PDR        PO        200 MG/5 ML 75.00 ml  EA        AMOXICILLIN | 01 | | RX | | 7.60 | | 6.08 | | 6/15/99 |
| 00029-6048-59 NDA | AMOXIL (BUBBLE GUM) PDR        PO        200 MG/5 ML 100.00 ml  EA        AMOXICILLIN | 01 | | RX | | 10.15 | | 8.10 | | 6/15/99 |
| 00029-6049-18 NDA | AMOXIL (BUBBLE GUM) PDR        PO        400 MG/5 ML 5.00 ml  EA        AMOXICILLIN | 01 | | RX | 1 | 2.50 | | 2.00 | | 6/15/99 |
| 00029-6049-54 NDA | AMOXIL (BUBBLE GUM) PDR        PO        400 MG/5 ML 50.00 ml  EA        AMOXICILLIN | 01 | | RX | | 5.45 | | 4.35 | | 6/15/99 |
| 00029-6049-55 NDA | AMOXIL (BUBBLE GUM) PDR        PO        400 MG/5 ML 75.00 ml  EA        AMOXICILLIN | 01 | | RX | | 8.15 | | 6.52 | | 6/15/99 |
| 00029-6049-59 NDA | AMOXIL (BUBBLE GUM) PDR        PO        400 MG/5 ML 100.00 ml  EA        AMOXICILLIN | 01 | | RX | | 10.90 | | 8.70 | | 6/15/99 |
| 00029-6035-20 ANDA | AMOXIL PEDIATRIC (DROPS, BUBBLE GUM) PDR        PO        50 MG/ML 15.00 ml 1 EA        AMOXICILLIN | 01 | AB | RX | | 1.80 | | 1.42 | | 8/16/91 |
| 00029-6038-39 ANDA | AMOXIL PEDIATRIC (DROPS, BUBBLE GUM) PDR        PO        50 MG/ML 30.00 ml 1 EA        AMOXICILLIN | 01 | AB | RX | | 3.45 | | 2.75 | | 8/16/91 |
| 00029-6071-12 NDA | AUGMENTIN (CHERRY-BANANA) CTB        PO        200 MG-28.5 MG 20 EA        AMOXICILLIN/CLAVULANATE | 01 | | RX | | 35.70 | | 28.56 | | 2/5/00 |
| 00029-6072-12 NDA | AUGMENTIN (CHERRY-BANANA) CTB        PO        400 MG-57 MG 20 EA        AMOXICILLIN/CLAVULANATE | 01 | | RX | | 68.10 | | 54.48 | | 2/5/00 |

**nstructions:** Please make corrections directly on this printout

✓ OK as is          ___ OK with changes

Signature _Rich Dijon_          Date _10/24/00_

**Confidential**          **Red Book 15172**



## REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 4 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00029-6073-47 NDA | AUGMENTIN (LEMON-LIME) CTB     PO     125 MG-31.25 MG 30 EA            AMOXICILLIN/CLAVULANATE | 01 | | RX | | 36.90 | | 29.52 | | 2/5/00 |
| 00029-6074-47 NDA | AUGMENTIN (LEMON-LIME) CTB     PO     250 MG-62.5 MG 30 EA            AMOXICILLIN/CLAVULANATE | 01 | | RX | | 70.45 | | 56.36 | | 2/5/00 |
| 00029-6075-27 NDA | AUGMENTIN TAB     PO     250 MG-125 MG 30 EA            AMOXICILLIN/CLAVULANATE | 01 | | RX | | 76.20 | | 60.96 | | 2/5/00 |
| 00029-6075-31 NDA | AUGMENTIN (INSTIT. USE) TAB     PO     250 MG-125 MG 100 EA           AMOXICILLIN/CLAVULANATE | 01 | | RX | | 260.35 | | 208.28 | | 2/5/00 |
| 00029-6080-12 NDA | AUGMENTIN TAB     PO     500 MG-125 MG 20 EA            AMOXICILLIN/CLAVULANATE | 01 | | RX | | 74.75 | | 59.80 | | 2/5/00 |
| 00029-6080-31 NDA | AUGMENTIN (10X10, INSTIT. USE) TAB     PO     500 MG-125 MG 100 EA           AMOXICILLIN/CLAVULANATE | 01 | | RX | 1 | 383.10 | | 306.48 | | 2/5/00 |
| 00029-6085-22 NDA | AUGMENTIN (BANANA) PDR     PO     125 MG-31.25 MG/5 ML 150.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 36.90 | | 29.52 | | 2/5/00 |
| 00029-6085-23 NDA | AUGMENTIN (BANANA) PDR     PO     125 MG-31.25 MG/5 ML 100.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 25.10 | | 20.08 | | 2/5/00 |
| 00029-6085-39 NDA | AUGMENTIN (BANANA) PDR     PO     125 MG-31.25 MG/5 ML 75.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 18.85 | | 15.08 | | 2/5/00 |
| 00029-6086-12 NDA | AUGMENTIN TAB     PO     875 MG-125 MG 20 EA            AMOXICILLIN/CLAVULANATE | 01 | | RX | | 99.80 | | 79.84 | | 2/5/00 |
| 00029-6086-21 NDA | AUGMENTIN (10X10, INSTIT. USE) TAB     PO     875 MG-125 MG 100 EA           AMOXICILLIN/CLAVULANATE | 01 | | RX | 1 | 511.35 | | 409.08 | | 2/5/00 |

Instructions: Please make corrections directly on this printout
✓OK  as is          OK with changes
Signature _____     Date _10/24/00_

Confidential

Red Book 15173



# REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 5 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC-HRI-UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | PT | DBQ | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00029-6087-29 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       200 MG-28.5 MG/5 ML 50.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 18.20 | | 14.56 | | 2/5/00 |
| 00029-6087-39 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       200 MG-28.5 MG/5 ML 75.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 24.35 | | 19.48 | | 2/5/00 |
| 00029-6087-51 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       200 MG-28.5 MG/5 ML 100.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 35.70 | | 28.56 | | 2/5/00 |
| 00029-6090-22 NDA | AUGMENTIN (ORANGE) PDR      PO       250 MG-62.5 MG/5 ML 150.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 70.45 | | 56.36 | | 2/5/00 |
| 00029-6090-23 NDA | AUGMENTIN (ORANGE) PDR      PO       250 MG-62.5 MG/5 ML 100.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 47.95 | | 38.36 | | 2/5/00 |
| 00029-6090-39 NDA | AUGMENTIN (ORANGE) PDR      PO       250 MG-62.5 MG/5 ML 75.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 35.90 | | 28.72 | | 2/5/00 |
| 00029-6092-29 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       400 MG-57 MG/5 ML 50.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 34.70 | | 27.76 | | 2/5/00 |
| 00029-6092-39 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       400 MG-57 MG/5 ML 75.00 ml 1 EA       AMOXICILLIN/CLAVULANATE | 01 | | RX | | 46.25 | | 37.00 | | 2/5/00 |
| 00029-6092-51 NDA | AUGMENTIN (ORANGE-RASPBERRY) PDR      PO       400 MG-57 MG/5 ML 100.00 ml 1 EA      AMOXICILLIN/CLAVULANATE | 01 | | RX | | 68.10 | | 54.48 | | 2/5/00 |
| 00029-3158-18 NDA | AVANDIA TAB      PO       2 MG 60 EA       ROSIGLITAZONE MALEATE | 01 | | RX | | 108.75 | | 87.00 | | 5/28/99 |
| 00029-3159-13 NDA | AVANDIA TAB      PO       4 MG 30 EA       ROSIGLITAZONE MALEATE | 01 | | RX | | 75.00 | | 60.00 | | 5/28/99 |

**Instructions:** Please make corrections directly on this printout
✓ OK as is      ___ OK with changes
Signature _____ Date 10/24/00

**Confidential**                    **Red Book 15174**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 6 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA        PA   19101

Please Respond By:  10/27/2000
Contact Name:  RICH GARCIA
Phone Number:  800-366-8900

| NDC-HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | PT | DBO | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00029-3159-18 NDA | **AVANDIA** TAB        PO        4 MG 60 EA        ROSIGLITAZONE MALEATE | | | 01 | | RX | | 150.00 | | 120.00 | | 5/28/99 |
| 00029-3159-20 NDA | **AVANDIA** TAB        PO        4 MG 100 EA        ROSIGLITAZONE MALEATE | | | 01 | | RX | | 250.00 | | 200.00 | | 5/28/99 |
| 00029-3160-13 NDA | **AVANDIA** TAB        PO        8 MG 30 EA        ROSIGLITAZONE MALEATE | | | 01 | | RX | | 136.90 | | 109.50 | | 5/28/99 |
| 00029-3160-20 NDA | **AVANDIA** TAB        PO        8 MG 100 EA        ROSIGLITAZONE MALEATE | | | 01 | | RX | | 456.25 | | 365.00 | | 5/28/99 |
| 00029-1525-44 NDA | **BACTROBAN** OIN        TP        2% 22.00 gm  EA        MUPIROCIN | | | 01 | | RX | | 36.85 | | 29.48 | | 5/1/00 |
| 00029-1526-11 NDA | **BACTROBAN** OIN        NS        2% 1.00 gm 10 EA        MUPIROCIN CALCIUM | | | 01 | | RX | | 49.40 | | 39.52 | | 4/1/96 |
| 00029-1527-22 NDA | **BACTROBAN** CRE        TP        2% 15.00 gm  EA        MUPIROCIN CALCIUM | | | 01 | | RX | | 28.55 | | 22.84 | | 2/5/00 |
| 00029-1527-25 NDA | **BACTROBAN** CRE        TP        2% 30.00 gm  EA        MUPIROCIN CALCIUM | | | 01 | | RX | | 48.40 | | 38.72 | | 2/5/00 |
| 00007-3343-01 NDA | **COMPAZINE** (VIAL) INJ        IJ        5 MG/ML 10.00 ml 1 EA        PROCHLORPERAZINE EDISYLATE | | | 01 | AP | RX | | 41.00 | | 32.80 | | 8/10/98 |
| 00007-3352-16 NDA | **COMPAZINE** (VIAL) INJ        IJ        5 MG/ML 2.00 ml 25 EA        PROCHLORPERAZINE EDISYLATE | | | 01 | AP | RX | | 211.60 | | 169.28 | | 8/10/98 |
| 00007-3360-03 NDA | **COMPAZINE** SUP        RC        2.5 MG 12 EA        PROCHLORPERAZINE | | | 01 | | RX | | 29.50 | | 23.60 | | 8/10/98 |

nstructions:  Please make corrections directly on this printout

OK  as is _____        OK with changes

Signature _Keith Nixon_____        Date _10/24/00_____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 7 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC#/RI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | PT | DBQ | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00007-3361-03 NDA | COMPAZINE SUP      RC      5 MG 12 EA          PROCHLORPERAZINE | | | 01 | | RX | | 32.80 | | 26.24 | | 6/10/98 |
| 00007-3362-03 NDA | COMPAZINE SUP      RC      25 MG 12 EA          PROCHLORPERAZINE | | | 01 | AB | RX | | 40.60 | | 32.48 | | 8/10/98 |
| 00007-3363-44 NDA | COMPAZINE SYR      PO      5 MG/5 ML 120.00 ml 1 EA    PROCHLORPERAZINE EDISYLATE | | | 01 | | RX | | 22.45 | | 17.96 | | 8/10/98 |
| 00007-3366-20 NDA | COMPAZINE TAB      PO      5 MG 100 EA          PROCHLORPERAZINE MALEATE | | | 01 | AB | RX | | 62.90 | | 50.32 | | 12/31/96 |
| 00007-3366-21 NDA | COMPAZINE (INSTIT. USE) TAB      PO      5 MG 100 EA          PROCHLORPERAZINE MALEATE | | | 01 | AB | RX | | 65.55 | | 52.44 | | 12/31/96 |
| 00007-3367-20 NDA | COMPAZINE TAB      PO      10 MG 100 EA          PROCHLORPERAZINE MALEATE | | | 01 | AB | RX | | 94.50 | | 75.60 | | 12/31/96 |
| 00007-3367-21 NDA | COMPAZINE (INSTIT. USE) TAB      PO      10 MG 100 EA          PROCHLORPERAZINE MALEATE | | | 01 | AB | RX | | 97.25 | | 77.80 | | 12/31/96 |
| 00007-3344-15 NDA | COMPAZINE SPANSULE CER      PO      10 MG 50 EA          PROCHLORPERAZINE MALEATE | | | 01 | | RX | | 62.35 | | 49.88 | | 2/5/00 |
| 00007-3346-15 NDA | COMPAZINE SPANSULE CER      PO      15 MG 50 EA          PROCHLORPERAZINE MALEATE | | | 01 | | RX | | 92.70 | | 74.16 | | 2/5/00 |
| 00007-4139-20 NDA | COREG TAB      PO      3.125 MG 100 EA          CARVEDILOL | | | 01 | | RX | | 159.15 | | 127.32 | | 11/24/99 |
| 00007-4140-20 NDA | COREG TAB      PO      6.25 MG 100 EA          CARVEDILOL | | | 01 | | RX | | 159.15 | | 127.32 | | 11/24/99 |

nstructions:  Please make corrections directly on this printout
✓OK  as is _____ OK with changes

Signature _____   Date 10/24/00

**Confidential**                                        **Red Book 15176**

**MEDICAL ECONOMICS**

★

**THOMSON HEALTHCARE**

# REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 8 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA        PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | | | PT | DBO | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00007-4141-20 NDA | **COREG** TAB       PO         12.5 MG 100 EA         CARVEDILOL | | | 01 | | RX | | 159.15 | | 127.32 | | 11/24/99 |
| 00007-4142-20 NDA | **COREG** TAB       PO         25 MG 100 EA         CARVEDILOL | | | 01 | | RX | | 159.15 | | 127.32 | | 11/24/99 |
| 00007-3519-20 ANDA | **DEXEDRINE** TAB       PO         5 MG 100 EA         DEXTROAMPHETAMINE SULFATE | | | 01 | AA | CII | | 28.35 | | 22.68 | | 2/5/00 |
| 00007-3512-20 ANDA | **DEXEDRINE SPANSULES** CER       PO         5 MG 100 EA         DEXTROAMPHETAMINE SULFATE | | | 01 | | CII | | 67.75 | | 54.20 | | 2/5/00 |
| 00007-3513-20 NDA | **DEXEDRINE SPANSULES** CER       PO         10 MG 100 EA         DEXTROAMPHETAMINE SULFATE | | | 01 | | CII | | 84.40 | | 67.52 | | 2/5/00 |
| 00007-3514-20 NDA | **DEXEDRINE SPANSULES** CER       PO         15 MG 100 EA         DEXTROAMPHETAMINE SULFATE | | | 01 | | CII | | 107.95 | | 86.36 | | 2/5/00 |
| 00007-3650-21 NDA | **DYAZIDE** (INSTIT. USE) CAP       PO         25 MG-37.5 MG 100 EA         HCTZ/TRIAMTERENE | | | 01 | AB | RX | | 50.20 | | 40.16 | | 8/10/98 |
| 00007-3650-22 NDA | **DYAZIDE** (PATIENT-PAK) CAP       PO         25 MG-37.5 MG 100 EA         HCTZ/TRIAMTERENE | | | 01 | AB | RX | | 47.50 | | 38.00 | | 8/10/98 |
| 00007-3650-30 NDA | **DYAZIDE** CAP       PO         25 MG-37.5 MG 1,000 EA         HCTZ/TRIAMTERENE | | | 01 | AB | RX | | 456.45 | | 365.16 | | 8/10/98 |
| 58160-0860-01 | **ENGERIX-B** (S.D.V.,TAX INCL) INJ       IJ         20 MCG/ML 1.00 ml 1 EA   HEPATITIS B VACCINE-RECOMBINANT | | | 01 | | RX | | 55.10 | +754 | ~~44.24~~ 43.49 | 44.24 | 12/21/98 |
| 58160-0860-16 | **ENGERIX-B** (S.D.V.,TAX INCL) INJ       IJ         20 MCG/ML 1.00 ml 25 EA   HEPATITIS B VACCINE-RECOMBINANT | | | 01 | | RX | | 1,377.80 | +875 | ~~1,105.99~~ 1087.24 | 1105.99 | 12/21/98 |

**nstructions:** Please make corrections directly on this printout

☑ OK as is          ___ OK with changes

;ignature *Smith Dyon*           Date 10/24/00

**Confidential**

**Red Book 15177**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

# REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 9 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA/ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 58160-0861-05 | ENGERIX-B (S.D.SRN,23GX1,TAX INCL) INJ IJ 20 MCG/ML 1.00 ml 5 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 288.75 | *Discontinued* | 231.75 217.44 | | 8/10/98 4/25/00 |
| 58160-0861-35 | ENGERIX-B (TIP-LOK,23GX1,TAX INCL) INJ IJ 20 MCG/ML 1.00 ml 5 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 275.50 +3.75 | | 221.20 217.44 | 221.19 | 12/21/98 |
| 58160-0862-01 | ENGERIX-B (10 DOSE VIAL,TAX INCL) INJ IJ 20 MCG/ML 10.00 ml 1 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 551.00 *Discontinued* | | 442.30 | | 12/21/98 9/15/00 |
| 58160-0856-01 | ENGERIX-B PEDIATRIC (S.D.V.,P.F.,TAX INCL) INJ IJ 10 MCG/0.5 ML 0.50 ml EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 24.20 +75¢ | | 18.51 18.76 19.51 | | 4/4/00 4/1/00 |
| 58160-0856-11 | ENGERIX-B PEDIATRIC (S.D.V.,P.F.,TAX INCL) INJ IJ 10 MCG/0.5 ML 0.50 ml 10 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 242.00 +7.50 | | 195.10 187.60 195.10 | | 4/4/00 4/1/00 |
| 58160-0856-26 | ENGERIX-B PEDIATRIC (TIP-LOK,23GX1,PF,TX INC) INJ IJ 10 MCG/0.5 ML 0.50 ml 25 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 605.00 +18.75 | | 487.75 469.00 | | 4/4/00 4/21/00 |
| 58160-0856-27 | ENGERIX-B PEDIATRIC (TIP-LOK,25GX5/8,PF,TAX) INJ IJ 10 MCG/0.5 ML 0.50 ml 25 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 605.00 +18.75 | | 487.75 469.00 | | 4/4/00 4/21/00 |
| 58160-0856-35 | ENGERIX-B PEDIATRIC (TIP-LOK,23GX1,PF,TX INC) INJ IJ 10 MCG/0.5 ML 0.50 ml 5 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 121.00 +3.75 | | 97.55 93.80 | | 4/4/00 6/2/00 |
| 58160-0856-36 | ENGERIX-B PEDIATRIC (TIP-LOK,25GX5/8,PF,TAX) INJ IJ 10 MCG/0.5 ML 0.50 ml 5 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 121.00 +3.75 | | 97.55 93.80 | | 4/4/00 4/21/00 |
| 58160-0859-01 | ENGERIX-B PEDIATRIC (S.D.V.,TAX INCL) INJ IJ 10 MCG/0.5 ML 0.50 ml 1 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 24.20 +75¢ | | 19.01 18.76 | | 12/21/98 4/1/00 |
| 58160-0859-05 | ENGERIX-B PEDIATRIC (S.D.SRN,23GX1,TAX INCL) INJ IJ 10 MCG/0.5 ML 0.50 ml 5 EA HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 121.00 *Discontinued* | | 97.55 93.80 | | 12/21/98 4/21/00 |

**nstructions:** Please make corrections directly on this printout
___OK as is        ✓ OK with changes
signature _Faith Dixon_          Date _10/24/00_

**Confidential**                          **Red Book 15178**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 10 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA        PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 58160-0859-06 | ENGERIX-B PEDIATRIC (SRN,25GX5/8,TAX INCL) INJ   IJ   10 MCG/0.5 ML 0.50 ml 5 EA   HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 126.75 | | ~~102.15~~ 93.80 | | ~~3/10/98~~ 4/25 discontinued |
| 58160-0859-11 | ENGERIX-B PEDIATRIC (S.D.V.,25GX5/8,TAX INCL) INJ   IJ   10 MCG/0.5 ML 0.50 ml 10 EA   HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 242.00 | | ~~195.10~~ +7.50 187.60 | | ~~12/21/98~~ 9/5/00 |
| 58160-0859-35 | ENGERIX-B PEDIATRIC (TIP-LOK,23GX1",TAX INCL) INJ   IJ   10 MCG/0.5 ML 0.50 ml 5 EA   HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 121.00 | | ~~97.55~~ +3.75 93.80 | | 12/21/98 |
| 58160-0859-36 | ENGERIX-B PEDIATRIC (TIP-LOK,25GX5/8,TAX INC) INJ   IJ   10 MCG/0.5 ML 0.50 ml 5 EA   HEPATITIS B VACCINE-RECOMBINANT | 01 | | RX | | 121.00 | | ~~97.55~~ +3.75 93.80 | | 12/21/98 |
| 00007-4007-20 NDA | ESKALITH CAP   PO   300 MG 100 EA   LITHIUM CARBONATE | 01 | AB | RX | | 19.40 | | 15.52 | | 1/6/99 |
| 00007-4007-25 NDA | ESKALITH CAP   PO   300 MG 500 EA   LITHIUM CARBONATE | 01 | AB | RX | | 89.85 | | 71.88 | | 1/6/99 |
| 00007-4010-20 NDA | ESKALITH-CR TER   PO   450 MG 100 EA   LITHIUM CARBONATE | 01 | | RX | | 45.20 | | 36.16 | | 11/17/99 |
| 00007-4115-13 NDA | FAMVIR TAB   PO   125 MG 30 EA   FAMCICLOVIR | 01 | | RX | | 101.40 | | 81.12 | | 2/5/00 |
| 00007-4116-13 NDA | FAMVIR TAB   PO   250 MG 30 EA   FAMCICLOVIR | 01 | | RX | | 110.25 | | 88.20 | | 2/5/00 |
| 00007-4117-13 NDA | FAMVIR TAB   PO   500 MG 30 EA   FAMCICLOVIR | 01 | | RX | | 221.30 | | 177.04 | | 2/5/00 |
| 00007-4117-19 NDA | FAMVIR (INSTIT. USE) TAB   PO   500 MG 50 EA   FAMCICLOVIR | 01 | | RX | | 407.80 | | 326.24 | | 2/5/00 |

Instructions:  Please make corrections directly on this printout
___OK as is    ✓OK with changes
Signature _____  Date  10/24/00

**Confidential**                                    **Red Book 15179**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 11 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBO | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007-4195-18 | HALFAN (CAPLET) TAB   PO   250 MG 60 EA   HALOFANTRINE HYDROCHLORIDE | 01 | | RX | | 592.50 | | 474.00 | | 9/18/98 |
| 58160-0835-01 | HAVRIX (S.D.V.) INJ   IJ   1440 EL U/ML 1.00 ml 1 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 59.45 | | 47.56 | | 11/27/96 |
| 58160-0835-07 | HAVRIX (M.D.V.) INJ   IJ   1440 EL U/ML 10.00 ml  EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 594.50 | | 475.60 | | 11/1/97 |
| 58160-0835-32 | HAVRIX (TIP-LOK 23GX1") INJ   IJ   1440 EL U/ML 1.00 ml 1 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 59.45 | | 47.56 | | 1/19/00 |
| 58160-0835-35 | HAVRIX (TIP-LOK 23GX1") INJ   IJ   1440 EL U/ML 1.00 ml 5 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 297.30 | | 237.84 | | 5/1/98 |
| 58160-0837-01 | HAVRIX PEDIATRIC (S.D.V.) INJ   IJ   360 EL U/0.5 ML 0.50 ml 1 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 29.75 | | 23.80 | | 11/27/96 |
| 58160-0837-02 | HAVRIX PEDIATRIC (SRN,PREFILLED) INJ   IJ   360 EL U/0.5 ML 0.50 ml 1 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 29.75 | | 23.80 | | 11/27/96 |
| 58160-0837-05 | HAVRIX PEDIATRIC (SRN,PREFILLED) INJ   IJ   360 EL U/0.5 ML 0.50 ml 5 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 148.65 | | 118.92 | | 11/27/96 |
| 58160-0837-35 | HAVRIX PEDIATRIC (TIP-LOK,25GX5/8") INJ   IJ   720 EL U/0.5 ML 0.50 ml 5 EA   HEPATITIS A VACCINE, INACTIVATED | 01 | | RX | | 148.65 | | 118.92 | | 5/1/98 |
| 00007-4201-01 NDA | HYCAMTIN (S.D.V.) PDI   IJ   4 MG 1 EA   TOPOTECAN HYDROCHLORIDE | 01 | | RX | | 665.85 | | 532.68 | | 7/25/00 |
| 00007-4201-05 NDA | HYCAMTIN (S.D.V.) PDI   IJ   4 MG 5 EA   TOPOTECAN HYDROCHLORIDE | 01 | | RX | | 3,329.25 | | 2,663.40 | | 7/25/00 |

**Instructions:** Please make corrections directly on this printout
✓ OK as is     ___ OK with changes
Signature _____  Date 10/24/00

**Confidential**

Red Book 15180



**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 12 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA         PA   19101

**Please Respond By:** 10/27/2000
**Contact Name:** RICH GARCIA
**Phone Number:** 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 58160-0840-11 | **INFANRIX** (S.D.V.,TAX INCL) INJ        IJ 0.50 ml 10 EA    DIPHTHERIA/PERTUS, ACELL/TETANUS | 01 | | RX | | 220.45 | | ~~188.80~~ 157.36 | | ~~2/5/00~~ 7/26 |
| 00029-4149-01 NDA | **KYTRIL** (S.D.V.) INJ        IJ      1 MG/ML 1.00 ml 1 EA    GRANISETRON HYDROCHLORIDE | 01 | | RX | | 195.20 | | 156.16 | | 5/18/99 |
| 00029-4151-05 NDA | **KYTRIL** TAB      PO      1 MG 20 EA    GRANISETRON HYDROCHLORIDE | 01 | | RX | | 940.85 | | 752.68 | | 5/18/99 |
| 00029-4151-39 NDA | **KYTRIL** TAB      PO      1 MG 2 EA    GRANISETRON HYDROCHLORIDE | 01 | | RX | | 94.10 | | 75.28 | | 5/18/99 |
| 00029-4152-01 NDA | **KYTRIL** (M.D.V.) INJ        IJ      1 MG/ML 4.00 ml 1 EA    GRANISETRON HYDROCHLORIDE | 01 | | RX | | 780.80 | | 624.64 | | 5/18/99 |
| 58160-0845-11 | **LYMERIX** (S.D.V.) INJ        IJ    0.03 MG/0.5 ML 0.50 ml 10 EA    LYME DISEASE VACCINE (RECOMBINANT OSPA) | 01 | | RX | | 612.50 | | 490.00 | | 12/21/98 |
| 58160-0845-32 | **LYMERIX** (SRN,TIP-LOK) INJ        IJ    0.03 MG/0.5 ML 0.50 ml 1 EA    LYME DISEASE VACCINE (RECOMBINANT OSPA) | 01 | | RX | | 61.25 | | 49.00 | | 7/1/00 |
| 58160-0845-35 | **LYMERIX** (SRN,TIP-LOK) INJ        IJ    0.03 MG/0.5 ML 0.50 ml 5 EA    LYME DISEASE VACCINE (RECOMBINANT OSPA) | 01 | | RX | | 306.25 | | 245.00 | | 12/21/98 |
| 00007-4421-15 NDA | **ORNADE SPANSULES**  *Discontinued* CER      PO      12 MG-75 MG 50 EA    CPM/PPA | 01 | AB | RX | | 52.80 | | 42.24 | | ~~8/10/98~~ 5/25/00 |
| 00007-4471-20 NDA | **PARNATE** TAB      PO      10 MG 100 EA    TRANYLCYPROMINE SULFATE | 01 | | RX | | 57.80 | | 46.24 | | 11/17/99 |
| 00029-3210-13 NDA | **PAXIL** (UNIT OF USE) TAB      PO      10 MG 30 EA    PAROXETINE HYDROCHLORIDE | 01 | | RX | | 69.95 | | 58.30 | | 2/5/00 |

**Instructions:**  Please make corrections directly on this printout
___OK as is    ✓ OK with changes
Signature _____    Date __10/24/00__

**Confidential**



MEDICAL ECONOMICS

THOMSON HEALTHCARE

# REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 13 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA         PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | | | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00029-3211-13 NDA | **PAXIL** (UNIT OF USE) TAB    PO    20 MG 30 EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 73.00 | | 60.84 | | 2/5/00 |
| 00029-3211-20 NDA | **PAXIL** TAB    PO    20 MG 100 EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 243.35 | | 202.81 | | 2/5/00 |
| 00029-3211-21 NDA | **PAXIL** (INSTIT. USE) TAB    PO    20 MG 100 EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 248.30 | | 206.93 | | 2/5/00 |
| 00029-3212-13 NDA | **PAXIL** (UNIT OF USE) TAB    PO    30 MG 30 EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 75.20 | | 62.67 | | 2/5/00 |
| 00029-3213-13 NDA | **PAXIL** (UNIT OF USE) TAB    PO    40 MG 30 EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 79.40 | | 66.17 | | 2/5/00 |
| 00029-3215-48 NDA | **PAXIL** (ORANGE) SUS    PO    10 MG/5 ML 250.00 ml EA          PAROXETINE HYDROCHLORIDE | | | 01 | | RX | | 116.40 | | 97.01 | | 2/5/00 |
| 00007-4840-01 | **RABIES VACCINE ADSORBED** (S.D.V.) INJ    IJ    2.5 IU/ML 1.00 ml 1 EA          RABIES VACCINE | | *Discontinued* | 02 | | RX | | 137.50 | | 109.99 | | 8/10/98 5/25/00 |
| 00029-4851-20 NDA | **RELAFEN** TAB    PO    500 MG 100 EA          NABUMETONE | | | 01 | AB | RX | | 127.05 | | 101.64 | | 2/5/00 |
| 00029-4851-21 NDA | **RELAFEN** (INSTIT. USE) TAB    PO    500 MG 100 EA          NABUMETONE | | | 01 | AB | RX | | 127.05 | | 101.64 | | 2/5/00 |
| 00029-4852-20 NDA | **RELAFEN** TAB    PO    750 MG 100 EA          NABUMETONE | | | 01 | | RX | | 150.05 | | 120.04 | | 2/5/00 |
| 00007-4890-14 NDA | **REQUIP** (INSTIT. USE) TAB    PO    0.25 MG 30 EA          ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 30.50 | | 24.40 | | 2/5/00 |

**Instructions:**  Please make corrections directly on this printout
___ OK  as is        ___ OK with changes

Signature _____   Date _10/24/00_

**Confidential**

**Red Book 15182**



**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 14 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA        PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | PT | DBQ | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00007-4890-20 NDA | **REQUIP** TAB      PO        0.25 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 101.70 | | 81.36 | | 2/5/00 |
| 00007-4891-20 NDA | **REQUIP** TAB      PO        0.5 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 101.70 | | 81.36 | | 2/5/00 |
| 00007-4892-14 NDA | **REQUIP** (INSTIT. USE) TAB      PO        1 MG 30 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 30.50 | | 24.40 | | 2/5/00 |
| 00007-4892-20 NDA | **REQUIP** TAB      PO        1 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 101.70 | | 81.36 | | 2/5/00 |
| 00007-4893-14 NDA | **REQUIP** (INSTIT. USE) TAB      PO        2 MG 30 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 30.50 | | 24.40 | | 2/5/00 |
| 00007-4893-20 NDA | **REQUIP** TAB      PO        2 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 101.70 | | 81.36 | | 2/5/00 |
| 00007-4894-20 NDA | **REQUIP** TAB      PO        5 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 203.35 | | 162.68 | | 2/5/00 |
| 00007-4896-20 NDA | **REQUIP** TAB      PO        4 MG 100 EA            ROPINIROLE HYDROCHLORIDE | | | 01 | | RX | | 203.35 | | 162.68 | | 2/5/00 |
| 00108-4901-42 NDA | **STELAZINE** CNT      PO        10 MG/ML 59.00 ml  EA       TRIFLUOPERAZINE HYDROCHLORIDE | | | 01 | AA | RX | | 123.85 | | 99.08 | | 1/9/99 |
| 00108-4902-01 NDA | **STELAZINE** (VIAL,INSTITUTIONAL USE) INJ      IJ        2 MG/ML 10.00 ml 1 EA       TRIFLUOPERAZINE HYDROCHLORIDE | | | 01 | | RX | | 56.85 | | 45.48 | | 1/6/99 |
| 00108-4903-20 NDA | **STELAZINE** TAB      PO        1 MG 100 EA            TRIFLUOPERAZINE HYDROCHLORIDE | | | 01 | AB | RX | | 69.90 | | 55.92 | | 1/6/99 |

**Instructions:**  Please make corrections directly on this printout

✓OK  as is   ____ OK with changes

Signature _____    Date __10/24/00__

**Confidential**

**Red Book 15183**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK *Product Listing Verification*
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 15 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By: 10/27/2000
Contact Name: RICH GARCIA
Phone Number: 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00108-4904-20 NDA | STELAZINE TAB PO 2 MG 100 EA TRIFLUOPERAZINE HYDROCHLORIDE | 01 | AB | RX | | 103.10 | | 82.48 | | 1/6/99 |
| 00108-4906-20 NDA | STELAZINE (INSTITUTIONAL USE) TAB PO 5 MG 100 EA TRIFLUOPERAZINE HYDROCHLORIDE | 01 | AB | RX | | 129.75 | | 103.80 | | 1/6/99 |
| 00108-4907-20 NDA | STELAZINE (INSTITUTIONAL USE) TAB PO 10 MG 100 EA TRIFLUOPERAZINE HYDROCHLORIDE | 01 | AB | RX | | 195.55 | | 156.44 | | 1/6/99 |
| 00108-5013-20 NDA | TAGAMET TAB PO 300 MG 100 EA CIMETIDINE | 01 | AB | RX | | 101.05 | | 80.84 | | 11/27/96 |
| 00108-5013-25 NDA | TAGAMET TAB PO 300 MG 500 EA CIMETIDINE | 01 | AB | RX | | 505.25 | | 404.20 | | 11/27/96 |
| 00108-5026-18 NDA | TAGAMET TAB PO 400 MG 60 EA CIMETIDINE | 01 | AB | RX | | 100.65 | | 80.52 | | 11/27/96 |
| 00108-5026-25 NDA | TAGAMET TAB PO 400 MG 500 EA CIMETIDINE | 01 | AB | RX | | 838.75 | | 671.00 | | 11/27/96 |
| 00108-5027-13 NDA | TAGAMET TAB PO 800 MG 30 EA CIMETIDINE | 01 | AB | RX | | 89.20 | | 71.36 | | 11/27/96 |
| 00007-5060-11 NDA | THORAZINE INJ IJ 25 MG/ML 1.00 ml 10 EA CHLORPROMAZINE HYDROCHLORIDE | 01 | AP | RX | | 83.25 | | 66.60 | | 1/6/99 |
| 00007-5061-11 NDA | THORAZINE INJ IJ 25 MG/ML 2.00 ml 10 EA CHLORPROMAZINE HYDROCHLORIDE | 01 | AP | RX | | 117.55 | | 94.04 | | 1/6/99 |
| 00007-5062-01 NDA | THORAZINE INJ IJ 25 MG/ML 10.00 ml 1 EA CHLORPROMAZINE HYDROCHLORIDE | 01 | AP | RX | | 54.15 | | 43.32 | | 1/6/99 |

**Instructions:** Please make corrections directly on this printout
✓ OK as is ___ OK with changes
Signature _____ Date 10/24/00

**Confidential**                **Red Book 15184**

**MEDICAL ECONOMICS**
*THOMSON HEALTHCARE*

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 16 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

Please Respond By:  10/27/2000
Contact Name:  RICH GARCIA
Phone Number:  800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007-5070-03 NDA | THORAZINE SUP    RC    25 MG 12 EA         CHLORPROMAZINE | 01 | | RX | | 40.75 | | 32.60 | | 1/6/99 |
| 00007-5071-03 NDA | THORAZINE SUP    RC    100 MG 12 EA         CHLORPROMAZINE | 01 | | RX | | 51.60 | | 41.28 | | 1/6/99 |
| 00007-5072-44 NDA | THORAZINE (A.F.) SYR    PO    10 MG/5 ML 120.00 ml 1 EA   CHLORPROMAZINE HYDROCHLORIDE | 01 | AA | RX | | 25.15 | | 20.12 | | 1/6/99 |
| 00007-5073-20 NDA | THORAZINE TAB    PO    10 MG 100 EA        CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 42.50 | | 34.00 | | 1/6/99 |
| 00007-5074-20 NDA | THORAZINE TAB    PO    25 MG 100 EA        CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 57.50 | | 46.00 | | 1/6/99 |
| 00007-5074-30 NDA | THORAZINE TAB    PO    25 MG 1,000 EA      CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 520.35 | | 416.28 | | 1/6/99 |
| 00007-5076-20 NDA | THORAZINE TAB    PO    50 MG 100 EA        CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 71.80 | | 57.44 | | 1/6/99 |
| 00007-5076-30 NDA | THORAZINE TAB    PO    50 MG 1,000 EA      CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 649.40 | | 519.52 | | 1/6/99 |
| 00007-5077-20 NDA | THORAZINE TAB    PO    100 MG 100 EA        CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 92.60 | | 74.08 | | 1/6/99 |
| 00007-5077-30 NDA | THORAZINE TAB    PO    100 MG 1,000 EA      CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 839.65 | | 671.72 | | 1/6/99 *9/14/00* |
| 00007-5079-20 NDA | THORAZINE (INSTITUTIONAL USE) TAB    PO    200 MG 100 EA        CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 117.65 | | 94.12 | | 1/6/99 |

*discontinued* (handwritten annotation across 00007-5077-30 row)

**Instructions:**  Please make corrections directly on this printout

___ OK  as is        ✓ OK with changes

Signature _Frank Dyson_        Date _10/24/00_

**Confidential**

**Red Book 15185**

MEDICAL ECONOMICS

THOMSON HEALTHCARE

# REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 17 OF 17

SMITHKLINE BEECHAM PHARMACEUTICALS
ONE FRANKLIN PLAZA
P.O.BOX 7929
PHILADELPHIA          PA   19101

**Please Respond By:** 10/27/2000
**Contact Name:** RICH GARCIA
**Phone Number:** 800-366-8900

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007-5079-30 NDA | THORAZINE (INSTITUTIONAL USE) TAB          PO          200 MG 1,000 EA          CHLORPROMAZINE HYDROCHLORIDE | 01 | BP | RX | | 1,072.35 | Discontinued | 857.88 | | 1/6/99 9/4/00 |
| 00007-5063-15 NDA | THORAZINE SPANSULE CER          PO          30 MG 50 EA          CHLORPROMAZINE HYDROCHLORIDE | 01 | | RX | | 56.70 | | 45.36 | | 1/6/99 |
| 00007-5064-15 NDA | THORAZINE SPANSULE CER          PO          75 MG 50 EA          CHLORPROMAZINE HYDROCHLORIDE | 01 | | RX | | 76.20 | | 60.96 | | 1/6/99 |
| 00007-5066-15 NDA | THORAZINE SPANSULE CER          PO          150 MG 50 EA          CHLORPROMAZINE HYDROCHLORIDE | 01 | | RX | | 102.70 | | 82.16 | | 1/6/99 |
| 00029-6571-26 NDA | TIMENTIN (VIAL) PDI          IJ          100 MG-3 GM 1 EA          CLAVULANATE/TICARCILLIN | 01 | | RX | | 15.10 | | 12.08 | | 10/29/97 |
| 00029-6571-31 NDA | TIMENTIN (PREMIX) INJ          IJ          100 MG-3 GM/100 ML 100.00 ml 12 EA          CLAVULANATE/TICARCILLIN | 01 | | RX | | 209.70 | | 167.76 | | 10/29/97 |
| 00029-6571-40 NDA | TIMENTIN (ADD-VANTAGE) PDI          IJ          100 MG-3 GM 1 EA          CLAVULANATE/TICARCILLIN | 01 | | RX | | 15.40 | | 12.32 | | 10/29/97 |
| 00029-6579-21 NDA | TIMENTIN (BULK VIAL) PDI          IJ          1 GM-30 GM 1 EA          CLAVULANATE/TICARCILLIN | 01 | | RX | | 150.65 | | 120.52 | | 10/29/97 |

Instructions:  Please make corrections directly on this printout
OK  as is                   OK with changes
Signature _____          Date 10/24/00

Confidential

Red Book 15186