# Plaintiffs' Response to GSK Statement of Undisputed Facts

# EXHIBIT G



# **SmithKline Beecham**
## **Consumer HealthCare**

## M E M O R A N D U M

August 7, 1997

**TO:**      Ronnie Lane

**FROM:**   Dan O'Connor



**SUBJECT:**   **AWP calculation**

SmithKline Beecham calculates AWP in the following manner:



> WAC x 1.25 = AWP
> AWP - (AWP x .20) = WAC
>
> Example:  $15 x 1.25 = $18.75
>            $18.75 x .20 = $3.75
>            $18.75 - $3.75 = $15

If you look at the example provided, the spread between AWP and WAC is 20%. Therefore the discount off AWP is 20%. Whether you consider this to be a 25% *mark up* or a 20% *margin*, all depends on your starting point.

cc:   M. Davis, P. Franzese, B. Ott, J. Wolf