## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** _____ **THIS DOCUMENT RELATES TO**: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey Inc., et al.* Civil Action No. 05-11084-PBS | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS Subcategory Case. No. 06-11337 Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

### DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION TO COMPEL THE DEPOSITION OF SIMON D. PLATT BEFORE THE SCHEDULED DATE FOR SUBMISSION OF EXPERT REPORTS OR IN THE ALTERNATIVE TO EXTEND THE DATE TO FILE DEY'S EXPERT REPORTS TO MARCH 27, 2009 AND MOTION FOR EMERGENCY HEARING

Pursuant to Rules 37 and 45 of the Rules of Civil Procedure and Rule 37.1 of the Local Rules of this Court, Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey") respectfully move this Court for emergency relief compelling the deposition of Plaintiffs' expert Simon D. Platt, CPA, FCA on or before March 2, 2009, or in the alternative, extending the date to file Dey's expert reports from March 6, 2009 to March 27, 2009 to accommodate Mr. Platt's schedule.

In support of this Emergency Motion, Dey submits the accompanying Memorandum of Law and states as follows:

1.      Plaintiffs will not produce expert Simon Platt for deposition prior to the deadline for Dey's expert reports and will not agree to an extension of Dey's deadline for serving its expert reports to accommodate Plaintiffs' expert's schedule.

2.      To require Dey to file its expert reports before it has an opportunity to take Plaintiffs' expert's deposition and inquire about his analyses, and before Dey's experts have any

opportunity to review the transcript of his deposition, would be prejudicial to Dey and constitutes just cause for extending Dey's disclosure deadline.

3.      Emergency relief is warranted because the Government's refusal to make Mr. Platt available for deposition challenges Dey's ability to conduct discovery in accordance with the upcoming expert deadlines.

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULES 7.1(A)(2) and 37.1(a)

4.      Pursuant to Local Rules 7.1(a)(2) and 37.1(a), undersigned counsel hereby certifies that Plaintiff has communicated its express intention, through various e-mail and telephone correspondence, not to schedule the deposition of Mr. Platt prior to March 6, 2009 or to agree to an extension of the deadline for submission of Dey's expert reports despite Dey's good faith efforts to try to resolve or narrow the issues presented by this motion.

## ORAL ARGUMENT REQUESTED

5.      Dey respectfully requests that this Court schedule oral argument on this motion due to the complexity of the issues presented.

WHEREFORE, Dey respectfully requests that this Court enter an order compelling the

deposition of Plaintiffs' expert Simon D. Platt, CPA, FCA on or before March 2, 2009, or in the

alternative, extending the date to file Dey's expert reports from March 6, 2009 to March 27,

2009.


Dated: February 12, 2009


                                        Respectfully Submitted,

                                        KELLEY DRYE & WARREN LLP

                                        By:  _/s/ Sarah L. Reid_____
                                             Paul F. Doyle (BBO # 133460)
                                             Sarah L. Reid (pro hac vice)
                                             William A. Escobar (pro hac vice)
                                             Neil Merkl (pro hac vice)
                                        101 Park Avenue
                                        New York, NY 10178
                                        Telephone: (212) 808-7800
                                        Facsimile: (212) 808-7897

                                        Attorneys for Defendants Dey, Inc.
                                        Dey, L.P., and Dey, L.P., Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on February 12, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

By:   /s/ Sarah L. Reid   
Sarah L. Reid