UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris |

**DECLARATION OF SARAH L. REID IN SUPPORT OF
DEY DEFENDANTS' MOTION TO COMPEL THE DEPOSITION
OF SIMON D. PLATT BEFORE THE SCHEDULED DATE FOR
SUBMISSION OF EXPERT REPORTS OR IN THE ALTERNATIVE
TO EXTEND THE DATE TO FILE DEY'S EXPERT REPORTS TO
MARCH 27, 2009 AND MOTION FOR EMERGENCY HEARING**

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's motion to compel the deposition of Simon D. Platt, CPA, FCA on or before March 2, 2009, or in the alternative, to extend the date to file Dey's expert reports to March 27, 2009, so that Mr. Platt's deposition can be taken on dates the Government has offered to make him available.

3. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

4. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Lauren Stiroh, dated February 11, 2009.

5. Attached hereto as Exhibit B is a true and correct copy of the Notice of Deposition and Subpoena of Mr. Platt dated February 12, 2009.

6. Attached hereto as Exhibit C is a true and correct copy of a January 9, 2009 e-mail from Sarah L. Reid to George Henderson and Laurie Oberembt.

7. Attached hereto as Exhibit D is a true and correct copy of a January 10, 2009 e-mail from George Henderson to Sarah L. Reid.

8. Attached hereto as Exhibit E is a true and correct copy of a January 28, 2009 e-mail from George Henderson to Marisa Lorenzo.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 12, 2009                    /s Sarah L. Reid
                                                 SARAH L. REID

2

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on February 12, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

      By:   /s/ Sarah L. Reid
             Sarah L. Reid