# EXHIBIT C

| | |
|---|---|
| **From:** | Reid, Sarah |
| **Sent:** | Friday, January 09, 2009 8:21 PM |
| **To:** | 'Henderson, George (USAMA)'; 'Oberembt, Laurie (CIV)' |
| **Cc:** | Lorenzo, Marisa A.; gazorsky@bm.net |
| **Subject:** | expert scheduling |

Dear Laurie and Bunker,

We would like to start putting together dates for the depositions of the U.S.'s experts in the Dey case. I know that the deposition of Dr. Marmor is scheduled for February 11, 12, and 13, and Renee Brooker sent an e-mail about the scheduling of the deposition of Dr. Schondelmeyer for February 18, 19 and 20. To the extent that Dr. Duggan and Dr. Perri, or any other expert, will also be submitting expert reports in the Dey action, we would appreciate if you could propose dates for the scheduling of those depositions as soon as practicable. As you know, there is a short window of time between the submission of the Plaintiffs' expert reports and the submission of Dey's expert reports, and we plan to complete the depositions of Plaintiffs experts by February 27, 2009.

Thank you,

Sarah