# EXHIBIT D

**From:** Henderson, George (USAMA) [George.Henderson2@usdoj.gov]
**Sent:** Saturday, January 10, 2009 12:35 PM
**To:** Reid, Sarah
**Cc:** Lorenzo, Marisa A.; gazorsky@bm.net; Oberembt, Laurie (CIV); Brooker, Renee (CIV)
**Subject:** RE: expert scheduling

Dear Sarah,

DOJ attorney Renee Brooker is coordinating the scheduling of our experts' depositions. Renee expects to offer dates for Dr. Duggan and Dr. Perri this next week.

Regards,

Bunker