# EXHIBIT E

| | |
|---|---|
| **From:** | Henderson, George (USAMA) [George.Henderson2@usdoj.gov] |
| **Sent:** | Wednesday, January 28, 2009 4:40 PM |
| **To:** | Lorenzo, Marisa A.; Reid, Sarah |
| **Cc:** | Oberembt, Laurie (CIV); Brooker, Renee (CIV); jbreen; Gary Azorsky; Merkl, Neil; Escobar, William; Fauci, Jeff (USAMA) |
| **Subject:** | RE: Stoneturn Report. |

Dear Marisa,

Mr. Platt is not available on February 24. He is out of the country all that week. In general, February is a very bad month for him, and this is one deposition that may have to be taken somewhat later in the expert discovery period. He is available during the week of March 16, and on March 23, 24, 25, and 30. His deposition should take place in Boston.

We sent the backup material to you on a CD by Federal Express on Friday, so I am surprised you don't have it. We will check the shipping news here; but please double-check on your end.

Bunker