UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF FILING REVISED FIFTH AMENDED CLASS ACTION COMPLAINT IN COMPLIANCE WITH THE COURT'S JANUARY 7, 2009 ORDER REVISING CERTAIN DATES RELATED TO THE TRACK TWO SETTLEMENT

Plaintiffs hereby give notice of the filing of the Revised Fifth Amended Class Action Complaint in compliance with the Court's January 7, 2009 Order. The Revised Fifth Amended Class Action Complaint is filed herewith as a separate entry on Master Docket 01-12257-PBS.

On December 16, 2008 the Court held a hearing concerning Plaintiffs' request to reset certain dates related to the Track Two Class Settlement. At that time the parties and the Court discussed the filing of an amended class action complaint to add a Class 1 representative for purposes of the Track Two Class Settlement.

In June of 2008 Plaintiffs sought leave of court to add Ms. Muriel Tonacchio, as a representative of the Estate of Wilma Mort, as a Named Representative in Class 1 for purposes of the Track Two Settlement [Docket No. 5409]. In an electronic order the Court granted that motion on July 21, 2008.

The Revised Fifth Amended Class Action Complaint adds Ms. Muriel Tonacchio as a representative of Class 1. The language related to Ms. Tonacchio appears in numbered

paragraph 24A of the Revised Fifth Amended Class Action Complaint.  No other revisions are made to the Fifth Amended Class Action Complaint other than the addition of paragraph 24A.

DATED: February 17, 2009               By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

>Marc H. Edelson
>Hoffman & Edelson
>45 West Court Street
>Doylestown, PA 18901
>Telephone: (215) 230-8043
>Facsimile: (215) 230-8735

>**CO-LEAD COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF FILING REVISED FIFTH AMENDED CLASS ACTION COMPLAINT IN COMPLIANCE WITH THE COURT'S JANUARY 7, 2009 ORDER REVISING CERTAIN DATES RELATED TO THE TRACK TWO SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 17, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

> /s/ Steve W. Berman
> Steve W. Berman