UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>    Subcategory No. 1:06-CV-11069-PBS | |

**NOTICE OF STATE OF ARIZONA'S CONSENT TO
STAY OF PROCEEDINGS PENDING APPEAL**

Attorney General Terry Goddard brings this consumer protection action pursuant to the Arizona Consumer Fraud Act, A.R.S. § 44-1521, *et seq*. ("Consumer Fraud Act" or "Act") as the chief law enforcement officer and attorney for the State of Arizona to protect the State's substantial interests in the health and economic welfare of its citizens.  The defendants' conduct, as alleged in the First Amended Complaint (Dkt. No. 3840), has had a far reaching impact on the State, including its citizens and its economy.  As remedies, the State seeks restitution for Arizona citizens as well as remedies that may only be pursued by the State:  statutory civil penalties of up to $10,000 per violation under the Consumer Fraud Act, § 44-1531, and injunctive relief.  By statute, any civil penalties recovered will remain in a statutorily-created fund to be used to combat consumer fraud as provided in the Act.  A.R.S. § 44-1531.01.  This case was filed in December 2005.

- 2 -

Defendants have moved to dismiss the State of Arizona's First Amended Complaint. *See* Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 5598).[1] The State opposed the motions (Dkt. No. 5768). The Court held a hearing on the joint motion on February 4, 2009. At the hearing, the Court asked the State to consider whether it would consent to a stay of this case pending First Circuit resolution of the appeal of certain issues from the trial of the MDL AWP class action. Hearing Transcript (Feb. 4, 2009) at 26 ("Feb. 4, 2009 Tr.").

The State has considered the Court's request and consents to a stay in these proceedings pending resolution of the appeal pending in the First Circuit. The State further states that it intends to pursue its claims for civil penalties on behalf of the State independent of the claims it has brought for restitution on behalf of Arizona citizens. When the stay is lifted, the State requests leave to submit the additional documentation the Court identified at the February 4, 2009 hearing.

The State further requests that its Motion for Protective Order Limiting Scope of Discovery (Dkt. No. 5377-2), filed on June 13, 2008, be *excluded* from the stay of proceedings. Defendants responded to the motion on June 27, 2008 (Dkt. No. 5410). The State asks the Court to consider the motion at this time. As outlined in the motion and accompanying declarations, the threat of discovery and defendants' previous refusal to negotiate or even discuss discovery parameters have lead to a tremendous financial burden on the State as the State has issued a conservative litigation hold related to this lawsuit. At the February 4, 2009 hearing, defendants conceded on-the-record in connection with a discussion of the motion that they "don't want any discovery, your Honor." Feb. 4, 2009 Tr. at 24. For this reason and the reasons set forth in the original motion, the State believes that the pending motion can be easily resolved. The costs of

---

[1] In addition, Defendants AstraZeneca Pharmaceuticals LP, Biogen Idec and Merck & Co., Inc. submitted individual motions to dismiss (Dkt. Nos. 5603, 5600 and 5601 respectively). The State has agreed to dismiss Biogen and Merck voluntarily. *See* Dkt. Nos. 5888 and 5889.

retaining the documents are mounting. An order from this Court would allow dozens of Arizona state agencies to release documents and alleviate the burdens on the agencies. These burdens are even more acute than they were last year when the motion was filed, both because of increasing volumes and enhanced budget pressure on the State due to current nationwide economic conditions.

Dated: February 17, 2009

Respectfully submitted,

By     /s/ **Jeniphr Breckenridge**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

- 4 -

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

Attorneys for the State of Arizona

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

      I, Jeniphr Breckenridge, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 17th day of February, 2009.

                       **By /s/ Jeniphr Breckenridge**
                          Jeniphr Breckenridge
                       HAGENS BERMAN SOBOL SHAPIRO LLP
                       1301 Fifth Avenue, Suite 2900
                       Seattle, WA 98101
                       (206) 623-7292