# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Patti B. Saris |

## REQUEST FOR ADMISSION OF ERIC PARNES *PRO HAC VICE*

Undersigned counsel requests that Eric Parnes be permitted to appear and participate in this action *pro hac vice* as counsel for defendant Merck & Co., Inc. pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached hereto as Exhibit A is the Declaration of Eric Parnes in Support of Application for Admission *Pro Hac Vice* certifying that he has met the requirements to practice before the United States District Court for the District of Massachusetts. A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Parnes' admission *pro hac vice*.

Dated:  February 17, 2009

Respectfully submitted,

By: _____

John M. Townsend (*pro hac vice*)
Robert P. Reznick (*pro hac vice*)
Robert B. Funkhouser (*pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, DC  20006-2401
Telephone:  (202) 721-4600
Facsimile:   (202) 721-4646

*Attorneys for Defendant Merck & Co., Inc.*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Patti B. Saris |

## DECLARATION OF ERIC PARNES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Eric Parnes, an associate with the firm of Hughes Hubbard & Reed LLP, 1775 I Street, N.W., Washington, D.C. 20006, hereby declares:

1. I am a member in good standing of the bars of the State of Maryland and the District of Columbia.

2. I have been admitted to practice in the United States District Court for the District of Columbia and the United States Court of Appeals for the First Circuit.

3. I am a member in good standing in the courts listed above.

4. I have not been suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing for the United States District Court for the District of Columbia.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2009                    By: _____
                                                 Eric Parnes

# EXHIBIT B

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ERIC   S.   PARNES**

was, on the __1st__ day of __November__ A.D. __2004__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __4th__ day of __February__ A.D. 2009.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk

CERTIFICATE OF SERVICE

    I certify that on February 17, 2009, a true and correct copy of the foregoing REQUEST FOR ADMISSION OF ERIC PARNES *PRO HAC VICE* and Exhibits A and B thereto were served on all counsel of record by electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                                               _____

                                                                                                                Robert B. Funkhouser