UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO ALL
CONSOLIDATED ACTIONS

MDL 1456

CIVIL ACTION NO.
01-CVS-12257-PBS

Hon. Patti B. Saris

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Notice is hereby given of the withdrawal of appearance of William C. Pentecost, William N. Reed and Elizabeth A. Quinlan as counsel for Defendant Mylan Inc. in the above captioned matter.  Neil Merkl and Phillip D. Robben of Kelley Drye & Warren will continue to serve as counsel for defendant Mylan Inc. in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Gary R. Greenberg and James M. Vant as counsel for Defendant Mylan Laboratories Inc. in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Alan L. Sullivan, Amber M. Mettler, Gary R. Greenberg, James M. Vant, Jonathan D. Cohen, Louis J. Scerra, Jr., William C. Pentecost, William N. Reed and Elizabeth A. Quinlan as counsel for Defendant Mylan Pharmaceuticals Inc. in the above captioned matter.  Sarah L. Reid, Neil Merkl, and Phillip D. Robben of Kelley Drye & Warren will continue to serve as counsel for defendant Mylan Pharmaceuticals Inc. in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Gary R. Greenberg, James M. Vant, Jonathan D. Cohen, Louis J. Scerra, Jr. and Elizabeth A. Quinlan as

2

counsel for Defendant UDL Laboratories, Inc. in the above captioned matter.  Sarah L. Reid, Neil Merkl, and Phillip D. Robben of Kelley Drye & Warren will continue to serve as counsel for defendant UDL Laboratories, Inc. in the above captioned matter.

                              Respectfully Submitted,

                              By:     /s/ Neil Merkl
                              Neil Merkl *(pro hac vice)* (NY Bar # 1929058)
                              Philip D. Robben (*pro hac vice*) (NY Bar # 2928711)
                              Kelley Drye & Warren LLP
                              101 Park Avenue
                              New York, NY 10178
                              Telephone: (212) 808-7800

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of February, 2009, true and correct copies of the foregoing Notice of Appearance of Counsel was served upon all counsel of record via ECF electronic filing.

                  /s/ Neil Merkl
                  Neil Merkl