UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO ALL
CONSOLIDATED ACTIONS

MDL 1456

CIVIL ACTION NO.
01-CVS-12257-PBS

Hon. Patti B. Saris

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Notice is hereby given of the withdrawal of appearance of Charles M. Miller, James Eugene Burke, Kelly Overstreet Johnson and Stephen M. Hudspeth as counsel for Defendant Dey L.P. in the above captioned matter.  Sarah L. Reid, Neil Merkl, Phillip D. Robben, Clifford Katz, Damon Suden, Sung W. Kim, Marisa A. Lorenzo, Douglas E. Julie, Brendan Cyr, Lisa Khandhar, Michael J. Maloney and Taraneh J. Marciano of Kelley Drye & Warren; Kathleen T. Carter of Ward, Norris, Heller & Reidy LLP; and William Coleman Hubbard of Nelson, Mullins, Riley & Scarborough will continue to serve as counsel for defendant Dey L.P. in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Andrew Jonathan Schaeffer, Brian Damiano, Carrie A. Shufflebarger, Eric Foster Hatten, J. Thomas Susich, Justin N. Saif, Katherine Poldneff, Kelly Overstreet Johnson, Lorraine K. Trewick, Paul Lincoln Stoller, Robert D. Gholson and Stephen M. Hudspeth as counsel for Defendant Dey Inc. in the above captioned matter.  William A. Escobar, Sarah L. Reid, Neil Merkl, Christopher C. Palermo, Philip D. Robben, Antonia F. Giuliana, Clifford Katz, Sung W. Kim, Damon Suden, Marisa A. Lorenzo, Douglas E. Julie, Lisa Khandhar, Brendan Cyr, Michael J. Maloney and

Taraneh J. Marciano of Kelley Drye & Warren; Beth Lillian Domenick of Fox Rothschild, LLP; Donald Wayne Bivens of Meyer Hendricks & Bivens PA; Martin F. Murphy of Foley Hoag LLP; and Thomas S. D'Antonio of Ward, Norris, Heller & Reidy, LLP will continue to serve as counsel for defendant Dey Inc. in the above captioned matter.

                                          Respectfully Submitted,

                                          By:     /s/ Neil Merkl
                                          Neil Merkl *(pro hac vice)* (NY Bar # 1929058)
                                          Philip D. Robben *(pro hac vice)* (NY Bar # 2928711)
                                          Kelley Drye & Warren LLP
                                          101 Park Avenue
                                          New York, NY 10178
                                          Telephone: (212) 808-7800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of February, 2009, true and correct copies of the foregoing Notice of Appearance of Counsel was served upon all counsel of record via ECF electronic filing.

                                                /s/ Neil Merkl
                                              Neil Merkl