UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL<br>CONSOLIDATED ACTIONS | MDL 1456<br><br>CIVIL ACTION NO.<br>01-CVS-12257-PBS<br><br>Hon. Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the following counsel of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, N.Y., 10178, (212) 808-7800, as counsel of record on behalf of Defendant Dey, L.P.: William A. Escobar, Christopher C. Palermo and Antonia F. Giuliana.  William A. Escobar was admitted to appear *pro hac vice* in the above captioned matter pursuant to Local Rule 85.5.3(b) on November 29, 2005. Christopher C. Palermo was admitted to appear *pro hac vice* in the above captioned matter pursuant to Local Rule 85.5.3(b) on November 29, 2005.  Antonia F. Giuliana was admitted to appear *pro hac vice* in the above captioned matter pursuant to Local Rule 85.5.3(b) on November 29, 2005.

Also pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of the following counsel of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, N.Y., 10178, (212) 808-7800, as counsel of record on behalf of Defendant Dey L.P., Inc.: William A. Escobar, Christopher C. Palermo, Antonia F. Giuliana, Marissa A. Lorenzo, Brendan Cyr and Michael J. Maloney.  Marissa A. Lorenzo was admitted to appear *pro hac vice* in the above captioned

matter pursuant to Local Rule 85.5.3(b) on June 1, 2007. Brendan Cyr was admitted to appear *pro hac vice* in the above captioned matter pursuant to Local Rule 85.5.3(b) on January 31, 2008. Michael J. Maloney was admitted to appear *pro hac vice* in the above captioned matter pursuant to Local Rule 85.5.3(b) on January 31, 2008.

Respectfully Submitted,


By:     /s/ Neil Merkl
Neil Merkl *(pro hac vice)* (NY Bar # 1929058)
Philip D. Robben (*pro hac vice*) (NY Bar # 2928711)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of February, 2009, true and correct copies of the foregoing Notice of Appearance of Counsel was served upon all counsel of record via ECF electronic filing.

                                             /s/ Neil Merkl
                                           Neil Merkl