UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-cv-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>CLASS 1 SETTLEMENT WITH ASTRAZENECA | |

## DECLARATION OF STEVE W. BERMAN

I, Steve W. Berman, duly declare under penalty of perjury as follows:

1. I am a the Managing Partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am one of Plaintiffs' Co-Lead Class Counsel in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion for Imposition of Appeal Bond Under Federal Rule of Appellate Procedure 7.

2. As one of Plaintiffs' Co-Lead Class Counsel, I supervised and oversaw much of the work done in connection with Demra Jordan's appeal of the GSK Settlement. In connection with that appeal, Class Counsel incurred the following costs.

| Type of Expense | Amount |
|---|---|
| Copying and binding of Brief for Plaintiff-Appellees in Opposition to Objector-Appellant Demra Jordan's Appeal of District Court's Entry of Bond | $719.00 |
| Delivery charges for above-referenced brief | $49.00 |
| Total | $768.00 |
| Doubled | $1,536.00 |

3. I believe the expenses set forth above to be both reasonable and reflective of the expenses that Class Counsel will have to incur defending this Court's imposition of an appeal bond and/or this Court's final approval of Plaintiffs' Class 1 settlement with AstraZeneca.

Indeed, based on Mr. Haviland's conduct to date before the First Circuit, which has already involved a number of frivolous filings, it is very likely that the expenses expended on the Demra Jordan appeal underestimate the expenses Class Counsel will incur defending this appeal.

4.  Attached as Exhibit A is a true and correct copy of the First Circuit's April 2, 2008 Judgment in Appeal No. 08-8001 finding that this Court's order disqualifying Mr. Haviland as Class Counsel could not be appealed under Fed. R. Civ. P. 23(f). Attached as Exhibit B is a true and correct copy of the June 4, 2008 Judgment in Appeal No. 08-1190 finding that this Court's order could not be appealed under Fed. R. Civ. P. 23(f) and that disqualification orders were not final orders under 28 U.S.C. §§ 1291 or 1292.

Executed this 19th day of February 2009.

/s/ Steve W. Berman
Steve W. Berman

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

**Docket No. MDL 1456**

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on February 19, 2009, I caused copies of ***Declaration of Steve W. Berman*** to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system. Notice of these filings will be sent to all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly