# Exhibit A

# United States Court of Appeals
## For the First Circuit

RECEIVED
APR 0 4 2008

No. 08-8001

HAGENS ~~ MAN LLP

IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION, ET AL.

Before

Howard, <u>Circuit Judge</u>,
Zobel, <u>U.S. District Judge</u>,*
and Lisi, <u>U.S. District Judge</u>.*

JUDGMENT

Entered: April 2, 2008

This is a petition for leave to appeal, purportedly pursuant to Fed. R. Civ. P. 23(f), from district court orders disqualifying petitioners' counsel from serving as class counsel and designating attorneys (other than petitioners' counsel) "to act on behalf of all Plaintiffs in the Class cases."  Rule 23(f) authorizes permissive interlocutory appeals only "from an order of a district court granting or denying class action certification." Fed. R. Civ. P. 23(f).  "No other type of Rule 23 order is covered by this provision." Rule 23(f), advisory comm. notes, 1988 amend. Because the orders appealed from neither grant nor deny class certification, this court has no authority under Rule 23(f), the only provision that petitioners rely upon, to permit this interlocutory appeal.

<u>The petition is denied, and the appeal is terminated</u>.

---

*Of the United States District Court for the District of Massachusetts, sitting by designation.

*Of the United States District Court for the District of Rhode Island, sitting by designation.

By the Court:

<u>/s/ Richard Cushing Donovan, Clerk.</u>

[cc: Steve Berman Esq., Rita Hanscom Esq., Donald Haviland Esq., Steven Edwards Esq., Andrew Schau Esq., D. Scott Wise Esq., Jill Brenner Meixel Esq., Scott Kinsel Esq.]