UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> CLASS 1 ASTRAZENECA SETTLEMENT | |

**DECLARATION OF RYAN M. WALTER
REGARDING DISTRIBUTION OF SETTLEMENT AMOUNTS TO CLAIMANTS
IN CLASS 1 SETTLEMENT WITH DEFENDANT ASTRAZENECA**

The undersigned, RYAN M. WALTER states that:

1. I am a Project Manager for Rust Consulting, Inc. (formerly Complete Claim Solutions, LLC) ("Rust") in the above-captioned litigation (the "Action"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration to provide the Court with information regarding the amount that Rust anticipates will be distributed to consumer claimants in the Class 1 settlement with Defendant AstraZeneca.

3. As set forth in the Glenn Declaration (¶ 3), as of January 22, 2009, Rust has received a total of 10,200 Consumer claims, including 410 claims postmarked after the March 14, 2008, deadline. Applying the allocation formula set forth in the Second Amendment to Settlement Agreement and Release of AstraZeneca and approved by the Court on December 19, 2008, Rust anticipates that the totally estimated payout to consumers under this settlement will be $17,203,834.50. This amount excludes 46 claims where Rust is still seeking clarification from claimants. Once the issues with those 46 claims are resolved, Rust will submit a supplemental declaration.

2

4. I declare under penalty of perjury that the foregoing is true and correct.

                                                                     s/ Ryan M. Walter
                                                                     Ryan M. Walter