

23835838

Feb 18 2009
5:07PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS RELATING TO TRACK TWO DEFENDANTS | Judge Patti B. Saris |

## STIPULATION

On February 17, 2009, at the request of the Court, the Class Plaintiffs filed the Fifth Amended Complaint to identify an additional class representative in connection with the Track 2 settlement proceedings. Because this Complaint is in furtherance of the proposed Track 2 settlement, the parties agree that, unless further ordered by the Court, no responsive pleading is required.

DATED: February 18, 2009

Respectfully submitted,

/s/  Tina M. Tabacchi
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

**ON BEHALF OF THE TRACK 2 DEFENDANTS**

/s/  Edward Notargiacomo
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**ON BEHALF OF THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Tina M. Tabacchi, an attorney, hereby certify that I caused a true and correct copy of the foregoing STIPULATION to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 18th day of February, 2009.

/s/ Tina M. Tabacchi
Tina M. Tabacchi

CHI-1692769v1