UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Sub-Category Case No. 06-11337<br>)<br>) **Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br>Case No: 03-cv-11226-PBS | )<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF [PROPOSED]
AMENDMENT TO CASE MANAGEMENT ORDER NO. 31**

The parties in the above-captioned action jointly move this Court for entry of the proposed amendment to paragraph 9 of Case Management Order (CMO) No. 31, attached hereto as Exhibit A. The proposed amendment to CMO 31 prescribes dates for mediation, the completion of fact and expert discovery and summary judgment briefing, as set forth by the Court during the February 12, 2009 hearing in this matter.

Dated: February 20, 2009        Respectfully submitted,

                                EDMUND G. BROWN JR.
                                Attorney General for the State of California

                        By:     */s/ Nicholas N. Paul*
                                NICHOLAS N. PAUL
                                CA State Bar No: 190605
                                Supervising Deputy Attorney General
                                Bureau of Medi-Cal Fraud and Elder Abuse
                                Office of The Attorney General
                                1455 Frazee Road, Suite 315
                                San Diego, California 92108
                                Telephone: (619) 688-6099

                                **Attorneys for Plaintiff,
                                STATE OF CALIFORNIA**

1

Dated:  February 20, 2009        THE BREEN LAW FIRM, P.A.

                                 By:   /s/ James J. Breen
                                       JAMES J. BREEN
                                       5755 No. Point Parkway, Suite 260
                                       Alpharetta, Georgia  30022
                                       Telephone:  (770) 740-0008

                                       **Attorneys for *Qui Tam* Plaintiff,
                                       VEN-A-CARE OF THE FLORIDA KEYS, INC.**


Dated:  February 20, 2009        By:   /s/ Philip D. Robben
                                       Philip D. Robben (admitted *pro hac vice*)
                                       Brendan Cyr (admitted *pro hac vice*)
                                       Kelley Drye & Warren LLP
                                       101 Park Avenue
                                       New York, NY 10178
                                       Telephone: (212) 808-7800

                                       **Attorneys for Defendants DEY, INC.,
                                       MYLAN INC., and MYLAN
                                       PHARMACEUTICALS INC.**

Dated:  February 20, 2009        By:   /s/ John P. Bueker
                                       Brien T. O'Connor (BBO #546767)
                                       John P. Bueker (BBO #636435)
                                       Daniel J. Bennett (BBO #663324)
                                       Ropes & Gray LLP
                                       One International Place
                                       Boston, Massachusetts 02110-2624
                                       Telephone: (617) 951-7000

                                       **Attorneys for Defendants SCHERING-
                                       PLOUGH CORPORATION and WARRICK
                                       PHARMACEUTICALS Corporation**

Dated:  February 20, 2009        By:   /s/ Heather McDevitt
                                       Wayne A. Cross (*pro hac vice*)
                                       Michael J. Gallagher (*pro hac vice*)
                                       Heather McDevitt
                                       White & Case LLP
                                       1155 Avenue of the Americas
                                       New York, New York 10036
                                       Telephone: (212) 819-8200

                                       **Attorneys for Defendant SANDOZ INC.**

2

**CERTIFICATE OF SERVICE**

    I, Nicholas N. Paul, hereby certify that on February 20, 2009, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                      */s/ Nicholas N. Paul*  
                                      NICHOLAS N. PAUL  
                                      Supervising Deputy Attorney General