UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO: ) ) *United States of America ex. Rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) | Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

## NOTICE OF FILING

The undersigned files the attached decision by the Delaware United States District Court to apprise this Court of the Order quashing the subpoena for State Claims Data issued by Dey, Inc.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ A. Ann Woolfolk
A. Ann Woolfolk, Del. Bar #2642
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Delaware Health and Social Services, Division of Medicaid and Medical Assistance

Dated: March 3, 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE HEALTH AND SOCIAL SERVICES, DELAWARE DIVISION OF MEDICAID AND MEDICAL ASSISTANCE,<br><br>    Plaintiff,<br><br>v.<br><br>DEY, INC., DEY, L.R. and DEY, L.P.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) Misc. No. 08-215-SLR ) ) ) ) |

## ORDER

At Wilmington this 24th day of February, 2009, having reviewed plaintiff's motion to quash and defendants' response thereto;

IT IS ORDERED that said motion (D.I. 1) is granted, as defendants' subpoena imposes too onerous a burden on plaintiff (in terms of time and expense), a non-party to the litigation for which this discovery is related.[1]

                                                                                              _____
                                                                             United States District Judge

---

[1] There is no suggestion in the papers that defendants contacted plaintiff before serving the subpoena or that defendants otherwise attempted to obtain the information through negotiation with plaintiff. I also understand that this discovery was sought late in a complex proceeding, further bolstering the impression that defendants' conduct does not justify the burden they seek to impose on a public entity in these times of economic uncertainty.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex. Rel. Ven-A-Care of the* ) *Florida Keys, Inc. et al. v. Dey, Inc., et al.,* ) Civil Action No. 05-11084-PBS ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS Subcategory Case No. 06-11337 Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 3, 2009, she caused the attached, *Notice of Filing,* to be filed with the Clerk of the Court using CM/ECF and to be delivered to the following person(s):

**NAME AND EMAIL ADDRESS OF RECIPIENT(S):**

Neil Merkl, Esq. nmerkl@kelleydrye.com
Barbara Healy Smith, Esq. Barbara.H.Smith@usdoj.gov
Eric Gortner, Esq. egortner@kirkland.com
Christopher Cook, Esq. christophercook@jonesday.com
Gary L. Azorsky, Esq. gazorsky@bm.net

**MANNER OF DELIVERY:**

__X__ One true copy by email to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ A. Ann Woolfolk
A. Ann Woolfolk, Del. Bar #2642
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Delaware Health and Social Services, Division of Medicaid and Medical Assistance