# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1456 Civil Action No. 01-CV-12257-PBS  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Patrick M. Bryan of the law firm of Kirkland & Ellis LLP as counsel of record on behalf of Defendant Barr Laboratories, Inc. in the above-captioned matter. Mr. Bryan was admitted to appear *pro hac vice* in this matter pursuant to Local Rule 83.5.3(b) on April 3, 2007.

        Respectfully Submitted,

        /s/ Patrick M. Bryan
        Jennifer G. Levy (*pro hac vice*)
        Patrick M. Bryan (*pro hac vice*)
        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, NW
        Washington, DC 20005
        (202) 879-5000

        Jay P. Lefkowitz (*pro hac vice*)
        KIRKLAND & ELLIS LLP
        Citigroup Center
        153 East 53rd Street
        New York, NY 10022
        (212) 446-4800

        Attorneys for Defendants Teva Pharmaceuticals USA, Inc.,

                                                  Ivax Corporation, Ivax Pharmaceuticals, Inc., Sicor, Inc., Novopharm USA, Inc., and Barr Laboratories, Inc.

Dated: February 25, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2009, true and correct copies of the foregoing Notice of Appearance of Counsel were served on all counsel of record via electronic mail and Lexis/Nexis File & Serve.

/s/ Crystal Brown
CRYSTAL BROWN