# UNITES STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |

| | |
|---|---|
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |

THIS DOCUMENT RELATES TO: )

Judge Patti B. Saris

*The City of New York v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 04-CV-06054)

*County of Albany v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00425)

*County of Allegany v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06231)

*County of Broome v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00456)

*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06242)

*County of Cayuga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00423)

*County of Chautauqua v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06204)

*County of Chemung v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06744)

*County of Chenango v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00354)

*County of Columbia v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00867)

[Caption Continues on Next Page]

## STIPULATION OF DISMISSAL WITH PREJUDICE

12388907.1

*County of Cortland v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00881) )

*County of Dutchess v. Abbott Laboratories, Inc., et al.* )
(S.D.N.Y. No. 05-CV-06458) )

*County of Essex County v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00878) )

*County of Fulton v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00519) )

*County of Genesee v. Abbott Laboratories, Inc., et al.* )
(W.D.N.Y. No. 05-CV-06206) )

*County of Greene v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00474) )

*County of Herkimer v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00415) )

*County of Jefferson v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00715) )

*County of Lewis v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00839) )

*County of Madison v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00714) )

*County of Monroe v. Abbott Laboratories, Inc., et al.* )
(W.D.N.Y. No. 05-CV-06148) )

*County of Nassau v. Abbott Laboratories, Inc., et al.* )
(E.D.N.Y. No. 04-CV-5126) )

*County of Niagara v. Abbott Laboratories, Inc., et al.* )
(W.D.N.Y. No. 05-CV-06296) )

*County of Oneida v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00489) )

*County of Onondaga v. Abbott Laboratories, Inc., et al.* )
(N.D.N.Y. No. 05-CV-00088) )

*County of Ontario v. Abbott Laboratories, Inc., et al.* )
(W.D.N.Y. No. 05-CV-06373) )

*County of Orange v. Abbott Laboratories, Inc., et al.* )
(S.D.N.Y. No. 07-CV-2777) )

*County of Orleans v. Abbott Laboratories, Inc., et al.* )
(W.D.N.Y. No. 05-CV-06371) )

*County of Putnam v. Abbott Laboratories, Inc., et al.* )
(S.D.N.Y. No. 05-CV-04740)

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*    )
(N.D.N.Y. No. 05-CV-00422)                                    )

*County of Rockland v. Abbott Laboratories, Inc., et al.*     )
(S.D.N.Y. No. 03-CV-7055)                                     )

*County of Saratoga v. Abbott Laboratories, Inc., et al.*     )
(N.D.N.Y. No. 05-CV-00478)                                    )

*County of Schuyler v. Abbott Laboratories, Inc., et al.*     )
(W.D.N.Y. No. 05-CV-06387)                                    )
                                                              )

*County of Seneca v. Abbott Laboratories, Inc., et al.*       )
(W.D.N.Y. No. 05-CV-06370)                                    )

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*  )
(N.D.N.Y. No. 05-CV-00479)                                    )
                                                              )

*County of Steuben v. Abbott Laboratories, Inc., et al.*      )
(W.D.N.Y. No. 05-CV-06223)                                    )

*County of Suffolk v. Abbott Laboratories, Inc., et al.*      )
(E.D.N.Y. No. CV-03-229)                                      )
                                                              )

*County of Tompkins v. Abbott Laboratories, Inc., et al.*     )
(N.D.N.Y. No. 05-CV-00397)                                    )

*County of Ulster v. Abbott Laboratories, Inc., et al.*       )
(N.D.N.Y. No. 06-CV-0123)                                     )

*County of Warren v. Abbott Laboratories, Inc., et al.*       )
(N.D.N.Y. No. 05-CV-00468)                                    )

*County of Washington v. Abbott Laboratories, Inc., et al.*   )
(N.D.N.Y. No. 05-CV-00408)                                    )

*County of Wayne v. Abbott Laboratories, Inc., et al.*        )
(W.D.N.Y. No. 05-CV-06138)                                    )

*County of Westchester v. Abbott Laboratories, Inc., et al.*  )
(S.D.N.Y. No. 03-CV-6178)                                     )
                                                              )

*County of Wyoming v. Abbott Laboratories, Inc., et al.*      )
(W.D.N.Y. No. 03-CV-6379)                                     )

AND                                                           )
                                                              )
*County of Yates v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06172)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, The City of New York and certain New York Counties, plaintiffs in this action, and EMD Serono, Inc., f/k/a Serono, Inc., hereby stipulate to the dismissal of all claims and counterclaims that were or could have been asserted against EMD Serono, Inc. in the action, with prejudice, without costs and/or attorneys' fees to any party, and with all appeals waived.

<table>
<tr>
<td>

***THE CITY OF NEW YORK AND ALL CAPTIONED NEW YORK COUNTIES EXCEPT COUNTY OF NASSAU AND COUNTY OF ORANGE,***

By their attorneys,

**/s/ Joanne M. Cicala**

_____
Joanne M. Cicala (JC 5032)
James P. Carroll Jr. (JPC 8348)
Aaron D. Hovan (AH 3290)
**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, NY  10022
Tel: (212) 371-6600


***COUNTY OF NASSAU,***

By its attorneys,

**/s/ Ross Brooks**

_____
Ross Brooks
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
(212) 594-5300

</td>
<td>

***EMD SERONO, INC.,***

By its attorneys,

**/s/ Fred A. Kelly**

_____
Fred A. Kelly (BBO No. 544046)
David M. Ryan (BBO No. 644037)
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
***With respect to claims brought by all counties except Albany and Westchester***

**/s/ Sigmund J. Roos**

_____
Sigmund J. Roos (BBO No. 541754)
**Block & Roos, LLP**
Three Center Plaza, Suite 400
Boston, MA 02110
(617) 223-1900
Roos@blockroos.com
***With respect to claims brought by Albany and Westchester Counties***

</td>
</tr>
</table>

12388907.1

*COUNTY OF ORANGE*

By its attorneys,

**/s/ Theresa A. Vitello**
_____
Stanley J. Levy
Theresa A. Vitello
**LEVY PHILLIPS & KONIGSBERG, LLP**
800 Third Ave., 13th Floor
New York, NY 10022
(212) 605-6200

Dated:  February  27, 2009

## CERTIFICATE OF SERVICE

I, David M. Ryan, do hereby certify that I caused a copy of the foregoing Stipulation to be served by electronic means, upon all counsel of record, on this 27th day of February, 2009.

**/s/ David M. Ryan**
David M. Ryan

12388907.1