# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**ROXANE DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. (collectively, the "Roxane Defendants") respectfully file this assented to motion to enlarge the time to respond to Plaintiff's Motion to Compel Testimony (the "Motion"). The Roxane Defendants request that the time to file their response be enlarged to March 6, 2009. In support, the Roxane Defendants state that:

1. Additional time is needed to adequately address the matters raised in the Motion due to the Roxane Defendants' counsel's previously scheduled obligations, including taking and participating in ongoing expert discovery. The Roxane Defendants request leave to respond on or before March 6, 2009.

2. The Roxane Defendants' counsel has communicated with Jeff Fauci, counsel for Plaintiff the United States of America in this matter. Mr. Fauci has stated that the United States does not oppose the Roxane Defendants' request for additional time.

For the above reasons, the Roxane Defendants respectfully request that this motion be granted, and that the Roxane Defendants' time to respond to the United States' Motion be enlarged to March 6, 2009

Dated:  March 2, 2009

Respectfully submitted,

/s/ Eric T. Gortner
Helen E. Witt, P.C.
Eric T. Gortner
John W. Reale
Seth A. Gastwirth
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
egortner@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 2, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

By: /s/ Eric T. Gortner
Eric. T. Gortner

.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | | |

## **ORDER**

Upon consideration of the Roxane Defendants Unopposed Motion For Enlargement of Time, it is hereby ORDERED THAT the motion is allowed and the Roxane Defendants shall have until March 6, 2009, to respond to the Plaintiff's Motion to Compel Testimony.

Dated: _____, 2009

_____
Honorable Patti B. Saris
United States District Judge