# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) ) ) ) ) |
| | Judge Patti B. Saris |
| *State of Iowa* | |
| *v.* | |
| *Abbott Laboratories Inc., et al.* | |

## MARCH 2009 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for March 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: March 2, 2009

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:   /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen

1

**March 2009 Status Report for the State of Iowa**

**<u>Discovery</u>**

1.  Rule 26 Initial Disclosures

In accordance with paragraph 8 of the January 22, 2009 Iowa Case Management Order (Docket # 5824; Sub-docket #29), plaintiff and the following defendants served Rule 26 Initial Disclosures:   Abbott Laboratories, Inc.; Alpharma Inc.; Amgen, Inc.; AstraZeneca Pharmaceuticals LP and Astrazeneca LP; Aventis Pharmaceuticals, Inc.; Aventis Behring, L.L.C. a.k.a. ZLB Behring, L.L.C.; Barr Laboratories, Inc.; Baxter Healthcare Corporation and Baxter International Inc.; Ben Venue Laboratories, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; Dey, Inc., and Dey, L.P.; Endo Pharmaceuticals Inc.; Ethex Corporation; Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.; Greenstone Limited; Immunex Corporation; Hoffman-La Roche, Inc., and Roche Laboratories, Inc.; Ivax Corporation and Ivax Pharmaceuticals, Inc.; Johnson & Johnson, Janssen L.P. f/k/a Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Ortho Biotech Products, L.P., McNeil P.P.C, Inc., McNeil Consumer & Specialty Pharmaceuticals, ALZA Corporation, Centocor, Inc., and Ethicon, Inc.; King Pharmaceuticals, Inc.; King Research & Development, Inc., and Monarch Pharmaceuticals, Inc.; Merck & Co., Inc.; Mylan Inc., Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc.; Novartis Pharmaceuticals Corporation; Par Pharmaceutical Companies, Inc., and Par Pharmaceutical, Inc.; Pfizer Inc. and Agouron Pharmaceuticals, Inc.; Pharmacia Corporation;

Purdue Pharma L.P., The Purdue Frederick Company, and The Purdue Pharma Company; Purepac Pharmaceutical Co.; Roxane Laboratories, Inc., n/k/a Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.; Sandoz, Inc.; SmithKline Beecham d/b/a GlaxoSmithKline; Sicor, Inc.; TAP Pharmaceutical Products Inc.; Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.; Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. f/k/a Schein Pharmaceutical, Inc.; and Wyeth Pharmaceuticals, Inc.

On February 27, 2009, Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceutical Corporation served Rule 26 Initial Disclosures, and later that same day served Amended Rule 26 Initial Disclosures.

2. Interrogatories

On February 27, 2009, the following defendants served first sets of interrogatories to plaintiff: Barr Laboratories, Inc.; Ivax Pharmaceuticals, Inc.; Sicor, Inc.; Teva Pharmaceuticals USA, Inc., and Novopharm USA, Inc.

3. Requests for Production

On February 27, 2009, the following defendants served first sets of requests for production to plaintiff: Barr Laboratories, Inc.; Ivax Corporation and Ivax Pharmaceuticals, Inc.; Sicor Inc.; Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of March, 2009, she caused a true and correct copy of the above March 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  March 2, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600