## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| TRACK 2 SETTLEMENT | Judge Patti B. Saris |

### CLASS COUNSEL'S MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE TRACK TWO SETTLEMENT

Class Counsel move for entry of an order granting final approval of proposed settlement with the Track Two Defendants.  In support of this motion, Class Counsel are filing an accompanying memorandum of law; the Declaration of Katherine Kinsella Regarding Class Notice in the Track Two Settlement, the Declaration of Eric Miller Regarding Mailing of Notice to Class Members; Class Counsel's Memorandum of law in Support of Petition for Attorneys' Fees, Reimbursement of Expenses, and Compensation to the Class Representatives in Association with the Track 2 Settlement; the Declaration of Marc H. Edelson in Support of Class Plaintiffs' Joint Petition for Attorneys' Fees, and Reimbursement of Expenses in Relation to Track 2 Settlement; and a [Proposed] Final Order and Judgment Granting Final Approval to Proposed Track Two Class Action Settlement, Approving Proposed Allocation of Settlement, and Approving Class Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Compensation Awards for Class Representatives.

| | |
|---|---|
| DATED:  March 2, 2009 | By     /s/ **Steve W. Berman**<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>   Hagens Berman Sobol Shapiro LLP<br>   One Main Street, 4th Floor<br>   Cambridge, MA  02142<br>   Telephone: (617) 482-3700<br>   Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 2 -

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

     I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 2, 2009, I caused copies of **CLASS COUNSEL'S MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE TRACK TWO SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

          **/s/ Steve W. Berman**
          Steve W. Berman