UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br>TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

**DECLARATION OF MARC H. EDELSON IN SUPPORT OF CLASS PLAINTIFFS' JOINT PETITION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN RELATION TO TRACK 2 SETTLEMENT**

I, Marc H. Edelson, being duly sworn, depose and say:

1. I am a partner of the law firm of Hoffman & Edelson, LLC one of the Co-Lead Class Counsel for plaintiffs in this matter. I am submitting this Affidavit in support of all Plaintiffs' Counsel's (including my firm's) application for an award of attorneys' fees and reimbursement of expenses provided in connection with the services rendered to plaintiffs and the Class by Plaintiffs Class Counsel in the course of this litigation. Plaintiffs' Counsel are seeking an award of fees and expenses in the aggregate amount of Thirty Seven Million Five Hundred Thousand Dollars ($37,500,000.00) to be paid out of the One Hundred Twenty Five Million Dollar ($125,000,000.00) common fund created by the settlement.

2. I am an attorney in good standing and duly licensed and admitted to the Bars of New York and Pennsylvania. The testimony set forth in this Declaration is based on first-hand knowledge, about which I could and would testify competently in open Court if called upon to do so.

3. My firm is counsel of record for plaintiff, Philadelphia Federation of Teachers Health and Welfare Fund. As one of Plaintiffs' Co-Lead Class Counsel, my firm collected and tracked loadstar and expenses by Plaintiffs' Class Counsel from the inception of the litigation.

4. I attach, as Exhibit 1, a detailed summary indicating the amount of hours spent by each firm who worked on this litigation and the lodestar calculation based on each firm's historical billing rates (the rates for each timekeeper that were in effect during this litigation, and when the work was performed). The schedule was prepared from computerized records that were contemporaneously generated and kept by each firm in the ordinary course of its business. Time expended in preparing Plaintiffs' Class Counsel's application for fees and reimbursement of expenses has not been included in the hour or lodestar calculations.

5. From the inception of the case through March 31, 2008[1], Plaintiffs' Class Counsel expended a total of 206,789.09 hours on behalf of the Class Plaintiffs and the Class. The total lodestar amount for these hours based on each firm's historical hourly billing rates is $71,387,965.47. The hourly rates used in determining the loadstar set out in Exhibit 1 are the same rates that each firm charged, and collected from, its hourly clients paying for services on a non-contingent basis and on which they have received fee awards from other courts.

6. In addition, as detailed in Exhibit 1, Plaintiffs' Class Counsel expended a total of $10,520,273.88 in expenses in connection with the prosecution of this litigation up to March 31, 2008.

7. Each firm has represented to Co-Lead Class Counsel that they recorded these expenses as they were incurred, and they are reflected in its computerized bookkeeping records

[1] April 4, 2008 is the date the Settlement Agreement with the Track 2 defendants was executed.

which were created from invoices, receipts and other proofs of the charges and payments. Evidence of same will be provided to the Court upon request.

8. Thus, for this litigation, the total historical lodestar of for all Plaintiffs' firms is $71,387,965.47 and the firms incurred expenses of $10,520,273.88.

9. The foregoing numbers remain unaudited, and it is it is possible that we have not received complete information from all counsel. Consequently, the lodestar information may change. Nonetheless, we believe that it is a reasonable approximation of the hours and expenses incurred by counsel through March 31, 2008.

10. Previously, Plaintiffs' counsel were awarded $21,615,000 as compensation for both attorneys' fees and expenses from the settlement with GSK. Plaintiffs' counsel have also been awarded $8,580,000.00 as compensation for both attorneys' fees and expenses in regard to the settlement with AstraZeneca. The settlement with AstraZeneca is not as yet final and is currently on appeal before the United States Court of Appeals for the First Circuit.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of March, 2009.

**/s/ Marc H. Edelson**
Marc H. Edelson

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF MARC H. EDELSON IN SUPPORT OF CLASS PLAINTIFFS' JOINT PETITION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN RELATION TO TRACK 2 SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 2, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

**/s/ Steve W. Berman**
Steve W. Berman

# Exhibit 1

**AWP Settlement Lodestar & Expense Report**

| Firm Name | Firm Hours Inception – March 2008 | Firms Lodestar Inception – March 2008 | Firms Expenses Inception – March 2008 |
|---|---|---|---|
| Audet & Partners, LLP | 960.00 | $353,250.00 | $18,550.17 |
| Bolognese & Associates, LLC | 1,807.25 | $485,487.50 | $25,665.10 |
| Carey & Danis, LLC | 463.45 | $120,837.50 | $20,867.82 |
| Cohen, Milstein, Hausfeld & Toll, LLC | 1,350.60 | $404,187.50 | $15,996.13 |
| Cuneo Gilbert & Lacua, LLP | 2,383.36 | $1,160,626.25 | $122,584.53 |
| Freeman & Lorry, P.C. | 26.10 | $5,872.50 | $00.0 |
| Hagens Berman Sobol Shapiro, LLP | 53,765.24 | $20,395,821.50 | $3,623,585.16 |
| Criden & Love, P.A. | 80.00 | $44,575.00 | $734.57 |
| Heins, Mills & Olson, P.L.C. | 21,150.25 | $6,780,446.25 | $511,926.83 |
| Hoffman & Edelson, LLC | 28,431.75 | $9,890,607.50 | $1,670,990.46 |
| Hulett Harper Stewart, LLP | 19.80 | $10,098.00 | $1,682.69 |
| Karmel Law Firm | 78.25 | $31,300.00 | $423.37 |
| Keller Rohrback, LLP | 204.05 | $93,440.60 | $7,857.74 |
| Kline Spector, P.C. | 6,681.75 | $3,486,937.32 | $602,739.90 |
| Law office of Adam S. Levy | 772.59 | $297,412.50 | $9,229.62 |
| Milberg, LLP | 701.25 | $209,860.00 | $4,945.25 |
| Piper & Associates | 2,353.00 | $782,050.00 | $109,883.58 |
| RodaNast, P.C. | 4,260.10 | $983,957.75 | $17,008.23 |
| Rossbachler Firm | 549.45 | $146,534.25 | $42,620.95 |
| Sheller, P.C. | 7,235.10 | $2,066,208.25 | $103,647.94 |
| Shepherd, Finkelman, Miller & Shah, LLC | 4,255.00 | $1,435,025.50 | $29,422.01 |
| Spector, Roseman Kodroff & Willis, P.C. | 22,965.60 | $7,587,436.75 | $1,620,836.12 |
| Squitieri & Fearon, LLP | 345.50 | $121,062.50 | $17,902.03 |
| Trujillo Rodriguez & Richards, LLC | 1,311.10 | $400,965.50 | $4,486.30 |
| Weller, Green, Toups & Terrell, L.L.P. | 4,726.45 | $1,624,852.50 | $34,618.30 |
| Wexler Wallace LLP | 33,391.25 | $10,355,473.05 | $1,843,426.21 |
| Williams Law Firm | 5,863.75 | $1,834,287.00 | $58,587.00 |
| Young, Pickett & Lee | 657.10 | $279,352.50 | $55.87 |