# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) ) | MDL NO. 1465 Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO: ) | |
| *The City of New York v. Abbott Labs., et al.* ) (S.D.N.Y. No. 04-CV-06054) ) | |
| *County of Suffolk v. Abbott Labs., et al.* ) (E.D.N.Y. No. CV-03-229) ) | |
| *County of Westchester v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-6178) ) | **SUPPLEMENTAL** |
| *County of Rockland v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-7055) ) | **AFFIDAVIT OF** |
| *County of Dutchess v. Abbott Labs., et al.* ) (S.D.N.Y. No. 05-CV-06458) ) | **ERIC M. GAIER, Ph.D.** |
| *County of Putnam v. Abbott Labs., et al.* ) (S.D.N.Y. No. 05-CV-04740) ) | |
| *County of Washington v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00408) ) | |
| *County of Rensselaer v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00422) ) | |
| *County of Albany v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00425) ) | |
| *County of Warren v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00468) ) | |
| *County of Greene v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00474) ) | |
| *County of Saratoga v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00478) ) | |
| *County of Columbia v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00867) ) | |
| *Essex County v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00878) ) | |
| *County of Chenango v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00354) ) | |
| *County of Broome v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00456) ) | |
| *County of Onondaga v. Abbott Labs., et al.* ) | |

(N.D.N.Y. No. 05-CV-00088)                          )
*County of Tompkins v. Abbott Labs., et al.*        )
(N.D.N.Y. No. 05-CV-00397)                          )
*County of Cayuga v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00423)                          )
*County of Madison v. Abbott Labs., et al.*         )
(N.D.N.Y. No. 05-CV-00714)                          )
*County of Cortland v. Abbott Labs., et al.*        )
(N.D.N.Y. No. 05-CV-00881)                          )
*County of Herkimer v. Abbott Labs. et al.*         )
(N.D.N.Y. No. 05-CV-00415)                          )
*County of Oneida v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00489)                          )
*County of Fulton v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00519)                          )
*County of St. Lawrence v. Abbott Labs., et al.*    )
(N.D.N.Y. No. 05-CV-00479)                          )
*County of Jefferson v. Abbott Labs., et al.*       )
(N.D.N.Y. No. 05-CV-00715)                          )
*County of Lewis v. Abbott Labs., et al.*           )
(N.D.N.Y. No. 05-CV-00839)                          )
*County of Chautauqua v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06204)                          )
*County of Allegany v. Abbott Labs., et al.*        )
(W.D.N.Y. No. 05-CV-06231)                          )
*County of Cattaraugus v. Abbott Labs., et al.*     )
(W.D.N.Y. No. 05-CV-06242)                          )
*County of Genesee v. Abbott Labs., et al.*         )
(W.D.N.Y. No. 05-CV-06206)                          )
*County of Wayne v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06138)                          )
*County of Monroe v. Abbott Labs., et al.*          )
(W.D.N.Y. No. 05-CV-06148)                          )
*County of Yates v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06172)                          )
*County of Niagara v. Abbott Labs., et al.*         )
(W.D.N.Y. No. 05-CV-06296)                          )
*County of Seneca v. Abbott Labs., et al.*          )
(W.D.N.Y. No. 05-CV-06370)                          )
*County of Orleans v. Abbott Labs., et al.*         )
(W.D.N.Y. No. 05-CV-06371)                          )
*County of Ontario v. Abbott Labs., et al.*         )
(W.D.N.Y. No. 05-CV-06373)                          )
*County of Schuyler v. Abbott Labs, et al.*         )
(W.D.N.Y. No. 05-CV-06387)                          )

| | |
|---|---|
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |

**City of Washington   )**

                        **:ss:**

**District of Columbia )**

Eric M. Gaier, Ph.D., being duly sworn, deposes and says:

(1)    On November 24, 2008, I offered an Affidavit ("Gaier Affidavit") in support of Defendant SmithKline Beecham Corporation's, d/b/a GlaxoSmithKline's ("GSK's") Motion for Partial Summary Judgment in the above-captioned New York County cases.[1] In that Affidavit, I reported the results of certain calculations I performed for relevant GSK NDCs at the request of Counsel for GSK.[2] Specifically, as I stated therein, I was asked to:

- "Calculate the percentage of sales to all classes of trade with average transaction prices 'at or about' the WAC published by First DataBank ('FDB'). Consistent with this Court's findings from the 'Track One' MDL trial, I have been asked to consider prices to be 'at or about' the published WAC if they are within 5% of WAC.

- Calculate the percentage mark-ups or 'spreads' between average provider acquisition costs and AWPs published by FDB. I have been asked to perform this calculation with respect to the classes of trade that are allegedly relevant to Medicaid according to the July 11, 2007 Declaration of Joanne M. Cicala."[3]

(2)    On February 11, 2009, plaintiffs offered an Affidavit from Harris L. Devor ("Devor Affidavit"), in which Mr. Devor challenges certain aspects of my WAC calculations. Specifically, Mr. Devor asserts:

- The WAC calculations "do not adequately and/or appropriately reflect the net price paid by wholesalers to purchase the GSK NDCs at question..."[4] Despite the WAC test's focus on how many individual sales "pass," Mr. Devor essentially argues that each wholesaler

---

[1]  I have previously summarized my qualifications to this Court and I will not repeat them here. See Gaier Affidavit, p. 3.

[2]  As I previously stated, the calculations were performed for the period January 1, 1997 to December 31, 2005, the same time period for which discovery in this matter has been permitted.

[3]  Gaier Affidavit, p. 4.

[4]  Devor Affidavit, p. 6.

(including the major ones) should be treated as making just one purchase each year, at an *average* net price that includes not only discounts to wholesalers, but also discounts to downstream *providers*, such as hospitals—instead of attributing the provider discounts to the providers that actually got them as I did in my calculations. That is, Mr. Devor asserts that price concessions generated by chargeback contracts between GSK and certain providers (e.g., hospitals and government purchasers who get statutory discounts) should be accounted for as price concessions to *wholesalers* rather than to the provider who actually received the discount.

- The WAC calculations ignored the 2% prompt-payment discount for the relatively small volume of wholesaler chargeback sales that were evaluated at the provider level.[5]

- The WAC calculations inappropriately excluded certain provider-based utilization rebates to Pharmacy Benefit Managers ("PBMs") mail-order operations, Independent Practice Associations ("IPAs") run by insurance companies, Group Purchasing Organizations ("GPOs"), retailers, nursing homes, nursing home providers, long term care providers, and staff model Health Maintenance Organizations ("HMOs").[6]

I address each of these assertions below.

(3)    With respect to Mr. Devor's first contention, concerning the treatment of sales where the provider got a discount that was administered through a wholesaler chargeback, I conclude that Mr. Devor's methodology is inconsistent with the way the WAC test was performed and relied upon by this Court in the "Track One" MDL trial, makes no sense, and is inconsistent with the economics of GSK's pricing, the drug distribution system, and undisputed testimony from wholesalers. With respect to Mr. Devor's second and third contentions concerning whether prompt-payment discounts to indirect customers should have been included and how certain utilization rebates should have been treated, I conclude that (a) Mr. Devor's contentions are without merit and (b) even if I *include* the additional discounts and utilization rebates that Mr. Devor says I should have included, *it makes no difference at all* concerning whether 207 of the 208 GSK NDCs at issue pass the WAC test.

(4)    I begin by noting that, for the 208 NDCs I previously concluded passed the WAC test, about $73 billion or 84.6% of GSK's sales to wholesalers involved no subsequent chargeback.[7] For these substantial sales, the wholesaler's bottom-line net price was WAC—typically less discounts of 2% to

---

[5]    Devor Affidavit, p. 7.
[6]    Devor Affidavit, p. 8.
[7]    In Attachment A, I summarize, for each of these 208 NDCs, the share of GSK's sales to wholesalers that involved no subsequent chargeback.

3%—and wholesalers resold product to providers at prices higher than their cost.[8] For the remaining 15.4% of GSK's sales to wholesalers for these NDCs, GSK provided chargebacks to wholesalers pursuant to contract price concessions made by GSK to certain *providers*, such as government institutions like Veteran's Administration hospitals that get statutory discounts. When GSK has a contract with a provider, for which price concessions are made, the wholesaler agrees to accept the contracted price from the provider, and GSK pays a chargeback to the wholesaler to "true-up" the transaction—or, in other words, make the wholesaler whole for having passed through GSK's price concession to the provider.  Mechanically, Mr. Devor's calculations attribute to *wholesalers* (not *providers*), the price concessions made on the chargeback contract sales to providers, so that the overall average cost to wholesalers is inappropriately reduced due to these *provider* concessions. In other words, Mr. Devor's methodology allows the price concessions from the contract sales to providers (administered through the chargeback process and representing only 15.4% of GSK's sales to wholesalers for these NDCs) to lower the average price (which is close to WAC) paid by wholesalers for the 84.6% of non-chargeback sales, thereby inappropriately flunking the vast majority of wholesaler sales—even though the overwhelming majority of those sales to wholesalers were made at or about WAC with no downstream discounting at all.

(5)     Table 1 illustrates the mechanics of Mr. Devor's flawed methodology for GSK's sales of a specific NDC of Avandia to wholesalers during 2005. As shown in Table 1, GSK sold a total of approximately $380 million to wholesalers, for which approximately $336 million or 88% was not subject to any chargeback arrangement.[9] Thus, the total chargeback price concessions were *zero* for these non-chargeback sales. For the remaining 12% of sales that went through the wholesaler, there were approximately $19 million in chargebacks due to discounts provided under GSK's contracts with downstream providers. The corresponding net unit price for the non-chargeback transactions was $137.92 and the net unit price for the chargeback transactions was $79.89.[10] Comparing these net prices to the published WAC, the non-chargeback transactions were well within 5% of WAC (i.e., they were at WAC-2.5%), while the chargeback transactions reflecting provider discounts were not (i.e., they were at WAC-43.5%). According to my methodology, therefore, the non-chargeback transactions would pass the WAC test and the overwhelming majority of the chargeback transactions,

---

[8]   Neil Warren of Cardinal states, "Q. It's never the case that Cardinal's paid more for the product than the price it's selling that product to a retail pharmacy, correct? A. That would be correct." Deposition of Neil Warren, September 9-10, 2008 ("Warren deposition"), p. 265. (See Appendix 1 hereto)

[9]   All sales dollars have been expressed net of an assumed 2% prompt-payment discount as I discuss further below.

[10]   For this illustrative example, I have not included rebates. See the discussion of rebates below.

which I evaluated at the provider level, would fail. However, as shown in the final column, according to Mr. Devor's methodology, the entire volume of wholesaler transactions would fail the WAC test because of the price concessions given not to wholesalers, but to downstream providers.

**Table 1: Example of Gaier and Devor methodologies for GSK's Avandia in 2005**

| Measurement | Gaier methodology | | Devor methodology |
|---|---|---|---|
| | Sales not pursuant to a chargeback | Sales pursuant to a chargeback | All sales |
| Number of units sold by GSK through wholesalers | 2,432,864 (88%) | 322,534 (12%) | 2,755,398 (100%) |
| Wholesalers' total payments to GSK | $335,529,347 (88%) | $44,825,610 (12%) | $380,354,957 (100%) |
| Chargebacks to wholesalers due to provider discounts | $0 | $19,058,226 | $19,058,226 |
| FDB unit WAC | $141.52 | $141.52 | $141.52 |
| Net unit price | $137.92 | $79.89 | $131.12 |
| Net unit price as % of WAC | WAC - 2.5% (2.43 MM units pass) | WAC - 43.5% (0.32 MM units fail) | WAC- 7.3% (all 2.75 MM units fail) |

NDC: 00029316013.

(6)     To understand why Mr. Devor's methodology is flawed, consider the basic goal of the test as articulated by the FTC and relied on by this Court: "a list price 'will not be deemed fictitious if it is the price at which substantial (that is, not isolated or insignificant) sales are made.'"[11] As a matter of economics, one should evaluate a "sale" at the last customer in the distribution chain for which GSK determines the price. This is what my methodology does. Indeed, this approach is at the heart of the economic meaning of a chargeback. That is, although a chargeback is a "true-up" or "make-whole" payment from the manufacturer to the wholesaler, as a matter of economics, the price concession it represents is actually negotiated between the manufacturer and the provider (e.g., a hospital), who actually receives the benefit of the price reduction. In these circumstances, the wholesaler is merely a "middleman" who distributes product for GSK but does not benefit from GSK's discount to the provider. Thus, consistent with testimony from wholesalers, for chargeback transactions the appropriate "sale" to determine a "net price" after discounts is the sale between the manufacturer and the provider because the wholesaler does not benefit from the downstream discount.[12] I focus on the

---

[11]   *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, Findings of Fact and Conclusions of Law in the "Track One" MDL Trial of Class 2 and Class 3 Claims, June 21, 2007, slip op. at p. 167.

[12]   Testimony from wholesalers and GSK confirms that the chargeback represents a "true-up" payment to make the

sale to the provider for chargeback transactions, whereas Mr. Devor ignores what the provider pays and inappropriately attributes the provider discounts to the wholesalers.

(7)     Mr. Devor's methodology is not consistent with the calculations previously relied on by this Court in its Findings of Fact and Conclusions of Law in the "Track One" MDL Trial of Class 2 and Class 3 Claims. Specifically, this Court relied on Dr. Bell's calculations, which applied the chargeback amounts to the indirect *provider* sales—as in my calculations—not the direct *wholesaler* sales—as in Mr. Devor's calculations. Dr. Bell's calculations, like mine, evaluate the price paid by the last customer in the distribution chain for which the manufacturer determines the price by considering non-chargeback and chargeback transactions separately.[13] In the case of transactions generating chargebacks, the price to the end provider, net of discounts, is evaluated. In the case of wholesaler transactions not generating chargebacks, the price to the wholesaler is evaluated. The WAC calculations Dr. Bell and I offered in the "Track One" MDL matter and the calculations I offer in this matter are all consistent with the methodology previously relied on by this Court. In contrast, Mr.

---

wholesaler whole. Leslie Morgan of McKesson states:

> "That [contract] price is typically well below WAC, but is definitely negotiated between the manufacturer and the customer, and McKesson doesn't have anything to do with that...To me, a chargeback is a—is a by-product of the contract price. The contract price is what the customer will pay. The chargeback is what McKesson will get from the vendor, generally, to make McKesson whole, as they say." Deposition of Leslie Morgan, September 3, 2007, pp. 170, 264 (See Appendix 1 hereto).

Neil Warren of Cardinal states:

> "Q. And so the chargeback is the difference between the contract price below WAC and WAC; is that correct? A. Yes. Q. And does Cardinal set that contract price? A. No. Q. And that—so is it fair to say that the contract price is set between the customer and the manufacturer? A. Yes...Q. Can you explain just in a little bit more detail what exactly you consider a chargeback? A. The chargeback is, once we generate the invoice with the contract price, it generates an invoice back to the manufacturer for the difference between the WAC price that Cardinal paid for it, versus the contrise—contract price that the customer paid for it. So that differential, since we paid the WAC, that makes us whole." Warren Deposition, pp. 100, 392-393 (See Appendix 1 hereto).

David Brown of GSK states:

> "Q. And the chargeback actually reduces the wholesaler's cost of that drug; correct? A. No. Because the wholesaler has actually already passed that on to the end user, so it does not reduce the cost to the wholesaler, no." Deposition of David Brown, May 5, 2007, pp. 172-173 (See Appendix 1 hereto).

[13]    As Dr. Bell explains:

> "To calculate the BMS/OTN Price Dispersion in Exhibit E, BMS Non-Federal transactions are separated into four categories: 1) BMS Direct Transactions to Non-Wholesalers, 2) OTN Transactions, 3) BMS Indirect Transactions Generating Chargebacks, and 4) BMS Direct Transactions to Wholesalers Not Generating Chargebacks. For each category, the price associated with each transaction is computed relative to BMS WLP… Direct sales to wholesalers are adjusted to remove the BMS transactions to wholesalers generating chargebacks (i.e. indirect transactions)…The effect of applying these adjustments is to net the sales to wholesalers generating chargebacks from the total sales to wholesalers." Affidavit of Gregory K. Bell, Ph.D. Submitted as Direct Testimony in the Case-In-Chief of Brystol-Myers Squibb Co. and Oncology Therapeutics Network Corp. in the Trial of Class 2 and 3 Claims, Supplemental Exhibit C, p. 3-4 (See Appendix 2 hereto).

Devor's calculations are not. In my view, Mr. Devor's approach is a new and clever, but totally flawed, way to "flunk" the vast majority of sales in the brand-name, self-administered drug setting, where the undisputed fact is that the vast majority of GSK's sales are to wholesalers with prices at or about WAC and involve no further discount to the providers who actually dispense drugs (and are reimbursed by Medicaid and other payors).

(8)   Moreover, the approach that Dr. Bell, the Court, and I have used—unlike Mr. Devor's approach—provides a conservative way to attribute discounts to the prices paid by the end providers who dispense drugs and are reimbursed. For sales involving chargebacks, I attribute the discounts to the end provider (whereas Mr. Devor ignores the end provider and attributes the discounts to the wholesaler middleman who merely distributes the product). For sales to wholesalers with no subsequent chargeback or other price concession from GSK, consistent with testimony from wholesalers, simple economics dictates that the price the downstream provider paid will be *no less* than the price the wholesaler paid—or else the wholesaler would be reselling at a loss.[14] Thus, when I have determined that the sale to a wholesaler is at no less than WAC-5% (more typically at about WAC-2% to 3%) and there is no chargeback or other price concession between GSK and the provider, then it follows that the provider also paid no less WAC-5%. Under Mr. Devor's analysis, these sales often "flunk" the WAC test, even though neither the wholesaler nor the provider paid less than WAC-5%.

(9)   As long as wholesaler sales and chargebacks are treated in the same way that they were treated during the Track One trial—which is the only way that makes any sense for purposes of the WAC test—then, as I demonstrate below, none of Mr. Devor's other criticisms affect whether 207 of the 208 NDCs at issue pass or fail the test. Before demonstrating this, I will nevertheless consider Mr. Devor's other contentions in turn.

(10)  With respect to Mr. Devor's second contention, concerning the prompt-payment discount, I previously stated: "Because prompt-payment discounts do not appear in the GSK sales data, I have been asked by counsel to conservatively assume in my calculations that every direct purchaser received a 2% prompt-payment discount."[15] This statement correctly and precisely summarizes the methodology, which applies a 2% discount on direct sales to providers and direct sales to wholesalers

---

[14]   For example, see Warren Deposition quoted in footnote 8 above, p. 265.

[15]   Gaier Affidavit, p. 5. I reiterate my opinion from the prior Affidavit and previous testimony that, as a matter of economics, it is inappropriate and overly conservative to include any prompt-payment discounts in this analysis because such discounts must be earned.

not pursuant to chargeback, but does not apply a 2% discount on indirect chargeback sales to providers through wholesalers. Although I was never asked to explain the distinction during my deposition, the logic of my methodology is sound. Namely, I apply a 2% discount to all transactions where GSK allows a prompt-payment discount to be earned by GSK's direct customer. In the case of direct sales to providers and direct sales to wholesalers not pursuant to chargeback, GSK provides its customer with the opportunity to earn a prompt-payment discount, and I conservatively assumed in every case that it did. However, in the case of indirect chargeback sales between the wholesaler and its downstream customer, GSK does not allow the *provider* to earn a prompt-payment discount (GSK has already offered it to the wholesaler). Whether the wholesaler passes on any portion of *its* prompt-payment discount is determined by a negotiation between the wholesaler and the provider and is not under GSK's control or even knowledge. While I continue to believe that my treatment of this small volume of potential prompt-payment discounts was appropriate, in order to be even more conservative and to address Mr. Devor's concern, I offer alternative calculations, which apply the 2% prompt-payment discount to all transactions, direct and indirect, as Mr. Devor contends I should have done. As discussed below, this adjustment combined with several others advocated by Mr. Devor makes virtually no difference.

(11)    With respect to Mr. Devor's third contention, concerning rebates, I first emphasize that my original calculations included all "purchase-based rebates." By way of background, purchase-based rebates are earned by certain providers and other entities in recognition of the volume of pharmaceutical product actually purchased. For example, a provider might earn a 10% rebate for a particular NDC if it purchases more than 100 units a month. In contrast, "utilization-based rebates" are earned by certain PBMs, third-party payors, and other entities in recognition of the manufacturer's overall "market share" of a pharmaceutical product utilized by their members. Because utilization rebates are not intended to reduce the price of pharmaceutical products *purchased by providers*, they are properly excluded from analysis of sales at or about WAC. Conceptually, this point is not disputed by Mr. Devor.[16] However, Mr. Devor does assert that certain utilization-based rebates appearing in GSK's data pertaining to PBMs, IPAs (which Mr. Devor mistakenly calls "Institutional Pharmacies"), GPOs, and other entities are associated with mail-order and other pharmacy operations that dispense drugs and therefore *should* be included in my analysis.[17] Again, as discussed below, even if I make this

---

[16]    For example, Mr. Devor does not assert that rebates to non-provider entities reimbursing for drugs should be included in the analysis. Moreover, as discussed below, Mr. Devor concedes: "It is not my position that all PBM rebates should be included. Rather, only those rebates attributable to PBM Mail Order operations would properly be included." Devor Affidavit, p. 10.

[17]    Devor Affidavit, p. 11.

adjustment along with others advocated by Mr. Devor, it makes virtually no difference. I nevertheless address my original treatment of utilization rebates in each of the classes of trade identified by Mr. Devor separately below.

(12)     With respect to PBMs, Mr. Devor asserts that my calculations inappropriately exclude "some portion of the $2.7 billion in rebates paid to all PBMs."[18] Elsewhere, Mr. Devor concedes, "It is not my position that all PBM rebates should be included. Rather, only those rebates attributable to PBM Mail Order operations would properly be included."[19] I continue to disagree with Mr. Devor because PBM utilization-based rebates are not earned based on purchases by PBM mail-order operations and have no effect on what those entities pay to purchase drugs. Rather, as I have previously testified, PBM rebates are earned through market share utilization of GSK products by the PBM's member beneficiaries, whether those drugs are dispensed by mail-order warehouses, independent pharmacies or elsewhere, and regardless of the price those providers paid for the drugs. Thus, they are properly excluded from an analysis of the net purchase price paid by a provider for purposes of the WAC test.[20]

(13)     With respect to IPAs, Mr. Devor asserts that my calculations inappropriately exclude "$1.4 billion" in utilization-based rebates.[21] I note that the entities identified as "IPAs" in GSK's utilization rebate data, are mostly third-party *payors*, not "Institutional Pharmacies" as Mr. Devor inexplicably assumes. Indeed, 13 of the top 15 "IPAs" listed in GSK's database (based upon the volume of utilization-based rebates received from GSK), which collectively account for nearly 70% of GSK's "IPA" utilization-based rebates, are all clearly recognizable *payors*.[22] Therefore, for the reasons I

---

[18]   Devor Affidavit, p. 11. Although Mr. Devor describes $2.7 billion in PBM utilization-based rebates, in order to be even more conservative, I consider a total of $3.2 billion in utilization-based rebates paid to the following classes of trade: "PBM," "PBM-MANAGED CARE," "PBM PLAN," "Medicare PBM," and "PBM-HMO AFFILIATED."

[19]   Devor Affidavit, p. 10.

[20]   Moreover, a significant portion of utilization rebates paid to PBMs is often passed on to the PBMs' third-party payor clients. In his MDL expert report, Dr. Berndt cites a 2000 Department of Health & Human Services report to the President, which states, "Industry sources report that the insurer or employer typically receives 70 to 90 percent of the [PBM] rebates." Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris, February 9, 2005, p. 84. Clearly, rebates passed on to third-party payors could not reduce prices paid by PBM mail-order entities.

[21]   Devor Affidavit, p. 11. Although Mr. Devor describes $1.4 billion in IPA utilization-based rebates, in order to be even more conservative, I consider a total of $1.6 billion in utilization-based rebates paid to the following classes of trade: "IPA," "NI/IPA/HMO," "IPA/PPO," and "Medicare IPA."

[22]   These payors include Aetna, WellPoint, CIGNA, HealthPartners, Humana, Blue Shield of California, Coventry, Harvard Pilgrim, BCBS of Alabama, Anthem, Keystone Mercy Health Plan, Regence Group, and Prudential. The other two entities in the top 15 "IPAs," Prescription Solutions and Health Net Pharmaceutical Services, are PBM subsidiaries of the payors UnitedHealth (previously Pacificare) and Health Net, respectively. These entities account for an additional 14% of GSK's "IPA" utilization-based rebates.

previously discussed, "IPA" utilization rebates appearing in GSK's data should not be included in the WAC analysis.

(14)    The only conceivable reason to include any PBM or IPA utilization-based rebates is under Mr. Devor's theory that GSK's utilization-based rebate data also contain *purchase-based* rebates associated with mail-order and other pharmacy operations owned by PBMs or IPAs. While I do not agree with Mr. Devor's theory, I have nevertheless tested—for purposes of GSK's Motion for Partial Summary Judgment—how the application of the WAC test to GSK's drugs would differ if I modified my calculations to include a share of the PBM and IPA utilization-based rebates for each PBM and IPA in proportion to the share of its members' utilization derived from its mail-order operations. As shown in Attachment B hereto, for the largest PBMs (i.e., Advance PCS, Caremark, Express Scripts, and Medco), which collectively account for 79% of GSK's PBM utilization-based rebates, I determined the annual share of each PBM's mail-order operation from their publicly available "10-K" disclosures.[23] For these PBMs, the prescription-weighted average share of mail-order penetration was 26.2% from 1997 to 2005. For the remaining PBMs and IPAs, I used publicly available mail-order penetration statistics derived from a study of 23 PBMs.[24] After weighting by GSK's utilization-based rebates, the overall mail-order penetration was 26.2% for PBMs and 28.2% for IPAs. Multiplying these shares by their respective utilization-based rebates, I included in my alternative analysis approximately $837.7 million in PBM utilization-based rebates and $463.3 million in IPA utilization-based rebates that were previously excluded.[25] The results are discussed below—again, it makes virtually no difference.

(15)    With respect to GPOs, Mr. Devor asserts that my calculations inappropriately exclude "$147 million" in rebates.[26] However, with the exception of just $421, Mr. Devor is simply in error. In particular, Mr. Devor fails to recognize that the GPO rebates reported in the "HLDR" table and summarized in Exhibit G to Mr. Devor's Affidavit, are duplicative of purchase-based rebates recorded in the "INST"

---

[23]    I also corroborated these statistics with the corresponding figures from the AIS data described below.

[24]    "Mail-order rates, capabilities foster increased competitiveness among PBMs," *Drug Cost Management Report*, September 12, 2003. For those years in which penetration rates were not available for the broader set of PBMs, I calculated them from the corresponding year-to-year changes in the mail-order penetration of the larger PBMs, for which data were available. See Attachment B.

[25]    The PBM and IPA entities receiving utilization-based rebates typically do not appear as purchasers in GSK's direct or indirect sales data. Rather, PBM and IPA mail-order and other pharmacy operations typically purchase GSK drugs from wholesalers without chargebacks, a fact which is confirmed by the sales data from Cardinal, McKesson, and AmerisourceBergen. Thus, as is appropriate, I have allocated the PBM and IPA utilization-based rebates I include to the share of GSK's non-chargeback sales to wholesalers ultimately sold to PBM and IPA mail-order and other pharmacy operations, which I determine from the wholesalers' sales data. See Attachment B.

[26]    Devor Affidavit, p. 12.

table, which are *already included* in my analysis.[27] However, I have identified an additional $421 in utilization-based rebates that is not duplicative and incorporated that amount into my calculations.

(16)     With respect to other classes of trade, Mr. Devor asserts that my calculations inappropriately exclude "$52.7 million" in utilization-based rebates paid to "Retailer-Wholesalers, Nursing Homes, Hospitals, Long Term Care Facilities and Staff Model HMOs."[28] Rather than address why I originally excluded utilization rebates paid to each of these types of entities, for purposes of GSK's Motion for Partial Summary Judgment, I have simply modified my calculations to include all of the $52.7 million in utilization-based rebates paid to them.[29] The results are discussed below—again, it makes virtually no difference.

(17)     In summary, while I do not agree with any of Mr. Devor's criticisms of my calculations, I have nevertheless tested—for purposes of GSK's Motion for Partial Summary Judgment—how the application of the WAC test to GSK's drugs would differ if I make the following modifications to my calculations as advocated by Mr. Devor:

- Deduct a 2% prompt-payment discount for all indirect sales
- Include $837.7 million of PBM utilization-based rebates based on the volume of mail-order operations
- Include $463.3 million of IPA utilization-based rebates based on the volume of mail-order operations
- Include $421 of non-duplicative GPO utilization-based rebates
- Include $52.7 million of utilization-based rebates paid to retailer-wholesalers, nursing homes, hospitals, long term care facilities and staff model HMOs.

(18)     As shown in Attachment C, even after making all of these alterations to my methodology, 207 of the 208 NDCs I previously concluded passed the WAC test *continue to pass* (i.e., there were still more than 50% of sales of the NDC within 5% of published WAC between 1997 and 2005). These 207 NDCs account for $2.107 billion or 98.3% of plaintiffs' alleged reimbursements for challenged GSK drugs. Attachment D reports the year-by-year results for the 208 NDCs at issue.

---

[27]  The descriptive documents produced with the GSK transactional data explain the contents of and overlap between the two ORS rebates files, CN_REB_FEE_HLDR_V and CN_REB_FEE_INST_V. See GSK-AG_0000007 to GSK-AG_0000009 and GSK-AG_0000109 to GSK-AG_0000111.

[28]  Devor Affidavit, p. 12.

[29]  In order to be as conservative as possible in my inclusion of these utilization-based rebates, for each class of trade, I have allocated the unmatched portion of the rebates to the corresponding direct sales in a manner designed to fail as much sales volume as possible. Specifically, for each NDC and year, I exhaust the total pool of unmatched rebates by allocating to each customer only the amount of rebates needed to reduce that customer's average price below 95% of WAC. Furthermore, I allocate no unmatched rebates to customers who were already failing the test (i.e., had an average price below 95% of WAC).

(19)     In their February 11, 2009 Memorandum of Law, plaintiffs also criticized my "spread" calculations as "meaningless entirely" because they assert that the calculations were done "without any consideration of GSK ASPs…or the net sales prices that are the primary focus of his affidavit," and because I supposedly did not consider the GSK manufacturer's data.[30] Plaintiffs are not correct.

(20)     Consistent with my original affidavit and deposition testimony, my "spread" calculations rely *not only* on wholesaler data, which shows what Medicaid providers actually paid wholesalers for drugs, but *also* use GSK's manufacturer sales data in order to incorporate any rebates paid by GSK to the classes of trade previously identified by Ms. Cicala, in order to arrive at an average acquisition cost for Medicaid providers. I *began* my calculation of net price for this group of providers by using the wholesaler sales data, rather than the manufacturer sales data, for two main reasons. First, because GSK does not have visibility over the prices paid by providers for the overwhelming majority of sales in these classes of trade (i.e., because there is often no chargeback and the provider is the wholesaler's customer, not GSK's), the wholesaler data provide a more accurate reflection of the prices actually paid by these providers to purchase drugs. Second, I was merely trying to be consistent with the approach previously taken by the plaintiffs in calculating average "spreads," which also started with wholesaler data. Unlike the plaintiffs' prior calculations of "spread," however, I then *also included* rebates that the *manufacturer's* data show to have been paid by GSK to relevant providers, in order to obtain even more conservative calculations of net sales prices.

---

[30]  Plaintiffs' Memorandum of Law in Opposition to SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's (GSK's) Motion for Partial Summary Judgment, February 11, 2009, p. 3.

This the 4th day of March, 2009.

ERIC M. GAIER, PH.D.

BATES WHITE, LLC

AFFIANT

Sworn to and subscribed before me this
4th day of March, 2009.

**Notary Public**

My Commission Expires: 12/14/2012

GAIL M. BRASWELL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2012

# Attachment A

**Proportion of GSK sales to wholesalers**
**not pursuant to a chargeback for the 208 NDCs at issue**

**Table A: Proportion of GSK sales to wholesalers not pursuant to a chargeback for 208 NDCs at issue[1]**

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
|---|---|---|---|---|---|---|
| 00173067200 | AGENERASE 150MG CAPSULE | $200,999,645 | 77.0% | $60,197,490 | 23.0% | $261,197,135 |
| 00173068700 | AGENERASE 15MG/ML ORAL SOLN | $4,712,348 | 92.5% | $384,464 | 7.5% | $5,096,812 |
| 00173067900 | AGENERASE 50MG CAPSULE | $1,261,948 | 87.6% | $178,433 | 12.4% | $1,440,380 |
| 00007550040 | ALBENZA 200MG TABLET | $6,307,868 | 87.3% | $915,859 | 12.7% | $7,223,728 |
| 00173056100 | AMERGE 1MG TABLET | $19,243,426 | 94.3% | $1,165,478 | 5.7% | $20,408,904 |
| 00173056200 | AMERGE 2.5MG TABLET | $400,813,135 | 94.1% | $24,994,287 | 5.9% | $425,807,421 |
| 00029604412 | AMOXIL 200MG TABLET CHEW | $420,050 | 95.6% | $19,125 | 4.4% | $439,176 |
| 00029604420 | AMOXIL 200MG TABLET CHEW | $816,434 | 96.6% | $28,623 | 3.4% | $845,057 |
| 00029604854 | AMOXIL 200MG/5ML SUSPENSION | $1,177,970 | 94.8% | $65,029 | 5.2% | $1,242,999 |
| 00029604855 | AMOXIL 200MG/5ML SUSPENSION | $1,942,066 | 96.1% | $78,693 | 3.9% | $2,020,759 |
| 00029604859 | AMOXIL 200MG/5ML SUSPENSION | $19,087,525 | 96.2% | $746,067 | 3.8% | $19,833,592 |
| 00029604512 | AMOXIL 400 MG TABLET CHEW | $7,177,769 | 96.1% | $292,640 | 3.9% | $7,470,409 |
| 00029604520 | AMOXIL 400MG TABLET CHEW | $6,181,855 | 93.1% | $456,518 | 6.9% | $6,638,373 |
| 00029604954 | AMOXIL 400MG/5ML SUSPENSION | $6,657,992 | 91.4% | $630,071 | 8.6% | $7,288,063 |
| 00029604612 | AMOXIL 500MG TABLET | $554,363 | 99.5% | $2,867 | 0.5% | $557,230 |
| 00029604620 | AMOXIL 500MG TABLET | $1,482,235 | 93.7% | $99,741 | 6.3% | $1,581,976 |
| 00029604712 | AMOXIL 875MG TABLET | $10,461,020 | 98.2% | $189,366 | 1.8% | $10,650,386 |
| 00029604720 | AMOXIL 875MG TABLET | $55,464,901 | 98.7% | $739,215 | 1.3% | $56,204,116 |
| 00029604725 | AMOXIL 875MG TABLET | $7,771,593 | 98.5% | $117,375 | 1.5% | $7,888,968 |
| 00029608522 | AUGMENTIN 125-31.25 SUSPEN | $27,233,180 | 89.6% | $3,177,383 | 10.4% | $30,410,564 |
| 00029608523 | AUGMENTIN 125-31.25 SUSPEN | $6,696,155 | 94.0% | $430,624 | 6.0% | $7,126,779 |
| 00029608539 | AUGMENTIN 125-31.25 SUSPEN | $4,764,685 | 66.0% | $2,451,570 | 34.0% | $7,216,255 |
| 00029607347 | AUGMENTIN 125-31.25 TAB CHEW | $1,520,420 | 88.8% | $192,160 | 11.2% | $1,712,580 |
| 00029608729 | AUGMENTIN 200-28.5 SUSPEN | $21,129,905 | 91.9% | $1,861,626 | 8.1% | $22,991,530 |
| 00029608739 | AUGMENTIN 200-28.5 SUSPEN | $26,187,249 | 93.7% | $1,761,596 | 6.3% | $27,948,845 |
| 00029608751 | AUGMENTIN 200-28.5 SUSPEN | $237,864,209 | 94.3% | $14,399,755 | 5.7% | $252,263,964 |
| 00029607112 | AUGMENTIN 200-28.5 TAB CHEW | $10,717,596 | 93.2% | $780,158 | 6.8% | $11,497,754 |
| 00029607527 | AUGMENTIN 250-125 TABLET | $140,680,550 | 77.4% | $41,141,256 | 22.6% | $181,821,806 |
| 00029609022 | AUGMENTIN 250-62.5 SUSPEN | $143,004,422 | 84.7% | $25,733,408 | 15.3% | $168,737,830 |
| 00029609023 | AUGMENTIN 250-62.5 SUSPEN | $56,653,631 | 93.5% | $3,966,312 | 6.5% | $60,619,944 |
| 00029609039 | AUGMENTIN 250-62.5 SUSPEN | $21,811,033 | 59.1% | $15,068,039 | 40.9% | $36,879,072 |
| 00029607447 | AUGMENTIN 250-62.5 TAB CHEW | $26,262,450 | 93.4% | $1,856,115 | 6.6% | $28,118,564 |

---

[1]   This is an NDC-by-NDC summary for the years 1997-2005 for which data is available. All sales values reflect invoice prices to wholesalers and do not include chargebacks, prompt-payment discounts, or rebates, if any.

Table A continued

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
|-----|------|------|------|------|------|------|
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
| 00029609229 | AUGMENTIN 400-57 SUSPEN | $80,555,584 | 89.5% | $9,498,696 | 10.5% | $90,054,280 |
| 00029609239 | AUGMENTIN 400-57 SUSPEN | $135,657,890 | 94.1% | $8,529,513 | 5.9% | $144,187,402 |
| 00029609251 | AUGMENTIN 400-57 SUSPEN | $789,580,784 | 91.9% | $69,970,657 | 8.1% | $859,551,441 |
| 00029607212 | AUGMENTIN 400-57 TAB CHEW | $216,145,787 | 96.2% | $8,464,749 | 3.8% | $224,610,536 |
| 00029608012 | AUGMENTIN 500-125 TABLET | $1,272,616,028 | 88.9% | $159,608,293 | 11.1% | $1,432,224,321 |
| 00029608612 | AUGMENTIN 875-125 TABLET | $2,284,435,574 | 90.0% | $252,566,403 | 10.0% | $2,537,001,977 |
| 00029609422 | AUGMENTIN ES-600 SUSPENSION | $45,611,880 | 97.1% | $1,345,302 | 2.9% | $46,957,182 |
| 00029609424 | AUGMENTIN ES-600 SUSPENSION | $51,600,561 | 96.2% | $2,065,459 | 3.8% | $53,666,020 |
| 00029609429 | AUGMENTIN ES-600 SUSPENSION | $16,470,267 | 97.0% | $503,247 | 3.0% | $16,973,515 |
| 00029609439 | AUGMENTIN ES-600 SUSPENSION | $90,205,280 | 95.2% | $4,530,828 | 4.8% | $94,736,108 |
| 00029609445 | AUGMENTIN ES-600 SUSPENSION | $122,431,149 | 95.9% | $5,271,994 | 4.1% | $127,703,143 |
| 00029609451 | AUGMENTIN ES-600 SUSPENSION | $142,944,367 | 98.0% | $2,900,823 | 2.0% | $145,845,190 |
| 00029609628 | AUGMENTIN XR 1000-62.5 TAB | $18,887,300 | 97.2% | $540,554 | 2.8% | $19,427,854 |
| 00029609640 | AUGMENTIN XR 1000-62.5 TAB | $85,899,909 | 98.9% | $917,863 | 1.1% | $86,817,771 |
| 00029609648 | AUGMENTIN XR 1000-62.5 TAB | $35,396,995 | 92.8% | $2,747,255 | 7.2% | $38,144,250 |
| 00029609660 | AUGMENTIN XR 1000-62.5 TAB | $293,828,656 | 97.7% | $6,939,103 | 2.3% | $300,767,759 |
| 00029315818 | AVANDIA 2MG TABLET | $236,589,418 | 81.0% | $55,333,535 | 19.0% | $291,922,952 |
| 00029315913 | AVANDIA 4MG TABLET | $633,672,884 | 88.5% | $82,248,332 | 11.5% | $715,921,216 |
| 00029315918 | AVANDIA 4MG TABLET | $176,844,608 | 71.7% | $69,878,705 | 28.3% | $246,723,313 |
| 00029315920 | AVANDIA 4MG TABLET | $2,135,337,867 | 85.6% | $360,628,696 | 14.4% | $2,495,966,563 |
| 00029316013 | AVANDIA 8MG TABLET | $1,654,317,626 | 92.9% | $126,729,756 | 7.1% | $1,781,047,382 |
| 00029316020 | AVANDIA 8MG TABLET | $1,347,179,226 | 77.4% | $392,450,741 | 22.6% | $1,739,629,967 |
| 00029152722 | BACTROBAN 2% CREAM | $169,854,893 | 87.0% | $25,434,211 | 13.0% | $195,289,104 |
| 00029152725 | BACTROBAN 2% CREAM | $269,706,967 | 91.4% | $25,293,489 | 8.6% | $295,000,456 |
| 00029152522 | BACTROBAN 2% OINTMENT | $103,262,664 | 75.8% | $33,041,930 | 24.2% | $136,304,594 |
| 00029152525 | BACTROBAN 2% OINTMENT | $140,639,823 | 93.8% | $9,304,163 | 6.2% | $149,943,986 |
| 00029152544 | BACTROBAN 2% OINTMENT | $263,539,569 | 69.5% | $115,806,932 | 30.5% | $379,346,502 |
| 00029152611 | BACTROBAN NASAL 2% OINTMENT | $31,145,090 | 59.1% | $21,586,491 | 40.9% | $52,731,581 |
| 00173031288 | BECLOVENT INHALER | $56,062,144 | 59.8% | $37,727,186 | 40.2% | $93,789,331 |
| 00173038879 | BECONASE AQ 0.042% SPRAY | $338,276,641 | 80.8% | $80,391,317 | 19.2% | $418,667,958 |
| 00173039501 | CEFTIN 125MG TABLET | $1,082,943 | 83.5% | $213,507 | 16.5% | $1,296,449 |
| 00173040600 | CEFTIN 125MG/5ML ORAL SUSP | $21,937,256 | 86.7% | $3,372,423 | 13.3% | $25,309,679 |
| 00173038700 | CEFTIN 250MG TABLET | $22,359,356 | 87.8% | $3,098,573 | 12.2% | $25,457,929 |
| 00173038742 | CEFTIN 250MG TABLET | $481,435,317 | 91.0% | $47,500,504 | 9.0% | $528,935,821 |
| 00173055400 | CEFTIN 250MG/5ML ORAL SUSP | $8,786,911 | 85.7% | $1,469,657 | 14.3% | $10,256,568 |
| 00173055500 | CEFTIN 250MG/5ML ORAL SUSP | $70,018,844 | 93.6% | $4,749,100 | 6.4% | $74,767,943 |
| 00173039400 | CEFTIN 500MG TABLET | $88,716,689 | 94.9% | $4,731,844 | 5.1% | $93,448,534 |
| 00173039442 | CEFTIN 500MG TABLET | $164,545,953 | 81.2% | $38,116,894 | 18.8% | $202,662,846 |
| 58437000218 | CIMETIDINE 400MG TABLET | $1,910,523 | 97.6% | $47,045 | 2.4% | $1,957,568 |

Table A continued

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
|---|---|---|---|---|---|---|
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
| 58437000225 | CIMETIDINE 400MG TABLET | $461,065 | 100.0% | $- | 0.0% | $461,065 |
| 00173059500 | COMBIVIR TABLET | $2,834,455,479 | 72.1% | $1,097,798,459 | 27.9% | $3,932,253,937 |
| 00007336003 | COMPAZINE 2.5MG SUPPOSITORY | $771,001 | 80.1% | $191,375 | 19.9% | $962,376 |
| 00007336103 | COMPAZINE 5MG SUPPOSITORY | $3,634,400 | 74.3% | $1,256,374 | 25.7% | $4,890,774 |
| 00007336344 | COMPAZINE 5MG/5ML SYRUP | $2,750,478 | 82.3% | $590,198 | 17.7% | $3,340,676 |
| 00007334615 | COMPAZINE SPANSULE 15MG | $30,884,977 | 90.9% | $3,079,669 | 9.1% | $33,964,646 |
| 00007414120 | COREG 12.5MG TABLET | $713,115,623 | 83.9% | $136,406,663 | 16.1% | $849,522,286 |
| 00007414220 | COREG 25MG TABLET | $982,286,652 | 83.2% | $197,968,340 | 16.8% | $1,180,254,992 |
| 00007413920 | COREG 3.125MG TABLET | $604,674,939 | 82.0% | $133,142,757 | 18.0% | $737,817,696 |
| 00007413955 | COREG 3.125MG TABLET | $9,388,864 | 94.3% | $563,835 | 5.7% | $9,952,699 |
| 00007414020 | COREG 6.25MG TABLET | $865,888,240 | 83.3% | $173,484,043 | 16.7% | $1,039,372,283 |
| 00173020155 | DARAPRIM 25MG TABLET | $6,289,899 | 69.3% | $2,780,410 | 30.7% | $9,070,309 |
| 00007351920 | DEXEDRINE 5MG TABLET | $71,271,832 | 92.3% | $5,926,651 | 7.7% | $77,198,483 |
| 00007351320 | DEXEDRINE SPANSULE 10MG | $102,301,440 | 91.2% | $9,848,745 | 8.8% | $112,150,186 |
| 00007351420 | DEXEDRINE SPANSULE 15MG | $99,152,770 | 92.7% | $7,856,983 | 7.3% | $107,009,753 |
| 00007351220 | DEXEDRINE SPANSULE 5MG | $27,326,011 | 85.8% | $4,531,186 | 14.2% | $31,857,197 |
| 00007365022 | DYAZIDE 37.5/25 CAPSULE | $69,771,707 | 98.3% | $1,184,000 | 1.7% | $70,955,707 |
| 00007365030 | DYAZIDE 37.5/25 CAPSULE | $140,551,440 | 94.7% | $7,862,146 | 5.3% | $148,413,586 |
| 00173047100 | EPIVIR 10MG/ML ORAL SOLN | $33,584,484 | 90.4% | $3,549,198 | 9.6% | $37,133,682 |
| 00173047001 | EPIVIR 150MG TABLET | $1,487,635,398 | 72.8% | $556,119,980 | 27.2% | $2,043,755,378 |
| 00173071400 | EPIVIR 300 MG TABLET | $155,992,328 | 76.5% | $47,839,315 | 23.5% | $203,831,643 |
| 00173066200 | EPIVIR HBV 100MG TABLET | $99,038,066 | 88.6% | $12,687,722 | 11.4% | $111,725,788 |
| 00173066300 | EPIVIR HBV 25MG/5ML SOLN | $337,451 | 93.2% | $24,722 | 6.8% | $362,174 |
| 00007400720 | ESKALITH 300MG CAPSULE | $5,714,520 | 97.9% | $124,450 | 2.1% | $5,838,970 |
| 00007401020 | ESKALITH CR 450MG TABLET SA | $155,151,279 | 88.1% | $20,906,885 | 11.9% | $176,058,164 |
| 00173045301 | FLONASE 0.05% NASAL SPRAY | $4,317,312,351 | 81.7% | $964,923,625 | 18.3% | $5,282,235,976 |
| 00173050900 | FLOVENT 100MCG ROTADISK | $8,637,425 | 96.3% | $327,791 | 3.7% | $8,965,216 |
| 00173049400 | FLOVENT 110MCG INHALER | $1,237,781,399 | 80.0% | $308,798,259 | 20.0% | $1,546,579,658 |
| 00173049500 | FLOVENT 220MCG INHALER | $1,065,546,460 | 66.4% | $538,268,153 | 33.6% | $1,603,814,614 |
| 00173050400 | FLOVENT 250MCG ROTADISK | $5,072,891 | 94.3% | $305,859 | 5.7% | $5,378,750 |
| 00173049100 | FLOVENT 44MCG INHALER | $398,879,343 | 84.2% | $74,593,743 | 15.8% | $473,473,086 |
| 00173051100 | FLOVENT 50 MCG ROTADISK | $7,745,647 | 96.7% | $263,221 | 3.3% | $8,008,868 |
| 00007420105 | HYCAMTIN 4MG VIAL | $569,549,130 | 78.6% | $155,055,807 | 21.4% | $724,604,937 |
| 00173045003 | IMITREX 100MG TABLET | $310,255,775 | 95.8% | $13,559,419 | 4.2% | $323,815,193 |
| 00173073701 | IMITREX 100MG TABLET | $548,003,060 | 95.8% | $23,797,091 | 4.2% | $571,800,151 |
| 00173052300 | IMITREX 20MG NASAL SPRAY | $354,554,983 | 91.8% | $31,800,824 | 8.2% | $386,355,807 |
| 00173073500 | IMITREX 25 MG TABLET | $162,553,188 | 86.6% | $25,151,794 | 13.4% | $187,704,982 |
| 00173046002 | IMITREX 25MG TABLET | $845,991,895 | 87.3% | $123,146,288 | 12.7% | $969,138,183 |
| 00173045900 | IMITREX 50MG TABLET | $1,859,587,353 | 89.8% | $212,177,306 | 10.2% | $2,071,764,660 |

Table A continued

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
|---|---|---|---|---|---|---|
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
| 00173073601 | IMITREX 50MG TABLET | $559,115,600 | 90.3% | $60,333,447 | 9.7% | $619,449,047 |
| 00173052400 | IMITREX 5MG NASAL SPRAY | $50,623,337 | 89.1% | $6,173,730 | 10.9% | $56,797,067 |
| 00173047800 | IMITREX 6MG/0.5ML KIT REFLL | $812,306,019 | 87.4% | $117,513,116 | 12.6% | $929,819,135 |
| 00173047900 | IMITREX 6MG/0.5ML SYRNG KIT | $185,035,246 | 85.2% | $32,247,441 | 14.8% | $217,282,687 |
| 00173064255 | LAMICTAL 100MG TABLET | $1,281,041,099 | 84.0% | $244,809,931 | 16.0% | $1,525,851,030 |
| 00173064360 | LAMICTAL 150MG TABLET | $263,851,668 | 84.6% | $47,973,392 | 15.4% | $311,825,060 |
| 00173064460 | LAMICTAL 200MG TABLET | $509,287,475 | 86.2% | $81,529,996 | 13.8% | $590,817,471 |
| 00173052700 | LAMICTAL 25MG DISPER TABLET | $115,861,689 | 90.8% | $11,690,308 | 9.2% | $127,551,997 |
| 00173063302 | LAMICTAL 25MG TABLET | $840,673,575 | 80.5% | $203,039,051 | 19.5% | $1,043,712,626 |
| 00173052600 | LAMICTAL 5MG DISPER TABLET | $58,690,565 | 91.9% | $5,150,311 | 8.1% | $63,840,876 |
| 00173024255 | LANOXIN 125MCG TABLET | $7,290,345 | 59.2% | $5,030,957 | 40.8% | $12,321,301 |
| 00173024275 | LANOXIN 125MCG TABLET | $259,585,710 | 76.6% | $79,199,953 | 23.4% | $338,785,664 |
| 00173024955 | LANOXIN 250MCG TABLET | $7,398,859 | 58.9% | $5,172,474 | 41.1% | $12,571,333 |
| 00173024975 | LANOXIN 250MCG TABLET | $43,082,135 | 57.2% | $32,280,976 | 42.8% | $75,363,112 |
| 00173024980 | LANOXIN 250MCG TABLET | $222,398,642 | 89.4% | $26,350,308 | 10.6% | $248,748,950 |
| 00173026427 | LANOXIN 50MCG/ML ELIXIR | $22,100,881 | 57.2% | $16,515,224 | 42.8% | $38,616,105 |
| 00173063535 | LEUKERAN 2MG TABLET | $62,242,600 | 88.5% | $8,124,139 | 11.5% | $70,366,740 |
| 00173069000 | LOTRONEX 1MG TABLET | $46,422,880 | 97.6% | $1,152,431 | 2.4% | $47,575,311 |
| 00173069005 | LOTRONEX 1MG TABLET | $31,895,477 | 99.5% | $160,216 | 0.5% | $32,055,693 |
| 00173066518 | MEPRON 750MG/5ML SUSPENSION | $259,301,539 | 80.4% | $63,338,033 | 19.6% | $322,639,572 |
| 00007447120 | PARNATE 10MG TABLET | $45,172,851 | 95.7% | $2,019,032 | 4.3% | $47,191,882 |
| 00029321013 | PAXIL 10MG TABLET | $1,418,517,469 | 92.1% | $121,570,144 | 7.9% | $1,540,087,613 |
| 00029321548 | PAXIL 10MG/5ML SUSPENSION | $50,129,710 | 82.5% | $10,624,748 | 17.5% | $60,754,459 |
| 00029321113 | PAXIL 20MG TABLET | $864,893,183 | 89.0% | $106,634,934 | 11.0% | $971,528,117 |
| 00029321120 | PAXIL 20MG TABLET | $5,111,082,434 | 90.3% | $546,708,203 | 9.7% | $5,657,790,637 |
| 00029321213 | PAXIL 30MG TABLET | $1,025,983,974 | 87.6% | $145,663,671 | 12.4% | $1,171,647,645 |
| 00029321313 | PAXIL 40MG TABLET | $1,069,378,103 | 82.9% | $220,580,894 | 17.1% | $1,289,958,996 |
| 00029320613 | PAXIL CR 12.5MG TABLET | $500,437,806 | 93.6% | $34,081,003 | 6.4% | $534,518,809 |
| 00029320713 | PAXIL CR 25MG TABLET | $974,982,643 | 95.0% | $51,829,239 | 5.0% | $1,026,811,882 |
| 00029320813 | PAXIL CR 37.5MG TABLET | $201,146,121 | 94.9% | $10,896,141 | 5.1% | $212,042,262 |
| 00173080725 | PURINETHOL 50MG TABLET | $161,814,454 | 95.3% | $7,923,273 | 4.7% | $169,737,727 |
| 00173080765 | PURINETHOL 50MG TABLET | $89,570,580 | 85.8% | $14,794,530 | 14.2% | $104,365,109 |
| 00029485120 | RELAFEN 500MG TABLET | $1,036,999,846 | 91.4% | $97,081,611 | 8.6% | $1,134,081,457 |
| 00029485220 | RELAFEN 750MG TABLET | $695,702,605 | 96.9% | $22,049,144 | 3.1% | $717,751,749 |
| 00173068101 | RELENZA 5 MG DISKHALER | $31,174,359 | 96.5% | $1,118,596 | 3.5% | $32,292,954 |
| 00007489020 | REQUIP 0.25MG TABLET | $99,770,367 | 84.1% | $18,894,041 | 15.9% | $118,664,408 |
| 00007489120 | REQUIP 0.5MG TABLET | $71,560,097 | 85.1% | $12,526,980 | 14.9% | $84,087,077 |
| 00007489220 | REQUIP 1MG TABLET | $142,800,302 | 84.5% | $26,249,676 | 15.5% | $169,049,978 |
| 00007489320 | REQUIP 2MG TABLET | $86,283,679 | 83.5% | $17,080,837 | 16.5% | $103,364,516 |

Table A continued

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
|---|---|---|---|---|---|---|
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
| 00007489520 | REQUIP 3MG TABLET | $52,163,586 | 92.2% | $4,440,808 | 7.8% | $56,604,394 |
| 00007489620 | REQUIP 4MG TABLET | $40,517,195 | 91.6% | $3,737,224 | 8.4% | $44,254,419 |
| 00007489420 | REQUIP 5MG TABLET | $40,103,531 | 88.1% | $5,419,566 | 11.9% | $45,523,097 |
| 00173010855 | RETROVIR 100MG CAPSULE | $144,271,929 | 71.1% | $58,698,803 | 28.9% | $202,970,733 |
| 00173011318 | RETROVIR 10MG/ML SYRUP | $17,698,825 | 92.0% | $1,537,435 | 8.0% | $19,236,260 |
| 00173050100 | RETROVIR 300MG TABLET | $230,067,459 | 76.4% | $71,023,488 | 23.6% | $301,090,947 |
| 00173010793 | RETROVIR IV INFUSION VIAL | $6,501,061 | 95.8% | $287,696 | 4.2% | $6,788,756 |
| 00173046400 | SEREVENT 21MCG INHALER | $1,493,448,249 | 76.1% | $468,154,802 | 23.9% | $1,961,603,051 |
| 00173046500 | SEREVENT 21MCG INHLR REFILL | $113,635,491 | 96.5% | $4,068,767 | 3.5% | $117,704,258 |
| 00173052100 | SEREVENT DISKUS 50MCG | $638,305,326 | 74.7% | $216,341,964 | 25.3% | $854,647,290 |
| 00108490420 | STELAZINE 2MG TABLET | $6,865,066 | 95.2% | $346,309 | 4.8% | $7,211,375 |
| 00108490201 | STELAZINE 2MG/ML VIAL | $647,448 | 48.6% | $684,581 | 51.4% | $1,332,029 |
| 00173045402 | TEMOVATE EMOLLIENT 0.05% CRM | $10,441,865 | 86.0% | $1,699,782 | 14.0% | $12,141,647 |
| 00173045403 | TEMOVATE EMOLLIENT 0.05% CRM | $26,235,719 | 93.4% | $1,861,042 | 6.6% | $28,096,761 |
| 00173088025 | THIOGUANINE TABLOID 40MG TB | $8,912,536 | 70.4% | $3,754,505 | 29.6% | $12,667,041 |
| 00007507103 | THORAZINE 100MG SUPPOSITORY | $971,204 | 84.3% | $181,515 | 15.7% | $1,152,719 |
| 00007507720 | THORAZINE 100MG TABLET | $4,898,764 | 96.8% | $162,167 | 3.2% | $5,060,932 |
| 00007507244 | THORAZINE 10MG/5ML SYRUP | $1,965,951 | 85.6% | $331,803 | 14.4% | $2,297,754 |
| 00007507920 | THORAZINE 200MG TABLET | $2,040,818 | 97.0% | $63,538 | 3.0% | $2,104,356 |
| 00007507930 | THORAZINE 200MG TABLET | $231,550 | 82.0% | $50,897 | 18.0% | $282,447 |
| 00007507420 | THORAZINE 25MG TABLET | $3,616,782 | 97.8% | $82,936 | 2.2% | $3,699,718 |
| 00007507430 | THORAZINE 25MG TABLET | $340,646 | 70.0% | $146,110 | 30.0% | $486,755 |
| 00007506201 | THORAZINE 25MG/ML VIAL | $1,732,374 | 80.0% | $432,112 | 20.0% | $2,164,486 |
| 00007504744 | THORAZINE 30MG/ML LIQ CONC | $31,674 | 84.6% | $5,745 | 15.4% | $37,419 |
| 00007507620 | THORAZINE 50MG TABLET | $4,795,502 | 96.8% | $157,710 | 3.2% | $4,953,212 |
| 00007507630 | THORAZINE 50MG TABLET | $364,048 | 76.9% | $109,611 | 23.1% | $473,658 |
| 00173069100 | TRIZIVIR TABLET | $1,170,466,277 | 77.6% | $337,328,948 | 22.4% | $1,507,795,225 |
| 00173069120 | TRIZIVIR TABLET | $21,209,426 | 91.7% | $1,922,065 | 8.3% | $23,131,491 |
| 00173056502 | VALTREX 1GM CAPLET | $913,485,267 | 93.8% | $59,910,105 | 6.2% | $973,395,372 |
| 00173093303 | VALTREX 500MG CAPLET | $720,424,613 | 93.1% | $53,483,511 | 6.9% | $773,908,124 |
| 00173093308 | VALTREX 500MG CAPLET | $1,010,215,885 | 94.1% | $63,764,756 | 5.9% | $1,073,980,641 |
| 00173032198 | VENTOLIN 90MCG INH REFILL | $26,045,777 | 97.8% | $581,976 | 2.2% | $26,627,754 |
| 00173068200 | VENTOLIN HFA 90 MCG INHALER | $19,445,702 | 96.8% | $634,492 | 3.2% | $20,080,194 |
| 00173038901 | VENTOLIN ROTACAPS 200MCG | $11,698,951 | 95.4% | $567,935 | 4.6% | $12,266,886 |
| 00173038902 | VENTOLIN ROTACAPS 200MCG | $5,341,238 | 95.9% | $227,427 | 4.1% | $5,568,664 |
| 00173038903 | VENTOLIN ROTACAPS 200MCG | $122,411 | 76.4% | $37,812 | 23.6% | $160,223 |
| 00173017855 | WELLBUTRIN 100MG TABLET | $116,722,202 | 70.7% | $48,260,452 | 29.3% | $164,982,654 |
| 00173017755 | WELLBUTRIN 75MG TABLET | $121,114,501 | 69.2% | $53,802,217 | 30.8% | $174,916,718 |
| 00173094755 | WELLBUTRIN SR 100MG TAB SA | $849,192,789 | 78.7% | $229,591,048 | 21.3% | $1,078,783,837 |

Table A continued

| NDC | Drug details | Sales not pursuant to a chargeback | | Sales pursuant to a chargeback | | Total GSK sales to wholesalers |
|---|---|---|---|---|---|---|
| | | Dollars | Percent of total sales | Dollars | Percent of total sales | |
| 00173013555 | WELLBUTRIN SR 150MG TAB SA | $3,223,606,822 | 84.5% | $590,311,295 | 15.5% | $3,813,918,117 |
| 00173072200 | WELLBUTRIN SR 200MG TAB SA | $410,611,053 | 95.1% | $21,178,896 | 4.9% | $431,789,948 |
| 00173073001 | WELLBUTRIN XL 150MG TABLET | $840,345,349 | 94.5% | $49,094,304 | 5.5% | $889,439,653 |
| 00173073101 | WELLBUTRIN XL 300MG TABLET | $1,237,903,048 | 95.5% | $58,767,544 | 4.5% | $1,296,670,592 |
| 00173042702 | ZANTAC 150MG EFFERDOSE TAB | $5,263,948 | 41.3% | $7,496,174 | 58.7% | $12,760,122 |
| 00173034414 | ZANTAC 150MG TABLET | $393,563,724 | 87.5% | $56,447,786 | 12.5% | $450,011,511 |
| 00173038354 | ZANTAC 15MG/ML SYRUP | $409,878,987 | 68.9% | $184,878,443 | 31.1% | $594,757,429 |
| 00173066400 | ZIAGEN 20 MG/ML SOLUTION | $9,351,376 | 91.5% | $868,038 | 8.5% | $10,219,414 |
| 00173066101 | ZIAGEN 300MG TABLET | $702,671,508 | 75.0% | $234,192,329 | 25.0% | $936,863,837 |
| 00173044600 | ZOFRAN 4MG TABLET | $402,472,572 | 77.3% | $117,894,964 | 22.7% | $520,367,536 |
| 00173044604 | ZOFRAN 4MG TABLET | $109,913,533 | 92.8% | $8,581,286 | 7.2% | $118,494,819 |
| 00173048900 | ZOFRAN 4MG/5ML ORAL SOLN | $30,612,875 | 70.3% | $12,928,589 | 29.7% | $43,541,464 |
| 00173044700 | ZOFRAN 8MG TABLET | $1,166,654,250 | 78.5% | $319,802,627 | 21.5% | $1,486,456,877 |
| 00173044704 | ZOFRAN 8MG TABLET | $184,787,591 | 91.4% | $17,389,017 | 8.6% | $202,176,609 |
| 00173056900 | ZOFRAN ODT 4MG TABLET | $120,017,306 | 75.5% | $38,852,675 | 24.5% | $158,869,981 |
| 00173057000 | ZOFRAN ODT 8MG TABLET | $185,907,020 | 75.7% | $59,726,056 | 24.3% | $245,633,076 |
| 00173095396 | ZOVIRAX 200MG/5ML SUSP | $9,233,432 | 75.1% | $3,058,891 | 24.9% | $12,292,323 |
| 00173099394 | ZOVIRAX 5% OINTMENT | $209,676,918 | 85.3% | $36,276,396 | 14.7% | $245,953,314 |
| 00173055601 | ZYBAN 150MG TABLET SA | $175,558,724 | 81.8% | $39,094,382 | 18.2% | $214,653,106 |
| 00173055602 | ZYBAN 150MG TABLET SA | $200,502,630 | 83.0% | $40,955,822 | 17.0% | $241,458,452 |
| GRAND TOTAL | | $72,950,880,322 | 84.6% | $13,285,371,704 | 15.4% | $86,236,252,024 |

# Attachment B

**Inclusion and allocation of PBM and IPA utilization-based rebates**

**Table B.1: Advance PCS utilization-based rebates included in alternative analysis[1]**

| Year | Total utilization-based rebates | Mail-order prescriptions (1,000s) | Total prescriptions (1,000s) | Mail-order penetration rate | Included utilization-based rebates |
|------|------|------|------|------|------|
| 1997 | $23,079,280 | 2,031 | 28,610 | 7.1% | $1,638,379 |
| 1998 | $39,606,235 | 2,517 | 40,836 | 6.2% | $2,441,201 |
| 1999 | $58,695,803 | 3,867 | 54,455 | 7.1% | $4,168,151 |
| 2000 | $60,510,468 | 5,022 | 86,247 | 5.8% | $3,523,410 |
| 2001 | $66,694,039 | 17,010 | 286,511 | 5.9% | $3,959,588 |
| 2002 | $117,573,359 | 33,126 | 489,440 | 6.8% | $7,957,533 |
| 2003 | $129,585,384 | 46,275 | 534,079 | 8.7% | $11,227,859 |
| GRAND TOTAL | $495,744,568 | 109,848 | 1,520,178 | | $34,916,122 |

**Table B.2: Caremark utilization-based rebates included in alternative analysis**

| Year | Total utilization-based rebates | Mail-order prescriptions (1,000s) | Total prescriptions (1,000s) | Mail-order penetration rate | Included utilization-based rebates |
|------|------|------|------|------|------|
| 1997 | $1,510,260 | 33,900 | 73,200 | 46.3% | $699,424 |
| 1998 | $2,100,025 | 33,000 | 66,000 | 50.0% | $1,050,013 |
| 1999 | $2,673,743 | 38,100 | 76,600 | 49.7% | $1,329,890 |
| 2000 | $4,267,298 | 43,800 | 97,600 | 44.9% | $1,915,037 |
| 2001 | $7,232,930 | 54,600 | 118,400 | 46.1% | $3,335,456 |
| 2002 | $10,786,710 | 60,600 | 131,900 | 45.9% | $4,955,835 |
| 2003 | $17,303,483 | 74,700 | 164,600 | 45.4% | $7,852,796 |
| 2004 | $132,405,198 | 128,400 | 569,800 | 22.5% | $29,836,483 |
| 2005 | $138,524,931 | 174,900 | 652,900 | 26.8% | $37,108,103 |
| GRAND TOTAL | $316,804,578 | 608,100 | 1,877,800 | | $88,083,236 |

---

[1]   As a result of Caremark's acquisition of Advance PCS on March 24, 2004, 10-K disclosures for Advance PCS are not available in 2004 and 2005. Instead, Advance PCS's mail-order and total prescription volume for these years is included in the statistics reported in Caremark's 10-K disclosures. I report these statistics, as well as any utilization-based rebates paid by GSK to Advance PCS in 2004 and 2005, in Table B.2.

**Table B.3: Express Scripts utilization-based rebates included in alternative analysis**

| Year | Total utilization-based rebates | Mail-order prescriptions (1,000s) | Total prescriptions (1,000s) | Mail-order penetration rate | Included utilization-based rebates |
|---|---|---|---|---|---|
| 1997 | $9,322,458 | 11,697 | 84,861 | 13.8% | $1,284,981 |
| 1998 | $12,288,856 | 22,278 | 135,395 | 16.5% | $2,022,018 |
| 1999 | $37,316,140 | 31,824 | 305,733 | 10.4% | $3,884,268 |
| 2000 | $50,089,169 | 45,549 | 345,133 | 13.2% | $6,610,529 |
| 2001 | $55,156,715 | 63,000 | 357,000 | 17.6% | $9,733,538 |
| 2002 | $39,866,993 | 81,000 | 436,000 | 18.6% | $7,406,483 |
| 2003 | $49,943,604 | 96,000 | 475,000 | 20.2% | $10,093,865 |
| 2004 | $51,048,033 | 114,000 | 513,000 | 22.2% | $11,344,007 |
| 2005 | $62,020,780 | 120,000 | 557,000 | 21.5% | $13,361,748 |
| GRAND TOTAL | $367,052,748 | 585,348 | 3,209,122 | | $65,741,437 |

**Table B.4: Medco utilization-based rebates included in alternative analysis**

| Year | Total utilization-based rebates | Mail-order prescriptions (1,000s) | Total prescriptions (1,000s) | Mail-order penetration rate | Included utilization-based rebates |
|---|---|---|---|---|---|
| 1997 | $53,829,150 | N/A | N/A | 33.3%[2] | $17,905,859 |
| 1998 | $97,703,211 | N/A | N/A | 33.7%[3] | $32,895,350 |
| 1999 | $119,476,728 | 181,800 | 493,200 | 36.9% | $44,040,692 |
| 2000 | $142,771,744 | 195,300 | 582,100 | 33.6% | $47,901,257 |
| 2001 | $194,635,085 | 224,100 | 686,600 | 32.6% | $63,527,123 |
| 2002 | $197,457,157 | 245,100 | 711,600 | 34.4% | $68,011,171 |
| 2003 | $188,049,006 | 234,300 | 688,200 | 34.0% | $64,021,915 |
| 2004 | $173,284,427 | 263,100 | 678,300 | 38.8% | $67,213,818 |
| 2005 | $193,382,811 | 261,900 | 714,100 | 36.7% | $70,924,182 |
| GRAND TOTAL | $1,360,589,319 | 1,605,600 | 4,554,100 | | $476,441,367 |

---

[2]   Because mail-order prescriptions were not reported in the Medco 10-K disclosure in 1997, I determined the mail-order penetration rate in that year by applying a linear regression to the data available for the years 1999 through 2005.

[3]   Because mail-order prescriptions were not reported in the Medco 10-K disclosure in 1998, I determined the mail-order penetration rate in that year by applying a linear regression to the data available for the years 1999 through 2005.

**Table B.5: Other PBM utilization-based rebates included in alternative analysis**

| Year | Total utilization-based rebates | AIS-reported mail-order penetration rate[4] | Calculated mail-order penetration rate[5] | Included utilization-based rebates |
|------|------|------|------|------|
| 1997 | $31,134,821 | N/A | 16.7% | $5,209,502 |
| 1998 | $68,243,590 | N/A | 15.6% | $10,677,922 |
| 1999 | $88,589,871 | N/A | 18.0% | $15,966,754 |
| 2000 | $90,086,305 | N/A | 17.1% | $15,402,202 |
| 2001 | $62,450,969 | 16.2% | 16.2% | $10,142,037 |
| 2002 | $61,168,038 | 20.4% | 20.4% | $12,472,163 |
| 2003 | $66,300,375 | 35.0% | 35.0% | $23,191,871 |
| 2004 | $72,204,382 | N/A | 41.4% | $29,910,983 |
| 2005 | $118,702,083 | N/A | 41.8% | $49,577,256 |
| GRAND TOTAL | $658,880,434 | | | $172,550,689 |

**Table B.6: IPA utilization-based rebates included in alternative analysis[6]**

| Year | Total utilization-based rebates | AIS-reported mail-order penetration rate | Calculated mail-order penetration rate | Included utilization-based rebates |
|------|------|------|------|------|
| 1997 | $30,714,068 | N/A | 16.7% | $5,139,101 |
| 1998 | $76,218,841 | N/A | 15.6% | $11,925,792 |
| 1999 | $119,040,657 | N/A | 18.0% | $21,454,968 |
| 2000 | $173,697,591 | N/A | 17.1% | $29,697,359 |
| 2001 | $226,455,780 | 16.2% | 16.2% | $36,776,419 |
| 2002 | $226,812,820 | 20.4% | 20.4% | $46,247,134 |
| 2003 | $233,581,875 | 35.0% | 35.0% | $81,706,940 |
| 2004 | $261,418,144 | N/A | 41.4% | $108,293,616 |
| 2005 | $292,176,378 | N/A | 41.8% | $122,030,740 |
| GRAND TOTAL | $1,640,116,154 | | | $463,272,068 |

---

[4]   "Mail-order rates, capabilities foster increased competitiveness among PBMs," *Drug Cost Management Report*, September 12, 2003.

[5]   For those years in which mail-order penetration rates were not publicly available from AIS, I calculated them from the corresponding year-to-year changes in the mail-order penetration of the larger PBMs, for which data were available from their 10-K disclosures. Specifically, I first calculated annual, prescription-weighted average mail-order penetration rates across the larger PBMs. I then calculated the percentage change in the weighted penetration rates from one year to the next. The percentage changes I calculated are as follows: -6.5% in 1998, 15.2% in 1999, -5.1% in 2000, -5.0% in 2001, 18.4% in 2004, and 0.8% in 2005.

[6]   The mail-order penetration rates reported by AIS include PBMs as well as payor entities identified as "IPAs" in GSK's utilization rebate data. Thus, I apply the same mail-order penetration rates for IPAs as I applied to other PBMs. See "Mail-order rates, capabilities foster increased competitiveness among PBMs," *Drug Cost Management Report*, September 12, 2003.

**Table B.7: Percentage of wholesalers' non-chargeback sales going to PBM and IPA mail-order and other pharmacy operations**

| Year | Non-chargeback sales to PBM and IPA mail-order and other pharmacy operations[7] | Total non-chargeback wholesaler sales | Non-chargeback sales to PBM and IPA mail-order and other pharmacy operations as a percentage of total non-chargeback wholesaler sales |
|---|---|---|---|
| 1997 | $35,416,625 | $552,279,062 | 6.4% |
| 1998 | $130,737,793 | $1,286,608,010 | 10.2% |
| 1999 | $137,124,471 | $1,660,382,085 | 8.3% |
| 2000 | $422,232,521 | $5,258,612,108 | 8.0% |
| 2001 | $1,184,939,903 | $9,131,465,067 | 13.0% |
| 2002 | $1,541,601,585 | $9,508,408,030 | 16.2% |
| 2003 | $1,730,538,703 | $9,627,358,754 | 18.0% |
| 2004 | $1,760,717,560 | $9,038,862,901 | 19.5% |
| 2005 | $1,193,873,524 | $8,931,111,823 | 13.4% |
| GRAND TOTAL | $8,137,182,685 | $54,995,087,840 | 14.8% |

---

[7] I conservatively include in my calculations non-chargeback sales to all entities in the following classes of trade, regardless of whether those entities received utilization-based rebates from GSK:

AmerisourceBergen RTS:

ALT SITE MAIL SERVICE, HEALTH SYSTEMS MAIL ORDER PHCY, MAIL ORDER PHARMACY

AmerisourceBergen STAR:

HIGH VOL MAIL ORDER WAREHOUSE, MAIL ORDER RETAIL PHARMACY

Cardinal:

MANAGED CARE MAIL ORDER, CHAIN MAIL ORDER, MANAGED CARE/HMO/PPO

McKesson:

MAIL ORDER FACILITY

I have also included non-chargeback sales from other classes of trade associated with the following entities, which together account for 87% of GSK's utilization-based rebates: Advance PCS, Caremark, Express Scripts, Medco, Aetna, Anthem, CIGNA, Coventry, Diversified Pharmaceutical Services, Harvard Pilgrim, Health Net, Humana, Prescription Solutions, and Wellpoint.

# Attachment C

## Alternative calculation of percentage of sales "at or about" WAC for 208 GSK NDCs at issue[1]

## NDC-by-NDC results

---

[1] I do not endorse these alternative calculations as I do not agree with Mr. Devor's criticisms concerning my previous calculations. Rather, I offer these calculations to demonstrate that Mr. Devor's contentions, with the exception of his erroneous treatment of sales to wholesalers discussed extensively herein, do not affect the results and conclusions I previously offered.

**Table C.1: Alternative calculation of GSK NDCs with more than 50% of units sold "at or about" WAC[1]**

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173067200 | AGENERASE 150MG CAPSULE | $18,225,494 | 81.5%* | 85.1% |
| 00173068700 | AGENERASE 15MG/ML ORAL SOLN | $1,292,060 | 89.2%* | 92.2% |
| 00173067900 | AGENERASE 50MG CAPSULE | $42,122 | 74.7%* | 82.8% |
| 00007550040 | ALBENZA 200MG TABLET | $60,720 | 79.0%* | 85.9% |
| 00173056100 | AMERGE 1MG TABLET | $340,426 | 83.1%* | 83.8% |
| 00173056200 | AMERGE 2.5MG TABLET | $3,413,429 | 83.6%* | 84.8% |
| 00029604412 | AMOXIL 200MG TABLET CHEW | $2,453 | 88.9%* | 90.6% |
| 00029604420 | AMOXIL 200MG TABLET CHEW | $3,287 | 50.6%* | 80.6% |
| 00029604854 | AMOXIL 200MG/5ML SUSPENSION | $39,534 | 91.4%* | 95.0% |
| 00029604855 | AMOXIL 200MG/5ML SUSPENSION | $78,316 | 94.9%* | 97.7% |
| 00029604859 | AMOXIL 200MG/5ML SUSPENSION | $1,125,534 | 94.3%* | 96.4% |
| 00029604512 | AMOXIL 400 MG TABLET CHEW | $82,274 | 93.6%* | 95.6% |
| 00029604520 | AMOXIL 400MG TABLET CHEW | $39,200 | 88.1%* | 91.9% |
| 00029604954 | AMOXIL 400MG/5ML SUSPENSION | $145,711 | 89.4%* | 93.6% |
| 00029604612 | AMOXIL 500MG TABLET | $29,272 | 90.5%* | 91.5% |
| 00029604620 | AMOXIL 500MG TABLET | $12,605 | 88.5%* | 91.8% |
| 00029604712 | AMOXIL 875MG TABLET | $197,938 | 98.0%* | 98.7% |
| 00029604720 | AMOXIL 875MG TABLET | $248,640 | 95.6%* | 96.2% |
| 00029604725 | AMOXIL 875MG TABLET | $12,061 | 98.5%* | 98.9% |
| 00029608522 | AUGMENTIN 125-31.25 SUSPEN | $5,042,231 | 83.5%* | 85.4% |
| 00029608523 | AUGMENTIN 125-31.25 SUSPEN | $261,545 | 88.3%* | 88.5% |
| 00029608539 | AUGMENTIN 125-31.25 SUSPEN | $541,708 | 65.8%* | 66.4% |
| 00029607347 | AUGMENTIN 125-31.25 TAB CHEW | $61,067 | 89.5%* | 90.7% |
| 00029608729 | AUGMENTIN 200-28.5 SUSPEN | $381,039 | 87.4%* | 87.6% |
| 00029608739 | AUGMENTIN 200-28.5 SUSPEN | $551,323 | 86.8%* | 87.2% |
| 00029608751 | AUGMENTIN 200-28.5 SUSPEN | $5,374,365 | 88.2%* | 88.8% |
| 00029607112 | AUGMENTIN 200-28.5 TAB CHEW | $91,674 | 86.4%* | 87.0% |
| 00029607527 | AUGMENTIN 250-125 TABLET | $8,190,422 | 72.6%* | 77.7% |

---

[1]   This is a NDC-by-NDC summary for the years 1997-2005 for which information is available.

[2]   I obtained the expenditure information directly from Exhibit B of Plaintiffs' Revised First Amended Consolidated Complaint. Because these expenditures serve illustrative purposes only, I have not independently verified their accuracy.

[3]   As in my original affidavit, I placed an asterisk next to the units sold "at or about" WAC percentage for each NDC that has an AWP "spread" of less than or equal to 30% for the relevant period. I have not reproduced the results of my "spread" analysis here.

Table C.1 continued

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029609022 | AUGMENTIN 250-62.5 SUSPEN | $12,958,756 | 77.5%* | 80.3% |
| 00029609023 | AUGMENTIN 250-62.5 SUSPEN | $1,517,244 | 87.2%* | 87.8% |
| 00029609039 | AUGMENTIN 250-62.5 SUSPEN | $1,086,310 | 61.6%* | 63.1% |
| 00029607447 | AUGMENTIN 250-62.5 TAB CHEW | $1,118,690 | 89.0%* | 89.5% |
| 00029609229 | AUGMENTIN 400-57 SUSPEN | $1,214,455 | 84.6%* | 85.2% |
| 00029609239 | AUGMENTIN 400-57 SUSPEN | $2,323,109 | 86.6%* | 87.1% |
| 00029609251 | AUGMENTIN 400-57 SUSPEN | $16,542,127 | 85.2%* | 86.3% |
| 00029607212 | AUGMENTIN 400-57 TAB CHEW | $2,179,443 | 89.7%* | 89.7% |
| 00029608012 | AUGMENTIN 500-125 TABLET | $21,921,921 | 83.6%* | 86.2% |
| 00029608612 | AUGMENTIN 875-125 TABLET | $26,493,419 | 83.4%* | 85.5% |
| 00029609422 | AUGMENTIN ES-600 SUSPENSION | $808,810 | 86.4%* | 86.9% |
| 00029609424 | AUGMENTIN ES-600 SUSPENSION | $1,164,532 | 80.7%* | 82.6% |
| 00029609429 | AUGMENTIN ES-600 SUSPENSION | $265,781 | 88.2%* | 88.7% |
| 00029609439 | AUGMENTIN ES-600 SUSPENSION | $1,465,455 | 82.6%* | 83.8% |
| 00029609445 | AUGMENTIN ES-600 SUSPENSION | $3,207,854 | 82.1%* | 83.3% |
| 00029609451 | AUGMENTIN ES-600 SUSPENSION | $2,830,137 | 85.4%* | 85.8% |
| 00029609628 | AUGMENTIN XR 1000-62.5 TAB | $689,056 | 66.8%* | 67.7% |
| 00029609640 | AUGMENTIN XR 1000-62.5 TAB | $1,476,805 | 85.2%* | 85.4% |
| 00029609648 | AUGMENTIN XR 1000-62.5 TAB | $138,343 | 83.8%* | 85.2% |
| 00029609660 | AUGMENTIN XR 1000-62.5 TAB | $1,035,534 | 86.0%* | 86.4% |
| 00029315818 | AVANDIA 2MG TABLET | $5,557,278 | 72.2%* | 75.8% |
| 00029315913 | AVANDIA 4MG TABLET | $20,997,346 | 81.7%* | 83.9% |
| 00029315918 | AVANDIA 4MG TABLET | $6,963,246 | 64.2%* | 68.4% |
| 00029315920 | AVANDIA 4MG TABLET | $27,044,424 | 75.0%* | 77.9% |
| 00029316013 | AVANDIA 8MG TABLET | $32,995,402 | 82.2%* | 83.9% |
| 00029316020 | AVANDIA 8MG TABLET | $9,226,664 | 67.3%* | 72.5% |
| 00029152722 | BACTROBAN 2% CREAM | $3,946,032 | 90.7%* | 91.9% |
| 00029152725 | BACTROBAN 2% CREAM | $10,439,197 | 95.1%* | 95.8% |
| 00029152522 | BACTROBAN 2% OINTMENT | $5,755,261 | 67.5%* | 69.8% |
| 00029152525 | BACTROBAN 2% OINTMENT | $7,038,095 | 93.2%* | 94.1% |
| 00029152544 | BACTROBAN 2% OINTMENT | $6,822,477 | 73.6%* | 76.2% |
| 00029152611 | BACTROBAN NASAL 2% OINTMENT | $586,740 | 62.1%* | 61.3% |
| 00173031288 | BECLOVENT INHALER | $7,295,598 | 60.7%* | 68.4% |
| 00173038879 | BECONASE AQ 0.042% SPRAY | $7,782,163 | 69.3%* | 77.3% |
| 00173039501 | CEFTIN 125MG TABLET | $34,621 | 64.4%* | 73.8% |
| 00173040600 | CEFTIN 125MG/5ML ORAL SUSP | $2,107,728 | 87.0%* | 89.3% |
| 00173038700 | CEFTIN 250MG TABLET | $3,889,332 | 82.3%* | 86.7% |
| 00173038742 | CEFTIN 250MG TABLET | $11,978,139 | 87.0%* | 89.1% |

Table C.1 continued

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173055400 | CEFTIN 250MG/5ML ORAL SUSP | $410,460 | 80.9%* | 85.0% |
| 00173055500 | CEFTIN 250MG/5ML ORAL SUSP | $3,228,924 | 91.1%* | 93.0% |
| 00173039400 | CEFTIN 500MG TABLET | $8,636,779 | 92.1%* | 93.3% |
| 00173039442 | CEFTIN 500MG TABLET | $10,328,575 | 76.2%* | 80.8% |
| 58437000218 | CIMETIDINE 400MG TABLET | $252,870 | 74.3% | 88.0% |
| 58437000225 | CIMETIDINE 400MG TABLET | $10,510 | 87.3% | 96.7% |
| 00173059500 | COMBIVIR TABLET | $359,621,285 | 76.6%* | 82.0% |
| 00007336003 | COMPAZINE 2.5MG SUPPOSITORY | $61,273 | 76.5%* | 80.0% |
| 00007336103 | COMPAZINE 5MG SUPPOSITORY | $144,849 | 62.7%* | 66.4% |
| 00007336344 | COMPAZINE 5MG/5ML SYRUP | $159,932 | 70.3%* | 73.9% |
| 00007334615 | COMPAZINE SPANSULE 15MG | $192,882 | 86.9%* | 88.5% |
| 00007414120 | COREG 12.5MG TABLET | $9,747,684 | 78.9%* | 81.6% |
| 00007414220 | COREG 25MG TABLET | $10,386,010 | 77.6%* | 80.5% |
| 00007413920 | COREG 3.125MG TABLET | $9,782,627 | 79.2%* | 81.7% |
| 00007413955 | COREG 3.125MG TABLET | $72,409 | 94.7%* | 95.7% |
| 00007414020 | COREG 6.25MG TABLET | $12,182,615 | 79.0%* | 81.6% |
| 00173020155 | DARAPRIM 25MG TABLET | $587,495 | 71.0%* | 77.9% |
| 00007351920 | DEXEDRINE 5MG TABLET | $1,370,561 | 91.4%* | 93.7% |
| 00007351320 | DEXEDRINE SPANSULE 10MG | $742,745 | 90.2%* | 91.9% |
| 00007351420 | DEXEDRINE SPANSULE 15MG | $479,100 | 90.4%* | 91.8% |
| 00007351220 | DEXEDRINE SPANSULE 5MG | $172,875 | 84.7%* | 86.6% |
| 00007365022 | DYAZIDE 37.5/25 CAPSULE | $805,574 | 95.6%* | 96.1% |
| 00007365030 | DYAZIDE 37.5/25 CAPSULE | $197,401 | 90.4%* | 94.6% |
| 00173047100 | EPIVIR 10MG/ML ORAL SOLN | $8,098,338 | 87.9%* | 91.9% |
| 00173047001 | EPIVIR 150MG TABLET | $193,363,884 | 77.6%* | 82.8% |
| 00173071400 | EPIVIR 300 MG TABLET | $12,965,636 | 78.3%* | 83.9% |
| 00173066200 | EPIVIR HBV 100MG TABLET | $3,278,549 | 91.8%* | 93.8% |
| 00173066300 | EPIVIR HBV 25MG/5ML SOLN | $8,323 | 84.9%* | 91.2% |
| 00007400720 | ESKALITH 300MG CAPSULE | $192,585 | 96.7%* | 97.9% |
| 00007401020 | ESKALITH CR 450MG TABLET SA | $4,200,584 | 88.5%* | 89.7% |
| 00173045301 | FLONASE 0.05% NASAL SPRAY | $72,289,825 | 71.9%* | 78.1% |
| 00173050900 | FLOVENT 100MCG ROTADISK | $112,973 | 75.3%* | 76.6% |
| 00173049400 | FLOVENT 110MCG INHALER | $42,878,871 | 71.1%* | 73.8% |
| 00173049500 | FLOVENT 220MCG INHALER | $45,304,636 | 60.9%* | 64.5% |
| 00173050400 | FLOVENT 250MCG ROTADISK | $73,935 | 76.1%* | 77.0% |
| 00173049100 | FLOVENT 44MCG INHALER | $13,908,931 | 74.6%* | 76.8% |
| 00173051100 | FLOVENT 50 MCG ROTADISK | $154,736 | 76.3%* | 77.5% |
| 00007420105 | HYCAMTIN 4MG VIAL | $1,644,638 | 87.1%* | 86.6% |

Table C.1 continued

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173045003 | IMITREX 100MG TABLET | $4,169,280 | 84.9%* | 85.8% |
| 00173073701 | IMITREX 100MG TABLET | $870,056 | 84.5%* | 85.5% |
| 00173052300 | IMITREX 20MG NASAL SPRAY | $3,757,043 | 80.4%* | 81.9% |
| 00173073500 | IMITREX 25 MG TABLET | $1,092,935 | 78.9%* | 81.6% |
| 00173046002 | IMITREX 25MG TABLET | $28,872,486 | 84.6%* | 86.1% |
| 00173045900 | IMITREX 50MG TABLET | $31,631,041 | 83.6%* | 85.3% |
| 00173073601 | IMITREX 50MG TABLET | $1,407,670 | 79.6%* | 82.1% |
| 00173052400 | IMITREX 5MG NASAL SPRAY | $930,319 | 80.1%* | 81.7% |
| 00173047800 | IMITREX 6MG/0.5ML KIT REFLL | $4,716,716 | 81.7%* | 83.5% |
| 00173047900 | IMITREX 6MG/0.5ML SYRNG KIT | $2,755,280 | 80.9%* | 82.9% |
| 00173064255 | LAMICTAL 100MG TABLET | $22,960,473 | 86.0%* | 88.8% |
| 00173064360 | LAMICTAL 150MG TABLET | $4,310,757 | 86.9%* | 89.6% |
| 00173064460 | LAMICTAL 200MG TABLET | $7,075,265 | 87.2%* | 90.2% |
| 00173052700 | LAMICTAL 25MG DISPER TABLET | $1,349,810 | 91.5%* | 92.7% |
| 00173063302 | LAMICTAL 25MG TABLET | $23,058,483 | 83.4%* | 86.4% |
| 00173052600 | LAMICTAL 5MG DISPER TABLET | $1,220,522 | 92.0%* | 93.5% |
| 00173024255 | LANOXIN 125MCG TABLET | $1,356,428 | 56.4% | 69.0% |
| 00173024275 | LANOXIN 125MCG TABLET | $1,370,508 | 80.7%* | 87.4% |
| 00173024955 | LANOXIN 250MCG TABLET | $800,296 | 57.1% | 68.8% |
| 00173024975 | LANOXIN 250MCG TABLET | $758,917 | 56.8%* | 69.0% |
| 00173024980 | LANOXIN 250MCG TABLET | $108,508 | 90.2%* | 95.0% |
| 00173026427 | LANOXIN 50MCG/ML ELIXIR | $433,899 | 63.4%* | 68.7% |
| 00173063535 | LEUKERAN 2MG TABLET | $198,776 | 90.7%* | 93.1% |
| 00173069000 | LOTRONEX 1MG TABLET | $354,011 | 94.8%* | 95.4% |
| 00173069005 | LOTRONEX 1MG TABLET | $109,366 | 99.5%* | 99.7% |
| 00173066518 | MEPRON 750MG/5ML SUSPENSION | $42,725,300 | 81.2%* | 85.4% |
| 00007447120 | PARNATE 10MG TABLET | $746,756 | 93.9%* | 95.5% |
| 00029321013 | PAXIL 10MG TABLET | $28,330,116 | 83.7%* | 84.0% |
| 00029321548 | PAXIL 10MG/5ML SUSPENSION | $702,225 | 79.6%* | 79.9% |
| 00029321113 | PAXIL 20MG TABLET | $30,264,498 | 80.4%* | 83.1% |
| 00029321120 | PAXIL 20MG TABLET | $77,312,392 | 84.5%* | 85.8% |
| 00029321213 | PAXIL 30MG TABLET | $27,712,259 | 81.1%* | 82.6% |
| 00029321313 | PAXIL 40MG TABLET | $20,140,666 | 67.2%* | 69.5% |
| 00029320613 | PAXIL CR 12.5MG TABLET | $7,114,118 | 80.5%* | 81.3% |
| 00029320713 | PAXIL CR 25MG TABLET | $16,496,204 | 81.2%* | 81.9% |
| 00029320813 | PAXIL CR 37.5MG TABLET | $5,284,879 | 80.6%* | 81.8% |
| 00173080725 | PURINETHOL 50MG TABLET | $2,877,463 | 96.8%* | 97.8% |
| 00173080765 | PURINETHOL 50MG TABLET | $201,081 | 82.0%* | 85.7% |

Table C.1 continued

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029485120 | RELAFEN 500MG TABLET | $24,272,494 | 81.0%* | 88.1% |
| 00029485220 | RELAFEN 750MG TABLET | $10,602,929 | 95.1%* | 95.4% |
| 00173068101 | RELENZA 5 MG DISKHALER | $118,797 | 86.8%* | 88.0% |
| 00007489020 | REQUIP 0.25MG TABLET | $1,252,286 | 85.9%* | 86.8% |
| 00007489120 | REQUIP 0.5MG TABLET | $587,153 | 88.3%* | 90.3% |
| 00007489220 | REQUIP 1MG TABLET | $927,627 | 86.7%* | 87.9% |
| 00007489320 | REQUIP 2MG TABLET | $479,790 | 85.0%* | 86.8% |
| 00007489520 | REQUIP 3MG TABLET | $235,548 | 94.5%* | 95.7% |
| 00007489620 | REQUIP 4MG TABLET | $206,614 | 93.3%* | 94.6% |
| 00007489420 | REQUIP 5MG TABLET | $200,800 | 85.9%* | 88.0% |
| 00173010855 | RETROVIR 100MG CAPSULE | $14,715,610 | 75.2%* | 79.6% |
| 00173011318 | RETROVIR 10MG/ML SYRUP | $4,210,238 | 90.0%* | 92.8% |
| 00173050100 | RETROVIR 300MG TABLET | $29,463,427 | 79.1%* | 83.3% |
| 00173010793 | RETROVIR IV INFUSION VIAL | $7,144 | 92.3%* | 94.9% |
| 00173046400 | SEREVENT 21MCG INHALER | $42,994,426 | 74.4%* | 76.8% |
| 00173046500 | SEREVENT 21MCG INHLR REFILL | $631,232 | 87.6%* | 87.7% |
| 00173052100 | SEREVENT DISKUS 50MCG | $6,681,172 | 69.7%* | 72.9% |
| 00108490420 | STELAZINE 2MG TABLET | $1,130,971 | 94.7%* | 96.3% |
| 00108490201 | STELAZINE 2MG/ML VIAL | $1,357 | 53.4%* | 54.9% |
| 00173045402 | TEMOVATE EMOLLIENT 0.05% CRM | $121,951 | 71.5%* | 77.0% |
| 00173045403 | TEMOVATE EMOLLIENT 0.05% CRM | $620,918 | 72.9%* | 77.7% |
| 00173088025 | THIOGUANINE TABLOID 40MG TB | $125,059 | 73.8%* | 78.5% |
| 00007507103 | THORAZINE 100MG SUPPOSITORY | $15,230 | 87.0%* | 87.9% |
| 00007507720 | THORAZINE 100MG TABLET | $957,346 | 95.9%* | 96.9% |
| 00007507244 | THORAZINE 10MG/5ML SYRUP | $91,902 | 89.1%* | 89.9% |
| 00007507920 | THORAZINE 200MG TABLET | $531,253 | 95.3%* | 96.5% |
| 00007507930 | THORAZINE 200MG TABLET | $590 | 80.9%* | 92.1% |
| 00007507420 | THORAZINE 25MG TABLET | $240,126 | 96.2%* | 96.9% |
| 00007507430 | THORAZINE 25MG TABLET | $1,197 | 68.4%* | 78.8% |
| 00007506201 | THORAZINE 25MG/ML VIAL | $9,916 | 84.6%* | 85.8% |
| 00007504744 | THORAZINE 30MG/ML LIQ CONC | $18,892 | 82.3%* | 86.7% |
| 00007507620 | THORAZINE 50MG TABLET | $523,592 | 96.9%* | 97.5% |
| 00007507630 | THORAZINE 50MG TABLET | $2,173 | 76.4%* | 85.7% |
| 00173069100 | TRIZIVIR TABLET | $151,276,862 | 80.6%* | 84.7% |
| 00173069120 | TRIZIVIR TABLET | $1,493,793 | 89.2%* | 90.9% |
| 00173056502 | VALTREX 1GM CAPLET | $6,027,190 | 83.3%* | 85.1% |
| 00173093303 | VALTREX 500MG CAPLET | $10,479,915 | 83.5%* | 84.8% |
| 00173093308 | VALTREX 500MG CAPLET | $6,386,918 | 83.0%* | 84.5% |

Table C.1 continued

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173032198 | VENTOLIN 90MCG INH REFILL | $228,429 | 95.1%* | 97.5% |
| 00173068200 | VENTOLIN HFA 90 MCG INHALER | $89,584 | 87.8%* | 88.9% |
| 00173038901 | VENTOLIN ROTACAPS 200MCG | $388,151 | 94.0%* | 96.0% |
| 00173038902 | VENTOLIN ROTACAPS 200MCG | $59,029 | 95.7%* | 96.7% |
| 00173038903 | VENTOLIN ROTACAPS 200MCG | $11,476 | 75.2%* | 86.4% |
| 00173017855 | WELLBUTRIN 100MG TABLET | $2,194,205 | 75.8%* | 80.7% |
| 00173017755 | WELLBUTRIN 75MG TABLET | $2,121,929 | 74.1%* | 79.2% |
| 00173094755 | WELLBUTRIN SR 100MG TAB SA | $13,975,288 | 70.8%* | 73.2% |
| 00173013555 | WELLBUTRIN SR 150MG TAB SA | $47,864,903 | 72.1%* | 74.9% |
| 00173072200 | WELLBUTRIN SR 200MG TAB SA | $6,091,519 | 79.3%* | 79.8% |
| 00173073001 | WELLBUTRIN XL 150MG TABLET | $5,281,979 | 82.6%* | 83.8% |
| 00173073101 | WELLBUTRIN XL 300MG TABLET | $6,708,345 | 83.2%* | 84.3% |
| 00173034414 | ZANTAC 150MG TABLET | $14,027,260 | 84.6%* | 88.4% |
| 00173038354 | ZANTAC 15MG/ML SYRUP | $11,275,320 | 75.9%* | 79.5% |
| 00173066400 | ZIAGEN 20 MG/ML SOLUTION | $2,062,523 | 90.9%* | 93.4% |
| 00173066101 | ZIAGEN 300MG TABLET | $79,649,369 | 79.7%* | 83.7% |
| 00173044600 | ZOFRAN 4MG TABLET | $7,562,133 | 70.2%* | 73.1% |
| 00173044604 | ZOFRAN 4MG TABLET | $156,561 | 89.9%* | 90.3% |
| 00173048900 | ZOFRAN 4MG/5ML ORAL SOLN | $585,298 | 68.7%* | 72.6% |
| 00173044700 | ZOFRAN 8MG TABLET | $21,088,905 | 71.1%* | 75.2% |
| 00173044704 | ZOFRAN 8MG TABLET | $766,926 | 91.1%* | 91.7% |
| 00173056900 | ZOFRAN ODT 4MG TABLET | $701,567 | 65.2%* | 68.6% |
| 00173057000 | ZOFRAN ODT 8MG TABLET | $1,717,036 | 71.5%* | 75.7% |
| 00173095396 | ZOVIRAX 200MG/5ML SUSP | $142,697 | 78.8%* | 82.2% |
| 00173099394 | ZOVIRAX 5% OINTMENT | $10,934,049 | 52.0%* | 74.5% |
| 00173055601 | ZYBAN 150MG TABLET SA | $2,227,349 | 83.5%* | 85.4% |
| 00173055602 | ZYBAN 150MG TABLET SA | $980,406 | 80.2%* | 83.3% |

**Table C.2: Alternative calculation of GSK NDCs with 50% or less of the units sold "at or about" WAC[1]**

| NDC | Drug detail | Expenditures reported in Plaintiff Exhibit B[2] | Percentage of sales units "at or about" WAC[3] | Percentage of sales dollars "at or about" WAC |
|------|------------|-----|-----|-----|
| 00173042702 | ZANTAC 150MG EFFERDOSE TAB | $262,207 | 44.3%* | 55.7% |

---

[1]   This is a NDC-by-NDC summary for the years 1997-2005 for which information is available.

[2]   I obtained the expenditure information directly from Exhibit B of Plaintiffs' Revised First Amended Consolidated Complaint. Because these expenditures serve illustrative purposes only, I have not independently verified their accuracy.

[3]   As in my original affidavit, I placed an asterisk next to the units sold "at or about" WAC percentage for each NDC that has an AWP "spread" of less than or equal to 30% for the relevant period. I have not reproduced the results of my "spread" analysis here.

# Attachment D

**Alternative calculation of percentage of sales "at or about" WAC for 208 GSK NDCs at issue** [1]

**NDC-by-NDC, year-by-year results**

---

[1] I do not endorse these alternative calculations as I do not agree with Mr. Devor's criticisms concerning my previous calculations. Rather, I offer these calculations to demonstrate that Mr. Devor's contentions, with the exception of his erroneous treatment of sales to wholesalers discussed extensively herein, do not affect the results and conclusions I previously offered.

**Table D.1: Year-by-year breakdown of alternative calculation of GSK NDCs with more than 50% of the units sold during the relevant period "at or about" WAC**

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173067200 | 1999 | AGENERASE 150MG CAPSULE | 85.7% | 88.3% |
| 00173067200 | 2000 | AGENERASE 150MG CAPSULE | 83.5% | 86.8% |
| 00173067200 | 2001 | AGENERASE 150MG CAPSULE | 77.8% | 81.7% |
| 00173067200 | 2002 | AGENERASE 150MG CAPSULE | 80.4% | 84.7% |
| 00173067200 | 2003 | AGENERASE 150MG CAPSULE | 81.0% | 85.5% |
| 00173067200 | 2004 | AGENERASE 150MG CAPSULE | 76.5% | 81.4% |
| 00173067200 | 2005 | AGENERASE 150MG CAPSULE | 34.4% | 41.9% |
| 00173068700 | 1999 | AGENERASE 15MG/ML ORAL SOLN | 87.4% | 90.6% |
| 00173068700 | 2000 | AGENERASE 15MG/ML ORAL SOLN | 89.8% | 93.0% |
| 00173068700 | 2001 | AGENERASE 15MG/ML ORAL SOLN | 86.7% | 90.7% |
| 00173068700 | 2002 | AGENERASE 15MG/ML ORAL SOLN | 89.3% | 92.5% |
| 00173068700 | 2003 | AGENERASE 15MG/ML ORAL SOLN | 90.1% | 91.8% |
| 00173068700 | 2004 | AGENERASE 15MG/ML ORAL SOLN | 90.1% | 92.0% |
| 00173068700 | 2005 | AGENERASE 15MG/ML ORAL SOLN | 96.5% | 97.4% |
| 00173067900 | 1999 | AGENERASE 50MG CAPSULE | 65.0% | 74.8% |
| 00173067900 | 2000 | AGENERASE 50MG CAPSULE | 79.8% | 87.4% |
| 00173067900 | 2001 | AGENERASE 50MG CAPSULE | 72.9% | 79.6% |
| 00173067900 | 2002 | AGENERASE 50MG CAPSULE | 85.4% | 89.5% |
| 00173067900 | 2003 | AGENERASE 50MG CAPSULE | 67.9% | 75.0% |
| 00173067900 | 2004 | AGENERASE 50MG CAPSULE | 67.7% | 75.4% |
| 00173067900 | 2005 | AGENERASE 50MG CAPSULE | 90.6% | 92.3% |
| 00007550040 | 1997 | ALBENZA 200MG TABLET | 93.1% | 94.4% |
| 00007550040 | 1998 | ALBENZA 200MG TABLET | 87.3% | 90.4% |
| 00007550040 | 1999 | ALBENZA 200MG TABLET | 65.5% | 68.6% |
| 00007550040 | 2000 | ALBENZA 200MG TABLET | 42.8%* | 48.9% |
| 00007550040 | 2001 | ALBENZA 200MG TABLET | 78.2% | 87.6% |
| 00007550040 | 2002 | ALBENZA 200MG TABLET | 80.7% | 89.5% |
| 00007550040 | 2003 | ALBENZA 200MG TABLET | 82.3% | 90.6% |
| 00007550040 | 2004 | ALBENZA 200MG TABLET | 88.7% | 94.4% |
| 00007550040 | 2005 | ALBENZA 200MG TABLET | 99.6% | 99.8% |

---

[1]   As in my original affidavit, for each year on this table in which 50% or less of units sold were "at or about" WAC, I placed an asterisk next to the percentage if, as is almost always true, the NDC for that year had an AWP "spread" of less than or equal to 30%. I have not reporduced the results of my "spread" analysis here.

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173056100 | 1998 | AMERGE 1MG TABLET | 95.0% | 96.4% |
| 00173056100 | 1999 | AMERGE 1MG TABLET | 85.4% | 86.4% |
| 00173056100 | 2000 | AMERGE 1MG TABLET | 87.9% | 89.3% |
| 00173056100 | 2001 | AMERGE 1MG TABLET | 85.1% | 86.1% |
| 00173056100 | 2002 | AMERGE 1MG TABLET | 79.2% | 80.5% |
| 00173056100 | 2003 | AMERGE 1MG TABLET | 77.2% | 78.2% |
| 00173056100 | 2004 | AMERGE 1MG TABLET | 75.3% | 76.6% |
| 00173056100 | 2005 | AMERGE 1MG TABLET | 82.4% | 83.5% |
| 00173056200 | 1998 | AMERGE 2.5MG TABLET | 92.1% | 92.9% |
| 00173056200 | 1999 | AMERGE 2.5MG TABLET | 78.7% | 79.4% |
| 00173056200 | 2000 | AMERGE 2.5MG TABLET | 90.3% | 91.7% |
| 00173056200 | 2001 | AMERGE 2.5MG TABLET | 86.5% | 87.9% |
| 00173056200 | 2002 | AMERGE 2.5MG TABLET | 82.2% | 84.0% |
| 00173056200 | 2003 | AMERGE 2.5MG TABLET | 79.9% | 81.5% |
| 00173056200 | 2004 | AMERGE 2.5MG TABLET | 78.3% | 79.7% |
| 00173056200 | 2005 | AMERGE 2.5MG TABLET | 82.5% | 84.2% |
| 00029604412 | 1999 | AMOXIL 200MG TABLET CHEW | 91.5% | 91.6% |
| 00029604412 | 2000 | AMOXIL 200MG TABLET CHEW | 90.6% | 91.2% |
| 00029604412 | 2001 | AMOXIL 200MG TABLET CHEW | 84.6% | 86.0% |
| 00029604412 | 2002 | AMOXIL 200MG TABLET CHEW | 86.9% | 94.5% |
| 00029604412 | 2003 | AMOXIL 200MG TABLET CHEW | 90.1% | 94.4% |
| 00029604412 | 2004 | AMOXIL 200MG TABLET CHEW | 90.1% | 92.6% |
| 00029604412 | 2005 | AMOXIL 200MG TABLET CHEW | 89.2% | 91.8% |
| 00029604420 | 1999 | AMOXIL 200MG TABLET CHEW | 99.9% | 100.0% |
| 00029604420 | 2000 | AMOXIL 200MG TABLET CHEW | 98.3% | 99.2% |
| 00029604420 | 2001 | AMOXIL 200MG TABLET CHEW | 95.5% | 98.5% |
| 00029604420 | 2002 | AMOXIL 200MG TABLET CHEW | 9.5%* | 30.1% |
| 00029604420 | 2003 | AMOXIL 200MG TABLET CHEW | 84.8% | 92.1% |
| 00029604420 | 2004 | AMOXIL 200MG TABLET CHEW | 6.9%* | 8.6% |
| 00029604420 | 2005 | AMOXIL 200MG TABLET CHEW | 0.0% | 0.0% |
| 00029604854 | 1999 | AMOXIL 200MG/5ML SUSPENSION | 99.5% | 99.6% |
| 00029604854 | 2000 | AMOXIL 200MG/5ML SUSPENSION | 99.2% | 99.5% |
| 00029604854 | 2001 | AMOXIL 200MG/5ML SUSPENSION | 86.2% | 93.6% |
| 00029604854 | 2002 | AMOXIL 200MG/5ML SUSPENSION | 94.9% | 97.9% |
| 00029604854 | 2003 | AMOXIL 200MG/5ML SUSPENSION | 71.3% | 76.8% |
| 00029604854 | 2004 | AMOXIL 200MG/5ML SUSPENSION | 78.0% | 83.4% |
| 00029604854 | 2005 | AMOXIL 200MG/5ML SUSPENSION | 89.3% | 93.3% |
| 00029604855 | 1999 | AMOXIL 200MG/5ML SUSPENSION | 99.7% | 99.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029604855 | 2000 | AMOXIL 200MG/5ML SUSPENSION | 99.7% | 99.8% |
| 00029604855 | 2001 | AMOXIL 200MG/5ML SUSPENSION | 91.9% | 96.8% |
| 00029604855 | 2002 | AMOXIL 200MG/5ML SUSPENSION | 95.7% | 98.8% |
| 00029604855 | 2003 | AMOXIL 200MG/5ML SUSPENSION | 90.2% | 95.0% |
| 00029604855 | 2004 | AMOXIL 200MG/5ML SUSPENSION | 80.3% | 85.2% |
| 00029604855 | 2005 | AMOXIL 200MG/5ML SUSPENSION | 88.0% | 92.4% |
| 00029604859 | 1999 | AMOXIL 200MG/5ML SUSPENSION | 99.7% | 99.8% |
| 00029604859 | 2000 | AMOXIL 200MG/5ML SUSPENSION | 99.6% | 99.8% |
| 00029604859 | 2001 | AMOXIL 200MG/5ML SUSPENSION | 88.4% | 91.6% |
| 00029604859 | 2002 | AMOXIL 200MG/5ML SUSPENSION | 96.8% | 99.0% |
| 00029604859 | 2003 | AMOXIL 200MG/5ML SUSPENSION | 91.4% | 95.6% |
| 00029604859 | 2004 | AMOXIL 200MG/5ML SUSPENSION | 76.6% | 81.2% |
| 00029604859 | 2005 | AMOXIL 200MG/5ML SUSPENSION | 84.7% | 90.0% |
| 00029604512 | 1999 | AMOXIL 400 MG TABLET CHEW | 99.9% | 99.9% |
| 00029604512 | 2000 | AMOXIL 400 MG TABLET CHEW | 99.4% | 99.6% |
| 00029604512 | 2001 | AMOXIL 400 MG TABLET CHEW | 97.0% | 98.6% |
| 00029604512 | 2002 | AMOXIL 400 MG TABLET CHEW | 62.6% | 69.4% |
| 00029604512 | 2003 | AMOXIL 400 MG TABLET CHEW | 56.0% | 68.2% |
| 00029604512 | 2004 | AMOXIL 400 MG TABLET CHEW | 67.2% | 72.7% |
| 00029604512 | 2005 | AMOXIL 400 MG TABLET CHEW | 81.6% | 86.6% |
| 00029604520 | 1999 | AMOXIL 400MG TABLET CHEW | 99.8% | 99.8% |
| 00029604520 | 2000 | AMOXIL 400MG TABLET CHEW | 99.2% | 99.6% |
| 00029604520 | 2001 | AMOXIL 400MG TABLET CHEW | 94.5% | 98.2% |
| 00029604520 | 2002 | AMOXIL 400MG TABLET CHEW | 42.7%* | 49.2% |
| 00029604520 | 2003 | AMOXIL 400MG TABLET CHEW | 54.4% | 72.8% |
| 00029604520 | 2004 | AMOXIL 400MG TABLET CHEW | 48.1%* | 54.5% |
| 00029604954 | 1999 | AMOXIL 400MG/5ML SUSPENSION | 99.6% | 99.6% |
| 00029604954 | 2000 | AMOXIL 400MG/5ML SUSPENSION | 99.2% | 99.5% |
| 00029604954 | 2001 | AMOXIL 400MG/5ML SUSPENSION | 85.2% | 89.5% |
| 00029604954 | 2002 | AMOXIL 400MG/5ML SUSPENSION | 93.1% | 97.9% |
| 00029604954 | 2003 | AMOXIL 400MG/5ML SUSPENSION | 84.3% | 92.0% |
| 00029604954 | 2004 | AMOXIL 400MG/5ML SUSPENSION | 49.5%* | 55.1% |
| 00029604954 | 2005 | AMOXIL 400MG/5ML SUSPENSION | 73.3% | 79.2% |
| 00029604612 | 1998 | AMOXIL 500MG TABLET | 89.8% | 89.8% |
| 00029604612 | 1999 | AMOXIL 500MG TABLET | 91.3% | 91.5% |
| 00029604612 | 2000 | AMOXIL 500MG TABLET | 92.0% | 92.0% |
| 00029604612 | 2001 | AMOXIL 500MG TABLET | 80.8% | 85.5% |
| 00029604612 | 2002 | AMOXIL 500MG TABLET | 99.5% | 99.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|-----|------|-------------|-----|-----|
| 00029604612 | 2003 | AMOXIL 500MG TABLET | 92.7% | 95.9% |
| 00029604612 | 2004 | AMOXIL 500MG TABLET | 82.4% | 89.6% |
| 00029604620 | 1998 | AMOXIL 500MG TABLET | 100.0% | 100.0% |
| 00029604620 | 1999 | AMOXIL 500MG TABLET | 97.5% | 98.0% |
| 00029604620 | 2000 | AMOXIL 500MG TABLET | 99.6% | 99.7% |
| 00029604620 | 2001 | AMOXIL 500MG TABLET | 85.4% | 86.9% |
| 00029604620 | 2002 | AMOXIL 500MG TABLET | 81.4% | 83.9% |
| 00029604620 | 2003 | AMOXIL 500MG TABLET | 82.5% | 89.1% |
| 00029604620 | 2004 | AMOXIL 500MG TABLET | 80.0% | 86.8% |
| 00029604620 | 2005 | AMOXIL 500MG TABLET | 64.5% | 77.6% |
| 00029604712 | 1998 | AMOXIL 875MG TABLET | 100.0% | 100.0% |
| 00029604712 | 1999 | AMOXIL 875MG TABLET | 99.6% | 99.7% |
| 00029604712 | 2000 | AMOXIL 875MG TABLET | 99.6% | 99.8% |
| 00029604712 | 2001 | AMOXIL 875MG TABLET | 97.2% | 98.4% |
| 00029604712 | 2002 | AMOXIL 875MG TABLET | 90.3% | 92.8% |
| 00029604712 | 2003 | AMOXIL 875MG TABLET | 78.4% | 85.8% |
| 00029604712 | 2004 | AMOXIL 875MG TABLET | 50.8% | 62.8% |
| 00029604720 | 1998 | AMOXIL 875MG TABLET | 100.0% | 100.0% |
| 00029604720 | 1999 | AMOXIL 875MG TABLET | 99.7% | 99.8% |
| 00029604720 | 2000 | AMOXIL 875MG TABLET | 99.3% | 99.4% |
| 00029604720 | 2001 | AMOXIL 875MG TABLET | 71.6% | 73.2% |
| 00029604720 | 2002 | AMOXIL 875MG TABLET | 72.8% | 75.8% |
| 00029604720 | 2003 | AMOXIL 875MG TABLET | 78.2% | 84.8% |
| 00029604720 | 2004 | AMOXIL 875MG TABLET | 66.6% | 76.1% |
| 00029604720 | 2005 | AMOXIL 875MG TABLET | 70.3% | 81.4% |
| 00029604725 | 1998 | AMOXIL 875MG TABLET | 100.0% | 100.0% |
| 00029604725 | 1999 | AMOXIL 875MG TABLET | 99.9% | 99.9% |
| 00029604725 | 2000 | AMOXIL 875MG TABLET | 99.8% | 99.8% |
| 00029604725 | 2001 | AMOXIL 875MG TABLET | 97.6% | 98.2% |
| 00029604725 | 2002 | AMOXIL 875MG TABLET | 87.9% | 90.6% |
| 00029604725 | 2003 | AMOXIL 875MG TABLET | 73.4% | 80.0% |
| 00029604725 | 2004 | AMOXIL 875MG TABLET | 51.9% | 61.1% |
| 00029608522 | 1997 | AUGMENTIN 125-31.25 SUSPEN | 88.5% | 90.9% |
| 00029608522 | 1998 | AUGMENTIN 125-31.25 SUSPEN | 81.3% | 83.4% |
| 00029608522 | 1999 | AUGMENTIN 125-31.25 SUSPEN | 83.7% | 85.9% |
| 00029608522 | 2000 | AUGMENTIN 125-31.25 SUSPEN | 84.7% | 86.5% |
| 00029608522 | 2001 | AUGMENTIN 125-31.25 SUSPEN | 80.9% | 82.6% |
| 00029608522 | 2002 | AUGMENTIN 125-31.25 SUSPEN | 78.3% | 80.3% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029608522 | 2003 | AUGMENTIN 125-31.25 SUSPEN | 79.9% | 82.1% |
| 00029608522 | 2004 | AUGMENTIN 125-31.25 SUSPEN | 76.8% | 79.7% |
| 00029608522 | 2005 | AUGMENTIN 125-31.25 SUSPEN | 90.2% | 92.8% |
| 00029608523 | 1997 | AUGMENTIN 125-31.25 SUSPEN | 96.3% | 96.7% |
| 00029608523 | 1998 | AUGMENTIN 125-31.25 SUSPEN | 95.6% | 96.1% |
| 00029608523 | 1999 | AUGMENTIN 125-31.25 SUSPEN | 96.0% | 96.5% |
| 00029608523 | 2000 | AUGMENTIN 125-31.25 SUSPEN | 87.6% | 88.0% |
| 00029608523 | 2001 | AUGMENTIN 125-31.25 SUSPEN | 82.6% | 83.3% |
| 00029608523 | 2002 | AUGMENTIN 125-31.25 SUSPEN | 80.9% | 81.7% |
| 00029608523 | 2003 | AUGMENTIN 125-31.25 SUSPEN | 80.2% | 81.7% |
| 00029608523 | 2004 | AUGMENTIN 125-31.25 SUSPEN | 75.6% | 78.6% |
| 00029608523 | 2005 | AUGMENTIN 125-31.25 SUSPEN | 89.9% | 92.1% |
| 00029608539 | 1997 | AUGMENTIN 125-31.25 SUSPEN | 73.3% | 74.6% |
| 00029608539 | 1998 | AUGMENTIN 125-31.25 SUSPEN | 71.0% | 72.6% |
| 00029608539 | 1999 | AUGMENTIN 125-31.25 SUSPEN | 69.5% | 71.0% |
| 00029608539 | 2000 | AUGMENTIN 125-31.25 SUSPEN | 69.0% | 70.0% |
| 00029608539 | 2001 | AUGMENTIN 125-31.25 SUSPEN | 58.0% | 59.6% |
| 00029608539 | 2002 | AUGMENTIN 125-31.25 SUSPEN | 55.4% | 57.0% |
| 00029608539 | 2003 | AUGMENTIN 125-31.25 SUSPEN | 65.8% | 67.1% |
| 00029608539 | 2004 | AUGMENTIN 125-31.25 SUSPEN | 42.5%* | 44.2% |
| 00029608539 | 2005 | AUGMENTIN 125-31.25 SUSPEN | 56.2% | 58.5% |
| 00029607347 | 1997 | AUGMENTIN 125-31.25 TAB CHEW | 91.4% | 92.4% |
| 00029607347 | 1998 | AUGMENTIN 125-31.25 TAB CHEW | 91.3% | 92.4% |
| 00029607347 | 1999 | AUGMENTIN 125-31.25 TAB CHEW | 87.8% | 89.5% |
| 00029607347 | 2000 | AUGMENTIN 125-31.25 TAB CHEW | 88.4% | 89.6% |
| 00029607347 | 2001 | AUGMENTIN 125-31.25 TAB CHEW | 84.3% | 86.7% |
| 00029607347 | 2002 | AUGMENTIN 125-31.25 TAB CHEW | 85.0% | 88.2% |
| 00029607347 | 2003 | AUGMENTIN 125-31.25 TAB CHEW | 90.9% | 92.9% |
| 00029607347 | 2004 | AUGMENTIN 125-31.25 TAB CHEW | 83.4% | 85.6% |
| 00029607347 | 2005 | AUGMENTIN 125-31.25 TAB CHEW | 89.0% | 90.7% |
| 00029608729 | 1997 | AUGMENTIN 200-28.5 SUSPEN | 95.2% | 95.7% |
| 00029608729 | 1998 | AUGMENTIN 200-28.5 SUSPEN | 92.6% | 93.4% |
| 00029608729 | 1999 | AUGMENTIN 200-28.5 SUSPEN | 93.2% | 94.1% |
| 00029608729 | 2000 | AUGMENTIN 200-28.5 SUSPEN | 85.5% | 86.2% |
| 00029608729 | 2001 | AUGMENTIN 200-28.5 SUSPEN | 81.4% | 82.2% |
| 00029608729 | 2002 | AUGMENTIN 200-28.5 SUSPEN | 77.4% | 78.4% |
| 00029608729 | 2003 | AUGMENTIN 200-28.5 SUSPEN | 86.9% | 88.9% |
| 00029608729 | 2004 | AUGMENTIN 200-28.5 SUSPEN | 4.6%* | 5.1% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029608729 | 2005 | AUGMENTIN 200-28.5 SUSPEN | 71.1% | 73.5% |
| 00029608739 | 1997 | AUGMENTIN 200-28.5 SUSPEN | 94.3% | 95.0% |
| 00029608739 | 1998 | AUGMENTIN 200-28.5 SUSPEN | 93.5% | 94.4% |
| 00029608739 | 1999 | AUGMENTIN 200-28.5 SUSPEN | 86.5% | 87.3% |
| 00029608739 | 2000 | AUGMENTIN 200-28.5 SUSPEN | 87.8% | 88.5% |
| 00029608739 | 2001 | AUGMENTIN 200-28.5 SUSPEN | 82.9% | 83.7% |
| 00029608739 | 2002 | AUGMENTIN 200-28.5 SUSPEN | 79.3% | 80.3% |
| 00029608739 | 2003 | AUGMENTIN 200-28.5 SUSPEN | 87.1% | 89.4% |
| 00029608739 | 2004 | AUGMENTIN 200-28.5 SUSPEN | 5.4%* | 5.9% |
| 00029608739 | 2005 | AUGMENTIN 200-28.5 SUSPEN | 70.3% | 73.2% |
| 00029608751 | 1997 | AUGMENTIN 200-28.5 SUSPEN | 95.8% | 96.5% |
| 00029608751 | 1998 | AUGMENTIN 200-28.5 SUSPEN | 94.8% | 95.8% |
| 00029608751 | 1999 | AUGMENTIN 200-28.5 SUSPEN | 88.0% | 89.1% |
| 00029608751 | 2000 | AUGMENTIN 200-28.5 SUSPEN | 87.3% | 88.4% |
| 00029608751 | 2001 | AUGMENTIN 200-28.5 SUSPEN | 83.9% | 84.9% |
| 00029608751 | 2002 | AUGMENTIN 200-28.5 SUSPEN | 80.0% | 81.6% |
| 00029608751 | 2003 | AUGMENTIN 200-28.5 SUSPEN | 43.4%* | 47.3% |
| 00029608751 | 2004 | AUGMENTIN 200-28.5 SUSPEN | 4.7%* | 5.8% |
| 00029608751 | 2005 | AUGMENTIN 200-28.5 SUSPEN | 60.0% | 69.4% |
| 00029607112 | 1997 | AUGMENTIN 200-28.5 TAB CHEW | 95.2% | 95.9% |
| 00029607112 | 1998 | AUGMENTIN 200-28.5 TAB CHEW | 85.6% | 86.3% |
| 00029607112 | 1999 | AUGMENTIN 200-28.5 TAB CHEW | 87.2% | 88.1% |
| 00029607112 | 2000 | AUGMENTIN 200-28.5 TAB CHEW | 86.2% | 87.3% |
| 00029607112 | 2001 | AUGMENTIN 200-28.5 TAB CHEW | 83.0% | 84.0% |
| 00029607112 | 2002 | AUGMENTIN 200-28.5 TAB CHEW | 77.5% | 79.2% |
| 00029607112 | 2003 | AUGMENTIN 200-28.5 TAB CHEW | 61.3% | 65.7% |
| 00029607112 | 2004 | AUGMENTIN 200-28.5 TAB CHEW | 71.1% | 76.6% |
| 00029607112 | 2005 | AUGMENTIN 200-28.5 TAB CHEW | 57.8% | 64.9% |
| 00029607527 | 1997 | AUGMENTIN 250-125 TABLET | 81.9% | 86.5% |
| 00029607527 | 1998 | AUGMENTIN 250-125 TABLET | 71.1% | 76.6% |
| 00029607527 | 1999 | AUGMENTIN 250-125 TABLET | 74.1% | 80.0% |
| 00029607527 | 2000 | AUGMENTIN 250-125 TABLET | 58.3% | 63.8% |
| 00029607527 | 2001 | AUGMENTIN 250-125 TABLET | 69.8% | 76.4% |
| 00029607527 | 2002 | AUGMENTIN 250-125 TABLET | 67.1% | 74.3% |
| 00029607527 | 2003 | AUGMENTIN 250-125 TABLET | 67.1% | 74.1% |
| 00029607527 | 2004 | AUGMENTIN 250-125 TABLET | 61.8% | 66.4% |
| 00029607527 | 2005 | AUGMENTIN 250-125 TABLET | 81.1% | 86.1% |
| 00029609022 | 1997 | AUGMENTIN 250-62.5 SUSPEN | 81.2% | 85.3% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029609022 | 1998 | AUGMENTIN 250-62.5 SUSPEN | 77.1% | 79.9% |
| 00029609022 | 1999 | AUGMENTIN 250-62.5 SUSPEN | 81.6% | 84.1% |
| 00029609022 | 2000 | AUGMENTIN 250-62.5 SUSPEN | 66.0% | 68.3% |
| 00029609022 | 2001 | AUGMENTIN 250-62.5 SUSPEN | 78.9% | 81.1% |
| 00029609022 | 2002 | AUGMENTIN 250-62.5 SUSPEN | 77.1% | 79.4% |
| 00029609022 | 2003 | AUGMENTIN 250-62.5 SUSPEN | 76.5% | 80.0% |
| 00029609022 | 2004 | AUGMENTIN 250-62.5 SUSPEN | 71.0% | 73.1% |
| 00029609022 | 2005 | AUGMENTIN 250-62.5 SUSPEN | 88.6% | 91.5% |
| 00029609023 | 1997 | AUGMENTIN 250-62.5 SUSPEN | 94.3% | 94.9% |
| 00029609023 | 1998 | AUGMENTIN 250-62.5 SUSPEN | 94.5% | 95.2% |
| 00029609023 | 1999 | AUGMENTIN 250-62.5 SUSPEN | 95.3% | 96.0% |
| 00029609023 | 2000 | AUGMENTIN 250-62.5 SUSPEN | 88.4% | 88.9% |
| 00029609023 | 2001 | AUGMENTIN 250-62.5 SUSPEN | 84.3% | 84.8% |
| 00029609023 | 2002 | AUGMENTIN 250-62.5 SUSPEN | 82.7% | 83.3% |
| 00029609023 | 2003 | AUGMENTIN 250-62.5 SUSPEN | 79.7% | 82.5% |
| 00029609023 | 2004 | AUGMENTIN 250-62.5 SUSPEN | 79.2% | 80.4% |
| 00029609023 | 2005 | AUGMENTIN 250-62.5 SUSPEN | 93.5% | 95.2% |
| 00029609039 | 1997 | AUGMENTIN 250-62.5 SUSPEN | 61.9% | 63.4% |
| 00029609039 | 1998 | AUGMENTIN 250-62.5 SUSPEN | 58.6% | 60.8% |
| 00029609039 | 1999 | AUGMENTIN 250-62.5 SUSPEN | 70.2% | 72.3% |
| 00029609039 | 2000 | AUGMENTIN 250-62.5 SUSPEN | 65.9% | 67.1% |
| 00029609039 | 2001 | AUGMENTIN 250-62.5 SUSPEN | 59.0% | 60.3% |
| 00029609039 | 2002 | AUGMENTIN 250-62.5 SUSPEN | 59.9% | 61.4% |
| 00029609039 | 2003 | AUGMENTIN 250-62.5 SUSPEN | 71.7% | 73.6% |
| 00029609039 | 2004 | AUGMENTIN 250-62.5 SUSPEN | 39.3%* | 41.0% |
| 00029609039 | 2005 | AUGMENTIN 250-62.5 SUSPEN | 62.9% | 64.9% |
| 00029607447 | 1997 | AUGMENTIN 250-62.5 TAB CHEW | 93.4% | 94.6% |
| 00029607447 | 1998 | AUGMENTIN 250-62.5 TAB CHEW | 94.5% | 95.5% |
| 00029607447 | 1999 | AUGMENTIN 250-62.5 TAB CHEW | 92.6% | 93.7% |
| 00029607447 | 2000 | AUGMENTIN 250-62.5 TAB CHEW | 86.1% | 87.3% |
| 00029607447 | 2001 | AUGMENTIN 250-62.5 TAB CHEW | 83.7% | 84.5% |
| 00029607447 | 2002 | AUGMENTIN 250-62.5 TAB CHEW | 81.0% | 82.0% |
| 00029607447 | 2003 | AUGMENTIN 250-62.5 TAB CHEW | 79.6% | 81.0% |
| 00029607447 | 2004 | AUGMENTIN 250-62.5 TAB CHEW | 73.2% | 74.6% |
| 00029607447 | 2005 | AUGMENTIN 250-62.5 TAB CHEW | 93.5% | 95.0% |
| 00029609229 | 1997 | AUGMENTIN 400-57 SUSPEN | 93.5% | 94.3% |
| 00029609229 | 1998 | AUGMENTIN 400-57 SUSPEN | 90.9% | 92.2% |
| 00029609229 | 1999 | AUGMENTIN 400-57 SUSPEN | 92.3% | 93.6% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029609229 | 2000 | AUGMENTIN 400-57 SUSPEN | 85.6% | 86.7% |
| 00029609229 | 2001 | AUGMENTIN 400-57 SUSPEN | 80.0% | 81.2% |
| 00029609229 | 2002 | AUGMENTIN 400-57 SUSPEN | 76.6% | 78.0% |
| 00029609229 | 2003 | AUGMENTIN 400-57 SUSPEN | 62.4% | 66.7% |
| 00029609229 | 2004 | AUGMENTIN 400-57 SUSPEN | 3.4%* | 4.0% |
| 00029609229 | 2005 | AUGMENTIN 400-57 SUSPEN | 25.0%* | 27.7% |
| 00029609239 | 1997 | AUGMENTIN 400-57 SUSPEN | 94.2% | 95.1% |
| 00029609239 | 1998 | AUGMENTIN 400-57 SUSPEN | 93.1% | 94.1% |
| 00029609239 | 1999 | AUGMENTIN 400-57 SUSPEN | 87.7% | 88.5% |
| 00029609239 | 2000 | AUGMENTIN 400-57 SUSPEN | 88.2% | 88.9% |
| 00029609239 | 2001 | AUGMENTIN 400-57 SUSPEN | 84.8% | 85.4% |
| 00029609239 | 2002 | AUGMENTIN 400-57 SUSPEN | 81.8% | 82.7% |
| 00029609239 | 2003 | AUGMENTIN 400-57 SUSPEN | 68.4% | 72.5% |
| 00029609239 | 2004 | AUGMENTIN 400-57 SUSPEN | 4.3%* | 5.0% |
| 00029609239 | 2005 | AUGMENTIN 400-57 SUSPEN | 46.1%* | 51.8% |
| 00029609251 | 1997 | AUGMENTIN 400-57 SUSPEN | 94.9% | 95.9% |
| 00029609251 | 1998 | AUGMENTIN 400-57 SUSPEN | 93.4% | 94.8% |
| 00029609251 | 1999 | AUGMENTIN 400-57 SUSPEN | 86.8% | 88.2% |
| 00029609251 | 2000 | AUGMENTIN 400-57 SUSPEN | 85.3% | 86.7% |
| 00029609251 | 2001 | AUGMENTIN 400-57 SUSPEN | 82.7% | 84.1% |
| 00029609251 | 2002 | AUGMENTIN 400-57 SUSPEN | 78.3% | 80.3% |
| 00029609251 | 2003 | AUGMENTIN 400-57 SUSPEN | 44.2%* | 51.1% |
| 00029609251 | 2004 | AUGMENTIN 400-57 SUSPEN | 3.8%* | 4.8% |
| 00029609251 | 2005 | AUGMENTIN 400-57 SUSPEN | 51.2% | 60.9% |
| 00029607212 | 1997 | AUGMENTIN 400-57 TAB CHEW | 95.9% | 96.4% |
| 00029607212 | 1998 | AUGMENTIN 400-57 TAB CHEW | 95.7% | 96.3% |
| 00029607212 | 1999 | AUGMENTIN 400-57 TAB CHEW | 95.7% | 96.3% |
| 00029607212 | 2000 | AUGMENTIN 400-57 TAB CHEW | 87.6% | 88.2% |
| 00029607212 | 2001 | AUGMENTIN 400-57 TAB CHEW | 85.5% | 86.0% |
| 00029607212 | 2002 | AUGMENTIN 400-57 TAB CHEW | 83.0% | 83.6% |
| 00029607212 | 2003 | AUGMENTIN 400-57 TAB CHEW | 77.7% | 78.9% |
| 00029607212 | 2004 | AUGMENTIN 400-57 TAB CHEW | 8.3%* | 9.0% |
| 00029607212 | 2005 | AUGMENTIN 400-57 TAB CHEW | 82.4% | 86.1% |
| 00029608012 | 1997 | AUGMENTIN 500-125 TABLET | 90.1% | 92.0% |
| 00029608012 | 1998 | AUGMENTIN 500-125 TABLET | 87.6% | 90.8% |
| 00029608012 | 1999 | AUGMENTIN 500-125 TABLET | 91.4% | 94.2% |
| 00029608012 | 2000 | AUGMENTIN 500-125 TABLET | 80.0% | 83.1% |
| 00029608012 | 2001 | AUGMENTIN 500-125 TABLET | 79.8% | 82.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029608012 | 2002 | AUGMENTIN 500-125 TABLET | 77.0% | 80.4% |
| 00029608012 | 2003 | AUGMENTIN 500-125 TABLET | 5.1% | 8.4% |
| 00029608012 | 2004 | AUGMENTIN 500-125 TABLET | 5.9%* | 7.9% |
| 00029608012 | 2005 | AUGMENTIN 500-125 TABLET | 67.4% | 76.8% |
| 00029608612 | 1997 | AUGMENTIN 875-125 TABLET | 93.4% | 94.7% |
| 00029608612 | 1998 | AUGMENTIN 875-125 TABLET | 88.8% | 91.6% |
| 00029608612 | 1999 | AUGMENTIN 875-125 TABLET | 91.4% | 93.8% |
| 00029608612 | 2000 | AUGMENTIN 875-125 TABLET | 83.5% | 85.8% |
| 00029608612 | 2001 | AUGMENTIN 875-125 TABLET | 81.5% | 83.6% |
| 00029608612 | 2002 | AUGMENTIN 875-125 TABLET | 79.0% | 81.3% |
| 00029608612 | 2003 | AUGMENTIN 875-125 TABLET | 5.9%* | 8.9% |
| 00029608612 | 2004 | AUGMENTIN 875-125 TABLET | 9.6%* | 12.3% |
| 00029608612 | 2005 | AUGMENTIN 875-125 TABLET | 59.3% | 69.3% |
| 00029609422 | 2001 | AUGMENTIN ES-600 SUSPENSION | 89.6% | 89.8% |
| 00029609422 | 2002 | AUGMENTIN ES-600 SUSPENSION | 85.7% | 86.2% |
| 00029609422 | 2003 | AUGMENTIN ES-600 SUSPENSION | 85.7% | 86.6% |
| 00029609424 | 2003 | AUGMENTIN ES-600 SUSPENSION | 83.1% | 84.6% |
| 00029609424 | 2004 | AUGMENTIN ES-600 SUSPENSION | 79.0% | 81.1% |
| 00029609424 | 2005 | AUGMENTIN ES-600 SUSPENSION | 13.9%* | 17.7% |
| 00029609429 | 2001 | AUGMENTIN ES-600 SUSPENSION | 99.6% | 99.7% |
| 00029609429 | 2002 | AUGMENTIN ES-600 SUSPENSION | 85.6% | 86.0% |
| 00029609429 | 2003 | AUGMENTIN ES-600 SUSPENSION | 84.4% | 85.6% |
| 00029609439 | 2001 | AUGMENTIN ES-600 SUSPENSION | 88.3% | 88.4% |
| 00029609439 | 2002 | AUGMENTIN ES-600 SUSPENSION | 85.3% | 85.5% |
| 00029609439 | 2003 | AUGMENTIN ES-600 SUSPENSION | 83.5% | 84.9% |
| 00029609439 | 2004 | AUGMENTIN ES-600 SUSPENSION | 79.5% | 81.3% |
| 00029609439 | 2005 | AUGMENTIN ES-600 SUSPENSION | 7.9%* | 9.5% |
| 00029609445 | 2003 | AUGMENTIN ES-600 SUSPENSION | 84.2% | 85.2% |
| 00029609445 | 2004 | AUGMENTIN ES-600 SUSPENSION | 81.0% | 82.3% |
| 00029609445 | 2005 | AUGMENTIN ES-600 SUSPENSION | 4.9%* | 6.4% |
| 00029609451 | 2001 | AUGMENTIN ES-600 SUSPENSION | 88.1% | 88.2% |
| 00029609451 | 2002 | AUGMENTIN ES-600 SUSPENSION | 85.3% | 85.6% |
| 00029609451 | 2003 | AUGMENTIN ES-600 SUSPENSION | 84.4% | 85.3% |
| 00029609628 | 2002 | AUGMENTIN XR 1000-62.5 TAB | 39.5%* | 40.4% |
| 00029609628 | 2003 | AUGMENTIN XR 1000-62.5 TAB | 79.5% | 80.3% |
| 00029609640 | 2002 | AUGMENTIN XR 1000-62.5 TAB | 81.2% | 81.7% |
| 00029609640 | 2003 | AUGMENTIN XR 1000-62.5 TAB | 86.1% | 86.3% |
| 00029609640 | 2004 | AUGMENTIN XR 1000-62.5 TAB | 100.0% | 100.0% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029609648 | 2003 | AUGMENTIN XR 1000-62.5 TAB | 96.8% | 98.3% |
| 00029609648 | 2004 | AUGMENTIN XR 1000-62.5 TAB | 78.5% | 79.6% |
| 00029609648 | 2005 | AUGMENTIN XR 1000-62.5 TAB | 82.1% | 83.7% |
| 00029609660 | 2003 | AUGMENTIN XR 1000-62.5 TAB | 85.9% | 86.1% |
| 00029609660 | 2004 | AUGMENTIN XR 1000-62.5 TAB | 84.0% | 84.4% |
| 00029609660 | 2005 | AUGMENTIN XR 1000-62.5 TAB | 88.3% | 88.7% |
| 00029315818 | 1999 | AVANDIA 2MG TABLET | 88.6% | 89.6% |
| 00029315818 | 2000 | AVANDIA 2MG TABLET | 81.8% | 84.1% |
| 00029315818 | 2001 | AVANDIA 2MG TABLET | 71.9% | 75.0% |
| 00029315818 | 2002 | AVANDIA 2MG TABLET | 70.0% | 73.7% |
| 00029315818 | 2003 | AVANDIA 2MG TABLET | 68.1% | 71.5% |
| 00029315818 | 2004 | AVANDIA 2MG TABLET | 62.9% | 67.4% |
| 00029315818 | 2005 | AVANDIA 2MG TABLET | 75.9% | 79.4% |
| 00029315913 | 1999 | AVANDIA 4MG TABLET | 91.3% | 92.6% |
| 00029315913 | 2000 | AVANDIA 4MG TABLET | 89.8% | 90.8% |
| 00029315913 | 2001 | AVANDIA 4MG TABLET | 80.6% | 82.8% |
| 00029315913 | 2002 | AVANDIA 4MG TABLET | 80.5% | 82.6% |
| 00029315913 | 2003 | AVANDIA 4MG TABLET | 78.4% | 80.5% |
| 00029315913 | 2004 | AVANDIA 4MG TABLET | 77.7% | 80.8% |
| 00029315913 | 2005 | AVANDIA 4MG TABLET | 82.9% | 85.8% |
| 00029315918 | 1999 | AVANDIA 4MG TABLET | 94.3% | 95.5% |
| 00029315918 | 2000 | AVANDIA 4MG TABLET | 90.0% | 92.0% |
| 00029315918 | 2001 | AVANDIA 4MG TABLET | 71.1% | 74.3% |
| 00029315918 | 2002 | AVANDIA 4MG TABLET | 56.1% | 61.6% |
| 00029315918 | 2003 | AVANDIA 4MG TABLET | 52.1% | 57.4% |
| 00029315918 | 2004 | AVANDIA 4MG TABLET | 50.6% | 57.2% |
| 00029315918 | 2005 | AVANDIA 4MG TABLET | 53.2% | 59.9% |
| 00029315920 | 1999 | AVANDIA 4MG TABLET | 82.7% | 84.6% |
| 00029315920 | 2000 | AVANDIA 4MG TABLET | 94.2% | 95.5% |
| 00029315920 | 2001 | AVANDIA 4MG TABLET | 78.4% | 80.4% |
| 00029315920 | 2002 | AVANDIA 4MG TABLET | 76.6% | 78.7% |
| 00029315920 | 2003 | AVANDIA 4MG TABLET | 69.2% | 72.4% |
| 00029315920 | 2004 | AVANDIA 4MG TABLET | 65.1% | 69.6% |
| 00029315920 | 2005 | AVANDIA 4MG TABLET | 72.6% | 77.4% |
| 00029316013 | 1999 | AVANDIA 8MG TABLET | 82.0% | 83.5% |
| 00029316013 | 2000 | AVANDIA 8MG TABLET | 91.8% | 92.1% |
| 00029316013 | 2001 | AVANDIA 8MG TABLET | 85.7% | 86.3% |
| 00029316013 | 2002 | AVANDIA 8MG TABLET | 82.8% | 83.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029316013 | 2003 | AVANDIA 8MG TABLET | 78.9% | 80.8% |
| 00029316013 | 2004 | AVANDIA 8MG TABLET | 77.8% | 80.3% |
| 00029316013 | 2005 | AVANDIA 8MG TABLET | 80.5% | 84.4% |
| 00029316020 | 1999 | AVANDIA 8MG TABLET | 96.3% | 97.3% |
| 00029316020 | 2000 | AVANDIA 8MG TABLET | 91.2% | 93.1% |
| 00029316020 | 2001 | AVANDIA 8MG TABLET | 75.6% | 78.3% |
| 00029316020 | 2002 | AVANDIA 8MG TABLET | 72.4% | 75.7% |
| 00029316020 | 2003 | AVANDIA 8MG TABLET | 66.0% | 70.1% |
| 00029316020 | 2004 | AVANDIA 8MG TABLET | 56.4% | 63.9% |
| 00029316020 | 2005 | AVANDIA 8MG TABLET | 60.7% | 69.9% |
| 00029152722 | 1998 | BACTROBAN 2% CREAM | 99.7% | 99.8% |
| 00029152722 | 1999 | BACTROBAN 2% CREAM | 96.9% | 97.2% |
| 00029152722 | 2000 | BACTROBAN 2% CREAM | 95.8% | 96.2% |
| 00029152722 | 2001 | BACTROBAN 2% CREAM | 98.2% | 98.6% |
| 00029152722 | 2002 | BACTROBAN 2% CREAM | 92.1% | 93.0% |
| 00029152722 | 2003 | BACTROBAN 2% CREAM | 81.0% | 84.8% |
| 00029152722 | 2004 | BACTROBAN 2% CREAM | 81.4% | 84.6% |
| 00029152722 | 2005 | BACTROBAN 2% CREAM | 89.0% | 91.0% |
| 00029152725 | 1998 | BACTROBAN 2% CREAM | 99.8% | 99.8% |
| 00029152725 | 1999 | BACTROBAN 2% CREAM | 99.1% | 99.2% |
| 00029152725 | 2000 | BACTROBAN 2% CREAM | 98.4% | 98.6% |
| 00029152725 | 2001 | BACTROBAN 2% CREAM | 99.0% | 99.2% |
| 00029152725 | 2002 | BACTROBAN 2% CREAM | 95.7% | 96.4% |
| 00029152725 | 2003 | BACTROBAN 2% CREAM | 93.7% | 94.8% |
| 00029152725 | 2004 | BACTROBAN 2% CREAM | 88.5% | 90.3% |
| 00029152725 | 2005 | BACTROBAN 2% CREAM | 94.5% | 95.9% |
| 00029152522 | 1997 | BACTROBAN 2% OINTMENT | 80.5% | 82.7% |
| 00029152522 | 1998 | BACTROBAN 2% OINTMENT | 67.0% | 69.6% |
| 00029152522 | 1999 | BACTROBAN 2% OINTMENT | 53.5% | 57.2% |
| 00029152522 | 2000 | BACTROBAN 2% OINTMENT | 70.1% | 74.8% |
| 00029152525 | 1997 | BACTROBAN 2% OINTMENT | 95.7% | 96.3% |
| 00029152525 | 1998 | BACTROBAN 2% OINTMENT | 92.5% | 93.4% |
| 00029152525 | 1999 | BACTROBAN 2% OINTMENT | 92.3% | 93.5% |
| 00029152525 | 2000 | BACTROBAN 2% OINTMENT | 90.2% | 92.2% |
| 00029152544 | 2000 | BACTROBAN 2% OINTMENT | 89.3% | 91.1% |
| 00029152544 | 2001 | BACTROBAN 2% OINTMENT | 76.6% | 79.1% |
| 00029152544 | 2002 | BACTROBAN 2% OINTMENT | 79.1% | 81.9% |
| 00029152544 | 2003 | BACTROBAN 2% OINTMENT | 67.5% | 71.6% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029152544 | 2004 | BACTROBAN 2% OINTMENT | 6.4%* | 7.9% |
| 00029152544 | 2005 | BACTROBAN 2% OINTMENT | 42.0%* | 52.0% |
| 00029152611 | 1997 | BACTROBAN NASAL 2% OINTMENT | 98.5% | 98.8% |
| 00029152611 | 1998 | BACTROBAN NASAL 2% OINTMENT | 95.7% | 96.2% |
| 00029152611 | 1999 | BACTROBAN NASAL 2% OINTMENT | 97.7% | 98.2% |
| 00029152611 | 2000 | BACTROBAN NASAL 2% OINTMENT | 97.9% | 98.3% |
| 00029152611 | 2001 | BACTROBAN NASAL 2% OINTMENT | 72.9% | 73.6% |
| 00029152611 | 2002 | BACTROBAN NASAL 2% OINTMENT | 55.1% | 57.0% |
| 00029152611 | 2003 | BACTROBAN NASAL 2% OINTMENT | 55.2% | 56.8% |
| 00029152611 | 2004 | BACTROBAN NASAL 2% OINTMENT | 46.4%* | 47.9% |
| 00029152611 | 2005 | BACTROBAN NASAL 2% OINTMENT | 10.5%* | 11.0% |
| 00173031288 | 1997 | BECLOVENT INHALER | 63.1% | 69.7% |
| 00173031288 | 1998 | BECLOVENT INHALER | 65.6% | 72.6% |
| 00173031288 | 1999 | BECLOVENT INHALER | 57.6% | 67.2% |
| 00173031288 | 2000 | BECLOVENT INHALER | 32.9%* | 42.7% |
| 00173031288 | 2001 | BECLOVENT INHALER | 4.3%* | 5.6% |
| 00173031288 | 2002 | BECLOVENT INHALER | 0.0% | 0.0% |
| 00173038879 | 1997 | BECONASE AQ 0.042% SPRAY | 26.3%* | 28.5% |
| 00173038879 | 1998 | BECONASE AQ 0.042% SPRAY | 79.2% | 82.9% |
| 00173038879 | 1999 | BECONASE AQ 0.042% SPRAY | 75.4% | 79.8% |
| 00173038879 | 2000 | BECONASE AQ 0.042% SPRAY | 77.6% | 81.8% |
| 00173038879 | 2001 | BECONASE AQ 0.042% SPRAY | 75.4% | 79.1% |
| 00173038879 | 2002 | BECONASE AQ 0.042% SPRAY | 86.3% | 91.6% |
| 00173038879 | 2003 | BECONASE AQ 0.042% SPRAY | 88.5% | 93.8% |
| 00173038879 | 2004 | BECONASE AQ 0.042% SPRAY | 90.4% | 94.5% |
| 00173038879 | 2005 | BECONASE AQ 0.042% SPRAY | 89.7% | 94.1% |
| 00173039501 | 1997 | CEFTIN 125MG TABLET | 81.1% | 85.8% |
| 00173039501 | 1998 | CEFTIN 125MG TABLET | 74.2% | 79.1% |
| 00173039501 | 1999 | CEFTIN 125MG TABLET | 58.1% | 69.2% |
| 00173039501 | 2000 | CEFTIN 125MG TABLET | 48.9%* | 63.8% |
| 00173039501 | 2002 | CEFTIN 125MG TABLET | 61.6% | 64.8% |
| 00173039501 | 2003 | CEFTIN 125MG TABLET | 56.4% | 60.9% |
| 00173040600 | 1997 | CEFTIN 125MG/5ML ORAL SUSP | 90.0% | 91.4% |
| 00173040600 | 1998 | CEFTIN 125MG/5ML ORAL SUSP | 87.4% | 88.8% |
| 00173040600 | 1999 | CEFTIN 125MG/5ML ORAL SUSP | 85.5% | 88.2% |
| 00173040600 | 2000 | CEFTIN 125MG/5ML ORAL SUSP | 80.1% | 85.4% |
| 00173040600 | 2002 | CEFTIN 125MG/5ML ORAL SUSP | 92.2% | 93.2% |
| 00173040600 | 2003 | CEFTIN 125MG/5ML ORAL SUSP | 90.0% | 91.5% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173040600 | 2004 | CEFTIN 125MG/5ML ORAL SUSP | 84.4% | 86.1% |
| 00173040600 | 2005 | CEFTIN 125MG/5ML ORAL SUSP | 80.0% | 80.8% |
| 00173038700 | 1997 | CEFTIN 250MG TABLET | 80.1% | 84.1% |
| 00173038700 | 1998 | CEFTIN 250MG TABLET | 89.7% | 92.3% |
| 00173038700 | 1999 | CEFTIN 250MG TABLET | 77.7% | 83.7% |
| 00173038700 | 2000 | CEFTIN 250MG TABLET | 78.8% | 83.8% |
| 00173038700 | 2002 | CEFTIN 250MG TABLET | 87.6% | 89.9% |
| 00173038700 | 2003 | CEFTIN 250MG TABLET | 42.9% | 58.2% |
| 00173038700 | 2004 | CEFTIN 250MG TABLET | 68.1% | 78.0% |
| 00173038700 | 2005 | CEFTIN 250MG TABLET | 79.6% | 87.7% |
| 00173038742 | 1997 | CEFTIN 250MG TABLET | 89.8% | 91.8% |
| 00173038742 | 1998 | CEFTIN 250MG TABLET | 87.3% | 89.1% |
| 00173038742 | 1999 | CEFTIN 250MG TABLET | 86.5% | 88.9% |
| 00173038742 | 2000 | CEFTIN 250MG TABLET | 85.4% | 88.2% |
| 00173038742 | 2002 | CEFTIN 250MG TABLET | 70.5% | 74.2% |
| 00173038742 | 2003 | CEFTIN 250MG TABLET | 5.7%* | 17.5% |
| 00173038742 | 2004 | CEFTIN 250MG TABLET | 41.9%* | 52.3% |
| 00173038742 | 2005 | CEFTIN 250MG TABLET | 66.7% | 67.8% |
| 00173055400 | 1997 | CEFTIN 250MG/5ML ORAL SUSP | 84.2% | 90.8% |
| 00173055400 | 1998 | CEFTIN 250MG/5ML ORAL SUSP | 83.1% | 84.9% |
| 00173055400 | 1999 | CEFTIN 250MG/5ML ORAL SUSP | 81.1% | 85.0% |
| 00173055400 | 2000 | CEFTIN 250MG/5ML ORAL SUSP | 73.0% | 79.8% |
| 00173055400 | 2002 | CEFTIN 250MG/5ML ORAL SUSP | 71.5% | 74.4% |
| 00173055400 | 2003 | CEFTIN 250MG/5ML ORAL SUSP | 90.3% | 92.2% |
| 00173055400 | 2004 | CEFTIN 250MG/5ML ORAL SUSP | 80.1% | 83.7% |
| 00173055400 | 2005 | CEFTIN 250MG/5ML ORAL SUSP | 0.0% | 0.0% |
| 00173055500 | 1997 | CEFTIN 250MG/5ML ORAL SUSP | 93.9% | 96.2% |
| 00173055500 | 1998 | CEFTIN 250MG/5ML ORAL SUSP | 89.9% | 91.0% |
| 00173055500 | 1999 | CEFTIN 250MG/5ML ORAL SUSP | 90.6% | 91.9% |
| 00173055500 | 2000 | CEFTIN 250MG/5ML ORAL SUSP | 86.9% | 89.7% |
| 00173055500 | 2002 | CEFTIN 250MG/5ML ORAL SUSP | 94.6% | 95.6% |
| 00173055500 | 2003 | CEFTIN 250MG/5ML ORAL SUSP | 94.4% | 95.9% |
| 00173055500 | 2004 | CEFTIN 250MG/5ML ORAL SUSP | 91.6% | 93.3% |
| 00173055500 | 2005 | CEFTIN 250MG/5ML ORAL SUSP | 60.0% | 60.9% |
| 00173039400 | 1997 | CEFTIN 500MG TABLET | 96.0% | 96.5% |
| 00173039400 | 1998 | CEFTIN 500MG TABLET | 93.6% | 94.5% |
| 00173039400 | 1999 | CEFTIN 500MG TABLET | 92.3% | 94.0% |
| 00173039400 | 2000 | CEFTIN 500MG TABLET | 88.5% | 91.5% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173039400 | 2002 | CEFTIN 500MG TABLET | 90.3% | 91.5% |
| 00173039400 | 2003 | CEFTIN 500MG TABLET | 52.0% | 65.6% |
| 00173039400 | 2004 | CEFTIN 500MG TABLET | 41.8% | 46.5% |
| 00173039400 | 2005 | CEFTIN 500MG TABLET | 23.4% | 26.7% |
| 00173039442 | 1997 | CEFTIN 500MG TABLET | 80.4% | 83.7% |
| 00173039442 | 1998 | CEFTIN 500MG TABLET | 78.0% | 81.8% |
| 00173039442 | 1999 | CEFTIN 500MG TABLET | 73.6% | 79.7% |
| 00173039442 | 2000 | CEFTIN 500MG TABLET | 74.4% | 80.7% |
| 00173039442 | 2002 | CEFTIN 500MG TABLET | 80.0% | 82.6% |
| 00173039442 | 2003 | CEFTIN 500MG TABLET | 3.6% | 5.4% |
| 00173039442 | 2004 | CEFTIN 500MG TABLET | 40.3% | 49.7% |
| 00173039442 | 2005 | CEFTIN 500MG TABLET | 21.2% | 25.0% |
| 58437000218 | 1997 | CIMETIDINE 400MG TABLET | 92.4% | 97.9% |
| 58437000218 | 1998 | CIMETIDINE 400MG TABLET | 15.4% | 24.5% |
| 58437000218 | 1999 | CIMETIDINE 400MG TABLET | 34.4% | 38.8% |
| 58437000218 | 2000 | CIMETIDINE 400MG TABLET | 100.0% | 100.0% |
| 58437000218 | 2001 | CIMETIDINE 400MG TABLET | 100.0% | 100.0% |
| 58437000218 | 2002 | CIMETIDINE 400MG TABLET | 98.8% | 99.5% |
| 58437000218 | 2003 | CIMETIDINE 400MG TABLET | 94.2% | 98.2% |
| 58437000218 | 2004 | CIMETIDINE 400MG TABLET | 68.5% | 84.9% |
| 58437000218 | 2005 | CIMETIDINE 400MG TABLET | 100.0% | 100.0% |
| 58437000225 | 1997 | CIMETIDINE 400MG TABLET | 87.2% | 96.7% |
| 58437000225 | 1998 | CIMETIDINE 400MG TABLET | 100.0% | 100.0% |
| 00173059500 | 1997 | COMBIVIR TABLET | 83.7% | 88.5% |
| 00173059500 | 1998 | COMBIVIR TABLET | 82.2% | 86.1% |
| 00173059500 | 1999 | COMBIVIR TABLET | 75.8% | 80.7% |
| 00173059500 | 2000 | COMBIVIR TABLET | 76.5% | 81.5% |
| 00173059500 | 2001 | COMBIVIR TABLET | 74.6% | 79.8% |
| 00173059500 | 2002 | COMBIVIR TABLET | 77.2% | 82.9% |
| 00173059500 | 2003 | COMBIVIR TABLET | 76.0% | 81.9% |
| 00173059500 | 2004 | COMBIVIR TABLET | 75.9% | 82.0% |
| 00173059500 | 2005 | COMBIVIR TABLET | 75.7% | 82.3% |
| 00007336003 | 1997 | COMPAZINE 2.5MG SUPPOSITORY | 85.4% | 87.5% |
| 00007336003 | 1998 | COMPAZINE 2.5MG SUPPOSITORY | 72.2% | 76.2% |
| 00007336003 | 1999 | COMPAZINE 2.5MG SUPPOSITORY | 88.1% | 89.9% |
| 00007336003 | 2000 | COMPAZINE 2.5MG SUPPOSITORY | 71.8% | 75.5% |
| 00007336003 | 2001 | COMPAZINE 2.5MG SUPPOSITORY | 75.8% | 80.6% |
| 00007336003 | 2002 | COMPAZINE 2.5MG SUPPOSITORY | 61.5% | 66.1% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007336003 | 2003 | COMPAZINE 2.5MG SUPPOSITORY | 70.7% | 75.5% |
| 00007336003 | 2004 | COMPAZINE 2.5MG SUPPOSITORY | 75.9% | 81.9% |
| 00007336103 | 1997 | COMPAZINE 5MG SUPPOSITORY | 81.4% | 84.0% |
| 00007336103 | 1998 | COMPAZINE 5MG SUPPOSITORY | 74.4% | 77.5% |
| 00007336103 | 1999 | COMPAZINE 5MG SUPPOSITORY | 81.6% | 83.5% |
| 00007336103 | 2000 | COMPAZINE 5MG SUPPOSITORY | 53.9% | 57.9% |
| 00007336103 | 2001 | COMPAZINE 5MG SUPPOSITORY | 50.9% | 56.8% |
| 00007336103 | 2002 | COMPAZINE 5MG SUPPOSITORY | 73.6% | 79.3% |
| 00007336103 | 2003 | COMPAZINE 5MG SUPPOSITORY | 6.0%* | 6.7% |
| 00007336103 | 2004 | COMPAZINE 5MG SUPPOSITORY | 43.9%* | 52.3% |
| 00007336344 | 1997 | COMPAZINE 5MG/5ML SYRUP | 80.5% | 84.0% |
| 00007336344 | 1998 | COMPAZINE 5MG/5ML SYRUP | 82.0% | 85.3% |
| 00007336344 | 1999 | COMPAZINE 5MG/5ML SYRUP | 83.1% | 86.0% |
| 00007336344 | 2000 | COMPAZINE 5MG/5ML SYRUP | 51.1% | 55.5% |
| 00007336344 | 2001 | COMPAZINE 5MG/5ML SYRUP | 30.6%* | 34.2% |
| 00007336344 | 2002 | COMPAZINE 5MG/5ML SYRUP | 0.0%* | 0.0% |
| 00007334615 | 1997 | COMPAZINE SPANSULE 15MG | 91.3% | 93.0% |
| 00007334615 | 1998 | COMPAZINE SPANSULE 15MG | 93.0% | 94.8% |
| 00007334615 | 1999 | COMPAZINE SPANSULE 15MG | 92.0% | 93.5% |
| 00007334615 | 2000 | COMPAZINE SPANSULE 15MG | 79.1% | 81.9% |
| 00007334615 | 2001 | COMPAZINE SPANSULE 15MG | 60.6% | 63.1% |
| 00007334615 | 2002 | COMPAZINE SPANSULE 15MG | 3.1%* | 27.2% |
| 00007414120 | 1997 | COREG 12.5MG TABLET | 97.1% | 97.8% |
| 00007414120 | 1998 | COREG 12.5MG TABLET | 85.9% | 89.1% |
| 00007414120 | 1999 | COREG 12.5MG TABLET | 94.0% | 95.5% |
| 00007414120 | 2000 | COREG 12.5MG TABLET | 90.0% | 92.3% |
| 00007414120 | 2001 | COREG 12.5MG TABLET | 89.2% | 91.7% |
| 00007414120 | 2002 | COREG 12.5MG TABLET | 88.4% | 91.3% |
| 00007414120 | 2003 | COREG 12.5MG TABLET | 71.1% | 76.0% |
| 00007414120 | 2004 | COREG 12.5MG TABLET | 69.1% | 72.1% |
| 00007414120 | 2005 | COREG 12.5MG TABLET | 77.7% | 80.2% |
| 00007414220 | 1997 | COREG 25MG TABLET | 96.6% | 97.4% |
| 00007414220 | 1998 | COREG 25MG TABLET | 85.8% | 87.1% |
| 00007414220 | 1999 | COREG 25MG TABLET | 92.7% | 94.6% |
| 00007414220 | 2000 | COREG 25MG TABLET | 88.2% | 90.7% |
| 00007414220 | 2001 | COREG 25MG TABLET | 87.7% | 90.5% |
| 00007414220 | 2002 | COREG 25MG TABLET | 85.8% | 89.2% |
| 00007414220 | 2003 | COREG 25MG TABLET | 70.5% | 74.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|-----|------|-------------|------------------------------------------------|-----------------------------------------------|
| 00007414220 | 2004 | COREG 25MG TABLET | 68.7% | 72.2% |
| 00007414220 | 2005 | COREG 25MG TABLET | 74.8% | 78.1% |
| 00007413920 | 1997 | COREG 3.125MG TABLET | 97.3% | 98.0% |
| 00007413920 | 1998 | COREG 3.125MG TABLET | 86.3% | 87.7% |
| 00007413920 | 1999 | COREG 3.125MG TABLET | 94.6% | 95.9% |
| 00007413920 | 2000 | COREG 3.125MG TABLET | 89.9% | 92.1% |
| 00007413920 | 2001 | COREG 3.125MG TABLET | 89.8% | 92.1% |
| 00007413920 | 2002 | COREG 3.125MG TABLET | 86.7% | 89.4% |
| 00007413920 | 2003 | COREG 3.125MG TABLET | 70.3% | 76.6% |
| 00007413920 | 2004 | COREG 3.125MG TABLET | 65.2% | 67.7% |
| 00007413920 | 2005 | COREG 3.125MG TABLET | 78.7% | 80.8% |
| 00007413955 | 2002 | COREG 3.125MG TABLET | 94.8% | 95.8% |
| 00007413955 | 2003 | COREG 3.125MG TABLET | 0.0%* | 0.0% |
| 00007414020 | 1997 | COREG 6.25MG TABLET | 96.8% | 97.6% |
| 00007414020 | 1998 | COREG 6.25MG TABLET | 85.7% | 88.5% |
| 00007414020 | 1999 | COREG 6.25MG TABLET | 94.0% | 95.6% |
| 00007414020 | 2000 | COREG 6.25MG TABLET | 89.7% | 92.0% |
| 00007414020 | 2001 | COREG 6.25MG TABLET | 89.3% | 91.9% |
| 00007414020 | 2002 | COREG 6.25MG TABLET | 88.6% | 91.5% |
| 00007414020 | 2003 | COREG 6.25MG TABLET | 70.7% | 76.1% |
| 00007414020 | 2004 | COREG 6.25MG TABLET | 67.9% | 70.6% |
| 00007414020 | 2005 | COREG 6.25MG TABLET | 78.2% | 80.6% |
| 00173020155 | 1997 | DARAPRIM 25MG TABLET | 78.5% | 83.8% |
| 00173020155 | 1998 | DARAPRIM 25MG TABLET | 75.9% | 81.8% |
| 00173020155 | 1999 | DARAPRIM 25MG TABLET | 72.1% | 79.0% |
| 00173020155 | 2000 | DARAPRIM 25MG TABLET | 75.0% | 81.5% |
| 00173020155 | 2001 | DARAPRIM 25MG TABLET | 69.2% | 76.2% |
| 00173020155 | 2002 | DARAPRIM 25MG TABLET | 61.5% | 70.0% |
| 00173020155 | 2003 | DARAPRIM 25MG TABLET | 61.1% | 69.0% |
| 00173020155 | 2004 | DARAPRIM 25MG TABLET | 60.0% | 68.5% |
| 00173020155 | 2005 | DARAPRIM 25MG TABLET | 76.4% | 87.4% |
| 00007351920 | 1997 | DEXEDRINE 5MG TABLET | 94.1% | 95.8% |
| 00007351920 | 1998 | DEXEDRINE 5MG TABLET | 93.3% | 95.2% |
| 00007351920 | 1999 | DEXEDRINE 5MG TABLET | 93.2% | 95.7% |
| 00007351920 | 2000 | DEXEDRINE 5MG TABLET | 93.5% | 96.2% |
| 00007351920 | 2001 | DEXEDRINE 5MG TABLET | 92.3% | 95.8% |
| 00007351920 | 2002 | DEXEDRINE 5MG TABLET | 88.0% | 93.8% |
| 00007351920 | 2003 | DEXEDRINE 5MG TABLET | 67.5% | 73.0% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007351920 | 2004 | DEXEDRINE 5MG TABLET | 88.3% | 92.2% |
| 00007351920 | 2005 | DEXEDRINE 5MG TABLET | 91.4% | 95.0% |
| 00007351320 | 1999 | DEXEDRINE SPANSULE 10MG | 94.6% | 95.9% |
| 00007351320 | 2000 | DEXEDRINE SPANSULE 10MG | 93.5% | 95.3% |
| 00007351320 | 2001 | DEXEDRINE SPANSULE 10MG | 93.2% | 95.1% |
| 00007351320 | 2002 | DEXEDRINE SPANSULE 10MG | 84.7% | 88.6% |
| 00007351320 | 2003 | DEXEDRINE SPANSULE 10MG | 59.5% | 63.5% |
| 00007351320 | 2004 | DEXEDRINE SPANSULE 10MG | 89.0% | 93.1% |
| 00007351320 | 2005 | DEXEDRINE SPANSULE 10MG | 90.0% | 94.5% |
| 00007351420 | 1999 | DEXEDRINE SPANSULE 15MG | 95.6% | 96.7% |
| 00007351420 | 2000 | DEXEDRINE SPANSULE 15MG | 94.6% | 96.1% |
| 00007351420 | 2001 | DEXEDRINE SPANSULE 15MG | 94.5% | 96.2% |
| 00007351420 | 2002 | DEXEDRINE SPANSULE 15MG | 66.1% | 68.7% |
| 00007351420 | 2003 | DEXEDRINE SPANSULE 15MG | 87.0% | 91.3% |
| 00007351420 | 2004 | DEXEDRINE SPANSULE 15MG | 91.4% | 94.5% |
| 00007351420 | 2005 | DEXEDRINE SPANSULE 15MG | 92.2% | 95.6% |
| 00007351220 | 1999 | DEXEDRINE SPANSULE 5MG | 93.8% | 95.6% |
| 00007351220 | 2000 | DEXEDRINE SPANSULE 5MG | 88.1% | 90.6% |
| 00007351220 | 2001 | DEXEDRINE SPANSULE 5MG | 86.9% | 90.0% |
| 00007351220 | 2002 | DEXEDRINE SPANSULE 5MG | 70.5% | 75.4% |
| 00007351220 | 2003 | DEXEDRINE SPANSULE 5MG | 48.9%* | 55.5% |
| 00007351220 | 2004 | DEXEDRINE SPANSULE 5MG | 87.6% | 91.8% |
| 00007351220 | 2005 | DEXEDRINE SPANSULE 5MG | 62.7% | 67.0% |
| 00007365022 | 1997 | DYAZIDE 37.5/25 CAPSULE | 97.2% | 98.7% |
| 00007365022 | 1998 | DYAZIDE 37.5/25 CAPSULE | 98.4% | 99.3% |
| 00007365022 | 1999 | DYAZIDE 37.5/25 CAPSULE | 99.3% | 99.8% |
| 00007365022 | 2000 | DYAZIDE 37.5/25 CAPSULE | 98.7% | 99.6% |
| 00007365022 | 2001 | DYAZIDE 37.5/25 CAPSULE | 85.8% | 86.6% |
| 00007365022 | 2002 | DYAZIDE 37.5/25 CAPSULE | 98.2% | 99.1% |
| 00007365022 | 2003 | DYAZIDE 37.5/25 CAPSULE | 80.0% | 81.0% |
| 00007365022 | 2004 | DYAZIDE 37.5/25 CAPSULE | 97.0% | 98.2% |
| 00007365022 | 2005 | DYAZIDE 37.5/25 CAPSULE | 86.6% | 86.8% |
| 00007365030 | 1997 | DYAZIDE 37.5/25 CAPSULE | 96.3% | 98.3% |
| 00007365030 | 1998 | DYAZIDE 37.5/25 CAPSULE | 88.2% | 89.6% |
| 00007365030 | 1999 | DYAZIDE 37.5/25 CAPSULE | 88.8% | 92.4% |
| 00007365030 | 2000 | DYAZIDE 37.5/25 CAPSULE | 85.3% | 93.3% |
| 00007365030 | 2001 | DYAZIDE 37.5/25 CAPSULE | 82.3% | 88.9% |
| 00007365030 | 2002 | DYAZIDE 37.5/25 CAPSULE | 92.7% | 98.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007365030 | 2003 | DYAZIDE 37.5/25 CAPSULE | 88.7% | 98.3% |
| 00007365030 | 2004 | DYAZIDE 37.5/25 CAPSULE | 98.7% | 99.2% |
| 00007365030 | 2005 | DYAZIDE 37.5/25 CAPSULE | 99.4% | 99.4% |
| 00173047100 | 1997 | EPIVIR 10MG/ML ORAL SOLN | 84.4% | 90.8% |
| 00173047100 | 1998 | EPIVIR 10MG/ML ORAL SOLN | 89.6% | 92.8% |
| 00173047100 | 1999 | EPIVIR 10MG/ML ORAL SOLN | 88.6% | 92.0% |
| 00173047100 | 2000 | EPIVIR 10MG/ML ORAL SOLN | 89.1% | 92.2% |
| 00173047100 | 2001 | EPIVIR 10MG/ML ORAL SOLN | 89.3% | 92.4% |
| 00173047100 | 2002 | EPIVIR 10MG/ML ORAL SOLN | 87.8% | 91.7% |
| 00173047100 | 2003 | EPIVIR 10MG/ML ORAL SOLN | 86.7% | 91.4% |
| 00173047100 | 2004 | EPIVIR 10MG/ML ORAL SOLN | 88.7% | 92.2% |
| 00173047100 | 2005 | EPIVIR 10MG/ML ORAL SOLN | 86.8% | 91.2% |
| 00173047001 | 1997 | EPIVIR 150MG TABLET | 79.9% | 85.0% |
| 00173047001 | 1998 | EPIVIR 150MG TABLET | 78.8% | 83.0% |
| 00173047001 | 1999 | EPIVIR 150MG TABLET | 76.9% | 81.7% |
| 00173047001 | 2000 | EPIVIR 150MG TABLET | 77.7% | 82.8% |
| 00173047001 | 2001 | EPIVIR 150MG TABLET | 76.0% | 81.0% |
| 00173047001 | 2002 | EPIVIR 150MG TABLET | 77.9% | 83.7% |
| 00173047001 | 2003 | EPIVIR 150MG TABLET | 76.6% | 82.7% |
| 00173047001 | 2004 | EPIVIR 150MG TABLET | 75.8% | 82.0% |
| 00173047001 | 2005 | EPIVIR 150MG TABLET | 74.7% | 81.2% |
| 00173071400 | 2002 | EPIVIR 300 MG TABLET | 97.8% | 98.2% |
| 00173071400 | 2003 | EPIVIR 300 MG TABLET | 82.3% | 86.5% |
| 00173071400 | 2004 | EPIVIR 300 MG TABLET | 77.6% | 83.5% |
| 00173071400 | 2005 | EPIVIR 300 MG TABLET | 76.1% | 82.5% |
| 00173066200 | 1998 | EPIVIR HBV 100MG TABLET | 100.0% | 100.0% |
| 00173066200 | 1999 | EPIVIR HBV 100MG TABLET | 61.7% | 64.0% |
| 00173066200 | 2000 | EPIVIR HBV 100MG TABLET | 96.6% | 97.6% |
| 00173066200 | 2001 | EPIVIR HBV 100MG TABLET | 95.3% | 96.7% |
| 00173066200 | 2002 | EPIVIR HBV 100MG TABLET | 94.8% | 96.1% |
| 00173066200 | 2003 | EPIVIR HBV 100MG TABLET | 91.5% | 93.8% |
| 00173066200 | 2004 | EPIVIR HBV 100MG TABLET | 92.1% | 95.1% |
| 00173066200 | 2005 | EPIVIR HBV 100MG TABLET | 86.3% | 90.1% |
| 00173066300 | 1999 | EPIVIR HBV 25MG/5ML SOLN | 68.7% | 77.7% |
| 00173066300 | 2000 | EPIVIR HBV 25MG/5ML SOLN | 83.6% | 89.4% |
| 00173066300 | 2001 | EPIVIR HBV 25MG/5ML SOLN | 86.7% | 91.3% |
| 00173066300 | 2002 | EPIVIR HBV 25MG/5ML SOLN | 92.0% | 95.1% |
| 00173066300 | 2003 | EPIVIR HBV 25MG/5ML SOLN | 90.8% | 94.5% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173066300 | 2004 | EPIVIR HBV 25MG/5ML SOLN | 89.9% | 94.9% |
| 00173066300 | 2005 | EPIVIR HBV 25MG/5ML SOLN | 89.4% | 93.9% |
| 00007400720 | 1997 | ESKALITH 300MG CAPSULE | 99.2% | 99.4% |
| 00007400720 | 1998 | ESKALITH 300MG CAPSULE | 98.5% | 98.9% |
| 00007400720 | 1999 | ESKALITH 300MG CAPSULE | 98.1% | 98.6% |
| 00007400720 | 2000 | ESKALITH 300MG CAPSULE | 99.0% | 99.3% |
| 00007400720 | 2001 | ESKALITH 300MG CAPSULE | 97.4% | 98.3% |
| 00007400720 | 2002 | ESKALITH 300MG CAPSULE | 95.4% | 96.1% |
| 00007400720 | 2003 | ESKALITH 300MG CAPSULE | 85.9% | 94.1% |
| 00007400720 | 2004 | ESKALITH 300MG CAPSULE | 91.0% | 93.9% |
| 00007400720 | 2005 | ESKALITH 300MG CAPSULE | 93.6% | 95.3% |
| 00007401020 | 1997 | ESKALITH CR 450MG TABLET SA | 91.7% | 93.2% |
| 00007401020 | 1998 | ESKALITH CR 450MG TABLET SA | 90.2% | 91.9% |
| 00007401020 | 1999 | ESKALITH CR 450MG TABLET SA | 92.5% | 94.0% |
| 00007401020 | 2000 | ESKALITH CR 450MG TABLET SA | 92.1% | 93.8% |
| 00007401020 | 2001 | ESKALITH CR 450MG TABLET SA | 91.4% | 93.1% |
| 00007401020 | 2002 | ESKALITH CR 450MG TABLET SA | 90.0% | 92.2% |
| 00007401020 | 2003 | ESKALITH CR 450MG TABLET SA | 87.7% | 90.7% |
| 00007401020 | 2004 | ESKALITH CR 450MG TABLET SA | 55.1% | 59.0% |
| 00007401020 | 2005 | ESKALITH CR 450MG TABLET SA | 24.4%* | 26.8% |
| 00173045301 | 1997 | FLONASE 0.05% NASAL SPRAY | 92.3% | 93.2% |
| 00173045301 | 1998 | FLONASE 0.05% NASAL SPRAY | 84.2% | 86.0% |
| 00173045301 | 1999 | FLONASE 0.05% NASAL SPRAY | 49.6%* | 51.3% |
| 00173045301 | 2000 | FLONASE 0.05% NASAL SPRAY | 76.5% | 81.6% |
| 00173045301 | 2001 | FLONASE 0.05% NASAL SPRAY | 71.9% | 82.3% |
| 00173045301 | 2002 | FLONASE 0.05% NASAL SPRAY | 67.7% | 77.3% |
| 00173045301 | 2003 | FLONASE 0.05% NASAL SPRAY | 72.3% | 78.8% |
| 00173045301 | 2004 | FLONASE 0.05% NASAL SPRAY | 68.6% | 75.1% |
| 00173045301 | 2005 | FLONASE 0.05% NASAL SPRAY | 75.5% | 81.7% |
| 00173050900 | 1998 | FLOVENT 100MCG ROTADISK | 78.8% | 80.4% |
| 00173050900 | 1999 | FLOVENT 100MCG ROTADISK | 50.7% | 51.5% |
| 00173050900 | 2000 | FLOVENT 100MCG ROTADISK | 89.0% | 90.5% |
| 00173050900 | 2001 | FLOVENT 100MCG ROTADISK | 84.6% | 85.4% |
| 00173050900 | 2002 | FLOVENT 100MCG ROTADISK | 80.4% | 81.1% |
| 00173050900 | 2003 | FLOVENT 100MCG ROTADISK | 63.3% | 64.5% |
| 00173050900 | 2004 | FLOVENT 100MCG ROTADISK | 75.4% | 76.5% |
| 00173050900 | 2005 | FLOVENT 100MCG ROTADISK | 75.0% | 88.9% |
| 00173049400 | 1997 | FLOVENT 110MCG INHALER | 88.7% | 89.6% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173049400 | 1998 | FLOVENT 110MCG INHALER | 79.2% | 80.8% |
| 00173049400 | 1999 | FLOVENT 110MCG INHALER | 49.5%* | 51.2% |
| 00173049400 | 2000 | FLOVENT 110MCG INHALER | 78.5% | 81.4% |
| 00173049400 | 2001 | FLOVENT 110MCG INHALER | 75.7% | 79.0% |
| 00173049400 | 2002 | FLOVENT 110MCG INHALER | 70.5% | 73.6% |
| 00173049400 | 2003 | FLOVENT 110MCG INHALER | 69.9% | 73.2% |
| 00173049400 | 2004 | FLOVENT 110MCG INHALER | 68.7% | 72.3% |
| 00173049400 | 2005 | FLOVENT 110MCG INHALER | 44.8%* | 47.8% |
| 00173049500 | 1997 | FLOVENT 220MCG INHALER | 84.0% | 85.6% |
| 00173049500 | 1998 | FLOVENT 220MCG INHALER | 72.2% | 75.1% |
| 00173049500 | 1999 | FLOVENT 220MCG INHALER | 45.0%* | 47.5% |
| 00173049500 | 2000 | FLOVENT 220MCG INHALER | 66.1% | 70.0% |
| 00173049500 | 2001 | FLOVENT 220MCG INHALER | 64.3% | 69.1% |
| 00173049500 | 2002 | FLOVENT 220MCG INHALER | 57.4% | 62.3% |
| 00173049500 | 2003 | FLOVENT 220MCG INHALER | 57.2% | 62.7% |
| 00173049500 | 2004 | FLOVENT 220MCG INHALER | 56.0% | 62.1% |
| 00173049500 | 2005 | FLOVENT 220MCG INHALER | 15.0%* | 17.6% |
| 00173050400 | 1998 | FLOVENT 250MCG ROTADISK | 71.1% | 71.9% |
| 00173050400 | 1999 | FLOVENT 250MCG ROTADISK | 80.8% | 82.2% |
| 00173050400 | 2000 | FLOVENT 250MCG ROTADISK | 88.8% | 89.8% |
| 00173050400 | 2001 | FLOVENT 250MCG ROTADISK | 81.8% | 83.8% |
| 00173050400 | 2002 | FLOVENT 250MCG ROTADISK | 75.6% | 77.6% |
| 00173050400 | 2003 | FLOVENT 250MCG ROTADISK | 55.4% | 57.6% |
| 00173050400 | 2004 | FLOVENT 250MCG ROTADISK | 70.1% | 72.2% |
| 00173050400 | 2005 | FLOVENT 250MCG ROTADISK | 100.0% | 100.0% |
| 00173049100 | 1997 | FLOVENT 44MCG INHALER | 91.5% | 92.2% |
| 00173049100 | 1998 | FLOVENT 44MCG INHALER | 85.4% | 86.7% |
| 00173049100 | 1999 | FLOVENT 44MCG INHALER | 50.9% | 52.0% |
| 00173049100 | 2000 | FLOVENT 44MCG INHALER | 82.9% | 85.1% |
| 00173049100 | 2001 | FLOVENT 44MCG INHALER | 79.1% | 82.0% |
| 00173049100 | 2002 | FLOVENT 44MCG INHALER | 73.8% | 76.9% |
| 00173049100 | 2003 | FLOVENT 44MCG INHALER | 72.8% | 75.2% |
| 00173049100 | 2004 | FLOVENT 44MCG INHALER | 72.1% | 75.1% |
| 00173049100 | 2005 | FLOVENT 44MCG INHALER | 57.0% | 59.9% |
| 00173051100 | 1998 | FLOVENT 50 MCG ROTADISK | 63.5% | 64.9% |
| 00173051100 | 1999 | FLOVENT 50 MCG ROTADISK | 65.3% | 66.1% |
| 00173051100 | 2000 | FLOVENT 50 MCG ROTADISK | 86.4% | 87.5% |
| 00173051100 | 2001 | FLOVENT 50 MCG ROTADISK | 87.1% | 87.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173051100 | 2002 | FLOVENT 50 MCG ROTADISK | 82.1% | 82.7% |
| 00173051100 | 2003 | FLOVENT 50 MCG ROTADISK | 67.4% | 68.7% |
| 00173051100 | 2004 | FLOVENT 50 MCG ROTADISK | 77.1% | 78.0% |
| 00173051100 | 2005 | FLOVENT 50 MCG ROTADISK | 100.0% | 100.0% |
| 00007420105 | 1997 | HYCAMTIN 4MG VIAL | 100.0% | 100.0% |
| 00007420105 | 1998 | HYCAMTIN 4MG VIAL | 100.0% | 100.0% |
| 00007420105 | 1999 | HYCAMTIN 4MG VIAL | 99.8% | 99.8% |
| 00007420105 | 2000 | HYCAMTIN 4MG VIAL | 96.3% | 98.7% |
| 00007420105 | 2001 | HYCAMTIN 4MG VIAL | 95.1% | 97.3% |
| 00007420105 | 2002 | HYCAMTIN 4MG VIAL | 88.5% | 91.1% |
| 00007420105 | 2003 | HYCAMTIN 4MG VIAL | 79.6% | 83.1% |
| 00007420105 | 2004 | HYCAMTIN 4MG VIAL | 51.3% | 56.1% |
| 00007420105 | 2005 | HYCAMTIN 4MG VIAL | 48.7%* | 54.1% |
| 00173045003 | 2000 | IMITREX 100MG TABLET | 94.0% | 94.3% |
| 00173045003 | 2001 | IMITREX 100MG TABLET | 89.0% | 89.6% |
| 00173045003 | 2002 | IMITREX 100MG TABLET | 84.9% | 85.9% |
| 00173045003 | 2003 | IMITREX 100MG TABLET | 83.1% | 84.1% |
| 00173045003 | 2004 | IMITREX 100MG TABLET | 13.0%* | 17.5% |
| 00173045003 | 2005 | IMITREX 100MG TABLET | 0.0%* | 0.0% |
| 00173073701 | 2004 | IMITREX 100MG TABLET | 81.9% | 82.8% |
| 00173073701 | 2005 | IMITREX 100MG TABLET | 86.6% | 87.6% |
| 00173052300 | 1997 | IMITREX 20MG NASAL SPRAY | 94.0% | 94.2% |
| 00173052300 | 1998 | IMITREX 20MG NASAL SPRAY | 88.9% | 89.9% |
| 00173052300 | 1999 | IMITREX 20MG NASAL SPRAY | 60.6% | 61.5% |
| 00173052300 | 2000 | IMITREX 20MG NASAL SPRAY | 86.2% | 87.9% |
| 00173052300 | 2001 | IMITREX 20MG NASAL SPRAY | 84.6% | 86.3% |
| 00173052300 | 2002 | IMITREX 20MG NASAL SPRAY | 81.5% | 83.2% |
| 00173052300 | 2003 | IMITREX 20MG NASAL SPRAY | 79.2% | 80.9% |
| 00173052300 | 2004 | IMITREX 20MG NASAL SPRAY | 76.8% | 78.5% |
| 00173052300 | 2005 | IMITREX 20MG NASAL SPRAY | 82.8% | 84.4% |
| 00173073500 | 2004 | IMITREX 25 MG TABLET | 75.6% | 78.2% |
| 00173073500 | 2005 | IMITREX 25 MG TABLET | 82.8% | 85.5% |
| 00173046002 | 1997 | IMITREX 25MG TABLET | 92.4% | 93.3% |
| 00173046002 | 1998 | IMITREX 25MG TABLET | 86.9% | 88.7% |
| 00173046002 | 1999 | IMITREX 25MG TABLET | 80.7% | 82.9% |
| 00173046002 | 2000 | IMITREX 25MG TABLET | 82.8% | 85.4% |
| 00173046002 | 2001 | IMITREX 25MG TABLET | 80.7% | 83.9% |
| 00173046002 | 2002 | IMITREX 25MG TABLET | 76.2% | 79.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173046002 | 2003 | IMITREX 25MG TABLET | 74.4% | 78.4% |
| 00173046002 | 2004 | IMITREX 25MG TABLET | 38.6%* | 56.6% |
| 00173046002 | 2005 | IMITREX 25MG TABLET | 94.1% | 95.8% |
| 00173045900 | 1997 | IMITREX 50MG TABLET | 91.7% | 92.5% |
| 00173045900 | 1998 | IMITREX 50MG TABLET | 86.2% | 87.6% |
| 00173045900 | 1999 | IMITREX 50MG TABLET | 84.4% | 85.5% |
| 00173045900 | 2000 | IMITREX 50MG TABLET | 87.4% | 89.0% |
| 00173045900 | 2001 | IMITREX 50MG TABLET | 83.4% | 85.4% |
| 00173045900 | 2002 | IMITREX 50MG TABLET | 78.7% | 81.1% |
| 00173045900 | 2003 | IMITREX 50MG TABLET | 75.7% | 78.9% |
| 00173045900 | 2004 | IMITREX 50MG TABLET | 20.7%* | 30.4% |
| 00173045900 | 2005 | IMITREX 50MG TABLET | 25.0%* | 27.2% |
| 00173073601 | 2004 | IMITREX 50MG TABLET | 77.9% | 80.2% |
| 00173073601 | 2005 | IMITREX 50MG TABLET | 81.4% | 84.1% |
| 00173052400 | 1997 | IMITREX 5MG NASAL SPRAY | 99.5% | 99.7% |
| 00173052400 | 1998 | IMITREX 5MG NASAL SPRAY | 81.5% | 83.3% |
| 00173052400 | 1999 | IMITREX 5MG NASAL SPRAY | 72.8% | 74.4% |
| 00173052400 | 2000 | IMITREX 5MG NASAL SPRAY | 85.6% | 87.4% |
| 00173052400 | 2001 | IMITREX 5MG NASAL SPRAY | 80.5% | 82.8% |
| 00173052400 | 2002 | IMITREX 5MG NASAL SPRAY | 77.6% | 79.6% |
| 00173052400 | 2003 | IMITREX 5MG NASAL SPRAY | 76.5% | 78.7% |
| 00173052400 | 2004 | IMITREX 5MG NASAL SPRAY | 76.2% | 78.1% |
| 00173052400 | 2005 | IMITREX 5MG NASAL SPRAY | 80.4% | 82.6% |
| 00173047800 | 1997 | IMITREX 6MG/0.5ML KIT REFLL | 88.5% | 89.8% |
| 00173047800 | 1998 | IMITREX 6MG/0.5ML KIT REFLL | 83.5% | 85.6% |
| 00173047800 | 1999 | IMITREX 6MG/0.5ML KIT REFLL | 84.6% | 87.1% |
| 00173047800 | 2000 | IMITREX 6MG/0.5ML KIT REFLL | 85.7% | 88.0% |
| 00173047800 | 2001 | IMITREX 6MG/0.5ML KIT REFLL | 80.4% | 83.2% |
| 00173047800 | 2002 | IMITREX 6MG/0.5ML KIT REFLL | 77.9% | 80.4% |
| 00173047800 | 2003 | IMITREX 6MG/0.5ML KIT REFLL | 75.9% | 78.4% |
| 00173047800 | 2004 | IMITREX 6MG/0.5ML KIT REFLL | 74.2% | 76.6% |
| 00173047800 | 2005 | IMITREX 6MG/0.5ML KIT REFLL | 79.5% | 82.1% |
| 00173047900 | 1997 | IMITREX 6MG/0.5ML SYRNG KIT | 89.0% | 90.4% |
| 00173047900 | 1998 | IMITREX 6MG/0.5ML SYRNG KIT | 81.0% | 84.0% |
| 00173047900 | 1999 | IMITREX 6MG/0.5ML SYRNG KIT | 81.1% | 84.2% |
| 00173047900 | 2000 | IMITREX 6MG/0.5ML SYRNG KIT | 84.1% | 87.3% |
| 00173047900 | 2001 | IMITREX 6MG/0.5ML SYRNG KIT | 80.5% | 83.7% |
| 00173047900 | 2002 | IMITREX 6MG/0.5ML SYRNG KIT | 78.0% | 80.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173047900 | 2003 | IMITREX 6MG/0.5ML SYRNG KIT | 74.0% | 76.9% |
| 00173047900 | 2004 | IMITREX 6MG/0.5ML SYRNG KIT | 73.4% | 76.0% |
| 00173047900 | 2005 | IMITREX 6MG/0.5ML SYRNG KIT | 79.1% | 81.8% |
| 00173064255 | 1997 | LAMICTAL 100MG TABLET | 93.8% | 94.9% |
| 00173064255 | 1998 | LAMICTAL 100MG TABLET | 92.7% | 94.0% |
| 00173064255 | 1999 | LAMICTAL 100MG TABLET | 52.4% | 53.5% |
| 00173064255 | 2000 | LAMICTAL 100MG TABLET | 89.0% | 91.1% |
| 00173064255 | 2001 | LAMICTAL 100MG TABLET | 87.2% | 89.4% |
| 00173064255 | 2002 | LAMICTAL 100MG TABLET | 90.5% | 92.8% |
| 00173064255 | 2003 | LAMICTAL 100MG TABLET | 84.2% | 86.7% |
| 00173064255 | 2004 | LAMICTAL 100MG TABLET | 85.3% | 88.0% |
| 00173064255 | 2005 | LAMICTAL 100MG TABLET | 90.1% | 92.4% |
| 00173064360 | 1997 | LAMICTAL 150MG TABLET | 93.9% | 95.0% |
| 00173064360 | 1998 | LAMICTAL 150MG TABLET | 92.5% | 94.0% |
| 00173064360 | 1999 | LAMICTAL 150MG TABLET | 51.3% | 52.3% |
| 00173064360 | 2000 | LAMICTAL 150MG TABLET | 89.7% | 92.0% |
| 00173064360 | 2001 | LAMICTAL 150MG TABLET | 88.8% | 90.6% |
| 00173064360 | 2002 | LAMICTAL 150MG TABLET | 89.8% | 92.1% |
| 00173064360 | 2003 | LAMICTAL 150MG TABLET | 83.5% | 86.1% |
| 00173064360 | 2004 | LAMICTAL 150MG TABLET | 85.3% | 87.7% |
| 00173064360 | 2005 | LAMICTAL 150MG TABLET | 91.6% | 93.7% |
| 00173064460 | 1997 | LAMICTAL 200MG TABLET | 94.1% | 95.2% |
| 00173064460 | 1998 | LAMICTAL 200MG TABLET | 92.5% | 93.8% |
| 00173064460 | 1999 | LAMICTAL 200MG TABLET | 35.6%* | 36.2% |
| 00173064460 | 2000 | LAMICTAL 200MG TABLET | 90.9% | 92.8% |
| 00173064460 | 2001 | LAMICTAL 200MG TABLET | 90.1% | 91.9% |
| 00173064460 | 2002 | LAMICTAL 200MG TABLET | 90.5% | 92.5% |
| 00173064460 | 2003 | LAMICTAL 200MG TABLET | 85.4% | 87.8% |
| 00173064460 | 2004 | LAMICTAL 200MG TABLET | 87.2% | 89.5% |
| 00173064460 | 2005 | LAMICTAL 200MG TABLET | 92.0% | 94.2% |
| 00173052700 | 1998 | LAMICTAL 25MG DISPER TABLET | 99.9% | 99.9% |
| 00173052700 | 1999 | LAMICTAL 25MG DISPER TABLET | 90.8% | 92.2% |
| 00173052700 | 2000 | LAMICTAL 25MG DISPER TABLET | 94.3% | 95.0% |
| 00173052700 | 2001 | LAMICTAL 25MG DISPER TABLET | 92.5% | 93.5% |
| 00173052700 | 2002 | LAMICTAL 25MG DISPER TABLET | 93.9% | 95.0% |
| 00173052700 | 2003 | LAMICTAL 25MG DISPER TABLET | 90.1% | 91.8% |
| 00173052700 | 2004 | LAMICTAL 25MG DISPER TABLET | 90.0% | 91.5% |
| 00173052700 | 2005 | LAMICTAL 25MG DISPER TABLET | 91.3% | 92.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173063302 | 1997 | LAMICTAL 25MG TABLET | 93.7% | 94.8% |
| 00173063302 | 1998 | LAMICTAL 25MG TABLET | 92.6% | 93.9% |
| 00173063302 | 1999 | LAMICTAL 25MG TABLET | 48.8%* | 49.8% |
| 00173063302 | 2000 | LAMICTAL 25MG TABLET | 88.3% | 90.6% |
| 00173063302 | 2001 | LAMICTAL 25MG TABLET | 87.3% | 89.5% |
| 00173063302 | 2002 | LAMICTAL 25MG TABLET | 89.0% | 91.5% |
| 00173063302 | 2003 | LAMICTAL 25MG TABLET | 82.0% | 84.8% |
| 00173063302 | 2004 | LAMICTAL 25MG TABLET | 80.5% | 83.8% |
| 00173063302 | 2005 | LAMICTAL 25MG TABLET | 87.5% | 90.4% |
| 00173052600 | 1998 | LAMICTAL 5MG DISPER TABLET | 99.8% | 99.8% |
| 00173052600 | 1999 | LAMICTAL 5MG DISPER TABLET | 88.1% | 89.5% |
| 00173052600 | 2000 | LAMICTAL 5MG DISPER TABLET | 94.1% | 95.1% |
| 00173052600 | 2001 | LAMICTAL 5MG DISPER TABLET | 91.4% | 93.2% |
| 00173052600 | 2002 | LAMICTAL 5MG DISPER TABLET | 93.9% | 95.4% |
| 00173052600 | 2003 | LAMICTAL 5MG DISPER TABLET | 91.2% | 92.9% |
| 00173052600 | 2004 | LAMICTAL 5MG DISPER TABLET | 90.8% | 92.7% |
| 00173052600 | 2005 | LAMICTAL 5MG DISPER TABLET | 91.5% | 93.6% |
| 00173024255 | 1997 | LANOXIN 125MCG TABLET | 37.0%* | 50.0% |
| 00173024255 | 1998 | LANOXIN 125MCG TABLET | 60.4% | 72.6% |
| 00173024255 | 1999 | LANOXIN 125MCG TABLET | 72.7% | 80.3% |
| 00173024255 | 2000 | LANOXIN 125MCG TABLET | 62.6% | 71.9% |
| 00173024255 | 2001 | LANOXIN 125MCG TABLET | 51.3% | 64.7% |
| 00173024255 | 2002 | LANOXIN 125MCG TABLET | 62.4% | 71.0% |
| 00173024255 | 2003 | LANOXIN 125MCG TABLET | 58.4% | 67.0% |
| 00173024255 | 2004 | LANOXIN 125MCG TABLET | 55.2% | 75.3% |
| 00173024255 | 2005 | LANOXIN 125MCG TABLET | 52.8% | 61.3% |
| 00173024275 | 1997 | LANOXIN 125MCG TABLET | 84.7% | 88.9% |
| 00173024275 | 1998 | LANOXIN 125MCG TABLET | 86.1% | 90.8% |
| 00173024275 | 1999 | LANOXIN 125MCG TABLET | 82.7% | 86.5% |
| 00173024275 | 2000 | LANOXIN 125MCG TABLET | 84.7% | 89.6% |
| 00173024275 | 2001 | LANOXIN 125MCG TABLET | 84.5% | 90.4% |
| 00173024275 | 2002 | LANOXIN 125MCG TABLET | 68.6% | 76.5% |
| 00173024275 | 2003 | LANOXIN 125MCG TABLET | 70.9% | 85.7% |
| 00173024275 | 2004 | LANOXIN 125MCG TABLET | 64.9% | 83.4% |
| 00173024275 | 2005 | LANOXIN 125MCG TABLET | 60.7% | 82.3% |
| 00173024955 | 1997 | LANOXIN 250MCG TABLET | 37.4% | 50.1% |
| 00173024955 | 1998 | LANOXIN 250MCG TABLET | 73.8% | 83.0% |
| 00173024955 | 1999 | LANOXIN 250MCG TABLET | 64.2% | 73.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173024955 | 2000 | LANOXIN 250MCG TABLET | 45.8% | 55.4% |
| 00173024955 | 2001 | LANOXIN 250MCG TABLET | 37.8% | 51.6% |
| 00173024955 | 2002 | LANOXIN 250MCG TABLET | 62.9% | 73.0% |
| 00173024955 | 2003 | LANOXIN 250MCG TABLET | 58.0% | 70.6% |
| 00173024955 | 2004 | LANOXIN 250MCG TABLET | 55.9% | 65.9% |
| 00173024955 | 2005 | LANOXIN 250MCG TABLET | 57.7% | 66.6% |
| 00173024975 | 1997 | LANOXIN 250MCG TABLET | 56.7% | 65.6% |
| 00173024975 | 1998 | LANOXIN 250MCG TABLET | 70.3% | 81.5% |
| 00173024975 | 1999 | LANOXIN 250MCG TABLET | 57.5% | 65.7% |
| 00173024975 | 2000 | LANOXIN 250MCG TABLET | 54.3% | 65.6% |
| 00173024975 | 2001 | LANOXIN 250MCG TABLET | 58.1% | 70.0% |
| 00173024975 | 2002 | LANOXIN 250MCG TABLET | 49.4%* | 62.3% |
| 00173024975 | 2003 | LANOXIN 250MCG TABLET | 48.1%* | 69.7% |
| 00173024975 | 2004 | LANOXIN 250MCG TABLET | 47.6%* | 69.8% |
| 00173024975 | 2005 | LANOXIN 250MCG TABLET | 36.8%* | 58.6% |
| 00173024980 | 1997 | LANOXIN 250MCG TABLET | 89.6% | 92.1% |
| 00173024980 | 1998 | LANOXIN 250MCG TABLET | 93.6% | 96.8% |
| 00173024980 | 1999 | LANOXIN 250MCG TABLET | 92.5% | 94.9% |
| 00173024980 | 2000 | LANOXIN 250MCG TABLET | 96.2% | 97.5% |
| 00173024980 | 2001 | LANOXIN 250MCG TABLET | 89.8% | 93.7% |
| 00173024980 | 2002 | LANOXIN 250MCG TABLET | 83.5% | 91.9% |
| 00173024980 | 2003 | LANOXIN 250MCG TABLET | 85.5% | 97.5% |
| 00173024980 | 2004 | LANOXIN 250MCG TABLET | 76.0% | 95.0% |
| 00173024980 | 2005 | LANOXIN 250MCG TABLET | 73.7% | 95.5% |
| 00173026427 | 1997 | LANOXIN 50MCG/ML ELIXIR | 34.5% | 36.4% |
| 00173026427 | 1998 | LANOXIN 50MCG/ML ELIXIR | 62.9% | 67.3% |
| 00173026427 | 1999 | LANOXIN 50MCG/ML ELIXIR | 56.3% | 60.0% |
| 00173026427 | 2000 | LANOXIN 50MCG/ML ELIXIR | 77.8% | 80.3% |
| 00173026427 | 2001 | LANOXIN 50MCG/ML ELIXIR | 83.5% | 86.0% |
| 00173026427 | 2002 | LANOXIN 50MCG/ML ELIXIR | 76.5% | 78.8% |
| 00173026427 | 2003 | LANOXIN 50MCG/ML ELIXIR | 82.0% | 84.6% |
| 00173026427 | 2004 | LANOXIN 50MCG/ML ELIXIR | 81.7% | 84.2% |
| 00173026427 | 2005 | LANOXIN 50MCG/ML ELIXIR | 53.7% | 55.3% |
| 00173063535 | 1997 | LEUKERAN 2MG TABLET | 91.7% | 93.6% |
| 00173063535 | 1998 | LEUKERAN 2MG TABLET | 91.2% | 93.5% |
| 00173063535 | 1999 | LEUKERAN 2MG TABLET | 91.2% | 93.7% |
| 00173063535 | 2000 | LEUKERAN 2MG TABLET | 91.9% | 94.2% |
| 00173063535 | 2001 | LEUKERAN 2MG TABLET | 89.6% | 92.1% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|-----|------|-------------|--------------------------------|---------------------------------|
| 00173063535 | 2002 | LEUKERAN 2MG TABLET | 88.3% | 91.4% |
| 00173063535 | 2003 | LEUKERAN 2MG TABLET | 88.7% | 91.6% |
| 00173063535 | 2004 | LEUKERAN 2MG TABLET | 90.8% | 93.6% |
| 00173063535 | 2005 | LEUKERAN 2MG TABLET | 90.9% | 93.3% |
| 00173069000 | 2000 | LOTRONEX 1MG TABLET | 95.2% | 95.9% |
| 00173069000 | 2001 | LOTRONEX 1MG TABLET | 13.0% | 13.8% |
| 00173069000 | 2002 | LOTRONEX 1MG TABLET | 100.0% | 100.0% |
| 00173069005 | 2002 | LOTRONEX 1MG TABLET | 100.0% | 100.0% |
| 00173069005 | 2003 | LOTRONEX 1MG TABLET | 99.3% | 99.6% |
| 00173069005 | 2004 | LOTRONEX 1MG TABLET | 99.1% | 99.5% |
| 00173069005 | 2005 | LOTRONEX 1MG TABLET | 100.0% | 100.0% |
| 00173066518 | 1997 | MEPRON 750MG/5ML SUSPENSION | 84.1% | 86.5% |
| 00173066518 | 1998 | MEPRON 750MG/5ML SUSPENSION | 80.6% | 83.3% |
| 00173066518 | 1999 | MEPRON 750MG/5ML SUSPENSION | 80.1% | 83.6% |
| 00173066518 | 2000 | MEPRON 750MG/5ML SUSPENSION | 81.6% | 85.3% |
| 00173066518 | 2001 | MEPRON 750MG/5ML SUSPENSION | 76.5% | 80.5% |
| 00173066518 | 2002 | MEPRON 750MG/5ML SUSPENSION | 79.3% | 83.7% |
| 00173066518 | 2003 | MEPRON 750MG/5ML SUSPENSION | 81.8% | 86.7% |
| 00173066518 | 2004 | MEPRON 750MG/5ML SUSPENSION | 82.5% | 87.0% |
| 00173066518 | 2005 | MEPRON 750MG/5ML SUSPENSION | 83.7% | 88.3% |
| 00007447120 | 1997 | PARNATE 10MG TABLET | 96.2% | 97.1% |
| 00007447120 | 1998 | PARNATE 10MG TABLET | 77.1% | 78.6% |
| 00007447120 | 1999 | PARNATE 10MG TABLET | 96.2% | 97.2% |
| 00007447120 | 2000 | PARNATE 10MG TABLET | 95.0% | 96.1% |
| 00007447120 | 2001 | PARNATE 10MG TABLET | 94.7% | 96.0% |
| 00007447120 | 2002 | PARNATE 10MG TABLET | 94.6% | 96.1% |
| 00007447120 | 2003 | PARNATE 10MG TABLET | 95.0% | 96.6% |
| 00007447120 | 2004 | PARNATE 10MG TABLET | 96.7% | 98.0% |
| 00007447120 | 2005 | PARNATE 10MG TABLET | 99.8% | 99.8% |
| 00029321013 | 1997 | PAXIL 10MG TABLET | 97.6% | 97.8% |
| 00029321013 | 1998 | PAXIL 10MG TABLET | 87.4% | 87.9% |
| 00029321013 | 1999 | PAXIL 10MG TABLET | 87.3% | 88.0% |
| 00029321013 | 2000 | PAXIL 10MG TABLET | 87.2% | 88.1% |
| 00029321013 | 2001 | PAXIL 10MG TABLET | 82.1% | 83.1% |
| 00029321013 | 2002 | PAXIL 10MG TABLET | 81.3% | 82.3% |
| 00029321013 | 2003 | PAXIL 10MG TABLET | 69.2% | 71.0% |
| 00029321013 | 2004 | PAXIL 10MG TABLET | 24.5%* | 25.9% |
| 00029321013 | 2005 | PAXIL 10MG TABLET | 49.6%* | 51.3% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029321548 | 1998 | PAXIL 10MG/5ML SUSPENSION | 97.0% | 97.2% |
| 00029321548 | 1999 | PAXIL 10MG/5ML SUSPENSION | 91.3% | 91.9% |
| 00029321548 | 2000 | PAXIL 10MG/5ML SUSPENSION | 90.7% | 91.2% |
| 00029321548 | 2001 | PAXIL 10MG/5ML SUSPENSION | 78.2% | 78.7% |
| 00029321548 | 2002 | PAXIL 10MG/5ML SUSPENSION | 79.9% | 80.5% |
| 00029321548 | 2003 | PAXIL 10MG/5ML SUSPENSION | 63.3% | 64.7% |
| 00029321548 | 2004 | PAXIL 10MG/5ML SUSPENSION | 57.0% | 59.4% |
| 00029321548 | 2005 | PAXIL 10MG/5ML SUSPENSION | 93.0% | 93.7% |
| 00029321113 | 1997 | PAXIL 20MG TABLET | 87.6% | 91.1% |
| 00029321113 | 1998 | PAXIL 20MG TABLET | 88.8% | 92.1% |
| 00029321113 | 1999 | PAXIL 20MG TABLET | 81.9% | 85.3% |
| 00029321113 | 2000 | PAXIL 20MG TABLET | 81.6% | 85.2% |
| 00029321113 | 2001 | PAXIL 20MG TABLET | 78.2% | 81.2% |
| 00029321113 | 2002 | PAXIL 20MG TABLET | 75.9% | 78.8% |
| 00029321113 | 2003 | PAXIL 20MG TABLET | 71.2% | 74.7% |
| 00029321113 | 2004 | PAXIL 20MG TABLET | 73.1% | 75.1% |
| 00029321113 | 2005 | PAXIL 20MG TABLET | 95.4% | 97.0% |
| 00029321120 | 1997 | PAXIL 20MG TABLET | 94.1% | 95.3% |
| 00029321120 | 1998 | PAXIL 20MG TABLET | 93.1% | 94.7% |
| 00029321120 | 1999 | PAXIL 20MG TABLET | 93.2% | 95.2% |
| 00029321120 | 2000 | PAXIL 20MG TABLET | 83.9% | 85.8% |
| 00029321120 | 2001 | PAXIL 20MG TABLET | 81.5% | 83.4% |
| 00029321120 | 2002 | PAXIL 20MG TABLET | 79.3% | 81.4% |
| 00029321120 | 2003 | PAXIL 20MG TABLET | 68.7% | 72.0% |
| 00029321120 | 2004 | PAXIL 20MG TABLET | 10.9%* | 12.4% |
| 00029321120 | 2005 | PAXIL 20MG TABLET | 73.8% | 78.5% |
| 00029321213 | 1997 | PAXIL 30MG TABLET | 92.3% | 93.6% |
| 00029321213 | 1998 | PAXIL 30MG TABLET | 90.8% | 92.5% |
| 00029321213 | 1999 | PAXIL 30MG TABLET | 91.4% | 93.2% |
| 00029321213 | 2000 | PAXIL 30MG TABLET | 83.3% | 85.2% |
| 00029321213 | 2001 | PAXIL 30MG TABLET | 79.4% | 81.2% |
| 00029321213 | 2002 | PAXIL 30MG TABLET | 77.6% | 80.0% |
| 00029321213 | 2003 | PAXIL 30MG TABLET | 65.9% | 69.5% |
| 00029321213 | 2004 | PAXIL 30MG TABLET | 13.0% | 14.2% |
| 00029321213 | 2005 | PAXIL 30MG TABLET | 82.1% | 84.3% |
| 00029321313 | 1997 | PAXIL 40MG TABLET | 90.8% | 92.2% |
| 00029321313 | 1998 | PAXIL 40MG TABLET | 86.9% | 88.8% |
| 00029321313 | 1999 | PAXIL 40MG TABLET | 84.8% | 87.3% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00029321313 | 2000 | PAXIL 40MG TABLET | 77.2% | 79.9% |
| 00029321313 | 2001 | PAXIL 40MG TABLET | 35.2%* | 36.9% |
| 00029321313 | 2002 | PAXIL 40MG TABLET | 73.7% | 77.0% |
| 00029321313 | 2003 | PAXIL 40MG TABLET | 64.7% | 69.3% |
| 00029321313 | 2004 | PAXIL 40MG TABLET | 12.3%* | 13.8% |
| 00029321313 | 2005 | PAXIL 40MG TABLET | 92.2% | 94.5% |
| 00029320613 | 2002 | PAXIL CR 12.5MG TABLET | 84.4% | 84.7% |
| 00029320613 | 2003 | PAXIL CR 12.5MG TABLET | 79.9% | 80.7% |
| 00029320613 | 2004 | PAXIL CR 12.5MG TABLET | 78.3% | 79.2% |
| 00029320613 | 2005 | PAXIL CR 12.5MG TABLET | 84.1% | 85.3% |
| 00029320713 | 2002 | PAXIL CR 25MG TABLET | 84.6% | 84.9% |
| 00029320713 | 2003 | PAXIL CR 25MG TABLET | 80.9% | 81.6% |
| 00029320713 | 2004 | PAXIL CR 25MG TABLET | 79.5% | 80.3% |
| 00029320713 | 2005 | PAXIL CR 25MG TABLET | 84.6% | 85.9% |
| 00029320813 | 2002 | PAXIL CR 37.5MG TABLET | 84.9% | 85.1% |
| 00029320813 | 2003 | PAXIL CR 37.5MG TABLET | 80.3% | 81.2% |
| 00029320813 | 2004 | PAXIL CR 37.5MG TABLET | 79.0% | 80.2% |
| 00029320813 | 2005 | PAXIL CR 37.5MG TABLET | 83.0% | 85.1% |
| 00173080725 | 1997 | PURINETHOL 50MG TABLET | 96.8% | 97.6% |
| 00173080725 | 1998 | PURINETHOL 50MG TABLET | 97.1% | 98.0% |
| 00173080725 | 1999 | PURINETHOL 50MG TABLET | 96.9% | 98.0% |
| 00173080725 | 2000 | PURINETHOL 50MG TABLET | 97.1% | 98.1% |
| 00173080725 | 2001 | PURINETHOL 50MG TABLET | 97.1% | 98.0% |
| 00173080725 | 2002 | PURINETHOL 50MG TABLET | 96.6% | 97.6% |
| 00173080725 | 2003 | PURINETHOL 50MG TABLET | 96.1% | 97.1% |
| 00173080765 | 1997 | PURINETHOL 50MG TABLET | 86.2% | 90.1% |
| 00173080765 | 1998 | PURINETHOL 50MG TABLET | 87.8% | 92.0% |
| 00173080765 | 1999 | PURINETHOL 50MG TABLET | 86.6% | 91.5% |
| 00173080765 | 2000 | PURINETHOL 50MG TABLET | 88.2% | 92.4% |
| 00173080765 | 2001 | PURINETHOL 50MG TABLET | 84.4% | 89.0% |
| 00173080765 | 2002 | PURINETHOL 50MG TABLET | 66.0% | 69.9% |
| 00173080765 | 2003 | PURINETHOL 50MG TABLET | 86.3% | 90.0% |
| 00029485120 | 1997 | RELAFEN 500MG TABLET | 95.3% | 96.2% |
| 00029485120 | 1998 | RELAFEN 500MG TABLET | 87.2% | 88.1% |
| 00029485120 | 1999 | RELAFEN 500MG TABLET | 88.8% | 89.8% |
| 00029485120 | 2000 | RELAFEN 500MG TABLET | 86.0% | 89.2% |
| 00029485120 | 2001 | RELAFEN 500MG TABLET | 38.2%* | 58.6% |
| 00029485120 | 2002 | RELAFEN 500MG TABLET | 4.9%* | 29.4% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|-----|------|-------------|---------------------------------------------|-----------------------------------------------|
| 00029485120 | 2003 | RELAFEN 500MG TABLET | 17.9%* | 65.0% |
| 00029485120 | 2004 | RELAFEN 500MG TABLET | 79.7% | 87.4% |
| 00029485120 | 2005 | RELAFEN 500MG TABLET | 84.3% | 92.1% |
| 00029485220 | 1997 | RELAFEN 750MG TABLET | 97.5% | 97.8% |
| 00029485220 | 1998 | RELAFEN 750MG TABLET | 98.0% | 98.3% |
| 00029485220 | 1999 | RELAFEN 750MG TABLET | 98.0% | 98.4% |
| 00029485220 | 2000 | RELAFEN 750MG TABLET | 97.1% | 97.7% |
| 00029485220 | 2001 | RELAFEN 750MG TABLET | 84.9% | 85.6% |
| 00029485220 | 2002 | RELAFEN 750MG TABLET | 71.6% | 79.0% |
| 00029485220 | 2003 | RELAFEN 750MG TABLET | 35.8%* | 39.7% |
| 00029485220 | 2004 | RELAFEN 750MG TABLET | 61.4% | 71.8% |
| 00029485220 | 2005 | RELAFEN 750MG TABLET | 89.1% | 94.8% |
| 00173068101 | 1999 | RELENZA 5 MG DISKHALER | 88.8% | 89.6% |
| 00173068101 | 2000 | RELENZA 5 MG DISKHALER | 99.5% | 99.7% |
| 00173068101 | 2001 | RELENZA 5 MG DISKHALER | 32.8%* | 36.9% |
| 00173068101 | 2002 | RELENZA 5 MG DISKHALER | 71.0% | 88.5% |
| 00173068101 | 2003 | RELENZA 5 MG DISKHALER | 66.3% | 67.6% |
| 00173068101 | 2004 | RELENZA 5 MG DISKHALER | 84.1% | 85.3% |
| 00173068101 | 2005 | RELENZA 5 MG DISKHALER | 2.2%* | 3.4% |
| 00007489020 | 1997 | REQUIP 0.25MG TABLET | 99.6% | 99.7% |
| 00007489020 | 1998 | REQUIP 0.25MG TABLET | 96.4% | 97.0% |
| 00007489020 | 1999 | REQUIP 0.25MG TABLET | 94.2% | 95.3% |
| 00007489020 | 2000 | REQUIP 0.25MG TABLET | 92.7% | 94.3% |
| 00007489020 | 2001 | REQUIP 0.25MG TABLET | 92.1% | 94.1% |
| 00007489020 | 2002 | REQUIP 0.25MG TABLET | 89.5% | 92.4% |
| 00007489020 | 2003 | REQUIP 0.25MG TABLET | 73.5% | 77.1% |
| 00007489020 | 2004 | REQUIP 0.25MG TABLET | 76.8% | 79.5% |
| 00007489020 | 2005 | REQUIP 0.25MG TABLET | 80.2% | 82.6% |
| 00007489120 | 1997 | REQUIP 0.5MG TABLET | 99.4% | 99.6% |
| 00007489120 | 1998 | REQUIP 0.5MG TABLET | 96.0% | 96.7% |
| 00007489120 | 1999 | REQUIP 0.5MG TABLET | 94.1% | 95.1% |
| 00007489120 | 2000 | REQUIP 0.5MG TABLET | 94.1% | 95.4% |
| 00007489120 | 2001 | REQUIP 0.5MG TABLET | 95.0% | 96.4% |
| 00007489120 | 2002 | REQUIP 0.5MG TABLET | 91.8% | 94.0% |
| 00007489120 | 2003 | REQUIP 0.5MG TABLET | 77.9% | 81.2% |
| 00007489120 | 2004 | REQUIP 0.5MG TABLET | 79.0% | 81.6% |
| 00007489120 | 2005 | REQUIP 0.5MG TABLET | 90.6% | 93.4% |
| 00007489220 | 1997 | REQUIP 1MG TABLET | 99.9% | 99.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007489220 | 1998 | REQUIP 1MG TABLET | 97.7% | 98.1% |
| 00007489220 | 1999 | REQUIP 1MG TABLET | 95.4% | 96.3% |
| 00007489220 | 2000 | REQUIP 1MG TABLET | 94.1% | 95.5% |
| 00007489220 | 2001 | REQUIP 1MG TABLET | 92.8% | 94.7% |
| 00007489220 | 2002 | REQUIP 1MG TABLET | 90.8% | 94.0% |
| 00007489220 | 2003 | REQUIP 1MG TABLET | 76.3% | 80.7% |
| 00007489220 | 2004 | REQUIP 1MG TABLET | 76.2% | 80.1% |
| 00007489220 | 2005 | REQUIP 1MG TABLET | 78.1% | 81.5% |
| 00007489320 | 1997 | REQUIP 2MG TABLET | 99.9% | 99.9% |
| 00007489320 | 1998 | REQUIP 2MG TABLET | 96.3% | 97.1% |
| 00007489320 | 1999 | REQUIP 2MG TABLET | 95.7% | 96.6% |
| 00007489320 | 2000 | REQUIP 2MG TABLET | 93.1% | 94.5% |
| 00007489320 | 2001 | REQUIP 2MG TABLET | 93.4% | 95.1% |
| 00007489320 | 2002 | REQUIP 2MG TABLET | 89.2% | 92.4% |
| 00007489320 | 2003 | REQUIP 2MG TABLET | 77.0% | 82.1% |
| 00007489320 | 2004 | REQUIP 2MG TABLET | 76.2% | 80.4% |
| 00007489320 | 2005 | REQUIP 2MG TABLET | 74.9% | 79.3% |
| 00007489520 | 2001 | REQUIP 3MG TABLET | 98.9% | 99.2% |
| 00007489520 | 2002 | REQUIP 3MG TABLET | 96.2% | 96.8% |
| 00007489520 | 2003 | REQUIP 3MG TABLET | 94.9% | 95.8% |
| 00007489520 | 2004 | REQUIP 3MG TABLET | 93.8% | 95.0% |
| 00007489520 | 2005 | REQUIP 3MG TABLET | 94.4% | 95.9% |
| 00007489620 | 1999 | REQUIP 4MG TABLET | 99.8% | 99.9% |
| 00007489620 | 2000 | REQUIP 4MG TABLET | 91.2% | 93.5% |
| 00007489620 | 2001 | REQUIP 4MG TABLET | 97.8% | 98.3% |
| 00007489620 | 2002 | REQUIP 4MG TABLET | 94.3% | 95.3% |
| 00007489620 | 2003 | REQUIP 4MG TABLET | 90.9% | 92.7% |
| 00007489620 | 2004 | REQUIP 4MG TABLET | 92.1% | 93.4% |
| 00007489620 | 2005 | REQUIP 4MG TABLET | 93.6% | 95.3% |
| 00007489420 | 1997 | REQUIP 5MG TABLET | 99.8% | 99.8% |
| 00007489420 | 1998 | REQUIP 5MG TABLET | 95.6% | 96.4% |
| 00007489420 | 1999 | REQUIP 5MG TABLET | 95.7% | 96.7% |
| 00007489420 | 2000 | REQUIP 5MG TABLET | 93.2% | 94.6% |
| 00007489420 | 2001 | REQUIP 5MG TABLET | 81.3% | 84.5% |
| 00007489420 | 2002 | REQUIP 5MG TABLET | 90.0% | 92.2% |
| 00007489420 | 2003 | REQUIP 5MG TABLET | 84.5% | 87.6% |
| 00007489420 | 2004 | REQUIP 5MG TABLET | 86.4% | 89.1% |
| 00007489420 | 2005 | REQUIP 5MG TABLET | 79.6% | 81.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173010855 | 1997 | RETROVIR 100MG CAPSULE | 72.1% | 76.7% |
| 00173010855 | 1998 | RETROVIR 100MG CAPSULE | 76.8% | 80.1% |
| 00173010855 | 1999 | RETROVIR 100MG CAPSULE | 78.6% | 82.0% |
| 00173010855 | 2000 | RETROVIR 100MG CAPSULE | 81.4% | 85.0% |
| 00173010855 | 2001 | RETROVIR 100MG CAPSULE | 82.6% | 86.4% |
| 00173010855 | 2002 | RETROVIR 100MG CAPSULE | 81.5% | 85.7% |
| 00173010855 | 2003 | RETROVIR 100MG CAPSULE | 82.7% | 86.6% |
| 00173010855 | 2004 | RETROVIR 100MG CAPSULE | 82.4% | 86.3% |
| 00173010855 | 2005 | RETROVIR 100MG CAPSULE | 81.9% | 86.2% |
| 00173011318 | 1997 | RETROVIR 10MG/ML SYRUP | 87.5% | 91.7% |
| 00173011318 | 1998 | RETROVIR 10MG/ML SYRUP | 88.9% | 92.2% |
| 00173011318 | 1999 | RETROVIR 10MG/ML SYRUP | 89.4% | 92.0% |
| 00173011318 | 2000 | RETROVIR 10MG/ML SYRUP | 91.3% | 93.3% |
| 00173011318 | 2001 | RETROVIR 10MG/ML SYRUP | 92.4% | 94.4% |
| 00173011318 | 2002 | RETROVIR 10MG/ML SYRUP | 91.1% | 93.5% |
| 00173011318 | 2003 | RETROVIR 10MG/ML SYRUP | 91.1% | 93.5% |
| 00173011318 | 2004 | RETROVIR 10MG/ML SYRUP | 90.6% | 93.1% |
| 00173011318 | 2005 | RETROVIR 10MG/ML SYRUP | 89.7% | 92.5% |
| 00173050100 | 1997 | RETROVIR 300MG TABLET | 82.4% | 86.1% |
| 00173050100 | 1998 | RETROVIR 300MG TABLET | 78.4% | 82.8% |
| 00173050100 | 1999 | RETROVIR 300MG TABLET | 80.1% | 83.6% |
| 00173050100 | 2000 | RETROVIR 300MG TABLET | 81.0% | 85.0% |
| 00173050100 | 2001 | RETROVIR 300MG TABLET | 81.0% | 85.1% |
| 00173050100 | 2002 | RETROVIR 300MG TABLET | 74.0% | 79.5% |
| 00173050100 | 2003 | RETROVIR 300MG TABLET | 74.6% | 80.2% |
| 00173050100 | 2004 | RETROVIR 300MG TABLET | 73.2% | 79.1% |
| 00173050100 | 2005 | RETROVIR 300MG TABLET | 71.6% | 78.3% |
| 00173010793 | 1997 | RETROVIR IV INFUSION VIAL | 80.7% | 88.6% |
| 00173010793 | 1998 | RETROVIR IV INFUSION VIAL | 95.7% | 96.5% |
| 00173010793 | 1999 | RETROVIR IV INFUSION VIAL | 86.9% | 90.1% |
| 00173010793 | 2000 | RETROVIR IV INFUSION VIAL | 94.6% | 95.4% |
| 00173010793 | 2001 | RETROVIR IV INFUSION VIAL | 95.7% | 97.1% |
| 00173010793 | 2002 | RETROVIR IV INFUSION VIAL | 91.2% | 93.8% |
| 00173010793 | 2003 | RETROVIR IV INFUSION VIAL | 96.8% | 97.6% |
| 00173010793 | 2004 | RETROVIR IV INFUSION VIAL | 95.9% | 97.0% |
| 00173010793 | 2005 | RETROVIR IV INFUSION VIAL | 94.7% | 96.5% |
| 00173046400 | 1997 | SEREVENT 21MCG INHALER | 88.6% | 90.0% |
| 00173046400 | 1998 | SEREVENT 21MCG INHALER | 83.6% | 85.8% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173046400 | 1999 | SEREVENT 21MCG INHALER | 73.9% | 76.6% |
| 00173046400 | 2000 | SEREVENT 21MCG INHALER | 78.5% | 81.9% |
| 00173046400 | 2001 | SEREVENT 21MCG INHALER | 72.0% | 76.5% |
| 00173046400 | 2002 | SEREVENT 21MCG INHALER | 63.2% | 67.8% |
| 00173046400 | 2003 | SEREVENT 21MCG INHALER | 44.5%* | 49.0% |
| 00173046400 | 2004 | SEREVENT 21MCG INHALER | 20.9% | 23.2% |
| 00173046400 | 2005 | SEREVENT 21MCG INHALER | 100.0% | 100.0% |
| 00173046500 | 1997 | SEREVENT 21MCG INHLR REFILL | 94.1% | 94.6% |
| 00173046500 | 1998 | SEREVENT 21MCG INHLR REFILL | 90.5% | 91.1% |
| 00173046500 | 1999 | SEREVENT 21MCG INHLR REFILL | 83.1% | 83.5% |
| 00173046500 | 2000 | SEREVENT 21MCG INHLR REFILL | 89.3% | 89.9% |
| 00173046500 | 2001 | SEREVENT 21MCG INHLR REFILL | 85.7% | 86.4% |
| 00173046500 | 2002 | SEREVENT 21MCG INHLR REFILL | 80.3% | 81.6% |
| 00173046500 | 2003 | SEREVENT 21MCG INHLR REFILL | 11.6%* | 12.4% |
| 00173046500 | 2004 | SEREVENT 21MCG INHLR REFILL | 50.0% | 55.3% |
| 00173052100 | 1997 | SEREVENT DISKUS 50MCG | 100.0% | 100.0% |
| 00173052100 | 1998 | SEREVENT DISKUS 50MCG | 86.1% | 86.7% |
| 00173052100 | 1999 | SEREVENT DISKUS 50MCG | 88.6% | 89.0% |
| 00173052100 | 2000 | SEREVENT DISKUS 50MCG | 90.5% | 90.9% |
| 00173052100 | 2001 | SEREVENT DISKUS 50MCG | 86.5% | 87.3% |
| 00173052100 | 2002 | SEREVENT DISKUS 50MCG | 79.2% | 80.4% |
| 00173052100 | 2003 | SEREVENT DISKUS 50MCG | 63.9% | 68.6% |
| 00173052100 | 2004 | SEREVENT DISKUS 50MCG | 58.7% | 64.6% |
| 00173052100 | 2005 | SEREVENT DISKUS 50MCG | 65.3% | 70.8% |
| 00108490420 | 1997 | STELAZINE 2MG TABLET | 92.4% | 94.9% |
| 00108490420 | 1998 | STELAZINE 2MG TABLET | 94.2% | 95.9% |
| 00108490420 | 1999 | STELAZINE 2MG TABLET | 96.4% | 97.5% |
| 00108490420 | 2000 | STELAZINE 2MG TABLET | 97.3% | 98.1% |
| 00108490420 | 2001 | STELAZINE 2MG TABLET | 97.7% | 98.4% |
| 00108490420 | 2002 | STELAZINE 2MG TABLET | 92.1% | 93.8% |
| 00108490420 | 2003 | STELAZINE 2MG TABLET | 96.6% | 97.8% |
| 00108490201 | 1997 | STELAZINE 2MG/ML VIAL | 56.9% | 59.1% |
| 00108490201 | 1998 | STELAZINE 2MG/ML VIAL | 84.1% | 86.5% |
| 00108490201 | 1999 | STELAZINE 2MG/ML VIAL | 50.2% | 52.3% |
| 00108490201 | 2000 | STELAZINE 2MG/ML VIAL | 88.2% | 90.8% |
| 00108490201 | 2001 | STELAZINE 2MG/ML VIAL | 30.4%* | 31.9% |
| 00108490201 | 2002 | STELAZINE 2MG/ML VIAL | 31.3%* | 33.5% |
| 00108490201 | 2003 | STELAZINE 2MG/ML VIAL | 27.6% | 28.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173045402 | 1997 | TEMOVATE EMOLLIENT 0.05% CRM | 85.0% | 88.4% |
| 00173045402 | 1998 | TEMOVATE EMOLLIENT 0.05% CRM | 83.1% | 86.8% |
| 00173045402 | 1999 | TEMOVATE EMOLLIENT 0.05% CRM | 78.1% | 83.7% |
| 00173045402 | 2000 | TEMOVATE EMOLLIENT 0.05% CRM | 47.8%* | 67.0% |
| 00173045402 | 2001 | TEMOVATE EMOLLIENT 0.05% CRM | 0.0% | 0.0% |
| 00173045402 | 2002 | TEMOVATE EMOLLIENT 0.05% CRM | 100.0% | 100.0% |
| 00173045403 | 1997 | TEMOVATE EMOLLIENT 0.05% CRM | 90.5% | 91.8% |
| 00173045403 | 1998 | TEMOVATE EMOLLIENT 0.05% CRM | 87.8% | 89.4% |
| 00173045403 | 1999 | TEMOVATE EMOLLIENT 0.05% CRM | 86.4% | 88.9% |
| 00173045403 | 2000 | TEMOVATE EMOLLIENT 0.05% CRM | 51.8% | 75.6% |
| 00173045403 | 2001 | TEMOVATE EMOLLIENT 0.05% CRM | 0.0%* | 0.0% |
| 00173045403 | 2002 | TEMOVATE EMOLLIENT 0.05% CRM | 0.0%* | 0.0% |
| 00173088025 | 1997 | THIOGUANINE TABLOID 40MG TB | 70.2% | 73.6% |
| 00173088025 | 1998 | THIOGUANINE TABLOID 40MG TB | 69.7% | 74.4% |
| 00173088025 | 1999 | THIOGUANINE TABLOID 40MG TB | 68.7% | 75.0% |
| 00173088025 | 2000 | THIOGUANINE TABLOID 40MG TB | 75.0% | 79.7% |
| 00173088025 | 2001 | THIOGUANINE TABLOID 40MG TB | 75.2% | 79.0% |
| 00173088025 | 2002 | THIOGUANINE TABLOID 40MG TB | 75.4% | 78.3% |
| 00173088025 | 2003 | THIOGUANINE TABLOID 40MG TB | 80.1% | 83.1% |
| 00173088025 | 2004 | THIOGUANINE TABLOID 40MG TB | 78.3% | 81.5% |
| 00173088025 | 2005 | THIOGUANINE TABLOID 40MG TB | 78.6% | 82.7% |
| 00007507103 | 1997 | THORAZINE 100MG SUPPOSITORY | 97.2% | 97.7% |
| 00007507103 | 1998 | THORAZINE 100MG SUPPOSITORY | 94.0% | 95.1% |
| 00007507103 | 1999 | THORAZINE 100MG SUPPOSITORY | 87.9% | 89.0% |
| 00007507103 | 2000 | THORAZINE 100MG SUPPOSITORY | 94.7% | 95.5% |
| 00007507103 | 2001 | THORAZINE 100MG SUPPOSITORY | 76.7% | 78.3% |
| 00007507103 | 2002 | THORAZINE 100MG SUPPOSITORY | 75.6% | 78.0% |
| 00007507103 | 2003 | THORAZINE 100MG SUPPOSITORY | 69.6% | 72.8% |
| 00007507720 | 1997 | THORAZINE 100MG TABLET | 97.1% | 97.9% |
| 00007507720 | 1998 | THORAZINE 100MG TABLET | 96.7% | 97.8% |
| 00007507720 | 1999 | THORAZINE 100MG TABLET | 97.2% | 98.1% |
| 00007507720 | 2000 | THORAZINE 100MG TABLET | 90.2% | 91.4% |
| 00007507720 | 2001 | THORAZINE 100MG TABLET | 97.4% | 98.2% |
| 00007507720 | 2002 | THORAZINE 100MG TABLET | 96.4% | 97.4% |
| 00007507720 | 2003 | THORAZINE 100MG TABLET | 73.6% | 81.7% |
| 00007507244 | 1997 | THORAZINE 10MG/5ML SYRUP | 88.3% | 89.1% |
| 00007507244 | 1998 | THORAZINE 10MG/5ML SYRUP | 97.4% | 98.1% |
| 00007507244 | 1999 | THORAZINE 10MG/5ML SYRUP | 85.7% | 86.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007507244 | 2000 | THORAZINE 10MG/5ML SYRUP | 95.8% | 96.5% |
| 00007507244 | 2001 | THORAZINE 10MG/5ML SYRUP | 81.9% | 83.2% |
| 00007507244 | 2002 | THORAZINE 10MG/5ML SYRUP | 89.2% | 90.1% |
| 00007507244 | 2003 | THORAZINE 10MG/5ML SYRUP | 70.8% | 72.4% |
| 00007507920 | 1997 | THORAZINE 200MG TABLET | 95.1% | 96.6% |
| 00007507920 | 1998 | THORAZINE 200MG TABLET | 97.6% | 98.3% |
| 00007507920 | 1999 | THORAZINE 200MG TABLET | 97.3% | 98.1% |
| 00007507920 | 2000 | THORAZINE 200MG TABLET | 87.9% | 89.6% |
| 00007507920 | 2001 | THORAZINE 200MG TABLET | 96.8% | 97.8% |
| 00007507920 | 2002 | THORAZINE 200MG TABLET | 98.4% | 99.0% |
| 00007507930 | 1997 | THORAZINE 200MG TABLET | 60.1% | 82.0% |
| 00007507930 | 1998 | THORAZINE 200MG TABLET | 90.8% | 93.2% |
| 00007507930 | 1999 | THORAZINE 200MG TABLET | 100.0% | 100.0% |
| 00007507930 | 2000 | THORAZINE 200MG TABLET | 100.0% | 100.0% |
| 00007507420 | 1997 | THORAZINE 25MG TABLET | 97.8% | 98.5% |
| 00007507420 | 1998 | THORAZINE 25MG TABLET | 98.1% | 98.7% |
| 00007507420 | 1999 | THORAZINE 25MG TABLET | 98.5% | 98.9% |
| 00007507420 | 2000 | THORAZINE 25MG TABLET | 88.7% | 89.5% |
| 00007507420 | 2001 | THORAZINE 25MG TABLET | 96.5% | 97.5% |
| 00007507420 | 2002 | THORAZINE 25MG TABLET | 96.7% | 97.7% |
| 00007507430 | 1997 | THORAZINE 25MG TABLET | 72.7% | 88.4% |
| 00007507430 | 1998 | THORAZINE 25MG TABLET | 62.4% | 69.1% |
| 00007507430 | 1999 | THORAZINE 25MG TABLET | 72.0% | 79.4% |
| 00007507430 | 2000 | THORAZINE 25MG TABLET | 33.3%* | 41.6% |
| 00007506201 | 1997 | THORAZINE 25MG/ML VIAL | 82.3% | 84.1% |
| 00007506201 | 1998 | THORAZINE 25MG/ML VIAL | 94.1% | 95.8% |
| 00007506201 | 1999 | THORAZINE 25MG/ML VIAL | 85.7% | 87.6% |
| 00007506201 | 2000 | THORAZINE 25MG/ML VIAL | 97.5% | 98.2% |
| 00007506201 | 2001 | THORAZINE 25MG/ML VIAL | 73.3% | 74.9% |
| 00007506201 | 2002 | THORAZINE 25MG/ML VIAL | 78.7% | 80.1% |
| 00007506201 | 2003 | THORAZINE 25MG/ML VIAL | 81.7% | 83.3% |
| 00007506201 | 2004 | THORAZINE 25MG/ML VIAL | 100.0% | 100.0% |
| 00007504744 | 1997 | THORAZINE 30MG/ML LIQ CONC | 83.2% | 87.4% |
| 00007504744 | 1998 | THORAZINE 30MG/ML LIQ CONC | 0.0% | 0.0% |
| 00007507620 | 1997 | THORAZINE 50MG TABLET | 97.2% | 98.1% |
| 00007507620 | 1998 | THORAZINE 50MG TABLET | 98.2% | 98.8% |
| 00007507620 | 1999 | THORAZINE 50MG TABLET | 98.4% | 98.9% |
| 00007507620 | 2000 | THORAZINE 50MG TABLET | 98.5% | 98.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00007507620 | 2001 | THORAZINE 50MG TABLET | 98.1% | 98.7% |
| 00007507620 | 2002 | THORAZINE 50MG TABLET | 94.2% | 95.3% |
| 00007507620 | 2003 | THORAZINE 50MG TABLET | 72.7% | 74.6% |
| 00007507630 | 1997 | THORAZINE 50MG TABLET | 69.5% | 84.3% |
| 00007507630 | 1998 | THORAZINE 50MG TABLET | 81.4% | 86.3% |
| 00007507630 | 1999 | THORAZINE 50MG TABLET | 74.3% | 82.0% |
| 00007507630 | 2000 | THORAZINE 50MG TABLET | 100.0% | 100.0% |
| 00173069100 | 2000 | TRIZIVIR TABLET | 93.1% | 95.2% |
| 00173069100 | 2001 | TRIZIVIR TABLET | 83.0% | 86.3% |
| 00173069100 | 2002 | TRIZIVIR TABLET | 79.4% | 83.7% |
| 00173069100 | 2003 | TRIZIVIR TABLET | 80.7% | 84.5% |
| 00173069100 | 2004 | TRIZIVIR TABLET | 80.0% | 84.3% |
| 00173069100 | 2005 | TRIZIVIR TABLET | 80.6% | 84.9% |
| 00173069120 | 2004 | TRIZIVIR TABLET | 95.8% | 96.9% |
| 00173069120 | 2005 | TRIZIVIR TABLET | 58.2% | 61.9% |
| 00173056502 | 2001 | VALTREX 1GM CAPLET | 99.9% | 99.9% |
| 00173056502 | 2002 | VALTREX 1GM CAPLET | 85.1% | 86.7% |
| 00173056502 | 2003 | VALTREX 1GM CAPLET | 81.6% | 83.3% |
| 00173056502 | 2004 | VALTREX 1GM CAPLET | 80.2% | 82.1% |
| 00173056502 | 2005 | VALTREX 1GM CAPLET | 85.4% | 87.3% |
| 00173093303 | 1997 | VALTREX 500MG CAPLET | 93.8% | 94.7% |
| 00173093303 | 1998 | VALTREX 500MG CAPLET | 90.9% | 92.0% |
| 00173093303 | 1999 | VALTREX 500MG CAPLET | 58.6% | 59.5% |
| 00173093303 | 2000 | VALTREX 500MG CAPLET | 90.2% | 91.4% |
| 00173093303 | 2001 | VALTREX 500MG CAPLET | 86.6% | 87.8% |
| 00173093303 | 2002 | VALTREX 500MG CAPLET | 84.4% | 85.7% |
| 00173093303 | 2003 | VALTREX 500MG CAPLET | 80.1% | 82.1% |
| 00173093308 | 2003 | VALTREX 500MG CAPLET | 83.5% | 84.3% |
| 00173093308 | 2004 | VALTREX 500MG CAPLET | 80.4% | 81.7% |
| 00173093308 | 2005 | VALTREX 500MG CAPLET | 85.0% | 86.8% |
| 00173032198 | 1997 | VENTOLIN 90MCG INH REFILL | 97.9% | 99.0% |
| 00173032198 | 1998 | VENTOLIN 90MCG INH REFILL | 94.7% | 97.8% |
| 00173032198 | 1999 | VENTOLIN 90MCG INH REFILL | 89.4% | 94.6% |
| 00173032198 | 2000 | VENTOLIN 90MCG INH REFILL | 91.2% | 95.2% |
| 00173032198 | 2001 | VENTOLIN 90MCG INH REFILL | 94.6% | 96.1% |
| 00173032198 | 2002 | VENTOLIN 90MCG INH REFILL | 94.9% | 96.3% |
| 00173032198 | 2003 | VENTOLIN 90MCG INH REFILL | 99.1% | 99.4% |
| 00173068200 | 2002 | VENTOLIN HFA 90 MCG INHALER | 64.6% | 65.9% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173068200 | 2003 | VENTOLIN HFA 90 MCG INHALER | 98.5% | 98.9% |
| 00173068200 | 2004 | VENTOLIN HFA 90 MCG INHALER | 98.1% | 99.0% |
| 00173068200 | 2005 | VENTOLIN HFA 90 MCG INHALER | 98.3% | 98.7% |
| 00173038901 | 1997 | VENTOLIN ROTACAPS 200MCG | 91.1% | 92.4% |
| 00173038901 | 1998 | VENTOLIN ROTACAPS 200MCG | 97.4% | 98.4% |
| 00173038901 | 1999 | VENTOLIN ROTACAPS 200MCG | 95.7% | 97.3% |
| 00173038901 | 2000 | VENTOLIN ROTACAPS 200MCG | 93.6% | 96.4% |
| 00173038901 | 2001 | VENTOLIN ROTACAPS 200MCG | 88.7% | 93.6% |
| 00173038901 | 2002 | VENTOLIN ROTACAPS 200MCG | 66.7% | 75.6% |
| 00173038902 | 1997 | VENTOLIN ROTACAPS 200MCG | 91.7% | 92.9% |
| 00173038902 | 1998 | VENTOLIN ROTACAPS 200MCG | 97.9% | 98.6% |
| 00173038902 | 1999 | VENTOLIN ROTACAPS 200MCG | 97.3% | 98.0% |
| 00173038902 | 2000 | VENTOLIN ROTACAPS 200MCG | 97.8% | 98.3% |
| 00173038902 | 2001 | VENTOLIN ROTACAPS 200MCG | 96.5% | 97.4% |
| 00173038902 | 2002 | VENTOLIN ROTACAPS 200MCG | 0.0% | 0.0% |
| 00173038903 | 1997 | VENTOLIN ROTACAPS 200MCG | 71.7% | 83.8% |
| 00173038903 | 1998 | VENTOLIN ROTACAPS 200MCG | 81.4% | 90.2% |
| 00173038903 | 1999 | VENTOLIN ROTACAPS 200MCG | 0.0% | 0.0% |
| 00173038903 | 2000 | VENTOLIN ROTACAPS 200MCG | 0.0% | 0.0% |
| 00173017855 | 1997 | WELLBUTRIN 100MG TABLET | 79.2% | 82.4% |
| 00173017855 | 1998 | WELLBUTRIN 100MG TABLET | 77.0% | 81.6% |
| 00173017855 | 1999 | WELLBUTRIN 100MG TABLET | 74.4% | 79.9% |
| 00173017855 | 2000 | WELLBUTRIN 100MG TABLET | 65.5% | 73.9% |
| 00173017855 | 2001 | WELLBUTRIN 100MG TABLET | 59.1% | 67.7% |
| 00173017855 | 2002 | WELLBUTRIN 100MG TABLET | 84.7% | 89.7% |
| 00173017855 | 2003 | WELLBUTRIN 100MG TABLET | 85.8% | 91.3% |
| 00173017855 | 2004 | WELLBUTRIN 100MG TABLET | 83.7% | 88.2% |
| 00173017855 | 2005 | WELLBUTRIN 100MG TABLET | 91.7% | 94.7% |
| 00173017755 | 1997 | WELLBUTRIN 75MG TABLET | 77.2% | 80.9% |
| 00173017755 | 1998 | WELLBUTRIN 75MG TABLET | 75.5% | 80.0% |
| 00173017755 | 1999 | WELLBUTRIN 75MG TABLET | 72.2% | 77.7% |
| 00173017755 | 2000 | WELLBUTRIN 75MG TABLET | 61.7% | 69.8% |
| 00173017755 | 2001 | WELLBUTRIN 75MG TABLET | 58.9% | 67.5% |
| 00173017755 | 2002 | WELLBUTRIN 75MG TABLET | 87.4% | 91.4% |
| 00173017755 | 2003 | WELLBUTRIN 75MG TABLET | 89.3% | 93.4% |
| 00173017755 | 2004 | WELLBUTRIN 75MG TABLET | 89.2% | 91.6% |
| 00173017755 | 2005 | WELLBUTRIN 75MG TABLET | 95.8% | 97.3% |
| 00173094755 | 1997 | WELLBUTRIN SR 100MG TAB SA | 93.5% | 94.1% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173094755 | 1998 | WELLBUTRIN SR 100MG TAB SA | 79.3% | 80.6% |
| 00173094755 | 1999 | WELLBUTRIN SR 100MG TAB SA | 47.2%* | 48.4% |
| 00173094755 | 2000 | WELLBUTRIN SR 100MG TAB SA | 83.3% | 85.8% |
| 00173094755 | 2001 | WELLBUTRIN SR 100MG TAB SA | 78.7% | 81.4% |
| 00173094755 | 2002 | WELLBUTRIN SR 100MG TAB SA | 76.1% | 78.9% |
| 00173094755 | 2003 | WELLBUTRIN SR 100MG TAB SA | 67.4% | 71.2% |
| 00173094755 | 2004 | WELLBUTRIN SR 100MG TAB SA | 8.2%* | 10.2% |
| 00173094755 | 2005 | WELLBUTRIN SR 100MG TAB SA | 12.0%* | 14.3% |
| 00173013555 | 1997 | WELLBUTRIN SR 150MG TAB SA | 93.8% | 94.4% |
| 00173013555 | 1998 | WELLBUTRIN SR 150MG TAB SA | 82.6% | 83.8% |
| 00173013555 | 1999 | WELLBUTRIN SR 150MG TAB SA | 19.3%* | 19.8% |
| 00173013555 | 2000 | WELLBUTRIN SR 150MG TAB SA | 85.2% | 87.6% |
| 00173013555 | 2001 | WELLBUTRIN SR 150MG TAB SA | 81.6% | 83.9% |
| 00173013555 | 2002 | WELLBUTRIN SR 150MG TAB SA | 79.1% | 81.6% |
| 00173013555 | 2003 | WELLBUTRIN SR 150MG TAB SA | 75.3% | 77.8% |
| 00173013555 | 2004 | WELLBUTRIN SR 150MG TAB SA | 59.6% | 66.1% |
| 00173013555 | 2005 | WELLBUTRIN SR 150MG TAB SA | 11.2%* | 13.3% |
| 00173072200 | 2002 | WELLBUTRIN SR 200MG TAB SA | 83.1% | 83.4% |
| 00173072200 | 2003 | WELLBUTRIN SR 200MG TAB SA | 82.3% | 83.0% |
| 00173072200 | 2004 | WELLBUTRIN SR 200MG TAB SA | 80.0% | 80.7% |
| 00173072200 | 2005 | WELLBUTRIN SR 200MG TAB SA | 22.5%* | 24.2% |
| 00173073001 | 2003 | WELLBUTRIN XL 150MG TABLET | 83.0% | 83.3% |
| 00173073001 | 2004 | WELLBUTRIN XL 150MG TABLET | 80.5% | 81.3% |
| 00173073001 | 2005 | WELLBUTRIN XL 150MG TABLET | 84.2% | 85.5% |
| 00173073101 | 2003 | WELLBUTRIN XL 300MG TABLET | 83.4% | 83.9% |
| 00173073101 | 2004 | WELLBUTRIN XL 300MG TABLET | 81.3% | 81.9% |
| 00173073101 | 2005 | WELLBUTRIN XL 300MG TABLET | 84.8% | 86.1% |
| 00173034414 | 1997 | ZANTAC 150MG TABLET | 86.0% | 88.2% |
| 00173034414 | 1998 | ZANTAC 150MG TABLET | 81.7% | 87.7% |
| 00173034414 | 1999 | ZANTAC 150MG TABLET | 79.2% | 86.8% |
| 00173034414 | 2000 | ZANTAC 150MG TABLET | 86.9% | 90.3% |
| 00173034414 | 2001 | ZANTAC 150MG TABLET | 77.6% | 83.3% |
| 00173034414 | 2002 | ZANTAC 150MG TABLET | 90.2% | 97.7% |
| 00173034414 | 2003 | ZANTAC 150MG TABLET | 71.4% | 95.3% |
| 00173034414 | 2004 | ZANTAC 150MG TABLET | 83.3% | 86.2% |
| 00173034414 | 2005 | ZANTAC 150MG TABLET | 74.5% | 80.0% |
| 00173038354 | 1997 | ZANTAC 15MG/ML SYRUP | 60.5% | 63.3% |
| 00173038354 | 1998 | ZANTAC 15MG/ML SYRUP | 63.4% | 65.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173038354 | 1999 | ZANTAC 15MG/ML SYRUP | 64.3% | 67.2% |
| 00173038354 | 2000 | ZANTAC 15MG/ML SYRUP | 82.1% | 84.6% |
| 00173038354 | 2001 | ZANTAC 15MG/ML SYRUP | 77.5% | 79.6% |
| 00173038354 | 2002 | ZANTAC 15MG/ML SYRUP | 84.6% | 87.1% |
| 00173038354 | 2003 | ZANTAC 15MG/ML SYRUP | 78.3% | 80.6% |
| 00173038354 | 2004 | ZANTAC 15MG/ML SYRUP | 79.6% | 82.4% |
| 00173038354 | 2005 | ZANTAC 15MG/ML SYRUP | 90.0% | 92.7% |
| 00173066400 | 1999 | ZIAGEN 20 MG/ML SOLUTION | 88.0% | 90.9% |
| 00173066400 | 2000 | ZIAGEN 20 MG/ML SOLUTION | 90.8% | 93.2% |
| 00173066400 | 2001 | ZIAGEN 20 MG/ML SOLUTION | 90.3% | 93.0% |
| 00173066400 | 2002 | ZIAGEN 20 MG/ML SOLUTION | 91.8% | 94.1% |
| 00173066400 | 2003 | ZIAGEN 20 MG/ML SOLUTION | 93.0% | 94.7% |
| 00173066400 | 2004 | ZIAGEN 20 MG/ML SOLUTION | 91.8% | 94.0% |
| 00173066400 | 2005 | ZIAGEN 20 MG/ML SOLUTION | 89.8% | 92.8% |
| 00173066101 | 1999 | ZIAGEN 300MG TABLET | 84.4% | 87.0% |
| 00173066101 | 2000 | ZIAGEN 300MG TABLET | 82.1% | 85.6% |
| 00173066101 | 2001 | ZIAGEN 300MG TABLET | 77.8% | 81.7% |
| 00173066101 | 2002 | ZIAGEN 300MG TABLET | 78.3% | 82.8% |
| 00173066101 | 2003 | ZIAGEN 300MG TABLET | 78.9% | 83.5% |
| 00173066101 | 2004 | ZIAGEN 300MG TABLET | 79.4% | 84.1% |
| 00173066101 | 2005 | ZIAGEN 300MG TABLET | 76.3% | 81.8% |
| 00173044600 | 1997 | ZOFRAN 4MG TABLET | 71.8% | 75.1% |
| 00173044600 | 1998 | ZOFRAN 4MG TABLET | 69.0% | 72.8% |
| 00173044600 | 1999 | ZOFRAN 4MG TABLET | 67.7% | 72.2% |
| 00173044600 | 2000 | ZOFRAN 4MG TABLET | 75.6% | 79.0% |
| 00173044600 | 2001 | ZOFRAN 4MG TABLET | 74.9% | 77.7% |
| 00173044600 | 2002 | ZOFRAN 4MG TABLET | 71.1% | 73.7% |
| 00173044600 | 2003 | ZOFRAN 4MG TABLET | 65.9% | 68.4% |
| 00173044600 | 2004 | ZOFRAN 4MG TABLET | 64.2% | 67.0% |
| 00173044600 | 2005 | ZOFRAN 4MG TABLET | 75.0% | 78.2% |
| 00173044604 | 1997 | ZOFRAN 4MG TABLET | 91.5% | 92.6% |
| 00173044604 | 1998 | ZOFRAN 4MG TABLET | 88.7% | 89.9% |
| 00173044604 | 1999 | ZOFRAN 4MG TABLET | 88.2% | 89.9% |
| 00173044604 | 2000 | ZOFRAN 4MG TABLET | 93.9% | 94.5% |
| 00173044604 | 2001 | ZOFRAN 4MG TABLET | 91.9% | 92.3% |
| 00173044604 | 2002 | ZOFRAN 4MG TABLET | 91.2% | 91.6% |
| 00173044604 | 2003 | ZOFRAN 4MG TABLET | 88.3% | 88.7% |
| 00173044604 | 2004 | ZOFRAN 4MG TABLET | 87.4% | 87.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173044604 | 2005 | ZOFRAN 4MG TABLET | 90.7% | 91.1% |
| 00173048900 | 1997 | ZOFRAN 4MG/5ML ORAL SOLN | 87.5% | 88.8% |
| 00173048900 | 1998 | ZOFRAN 4MG/5ML ORAL SOLN | 69.1% | 72.6% |
| 00173048900 | 1999 | ZOFRAN 4MG/5ML ORAL SOLN | 59.4% | 64.5% |
| 00173048900 | 2000 | ZOFRAN 4MG/5ML ORAL SOLN | 67.2% | 71.6% |
| 00173048900 | 2001 | ZOFRAN 4MG/5ML ORAL SOLN | 70.5% | 75.2% |
| 00173048900 | 2002 | ZOFRAN 4MG/5ML ORAL SOLN | 72.7% | 77.0% |
| 00173048900 | 2003 | ZOFRAN 4MG/5ML ORAL SOLN | 70.3% | 74.2% |
| 00173048900 | 2004 | ZOFRAN 4MG/5ML ORAL SOLN | 68.1% | 72.7% |
| 00173048900 | 2005 | ZOFRAN 4MG/5ML ORAL SOLN | 64.2% | 68.1% |
| 00173044700 | 1997 | ZOFRAN 8MG TABLET | 75.8% | 79.2% |
| 00173044700 | 1998 | ZOFRAN 8MG TABLET | 72.8% | 76.8% |
| 00173044700 | 1999 | ZOFRAN 8MG TABLET | 71.3% | 76.0% |
| 00173044700 | 2000 | ZOFRAN 8MG TABLET | 75.8% | 79.8% |
| 00173044700 | 2001 | ZOFRAN 8MG TABLET | 72.9% | 77.1% |
| 00173044700 | 2002 | ZOFRAN 8MG TABLET | 70.7% | 74.6% |
| 00173044700 | 2003 | ZOFRAN 8MG TABLET | 67.0% | 71.0% |
| 00173044700 | 2004 | ZOFRAN 8MG TABLET | 65.9% | 70.6% |
| 00173044700 | 2005 | ZOFRAN 8MG TABLET | 72.8% | 78.1% |
| 00173044704 | 1997 | ZOFRAN 8MG TABLET | 94.9% | 95.4% |
| 00173044704 | 1998 | ZOFRAN 8MG TABLET | 92.2% | 92.9% |
| 00173044704 | 1999 | ZOFRAN 8MG TABLET | 91.5% | 92.6% |
| 00173044704 | 2000 | ZOFRAN 8MG TABLET | 93.5% | 94.2% |
| 00173044704 | 2001 | ZOFRAN 8MG TABLET | 91.8% | 92.6% |
| 00173044704 | 2002 | ZOFRAN 8MG TABLET | 91.4% | 92.1% |
| 00173044704 | 2003 | ZOFRAN 8MG TABLET | 88.7% | 89.4% |
| 00173044704 | 2004 | ZOFRAN 8MG TABLET | 88.1% | 88.9% |
| 00173044704 | 2005 | ZOFRAN 8MG TABLET | 91.9% | 92.6% |
| 00173056900 | 1999 | ZOFRAN ODT 4MG TABLET | 77.0% | 80.9% |
| 00173056900 | 2000 | ZOFRAN ODT 4MG TABLET | 58.0% | 62.2% |
| 00173056900 | 2001 | ZOFRAN ODT 4MG TABLET | 72.6% | 76.3% |
| 00173056900 | 2002 | ZOFRAN ODT 4MG TABLET | 63.3% | 66.3% |
| 00173056900 | 2003 | ZOFRAN ODT 4MG TABLET | 64.1% | 66.7% |
| 00173056900 | 2004 | ZOFRAN ODT 4MG TABLET | 61.4% | 64.6% |
| 00173056900 | 2005 | ZOFRAN ODT 4MG TABLET | 68.1% | 71.8% |
| 00173057000 | 1999 | ZOFRAN ODT 8MG TABLET | 70.9% | 72.8% |
| 00173057000 | 2000 | ZOFRAN ODT 8MG TABLET | 68.7% | 72.4% |
| 00173057000 | 2001 | ZOFRAN ODT 8MG TABLET | 66.9% | 70.5% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173057000 | 2002 | ZOFRAN ODT 8MG TABLET | 64.2% | 68.1% |
| 00173057000 | 2003 | ZOFRAN ODT 8MG TABLET | 71.5% | 75.0% |
| 00173057000 | 2004 | ZOFRAN ODT 8MG TABLET | 71.5% | 75.7% |
| 00173057000 | 2005 | ZOFRAN ODT 8MG TABLET | 75.6% | 80.1% |
| 00173095396 | 1997 | ZOVIRAX 200MG/5ML SUSP | 87.5% | 90.4% |
| 00173095396 | 1998 | ZOVIRAX 200MG/5ML SUSP | 82.1% | 87.0% |
| 00173095396 | 1999 | ZOVIRAX 200MG/5ML SUSP | 66.6% | 73.8% |
| 00173095396 | 2000 | ZOVIRAX 200MG/5ML SUSP | 68.3% | 75.8% |
| 00173095396 | 2001 | ZOVIRAX 200MG/5ML SUSP | 62.5% | 69.5% |
| 00173095396 | 2002 | ZOVIRAX 200MG/5ML SUSP | 60.7% | 68.2% |
| 00173095396 | 2003 | ZOVIRAX 200MG/5ML SUSP | 69.1% | 74.2% |
| 00173095396 | 2004 | ZOVIRAX 200MG/5ML SUSP | 3.2%* | 3.8% |
| 00173095396 | 2005 | ZOVIRAX 200MG/5ML SUSP | 26.5%* | 30.1% |
| 00173099394 | 1997 | ZOVIRAX 5% OINTMENT | 85.9% | 88.7% |
| 00173099394 | 1998 | ZOVIRAX 5% OINTMENT | 87.9% | 90.9% |
| 00173099394 | 1999 | ZOVIRAX 5% OINTMENT | 83.6% | 87.7% |
| 00173099394 | 2000 | ZOVIRAX 5% OINTMENT | 87.6% | 91.2% |
| 00173099394 | 2001 | ZOVIRAX 5% OINTMENT | 84.5% | 87.6% |
| 00173099394 | 2002 | ZOVIRAX 5% OINTMENT | 0.0%* | 0.0% |
| 00173099394 | 2003 | ZOVIRAX 5% OINTMENT | 0.0% | 0.0% |
| 00173099394 | 2004 | ZOVIRAX 5% OINTMENT | 0.0% | 0.0% |
| 00173099394 | 2005 | ZOVIRAX 5% OINTMENT | 0.0% | 0.0% |
| 00173055601 | 1997 | ZYBAN 150MG TABLET SA | 96.6% | 96.9% |
| 00173055601 | 1998 | ZYBAN 150MG TABLET SA | 95.7% | 96.8% |
| 00173055601 | 1999 | ZYBAN 150MG TABLET SA | 57.2% | 59.0% |
| 00173055601 | 2000 | ZYBAN 150MG TABLET SA | 90.9% | 93.6% |
| 00173055601 | 2001 | ZYBAN 150MG TABLET SA | 89.1% | 92.5% |
| 00173055601 | 2002 | ZYBAN 150MG TABLET SA | 87.2% | 91.5% |
| 00173055601 | 2003 | ZYBAN 150MG TABLET SA | 69.7% | 75.0% |
| 00173055601 | 2004 | ZYBAN 150MG TABLET SA | 57.7% | 65.0% |
| 00173055601 | 2005 | ZYBAN 150MG TABLET SA | 0.8%* | 1.0% |
| 00173055602 | 1997 | ZYBAN 150MG TABLET SA | 90.9% | 91.7% |
| 00173055602 | 1998 | ZYBAN 150MG TABLET SA | 95.1% | 96.3% |
| 00173055602 | 1999 | ZYBAN 150MG TABLET SA | 49.4%* | 51.0% |
| 00173055602 | 2000 | ZYBAN 150MG TABLET SA | 87.3% | 90.3% |
| 00173055602 | 2001 | ZYBAN 150MG TABLET SA | 86.4% | 90.5% |
| 00173055602 | 2002 | ZYBAN 150MG TABLET SA | 83.2% | 88.8% |
| 00173055602 | 2003 | ZYBAN 150MG TABLET SA | 78.5% | 84.7% |

Table D.1 continued

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC[1] | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173055602 | 2004 | ZYBAN 150MG TABLET SA | 69.6% | 77.7% |
| 00173055602 | 2005 | ZYBAN 150MG TABLET SA | 2.8%* | 3.6% |

**Table D.2: Year-by-year breakdown of alternative calculation of GSK NDCs with 50% or less of the units sold during the relevant period "at or about" WAC**

| NDC | Year | Drug detail | Percentage of sales units "at or about" WAC | Percentage of sales dollars "at or about" WAC |
|---|---|---|---|---|
| 00173042702 | 1997 | ZANTAC 150MG EFFERDOSE TAB | 47.6% | 54.6% |
| 00173042702 | 1998 | ZANTAC 150MG EFFERDOSE TAB | 53.0% | 62.9% |
| 00173042702 | 1999 | ZANTAC 150MG EFFERDOSE TAB | 45.3% | 59.7% |
| 00173042702 | 2000 | ZANTAC 150MG EFFERDOSE TAB | 55.7% | 74.0% |
| 00173042702 | 2001 | ZANTAC 150MG EFFERDOSE TAB | 32.1% | 44.6% |
| 00173042702 | 2002 | ZANTAC 150MG EFFERDOSE TAB | 48.5% | 64.4% |
| 00173042702 | 2003 | ZANTAC 150MG EFFERDOSE TAB | 46.8% | 78.4% |
| 00173042702 | 2004 | ZANTAC 150MG EFFERDOSE TAB | 2.7% | 3.0% |
| 00173042702 | 2005 | ZANTAC 150MG EFFERDOSE TAB | 60.3% | 65.0% |

# Appendix 1

**Deposition excerpts**

Cardinal Health, Inc (Neil Warren) HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          September 9, 2008
Columbus, OH

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION

PRICE LITIGATION                ) 01-CV-12257-PBS

                                )

THIS DOCUMENT RELATES TO THE    )

Consolidated New York County    )

Actions, The California Action,)

and The Iowa Action             )

- - - - - - - - - - - - - - - -


     (cross captions appear on following pages)


     "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"

   VIDEOTAPED DEPOSITION OF CARDINAL HEALTH, INC.

          by NEIL WARREN - VOLUME I

        Tuesday, September 9, 2008

          Columbus, Ohio 43215

          SUSAN L. COOTS

     REGISTERED PROFESSIONAL REPORTER

Cardinal Health, Inc (Neil Warren) HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          September 9, 2008
Columbus, OH

Page 100

1        Q.   And typically the contract price is

2    below WAC; is that correct?

3            MS. HANSEN:   Objection to form.

4        A.   Yes.

5        Q.   And so the chargeback is the difference

6    between the contract price below WAC and WAC; is

7    that correct?

8        A.   Yes.

9        Q.   And does Cardinal set that contract

10   price?

11       A.   No.

12       Q.   And that -- so is it fair to say that

13   the contract price is set between the customer

14   and the manufacturer?

15       A.   Yes.

16       Q.   And does Cardinal mark up or discount

17   that contract price?

18       A.   There's a cost of goods that's assigned

19   to each customer based on the contract between

20   the customer and Cardinal, based on the

21   relationship with us, and what they purchase and

22   things like purchase volumes, and the whole

1f24bb32-e528-47bd-bfa1-6b7378cd4cdd

Cardinal Health, Inc (Neil Warren) HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          September 9, 2008
Columbus, OH

Page 265

1      A.   Yes.

2      Q.   It's never the case that Cardinal's

3  paid more for the product than the price it's

4  selling that product to a retail pharmacy,

5  correct?

6      A.   That would be correct.

7           MS. HANSEN:  Objection to form.

8      Q.   So can we agree that the most that a

9  retail pharmacy would pay for a brand name drug

10 when Cardinal provides it is going to be the WAC

11 for that drug?

12     A.   On branded?

13          MR. SWEENEY:  Objection to form.

14          THE NOTARY:  I'm sorry.  Who's

15 speaking?

16          MR. SWEENEY:  Tom Sweeney.

17          THE NOTARY:  Thank you.

18     A.   On branded?

19     Q.   Branded.  Yes, sir.

20     A.   I can't tell you 100 percent.  It's

21 based on the customer and the criteria being a

22 Cardinal customer, what they have to do to get

1f24bb32-e528-47bd-bfa1-6b7378cd4cdd

Cardinal Health, Inc (Neil Warren) - Vol. II        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                September 10, 2008

Columbus, OH

Page 392

1        A.    That is a discussion that goes between

2    a specific customer and specific manufacturer to

3    establish a contract price on a specific product.

4    At that point, once that's negotiated, we get the

5    information of what that contract price is, and

6    we load it into our system specific to that

7    customer.  At that point, that is the price now

8    that the customer will pay when they order the

9    product.

10        Q.    And I think you called the funds that

11    you receive a chargeback; is that correct?

12        A.    That would be correct.

13        Q.    Can you explain just in a little bit

14    more detail what exactly you consider a

15    chargeback?

16        A.    The chargeback is, once we generate the

17    invoice with the contract price, it generates an

18    invoice back to the manufacturer for the

19    difference between the WAC price that Cardinal

20    paid for it, versus the contrise -- contract

21    price that the customer paid for it.  So that

22    differential, since we paid the WAC, that makes

5c3a0cfd-4482-4ee3-a18b-4fd399c04564

Cardinal Health, Inc (Neil Warren) - Vol. II        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                September 10, 2008

Columbus, OH

Page 393

1    us whole.

2        Q.   And how does Cardinal track that

3    information?

4        A.   That's through the Distrack system and

5    a couple of the finance systems.

6        Q.   So in transactions involving these

7    indirect contracts, manufacturers do know the

8    ultimate selling price to the end customer

9    because the manufacturers themselves negotiate to

10   set that price, correct?

11       A.   Correct.

12       Q.   But other than in the context of

13   indirect contracts, Cardinal does not provide its

14   end selling prices to manufacturers, correct?

15       A.   Correct.

16       Q.   Yesterday, you testified that only a

17   very small amount of brand sales involve

18   chargebacks, correct?

19       A.   Correct.

20       Q.   Could you approximate the percentage of

21   brand sales that involve chargebacks at Cardinal?

22            MR. LIBMAN:  Objection.  Form.

5c3a0cfd-4482-4ee3-a18b-4fd399c04564

McKesson Corporation (Leslie Morgan)    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    September 3, 2008

## San Francisco, CA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) CIVIL ACTION

LITIGATION                       ) 01-12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO THE     ) JUDGE PATTI

CONSOLIDATED NEW YORK COUNTY     ) B. SARIS

ACTIONS, THE CALIFORNIA          )

ACTION, AND THE IOWA ACTION.     )

------------------------------X

(CAPTIONS CONTINUED ON FOLLOWING PAGES)


WEDNESDAY, SEPTEMBER 3, 2008


HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

McKESSON CORPORATION by LESLIE MORGAN


Reported By:  WENDY L. VAN MEERBEKE, CSR No. 3676

McKesson Corporation (Leslie Morgan)     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     September 3, 2008

San Francisco, CA

Page 170

1    say that a chargeback is -- can you describe the

2    chargeback sale -- contract sale for the record?

3          A.    Yes.  A contract sale is the sale where

4    the manufacturer and the customer negotiate a

5    price for a specific item.  That price is given

6    to McKesson by both the manufacturer and the

7    customer to put into our database.  When the

8    customer purchases that item, which they're --

9    given the eligibility period, that price will be

10   what is charged to the customer.  That price is

11   typically well below WAC, but is definitely

12   negotiated between the manufacturer and the

13   customer, and McKesson doesn't have anything to

14   do with that.

15          And then the manufacturer will pay the

16   difference between the contract price and WAC.

17   So WAC minus the contract price is what the

18   definition of the chargeback is.  And the

19   manufacturer will pay that to McKesson.

20          Q.    And how does -- does McKesson earn

21   revenue on that transaction?

22          MR. CHURCH:  Objection to form.

Page 264

1    by contract type of situation for me?

2         A.    That is where the manufacturer will

3    negotiate with a specific price with a customer.

4    Once they -- for specific products and

5    eligibility periods and once they land on a price

6    that is agreeable to both the manufacturer as

7    well as the customer, they will both report back

8    to McKesson.  McKesson will load that into our

9    systems.  And when the customer purchases that

10   specific product for that specific time frame,

11   they will receive that negotiated price.

12        Q.    Are you aware of another term at which

13   these contract prices often go by?

14        A.    Contract pricing.

15        Q.    Or chargebacks?  Are you familiar with

16   the term "chargebacks"?

17        A.    To me, a chargeback is a -- is a by-

18   product of the contract price.  The contract

19   price is what the customer will pay.  The

20   chargeback is what McKesson will get from the

21   vendor, generally, to make McKesson whole, as

22   they say.

Brown, David B.          CONFIDENTIAL          May 9, 2007
                        Philadelphia, PA

Page 1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

- - -

State of Alabama          :   CIVIL ACTION NO.

          Plaintiff       :   2005-219

     vs.                  :

ABBOTT LABORATORIES, INC., :

et al                     :

          Defendants      :

- - -

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

- - -

STATE OF HAWAII           :   CIVIL ACTION NO.

          Plaintiff       :   06-1-0729-04

     vs.                  :

ABBOTT LABORATORIES, INC., :

et al                     :

          Defendants      :

- - -

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DAVID B. BROWN

MAY 9, 2007

7d4074b4-21dd-4393-9586-951a61224f7d

Brown, David B.              CONFIDENTIAL              May 9, 2007
                             Philadelphia, PA

Page 172

1    don't control the wholesaler markup.

2                    And then when they buy from the

3    wholesaler, the wholesaler will sell them,

4    invoice them the contract price, plus their

5    markup and then send a transaction to us to net

6    out the difference between their acquisition

7    cost, wholesale acquisition cost and the contract

8    price.  And that's the chargeback.

9          Q.    And that is -- I guess the term is

10   derived from the fact that the wholesaler will

11   chargeback to you the difference between what he

12   bought it for and the contract price he had to

13   sell it for; is that correct?

14         A.    I'm assuming that was the origin of

15   the term.  It makes sense.

16         Q.    But that's what happens in the real

17   world, right?

18         A.    That is what happens.  We get an

19   electronic record of that invoice transaction

20   with quantity and who it was sold to and we check

21   it against our system; and then if valid, we will

22   honor the chargeback.

23         Q.    And the chargeback actually reduces

7d4074b4-21dd-4393-9586-951a61224f7d

Brown, David B.          CONFIDENTIAL              May 9, 2007
                        Philadelphia, PA

Page 173

1  the wholesaler's cost of that drug; correct?

2       A.    No.  Because the wholesaler has

3  actually already passed that on to the end user,

4  so it does not reduce the cost to the wholesaler,

5  no.

6       Q.    It does not reduce the price paid by

7  the wholesaler to the manufacturer for that drug?

8       A.    They use a credit that they use

9  further on, yes.

10      Q.    Well, let me just put this in dollar

11  terms again.  If the wholesaler purchased the

12  drug from GSK for $10 and then sold the drug,

13  because of their contract existing to a provider

14  retail at $9 and the wholesaler then charged back

15  $1 to GSK, the net effect of that would be the

16  wholesaler paid $9 for that drug, correct?

17      A.    Except they didn't get paid $9.  So

18  the net effect is they paid $10 for it.

19      Q.    I don't understand that.  Maybe I'm

20  missing something here.

21            How is the net effect that they paid

22  $10?

23      A.    They're out the $10.  They paid $10.

7d4074b4-21dd-4393-9586-951a61224f7d

# Appendix 2

**Affidavit of Gregory K. Bell, Ph.D.**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No.  01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>01-CV-12257-PBS AND 01-CV-339 | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**AFFIDAVIT OF GREGORY K. BELL, PH.D.**
**SUBMITTED AS DIRECT TESTIMONY IN THE CASE-IN-CHIEF**
**OF BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.**
**IN THE TRIAL OF CLASS 2 AND 3 CLAIMS**

STATE OF MASSACHUSETTS        )
                              ) ss:
COUNTY OF SUFFOLK             )

      GREGORY K. BELL, being duly sworn, deposes and says:

1.     I am a Group Vice President at CRA International, an economics and management consulting firm.  My education includes a master's of business administration and a doctorate in business economics, both from Harvard University.  Details of my professional experience, publications, and past testimony are described in my curriculum vitae, a copy of which is attached as Exhibit A.  CRA receives compensation for my time at a rate of $600 per hour.  Neither CRA nor I have any financial interest in the outcome of this litigation.

2.     For the past ten years, I have directed the Pharmaceuticals practice within the Business Consulting group at CRA.  In this capacity, I have led many projects concerning the economics of business strategy in the pharmaceutical industry, including such projects for defendant Bristol-Myers Squibb Company.  Most of my work has focused on product pricing, contracting strategy for managed care organizations and hospitals, influences on physician prescribing behavior, and product-launch strategy.  In addition, I have submitted numerous expert reports and given testimony in a wide range of cases involving patent disputes, licensing, antitrust, and other issues in the pharmaceutical industry.  In this matter, with Professor Fiona Scott Morton, I prepared an expert tutorial entitled, "An Orientation to the Acquisition of and Reimbursement for Prescription Drugs,"

submitted on December 3, 2004 (Tutorial), and provided testimony to the Court on December 7, 2004.  I prepared a report on behalf of the Track 1 defendants (Bell Track 1 Defendants Report), dated March 22, 2006, regarding those elements of the Plaintiffs' allegations that are amenable to treatment at the group level.  I also submitted a report on behalf of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. dated March 15, 2006 (Bell BMS Report).

3.   Plaintiffs have alleged an industry-wide "scheme" that spanned both self-administered drugs (SADs) and physician-administered drugs (PADs).[1]  I understand that certification of a class of third-party payors who made payments or reimbursements for SADs was denied and three classes related to claims for the reimbursement of PADs have been certified:  a nationwide class of Medicare Part B beneficiaries who paid co-insurance based on AWP (Class 1), a Massachusetts class of third-party payors (TPPs) who offered supplemental (Medigap) insurance for PADs under Medicare Part B and paid based on AWP (Class 2), and a Massachusetts class for consumers and TPPs who paid for PADs based on contracts expressly using AWP outside of the Medicare Part B context (Class 3).  The class period spans January 1, 1991 to January 1, 2005 for Classes 1 and 2 and January 1, 1991 to the present for Class 3.[2]

4.   I have been asked by counsel for Bristol-Myers Squibb Company (BMS) and Oncology Therapeutics Network Corporation (OTN) to testify at trial as an expert on the economics of their business strategies with respect to the drugs at issue in this case, to respond to Plaintiffs' allegations in the Third Amended Complaint, and to respond to the arguments and data presented in reports submitted by Plaintiffs' experts, Dr. Raymond Hartman and Dr. Meredith Rosenthal.[3]  In particular, I have been asked to render an opinion on whether the conduct of BMS and OTN at issue has been consistent with standard economic behavior.  By standard economic behavior, I mean profit maximizing behavior that does not violate certain well-defined rules, such as those reflected in the antitrust laws or, in this case, those prohibiting fraud.  It is my understanding that the following

---

[1]   Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order, October 17, 2005 (Third Amended Complaint).

[2]   Judge Saris, Consolidated Order Re:  Motion for Class Certification, January 30, 2006 (Class Certification Order), pp. 1–7.

[3]   Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages, December 15, 2005 (Hartman Liability Report); Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages:  Addendum, February 3, 2006 (Hartman Liability Report Supplemental); and Liability Report of Dr. Meredith Rosenthal, December 15, 2005 (Rosenthal Liability Report).

seven BMS Oncology products are at issue:  Blenoxane, Cytoxan, Etopophos, Paraplatin, Rubex, Taxol, and VePesid.[4]

5.      In preparing my affidavit, I have relied upon the materials cited in the Bell BMS Report, listed in Exhibit B to that report, and cited throughout this affidavit.  I have also conducted interviews of several BMS employees.  My quantitative analyses of BMS pricing for the products at issue cover the period from 1993 through 2002, based on the data made available for this litigation, although I note that rebate data is available only as far back as 1997.  I have recently received Dr. Hartman's Direct Testimony, followed by the backup materials and supporting electronic files.[5]  I have not had sufficient time to adequately review these materials and accordingly reserve the right to comment further on Dr. Hartman's testimony.

6.      The next section of this affidavit presents a synopsis of my opinions as they relate specifically to the BMS products at issue.  The second section provides an overview of BMS, OTN, and the products at issue.  Exhibit B presents a summary of generic entry for the seven BMS products at issue.  The third section discusses BMS price reporting to industry publications.  The fourth section discusses the history of BMS list pricing and price concessions with respect to the specific products at issue.  Exhibit C explains my methodology and the results of my quantitative analysis are tabulated as Exhibits D and E.  Using Exhibit D, I calculate the average price concession as a percentage of the BMS wholesale list price (WLP or list price) by product and year; Exhibit E indicates the percentage of net revenue realized by product and year at transaction prices that are within certain percentages of the list price.  Exhibit F presents a graph of the dispersion of BMS prices for the NDCs discussed in Dr. Rosenthal's Direct Testimony.[6]  The fifth section discusses the BMS and OTN sales efforts.  Finally, the sixth section explains the flaws in Dr. Hartman's analysis as applied to the BMS products at issue.

## I.      SUMMARY OF OPINIONS

7.      My opinions specific to the BMS products at issue in this matter may be summarized as follows:

---

[4]     Not every dosage or presentation of these products is included in the case.  I understand that the list of the BMS NDCs that are subject to the litigation is part of the "Table of Subject Drugs" in the Class Certification Order.  Although one NDC is included in that Table for an eighth BMS drug called Coumadin, it is my understanding that it may not be a drug generally covered under Medicare Part B and Dr. Hartman has not provided any estimate of damages with respect to Coumadin.  Accordingly, I do not address Coumadin in this report.

[5]     Direct Testimony of Raymond S. Hartman, November 1, 2006 (Hartman Direct Testimony).

[6]     Direct Testimony of Dr. Meredith Rosenthal, October 27, 2006 (Rosenthal Direct Testimony), pp. 26–30.

a.  The BMS price reporting practices are reasonable and appropriate.  BMS reports the WLP for its products to the pricing publications.  The vast majority of BMS net revenue at issue in this case, 89 percent, is generated from transactions at or about list price.[7]  The pricing publications, such as Red Book, apply a mark-up factor to the WLP to calculate AWP.  BMS does not have any control over how the pricing publications use the BMS list price information to produce an AWP.

b.  The BMS list prices are determined in a manner that is consistent with standard economic behavior.  For products subject to patent protection, BMS establishes a list price at launch based on an assessment of the market conditions, including the price of competing therapies.  Over time, BMS may implement list price increases on a regular basis and as appropriate, again typically based on an assessment of the market conditions, including the price of competing therapies.  Once a product loses patent protection and becomes subject to generic competition, BMS generally does not implement further list price increases.

c.  Under some circumstances, most often as a result of therapeutic or generic competition, BMS engages in sales transactions to segments of the market at prices that are below the list price.  This is the expected outcome of competition for the business of a particular physician or hospital.  Nonetheless, it would not be economically rational for BMS to lower the list price; to do so would be to lose revenue on the sales to those physicians and hospitals that were continuing to pay at or about list price.

d.  Consequently, I have found no indication that BMS "artificially inflated" its WLPs.  To the extent that price concessions to particular customers increased over time, these were generally in response to the pricing pressures brought forth by generic competition.  Therefore, it is my opinion that BMS did not submit WLPs that were "deliberately false and fictitious and created solely to cause Plaintiffs and the Class members to overpay for drugs."[8]

e.  To the extent that BMS and/or OTN sales representatives explain the relationship between acquisition cost and reimbursement to their physician customers, that is

---

[7]  All analyses that follow in the affidavit, including but not limited to revenue figures and percentages of sales relative to list price, are based on transactions excluding those with Federal entities and PHS hospitals which are subject to special pricing provisions and negotiations.  See Exhibit C for a fuller discussion of this methodology.

[8]  Third Amended Complaint, ¶ 3.

consistent with standard economic behavior.  Many businesses engage in activities that are designed to assist customers in understanding the financial consequences of the transactions in which they are about to engage.  It is economically beneficial for that to happen.

8. In addition to my disagreement with the expectations theory advanced by Plaintiffs' expert, Dr. Hartman, I find the following specific faults in his liability and damages analysis regarding BMS and OTN.  My comments directly relate to the Hartman Direct Testimony and Hartman Liability Report but also apply to the Hartman Liability Report Supplemental.  The Hartman Liability Report Supplemental, however, uses data on sales to hospitals and other classes of trade that are not subject to this litigation.[9]  Accordingly, the Hartman Liability Report Supplemental is further flawed with respect to its conclusions regarding alleged liability and damages.

    a. My analysis of the BMS and OTN data, using Dr. Hartman's 30 percent threshold, indicates that for products prior to the start of generic competition, with the exception of Paraplatin in 2002, the determination of liability often depends on which pricing publication is used for the AWP.  An allegation of liability may result from using a pricing publication that calculates its AWP as 125 percent of WLP but not from using a pricing publication that calculates its AWP as 120 percent of WLP.  As the pricing publications are independent of BMS, use of Dr. Hartman's methodology leads to a capricious determination of alleged liability and damages that would not appear to be an appropriate foundation for expert opinion.

    b. Dr. Hartman also fails to exclude purchases by BMS customers that are not class members and by those aware of acquisition costs.  As a result, I conclude that Dr. Hartman's methodology inappropriately concludes liability where none exists, even on the basis of the 30 percent threshold, and results in inflated estimates of alleged damages.

---

[9]    Hartman Liability Report Supplemental, p. 1; Deposition of Raymond S. Hartman, February 27–March 1, 2006 ("Hartman Deposition"), pp. 655–661; and Hartman Programs (Create BMS Direct Sales Liability Subset-revised ASP.sas and Create BMS Chargebacks Liability Subset-revised ASP.sas).

## II.   BMS, OTN, AND THE PRODUCTS AT ISSUE

### A.   BMS Oncology

9.      BMS has a long and distinguished history as a pharmaceutical company, bringing to market pioneering products and successful therapies to combat a variety of acute and chronic healthcare problems in infectious disease, cardiovascular conditions, diabetes, cancer, and other therapeutic categories.  The backbone of this success has been the company's research and development efforts, efforts that have totaled in excess of $22.7 billion since the start of the class period.[10]  In 1998, the company's research initiatives earned it the National Medal of Technology.[11]  In 2000, BMS was named "America's Most Admired Pharmaceutical Company" by *FORTUNE*.[12]

10.     BMS has traditionally been preeminent in the oncology field.  In 2000, UBS Warburg reported BMS to be the number one marketer in the world for cancer products.  At that time, BMS marketed nearly 25 percent of the world's oncology products, and according to UBS, "the company is recognized by physicians worldwide as a premier force in this market."[13]  By 2004, however, BMS had lost patent protection on most of its oncology portfolio.  As a result of generic competition, the global sales of BMS Oncology products declined by 44 percent, from $2,752 million in 2000[14] to $1,533 million in 2005.[15]

### B.   OTN

11.     Founded in 1990, OTN is a specialty distributor to community oncology practices.[16]  BMS acquired part of OTN in 1993, gained full control in 1996, and sold OTN in May 2005.[17] Throughout the period, OTN served as a distributor for the products of many pharmaceutical manufacturers, not just BMS.  OTN also offered the Lynx system, the

---

[10]     BMS 10-Ks, Fiscal Years 1991–2004.

[11]     "The Spirit of American Innovation," The Tech, http://www.thetech.org/nmot/search.cfm?kiosk=Off&ST=awardDate&QT=1998 (DX 2494).

[12]     "A Brief History of Bristol-Myers Squibb," BMS website, http://www.bms.com/aboutbms/content/data/ourhis.html (DX 2400) and "Where Companies Rank in Their Industries How executives, directors, and securities analysts rate 535 companies in 61 industries," *FORTUNE*, February 21, 2001, http://money.cnn.com/magazines/fortune/fortune_archive/2001/02/19/296887/index.htm (DX 2435).

[13]     UBS Warburg LLC, "Disease Dynamics:  The Cancer Market," November 8, 2000, p. 95 (DX 2509).

[14]     SG Cowen, "Pharmaceutical Therapeutic Categories Outlook," October 11, 2001, p. 5 (DX 2487).

[15]     "Product Sales Summary as of 12/31/05," BMS website, http://library.corporate-ir.net/library/10/106/106664/items/180695/BMYproduct_sales.pdf (DX 2415).

[16]     "Company Profile," OTN website, http://www.lynx2otn.com/main/otn.jsp?bmUID=1131378760155 (DX 2463).

[17]     "Bristol-Myers to Buy Partner's Stake in Joint Venture," *The New York Times*, August 6, 1996, and "OTN Becomes Independent as One Equity Partners Completes Purchase from Bristol-Myers Squibb," May 13, 2005 ("OTN Becomes Independent"), http://www.lynx2otn.com/main/otn_press_releases.jsp?bmUID=1131378776596 (DX 2413).

largest clinical database in community oncology.[18]  The Lynx system is an inventory tracking system used to assist in the management of an oncology practice.[19]  At the time of the divestiture, OTN was providing oncology drugs, supportive care products, and related supplies to more than 2,400 office-based oncology practices in the United States, comprising more than 4,000 physicians.[20]

**C.    PRODUCTS AT ISSUE**

12.    During the period under data analysis, from 1993 through 2002, the seven BMS Oncology products at issue could be divided into three categories:  single-source drugs throughout the period (Etopophos and Paraplatin), single-source drugs that became subject to generic competition during the period (Blenoxane, Cytoxan,[21] Taxol, and VePesid), and multi-source products throughout the period (Rubex).  All of these products are physician-administered.  Certain formulations of Cytoxan and VePesid, however, are dispensed as oral tablets or capsules.  See Exhibit B for a summary of generic entry for the seven BMS products at issue.

**i.    Single-source products**

13.    **Paraplatin** (carboplatin) was launched in 1989 as a second-generation platinum-based compound, following the success of Platinol (cisplatin), a first-generation, platinum-based compound launched by BMS in 1978.[22]  Paraplatin is typically used in the treatment of non-small-cell lung cancer (NSCLC), small-cell lung cancer (SCLC), and ovarian cancer.[23]  Paraplatin accounted for $3.5 billion in net revenue at issue in this case from 1993 through 2002.[24]  Paraplatin became subject to generic competition in 2004.[25]

14.    **Etopophos** (etoposide phosphate) was launched in 1996 as the second generation of VePesid,[26] a product discussed below that had become subject to generic competition in

---

[18]    OTN Becomes Independent (DX 2464).

[19]    "The Lynx System," OTN website: Products and Services, http://www.lynx2otn.com/main/otn_products_and_services.jsp?FOLDER%3C%3Efolder_id=361987&bmUID=11 3138871621 3 (DX 2465).

[20]    OTN Becomes Independent (DX 2464).

[21]    Cytoxan injectable was multi-source throughout the period; Cytoxan tablets were not subject to generic competition until 2002.

[22]    "Bristol-Myers announces FDA approval of new anti-cancer drug," *PR Newswire*, March 9, 1989 and US Food and Drug Administration, Center for Drug Evaluation and Research ("Drugs@FDA"), http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm (DX 2408).

[23]    "Carboplatin-IV," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=4551&drugname=Carboplatin+IV&monotype =monograph (DX 2457).

[24]    Exhibit D (DX 2523).

[25]    Gray, Sally, "New business strategy," *Med Ad News*, September 2004 (DX 2453).

[26]    "B-MS's Etopophos Receives US FDA Approval," *Pharma Marketletter*, September 9, 1996 (DX 2404).

1994.[27]  Etopophos is typically used in the treatment of SCLC and testicular cancer.[28]  To treat these conditions, Etopophos is generally used in combination with one of the BMS platinum-based oncolytics, Platinol or Paraplatin.[29]  From launch through 2002, the Etopophos net revenue at issue in this case totaled only $14 million.[30]

ii.    **Single-source products later subject to generic competition**

15.    **Taxol** (paclitaxel) was launched in 1992 as the first of the taxanes and became subject to generic competition in 2000.[31]  Taxol is used alone or in combination with other products, most often for the treatment of breast cancer, NSCLC, and ovarian cancer.[32]  From 1993 through 2002, the Taxol net revenue at issue in this case totaled $5.2 billion; approximately 89 percent of that revenue was realized prior to the first full year of generic competition.[33]

16.    **VePesid** (etoposide) in injectable form was launched in 1983 and became subject to generic competition in 1994.[34]  VePesid capsules were launched in 1987[35] and have been subject to generic competition since 2001.[36]  VePesid is primarily used in combination with other agents for the treatment of testicular cancer and SCLC.[37]  From 1993 through 2002, the VePesid net revenue at issue in this case totaled $685 million; 34 percent of the revenue was for VePesid capsules.  Approximately 76 percent of all VePesid net revenue at issue in this case was realized prior to the first full year of generic competition for either the injectable form or the capsules.[38]

17.    **Cytoxan** (cyclophosphamide) was originally approved in 1959 and has been subject to generic competition since 1982.[39]  Cytoxan tablets were approved prior to 1982 and have

---

[27]    BMSAWP/0011214-235 at 216 (DX 2546).

[28]    "Etoposide IV," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=8541&drugname=Etoposide+IV&monotype=monograph (DX 2454).

[29]    "Etoposide IV," Medscape Drug Reference (DX 2454).

[30]    Exhibit D (DX 2523).

[31]    Pena, Elisabeth, "Bristol-Myers Squibb Co.: No.6," *Med Ad News*, September 2001.

[32]    "Taxol IV," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=4685&drugname=Taxol+IV&monotype=monograph (DX 2459).

[33]    Exhibit D (DX 2523).

[34]    BMSAWP/0011214–235 at 216 (DX 2546).

[35]    BMSAWP/0011214–235 at 216 (DX 2546).

[36]    Drugs@FDA, VePesid  (DX 2437 & 2427).

[37]    "Etoposide IV," Medscape Drug Reference (DX 2454).

[38]    Exhibit D (DX 2523).

[39]    Drugs@FDA, Cytoxan (DX 2428 & 2429).

been subject to generic competition since 2000.[40]  Cytoxan is often used in the treatment of breast cancer and non-Hodgkin's lymphoma, typically in combination with other oncolytics.[41]  From 1993 through 2002, the Cytoxan net revenue at issue in this case totaled $304 million; 68 percent of the revenue was for Cytoxan tablets, almost all of which was realized prior to the first full year of generic competition.[42]

18.    **Blenoxane** (bleomycin) was launched in 1973 and became subject to generic competition in 1996.[43]  Blenoxane is considered a palliative treatment for a variety of squamous cell carcinomas, Hodgkin's disease and non-Hodgkin's lymphoma, and testicular cancer.[44]  From 1993 through 2002, the Blenoxane net revenue at issue in this case totaled $276 million; approximately 62 percent of the revenue was realized prior to the first full year of generic competition.[45]

iii.   **Multi-source products**

19.    **Rubex** (doxorubicin hydrochloride) was launched by BMS in 1989 as a branded generic version of Adriamycin RDF, which had been launched by Pharmacia in 1974.[46] Doxorubicin is used to treat a broad variety of cancers, often in combination with other therapies.[47]  During 1992 and 1993, Rubex was marketed by Immunex Corporation but the product reverted back to BMS from 1994 forward.[48]  As a branded generic, Rubex accounts for only a small portion of doxorubicin sales, perhaps less than one percent.[49] From 1994 through 2002, the Rubex net revenue at issue in this case totaled only $5 million.[50]  It is my understanding that Rubex was discontinued after 2002.

---

[40]    Drugs@FDA, Cytoxan and "Roxane Laboratories Inc. Introduces First Generic Cyclophosphamide Tablets," *PR Newswire*, April 13, 2000 (DX 2488).

[41]    "Cytoxan IV," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=52888&drugname=Cytoxan+IV&monotype= monograph  (DX 2458).

[42]    Exhibit D (DX 2523).

[43]    Drugs@FDA, Blenoxane (DX 2430 & 2431).

[44]    "Blenoxane Inj," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=6227&drugname=Blenoxane+Inj&monotype= monograph (DX 2456).

[45]    Exhibit D (DX 2523).

[46]    Drugs@FDA, Rubex (DX 2436 & 2426).

[47]    "Doxorubicin IV," Medscape Drug Reference, http://www.medscape.com/druginfo/monograph?cid=med&drugid=7750&drugname=Doxorubicin+IV&monotype =monograph (DX 2458).

[48]    "Immunex, Bristol-Myers sign marketing pact," *United Press International*, January 30,1992 (DX2445), and "Immunex regains rights to Pixykline," *PR Newswire*, December 22, 1993 (DX 2444).

[49]    BMS/AWP/00320140–181 at 179 (DX 2534).

[50]    Exhibit D (DX 2523).

III.     **BMS PRICE REPORTING TO INDUSTRY PUBLICATIONS**

20.      BMS, like all manufacturers in the pharmaceutical industry, reports prices to various
         industry pricing publications such as Red Book, First DataBank, and MediSpan.  These
         companies are all independently owned and I am not aware that BMS controls or
         otherwise influences the pricing services in any way.[51]

21.      Based on my review of the BMS depositions taken in this case,[52] the BMS documents
         produced in this case, and my own experience as a business consultant to BMS, it is
         apparent that BMS does not regularly use AWP in the ordinary course of its business.
         BMS reports its WLPs to the pricing publications.  The WLPs are the actual prices that
         appear on invoices to wholesalers.[53]  It is also my understanding, as discussed further
         below, that for all of the BMS products at issue in this case, wholesalers make significant
         sales at or about WLP.

22.      The pricing publications use the WLPs that BMS reports and apply a mark-up factor to
         calculate their AWPs.  In general, these mark-ups are either 20 or 25 percent of WLP.  It
         is unclear how these mark-up factors are derived, although it is my understanding that
         they may have been based on assumptions regarding the prices that wholesalers
         historically used in negotiating with pharmacies.  I am aware of only one instance, in
         1992, in which BMS suggested a change in the mark-up factor to the publications.[54]  One
         of the publications accepted the suggestion while the others rejected it.[55]

23.      It is my understanding that in 1999, BMS started to include in its communications with
         pricing publications a statement that the WLPs reported by BMS do not reflect discounts

---

[51]    Deposition of Dianne Ihling, former Director of Pricing and Institutional Operations and of Reimbursement
        Compliance at BMS, August 12, 2005 (Ihling Deposition), p. 90.  Ms. Patricia Morgan, Manager of Product
        Knowledge-based Services at First DataBank, confirmed that BMS does not control the markup that First
        DataBank applies to BMS list prices.  (Deposition of Patricia Morgan, January 11-12, 2005, Morgan Deposition),
        p. 230 and Exhibits Morgan012 (FDB-AWP 00532-537) and Morgan024 (FDB-AWP-18637–639).)

[52]    In particular, the Deposition of Denise Kaszuba, Associate Manager of Pricing Support at BMS, August 18,
        2005 (Kaszuba Deposition), p. 44; Ihling Deposition, pp. 89–90; and the Deposition of Christof Marre, Director
        of Marketing for Oncology at BMS from 2001-2004, August 26, 2005 (Marre Deposition), p. 42.

[53]    BMS invoice data from SHARP:  DirectSales_Including PHS.txt, Pre1997-Direct.txt.

[54]    Deposition of Zoltan Szabo, Senior Director of Pricing and Reimbursement at BMS, May 19, 2004 (Szabo
        Deposition), p. 133.

[55]    Affidavit of Denise M. Kaszuba, February 18, 2004, ¶ 3.

and rebates.[56]  I am not aware that this action by BMS had any effect on the reporting practices of the publications.[57]

24.     It is my opinion that the BMS price reporting practices are reasonable and appropriate. The list prices that BMS reports to the pricing publications are the prices that BMS uses in sales to wholesalers and are the prices at which wholesalers often sell to their customers when there are no manufacturer discounts or "chargebacks."  The vast majority of BMS net revenue at issue from 1993 through 2002, 89 percent, was generated from transactions at or about list price.[58]  BMS does not include discounts or rebates in the list price, and that is consistent with common business practice; a list price, typically by definition, does not include discounts or rebates.  Further, it apparently did not make any difference to the reported AWPs when BMS told the pricing publications that there were discounts and rebates that were not included in the WLPs.

25.     The only remaining question is whether BMS should reduce its list prices as average transaction prices decline.  In my opinion, such action would not be economically rational. Even after a product becomes subject to generic competition, there remains a segment of customers that continue to be willing to pay at or about the list price for the branded product.  By reducing the list price to wholesalers, BMS would be losing revenues.  In the pharmaceutical industry, as with most businesses, differential pricing and market segmentation is perfectly rational and economically beneficial behavior.  As discussed below, that is all that BMS has done.  Finally, to the extent that payors choose to reimburse based on the AWPs reported by the pricing publications, BMS could not be expected to report a price other than the WLP to the pricing publications.

## IV.     THE BMS ONCOLOGY BUSINESS MODEL

### A.      BMS PRICING STRATEGY

26.     BMS is a "brand-name" pharmaceutical company.  As such, BMS invests heavily in the research and discovery of new products with valued clinical attributes.  At launch, BMS engages in market research to determine an appropriate list price for the product, a price at which the vast majority of revenue will be realized, at least until the advent of significant therapeutic competition and maybe until the launch of generic competition. Over the patent period, BMS will take periodic list price increases in recognition of

---

[56]     Declaration of Zoltan Szabo in Support of Defendant Bristol-Myers Squibb Company's Memorandum in Opposition to Plaintiffs' Motion for Class Certification ("Szabo Declaration"), October 25, 2004, ¶ 5.

[57]     Morgan Deposition, pp. 226–227.

[58]     Exhibit E (DX 2524).

prevailing market conditions, including the prices of competing therapies.  With Taxol, however, BMS never increased list price because Taxol was developed in collaboration with the National Cancer Institute.  With Etopophos, BMS had difficulty generating significant sales, so it never increased the list price.

27.   Once a product loses patent protection and faces generic competition, BMS generally does not implement further increases in list price; nor does it reduce list price.[59]  At this point, BMS generally has no further list price changes to report to the pricing publications, thus the list price remains unaltered.  This lifecycle of price increases while the product is protected by a patent, followed by no further increases once the patent expires, is fairly common in the pharmaceutical industry.

28.   While this pattern of list pricing is occurring, there is activity with respect to transaction prices.  Different classes of trade and different customers within those classes of trade may pay different net prices based on their customer type and preferred status.  For instance, the federal government, as a large purchaser, has access to a special list of prices, known as the Federal Supply Schedule (FSS).  There is no statutory determination of the FSS price; instead, the Veterans' Administration negotiates FSS prices with BMS.[60]  Large cancer care centers, particularly those that are important teaching hospitals, such as Memorial Sloan-Kettering, may be able to negotiate a preferred price for BMS Oncology products as BMS seeks to establish its products with new oncologists.  Nonetheless, if there is no therapeutic competition for a product that has patent protection, BMS will generally be able to sell the product at list price.  Customers of OTN, a former subsidiary of BMS, were entitled to a standard discount of four percent off of list price on BMS products.[61]  There may be exceptions for particular customers or special promotions to gain customer acceptance at launch, but, prior to patent expiration, most of the net revenue will be realized through transactions that are priced within five percent of list price.[62]  If a product is on patent but faces therapeutic competition, BMS will offer price concessions on an as-needed basis.  In other words, where it is necessary to discount the product or offer a performance-based rebate in order to make the sale, BMS may do so.

<hr>

[59]   Marre Deposition, p. 86.  There were four exceptions during the period at issue for the drugs in question: Cytoxan, but not tablets, in 1991 and 1994, VePesid capsules in 2003, and Rubex in 1994.  These are discussed further below.  (PricingRevised.xls.)  Szabo Declaration, ¶ 3.

[60]   BMSAWP/0044178-199 at 0044182 (DX 2548).  See also General Accounting Office (GAO), "Pharmaceutical Pricing Terms," http://www.nhpf.org/M&M_E.brief.book/session10/Drug.pricing.terms.pdf.

[61]   BMS/AWP/000127505–552 at 545  (DX 2526) and Deposition of Marsha Peterson, OTN Western Manager of Sales, April 13, 2005 (Peterson Deposition), pp. 124–125.

[62]   Exhibit E (DX 2524).

29.   Once BMS Oncology products become subject to generic competition, some physicians
will continue to purchase the BMS product at or near the list price; while other physicians
will shop for the lowest acquisition cost.   At this point, BMS usually takes no further list
price increases, but still seeks to maximize revenue from those segments of customers
willing to pay at or near list price.   For the other segments, BMS will devise strategies that
may include discounts, rebates, and price concessions on other still-patented BMS
Oncology products, particularly those that might be complementary to a particular
regimen; for instance, offering price concessions on Paraplatin to maintain sales of Taxol,
given the widespread use of Paraplatin-Taxol regimens prior to the launch of generic
versions of paclitaxel.[63]   These strategies are discussed in the deposition of Christof
Marre, Director of Marketing for Oncology at BMS from 2001 to 2004.[64]

30.   As discussed in Exhibit C, my analysis of BMS product pricing uses three data sets:
BMS invoice data from their SHARP system, BMS chargeback data from their Prime
Vendor system, and OTN invoice data.   The results of this analysis are tabulated in
Exhibit D, which shows the potential revenue had all sales at issue been realized through
transactions priced at WLP and the actual net revenue realized by product and year, and
Exhibit E, which indicates the percentage of net revenue realized by product and year on
transactions that were priced within certain amounts of WLP.[65]

31.   My analysis reveals several noticeable patterns.   In particular, I find the following:

   a.   While the product has patent exclusivity, the WLP may increase over time but
        once generic competition occurs there are generally no further changes in
        WLP.[66]

   b.   The average price concession per product per year, for the years prior to the
        launch of generic competition, is less than eight percent.[67]   I understand that for
        these products during this time period, First DataBank published AWPs that were
        generally equal to a 20 percent mark-up over WLP.   Accordingly, but for

---

[63]   BMS/AWP/00991871-73 at 872 (DX 2541) and BMS/AWP/00253532-541 at 533 (DX 2529).
[64]   Marre Deposition, p. 40.
[65]   In my opinion, when considering whether or not to decrease a list price, the relevant consideration for the
        manufacturer is the effect on the net revenue realized.   For instance, if one were to sell half the volume of a
        product at a discount and the other half at list price, one would consider the effect of a decrease in the list price
        based on the percentage of net revenue that would be realized through transactions conducted at list price.
        The greater the dollar volume of transactions at list price, the greater the relative impact of lowering the list
        price.
[66]   PricingRevised.xls and Szabo Declaration, ¶ 3.
[67]   Exhibit D (DX 2523).

13

Paraplatin in 2002, even if one were to accept Dr. Hartman's 30 percent threshold for liability, one would conclude that there is no liability with respect to the BMS products at issue, prior to generic entry.[68]

c.   Once the product loses patent exclusivity, average price concessions increase as BMS competes for the business of certain preferred providers.  Nonetheless, in many cases, sales transactions accounting for more than five percent of product net revenue still tend to be made at prices that are at least 95 percent of WLP. During the period from 1993 through 2002, BMS realized 32 percent of the net revenue at issue for drugs that were facing generic competition through transactions that were priced within five percent of WLP.[69]

32.   A more detailed assessment of my product-specific pricing analyses and the associated implications for marketing strategy are noted in the subsections following.

**B.   SINGLE-SOURCE PRODUCTS**

33.   My analysis of Paraplatin and Etopophos indicates that, as expected for these BMS patent-protected products, virtually all sales transactions were realized at prices that were at or about list price.  My analysis of these products also discusses the impact of "conversion" strategies that are often used in the pharmaceutical industry.  Conversion strategies encompass marketing tactics with respect to the trial and usage of so-called "second-generation" products, which are new single-source products that represent clinical advances over earlier "first-generation" products.  For both Paraplatin and Etopophos, BMS was concerned about the financial incentives offered by generic versions of the first-generation products and the role those incentives could play in determining the success of a second-generation product.

**i.   Paraplatin**

34.   BMS introduced Platinol (cisplatin) in 1978 and established the use of platinum compounds for the treatment of NSCLC, SCLC, and ovarian cancer.  BMS launched Paraplatin (carboplatin), a second-generation platinum product, in 1989.  BMS marketed Paraplatin on the basis of a superior side effect profile, better patient quality of life, and lower total costs of care that would render the product particularly suitable for office-

---

[68]   A 7.7 percent price concession with respect to WLP on a product for which the AWP is equal to a 20 percent mark-up over WLP yields a difference between average acquisition cost and AWP that is equal to 23.1 percent of AWP and 30.0 percent of the average acquisition cost.

[69]   Exhibit E (DX 2524).

based administration.[70]  In this case, the strategy of "converting" physicians from first-generation Platinol to second-generation Paraplatin was very successful—by 1999, Paraplatin accounted for more than 90 percent of total BMS platinum compound net revenue.[71]

35.    Nonetheless, by 1999, there was significant concern regarding the pending launch of generic cisplatin and the threat of deconversion.  BMS feared that the "spread," the difference between acquisition cost and reimbursement, likely to be available for generic cisplatin could motivate many physicians to "deconvert" and return to dispensing first-generation cisplatin rather than second-generation Paraplatin.  My firm, CRA, was hired by BMS to assess the potential for deconversion and to help develop strategies to limit its extent.  Part of this consulting project involved market research with hospital-based and office-based oncologists in an attempt to measure the likely extent of deconversion.  We found that the presence of generic cisplatin was sufficient to move some physicians (more of the hospital-based oncologists as compared to the physician-office oncologists) to "deconvert," but that the amount of deconversion was relatively insensitive to the size of the generic cisplatin price advantage.  In other words, the promise of higher spreads did not seem to induce significantly more physicians to deconvert.[72]

36.    These findings suggested a strategy of maintaining Paraplatin pricing; reemphasizing the clinical advantages; and, particularly in those circumstances believed to be most vulnerable to deconversion, highlighting other economic advantages for Paraplatin.  With respect to these economic advantages, we focused on the highly prescribed Taxol/Paraplatin regimen.  We found that the faster infusion time for Taxol/Paraplatin as compared to Taxol/cisplatin (4.5 hours as compared to 5.5 hours),[73] had an obvious impact on the efficiency and throughput of an oncologist's office.  We also recognized, however, that the best use of the BMS salesforce was detailing the clinical advantages of Paraplatin.  Consequently, we recommended that the sales representatives refer

---

[70]    "Bristol-Myers announces FDA approval of new anti-cancer drug," *PR Newswire*, March 9, 1989 (DX 2408).

[71]    CRA, "Paraplatin vs. Cisplatin and Platinol Market Share Data Through OTN," March 12, 2000 (Paraplatin.tif) (DX 2628).  Produced to Plaintiffs' counsel on January 12, 2006.

[72]    CRA, "Paraplatin Deconversion, Discussion Outline," September 29, 1999 (meet 990929GB2.tif), slides 7–8 (DX 2520).  Produced to Plaintiffs' counsel on January 12, 2006.

[73]    CRA, "Paraplatin Deconversion, Findings and Recommendations," October, 13, 1999 (Prayer 4.tif), slide 30 (DX 2521).  Produced to Plaintiffs' counsel on January 12, 2006.

customers to reimbursement specialists to handle the practice economics queries of a physician or office manager.[74]

37.   This "science sells" strategy was successful.  From 2000 through 2002, while cisplatin was generic, the average price concession on Paraplatin was less than six percent and net revenue from sales of Paraplatin grew 46 percent over the preceding three-year period.[75]  Nonetheless, in his direct testimony Dr. Hartman still alleges damages on Paraplatin totaling $1.4 million, representing 37 percent of his alleged damages for BMS overall through 2002.[76]

**ii.   Etopophos**

38.   Conversion strategies, however, are not always successful.  An example is the VePesid/Etopophos story.  BMS launched VePesid in 1983, indicated first for testicular cancer and then for SCLC.[77]  VePesid became a very popular product, the highest-selling cytotoxic in the United States in the years before generic entry in 1994.[78]  There were, however, some significant drawbacks to the use of the product.  Considerable care was required to prepare the product for administration, the excipients (non-active ingredients used with the etoposide to stabilize the formulation for injection) could generate significant negative side effects, and over 30 to 60 minutes were required for infusion.[79]  BMS launched Etopophos (etoposide phosphate) in 1996 with the same indications as VePesid but designed to avoid the preparation, administration, and side effect disadvantages of VePesid.

39.   The spread available on etoposide was recognized as a major hurdle for the success of Etopophos.  In a document often cited by Plaintiffs, BMS recognizes that the physicians it sought to convert from generic etoposide were profiting from the spread available on that product and that, therefore, it would be difficult to "convert" certain physicians to Etopophos unless the latter had a similar spread.  The document proposed two potential strategies:  a reduction in the VePesid AWP or the creation of a "premium" AWP for Etopophos.[80]  BMS did neither.  The AWP for VePesid remained the same, and BMS

---

[74]   CRA, "Paraplatin Deconversion, Findings and Recommendations," October, 13, 1999 (Prayer 4.tif), slide 37 (DX 2521).  Produced to Plaintiffs' counsel on January 12, 2006.

[75]   Exhibit D (DX 2523).

[76]   Hartman Direct Testimony, Attachment J.2.a.

[77]   Drugs@FDA, VePesid (DX 2512 & 2513).

[78]   BMS/AWP/0011214–235 at 216 (DX 2546).

[79]   BMS/AWP/0011214–235 at 217 (DX 2546).

[80]   BMS/AWP/0011214–235 at 220–222 (DX 2546).

launched Etopophos with a list price that was lower than VePesid's.[81]  It is my understanding that as part of the launch strategy in 1996, OTN developed a buy-in program to increase awareness and initiate trial usage of Etopophos with the expectation that physicians would experience and appreciate the preparation, administration, and side effect advantages of Etopophos over VePesid.

40.   Conversion to Etopophos was not as successful as conversion to Paraplatin. Nonetheless, virtually all Etopophos net revenue was realized through sales transactions at or about list price.[82]  In 1997, the first full year that Etopophos was on the market, BMS realized 18 percent of its injectable etoposide net revenue (both VePesid and Etopophos) from the sale of Etopophos, even though BMS offered virtually no price concessions on Etopophos and the average price concession on VePesid was 86 percent of WLP.[83] From 1998 through 2002, the situation did not change.  Accordingly, even using Plaintiffs' definition of liability, there would appear to be no basis for any alleged damages due to the sales of Etopophos.

### C.   SINGLE-SOURCE PRODUCTS LATER SUBJECT TO GENERIC COMPETITION

41.   The pricing pattern observed for Taxol, VePesid, Cytoxan tablets, and Blenoxane—all products that were at first single-source products during the time period under analysis and that became multi-source later in the period—exhibit the lifecycle pricing model that I discuss above, except that BMS never raised the WLP on Taxol even when it was single-source.  Initially, during the period of relatively little competition, the list prices tend to increase over time and very few price concessions are granted.  Then, as generic competitors emerge, BMS segments the market; collecting list price, or near to list price, from those buyers willing to continue to pay for the branded product and offering greater price concessions to those buyers progressively more willing to shop for the lowest acquisition cost.  This revenue-maximizing strategy of charging different prices to each segment is supported by Professor Stuart Schweitzer in *Pharmaceutical Economics and Policy*.

> "When generic products enter the marketplace, they typically appeal more to some buyers than to others...One therefore expects that generic rivals will make greater sales inroads to some buyers than to others.  That being so, producers of innovative

---

[81]   Etopophos 100mg (NDC 00015340420) was launched in 1996 with a WLP of $99.31.  During the same year, the WLP for VePesid 100mg (NDC 00015309520) was $109.19.  (PricingRevised.xls)

[82]   Exhibit E (DX 2524).

[83]   Exhibit D (DX 2523).

products will respond to generic competition more strongly in some market segments than in others. By setting much lower prices where generic competition exists, and keeping prices at their original levels or even higher where generic competition is less important, the original sellers of many products have been able to maintain a large proportion of their original sales revenue even after patent expiration."[84]

i.   **Taxol**

42.   Through to the advent of generic competition, the BMS pricing philosophy with respect to Taxol was very similar to that espoused for the other single-source products at issue, with one major difference previously noted—since launch, BMS has not taken a list price increase on Taxol. As stated in 1999, "In the case of Taxol, which is perhaps the most important cancer treatment available today and the company's second largest product, Bristol-Myers Squibb has never increased its price since FDA approval in 1993. Given even modest annual increases in CPI over the past seven years and increases in discounts, the price of Taxol has effectively declined by 24 percent."[85]

43.   When generic competition was looming in 2000, BMS again hired CRA to help with strategy development. The objective was two-fold: 1) retain Taxol's share as a treatment for breast cancer, NSCLC, and ovarian cancer in the face of impending generic competition; and 2) maintain Paraplatin's use in combination (platinum/taxane) regimens.[86] Market research, analog assessment, and segmentation analyses were principal elements of the CRA project. As with the Paraplatin deconversion research, we found that the presence of generic competition was sufficient to motivate some physicians to move to generics, but the generics' share of total prescriptions was relatively insensitive to the size of the price advantage.[87]

44.   In assessing the likely effects of generic competition on the Taxol business, the CRA team also considered the historical effects of generic entry on other BMS drugs, including Platinol and VePesid. These two products represented polar opposites in BMS reaction to generic entry. With VePesid, BMS generally sought to retain a higher share of molecule sales (perhaps to facilitate the Etopophos entry) by following a price matching

---

[84]   Schweitzer, Stuart O., Pharmaceutical Economics and Policy, (New York: Oxford University Press 1997), p. 105.

[85]   BMS/AWP/00429062 (DX 2536).

[86]   CRA, "Taxol Presentation, Discussions Outline Project Kick-Off," January 19, 2000 (Kickoff 0119.tif), slide 3 (DX 2519). Produced to Plaintiffs' counsel on January 12, 2006.

[87]   CRA, "Taxol And Generic Competition, Preliminary Market Research Finding On Price Competition," April 13, 2000 (Help GKB – final.tif), slide 20 (DX 2518). Produced to Plaintiffs' counsel on January 12, 2006.

strategy.[88]  In contrast, concern over the threat of Paraplatin deconversion led BMS to follow a strategy for Platinol that was based on maintaining its pregeneric entry price across most customers, leading to significant volume erosion for Platinol as a result of generic competition.  Despite the two different strategies, VePesid and Platinol net revenue eroded to similar levels, approximately 50 percent of the pregeneric levels after four months.[89]

45.   Anticipating that broad-based price concessions would provoke a response from generic competitors and further reduce Taxol net revenue, the CRA team focused on a market segmentation approach that would identify opportunities for BMS and OTN to capitalize on the value-added services they brought to community oncology practices.  For instance, BMS developed the Taxol Opportunity Plan, which divided customers into three distinct segments, each with its own marketing program:

- The Preferred Brand Program:  Accounts willing to pay a premium for Taxol (Bucket 1)

- The Negotiated Price Program:  Accounts that prefer Taxol but are not willing to pay a premium price (Bucket 2)

- The Value Program:  Accounts that had switched to generic paclitaxel (Bucket 3)[90]

46.   These three segments captured 80 percent of pre-generic Taxol purchases, with the remaining 20 percent referred to as Bucket 4, or No Program.  This segmentation allowed BMS and OTN to effectively charge a premium to customers who placed the highest value on Taxol and offer lower prices to more price-sensitive customers, generally upon presentation of a bona fide offer from a generic competitor.[91]

47.   BMS and OTN also proposed programs combining rebates on other products to help maintain Taxol sales volume.  The Taxol/Paraplatin program (launched in October 2000) offered customers a four percent rebate on Paraplatin if the customer continued to

---

[88]   CRA, "Paraplatin Deconversion, Discussion Outline," August 16, 1999 (Winn Two.tif.), slides 16 and 18 (DX 2516).  Produced to Plaintiffs' counsel on January 12, 2006.
[89]   CRA, "Taxol And Generic Competition, Draft Discussion Document," May 18, 2000 (Final 7.tif), slide 24 (DX 2517).  Produced to Plaintiffs' counsel on January 12, 2006.
[90]   BMS/AWP/00317864–870 at 867 (DX 2533).
[91]   BMS/AWP/00482447–486 at 451 (DX 2536).

purchase Taxol from OTN at or above 90 percent of the level of Taxol purchases prior to the introduction of the program.[92]

48.   In sum, BMS did not seek to maximize spread on Taxol. Rather, BMS took a disciplined approach to the advent of generic competition. In 2002, even though the average price concession was 85 percent of WLP, there was a broad distribution of prices, corresponding to the segmentation strategy that BMS had implemented: 47 percent of the net revenue was recorded at transaction prices less than 50 percent of WLP, 24 percent of the net revenue was recorded at transaction prices between 50 and 75 percent of WLP, and the remaining 28 percent of net revenue was recorded at transaction prices between 75 and 90 percent of WLP.[93] Exhibit F-1 depicts this pattern of pricing and sales behavior for the Taxol NDCs discussed in the Rosenthal Direct Testimony.[94] For these NDCs, Exhibit F-1 shows the average price for those sales of that were realized at transaction prices that were at least 95 percent of WLP, the average price for those sales that were realized at transaction prices that were less than 95 percent of WLP, and the Hartman ASP (as per the Hartman Liability Report Supplemental).

ii.   **VePesid**

49.   As discussed above, VePesid was launched in 1983. The BMS failed attempt to convert physicians from VePesid to Etopophos was focused on the injectable formulation. VePesid is also available in capsule form. Generics have been available since 1994 for the injectable form and since 2001 for the capsule form.

50.   There has been no increase in the WLP of VePesid for Injection since the launch of generic competition. From 1993 through 2001, the WLP for VePesid capsules increased. Since the launch of generic competition for VePesid capsules in the latter half of 2001, there was an increase in the WLP for the start of 2003, from $953.61 to $1,020.36, an increase of seven percent, as well as an increase in the WLP in the beginning of 2002 from $882.97 to $953.61.[95]

51.   As expected, and as shown on Exhibit D, there were substantial price concessions on VePesid for Injection once it became multi-source. These high average price

---

[92]   BMS/AWP/00253532-541 at 533 (DX 2529).

[93]   Exhibits D (DX 2523) and E (DX 2524). See Exhibit C (DX 2522) for an explanation of how differences in the timing of sales and chargebacks may cause net revenues to be over or understated. This issue applies to the shares of net revenues that fall within certain percentages of the list price.

[94]   Rosenthal Direct Testimony, pp. 16–27.

[95]   PricingRevised.xls.

concessions reflected a strategic choice by BMS—to protect as much market share as possible by meeting generic prices, almost across the board.  Nevertheless, as shown on Exhibits E and F-2, there was always significant VePesid for Injection net revenue realized through transactions priced within five percent of WLP.  In each year of generic competition for VePesid for Injection, at least ten percent of net revenue has been realized at transaction prices that were at least 95 percent of WLP.

52.   In contrast, VePesid capsules, not confronting generic competition until 2001, experienced price concessions that averaged no more than two percent.  Even after generic etoposide capsules were approved, price concessions did not increase.[96]  For 2002, even with the introduction of generic competition for VePesid capsules, 92 percent of net revenue was still realized at transaction prices that were at least 95 percent of WLP.[97]

iii.   **Cytoxan**

53.   BMS sells Cytoxan as a lyophilized powder and as tablets.  Generic cyclophosphamide for injection has been available since 1982; generic tablets have been available since 2000.  There has been no increase in the WLP of Cytoxan, excluding tablets, since the first quarter of 1994.[98]  From 1993 through the generic launch in 2000, the WLP for Cytoxan tablets increased.  Since the advent of generic competition, there has been no change in the WLP of Cytoxan tablets.[99]

54.   As expected, and as shown on Exhibit D, there were substantial price concessions on Cytoxan, excluding tablets, as generic competition forced the average price concession as high as 78 percent in 1999.  In contrast, Cytoxan tablets, not confronting generic competition until 2000, experienced price concessions that averaged less than three percent.  While there has been generic competition for Cytoxan, excluding tablets, in every year at least six percent of net revenue has been realized at transaction prices that were at least 95 percent of WLP.  For 2002, even with the introduction of generic competition for Cytoxan tablets, 75 percent of net revenue was realized at transaction prices that were at least 95 percent of WLP.[100]  See also Exhibit F-3, which, as noted for

---

[96]   Exhibit D (DX 2523).
[97]   Exhibit E (DX 2524).
[98]   On December 5, 1991, some formulations of Cytoxan injection experienced a five percent decline in WLP.  On March 1, 1994, most formulations of Cytoxan, excluding tablets, experienced a four percent increase in WLP. (PricingRevised.xls.)
[99]   PricingRevised.xls.
[100]   Exhibit E (DX 2524).

Taxol and as identified for VePesid, depicts the average price for those sales that were realized at transaction prices that were at least 95 percent of WLP, the average price for those sales that were realized at transaction prices that were less than 95 percent of WLP, and the Hartman ASP (as per the Hartman Liability Report Supplemental) for the Cytoxan tablet NDC discussed in the Rosenthal Direct Testimony.[101]

iv.    **Blenoxane**

55.    Blenoxane faced generic competition beginning in July 1996. From 1993 through generic launch in Q3 1996, the WLP for Blenoxane increased steadily. Since the advent of generic competition, there has been no change in the WLP of Blenoxane. As noted in Exhibit D, price concessions did not exceed three percent of WLP through 1995. As shown in Exhibit E, more than ninety-five percent of Blenoxane net revenue in each year through 1995 was realized through transactions priced within five percent of WLP.

56.    With the introduction of generic competition, price concessions were expected. In anticipation of generic entry, BMS sales representatives were asked in June 1996 to have their top five to ten clients sign an agreement committing them to purchase at least 80 percent of their bleomycin from BMS. BMS guaranteed that the price would not exceed the clients' current price and that Blenoxane would be priced competitively when the client received a bona fide offer for a generic.[102] The average price concessions grew to 58 percent of WLP in 2002, as shown in Exhibit D. Yet, despite the level of overall discounting after generic entry, a significant portion of Blenoxane net revenue was realized through transactions priced within five percent of WLP. From 1997 through 2002 (thus not including 1996 as the initial period of generic entry), 12 percent of net revenue was realized at transaction prices within five percent of WLP.[103]

D.    **MULTI-SOURCE PRODUCTS**

57.    Once a product was subject to generic competition, it became part of the BMS Oncology multi-source product portfolio. Price concessions on the multi-source portfolio were offered as an additional incentive for customers to purchase BMS single-source drugs, such as Taxol and Paraplatin. As the former lead product for BMS Oncology, VePesid for Injection was often a key element of the multi-source portfolio. For example, price matching on VePesid for Injection was used as part of a Taxol incentive program in

---

[101]    Rosenthal Direct Testimony, pp. 27–28.
[102]    BMSAWP/0011799–804 at 804 (DX 2547).
[103]    Exhibit E (DX 2524).

2002/2003,[104] and a two-year contract with US Oncology (expiring December 2004) offered a rebate on Paraplatin and on the multi-source products (e.g., a rebate of 5 percent was offered for VePesid for Injection), contingent on US Oncology purchasing exclusively from BMS.[105]  Many of the multi-source contracts offered price matching with a bona fide offer.[106]  For instance, the Minnesota Multistate Contract Offer Outline suggests that if BMS matches within five percent of a bona fide offer, the customer agrees to purchase at least 95 percent of its requirements from BMS.[107]

i.     **Rubex**

58.    Rubex has always been a multi-source product, launched by BMS as a branded generic in 1989.  The WLP for Rubex has been constant since BMS reacquired the product at the end of 1993.[108]  Launched as a generic, there have always been price concessions, as high as an average of 94 percent of WLP, as shown on Exhibit D.  Nonetheless, in every year except 2002, there has always been at least five percent of Rubex net revenue realized through transactions priced within five percent of WLP.[109]  Through 2002, 37 percent of Rubex net revenue was realized at transaction prices within five percent of WLP.[110]  See also Exhibit F-4, which depicts the average price for those sales that were realized at transaction prices that were at least 95 percent of WLP, the average price for those sales that were realized at transaction prices that were less than 95 percent of WLP, and the Hartman ASP (as per the Hartman Liability Report Supplemental) for the Rubex NDC discussed in the Rosenthal Direct Testimony.[111]

V.     **SALES REPRESENTATIVES ON SPREAD AND REIMBURSEMENT**

59.    The sales representatives for BMS and OTN were responsible for much of the interaction with physicians and physician offices regarding the products at issue in this litigation.  These interactions focused on product information but also included discussions of acquisition cost and reimbursement, particularly when new information on acquisition cost or reimbursement issues needed to be disseminated.  In my opinion, the provision of

---

[104]   BMS/AWP/00482440–441 at 441 (DX 2537).
[105]   BMS/AWP/000166375-376 at 375 (DX 2527).
[106]   BMS/AWP/00429979-982 at 980 (DX 2549).
[107]   BMS/AWP/00500615–616 at 615 (DX 2539).
[108]   Upon taking back the product from Immunex Corporation at the end of 1993, there were two changes to the list price.  For NDC 00015335122, 10 mg, there was a negligible increase from $35.04 to $35.05.  For NDC 00015335222, 50 mg, there was a decrease of ten percent, from $175.24 to 157.72.  (buspar_rubex.xls.)
[109]   In 2002, no net revenue was realized at prices that were at least 95 percent of WLP.  (Exhibit E (DX 2524).)
[110]   Exhibit E (DX 2524).
[111]   Rosenthal Direct Testimony, pp. 28–29.

information regarding acquisition cost and reimbursement is not only commercially reasonable, it is to be expected from a standard business perspective.

60.    The principal responsibility of BMS sales representatives was something the industry calls product "detailing." When detailing a product to a physician, the sales representative reviews the key clinical attributes of the product; presents any new clinical information, perhaps regarding clinical trials, side effects, adverse events, or guideline evolution; and attempts to address any questions or concerns regarding product use that the physician might have, including questions about the financial implications of dispensing the product.

61.    The sales representative may also present information regarding acquisition cost and reimbursement. For instance, if a healthcare plan or a Medicare carrier decides that it will start to reimburse one of the BMS Oncology products for a particular condition, the sales representative would bring that information to the physician's attention. Similarly, if in response to competitive activity, BMS were introducing a new contracting or purchasing opportunity that would allow the physician to purchase products at a lower price, it would also be information appropriately brought to the physician's attention. To the extent that such information triggers queries from the physician regarding the potential impact of the new acquisition costs on the practice, those queries should be addressed as appropriate. If the physician has signed a contract under which certain levels of performance would entitle the physician to certain price concessions, the availability of those price concessions should also be discussed with the physician.

62.    I have reviewed the depositions taken and documents produced by BMS sales representatives in this case. Generally those sales representatives testified that they emphasized clinical issues, however, they addressed questions of spread or margin when they were raised. Fran Morrison, a Senior Territory Manager at BMS explained, "you at least need to have an understanding of the reimbursement overall picture, how it works, you know, not so much what AWP is, but what the reimbursement is based on."[112] Similarly, Dana Faulkner said that the BMS training on reimbursement, "was for our understanding, it was not for promotional purposes, it was for our own education to give the sales force. You know, our sole responsibility was selling to these oncology practices and we needed a well-rounded understanding of how the practice operates and knew that, you know, questions could be raised so we—it was more or less an educational

---

[112]    Deposition of Fran Morrison, BMS Senior Territory Manager, July 27, 2005 ("Morrison Deposition"), p. 180.

training on how the practice operates…"[113]  Another witness, Raul Armand, stated, "In calling on doctors' offices, medical oncologists' offices, the reimbursement environment is constantly changing based on, for example, Medicare.  So the representatives or myself specifically need to understand how it is changing, so that if we're in an office and a doctor or somebody in the office speaks about that we don't appear to be unknowledgeable."[114]

63.    The BMS sales representatives testified that they focused on science to drive their sales but recognized a physician or office manager's interest in the reimbursement issues.  Ms. Morrison explained, "The focus on sales centered around understanding the science of the disease and what we were talking about.  You have to understand the science of the drugs, the disease, what these patients are going through in order to understand what you're trying to get across to the physician.  So a lot of [the sales training] is understanding the science, where we've been and where we are, and oncology changes very quickly."[115]  She continues, "I promote and still promote based on the science and clinical data.  That's what's important, what's going to help patients, what's going to make a difference for some cancer patient.  If I need to answer questions regarding the margin, obviously reimbursement in general is important, then I'll answer those.  But the most important thing is the science, the clinical data, and what's going to help your patient."[116]

64.    Douglas Soule, another BMS sales representative, emphasized the clinical issues when detailing products to physicians but acknowledged that, "[i]n the process of fully disclosing everything on my product, often times I would be asked, 'What is your cost and what is the AWP compared to X?' … [and] … although I would try to give them an honest answer to that, my focus has always been to try to steer them to the conversation of look at the clinical value of the product and use it appropriately, let's talk about that."[117]  In one instance, Mr. Soule had to explain to an internal medicine group that it would be reimbursed and that "they [sic] could not possibly be losing any money on Taxol from the reimbursement formulas used by the third party carriers."[118]

65.    The OTN account representatives followed a similar, if less scientific, approach to their discussions with customers.  OTN Western Manager of Sales, Marsha Peterson,

---

[113]    Deposition of Dana Faulkner, former BMS Oncology Sales Representative, August 16, 2005, p. 68.
[114]    Deposition of Raul Armand, BMS Executive Territory Manager, July 29, 2005, p. 65.
[115]    Morrison Deposition, pp. 32–33.
[116]    Morrison Deposition, p. 94.
[117]    Deposition of Douglas Soule, BMS Senior Territory Representative, April 26, 2005 (Soule Deposition), p. 57.
[118]    Soule Deposition, pp. 105–108 at 105–6 and Soule Exhibit 5.

emphasizes to her salespeople that they should not spend the majority of their time talking about pricing, as she would prefer them to spend their time talking about customer needs and services provided by OTN.[119]  OTN sought to differentiate itself from the competition using services:  "the majority of differentiation comes from the different services that we provide, whether it is with our Lynx system services, we do a lot of training and education, a lot of support of our customers.  Our representatives are there. We listen to what is going on with the practice and help identify the needs of the practice and fulfill those requests."[120]  OTN sales representative training included the business of office-based oncology, covering staffing, clinical issues, billing, and reimbursement.[121] OTN also provided referrals when customers needed more in-depth assistance, such as on claims-processing and reimbursement issues.[122]

66.     My review of the depositions taken and documents produced indicates that BMS sales representatives emphasized the clinical aspects of products and answered reimbursement questions when asked.  In my opinion, however, it would also be reasonable and appropriate for the BMS sales representatives to initiate a discussion with physicians regarding the acquisition cost and reimbursement of BMS products.  It is important for customers to understand the financial consequences of their transactions. In the context of office-based oncologists, both Medicare and private payors were engaged in an effort throughout the 1990s to encourage oncologists to establish their own clinics to administer chemotherapy drugs.  Medicare and private payors wanted to encourage the migration of cancer treatment from the typically high-cost, impersonal hospital setting to a lower-cost and more personal physician's office.  Oncologists need to understand how investments in their own office-based cancer treatment facility would be expected to provide a return sufficient to warrant the expense and risk.  As such, it is important for sales representatives to explain the profit opportunity that may be available by dispensing drugs in the office as opposed to the hospital.  It is also important for sales representatives to explain how that profit opportunity may differ depending upon the product dispensed.

67.     I understand that there is concern that a physician might choose a drug that is not best for the patient because it will enable the physician to earn a profit.  But that risk is

---

[119]     Peterson Deposition, pp. 57–58.

[120]     Peterson Deposition, p. 53.

[121]     Deposition of John Akscin, OTN Vice President of Government Relations and Managed Care Services, August 11, 2005 (Akscin Deposition), p. 20.

[122]     Peterson Deposition, pp. 31–32. See also Akscin Deposition, pp. 22–24, 35–36.

inherent in any system in which the physician both prescribes and purchases drugs. That risk would exist if physicians were reimbursed on the basis of a benchmark other than AWP. Physicians still would be interested in negotiating a reimbursement rate with the payor and an acquisition cost with the manufacturer that enabled the physician to earn the highest profit. If a sales representative provides accurate information to the physician on the economics of the transaction, that enhances competition.

## VI.   HARTMAN CRITIQUE

68.   Because the Hartman Liability Report, the Hartman Liability Report Supplemental, and the Hartman Direct Testimony encompass estimates of alleged damages due from BMS, I offer the following critique of these calculations. My comments directly relate to the Hartman Liability Report but also apply to the Hartman Liability Report Supplemental. The Hartman Liability Report Supplemental, however, uses data on sales to hospitals and other classes of trade that are not subject to this litigation.[123] Accordingly, the Hartman Liability Report Supplemental is further flawed with respect to its conclusions regarding alleged liability and damages.[124]

69.   First, I address failures of the so-called "market expectations" theory using as but one example Taxol, a BMS product that Dr. Hartman presents as support for his 30 percent threshold for liability.[125] In addition, Dr. Hartman's "market expectations" theory is contradicted by evidence of HCFA's knowledge that the acquisition costs for many of the BMS subject drugs were less than the Hartman ASPs.[126] I also note that Dr. Hartman estimates alleged damages for TPPs that themselves purchased some of the BMS Oncology products at issue and thus had direct knowledge of some of the price

---

[123]   Hartman Liability Report Supplemental, p. 1; Hartman Deposition, pp. 655–661; and Hartman programs (Create BMS Direct Sales Liability Subset-revised ASP.sas and Create BMS Chargebacks Liability Subset-revised ASP.sas).

[124]   In addition, the methodology used in the Hartman Liability Report Supplemental inappropriately apportions BMS rebates in the calculation of the Hartman ASPs. Dr. Hartman apportions the BMS rebates according to the units sold. (Electronic file submitted with Hartman Liability Report Supplemental: "BMS ASP Calculation—final.xls: "Rebates".) BMS, however, bases its rebate payments on net revenue. (For example, see 000311919–927 at 920 and 924.) Accordingly, net revenue should be the basis for apportionment. Dr. Hartman's methodology leads to an incorrect calculation of the Hartman ASPs. As an example, consider NDC 00015321530 (Paraplatin 1X450MG LYO Vial) and NDC 00015321430 (Paraplatin 150MG Vial). The list price of the former is approximately three times the list price of the latter, based on the difference in volume. Dr. Hartman's methodology, however, assigns the same rebate dollar amount to one 450mg vial as to one 150mg vial. (Electronic file submitted with Hartman Liability Report Supplemental: "BMS ASP Calculation—final.xls: "Unit Weights.") Assuming the rebates are based on net revenue, the 450mg vial should be assessed a rebate that is approximately three times the size of the rebate assessed to the 150mg vial. As a result, the Hartman ASP is too high for the 450mg vial and too low for the 150mg vial.

[125]   Hartman Liability Report, pp. 38–41 and Hartman Direct Testimony, pp. 117–122.

[126]   Comparison of Hartman's ASPs and Spreads with Ven-A-Care's Best Prices and Spreads for BMS Subject Drugs for 1995 (DX 2631).

concessions available.  Next, I briefly review a series of issues primarily related to Dr. Hartman's methodology for calculating damages.  To summarize these points, I find that Dr. Hartman fails to appropriately consider variation in AWP, fails to exclude purchases by customers of BMS that are not class members, and speculates with respect to missing data.  As a result, I conclude that Dr. Hartman's methodology inappropriately concludes liability where none exists, even on the basis of his 30 percent threshold, and results in inflated estimates of alleged damages.

**A.    MARKET EXPECTATIONS**

**i.    Taxol**

70.    Taxol is one of the products used by Dr. Hartman to establish his liability threshold for the difference between AWP and the Hartman ASP.  The difficulty of establishing any "market expectation" of the difference between AWP and acquisition cost is apparent.  As noted above, the advent of generic competition generates a substantial break in the percentage of net revenue that was realized through transactions priced within five percent of WLP.  From 1993 through 2000, more than 98 percent of Taxol net revenue was realized at transaction prices within five percent of WLP.[127]  Yet, by 2002, 47 percent of the net revenue was realized at transaction prices that were less than 50 percent of WLP.[128]  The fact that more net revenue is realized at transaction prices that represent higher discounts from WLP at a time of generic competition is to be expected.  Any payor would expect more price competition when there is generic competition.  Accordingly, if one were to advance a theory of "market expectations" regarding the difference between acquisition cost and AWP, one must account for the evolution of competition, requiring that the "market expectations" adjust by product over time.  Dr. Hartman does not appear to put forth such a theory.

71.    Further, on Exhibits E and F-1, note the broad range of the distribution of Taxol net revenue in 2001 and 2002 that was realized at different transaction prices.  Dr. Hartman does not explain how such a distribution could be compatible with "market expectations."  Any TPP would expect that preferred purchasers would be granted greater price concessions than nonpreferred purchasers, as evidenced by the discounts and rebates that TPPs themselves negotiated with respect to SADs in return for a preferred position on a formulary or through a mail-order dispensary or staff-model HMO.  TPPs, however, have no ability to determine which physicians are preferred purchasers for which

---

[127]    Exhibit E (DX 2524).
[128]    Exhibit E (DX 2524).

products.  Obviously, any benchmark reimbursement rate is likely to reward some physicians more than others.  Dr. Hartman provides no theory to explain how payors would use "market expectations" to negotiate product-specific payment schedules with specific physician practices.[129]

## ii.   Government Knowledge of "Spreads" on BMS Drugs

72.    Dr. Hartman apparently fails to consider HCFA's knowledge and understanding of the differences between the actual acquisition cost and the AWP for the BMS subject drugs.  For instance, Ven-A-Care, in a letter to the HCFA Administrator, dated October 2, 1996, stated that "Medicare's reimbursement was excessive and in many cases provided profit margins of more than 500% and, in some instances, more than 1000%."[130]  Ven-A-Care enclosed with the letter "two volumes of exhibits that substantiate and support the fact that Medicare and Medicaid programs are continuing to make excessive reimbursements to providers."[131]  These Ven-A-Care exhibits show that Ven-A-Care's best prices for Cytoxan, Rubex and VePesid (Ven-A-Care Composite Exhibit 3) in 1995 are significantly less than the Hartman ASPs and the Ven-A-Care "spreads" are greater than those calculated by Dr. Hartman.  Dr. Hartman's "market expectations" theory and 30 percent liability yardstick would appear to be inconsistent with at least this information provided by Ven-A-Care.

## iii.   Purchases by TPPs

73.    Dr. Hartman excludes from his damages analysis sales to purchasers in the capacity of TPPs, such as staff-model HMOs.[132]  These payers know from their own direct experience the acquisition cost of the drugs at issue and thus could not be damaged by any alleged fraud.  Some of these purchasers, including, for example, staff-model HMOs

---

[129]    The change from a narrow dispersion of transaction prices paid by BMS customers for Taxol in 2000 to the wide dispersion of such prices in 2002 is but one example of the fallacies in Dr. Hartman's market expectations theory as applied to the BMS oncology products.  Exhibit G contains two charts showing the range between the average prices paid by preferred and non-preferred customer segments for a particular NDC of Paraplatin and Blenoxane during the period 1997 to 2002.  (Note that the wholesaler segment, which exhibits an average price essentially equal, to WLP is excluded from consideration on these charts.)  Because Paraplatin was a single-source drug for the entire period, the range is consistently narrow and the entire band of transaction prices move in parallel with the WLP.  In contrast, Blenoxane was subject to generic competition during the same time period.  Accordingly, the range of transaction prices between preferred and non-preferred customers varies widely and includes both sales at WLP and sales well below WLP.  As noted in this report, any benchmark reimbursement rate that would allow the non-preferred customers to cover their costs must necessarily reward the preferred customers to a greater degree.  Alternatively, a benchmark reimbursement rate based on average transaction prices may mean that the non-preferred customers would be unable economically to provide the drug to a patient.

[130]    Letter from Zachary Bentley and T. Mark Jones, Ven-A-Care, to Bruce Vladeck, Administrator of HCFA, Oct. 2, 1996 ("Ven-A-Care Letter"), p. 3 (DX 1881).

[131]    Ven-A-Care Letter, p. 1.

[132]    Hartman Deposition, pp. 1013–14.

and specialty pharmacies, are owned by larger TPPs that reimburse the PADs at issue through other types of managed care programs.  Dr. Hartman acknowledged this issue.[133]  Yet, in the Hartman Liability Report analysis of BMS damages, Dr. Hartman excludes only BMS sales to staff-model HMOs (Customer Code 26).[134]  Dr. Hartman fails to exclude the sales to other BMS customers that are reimbursed by the TPPs who were PAD purchasers and thus could not be damaged by any alleged fraud.[135]  By not excluding all sales reimbursed by TPPs that purchased the drugs at issue, Dr. Hartman errs by inflating his estimate of alleged damages.

**B.  DAMAGES ISSUES**

**i.     Failure to consider AWP variation**

74.     In keeping with the BMS pricing strategy that I explain above, I find that for the years prior to the launch of generic competition, the average price concession per product per year, is less than eight percent.[136]  Even using Dr. Hartman's 30 percent threshold, there would be no alleged finding of liability for these product-years if First DataBank were used as the source of AWPs.[137]  Yet, based on the Hartman Liability Report for Classes 2 and 3, Dr. Hartman concludes on alleged damages totaling $1.1 million for these product-years representing 26 percent of his alleged Class 2 and 3 damages for BMS overall.[138]

75.     Thus, it is evident that one of the problems with Dr. Hartman's methodology is that the determination of alleged liability and damages can depend upon the pricing publication chosen for the AWP.  As discussed above, BMS sets the list price or WLP for its products.  List price changes may occur anytime during the year.  The pricing publications then set the AWP.  The difference between AWP and WLP is not subject to BMS control.  This difference can vary by product, over time, and across the different pricing publications, leading Dr. Hartman to faulty conclusions regarding alleged liability and inflated estimates of alleged damages.

---

[133]   Hartman Deposition, p. 1016.

[134]   Hartman Deposition, p. 1019.

[135]   Hartman Deposition, pp. 1019–1021.

[136]   Exhibit D (DX 2523).

[137]   I understand that for these products during this time period, First DataBank published AWPs that were generally equal to a 20 percent mark-up over WLP.  A 7.7 percent price concession with respect to WLP on a product for which the AWP is equal to a 20 percent mark-up over WLP yields a difference between average acquisition cost and AWP that is equal to 27.7 percent of AWP and 30.0 percent of the average acquisition cost.  (FDB AWPs_031406.xls (DX 2440) and PricingRevised.xls.)

[138]   Hartman Liability Report, Attachment J.2.

76.     Further, I believe that Dr. Hartman has failed to consider the changes in WLP and AWP that occur during a year and as a result his conclusions regarding alleged liability and damages are in error. For example, consider Paraplatin. Dr. Hartman reports AWPs for three NDCs in 1993 that are 44 percent higher than the WLPs that were in effect through early December 1993.[139] Had Dr. Hartman properly accounted for the change in AWP during 1993, I do not believe that he would have found liability; as shown on Exhibit D, the average price concession for Paraplatin in 1993 was less than one percent of WLP. There are similar examples of this type of error throughout Dr. Hartman's Paraplatin analysis and in other products at issue with respect to list price increases during the period of patent protection.

### ii.     Application of NAMCS data

77.     Dr. Hartman uses data from the National Ambulatory Medical Care Survey (NAMCS) to apportion the sales of the BMS drugs at issue to Medicare (Sub-Classes 1 and 2), Non-Medicare (Sub-Class 3), and Non-Class Sales (or Excluded).[140] Dr. Hartman uses the survey responses regarding the payer to classify the respondents: Medicare is Medicare; Non-Medicare is Self Pay, Workers Comp, and Private Insurance; and Non-Class/Excluded is Medicaid, Department of Defense, Other Government No Charge, and Government-Related Private.

78.     In the Hartman Liability Report, Dr. Hartman computes the category shares from NAMCS separately for Cytoxan and Taxol. For the remainder of the BMS drugs at issue, however, Dr. Hartman simply divides the sales equally between Medicare and Non-Medicare, with no sales classified as Non-Class or Excluded. The results are shown in the table below. The effect of Dr. Hartman's assumption regarding drugs other than Cytoxan and Taxol is to inflate the alleged damages due from BMS.[141] In his Direct Testimony, Dr. Hartman apparently uses the NAMCS data to calculate the category shares for all seven of the BMS products at issue. Unfortunately, I have not had sufficient time to review the backup files to the Hartman Direct Testimony, and thus I am unable to comment on this change at this time.[142]

---

[139]    Hartman Direct Testimony, Attachment G.2.b. Through early December 1993, the effective WLPs were $51.94 for NDC 00015321330 (Paraplatin 50mg Lyophilized), $155.80 for NDC 00015321430 (Paraplatin 150mg Lyophilized) and $467.42 for NDC 00015321530 (Paraplatin 450mg Lyophilized).  (PricingRevised.xls.)

[140]    Hartman Liability Report, p. 43.

[141]    Hartman Liability Report, Attachment J.7.a: NAMCS Data and Other Adjustments, and Notes to Attachment J.7.a.

[142]    Hartman Direct Testimony, Attachment J.2.a.

| Drug | Medicare | Non-Medicare | Total Included | Excluded |
|---|---|---|---|---|
| Cytoxan | 31.8% | 62.5% | 94.3% | 5.7% |
| Taxol | 32.8% | 58.2% | 91.0% | 9.0% |
| **Other BMS** | 50% | 50% | 100% | 0% |

### iii.    Missing data

79.    BMS sales data were unavailable for 1991 and 1992.  As a result, Dr. Hartman estimates
alleged damages for these years based on his estimates for the succeeding years.  If any
alleged damages were calculated for a drug in 1993, Dr. Hartman speculates that the
drug was subject to liability in 1991 and 1992, but concludes on no damages for 1991
and 1992 with respect to Taxol for Class 2 and VePesid for Class 3.  He uses different
methods for estimating the 1991 and 1992 alleged damages.  For all but VePesid and
Rubex, he apparently applies a trend calculation from the alleged damages for either
1993 to 1997 or 1993 to 2002; it is unclear why he uses the 1993 to 1997 range to
estimate alleged 1991 and 1992 damages for Cytoxan and the 1993 to 2002 range to
estimate alleged 1991 and 1992 damages for Paraplatin.  To estimate the alleged
damages with respect to VePesid for Class 2, Dr. Hartman simply uses, apparently
without any supporting rationale, two-thirds of his estimated 1993 alleged damages.  For
Rubex, Dr. Hartman speculates regarding damages for 1991 to 1993, apparently
applying another trend calculation based on his estimate of alleged damages for 1994 to
1997.[143]

80.    I understand that BMS sales data were not produced for 2003 and 2004.  Dr. Hartman
estimates alleged damages for these years based on his estimates for preceding years.
If any alleged damages were calculated for a drug in 2002, Dr. Hartman speculates that
the drug was subject to liability in 2003 and, in most cases, 2004, without providing any
rationale, as for his alleged 1991 and 1992 damages.  Dr. Hartman apparently fails to
consider that the filing of the litigation in 2002 and thus the notification of the alleged
pricing practices would presumably eradicate any pretence of fraud.  Further, it is my
understanding that BMS discontinued selling Rubex after 2002; it is not clear why there
would be alleged damages estimated with respect to Rubex for 2003 and 2004.

---

[143]    Hartman Direct Testimony, Attachment J.6.

GREGORY K. BELL, PH.D.

Sworn to before me this

_17_ day of November, 2006

Sworn to and subscribed before me this

_17_ day of November, 2006.

Notary Public

My Commission Expires: _2/26/2011_



SUZANNE M. WALSH
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
February 26, 2011

33

# Exhibit C

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

**A.    DATA USED**

1.    BMS and OTN invoice and chargeback data are in 18 files:  Pre1997-Direct.txt,
      DirectSales_IncludingPHS.txt, Pre1997-Indirect.txt,
      Chargebacks_IncludingPHS.txt, OTN Blenoxane_Pre1997.txt, OTN
      Blenoxane.txt, OTN Cytoxan_Pre1997.txt, OTN Cytoxan.txt, OTN
      Etopophos_Pre1997.txt , OTN Etopophos.txt, OTN Paraplatin_Pre1997.txt, OTN
      Paraplatin.txt, OTN Rubex_Pre1997.txt, OTN Rubex.txt, OTN
      Taxol_Pre1997.txt, OTN Taxol.txt, OTN Vepesid_Pre1997.txt, and OTN
      Vepesid.txt (collectively "BMS/OTN data").

2.    BMS rebate data are in sappmnts with filenames.xls.

3.    BMS WLPs are in PricingRevised.xls and buspar_rubex.xls.

4.    Hartman ASPs are from the Hartman Liability Report, Attachment G.2.a ASP.

**B.    GENERAL DATA TREATMENT**

5.    Some NDCs in the BMS/OTN data files were shorter than the standard 11-digit
      length.  Using the NDC descriptions provided with the data and
      http://www.fda.gov/cder/ndc/database/ as an independent source for NDCs, a
      crosswalk was created to standardize the NDCs in the BMS/OTN data.  Using the
      crosswalk, the shorter NDCs were corrected by inserting the missing leading
      zeroes, as did Dr. Hartman.

6.    The quantity is set to zero in Sharp transactions with reason codes '05' or '53', as
      does Dr. Hartman.

7.    The quantity is set to zero in Sharp and OTN transactions where the ext_amt is
      equal to zero or empty.

8.    In the BMS/OTN data files, the invoice date fields are standardized and customer
      categories are assigned based on the CCC and the customer billing category
      fields.

Defendants' Exhibit
**2522**
01-12257 - PBS

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

9.    The BMS Invoice data and BMS Chargeback data are each then divided into two

customer groups, Federal government and Non-Federal government (all

categories not classified as Federal government) based on the customer category.

Transactions are classified as Federal government if the CCC is '31', '32', '33',

'34', '35', '39', '41', '42', '43', '45', or '95' and the customer billing category is

'50' or '55'.  In addition, transactions with a CCC of '52' or '952' and a customer

billing category of '55' are classified as Federal government.[1]  All the records in

the OTN data are classified as Non-Federal government.

## C.    SUMMARY OF REVENUE BY PRODUCT IN EXHIBIT D

10.    In the BMS/OTN data files, the sales/chargebacks and quantity fields are

aggregated by customer group (Federal government or Non-Federal government),

NDC and month.

- Dollar sales and quantity in BMS Invoice data are aggregated by customer
  group, NDC and month to BMS Invoice Revenue and BMS Invoice
  Quantity.

- Chargeback Dollar amounts and chargeback quantity in BMS Chargeback
  data are aggregated by customer group, NDC and month to Chargeback
  Dollars and Chargeback Quantity.

- OTN Dollar sales and quantity in OTN data are aggregated by customer
  group, NDC and month to OTN Revenue and OTN Quantity.

11.    Revenue at WLP is calculated by multiplying the total Non-Federal Quantity by

the WLP.  Prior to May 2001, the total Non-Federal Quantity is BMS Non-

Federal Invoice Quantity plus OTN Quantity minus the Chargeback Federal

Quantity; after May 2001, it is just BMS Non-Federal Invoice Quantity minus the

Chargeback Federal Quantity because starting in May 2001, OTN sales are

recorded in both the BMS and OTN invoice data.

---

[1]    There may be Federal government transactions left in the Non-Federal government data that
cannot be easily identified.  Consequently, the results in Exhibit D, E, F and G are conservative.

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

12.     Net revenue is calculated by year and product by adding BMS Non-Federal Gross
        Revenue to OTN Revenue and then subtracting Non-Federal Chargeback Dollars
        and Rebates.[2]

13.     Rebates are calculated from the 'sapchecks' worksheet of the file sappmnts with
        filenames.xls.  Rebates to "VHA" were excluded.  The reason column in these
        data is used to identify the price concession type, period, and product(s).  As an
        example for the period, a rebate with "3Q Multisource Admin Fee Dec 99-Feb
        00" as the reason is assigned to December 1999, January 2000, and February
        2000.  When the period is not evident from the reason, the rebates are assigned
        using the period length in the reason, if provided, and the check issue date.

14.     For rebates associated with one product, rebates are assigned to quarters based on
        the period.  If the period spanned more than one quarter, the rebate amount is
        divided among the quarters based on the number of days in each quarter.  If the
        reason included months, this is done on a monthly level.  For example, a rebate
        for Feb-Apr 2000 is divided between 2000Q1 and 2000Q2 based on the number
        of days in each quarter:  $(29+31) \div 90 = 66.67\%$ of the rebate is allocated to Q1,
        while $30 \div 90 = 33.33\%$ of the rebate is allocated to Q2.

15.     For rebates associated with more than one product, such as Taxol/Paraplatin,
        rebate amounts are apportioned between products based on the quarterly net
        revenue by product.

16.     Rebates are aggregated to the product and quarter.

**D.      BMS/OTN PRICE DISPERSION IN EXHIBIT E**

17.     To calculate the BMS/OTN Price Dispersion in Exhibit E, BMS Non-Federal
        transactions are separated into four categories:  1) BMS Direct Transactions to
        Non-Wholesalers, 2) OTN Transactions, 3) BMS Indirect Transactions

---

[2]     There is a difference in the timing of sales and their associated chargebacks that may cause net
        revenues to be overstated or understated.

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

Generating Chargebacks, and 4) BMS Direct Transactions to Wholesalers Not

Generating Chargebacks.  For each category, the price associated with each

transaction is computed relative to the BMS WLP.  After the price relative to

WLP is computed for each transaction, the net revenues are aggregated according

to the price intervals as a percentage of WLP shown in Exhibit E and the

distribution of net revenue for each product for each year is computed

accordingly.  Net revenue in category 3) is computed as the revenue per the

invoice price less the chargeback.  In the other three categories, net revenue is the

revenue per the invoice price.  Due to the transaction-level nature of this analysis,

rebates are not considered but are immaterial.[3]

**i.       Four Transaction Categories**

*a)      BMS Direct Transactions to Non-Wholesalers*

18.      For each direct transaction to a non-wholesaler in the BMS invoice data, the

invoice price is compared to the WLP and the difference as a percent is computed.

*b)      OTN Transactions*

19.      For each transaction in the OTN invoice data, the invoice price is compared to the

WLP and the difference as a percent is computed.  Any OTN Taxol and

Paraplatin rebates are not taken into account.[4]

*c)      BMS Indirect Transactions Generating Chargebacks*

20.      For each transaction where the product is purchased from a wholesaler and a

chargeback is generated, the price after netting out the chargeback is compared to

the WLP and the difference as a percent is computed.

---

[3]      In total, rebates account for less than 0.8 percent of net revenue from 1993 through 2002 for the BMS products at issue.

[4]      In total, OTN Taxol and Paraplatin rebates account for less than 0.3 percent of OTN Taxol and Paraplatin net sales from 1993 through 2002 and 1.2 percent of OTN Taxol and Paraplatin net sales from 2001 through 2002.  The Paraplatin and Taxol rebates start on 12/29/00 and on 8/31/01, respectively.  (OTN Rebate Paraplatin.txt, OTN Rebate Taxol.txt, and Exhibit D)

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE DISPERSION**

*d)*      *BMS Direct Transactions to Wholesalers Not Generating Chargebacks*

21.     The set of transactions remaining after the first three categories is examined as follows.

a.      Annual unit sales to wholesalers (using the CCC field) in the BMS invoice data and annual unit sales in the chargeback data are computed by NDC.

b.      Direct sales to wholesalers are adjusted to remove the BMS transactions to wholesalers generating chargebacks (i.e. indirect transactions) and, beginning in May 2001, OTN transactions by applying an adjustment ratio to each wholesaler transaction.[5]  The adjustment ratios are computed by year and NDC as the ratio of indirect transactions not associated with chargebacks nor from OTN to all indirect transactions.  Before May 2001, the numerator of the adjustment ratio is the chargeback quantity.  Beginning in May 2001, the numerator of the adjustment ratio is computed as the sum of the OTN quantity and the chargeback quantity.  This numerator is divided by the wholesaler invoice quantity to yield the percent of indirect units not generating chargebacks nor related to OTN sales.  These adjustment ratios are applied to each wholesaler transaction to effectively remove the transactions with a chargeback or that go through OTN.  The effect of applying these adjustments is to net the sales to wholesalers generating chargebacks from the total sales to wholesalers.[6]  For each adjusted transaction, the invoice price is compared to the WLP.

---

[5]      Starting in May 2001 OTN sales are recorded in both the BMS and OTN invoice data.

[6]      As a result of differences in the timing of sales and their associated chargebacks, the sales volume to wholesalers not generating chargebacks may be overstated or understated.  For example, suppose the sales volume drops sharply from Year 1 to Year 2.  In this situation, the Year 2 chargebacks are likely to overstate the chargebacks truly associated with Year 2 sales.  Consequently, after deducting the Year 2 chargebacks from the Year 2 sales, the Year 2 sales to wholesalers not generating chargebacks are likely to be understated.

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

> The effect of this method is that the price distribution of this remainder set
> of transactions reflects the distribution of all BMS indirect transactions.[7]

**E.      CYTOXAN, RUBEX, TAXOL AND VEPESID REVENUE SHARE GRAPHS IN EXHIBIT F**

22.      The graphs in Exhibit F utilize the revenue share data created for Exhibit E.

23.      After the price relative to WLP is computed for each transaction, the net revenues
         and quantities are aggregated according to the price intervals as a percentage of
         WLP shown in Exhibit E for each NDC and year.

24.      Revenue and quantity figures are then aggregated into two groups – transactions
         within 5% of WLP and all other transactions.  The average price is calculated for
         each group by dividing net revenue by quantity.  The within 5% of WLP revenue
         share is created by dividing the net revenue generated within 5% of WLP by the
         combined net revenue of the two groups.  The revenue share for all other
         transactions is created similarly.

**F.      BLENOXANE AND TAXOL PRICE DISPERSION GRAPHS IN EXHIBIT G**

25.      To calculate the TC-Max and TC-Min prices, sales to wholesalers are dropped
         from both the BMS Invoice and Chargeback Non-Federal government
         transactions data.

26.      For each transactions data set (BMS Invoice, Chargeback, and OTN), the dollar
         sales and quantity are aggregated by customer group, NDC and quarter.  The
         Chargeback sales are created by multiplying contract price by quantity before
         aggregating by customer group, NDC, and quarter.

27.      The data sets are then combined and then the total dollar sales and quantity by
         customer, NDC, and quarter are calculated.

---

[7]      When the calculated adjustment ratio for a specific NDC in a specific year is negative, the
         adjustment ratio is set to zero.  This step may cause a slight divergence between the price
         distribution imputed for this set of transactions versus the price distribution of all BMS indirect
         transactions.

**SUPPLEMENTAL EXHIBIT C:**
**BMS AND OTN SALES DATA:  REVENUES, PRICES, AND PRICE**
**DISPERSION**

28.    A customer group price is then calculated by dividing the dollar sales by quantity
       for each customer, NDC and quarter.

29.    The TC-max price is then determined by taking the maximum price over all the
       customer categories for each NDC and quarter.

30.    Similarly, the TC-min price is determined by taking the minimum price over all
       the customer categories for each NDC and quarter.

31.    Data for NDC 00015321430 (PARAPLATIN 1X150MG LYO VL) and NDC
       00015301020 (BLENOXANE INJ 15 UNIT VL) are kept.