# IN THE U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: ) MDL NO. 1456
)
PHARMACEUTICAL INDUSTRY ) CIVIL ACTION: 01-CV-12257-PBS
AVERAGE WHOLESALE PRICE )
LITIGATION ) JUDGE PATTI B. SARIS
)
) **AFFIDAVIT OF**
) **CORINNA CONNICK**

I, Corinna Connick, being duly sworn, state the following under oath and based upon personal knowledge:

1. My name is Corinna Connick. I reside at 12545 Ashton Trail, Chardon (Munson Twp), Ohio 44024.

2. Between January 1, 1991 and March 1, 2008, I paid the full price for the following drugs: Estradiol

3. Neither private insurance nor Medicare reimbursed any portion of the amounts I paid for these drugs.

Further Affiant Sayeth Not.

Signed under the pains and penalties of perjury this 3rd day of March, 2009

_____
Corinna Connick

_____
NOTARY

THOMAS J. CONNICK, ATTY.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.