UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br>Case No: 03-cv-11226-PBS | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Sub-Category Case No. 06-11337<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

### AMENDMENT TO CASE MANAGEMENT ORDER 31

February ___, 2009

Saris, U.S.D.J.

Paragraph 9 of Case Management Order No. 31 is amended to read as follows:

9. Unless otherwise directed by the Court, the following deadlines shall apply from the date of entry of the instant Case Management Order. In instances where a particular deadline falls on a holiday or weekend, the deadline will be extended to the first business day following the holiday or weekend:

| DEADLINE | ACTION |
|---|---|
| April 28-29, 2009 | Parties to engage in mediation. |
| June 15, 2009 | All fact discovery shall be completed |
| June 30, 2009 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| July 30, 2009 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 30, 2009 | All expert depositions shall be completed. |
| October 30, 2009 | Deadline to file Motions for Summary Judgment. |
| November 30, 2009 | Deadline to file Responses to Motions for Summary Judgment. |

1

| December 15, 2009 | Deadline to file Replies to Responses to Motions for Summary Judgment. |
| --- | --- |
| January 8, 2010 | Deadline to file Surreplies to Replies to Responses to Motions for Summary Judgment. |

A hearing on the Motions for Summary Judgment shall be held on Wednesday, January 27, 2010, Courtroom #19, 7th Floor.

Dated this 3 day of March 2009.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge