# EXHIBIT E

"Henderson, George (USAMA)" <
George.Henderson2@usdoj.gov>

02/04/2009 02:28 PM

To<egortner@kirkland.com>
cc<maria@mriveralaw.com>, "John Reale" <JReale@kirkland.com>, "Smith, Barbara H.
   (USAMA)" <Barbara.H.Smith@usdoj.gov>, "Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>
Su U.S. v. Boehringer Ingelheim Roxane
bje
ct

Dear Eric,

At the December 12, 2008, 30(b)(6) deposition of Roxane, I asked Ms. Waterer some questions concerning the NovaPlus drugs.  Counsel for Roxane improperly instructed the witness not to answer such questions on the ground that the questions were outside the scope of the Rule 30(b)(6) topics.  The United States wants to reconvene the deposition to complete its questioning on this area.

Although one Magistrate Judge in this district has ruled that questioning at a Rule 30(b)(6) is limited to the scope of the designated topics, *Paparelli v. Prudential Ins. Co. of Am.* , 108 F.R.D. 727, 729-30 (D.Mass. 1985), all courts since then have ruled to the contrary.*King v. Pratt & Whitney Corp.,*  161 F.R.D. 475, 476 (S.D. Fla.1995); *see also* , *United States E.E.O.C. v. Caesars Entertainment, Inc* ., 237 F.R.D. 428, 432 (D. Nev. 2006); *Detoy v. City and County of San Francisco* , 196 F.R.D. 362, 365 (N.D. Cal. 2000); *Cabot Corp. v. Yamulla Enterprises, Inc.* , 194 F.R.D. 499, 500 (M.D. Pa. 2000);*Overseas Private Inv. Corp. v. Mandelbaum* , 185 F.R.D. 67, 68 (D.D.C. 1999).  I believe Magistrate Judge Bowler will agree with the majority view.

At your earliest convenience, please let me know if Roxane will agree to reconvene the deposition here in Boston to complete the questioning on this area. I anticipate this email and your reply will satisfy Local Rule 7.1(A)(2).  Of course I will gladly discuss this by telephone if you wish.

Regards,

Bunker Henderson

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```