# Exhibit G



| | | |
|---|---|---|
| ECFnotice@mad.uscourts.gov | To | CourtCopy@mad.uscourts.gov |
| 10/29/2008 11:41 AM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:07-cv-10248-PBS United States of America et al v. Boehringer Ingelheim Corporation et al Order on Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/29/2008 at 12:40 PM EDT and filed on 10/29/2008

| | |
|---|---|
| **Case Name:** | United States of America et al v. Boehringer Ingelheim Corporation et al |
| **Case Number:** | 1:07-cv-10248 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
**Magistrate Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part [71] Motion to Compel to the extent set forth in open court on October 28, 2008. As to request # 41, similar requests have been allowed by the court. (Docket Entry # 4701, CA No. 01-12257-PBS). The request is overbroad, however, and therefore limited to defendant Roxanne and to the time period of 1996 to 2003 relating to AWP/reimbursement issues. Having considered the relevant First Amendment concerns, the documents, as narrowed, are subject to production. (Bowler, Marianne)**

1:07-cv-10248 Notice has been electronically mailed to:

George B. Henderson george.henderson2@usdoj.gov, katherine.mcallister@usdoj.gov, mary.watson2@usdoj.gov, usama.ecf@usdoj.gov

Jonathan Shapiro jshapiro@sswg.com

Bruce A. Singal bsingal@dbslawfirm.com, jtisi@dbslawfirm.com

Barbara Healy Smith barbara.h.smith@usdoj.gov, gloria.bruno@usdoj.gov, usama.ecf@usdoj.gov

Richard Goldstein rgoldstein@dbslawfirm.com, jtisi@dbslawfirm.com

Alison W. Simon alisonsimon@breenlaw.com, alisonsimon@breenlaw.com

John W. Reale jreale@kirkland.com

Helen Witt hwitt@kirkland.com

James J. Fauci jeff.fauci@usdoj.gov, gloria.bruno@usdoj.gov, usama.ecf@usdoj.gov

Roslyn G. Pollack rpollack@bm.net

Eric Gortner egortner@kirkland.com, millerj@kirkland.com

Jared T. Heck jheck@kirkland.com

Laurie A. Oberembt laurie.oberembt@usdoj.gov

Marjory P. Albee malbee@bm.net

Miriam L. Lieberman mlieberman@kirkland.com

Seth A. Gastwirth sgastwirth@kirkland.com

**1:07-cv-10248 Notice will not be electronically mailed to:**

Shauna B. Itri
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103