# Exhibit M

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------X

| | |
|---|---|
| IN RE: PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |

-------------------------------X

| | |
|---|---|
| THIS DOCUMENT RELATES TO | ) |
| United States of America, et al, | ) Judge Patti B. |
| Ven-a-Care of the Florida Keys, | ) Saris |
| Inc., | ) |
|     vs. | ) |
| Boehringer Ingelheim, Corp., | ) Chief Magistrate |
| et al. | ) Judge Marianne B. |
| Civil Action 07-10248-PBS | ) Bowler |

-------------------------------X


(Cross-caption appears on following page)

VIDEOTAPED DEPOSITION OF SHELDON BERKLE

VOLUME I

Naples, Florida

Friday, October 31, 2008

214

```
1     Q.  The first page of this is an e-mail.
2  It's from Dan Gerrity.
3     A.  Right.
4     Q.  It seems to attach a document about the
5  pricing policy and procedures.  Do you see that?
6     A.  Yes.
7     Q.  It says, Please review the attached
8  draft pricing policy and procedure and provide me
9  any changes you deem appropriate.  Do you see
10 that?
11    A.  Yes, I do.
12    Q.  And this e-mail is dated May 3rd, 2001.
13 Do you see that?
14    A.  I do.
15    Q.  Let's turn to the pricing policy and
16 procedure document.  It says, Scope, this policy
17 is applicable to wholesale acquisition cost,
18 average wholesale price, minimum bid price,
19 direct price for brand products of Boehringer
20 Ingelheim Pharmaceuticals, Inc. and Roxane
21 Laboratories.
22       I had to adjust my microphone there.
```

215

```
1  Was there a single policy applicable to those
2  prices for brand products of Boehringer Ingelheim
3  Pharmaceuticals and Roxane Labs?
4        MR. GASTWIRTH:  Objection.  Form.
5        THE DEPONENT:  A single policy?
6  BY MR. FAUCI:
7     Q.  Let me rephrase that.  It says, This
8  policy is applicable to various prices for brand
9  products of Boehringer Ingelheim Pharmaceuticals,
10 Inc. and Roxane Labs.  Do you see that?
11    A.  Yes, I do.
12    Q.  Does it surprise you that there's a
13 document out there that says that there's one --
14 that there's a policy that's applicable to prices
15 for both companies?
16       MR. GASTWIRTH:  Objection.  Form.
17       THE DEPONENT:  My understanding of this
18 is that it's applicable to the branded products.
19 Okay.  So BIPI and branded generics of Roxane.
20 BY MR. FAUCI:
21    Q.  So you think this pertains to a pricing
22 policy for Roxane's branded generics and BIPI's
```

216

```
1  brand products; is that correct?
2     A.  I believe so.  And, you know, again my
3  memory isn't a hundred percent, but this was in
4  May of '01, according to the cover memo -- cover
5  e-mail --
6     Q.  Cover e-mail.  Sure.
7     A.  -- and I believe this was approaching
8  the time when we divested of the Roxane branded
9  generic line.
10    Q.  What do you mean you divested of the
11 Roxane branded generic line?
12    A.  The -- Again, if I recall correctly
13 Viramune, which was under the Roxane label, was
14 transferred to the BIPI label and then the
15 palliative care line was in fact divested sold.
16    Q.  To who?
17    A.  It was initially sold to Elan who then
18 I know in turn sold it somewhere else.  So this
19 was -- you know, this would have been for a very
20 short period of time.
21    Q.  What was the -- the drug that you said
22 was transferred to BIPI?
```

217

```
1     A.  Viramune, which is a drug for treatment
2  of AIDS.
3     Q.  What do you mean it was transferred to
4  BIPI?
5     A.  Well, rather than be sold under the
6  Roxane label, it was sold under the BIPI label.
7     Q.  I'm a neophyte in this --
8     A.  Right.
9     Q.  -- so I'm going to ask a question, it
10 might be ignorant to you, but for Viramune --
11    A.  Viramune.
12    Q.  Viramune, when it was sold under the
13 Roxane label did they have any special rights to
14 it?
15       MR. GASTWIRTH:  Objection to the -- to
16 the extent that you're asking questions now about
17 a drug that's not at issue in the case.  I'm just
18 going to object on the record.
19       MR. FAUCI:  Okay.
20       THE DEPONENT:  Still answer?
21 BY MR. FAUCI:
22    Q.  Please.
```