# Exhibit N

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | Master File No. |
| LITIGATION ) | 01-12257-PBS |
| _____) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | VIDEOTAPED |
| ) | DEPOSITION OF |
| United States of America ex rel. ) | THOMAS RUSSILLO |
| Ven-a-Care of the Florida Keys, ) | |
| Inc., v. Boehringer Ingelheim ) | JANUARY 8, 2009 |
| Corp. et al., Civil Action No. ) | |
| 07-10248-PBS, and The City of ) | |
| New York et al. v. Abbott ) | |
| Laboratories et al., Civil ) | |
| Action No. 03-10643-PBS. ) | |
| _____) | |

(Cross-noticed captions on following pages.)

**Page 98**

1  Q  Is it consistent with your recollection that
2  you and Mr. Waterer reviewed and recommended AWP
3  changes for the multisource line of products?
4  A  I don't recall doing that. No.
5  Q  You don't recall doing what?
6  A  Recommending AWP changes.
7  Q  Do you recall approving AWP changes?
8  A  I do.
9  Q  Did you ever ask anyone at Boehringer
10 Ingelheim to sign off on an AWP change that you
11 were involved with?
12     MS. RIVERA:  Object to form.
13     THE WITNESS:  There would have been -- it
14 would have been at my discretion.  I would have
15 asked Werner Gerstenberg, if I thought there was a
16 sensitive AWP issue.
17 Q  BY MR. FAUCI:  Is there anyone else you
18 would have talked to about a sensitive AWP issue?
19 A  No.
20 Q  What would make an AWP issue sensitive?
21 A  Well, at this time --
22     MS. RIVERA:  Hold on.  Object to form.

**Page 99**

1      THE WITNESS:  At this point in time, I was
2  very sensitive to the AWP litigation that was
3  floating around.
4  Q  BY MR. FAUCI:  So as of the late 1990s, you
5  were aware that there was investigations into
6  inflated AWPs?
7  A  Yes, I was.
8  Q  Let's turn to the first page of the exhibit,
9  of the attachment, where it says, "Impact of June
10 2000, BU Reorganization on PAC Process."
11 A  Yes.
12 Q  Was there a reorganization of the business
13 unit in or around June 2000?
14 A  Yes, there was.
15 Q  What was the result of that?
16 A  The result of that was, as best I recall,
17 the pricing decision committees, as you've shown me
18 in the previous things, were implemented on the
19 brand side, and we were left pretty much on the
20 side to do our own thing, on the multisource side.
21 Q  Turn to page 4 of the document, where it
22 says "PTC Team Post-June 2000."  What is the PTC

**Page 100**

1  team?
2  A  It's -- it was rolled into the PAC, I
3  believe, at this point in time.
4  Q  And the permanent members:  Do you see
5  those?
6  A  Yes, I do.
7  Q  "Ciarelli, Diez, Ellexson, Hankins, King,
8  Powers, Sykora, Terrillion, Marketing Controller
9  Elizabeth Cochran."
10 A  Yes.
11 Q  Who are each of those people, to the best of
12 your recollection?  Which companies did they work
13 for?
14     I can make it easier.  Did any of those
15 people work for Roxane Laboratories post-June 2000?
16 A  I don't know for sure.  John Powers and Bob
17 Sykora were Roxane -- I think were Roxane
18 employees.
19 Q  Were the rest of those BIPI employees?
20 A  They were on the brand side.  I would
21 imagine they were BIPI.
22 Q  The third bullet point down, it says,

**Page 101**

1  "G. Ciarelli, H. Diez, and J. King to collaborate
2  to provide leadership to team and make final calls
3  on difficult decisions."
4  A  Yes.
5  Q  "If a decision cannot be made, the issues
6  are brought to S. Berkle."
7  A  Yes.
8  Q  Do you see that?
9  A  Yes.
10 Q  Would those difficult decisions have to do
11 with Roxane multisource products?
12 A  No.
13 Q  What about Roxane's branded generic
14 products?
15     MS. RIVERA:  Object to form, foundation.
16     THE WITNESS:  I believe they could.  I don't
17 know how they handled those.
18 Q  BY MR. FAUCI:  Page 6 of the same exhibit
19 says "PTC and Multisource."  Do you see that?
20 A  Yes.
21 Q  "Multisource is addressed by the PTC team
22 only when administrative, legal, and government

**174**

1 called Werner Gerstenberg and told him what I
2 thought was going on and what I thought should be
3 done. And then he would have either agreed or
4 disagreed.
5     Q  So do you think you consulted with Werner
6 Gerstenberg about the decision as to whether or not
7 to raise AWPs for Roxane?
8     A  Don't recall.
9     Q  For furosemide, I apologize.
10    A  I don't recall.
11    Q  In the top e-mail from Ms. Waterer, the
12 second paragraph down, she writes, "You've
13 indicated that AWP on furosemide is critical now
14 and that we'd have real business opportunities if
15 we could change it. As you've been informed, Tom
16 is prepared to take furosemide up the line."
17       Do you see that?
18    A  Yes.
19    Q  Who would you be taking furosemide up the
20 line to?
21    A  I believe she's referring to that if I
22 needed to, I would take it up the line.

**175**

1     Q  To who?
2     A  Werner Gerstenberg.
3     Q  Anyone else?
4     A  No.
5     Q  Where is Werner Gerstenberg based?
6     A  Connecticut.
7     Q  What was his job function?
8     A  He was the CEO of -- now, let's take it in
9 respect. In this particular case, he would have
10 been acting as the president of Roxane.
11    Q  Was he also the president of other
12 Boehringer Ingelheim companies?
13    A  Yes, he was.
14    Q  Which companies, to your knowledge?
15    A  I believe he was the president of BIC.
16    Q  Which was the parent company based in
17 Connecticut?
18    A  Yes.
19    Q  Can you think of any other Roxane employees
20 that were based in Connecticut?
21    A  Can I think of any?
22    Q  Yeah.

**176**

1     A  There were thousands of Roxane employees --
2 oh, in Connecticut. Sorry.
3     Q  Based in Connecticut.
4     A  Roxane actual employees. Let me think about
5 that. There actually may have been a couple.
6        We had a number of situations where people
7 worked for a subsidiary but were officed other
8 places, so there may have been. I can't think
9 right now of any.
10    Q  Can't think of any off the top of your head?
11    A  Not specifically, no.
12    Q  I'm going to show you Exhibit 26.
13       (Exhibit Russillo 026 is marked.)
14    Q  BY MR. FAUCI: Take a moment to familiarize
15 yourself with this e-mail, but my questions will
16 just be focusing on the top couple lines.
17    A  Okay.
18    Q  The e-mail I'm going to focus your attention
19 on is from Tom Russillo, dated July 7, to Bob
20 Sykora, Judy Waterer, Richard Feldman.
21       Do you see that in this e-mail you were
22 responding to the e-mail we just discussed in

**177**

1 Exhibit 25, where Mr. Sykora was discussing the AWP
2 increase for furosemide?
3     A  It would appear that's correct. Yes.
4     Q  Can you read your response?
5     A  "Bob, I assure you it's real. To get the
6 approval we need from Connecticut, though, we need
7 some hard info. Don't shoot the messenger. Judy
8 is only doing what I asked her to do. Rich can
9 assure you of the mood in BI."
10    Q  Does "Connecticut" mean Boehringer
11 Ingelheim?
12       MS. RIVERA: Object to form.
13       THE WITNESS: It could mean Boehringer
14 Ingelheim. I suspect it does here.
15    Q  BY MR. FAUCI: What approval would you need
16 from Boehringer Ingelheim?
17       MS. RIVERA: Object to form.
18       THE WITNESS: I believe Judy was under the
19 impression that I needed approval, and I may have
20 told her that so that she wouldn't just be
21 bombarding me with requests.
22    Q  BY MR. FAUCI: Just to be clear, who wrote

**190**

1   A   I do.
2   Q   Did you have any concern with raising the
3   AWPs for this product to a level more than 14 times
4   higher than the average contract price?
5       MS. RIVERA: Object to form.
6       THE WITNESS: No, because it was the same
7   AWP as Mylan.
8   Q   BY MR. FAUCI: So as long as Mylan's AWP was
9   high, that high, it was okay?
10      MS. RIVERA: Object to form.
11      THE WITNESS: "High" is a word -- I don't
12  use the word "high."
13  Q   BY MR. FAUCI: What if Mylan's AWP was $300?
14      MS. RIVERA: Jeff, you've got to let him
15  finish his answer.
16  Q   BY MR. FAUCI: I apologize. Finish it.
17  A   Okay. It doesn't matter what the number is.
18  We were trying to be competitive. If Mylan's AWP
19  is $300, we probably would have raised it to $300
20  to be competitive.
21  Q   Do you think it mattered to Medicaid and
22  Medicare agencies what the AWP was?

**191**

1       MS. RIVERA: Object to form, foundation.
2   Calls for speculation.
3   Q   BY MR. FAUCI: You're aware that Medicaid
4   and Medicare relied on AWPs in setting their
5   reimbursement. You've already testified to that;
6   correct?
7   A   I testified that they relied on a discount
8   from AWP for setting their reimbursement.
9   Q   Do you think it mattered to Medicare and
10  Medicaid what the AWPs were?
11      MS. RIVERA: Object to form and foundation.
12      THE WITNESS: I suppose it mattered.
13  Q   BY MR. FAUCI: But it didn't matter to
14  Roxane?
15  A   Well, what mattered most --
16      MS. RIVERA: Object to form.
17      THE WITNESS: -- was their discount, not the
18  AWP.
19  Q   BY MR. FAUCI: Now that we've looked a
20  little bit into the actual decision to raise AWPs
21  and your approval of that decision, does any of
22  this refresh your recollection as to whether or not

**192**

1   this is a decision that you would have taken to
2   Werner Gerstenberg?
3   A   Based on the data that I've seen here and
4   the quick review, I would say I probably did not.
5   Q   What was the type of decision you would take
6   to him?
7   A   If we were raising an AWP without adequate
8   justification, meaning I didn't see a competitor's
9   analysis that showed we were just blending in with
10  the rest.
11  Q   So with knowledge the AWP investigations
12  were going on, and with knowledge that this AWP
13  increase raised the AWPs to 14 times the average
14  contract price, that would not have been reason for
15  you to go to Mr. Gerstenberg and say, "Is this
16  okay?"
17  A   I can't answer your question exactly,
18  because this -- as you've seen from the e-mail
19  trails on this and others, there were a number of
20  these going on.
21      Once I had established Werner Gerstenberg's
22  position on this, I would have implemented it.

**193**

1   So -- and I don't remember eight years ago how
2   concerned he was.
3       I might have brought it to him. I don't
4   think I did, because we've had others before that.
5   I knew where he stood.
6   Q   Would you have done this without feeling
7   comfortable that Mr. Gerstenberg was okay with it?
8   A   I can't tell you at the time. I don't know
9   whether I went to him or not.
10  Q   You said you knew where he stood. What do
11  you mean by that?
12  A   I knew that his position was if we were
13  meeting competitors, to stay competitive and that's
14  why we were raising the AWP, we would not be
15  perceived as taking advantage of the AWP.
16  Q   Where did you get that understanding of
17  Mr. Gerstenberg's position from?
18  A   Over many conversations with him.
19  Q   Did you have those -- was anybody else
20  involved in those conversations?
21  A   There may have been. I don't -- I don't
22  recall the specific conversations.