# Exhibit H

| | | |
|---|---|---|
| Eric Gortner/Chicago/Kirkland-Ellis<br><br>12/10/2008 12:30 PM | To | "Smith, Barbara H. (USAMA)" <Barbara.H.Smith@usdoj.gov> |
| | cc | "Bruno, Gloria (USAMA)" <Gloria.Bruno@usdoj.gov>, jbreen@breenlaw.com, "Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>, "Oberembt, Laurie (CIV)" |
| | bcc | Jennifer Miller/Chicago/Kirkland-Ellis |
| | Subject | RE:            deposition |

Dear Barbara,

We will inform            that       deposition will be cancelled.   As I indicated during my calls with you and Jim today, Roxane is certainly willing to accommodate and consider potential avenues for obtaining testimony in a less intrusive way regarding issues (if any) that are specific to            To the extent that such issues exist, one preliminary option that we discussed was the possibility of a telephonic deposition of shorter duration that targeted any such issues.  We can discuss that possibility (if needed) next week.

As I indicated during my calls with both you and Jim today, Roxane does not agree that Plaintiffs are now entitled to depose a different National Account Manager because of            condition.   Plaintiffs are already deposing (or have already deposed) two National Account Managers in this case (Debbie Kutner and Colin Carr-Hall), as well as Bob Sykora, and there has also been extensive testimony from many sales personnel in other Roxane cases -- and we have produced all that testimony in this case. Accordingly, to the extent that Plaintiffs are seeking general testimony regarding National Account Managers that is not specifically tied to            , they will have plenty of opportunities to develop that testimony with the deponents this week and next., and there should be no need for additional deponents on these general topics after the discovery cut-off.

Best regards,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)
"Smith, Barbara H. (USAMA)" <Barbara.H.Smith@usdoj.gov>

| | | |
|---|---|---|
|  | "Smith, Barbara H. (USAMA)" <Barbara.H.Smith@usdoj.gov><br><br>12/10/2008 12:04 PM | To | "Eric Gortner" <egortner@kirkland.com>, <jbreen@breenlaw.com> |
| | | cc | "Sara Rankin" <srankin@kirkland.com>, "Fauci, Jeff (USAMA)" <Jeff.Fauci@usdoj.gov>, "Oberembt, Laurie (CIV)" <Laurie.Oberembt@usdoj.gov>, "Bruno, Gloria (USAMA)" <Gloria.Bruno@usdoj.gov>, "Roslyn G. Pollack" <rpollack@bm.net> |
| | | Subject | RE:            deposition |

```
           will be canceeled for friday.  We will talk  next week our
proposals.re
```

BHS

```
-----Original Message-----
From:           Eric Gortner [mailto:egortner@kirkland.com]
```

```
Sent:       Wednesday, December 10, 2008 12:33 PM Eastern Standard Time
To:         Smith, Barbara H. (USAMA); jbreen@breenlaw.com
Cc:         Sara Rankin
Subject:    [redacted] deposition
```

Dear Barbara and Jim,

I am following up on my conversations with Sara and Jim regarding the [redacted] deposition. As you know, we just learned that [redacted] is terminally ill and the combination of the effects of [redacted] medication and [redacted] emotional state make it unlikely in our view that a deposition of [redacted] would be productive. More significantly, we, frankly, think it would be cruel to subject [redacted] to a deposition in [redacted] state. In light of Sara's impending travels to prepare [redacted] (Sara is leaving within the hour) and the additional impositions on [redacted] I believe we should all agree to cancel [redacted] deposition immediately and without conditions. The issue of what (if any) additional testimony Plaintiffs are entitled to is a separate issue from whether [redacted] is able to testify.

I will follow up this email immediately with Roxane's view of what the next steps should be in terms of Plaintiffs' proposal for additional testimony.

Best regards,

Eric

Eric Gortner
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601
(312) 861-2285 (direct line)
(312) 665-9665 (direct fax)

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************** =