UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| **In re Pharmaceutical Industry** | ) | MDL No. 1456 |
| **Average Wholesale Price Litig.** | ) | C.A. No. 01-CV-12257-PBS |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| TRACK TWO SETTLEMENT | ) | |
| | ) | |

## NOTICE OF APPEARANCE

John J. Pentz hereby enters his appearance in this matter on behalf of Class Members John and Connie Pentz of One Highland Road, East Stroudsburg, Pennsylvania 18301, and Corinna Connick, of 12545 Ashton Trail, Chardon, OH 44024.  Attorney Pentz intends to appear and argue on behalf of Mr. and Mrs. Pentz and Ms. Connick with regard to the Track Two Settlement at the fairness hearing scheduled for April 27, 2009.

Dated:   March 9, 2009                                    Respectfully submitted,

*/s/ John J. Pentz*
John J. Pentz, Esq.
MA Bar # 561907
2 Clock Tower Place, Suite 260G
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 9, 2009 he efiled a true copy of the foregoing document via the ECF filing system of the District of Massachusetts, and as a result a copy of this document was served on every counsel of record.

*/s/ John J. Pentz*
John J. Pentz