UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | J. Frederick Motz<br>United States District Court<br>District of Maryland | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |
| | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Western District of Texas | |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |

March 2, 2009

Mark Alan Lavine, Esq.
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Re: MDL No. 1456 -- IN RE: Pharmaceutical Industry Average Wholesale Price Litigation

    United States of America, et al. v. Bristol-Myers Squibb Co., et al., S.D. Florida,
        C.A. No. 1:95-1354  (Judge Alan S. Gold)
    United States of America, etc. v. Schering Corp., et al., S.D. Florida,
        C.A. No. 4:09-10003  (Judge James Lawrence King)

Motion and Brief Due on or before:  March 17, 2009

Dear Counsel:

    We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

    1)    **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed above.** An **ORIGINAL** and **FOUR** copies of all pleadings, as well as a **COMPUTER GENERATED DISK** of the pleading in Adobe Acrobat (PDF) format, are currently required for filing. **Fax transmission of your motion and brief will not be accepted.** *See* Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**

    2)    **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).

- 2 -

3) **Rule 5.3 corporate disclosure statements are due within 11 days of the filing of the motion to vacate.**
4) **Failure to file and serve the required motion and brief within the allotted 15 days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Jakeia Mells_
Jakeia Mells
Deputy Clerk

Enclosure

cc:   Panel Service List
      Transferee Judge: Judge Patti B. Saris
      Transferor Judges: Judge Alan S. Gold; Judge James Lawrence King

JPML Form 37

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION                                             MDL No. 1456

## PANEL SERVICE LIST (CTO-43)

United States of America, et al. v. Bristol-Myers Squibb Co., et al., S.D. Florida,
    C.A. No. 1:95-1354  (Judge Alan S. Gold)
United States of America, etc. v. Schering Corp., et al., S.D. Florida,
    C.A. No. 4:09-10003  (Judge James Lawrence King)

Gary L. Azorsky
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

James J. Breen
BREEN LAW FIRM PA
P.O. Box 297470
Pembroke Pines, FL 33029-7470

John E. Clark
GOODE CASSEB JONES RIKLIN CHOATE
& WATSON
2122 North Main Avenue
P.O. Box 120480
San Antonio, TX 78212-9680

Carol V. Gilden
MUCH SHELIST FREED ET AL
191 North Wacker Drive
Suite 1800
Chicago, IL 60606-1615

Mark Alan Lavine
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Adam D. Miller
ENGSTROM LIPSCOMB & LACK
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067

Adam M. Miller
PROFILET VAZQUEZ & HESS
501 Brickell Key Drive
Suite 407
Miami, FL 33131-2624

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street
4th Floor
Cambridge, MA 02142

Martin Leonard Steinberg
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Nicholas Theodorou
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Atlee W. Wampler, III
WAMPLER BUCHANAN WALKER
CHABROW ET AL
Sun Trust International Center, Suite 1700
One Southeast Third Avenue
Miami, FL 33131

D. Scott Wise
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017