UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO OBJECTOR CORINNA CONNICK'S MOTION TO INTERVENE**

Counsel for Plaintiffs hereby move for an order extending the time for Plaintiffs to respond to Objector Corinna Connick's Motion to Intervene (Dkt. No. 5941). In support of this motion, Plaintiffs state as follows:

1. On March 4, 2009, Objector Corinna Connick filed her Motion to Intervene. Plaintiffs' response is presently due March 18, 2009.

2. On March 9, 2009, Objector Corinna Connick also filed an objection to the Track 2 Settlement, along with objectors John and Connie Pentz (Dkt. No. 5947). Per the Court's January 7, 2009 Order Revising Certain Dates Related to the Track Two Settlement (Dkt. No. 5803-2), responses to objections are due to be filed on March 30, 2009.

3. Plaintiffs request a brief extension to respond to the Motion to Intervene so that they may respond to both the Motion and Ms. Connick's Objection simultaneously. Plaintiffs believe that this short extension should be granted for three reasons:

    a. First, the Motion to Intervene and the Objection raise overlapping issues. Indeed, they both press the central issue of whether the settlement extinguishes the claims of cash payors without consideration. Plaintiffs submit that a coordinated response to

- 1 -

both the Motion to Intervene and the Objection is necessary and will conserve the resources of the Court and the parties.

  b. Second, Plaintiffs are taking minimal discovery of Ms. Connick, and this discovery will not be complete until March 30, 2009.

  c. Third, the brief extension requested will not delay resolution of the issues, as the Court is likely to consider both the Motion to Intervene and the Objection at the April 27, 2009 final approval hearing.

  4. Class Counsel has conferred with counsel for Ms. Connick, and they do not oppose this requested extension.

WHEREFORE, the Plaintiffs respectfully request the Court enter an Order extending the deadline for Plaintiffs to respond to Objector Corinna Connick's Motion to Intervene. The new due date would be March 30, 2009.

DATED: March 16, 2009.    By /s/ **Steve W. Berman**
               Thomas M. Sobol (BBO#471770)
               Edward Notargiacomo (BBO#567636)
              Hagens Berman Sobol Shapiro LLP
              One Main Street, 4th Floor
              Cambridge, MA  02142
              Telephone: (617) 482-3700
              Facsimile: (617) 482-3003

              **LIAISON COUNSEL**

              Steve W. Berman
              Sean R. Matt
              Hagens Berman Sobol Shapiro LLP
              1301 Fifth Avenue, Suite 2900
              Seattle, WA  98101
              Telephone: (206) 623-7292
              Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO OBJECTOR CORINNA CONNICK'S MOTION TO INTERVENE**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 16, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                          **/s/ Steve W. Berman**
                                          Steve W. Berman

- 4 -