## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** | ) | **Master File No.  01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** | ) | **Subcategory Case No. 06-11337** |
| | ) | |
| | ) | **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *State of California, ex rel. Ven-A-Care v.* | ) | **Magistrate Judge** |
| *Abbott Laboratories, et al.* | ) | **Marianne B. Bowler** |
| **Case No. 03-cv-11226-PBS** | ) | |
| | ) | |

### STATE OF CALIFORNIA'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION  TO COMPEL DEFENDANT SANDOZ INC. TO PRODUCE A RULE 30(B)(6) WITNESS

Plaintiff State of California hereby withdraws, without prejudice, its motion to compel

Defendant Sandoz Inc. to produce a Rule 30(b)(6) witness filed February 6, 2009 [Docket No.

5881, Subcategory Docket No. 169].

Dated:  March 16, 2009                              Respectfully submitted,

   /s/ *Steven U. Ross*
NICHOLAS N. PAUL
Supervising Deputy Attorney General
STEVEN U. ROSS
Deputy Attorney General III
CA State Bar No:  101294
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone:  (619) 688-6026
Facsimile:    (619) 688-4200

Attorneys for Plaintiff,
STATE OF CALIFORNIA

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing was delivered to all counsel of

record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by

sending on March 16, 2009, a copy to Lexis-Nexis for posting and notification to all parties.


         /s/ *Steven U. Ross*
         Steven U. Ross