# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF DONALD E. HAVILAND, JR., IN SUPPORT OF MEMORANDUM OF NAMED CONSUMER PLAINTIFFS IN OPPOSITION TO APPROVAL OF THE PROPOSED TRACK TWO NATIONWIDE CLASS CERTIFICATION AND SETTLEMENT**

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

**I.      Introduction**

1.      I am the managing partner of the Haviland Law Firm, LLC ("HLF"), counsel for the consumer plaintiffs in this matter. I am submitting this Declaration in support of the Memorandum of Named Consumer Plaintiffs in Opposition to Approval of the Proposed Track Two Nationwide Class Certification and Settlement.

2.      I hereby attest that the facts set forth in the Memorandum are true and correct to the best of my knowledge, information and belief. If called to testify as to the same, I would so testify. In addition, there is additional documentary support for such facts that I would be prepared to submit to the Court forthwith, upon request for the same.

3.      Attached as Exhibits hereto are true and correct copies of the following documents:

| Exhibit "A" | Retainer Agreements signed by Named Consumer Plaintiffs |
|---|---|

| Exhibit "B" | April 6, 2006 Memorandum re "PAL Attorney Relationships" |
|---|---|
| Exhibit "C" | PAL Participants (http://web.archive.org/web/20031212085849/www.prescriptionaccess.org/participants.htm) |
| Exhibit "D" | PAL Current Members (http://prescriptionaccess.org/coalition/) |
| Exhibit "E" | http://www.prescriptionaccess.org/contacts; http://www.communitycatalyst.org/contact_us; http://www.hcfama.org |
| Exhibit "F" | PAL Current Lawsuits (http://www.prescriptionaccess.org/lawsuitssettlements/current_lawsuits?id=0005) |
| Exhibit "G" | Health Care Policy Report, Volume 13, Number 36 "Drug Spending and the Average Wholesale Price: Removing the AWP Albatross from Medicaid's Neck" |
| Exhibit "H" | Arizona Defendants' Brief in Response to Plaintiffs' Proposed Order Dismissing Overlapping Claims Without Prejudice, Dated August 15, 2008 |
| Exhibit "I" | Minute Entry Order of the Honorable John A. Buttrick dated March 4, 2009 |
| Exhibit "J" | August 17, 2005 Memorandum from Steve W. Berman |
| Exhibit "K" | October 17, 2005 Email re K&S Joining MDL 1456 as Co-Lead Counsel |
| Exhibit "L" | Email re Transfer from K&S to HLF |
| Exhibit "M" | April 10, 2006 Electronic Order Striking the New Drugs from the Fourth Amended Master Consolidated Class Action Complaint |
| Exhibit "N" | About PAL (http://www.prescriptionaccess.org/about?id=0001) |
| Exhibit "O" | About Weirton Medical Center (http://www.weirtonmedical.com/aboutwmc.php) |
| Exhibit "P" | PAL Cy Pres (http://www.prescriptionaccess.org/about?id=0007) |

| Exhibit "Q" | Alex Sugerman-Brozan Information from Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. Website (http://prle/com/attorneys/alex.htm) |
|---|---|
| Exhibit "R" | HCPCS Drug Pricing File Effective April 2003 |
| Exhibit "S" | PAL Lawyers and Leadership Circle (http://prescriptionaccess.org/about?id=0004; http://www.prescriptionaccess.org/about?id=006) |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 16th day of March, 2009.

By: /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
The Haviland Law Firm, LLC
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400

*Counsel for Rev. David Aaronson, individually and on behalf of the Estate of Susan Ruth Aaronson, M. Joyce Howe, individually and on behalf of the Estate of Robert Howe, Larry Young, individually and on behalf of the Estate of Patricia Young, Therese Shepley, individually and on behalf of the Estate of James Shepley, Harold Carter, Roger Clark, on behalf of the Estate of David Clark, Ethel Walters, individually and on behalf of the Estate of Hunter Walters, Katie Bean, individually and on behalf of the Estate of Harold Bean, James Monk, Virginia Newell, individually and on behalf of the Estate of William Newell, Oral Roots, Rebecca Hopkins and George Baker Thomson*