# EXHIBIT A

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 10/2/06

_____
(Signature)

Name: Sue Aaronson

_____
(Signature)

Name: David Aaronson

---

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

# RETAINER AGREEMENT

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: _OCT 2 2006_    _Harold N. Carter_
                        (Signature)

Name  Harold Gene Carter

---

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 10/06/2006

_Roger L Clark_
(Signature)

Name  Roger Clark

---

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

# RETAINER AGREEMENT

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 10/04/06

_____
(Signature)

Name: __Joyce Howe__

---

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

## RETAINER AGREEMENT

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 7-28-2005

_James E. Monk_
(Signature)

Name: James E. Monk
(Please print)

---

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Telephone: 800•597•9585                              Facsimile: 215•735•0957

## RETAINER AGREEMENT

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 12-29-06        _Theresa Shepley_
                       (Signature)

                       Name  Therese Shepley
                             For James E. & Therese Shepley

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

# **RETAINER AGREEMENT**

      The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and The Haviland Law Firm, LLC ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

      The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: *10-02-2006*

(Signature)

Name: Mr. Larry Young

---

Please return to:
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 South Third Street
Third Floor
Philadelphia, PA 19147

Telephone (215)609-4661
Facsimile (215)392-4400

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: _August 3, 2005_    _William F. Newell, Sr. % Virginia Newell_
                                              (Signature)    _Virginia Newell_

Name: William F. Newell, Sr., % Virginia Newell
(Please print)

---

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Telephone: 800•597•9585                                     Facsimile: 215•735•0957

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 9-20-05

(Signature) *Oral R. Roots Jr.*
ORAL RAY Roots Jr

Name: <u>Oral Ray Roots</u>
(Please print)

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Telephone: 800•597•9585                              Facsimile: 215•735•0957

# RETAINER AGREEMENT

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: March 9, 2006

_(Signature)_ Hunter G. Walters, Jr.

Name: Hunter G. Walters, Sr.
(Please print)

---

(Signature) Karen A. Wood

Name: Karen A. Wood

Date: 3/27/06

Telephone: 800•597•9585

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Walters Emgr.
(Signature) Ethel M. Walters

Name: Ethel M. Walters

Date: 3/27/06

Facsimile: 215•735•0957

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: 9/18/2005

Name: <u>Rebecca Hopkins</u>
(Please print)

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Telephone: 800•597•9585              Facsimile: 215•735•0957

# **RETAINER AGREEMENT**

The undersigned client hereby acknowledges and agrees that attorney Donald E. Haviland, Jr., and the law firm of Kline & Specter, P.C. ("the Attorneys"), have undertaken the representation of the client with respect to potential claims arising from purchases of prescription drugs and will share in any fees resulting from such representation.

The Attorneys will represent the client on a contingent basis and will advance all costs, the repayment of which will be contingent upon a recovery. If the case is certified as a class action, the Court will determine the attorneys' fees to be paid out of the recovery. Such fees will not exceed 33 1/3% of the recovery, plus expenses. If the case is not certified as a class action, the Attorneys will represent the client on a contingent basis at 33 1/3% of the recovery, plus expenses to also be paid only out of the recovery. In the event the same is necessary to prosecute the claims of the client, the client agrees to act as a class representative in a class action case against the manufacturers and sellers of the prescription drugs at issue. The client hereby consents to authorize the Attorneys to seek a settlement of the client's claims, either individually or in a class action context, and thereafter to seek payment of attorney's fees and expenses directly from the defendant(s), from the Court and/or from other parties or counsel in the case.

Dated: August 9, 2005

(Signature)

Name: <u>George Baker Thomson</u>
(Please print)

Please return to:
Donald E. Haviland, Jr., Esquire
**KLINE & SPECTER, P.C.**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Telephone: 800•597•9585                                                                Facsimile: 215•735•0957

G:\DATA\WP MASTER - (2007/07)\MDL\Cheeter_Blank Forms & DATABASE\NEW CLIENT NAME HERE\RETAINER AGREEMENT.wpd