# EXHIBIT C



**news**

March 14, 2009

> Participants
> FAQ

## PAL Participants:

The Prescription Access Litigation (PAL) participants agree to work in a collaborative effort: (a) to achieve our shared mission of creating substantial economic value for consumers in order to remedy past unlawful practices of pharmaceutical companies; and (b) to achieve meaningful change in the way the pharmaceutical industry does business in order to increase access to affordable prescription and other drugs.

### Public Interest Groups:

**Arizona**

Arizona Citizen Action
http://www.azcitizen.org

Senior Disabled Arizona Protest

**California**

California PIRG
http://www.pirg.org/calpirg/

Congress of California Seniors
http://www.seniors.org

Gray Panthers of Sacramento, CA

Legal Assistance to the Elderly (San Francisco)

San Francisco Senior Action Network

**Colorado**

http://web.archive.org/web/20031212085849/www.prescriptionaccess.org/participants.htm

Colorado PIRG
http://www.copirg.org/

Colorado Progressive Coalition
http://www.progressivecoalition.org

**Connecticut**

Connecticut Citizen Action Group
http://www.ccag.net/

**District of Columbia**

Nonprofit Clinic Consortium
http://www.npcclinics.org/

**Florida**

Florida Alliance for Retired Americans
http://www.retiredamericans.org

Human Services Coalition of Miami-Dade County
http://www.hscdade.org

**Idaho**

Idaho Community Action Network
http://www.nwfco.org/Idaho/icn.html

Living Independence Network Corporation
http://www2.state.id.us/silc/linc.htm

**Illinois**

Campaign for Better Health Care
http://www.cbhconline.org/

Champaign County Health Care Consumers

http://www.prairienet.org/cchcc/

Citizen Action Illinois
http://www.citizenaction-il.org/

### Indiana

United Senior Action of Indiana
http://www.usaindiana.org/

### Kansas

Kansas Association for the Medically Underserved
http://www.ink.org/public/kamu/index.htm

### Maine

Consumers for Affordable Health Care
http://www.mainecahc.org

Maine People's Alliance

### Maryland

Maryland Citizens Health Initiative
http://www.healthcareforall.com/

### Massachusetts

Health Care For All
http://www.hcfama.org

Health Law Advocates
http://www.hla-inc.org

Lynn Health Task Force

Massachusetts Breast Cancer Coalition
http://www.mbcc.org/

Massachusetts PIRG (MASSPIRG)
http://www.masspirg.org/

Massachusetts Senior Action Council
http://www.masssenioraction.org/

New England Regional Council of Carpenters
http://www.necarpenters.org

Women's Health Institute

**Michigan**

Public Interest Research Group in Michigan
http://www.pirgim.org/

**Minnesota**

Minnesota COACT
http://www.coact.org

Minnesota Senior Federation
http://www.mnseniorfed.org/

**Mississippi**

Mississippi Human Services Coalition

Mississippi Health Advocacy Program (MHAP)
http://www.mhap.org

**Nebraska**

Nebraska Appleseed
http://www.neappleseed.org/

**New Hampshire**

New Hampshire Citizens Alliance

http://www.nhcitizensalliance.org/

## New Jersey

New Jersey Citizen Action
http://www.njcitizenaction.org

New Jersey PIRG
http://www.njpirg.org

Public Interest Law Center of New Jersey
http://www.appleseeds.net

## New Mexico

Health Action New Mexico
http://www.healthactionnm.org/

Senior Citizens' Law Office
http://www.geocities.com/abqsclo/

## New York

Brooklyn-wide Interagency Council of the Aging

CAIRE

Citizen Action of New York
http://www.citizenactionny.org

Gay Men's Health Crisis
http://www.gmhc.org/

Ithaca Breast Cancer Alliance
http://www.ibca.net/ibc_ld.html

JPAC for Older Adults

Long Island Coalition for a National Health Plan

http://web.archive.org/web/20031212085849/www.prescriptionaccess.org/participants.htm

Long Island Progressive Coalition
http://www.lipc.org/index800x600.html

Metro New York Health Care for All Campaign

New York Statewide Senior Action Council
http://www.nysenior.org

Rockland County Senior Health Care Coalition

Utica Citizens in Action
http://community.syracuse.com/cc/citizen-in-action/

**North Carolina**

North Carolina Fair Share

North Carolina Health Access Coalition
http://www.ncjustice.org/health

North Carolina PIRG
http://www.ncpirg.org/

**Ohio**

Universal Health Care Action Network of Ohio
http://www.uhcanohio.org

**Oregon**

Oregon Consumers League
http://www.orconsumer.org/

Oregon Health Action Campaign
http://www.uhcan.org/files/states/oregon.html

Oregon State Public Interest Research Group
http://www.pirg.org/ospirg/index.htm

SEIU Local 49

http://www.seiu49.org

## Pennsylvania

SEIU Local 503
http://www.seiu503.org

Action Alliance of Senior Citizens
http://www.actionseniors.org/

Citizens for Consumer Justice
http://www.usaction.org/cgi-bin/org?pa

Consumer Health Coalition (Pennsylvania)
http://www.trcil.50megs.com/consumerhealth.html

Mon Valley Unemployed Committee

Pennsylvania Alliance for Retired Americans
http://www.retiredamericans.org

Pennsylvania PIRG (PennPIRG)
http://www.pennpirg.org

## Rhode Island

Health Care Organizing Project
http://www.usaction.org/cgi-bin/org?ri/campaigns/hcop

Ocean State Action
http://oceanstateaction.org

## South Carolina

South Carolina Appleseed Legal Justice Center
http://www.appleseeds.net/center.cfm?id=14

## Tennessee

Tennessee Health Care Campaign

http://www.thcc2.org

**Texas**

Texas Alliance for Human Needs
http://www.txalliance.org

**Utah**

Utah Issues
http://www.utahissues.org/index2.html

**Vermont**

Vermont PIRG
http://www.vpirg.org/

**Virginia**

Virginia Poverty Law Center
http://www.vplc.org/

**Washington**

Washington Citizen Action
http://www.progressiveaction.org/wca/

Washington PIRG
http://www.pirg.org/washpirg/

**West Virginia**

West Virginia Citizen Action Group
http://www.wvcag.org/

**Wisconsin**

Wisconsin Citizen Action
http://www.wi-citizenaction.org/

## National Organizations:

AIDS Action (Washington D.C.)
http://www.aidsaction.org

Alliance for Retired Americans
http://www.retiredamericans.org/

American Federation of State, County and Municipal Employees
http://www.afscme.org

Association for Health Center Affiliated Health Plans
http://www.ahcahp.org/

Boston Women's Health Book Collective
http://www.ourbodiesourselves.org

Community Catalyst
http://www.communitycatalyst.org

Medicare Rights Center
http://www.medicarerights.org/index.html

National Health Law Program, Inc.
http://www.healthlaw.org/

USAction
http://www.usaction.org

## Law Firms:

**Hagens Berman, LLP**
http://www.hagens-berman.com