# EXHIBIT D

Case 1:01-cv-12257-PBS  Document 5954-5  Filed 03/16/09  Page 2 of 8



# PAL
Prescription Access Litigation

FAIR PRICES
CONSUMER EDUCATION
INDUSTRY ACCOUNTABILITY

## COALITION

**Current Members**

**How to Join**



ARE YOU FED UP WITH HIGH DRUG PRICES?
GET INVOLVED.
TELL US YOUR STORY!

Get updates on drug lawsuits, settlements and PAL news.

Your Email here

GO

## Current Members

Prescription Access Litigation (PAL) is a coalition of over 125 organizations working to end illegal pharmaceutical industry practices and fighting for more affordable drug prices.

PAL member organizations participate in PAL's work by joining class action lawsuits as plaintiffs, educating their members about the pharmaceutical industry's tactics, publicizing PAL projects and successes, and signing on to "friend of the Court" briefs and regulatory testimony/comments submitted by PAL.

There are no membership dues or charges for organizations joining the PAL coalition. If your organization is interested in joining the PAL coalition, please contact us.

**Our Coalition:** Select A State ...

### Alaska

- ASEA/AFSCME Local 52 Health Benefits Trust

### California

- Breast Cancer Action
- California Alliance for Retired Americans
- CALPIRG
- California Citizens for Health Freedom
- Congress of California Seniors
- Council on Aging Services for Seniors
- Gray Panthers of Sacramento



## Colorado

- Health Plan of San Mateo
- Legal Assistance to the Elderly, Inc.
- San Francisco Senior Action Network
- The Greenlining Institute
- Colorado PIRG
- Colorado Progressive Coalition

## Connecticut

- Connecticut Citizen Action Group

## District of Columbia

- AFL-CIO
- AFSCME
- AIDS Action
- Alliance for Retired Americans
- Association for Community Affiliated Plans
- Change to Win
- District of Columbia Primary Care Association (DCPCA)
- Government Accountability Project
- National Education Association
- National Women's Health Network
- National IAM Benefit Trust Fund
- Patients not Patents
- SEIU
- US Action

## Florida

- Annie Appleseed Project
- Florida Alliance for Retired Americans
- Florida CHAIN
- Human Services Coalition of Miami-Dade County

## Hawaii

- AlohaCare

## Idaho

- Idaho Community Action Network
- Living Independence Network Corporation (LINC)

## Illinois

- Campaign for Better Health Care
- Champaign County Health Care Consumers
- Citizen Action/Illinois
- Illinois Public Interest Research Group
- South Austin Coalition
- Metro Seniors in Action

## Indiana

- United Senior Action of Indiana, Inc.

## Kansas

- Kansas Association for the Medically Underserved

## Massachusetts

- ABCD Health Services
- Boston Building Service Employee Trust Fund (SEIU Local 615)
- Commonwealth Care Alliance
- Community Catalyst
- IUOE Local 4 Health and Welfare Fund
- IUOE Local 98
- Health and Welfare Trust Fund IUOE Local 877 & 70
- Health Care For All Inc.
- Health Law Advocates
- Lynn Health Task Force
- Massachusetts Breast Cancer Coalition
- MASSPIRG
- Massachusetts Senior Action Council
- New England Regional Council of Carpenters
- Our Bodies Ourselves
- Pipefitter's Local 537 Trust Funds
- SEIU Local 615
- Sheet Metal Workers Local Union 17 Insurance Fund
- TeamstersCare
- Women's Health Institute

## Maryland

- International Association of Machinists and Aerospace Workers
- Maryland Citizens' Health Initiative

## Maine

- Consumers for Affordable Health Care
- Maine People's Alliance / Maine People's Resource Center

## Michigan

- Public Interest Research Group in Michigan (PIRGIM)

## Minnesota

- Minnesota COACT
- Minnesota Senior Federation
- Minnesota State Retiree Council, AFL-CIO

## Mississippi

- Mississippi Health Advocacy Program

## North Carolina

- North CarolinaFair Share
- North Carolina Health Access Coalition
- North Carolina PIRG

## Nebraska

- Nebraska Appleseed Center for Law

## New Hampshire

- New Hampshire Citizens Alliance
- New Hampshire Alliance for Retired Americans

## New Jersey

- New Jersey Appleseed Public Interest Law Center
- New Jersey PIRG
- New Jersey Citizen Action

## New Mexico

- Health Action New Mexico
- New Mexico Senior Citizens Law Office

### New York

- 1199SEIU Benefit & Pension Funds
- The Actors' Fund of America
- AFSCME District Council 37 Health and Security Plan
- Brooklyn-Wide Interagency Council of the Aging, Inc.
- CAIRE
- Center for Medical Consumers
- Central New York Citizens in Action
- Citizen Action of New York
- Civil Service Employees Association
- Gay Men's Health Crisis
- Independence Care System
- Ithaca Breast Cancer Alliance
- JPAC for Older Adults
- Labor Health Alliance
- Long Island Coalition for a National Health Plan
- Medicare Rights Center
- Metro New York Health Care for All Campaign
- New York State Alliance for Retired Americans
- New York StateWide Senior Action Council
- Public Patent Foundation
- Rockland County Senior Health Care Coalition
- Sergeants Benevolent Association
- United Federation of Teachers Welfare Fund
- Voluntary Hospitals House Staff Benefits Plan/CIR SEIU Benefits Plan

### Ohio

- Working In Neighborhoods, Inc.
- UHCAN Ohio

### Oregon

- Commercial Alert
- Oregon Consumers League
- Oregon Health Action Campaign
- Oregon State Public Interest Research Group (OSPIRG)
- SEIU Local 49
- SEIU 503

### Pennsylvania

- Action Alliance of Senior Citizens
- AFSCME Council 47
- Consumer Health Coalition

- Mon Valley Unemployed Project
- Pennsylvania Alliance for Retired Americans
- Pennsylvania PIRG (PennPIRG)
- Philadelphia Unemployment Project

**Rhode Island**

- Health Care Organizing Project (HCOP)
- Ocean State Action Fund and Health Care Organizing Project

**South Carolina**

- South Carolina Appleseed Legal Justice Center

**Tennessee**

- Tennessee Health Care Campaign

**Texas**

- Texas Alliance for Human Needs

**Utah**

- UTAH Issues
- Utah Issues: Center for Poverty Research and Action

**Virginia**

- Virginia Poverty Law Center

**Vermont**

- United Scripts Administrators
- Vermont Public Interest Research Group (VPIRG)

**Washington**

- Washington Citizen Action
- Washington PIRG (WashPIRG)

**Wisconsin**

- Coalition of Wisconsin Aging Groups
- Wisconsin Citizen Action

## West Virginia

- West Virginia Citizen Action