# EXHIBIT E



Prescription
Access
Litigation

## CONTACT US

Get updates on drug lawsuits, settlements and PAL news.

Your Email here

 GO



ARE YOU FED UP
WITH HIGH DRUG PRICES?
GET INVOLVED.
TELL US YOUR STORY!

### Contact Us

Prescription Access Litigation

Email: pal@communitycatalyst.org
Phone: 617-275-2931

30 Winter Street, 10th Floor
Boston, MA 02108

FAIR PRICES
CONSUMER EDUCATION
INDUSTRY ACCOUNTABILITY



Prescription
Access
Litigation

FAIR PRICES
CONSUMER EDUCATION
INDUSTRY ACCOUNTABILITY

**ABOUT**

**About PAL**

**Staff**

**PAL Coalition**

**Lawyers**

**Funders**

**Leadership Circle**

**Cy Pres**

**Bitter Pill Awards**

Get updates on drug lawsuits, settlements and PAL news.

Your Email here   GO

## About PAL

Prescription Access Litigation (PAL) works to make prescription drug prices more affordable for consumers, using class action litigation and public education. PAL and its members seek to challenge illegal pricing tactics and deceptive marketing by drug companies, Pharmacy Benefit Managers, and other pharmaceutical industry players.

PAL is a national coalition of more than 130 organizations, including consumers, seniors, heath care, labor, legal services, women's health and human services groups in 36 states and the District of Columbia.

PAL's members have been involved in more than 30 class action lawsuits challenging drug industry tactics to illegally raise the price of prescription drugs. To date, there have been 11 settlements in these cases totalling $604 million, allowing consumers and health plans who were illegally overcharged to be reimbursed and putting drug companies on notice that their illegal tactics will not go unopposed.

PAL is a project of Community Catalyst. Community Catalyst, Inc., located in Boston, Massachusetts, is a national nonprofit advocacy organization that builds consumer and community participation in the shaping of the U.S. health system to ensure quality, affordable health care for all.  It works in numerous states with state and local organizations as well as with other national organizations.



Community Catalyst
30 Winter Street
Boston, MA 02108

Phone: (617) 338-6035
Fax: (617) 451-5838

info@communitycatalyst.org

Our office is easily accessible by public transportation. To find the best route, visit the Massachusetts Bay Transportation Authority site.

**Google Maps:**

Use Google Maps to get directions to our offices.

COMMUNITY CATALYST





| About Us | Health Care Resources | Advocacy & Policy | Programs & Services | Press & Publication |

**About Us**

- Mission Statement
- Board of Directors
- Executive Director
- Staff Directory
- Our Partners
- Job Openings
- Email List Sign-Up
- Special Events
- Join Us
- Directions to HCFA
- Make a donation
- Health Care Resources
- Advocacy & Policy
- Programs & Services
- Press & Publication

**Donate Now**

Home > About Us >

## Directions to Health Care For All

Health Care For All is located at 30 Winter Street on the 10th Floor at Downtown Crossing in Boston. Winter Street is primarily a pedestrian walkway, so there is no parking outside our building. Handicapped parking is available on Temple Place, and there is an accessible passageway which connects Temple Place to Winter Street.

### Public Transportation

Health Care For All is located between the Park Street and Downtown Crossing "T" stations. Park Street serves the Red and Green lines; Downtown Crossing serves the Red and Orange lines. From either station, exit to the street and walk down Winter Street. 30 Winter Street is 1/2 block from either station. There is also a Silver line stop on Temple Place, accessible through the passageway.

### Driving

The following directions lead to the Boston Common garage, which offers reasonably priced and convenient parking close to our office. To reach our office after parking your car, exit the garage and walk through the Boston Common towards the Park Street "T" station. Winter Street is across the street, directly opposite the entrance to the Park Street "T" station.

**From the Massachusetts Turnpike, Route 90, Eastbound:**

Follow the signs to Exit 24A for "South Station". At the first traffic light, take a left onto Kneeland Street which changes to Stuart Street after the intersection of Washington Street. Continuing on Stuart Street, take a right onto Charles Street (at the end, right turn only) & remain in the rightmost lane. Go through the next traffic light and the Boston Common Garage is on your right (below the Boston Common).

**From the Southeast Expressway, I-93/Rt. 3 Northbound:**

Take Exit 20 (South Station). Take a left at the traffic light onto Kneeland Street, which turns into Stuart Street after the intersection of Washington Street. Continuing on Stuart Street, take a right onto Charles Street (at the end, right turn only) & remain in the rightmost lane. Go through the next traffic light and the Boston Common Garage is on your right (below the Boston Common).

**From I-93/Rt. 3 Southbound:**

Email

Password

**Login**

Forgot your username or password?

Search

**Search**

Take exit for Storrow Drive and follow westbound directions below: From Storrow Drive: Heading westbound, take Back Bay/Copley Square exit. (Heading eastbound, take Downtown Boston exit.) At light, take left and then first right onto Arlington Street. Proceed through one set of lights. At second set of lights, take a left onto Boylston Street. Then take a left onto Charles Street. The Boston Common Garage is immediately on your right (below Boston Common).

**Map to Health Care For All:**



Click below for an interactive map:

YAHOO! Maps
Map of 30 Winter St
Boston, MA 02108-4720

Click below for driving directions to HCFA:

YAHOO! Maps
Directions to 30 Winter St

Login

CitySoft
Community Enterprise

Boston, MA 02108-4720

Health Care For All, 30 Winter Street, 10th floor, Boston, MA, 02108
Phone: 617-350-7279, FAX: 617-451-5838, TTY: 617-350-0974 Contact Us