# EXHIBIT I

To: Larry Crown

Michael K. Jeanes, Clerk of Court
\*\*\* Filed \*\*\*
03/05/2009 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                           03/04/2009

HONORABLE JOHN A. BUTTRICK                    CLERK OF THE COURT
                                              C. Castro
                                              Deputy

ROBERT J SWANSTON                             HARRY J MILLER III

v.

TAP PHARMACEUTICAL PRODUCTS INC, et           TIMOTHY BURKE
al.

                                              ANDREW ABRAHAM
                                              JOSEPH G ADAMS
                                              LEWIS APRIL
                                              1125 ATLANTIC AVE, 3RD FLOOR
                                              PO BOX 1125
                                              ATLANTIC CITY NJ  08404-1125
                                              MARTIN A ARONSON
                                              DONALD W BIVENS
                                              MARVIN BLOUNT
                                              THE BLOUNT LAW FIRM
                                              400 W FIRST ST
                                              GREENEVILLE NC  27834
                                              GEORGE I BRANDON
                                              ELISSA F BURGESS
                                              OBER KALER PC
                                              120 E BALTIMORE STREET, 11TH
                                              FLOOR
                                              BALTIMORE AZ  21202-1634        RECEIVED
                                              PATRICK G BYRNE
                                              BRIAN A CABIANCA
                                              ROBERT M CASALE                 MAR 0 5 2009
                                              250 WEST MAIN STREET
                                              BRANFORD CT  06405              JENNINGS, HAUG &
                                              WILLIAM CAVANAUGH               CUNNINGHAM
                                              PATTERSON BELKNAP WEBB

Docket Code 019                Form V000A                              Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                                  03/04/2009

                                  1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036
DALE SAMUEL COFFMAN
CHRISTOPHER COLEMAN
PO BOX 588
GREENVILLE NC 27835-0588
CURTIS COLEMAN
916 SOUTH EVANS STREET
PO BOX 588
GREENEVILLE NC 27835-0588
CURTIS COLEMAN
916 SOUTH EVANS STREET
PO BOX 588
GREENEVILLE NC 27835-0588
PAUL J COVAL
52 EAST GAY STREET
PO BOX 1008
COLUMBUS OH 43216-1008
DAWN L DAUPHINE
MERLE M DELANCEY
DICKSTEIN SHAPIRO MORIN
2101 L.ST.N.W.
WASHINGTON DC 20037
JOHN E DEWULF
EDWARD C DUCKERS
HOGAN AND HARTSON
555 13TH ST, NW - SUITE 13-W
WASHINGTON DC 20004
KIMBERLY A DUNNE
SIDLEY AUSTIN BROWN & WOOD
555 W. 5TH STREET 40TH FLOOR
LOS ANGELES CA 90013
STEVEN EDWARDS
HOGAN AND HARTSON
875 THIRD AVENUE
NEW YORK NY 10022
ANDREW S GORDON
CHARLES GREENE
111 NORTH ORANGE AVE
ORLANDO FL 32801

Docket Code 019                          Form V000A                           Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988							03/04/2009

ANDREW F HALABY
BARRY D HALPERN
DONALD HAVILAND
KLINE AND SPECTER
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA PA  19102
FREDERICK G HEROLD
DESHERT LLP
975 PAGE MILLE ROAD
PALO ALTO CA  94304-1013
S CRAIG HOLDEN
OBER KALER GRIME AND SHRIVER
120 EAST BALTIMORE STREET
BALTIMORE MD  21202
CURTIS A JENNINGS
LYDIA A JONES
MICHAEL K KENNEDY
JEFFREY S LEONARD
WILLIAM J MALEDON
KATHLEEN H MCGUAN
1301 K STREET NW
SUITE 1100  EAST TOWER
WASHINGTON DC  20005
VINCENT J MONTELL
CHANDLER M MULLER
1150 LOUISIANA AVE, SUITE 2
PO BOX 2128
WINTER PARK FL  32789
MICHAEL J O'CONNOR
BRIEN T O'CONNOR
ROPES AND GRAY
ONE INTERNATIONAL PLACE
BOSTON MA  02110
JOHN M O'NEAL
RODNEY W OTT
PAMELA M OVERTON
RANDALL S PAPETTI
ETHAN M POSNER
COVINGTON AND BURLING
1201 PENNSYLVANIA AVE. NW

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                      03/04/2009

        WASHINGTON DC  20044-7566
        MARY G PRYOR
        JANIS POSNER RAYNAK
        JOHN RILEY
        VAIRA & RILEY
        1600 MARKET ST. - SUITE 2650
        PHILADELPHIA PA  19103-7226
        PHILLIP ROBBIN
        KELLEY DRYE AND WARREN
        101 PARK AVENUE
        NEW YORK NY  10178
        CHARLENE ROBERTSON
        MICHAEL T SCOTT
        25 ONE LIBERTY PLACE
        1650 MARKET STREET
        PHILADELPHIA PA  19103-7301
        SCOTT SEMPLE
        MORGAN LEWIS AND BOCKUIS
        1111 PENNSYLVANIA AVE. NW
        WASHINGTON DC  20004
        JONATHAN SHUB
        SHELLER LUNDWIG AND BADEY
        1528 WALNUT ST, 3RD FLOOR
        PHILADELPHIA PA  19102
        ROBERT R STAUFFER
        JENNER AND BLOCK
        ONE IBM PLACE, 45TH FLOOR
        CHICAGO IL  60611
        JAY TODD STEWART
        PAUL L STOLLER
        PHILIP C TOWER
        JOHN C WEST
        KENT WILLIAMS
        SUITE 6200
        1300 GODWARD STREET NE
        MINNEAPOLIS MN  55413
        D SCOTT WISE
        DAVID POL WARDWELL
        450 LEXINGTON AVE
        NEW YORK NY  10017

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                          03/04/2009

JOSEPH H YOUNG
HOGAN AND HARTSON
111 S CALVERT ST, SUITE 1600
BALTIMORE MD 21202

RULING

On February 10, 2009, oral argument was held on Plaintiff's Proposed Order Dismissing Certain Overlapping Claims without Prejudice (filed August 15, 2008). The matter was taken under advisement at that time.

This putative class action was filed in 2002. Discovery is presently stayed and a number of motions are pending. The first matter to be addressed concerns what parties, claims and drugs are still at issue. The relevant pleading is the Second Amended Complaint ("SAC"), filed December 20, 2002. There is no pending motion to amend and, in fact, no desire to amend has been expressed by Plaintiff.

The current dispute regarding dismissal of claims arises from an order entered in a pending federal multi-district litigation, In re Pharmaceutical Industry Average Wholesale Price Litigation, No. 01-12257-PBS, MDL 1456 (D. Mass.) (the "MDL" case). Some defendants in this case are also defendants in the MDL proceedings. On September 11, 2007, in the MDL case, Judge Patti B. Saris ordered Plaintiff's counsel to dismiss all overlapping claims and defendants in a parallel New Jersey state court case. That was accomplished by an agreed upon order in the New Jersey proceeding.

Things have not gone as smoothly in this Court. The parties agree only that Judge Saris' order should be applied in this action as it was in New Jersey. They disagree regarding not only what claims and parties should be dismissed but also as to what claims and what drugs are within the scope of the SAC. In other words, they can agree neither as to what is presently "in" the case nor what should be taken "out" of the case.

Adding to the confusion is the unusual procedural setting here. On March 19, 2008, Judge Barton ordered the parties to prepare a "joint" proposed order of dismissal that would dismiss without prejudice "all claims in this litigation that either have been certified as class claims or are pending class certification in the MDL." If a joint order proved impossible, Judge Barton allowed for competing orders to be lodged.

Docket Code 019                      Form V000A                           Page 5

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                                                  03/04/2009

Subsequently, on August 8, 2008, Judge Swann ordered that a revised form of order be submitted by Plaintiff addressing solely the elimination of parties, claims and drugs "by virtue of Judge Saris' order." Additionally, Judge Swann mandated that Plaintiff make a formal disclosure regarding "what it believes remains in the case."

In response to Judge Swann's order, the parties briefed the issue of what is "out" and "in" the case and, as noted, presented their differing views at oral argument on February 10, 2009.

The Court has reviewed the briefing and the proposed forms of order submitted and now rules on the pending issue of dismissal of parties, claims and drugs.

Certain defendants in the MDL case are also defendants in this case (collectively "the Overlapping Defendants"). The Overlapping Defendants consist of the following defendants in Track One of the MDL case (the "Track One Overlapping Defendants"): Zeneca Inc.; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Bristol-Myers Squibb Co.; Oncology Therapeutics Network Corp.; Apothecon, Inc.; Johnson & Johnson; Centocor, Inc.; Ortho Biotech Products, L.P.; Schering-Plough Corporation; Schering Corporation; and Warrick Pharmaceuticals Corporation. The Overlapping Defendants also consist of the following defendants in Track Two of the MDL case (the "Track Two Overlapping Defendants"): Abbott Laboratories; Amgen, Inc.; Aventis Pharmaceuticals Inc.; Hoechst Marion Roussel, Inc.; ZLP Behring, L.L.C. (f/k/a Aventis Behring L.L.C.); Baxter International Inc.; Baxter Healthcare Corporation; Bayer Corporation; Dey, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Immunex Corporation; Pharmacia Corporation; Pharmacia & Upjohn LLC, f/k/a Pharmacia & Upjohn, Inc.; Monsanto Company; Sicor, Inc.; Gensia, Inc.; and Gensia Sicor Pharmaceuticals, Inc.

There exist claims in this case against the Overlapping Defendants that overlap with class claims in the MDL case ("the Overlapping Claims"). The Overlapping Claims consist of the following claims in this case: Unjust Enrichment (Count I of the SAC); Common Law Fraud (Count II of the SAC); Civil Conspiracy (Count III of the SAC); Concert of Action (Count IV of the SAC); Aiding/Abetting (Court V of the SAC); and Consumer Fraud pursuant to Ariz. Rev. Stat. §44-1521, *et seq.* (Count VI of the SAC).

The Overlapping Drugs are set forth in Exhibits "A" and "B" appended to Plaintiff's Proposed Order Dismissing Certain Overlapping Claims Without Prejudice, filed August 15, 2009 ("the Overlapping Drugs").

To eliminate the Overlapping Claims against Overlapping Defendants with respect to Overlapping Drugs;

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                          03/04/2009

IT IS HEREBY ORDERED that all claims against the Track One Overlapping Defendants with respect to the Overlapping Drugs shall be dismissed without prejudice.

IT IS FURTHER ORDERED that all claims against the Track Two Overlapping Defendants with respect to Overlapping Drugs shall be dismissed without prejudice.

IT IS FURTHER ORDERED that all claims against the Track One Overlapping Defendants with respect to Self-Administered Drugs shall be dismissed without prejudice.

IT IS FURTHER ORDERED that the following Track Two Overlapping Defendants shall be dismissed without prejudice: Abbott Laboratories; Abbott Laboratories, Inc.; Amgen Inc.; Aventis Pharmaceuticals, Inc.; Hoeschst Marion Rousell, Inc.; ZLB Behring L.L.C. (f/k/a Aventis Behring, L.L.C.); Immunex Corporation; Pharmacia Corporation; Pharmacia & Upjohn, LLC f/k/a Pharmacia & Upjohn, Inc.; Pharmacia & Upjohn Company, LLC; The Upjohn Company; Adria Labs; Monsanto Company; and G.D. Searle.

IT IS FURTHER ORDERED that all claims by Third-Party Payor Members of the putative class against the following Track Two Overlapping Defendants shall be dismissed without prejudice: Baxter International Inc.; Baxter Healthcare Corporation; Bayer Corporation; Dey, Inc.; Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.; Sicor, Inc. (f/k/a Gensia Sicor Pharmaceuticals, Inc., f/k/a Gensia, Inc.).

IT IS FURTHER ORDERED that all claims against the following defendants (who are not Overlapping Defendants in the MDL case) are dismissed in their entirety, without prejudice: Ethicon Endo-Surgery; Indigo Medical, Inc.; Christopher Coleman; Michael T. Gendelman; Eddy James Hack; Scott Hidalgo; and David Jett.

IT IS FURTHER ORDERED that the above dismissals are with the express understanding that the statute of limitations with respect to such claims is tolled until such time as they have either been decertified as class claims in the MDL case or the MDL case has concluded.

IT IS FURTHER ORDERED modifying the schedule set forth in this Court's January 26, 2009 minute entry order as follows:

1.  The April 1, 2009 oral argument shall be on Plaintiff's Supplemental Disclosure Statement, filed September 15, 2008, and Defendants' Motion to Strike, filed October 15, 2008.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2002-004988                                            03/04/2009

2.  The May 7, 2009 hearing shall be composed of oral argument on Plaintiff's Motion for Class Certification, filed December 20, 2002, and the setting of future dates for resolution of Defendants' Motion for Summary Judgment, filed August 6, 2008; Defendant Immunex's Motion for Summary Judgment, filed October 15, 2008, and Comprehensive Pre-Trial Conference.

Dated this 4th day of March, 2009.


/ s / HON. JOHN A. BUTTRICK
_____
JUDICIAL OFFICER OF THE SUPERIOR COURT