# EXHIBIT J



# MEMORANDUM

**To:**        AWP Counsel

**From:**      Steve W. Berman

**Date:**      August 17, 2005

**Subject:**

---

      Yesterday Judge Saris issued her class certification order.  It is 89 pages.  Bottom line is if we come up with the right plaintiffs she will certify a nationwide class of Medicare Part B co-payors.  She may also certify a nationwide class of TPP's for Part B and for non-Part B physician administered class (primarily those under 65 getting chemo).

      She will not certify the self-administered drugs.  We thought this was a longshot.  With a bit more work we will be there and the claims should be worth several billion.

      We now need to find plaintiffs who used Part B or physician administered drugs from any defendant.  We need your help.

      A list of the Phase I physician administered drugs is attached.

      Also attached is the Court's order and a summary.

      If you can identify a plaintiff who paid a co-pay for one of these drugs this would be helpful.


SWB:hw
Attachments

ATTORNEYS AT LAW       SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292     F 206.623.0594
1301 FIFTH AVENUE · SUITE 2900 · SEATTLE, WASHINGTON 98101
www.hagens-berman.com

1534.16 0274 BSC.DOC