# EXHIBIT L

Steve,
In discussions last week with Shanin about transitioning from Kline & Specter ("K&S") to the The Haviland Law Firm ("THLF"), including the anticipated withdrawal by K&S from and entry of THLF into MDL 1456 and the various pending state-court AWP actions, he suggested that I confirm with you, and the other co-leads as needed, that the below agreement we reached last Fall will extend to THLF. While I don't think there is any question that the agreement was reached with both me and Shanin, and, since both the clients and AWP cases are coming with me to THLF, this is likely just a pro forma matter, please confirm on behalf of the MDL co-leads that the below agreement fairly represents an agreement between the MDL co-lead counsel and THLF going forward. As tomorrow is my last day at K&S, and next week, as you know, is a busy one for me, I would like to wrap up as many loose ends as possible in advance of THLF's launch Monday, September 11.

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Saturday, October 15, 2005 2:29 PM
To: Specter, Shanin; Thomas Sobol
Cc: Haviland, Donald E.
Subject: RE: DRAFT co-counsel agreement

I have forwarded this to co lead cunsel as an accurate reflecton of our discussions. We will cacus at 7am pst on Monday and will call you all thereafter

steve

-----Original Message-----
From: Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
Sent: Saturday, October 15, 2005 8:11 AM
To: Steve Berman; Thomas Sobol
Cc: Haviland, Donald E.
Subject: DRAFT co-counsel agreement

Steve/Tom -- here is the draft agreement...

DRAFT
It is hereby agreed between the MDL co-lead counsel and Kline & Specter as
follows:

1. MDL co-lead counsel have invited Kline & Specter to join the litigation of plaintiffs' claims in MDL 1456.

2. Kline & Specter and MDL co-lead counsel will file claims for Kline & Specter's consumer clients in MDL 1456 to comply with the opinion and order of Judge Saris of August 2005 respecting consumer claims.

3. MDL co-lead counsel will fully support and endorse Kline & Specter as an additional co-lead in MDL 1456.

4. Kline & Specter will be compensated for their time and costs on a par with the co-leads. All current co-leads' and Kline & Specter's compensation may be modified from parity to the extent appropriate under principles of equity and fairness. Kline & Specter's time and

costs to date, which total approximately 2-3 million dollars will be added to the already existing time and costs of current MDL co-lead counsel and be compensated along with other current MDL co-lead counsel upon recovery of attorneys' fees and costs in MDL 1456.

5. Kline & Specter will make contributions to the Litigation Fund on par with the other co-leads for expenses going forward. MDL counsel and Kline & Specter will promptly exchange time records and costs records and will share such information going forward. All counsel will keep records distinctly allocating time and costs among the various AWP cases.

6. Kline & Specter and Hagens Berman will make best efforts to cause the states they represent in the AWP litigation to associate the current MDL co-leads and Kline & Specter as co-leads in each state's case. If this cannot be accomplished, Kline & Specter and Hagens Berman will make best efforts to have the current co-leads and Kline & Specter associate formally or informally in each state's AWP case. Fees and costs attributed to the state cases will be divided according to principles of equity and fairness.

7. The compensation of the current co-leads and Kline & Specter for time and costs will be by mutual agreement. If agreement cannot be achieved, compensation will be set by binding arbitration. The arbitrator will be selected by agreement. If agreement cannot be achieved on the identity of the arbitrator, the arbitrator will be selected by the presiding judge of the case in which there is no agreement. All aspects of the arbitration will be confidential.

8. This agreement is not dependent on the Court in MDL 1456 appointing Kline & Specter as an additional co-lead. If Kline & Specter is not appointed as an additional co-lead, the agreements outlined herein will not be affected.

9. All co-leads and Kline & Specter may use the work product, experts and fruits of any and all AWP cases in any and all other AWP cases, subject to the provisions above.

10. Kent Williams, Adam Levy and the firm of Jennings Haug will be invited to participate in MDL 1456 as a non co-lead.

11. No party shall be considered to be the drafter of this agreement.