# EXHIBIT M

11088024

Apr 19 2006
7:45PM

From:      ECFnotice@mad.uscourts.gov
Sent:      4/13/2006 3:34:16 PM
To:        CourtCopy@mad.uscourts.gov
CC:
BCC:
Subject:   Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al "Order on Motion to Strike"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 4/13/2006 at 3:33 PM EDT and filed on 4/10/2006

**Case Name:**     Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**   1:01-cv-12257
**Filer:**
**Document Number:**

**Docket Text:**
Judge Patti B. Saris : Electronic ORDER entered granting in part [2249] Motion to Strike Portions of the Fourth Amended Master Consolidated Class Action Complaint. "I strike the new drugs." (Patch, Christine)

The following document(s) are associated with this transaction:

**1:01-cv-12257 Notice will be electronically mailed to:**

Justin S. Antonipillai     Justin_Antonipillai@aporter.com

Daniel F. Attridge     dattridge@kirkland.com

Susan Hughes Banning     sbanning@hembar.com

Anita Bapooji Ryan     abapooji@goodwinprocter.com

Steven F. Barley     SFBarley@hhlaw.com

Jessica Vincent Barnett     jbarnett@foleyhoag.com