# EXHIBIT N



**Prescription Access Litigation**

FAIR PRICES
CONSUMER EDUCATION
INDUSTRY ACCOUNTABILITY

**ABOUT**

**About PAL**

**Staff**

**PAL Coalition**

**Lawyers**

**Funders**

**Leadership Circle**

**Cy Pres**

**Bitter Pill Awards**

Get updates on drug lawsuits, settlements and PAL news.

Your Email here        **GO**

## About PAL

Prescription Access Litigation (PAL) works to make prescription drug prices more affordable for consumers, using class action litigation and public education. PAL and its members seek to challenge illegal pricing tactics and deceptive marketing by drug companies, Pharmacy Benefit Managers, and other pharmaceutical industry players.

PAL is a national coalition of more than 130 organizations, including consumers, seniors, heath care, labor, legal services, women's health and human services groups in 36 states and the District of Columbia.

PAL's members have been involved in more than 30 class action lawsuits challenging drug industry tactics to illegally raise the price of prescription drugs. To date, there have been 11 settlements in these cases totalling $604 million, allowing consumers and health plans who were illegally overcharged to be reimbursed and putting drug companies on notice that their illegal tactics will not go unopposed.

PAL is a project of Community Catalyst. Community Catalyst, Inc., located in Boston, Massachusetts, is a national nonprofit advocacy organization that builds consumer and community participation in the shaping of the U.S. health system to ensure quality, affordable health care for all.  It works in numerous states with state and local organizations as well as with other national organizations.

Prescription Access Litigation (PAL) Project :: About

