# EXHIBIT O

# WEIRTON MEDICAL CENTER
Quality People. Quality Care.

601 Colliers Way, Weirton, WV 26062 | (304) 797-6000

■ Hospital Services
Find A Physician
■ For Patients
About WMC
    Mission
About WMC Foundation
Employment
Other Information





Enter search term.  **Search**



Joseph P. Endrich MD
President & CEO

## About Weirton Medical Center

Weirton Medical Center is a 238-bed, non-profit, acute-care, general community hospital located in the city of Weirton in Brooke County, West Virginia. Weirton Medical Center offers health care services to the residents of West Virginia, Ohio and Pennsylvania.

Weirton Medical Center (then Weirton General Hospital) was founded in 1953 by a group of community leaders in the City of Weirton. The Hospital was initially located in the Weircrest addition of Weirton, north of the city.

In 1978, a new facility, renamed Weirton Medical Center, was built on a 20-acre campus located near the US Route 22 corridor adjacent to the West Virginia/Pennsylvania border. The late Michael Starvaggi, President of Starvaggi Industries, donated the land for the current facility.

In 1987, the Hospital converted 23 inpatient beds to create a 23-bed skilled care unit. This unit was expanded to 33 beds in 1996. In 1992, the Hospital created a 20-bed psychiatric unit. In 1995, the Hospital undertook a $3.2 million outpatient renovation, which modified the existing main floor of the facility into a centralized outpatient center. In 2002, Weirton Medical Center completed construction of a $10 million four-story medical office complex annexing the main hospital.

Today, the Hospital is located on a 23-acre campus adjacent to US Route 22 and is located approximately five miles from Steubenville, Ohio and 35 miles from Pittsburgh, Pennsylvania.

We're proud to be a part of this community and the mission of our Quality People is to always provide Quality Care.

For more information, call Weirton Medical Center at 304-797-6000.

Disclaimer | Privacy Policy | Terms Of Service | Sign In
Copyright 2009, Weirton Medical Center. All rights reserved.