# EXHIBIT P

Case 1:01-cv-12257-PBS   Document 5954-17   Filed 03/16/09   Page 2 of 3

# PAL
Prescription Access Litigation



## ABOUT

**About PAL**

**Staff**

**PAL Coalition**

**Lawyers**

**Funders**

**Leadership Circle**

**Cy Pres**

**Bitter Pill Awards**

### Cy Pres

Details coming soon….

If you are interested in proposing PAL as a *cy pres* recipient in a lawsuit, please contact us.

Get updates on drug lawsuits, settlements and PAL news.

Your Email here

 GO

Case 1:01-cv-12257-PBS   Document 5954-17   Filed 03/16/09   Page 3 of 3

