# EXHIBIT Q

1 of 2

Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C - Labor, Employment and Class Action...

Case 1:01-cv-12257-PBS   Document 5954-18   Filed 03/16/09   Page 2 of 3

http://www.prle.com/attorneys/alex.htm

# PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.
*The Labor, Employment & Class Action Specialists*

**Home**

### Attorneys

- Warren H. Pyle
- David B. Rome
- Harold L. Lichten
- Betsy Ehrenberg
- Shannon Liss-Riordan
- Terence E. Coles
- Katherine D. Shea
- Alfred Gordon
- Tod A. Cochran
- Leah M. Barrault
- Hillary Schwab
- Laurie R. Houle
- Ian Russell
- Brant Casavant
- Alex Sugerman-Brozan

**Practice Areas**
**Class Action Cases**
**Contact Us**

## Alex Sugerman-Brozan



Alex Sugerman-Brozan works primarily on class actions brought on behalf of individuals who have had their rights violated under laws governing the payment of wages and tips, as well as class actions challenging deceptive practices and misclassification by national cleaning franchise companies.

Prior to joining the firm, Mr. Sugerman-Brozan served for five years as the Director of Prescription Access Litigation (PAL), a coalition of unions, consumer groups and health plans involved in class action lawsuits against pharmaceutical companies. Prior to PAL, he was a Staff Attorney at Health Law Advocates, a public interest law firm providing pro bono legal representation to low-income residents experiencing difficulty accessing or paying for needed medical services.

### Education

- **Northeastern University School of Law**, J.D., 2001
  Wendy Parmet Fellowship 2001
- **Tufts University**, B.A., 1994 (political science)
  Summa Cum Laude
  Phi Beta Kappa

### Bar and Court Admissions

- Member, State Bar of Massachusetts since 2002
- Admitted to practice before the U.S. District Court for the District of Massachusetts.

### Alex Sugerman-Brozan
Associate

617-367-7200 ext. 230
617-367-4820 (fax)
Alex@prle.com

### Practice Areas

Mr. Sugerman-Brozan represents employees in class action litigation concerning employment related issues such as the failure to pay proper wages and the misclassification of employees as independent contractors.

### Staff Assistant

**Joseph Hunt**
Jhunt@prle.com

**Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.**
18 Tremont Street, Suite 500, Boston, MA 02108
**tel** 617-367-7200 **fax** 617-367-4820 Contact us

Copyright © 2008. All Rights Reserved.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
Terms of use

Website design by Elytra Design, 2007