# EXHIBIT R

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| 90371 | HEPATITIS B IG, IM | Per dose | $649.80 | | | |
| 90375 | RABIES IG, IM/SC | Per dose | 72.85 | | | |
| 90376 | RABIES IG, HEAT TREATED | Per dose | 75.84 | | | |
| 90379 | RESPIRATORY SYNCYTIAL VIRUS IG, IV | Per dose | 16.55 | | D | |
| 90385 | RHO(D) IG (RHLG), MINIDOSE, IM | Per dose | 35.91 | L | | |
| 90585 | BACILLUS CALMETTE-GUERIN VACCINE, PERCUTANEOUS | Per dose | 160.13 | L | | |
| 90632 | HEPATITIS A VACCINE, ADULT IM | Per dose | 61.05 | | | |
| 90633 | HEPATITIS A VACCINE, PED/ADOL, 2 DOSE | Per dose | 29.80 | | | |
| 90634 | HEPATITIS A VACCINE, PED/ADOL, 3 DOSE | Per dose | 29.80 | | | |
| 90645 | HEMOPHILUS INFLUENZA B VACCINE, HBOC, IM | Per dose | 24.32 | | | |
| 90675 | RABIES VACCINE, IM | Per dose | 142.15 | H | | |
| 90691 | TYPHOID VACCINE, IM | Per dose | 40.77 | | | |
| 90700 | DIPTHERIA, TETANUS TOXOIDS VACCINE, IM | Per dose | 22.41 | | | |
| 90703 | TETANUS VACCINE, IM | Per dose | 8.32 | | | |
| 90704 | MUMPS VACCINE, SC | Per dose | 17.85 | | | |
| 90705 | MEASLES VACCINE, SC | Per dose | 14.41 | H | | |
| 90706 | RUBELLA VACCINE, SC | Per dose | 16.05 | | | |
| 90707 | MEASLES, MUMPS AND RUBELLA VIRUS VACCINE, SC | Per dose | 39.05 | H | | |
| 90713 | POLIOVIRUS VACCINE, IPV, SC | Per dose | 25.71 | H | | |
| 90716 | CHICKEN POX VACCINE, SC | Per dose | 64.67 | H | | |
| 90717 | YELLOW FEVER VACCINE, SC | Per dose | 57.44 | | | |
| 90718 | TETANUS AND DIPETHERIA TOXOIDS VACCINE > 7, IM | Per dose | 9.03 | | | |
| 90720 | DIPTHERIA, TETANUS TOXOIDS, & WHOLE CELL PERTUSSIS VACCINE & HEMOPHILUS INF | Per dose | 37.59 | | | |
| 90721 | DIPTHERIA, TETANUS TOXOIDS, & ACELLULAR PERTUSSIS VACCINE & HEMOPHILUS INFLU | Per dose | 44.66 | | | |
| 90732 | PNEUMOCOCCAL VACCINE | Per dose | 13.10 | | | |
| 90733 | MENINGOCOCCAL VACCINE, SC | Per dose | 65.56 | | | |
| 90735 | ENCEPHALITIS VACCINE, SC | Per dose | 77.44 | | | |
| 90740 | HEPATITIS B VACCINE, DIALYSIS OR IMMUNOSUPPRESSED PATIENT, 3 DOSE IM | Per dose | 110.92 | | | |
| 90743 | HEPATITIS B VACCINE, ADOL, 2 DOSE, IM | Per dose | 27.05 | H | | |
| 90744 | HEPATITIS B VACCINE, PED/ADOL 3 DOSE IM | Per dose | 27.05 | H | | |
| 90746 | HEPATITIS B VACCINE, ADULT, IM | Per dose | 55.46 | | | |
| 90747 | HEPATITIS B VACCINE, DIALYSIS OR IMMUNOSUPPRESSED PATIENT 4 DOSE IM | Per dose | 110.92 | | | |
| J0130 | INJECTION ABCIXIMAB, 10 MG | 10 mg | 513.02 | | | |
| J0150 | INJECTION ADENOSINE, 6 MG (NOT TO BE USED TO REPORT ANY ADENOSINE PHOSPHA | 6 mg | 38.89 | H | | |
| J0151 | INJECTION, ADENOSINE, 90 MG (NOT TO BE USED TO REPORT ANY ADENOSINE PHOSPH | 90 mg | 223.19 | | | |
| J0170 | INJECTION, ADRENALIN, EPINEPHRINE, UP TO 1 ML AMPULE | Up to 1 ml | 2.35 | H | | |
| J0200 | INJECTION, ALATROFLOXACIN MESYLATE, 100 MG | 100 mg | 19.04 | | | |
| J0205 | INJECTION, ALGLUCERASE, PER 10 UNITS | Per 10 units | 37.53 | | | |
| J0207 | INJECTION, AMIFOSTINE, 500 MG | 500 mg | 452.97 | H | | |
| J0210 | INJECTION, METHYLDOPATE HCL, UP TO 250 MG | Up to 250 mg | 11.88 | H | | |
| J0256 | INJECTION, ALPHA 1 - PROTEINASE INHIBITOR - HUMAN, 10 MG | 10 mg | 2.66 | H | | |
| J0280 | INJECTION, AMINOPHYLLIN, UP TO 250 MG | Up to 250 mg | 1.19 | H | | |
| J0282 | INJECTION, AMIODARONE HYDROCHLORIDE, 30 MG | 30 mg | 20.08 | | | |
| J0285 | INJECTION, AMPHOTERICIN B, 50 MG | 50 mg | 11.06 | | | |
| J0286 | INJECTION, AMPHOTERICIN B, ANY LIPID FORMULATION, 50 MG | 50 mg | 88.66 | | D | |
| J0287 | INJECTION, AMPHOTERICIN B LIPID COMPLEX, 10 MG | 10 mg | 21.85 | | | |

* H = Higher
  L = Lower

** A = New Code.
  D = Discontinued Code

***N = No sources available

## HCPCS Drug Pricing File
### Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J0288 | INJECTION, AMPHOTERICIN B CHOLESTERYL SULFATE COMPLEX, 10 MG | 10 mg | 15.20 | | | |
| J0289 | INJECTION, AMPHOTERICIN B LIPOSOME, 10 MG | 10 mg | 35.80 | | | |
| J0290 | INJECTION, AMPICILLIN SODIUM, 500 MG | 500 mg | 1.65 | | | |
| J0295 | INJECTION, AMPICILLIN SODIUM/SULBACTAM SODIUM, PER 1.5 GM | 1.5 g | 7.42 | | | |
| J0300 | INJECTION, AMOBARBITAL, UP TO 125 MG | Up to 125 mg | 2.39 | | | |
| J0330 | INJECTION, SUCCINYLCHOLINE CHLORIDE, UP TO 20 MG | Up to 20 mg | 0.13 | | | |
| J0360 | INJECTION, HYDRALAZINE HCL, UP TO 20 MG | Up to 20 mg | 16.04 | L | | |
| J0380 | INJECTION, METARAMINOL BITARTRATE, PER 10 MG | 10 mg | 1.27 | | | |
| J0390 | INJECTION, CHLOROQUINE HYDROCHLORIDE, UP TO 250 MG | Up to 250 mg | 19.68 | | | |
| J0395 | INJECTION, ARBUTAMINE HCL, 1 MG | 1 mg | 182.40 | | | N |
| J0456 | INJECTION, AZITHROMYCIN, 500 MG | 500 mg | 24.68 | | | |
| J0460 | INJECTION, ATROPINE SULFATE, UP TO 0.3 MG | Up to 0.3 mg | 0.83 | | | |
| J0470 | INJECTION, DIMERCAPROL, PER 100 MG | 100 mg | 23.67 | | | |
| J0475 | INJECTION, BACLOFEN, 10 MG | 10 mg | 215.41 | | | |
| J0476 | INJECTION, BACLOFEN, 50 MCG FOR INTRATHECAL TRIAL | 50 mcg | 79.80 | | | |
| J0500 | INJECTION, DICYCLOMINE HCL, UP TO 20 MG | Up to 20 mg | 15.90 | | | |
| J0515 | INJECTION, BENZTROPINE MESYLATE, PER 1 MG | Per 1 mg | 3.90 | | | |
| J0520 | INJECTION, BETHANECHOL CHLORIDE, MYOTONACHOL OR URECHOLINE, UP TO 5 MG | Up to 5 mg | 5.34 | | | N |
| J0530 | INJECTION, PENICILLIN G BENZATHINE AND PENICILLIN G PROCAINE, UP TO 600,000 | Up to 600,000 units | 11.92 | H | | |
| J0540 | INJECTION, PENICILLIN G BENZATHINE AND PENICILLIN G PROCAINE, UP TO 1,200,000 | Up to 1,200,000 units | 20.89 | | | |
| J0550 | INJECTION, PENICILLIN G BENZATHINE AND PENICILLIN G PROCAINE, UP TO 2,400,000 | Up to 2,400,000 units | 50.12 | H | | |
| J0560 | INJECTION, PENICILLIN G BENZATHINE, UP TO 600,000 UNITS | Up to 600,000 units | 5.65 | | | |
| J0570 | INJECTION, PENICILLIN G BENZATHINE, UP TO 1,200,000 UNITS | Up to 1,200,000 units | 5.65 | | | |
| J0580 | INJECTION, PENICILLIN G BENZATHINE, UP TO 2,400,000 UNITS | Up to 2,400,000 units | 11.31 | | | |
| J0585 | BOTULINUM TOXIN TYPE A, PER UNIT | Per unit | 4.66 | | | |
| J0587 | BOTULINUM TOXIN TYPE B, PER 100 UNITS | Per 100 units | 8.79 | | | |
| J0592 | INJECTION, BUPRENORPHINE HYDROCHLORIDE, 0.1 MG | 0.1 mg | 0.97 | | | |
| J0600 | INJECTION, EDETATE CALCIUM DISODIUM, UP TO 1000 MG | Up to 1000 mg | 40.09 | | | |
| J0610 | INJECTION, CALCIUM GLUCONATE, PER 10 ML | Per 10 ml | 1.18 | H | | |
| J0620 | INJECTION, CALCIUM GLYCEROPHOSPHATE AND CALCIUM LACTATE, PER 10 ML | Per 10 ml | 5.99 | | | |
| J0630 | INJECTION, CALCITONIN SALMON, UP TO 400 UNITS | Up to 400 units | 38.41 | | | |
| J0635 | INJECTION, CALCITRIOL, 1 MCG AMP. | 1 mcg | 13.82 | | D | |
| J0636 | INJECTION, CALCITRIOL, 0.1 MCG | 0.1 mcg | 1.38 | | | |
| J0637 | INJECTION, CASPOFUNGIN ACETATE, 5 MG | 5 mg | 31.47 | | | |
| J0640 | INJECTION, LEUCOVORIN CALCIUM, PER 50 MG | 50 mg | 17.52 | | | |
| J0670 | INJECTION, MEPIVACAINE HYDROCHLORIDE, PER 10 ML | 10 ml | 1.99 | | | |
| J0690 | INJECTION, CEFAZOLIN SODIUM, 500 MG | 500 mg | 1.74 | | | |
| J0692 | INJECTION, CEFEPIME HYDROCHLORIDE, 500 MG | 500 mg | 8.13 | | | |
| J0694 | INJECTION, CEFOXITIN SODIUM, 1 GM | 1 g | 10.69 | | | |
| J0696 | INJECTION, CEFTRIAXONE SODIUM, PER 250 MG | 250 mg | 14.92 | | | |
| J0697 | INJECTION, STERILE CEFUROXIME SODIUM, PER 750 MG | 750 mg | 6.42 | | | |
| J0698 | INJECTION, CEFOTAXIME SODIUM, PER GM | Per g | 10.45 | | | |
| J0702 | INJECTION, BETAMETHASONE ACETATE AND BETAMETHASONE SODIUM PHOSPHATE, PER 3 MG | 3 mg | 3.89 | | | |
| J0704 | INJECTION, BETAMETHASONE SODIUM PHOSPHATE, PER 4 MG | 4 mg | 2.26 | | | |
| J0706 | INJECTION, CAFFEINE CITRATE, 5MG | 5 mg | 3.24 | | | |
| J0713 | INJECTION, CEFTAZIDIME, PER 500 MG | 500 mg | 6.75 | | | |

* H = Higher

**HCPCS Drug Pricing File**
**Effective April 2003**

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J0715 | INJECTION, CEFTIZOXIME SODIUM, PER 500 MG | 500 mg | 4.96 | | | |
| J0720 | INJECTION, CHLORAMPHENICOL SODIUM SUCCINATE, UP TO 1 GM | Up to 1 g | 6.81 | | | |
| J0725 | INJECTION, CHORIONIC GONADOTROPIN, PER 1,000 USP UNITS | Per 1,000 USP units | 1.62 | | | |
| J0735 | INJECTION, CLONIDINE HYDROCHLORIDE, 1 MG | 1 mg | 55.16 | | | |
| J0740 | INJECTION, CIDOFOVIR, 375 MG | 375 mg | 843.60 | H | | |
| J0743 | INJECTION, CILASTATIN SODIUM; IMIPENEM, PER 250 MG | Per 250 mg | 15.87 | | | |
| J0744 | INJECTION, CIPROFLOXACIN FOR INTRAVENOUS INFUSION, 200 MG | 200 mg | 14.83 | | | |
| J0745 | INJECTION, CODEINE PHOSPHATE, PER 30 MG | Per 30 mg | 0.48 | | | |
| J0760 | INJECTION, COLCHICINE, PER 1MG | 1 mg | 7.07 | | | |
| J0770 | INJECTION, COLISTIMETHATE SODIUM, UP TO 150 MG | Up to 150 mg | 54.15 | | | |
| J0780 | INJECTION, PROCHLORPERAZINE, UP TO 10 MG | Up to 10 mg | 4.90 | H | | |
| J0835 | INJECTION, COSYNTROPIN, PER 0.25 MG | 0.25 mg | 18.24 | H | | |
| J0850 | INJECTION, CYTOMEGALOVIRUS IMMUNE GLOBULIN INTRAVENOUS (HUMAN), PER VIAL | Per vial | 702.33 | | | |
| J0880 | INJECTION, DARBEPOETIN ALFA, 5 MCG | 5 mcg | 23.69 | | | |
| J0895 | INJECTION, DEFEROXAMINE MESYLATE, 500 MG | 500 mg | 14.81 | | | |
| J0900 | INJECTION, TESTOSTERONE ENANTHATE AND ESTRADIOL VALERATE, UP TO 1 CC | Up to 1 cc | 1.63 | | | |
| J0945 | INJECTION, BROMPHENIRAMINE MALEATE, PER 10 MG | Per 10 mg | 0.87 | | | |
| J0970 | INJECTION, ESTRADIOL VALERATE, UP TO 40 MG | Up to 40 mg | 1.62 | | | |
| J1000 | INJECTION, DEPO-ESTRADIOL CYPIONATE, UP TO 5 MG | Up to 5 mg | 0.81 | | | |
| J1020 | INJECTION, METHYLPREDNISOLONE ACETATE, 20 MG | 20 mg | 2.55 | | | |
| J1030 | INJECTION, METHYLPREDNISOLONE ACETATE, 40 MG | 40 mg | 4.30 | L | | |
| J1040 | INJECTION, METHYLPREDNISOLONE ACETATE, 80 MG | 80 mg | 5.18 | L | | |
| J1050 | INJECTION, MEDROXYPROGESTERONE ACETATE, 100 MG | 100 mg | 9.96 | | D | |
| J1051 | INJECTION, MEDROXYPROGESTERONE ACETATE, 50 MG | 50 mg | 4.98 | | | |
| J1056 | INJECTION, MEDROXYPROGESTERONE ACETATE / ESTRADIOL CYPIONATE, 5MG / 25MG | 5 mg/25 mg | 25.64 | | | |
| J1060 | INJECTION, TESTOSTERONE CYPIONATE AND ESTRADIOL CYPIONATE, UP TO 1 ML | Up to 1 ml | 4.65 | H | | |
| J1070 | INJECTION, TESTOSTERONE CYPIONATE, UP TO 100 MG | Up to 100 mg | 5.15 | | | |
| J1080 | INJECTION, TESTOSTERONE CYPIONATE, 1 CC, 200 MG | 1 cc, 200 mg | 8.94 | | | |
| J1094 | INJECTION, DEXAMETHASONE ACETATE, 1 MG | 1 mg | 0.29 | | | |
| J1095 | INJECTION, DEXAMETHASONE ACETATE, PER 8 MG | 8 mg | 2.31 | | D | |
| J1100 | INJECTION, DEXAMETHASONE SODIUM PHOSPHATE, 1MG | Per 1 mg | 0.10 | | | |
| J1110 | INJECTION, DIHYDROERGOTAMINE MESYLATE, PER 1 MG | 1 mg | 33.01 | H | | |
| J1120 | INJECTION, ACETAZOLAMIDE SODIUM, UP TO 500 MG | Up to 500 mg | 29.64 | | | |
| J1160 | INJECTION, DIGOXIN, UP TO 0.5 MG | Up to 0.5 mg | 1.79 | | | |
| J1165 | INJECTION, PHENYTOIN SODIUM, PER 50 MG | Per 50 mg | 0.86 | | | |
| J1170 | INJECTION, HYDROMORPHONE, UP TO 4 MG | Up to 4 mg | 1.55 | | | |
| J1180 | INJECTION, DYPHYLLINE, UP TO 500 MG | Up to 500 mg | 9.02 | | | |
| J1190 | INJECTION, DEXRAZOXANE HYDROCHLORIDE, PER 250 MG | Per 250 mg | 226.08 | | | |
| J1200 | INJECTION, DIPHENHYDRAMINE HCL, UP TO 50 MG | Up to 50 mg | 1.61 | | | |
| J1205 | INJECTION, CHLOROTHIAZIDE SODIUM, PER 500 MG | Per 500 mg | 10.49 | | | |
| J1212 | INJECTION, DMSO, DIMETHYL SULFOXIDE, 50%, 50 ML | 50%, 50 ml | 44.60 | H | | |
| J1230 | INJECTION, METHADONE HCL, UP TO 10 MG | Up to 10 mg | 0.75 | | | |
| J1240 | INJECTION, DIMENHYDRINATE, UP TO 50 MG | Up to 50 mg | 0.39 | | | |
| J1245 | INJECTION, DIPYRIDAMOLE, PER 10 MG | Per 10 mg | 21.89 | | | |
| J1250 | INJECTION, DOBUTAMINE HYDROCHLORIDE, PER 250 MG | Per 250 mg | 4.74 | H | | |
| J1260 | INJECTION, DOLASETRON MESYLATE, 10 MG | 10 mg | 16.45 | H | | |

* H = Higher

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J1270 | INJECTION, DOXERCALCIFEROL, 1 MCG | 1 mcg | 4.58 | | | |
| J1320 | INJECTION, AMITRIPTYLINE HCL, UP TO 20 MG | Up to 20 mg | 2.40 | | | |
| J1325 | INJECTION, EPOPROSTENOL, 0.5 MG | 0.5 mg | 18.06 | | | |
| J1327 | INJECTION, EPTIFIBATIDE, 5 MG | 5 mg | 12.83 | | | |
| J1364 | INJECTION, ERYTHROMYCIN LACTOBIONATE, PER 500 MG | Per 500 mg | 3.51 | | | |
| J1380 | INJECTION, ESTRADIOL VALERATE, UP TO 10 MG | Up to 10 mg | 0.48 | | | |
| J1390 | INJECTION, ESTRADIOL VALERATE, UP TO 20 MG | Up to 20 mg | 0.95 | | | |
| J1410 | INJECTION, ESTROGEN CONJUGATED, PER 25 MG | Per 25 mg | 56.75 | | | |
| J1435 | INJECTION, ESTRONE, PER 1 MG | Per 1 mg | 0.19 | | | |
| J1436 | INJECTION, ETIDRONATE DISODIUM, PER 300 MG | Per 300 mg | 76.95 | H | | |
| J1438 | INJECTION, ETANERCEPT, 25 MG (CODE MAY BE USED FOR MEDICARE WHEN DRUG | 25 mg | 155.16 | H | | |
| J1440 | INJECTION, FILGRASTIM (G-CSF), 300 MCG | 300 mcg | 185.90 | | | |
| J1441 | INJECTION, FILGRASTIM (G-CSF), 480 MCG | 480 mcg | 314.07 | | | |
| J1450 | INJECTION FLUCONAZOLE, 200 MG | 200 mg | 92.68 | | | |
| J1452 | INJECTION, FOMIVIRSEN SODIUM, INTRAOCULAR, 1.65 MG | 1.65 mg | 950.00 | | | |
| J1455 | INJECTION, FOSCARNET SODIUM, PER 1000 MG | Per 1000 mg | 12.08 | | | |
| J1460 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 1 CC | 1 cc | 11.40 | | | |
| J1470 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 2 CC | 2 cc | 22.80 | | | |
| J1480 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 3 CC | 3 cc | 34.20 | | | |
| J1490 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 4 CC | 4 cc | 45.60 | | | |
| J1500 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 5 CC | 5 cc | 57.00 | | | |
| J1510 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 6 CC | 6 cc | 68.40 | | | |
| J1520 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 7 CC | 7 cc | 79.80 | | | |
| J1530 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 8 CC | 8 cc | 91.20 | | | |
| J1540 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 9 CC | 9 cc | 102.60 | | | |
| J1550 | INJECTION, GAMMA GLOBULIN, INTRAMUSCULAR, 10 CC | 10 cc | 114.00 | | | |
| J1561 | INJECTION, IMMUNE GLOBULIN, INTRAVENOUS, 500 MG | 500 mg | 42.75 | | D | |
| J1563 | INJECTION, IMMUNE GLOBULIN, INTRAVENOUS, 1G | 1 g | 76.00 | H | | |
| J1564 | INJECTION, IMMUNE GLOBULIN, 10 MG | 10 mg | 0.86 | | | |
| J1565 | INJECTION, RESPIRATORY SYNCYTIAL VIRUS IMMUNE GLOBULIN, INTRAVENOUS, 50 MG | 50 mg | 16.55 | | | |
| J1570 | INJECTION, GANCICLOVIR SODIUM, 500 MG | 500 mg | 35.25 | | | |
| J1580 | INJECTION, GARAMYCIN, GENTAMICIN, UP TO 80 MG | Up to 80 mg | 1.95 | | | |
| J1590 | INJECTION, GATIFLOXACIN, 10MG | 10 mg | 0.91 | | | |
| J1600 | INJECTION, GOLD SODIUM THIOMALATE, UP TO 50 MG | Up to 50 mg | 13.52 | | | |
| J1610 | INJECTION, GLUCAGON HYDROCHLORIDE, PER 1 MG | Per 1 mg | 45.60 | H | | |
| J1620 | INJECTION, GONADORELIN HYDROCHLORIDE, PER 100 MCG | Per 100 mcg | 201.98 | | | |
| J1626 | INJECTION, GRANISETRON HYDROCHLORIDE, 100 MCG | 100 mcg | 18.54 | | | |
| J1630 | INJECTION, HALOPERIDOL, UP TO 5 MG | Up to 5 mg | 7.32 | | | |
| J1631 | INJECTION, HALOPERIDOL DECANOATE, PER 50 MG | Per 50 mg | 25.08 | H | | |
| J1642 | INJECTION, HEPARIN SODIUM, (HEPARIN LOCK FLUSH), PER 10 UNITS | Per 10 units | 0.06 | | | |
| J1644 | INJECTION, HEPARIN SODIUM, PER 1000 UNITS | Per 1000 units | 0.35 | | | |
| J1645 | INJECTION, DALTEPARIN SODIUM, PER 2500 IU | Per 2500 IU | 15.44 | | | |
| J1650 | INJECTION, ENOXAPARIN SODIUM, 10 MG | 10 mg | 5.81 | H | | |
| J1652 | INJECTION, FONDAPARINUX SODIUM, 0.5 MG | 0.5 mg | 8.27 | | | |
| J1655 | INJECTION, TINZAPARIN SODIUM, 1000 IU | 1000 IU | 3.83 | | | |
| J1670 | INJECTION, TETANUS IMMUNE GLOBULIN, HUMAN, UP TO 250 UNITS | Up to 250 units | 118.75 | H | | |

* H = Higher

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J1700 | INJECTION, HYDROCORTISONE ACETATE, UP TO 25 MG | Up to 25 mg | 0.34 | | | |
| J1710 | INJECTION, HYDROCORTISONE SODIUM PHOSPHATE, UP TO 50 MG | Up to 50 mg | 5.57 | | | |
| J1720 | INJECTION, HYDROCORTISONE SODIUM SUCCINATE, UP TO 100 MG | Up to 100 mg | 1.73 | | | N |
| J1730 | INJECTION, DIAZOXIDE, UP TO 300 MG | Up to 300 mg | 122.95 | | | |
| J1742 | INJECTION, IBUTILIDE FUMARATE, 1 MG | 1 mg | 261.82 | | | |
| J1745 | INJECTION INFLIXIMAB, 10 MG | 10 mg | 65.70 | | | |
| J1750 | INJECTION, IRON DEXTRAN, 50 MG | 50 mg | 17.91 | | | |
| J1755 | INJECTION, IRON SUCROSE, 20MG | 20 mg | 13.07 | | D | |
| J1756 | INJECTION, IRON SUCROSE, 1 MG | 1 mg | 0.66 | | | |
| J1785 | INJECTION, IMIGLUCERASE, PER UNIT | Per unit | 3.75 | | | |
| J1790 | INJECTION, DROPERIDOL, UP TO 5 MG | Up to 5 mg | 1.58 | | | |
| J1800 | INJECTION, PROPRANOLOL HCL, UP TO 1 MG | Up to 1 mg | 11.63 | | | |
| J1810 | INJECTION, DROPERIDOL AND FENTANYL CITRATE, UP TO 2 ML AMPULE | Up to 2 ml | 9.44 | | | N |
| J1815 | INJECTION, INSULIN, PER 5 UNITS | Per 5 units | 0.10 | | | |
| J1820 | INJECTION, INSULIN, UP TO 100 UNITS | Up to 100 units | 1.81 | | D | |
| J1835 | INJECTION, ITRACONAZOLE, 50 MG | 50 mg | 35.12 | | | |
| J1840 | INJECTION, KANAMYCIN SULFATE, UP TO 500 MG | Up to 500 mg | 3.30 | | | |
| J1850 | INJECTION, KANAMYCIN SULFATE, UP TO 75 MG | Up to 75 mg | 0.49 | | | |
| J1885 | INJECTION, KETOROLAC TROMETHAMINE, PER 15 MG | Per 15 mg | 5.75 | | | |
| J1890 | INJECTION, CEPHALOTHIN SODIUM, UP TO 1 GRAM | Up to 1 g | 10.26 | | | |
| J1910 | INJECTION, KUTAPRESSIN, UP TO 2 ML | Up to 2 ml | 14.92 | | | |
| J1940 | INJECTION, FUROSEMIDE, UP TO 20 MG | Up to 20 mg | 1.01 | | | |
| J1950 | INJECTION, LEUPROLIDE ACETATE (FOR DEPOT SUSPENSION), PER 3.75 MG | 3.75 mg | 508.48 | | | |
| J1955 | INJECTION, LEVOCARNITINE, PER 1 GM | Per 1 g | 34.20 | | | |
| J1956 | INJECTION, LEVOFLOXACIN, 250 MG | 250 mg | 19.66 | | | |
| J1960 | INJECTION, LEVORPHANOL TARTRATE, UP TO 2 MG | Up to 2 mg | 3.76 | | | |
| J1980 | INJECTION, HYOSCYAMINE SULFATE, UP TO 0.25 MG | Up to 0.25 mg | 8.23 | | | |
| J1990 | INJECTION, CHLORDIAZEPOXIDE HCL, UP TO 100 MG | Up to 100 mg | 24.99 | | | |
| J2000 | INJECTION, LIDOCAINE HCL, 50 CC | 50 cc | 3.99 | L | | |
| J2010 | INJECTION, LINCOMYCIN HCL, UP TO 300 MG | Up to 300 mg | 3.32 | | | |
| J2020 | INJECTION, LINEZOLID, 200MG | 200 mg | 38.33 | | | |
| J2060 | INJECTION, LORAZEPAM, 2 MG | 2 mg | 3.14 | | | |
| J2150 | INJECTION, MANNITOL, 25% IN 50 ML | 25% in 50 ml | 5.23 | | | |
| J2175 | INJECTION, MEPERIDINE HYDROCHLORIDE, PER 100 MG | Per 100 mg | 0.56 | | | |
| J2180 | INJECTION, MEPERIDINE AND PROMETHAZINE HCL, UP TO 50 MG | Up to 50 mg | 4.61 | | | |
| J2210 | INJECTION, METHYLERGONOVINE MALEATE, UP TO 0.2 MG | Up to 0.2 mg | 3.88 | | | |
| J2250 | INJECTION, MIDAZOLAM HYDROCHLORIDE, PER 1 MG | Per 1 mg | 1.41 | | | |
| J2260 | INJECTION, MILRINONE LACTATE, 5 MG | Per 5 ml | 51.58 | | | |
| J2270 | INJECTION, MORPHINE SULFATE, UP TO 10 MG | Up to 10 mg | 0.72 | | | |
| J2271 | INJECTION, MORPHINE SULFATE, 100MG | 100 mg | 13.85 | | | |
| J2275 | INJECTION, MORPHINE SULFATE (PRESERVATIVE-FREE STERILE SOLUTION), PER 10 MG | Per 10 mg | 2.38 | H | | |
| J2300 | INJECTION, NALBUPHINE HYDROCHLORIDE, PER 10 MG | Per 10 mg | 1.49 | H | | |
| J2310 | INJECTION, NALOXONE HYDROCHLORIDE, PER 1 MG | Per 1 mg | 2.37 | H | | |
| J2320 | INJECTION, NANDROLONE DECANOATE, UP TO 50 MG | Up to 50 mg | 5.46 | H | | |
| J2321 | INJECTION, NANDROLONE DECANOATE, UP TO 100 MG | Up to 100 mg | 10.73 | H | | |
| J2322 | INJECTION, NANDROLONE DECANOATE, UP TO 200 MG | Up to 200 mg | 21.28 | H | | |

* H = Higher

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J2324 | INJECTION, NESIRITIDE, 0.5 MG | 0.5 mg | 144.40 | | | |
| J2352 | INJECTION, OCTREOTIDE ACETATE, 1 MG | 1 mg | 88.69 | | | |
| J2355 | INJECTION, OPRELVEKIN, 5 MG | 5 mg | 256.63 | | | |
| J2360 | INJECTION, ORPHENADRINE CITRATE, UP TO 60 MG | Up to 60 mg | 5.42 | | | |
| J2370 | INJECTION, PHENYLEPHRINE HCL, UP TO 1 ML | Up to 1 ml | 2.13 | | | |
| J2400 | INJECTION, CHLOROPROCAINE HYDROCHLORIDE, PER 30 ML | 30 ml | 6.39 | | | |
| J2405 | INJECTION, ONDANSETRON HYDROCHLORIDE, PER 1 MG | Per 1 mg | 6.09 | | | |
| J2410 | INJECTION, OXYMORPHONE HCL, UP TO 1 MG | Up to 1 mg | 2.95 | H | | |
| J2430 | INJECTION, PAMIDRONATE DISODIUM, PER 30 MG | 30 mg | 275.50 | | | |
| J2440 | INJECTION, PAPAVERINE HCL, UP TO 60 MG | Up to 60 mg | 5.93 | | | |
| J2460 | INJECTION, OXYTETRACYCLINE HCL, UP TO 50 MG | Up to 50 mg | 0.98 | | | |
| J2500 | INJECTION, PARICALCITOL, 5 MCG | 5 mcg | 25.09 | | D | |
| J2501 | INJECTION, PARICALCITOL, 1 MCG | 1 mcg | 5.02 | | | |
| J2510 | INJECTION, PENICILLIN G PROCAINE, AQUEOUS, UP TO 600,000 UNITS | Up to 600,000 units | 9.05 | | | |
| J2515 | INJECTION, PENTOBARBITAL SODIUM, PER 50 MG | Per 50 mg | 0.55 | | | |
| J2540 | INJECTION, PENICILLIN G POTASSIUM, UP TO 600,000 UNITS | Up to 600,000 units | 3.76 | | | |
| J2543 | INJECTION, PIPERACILLIN SODIUM/TAZOBACTAM SODIUM, 1 GRAM/0.125 GRAMS (1.125 | 1 g/0.125 g | 4.87 | | | |
| J2545 | PENTAMIDINE ISETHIONATE, INHALATION SOLUTION, PER 300 MG, ADMINISTERED THROU | Per 300 mg | 93.81 | | | |
| J2550 | INJECTION, PROMETHAZINE HCL, UP TO 50 MG | Up to 50 mg | 2.24 | | | |
| J2560 | INJECTION, PHENOBARBITAL SODIUM, UP TO 120 MG | Up to 120 mg | 1.62 | | | |
| J2590 | INJECTION, OXYTOCIN, UP TO 10 UNITS | Up to 10 units | 1.16 | | | |
| J2597 | INJECTION, DESMOPRESSIN ACETATE, PER 1 MCG | Per 1 mcg | 4.12 | | | |
| J2650 | INJECTION, PREDNISOLONE ACETATE, UP TO 1 ML | Up to 1 ml | 0.31 | | | |
| J2670 | INJECTION, TOLAZOLINE HCL, UP TO 25 MG | Up to 25 mg | 3.92 | | | |
| J2675 | INJECTION, PROGESTERONE, PER 50 MG | Per 50 mg | 3.69 | | A | |
| J2680 | INJECTION, FLUPHENAZINE DECANOATE, UP TO 25 MG | Up to 25 mg | 13.89 | | | |
| J2690 | INJECTION, PROCAINAMIDE HCL, UP TO 1 GM | Up to 1 g | 1.52 | L | | |
| J2700 | INJECTION, OXACILLIN SODIUM, UP TO 250 MG | Up to 250 mg | 0.80 | | | |
| J2710 | INJECTION, NEOSTIGMINE METHYLSULFATE, UP TO 0.5 MG | Up to 0.5 mg | 2.32 | | | |
| J2720 | INJECTION, PROTAMINE SULFATE, PER 10 MG | Per 10 mg | 0.76 | | | |
| J2725 | INJECTION, PROTIRELIN, PER 250 MCG | 250 mcg | 24.40 | | | |
| J2730 | INJECTION, PRALIDOXIME CHLORIDE, UP TO 1 GM | Up to 1 g | 102.96 | | | |
| J2760 | INJECTION, PHENTOLAMINE MESYLATE, UP TO 5 MG | Up to 5 mg | 32.59 | | | |
| J2765 | INJECTION, METOCLOPRAMIDE HCL, UP TO 10 MG | Up to 10 mg | 1.90 | | | |
| J2770 | INJECTION, QUINUPRISTIN/DALFOPRISTIN, 500 MG (150/350) | 500 mg | 105.12 | | | |
| J2780 | INJECTION, RANITIDINE HYDROCHLORIDE, 25 MG | 25 mg | 1.43 | | | |
| J2788 | INJECTION, RHO D IMMUNE GLOBULIN, HUMAN, MINIDOSE, 50 MCG | 50 mcg | 35.91 | | | |
| J2790 | INJECTION, RHO D IMMUNE GLOBULIN, HUMAN, FULL DOSE, 300 MCG | One dose package | 105.45 | | | |
| J2792 | INJECTION, RHO D IMMUNE GLOBULIN, INTRAVENOUS, HUMAN, SOLVENT DETERGENT, 1 | 100 IU | 20.55 | | | |
| J2795 | INJECTION, ROPIVACAINE HYDROCHLORIDE, 1 MG | 1 mg | 0.07 | | | |
| J2800 | INJECTION, METHOCARBAMOL, UP TO 10 ML | Up to 10 ml | 3.80 | | | |
| J2820 | INJECTION, SARGRAMOSTIM (GM-CSF), 50 MCG | 50 mcg | 29.06 | | | |
| J2910 | INJECTION, AUROTHIOGLUCOSE, UP TO 50 MG | 50 mg | 15.93 | | | |
| J2912 | INJECTION, SODIUM CHLORIDE, 0.9%, PER 2 ML | 0.9% per 2 ml | 0.49 | | | |
| J2915 | INJECTION, SODIUM FERRIC GLUCONATE COMPLEX IN SUCROSE INJECTION, 62.5 MG | 62.5 mg | 40.85 | | D | |
| J2916 | INJECTION, SODIUM FERRIC GLUCONATE COMPLEX IN SUCROSE INJECTION, 12.5 MG | 12.5 mg | 8.17 | | | |

\* H = Higher

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J2920 | INJECTION, METHYLPREDNISOLONE SODIUM SUCCINATE, UP TO 40 MG | Up to 40 mg | 1.58 | | | |
| J2930 | INJECTION, METHYLPREDNISOLONE SODIUM SUCCINATE, UP TO 125 MG | Up to 125 mg | 1.92 | | | |
| J2940 | INJECTION, SOMATREM, 1 MG | 1 mg | 45.56 | | | |
| J2941 | INJECTION, SOMATROPIN, 1 MG | 1 mg | 43.74 | L | | |
| J2950 | INJECTION, PROMAZINE HCL, UP TO 25 MG | Up to 25 mg | 0.46 | | | |
| J2993 | INJECTION, RETEPLASE, 18.1 MG | 18.1 mg | 1306.25 | | | |
| J2995 | INJECTION, STREPTOKINASE, PER 250,000 IU | 250,000 IU | 89.06 | L | | |
| J2997 | INJECTION, ALTEPLASE RECOMBINANT, 1 MG | 1 mg | 35.63 | | | |
| J3000 | INJECTION, STREPTOMYCIN, UP TO 1 GM | Up to 1 g | 6.35 | | | |
| J3010 | INJECTION, FENTANYL CITRATE, 0.1 MG | 0.1 mg | 1.97 | | | |
| J3030 | INJECTION, SUMATRIPTAN SUCCINATE, 6 MG (CODE MAY BE USED FOR MEDICARE WHEN | 6 mg | 26.56 | | | |
| J3070 | INJECTION, PENTAZOCINE, 30 MG | Up to 30 mg | 5.23 | | | |
| J3100 | INJECTION, TENECTEPLASE, 50MG | 50 mg | 2612.50 | | | |
| J3105 | INJECTION, TERBUTALINE SULFATE, UP TO 1 MG | Up to 1 mg | 29.39 | | | |
| J3120 | INJECTION, TESTOSTERONE ENANTHATE, UP TO 100 MG | Up to 100 mg | 8.12 | H | | |
| J3130 | INJECTION, TESTOSTERONE ENANTHATE, UP TO 200 MG | Up to 200 mg | 16.25 | | | |
| J3140 | INJECTION, TESTOSTERONE SUSPENSION, UP TO 50 MG | Up to 50 mg | 0.40 | | | |
| J3150 | INJECTION, TESTOSTERONE PROPIONATE, UP TO 100 MG | Up to 100 mg | 0.94 | | | N |
| J3230 | INJECTION, CHLORPROMAZINE HCL, UP TO 50 MG | Up to 50 mg | 4.40 | H | | |
| J3240 | INJECTION, THYROTROPIN ALPHA, 0.9 MG, PROVIDED IN 1.1 MG VIAL | 0.9 mg | 566.68 | | | |
| J3245 | INJECTION, TIROFIBAN HYDROCHLORIDE, 12.5 MG | 12.5 mg | 462.16 | | | |
| J3250 | INJECTION, TRIMETHOBENZAMIDE HCL, UP TO 200 MG | Up to 200 mg | 1.55 | | | |
| J3260 | INJECTION, TOBRAMYCIN SULFATE, UP TO 80 MG | Up to 80 mg | 5.84 | L | | |
| J3265 | INJECTION, TORSEMIDE, 10 MG/ML | 10 mg/ml | 1.42 | | | |
| J3280 | INJECTION, THIETHYLPERAZINE MALEATE, UP TO 10 MG | Up to 10 mg | 5.52 | H | | |
| J3301 | INJECTION, TRIAMCINOLONE ACETONIDE, PER 10MG | Per 10 mg | 1.52 | | | |
| J3302 | INJECTION, TRIAMCINOLONE DIACETATE, PER 5MG | Per 5 mg | 0.34 | H | | |
| J3303 | INJECTION, TRIAMCINOLONE HEXACETONIDE, PER 5MG | Per 5 mg | 1.01 | | | |
| J3305 | INJECTION, TRIMETREXATE GLUCURONATE, PER 25 MG | Per 25 mg | 142.50 | | | |
| J3315 | INJECTION, TRIPTORELIN PAMOATE, 3.75 MG | 3.75 mg | 415.24 | | | |
| J3320 | INJECTION, SPECTINOMYCIN DIHYDROCHLORIDE, UP TO 2 GM | Up to 2 g | 26.80 | | | |
| J3360 | INJECTION, DIAZEPAM, UP TO 5 MG | Up to 5 mg | 3.77 | | | |
| J3364 | INJECTION, UROKINASE, 5000 IU VIAL | 5,000 IU vial | 56.61 | | | |
| J3365 | INJECTION, IV, UROKINASE, 250,000 I.U. VIAL | 250,000 IU vial | 511.50 | | | |
| J3370 | INJECTION, VANCOMYCIN HCL, 500 MG | 500 mg | 7.41 | | | |
| J3395 | INJECTION, VERTEPORFIN, 15MG | 15 mg | 1458.25 | | | |
| J3410 | INJECTION, HYDROXYZINE HCL, UP TO 25 MG | Up to 25 mg | 0.83 | | | |
| J3420 | INJECTION, VITAMIN B-12 CYANOCOBALAMIN, UP TO 1000 MCG | Up to 1,000 mcg | 1.19 | L | | |
| J3430 | INJECTION, PHYTONADIONE (VITAMIN K), PER 1 MG | Per 1 mg | 2.45 | | | |
| J3475 | INJECTION, MAGNESIUM SULFATE, PER 500 MG | Per 500 mg | 0.14 | H | | |
| J3480 | INJECTION, POTASSIUM CHLORIDE, PER 2 MEQ | Per 2 mEq | 0.08 | | | |
| J3485 | INJECTION, ZIDOVUDINE, 10 MG | 10 mg | 1.02 | | | |
| J3487 | INJECTION, ZOLEDRONIC ACID, 1 MG | 1 mg | 217.43 | | | |
| J7030 | INFUSION, NORMAL SALINE SOLUTION, 1000 CC | 1000 cc | 10.77 | | | |
| J7040 | INFUSION, NORMAL SALINE SOLUTION, STERILE (500 ML=1 UNIT) | 500 ml = 1 unit | 5.39 | | | |
| J7042 | 5% DEXTROSE/NORMAL SALINE (500 ML = 1 UNIT) | 5%, 500 ml = 1 unit | 9.44 | | | |

* H = Higher

HCPCS Drug Pricing File
Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J7050 | INFUSION, NORMAL SALINE SOLUTION , 250 CC | 250 cc | 2.70 | | | |
| J7051 | STERILE SALINE OR WATER, UP TO 5 CC | Up to 5 cc | 0.75 | L | | |
| J7060 | 5% DEXTROSE/WATER (500 ML = 1 UNIT) | 5%, 500 ml = 1 unit | 7.51 | | | |
| J7070 | INFUSION, D5W, 1000 CC | 1000 cc | 11.45 | | | |
| J7100 | INFUSION, DEXTRAN 40, 500 ML | 500 ml | 25.11 | | | |
| J7110 | INFUSION, DEXTRAN 75, 500 ML | 500 ml | 14.21 | | | |
| J7120 | RINGERS LACTATE INFUSION, UP TO 1000 CC | 1000 cc | 12.45 | | | |
| J7130 | HYPERTONIC SALINE SOLUTION, 50 OR 100 MEQ, 20 CC VIAL | 50 or 100 mEq, 20 cc v | 0.52 | | | |
| J7190 | FACTOR VIII (ANTIHEMOPHILIC FACTOR, HUMAN) PER I.U. | Per IU | 0.87 | | | |
| J7191 | FACTOR VIII (ANTIHEMOPHILIC FACTOR (PORCINE)), PER I.U. | Per IU | 2.04 | | | |
| J7192 | FACTOR VIII (ANTIHEMOPHILIC FACTOR, RECOMBINANT) PER I.U. | Per IU | 1.26 | | | |
| J7193 | FACTOR IX (ANTIHEMOPHILIC FACTOR, PURIFIED, NON-RECOMBINANT) PER I.U. | Per IU | 1.12 | | | |
| J7194 | FACTOR IX, COMPLEX, PER I.U. | Per IU | 0.37 | | | |
| J7195 | FACTOR IX (ANTIHEMOPHILIC FACTOR, RECOMBINANT) PER I.U. | Per IU | 1.12 | | | |
| J7197 | ANTITHROMBIN III (HUMAN), PER I.U. | Per IU | 1.25 | H | | |
| J7198 | ANTI-INHIBITOR, PER I.U. | Per IU | 1.43 | | | |
| J7310 | GANCICLOVIR, 4.5 MG, LONG-ACTING IMPLANT | 4.5 mg | 4750.00 | | | |
| J7317 | SODIUM HYALURONATE, PER 20 TO 25 MG DOSE FOR INTRA-ARTICULAR INJECTION | 20 to 25 mg | 142.27 | | | |
| J7320 | HYLAN G-F 20, 16 MG, FOR INTRA ARTICULAR INJECTION | 16 mg | 233.14 | H | | |
| J7330 | AUTOLOGOUS CULTURED CHONDROCYTES, IMPLANT | implant | 15162.00 | | | |
| J7340 | DERMAL AND EPIDERMAL TISSUE OF HUMAN ORIGIN, WITH OR WITHOUT BIOENGINEERE | Per sq. cm. | 29.30 | H | | |
| J7342 | DERMAL TISSUE, OF HUMAN ORIGIN, WITH OR WITHOUT OTHER BIOENGINEERED OR | Per sq. cm. | 15.40 | H | | |
| J7501 | AZATHIOPRINE, PARENTERAL, 100 MG | 100 mg | 59.84 | | | |
| J7504 | LYMPHOCYTE IMMUNE GLOBULIN, ANTITHYMOCYTE GLOBULIN, EQUINE, PARENTERAL, 2 | 250 mg | 290.31 | | | |
| J7511 | LYMPHOCYTE IMMUNE GLOBULIN, ANTITHYMOCYTE GLOBULIN, RABBIT, PARENTERAL, 2 | 25 mg | 325.09 | | | |
| J7513 | DACLIZUMAB, PARENTERAL, 25 MG | 25 mg | 425.11 | | | |
| J9000 | DOXORUBICIN HCL, 10 MG | 10 mg | 42.82 | L | | |
| J9001 | DOXORUBICIN HYDROCHLORIDE, ALL LIPID FORMULATIONS, 10 MG | 10 mg | 378.34 | | | |
| J9010 | ALEMTUZUMAB, 10 MG | 10 mg | 536.27 | H | | |
| J9015 | ALDESLEUKIN, PER SINGLE USE VIAL | Per single use vial | 699.20 | | | |
| J9017 | ARSENIC TRIOXIDE, 1MG | 1 mg | 37.05 | H | | |
| J9020 | ASPARAGINASE, 10,000 UNITS | 10,000 units | 62.61 | | | |
| J9031 | BCG (INTRAVESICAL) PER INSTILLATION | Per installation | 174.63 | | | |
| J9040 | BLEOMYCIN SULFATE, 15 UNITS | 15 units | 289.37 | | | |
| J9045 | CARBOPLATIN, 50 MG | 50 mg | 135.97 | | | |
| J9050 | CARMUSTINE, 100 MG | 100 mg | 127.26 | | | |
| J9060 | CISPLATIN, POWDER OR SOLUTION, PER 10 MG | Per 10 mg | 42.74 | | | |
| J9062 | CISPLATIN, 50 MG | 50 mg | 213.73 | | | |
| J9065 | INJECTION, CLADRIBINE, PER 1 MG | Per 1 mg | 53.39 | | | |
| J9070 | CYCLOPHOSPHAMIDE, 100 MG | 100 mg | 5.98 | | | |
| J9080 | CYCLOPHOSPHAMIDE, 200 MG | 200 mg | 11.34 | | | |
| J9090 | CYCLOPHOSPHAMIDE, 500 MG | 500 mg | 23.81 | | | |
| J9091 | CYCLOPHOSPHAMIDE, 1.0 GRAM | 1 g | 47.64 | | | |
| J9092 | CYCLOPHOSPHAMIDE, 2.0 GRAM | 2 g | 95.27 | | | |
| J9093 | CYCLOPHOSPHAMIDE, LYOPHILIZED, 100 MG | 100 mg | 5.82 | L | | |
| J9094 | CYCLOPHOSPHAMIDE, LYOPHILIZED, 200 MG | 200 mg | 11.64 | | | |

* H = Higher

## HCPCS Drug Pricing File
### Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J9095 | CYCLOPHOSPHAMIDE, LYOPHILIZED, 500 MG | 500 mg | 24.42 | | | |
| J9096 | CYCLOPHOSPHAMIDE, LYOPHILIZED, 1.0 GRAM | 1 g | 48.86 | | | |
| J9097 | CYCLOPHOSPHAMIDE, LYOPHILIZED, 2.0 GRAM | 2 g | 97.75 | | | |
| J9100 | CYTARABINE, 100 MG | 100 mg | 5.94 | | | |
| J9110 | CYTARABINE, 500 MG | 500 mg | 23.75 | | | |
| J9120 | DACTINOMYCIN, 0.5 MG | 0.5 mg | 13.87 | | | |
| J9130 | DACARBAZINE, 100 MG | 100 mg | 12.68 | | | |
| J9140 | DACARBAZINE, 200 MG | 200 mg | 22.56 | | | |
| J9150 | DAUNORUBICIN, 10 MG | 10 mg | 80.04 | | | |
| J9151 | DAUNORUBICIN CITRATE, LIPOSOMAL FORMULATION, 10 MG | 10 mg | 64.60 | | | |
| J9160 | DENILEUKIN DIFTITOX, 300 MCG | 300 mcg | 1210.30 | | | |
| J9165 | DIETHYLSTILBESTROL DIPHOSPHATE, 250 MG | 250 mg | 14.41 | | | |
| J9170 | DOCETAXEL, 20 MG | 20 mg | 328.36 | | | |
| J9180 | EPIRUBICIN HYDROCHLORIDE, 50 MG | 50 mg | 719.78 | | | |
| J9181 | ETOPOSIDE, 10 MG | 10 mg | 10.45 | | | |
| J9182 | ETOPOSIDE, 100 MG | 100 mg | 104.50 | | | |
| J9185 | FLUDARABINE PHOSPHATE, 50 MG | 50 mg | 326.69 | | | |
| J9190 | FLUOROURACIL, 500 MG | 500 mg | 2.82 | | | |
| J9200 | FLOXURIDINE, 500 MG | 500 mg | 129.57 | | | |
| J9201 | GEMCITABINE HCL, 200 MG | 200 mg | 121.01 | | | |
| J9202 | GOSERELIN ACETATE IMPLANT, PER 3.6 MG | Per 3.6 mg | 446.49 | | | |
| J9206 | IRINOTECAN, 20 MG | 20 mg | 151.81 | | | |
| J9208 | IFOSFAMIDE, 1 GM | Per 1 g | 150.38 | | | |
| J9209 | MESNA, 200 MG | 200 mg | 36.48 | | | |
| J9211 | IDARUBICIN HYDROCHLORIDE, 5 MG | 5 mg | 466.59 | | | |
| J9212 | INJECTION, INTERFERON ALFACON-1, RECOMBINANT, 1 MCG | 1 mcg | 4.09 | | | |
| J9213 | INTERFERON, ALFA-2A, RECOMBINANT, 3 MILLION UNITS | 3 million units | 34.88 | | | |
| J9214 | INTERFERON, ALFA-2B, RECOMBINANT, 1 MILLION UNITS | 1 million units | 13.50 | | | |
| J9215 | INTERFERON, ALFA-N3, (HUMAN LEUKOCYTE DERIVED), 250,000 IU | 250,000 IU | 8.17 | H | | |
| J9216 | INTERFERON, GAMMA 1-B, 3 MILLION UNITS | 3 million units | 204.72 | L | | |
| J9217 | LEUPROLIDE ACETATE (FOR DEPOT SUSPENSION), 7.5 MG | 7.5 mg | 611.56 | | | |
| J9218 | LEUPROLIDE ACETATE, PER 1 MG | 1 mg | 24.93 | | | |
| J9219 | LEUPROLIDE ACETATE IMPLANT, 65 MG | 65 mg | 5399.80 | | | |
| J9230 | MECHLORETHAMINE HYDROCHLORIDE, (NITROGEN MUSTARD), 10 MG | 10 mg | 12.01 | | | |
| J9245 | INJECTION, MELPHALAN HYDROCHLORIDE, 50 MG | 50 mg | 420.10 | H | | |
| J9250 | METHOTREXATE SODIUM, 5 MG | 5 mg | 0.46 | | | |
| J9260 | METHOTREXATE SODIUM, 50 MG | 50 mg | 5.51 | | | |
| J9265 | PACLITAXEL, 30 MG | 30 mg | 162.17 | | | |
| J9266 | PEGASPARGASE, PER SINGLE DOSE VIAL | Per single dose vial | 1427.38 | | | |
| J9268 | PENTOSTATIN, PER 10 MG | 10 mg | 1926.60 | | | |
| J9270 | PLICAMYCIN, 2.5 MG | 2.5 mg | 93.80 | | | |
| J9280 | MITOMYCIN, 5 MG | 5 mg | 96.96 | | | |
| J9290 | MITOMYCIN, 20 MG | 20 mg | 413.72 | | | |
| J9291 | MITOMYCIN, 40 MG | 40 mg | 869.34 | | | |
| J9293 | INJECTION, MITOXANTRONE HYDROCHLORIDE, PER 5 MG | Per 5 mg | 266.18 | | | |
| J9300 | GEMTUZUMAB OZOGAMICIN, 5MG | 5 mg | 2101.88 | | | |

* H = Higher

**HCPCS Drug Pricing File**
**Effective April 2003**

| HCPCS | Description | Unit of Measure | 95% of AWP | * Price Change | ** Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| J9310 | RITUXIMAB, 100 MG | 100 mg | 475.00 | | | |
| J9320 | STREPTOZOCIN, 1 GM | 1 g | 136.71 | | | |
| J9340 | THIOTEPA, 15 MG | 15 mg | 116.97 | | | |
| J9350 | TOPOTECAN, 4 MG | 4 mg | 729.76 | | | |
| J9355 | TRASTUZUMAB, 10 MG | 10 mg | 54.95 | | | |
| J9357 | VALRUBICIN, INTRAVESICAL, 200 MG | 200 mg | 526.68 | | | |
| J9360 | VINBLASTINE SULFATE, 1 MG | 1 mg | 4.10 | | | |
| J9370 | VINCRISTINE SULFATE, 1 MG | 1 mg | 33.98 | | | |
| J9375 | VINCRISTINE SULFATE, 2 MG | 2 mg | 52.16 | | | |
| J9380 | VINCRISTINE SULFATE, 5 MG | 5 mg | 160.36 | | | |
| J9390 | VINORELBINE TARTRATE, PER 10 MG | 10 mg | 104.31 | H | | |
| J9600 | PORFIMER SODIUM, 75 MG | 75 mg | 2603.67 | | | |
| K0548 | INJECTION, INSULIN LISPRO, UP TO 50 UNITS | Up to 50 units | 2.57 | | D | |
| P9041 | INFUSION, ALBUMIN (HUMAN), 5%, 50 ML | 5%, 50 ml | 27.74 | | | |
| P9043 | INFUSION, PLASMA PROTEIN FRACTION (HUMAN), 5%, 50 ML | 5%, 50 ml | 29.69 | | | |
| P9045 | INFUSION, ALBUMIN (HUMAN), 5%, 250 ML | 5%, 250 ml | 55.10 | | | |
| P9046 | INFUSION, ALBUMIN (HUMAN), 25%, 20 ML | 25%, 20 ml | 24.04 | | | |
| P9047 | INFUSION, ALBUMIN (HUMAN), 25%, 50 ML | 25%, 50 ml | 55.10 | | | |
| P9048 | INFUSION, PLASMA PROTEIN FRACTION (HUMAN), 5%, 250ML | 5%, 250 ml | 83.13 | | | |
| Q0136 | INJECTION, EPOETIN ALPHA, (FOR NON ESRD USE), PER 1000 UNITS | Per 1000 units | 12.69 | | | |
| Q0183 | DERMAL TISSUE, OF HUMAN ORIGIN, WITH AND WITHOUT OTHER BIOENGINEERED OR | Per sq. cm. | 14.92 | | | |
| Q0184 | DERMAL TISSUE, OF HUMAN ORIGIN, WITH OR WITHOUT OTHER BIOENGINEERED OR | Per sq. cm. | 14.92 | | D | |
| Q0187 | FACTOR VIIA (COAGULATION FACTOR, RECOMBINANT) PER 1.2 MG | Per 1.2 mg | 1596.00 | | | |
| Q2022 | VON WILLEBRAND FACTOR COMPLEX, HUMAN, PER IU | Per IU | 0.95 | | A | |
| Q3025 | INJECTION, INTERFERON BETA-1A, 11 MCG FOR INTRAMUSCULAR USE | 11 mcg | 85.21 | H | | |
| Q3030 | SODIUM HYALURONATE PER 20 TO 25 MG DOSE, FOR INTRA-ARTICULAR INJECTION | Per 20 to 25 mg | 142.27 | | D | |
| Q9920* | Injection of EPO, per 1000 units, at patient HCT of 20 or less | per 1000 units | 12.69 | | A | |
| Q9921* | Injection of EPO, per 1000 units, at patient HCT of 21 | per 1000 units | 12.69 | | A | |
| Q9922* | Injection of EPO, per 1000 units, at patient HCT of 22 | per 1000 units | 12.69 | | A | |
| Q9923* | Injection of EPO, per 1000 units, at patient HCT of 23 | per 1000 units | 12.69 | | A | |
| Q9924* | Injection of EPO, per 1000 units, at patient HCT of 24 | per 1000 units | 12.69 | | A | |
| Q9925* | Injection of EPO, per 1000 units, at patient HCT of 25 | per 1000 units | 12.69 | | A | |
| Q9926* | Injection of EPO, per 1000 units, at patient HCT of 26 | per 1000 units | 12.69 | | A | |
| Q9927* | Injection of EPO, per 1000 units, at patient HCT of 27 | per 1000 units | 12.69 | | A | |
| Q9928* | Injection of EPO, per 1000 units, at patient HCT of 28 | per 1000 units | 12.69 | | A | |
| Q9929* | Injection of EPO, per 1000 units, at patient HCT of 29 | per 1000 units | 12.69 | | A | |
| Q9930* | Injection of EPO, per 1000 units, at patient HCT of 30 | per 1000 units | 12.69 | | A | |
| Q9931* | Injection of EPO, per 1000 units, at patient HCT of 31 | per 1000 units | 12.69 | | A | |
| Q9932* | Injection of EPO, per 1000 units, at patient HCT of 32 | per 1000 units | 12.69 | | A | |
| Q9933* | Injection of EPO, per 1000 units, at patient HCT of 33 | per 1000 units | 12.69 | | A | |
| Q9934* | Injection of EPO, per 1000 units, at patient HCT of 34 | per 1000 units | 12.69 | | A | |
| Q9935* | Injection of EPO, per 1000 units, at patient HCT of 35 | per 1000 units | 12.69 | | A | |
| Q9936* | Injection of EPO, per 1000 units, at patient HCT of 36 | per 1000 units | 12.69 | | A | |
| Q9937* | Injection of EPO, per 1000 units, at patient HCT of 37 | per 1000 units | 12.69 | | A | |
| Q9938* | Injection of EPO, per 1000 units, at patient HCT of 38 | per 1000 units | 12.69 | | A | |
| Q9939* | Injection of EPO, per 1000 units, at patient HCT of 39 | per 1000 units | 12.69 | | A | |

* H = Higher

## HCPCS Drug Pricing File
### Effective April 2003

| HCPCS | Description | Unit of Measure | 95% of AWP | *Price Change | **Status | ***Obsolete Code |
|---|---|---|---|---|---|---|
| Q9940* | Injection of EPO, per 1000 units, at patient HCT of 40 or above | per 1000 units | 12.69 | | A | |

* NOTE: The payment allowances shown for Q9920-Q9940 apply only to physician claims.
NOTE: CPT codes, descriptions and other data only are copyright 2002 American Medical Association. All rights Reserved. Applicable FARS/DFARS Apply.
NOTE: Although this file may list a drug and an associated Medicare allowed amount, it does not necessarily follow that the drug is covered by Medicare and, if covered, whether payment may be due in a particular circumstance. Medicare contractors separately determine whether a particular drug meets the program's requirements for coverage and, if covered, whether payment may be made for the drug in the circumstance under which it was furnished.

* H = Higher