# EXHIBIT S



# ABOUT

**About PAL**

**Staff**

**PAL Coalition**

**Lawyers**

**Funders**

**Leadership Circle**

**Cy Pres**

**Bitter Pill Awards**

Get updates on drug lawsuits, settlements and PAL news.

Your Email here  GO

## Lawyers

PAL and its members work with a wide variety of class action law firms on pharmaceutical litigation. These include:

- Hagens Berman Sobol Shapiro, LLP,
- Spector, Roseman, Kodroff & Willis, P.C.
- Wexler Wallace LLP
- Edleson & Associates LLC
- The Sadin Law Firm
- The Dugan Law Firm
- Labaton Sucharow & Rudoff LLP, and
- Zwerling, Schachter & Zwerling, LLP

Additionally, AARP Foundation Litigation serves as co-counsel on several cases.



Prescription
Access
Litigation



## ABOUT

**About PAL**

**Staff**

**PAL Coalition**

**Lawyers**

**Funders**

**Leadership Circle**

**Cy Pres**

**Bitter Pill Awards**

Get updates on drug lawsuits, settlements and PAL news.

Your Email here

GO

## Leadership Circle

In January 2007, PAL announced the founding the PAL Leadership Circle, a group of attorneys who understand the importance of PAL's work. We are grateful to the members of the Leadership Circle for their support and guidance:

### Law Firms

AARP Foundation Litigation
Chimicles & Tikellis LLP
Gustafson Gluek PLLC
Harke & Clasby LLP
Edelson & Associates LLC
Krakow & Souris
Sadin Law Firm
Simmons Cooper LLC
Spector, Roseman, Kodroff & Willis, P.C.
Wexler Wallace LLP

### Individuals

Steve Berman - Hagens Berman Sobol Shapiro LLP
James R. Dugan, II - The Dugan Law Firm LLC
Brian P. Kenney & Eric L. Young - Kenney Egan McCafferty & Young P.C.
Joseph Lipofsky – Of Counsel to Zwerling, Schachter & Zwerling LLP
David Nalven - Hagens Berman Sobol Shapiro LLP
Ed Notargiacomo - Hagens Berman Sobol Shapiro LLP
Thomas Sobol - Hagens Berman Sobol Shapiro LLP
Joe R. Whatley, Jr. - Whatley Drake & Kallas LLC
George Zelcs - Korein Tillery LLC

Attorneys and firms interested in joining the PAL Leadership circle, please contact us.

Case 1:01-cv-12257-PBS   Document 5954-20   Filed 03/16/09   Page 4 of 4

