UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al.* v. *Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys, Inc. hereby seek leave to file the attached 4-1/2-page Reply brief. As grounds therefor, plaintiffs state that in their Opposition to Plaintiffs' Motion to Compel Testimony, defendants have raised several issues that mischaracterize plaintiffs' arguments and the facts, and made some assertions that are not accurate. Accordingly, plaintiffs believe that the attached very brief Reply will assist the Court in resolution of the issues before it.

The undersigned conferred with defendants' counsel and was informed defendants would not oppose this motion or the filing of a Reply.

WHEREFORE plaintiffs ask that this Motion be granted and that the Court grant leave to

file the attached Reply brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| For the United States of America, | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY GENERAL | JAMES J. BREEN<br>The Breen Law Firm, P.A. |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | 3350 S.W. 148th Avenue Suite 110<br>Miramar, FL 33027<br>Tel: (954) 874-1635 |
| By: /s/ Barbara Healy Smith<br>GEORGE B. HENDERSON, II<br>BARBARA HEALY SMITH<br>JAMES J. FAUCI<br>Assistant United States Attorneys<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3263 | ROSLYN G. POLLACK<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |

JOYCE R. BRANDA
DANIEL R. ANDERSON
JOHN K. NEAL
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
(202) 514-3345

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that counsel for the United States conferred with counsel for the defendants in a good faith attempt to resolve or the narrow the issues raised in this Motion.

/s/ Barbara Healy Smith
Barbara Healy Smith
Dated: March 17, 2009                Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 17, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ Barbara Healy Smith |
|  | Barbara Healy Smith |
| Dated: March 17, 2009 | Assistant United States Attorneys |