UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that pursuant to Rules 45 of the Federal Rules of Civil Procedure, on March 12, 2009, subpoenas were served by the named consumer plaintiffs in the above captioned action, Rev. David Aaronson, individually and on behalf of the Estate of Susan Ruth Aaronson, M. Joyce Howe, individually and on behalf of the Estate of Robert Howe, Larry Young, individually and on behalf of the Estate of Patricia Young, Therese Shepley, individually and on behalf of the Estate of James Shepley, Harold Carter, Roger Clark, on behalf of the Estate of David Clark, Ethel Walters, individually and on behalf of the Estate of Hunter Walters, Katie Bean, individually and on behalf of the Estate of Harold Bean, James Monk, Virginia Newell, individually and on behalf of the Estate of William Newell, Oral Roots, Rebecca Hopkins and George Baker Thomson, upon Community Catalyst, Prescription Access Litigation and Health Care For All, commanding production of documents described in Schedule "A" annexed to the Subpoenas.

True and correct copies of the Subpoenas are attached hereto as Exhibits "A" through "C".

Respectfully Submitted,

Date: March 18, 2009

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM LLC
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106

## CERTIFICATE OF SERVICE

      I, Donald E. Haviland, Jr., Esquire, hereby certify that on March 18, 2009, I filed the foregoing Notice of Service of Subpoenas with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

                                                /s/ Donald E. Haviland
                                                Donald E. Haviland, Jr., Esquire