## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| CLASS 1 SETTLEMENT WITH ASTRAZENECA | |

### CLASS 1 PLAINTIFFS' AND ASTRAZENECA'S
### JOINT MOTION FOR CERTIFICATION OF JUDGMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

Class 1 Plaintiffs and Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby move for certification of the Court's previous entry of judgment related to the settlement between the parties of Plaintiffs' Class 1 claims pursuant to Fed. R. Civ. P. 54(b).

On May 1, 2008, the Court heard oral argument on the parties' request for final approval of the Class 1 settlement with AstraZeneca. On December 19, 2008, for the reasons set forth therein, the Court issued its Third Revised Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement With AstraZeneca, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsels' Application for Attorneys Fees, Reimbursement of Litigation Expenses and Compensation Awards to Class Representatives (the "Final Approval Order")(Docket No. 5802). In granting final approval, the Court overruled the objection of M. Joyce Howe to the settlement.

The parties intended the Final Approval Order to be a final, appealable order despite the existence of remaining claims against certain Track 1 defendants and the pending approval of Plaintiffs' settlement with the Track 2 defendants. However, at the time of the hearing for final approval of the settlement between the parties, neither party moved for certification pursuant to

Fed. R. Civ. P. 54(b) and the proposed order submitted by the parties to the Court failed to address the finality of the requested order under Rule 54(b).

A notice of appeal from the Final Approval Order was filed on January 19, 2009 by M. Joyce Howe (the "Howe Appeal").  Today, the First Circuit today issued an order *sue sponte* to Ms. Howe to show cause as to why the Howe Appeal should not be dismissed for lack of jurisdiction on the part of the Court of Appeals, citing the lack of any language in the Final Approval Order that indicates this Court's intention that the Final Approval Order be a final judgment pursuant to Rule 54(b).

The parties wish to avoid the dismissal of the Howe Appeal and the procedural delay in having the Howe Appeal dismissed only to have it refiled at some later date after an order from this Court pursuant to Fed. R. Civ. P. 54(b).  Any delay in the resolution of the Howe Appeal will delay distribution of the settlement proceeds to thousands of class members.

"In the situation in which the parties file an appeal prior to the district court's issuance of a Rule 54(b) certificate, but the certificate is issued before the appellate court has an opportunity to dismiss the appeal, most circuits have ruled that the certification is sufficient to validate a premature notice of appeal."  Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d §2660; *Clausen v. Sea-3, Inc*., 21 F.3d 1181, 1184-85 (1st Cir. 1994) (although notice of appeal filed after district court's entry of judgment but before its certification of judgment as final was premature, because judgment did not dispose of third-party claims, prematurity did not deprive Court of Appeals of jurisdiction.  Subsequent certification of judgment as final ripened premature notice of appeal as of date of certification.).

The settlement between the parties resolved all of the claims in the MDL on behalf of Class 1 against AstraZeneca.  The Final Approval Order was intended to be final and appealable

and no party will be prejudiced by the Court's certification of the Final Approval Order pursuant to Fed. R. Civ. P. 54(b).  Accordingly, the parties jointly request that the Court enter certification of the Final Approval Order pursuant to Fed. R. Civ. P. 54(b).   A proposed order is filed herewith for the Court's convenience.

DATED:  March 18, 2009          By:  /s/ Jennifer Fountain Connolly
                                     Thomas M. Sobol (BBO#471770)
                                     Edward Notargiacomo (BBO#567636)
                                     Hagens Berman Sobol Shapiro LLP
                                     One Main Street, 4th Floor
                                     Cambridge, MA  02142
                                     Telephone: (617) 482-3700
                                     Facsimile: (617) 482-3003

                                     *Liaison Counsel*

                                     Steve W. Berman
                                     Sean R. Matt
                                     Hagens Berman Sobol Shapiro LLP
                                     1301 Fifth Avenue, Suite 2900
                                     Seattle, WA  98101
                                     Telephone: (206) 623-7292
                                     Facsimile: (206) 623-0594

                                     Kenneth A. Wexler
                                     Jennifer Fountain Connolly
                                     Wexler Wallace LLP
                                     55 W. Monroe Street, Suite 3300
                                     Chicago, IL  60603
                                     Telephone: (312) 346-2222
                                     Facsimile: (312) 346-0022

                                     Jeffrey Kodroff
                                     John A. Macoretta
                                     Spector, Roseman, Kodroff & Willis, P.C.
                                     1818 Market Street, Suite 2500
                                     Philadelphia, PA  19103
                                     Telephone: (215) 496-0300
                                     Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**Co-Lead Counsel for Plaintiffs**

DATED:  March 18, 2009          By: /s/ Kimberley D. Harris
Nicholas C. Theodorou (BBO# 496730)
Katherine Schmeckpeper (BBO#662300)
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA  02210
Telephone:  (617) 832-1000
Facsimile:  617 832 7000

D. Scott Wise (admitted pro hac vice)
Michael Flynn (admitted pro hac vice)
Kimberley D.Harris (admitted pro hac vice)
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800

**Attorneys for Defendant AstraZeneca Pharmaceuticals LP**

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on March 18, 2009, I caused copies of ***Class Plaintiffs' and AstraZeneca's Joint Motion for Certification of Judgment Pursuant to Federal Rule of Civil Procedure 54(b)*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly