## CERTIFICATE OF SERVICE

I certify that on March 18, 2009, a true and correct copy of the foregoing:

    PLAINTIFFS' SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S (GSK'S) MOTION FOR PARTIAL SUMMARY JUDGEMENT;

    SUPPLEMENTAL AFFIDAVIT OF JOANNE M. CICALA, SWORN TO MARCH 18, 2009 WITH EXHIBITS; AND

    SUPPLEMENTAL AFFIDAVIT OF HARRIS L. DEVOR, SWORN TO MARCH 18, 2009 WITH EXHIBITS

was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                      /s/ James P. Carroll Jr.
                                                      James P. Carroll Jr.