UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2009 MAR 12  A 10: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **CIVIL ACTION NO. 05-11084-PBS** | Judge Patti B. Saris |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of Ven-A-Care of the Florida Keys, Inc. in the above captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing and admitted to practice in the Texas State Courts, U.S. Supreme Court, U.S. Court of Appeals for the Armed Forces, U.S. Fifth Circuit Court of Appeals, U.S. District Court (Northern District of Texas), U.S. District Court (Southern District of Texas), and U.S. District Court (Western District of Texas).

In further accordance with the Court's Case Management Order No. 1, we have included a check in the amount of $50.00 in payment of the fee associated with the *pro hac vice* status.

Respectfully submitted,

GLENN W. MacTAGGART
Texas State Bar No. 12787680
(210) 477-7419 – Direct Line
(210) 477-7469 – Direct Fax
E-Mail: gmactaggart@phmy.com

147897.1                                                                                                                           Page 1

PRICHARD HAWKINS McFARLAND & YOUNG, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
(210) 477-7400 – Telephone
(210) 477-7450 – Facsimile

ATTORNEYS FOR VEN-A-CARE
OF THE FLORIDA KEYS, INC.

Dated: March 11, 2009

### CERTIFICATE OF SERVICE

I, Glenn W. MacTaggart, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on the 11th day of March, 2009 a copy to Lexis Nexis for posting and notification to all parties.

_____
GLENN. W. MacTAGGART