GRACIELO FLORES
3802 W SOLAR DRIVE
PHOENIX, AZ 85051
602-228-1181

FILED
IN CLERKS OFFICE

2009 MAR 18  P 12: 34

AWP TRACK 2 SETTLEMENT

Case No. 01-CV-12257-
PBS, MDL Do. 1456
NOTICE OF APPEARANCE

I GRACIELO WANT TO APPEAR AND BE PRESENT FOR THE COURT HEARING ON 4/27/2009. AND ENTER AN APPEARANCE AT THE FINAL APPROVAL HEARING.

Dated this

*Gracielo Flores*
GRACIELO FLORES

[Summary of pleading] - 1