## CERTIFICATE OF SERVICE

    I, Donald E. Haviland, Jr., Esquire, hereby certify that on March 24, 2009, I filed the foregoing Revised Memorandum of Named Consumer Plaintiffs in Opposition to Approval of the Proposed Track Two Nationwide Class Certification and Settlement with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

                                         /s/ Donald E. Haviland, Jr.