UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
|  | ) MDL No. 1456 |
|  | ) Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) Hon. Patti B. Saris |
| *United States ex rel. Edward West v. Ortho-McNeil Pharmaceutical, Inc.* | ) ) ) |
| Subcategory Docket No. 06-12299-PBS | ) ) |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S RULE 25(a)(1) MOTION TO DISMISS DUE TO DEATH OF RELATOR**

Defendant Ortho-McNeil Pharmaceutical, Inc., n/k/a Ortho-McNeil Pharmaceutical, LLP ("OMP") moves for dismissal pursuant to Federal Rule of Civil Procedure 25(a)(1). That rule states, in pertinent part:

> **Rule 25.  Substitution of Parties**
>
> **(a) Death.**
>
> **(1)** *Substitution if the Claim Is Not Extinguished.*  If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

Relator Edward West died sometime between November 4 and November 10, 2008.  OMP filed a "Statement Noting The Death of Relator Edward West" on December 8, 2008 (Docket No. 5746).  The 90 day time period for filing a motion for substitution ended on

March 11, 2009.  However, as of the date of this filing, no "successor or representative" of West has filed a motion for substitution.  Accordingly, "the action by . . . the decedent must be dismissed."  Fed.R.Civ.P. 25(a)(1).  See, e.g., Rohlman v. Florida, No. 3:08cv182, 2009 WL 36456, at *1 (N.D. Fla. Jan. 5, 2009); Walsh v. City of Chicago, 712 F.Supp. 1303, 1306 (N.D. Ill. 1989).[1]

WHEREFORE, defendant Ortho-McNeil Pharmaceutical, Inc. respectfully requests that the Court dismiss the decedent Edward West's claims against it pursuant to Federal Rule of Civil Procedure 25(a)(1).

Date:  March 25, 2009

Respectfully submitted,

ORTHO-MCNEIL PHARMACEUTICAL, INC.

By: /s/  Scott D. Stein_____
     One of Its Attorneys

Scott D. Stein
Brad Robertson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

---

[1] Because it is not necessary to resolve the instant motion, OMP expresses no view concerning whether West's claims under the False Claims Act were extinguished by his death.

# **CERTIFICATE OF SERVICE**

I, Brad Robertson, certify that on March 25, 2009, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system. A copy of the foregoing also has been served on the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

John Bruegger
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, IL 62024

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave N.W.
Washington, DC 20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington, DC 20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL 60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL 60601

Charles J Crist, Jr.
The Capitol PL-01
Tallahassee, FL 32399-1050

M. Jane Brady
Carvel State Office Building
Consumer Protection - 5th Floor
820 North French Street
Wilmington, DE 19801

Collin Wong
Bureau of Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA 95815

L Timothy Terry
Office of the Attorney General,
100 North Carson Street
Carson City, NV 89701

Randall L Clouse
Medicaid Fraud Control Unit
900 East Main St.,
5th Fl
Richmond, VA 23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste 230
Springfield, IL 62703

Robert Spagnoletti
District of Columbia Attorney 's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC 20001

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX 78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900E. Main St
5th FL
Richmond, VA 23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC 20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN 37216

Paul G Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA 95814

Gary K Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capitol Station, PO Box 12548
Austin, TX 78711

/s/  Brad Robertson

3