UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MOTION FOR AN EXTENSION OF TIME IN WHICH
TO RESPOND TO OBJECTIONS**

Class Counsel hereby move for an order extending the time for Class Plaintiffs to respond to the objections that have thus far been submitted to the Proposed Track Two Settlement. Plaintiffs' response is presently due on March 30, 2009. This request also encompasses responding to Objector Corinna Connick's Motion to Intervene (Dkt. No. 5941), which response is also presently due on March 30.

In support of this motion, Plaintiffs state as follows:

1. Class Counsel are responding to objections from consumers that are grouped as follows: (i) James W. Wilson, (ii) Patricia Weatherly, (iii) John and Connie Pentz and Corinna Connick, and (iv) the group of clients represented by Don Haviland.

2. The briefs filed by the foregoing objectors comprise 65 pages in length in the aggregate, including Mrs. Connick's motion to intervene.

3. Responses to the objections are due to be filed on March 30, 2009.

4. Class Counsel have been working diligently on Plaintiffs' collective response to these objections. However, the breadth of the objections, the need to coordinate with a multiplicity of parties who themselves are pressed for time, and events of the week lead us to

- 1 -

- 2 -

request a short extension in which to file Plaintiffs' response to the objections.  More particularly, Class Counsel are conferring with, among others, representatives of the Prescription Access Litigation Project,[1] allocation counsel, and Ray Hartman's office, each of whom is very busy.  We are also working to absorb factual material gathered during discovery taken this week of two objectors, and Don Haviland's revised brief was filed just this past Tuesday.

5. In light of the foregoing, Class Plaintiffs request a brief extension to April 9 in which to respond to the objections.  This date would be more than two weeks prior to the hearing presently scheduled for April 27 and should not inconvenience any of the parties or objectors.

WHEREFORE, the Plaintiffs respectfully request the Court enter an Order extending the deadline for Plaintiffs to respond to the objectors.  The new due date would be April 9, 2009.

DATED:  March 26, 2009.                       By     /s/ Steve W. Berman
                                                                 Thomas M. Sobol (BBO#471770)
                                                                 Edward Notargiacomo (BBO#567636)
                                                              Hagens Berman Sobol Shapiro LLP
                                                              One Main Street, 4th Floor
                                                              Cambridge, MA  02142
                                                              Telephone: (617) 482-3700
                                                              Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

---

[1] Haviland has, incredibly, accused PAL of conspiring to deprive consumers of settlement funds.

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO OBJECTIONS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 26, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                      **/s/ Steve W. Berman**
                                      Steve W. Berman

001534-16 293596 V1