UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

## PROPOSED ORDER

Upon consideration of the State of California's Motion for a Protective Order regarding certain Rule 30(b)(6) deposition topics propounded by Dey, Inc., Mylan Pharmaceuticals Inc., Sandoz Inc., and Warrick Pharmaceutical Corp. (topics 1-16, 58-59 and 63-66 as set forth in Exhibit B to California's motion), IT IS HEREBY ORDERED THAT,

The State of California's Motion is GRANTED.

This _____ day of _____, 2009.

_____
HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE