# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | Hon. Patti B. Saris |
| _____ | ) ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* | ) ) ) ) ) | |
| Civil Action No. 00-10698 | ) | |

## [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS MAY RESPOND TO RELATOR'S AMENDED COMPLAINT

Having considered the Joint Motion for Extension of Time to Respond to Relator's Amended Complaint, filed by Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals (the "Defendants") and Relator Ven-A-Care of the Florida Keys, Inc. on March 27, 2009, and good cause appearing therefore, it is hereby ordered that the Defendants shall have until April 30, 2009 to answer or otherwise respond to Relator's Amended Complaint.

SO ORDERED this ____ day of _____, 200__.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

11736695_1.DOC