## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | Judge Patti B. Saris |

## DECLARATION OF JENNIFER FOUNTAIN CONNOLLY

I, Jennifer Fountain Connolly, declare as follows:

1.  I am a partner at Wexler Wallace LLP and am one of plaintiffs' attorneys. I submit this Declaration in support of Class Plaintiffs' Motion For Protective Order With Regard to Muriel Tonacchio Deposition.

2.  Attached as Exhibit A is a true and correct copy of the Notice of Deposition for Muriel Tonacchio served on March 24, 2009 by Don Haviland.

3.  Attached collectively as Exhibit B are true and correct copies of the Subpoenas Duces Tecum Class Plaintiffs served on John Pentz, Connie Pentz and Corinna Connick, all objectors to the Track 2 Settlement.

4.  Attached as Exhibit C is a true and correct copy of a February 27, 2009 Opinion entered by Judge Steven T. O'Neill in *In re Bridgeport Fire Litigation*, CCP Master File No. 05-20924 (Court of Common Pleas, Montgomery Cty, Penn.).

5.  Attached as Exhibit D are true and correct copies of correspondence exchanged between me and Don Haviland in the process of meeting and conferring regarding the Tonacchio deposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  March 27, 2009                                     /s/ Jennifer Fountain Connolly
                                                           Jennifer Fountain Connolly
                                                           Wexler Wallace LLP
                                                           55 W. Monroe, Suite 3300
                                                           Chicago, IL  60603
                                                           Telephone: (312) 346-2222
                                                           Facsimile: (312) 346-0022

3

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on March 27, 2009, I caused copies of ***Declaration of Jennifer Fountain Connolly*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly