# Exhibit A




Mar 24 2009
5:36PM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456**<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, the deposition of Muriel Tonacchio will be taken upon oral examination at the time and place indicated below. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths and recorded by stenographic means. Said deposition shall continue from day to day until completed.

| Date | Time | Place |
|---|---|---|
| April 13, 2009 | 9:30 a.m. | Specter, Specter, Evans & Monogue<br>The 26th Floor, Koppers Building<br>436 Seventh Avenue<br>Pittsburg, PA 15219 |

Date: March 24, 2009

Respectfully submitted,

/s/ Donald E. Haviland, Jr.

Donald E. Haviland, Jr., Esquire
Michael P. Donohue, Esquire
Michael J. Lorusso, Esquire
**THE HAVILAND LAW FIRM, LLC**
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on March 24, 2009, I served the foregoing Notice of Deposition on all counsel of record via Lexis Nexis File & Serve.

/s/ Donald E. Haviland, Jr.