#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| TRACK 2 SETTLEMENT | |

### DECLARATION OF JENNIFER FOUNTAIN CONNOLLY

I, Jennifer Fountain Connolly, declare as follows:

1. I am a partner at Wexler Wallace LLP and am one of plaintiffs' attorneys. I submit this Declaration in support of the Motion by Prescription Access Litigation, Community Catalyst and Health Care for All to Quash Subpoenas Duces Tecum Served by Don Haviland.

2. Attached as Exhibit A is a true and correct copy of a March 9, 2009 Subpoena Duces Tecum served on Prescription Access Litigation by Don Haviland.

3. Attached as Exhibit B is a true and correct copy of a March 9, 2009 Subpoena Duces Tecum served on Community Catalyst by Don Haviland.

4. Attached as Exhibit C is a true and correct copy of a March 9, 2009 Subpoena Duces Tecum served on Health Care for All by Don Haviland.

5. Attached as Exhibit D is a true and correct copy of a February 27, 2009 Opinion entered by Judge Steven T. O'Neill in *In re Bridgeport Fire Litigation*, CCP Master File No. 05-20924 (Court of Common Pleas, Montgomery Cty, Penn.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  March 27, 2009    /s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on March 27, 2009, I caused copies of ***Declaration of Jennifer Fountain Connolly*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly