UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | ) ) ) ) ) | JUDGE PATTI B. SARIS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance as counsel for Aventis Pharmaceuticals Inc. and Aventis Behring, LLC/ZLB Behring in the above captioned matter. The law firms of K&L Gates LLP and Shook Hardy & Bacon L.L.P. will continue to represent these parties.

Dated:  March 31, 2009

/s/ Aimée E. Bierman
Michael DeMarco (BBO #119960)
  micheal.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
  aimee.bierman@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
(816) 474-6550

Attorneys for Aventis Pharmaceuticals Inc.

BOS-1293616 v1 5544510-00903

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2009 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                      /s/ Aimée E. Bierman  
                                      Aimée E. Bierman