# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITITATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v.* <br> *Abbott Laboratories, Inc., et al.* <br> Case No: 1:03-cv-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT-APRIL 1, 2009

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA ("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                              Respectfully submitted,

                                              EDMUND G. BROWN JR.
                                              Attorney General for the State of California

Dated: April 1, 2009                   By:   */s/ Nicholas N. Paul*
                                                  NICHOLAS N. PAUL
                                                  CA State Bar No: 190605
                                                  Supervising Deputy Attorney General
                                                  Bureau of Medi-Cal Fraud and Elder Abuse
                                                  Office of The Attorney General
                                                  San Diego, California 92108
                                                  Tel: (619) 688-6099
                                                  Fax: (619) 688-4200

                                            **Attorneys for Plaintiff,**
                                            **STATE OF CALIFORNIA**

1

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948).

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586). Case Management Order 35 (No. 5664) was entered on November 4, 2008.

On November 14, 2008, the parties jointly filed a Motion to Extend Discovery Schedule and Amend Case Management Order 31 (5681) (71). The motion and proposed discovery schedule were granted in their entirety by the Court on November 24, 2008 (82). On December 17, 2008, the Court entered a different Case Management Order revising the schedule set forth in CMO 31 (5785). Subsequently, on December 18, 2008, the Court entered an electronic order denying the parties' Motion To Extend Discovery Schedule, and further revising the discovery deadlines. On January 5, 2009, the parties jointly filed a Motion to Clarify Orders Dated November 24, 2008, December 17, 2008 and December 18, 2008 (Main Docket 5812; Subcategory Docket 139.)

On February 12, 2009, at the scheduled Status Conference, Judge Saris addressed the discovery issues and ordered the parties to submit a joint amendment to the Case Management Order with applicable amended dates.  Pursuant to the Court's request, on February 20, 2009, the parties filed their Joint Motion for Entry of Proposed Case Management Order No. 31.  [Docket No. 5920 (1:01-cv-12257); Docket No. 182 (1:06-cv-11337)].  The motion and amended CMO were granted by the Court on March 4, 2009.  [Docket No. 5942 (1:01-cv-12257) / Docket No. 186 (1:06-cv-11337)].

**Alternative Dispute Resolution**

During the February 12, 2009 Status Conference, the Court directed the parties to mediate in April.  That mediation is scheduled for April 28-29.

**Discovery Motions**

On February 6, 2009, a Motion to Compel Defendant Sandoz, Inc. to Produce a Rule 30(b)(6) witness was filed by the Plaintiff California[Docket No. 2881 (1:01-cv-12257) / Docket No. 169 (1:06-cv-11337).  Subsequent to the February 12, 2009 Status Conference, California withdrew its motion on March 16, 2009 [Docket No. 5951 (1:01-cv-12257) / Docket No. 189 (1:06-cv-11337).  On March 26, 2009, California filed a Motion for a Protective Order Regarding Defendants' Rule 30(b)(6) Deposition.  [Docket 5976, 5977 (1:01-cv-12257) / Docket 192, 193 (1:06-cv-11337).

# CERTIFICATE OF SERVICE

      I, Nicholas N. Paul, hereby certify that on April 1, 2009, I caused a true and correct copy of the foregoing, **Status Report-April 1, 2009**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                          */s/ Nicholas N. Paul*
                                                                          NICHOLAS N. PAUL
                                                                          Supervising Deputy Attorney General