# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators et al.* *v.* *Baxter Hemoglobin Therapeutics et al.* | Judge Patti B. Saris |

## APRIL 2009 STATUS REPORT

The undersigned counsel for Plaintiffs and Defendants hereby submit the attached

Status Report for April 2009, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 1st day of April, 2009.

Digitally signed by
Mark Kleiman
Date: 2009.03.27
10:36:58 -07'00'

Mark Allen Kleiman
2907 Stanford Avenue
Venice, California 90292
Counsel for Relators

Respectfully submitted,

Merle DeLancey
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Counsel for Defendant Baxter International Inc.

Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA 93101
Counsel for Relators

2585493

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that I, Ruchi Jain, an attorney, caused a true and correct copy of the foregoing, APRIL 2009 STATUS REPORT, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on April 1, 2009, for posting and notification to all parties.


        <u>**/s/ Ruchi Jain**</u>
        Ruchi Jain
        **DICKSTEIN SHAPIRO LLP**
        1825 Eye Street NW
        Washington, DC 20006
        Telephone:  (202) 420-2200

2585493

## APRIL 2009 STATUS REPORT

| PRIVATE CLASS CASE | MDL DOCKET NUMBER | JURISDICTION | STATUS |
|---|---|---|---|
| United States ex rel. Sun and Hamilton, Relators et al. v. Baxter Hemoglobin Therapeutics et al. | Master File No. 01-CV-12257-PBS | D. Mass, pursuant to JPML order | • Transferred to MDL 1456 by JMPL on July 14, 2008<br><br>• Court Order entered on July 15, 2008: consolidating *Sun* case with the lead case #01-12257<br><br>• Court received MDL record from US District Court, District of Colorado on August 5, 2008 |

2585493