# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:  *State of Iowa*  *v.*  *Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## APRIL 2009 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for April 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: April 1, 2009

                                        Respectfully submitted,

                                        **KIRBY McINERNEY, LLP**
                                        825 Third Avenue
                                        New York, New York 10022
                                        (212) 371-6600

                         By:   /s/ Joanne M. Cicala_____
                                   Joanne M. Cicala
                                   Kathryn B. Allen

**April 2009 Status Report for the State of Iowa**

**Discovery**

1. Defendants' First Set of Document Requests

On March 5, 2009, plaintiff served Objections and Responses to Defendants' First Set of Document Requests to the State of Iowa.

2. Individual Defendants' First Set of Document Requests

On March 30, 2009, plaintiff served objections and responses to the following defendants' individual requests for production:  Barr Laboratories, Inc.; Ivax Pharmaceuticals, Inc.; Sicor, Inc.; Teva Pharmaceuticals USA, Inc., and Novopharm USA, Inc.

3. Paragraph 3 of the January 22, 2009 Case Management Order

On March 27, 2009, plaintiff wrote to defendants Pfizer and Pharmacia to request confirmation by April 10, 2009, that they have produced to Iowa all documents and data produced to any party in MDL 1456.  Plaintiff awaits a response.

On March 27, 2009, plaintiff wrote to Johnson and Johnson ("J&J") to request that the supplemental production promised on November 21, 2008 be produced no later than April 24, 2009.  On March 30, 2009, counsel for J&J responded that if this production remains outstanding, it will be made by April 24, 2009.

2

On March 31, 2009, plaintiffs wrote to the following defendants to receive confirmation that they have produced to Iowa all documents and data produced to any party in MDL 1456: AstraZeneca, Watson, Warrick, and Dey.  Plaintiff awaits a response from these defendants.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of April, 2009, she caused a true and correct copy of the above April 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: April 1, 2009

        /s/ Kathryn B. Allen
        Kathryn B. Allen
        Kirby McInerney LLP
        825 Third Avenue
        New York, NY 10022
        (212) 371-6600