**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris |

PLEASE TAKE NOTICE that, effective April 13, 2009, the address, telephone number,

and facsimile number of the Chicago office of Kirkland & Ellis LLP, Counsel for Defendants

Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim

Roxane, Inc., and Roxane Laboratories, Inc., will change as follows:

> Kirkland & Ellis LLP
> 300 N. LaSalle
> Chicago, IL 60654
>
> Telephone:  (312) 862-2000
> Facsimile:   (312) 862-2200

Dated: April 2, 2009                     Respectfully submitted,


                                         /s/      John W. Reale
                                         Helen E. Witt, P.C.
                                         Eric T. Gortner
                                         John W. Reale
                                         Seth Gastwirth
                                         Kirkland & Ellis LLP
                                         200 East Randolph Drive
                                         Chicago, Illinois  60601
                                         Tel:  (312) 861-2000
                                         Fax:  (312) 861-2200

                                         *On behalf of Defendants Boehringer Ingelheim
                                         Corp., Boehringer Ingelheim Pharmaceuticals,
                                         Inc., Boehringer Ingelheim Roxane, Inc., and
                                         Roxane Laboratories, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April , 2009, a true and correct copy of the foregoing was served on all counsel of record via Lexis Nexis File & Serve®.

/s/      John W. Reale