# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | Civil Action No. 01-12257-PBS |
| LITIGATION ) | Subcategory No: 03-10643 |
| _____ ) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *The City of New York v. Abbott Labs., et al.* ) | |
| *(S.D.N.Y. No. 04-CV-06054)* ) | |
| *County of Suffolk v. Abbott Labs., et al.* ) | |
| *(E.D.N.Y. No. CV-03-229)* ) | |
| *County of Westchester v. Abbott Labs., et al.* ) | |
| *(S.D.N.Y. No. 03-CV-6178)* ) | |
| *County of Rockland v. Abbott Labs., et al.* ) | |
| *(S.D.N.Y. No. 03-CV-7055)* ) | |
| *County of Dutchess v. Abbott Labs., et al.* ) | |
| *(S.D.N.Y. No. 05-CV-06458)* ) | |
| *County of Putnam v. Abbott Labs., et al.* ) | |
| *(S.D.N.Y. No. 05-CV-04740)* ) | |
| *County of Washington v. Abbott Labs., et al.* ) | |
| *(N.D.N.Y. No. 05-CV-00408)* ) | |
| *County of Rensselaer v. Abbott Labs., et al.* ) | |
| *(N.D.N.Y. No. 05-CV-00422)* ) | |
| *County of Albany v. Abbott Labs., et al.* ) | |
| *(N.D.N.Y. No. 05-CV-00425)* ) | |

[Caption Continues on Next Page]

## JOINT MOTION FOR FEDERAL UPPER LIMIT SUMMARY JUDGMENT BRIEFING SCHEDULE

*County of Warren v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs. et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )

*County of Genesee v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06206)                       )
*County of Wayne v. Abbott Labs., et al.*        )
(W.D.N.Y. No. 05-CV-06138)                       )
*County of Monroe v. Abbott Labs., et al.*       )
(W.D.N.Y. No. 05-CV-06148)                       )
*County of Yates v. Abbott Labs., et al.*        )
(W.D.N.Y. No. 05-CV-06172)                       )
*County of Niagara v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06296)                       )
*County of Seneca v. Abbott Labs., et al.*       )
(W.D.N.Y. No. 05-CV-06370)                       )
*County of Orleans v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06371)                       )
*County of Ontario v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06373)                       )
*County of Schuyler v. Abbott Labs, et al.*      )
(W.D.N.Y. No. 05-CV-06387)                       )
*County of Steuben v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06223)                       )
*County of Chemung v. Abbott Labs., et al.*      )
(W.D.N.Y. No. 05-CV-06744)                       )
                                        AND      )
*County of Nassau v. Abbott Labs., et al.*       )
(E.D.N.Y. No. 04-CV-5126)                        )
_____)

As contemplated by Case Management Order 33, fact discovery as to a representative sample of Designated FUL Drugs is completed, expert reports have been exchanged, and expert discovery will conclude with the deposition of Defendants' expert, Dr. Sumanth Addanki, on April 22 and 23, 2009.

Case Management Order 33 does not provide for a summary judgment briefing schedule on FUL issues after the close of FUL discovery.  The parties anticipate filing cross-motions for summary judgment on FUL issues.

Accordingly, the parties hereby jointly move this Court for the entry of the following FUL summary judgment briefing schedule:

1.      Any motion for summary judgment relating to FUL issues shall be filed on or before May 15, 2009;

2.      All oppositions to FUL-related summary judgment motions shall be filed on or before June 15, 2009; and

3.      All reply briefs, if any, related to FUL summary judgment motions shall be filed on or before June 30, 2009.

Plaintiffs and Defendants each will file a single memorandum of law and a single Local Rule 56.1 Statement of Undisputed Facts on all common issues.

In addition, the parties jointly request that an evidentiary hearing or tutorial on the FUL subjects at issue be scheduled after the briefing of summary judgment is completed.  This evidentiary hearing or tutorial could be held prior to oral argument on the summary judgment motions, or at the same time.

WHEREFORE, for the foregoing reasons, the parties jointly request that this Court allow their motion and entered the summary judgment briefing schedule that they have proposed.

Respectfully submitted,

ROPES & GRAY LLP                          KIRBY McINERNEY LLP


  /s/ John P. Bueker                         /s/ Joanne M. Cicala
John T. Montgomery (BBO#352220)      Joanne M. Cicala
John P. Bueker (BBO#636435)          James P. Carroll Jr.
Kim B. Nemirow (BBO#663258)          Aaron D. Hovan

One International Place              825 Third Avenue
Boston, Massachusetts 02110-2624     New York, NY 10022
(617) 951-7000                       (212) 371-6600


Dated: April 3, 2009


## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2009, I caused a true and correct copy of the foregoing
to be served on all counsel of record by electronic service pursuant to Case Management Order
No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ John P. Bueker
John P. Bueker