# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) | Civil Action No. 01-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF LISA M. ENGLISH

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Lisa M. English as counsel for Defendant TAP Pharmaceutical Products Inc. in the above-captioned matter.

Toni-Ann Citera, R. Christopher Cook, Tara A. Fumerton and Daniel E. Reidy of Jones Day, George Q. Evans, Eugene R. Naylor, and Douglas E. Levanway of Wise, Carter, Child & Caraway, Elizabeth M. Bergen of Gibson, McAskill Law Firm, Thomas B. Schmidt, III of Pepper Hamilton, LLP and Scott A. Glogovac of Burton, Barlett & Glogovac shall continue their appearance as counsel of record for TAP Pharmaceutical Products Inc.

Dated: April 6, 2009

Respectfully submitted,

TAP Pharmaceutical Products Inc.

By its attorneys,

/s/ Lisa M. English
Lisa M. English (BBO #660975)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
lenglish@goodwinprocter.com

LIBA/1985879.1

- 2 -

## CERTIFICATE OF SERVICE

I, Lisa M. English, hereby certify that this Notice of Withdrawal of Appearance filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on April 6, 2009.

I further certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on April 6, 2009.

/s/ Lisa M. English