# Exhibit 7

## Lamborn, Jane (DHS-OLS)

| | |
|---|---|
| From: | Lamborn, Jane (DHS-OLS) |
| Sent: | Friday, December 09, 2005 3:16 PM |
| To: | Quinlan, Christy (DHS-ITSD); Kent, Jennifer (DHS-EXEC-LGA); Murphy, Lisa (DHS-ITSD-MAS); Pareja, Ursula (DHS); Bigham, Nancy (DHS-DIR); Brennan, Willie (DHS-MCPD-RDB); Burns, Sunni (DHS-MCOD-HDQ); Douglas, Toby (DHS-DIR); Stanger, Jerry (DHS); Martinez, Donna (DHS-OMCP); Mitchell, Tameron (DHS-MCPD-MEB); Mollow, Rene (DHS-MCS); Pareja, Ursula (DHS); Williams, Pilar (DHS-MCPD-MBB); Shepherd-Juch, Debbie (DHS); Elkin, Tom (DHS-MCPD-MBB); Baird, Vanessa (DHS-MMCD) |
| Cc: | Beach, Tod (DHS-OLS); Tousignant, Robert (DHS-OLS); Rosenstein, Stan (DHS); Bayquen, Richard (DHS) |
| Subject: | RE: State of Calif. ex rel. Ven-A-Care |
| Importance: | High |

### DOCUMENT PRESERVATION

As discussed below, the Bureau of Medi-Cal Fraud and Elder Abuse has filed a complaint under the state False Claims Act against 29 pharmaceutical companies, alleging that the Medi-Cal program was damaged as result of misrepresentations and price manipulations by the companies. OLS is expecting the companies to serve DHS with discovery requests, seeking documents dealing with drug products, drug pricing and reimbursement for drug products.

OLS will schedule a meeting to discuss this case and the expected discovery in more detail with you. In the meantime, ALL DOCUMENTS (memos, emails, reports, opinions, both hard copy and electronic versions) relating to drugs, drug pricing and drug reimbursement MUST BE PRESERVED. This means that even if DHS's retention policy does not require that the documents be kept, they should be preserved. Please direct your staff to immediately identify and preserve all documents that may fit the description set out above.

I would also appreciate it if you would let me know who from your staff should attend a meeting to discuss this case and discovery. OLS would like to schedule a meeting the week of December 12th.

Thank you very much for your assistance with this case. If you have any questions or concerns, please do not hesitate to contact me. My phone number is: 440-7767.

-----Original Message-----
| | |
|---|---|
| From: | Rosenstein, Stan (DHS) |
| Sent: | Thursday, December 08, 2005 1:28 PM |
| To: | Quinlan, Christy (DHS-ITSD); Kent, Jennifer (DHS-EXEC-LGA); Murphy, Lisa (DHS-ITSD-MAS); Pareja, Ursula (DHS); Bigham, Nancy (DHS-DIR); Brennan, Willie (DHS-MCPD-RDB); Burns, Sunni (DHS-MCOD-HDQ); Douglas, Toby (DHS-DIR); Stanger, Jerry (DHS); Martinez, Donna (DHS-OMCP); Mitchell, Tameron (DHS-MCPD-MEB); Mollow, Rene (DHS-MCS); Pareja, Ursula (DHS); Williams, Pilar (DHS-MCPD-MBB); Shepherd-Juch, Debbie (DHS); Elkin, Tom (DHS-MCPD-MBB); Baird, Vanessa (DHS-MMCD) |
| Cc: | Alexander, Janet (DHS-OLS); Beach, Tod (DHS-OLS); Tousignant, Robert (DHS-OLS); Lamborn, Jane (DHS-OLS) |
| Subject: | FW: State of Calif. ex rel. Ven-A-Care |
| Importance: | High |

Please see Jane's e-mail below. She will be making contact with each of the affected Divisions as well as the MCS office to make sure we know what kinds of information we need to preserve.

Jane, I hope this does not include treatment authorization requests as we do not have the storage space to keep all of these documents. They should not be relevant to the case.

Thank you.
**Stan Rosenstein**
Medical Care Services, Department of Health Services
1501 Capitol Avenue, 6th Floor, MS 4000
PO Box 942732
Sacramento, CA 94234-7320
(916) 440-7800, fax (916) 440-7805

*Lamborn*   3

2.11.09

1

CAAG/DHS0057554

The Medi-Cal program will be 40 years old on March 1, 2006.  Serving 6.8 million Californians
*Help Stop Medi-Cal Fraud: Hotline: 1-800-822-6222*
*Website: <http://www.stopmedi-calfraud.dhs.ca.gov/>*

---

**From:** Lamborn, Jane (DHS-OLS)
**Sent:** Thursday, December 08, 2005 11:12 AM
**To:** Rosenstein, Stan (DHS); Bayquen, Richard (DHS)
**Cc:** Alexander, Janet (DHS-OLS); Beach, Tod (DHS-OLS); Pareja, Ursula (DHS); Tousignant, Robert (DHS-OLS)
**Subject:** State of Calif. ex rel. Ven-A-Care
**Importance:** High

Stan and Rich, OLS is expecting to receive volumimous, detailed discovery requests for production of documents in connection with the *qui tam* case *State of Calif. ex rel. Ven-A-Care*. This is the case filed by the Bureau of Medi-Cal Fraud and Elder Abuse against approximately 29 pharmaceutical companies, alleging that the Medi-Cal program was damaged by misrepresentations and manipulations of drug prices.

I have discussed this case with Kevin Gorospe and tried to identify the different divisions within DHS that may have records relating to this case. I would now like to send the heads of these sections a notice, asking them to ensure that these records are preserved and not destroyed. I would also like to meet with them, to discuss document collection and discovery procedures. Since it may become crucial in this case for DHS to show that it has taken steps to preserve and collect the relevant documents, I would like to proceed with this as soon as possible.

Please let me know how you would like me to handle this. I have listed the sections and units that I think have documents below. Thank you for your assistance.

Medi-Cal Policy Division
Medi-Cal Operations Divison
Payment Systems Division
Information Technology Services
Legislative & Governmental Affairs

*Jane L. Lamborn*
*Senior Staff Counsel*
*DHS, Office of Legal Services*
*1501 Capitol Ave., Ste. 71.5001*
*MS 0010*
*P.O. Box 997413*
*Sacramento, CA 95899-7413*
*Phone: (916) 440-7767; Fax: (916) 440-7707*
*E-mail: JLamborn@dhs.ca.gov <mailto:JLamborn@dhs.ca.gov>*

*Please treat this communication as privileged attorney-client/work product.*

2

CAAG/DHS0057555