# Exhibit 8

Drug Pricing Litigation - meeting?                                                                 Page 1 of 2

## Lamborn, Jane (DHS-OLS)

| | |
|---|---|
| From: | Barrow, Roscoe (DHS-OLS) |
| Sent: | Thursday, December 29, 2005 11:54 AM |
| To: | Lamborn, Jane (DHS-OLS) |
| Subject: | RE: Drug Pricing Litigation - meeting? |

Sensitivity: Confidential

Not a problem, and I'm sorry that you are not feeling well. I will schedule the meeting for 10:00 tomorrow morning and will send you a revised notice. In addition to the concern of the one ITSD contact noted below, I just now received a call from another ITSD person, who says that he is getting deluged with calls from panicked LAN administrators, who handle local back-up functions at their servers. ITSD handles some, but not all, back-up functions, so he wanted to know whether the LAN administrators should also suspend their back-up deletion schedules. The reason for the LAN administrators' concerns is that some do not have adequate tapes to honor this request without purchasing more. The person I spoke to indicated that ITSD is projecting $250K for ITSD alone to have sufficient tape to honor this request, just for ITSD, for three months. The LAN administrators obtain tape through their own programs' budgets, and he projects another $250K for their own expenses.

I requested that he ask the LAN administrators assigned to Pharmacy, Medi-Cal Policy Division, Medi-Cal Ops, California Children's Services, Genetically Handicapped Program, Office of Family Planning, and the Office of AIDS (the latter four being those that we have identified as possibly having State claims that will be pursued later), to suspend their back-up deletion schedules. I told him that we hope to have search terms defined and have his colleagues in ITSD complete their segregation of the pertinent files within a month, and that I would request the deletion suspension be lifted immediately after that process has been completed. Given these cost concerns, I told him that OLS will work as quickly as possible, so as to minimize further expense for the Department. If there are other programs than those I have identified above that you request the LAN administrators to those programs suspend their deletion schedules, please let me know ASAP. Thanks, Jane.

*Roscoe L. Barrow II, Senior Staff Counsel*
*California Department of Health Services*
*Office of Legal Services*
*1501 Capitol Avenue, Suite 71.5001*
*MS 0010*
*P. O. Box 997413*
*Sacramento, CA 95899-7413*
*E-mail: rbarrow@dhs.ca.gov*
*Telephone: (916) 440-7807*
*Fax: (916) 440-7708*
*Please use discretion in the distribution of information contained in this e-mail,*
*which may contain communications otherwise protected by*
*attorney - client or attorney's work product privileges.*

-----Original Message-----
**From:** Lamborn, Jane (DHS-OLS)
**Sent:** Thursday, December 29, 2005 11:31 AM
**To:** Barrow, Roscoe (DHS-OLS)
**Subject:** RE: Drug Pricing Litigation - meeting?
**Sensitivity:** Confidential

Roscoe, I'm so sorry I missed our meeting. I caught a bad cold over the Christmas break and stayed home sick today. I expect to be in tomorrow, Fri., at least until noon. I'm free all morning. If any time is good for you, just let me know.

**From:** Barrow, Roscoe (DHS-OLS)
**Sent:** Thu 12/29/2005 9:31 AM
**To:** Lamborn, Jane (DHS-OLS)
**Subject:** Drug Pricing Litigation - meeting?

*Lambora    13*

03/14/2006

*2.11.08*

CAAG/DHS0057544

Case 1:01-cv-12257-PBS   Document 6001-9   Filed 04/09/09   Page 3 of 3

Drug Pricing Litigation - meeting?                                    Page 2 of 2

I stopped by your office to see if you were available for our 9:00 meeting. However, you were not in. I would like to meet with you today at your convenience to discuss the search terms. Please stop by my office at your convenience. Attached is a list of possible search terms and some questions for you. The search terms are the result of my brain-storming, and I recognize that significant revisions to the list may be necessary. I will have a hard copy of this document available at the time that we meet. Once you have identified all search terms that you would like to be used for the searches, I will revise the document (deleting the questions I have posed to you), and I will forward the final to you. I recall that one of the program folks (other than ITSD) that was on the phone call last week asked to be provided a list of search terms, so feel free to share this document with any of the other program folks. If you would like to include Janet and Matt in our meeting today, feel free.

Also, I received a call from one of the ITSD folks this morning. He received the instruction to suspend the back-up server deletion schedule. His role in ITSD is to clean old laptops, etc. before they are released to other departments, etc. He asks whether he should suspend this function. I asked that he suspend this function until further notice but promised him that I would contact him this afternoon with any instruction that I receive from you. I asked him whether he knows where these laptops come from. He says that this is the problem, because sometimes the laptops are not tracked very effectively. Therefore, we cannot determine whether any particular computer may have pertinent files that should be protected from destruction. He gets 100 - 200 of these computers per week! Given the fact that we don't know the source of most of these computers, my thinking is that, after we develop the search terms, someone from ITSD should search each computer in his inventory before they are formatted, etc. Your thoughts?

See you later today at your convenience. Thanks, Jane.

<<Search Terms.doc>>

Roscoe L. Barrow II, Senior Staff Counsel

California Department of Health Services

Office of Legal Services

1501 Capitol Avenue, Suite 71.5001

MS 0010

P. O. Box 997413

Sacramento, CA 95899-7413

E-mail: rbarrow@dhs.ca.gov

Telephone: (916) 440-7807

Fax: (916) 440-7708

Please use discretion in the distribution of information contained in this e-mail,

which may contain communications otherwise protected by

attorney - client or attorney's work product privileges.

03/14/2006

CAAG/DHS0057545