# Exhibit 9

## Bennett, Daniel J.

| | |
|---|---|
| **From:** | John Fisher [John.Fisher@doj.ca.gov] |
| **Sent:** | Wednesday, August 13, 2008 1:57 PM |
| **To:** | Bennett, Daniel J.; Bueker, John P. |
| **Cc:** | Consuelo Gutierrez; Nicholas Paul; Randy Glaser |
| **Subject:** | Computers Custodian List |
| **Attachments:** | BCL Custodian List.pdf |

John/Dan:

Attached is the list of custodians that comprise our DHCS database. These are the former/present DHCS employees whose hard drives/ emails /server access we imaged in order to build the our searchable database.

On a different note, according to our records, no Dey or Warrick claims were ever paid on a MAIC for the time frame 1994-2004. Neither of those manufacturers were ever "MAIC'd".

If you have any questions, feel free to call me.

Thanks,

John

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## DHCS ELECTRONIC COLLECTION - CUSTODIAN LIST

|  | Custodian |  | Custodian |
| --- | --- | --- | --- |
| 1 | Ahrens, Katherine | 44 | McAlpine, Samuel |
| 2 | Amaral, Chris | 45 | McCaffery, Tom |
| 3 | Ashton, Elisha | 46 | McCarroll, Dan |
| 4 | August, Ken | 47 | Miller, Craig |
| 5 | Beach, Tod | 48 | Miller, David |
| 6 | Bigham, Nancy | 49 | Miller, Teresa |
| 7 | Blanks, Shelly | 50 | Montgomery, Rosalind |
| 8 | Bowman, Mike | 51 | Namba, Mike |
| 9 | Brooks, Lea | 52 | Olsen, Linda |
| 10 | Carranco, Ben | 53 | Pamplona, Angelina |
| 11 | Cervinka, Pete | 54 | Pareja, Ursula |
| 12 | Chan, Pauline | 55 | Parsons, Susan |
| 13 | Church, Leydis | 56 | Paulus, Nancy |
| 14 | Cordell, Lynette | 57 | Perera, Mervyn |
| 15 | Cornforth, Tim | 58 | Perez, Martha |
| 16 | Crawford, Dalyna | 59 | Pontrelli, Paul |
| 17 | Delacruz, Jasmin | 60 | Quider, Rob |
| 18 | Dolman, Judith | 61 | Randall, Kanika |
| 19 | Douglas, Toby | 62 | Rishell, Rose |
| 20 | Ehinger, Marcia | 63 | Rodgers, Kirk |
| 21 | Ervin, Alisha | 64 | Rosenstein, Stan |
| 22 | Franco, Mary | 65 | Sabanovich, Sandra |
| 23 | Fu, Vicki | 66 | Sands, Bob |
| 24 | Furukawa, Diane | 67 | Shewry, Sandra |
| 25 | Gorospe, Kevin | 68 | Smith, Chuck |
| 26 | Grogan, Katie | 69 | Stanger, Jerry |
| 27 | Gutierrez, Adriana | 70 | Stanton, Denise |
| 28 | Handon, Barry | 71 | Stevenson, Sharon |
| 29 | Henderson, Patti | 72 | Tooker, Maureen |
| 30 | Henry, Bill | 73 | Tousignant, Bob |
| 31 | Henry, Kathleen | 74 | Umeda, Sarah |
| 32 | Hernandez, Isabel | 75 | Vien, William |
| 33 | Hiam, Janelle | 76 | Walker, Vic |
| 34 | Hinton, Phil | 77 | Ward, Bertha |
| 35 | Hodges, Sam | 78 | White, Irv |
| 36 | Iacino, Jean | 79 | Whitsett, Jack |
| 37 | Kent, Jennifer | 80 | Williams, Pilar |
| 38 | Kent, Jennifer | 81 | Wofford, Mike |
| 39 | Klein, Jim | 82 | Wolff, Cecilia |
| 40 | Lipscomb, Fulton | 83 | Woods, Meshawn |
| 41 | Logue, Sarah | 84 | Yamada, Craig |
| 42 | Malone, Lorreen | 85 | Yamamura, Rodney |
| 43 | Marie, Gloria | 86 | Yee, William |