# Exhibit 11

Rodriguez, John                           February 10, 2009
                    Sacramento, CA

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

IN RE PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION) Civil Action:

----------------------------------X 01-12257-PBS

THIS DOCUMENT RELATES TO:          )

State of California, ex. rel.      ) Judge Patti B. Saris

Ven-A-Care v. Abbott               ) (Case pending in

Laboratories, Inc., et al.,        )  D. Mass.)

----------------------------------X


VIDEO DEPOSITION OF JOHN RODRIGUEZ


        Date:        February 10, 2009

        Time:        9:27 a.m.

        Location:    1300 I Street

                     Sacramento, California




        Reported by:  Jan W. Serra

                      CSR No. 8207

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

2

1                    A P P E A R A N C E S

2

3      For Abbott Laboratories:

4          KELLEY DRYE & WARREN

5          BY:  BRENDAN J. CYR, ESQ.

6          101 Park Avenue

7          New York, New York 10178

8          P. 212.808.7941

9          F. 212.808.7897

10         agiuliana@kelleydrye.com

11

12

13     For Schering-Plough and Warrick:

14         ROPES & GRAY

15         BY:  JOHN P. BUEKER, ESQ.

16              DANIEL J. BENNETT, ESQ.

17         One International Place

18         Boston, Massachusetts 02110-2624

19         P. 617.951.7000

20         F. 617.951.7050

21         john.bueker@ropesgray.com

22

Rodriguez, John                                      February 10, 2009
                        Sacramento, CA

```
                                                             3

  1          A P P E A R A N C E S    (CONTINUED)

  2

  3    For the Relator Ven-A-Care:

  4          LAW OFFICE OF DAVID B. ZLOTNICK

  5          BY:  DAVID B. ZLOTNICK, ESQ.

  6          625 Broadway

  7          Suite 635

  8          San Diego, California 92101

  9          P. 619.232.0331

 10          F. 619.232.4019

 11          dzlotnick@kkbs-law.com

 12

 13    For Defendant Sandoz Inc.

 14          WHITE & CASE

 15          BY:  HEATHER K. MCDEVITT, ESQ.

 16          1155 Avenue of the Americas

 17          New York, New York 10036

 18          P. 212.819.8937

 19          F. 212.354.8113

 20          hmcdevitt@whitecase.com

 21

 22
```

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

```
                                                    4
  1        A P P E A R A N C E S    (CONTINUED)

  2

  3    For the State of California:

  4        BMFEA

  5        BY:  RANDAL L. GLASER, ESQ.

  6        110 West A. Street

  7        Suite 1100

  8        San Diego, California 92186

  9        P. 619.688.6411

 10        F. 619.688.4200

 11        randal.glaser@doj.ca.gov

 12

 13            -AND-

 14

 15        DEPARTMENT OF HEALTH SERVICES

 16        BY:  JANET ALEXANDER, ESQ.

 17        1501 Capitol Avenue

 18        Sacramento, California 95814-5005

 19        P. 916.440.7832

 20

 21

 22    (CONTINUED)
```

Rodriguez, John

February 10, 2009

Sacramento, CA

5

```
 1          A P P E A R A N C E S    (CONTINUED)

 2

 3     For the State of California:

 4          BMFEA

 5          BY:   THOMAS A. TEMMERMAN, ESQ.

 6          1425 River Park Drive

 7          Suite 300

 8          Sacramento, California 95815

 9          916.274.2942

10          tom.temmerman@doj.ca.gov

11

12

13     Also present:   Monty Gordon, videographer

14                     Suzanne Graydon

15

16

17

18

19

20

21

22
```

Rodriguez, John

February 10, 2009

Sacramento, CA

6

```
 1                    I N D E X

 2

 3    WITNESS:  JOHN RODRIGUEZ                    PAGE

 4          Examination By Mr. Bueker................ 011

 5

 6

 7                    E X H I B I T S

 8    NUMBER                  DESCRIPTION          PAGE

 9    Exhibit Rodriguez 001 - A0001710432327 - 0048.. 047

10    Exhibit Rodriguez 002 - HHC016-0100 - 0111..... 054

11    Exhibit Rodriguez 003 - HHC016-0098 - 0099..... 054

12    Exhibit Rodriguez 004 - CAAG/DHS0009881 - 9882. 078

13    Exhibit Rodriguez 005 - CAAG/DHS0009897 - 9898. 081

14    Exhibit Rodriguez 006 - CAAG/DHS0009895 - 9896. 085

15    Exhibit Rodriguez 007 - Final Statement of

16                            Reasons............... 092

17    Exhibit Rodriguez 008 - CAAG/DHS0011567 - 1572. 100

18    Exhibit Rodriguez 009 - CAAG/DHS0011564 - 1566. 102

19    Exhibit Rodriguez 010 - HHC016-0747 - 0748..... 113

20    Exhibit Rodriguez 011 - HHC016-0830 - 0831..... 115

21    Exhibit Rodriguez 012 - CAAG/DHS0009874 - 9875. 128

22    Exhibit Rodriguez 013 - RM-83 - RM-87.......... 129
```

Rodriguez, John

February 10, 2009

Sacramento, CA

7

                        E X H I B I T S    (CONTINUED)

NUMBER                              DESCRIPTION            PAGE

Exhibit Rodriguez 014 - RM-167 - RM-172........ 134

Exhibit Rodriguez 015 - CAAG/DHS0013393 - 3400. 138

Exhibit Rodriguez 016 - CAAG/DHS0013406 - 3413. 138

Exhibit Rodriguez 017 - CAAG/DHS0013323 - 3332. 140

Exhibit Rodriguez 018 - RM-185 - RM-188........ 145

Exhibit Rodriguez 019 - OIG Use of AWP in

                        Reimbursing pharmacies

                        participating in

                        Medicaid and Medicare.. 148

Exhibit Rodriguez 020 - CAAG/DHS0073715 - 3765. 150

Exhibit Rodriguez 021 - CAAG/DHS0071317 - 1363. 150

Exhibit Rodriguez 022 - CAAG/DHS0071157 - 1224. 170

Exhibit Rodriguez 023 - CAAG/DHS0073085 - 3140. 174

Exhibit Rodriguez 024 - Pharmacy Acquisition

                        Costs May 1996......... 181

Exhibit Rodriguez 025 - CAAG/DHS0086996........ 190

Exhibit Rodriguez 026 - CAAG/DHS0073569 - 3570. 194

Exhibit Rodriguez 027 - CAAG/DHS0078869........ 197

Exhibit Rodriguez 028 - CAAG/DHS0073441 - 3442. 200

(CONTINUED)

Rodriguez, John                                     February 10, 2009
                        Sacramento, CA

8

1                 E X H I B I T S   (CONTINUED)

2      NUMBER                    DESCRIPTION              PAGE

3      Exhibit Rodriguez 029 - CAAG/DHS0067253 - 7257. 209

4      Exhibit Rodriguez 030 - CAAG/DHS0067204 - 7206. 214

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Rodriguez, John

Sacramento, CA

February 10, 2009

33

1        Those departments were things like

2    Healthcare Services, Social Services, Rehab,

3    Developmental Services, Mental Health, Statewide

4    Health Planning.  If there were major issues,

5    policy issues that was on the agency secretary's

6    radar screen, or should have been, I was sticking

7    my nose in 'em.

8        Q.    How long did you hold that position?

9        A.    About 11 months.

10        Q.    Then what did you go do?

11        A.    Then I became the a deputy director for

12    Medical Care Services at DHS.

13        Q.    That would have been in approximately

14    1985?

15        A.    Yes.

16        Q.    From about 1985 until October of 1996

17    you were the deputy director of Medical Care

18    Services?

19        A.    Yes.

20        Q.    As deputy director of Medical Care

21    Services, just describe for me, generally, your

22    job responsibilities.

Rodriguez, John                                    February 10, 2009
                          Sacramento, CA

                                                              43

1        Q.   Do you recall being involved in

2   proposals that related to reimbursement rates,

3   changing the reimbursement rate from AWP minus

4   five to AWP minus 10 percent or WAC plus 7

5   percent?

6           MR. GLASER:  Objection to form.  You can

7   answer.

8           THE WITNESS:  I do recall that we had

9   proposals.  I don't remember any specifically for

10  AWP.

11  BY MR. BUEKER:

12       Q.   How about for WAC?

13       A.   I do not recall that.

14       Q.   What is WAC?

15       A.   I don't know.

16       Q.   In your role as the deputy director of

17  Medical Care Services, did you regularly review

18  reports issued by CMS or HCFA?

19       A.   If that report was to us, yes, I would

20  have read it.

21       Q.   How about a general report on

22  pharmaceutical reimbursement?

Rodriguez, John

February 10, 2009

Sacramento, CA

44

1       A.     Regarding California?

2       Q.     Let's start there.   Regarding

3    California.

4       A.     If somebody sent us a report about our

5    program, I would have read it.   If it was

6    something in a magazine that somebody published,

7    if it came across my desk I might have.   But I

8    wasn't seeking those out.

9       Q.     Do you know what the Office of the

10   Inspector General at HHS is?

11      A.     I know the OIG, yes.

12      Q.     What is the OIG?

13      A.     I understand that to be an

14   audit/inspection arm of HHS.

15      Q.     Which is the federal agency that

16   oversees the Medicaid program; correct?

17      A.     Yeah.   Oversees HCFA.

18      Q.     Which oversees Medicaid?

19      A.     Yeah.

20      Q.     If OIG issued a report on pharmaceutical

21   reimbursement, is that the kind of report that you

22   would have regularly reviewed as deputy director

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

45

1    of Medical Care Services?

2         A.    If California was involved in that

3    report I would have read it.

4         Q.    What if it was a national survey?

5         A.    Did it include California?  Would it

6    have been sent to California?  I don't know.  I

7    don't recall.

8         Q.    Did you review CMS transmittals as they

9    related to the Medicaid program or HCFA

10   transmittals as they related to the Medicaid

11   program?

12        A.    First of all, it would have had to have

13   been sent to me.  I believe HCFA transmittals

14   didn't always come to me.  They could have gone to

15   appropriate levels in the organization.  And I was

16   pretty diligent about reading my mail.

17        Q.    If the transmittal had come to you, you

18   would have read it?

19        A.    I believe I would have.

20        Q.    Do you recall participating in a 1985

21   study that HCFA did specifically related to

22   California Medicaid?

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

                                                              54

1              Do you recall being informed of that

2     during your tenure as the deputy director of

3     Medical Care Services?

4          **A.    No.**

5              MR. BUEKER:  You can set Exhibit 1 to

6     the side.  Let's mark as Exhibit 2 fiscal year '85

7     HCFA Region IX EAC Survey Report.

8                    (Exhibit Rodriguez 002 marked for

9     identification)

10             MR. FISHER:  At the same time we will

11    mark as Exhibit 3 a February 4th, 1986 letter to

12    Mr. John L.  O'Hara Jr. from John Rodriguez.

13                   (Exhibit Rodriguez 003 marked for

14    identification)

15    BY MR. BUEKER:

16         Q.   Mr. Rodriguez, let me first ask you to

17    take a look at Exhibit 2 and familiarize yourself

18    with it, see if you remember it.  And I'll point

19    out that Exhibit 3 is a letter from you thanking

20    HCFA for the opportunity to comment on, I believe,

21    Exhibit 2.

22         **A.   I do not recall Exhibit 2.**

Rodriguez, John                                    February 10, 2009
                          Sacramento, CA

                                                                    55

1          Q.   Do you recall having any involvement in

2    commenting on Exhibit 2?

3          A.   No.

4          Q.   Do any of the names listed at the bottom

5    of the first page of Exhibit 2 as HCFA reviewers -

6    - in alphabetical order -- are any of those names

7    familiar to you?

8          A.   **Two names ring a bell.  Ian McLean and**

9    **Lee Netzer.**

10         Q.   What do you remember about Mr. McLean?

11         A.   **Nothing.**

12         Q.   How about Mr. Netzer?

13         A.   **Nothing.**

14         Q.   Take a look at Exhibit 3.  Would you

15   confirm for me first that that's a letter that you

16   wrote to Mr. O'Hara at HCFA Region IX?

17         A.   **I can confirm that I signed that letter.**

18   **That's my signature.**

19         Q.   You would agree with me that the first

20   paragraph of the letter reads as follows: "Thank

21   you for providing the department an opportunity to

22   review and comment on your staff's draft EAC

Rodriguez, John                                      February 10, 2009
                          Sacramento, CA

---

56

1    Survey Report for California's Medi-Cal program.

2    The director has asked me to respond."

3              Did I read that correctly?

4         **A.    Yes, you did.**

5         Q.    This is a letter that you signed

6    responding to the Healthcare Finance

7    Administration?

8         **A.    Yes.**

9         Q.    The first paragraph of the letter

10   suggests that it's commenting on an EAC survey

11   report; right?

12        **A.    Correct.**

13        Q.    Do you recall commenting on any EAC

14   survey reports?

15        **A.    No.**

16        Q.    Is this Exhibit 3 a letter that you

17   would have authored or just a letter that you

18   would have signed?

19        **A.    I am going to read it real quick.**

20        Q.    Please.

21        **A.    Would you repeat the question?**

22        Q.    Let me ask a new question.

---

Rodriguez, John                                    February 10, 2009
                          Sacramento, CA

57

1              Having read Exhibit 3, do you recall the

2      letter?

3          A.    No.

4          Q.    Do you recall at any time commenting on

5      a survey, an EAC survey, that the Healthcare

6      Finance Administration did of the California Medi-

7      Cal program?

8          A.    No.

9          Q.    We talked about, earlier, that HCFA was

10     the federal agency that oversaw the Medicaid

11     program; right?

12         A.    Correct.

13         Q.    And do you recall on how many occasions

14     HCFA came in and did a specific survey of

15     California Medicaid?

16         A.    No.

17         Q.    Do you think this would have been a big

18     deal?

19              MR. ZLOTNICK:  Object to the form.

20              THE WITNESS:  No.

21     BY MR. BUEKER:

22         Q.    What is EAC?

Rodriguez, John                                    February 10, 2009
                          Sacramento, CA

                                                                    85

1     Rodriguez.  We are off the record at 11:11 a.m.

2                    (Exhibit Rodriguez 006 marked for

3     identification)

4                    THE VIDEOGRAPHER:  This is the beginning

5     of Tape 2, Volume 1, of the deposition of John

6     Rodriguez.  We are on the record at 12:16 p.m.

7     BY MR. BUEKER:

8         Q.   Mr. Rodriguez, during the break the

9     court reporter placed before you what's been

10    marked as Exhibit 6.  Do you have that?

11        A.   Yes.

12        Q.   Have you had a chance to take a look at

13    it?

14        A.   I'll do that now.

15             I'm finished.

16        Q.   Let's start by would you confirm that

17    that signature the second panel of Exhibit 6 is

18    yours?

19        A.   It is mine.

20        Q.   Would you confirm for me that Exhibit 6

21    is a letter that you signed and sent to Mr. John

22    O'Hara, at Region IX, in or about March of 1988?

Rodriguez, John

February 10, 2009

Sacramento, CA

86

1        A.    Yes.

2        Q.    We were talking before the break about a

3   statement in Exhibit 5.  That was underlying

4   statement in the middle of Exhibit 5.  Maybe you

5   could pull that back out --

6        A.    (Complying)

7        Q.    -- about a requirement that drugs be

8   available from regional wholesalers.  Do you

9   remember that series of questions?

10        A.    I see the underlying section.

11        Q.    I was asking if you understood why that

12   the might be a requirement that California would

13   impose.

14             Do you remember that?

15        A.    I don't recall -- I recall your

16   question.  I believe I answered I don't know.

17        Q.    I want to turn, I want you to turn with

18   me to page 2 of Exhibit 6.

19        A.    (Complying)

20        Q.    I take it because Exhibit 6 is a letter

21   that you signed and sent to the Healthcare Finance

22   Administration that before doing it you would have

Rodriguez, John                                    February 10, 2009
                           Sacramento, CA

102

1          Q.    So in August of 1988 California was

2    still using AWP as a basis for pharmaceutical

3    reimbursement; correct?

4          **A.    Based on this paragraph.**

5          Q.    And nothing in your recollection is

6    consistent with that?

7          **A.    Correct.**

8          Q.    Would you flip back to the first page of

9    Exhibit 8.

10         **A.    (Complying)**

11         Q.    Would you just read from the Re line

12   into the record what state plan transmittal this

13   is?

14         **A.    State plan transmittal 88-22 (attachment**

15   **4.19-B, Supplemental A, Pages one to four.)**

16              MR. BUEKER:  Let's mark this November 9,

17   1988 letter as Exhibit 9.

18                   (Exhibit Rodriguez 009 marked for

19   identification)

20              THE WITNESS:  I'm ready.

21   BY MR. BUEKER:

22         Q.    You have had a chance to read Exhibit 9?

Rodriguez, John                                      February 10, 2009
                        Sacramento, CA

---

                                                              103

1          A.    Yes.

2          Q.    Exhibit 9 appears to be a letter from

3    Mr. O'Hara, at HCFA, to -- addressed to you at the

4    Department of Health Services; correct?

5          A.    Correct.

6          Q.    You don't have any reason to doubt that

7    you received this letter in or about November of

8    1988?

9          A.    No, I don't.

10               MR. BUEKER:  I think Mr. Glaser would

11   confirm that that's the California Bates labels

12   down in the bottom right-hand corner.

13               MR. GLASER:   That's what it appears like

14   to me.

15   BY MR. BUEKER:

16         Q.    This Exhibit 9, Mr. Rodriguez, appears

17   to be a response to California's submission of

18   transmittal 88-22; correct?

19         A.    Yes.

20         Q.    It says in the first sentence of Exhibit

21   9, "We reviewed California State Plan Amendment

22   88-22 and we have questions about it;" right?

---

Rodriguez, John

February 10, 2009

Sacramento, CA

104

1      A.   Yes.

2          Q.   If you turn with me to page 2, in the

3      middle of the page there is a paragraph that has a

4      little two parens out to the left.  Would you read

5      that paragraph? Begins "before."

6              MR. ZLOTNICK:  I'm going to object to

7      having the witness read a letter that he didn't

8      author and his agents didn't author.

9              MR. BUEKER:  Okay.  So noted.

10             THE WITNESS:  "Before we can allow State

11     Plan Amendment 88-22 to continue to refer to AWP

12     in setting the EAC, we must ask the state to

13     explain why it has chosen to reply on AWP at all

14     in setting the EAC since there is so much evidence

15     that AWP is not a reliable predictor of what

16     pharmacists actually pay for drugs."

17     BY MR. BUEKER:

18         Q.   Do you remember HCFA writing to you in

19     November of 1988 and asking you to justify

20     California's continued use of AWP?

21     A.   No.

22         Q.   Would you read the next paragraph?

Rodriguez, John
Sacramento, CA
February 10, 2009

105

1           MR. ZLOTNICK:  Same objection.

2           THE WITNESS:  "We therefore request that

3     the state submit its findings and any other

4     documentation that it may have as to how it

5     arrived at the determination that Blue Book

6     average wholesale price represents the price that

7     providers are actually paying for drug products.

8     Otherwise, absent any compelling documentation to

9     the contrary, HCFA is unlikely to accept AWP for

10    the state's estimation of acquisition costs

11    without a significant discount being applied by

12    the state."

13       Q.   Do you recall HCFA asking you to submit

14    documentation on behalf of the State of California

15    to justify Medi-Cal's continued use of AWP?

16       A.   No.

17       Q.   Do you recall submitting any

18    documentation on behalf of Medi-Cal to justify the

19    continued use of AWP?

20       A.   No.

21       Q.   Do you recall doing any studies to come

22    up with findings to justify the continued use of

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

                                                            106

1    AWP?

2         A.    No.

3         Q.    How about to justify making a change

4    from AWP to some other reimbursement mechanism?

5         A.    No.

6         Q.    Do you have any reason to doubt that in

7    November of 1988 HCFA made those requests of Medi-

8    Cal?

9         A.    As outlined in this letter?

10        Q.    Yes.

11        A.    No, I don't.

12        Q.    Who would have addressed a letter like

13   this when it came in to you?  Was it something you

14   would have handled or somebody that worked for

15   you?

16        A.    Somebody that worked for me.

17        Q.    Who would you have passed this off to

18   address?

19        A.    The Pharmacy group.

20        Q.    Would you have expected them to report

21   back to you on how they were going to respond?

22        A.    I would have expected them to prepare a

Rodriguez, John                                    February 10, 2009
                    Sacramento, CA

107

1     response.

2         Q.    Who would have signed that response?

3         A.    Me.

4         Q.    Do you recall any of that happening in

5     connection with this November 1988 letter?

6         A.    No.

7         Q.    Would it have been a significant event,

8     in your mind, for Medi-Cal to get a letter from

9     the federal agency overseeing the Medicaid program

10    asking it to justify its reimbursement mechanisms?

11            MR. ZLOTNICK:  Object as to form.

12            MR. GLASER:  Object as to form.

13            THE WITNESS:  How do you define

14    "significant?"

15    BY MR. BUEKER:

16        Q.    Something that stands out in your minds.

17        A.    No.

18        Q.    So it wouldn't stand out in your mind

19    that the federal agency overseeing the Medicaid

20    program asked you to justify the pharmacy

21    reimbursement rate for Medi-Cal?

22        A.    No.

Rodriguez, John                                    February 10, 2009
                        Sacramento, CA

```
                                                      128
  1                 (Exhibit Rodriguez 012 marked for
  2       identification)
  3       BY MR. BUEKER:
  4            Q.    First of all, Exhibit 12, you would
  5       agree that's your signature?
  6            A.    Yes.
  7            Q.    And that this is a letter dated December
  8       28, 1989 that you sent to Mr. McDonough?
  9            A.    McDonough.
 10            Q.    In or about December of 1989?
 11            A.    Yes.
 12            Q.    This letter transmitted the state plan
 13       amendment by which California was seeking HCFA's
 14       position to redefine one component of its
 15       acquisition cost AWP minus 5 percent; correct?
 16            A.    Correct.
 17            Q.    Do you recall that this was a
 18       reimbursement rate change that was made by
 19       implementing a regulation as opposed to going to
 20       the legislature and having a statute passed?
 21            A.    I don't recall.
 22                 MR. BUEKER:  Mark as Exhibit 13 a
```

Rodriguez, John                                     February 10, 2009
                        Sacramento, CA

221

1                          CERTIFICATE

2

3          I, JAN W. SERRA, California CSR #8207, do

4     hereby certify:

5              That prior to being examined, the witness

6     named in the foregoing deposition was by me duly

7     affirmed to testify to the truth, the whole truth, and

8     nothing but the truth;

9              That said deposition was taken down by me in

10    shorthand at the time and place therein named, and

11    thereafter reduced to typewriting under my direction.

12             I further certify that I am not interested in

13    the outcome of the action.

14             Witness my hand this _____ day of _____

15    2009.

16

17                        _____

18                        JAN W. SERRA    CSR NO. 8207

19

20

21

22