# Exhibit 13



STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

GEORGE DEUKMEJIAN, Governor

**DEPARTMENT OF HEALTH SERVICES**
714/744 P STREET
SACRAMENTO, CA 95814
(916) 322-5824

FEB 7 86 60585

February 4, 1986

Mr. John L. O'Hara, Jr.
Associate Regional Administrator
Division of Program Operations
Department of Health and Human Services
Health Care Financing Administration
Region IX
100 Van Ness Avenue
San Francisco, CA 94102

Dear Mr. O'Hara:

Thank you for providing the Department an opportunity to review and comment on your staff's draft EAC Survey Report for California's Medi-Cal program. The Director has asked me to respond.

In reviewing the draft report, my staff has identified several concerns which I feel should be forwarded to you and included in the report you will be forwarding to your central office. Those concerns include both the findings and the potential use of those findings.

Our concerns regarding the findings are primarily with the fact that this survey did not weight the data, therefore rendering the conclusions of questionable value. As my staff has discussed with yours on several occasions, failure to weight the data can lead to erroneous conclusions about both the overall accuracy of the findings and the extent of the spread between Average Wholesale Price (AWP), Estimated Acquisition Cost (EAC), and Actual Acquisition Cost (AAC). This is particularly true when considering the various drugs reviewed. A significant number of drugs included in the survey are very low dollar volume drugs and their impact on the overall pharmaceutical program is negligible.

A second concern my staff had with the report was its failure to include the federal Maximum Allowable Cost (MAC) drugs in the survey. California, in many instances, has not proceeded with Maximum Allowable Ingredient Cost (MAIC), or other reimbursement controls because of the existence of a MAC. Our cost reimbursement program utilizes the MAC as an integral part of our overall effort to contain costs in the pharmacy program.

DEPOSITION
EXHIBIT
3
12·04·08

*Rodriguez*

HHC006-0098

3

2.10.09

Mr. John L. O'Hara, Jr.
Page 2
February 4, 1986

More important than either of these concerns, however, is the use to which the survey findings may be put. Although your report does credit California for its prior cost containment efforts, it is clear that more is expected. Yet in the context of nationwide efforts, California is one of the leading states in its aggressive implementation of the federal EAC regulations. So successful is our current EAC program that we successfully obtained and continue to receive a federal waiver of the EAC regulations. Obviously, we feel that before California is asked to do more, HCFA should first proceed to work with the many states who rely solely on AWP as their EAC program.

Secondly, we would like to remind HCFA that successfully "tightening up" our EAC program will concomitantly result in enormous pressure for California's Medi-Cal program to upgrade the dispensing fee. This is exactly what occurred when we orginally implemented our EAC program. Such a development may well result in no significant change in overall drug costs. If, in fact, costs are only shifted, is a change in federal regulations or more aggressive enforcement of existing EAC regulations really cost effective?

We are somewhat surprised by the report's findings that generic drug and antibiotics have such large spreads between AWP/EAC and AAC and will study those situations further.

I hope this response is helpful and will result in some meaningful changes in either the report's findings or at least as qualifications to the final report you forward to your central office. Should your staff have any questions or wish to follow up on these comments, please feel free to contact Jim Parks of my staff at (916) 324-2478.

Sincerely,

John Rodriguez
Deputy Director
Medical Care Services