UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK 2 SETTLEMENT | Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION FOR OVERLENGTH BRIEF
IN WHICH TO RESPOND TO ALL OBJECTORS TO FINAL APPROVAL
OF THE TRACK TWO SETTLEMENT**

Pursuant to LR 7.1(b)(4), Class Plaintiffs respectfully request leave to file a 50-page response to objections advanced by four groups of class members to the final approval of the Track Two Settlement:  (i) James Wilson (Dkt. No. 5738); (ii) Patricia Weatherly (Dkt. No. 5921); (iii) John and Connie Pentz and Corinna Connick, represented by professional objectors John J. Pentz and Edward Cochran (Dkt. No. 594&); and (iv) the group of clients represented by Don Haviland (Dkt. No. 5971) ("the Objectors").  Collectively the Objectors briefing totals 59 pages.  Class Plaintiffs have made a good faith effort to respond to all of the Objectors as briefly and succinctly as possible.  However, Class Plaintiffs request this extension of the page limits because Class Plaintiffs need more pages in order to provide a thorough response to all of the issues raised in the collective 59 pages submitted by the Objectors.  Accordingly, Class Plaintiffs request leave of this Court to file a response brief of up to 50 pages, including the signature block.

DATED:  April 9, 2009.

By____/s/ **Steve W. Berman**_____
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

001534-16 297103 V1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, CLASS PLAINTIFFS' MOTION FOR OVERLENGTH BRIEF IN WHICH TO RESPOND TO ALL OBJECTORS TO FINAL APPROVAL OF THE TRACK TWO SETTLEMENT, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 9, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

  **/s/ Steve W. Berman**
Steve W. Berman

001534-16  297103 V1