UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK TWO SETTLEMENT | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**DECLARATION OF ERIC P. LACHANCE REGARDING
<u>CONSUMER CLASS MEMBERS</u>**

The undersigned, Eric P. Lachance, hereby states that:

1. I submit this Declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding Consumer Class Members.

2. I am a Senior Project Administrator with Complete Claim Solutions, LLC ("CCS"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

3. With regards to Consumer Class Members in the Track Two and other similar settlements that CCS has administered in the *AWP* litigation, we have always treated Consumers as valid Class Members if they made an unreimbursed payment for the subject drug(s) during the class period, whether or not they had health insurance and whether or not they made a cash payment or a co-payment. It has always been our understanding that consumer cash payors are included in the settlement classes.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Eric P. Lachance

Dated: April 9, 2009

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, DECLARATION OF ERIC P. LACHANCE REGARDING CONSUMER CLASS MEMBERS, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 9, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                **/s/ Steve W. Berman**
                                                Steve W. Berman