# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs Inc., et al.,*<br>06-CV-11069-PBS | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF CHANGE OF ADDRESS
## FOR KIRKLAND & ELLIS LLP

PLEASE TAKE NOTICE that, effective April 13, 2009, the address, telephone number, and facsimile number of the Chicago office of Kirkland & Ellis LLP, Counsel for Defendants, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc. will change as follows:

> Kirkland & Ellis LLP
> 300 N. LaSalle
> Chicago, IL  60654
>
> Telephone:  312-862-2000
> Facsimile:   312-862-2200

Dated: April 13, 2009

Respectfully submitted,

/s/ John Reale
John Reale
Helen E. Witt
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654
312-862-2000
john.reale@kirkland.com
helen.witt@kirkland.com

Maria Pellegrino Rivera
MARIA RIVERA LAW, P.C.
7315 North 4th Drive
Phoenix, AZ 85021
maria@mriveralaw.com

John E. DeWulf, No. 006850
Darlene M. Wauro, No. 014697
ROSHKA, DeWULF & PATTEN, PLC
400 East Van Buren
Suite 800
Phoenix, Arizona 85004
(602) 256-6100
dewulf@rdp-law.com
wauro@rdp-law.com

*Counsel for Defendants Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, John Reale, hereby certify that on this 13th day of April, 2009, a true and correct copy of the foregoing was served on all counsel of record by Lexis Nexis File & Serve®.

Dated: April 13, 2009

/s/ John Reale