# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: ) | | MDL No. 1456 |
| ) | | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY ) | | |
| AVERAGE WHOLESALE PRICE ) | | Hon. Patti B. Saris |
| LITIGATION ) | | |
| ) | | |
| ──────────────────────── ) | | |
| ) | | |
| **THIS DOCUMENT RELATES TO:** ) | | |
| ) | | |
| *United States ex rel Ven-A-Care of the* ) | | |
| *Florida Keys, Inc. v. Schering Corporation,* ) | | |
| *Schering-Plough Corporation and* ) | | |
| *Warrick Pharmaceuticals Corporation* ) | | |
| ) | | |
| Civil Action No. 09-CV-10547 ) | | |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO
## RELATOR'S AMENDED COMPLAINT

Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, and Relator Ven-A-Care of the Florida Keys, Inc. hereby respectfully move the Court for an order extending the time within which Defendants may respond to Relator's Amended Complaint in the above captioned action (the "2009 Ven-A-Care Action") to and including May 31, 2009.  As reasons therefor, the parties state that:

1. The Judicial Panel on Multidistrict Litigation Ordered the 2009 Ven-A-Care Action to be transferred and consolidated with MDL No. 1456 on April 6, 2009.

2. Defendants are currently due to respond to the Amended Complaint by April 15, 2009.

2. Relator and Defendants are currently engaged in settlement discussions.

11789012_1.DOC

4. In light of the status of ongoing settlement discussions, Defendants and Relator believe it would be prudent to extend the time within which Defendants may respond to the Amended Complaint.

WHEREFORE, the Defendants and Ven-A-Care respectfully request that the Court grant this motion and issue an Order, substantially in the form attached hereto, providing that the Defendants' time to answer or otherwise respond to Relator's Amended Complaint shall be extended to and including May 31, 2009.

Dated: April 14, 2009

| | |
|---|---|
| /s/ Kirsten V. Mayer_____ | /s/ Alison W. Simon_____ |
| John T. Montgomery | James J. Breen |
| John P. Bueker | Alison W. Simon |
| Kirsten V. Mayer | The Breen Law Firm, P.A. |
| Ropes & Gray LLP | P.O. Box 297470 |
| One International Place | Pembroke Pines, FL  33029-7470 |
| Boston, MA  02110-2624 | (954) 874-1635 |
| (617) 951-7000 | |
| | Attorneys for Ven-A-Care of the |
| John P. McDonald | Florida Keys, Inc. |
| Locke Lord Bissell & Liddell | |
| 2200 Ross Avenue, Suite 2200 | |
| Dallas, TX  75201 | |
| (214) 740-8758 | |

Attorneys for Schering Corporation,
Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation


# CERTIFICATE OF SERVICE

I hereby certify that on April 14, a true copy of the above Joint Stipulation was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

April 14, 2009                    /s/ Kirsten V. Mayer____
                                                  Kirsten V. Mayer

11789012_1.DOC