UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br>CASE No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

**STATE OF CALIFORNIA'S MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER
REGARDING DEFENDANTS' RULE 30(b)(6) DEPOSITION TOPICS**

Pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff State of California ("California") respectfully seeks leave to file the attached Reply brief. As grounds therefor, California states that in their Opposition to California's Motion for a Protective Order, Defendants have raised several arguments based on caselaw which Plaintiff believes is either inapposite or supportive more of California's position, and has made some assertions with which California disagrees. Accordingly, California believes that the attached [Proposed] Reply will assist the Court in resolution of the issues before it.

WHEREFORE California ask that this Motion be granted and that the Court grant leave to file the [Proposed] Reply brief attached as Exhibit 1.

1

Dated: April 17, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ Nicholas N. Paul_____
    NICHOLAS N. PAUL
    CA State Bar No. 190605
    Supervising Deputy Attorney General
    Bureau of Medi-Cal Fraud and Elder Abuse
    Office of the Attorney General
    1455 Frazee Road, Suite 315
    San Diego, CA  92108
    Telephone:  (619) 688-6099
    Fax:  (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

### CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1

I certify that the moving party conferred with Defendants' counsel and was informed Defendants would not consent to California's request to file a reply, and otherwise reserved their rights to respond, if appropriate, until they had been served with the proposed reply

    __/s/ Nicholas N. Paul_____
    NICHOLAS N. PAUL

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 17, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

                                           __*/s/ Nicholas N. Paul*_____
                                           NICHOLAS N. PAUL