UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**CLASS PLAINTIFFS' NOTICE OF FILING IN SUPPORT OF THEIR RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF THE TRACK TWO SETTLEMENT**

To:  All Counsel of Record

Please take notice that on April 21, 2009, Class Plaintiffs caused to be filed with the Clerk of the District of Massachusetts the following:

1. Affidavit of James Mort;

2. Affidavit of Thomas Mort;

3. Affidavit of Timothy Mort; and

4. Affidavit of Joseph Mort.

These attached Affidavits (Exhibits A-D) are filed in support of Class Plaintiffs' Response to Objections to Final Approval of the Track Two Settlement, filed on April 9, 2009 (Dkt. No. 6003). Specifically, they support Class Plaintiffs' assertion, set forth on pp. 16-17 of their Response, that all four siblings of Class 1 representative Muriel Tonacchio support her participation in this settlement on behalf of her mother, Wilma Mort.

| | |
|---|---|
| DATED: April 21, 2009 | By   /s/ Steve W. Berman |

   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFFS' NOTICE OF FILING IN SUPPORT OF THEIR RESPONSE TO OBJECTIONS TO FINAL APPROVAL OF THE TRACK TWO SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 21, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                **/s/ Steve W. Berman**
                                                Steve W. Berman

001534-16 299295 V1

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| This Document Relates to<br><br>TRACK 2 SETTLEMENT | Judge Patti B. Saris |

## AFFIDAVIT OF JAMES MORT

I, James Mort, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. I am the brother of Muriel Tonacchio and one of the sons of Wilma J. Mort. I submit this Affidavit to make clear my support for and consent to my sister's serving as a class representative on behalf of my mother's estate in Plaintiffs' settlement with the Track 2 Defendants.

2. I have been aware of and consented to my sister, Muriel Tonacchio, serving as a class representative for Plaintiffs' settlement with the Track 2 Defendants on behalf of my mother's estate.

3. In addition, I have reviewed my sister's Affidavit dated April 18, 2008 and the exhibit thereto and concur with the statements made within it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 18, 2009

_____
James M. Mort
James Mort

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| This Document Relates to TRACK 2 SETTLEMENT | Judge Patti B. Saris |

### AFFIDAVIT OF THOMAS MORT

I, Thomas Mort, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1.  I am the brother of Muriel Tonacchio and one of the sons of Wilma J. Mort. I submit this Affidavit to make clear my support for and consent to my sister's serving as a class representative on behalf of my mother's estate in Plaintiffs' settlement with the Track 2 Defendants.

2.  I have been aware of and consented to my sister, Muriel Tonacchio, serving as a class representative for Plaintiffs' settlement with the Track 2 Defendants on behalf of my mother's estate.

3.  In addition, I have reviewed my sister's Affidavit dated April 18, 2008 and the exhibit thereto and concur with the statements made within it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 18, 2009

_____
Thomas Mort

# Exhibit C

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| This Document Relates to TRACK 2 SETTLEMENT | Master File No. 01-CV-12257-PBS  Judge Patti B. Saris |

## AFFIDAVIT OF TIMOTHY MORT

I, Timothy Mort, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. I am the brother of Muriel Tonacchio and one of the sons of Wilma J. Mort. I submit this Affidavit to make clear my support for and consent to my sister's serving as a class representative on behalf of my mother's estate in Plaintiffs' settlement with the Track 2 Defendants.

2. I have been aware of and consented to my sister, Muriel Tonacchio, serving as a class representative for Plaintiffs' settlement with the Track 2 Defendants on behalf of my mother's estate.

3. In addition, I have reviewed my sister's Affidavit dated April 18, 2008 and the exhibit thereto and concur with the statements made within it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 18, 2009

_____
Timothy Mort

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| This Document Relates to TRACK 2 SETTLEMENT | Judge Patti B. Saris |

### AFFIDAVIT OF JOSESPH MORT

I, Joseph Mort, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1.   I am the brother of Muriel Tonacchio and one of the sons of Wilma J. Mort. I submit this Affidavit to make clear my support for and consent to my sister's serving as a class representative on behalf of my mother's estate in Plaintiffs' settlement with the Track 2 Defendants.

2.   I have been aware and consented to my sister, Muriel Tonacchio, serving as a class representative for Plaintiffs' settlement with the Track 2 Defendants on behalf of my mother's estate.

3.   In addition, I have reviewed my sister's Affidavit dated **insert** and concur with the statements made within it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April __, 2009

_____
Joseph Mort