UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : | MDL No. 1456 C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | Judge Patti B. Saris |

**NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**

Austin J. Freeley, Esquire hereby enters his appearance in this matter on behalf of the class member James W. Wilson who had filed the objection to the Court's Approval of the Settlement and Attorneys' Fees on November 28, 2008, Docket No. 5738.


Date: _____

                                                              _____/s/_____
                                                              AUSTIN J. FREELEY, Esquire
                                                               BBO#563349
                                                                221 Lewis Wharf
                                                                Boston, MA  02110
                                                                Ph. 617-723-9538 / Fx. 617-557-0099

## SERVICE LIST

CLERK OF COURT
John Joseph Moakley US Courthouse
1 Courthouse Way
Ste. 2300
Boston, MA 02210


Steve W. Berman
Hagens Berman Sobol & Shapiro
1301 Fifth Ave.
Suite 2900
Seattle, WA 98101

Counsel for the Class

Steven F. Barley
Hogan & Hartson
111 S. Calvert Street
Suite 1600
Baltimore, MD 21202

James P. Muehlberger
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Counsel for Defendants