UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257-PBS |
| *State of Iowa v. Abbott Laboratories, et al. No. 07-12141; The City of New York, et. al. v. Abbott Laboratories, et. al. No. 03-10643* | Judge Patti B. Saris |

## REQUEST FOR ADMISSION PRO HAC VICE OF HARRIET THOMAS IVY

The undersigned counsel requests admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V, paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted pro hac vice to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration in Support of the Application for Admission Pro Hac Vice of Harriet Thomas Ivy.

Respectfully Submitted,

/s/ Harriet Thomas Ivy
Harriet Thomas Ivy
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 488-3826

1

*Attorney for King Pharmaceuticals, Inc., King Pharmaceuticals Research and Development, Inc. and Monarch Pharmaceuticals, Inc.*

## Certificate of Service

  I hereby certify that on April 14th, 2009, the foregoing Request for Admission Pro Hac Vice for Harriet Thomas Ivy and Exhibits A and B thereto has been served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

*/s/ Harriet Thomas Ivy*
Harriet Thomas Ivy