# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al. No. 07-12141;* *The City of New York, et. al. v. Abbott Laboratories, et. al. No. 03-10643* | Civil Action No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## DECLARATION OF HARRIET THOMAS IVY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Harriet Thomas Ivy, an attorney with the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Wachovia Tower, 420 20th Street North, Suite 1600, Birmingham, Alabama 35203, hereby declares:

1. I am a member of good standing of the State Bar of Alabama.

2. I have been admitted to practice in the United States District Court for the Northern District of Alabama, United States District Court for the Middle District of Alabama, and the United States District Court for the Southern District of Alabama.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B are Certificates of Good Standing for the Alabama State Bar, for which I am a member, and the United States District Court for the Northern District of Alabama.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and,

7. I represent the defendants King Pharmaceuticals, Inc., King Pharmaceuticals Research and Development, Inc, and Monarch Pharmaceuticals, Inc. in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14th, 2009.

*Harriet Thomas Ivy* (signature)
Harriet Thomas Ivy
Baker Donelson Bearman,
    Caldwell & Berkowitz, P.C.
420 North 20th Street
Suite 1600, Wachovia Tower
Birmingham, Alabama 35203
(205) 328-0480
(205) 322-8007 (facsimile)
(205) 244-3826 (direct)