# EXHIBIT B



## ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Harriet Thomas Ivy has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Harriet Thomas Ivy was admitted to the Alabama State Bar September 28, 2001.

I further certify that the said Harriet Thomas Ivy is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2009.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 27th day of February, 2009.

*Keith B. Norman*

Keith B. Norman, Secretary



LAWYERS RENDER SERVICE

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

**CERTIFICATE OF GOOD STANDING**

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **HARRIET THOMAS IVY** was duly admitted to practice in said Court on **November 07, 2001**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on February 27, 2009.

SHARON HARRIS, CLERK

By: *Albert B. Coleman*
Deputy Clerk