**Authorized by the U.S. District Court for the District of Massachusetts**

# If you made a Percentage Co-Payment for Certain Drugs, from January 1, 1991 to March 1, 2008, you may be able to get at least $35 back.

## Hundreds of drugs for cancer, HIV, asthma, allergies, infections, inflammation, pain, gastrointestinal, lung and blood issues, and many other conditions are included.

There is a proposed class action settlement with several drug manufacturers concerning approximately 200 drugs. These drugs are used for the treatment of many medical conditions and they are often, but not always, injected in a doctor's office or clinic.

## Can I Get Money Back?

- You can get a refund if you paid a *percentage co-payment* for any of the covered drugs from January 1, 1991 through March 1, 2008. A percentage co-payment varies with the cost of the drug. You cannot get a refund if you paid a flat co-payment.

## How Much Can I Get Back?

Approximately $21.8 million will be paid to consumers who file valid claims.

- **You can get up to $35** simply by certifying you paid percentage co-payments, or

- If you can estimate what you paid and show that you made percentage co-payments through receipts or bills, you can receive more money. **For some of the drugs, you can get three times the percentage co-payment.**

*Your legal rights <u>are</u> affected even if you do not act.*
*Read this Notice carefully.*

## 1.  What Is This Notice About?

- You received this Notice because you requested it after seeing information about this case in a publication or elsewhere, or because your name appeared in the records of a health insurer as a potential class member.

- There is a Proposed Settlement of a class action lawsuit involving several drug manufacturers and approximately 200 drugs.  (Defendants are listed in Question 3.)

- This lawsuit is <u>not</u> about whether these drugs are safe or effective.  This lawsuit is about the amount that you were charged for the drugs.  The class action claims that customers paid too much for the drugs.

- The drug manufacturers have agreed to pay $125 million to settle the class action. Approximately $21.8 million will be available to pay consumer claims.

- If you made a percentage co-payment for the covered drugs, you can get money back.  A percentage co-payment varies with the cost of the drug.  A flat co-payment never varies; it's always the same no matter how much the drug costs.

- You can obtain a complete copy of the Settlement Agreement by visiting www.AWPTrack2Settlement.com.

## 2.  What Is The Lawsuit About?

The Average Wholesale Price ("AWP") is used to set reimbursement amounts that are paid by a) Medicare and its beneficiaries, b) private health insurers, and c) consumers making percentage co-payments under private health insurance plans.  The lawsuit claims that Defendants reported false and inflated AWPs for the drugs covered in this Proposed Settlement.  The Defendants deny any wrongdoing, and the Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated.

The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456.

## 3.  Who Are The Defendants?

The Defendants in the case are Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Immunex Corporation, Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., and ZLB Behring, L.L.C.

## 4.  How Do I Know If I Am Included In The Proposed Settlement?

You are part of the Proposed Settlement if you made, or are obligated to make, a percentage co-payment:

- Through a private health insurance plan for covered drugs listed in Attachment A from January 1, 1991 through March 1, 2008.
- Under Medicare Part B for any of the covered drugs listed in Attachment A from January 1, 1991 through January 1, 2005.

A spouse of a deceased class member who made such a co-payment or a legal representative of a deceased class member's estate may file a claim.

Excluded from the Proposed Settlement are (1) the Released Companies (Defendants and certain related entities as defined in the Settlement Agreement); (2) all hospitals, clinics, physicians, or physician practice groups, or other health care provider or group of providers, that purchased drugs manufactured, marketed, sold, or distributed by a Released Company, and that (a) administered, dispensed, or prescribed such drugs to a consumer and (b) billed a consumer, TPP, or ISHP for such drugs.  Additionally excluded from the Proposed Settlement are all federal, state, and local government entities in the United States, except any such governmental agencies or programs that made or incurred an obligation to make a reimbursement for a Class Drug as part of a health benefit plan for their employees, but only with respect to such payment; and certain other independent settling health plans

**You are <u>not</u> a member of a Class if you made flat co-payments, if insurance paid all of your co-payment, or if you were never obligated to make a co-payment at all.**

**IMPORTANT:** *This is not a bill or a collection notice.  The Court is not suggesting, requesting or requiring that you pay your doctor or pharmacist now or that you are obligated to do so.*

## 5.  What Do I Need To Do To Get A Payment?

You received this Notice because you requested it after seeing information about this case in a publication or elsewhere, or because a health insurer's records indicate you may have made percentage co-payments for some of the drugs at issue in this case.  You should review the attached list of covered drugs.  If you paid a percentage co-payment for any of them between January 1, 1991 and March 1, 2008, you have two options to get a payment:

1) You may sign the attached claim form under penalty of perjury, stating that you paid a percentage co-payment for at least one of the covered drugs during the Class Period.  You will receive a payment of up to $35;

**OR**

2) You may complete the attached claim form and provide documentation of your percentage co-payments for the covered drugs during the Class Period, and receive a partial refund of the total amount you spent.  Please see Question 6 for more details on how the amount will be determined.

*Note:* If you made percentage co-payments under Medicare Part B between January 1, 1991 and March 1, 2005, you need another claim form.  Call 1-877-465-8136 for a form to fill out for a refund of these percentage co-payments.

## 6.  How Are Payments Determined?

If you opt to submit records of your co-payments instead of opting for a refund of up to $35, the Claims Administrator will calculate your claim amount. It will be based on the information you provide about your total out-of-pocket co-payment obligations under private insurance for all the covered drugs during the Class Period.

Your reimbursement will be calculated by adding three amounts:

- Co-payment obligations for drugs identified as Class A Drugs from December 1, 1997 through December 31, 2003 multiplied by a factor of three (3x);

- Co-payment obligations for Class A Drugs outside of this time period (with no multiplication factor); and

- Co-payment obligations for the other covered drugs called Class B Drugs during the entire Class Period (with no multiplication factor).

The sum of these three figures will be your "Total Recognized Claim".  If there is enough money based on the number of claims received, your payment will be 100% of your Total Recognized Claim.  If there is not enough money to pay all consumers 100% of their Total Recognized Claims, each consumer's claim will be reduced proportionately.

## 7.  What If I Do Not Want to Be Included In The Proposed Settlement?

If you do not want to be in the Proposed Settlement and you want to keep the right to sue Defendants about the same claims on your own, you must take steps to get out of the lawsuit.  This is called excluding yourself.

By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against Defendants about the claims in this lawsuit.

If you exclude yourself from the Settlement Classes, you will not be able to file a claim for money and you will not be in the Proposed Settlement.

To exclude yourself from the Class, you must send a letter signed by you that includes all of the following:

- Your name, address, taxpayer identification number, telephone number and fax number (if any);

- The name and number of the lawsuit: *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456;

- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*

- A statement that you want to be excluded from the Settlement Classes.

Your exclusion letter must be mailed first class, **postmarked by March 16, 2009,** to: AWP Track 2 Settlement Administrator, P.O. Box 951, Minneapolis, MN 55440-0951.

Please remember that you cannot exclude yourself by calling or by sending an email.

## 8.  May I Object To, Or Comment On, The Proposed Settlement?

Yes. If you have comments about, or disagree with, any aspect of the Proposed Settlement, you may express your views to the Court. You must do this in writing. Your written response should include:

- Your name, address, telephone number, a brief explanation of your reasons for objection, and
- The case number (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456).

The document **must** be signed to ensure the Court's review. The response must be filed with the Court at the following address on or before **March 16, 2009**: Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 and served on Counsel for the Parties on or before **March 16, 2009** at the following addresses:

| Counsel for the Class | Counsel for the Track 2 Defendants | |
|---|---|---|
| Steve W. Berman | Steven F. Barley | James P. Muehlberger |
| Hagens Berman | Hogan & Hartson, LLP | Shook, Hardy & Bacon, LLP |
| Sobol Shapiro LLP | 111 S. Calvert Street | 2555 Grand Boulevard |
| 1301 Fifth Avenue | Suite 1600 | Kansas City, MO 64108 |
| Suite 2900 | Baltimore, MD 21202 | |
| Seattle, WA 98101 | | |

In addition, your document must clearly state that it relates to the "Track 2 Settlement."  If you file or present an objection, you will be subject to the jurisdiction of the Court.

## 9.  Do I Have A Lawyer Representing My Interests In This Case?

Yes. The Court has appointed the following law firms to represent you and other Settlement Class Members:

| | |
|---|---|
| Hagens Berman Sobol Shapiro LLP | Spector Roseman & Kodroff, PC |
| www.hbsslaw.com | www.srk-law.com |
| 1301 Fifth Avenue, Suite 2900 | 1818 Market Street, Suite 2500 |
| Seattle, WA 98101 | Philadelphia, PA 19103 |
| Wexler Toriseva Wallace LLP | Edelson & Associates LLC |
| www.wtwlaw.us | 45 West Court Street |
| 55 W. Monroe, Suite 3300 | Doylestown, PA 18901 |
| Chicago, IL 60603 | |

These lawyers are called Class Counsel.  You won't be charged personally for these lawyers.  Class Counsel will ask the Court to award them a fee of up to 33 1/3% plus interest and litigation expenses. You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (see Question 10).  Hiring a lawyer to appear for you in the lawsuit will be at your own expense.

## 10. When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?

The Court will hold a Hearing on April 27, 2009 at 2:00 p.m. to consider whether it is fair, reasonable and adequate.   At the Hearing, the Court will also consider whether to approve the Proposed Settlement; the request for attorneys' fees and expenses; and any comments or objections. You are not required to attend, but may do so at your own expense.

If you want your own lawyer instead of Class Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance must include:

- Your name, address, telephone number, signature;
- The name, and number of the lawsuit (Civil Action Number: 01-CV-12257-PBS, MDL No. 1456);
- State that you wish to enter an appearance at the Final Approval Hearing; and
- Any documentation in support of such opposition.

Your Notice of Appearance **must** be filed with the Court on or before **March 16, 2009** and served on Counsel by **March 16, 2009.**  You cannot speak at the Hearing if you previously asked to be excluded from the Proposed Settlement Class and are not submitting a Claim Form now.  The Notice of Appearance must be filed with the Court and served on Counsel at the addresses set forth above in response to Question 8.

## 11.  Where Do I Obtain More Information?

More details and all other legal documents that have been filed with the Court in this lawsuit are available. They can be viewed and copied at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the AWP Track 2 Settlement website at www.AWPTrack2Settlement.com
- Call toll-free 1-877-465-8136
- Write to:  AWP Track 2 Settlement Administrator
  P.O. Box 951
  Minneapolis, MN 55440-0951

DATED: January 7, 2009                                        **BY ORDER OF THE COURT**

## CLASS MEMBERSHIP DRUG LIST

## CLASS A DRUGS

| Anzemet (injection & tablets) | Ferrlecit | Neulasta |
|---|---|---|
| Aranesp | InFed | Neupogen |
| Epogen | | |

## CLASS B DRUGS

| A | Ativan | Cipro / Ciprofloxacin hydrochloride |
|---|---|---|
| AccuNeb | Azmacort | Cisplatin |
| Acetylcysteine | **B** | Claforan |
| Acyclovir sodium | Bebulin | Cleocin T / Clindamycin phosphate |
| Adenosine | Bioclate | Copper trace / Cupric chloride |
| Adriamycin PFS/RFS | Bleomycin sulfate | Cromolyn sodium |
| Adrucil | Brevibloc | Cytosar-U / Cytarabine |
| Aggrastat | Buminate | **D** |
| Albuterol sulfate | Bupivacaine | Depo provera / Medroxyprogesterone acetate |
| Alcohol injection | **C** | Depo-testosterone / Testosterone cypionate |
| A-methapred | Calcijex | Dexamethasone acetate / Dexamethasone sodium / Dexamethasone sodium phosphate |
| Amikacin sulfate | Calcimar | Dextrose / Dextrose sodium chloride / Ringers lactated with dextrose |
| Aminocaproic acid | Camptosar / Irinotecan hydrochloride | Diazepam |
| Aminosyn / Aminosyn II / Amino acid | Carbocaine / Mepivicaine | Dicarbazine (dtic – dome) |
| Amphocin / Amphotericin B | Cefizox | Diltiazem hydrochloride |
| Aristocort / Aristospan | Chromium tr meta / Chromic chloride | Dopamine hydrochloride |
| Aromasin | Cimetidine hydrochloride | Doxorubicin / Doxorubicin hydrochloride |

Attachment A - Page 1 of 3

Attachment A - Page 2 of 3

| CLASS B DRUGS (continued) | | |
|---|---|---|
| DTIC Dome | Humate-P | M |
| E | Hydromorphine | Magnese chloride |
| Eligard | I | Magnesium sulfate |
| Ellence / Epirubicin HCL | Idamycin / Idarubicin hydrochloride | Mannitol |
| Enalaprilat | Imipramine HCL | Marcaine |
| Enbrel | Intal | Medrol / Methylprednisolone |
| Epinephrine | Ipratropium bromide | Metaproterenol sulfate |
| Erythromycin / Erythromycin base | Iveegam | Methotrexate sodium |
| Estradiol | K | Metoclopramide |
| Etoposide | Ketorolac / Ketorolac tromethamine | Midazolam hydrochloride |
| F | Kineret | Mithracin |
| Famotidine | Koate – HP | Monoclate / Monoclate-P |
| Fentanyl citrate | Kogenate | Mononine |
| Fluorouracil | L | Morphine sulfate |
| Fluphenazine HCL | Labetalol | N |
| Furosemide | Lasix | Nadolol |
| G | Leucovorin calcium | Nalbuphine |
| Gamimune N / Gammagard / Gammagard S/D / Gammar / Gammar P.I.V. | Leukine | Nebupent |
| Gentamicin sulfate | Levofloxacin | Neosar / Cyclophospamide |
| Gentran / Gentran NACL | Lidocaine hydrochloride | Neostigmine methylsulfate |
| Glycopyrrolate | Liposyn II / Fat emulsion | Novacaine / Procaine |
| H | Lorazepam | Novantrone |
| Helixate / Helixate FS | Lovenox | O |
| Heparin / Heparin lock flush / Heparin sodium | Lyphocin | Osmitrol |

## CLASS B DRUGS (continued)

| P | S | V |
|---|---|---|
| Pancuronium bromide | Sodium acetate | Vancocin / Vancocin HCL / Vancomycin / Vancomycin HCL |
| Pentam / Pentamidine isethionate | Sodium chloride | Verapamil HCL |
| Perphenazine | Solu-cortef / Hydrocortisone sodium succinate | Vinblastine sulfate |
| Phenylephrine | Solu-medrol | Vincasar / Vincristine / Vinscristine sulfate |
| Potassium acetate / Potassium chloride | Succinylcholine chloride | **W** |
| Prograf | **T** | Water for injection bacteriostatic |
| Promethazine | Taxotere | **Z** |
| Propranolol HCL | Thioplex / Thiotepa | Zemplar |
| Propofol | Tobramycin sulfate / Tobramycin / sodium chloride | Zinc chloride |
| **R** | Toposar | |
| Ranitidine HCL | Travasol / Travasol with dextrose | |
| Recombinate | Trelstar / Triptorelin pamoate | |

Attachment A - Page 3 of 3

AWP TRACK 2 SETTLEMENT ADMINISTRATOR
PO BOX 720
MINNEAPOLIS MN 55440-0720

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

## IMPORTANT COURT DOCUMENTS