# If You Paid in Full or Made a Percentage Co-Payment for Brand-Name Prescription Drugs,

## You May Get Money Back from a $350 Million Class Action Settlement About More Than 450 Brand-Name Drugs

---

### Drugs include:
**Ambien, Allegra, Celebrex, Claritin, Cipro, Demerol, Femhrt, Flagyl, Flonase, Lipitor, Metrogel, Ovcon, Prevacid, Prozac, Prilosec, Ritlan, Valium, and Zantac.**

---

There is a Proposed Class Action Settlement with McKesson Corporation ("McKesson") concerning the pricing of more than 450 brand-name drugs. The name of the lawsuit is *New England Carpenters Health Benefits Fund, et al. v. First DataBank, Inc., et al.*, Docket No. 1:05-CV-11148-PBS (D. Mass.).

### What is this Case About?

Prescription drugs often are priced using certain benchmarks. The most common pricing benchmark is called the Average Wholesale Price or "AWP." AWP is often used in determining how much insurance companies will reimburse for these prescription drugs and the co-payment price that some consumers pay for them. The lawsuit claims that two Defendants, McKesson, a large drug wholesaler, and First DataBank ("FDB"), a publisher of drug data, wrongfully inflated the mark-up factor used by FDB to determine the AWP for certain prescription drugs ("Subject Drugs"). The lawsuit alleges that, as a result, many drug purchasers overpaid for these drugs. A complete list of the Subject Drugs is available via the contact information below.

### What is the Proposed Settlement?

McKesson has agreed to settle the claims against it and will pay a total of $350 million into a Settlement Fund to benefit a class of consumers and non-governmental Third-Party Payors (TPPs) with up to $20,900,000 to be allocated to Co-Pay Consumers and up to $40,450,000 for Cash Payors.

### Who is Included in the Proposed Settlement?

<u>Percentage Co-Payors</u>: You are included in the Proposed Settlement if you paid, or are obligated to pay, a percentage co-payment for any of the Subject Drugs. You must have made these purchases between August 1, 2001 and March 15, 2005.

<u>Cash Payors</u>: You are included in the Proposed Settlement if (1) you were an uninsured or underinsured individual and (2) paid the cash price of any of the drugs that are the subject of this lawsuit. You must have made the purchase(s) between August 1, 2001, and January 23, 2009.

### What are my Legal Rights?

<u>Percentage Co-Payors</u>: If you made a percentage co-payment for any of the Subject Drugs, you are a member of the Class unless you previously excluded yourself. However, you have the right to comment or object to the Proposed Settlement in writing to the Court by **June 8, 2009** as outlined in the detailed Notice.

<u>Cash Payors</u>: Uninsured Consumers can remain in the Class or exclude themselves. If you remain in the Class you will be bound by the judgment of the Court. If you wish to exclude yourself and keep your right to sue McKesson on your own, you must do so in writing by **June 8, 2009** as outlined in the detailed Notice.

### What Should I Do?

Get more information about the Proposed Settlement and read it. Then you can decide on what action to take. The Court will hold a Final Approval Hearing on **July 23, 2009 at 2 p.m.** to consider whether the Proposed Settlement is fair, reasonable, and adequate and a motion for attorneys' fees and expenses.

---

**For the detailed Notice and a list of the Subject Drugs:**

**Call: 1-877-625-9414   Visit: www.AWPClassActions.com**

**Email: info@AWPClassActions.com**

Write: McKesson Settlement Administrator, c/o Rust Consulting, Inc.
P.O. Box 24607, West Palm Beach, FL 33416

For updated information about any decisions by the Court affecting the Class or Settlement, please refer to the website.