# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, Bryan R. Diederich, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Bryan R. Diederich, am an attorney practicing at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP on April 28, 2009 and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

10568371_1.DOC

- 2 -

WHEREFORE, I, Bryan R. Diederich, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/ Bryan R. Diederich
Bryan R. Diederich (BBO#647632)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: April 24, 2009

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

          /s/ Bryan R. Diederich_____
          Bryan R. Diederich