UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456 Master File No. 01-CV-12257-PBS Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| *United States ex rel. Edward West, et al. v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson* | ) ) ) ) | |
| Civil Action No. 06-12299-PBS | ) ) | |

**UNITED STATES' NOTICE IN RESPONSE TO SUGGESTION OF DISMISSAL**

Pursuant to the Court's Order of April 13, 2009, the United States hereby notifies the Court that it has no objection to the dismissal of this matter due to the death of the relator so long as the dismissal is without prejudice to the United States. *See United States ex rel. Williams v. Bell Helicopter Textron Inc.*, 417 F.3d 450, 455 (5th Cir. 2005) (holding that dismissal with prejudice as to the United States was improper where case was dismissed on procedural grounds).

      Respectfully submitted,

      MICHAEL F. HERTZ
      Deputy Assistant Attorney General

      MICHAEL K. LOUCKS
      Acting United States Attorney

      GEORGE B. HENDERSON, II
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200

                        Boston, MA 02210
                        (617) 748-3272

                        PATRICK J. FITZGERALD
                        United States Attorney

                        SAMUEL S. MILLER
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois 60604
                        (312) 886-9083

By:       _____
                        JOYCE R. BRANDA
                        JAMIE ANN YAVELBERG
                        Attorneys
                        U.S. Department of Justice, Civil Division
                        Post Office Box 261, Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone:  202-514-6514

April 2009