UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE             ) <br> LITIGATION                                                 ) <br>                                                                      ) <br> _____) <br>                                                                      ) <br> **THIS DOCUMENT RELATES TO:**        ) <br>                                                                      ) <br> *United States ex rel. Edward West, et al.*  ) <br> *v. Ortho-McNeil Pharmaceutical, Inc. and* ) <br> *Johnson & Johnson*                             ) <br>                                                                      ) <br> Civil Action No. 06-12299-PBS            ) <br> _____) | MDL NO. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**UNITED STATES' NOTICE IN RESPONSE TO SUGGESTION OF DISMISSAL**

Pursuant to the Court's Order of April 13, 2009, the United States hereby notifies the Court that it has no objection to the dismissal of this matter due to the death of the relator so long as the dismissal is without prejudice to the United States. *See United States ex rel. Williams v. Bell Helicopter Textron Inc.*, 417 F.3d 450, 455 (5th Cir. 2005) (holding that dismissal with prejudice as to the United States was improper where case was dismissed on procedural grounds).

                                                         Respectfully submitted,

                                                         MICHAEL F. HERTZ
                                                         Deputy Assistant Attorney General

                                                         MICHAEL K. LOUCKS
                                                         Acting United States Attorney

                                                         GEORGE B. HENDERSON, II
                                                         Assistant U.S. Attorney
                                                         John Joseph Moakley U.S. Courthouse
                                                         1 Courthouse Way, Suite 9200

Boston, MA 02210
(617) 748-3272

PATRICK J. FITZGERALD
United States Attorney

SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083

/ s/ Jamie Ann Yavelberg
JOYCE R. BRANDA
JAMIE ANN YAVELBERG
Attorneys
U.S. Department of Justice, Civil Division
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone:  202-514-6514

April 2009