**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF DONALD E. HAVILAND, JR., IN SUPPORT OF EVIDENTIARY SUBMISSION FOR TRACK TWO FAIRNESS HEARING

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

1. I am an attorney at law licensed to practice in the Commonwealth of Pennsylvania, and I am the managing partner of The Haviland Law Firm, LLC, attorneys for the below-listed Named Consumer Plaintiffs in this matter. I am submitting this Affidavit in Support of the Named consumer Plaintiffs' evidentiary submission regarding the Track Two Settlement Fairness Hearing.

2. Attached as Exhibits hereto are true and correct copies of the following documents, organized by general category:

**Category I:   Named Consumer Plaintiffs' evidence of standing to assert objections to adequacy of consumer class representation**

| Exhibit "A" | November 17, 2005 and March 31, 2006 Rev. David R. Aaronson Deposition Transcripts |
|---|---|
| Exhibit "B" | August 16, 2006 Harold Bean Deposition Transcript |
| Exhibit "C" | March 23, 2006 Harold Carter Deposition Transcript |
| Exhibit "D" | March 31, 2006 Roger Clark Deposition Transcript |

| Exhibit "E" | November 15, 2005 Rebecca Hopkins Deposition Transcript |
|---|---|
| Exhibit "F" | November 16, 2005 Robert Howe Deposition Transcript; March 31, 2006 Joyce Howe Deposition Transcript |
| Exhibit "G" | November 15, 2005 Virginia Newell Deposition Transcript |
| Exhibit "H" | March 23, 2006 Oral Ray Roots Deposition Transcript |
| Exhibit "I" | November 11, 2005 James Shepley Deposition Transcript |
| Exhibit "J" | March 28, 2006 Hunter Walter Deposition Transcript |
| Exhibit "K" | November 9, 2005 and March 24, 2006 Larry Young Deposition Transcripts |

**Category II:  Pleadings and Opinions related to class counsel appointment issues**

| Exhibit "L" | April 15, 2009 LAW 360 Article "Attys Chided for Revealing Sealed Info in Visa Case" |
|---|---|
| Exhibit "M" | April 7, 2009 Order to Show Cause Signed by John Gleeson, U.S. District Judge in *In Re Visa Check/MasterMoney Antitrust Litigation* |
| Exhibit "N" | April 22, 2009 U.S. Ninth Circuit Court of Appeals Opinion in *In Re Touch America Holdings, Inc. ERISA Litigation* |
| Exhibit "O" | May 18, 1990 Order Granting Defendants' Motion for Sanctions and Denying Plaintiff's Cross-Motion for Order of Criminal Contempt in *Goldman v. Alhadeff, et al.* |
| Exhibit "P" | November 21, 2008 Reply in Support of Motion to Stay as to the Track Two Defendants, filed in Superior Court of the State of Arizona, CV2002-004988 |
| Exhibit "Q" | March 11, 2009 Settling Plaintiffs' Reply to the Holmes Objectors' Response in Support of Their Motion for Preliminary Approval of Class Action Settlement and Publishing of Notice, and Setting of a Final Fairness Hearing, filed in U.S. District Court for the Western District of Kentucky, MDL 1998 |

**Category III: Representative Association Issues**

| Exhibit "R" | PAL *cy pres* in *Norvir* Case |
|---|---|
| Exhibit "S" | PAL *cy pres* in *Paxil* Case |

**Category IV: Evidence of Strength of Plaintiff's Case Against Defendants.**

| Exhibit "T"   | Map of State Attorney General Verdicts    |
|---------------|-------------------------------------------|
| Exhibit "U"   | Map of State Attorney General Settlements |
| Exhibit "U-1" | DOJ Settlements                           |
| Exhibit "V"   | Backup to Exhibits "T" and "U"            |
| Exhibit "W"   | Defendant Liability Evidence              |
| Exhibit "W 1" | Abbott Liability Evidence                 |
| Exhibit "W 2" | Aventis Liability Evidence                |
| Exhibit "W 3" | Bayer Liability Evidence                  |
| Exhibit "W 4" | Baxter Liability Evidence                 |
| Exhibit "W 5" | Dey Liability Evidence                    |
| Exhibit "W 6" | Pharmacia Liability Evidence              |

**Category V: Scope of Track II Claims and Release**

| Exhibit " X" | Eligard Information |
|--------------|---------------------|
| Exhibit "Y " | Trelstar Information |
| Exhibit "Z"  | August 6, 2008 Defendants' Brief Regarding Plaintiff's Proposed Order of Dismissal and Related Motion for Partial Reconsideration of Ruling Dated March 19, 2008, filed in Superior Court of the State of Arizona, CV2002-004988 |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 24th day of April, 2009.

By: _____
Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, LLC**
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Counsel for Named Consumer Plaintiffs, Rev. David Aaronson, individually and on behalf of the Estate of Susan Ruth Aaronson, M. Joyce Howe, individually and on behalf of the Estate of Robert Howe, Larry Young, individually and on behalf of the Estate of Patricia Young, Therese Shepley, individually and on behalf of the Estate of James Shepley, Harold Carter, Roger Clark, on behalf of the Estate of David Clark, Ethel Walters, individually and on behalf of the Estate of Hunter Walters, Katie Bean, individually and on behalf of the Estate of Harold Bean, James Monk, Virginia Newell, individually and on behalf of the Estate of William Newell, Oral Roots, Rebecca Hopkins and George Baker Thomson*

Subscribed and Sworn to before me this **24th** day of **April**, 2009.

_____
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
KAREN L. SZAJDECKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 21, 2011

4

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on April 24, 2009, I filed the foregoing Affidavit in Support of Evidentiary Submission for Track Two Fairness Hearing, and exhibits thereto, with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr.
**THE HAVILAND LAW FIRM, LLC**
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400