# EXHIBIT H

0001
1      IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MASSACHUSETTS
3    ------------------------------x
4   IN RE: PHARMACEUTICAL INDUSTRY ) MDL No. 1456
5   AVERAGE WHOLESALE PRICE        )
6   LITIGATION,              ) CIVIL ACTION:
7   _____) 01-CV-12257-PBS
8                      ) Judge Patti B. Saris
9   THIS DOCUMENT RELATES TO      )
10  ALL CLASS ACTIONS,        ) HIGHLY CONFIDENTIAL
11   ------------------------------x FILED UNDER SEAL
12          D E P O S I T I O N
13  The deposition of ORAL RAY ROOTS, JR., taken on
14  behalf of the Defendants Pfizer Inc. and Pharmacia
15  Corporation pursuant to the Federal Rules of Civil
16  Procedure before:
17          SUSAN K. ORTH-NEVIL, C.S.R.
18  a Certified Shorthand Reporter of Kansas, at
19  Conference Room No. 4, 225 North Market, Wichita,
20  Sedgwick County, Kansas, on the 23rd day of March,
21  2006, at 9:14 a.m.
22
0002
1        A P P E A R A N C E S
2
3   PLAINTIFF ORAL RAY ROOTS, JR.:
4
5     Mr. Patrick Howard, Esq.
6    SPECTOR ROSEMAN & KODROFF, PC
7    1818 Market Street
8    Suite 2500
9    Philadelphia, Pennsylvania 19103
10    215-496-0300
11    phoward@srk-law.com
12
13  DEFENDANTS PFIZER INC. and PHARMACIA CORPORATION:
14
15    Mr. Scott A. Stempel, Esq.
16   MORGAN, LEWIS & BOCKIUS LLP
17    1111 Pennsylvania Avenue, NW
18    Washington, DC  20004
19    202-739-5211
20    sstempel@morganlewis.com
21
22   (CONTINUED)
0003
1      A P P E A R A N C E S  (CONTINUED)
2
3   DEFENDANTS SCHERING-PLOUGH & WARRICK PHARMACEUTICALS:
4
5     Mr. Adam Wright, Esq.
6      (via telephone)

7   ROPES & GRAY LLP
8   One International Place
9   Boston, Massachusetts  02110-2624
10    617-951-7956
11    adam.wright@ropesgray.com
12
13  DEFENDANT ABBOTT LABORATORIES:
14
15    Ms. Tara A. Fumerton, Esq.
16      (via telephone)
17    JONES DAY
18    77 West Wacker Drive
19    Chicago, Illinois  60601-1692
20    312-269-4335
21    tfumerton@jonesday.com
22  (CONTINUED)
0004
1       A P P E A R A N C E S  (CONTINUED)
2
3   DEFENDANT DEY, INC.:
4
5    Mr. Philip D. Robben, Esq.
6      (via telephone)
7    KELLEY, DRYE & WARREN, LLP
8    101 Park Avenue
9    New York, New York  10178-0002
10    212-808-7726
11    probben@kelleydrye.com
12
13
14
15
16
17
18
19
20
21
22
0005
1          I N D E X
2   ORAL RAY ROOTS, JR.                PAGE
3    Direct Examination by Mr. Stempel.............. 006
4    Cross-Examination by Mr. Robben................ 163
5    Cross-Examination by Mr. Wright................ 165
6    Cross-Examination by Mr. Howard................ 167
7
8          E X H I B I T S
9   NUMBER          DESCRIPTION             PAGE
10  Exhibit Roots 001, Prescription List for Ray..... 057
11  Exhibit Roots 002, Fourth Amended Master
12            Consolidated Class Action
13            Complaint.................... 095
14  Exhibit Roots 003, ROOTS 0001 to 0007........... 134

15 Exhibit Roots 004, ROOTS 0008 to 0136............ 134
16
17   REPORTER'S CERTIFICATE........................... 174
18
19
20
21
22
0006
1          ORAL RAY ROOTS, JR.,
2 having been first duly sworn on his oath to state
3 the truth, the whole truth, and nothing but the
4 truth, testifies as follows:
5
6          DIRECT EXAMINATION
7 BY MR. STEMPEL:
8    Q.  Good morning, Mr. Roots.
9    A.  Good morning, sir.
10    Q.  Would you state your name for the record,
11 your full name, please.
12    A.  Oral Ray Roots, Junior.
13    Q.  Sir, my name is Scott Stempel.  We just
14 met a few moments ago.  I represent Pfizer and
15 Pharmacia in this litigation.  I'm here asking
16 questions on behalf of a number of other
17 pharmaceutical companies as well. Have you ever been
18 deposed before?
19    A.  In what?
20    Q.  Have you ever had your deposition taken?
21    A.  No.  No.  This is a new ball game.
22    Q.  Let me explain how this is going to work.
0007
1 I'm going to ask questions.  I'm going to try to
2 take my time and be clear.  If there's anything at
3 all that you don't understand, you just tell me.
4    A.  Okay.
5    Q.  If you answer the question, I'll assume
6 that you understood it, okay, but I'm happy to
7 clarify.  Sometimes your counsel, Mr. Howard, may
8 object; you want to give him a chance to object.  I
9 tend to ask okay questions but once in a while I get
10 twisted up and he'll object and then I'll ask the
11 question differently.  It is not my intention to ask
12 questions that require you to disclose any
13 communications you've had with your counsel in which
14 you were seeking legal advice or to get you to tell
15 me what legal advice you've gotten, so if I
16 inadvertently ask a question and it requires you to
17 discuss communications you've had with your lawyers,
18 then don't answer the question, and he may object
19 and either instruct you not to answer if I've done
20 that inadvertently or he may need to talk to you to
21 make sure what you can or can't say, okay?
22          As you know, this case is about

0008
1   prescription drugs that you've been treated with and
2   it necessarily requires that we go into a little bit
3   about your treatment but it is not my intention to
4   try to ask any questions that would make you
5   uncomfortable and to go into any detail about your
6   medical history, so I just want to make that clear.
7   So if there are questions that make you
8   uncomfortable, you just let me know, okay?
9       A.   Okay.
10      Q.   You have to answer all the questions
11   verbally because this young lady has to take that
12   down.
13      A.   I understand.
14      Q.   And let me finish the question before you
15   start answering.  Sometimes -- I'm a slow talker as
16   a Midwestern, so sometimes you may know what the
17   question is going to be before I finish but just let
18   me finish.
19          If you need a break at anytime, just let
20   me know and we'll take a break.  The only time we
21   really can't take a break if there's a question
22   that's pending but if you would finish the answer
0009
1   then we can take the break.  Mr. Howard will tell me
2   if he needs a break.  My back will probably give out
3   before everybody else.
4          So let's start, tell me a little bit about
5   yourself, where were you born?
6       A.   Hardtner, Kansas.  That's about 100 miles
7   southwest of here.
8       Q.   Okay.
9       A.   In 1923, October the 14th.
10      Q.   Have you lived in Kansas your whole life?
11      A.   No.
12      Q.   Can you sort of trace me through places
13   you've lived?
14      A.   I came to Wichita in about somewhere
15   around 1940.  And I finally got a job at Beechcraft
16   and then I went into the service in '43 and I was in
17   England and France and Trinidad and Puerto Rico and
18   then back to home.  I was inducted up here at Fort
19   Leavenworth.
20      Q.   In the army?
21      A.   Army air force.
22      Q.   Other than your time in the military, have
0010
1   you lived in Kansas?
2       A.   Okay.  In about 1947 I went to Fort Worth
3   and worked for Convair for about three or four
4   years, somewhere like that.  And then I came back
5   and went to work at Boeing in 1951, I think it was
6   April.
7       Q.   Back here in Wichita?

8      A.  Uh-huh.
9      Q.  Did you stay employed with Boeing until
10  retirement?
11      A.  For about 35 years -- 34 and six months.
12  34 years and six months.
13      Q.  So that would be 1985 or '86?
14      A.  I retired February of '86.
15      Q.  Okay.
16      A.  Now -- excuse me.  But you asked where
17  else I'd been.  Other than Fort Worth in the service
18  I went to Wichita Falls, Texas, Kenvil, New Jersey,
19  and then England and then France.
20      Q.  Okay.  So Wichita Falls and New Jersey
21  were while you were in the service?
22      A.  Huh?
0011
1      Q.  When you were in New Jersey --
2      A.  That was port of deportation; I was just
3  there for a few days to load and board a ship.
4      Q.  Have you ever been to Massachusetts?
5      A.  Yes.  Working for Boeing I went to
6  Westover Air Force Base for about a year and a half.
7      Q.  Okay.  When was that?
8      A.  In 1960.  I think I went up there in 1960.
9  And I came back, oh, probably in '62.  I was there
10  at least a year and a half or two years.
11      Q.  Okay.  Have you been back since to
12  Massachusetts?
13      A.  No.  Boeing sent me to New York State or
14  Rome Air Force Base one time for six weeks and then
15  upstate Michigan for about six weeks.  I've traveled
16  on most of the SAC air force bases taking crews,
17  doing PC -- doing modification on B-52.  I've hit
18  most of them and I've hit Guam for Boeing.  I've hit
19  Canada for Boeing.
20      Q.  So you're very well traveled?
21      A.  Quite a bit.  Quite a bit.
22      Q.  Since you've retired, have you been living
0012
1  in Wichita?
2      A.  Yes.  I've done a lot of traveling with my
3  travel trailer but it's over with.  My wife had a
4  stroke and we can't do any traveling anymore.
5      Q.  I see.  There are a couple of details I
6  need to cover so bear with me for a minute before we
7  --
8      A.  That's fine.
9      Q.  -- move on.  I need to know if you're
10  currently taking any medication that might in any
11  way interfere with your ability to answer questions
12  truthfully?
13      A.  I'm taking plenty of medication but I
14  don't think it's impairing me any.
15      Q.  Okay.  And the medication is to treat

16  what?
17      A.  Mostly my heart and acid reflux disease.
18  I haven't had a shot for my prostate cancer --
19      Q.  We'll get to that.
20         MR. HOWARD:  It's okay.  Just what you
21  took today.
22      A.  Oh.
0013
1       Q.  Sometimes there are witnesses that are --
2   they're taking drugs that might affect their mental
3   faculties but I have to say, you seem to me
4   extremely clear, so I was suspecting that was the
5   answer.
6          Now, did you talk to anybody to prepare
7   for this deposition?
8       A.  Well, I talked to Patrick for a couple of
9   hours yesterday.
10      Q.  Okay.  And other than that, did you talk
11  to anybody?
12      A.  No.
13      Q.  Okay.  You said a couple of hours you met
14  with him?
15      A.  Yeah.
16      Q.  Was anybody else present?
17      A.  No.  Not really.
18      Q.  Okay.
19      A.  My wife was in the house but she wasn't
20  there listening to what we was saying.
21      Q.  Okay.  Did you talk to anybody about this
22  -- the deposition we're having today other than,
0014
1   say, your wife?
2       A.  No.
3       Q.  Okay.  Did you review some documents with
4   Mr. Howard?
5       A.  I reviewed the deposition -- the --
6       Q.  Deposition notice?
7       A.  Well, the Complaint.
8       Q.  The Complaint, okay.
9       A.  Yeah.
10      Q.  When was the first time you saw that
11  Complaint?
12      A.  Well, I got started in this about
13  September of '05 and then I got this main Complaint
14  about first of March.  Sometime around the first of
15  March.  When I saw the stack of the Complaint was
16  the first of March.
17      Q.  Okay.  Now, you mentioned you got started
18  in this in September '05.  How did you get started
19  in this?
20      A.  Well, I had heard something about the --
21  the class action suit that was being involved and
22  there was a phone number and I believe -- don't
0015

1  quote me on this but I believe I called and give
2  them my name.  I may have did it on the Internet.  I
3  don't know.
4      Q.  Okay.
5      A.  I don't remember for sure.
6      Q.  Do you remember how you heard about it?
7      A.  Well, it was on the TV.
8      Q.  Okay.
9      A.  That's where it first started.
10     Q.  And prior to -- well, let me back up.
11         Do you recall the first lawyer you spoke
12  to?  Just the name of the lawyer or the law firm.
13     A.  Well, this -- somebody in this Spector
14  group.  I don't remember his name.
15     Q.  Just to be clear, it's very confusing but
16  there are two firms that both happen to be in
17  Philadelphia and both have the name Spector in it.
18     A.  Oh.
19     Q.  There's a firm called Kline & Specter and
20  there's a Mr. Haviland there.  Does that ring a
21  bell?
22     A.  I think I remember a Haviland.
0016
1      Q.  Okay.  You think you spoke to Mr.
2  Haviland?
3      A.  I believe so.
4      Q.  Okay.
5      A.  Am I right?  Was that the guy I talked to?
6      MR. HOWARD:  Yeah.
7      A.  I think it was.
8      Q.  Okay.  We'll get to that but there are a
9  bunch of different law firms working together.
10     A.  Oh.
11     Q.  Did you have any previous relationship
12  with Mr. Haviland or his firm?
13     A.  No.
14         I'm sorry, I shook my head.
15     Q.  Other than the big Complaint that you
16  reviewed yesterday, did you review any other
17  documents?
18     MR. HOWARD:  Well, objection to the extent
19  that I showed him documents that would be work
20  product and attorney-client so I'm going to instruct
21  him not to answer that.
22     Q.  Did any of the lawyers representing you
0017
1  ask to look for documents?
2      MR. HOWARD:  Well, I think -- again,
3  object.  Anything that he was instructed to do by
4  the lawyers again would be work product, attorney-
5  client privilege communication.
6      MR. STEMPEL:  Not in response -- I'm just
7  trying to find out -- you had an obligation to
8  produce documents so I just want to explore --

9      MR. HOWARD:  Sure.

10        MR. STEMPEL: -- when he learned of the

11  obligation and what he did.

12        MR. HOWARD:  How about if he looked for

13  any documents?

14  BY MR. STEMPEL:

15     Q.  So was -- did your lawyers at some point

16  in time ask you to look for documents?

17     A.  No.  No.

18     Q.  Did they ever ask you to look for any

19  insurance records?

20     A.  No.

21     Q.  Did they ask you to look for any canceled

22  checks or other evidence of payment for drugs?

0018

1      A.  No.

2      Q.  And did they ask you to look for any

3  documents you may have received from the Medicare,

4  Federal Medicare agency?

5      A.  No.

6      Q.  Did they ask you to look for documents you

7  may have received from any medical providers that

8  treated you?

9      A.  No.

10     Q.  Okay.  And have you at anytime looked for

11  documents like that?

12     A.  No.

13     Q.  Let's just walk through, do you have

14  records at home from the medical providers that have

15  treated you, copies of any documents?

16     A.  I've got -- I've got in my Quicken

17  program, I've got where I've paid different doctors

18  or different hospitals that I could print out.  And

19  I've got -- I've got a list of my medication and my

20  prostate cancer PSA.

21     Q.  Okay.  Do you have any -- do you receive

22  any documents from the Medicare agency from time to

0019

1  time?

2      A.  No.  Just the slip where they paid a

3  doctor's bill or something that I get.

4      Q.  Do you save those?

5      A.  I save them for that year and then I get

6  rid of them.

7      Q.  Okay.  So you --

8      A.  I file my medical expenses on my income

9  tax.

10     Q.  Do you have at home copies of the past

11  years?

12     A.  I've got some.  Might go back four, five

13  years --

14     Q.  Okay.

15     A.  -- but I'd have to hunt them.

16     Q.  Do you keep records from -- let's back up.

17   Do you have some form of supplemental insurance?
18      A.  I have Aetna.
19      Q.  Do you have records from Aetna?
20      A.  Not -- same way as I said on my Medicare
21   records, I save it so I can file my -- take a
22   medical deduction every year --
0020
1       Q.  Okay.
2       A.  -- on my income taxes.
3       Q.  So you think you might have some records?
4       A.  Some.  But I couldn't tell you which one
5    I'd have.
6       Q.  Okay.  I'm just trying to find out what
7    might be there.  Do you keep canceled checks?
8       A.  For about five years.  I think that's all
9    they, the government, says you have to keep them
10   anymore is five years I believe.
11      Q.  Some banks don't even send them to you.
12      A.  They don't.  This here new bank deal where
13   they can transmit something and then deduct it from
14   your bank account and you don't ever see a check.
15   They don't give them back to you, a lot of them.  I
16   don't care for that system but --
17      Q.  I'm with you.
18          Well, for the record, this is not for you,
19   this is for your lawyer, we would like to see any
20   and all documents that in any way relate to the
21   payment of any drugs at issue in the case, the
22   provision of related services, reimbursement.
0021
1          MR. HOWARD:  Absolutely.  Yes.
2       Q.  What is your current address, sir?
3       A.  2740 Pattie Street, Wichita, Kansas 67216.
4       Q.  How long have you lived there?
5       A.  I bought that house in '72.
6       Q.  Wow.  So by my calculations, the mortgage
7    is probably paid off?
8       A.  I tell you what I did, I paid 25 percent
9    down when I bought that house and I paid $1,000
10   extra every year and I had it paid off in nine
11   years.
12      Q.  Wow.
13      A.  And that's a fact.
14      Q.  I bet you sleep very well at night.
15      A.  You bet.
16      Q.  So you mentioned you lived in
17   Massachusetts in 1960 for about a year and a half?
18      A.  Yeah.
19      Q.  And have not lived there at anytime since
20   then?
21      A.  No.
22      Q.  And have you visited Massachusetts since,
0022
1    let's say, 1991?

2    A.  No.
3    Q.  So you've never received medical
4  attention, medical care in Massachusetts?
5    A.  No.
6    Q.  And you never purchased any medication in
7  Massachusetts?
8    A.  No.
9    Q.  And do you own any property in
10  Massachusetts?
11    A.  No.
12    Q.  Let's go back to your employment and let's
13  just start with -- let's only talk about Boeing.
14    A.  All right.
15    Q.  That's where you spent most of your time.
16  What did you do for Boeing?
17    A.  Well, I started out as a modification
18  mechanic and about two and a half years later I made
19  crew chief and then my next step was first level
20  supervisor and I stayed that level most of my -- not
21  always, but -- because I give it back to them once.
22  And then they gave it back to me again.  But I was
0023
1  in supervision most of my time at Boeing.  And then
2  --
3    Q.  Were you supervising other mechanics?
4    A.  Yes.
5    Q.  I'm sorry, go ahead.
6    A.  I worked on what they called the change
7  board.  That's where they're working on trying to
8  get new projects or new business and they have
9  everybody from manufacturing all the way around the
10  horn, what can you do, your part of the job and how
11  much time and everything.  And I'd get that
12  information from our estimators and present it to
13  the change board.
14    Q.  Now, was this a particular division or
15  subsidiary of Boeing you worked for?
16    A.  It was Wichita Division at Boeing.
17    Q.  Did the Wichita Division focus on a
18  particular type of product, military or commercial?
19    A.  Well, started out we built all the B-47s,
20  and then the B-52s we built, and after the B-52s
21  they started building sections of the commercial
22  airplanes and just recently the Commercial Division
0024
1  of Boeing Wichita was sold to Spirit Aircraft.  It's
2  a company out of Canada.  And they're building the
3  Boeing sections that goes to Seattle, the nose
4  section, 747, 767, 757, 737.  They built a whole
5  fuselage of the 737 and then struts and, oh,
6  different kinds of things.  But Spear is doing that
7  now -- or Spirit.
8    Q.  Okay.  So did you work on -- did you work
9  on B-47s?

10    A.  Yes.
11    Q.  And B-52s?
12    A.  Yes.
13    Q.  And commercial pieces of commercial
14  planes?
15    A.  Yes.
16    Q.  When you retired, what was the position
17  you held?
18    A.  I was on special assignment to the
19  modification manager doing his things that he wanted
20  me to check for him, the modification program
21  manager for Wichita.  I was assigned strictly for
22  whatever he wanted me to do.  I wrote a lot of
0025
1  memos.
2    Q.  And did you retire -- if I'm doing my math
3  correctly, you were 63 when you retired?
4    A.  About that, yeah.  Well, I had my 62nd
5  birthday in October and I retired the following
6  February.  So I was actually 62 when I retired and a
7  few months.
8    Q.  And at the time you retired did Boeing
9  provide health insurance, continuation of health
10  insurance as one of your retirement benefits?
11    A.  Well, yeah.  I had to pay the premium.
12    Q.  Okay.
13    A.  I have Boeing Aetna supplemental
14  insurance.
15    Q.  Today.  I want to focus on -- back in 1986
16  when you retired.
17    A.  I think they -- I think they still paid it
18  until I went on Medicare, I believe.
19    Q.  That's what I was trying to find out.
20    A.  I think that's right.  But I'm a little
21  vague on that for sure, whether I had to pay.  I
22  don't think I paid anything.  But after I retired, I
0026
1  got the Boeing Aetna supplemental and then I paid
2  and I'm paying pretty high now.  Takes about half my
3  Boeing retirement check to pay it.
4    Q.  To pay the --
5    A.  Supplemental.
6    Q.  -- supplemental insurance?
7        Let's go back for a moment to '86.  Did
8  Boeing provide health insurance while you were an
9  employee?
10    A.  Yes.
11    Q.  And was that another provider back then?
12    A.  It was Aetna.  Yes.
13    Q.  And then when you retired, you continued
14  with Aetna as your primary insurer; is that right?
15    A.  That's right.
16    Q.  And then when you turned 65, did you
17  enroll in the Medicare program?

18    A.  Yes.
19    Q.  And you paid premiums to the Medicare
20  program?
21    A.  Well, they take it out of your social
22  security or -- I mean -- yeah.
0027
1    Q.  Right.  And then at that time you
2  converted your Aetna policy to a supplemental
3  policy?
4    A.  Yes.
5    Q.  Okay.
6    A.  Covers I and my wife both.
7    Q.  I meant to ask, did your wife work?
8    A.  She worked at Boeing for about ten years
9  but she didn't work there long enough to gain the
10  insurance so she's covered on mine.
11    Q.  I take it from your work history that the
12  only time you worked for any federal, state or local
13  government entity was when you were in the military;
14  is that correct?
15    A.  That's right.
16    Q.  And when did you leave employment with the
17  military?
18    A.  Thanksgiving Day, 1945, I retired; that
19  was the 25th day of November.  I retired from -- and
20  I think I went in the service March, I think March
21  of '43.
22    Q.  I should have asked this:  Were you a
0028
1  mechanic in the service?
2    A.  I was a glider mechanic.
3    Q.  A glider mechanic?
4    A.  Yes.
5    Q.  What did that entail?
6    A.  Well, it keeps the glider to where it will
7  fly when it's been towed with an airplane or when
8  it's cut loose from an airplane.  And I flew in a
9  glider across the Channel over to France and then
10  when Bastogne hit, we was given a raise to the 101st
11  Airborn Division for their flight pay and training
12  purposes. And I was there about three days, I think,
13  or better, and one morning I went out there and I
14  got up, I ate and I went out and got in my Jeep and
15  pulled a glider up to the ready line to get ready
16  for the flights for the day and I decided I wanted
17  another cup of coffee so I drove back to the
18  kitchen, and it was gone, the 101st Airborn Division
19  was moving out.  And I went up there and I asked
20  this boy what's going on.  He said, we're leaving, I
21  think we get to go home. If you remember, their
22  commanding general is in the states trying to get
0029
1  them transportation home.  Well, they went to
2  Bastogne, a lot of them didn't get to go home.

3   That's a fact.  A lot of them died in that cold,
4   miserable weather.  But anyway, when they -- when
5   they left --
6         MR. HOWARD:  Let him ask you questions.
7       A.  Oh, okay.
8       Q.  So since Thanksgiving Day 1945 you've not
9   been employed with any government entity?
10      A.  No.
11      Q.  Have you ever been a party to a lawsuit?
12      A.  No.
13      Q.  So this is the first time?
14      A.  (Witness nods head.)
15      Q.  Okay.  Let's talk a little bit about
16  Medicare.  You mentioned that you enrolled in
17  Medicare -- I'm going to see if I can do the math
18  here -- that would have been around 1988 when you
19  turned 65?
20      A.  Sounds about right.
21      Q.  Did Medicare ever decline coverage for
22  you?
0030
1       A.  No.
2       Q.  Did you ever -- since that time did you
3   ever drop out of Medicare?
4       A.  No.
5       Q.  Was your coverage ever terminated or
6   canceled?
7       A.  No.
8       Q.  And since -- at all times since 1991,
9   which is after you enrolled, has Medicare been your
10  primary insurance --
11      A.  Yes.
12      Q.  -- health insurance?
13      A.  Yes.
14      Q.  Now, what type of Medicare coverage do you
15  have?  You know there are different parts?
16      A.  It's A and B.
17      Q.  So you're enrolled in A and B?
18      A.  Yes.  I think I got my card.  There
19  (indicating).
20      Q.  It says that the effective date was
21  October 1, 1988.  So I take it that is when you
22  officially enrolled?
0031
1       A.  Yeah.  I would assume so, yeah.
2       Q.  Now, do you know what Part A covers?
3       A.  Well, all your hospital, medical
4   insurance.
5       Q.  Do you know what Part B covers?
6       A.  No.  I never see it on there even.  Not
7   really.  I don't.
8       Q.  Are you familiar with a Managed Care
9   option under Medicare?
10      A.  No.

11    Q.   Did you receive publications about the
12  Medicare program from the government?
13    A.   Well, I think I have from time to time but
14  I don't remember.
15    Q.   Do you know if the government sends you an
16  annual booklet describing --
17    A.   Yeah.  Yeah.  I get that booklet every
18  year.
19    Q.   Do you think you still have any copies of
20  any of them?
21    A.   I got a copy of it still.
22        MR. STEMPEL:  Okay.  I'll also make a
0032
1  request.
2  BY MR. STEMPEL:
3    Q.   And you mentioned that your premium to
4  Medicare is deducted from social security; is that
5  right?
6    A.   Uh-huh.
7        MR. HOWARD:  You have to say yes.
8    A.  I'm sorry.
9    Q.   And you would pay this premium regardless
10  of whether you received any medical care for a given
11  year, right, because it's an insurance --
12    A.   Sure.  Sure, I would.  Yes.
13    Q.   Do you know if there's a deductible that's
14  part of the insurance, the Medicare insurance?
15    A.   Yeah, there's a deductible.
16    Q.   Do you know how much?
17    A.   I think it's $200 a year, I think that's
18  right.
19    Q.   Do you know if the deductible applies just
20  to physician services or hospital or drugs or all?
21    A.   I thought it applied to everything.
22    Q.   Do you know what the term co-pay means?
0033
1    A.   That's -- the co-pay is what you have to
2  pay.  I think that's right.
3    Q.   Do you have a co-pay with Medicare?
4    A.   Well, Medicare pays I think about 80
5  percent of whatever the bill is, then Aetna takes
6  over and they pay 80 percent of that 20 and then I
7  pay what's left.
8    Q.   Are you familiar with the term co-
9  insurance under Medicare?
10    A.   Not particularly.  Unless Aetna is a co-
11  insurance to Medicare.  I don't know.  But it's
12  always -- I always called it supplemental.
13    Q.   Now, from let's -- I guess from October
14  1988 when you enrolled in Medicare until today, have
15  you always had your supplemental insurance with
16  Aetna?
17    A.   Yes.
18    Q.   Did you consider changing insurance

19  carriers for your supplemental?
20      A.  Well, I've considered it when it got --
21  premium got so high, but then I decided I might
22  better not.  I believe I better stay right where I'm
0034
 1  at.
 2      Q.  Why did you decide to choose Aetna for
 3  supplemental insurance to begin with?
 4      A.  Boeing assigned it to me.
 5      Q.  Okay.  When you say Boeing assigned it to
 6  you, was that --
 7      A.  See, I had Aetna as a supervisor and you
 8  don't get Aetna unless you was in management.
 9      Q.  Okay.  And as part -- was Aetna the
10  insurance provider as part of some retirement
11  benefit as well?
12      A.  Well, I don't really know.  Boeing says
13  they supplement that for us but I can't see where
14  they're saving me much money because I'm paying over
15  $500 for I and my wife's supplemental insurance.
16      Q.  Every month?
17      A.  Every month.  So that's pretty expensive
18  insurance.  And -- well --
19      Q.  And that payment you're making out of your
20  retirement income?
21      A.  It comes out of my Boeing retirement check
22  before I get my retirement check.
0035
 1      Q.  Do you ever consider in thinking about
 2  your supplemental insurance how your insurer
 3  reimburses for medication; was that ever an issue in
 4  making a decision to stick with Aetna or go with
 5  some other insurer?
 6      A.  No, it wasn't.  I just took it on faith I
 7  guess.
 8      Q.  Now, when you said Aetna covers 80 percent
 9  of the 20 percent that Medicare does not, is that
10  for all services?
11      A.  Well, basically.  They also take care of
12  my 80 percent of my prescriptions.  I got to save up
13  the cost of my prescriptions and send it in every
14  year.  Now, that has changed.  Aetna has got a mail
15  order deal now and they say it's at a reduced cost
16  to you and you don't get to get any of that back.
17      Q.  When you say you don't get to get any of
18  that back, you mean --
19      A.  What they charge is what you pay for your
20  medicine.
21      Q.  So you haven't seen any reduction in the
22  cost of your medicines since they changed to this
0036
 1  mail order?
 2      A.  Well, it -- it's cheaper than if you go up
 3  here to the local drugstore.

4    Q.  Okay.
5    A.  It's quite a bit cheaper.  The drug -- the
6  drugstores are a lot higher than what Aetna is.  And
7  I don't know whether it will help you any or not,
8  whether I can say this, but I also get some of my
9  medication from the VA.
10    Q.  Okay.  I was going to get to that but
11  let's talk about that now; how does that work?
12    A.  Well, they charge you -- I think it's --
13  this year it's $8 for a 30-day supply of medication
14  no matter what it is and so a 90-day supply would be
15  $24.
16    Q.  That's for any drug?
17    A.  Any drug.
18    Q.  How did you manage to be able to use the
19  VA for this?
20    A.  Well, I have a 30 percent disability and
21  the -- when I go out to the doctor, if the doctor
22  notes what I'm using and she'll order it for me.
0037
1    Q.  Are you able to do this because you're a
2  veteran?
3    A.  Yes.
4    Q.  Did you have to sign up for some program
5  also?
6    A.  Oh, yeah, I signed up for it.  But I --
7  I've had 10 percent disability ever since I got out
8  of the service and now I think it was two years ago
9  they increased it to 30 percent.
10    Q.  When you say you had 10 percent disability
11  and now it's been increased to 30 percent
12  disability, what do you mean?
13    A.  Well, that's how much disability you have
14  versus 10 percent over basis.  Over 100, if you was
15  100 percent disabled, you'd be nothing probably but
16  10 percent you can still do things.  And my -- I got
17  -- my feet broke down when I was in the service and
18  they give me the 10 percent disability when I got
19  out of the service.
20    Q.  So this is a benefit that the VA provides?
21    A.  Yes.
22    Q.  It includes medical care?
0038
1    A.  On -- well, it -- of course, if they do
2  anything medical, they charge Aetna, my insurance
3  company, for it.  If it's service connected, it's
4  free.
5    Q.  Okay.  When you say if they do anything
6  medical, who are "they"?
7    A.  The doctors, the doctors at the VA.  I had
8  an acid reflux problem and they checked that out one
9  day, didn't cost me anything but they billed Aetna
10  for it.
11    Q.  I see.  So are you able to see doctors at

12   the VA for any medical condition?
13       A.  Well, up to a point.  They won't do
14   anything with your -- with your hearing, I
15   understand.  Well, I get -- I get my eyes checked
16   out at the VA and they give me a new pair of
17   glasses.
18       Q.  Just to jump ahead a little bit.  It's
19   true, is it not, that you've been treated for
20   prostate cancer?
21       A.  That's true.
22       Q.  Did you get treated at the VA?
0039
1       A.  No.
2        Q.  Could you have?
3        A.  I didn't -- if I could, I didn't realize
4    it at the time.  I wasn't going out to the VA for
5    medical at that time.  I went to local doctors.
6        Q.  When did you start getting treated with
7    doctors at the VA?
8        A.  I don't remember for sure.  But I believe
9    it was about five or six years ago.
10       Q.  Have you ever --
11       A.  Somebody told me about the VA and said,
12   well, heck, you ought to go out there and get your
13   medication, it's cheaper.  So most of my medication
14   that I'm getting now is VA but not all of it.  Some
15   things VA don't handle but I get it through Aetna
16   then.  And my wife gets all of her medication
17   through Aetna.
18       Q.  What does VA not handle?
19       A.  Well, I don't know what they don't handle.
20   But I know I asked them about giving me some V-Y-T-
21   O-R-I-N, that's a cholesterol pill, and they said we
22   don't have that.
0040
1        Q.  Okay.
2        A.  So -- but I get Plavix out there,
3    Atenolol, Imdur -- let's see.
4        Q.  Are you reading from a list of drugs?
5        MR. HOWARD:  Yeah.  You can show it to
6    them.
7        MR. STEMPEL:  At a break would it be okay
8    if we just made a copy?
9        MR. HOWARD:  I thought he would get to it
10   later, but -- it's just his providers,
11   prescriptions.
12   BY MR. STEMPEL:
13       Q.  Does the VA provide Lupron?
14       A.  I don't know.  I've never approached them
15   on it.
16       Q.  Have you ever had a doctor administer a
17   drug for you, a VA doctor administer a drug for you;
18   in other words, an injection?
19       A.  No.  All I've gotten from doctors at the

20  VA is a prescription for some pills.
21      Q.  Has the VA provided you your Albuterol
22  inhaler?
0041
1      A.  No.
2      Q.  Who's Dr. Brake?
3      A.  That's a VA doctor.
4      Q.  Okay.  So Dr. Brake prescribed the
5  Albuterol inhaler, is that what that reflects?
6      A.  Yeah.  That implies that.  But she took my
7  list and the doctor that prescribed it to me and
8  apparently they must have ordered some for me or I
9  wouldn't have put her name there.
10     Q.  "She" is Dr. Brake?
11     A.  Yeah.
12     Q.  If the VA orders the drugs for you, do you
13  pay anything for them?
14     A.  Oh, yeah.  Yeah.  A 30-day supply is $8.
15     Q.  You pay a fixed amount?
16     A.  A fixed amount.
17     Q.  So if the drug costs $10 to the VA or if
18  it costs $4 to the VA, in either case you still pay
19  $8?
20     A.  That's the way I understand it.
21     Q.  Is Dr. Bledsoe also with the VA?
22     A.  No.  That's a family doctor.
0042
1      Q.  Dr. Melean?
2      A.  Melean, he is my cardiologist.  He's been
3  inside my heart with that heart probe a dozen times.
4      Q.  He's -- he's performed a catheretization?
5      A.  Uh-huh.
6      Q.  And is he employed by the VA?
7      A.  No.
8      Q.  Is Dr. Zakharia --
9      A.  Zakharia.  He's the prostate cancer
10  doctor.
11     Q.  Is he employed by the VA?
12     A.  No.
13         MR. HOWARD:  Are you okay?
14     A.  Yeah.
15         MR. HOWARD:  You let us know if you want
16  to take a break.
17     Q.  Make sure you don't lose that.
18     A.  That there down there is the list of my --
19  of my PSA.  From the time I first got it I kept
20  track of it.
21     Q.  The low number is a good number?
22     A.  You bet.
0043
1      Q.  And since looks like 19- -- well, '98,
2  it's been a low number.
3      A.  Okay.  Well -- I ain't supposed to say
4  anything.

5          MR. HOWARD:  He'll ask you questions.
6      Q.  Have you ever asked anybody at the VA if
7  they could treat you for -- provide injections for
8  prostate --
9      A.  No, I have not.  No, sir.  No.
10     Q.  Like I said, I'm a slow talker from the
11  Midwest.
12          All right.  Let's -- do you have to pay
13  any kind of an insurance premium to the VA or is
14  this a benefit that's provided because you're a
15  veteran?
16     A.  Yes, that's a benefit of being a veteran.
17     Q.  So the government doesn't have the nerve
18  to charge you something for that?
19     A.  No.
20     Q.  That's good.
21     A.  Just the medication is charged.
22     Q.  At the flat rate?
0044
1      A.  And then when I see a doctor or anything
2  like that, they charge Aetna, they file a claim
3  against Aetna.  They told me the VA will not charge
4  Medicare.  They estimate what Medicare would have
5  paid and then charge Aetna the difference.
6      Q.  I see.
7      A.  They will not charge another government
8  agency.  That's what I was told.
9      Q.  Okay.  Just back to the Albuterol inhaler
10  for a second.  Do you recall what that is prescribed
11  for?
12     A.  Well, I started out for not asthma,
13  allergies, that's what I went to the doctor for,
14  because I was having problems, I thought with
15  allergies, and the longer I went to him, the more he
16  started giving me different kinds, Albuterol --
17     Q.  Advair?
18     A.  -- Advair.
19     Q.  Flonase?
20     A.  Yeah.  Flonase and Astelin.
21     Q.  And Claritin?
22     A.  Yeah.
0045
1      Q.  And this was the doctor at the VA who
2  prescribed this?
3      A.  Well, first it was Doctor -- medical
4  doctor for allergies and then when I started going
5  to the VA, they took -- kind of took it over.
6      Q.  I see.  And do you recall when you first
7  went to the VA?
8      A.  No.  I really don't.  Not offhand for
9  sure.
10     Q.  But you said it was about five years ago?
11     A.  Something like that.
12     Q.  And a friend of yours told you about this

13 benefit?
14     A.  Yeah.  A friend of mine told me, he said,
15 get your medicine out there, you can get it cheaper.
16 And that's what you're always trying to do is get
17 medication cheaper.
18     Q.  Right.  Okay.  Bear with me for a second.
19        Now, you mentioned your Aetna supplemental
20 insurance covers 80 percent of the 20 percent that
21 Medicare does not cover?
22     A.  Right.
0046
1     Q.  Are you billed by the medical provider for
2 the entire balance?
3     A.  Well, generally a doctor -- he charges and
4 then Medicare pays him and then Aetna pays them and
5 then he bills me for the difference all that's left.
6     Q.  And he'll bill you after he gets paid by
7 Medicare?
8     A.  Yeah.  Normally after he gets paid by
9 Medicare.
10     Q.  Are there times when he just won't bill
11 you because he's gotten enough compensation from
12 Medicare and Aetna?
13     A.  They generally bill me.  I don't care --
14 I've gotten bills for a dollar and a half. They'll
15 generally bill you.
16     Q.  So there's no flat co-pay with Aetna?
17     A.  No.
18     Q.  On prescription drugs it works the same
19 way?
20     A.  Yes.
21     Q.  Do you ever -- are you offered -- let's
22 back up.  Let's talk about for a moment pills. Are
0047
1 pills such as Vytorin covered by Medicare?
2     A.  I don't think so.
3        MR. HOWARD:  Well, I don't want you --
4 don't guess.  If you don't know, don't guess.
5     A.  I don't know really.
6        MR. HOWARD:  He doesn't want you guessing.
7     A.  I don't know.
8     Q.  Or Prilosec?
9     A.  I don't think so.  I don't know.
10     Q.  How do you pay for something like Plavix
11 or Vytorin; how does that work?
12     A.  Well, I order it from Aetna or VA,
13 depending on the case, and then they send me a bill
14 for it when I get the pill.
15     Q.  And do you -- I have just a couple of
16 questions and then we'll take a break.
17        Do you pay any kind of a flat payment for
18 the -- with the VA?  You mentioned you pay $8 for a
19 30-day supply?
20     A.  That's a flat payment.

21      MR. HOWARD:  I'm just going to object real
22  quick, Scott.  Are you putting a time frame?  Are
0048
1  you talking about now or a different time?
2      Q.  Let's talk about -- let's go back to prior
3  to the new Medicare Part D, which is something new
4  and has nothing to do with this case.  So let's say
5  three years ago, because -- I think the confusion
6  is, there's a new Medicare prescription drug program
7  and I don't want to be part of this.
8      A.  I'm not in it.  I'm not in it.
9      Q.  So for something like Plavix or Vytorin,
10  again, let's keep those in mind now, if you got
11  those -- if the VA had those, you pay $8 for a 30-
12  day supply?
13      A.  Yes, sir.
14      Q.  If you get it through the Aetna mail order
15  pharmacy, are you billed any kind of a flat payment
16  for a prescription?
17      A.  Well, Plavix, they charge me $30 for a 90-
18  day supply.  But each medicine might be different.
19  Depends on what they have to pay for it and what
20  they charge me.
21      Q.  If there's a generic version of the
22  medicine available, is it -- are you charged less
0049
1  for using the generic?
2      A.  Yes.  I'm saying yes.
3      Q.  Are there any examples that you can think
4  of where you've chosen to use a generic because it
5  was cheaper?
6      A.  Okay.  Prilosec versus Nexium.
7      Q.  Nexium, right, is a similar type
8  medication.
9      A.  It's the newer version.  They say it heals
10  your esophageal sac but I take the old, cheaper --
11  VA says it's just as good.
12      Q.  So if you were given a chance to get
13  something that was pretty much the same medicine but
14  it's cheaper because maybe it's generic, for
15  example, you would choose to get the cheaper
16  medicine?
17      MR. HOWARD:  Object to the form of the
18  question.
19      Q.  Is that correct?
20      A.  Well, I don't -- I don't really know but,
21  generally, the prescription written by the doctor,
22  he'll say brand name only or exchange medication.
0050
1      Q.  Have you ever asked your doctor if there's
2  a generic that you could take that might be cheaper?
3      A.  Yeah, uh-huh.  Yes, sir.
4      Q.  When you get billed after Medicare pays
5  and Aetna pays, how do you typically pay that bill?

6   A.  Write them a check, mail it to them.

7   Q.  Do you ever pay by credit card?

8   A.  No.  Doctor bills.

9   Q.  And that would include the charges for

10  prescription drugs?

11  A.  Yeah.  Yes.

12  Q.  And would the -- would you get a bill from

13  your physician that includes on the same bill both

14  the doctor charge and the charge for any drugs that

15  you may have received?

16  A.  No.  No.

17  Q.  Will they bill you separately for the

18  drugs?

19  A.  Well, the drugs don't normally come from

20  the doctor.  They come from medication --

21  Q.  I'm getting -- I've now -- I've confused

22  you and I apologize because we were talking about

0051

1   pills and I haven't yet gotten to those drugs that a

2   physician actually gives to you.

3   A.  Those the physician -- if it's a shot,

4   it's billed with his doctor's bill.

5   Q.  Okay.  I asked you before if you get an

6   annual booklet from Medicare, do you remember that?

7   A.  Yes.

8   Q.  Do you get -- have you ever received from

9   Aetna an explanation of the health insurance

10  benefits under your Aetna supplemental plan?

11  A.  Yes, sir.

12  Q.  Do you think you still have copies of any

13  of those?

14  A.  I may.  It's possible.  I may have threw

15  it in the folder but I'm not too sure.

16     MR. STEMPEL:  Well, we'd like to request

17  that as well.  And actually, we'd like to request

18  any documents that the witness has that relate to

19  the Aetna plan.

20     MR. HOWARD:  Okay.

21  BY MR. STEMPEL:

22  Q.  From the time you started with your Aetna

0052

1   supplemental insurance plan, have there been changes

2   to the plan coverage that you're aware of?

3   A.  Yes, sir.

4   Q.  Can you describe some of those changes?

5   A.  Well, they just changed the price of drugs

6   two years ago, went up on them.

7   Q.  How did that work?

8   A.  Well, they just give us a booklet, told us

9   what each bill, what each medication would be.  They

10  got three different levels, I think, the high cost,

11  the middle cost and the low cost medications.

12  Q.  Do you think you still have that booklet?

13  A.  I don't know.  I may have.  I don't know

14  whether I do or not.
15      Q.  Did you ever -- do you remember ever
16  looking at that booklet to compare it to what the
17  cost would be from the VA?
18      A.  No.
19      Q.  You just sort of -- you realized it would
20  be cheaper from the VA?
21      A.  Yes, it would.
22          I made a -- you asked if I ever put
0053
1   anything on a credit card.  One thing, the Aetna
2   mail order, I have them put it on my credit card and
3   then when my credit card comes, I get -- I pay it, I
4   pay that credit card.  But that's the only thing I
5   put on a credit card, just through that mail order
6   prescription.
7       Q.  Okay.  I should have asked you this
8   before, but you mentioned that you're paying now --
9   you're paying over $500 a month to Aetna for
10  supplemental insurance?
11      A.  I think that's right.
12      Q.  Did you always pay the premium; in other
13  words, was that always your responsibility under the
14  supplemental insurance?
15          What I'm wondering is, if Boeing changed
16  the retirement benefits at all from the time you
17  retired until today?
18      A.  No.  I have not had any advancement in
19  retirement.  And Boeing subtracts Aetna's payment
20  and when they go up on the charge for supplemental
21  insurance, Boeing collects it for them.  I don't
22  know how Boeing and Aetna is tied together but it
0054
1   says Boeing Aetna.
2       Q.  Okay.  So it's still a Boeing-sponsored
3   health plan?
4       A.  (Indicating.)
5       Q.  I love that Boeing logo.
6           Okay.  So it's The Boeing Company Medicare
7   Supplement Plan.  Do you receive anything in the
8   mail from Boeing about your health insurance?
9       A.  No.
10      Q.  And from the -- from October 1988 when you
11  first had this Boeing Aetna supplemental plan, at
12  that time did Boeing deduct insurance premiums --
13      A.  Yes.
14      Q.  -- from your retirement?
15      A.  It's always been deducted from my
16  retirement check.
17      Q.  And to your knowledge, you're paying all
18  or most of the premium yourself; in other words,
19  Boeing is not paying --
20      A.  Well, I don't know what they're doing.
21  But I can't -- as high as the insurance is, it don't

22  seem like it's much.
0055
1      Q.  I'm getting close to a breaking point.
2          MR. HOWARD:  I'm going to need to take a
3  break in a minute.
4              (Off-the-record discussion.)
5  BY MR. STEMPEL:
6      Q.  Is there any deductible for your Boeing
7  Aetna plan?
8      A.  Yes.
9      Q.  How much is that?
10     A.  I think it's -- it's either 150 or $200
11  for me and 200 for my wife.  150 or 200.  I don't
12  remember exactly.  I could find out when I get home.
13     Q.  Is that an annual deductible?
14     A.  Yes.
15     Q.  Does that apply --
16     A.  To every --
17     Q.  Everything?
18     A.  Every calendar year.  You got to pay that
19  deductible before they start paying anything.
20     Q.  You mentioned -- back to the VA for a
21  moment.  Did you have to actually sign up to get the
22  benefits?
0056
1      A.  Well, I went out there and signed up, yes.
2      Q.  And that was about five years ago when you
3  first heard --
4      A.  I think it was.
5      Q.  Is there an enrollment form, a copy of --
6      A.  No.  I never -- I don't remember that but
7  --
8      Q.  Do you get anything in the mail regarding
9  your VA benefits?
10     A.  Well, occasionally, I'll get -- I'll get
11  some piece of notification.
12     Q.  We'd like to request that if you still
13  have it.
14     A.  Well, I don't think I have it.  I don't
15  think I've got anything because a lot of times I'll
16  read it and file it under file 13.
17     Q.  So we've talked about Medicare, Aetna, VA.
18  Is there any other person or entity that has helped
19  pay for your medical expenses --
20     A.  No.
21     Q.  -- that would include prescription drug
22  costs.
0057
1      A.  No.  No.
2          MR. STEMPEL:  Okay.  Why don't we take a
3  ten-minute break, stretch, see if we can find
4  something -- some water or something.
5              (A recess was taken from 10:23 a.m.
6  to 10:37 a.m.)

7   BY MR. STEMPEL:
8       Q.   Mr. Roots, earlier I asked you -- I tell
9   you what, let's do it this way.
10                  (Deposition Exhibit Roots 001 was
11   marked for identification.)
12       Q.   Mr. Roots, the court reporter has handed
13   you a document that's been marked as Exhibit Roots
14   001.
15       A.   Yes.
16       Q.   And is this a photocopy of the list of
17   prescriptions that you had in your wallet that we
18   were looking at earlier?
19       A.   Yes, sir.
20       Q.   And it lists a number of drugs.  And I
21   want you to -- ask you if you know whether Medicare
22   has reimbursed for any of these drugs that you've
0058
1   taken, okay.  So let's just --
2       A.   Not that I know of.
3       Q.   So Plavix, Medicare has not paid for?
4       A.   No, sir.
5       Q.   And let's just go down.  What about
6   Lupron?
7       A.   Yes, sir.  It's part of the doctor bill.
8   So they -- that's paid by Medicare.
9       Q.   Okay.  What about your Albuterol inhaler?
10      A.   No.
11      Q.   So Medicare does not pay for that?
12      A.   No.
13      Q.   And Advair?
14      A.   No.  The only one I know of is the one
15   that they inject, the doctor injected me with,
16   whatever that was.
17      Q.   And is this a list -- let's back up.  How
18   did you put this list together?
19      A.   Well --
20      Q.   I'm sorry, I should lay a foundation here.
21   Did you make this list?
22      A.   I did.
0059
1       Q.   You created this document on your
2   computer?
3       A.   Yes.
4       Q.   And how did you figure out what to put on
5   here?
6       A.   Just what the medicine was and who the
7   doctor was and how much I took daily.
8       Q.   And so are these all medications you
9   currently take?
10      A.   Yes.
11      Q.   If there was a medication that you took in
12   the past --
13      A.   Well, with an exception.  Right now I
14   haven't had a Lupron shot since September 2003.

15    Q.  Okay.
16    A.  But I kept it on my list.
17    Q.  Okay.  And why is that?
18    A.  Well, because I'm still going to Zakharia
19  and I got an appointment again in May.
20    Q.  Do you know if there are any other
21  medications that Dr. Zakharia has given you?
22    A.  I don't know what he gives me.  No.  I
0060
1  don't know.  He's the doctor.  He gives me a shot,
2  why, I assume he knows what he's talking about.
3    Q.  Well, what I'm wondering is, he gave you
4  the Lupron shot so you didn't go to a pharmacy for
5  that?
6    A.  Yeah.  He gave me the shot.  His staff
7  did.
8    Q.  You don't receive Lupron yourself from any
9  pharmacy?
10    A.  No.  No, sir.
11    Q.  But it's on the list?
12    A.  Yeah.
13    Q.  So you were aware --
14    A.  Because that's a medication that I've been
15  -- that I have taken.
16    Q.  On more than one occasion?
17    A.  Oh, several.
18    Q.  What I'm wondering is, are there any other
19  medications that you also don't receive from a
20  pharmacy that he may have given to you like Lupron
21  that you recall?
22    A.  Well, I really don't know what he had in
0061
1  that shot.  He didn't -- he said, well, we better
2  give you a shot for this prostate cancer.
3    Q.  How did you know -- I'm trying to figure
4  out how you knew to put Lupron on the list if you
5  didn't know what was in the shot?
6    A.  I asked the nurse, I said, what is this
7  and that's the only word I got was Lupron.
8    Q.  Okay.  So when you asked what you were
9  being injected with --
10    A.  Yeah.
11    Q.  -- Lupron is what the nurse told you?
12    A.  Yeah.
13    Q.  And nothing else?
14    A.  No.  I never heard of anything else.
15    Q.  As you sit here, do you recall any other
16  medication -- let me ask you this:  Were you ever
17  given a medication through an intravenous tube for
18  any of your treatments at your various physicians?
19  Do you know what I mean by an IV?
20    A.  Well, yeah.
21       MR. HOWARD:  Just object to the form.  Are
22  you saying ever in his life?

0062
1    Q.  During --
2    A.  I've been in a hospital several times.
3    Q.  Let's exclude hospitals.  Let's exclude
4  anything that you've been given as an inpatient at a
5  hospital.  And let's only talk about 1991 to the
6  present.  This list shows your PSA blood test
7  results from 1994 so let's focus on 1994 to the
8  present.
9    A.  Okay.
10    Q.  Do you recall any medications that you may
11  have been given in a doctor's office through an IV
12  tube?
13    A.  No.
14    Q.  Do you recall any medications you might
15  have been given in a doctor's office through any
16  kind of a breathing mechanism?
17    A.  No, sir.
18    Q.  Do you recall any medications you may have
19  been given in a doctor's office through an injection
20  other than Lupron?
21    A.  No, sir.
22    Q.  Okay.  And I just want to confirm that
0063
1  your recollection is that of the drugs that are
2  listed here on the exhibit that's in front of you,
3  Exhibit Roots 001, the only one that you know of
4  that Medicare pays for is Lupron; is that right?
5    A.  That's right.
6    Q.  Okay.  Now, Mr. Roots, are you aware that
7  Lupron is not a drug that's part of this case?
8    A.  That's what I understand.  I understand
9  it's something different.
10    Q.  Okay.  Did you discuss with anybody
11  participating -- are you aware that there was a
12  separate case having to do with Lupron?
13    A.  I heard there were.
14    Q.  Did you ever discuss with anyone
15  participating in that other case?
16    A.  No, sir.
17    Q.  Are you aware that that case has settled?
18    A.  No, sir.
19    Q.  So have you made a claim for reimbursement
20  of any money in connection with any settlement of
21  that Lupron case?
22    A.  No, sir.
0064
1    Q.  Do you know what drugs that you have taken
2  are part of this case?
3    A.  Well, I think I do.  This Albuterol and --
4  well, I don't know what all really but I saw the
5  word Albuterol.
6    Q.  So that's -- from the drugs on your list,
7  that's the one you recognize --

8    A.  Yeah.  That's the one I recognize.
9    Q.  -- that's part of this case?
10   A.  Yes.
11   Q.  Now, we just talked about what drugs
12  Medicare covers.  Does Medicare -- what else does
13  Medicare cover?  You mentioned -- does it cover
14  physician services?
15   A.  Yes.
16   Q.  And so it would cover doctor visits?
17   A.  Yes, sir.
18   Q.  And surgical procedures?
19   A.  Yes, sir.
20   Q.  Does it cover hospitalization?
21   A.  Yes.
22   Q.  Now, switching to Aetna, does Aetna cover
0065
1  -- help pay for any of the prescriptions on this
2  list?
3    A.  Yes, sir.
4    Q.  Does it help pay for all of the drugs on
5  the list?
6    A.  Yeah.
7    Q.  Okay.  And that would include Lupron?
8    A.  Yes, sir, because that's part of the
9  doctor bill.
10   Q.  So if I understand it correctly, the
11  Boeing Aetna supplemental plan would pay for Lupron
12  by paying 80 percent of the 20 percent that Medicare
13  does not?
14   A.  Yes, sir.
15   Q.  With respect to all of the other drugs on
16  the list, the reimbursement is a little bit
17  different?
18   A.  It is now because different drugs, they
19  charge a different price for.
20   Q.  Are you aware of whether Aetna pays a
21  fixed percentage of the cost of any of the other
22  drugs the way it does for Lupron?  And by "other
0066
1  drugs" I mean the other drugs on Exhibit Roots 001.
2    A.  I don't know their pay schedule.
3    Q.  Have you seen anything from Aetna to
4  indicate that the way they pay -- I think you said,
5  for example, that they'll pay -- that you will pay -
6  - let's try it this way -- I'm sorry.  I apologize
7  to the court reporter for being hopelessly
8  inarticulate there.
9        You mentioned that with respect to Lupron,
10  Medicare pays 80 percent, there's 20 percent left
11  over, Aetna pays 80 percent of that, and then
12  there's still some left over?
13   A.  That's right.
14   Q.  And that amount may change over time?
15   A.  Yeah.  Because of the price that is

16  charged to Medicare.
17     Q.  Have you seen anywhere a list from Aetna
18  of drugs that would include Lupron and say Lupron --
19  Aetna pays a certain number of dollars for Lupron --
20  I'm sorry -- and have you seen anything from Aetna
21  that says the patient pays a certain number of
22  dollars for Lupron?
0067
1      A.  No, I have not.
2      Q.  But you have testified that you have seen
3  a list from Aetna that has other drugs --
4      A.  Yes.
5      Q.  -- and it says the patient will pay a
6  certain flat amount for those other drugs, correct?
7          MR. HOWARD:  Object to the form. I don't
8  know that that's what he said.
9      Q.  Have you seen a list from Aetna of drugs
10  that identifies a flat amount that the patient will
11  pay for the drugs?
12     A.  Well, when I get the bill, I know one of
13  the bills that my wife gets they'll charge $60 for
14  it, that's a 90-day supply, and then other stuff
15  might be $30, and I've had some that might be 10.
16  But I don't recall which one is which.
17     Q.  Right.  I understand that.  And they all
18  tend to be round numbers, right?
19     A.  Yeah.
20     Q.  Like 10, 20 or 30.  And that's the amount
21  you pay?
22     A.  Yeah.
0068
1      Q.  I thought, and I may have been mistaken, I
2  thought you earlier testified that there was a list
3  somewhere because I thought I asked you if you
4  compared that list to what the VA would charge you.
5      A.  Well, they put out a list of approved
6  drugs, you know, and --
7      Q.  On the list they'll indicate how much
8  you're going to pay for that drug?
9      A.  I think they did.
10     Q.  Okay.  But Lupron wouldn't be on that
11  list, correct?
12     A.  I didn't see it.
13     Q.  That's because of the Medicare 80/20
14  reimbursement?
15     A.  Yeah.
16     Q.  Do you believe that other than Lupron, for
17  all the other drugs on this list, Exhibit Roots 001,
18  that Aetna will pay for -- let me back up -- for all
19  these other drugs, Aetna will charge you a flat
20  amount?
21     A.  Yes.
22     Q.  Okay.  That would be true for Plavix?
0069

1    A.  Yes.
2    Q.  And Vytorin?
3    A.  Yes.
4    Q.  There's Schering-Plough on the phone who
5  is glad you're taking Vytorin by the way.
6    A.  I just got put on that recently.
7    Q.  And it's true for Advair?
8    A.  Yeah.  I'm not using much Advair right
9  now.
10   Q.  It's true for Albuterol inhaler?
11   A.  I take it every day.
12   Q.  And that's a flat fee you pay?
13   A.  Yes.
14   Q.  And does that come from the mail order
15  pharmacy as well?
16   A.  Yes.
17   Q.  Do you know whether every medical provider
18  -- when I say provider, I mean it could be a doctor
19  or a nurse or a hospital, any person or
20  entity that provides medical services, do you know
21  whether every medical provider charges the same
22  amount for a specific service?
0070
1    A.  I don't really know that.
2    Q.  Okay.  Do you know if different doctors
3  and different insurance companies charge different
4  amounts?
5    A.  Yes, sir.  I think they do.
6    Q.  And different pharmacies charge different
7  amounts?
8    A.  I think they do.  I think that's up to the
9  pharmacy.
10   Q.  And do you know -- do you think different
11  insurance companies reimburse in different amounts
12  for the same thing?
13   A.  Well, I don't know.
14   Q.  You have no idea?
15   A.  How they reimburse.
16   Q.  All you know is how Aetna does it?
17   A.  Yeah.
18   Q.  Do you know how a medical service provider
19  determines how much it is going to charge for a
20  service?
21   A.  No.  I don't know their schedules.
22   Q.  So, for example, you don't know how Dr.
0071
1  Zakharia figures on the -- how much to charge you
2  when you visit him?
3    A.  Well, I've seen that little deal they send
4  and they got -- they might have the level one, level
5  two, level three or level four and depends on what
6  he checks is how much they charge me I guess.  But I
7  don't know what it is.  I don't know how they figure
8  it.

9    Q.  You don't know how they came up with level
10  one, level two --
11    A.  No.
12    Q.  -- level three?
13    A.  No.
14    Q.  And do you know how Dr. Zakharia
15  determines how much to charge you for the Lupron
16  injection?
17    A.  Well, I don't know how he determines that.
18    Q.  Do you know how much he pays for that?
19    A.  Well, I've seen some figures.  I know what
20  he's charged Medicare for a shot.
21    Q.  What I was asking is do you know how much
22  it costs him?
0072
1    A.  Well, it probably costs him less than he
2  charges Medicare.
3    Q.  He'd be losing money if it would -- it was
4  the other way around?
5    A.  Yeah.
6    Q.  But you don't know?
7    A.  I don't know how they figure that.
8    Q.  You don't know if he buys it from the drug
9  company or from some kind of distributor?
10    A.  I have no idea.  I have no idea how he
11  gets it.
12    Q.  Okay.  I just remind you here, I don't
13  want to get into things that make you uncomfortable
14  so if any of this makes you uncomfortable, you just
15  tell me.
16    A.  Thank you.
17    Q.  But we have to ask questions about the
18  medications and so I just need a little bit of
19  background.  When were you first -- let me back up.
20       I think you testified you were diagnosed
21  with prostate cancer at some point.
22    A.  Probably in about 19- -- early '94.
0073
1    Q.  Who diagnosed you?
2    A.  Well, my family doctor, he checked me,
3  give me the finger way, and he said, I think you've
4  got prostate cancer.  And he sent me to Zakharia.
5    Q.  Patrick is too young to understand that
6  but, unfortunately, I'm not.
7       What's the name of your family doctor?
8    A.  Well, he's not here anymore.  And I'm
9  trying to think of his name.  But anyway, Dr.
10  Zakharia said -- I don't know.  He done an awful
11  good job.  I don't see how he found it.  It was
12  pretty small.
13    Q.  So you're lucky.
14    A.  But it was an aggressive -- it was
15  aggressive he said.  And then they did that deal
16  where they took --

17   Q.   Biopsy?
18   A.   Biopsy out of my prostate.
19   Q.   Let me back up.  Dr. Zakharia is -- is he
20  in his own office or is he part of a group?
21   A.   Part of a group of doctors.
22   Q.   And does the group have a name?
0074
1   A.   Wichita --
2   Q.   Is it the Wichita Urology Group?
3   A.   Yeah.  It's out on North Webb Road for the
4  east office and west office -- there's a west
5  office, too.
6   Q.   So there are two locations?
7   A.   There are two locations.
8   Q.   Do you know about how many doctors are
9  part of a group?
10   A.   I think it's about seven or eight.
11   Q.   Your family doctor made the referral to
12  the group or to Dr. Zakharia specifically?
13   A.   Well, I think he called the doctor's
14  office and they must have assigned Zakharia to me. I
15  don't know --
16   Q.   Okay.
17   A.   -- who he talked to.  Actually, his office
18  girl called it in to get me an appointment.
19   Q.   So you went and visited Dr. Zakharia.
20  This was back in 1994?
21   A.   I think so.
22   Q.   Let me just ask, do you still see Dr.
0075
1  Zakharia?
2   A.   Yes.
3   Q.   You've seen him consistently from 1994
4  until the present?
5   A.   Right.
6   Q.   And then he did a biopsy and --
7   A.   And confirmed the cancer.
8   Q.   And then what happened next?
9   A.   Well, he wanted -- he wanted me to have it
10  removed.  And Dr. Melean, my cardiologist, told him
11  he didn't think I could take a six hour operation,
12  so --
13   Q.   I'm sorry.  At that point were you on some
14  medication for your heart?
15   A.   No.  I'd had some heart caths and I had an
16  artery that was blocked and it was in a curve and he
17  couldn't do anything with it so he was treating me
18  with medication.
19   Q.   I see.  Had you had a balloon angioplasty
20  at that point?
21   A.   Yeah.
22   Q.   So your cardiologist -- Dr. Melean is your
0076
1  cardiologist?

2      A.  Yes.
3      Q.  Recommended against surgery?
4      A.  Yes.
5      Q.  And so Dr. Zakharia came up with a
6   different treatment plan?
7      A.  Well, no.  At that point -- the next step,
8   I went down to St. Joseph Hospital and took x-ray
9   radiation.
10     Q.  Where is St. Joseph Hospital?
11     A.  On East Harry, Wichita.
12     Q.  So it's in Wichita?
13     A.  Yeah.
14     Q.  And was that as an outpatient?
15     A.  Yeah.  I'd come so many times a week and
16   have a treatment.
17     Q.  Okay.
18     A.  And anyway --
19        MR. HOWARD:  Wait.  Let him ask you a
20   question.
21     Q.  So what happened next?
22     A.  Anyway, it didn't get it.
0077
1      Q.  The radiation?
2      A.  Did not.  And so Dr. Zakharia started to
3   giving me these shots.
4      Q.  Now, did Dr. Zakharia present to you
5   different treatment alternatives?
6      A.  Well, yeah.  He wanted to remove my
7   testicles first and I didn't like that idea and he
8   decided to give me these shots.
9      Q.  So you did discuss treatment options with
10   him?
11     A.  Yes.
12     Q.  And before -- when you say you discussed
13   treatment options with him, this was after the
14   radiation therapy?
15     A.  Yes.
16     Q.  Did you discuss treatment options with him
17   before you had the radiation therapy?
18     A.  Well, yeah.  I -- excuse me.  But he did
19   suggest removing the testicles then.
20     Q.  That was before the radiation?
21     A.  Yeah.
22     Q.  And were there other treatment options
0078
1   that he walked through?
2      A.  No.  Not then, that I recall.
3      Q.  So you gave him your feedback on his
4   options and is it fair to say that as a result of
5   your discussion you opted for the injections?
6      A.  Yes.  Yes, sir.
7      Q.  And so what happened next?
8      A.  Well, I went just about every four months
9   and got a shot and had a blood test the week before

10   so he'd know what my PSA was.
11      Q.   Did he tell you at the time that he
12   presented as an option these shots what the shot
13   was; did he tell you the name of the drug?
14      A.   I don't remember that.  But he said it was
15   a shot that was supposed to reduce the male hormone
16   that was feeding the cancer.
17      Q.   Did he ever discuss with you what the cost
18   would be from this procedure?
19      A.   No.
20      Q.   Did you ever ask him?
21      A.   Well, I got the bill every -- I got the
22   bill every time I went.
0079
1      Q.   But in advance?
2      A.   No.
3      Q.   And did you ever discuss whether it would
4   be covered by Medicare Part B?
5      A.   Well, I assumed it did.  I didn't ask him
6   but I assumed that Medicare would cover it.
7      Q.   Now, did he give you the shots?
8      A.   No.  One of his nurses did.
9      Q.   And was it --
10      A.   He never give me a shot.
11      Q.   What was it -- was it as simple as when
12   you used to get a tetanus shot?
13      A.   Wasn't bad.  They -- some white looking
14   stuff that they mix up inside the deal and then when
15   it gets liquefied, why, they stick it in your butt
16   and shoot it.
17      Q.   So the nurse actually had to mix up the
18   dosage?
19      A.   Yes.
20      Q.   And about how long did this all take?
21      A.   Oh, not very long.
22      Q.   Did the doctor examine you on your visits
0080
1   when you got the shot?
2      A.   Before he'd tell me what my PSA had been
3   and he had had a nurse give me another shot.
4      Q.   So you would have a blood test?
5      A.   A week -- I always go a week before and
6   give some blood so that when I see him, he gets the
7   -- he has the blood test of what my PSA is.
8      Q.   Okay.  So you visited the --
9      A.   I made two trips.
10      Q.   To the same office?
11      A.   Same office.
12      Q.   And somebody would take your blood and
13   then the doctor would review the results and the
14   doctor would meet with you the day you got the
15   injection?
16      A.   Uh-huh.  Yes.
17      Q.   And the nurse would then come in and mix

18    up the dosage of the medicine of Lupron?
19        A.   Well, a lot of times she'd have it mixed
20    before she came in the room.
21        Q.   But you've seen her --
22        A.   I've seen her --
0081
1        Q.   -- actually in this action mixing it?
2        A.   Yeah.
3        Q.   So you actually know they have to measure
4    and mix right there in the clinic?
5        A.   Yes, sir.
6        Q.   Do you know how much the doctor -- the
7    doctor's fees were for reviewing your test results
8    and setting up the injection and for the nurse's
9    time in mixing and delivering the injection?
10        A.   Oh, generally, I think the doctor's fee
11    was no less than 60 bucks and then the price of the
12    Lupron or whatever it was they shot me with.
13        Q.   Do you have -- when you got -- let me back
14    up.
15            Would you get a statement right when you
16    checked out that day?
17        A.   No.
18        Q.   So you'd get something in the mail?
19        A.   When I didn't get a statement until --
20    well, they filed it with Medicare and with Aetna and
21    then when they got paid, they'd send me a bill for
22    the difference.
0082
1        Q.   Okay.  So you wouldn't get a bill until
2    after they had processed it through both Medicare
3    and Aetna?
4        A.   Right.  But it showed what Medicare was
5    charged on the Medicare form.
6        Q.   And did the form show separately what the
7    cost for the Lupron was?
8        A.   I think -- yes.
9        Q.   And the cost for the medical visit?
10        A.   I believe it did.
11        Q.   Have you always gotten these treatments at
12    the Wichita Urology Group?
13        A.   Yes, sir.
14        Q.   So never out of -- in a different state?
15        A.   No, sir.
16        Q.   In treating you, do you believe Dr.
17    Zakharia had your best interests in mind?
18        A.   I thought he did, or I'd change doctors.
19        Q.   You haven't changed doctors yet?
20        A.   No.
21        Q.   So you still think he does?
22        A.   I still think he's a good doctor.
0083
1        Q.   Do you think he prescribed and injected
2    Lupron because he made a lot of money off of Lupron?

3      A.  Well, I don't know what his reasons were.
4          MR. HOWARD:  Object to the form.
5      A.  I don't know.
6      Q.  Now, are you aware that as a class
7  representative in this case you may be asked to come
8  to Massachusetts to testify at trial?
9      A.  I understand that.
10     Q.   And when you testify, do you think you'll
11  testify that Dr. Zakharia conspired in some way with
12  the drug companies?
13         MR. HOWARD:  Object to the form.
14     A.  I don't --
15         MR. HOWARD:  I don't know that's a fair
16  question.
17     Q.  Let me ask you this -- let me ask you
18  this: Do you, as you sit here today, have any reason
19  to believe that Dr. Zakharia conspired with any drug
20  companies?
21     A.  I wouldn't know.  I would not know.
22     Q.  I just wanted to -- I think I asked you
0084
1  this before but do you recall any other drug that
2  anybody at the Wichita Urology Group injected into
3  you?
4      A.  I don't know what they injected.  I
5  assumed it was the same thing.
6      Q.  Okay.  So in any discussions with anybody
7  at the Wichita Urology Group, nobody identified for
8  you any other drug --
9      A.  No, sir.
10     Q.  -- other than Lupron?
11     A.  No, sir.
12     Q.  Okay.  Well, because we're missing some
13  documents we're going to skip over quite a few
14  questions, which is going to get you out a lot
15  sooner.
16         Do you have -- focusing on the Lupron for
17  a second.  Lupron, do you know how much it costs to
18  manufacture that drug?
19     A.  I have no idea.
20     Q.  Do you know how much it costs to store it?
21     A.  No, sir.
22     Q.  Did you ever discuss with anybody at the
0085
1  Wichita Urology Group or anywhere else how that drug
2  was going to be reimbursed by Medicare or Aetna?
3      A.  No.
4      Q.  Did you ever discuss with anybody how much
5  the physician or the Wichita Urology Group paid for
6  that drug?
7      A.  Well, no.  I have no idea what their cost
8  was.
9      Q.  Did you ever ask if their cost was less
10  than what they were charging Medicare?

11      A.   No, sir, I never did.

12      Q.   Mr. Roots, do you have any understanding

13  generally about how drug prices are set?

14      A.   No, sir.

15      Q.   Are you familiar with the term average

16  wholesale price?

17      A.   Yes.

18      Q.   Tell me what you know about that term.

19      A.   Well, from what I understand, it's an

20  inflated price that the drug companies charge

21  Medicare and the insurance companies.

22      Q.   And just so I understand, it's your belief

0086

1   that the drug companies charge Medicare -- is it

2   your belief that the drug companies charge Medicare

3   for drugs?

4       A.   Well, I don't know how to answer that for

5   sure.  The doctor charges -- makes out the bill and

6   it goes to Medicare.  Now, the drug companies

7   charged Medicare for this amount of -- for this shot

8   in a sense that even though the doctor sent it to

9   Medicare.

10      Q.   Well, do you know who Medicare pays?

11      A.   No.

12      Q.   Do you know if Medicare pays the drug

13  company?

14      A.   No, I don't know how they pay it.

15      Q.   Do you know if they pay the doctor?

16      A.   Well, I understand they do.  He gets

17  reimbursed from Medicare and from Aetna and then me.

18      Q.   Well, that's what I'm trying to get at.

19  He gets reimbursed for what?

20      A.   For the shot and for his services.

21      Q.   Okay.

22      A.   And for the blood test.

0087

1       Q.   So when you say he gets reimbursed for the

2   shot, he's getting paid for the drug; is that

3   correct?

4       A.   Well, I would take that that's what he's

5   getting paid for.

6       Q.   And if he's getting paid for the drug from

7   Medicare, do you have a reason to believe that the

8   drug companies is also getting paid for the drug

9   from Medicare?

10      A.   I don't know for sure.

11      Q.   So you don't know how it all works?

12      A.   Huh-uh.

13      Q.   Okay.  And I take it you don't know how

14  this AWP or average wholesale price is calculated?

15      A.   I don't know how it's calculated.  I think

16  it's an overpriced way of selling something so that

17  they can make more money.

18      Q.   When you say "they," who do you --

19      A.  Drug companies.
20      Q.  The drug companies, not the doctor?
21      A.  No.  The drug companies.
22      Q.  Is it fair to say that you believe that
0088
1   whoever it is that charges AWP is the one that gets
2   overpaid?
3           MR. HOWARD:  Object to the form. You can
4   answer.
5       A.  Go ahead.
6       Q.  Do you think that whoever it is that
7   charges AWP is the one that gets overpaid?
8       A.  Yes.
9       Q.  Do you know what the AWP is for any of the
10  drugs on your list of prescriptions?
11      A.  No, sir.
12      Q.  Are you familiar with the term wholesale
13  acquisition cost?
14      A.  I've heard of that.
15      Q.  What do you understand that to mean?
16      A.  I understand that's what the drug
17  companies sell it to the doctors for, which is a
18  lower price.
19      Q.  A lower price than what?
20      A.  Than what the average wholesale price is.
21      Q.  And do you know how wholesale acquisition
22  cost is calculated?
0089
1       A.  I don't know.  I don't know.  I'm not in
2   that field of business.
3       Q.  Have you ever heard of an organization
4   called Medispan?
5       A.  No.
6       Q.  Have you ever heard of something called
7   the Blue Book in the context of drug pricing?
8       A.  No.
9       Q.  The Red Book?
10      A.  No.
11      Q.  You mentioned that you had an
12  understanding of what average wholesale price was.
13  How did you gain that understanding?
14          MR. HOWARD:  Objection to the extent that
15  your answer derives from conversations you had with
16  lawyers.
17      A.  Yes, that's --
18          MR. HOWARD:  I don't want you to answer
19  that way.
20      Q.  Let me break it down.  First, I do not
21  want you to disclose any facts that you gave to any
22  lawyers for the purpose of seeking legal advice.
0090
1   And I don't want you to disclose whatever legal
2   advice you received from the lawyer as part of that.
3   If a lawyer approached you and provided information,

4 facts, to you, I don't think that that's covered by
5 attorney-client privilege.
6     MR. HOWARD: Well --
7     Q.  So let me ask you this: Did you -- other
8 than from any lawyer, have you gained an
9 understanding of what average wholesale price is?
10     A.  No.
11     Q.  Okay.  So is it fair to say that whatever
12 your understanding is of average wholesale price, it
13 must have come from a lawyer somewhere at sometime?
14     MR. HOWARD: Objection.  I'm going to
15 instruct him not to answer on the basis of attorney-
16 client privilege.  The substance of any
17 communications that lawyers have had with him in our
18 relationship is privileged and I'm going to instruct
19 him not to answer.
20     Q.  All right.  You'll follow your lawyer's
21 instruction?
22     A.  Yes.
0091
1     Q.  And your understanding of wholesale
2 acquisition cost, did you gain any understanding of
3 what wholesale acquisition cost means from any
4 source other than attorneys?
5     A.  No, sir.
6     Q.  Okay.  Now, you mentioned that you first
7 learned about this lawsuit on -- was it television?
8     A.  It seems to me like -- I think it was
9 television, I seen the ad on TV.
10     Q.  Had you seen any ad or learned about any
11 lawsuit relating to Lupron?
12     A.  Well, not really.
13     Q.  At the time you saw the ad, did you think
14 that what you saw related to Lupron?
15     MR. HOWARD: Objection.
16     Q.  I'm wondering if when you first made the
17 phone call if you thought that the lawsuit that you
18 were inquiring about might relate to Lupron?
19     A.  Yeah, I can answer that yes.
20     Q.  And did you then learn as a result of
21 making the phone call that the lawsuit did not
22 relate to Lupron but related to other drugs?
0092
1     A.  I didn't know it until when I got this
2 exhibit.
3     Q.  The Complaint?
4     A.  The Complaint.
5     Q.  That's when you first learned that this
6 lawsuit did not relate to Lupron?
7     A.  Yeah.
8     Q.  And that was March 1st?
9     A.  Well, yes, but I've got another notice on
10 that September of '05.
11     Q.  Another notice on --

12      A.   On --
13      Q.   About this case?
14      A.   Yeah, about this case.
15      Q.   And when you --
16      A.   I ignored it at the time.
17      Q.   And did that notice come from the lawyers?
18      A.   Yes, sir.
19      Q.   So at that time because you ignored it,
20  you didn't really focus on whether Lupron was part
21  of this case?
22      A.   No.  I just forgot it.
0093
1       Q.   When you first made your inquiry, do you
2   recall how long ago that was, first time you made a
3   phone call?
4       A.   That must have been sometime in September
5   of '05.
6       Q.   When you mentioned that you got a notice,
7   was that before or after you made your first phone
8   call about this case?
9       A.   I don't remember that.
10      Q.   Was it around the same time?
11      A.   I assume it was.
12          MR. HOWARD:  Well, don't assume.
13      A.   But I don't really know for sure.
14      Q.   Okay.  Do you know who the defendants in
15  this case are?
16      A.   Well, on that deal I read some of the
17  names but I haven't tried to memorize them.
18      Q.   But what types of entities are they?  Are
19  there any doctors that are defendants?
20      A.   Well, I think it's drug companies.
21      Q.   Okay.  But you don't know specifically
22  which ones?
0094
1       A.   No.
2       Q.   Are insurance companies defendants in this
3   case?
4       A.   I don't know.
5       Q.   And do you know -- can you describe for me
6   generally your understanding of what claims you're
7   making in this case?
8       A.   The average wholesale price being too
9   high.
10      Q.   So that's --
11      A.   That's costing all of us, Medicare and our
12  insurance company and me and all the people in this
13  class, it's costing.
14      Q.   And it's too high -- why is it too high?
15      A.   Well, mercy sakes, when you get a -- when
16  you get a bill for $2,000 for a shot, you'd think
17  that would be a little bit excessive.
18      Q.   So the $2,000 for a shot, is that a
19  reference to Lupron?

20    A.  Yes, sir.
21    Q.  Do you think the AWP is too high -- on
22  your claims the AWP is too high for other drugs
0095
1  besides Lupron?
2    A.  Well, I'm going to say yes.
3    Q.  Why is that?
4    A.  Well, if you'd have seen my income tax
5  last -- this last year, the medical took care of
6  most of all my expenses.  My wife has had a stroke
7  and she's under a lot of medication, I'm under a lot
8  of medication, and we pay a lot of money just for
9  medication.
10        MR. STEMPEL:  Why don't we mark this.
11          (Deposition Exhibit Roots 002 was
12  marked for identification.)
13    Q.  Mr. Roots, I'm handing to you what the
14  court reporter has marked as Deposition Exhibit
15  Roots 002 and what it is is pages from the Complaint
16  in this case.  I did not include the whole thing to
17  -- because I am, as my daughter likes to say, a tree
18  hugger; I don't want to use paper unnecessarily.
19  This document is a matter of public record.
20        MR. HOWARD:  Why don't you just show him
21  the complete copy.
22    Q.  I'll hand you the complete copy.
0096
1    A.  Yeah.
2    Q.  And this is the Fourth Amended Master
3  Consolidated Class Action Complaint.  And you're
4  looking at Page 10 which is -- the first page of the
5  exhibit is the cover page with the case caption,
6  second page of Exhibit Roots 002 is Page 10 from the
7  Complaint. You see that, sir?
8    A.  Yes, sir.
9    Q.  If you look at Paragraph 23, if you could
10  just take a minute and read Paragraph 23 of the
11  Fourth Amended Master Consolidated Class Action
12  Complaint, and that carries on over to the next
13  page, Page 11 as well.
14    A.  Yes, sir.
15    Q.  Let's just go through the -- it's a short
16  paragraph so we can go through this quickly. The
17  first sentence that provides your name, states you
18  reside in Wichita, provides your age and describes
19  that you're a Medicare recipient and have
20  supplemental insurance; is that accurate?
21    A.  That's correct.
22    Q.  First let me ask, is it true that the
0097
1  first time you actually saw Paragraph 23 was March
2  1st when you saw the whole Complaint?
3    A.  Yeah.  Yes, sir.
4    Q.  In the second sentence it describes

5   various physician-administered drugs, it listed
6   various physician-administered drugs that you were
7   prescribed, and it says that you were charged for
8   these drugs based in whole or in part on AWP.  Do
9   you see that?
10      A.  Yes, sir.
11      Q.  And as you sit here -- and the drugs
12  listed are Albuterol Sulfate and Depo-Provera and
13  there are no other drugs listed; do you see that?
14      A.  There it is.  Okay.  I saw it.
15      Q.  As you sit here today, can you tell me
16  whether you know that in fact you were charged for
17  those drugs based on AWP?
18      A.  That's my understanding.  Yes, sir.
19      Q.  And how did you get that understanding?
20      A.  Through the -- through that disposition
21  there.
22      Q.  You've got your understanding from reading
0098
1   the Complaint?
2       A.  Yeah.  From reading the Complaint.
3       Q.  Did anybody who charged you for these
4   drugs tell you that you were being charged based on
5   the AWP?
6       A.  No.
7       Q.  And I believe you testified that for
8   Albuterol you paid a flat amount when you get it
9   from the mail order pharmacy from that --
10      A.  Or from the drugstore, wherever I happen
11  to get it.
12      Q.  Or from the Veterans Administration?
13      A.  Yes, sir.
14      Q.  If you got it from the VA, you'd pay $8
15  for a month --
16      A.  Well, I generally -- three-months supply
17  generally.
18      Q.  Okay.  And it says in parenthesis after
19  Albuterol Sulfate, it listed three drug companies,
20  first one is Dey, D-E-Y, the second one it says the
21  GSK Group.  Do you see that?
22      A.  Yeah, I see it.
0099
1       Q.  And that's --
2       A.  I don't know who they are.
3       Q.  And the third is the Schering-Plough
4   Group.  I'll tell you the GSK stands for
5   GlaxoSmithKline.
6       A.  Who?
7       Q.  GlaxoSmithKline.
8       A.  Oh, okay.
9       Q.  It's the result of many merges of drug
10  companies and the names get longer.
11          Do you know as you sit here today what
12  company sold the Albuterol inhalers that you have

13  purchased?
14      A.  No, sir.
15      Q.  Okay.  And you see the reference to Depo-
16  Provera?
17      A.  Yes, sir.
18      Q.  As you sit here today, do you know who
19  manufactures Depo-Provera?
20      A.  Well, does that tell me anything, that
21  "Pfizer" right behind it?
22      Q.  If I told you that Pfizer does not
0100
1  manufacture Depo-Provera, would that surprise you?
2      A.  Yeah.
3      Q.  Do you know any other company that
4  manufactures it?
5      A.  No, sir.
6      Q.  Do you know if multiple companies
7  manufacture it?
8      A.  I have no idea, sir.
9      Q.  Do you recall -- do you know what Depo-
10  Provera is?
11      A.  No.
12      Q.  Do you recall ever taking Depo-Provera?
13      A.  Not really.  I just --
14      Q.  If you'd go back on Exhibit Roots 001,
15  does Depo-Provera appear on your list of
16  prescriptions?
17      A.  Well, it's Lupron Depot -- Depo-Provera is
18  not on here.
19      Q.  Depo-Provera is not on your list of drugs?
20      A.  No.
21      Q.  I just wanted to --
22      A.  But if I got it, I didn't know it at the
0101
1  time.
2      Q.  Well, how would -- I am trying to figure
3  out, I'm looking at a list you prepared of the drugs
4  that you think you got, and here a drug appears that
5  we've never mentioned before, and the first time you
6  became aware of what is contained in Paragraph 23
7  was March 1st, so I'm wondering how that could have
8  appeared in this list.
9      A.  I don't know.
10      Q.  Okay.  I'm just trying to understand it.
11          In the next sentence says that you made
12  payments for these drugs because your supplemental
13  coverage required you to make payments for them.
14      A.  Yes, sir.
15      Q.  Do you see that?
16          And at least with respect to Albuterol
17  Sulfate, if we look at your list of prescriptions,
18  it does say Albuterol inhaler and you have made
19  payments for Albuterol?
20      A.  Yes, sir.

21      Q.   And again, that's either the $8 to the VA
22  or whatever the flat fee is to Aetna?
0102
1       A.   Yeah, or if -- in case I bought it at the
2  drugstore, it would have been different, too.
3       Q.   Right.  So it would be different depending
4  on where you bought it?
5       A.   Yeah.  Depending on where I bought it.
6       Q.   Now, Mr. Roots, do you think you are
7  making claims against any manufacturers other than
8  the companies that are listed in Paragraph 23 of the
9  Complaint?
10      A.   Well, I don't really know what all this is
11  going to cover.  It's on the average wholesale cost
12  of these drugs, whoever supplies them.
13      Q.   I guess my question is, do you think
14  you're making claims against drug companies that
15  sell drugs that you never took?
16      A.   No.  I don't think so.
17      Q.   Okay.  And what is your understanding
18  about the types of drugs that are included in this
19  case for which you are a class representative?  Do
20  you have any understanding of whether you are
21  bringing claims relating to the drugs we reviewed
22  that are not covered by Medicare?
0103
1       A.   Don't really know.
2       Q.   So you don't know if your claims are
3  limited to drugs that are covered by Medicare?
4       A.   No, sir.
5       Q.   So do you know if your claims in this case
6  relate to Vytorin?
7       A.   It could.
8       Q.   You see on the list where it says
9  Claritin?
10      A.   Yes.
11      Q.   Do you have a prescription today for
12  Claritin or do you buy it over-the-counter?
13      A.   I'm supposed to be getting it from the VA
14  shortly.  I've had it in the past but I quit taking
15  it for a while because I didn't think it was doing
16  me any good and then I've started getting a lot of
17  allergies again and so I asked them to start sending
18  it back to me and I haven't got it yet.
19      Q.   What about Prilosec?
20      A.   I take it every day.
21      Q.   Do you have a prescription for that?
22      A.   Yes, sir.
0104
1       Q.   So you get that as a prescribed drug, and
2  --
3       A.   Yes, sir.
4       Q.   -- and it gets reimbursed through your
5  Aetna insurance?

6    A.  Well, Prilosec right now I'm getting from
7  the VA.
8    Q.  Okay.  So that's also $8?
9    A.  For 30-day supply.
10    Q.  Okay.
11    A.  It just went up.  It was 7 last year.
12  Just went up this year.
13    Q.  Do you know when the original -- let's
14  start over.
15       You see on the first page here it says
16  "Fourth Amended" and it describes the Complaint?
17    A.  Uh-huh.
18    Q.  So you understand that there was a third
19  and a second and a first?
20    A.  Well, I would assume so.
21    Q.  Do you know when the very first Complaint
22  in this case was filed?
0105
1    A.  No, sir.
2    Q.  Who has paid -- you mentioned that you
3  think that average wholesale price is too high.  Who
4  is paying for these drugs that are charged based on
5  an average wholesale price that is too high?
6       MR. HOWARD:  Object to the form of the
7  question.  You can answer if you understand what
8  he's asking.
9    A.  Well, first off, Medicare pays, Aetna pays
10  and then the patient pays.
11    Q.  So is Medicare paying too much for the
12  drugs?
13    A.  I think so.
14    Q.  Is Aetna paying too much for the drugs?
15    A.  Well, if Medicare is paying too much, so
16  is Aetna and so am I.
17    Q.  And so are you.  Do you think Aetna knows
18  it's paying too much for the drugs?
19       MR. HOWARD:  Object to the form of the
20  question.
21    Q.  If Aetna thinks it's paying too much for
22  the drugs, would you expect Aetna to try to pay
0106
1  something different?
2       MR. HOWARD:  Object to the form of the
3  question.
4    Q.  You have to answer after the objection.
5    A.  I don't really know.  I don't know what
6  Aetna is doing.
7    Q.  Do you know if insurance companies are
8  involved in this lawsuit in any way?
9    A.  I don't know that.
10    Q.  If they're paying too much, do you think
11  they should be joining you in suing the drug
12  companies?
13       MR. HOWARD:  Object to the form of the

14 question.
15     A.  Well, that would be just a personal
16 opinion.
17     Q.  You mentioned you got this Complaint in
18 March.  Did you review this whole document?
19     A.  I sure did.  A lot of it I didn't
20 understand what I was reading, too.
21     Q.  I will tell you, sir, I've been involved
22 in this case since 2001 and I have yet to sit down
0107
1 and read the whole thing front to back.
2     A.  It's hard.  It's hard to.
3     Q.  Have you tried to contact Medicare or
4 Aetna to find out information about being
5 overcharged for drugs?
6     A.  No, sir.
7     Q.  Have you tried to -- have you contacted
8 your providers and discussed with them that you
9 believe you're being overcharged for drugs?
10     A.  Well, no.
11     Q.  Have you ever told Dr. Zakharia that you
12 think you were being overcharged for Lupron?
13     A.  No, sir.  I figured he knew what he had to
14 charge.
15     Q.  I think we're going to get you out of here
16 before lunch.
17     A.  Well, great.
18     Q.  Back to Paragraph 23, Exhibit Roots 002,
19 are there any drugs that you think should be on this
20 list that are not there?
21         MR. HOWARD:  Objection.
22     A.  I don't know.
0108
1     Q.  Other than what's in Paragraph 23, do you
2 have any personal knowledge about any of the matter
3 in any of the other 275 pages of the Complaint?
4     A.  No, sir.
5     Q.  Do you have any knowledge of whether
6 providers, medical providers, may have received
7 rebates from manufacturers?
8     A.  I don't know that.
9     Q.  Do you know if they may have received
10 discounts from manufacturers?
11     A.  I don't know that.
12     Q.  Do you know if manufacturers, if the
13 manufacturers themselves got paid far less than the
14 average wholesale price for drugs?
15     A.  Gosh, I don't know.
16     Q.  Would that surprise you if the
17 manufacturers, in fact, got paid a lot less than the
18 average wholesale price?
19         MR. HOWARD:  Object to the form of the
20 question.  You can answer if you understand.
21     A.  I don't really understand what you're

22  getting at there.
0109
1      Q.  Well, I'm trying to understand the claims
2  in the Complaint and the Complaint says the drug
3  companies overcharged for the drugs. I'm wondering
4  if -- because you say that the drug companies
5  charged too much for the drugs, would you be
6  surprised if, in fact, they didn't actually get paid
7  the average wholesale price?
8          MR. HOWARD:  Object to the form of the
9  question.  The Complaint, legal document speaks for
10  itself and I don't think it says specifically that
11  the pharmaceutical companies overcharged for the
12  drugs.
13      Q.  Is it your -- I didn't ask about the
14  Complaint.
15          Is it your understanding that you think
16  the pharmaceutical companies overcharged for drugs?
17      A.  Yes, sir.
18      Q.  Based on your understanding, would you be
19  surprised if the pharmaceutical companies in fact
20  charged far less than the average wholesale price
21  for drugs?
22          MR. HOWARD:  Objection.
0110
1      A.  I sure would be surprised.
2          MR. HOWARD:  Object to the form.
3      Q.  If you learned that the pharmaceutical
4  companies charged a lot less than the average
5  wholesale price for the drugs and received a lot
6  less the average wholesale price for the drugs,
7  would that change your view about whether you could
8  testify in this case?
9          MR. HOWARD:  Object to the form of the
10  question.
11          MR. STEMPEL:  Your objection is noted.
12      A.  Restate it.
13  BY MR. STEMPEL:
14      Q.  Well, let's -- for example, let's talk
15  about Lupron.  If you learned that the company that
16  sells Lupron charged far less than the price you saw
17  on the statement when you got billed, would that
18  change your view about whether that company
19  overcharged you for Lupron?
20          MR. HOWARD:  Object to the form of the
21  question.  Lupron is not at issue in this case.
22          MR. STEMPEL:  It's an example.
0111
1          MR. HOWARD:  Why don't you draw what is an
2  example in the case.
3      A.  Well, I would doubt it.
4  BY MR. STEMPEL:
5      Q.  You would doubt that it would change your
6  view?

7     A.  Yeah.
8     Q.  And so if you learned that the company
9  that sold Lupron gave very significant discounts to
10  Dr. Zakharia below the average wholesale price and
11  that it did not get paid anything by Medicare, would
12  that change your view --
13         MR. HOWARD:  Object to the form of the
14  question.
15     Q.  -- of whether that drug company
16  overcharged?
17     A.  No.  I don't know how they could do that.
18     Q.  So you'd be surprised to learn that if
19  that were -- if somebody were able to show that,
20  that would surprise you?
21         MR. HOWARD:  Object to the form of the
22  question.
0112
1     A.  Yeah.
2     Q.  I'm sorry?
3     A.  I'd be surprised.
4     Q.  Do you have any knowledge of -- do you
5  believe there's a conspiracy between drug companies
6  --
7         MR. HOWARD:  Object.
8     Q.  -- to overcharge for drugs?
9     A.  I have no idea.
10         MR. HOWARD:  Object to the form of the
11  question.
12     Q.  But there's nothing you know of that would
13  cause you to say that you think there is a
14  conspiracy?
15     A.  No, sir.
16     Q.  And is there anything you know of that
17  would cause you to think there's a conspiracy
18  between drug companies and doctors like Dr. Zakharia
19  to overcharge for drugs?
20     A.  I don't know.  I don't think so.
21     Q.  And do you think there's anything that you
22  know of that would cause you to think there's a
0113
1  conspiracy between drug companies and companies like
2  Aetna to overcharge for drugs?
3         MR. HOWARD:  Object to the form of the
4  question.  Do you understand what he's saying?
5     A.  I don't know.
6         MR. HOWARD:  Could you repeat that?
7     Q.  Let me do it again.  Do you know of
8  anything that would cause you to think there's a
9  conspiracy between drug companies and insurance
10  companies?
11     A.  No, sir, I don't know of anything.
12     Q.  And do you know of anything that would
13  cause you to think there's a conspiracy between drug
14  companies and -- do you know what a pharmacy benefit

15  manager is?
16      A.  Do I know what?
17      Q.  A pharmacy benefit manager or a PBM is?
18      A.  No, sir.
19      Q.  All right.  We don't even have to ask the
20  question.
21          Mr. Roots, what is your -- in your own
22  words, what's your understanding of what a class
0114
1   action is?
2       A.  A class action is a group of people that
3   is trying to get the cost of drugs at a lower price
4   and it's a -- turns into a lawsuit.
5       Q.  And do you understand that you're
6   representing --
7       A.  Yes, sir.
8       Q.  -- a number of other people?
9       A.  Yes, sir.
10      Q.  And what kind of people are you
11  representing?
12      A.  People that's in the same class that I'm
13  in, paying too much money for their drugs.
14      Q.  And does this include me, for example?
15      A.  Well, if you buy drugs.
16      Q.  So it's not limited to people who are
17  Medicare recipients?
18      A.  I would say it's anybody in this class of
19  people that use these drugs.
20      Q.  Okay.  And let's focus on that.  When you
21  say "use these drugs," what do you mean?  Are you
22  representing people who --
0115
1       A.  That's in this class.
2       Q.  Are you representing, for example, women
3   who use hormone replacement therapy?
4          MR. HOWARD:  Object to the form of the
5   question.
6       A.  Whatever -- whatever is listed in the
7   Complaint.
8       Q.  So you're representing people who use
9   whatever drugs that are in the Complaint, whether
10  you use those drugs or not?
11      A.  I don't have to use it.  But the class of
12  people that's using it would be in that class.
13      Q.  Are the insurance companies that pay for
14  drugs also in the class that you're representing?
15      A.  I don't know how they're -- how they
16  reimburse themselves with the drug companies, I have
17  no idea.
18      Q.  So I'm just wondering if you have an
19  understanding of whether you're representing them or
20  not?
21      A.  I don't know.
22      Q.  Okay.  And are you representing people

0116
1  like me who don't live in Kansas?
2      A.  Well, I think it's everybody that's in
3  this class, in this group that's in this class.
4      Q.  Everybody in the country?
5      A.  It could be, yeah.
6      Q.  So it doesn't matter what state they live
7  in?
8      A.  That's the way I understand it, it's the -
9  - everybody that's in this class that we're talking
10 about.
11     Q.  And would it include people who are on
12 Medicaid, who have Medicaid coverage?
13     A.  Gosh, I don't know.
14     Q.  I should have asked, I think I know the
15 answer, but have you been eligible for
16 Medicaid?
17     A.  No.  Never have.
18     Q.  And so you represent individuals -- not
19 just individuals who are covered by Aetna Insurance,
20 is that your understanding?
21     A.  Say that again.
22     Q.  Do you represent individuals who have
0117
1  insurance other than insurance from Aetna?
2      A.  Why, sure.
3      Q.  And you represent people who are not
4  Medicare beneficiaries?
5      A.  They would be in that class, I would
6  represent them.
7      Q.  And do you represent the Medicare program
8  itself?
9      A.  No.
10     Q.  But you said the Medicare program overpaid
11 for drugs, right?
12     A.  Well --
13        MR. HOWARD:  Object to the form. Misstates
14 his testimony.
15     A.  I'm not representing for Medicare.
16 They're doing their own representing.
17     Q.  Okay.  I'm just trying to understand.  And
18 why is it that you want to be a class
19 representative?
20     A.  Well, my attorneys appointed me.
21     Q.  Well, you volunteered, though, didn't you?
22     A.  Well, I don't know.  Did I?
0118
1      Q.  Well, that's a fair --
2      A.  That's a fair question.
3      Q.  Okay.  Has somebody explained the
4  responsibilities of a class representative?
5      A.  Yes, sir.
6      Q.  And so in your own words what are the
7  responsibilities?

8     A.  Well, read the Complaint, monitor the
9  process of the case and the rest of the people in
10  the class that's paying too much money, too.
11     Q.   And you understand one of your
12  responsibilities may be to travel to Massachusetts
13  to testify?
14     A.  Yes, sir.
15     Q.   And to consult with your attorneys
16  whenever they need you to consult with them?
17     A.   Yes, sir.
18     Q.   Do you think that your situation is
19  different than somebody who doesn't have any
20  insurance?
21     A.   Well, I'm fortunate to have insurance.  I
22  couldn't make it if I didn't have insurance.
0119
1     Q.  Well --
2     A.  I'd be bankrupt.
3     Q.   But you mentioned, for example, a number
4  of drugs for which you pay a flat amount --
5     A.  Yeah.
6     Q.   -- because you have insurance.
7        And are you aware that there are people
8  who don't have insurance and, therefore, can't pay
9  $8 for a month supply of something?
10     A.  That's right, I understand that.
11     Q.  Do you think they're in a different
12  situation than you?
13     A.  They're in an unfortunate situation. They
14  -- a lot of people can't afford insurance.
15     Q.  How long have you been paying $8 for a VA
16  prescription?
17     A.  Just started this year.
18     Q.  So last year it was $7?
19     A.  Yeah.
20     Q.  That was for the whole year?
21     A.  For each prescription, for each month.
22     Q.  Was it $7 --
0120
1     A.  I generally pay 90-day supply which made
2  it $21, and now it's $24.
3     Q.  How long was it $21 for a 90-day supply?
4     A.  Well, that's what it was when I got into
5  the VA and it just changed this year.
6     Q.  So for about -- from about five years ago
7  until just this year, you would pay $21 for a 90-day
8  supply of prescription drugs you got from the VA?
9     A.  Yes, sir.
10     Q.  Do you know if during that period of time
11  from when you started getting drugs from the VA
12  until the end of this past year, do you know if the
13  average wholesale price changed for any of the drugs
14  that you received?
15     A.  I don't know.

16    Q.  Did the amount you paid for those drugs
17  change during that period of time?
18    A.  Huh?
19    Q.  Did the amount that you paid for those
20  drugs -- you just said it's $21?
21    A.  No.
22    Q.  So it stayed the same?
0121
1     A.  It stayed the same.  That's set by
2  Congress, I think, the Veterans Administration.
3     Q.  So for all of the drugs you got from the
4  Veterans Administration that you paid $21 for a 90-
5  day supply, are you in the same position -- have you
6  -- first of all, do you think for those drugs, if
7  AWP was inflated during that period of time and
8  increased, were you hurt for those drugs?
9        MR. HOWARD:  Object to the form of the
10  question.
11    A.  Well, not from the VA I wasn't hurt but
12  from Aetna I was.
13    Q.  And why is that?
14    A.  Well, because they changed their prices.
15  Aetna has changed their prices.  They've went up,
16  too.
17    Q.  Okay.  And how have they gone up?
18    A.  Well, like I say, my wife gets one
19  medicine from the VA that cost her $60, and it used
20  to be 30 so they doubled there.  So different drugs
21  are different prices and I can't state all of them
22  but I know Plavix from Aetna is $30.  From the VA
0122
1  it's 24.  So how they dictate their price, I don't
2  have no control on.
3     Q.  Right.  It just costs too much?
4     A.  You damn right.
5     Q.  But do you know if -- that any of the
6  changes were related in any way to changes in the
7  average wholesale price for any of these drugs?
8     A.  Oh, I don't know.
9     Q.  Okay.  And do you think that somebody --
10  somebody who does not have either coverage from the
11  VA or supplemental insurance from Aetna was affected
12  differently from changes in the average wholesale
13  price?
14        MR. HOWARD:  Object to the form of the
15  question.
16    A.  I've bought drugs from the drugstore and I
17  know if I go to Aetna mail order, it's a lot
18  cheaper.  So the people that buys from these drug
19  companies here in Wichita pay a higher price.  And
20  how it's -- they derive at their price, I have no
21  idea.
22    Q.  Do you expect to be compensated for your
0123

1   services as a class representative?
2       A.  Well, they haven't really told me what I'd
3   get out of this, but it's worth something sitting
4   here.
5       Q.  Well, if you have to travel to Boston in
6   the dead of winter you might reconsider that, but --
7   who are the attorneys representing you in this case?
8       A.  (Indicating.)
9       Q.  Mr. Patrick Howard is one.
10      A.  Spector, Roseman and Kodroff.
11      Q.  Any others?
12          Here, let me help.  If you turn to --
13  starting with what is Page 275 in the Fourth Amended
14  Master Consolidated Class Action Complaint, there
15  are -- I have Pages 275 through 278, which contains
16  a long list, far too long list of attorneys.  If you
17  could take a moment and look at all those attorneys
18  and tell me if you have ever talked to any of them
19  other than Mr. Howard.
20      A.  Well, there's a guy in this office that I
21  talked to but I ain't sure but I think his name was
22  Haviland.
0124
1       Q.  Okay.  And "this office" is Kline and
2   Specter, which is the other Philadelphia firm with
3   Specter in the name, right?
4       A.  Right.  My goodness, look at the lawyers.
5   No.  I haven't talked to any of them.
6       Q.  Is that the last page?
7           MR. HOWARD:  Is that the last page?
8       A.  No.
9           MR. HOWARD:  Other than the ones --
10  lawyers --
11      A.  Yeah.
12      Q.  Before hearing about this lawsuit, had you
13  ever heard of average wholesale price?
14      A.  No.
15          MR. HOWARD:  Objection, asked and
16  answered.
17      Q.  Have you talked to any of your physicians
18  about this case?
19          MR. HOWARD:  Object -- strike that.
20          I'm sorry.  Go ahead.  You can answer.
21      A.  No.
22      Q.  And I may have asked you this and I
0125
1   apologize if I did, but other than talking to Mr.
2   Haviland -- we'll get back to that in a second --
3   and meeting yesterday with Mr. Howard, have you
4   talked to any attorneys in connection with this
5   case?
6       A.  No, sir.
7       Q.  How many times have you talked to Mr.
8   Haviland?

9    A.  Twice, wasn't it?
10        MR. HOWARD:  You'll have to answer.
11    A.  I think it was twice.
12    Q.  Okay.
13    A.  I mean, when he called me.  I never did
14  call him.
15    Q.  And he called you after you responded to
16  the --
17    A.  Yes.
18    Q.  -- ad with the toll-free number?
19    A.  Yes.
20    Q.  So when he first called you, did he ask
21  you if you wanted to participate in the case?
22        MR. HOWARD:  Object to the form. I'm going
0126
1  to instruct him not to answer. Again, any
2  conversation that he's had with any lawyers in this
3  case is attorney-client privilege.
4        MR. STEMPEL:  Well, actually, this would
5  be before this was an attorney-client relationship.
6        MR. HOWARD:  Well --
7        MR. STEMPEL:  Before you said I'm signed
8  up, there's no attorney-client relationship.
9        MR. HOWARD:  I agree but I don't think
10  you've established when he signed up.
11  BY MR. STEMPEL:
12    Q.  When Mr. Haviland called you the very
13  first time, had you already agreed to be a party in
14  this case?
15    A.  No.
16    Q.  Okay.  So I'm just focusing on the very
17  first conversation before you became a party in this
18  case and were represented by Mr. Haviland, okay.  I
19  don't want you to disclose any communications after
20  Mr. Haviland was your lawyer, okay?
21    A.  Okay.
22    Q.  So when he made that phone call to you, at
0127
1  that point was he your lawyer, the very first phone
2  call?
3    A.  He wasn't then.
4    Q.  Okay.  So I just want to talk about what
5  he said before he became your lawyer.
6        MR. HOWARD:  Hang on one second.
7  Unfortunately, Mr. Roots did not recall earlier that
8  he has been a plaintiff or was a class member in the
9  Lupron case.  And I intended to follow up with those
10  questions. He was a client of Kline and Specter
11  beginning in November of 2003.  So any conversations
12  that Mr. Roots had with Mr. Haviland after 2003
13  would be attorney-client privilege.
14        MR. STEMPEL:  That's fair.
15  BY MR. STEMPEL:
16    Q.  Do you now recall that you were actually a

17  class representative in connection with a separate
18  lawsuit?
19        MR. HOWARD:  He was not a class
20  representative.  He was a class member.
21        MR. STEMPEL:  Okay.
22        MR. HOWARD:  Class member.
0128
1        MR. STEMPEL:  He was a class member and he
2  was represented by Mr. Haviland in connection with
3  the Lupron case?
4        MR. HOWARD:  Correct.
5  BY MR. STEMPEL:
6     Q.  Do you recall being represented by Mr.
7  Haviland in connection with the Lupron lawsuit?
8     A.  Well, just vaguely I remember talking to
9  him but I don't even remember what we talked about.
10     Q.  Do you recall now that your counsel has
11  clarified things a little bit, that when you saw an
12  advertisement and you made a phone call to a toll-
13  free number, that that in fact related to Lupron
14  specifically?
15     A.  I found that out.  I didn't know that at
16  the time.
17     Q.  Okay.  And do you know if you attempted to
18  exclude yourself from the Lupron class?
19     A.  No.
20     Q.  "No," you didn't or "no," you don't know?
21     A.  I didn't.
22     Q.  So what are you hoping to get from this
0129
1  lawsuit?
2        MR. HOWARD:  Objection, asked and
3  answered.
4     Q.  I don't think I asked that.
5        What's your objective in you being a
6  plaintiff?
7     A.  Well, the main thing is that maybe we can
8  start getting a lower cost on our drugs for not just
9  me but the whole class of people.
10     Q.  Are you hoping to get some money damages?
11     A.  Well, if it comes, it comes.  Play the
12  cards as they fall.
13     Q.  Have you considered at all what damages
14  you think you might want?
15     A.  I have no idea.  I have not figured up my
16  cost but I know I've paid a lot of money over all
17  these years for those shots.
18     Q.  Mr. Roots, do you have any kind of a
19  written agreement with your lawyers relating to this
20  case that retains them?
21     A.  I've signed a deal to where they represent
22  me.
0130
1        MR. STEMPEL:  Okay.  We'd like a copy of

2  that, too.
3  BY MR. STEMPEL:
4      Q.  When you agreed to be a class
5  representative, at that time did you provide any
6  documents to your lawyers?
7          Let me ask it this way:  At anytime have
8  you given any documents to your lawyers about this
9  case?
10     A.  I give a list of all my doctors.
11     Q.  And did you give your lawyers permission
12  to speak directly to your doctors?
13     A.  Yes, sir.
14     Q.  And did you have to sign any form for
15  that?
16     A.  I don't recall signing anything.
17         MR. STEMPEL:  Okay.  If there's any kind
18  of a release, we'd like a copy of that, too.
19  BY MR. STEMPEL:
20     Q.  Did you give your attorneys permission to
21  speak to Aetna --
22     A.  No.
0131
1      Q.  -- or to contact Aetna?
2      A.  No.  I give them -- well, they may have
3  construed it that way but I give them a copy of my
4  Medicare card and my Aetna card with that list of
5  all the doctors.
6      Q.  Okay.
7      A.  You know the business cards that doctors
8  have, I put them on there and copied them all.
9      Q.  What else -- what other documents did you
10  give your lawyers?
11     A.  I think I sent in this list here
12  (indicating).  Didn't I?  I think I did.  I don't
13  know.
14     Q.  You don't recall?
15     A.  Don't recall for sure.
16     Q.  Do you recall if you gave, other than the
17  list of drugs, the list of doctors, the two
18  insurance cards, do you recall if you gave them any
19  other documents?
20     A.  No, sir.
21     Q.  Do you know how your lawyers are getting
22  paid for this case?
0132
1      A.  No.
2      Q.  Have you requested any documents from
3  Aetna in connection with this case?
4      A.  No, sir.
5      Q.  Have you requested any documents from your
6  medical providers in connection with this case?
7      A.  No.
8      Q.  Now, if we go back to the Complaint for a
9  second and back to that reference to Depo-Provera

10  and the company in parenthesis is Pfizer.
11      A.  Yeah.
12      Q.  Have you ever heard of Pfizer?
13      A.  Yes.
14      Q.  Have you ever had any contact with Pfizer?
15      A.  No, sir.
16      Q.  To your knowledge, has anybody from Pfizer
17  ever contacted you?
18      A.  No, sir.
19      Q.  Have you ever -- I think you already
20  testified you don't know what Depo-Provera is; is
21  that correct?
22      A.  No.
0133
1       Q.  You don't recall if you've even been
2   treated with Depo-Provera?
3       A.  I don't recall it.  If they give me a
4   shot, I didn't know it.
5       Q.  You wouldn't know --
6       A.  I wouldn't know the difference between
7   that and Lupron when they give me a shot.
8       Q.  And you don't know any drugs that Pfizer
9   makes?
10      A.  No.
11      Q.  And did anybody from either Pfizer or any
12  other company or your medical provider ever give you
13  any information about Depo-Provera?
14      A.  No.
15      Q.  Have you had any contact with any of the
16  other companies that are listed after Albuterol
17  Sulfate?
18      A.  No, sir.
19      Q.  Have you received any information from any
20  of those companies about --
21      A.  No, sir.
22      Q.  Okay.  The last part of this, which I
0134
1   think should go quickly, is just relating to these
2   two documents.
3       A.  Okay.  Could we take a break?  I need to
4   go to the bathroom.
5       Q.  Absolutely.
6           (A recess was taken from 12:15 p.m.
7   to 12:22 p.m.)
8           (Deposition Exhibit Roots 003 &
9   Deposition Exhibit Roots 004 were marked for
10  identification.)
11  BY MR. STEMPEL:
12      Q.  Mr. Roots, you've been handed what's been
13  marked as Exhibit Roots 003.  And at the bottom
14  you'll see your name "Roots" and --
15      A.  Yes.
16      Q.  -- on the first page three zeros and the
17  number 1 and then the pages are numbered

18  consecutively from there on.
19      A.  Okay.
20      Q.  Your lawyer has put those designations on
21  there.  This is a document we received from Mr.
22  Haviland.
0135
1       A.  Oh.
2       Q.  And next to it is a much larger document,
3   Exhibit Roots 004, and you'll see the same numbers
4   system.
5       A.  This is from Aetna?
6       Q.  And you'll see at the bottom of it it
7   begins with 8, so the first exhibit is seven pages
8   and the next one starts at 8 and moves on from there
9   and you'll see the cover letter from Aetna addressed
10  to Kline and Specter, do you see that?  And this is
11  also a document that was provided by Mr. Haviland's
12  office to us while I was airborne yesterday.
13      A.  Oh.
14      Q.  But through the miracles of modern
15  technology --
16      A.  Isn't that the truth.
17      Q.  -- here it is.  I'm going to ask you first
18  about Exhibit Roots 003, which you're holding, okay?
19  First of all, have you ever seen this before?
20          MR. HOWARD:  I'm going to object and
21  instruct him not to answer to the extent you've seen
22  it in relation to --
0136
1       Q.  Let me back up, I'm sorry.
2           Other than if -- other than yesterday in
3   any meeting that you may have had with your counsel,
4   have you ever seen this document before?
5       A.  No, sir.
6       Q.  Do you know what it is?
7       A.  Well, it's from the Wichita Urology Group
8   according to that.
9       Q.  Is that because at the top level it says
10  "Wichita Urology Group"?
11      A.  There at the top it's got -- then it's got
12  my name.
13      Q.  That's "Roots, O Ray"?
14      A.  That's right.  I go by Ray.  That's the
15  reason they did that.  My first name is Oral.
16      Q.  It looks like a statement of accounts.  Is
17  that what it looks like to you?  I really don't know
18  what the document is.  It has on the left-hand
19  column dates under the heading that says "CHG DT,"
20  which I'm going to assume is charge date.
21      A.  That sounds possible.
22      Q.  And I, frankly, I have no way of knowing
0137
1   without -- and we will do this talking to your
2   urologists what this document -- what these codes

3  mean.
4      A.  Well, okay.
5      Q.  Let's --
6      A.  $72 there and then Medicare payment, $25,
7  and adjustment of 46, which probably Medicare
8  wouldn't pay, and then due, zero.
9      Q.  Would that indicate to you that you were
10  not charged for that?
11      A.  On that date, on that particular deal.
12      Q.  Well, let's look at -- if you go down one,
13  two -- well --
14      A.  The third one.
15      Q.  The date of 03/07, do you see that?
16      A.  Okay.  Well, that's got Depo-Provera.
17      Q.  That's what I'm going to ask you about.
18  You see the reference to Depo-Provera 185?
19      A.  Yeah.
20      Q.  And you see -- let's go back to -- there's
21  a column -- well, if you read from the left side
22  across, March 7, 2001, I don't know what GZA stands
0138
1  for, do you?
2      A.  Garcia maybe.
3      Q.  Is that somebody at the Wichita Urology
4  Group?
5      A.  Well, I'm not sure what it means.  That
6  WUG would mean Wichita --
7      Q.  Urology Group?
8      A.  Yeah, I would think.  And then the next
9  one is --
10      Q.  What is Dr. Zakharia's first name?
11      A.  I know that but I can't think of it.
12      Q.  Does it begin with G?
13      A.  George.  I believe it's G.
14      Q.  So GZA could stand for George Zakharia?
15      A.  Could.
16      Q.  You see the next one over, J1050?
17      A.  J9217 --
18         MR. HOWARD:  You're on Depo-Provera?
19      Q.  I'm looking at Depo-Provera.  I want to
20  ask you about Depo-Provera.
21      A.  J1050, Depo-Provera.
22      Q.  Frankly, I'm not interested in Lupron,
0139
1  despite all my questions.
2      A.  I thought you was.
3      Q.  So you see J1050, do you know what that
4  is?
5      A.  No.  I have no idea.  It's some kind of a
6  code.  It says "T Code" up at the top.
7      Q.  Right.  Do you know if Medicare reimburses
8  for Depo-Provera?
9      A.  According to that Medicare payment and
10  Medicare adjustment right underneath that --

11     Q.  Well, we'll get to that.
12     A.  -- I assume --
13     Q.  Let's look at that.  So under where it
14  says "Amount" --
15     A.  Amount?
16     Q.  You see $47?
17     A.  Okay.
18     Q.  And below that Medicare payment is $8.39.
19  Do you see that?
20     A.  Yes.
21     Q.  Is that 80 -- does that appear to be 80
22  percent of $47?
0140
1     A.  Well, they discounted 36.  Down below that
2  there's an adjustment of 36.51, too.
3     Q.  Which means that Medicare didn't pay that
4  36.51?
5     A.  Right.
6     Q.  So do you think Medicare was overcharged
7  for that Depo-Provera --
8     A.  Well --
9     Q.  -- if it only paid $8.39?
10        MR. HOWARD:  Object to the form of the
11  question.
12     A.  They probably made money.
13     Q.  Who made money?
14     A.  Depo-Provera company, they made money.
15     Q.  You don't know what company that is,
16  right?
17     A.  No.
18     Q.  And if we go down to the Aetna Payment,
19  that's a 1.68, correct?
20     A.  Yeah.
21        MR. HOWARD:  No.  That's not correct.
22     A.  Aetna Payment, 1.68, what's that?
0141
1     Q.  Well, I'm trying to figure out.
2     A.  I don't understand that.
3     Q.  The 42 cents that your counsel is pointing
4  to --
5        MR. HOWARD:  I apologize, my angle of the
6  document -- let's use the business card, that's the
7  best way to do that.
8     Q.  It appears that the charge for Depo-
9  Provera was $47, correct?
10     A.  Correct.
11     Q.  That Medicare -- let's follow along.  The
12  charge is 47?
13     A.  Appears to be $47.
14     Q.  Medicare paid 8.39.  Medicare said we're
15  not paying 36.51.  If you go down, there was left
16  $2.10, which --
17     A.  I don't know what that is.
18     Q.  Which is actually one-fourth, if you round

19   off $8.39; in other words, if Medicare pays 80
20   percent and 20 percent is left over and there's a
21   four to one ratio, right?
22      A.   I don't know.  You got a calculator?
0142
1      Q.   On a $100 bill, if Medicare pays 80
2   percent, it pays $80, then it would leave $20,
3   that's -- 80 to 20 is a four to one ratio, which is
4   the same as if you're rounding 8.39 to 8.40, same as
5   8.40 to 2.10; in other words, that's what's left
6   over that's allowed to be charged.
7      A.   Okay.
8      Q.   It appears of what's left over, Aetna paid
9   1.68, and does it appear that you were charged 42
10   cents?
11      A.   Yeah.  But they said due ".00" right below
12   that.
13      Q.   Well, that's because if you look across,
14   it looks like there was a personal check payment of
15   42 cents.
16      A.   Okay.
17      Q.   So do you believe that you were
18   overcharged -- let me ask it differently.
19         About how much of that 42 cents do you
20   believe you were overcharged for Depo-Provera?
21         MR. HOWARD:  Object to the form of the
22   question.
0143
1      A.   I don't know.  But I bet they didn't -- I
2   bet they didn't lose any money.  I bet they made
3   money.
4      Q.   Well, the question now is, were you
5   overcharged, not whether Dr. Zakharia was
6   overcharged?
7         MR. HOWARD:  Object to the form. I think
8   Mr. Roots is asking you to put it in context.  I
9   think he wants -- I think it's fair for you to put
10   the question in context, you know, what the drug
11   costs and so on and so forth.
12         MR. STEMPEL:  Speaking objections --
13         MR. HOWARD:  That's fine.  I just want it
14   to be a fair question.
15      Q.   I'm just trying to -- if you look at
16   Lupron --
17      A.   Yeah.
18      Q.   -- above --
19      A.   Look at it.
20      Q.   -- $2200.  And that cost you personally
21   $172 and change.
22      A.   Yeah.  I paid a lot of them.
0144
1      Q.   You did.
2      A.   Yeah.
3      Q.   I guess my question is whether you believe

4  that your payments for Lupron are a reason to
5  maintain a lawsuit against whoever manufactured this
6  Depo-Provera for which you paid 42 cents?
7      A.  Well, okay.  To answer that question, I
8  think all drug companies are overcharging us.  Even
9  Depo-Provera, I bet they overcharged, too.
10     Q.  So how much do you think would be a fair
11  payment for Depo-Provera?
12         MR. HOWARD:  I can object to the form of
13  the question.  This guy has never worked in the
14  pharmaceutical industry.
15     A.  I don't know what's a good fair price for
16  a drug.  Depends on the drug.
17     Q.  If you are pursuing this case in
18  Massachusetts, one of the things you asked -- you
19  said that you're seeking out of the case is the
20  prices be lower.  By how much?
21     A.  Well, I can't answer that by how much.
22     Q.  Do you know who will answer that?
0145
1      A.  Well, once -- no, I don't know.
2      Q.  Okay.  Let's look at the last exhibit --
3  let's -- actually, let's go back.  I want to look at
4  this one more time.  And if you could turn to the
5  page that's marked Roots 0003.  Now, you remember we
6  were talking about Depo-Provera and the charge on
7  Page 1 was $47.  Do you recall that?
8      A.  Yeah.
9      Q.  Okay.  Now do you see where Depo-Provera
10  is on Page 3?
11     A.  Yeah.  The second one down.
12     Q.  What was the charge?
13     A.  $47 it says.
14     Q.  So the charge was the same, correct?
15     A.  Uh-huh.
16     Q.  Go down to the bottom and look at how much
17  you paid.
18     A.  $1.36.
19     Q.  That amount changed, didn't it?
20     A.  Yeah.
21     Q.  So the amount you paid for Depo-Provera in
22  2001 was different than the amount you paid for
0146
1  Depo-Provera in 2002?
2      A.  42 versus 1.36.
3      Q.  But the charge for the drug did not
4  change?
5      A.  Yeah.
6      Q.  Do you know what the average wholesale
7  price was for Depo-Provera?
8      A.  I have no idea.
9      Q.  Is it fair to say just based on the simple
10  math here that the amount you paid for Depo-Provera
11  was not tied explicitly to the charge that appears

12 in the first line of $47 because that stayed the
13 same and the amount you paid changed, correct?
14       MR. HOWARD: Object to the form of the
15 question. Do you understand what he's asking you?
16    A.  Well, yeah. He's wanting me to make a
17 comparison of the two charges.
18    Q.  Right.
19    A.  And this one I paid more money than I did
20 back there.
21    Q.  Let me -- actually, this might help.
22 Okay. Let's compare the -- we just looked at Depo-
0147
1 Provera in which the charge was $47 in both cases
2 but the amount that you paid was different, okay.
3 Now, if you look above it, you see Lupron on Page 1,
4 I'm sorry. And Lupron was -- the charge was $2200.
5 Do you see that?
6    A.  Uh-huh.
7    Q.  The amount you paid was 172.87?
8    A.  Uh-huh.
9    Q.  If we go to Page 4 and second up from the
10 bottom you see Lupron and you see --
11    A.  2800.
12    Q.  The charge has gone up to 2800 and you see
13 there the amount you paid has gone down?
14    A.  I paid 391. Wait a minute.
15    Q.  That's an Aetna payment.
16    A.  97.
17    Q.  So that's -- so the charge for Lupron has
18 gone up and the amount you paid went down compared
19 to the first entry, correct?
20    A.  Yes, sir.
21    Q.  And then if you move up the page to about
22 the middle, there's another entry for Lupron?
0148
1    A.  2200.
2    Q.  And there --
3    A.  I paid 156.
4    Q.  And you see it says 156. Now go back to
5 the first page. And the Lupron entry there, it's
6 also -- the charge is 2200. Do you see that?
7    A.  172.
8    Q.  So the amount you pay doesn't seem to be
9 directly related to the charges for Lupron either,
10 correct?
11       MR. HOWARD: Object to the form of the
12 question. You can answer if you know.
13    Q.  Just based on what you're reading here?
14    A.  Yeah. Well, yeah, I see that.
15    Q.  As you sit here today, do you know on what
16 basis you get charged for --
17    A.  I don't really know.
18    Q.  That's all I was trying to figure out.
19       So now let's turn to this Aetna document,

20  which is Exhibit Roots 004, and let's turn to Page
21  Roots 11.
22          First of all, let's look at your Roots 8,
0149
1  the cover page.  And you see this is a letter from
2  Aetna to Kline and Specter. Did you discuss with
3  anybody at Kline and Specter that Kline and Specter
4  would be asking Aetna for these records?
5          MR. HOWARD:  I'm going to instruct him not
6  to answer.  That's communication with a law firm.
7  That's privileged information.  Don't answer.
8      Q.  Do you have any idea how your confidential
9  records could have been received by Kline and
10  Specter?
11          MR. STEMPEL:  I need to know how Kline and
12  Specter got this.  That's not a privileged
13  communication.
14          MR. HOWARD:  I think it's obvious.  I
15  think you -- how do you get any other medical
16  record.
17          MR. STEMPEL:  The witness -- I need --
18  he's a class representative and part of being a
19  class representative is cooperating.
20  BY MR. STEMPEL:
21      Q.  And so all I need to know is if you
22  authorized Kline and Specter to seek your records
0150
1  from Aetna?
2          MR. HOWARD:  Fair question.  You can
3  answer.
4      A.  Well, I think I did because I mailed them
5  my Aetna card and my Medicare card along with a
6  copy, you know, a copy of it, along with all the
7  doctors, so that give them the access. I don't
8  recall signing specifically.
9      Q.  Okay.  And when you mailed them these
10  cards, was that back when you were originally
11  represented by Kline and Specter with respect to the
12  Lupron case?
13      A.  No.  It hadn't been too long ago.
14      Q.  So you recently mailed them these cards?
15      A.  Yeah.  Yeah.  I'm trying to remember when
16  things happened.
17      Q.  Other than yesterday, have you ever seen
18  this document before?
19      A.  This one?  No.
20      Q.  Yes.
21      A.  And I haven't seen it until you laid it
22  out here.
0151
1      Q.  Let's turn to Page 9.  And you see this
2  appears to be a list of drugs?
3      A.  Medication apparently.
4      Q.  If it would help to get your list, which

5  is Exhibit Roots 001, I believe, Zocor does not
6  appear on your list.  Is that because --
7      A.  That's just been changed recently to that
8  (indicating).
9      Q.  Vytorin?
10     A.  Vytorin.
11     Q.  Norvasc, is that a drug that you
12  recognize?
13     A.  Yeah.
14     Q.  Let me ask you this:  Are you -- do you
15  take anything for high blood pressure?
16     A.  I did.  But I think I'm off of it now.
17     Q.  Okay.  And that drug was Norvasc?
18     A.  I believe that's right.
19     Q.  Now, if you look at the list of drugs and
20  you go across, it says "Days Supply."  Do you see
21  that column?
22     A.  90.
0152
1      Q.  Each of these was prescribed for 90 days?
2      A.  Yes.
3      Q.  And then under "Amount Paid," do you see
4  that column?
5      A.  Yes.
6      Q.  Do you have an understanding of what that
7  is?
8      A.  Well, I understand that to be the drug
9  company's cost and the co-pay was 5 and on that
10 first one, Ranitidine --
11     Q.  Is that 5 what you actually pay?
12     A.  I think that's right.
13     Q.  So you didn't pay the 46.46?
14     A.  No.
15     Q.  And for Zocor, the $315, you did not pay,
16 correct?
17     A.  No.  That was 15.
18     Q.  You paid 15.  So as we are discussing
19 earlier when you described --
20     A.  But the prices have went up since.  I
21 don't know -- what's the date?  See, that's 2003.
22 The prices have went up since then.
0153
1      Q.  But you see, for example, the amount paid
2  for Zocor is almost $200 more than the amount paid
3  for Imdur.  Do you see that? Which is the third drug
4  listed.
5      A.  Yeah.
6      Q.  And the amount you paid is identical?
7      A.  Same amount.
8      Q.  So what you paid is not -- did not vary
9  with the column that says "Amount Paid," correct,
10 other than --
11     A.  No.  The co-pay was the same.
12     Q.  Right.  Okay.  Okay.  Let's turn to Page

13   11. Now, do you see where it says "Date of Service"?
14       A.  Okay.
15       Q.  That's February 17, 1994.  And under "Type
16   of Service" it says "Drugs/Medicine," correct?
17       A.  Yes.
18       Q.  Can you tell from this document what drugs
19   or medicine were paid for?
20       A.  No, sir.
21       Q.  Okay.  And then in the first of the two it
22   says "Charge Submitted, $72.75."  Do you see that?
0154
1        A.  Yeah.
2        Q.  Did Dr. Zakharia -- co-insurance, $100.50,
3   which exceeds the charge submitted.  Do you have an
4   understanding of what that co-insurance is
5   referenced to?
6        A.  No, sir.  The co-pay is the part that I
7   pay.
8        Q.  And so -- I was going to get to it.  So
9   the co-pay is $15?
10       A.  Now, I don't know what the co-insurance,
11   unless that's what Aetna paid.  But I don't
12   understand that (indicating).
13       Q.  Okay.  So I would have to ask Aetna what
14   that means?
15           Well, let me ask you:  If you wanted to
16   figure out what that meant, what would you do?
17       A.  Well, I don't know that I would get into
18   it. I don't know.
19       Q.  I don't blame you.
20       A.  I don't know that Aetna would tell me.
21   That's when I went to a doctor's office but it don't
22   say who.
0155
1        Q.  Could you turn to Page 27 and if you --
2   I'm just going to point.  Look here.  Again, you see
3   an entry for "Drug/Medicine"?
4        A.  Yes, sir.
5        Q.  And still no indication what drug that is,
6   correct?
7        A.  It says "Charges Submitted" --
8            MR. HOWARD:  He's asking you about what
9   kind of drug.
10       Q.  What the medication is.
11       A.  Oh, I don't know.
12       Q.  You have no idea on the "Charge Submitted"
13   is $160.66?
14           MR. HOWARD:  Do you see that?
15       A.  Yeah, I see that.
16       Q.  Again, you don't know what --
17       A.  No deductible.  Co-insurance.  No co-pay.
18   I don't understand that.
19       Q.  Okay.  Well, this is going to make this
20   last part go very quickly.  I'm not going to do what

21  some lawyers do and ask you about every single time
22  that happens so I'm just going to see if there's
0156
1  anything else in the document I want to ask you
2  about.
3        If you go to Page 60.  If you look at the
4  bottom here and there under "Type of Service" it
5  says "Medical" and you see the charge submitted,
6  2200.  Actually, if you look up there's a reference
7  to Dr. Zakharia, and if you turn to the next page it
8  appears that between -- you see how there are double
9  lines here?
10     A.  Yes.
11     Q.  So areas between the double lines all
12  relate to one another.  So if you turn to the next
13  page and under -- I'm reading upside down but --
14     A.  It's got my name and --
15     Q.  This is the remaining part.  And under the
16  diagnostic procedure you see reference to the
17  treatment for prostate cancer?
18     A.  Established patient office.
19     Q.  You see Diagnosis, it says -- I believe
20  that reference is short for malignant neoplastic
21  prostate.  So it suggests that Dr. Zakharia treated
22  you, submitted a charge of 2200, which looks
0157
1  familiar, doesn't it?
2     A.  That sounds like Lupron.
3     Q.  And here, unlike in the other cases, the
4  co-insurance is less than the charge submitted.
5     A.  Well, it would be because Medicare ain't
6  in there, is it?
7     Q.  It's not.  But you have no explanation of
8  why any earlier examples we looked at, that the co-
9  insurance was more than the charge submitted, do
10  you?
11        MR. HOWARD:  Object to the form of the
12  question.
13     A.  I have no idea, sir.
14     Q.  That makes two of us.
15     A.  I don't understand it.  And that surely
16  isn't right because I know I paid something. 3-2 of
17  2000.
18     Q.  If you go to the next page under "Amount
19  Paid."
20     A.  Oh, that's the amount I paid then?
21     Q.  Well, that's what we're trying to figure
22  out.  It may be the amount that Aetna paid.
0158
1     A.  Well, have you got a date on there for --
2     Q.  I think we can short-circuit this.  I
3  mean, you haven't seen these kinds of forms before?
4     A.  No.  I've never seen this before.
5     Q.  So you don't know what any of this means,

6  which makes four of us at this table.
7      MR. HOWARD:  I think we can all agree on
8  that.
9      A.  I think I can agree.
10     Q.  Just give me a minute.  I may be -- would
11  it surprise you to learn that the Wichita Urology
12  Group only got reimbursed $5 or was only able to
13  charge $5 for the medical service of providing you
14  with the Lupron injection?
15     A.  I didn't know that.
16     Q.  Does that seem low to you?
17     A.  Well, all they do is a girl comes in and
18  gives you your shot, five bucks.
19     Q.  Well, there's the overhead -- I mean,
20  there's her salary, the building, storing the
21  Lupron.
22     A.  Well, I understand that.
0159
1      MR. HOWARD:  Object to the form of the
2  question.
3      A.  They got paid --
4      MR. HOWARD:  I think he answered it.
5      A.  They got paid for the Lupron separate from
6  the injection.
7      Q.  So they needed -- so they earned a profit
8  from the payment for the Lupron; isn't that right?
9      A.  I guess.  I don't know.
10     Q.  You don't know if the doctor earned a
11  profit from --
12     A.  I have no idea.
13     Q.  Okay.
14     A.  He didn't discuss that with me.
15     Q.  And you don't know if in fact the doctor
16  earned an amount roughly equal to the difference
17  between the average wholesale price and the price
18  the doctor bought the drug from the drug company
19  for?
20     A.  Well, I don't know.  It could have been
21  the group as a whole got it.
22     Q.  Well, I'm sorry, when I say the doctor, I
0160
1  mean the Wichita Urology Group.
2      A.  But I don't know.  I have no idea.
3      Q.  Do you understand that part of what you're
4  claiming in this case is that there's a difference
5  between what the doctor pays for the drug and the
6  purported average wholesale price?
7      A.  That's what I've been told.  Yes, sir.
8      Q.  And is it your understanding that if that
9  difference between what the doctor pays and the
10  average wholesale price is larger, all of that money
11  goes to the doctor?
12     A.  I don't know that for sure.
13     Q.  Would it surprise you if as the AWP went

14  up, the doctor made more money but not the drug
15  company?
16     A.  Yeah.
17     Q.  Would that change your view of the case?
18        MR. HOWARD:  Object to the form of the
19  question.
20     A.  No.  I don't think it would change my
21  opinion.
22     Q.  Why is that?
0161
 1     A.  Well, because.  Our medical costs are
 2  getting so damn high we can't hardly afford it.
 3     Q.  Well, have you considered joining a case
 4  against your doctor?
 5        MR. HOWARD:  Objection.
 6     A.  No, I haven't.
 7     Q.  Well, if you learned that your doctor
 8  earned more and more profit from the sale of drugs
 9  that the doctor injected because of a high AWP, and
10  if you also learned that the drug company gave more
11  and more discounts to the doctor and earned less and
12  less from the sale of a drug, would that change your
13  view about who should be the defendant in this case?
14     A.  Well, not really.
15     Q.  And why is that?
16     A.  Well, because if -- it still -- it's still
17  our medical costs that are so damn high, no matter
18  which way you turn.
19     Q.  That's true.  But if it were the doctor --
20     A.  You're twisting this around to where
21  you're making it the doctor's fault instead of the
22  drug companies.
0162
 1     Q.  Well, that's what I'm trying to figure
 2  out. I'm trying to figure out if you learned that
 3  the drug companies is making less money and the
 4  doctor is making more money, if that would change
 5  how you thought about this?
 6     A.  Well, I'm not convinced that's happened.
 7     Q.  So your lawsuit is still based on your
 8  understanding --
 9     A.  Yes, sir.
10     Q.  -- that the drug companies is making all
11  of this money from this inflated AWP?
12     A.  Yes, sir.
13     Q.  And what's that understanding based on?
14     A.  Well, everything that I see and read and
15  that disposition that -- that told the whole story,
16  that pretty well convinced me that the drug
17  companies are overcharging.
18     Q.  Give me one second.  I think I am
19  finished.
20        MR. STEMPEL:  Well, thank you, Mr. Roots.
21  I think the counsel on the telephone may have a few

22  questions for you.
0163
1                 CROSS-EXAMINATION
2  BY MR. ROBBEN:
3      Q.   Good afternoon, Mr. Roots.  Can you hear
4  me?
5      A.   Yes, sir.
6      Q.   My name is Philip Robben.  I just have a
7  couple of follow-up questions.  Shouldn't take too
8  long.
9           Mr. Stempel had asked you if you had ever
10  taken any medication in a doctor's office by use of
11  a breathing machine or a breathing mechanism.  Do
12  you remember that?
13     A.   Yes.
14     Q.   Okay.  And your answer to that I believe
15  was that you had not.  Is that correct?
16     A.   That's right.  Except when I was in the
17  hospital.
18     Q.   Okay.  But other than in the hospital, you
19  hadn't used a machine like that at a doctor's
20  office?
21     A.   No.
22     Q.   Have you ever used a machine like that at
0164
1  home?
2      A.   No.
3      Q.   Okay.  Now, you also testified that you
4  had obtained your Albuterol inhaler from a mail
5  order pharmacy and VA; is that correct?
6      A.   And also a drugstore.
7      Q.   Okay.  That's what I was getting to.  Now,
8  you said that you paid a flat rate payment when you
9  obtained the drugs from the mail order pharmacy and
10  from the VA, correct?
11     A.   Yes.
12     Q.   Now, when you bought the Albuterol inhaler
13  from a drugstore, did you pay a flat rate payment as
14  well?
15     A.   Well, whatever they charged me.
16     Q.   But was the payment a flat rate?
17     A.   It was a fixed rate.
18        MR. HOWARD:  If you know the answer.
19     A.   I don't know the answer to that really.
20     Q.   Do you have any documents that would
21  reflect the payments you made at drugstores?
22     A.   I've got some -- some cost in my computer.
0165
1      Q.   Okay.  But do you have any receipts that
2  were issued to you by, say, a drugstore?
3      A.   I haven't saved them.
4      Q.   Okay.
5        MR. ROBBEN:  I don't have any further
6  questions.

7            CROSS-EXAMINATION
8  BY MR. WRIGHT:
9      Q.  Mr. Roots, this is Adam Wright.  Can you
10 hear me?
11     A.  Yes, sir.
12     Q.  I represent Schering and Warrick in this
13 action.  I had a few brief questions.  First I
14 wanted to say something for the record, if I could.
15 I just wanted to say for the record that Schering
16 and Warrick does not waive any objection to Mr.
17 Roots being proposed as the class representative to
18 offer any other class one defendant and we reserve
19 our right to depose Mr. Roots again should the Court
20 grant leave for him to serve as a representative
21 against any class one defendant.  I just wanted to
22 state that for the record.
0166
1          I just had a few brief questions on time
2  frame on Albuterol, Mr. Roots.  When were you first
3  prescribed Albuterol?
4      A.  Mercy, it probably had been four or five
5  years ago.
6      Q.  So did you take Albuterol before the year
7  2000 do you think?
8      A.  I think so.  I'm not sure of that.
9      Q.  How about 1997, would you have taken it
10 before then?
11     A.  You're getting into my memory bank too
12 far.
13     Q.  So your testimony is that you started
14 taking Albuterol four or five years ago?
15     A.  Yeah, probably.
16     Q.  And what -- what was the reason you were
17 prescribed Albuterol?
18     A.  I had an allergy.
19     Q.  Okay.  And how did you usually take that,
20 was that through an inhaler, through a pill?
21     A.  Through an inhaler.
22         MR. HOWARD:  Objection. Counsel, these
0167
1  questions have all been asked and answered.
2      Q.  I don't believe they were.  I only have
3  one last question.  Do you still take Albuterol?
4      A.  Yes.
5          MR. WRIGHT:  Thank you, Mr. Roots.
6          MR. HOWARD:  Mr. Roots, first of all, I
7  want to thank you for your time today.
8          MS. FUMERTON:  I do not have any
9  questions, thanks.
10         MR. HOWARD:  I want to thank you for your
11 time in coming out and answering everyone's
12 questions.  I just have a few follow-up questions
13 myself.
14            CROSS-EXAMINATION

15  BY MR. HOWARD:
16      Q.  You mentioned early on in your testimony
17  that you saw a doctor who specifically treated your
18  allergies other than your family care provider.  Do
19  you remember the name of the allergist?
20      A.  Yeah.
21      Q.  Who was the allergist?
22      A.  Well --
0168
1      Q.  What was the name of the allergist?
2      A.  Let's see, I'll have to give it to you
3  later.  I've got it at home.
4      Q.  Do you remember when you initially started
5  treatment there?
6      A.  Not for sure.  I don't know the exact
7  date.
8      Q.  Okay.
9          MR. STEMPEL:  We'd like just to get the
10  identity as well.
11      Q.  Do you recall that was the doctor that
12  first prescribed the Albuterol to you?
13      A.  Yes.  He was the first one who prescribed
14  it.  He was an allergy doctor.  I got his name at
15  home.
16      Q.  Okay.  We'll get that from you.
17          I just have a couple questions to fill in
18  some gaps about your employment and maybe a little
19  bit about yourself.  You said that when you worked
20  at Boeing you worked in a supervision capacity; is
21  that correct?
22      A.  Yes, sir.
0169
1      Q.  And how many people were you charged with
2  supervising?
3      A.  Oh, all the way from 5 to 50.
4      Q.  And in supervising the 5 to 50 people --
5      A.  I was a senior supervisor also on Guam so
6  I had a lot more than that then.
7      Q.  What did your duties entail as supervisor?
8      A.  Well, basically, just getting the work
9  assignments and getting the assignments taken care
10  of and worked.
11      Q.  That would include watching over the other
12  employees?
13      A.  Yes, sir.
14      Q.  Make sure they showed up on time?
15      A.  Yeah.
16      Q.  And we've had the privilege to have a
17  couple of conversations and you've mentioned to me
18  that you were involved in some church activities.
19  What's your role at the church?
20      A.  Oh, trustee and I paid all the church
21  bills.
22      Q.  So you were a trustee for the church and

0170
1  is it fair to say you were the church treasurer?
2      A.  Well, I wasn't really the treasurer.
3  There was another guy appointed as treasurer but I
4  took all the bills home with me and paid them
5  because I had a computer with Quicken on it.
6      Q.  And how long did you do that?
7      A.  Oh, for about two or three years.
8      Q.  Okay.  You still do that today?
9      A.  No.
10     Q.  Okay.
11     A.  No.
12     Q.  And you've also mentioned to me a group
13  called the Flying Fez.  What was your -- first of
14  all, what is the Flying Fez?
15     A.  The Flying Fez is a member of the Shriners
16  and our -- basically, as a Flying Fez member was to
17  fly burn kids and crippled children to the Shriners
18  hospitals.  Burn center was in Galveston, Texas, and
19  the crippled children hospital was in St. Louis.
20     Q.  What was your -- I'm sorry, are you done?
21         What was your role with the Flying Fez?
22     A.  Well, I started in just a member and I
0171
1  worked up as secretary and then vice commander and
2  then commander.  Then I become pretty inactive after
3  that.
4      Q.  So you served as a commander of the Flying
5  Fez?
6      A.  In 1985.
7      Q.  Any other groups you're a member of it?
8      A.  No.  I'm 50-year member of the Masonic
9  Lodge, Wichita consistory, and the Shriners. And I
10  got 50-year pins from each one of them.
11     Q.  When you were receiving the injections
12  from Dr. Zakharia, did you ever question him about
13  what he was giving you?
14     A.  Not particularly.  He seemed to know what
15  he was doing.
16     Q.  Why didn't you question him?
17     A.  Well, I had -- I took the doctor for him
18  being a good doctor.  He ought to know what he's
19  doing.
20     Q.  Okay.
21     A.  You know, you go to a doctor because you
22  don't know what to do and you got to rely on that
0172
1  doctor.
2      Q.  When you first started treating at the
3  Veteran's Hospital, was that specifically related to
4  some condition or was that for some other reason?
5      A.  Flat feet.  I had a 10 percent disability.
6      Q.  And you treated at the Veteran's Hospital
7  specifically for your feet?

8     A.   Yeah.  And then I received an upgrade in
9  my disability and they upgraded me up to a 30
10  percent disability.
11          MR. HOWARD:  I don't have any further
12  questions.  If anyone has follow up --
13          MR. STEMPEL:  I don't.
14          Anybody on the phone?
15          MR. ROBBEN:  No follow-up.
16          MR. WRIGHT:  No follow-up.
17          MS. FUMERTON:  No.
18          MR. HOWARD:  I would like to mark on the
19  transcript as highly confidential.  And the witness
20  will read and sign.
21          (Deposition concluded at 1:12 p.m.)
22              *    *    *
0173
1
2
3          _____
4              ORAL RAY ROOTS, JR.
5
6  Subscribed and sworn to and before me
7  this _____ day of _____, 20____.
8
9
10  _____
11       Notary Public
12
13
14
15
16
17
18
19
20
21
22
0174
1                  CERTIFICATE
2  STATE OF KANSAS)
3              ) ss:
4  SEDGWICK COUNTY)
5    I, SUSAN K. ORTH-NEVIL, a Certified Shorthand Reporter for the State
6  of Kansas, do hereby certify that the within-named witness was by me
7  first duly sworn to testify the truth, that the testimony given in response
8  to the questions propounded, as herein set forth, was first taken in machine
9  shorthand and reduced to writing with computer-aided transcription, and is
10  a true and correct record of the testimony given by the witness.  I certify
11  that review of the testimony was requested by the witness or the parties.
12  If any changes are made by the deponent during the time period allowed, they
13  will be appended to the transcript.
14    I further certify that I am not a relative or employee or attorney or
15  counsel of any of the parties, or a relative or employee of such attorney or

16  counsel, or financially interested in the action.

17      WITNESS my hand and official seal at Wichita, Sedgwick County, Kansas,

18  this _____ day of _____, 2006.

19          SUSAN K. ORTH-NEVIL, C.S.R.

20          220 Orpheum Centre

21          200 North Broadway

22          Wichita, Kansas