# EXHIBIT T

# Attorney General Verdicts



2/17/2009
$9,000,000
Pfizer/Pharmacia

10/31/2008
$31,000,000
Schering/Warwick

2/24/2009 (No. 2005-219.65) - $78,443,572 - Sandoz
7/1/2008 (No. 2005-219.68) - $80,989,539 - GSK
2/21/2008 (No. 2005-219.10 & .11) - $215,000,000 - AstraZeneca
7/1/2008 (No. 2005-219.52) - $33,257,694 - Novartis