# EXHIBIT W-2

May 28 98 09:24a      Anthony W. Godar R.Ph.      618-576-2709      p.1

| | | |
|---|---|---|
| Attention: | Mrs. Debbie Laird RPh | Date: 5/28/98 |
| Company | SmithKline Beecham Oncology | Number of Pages: 1 |
| Fax Number: | 15137338061 | |
| Voice Number: | River Valley Reg. Office | |

| | |
|---|---|
| From: | Anthony W. Godar R Ph |
| Company | SmithKline Beecham Oncology |
| Fax Number: | 618-576-2709 |
| Voice Number: | 618-576-2709 |

Subject:    Anzimet Cost Comparison

Comments

Hi Debbie.

Here is a cost comparsion high-lighting the medicare spread differences between Zofran, Anzimet, and Kytril being distributed by Steve Jeworski of HMR in Barnes Hospital / Washington Univ. Medical Ctr. This sheet was supplied to me by the reimbursement person for Barnard Cancer Ctr yesterday; she had received it aprox. 10 days ago.

Tony Godar

SBCC 0645

# Anzemet Injectable

*The first true once daily IV and oral 5HT3*

| Item | Price | AWP | Spread | |
|------|-------|-----|--------|--|
| 100 mg IV in 5 ml vial | **$70.00** | 149.88 | **$79.88** | |

# Zofran Injectable

| Item | Price | AWP | Spread | Diff |
|------|-------|-----|--------|------|
| Zofran 40 mg vial | $165.00 | $244.43* | N/A | |
| @ 32 mg use | **$132.00** | **$195.54** | **$63.54** | **$16.34** |
| @ 24 mg use | $99.00 | $146.66 | $47.66 | $32.22 |
| @23.60 mg use | **$97.35** | **$144.21** | **$46.86** | **$33.02** |
| @20 mg use | $82.50 | $122.23 | $39.73 | $40.15 |
| @16 mg use | $66.00 | $97.77 | $31.77 | $48.11 |

# Kytril Injectable

| Item | Price | AWP | Spread | Diff |
|------|-------|-----|--------|------|
| Kytril 1 mg vial | **$125.90** | $177.40 | **$51.50** | **$28.38** |
| @ .94577 use | $119.07 | $167.78 | $48.71 | $31.17 |
| @ .7 mg use | $87.50 | $124.18 | $36.68 | $43.30 |

- Anzemet has a $16.34 spread difference versus 32 mg Zofran; and a $40.15 spread difference versus 20 mg Zofran.  A practice doing 20 treatments per day, 100 treatments per week would receive between **$84,968.00 (all use at 32 mg)** and **$208,780.00 (all use at 16 mg)** underlined additional income per year by switching to Anzemet. 1997 IMS data shows TOTAL average office use per IV treatment is 23.6 mg.  At this AVERAGE use, Anzemet will increase reimbursement to the practice by $171,704.00.
- All this while <u>saving the patient almost 47%</u> versus 32 mg Zofran.

- Anzemet has a $28.38 spread difference versus 1 mg Kytril and a $43.20 spread difference versus .7 mg Kytril.  A practice seeing 100 patients per week would receive between **$147,576.00 (all use at 1 mg)** and **$224,640.00 (all use at 0.7 mg)** underlined additional income per year while <u>saving the patient almost 45%</u> versus 1 mg Kytril. 1997 IMS data shows TOTAL average office use per IV treatment is .94577 mg.  At this AVERAGE use, Anzemet will increase reimbursement to the practice by $162,084.00.

- A practice will tie up between 45-47% less money in 5HT3 <u>inventory</u> during any given month simply by switching to Anzemet.

NOTE: All Prices quoted are current as of May 3, 1998.

SBCC 0643



Now Available!

# Anzemet™
## A New 5-HT₃ Receptor Antagonist
(dolasetron mesylate injection/tablets)
from Hoechst Marion Roussel

## Excellent Efficacy and Safety Profile

### Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-350 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $70.00 | $149.88 |
| 970-300 | 0088-1203-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 5 | $289.75 | $330.00 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 5 | $289.75 | $330.00 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |



Call OTN today at
1-800-482-6700
to place your order!

## Outstanding Support:

**Reimbursement and Patient Assistance Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement and patient assistance programs, Monday through Friday between 10:00 am and 6:00 pm ET.

DEC 17 1997  2:08PM   OUTSIDESALES MEDICAID;   303292??99;   SEP-22-00  11:29AM;   PAGE 4

# HOECHST MARION ROUSSEL, INC.

## FAX MESSAGE

Resend, 12/17/97

DATE: 12/18/97

FAX NUMBER: 850 / 922-0685

TO: Jerry Wells
    FL Medicaid

PHONE: 850 / 922-0681

MESSAGE: *This is the information you requested. Please let me know if you have additional questions.*

*Susan W. Zalenski*

FROM: Susan Zalenski / Karen Tatum

FAX NUMBER: (816) 966-3521

PHONE NUMBER: (816) 966-3137 / 4277

### TOTAL PAGES (including cover): 2

NOTE: The documents in this fax transmission may contain confidential information belonging to the sender. This fax and the information contained in it are intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents is strictly prohibited. If you have received this fax in error, please immediately notify the sender by telephone to arrange for the return of the original documents. Thank you.



**Anzemet® Tablets** (dolasetron mesylate) Rx

HOECHST MARION ROUSSEL PRICE LIST          http://www/\..com/\..docs/\.html

| NDC# | Order Unit | Unit Pk | Net Price | AWP Price |
|---|---|---|---|---|
| 0088-1202-05 | 50 mg, Bottle of 5 | 6 | $207.50 | $249.00 |
| 0088-1202-29 | 50 mg, Blister Pk - 5 cards (1 each) | 1 | 207.50 | 249.00 |
| 0088-1202-43 | 50 mg, UDIP Pk of 10 | 1 | 415.00 | 498.00 |
| 0088-1203-05 | 100 mg, Bottle of 5 | 6 | 275.00 | 330.00 |
| 0088-1203-29 | 100 mg, Blister Pk - 5 cards (1 each) | 1 | 275.00 | 330.00 |
| 0088-1203-43 | 100 mg, UDIP Pk of 10 | 1 | 550.00 | 660.00 |

**Anzemet® Injection** (dolasetron mesylate injection) 20 mg Vials Rx

| NDC# | Order Unit | Unit Pk | Net Price | AWP Price |
|---|---|---|---|---|
| 0088-1206-12 | 100 mg/5mL Vial | 6 | $124.90 | $149.88 |

10/31/97

01/20/00   14:01   ☎          STX ATTY Gen Off          SEP-22-00 11:30AM;          PAGE 6/15
                                                                                   ☎010/013

AN AND ADDITIONAL INFORMATION OF PRODUCTS CURRENTLY
INCLUDED IN TEXAS MEDICAID

Please fill out the following information for consideration on Texas
Medicaid

INCLUDE A COPY OF NDC CARD, PACKAGE INSERT AND OR MATERIAL FOR PHYSICIANS

1.                              DRUG DESCRIPTION

| DRUG DESCRIPTION | |
|---|---|
| NDC NO: 0025-1204-33 | PACKAGE QTY: 5ml/100mg vial, 1-ct. |
| ( multiple package size of same be included) | strength products may |
| PRODUCT BRAND NAME: Anzemet | |
| GENERIC NAME: dolasetron mesylate | |
| PRIVATE BRAND(S) NAME: not applicable (if applicable) | |
| DRUG STRENGTH: 100mg/ 5ml | |

| COLOR: None | FLAVOR: None | *ORANGE BOOK RATING: NOT RATED |
|---|---|---|
| DOSAGE FORM: injectable | IS THIS DRUG LEGEND OR OTC? LEGEND | DEA SCHEDULE OF THE DRUG: No |

| MAXIMUM DAILY DOSE: See package insert. |
|---|
| RECOMMENDED DAILY DOSE: See package insert. |
| INGREDIENTS/DESCRIPTION:<br><br>See package insert. |

☐   A - Drug products that FDA considers to be
        therapeutically equivalent to other
        pharmaceutically equivalent products.

☐   B - Drug products that FDA at this time, considers not
        to be therapeutically equivalent to other
        pharmaceutically equivalent products.

☑   X - Not listed in Orange Book.

TEXAS DEPT. OF HEALTH
RECEIVED

NOV 06 1997

VENDOR DRUG PROGRAM

SEP-22-00 11:30AM;                    PAGE 7/15

01/20/00   14:02   ☎            SIX ATTY Gen Off              Ⓜ012/013

---

**Name and address of firm:** Roechst Marion Roussel, Inc.

| **Address:** 10236 Marin Park Drive | | |
|---|---|---|
| **City:** Kansas City | **State:** MO | **Zip:** 64134 |
| **Name and address of manufacturer of drug:** | Ben Venue Laboratories, Inc. 300 Northfield Road | |
| **City:** Bedford | **State:** OH | **Zip:** 44146 |
| **Name and address of representatives/government affairs persons covering the Texas area, if applicable:** James Hargraves, State Regional Manager | | |
| **Address:** 5316 Chien Garden Drive | | |
| **City:** Austin | **State:** TX | **Zip:** 78730 |
| **Phone:** 512/349-0379 | | |

6. Is this product now marketed under an approved NDA or ANDA?

   NDA

   Submit a copy of the FDA letter of approval of the NDA or ANDA, or, if not applicable, a copy of the FDA letter of approval for marketing.

   See attachment #3.

7. Please circle DESI classification of this product.

   ③  Non-DESI/IRS:  safe and effective

   3   DESI/IRS under review

   4   LTE DESI/IRS for some indications

   5   Non-Covered – LTE DESI/IRS for all indications

   6   Non-Covered – LTE DESI/IRS withdrawn from the market

8. Attach a copy of your sales agreement with retail pharmacists (contract, policy, etc.)   · See attachment #4.

   Attach a copy of your Vendor Liability Insurance:

   a. Included, or  See attachment #5.

   b. Previously submitted or unchanged.  (Do not need to resubmit.)

9. Available date through WHOLESALERS  October 30, 1997

2.

**25.47960**

| PRICE INFORMATION | | |
|---|---|---|
| AVERAGE OF SUGGESTED WHOLESALE PRICE TO PHARMACY | $ | 149.88 ✓ |
| DIRECT PRICE TO PHARMACY | $ | None |
| PRICE TO WHOLESALER AND/OR DISTRIBUTOR | $ | 124.90 |
| SPECIAL PRICE TO CHAIN WAREHOUSE | $ | None |
| SPECIAL PRICE TO INSTITUTIONAL PHARMACY, i.e., (Nursing Home, Home Health Care | $ | None |
| OTHER PRICE | $ | None |

Attach copies of price lists - one set of price lists is
sufficient for multiple submittals.

Attachment #2.

**56220010**

3. Please circle the companies to whom you report pricing information.

(FIRST DATA BANK PRICE ALERT)          (RED BOOK)

(MEDI-SPAN)                    (BLUE BOOK)

OTHERS:_____

4. Do you sell to distributors, repackagers, or relabelers, other than
full-service drug wholesalers, who in turn sell your product to the
retail trade bearing your NDC number?   None
If yes, attach a listing.

01/28/00  14:06  ...M.                          SEP-22-00 11:31AM;                    PAGE 9/15

A product added to the Texas Vendor Drug Program must bear the labeler code, as obtained by the FDA, of the party, with the exception of a bonafide full-service drug wholesaler, making the final sale to the provider.

Manufacturers or distributors having one or more of their pharmaceuticals included in the program are responsible for submitting notification of any changes pertaining to any of the above information not later than such revisions are scheduled to occur to:

          Texas Department of Health
          Martha McNeill, R.Ph., Product Manager
          Vendor Drug Program
          1100 West 49th Street
          Austin, Texas   78756-3176

I certify that the information submitted is correct to the best of my knowledge and that this product is not now in violation of either Federal or State Law. I also agree to inform the Texas Department of Health, in writing, of any changes in formulation, product status, price or availability as herein described, within fifteen (15) days of such change.

_____          _____
     Susan D. Zalenski                            Signature
Responsible Person (Type or Print)

_____
Director, State Government Relations
Title

_____10236 Marion Park Drive, P. O. Box 9627_____   _Kansas City, MO   64137_
Address                                City              State            Zip

_____Marion Merrell Dow, Inc._____            _(816)  966-3137_
Company Name                                       Telephone


Note:  Do not use the abbreviation N/A in answering any of the questions on this application.  Also, all liquids are to be listed as milliliters.


                                                          TOTAL P.13

                                                     ** TOTAL PAGE.13 **

60529217597;          SEP-22-00 11:32AM;          PAGE 10/15
01/20/00   14:00   ☎          SIX ATTY Gen Off          ⓒ008/013

AS THE ADDITIONAL INFORMATION OF PRODUCTS CURRENTLY
**INCLUDED IN TEXAS MEDICAID**

Please fill out the following information for consideration on Texas
Medicaid

INCLUDE A COPY OF FILE CARD, PACKAGE INSERT AND OR MATERIAL FOR PHYSICIANS

1.                                    **DRUG DESCRIPTION**

| NDC NO: 0048-1203-05 (100mg, 5-ct., bottle) ✓  0048-1203-39 (100mg, 5-ct., blister)  0048-1203-41 (100mg, 10-ct. UDP)  [ multiple package size of same  be included] | PACKAGE QTY:  strength products may |
|---|---|
| PRODUCT BRAND NAME: Anzemet ✓ | |
| GENERIC NAME: dolasetron mesylate | |
| PRIVATE BRAND NAME: not applicable  (if applicable) | |
| DRUG STRENGTH: 100mg ✓ | |

| COLOR: pink ✓ | FLAVOR: None | *ORANGE BOOK RATING: NOT RATED |
|---|---|---|
| DOSAGE FORM:  Tablet ✓ | IS THIS DRUG  LEGEND OR OTC?  LEGEND | DEA SCHEDULE OF THE  DRUG:  No |

| MAXIMUM DAILY DOSE:          See package insert. |
|---|
| RECOMMENDED DAILY DOSE: See package insert. |

| INGREDIENTS/DESCRIPTION:  See package insert. |
|---|

☐     A - Drug products that FDA considers to be
        therapeutically equivalent to other
        pharmaceutically equivalent products.

☐     B - Drug products that FDA at this time, considers not
        to be therapeutically equivalent to other
        pharmaceutically equivalent products.

☒     X - Not listed in Orange Book

TEXAS DEPT. OF HEALTH
REGISTER

RMY B f rev

**56.10**

2.

| PRICE INFORMATION | | |
|---|---|---|
| AVERAGE OF SUGGESTED WHOLESALE PRICE TO PHARMACY | $ | 5-ct. $330.00; 10-ct. $660.00; |
| DIRECT PRICE TO PHARMACY | $ | None |
| PRICE TO WHOLESALER AND/OR DISTRIBUTOR | $ | 5-ct. $275.00; 10-ct. $550.00; |
| SPECIAL PRICE TO CHAIN WAREHOUSE | $ | None |
| SPECIAL PRICE TO INSTITUTIONAL PHARMACY, i.e., Nursing Home, Home Health Care | $ | None |
| OTHER PRICE | $ | None |

Attach copies of price lists - one set of price lists is
sufficient for multiple submittals.

Attachment #2.

**56220001**

3.  Please circle the companies to whom you report pricing information.

(FIRST DATA BANK PRICE ALERT)     (RED BOOK)

(MEDI-SPAN)                        (BLUE BOOK)

OTHER: _____

4.  Do you sell to distributors, repackagers, or relabelers, other than
full-service drug wholesalers, who in turn sell your product to the
retail trade bearing your NDC number?   None

If yes, attach a listing.

01/20/00  14:01  ☎                    SEP-22-00 11:32AM;          PAGE 12/15
                          STX ATTY Gen Off                       008/013

| Name and address of firm: | Hoechst Marion Roussel, Inc. | | |
|---|---|---|---|
| Address: 10236 Marion Park Drive | | | |
| City: Kansas City | | State: MO | Zip: 64134 |
| Name and address of manufacturer of drug: | Hoechst Marion Roussel, Inc. 10236 Marion Park Drive | | |
| City: Kansas City | | State: MO | Zip: 64134 |
| Name and address of representatives/government affairs persons covering the Texas area, if applicable: Jeanne Hargraves, State Regional Manager | | | |
| Address: 5316 China Garden Drive | | | |
| City: Austin | | State: TX | Zip: 78730 |
| Phone: 512/349-0579 | | | |

6.   Is this product now marketed under an approved NDA or ANDA?

   NDA

   Submit a copy of the FDA letter of approval of the NDA or ANDA, or, if not applicable, a copy of the FDA letter of approval for marketing.

   See attachment #3.

7.   Please circle DESI classification of this product.

   (2)   Non-DESI/IRS: safe and effective

   3   DESI/IRS under review

   4   LTE DESI/IRS for some indications

   5   Non-Covered - LTE DESI/IRS for all indications

   6   Non-Covered - LTE DESI/IRS withdrawn from the market

8.   Attach a copy of your sales agreement with retail pharmacists (contract, policy, etc.)  See attachment #4.

   Attach a copy of your Vendor Liability Insurance:

   a.   Included, or  See attachment #5.

   b.   Previously submitted or unchanged.  (Do not need to resubmit.)

9.   Available date through WHOLESALERS   October 30, 1997

A product added to the Texas Vendor Drug Program must bear the labeler code, as defined by the FDA, of the party, with the exception of a bonafide full-service drug wholesaler, making the final sale to the provider.

Manufacturers or distributors having one or more of their pharmaceuticals included in the program are responsible for submitting notification of any changes pertaining to any of the above information not later than such revisions are scheduled to occur to:

    Texas Department of Health
    Martha McNeill, R.Ph., Product Manager
    Vendor Drug Program
    1100 West 49th Street
    Austin, Texas   78756-3176

I certify that the information submitted is correct to the best of my knowledge and that this product is not now in violation of either Federal or State Law.  I also agree to inform the Texas Department of Health, in writing, of any changes in formulation, product status, price or availability as herein described, within fifteen (15) days of such change.

Susan D. Zalenski
Responsible Person (Type or Print)              Signature

Director, State Government Relations
Title

10236 Marin Park Drive, P. O. Box 9627    Kansas City, MO    64137
Address                          City    State              Zip

Hoechst Marion Roussel, Inc.            ( 816   966-3137
Company Name                            Telephone

Note:  Do not use the abbreviation N/A in answering any of the questions on this application.  Also, all liquids are to be listed as milliliters.

## Table A
### Price Representations for Anzemet

**Anzemet Injection**

| NDC NO: | Unit Size/ Type | Quantity | Net Price as Represented to Florida Medicaid | True Wholesale Price | Variance |
|---|---|---|---|---|---|
| 0088-1206-32 | 100mg/5mL Injectable | 1 | $124.90 | $70.00 | Represented price 78% higher than true wholesale price. |

**Anzemet Tablets**

| NDC NO: | Unit Size/ Type | Quantity | Net Price as Represented to Florida Medicaid | True Wholesale Price | Variance |
|---|---|---|---|---|---|
| 0088-1203-05 | 100 mg Tablets | 5 | $275.00 | $289.75 | Represented price 5% less than true wholesale price. |
| 0088-1203-29 | 100mg Tablets/ Blister Pack | 5 | $275.00 | $289.75 | Represented price 5% less than true wholesale price. |
| 0088-1203-43 | 100 mg Tablets/ Unit Dose | 10 | $550.00 | $579.50 | Represented price 5% less than true wholesale price. |

## Table B
## Impact of Anzemet Manufacturer's Price Representations On Medicaid Reimbursement

### Anzemet Injection

| NDC NO: | Unit Size/ Type | Reimbursement Based on Net Prices Represented to Florida Medicaid | True Wholesale Price | The Spread | % Spread |
|---|---|---|---|---|---|
| 0088-1206-32 | 100mg/5ml Injectable | $133.64 | $70.00 | $63.64 | 91 % |

### Anzemet Tablets

| NDC NO: | Unit Size/ Type | Reimbursement Based on Net Prices Represented to Florida Medicaid | True Wholesale Price | The Spread | % Spread |
|---|---|---|---|---|---|
| 0088-1203-05 | 100 mg Tablets | $294.25 | $289.75 | $4.50 | 1.5% |
| 0088-1203-29 | 100mg Tablets/ Blister Pack | $294.25 | $289.75 | $4.50 | 1.5% |
| 0088-1203-43 | 100 mg Tablets/ Unit Dose | $588.50 | $579.50 | $8.50 | 1.5% |

C.tdyPlestenesenet.wpd

AS THE ADDITIONAL INFORMATION OF FRANKLIN CURRENTLY
INCLUDED IN TEXAS MEDICAID

Please fill out the following information for consideration on Texas
Medicaid

INCLUDE A COPY OF FILE CARD, PACKAGE INSERT AND OR MATERIAL FOR PHYSICIANS

**DRUG DESCRIPTION**

1.

| NDC NO: 0085-1206-32 | PACKAGE QTY: 5ml/100mg vial, 1-ct. |
|---|---|
| ( multiple package size of same be included) | strength products may |
| PRODUCT BRAND NAME: Anzemet | |
| GENERIC NAME: dolasetron mesylate | |
| PRIVATE BRAND NAME: not applicable (if applicable) | |

| DRUG STRENGTH: 100mg/ 5ml | | |
|---|---|---|
| COLOR: None | FLAVOR: None | *ORANGE BOOK RATING: NOT RATED |
| DOSAGE FORM: injectable | IS THIS DRUG LEGEND OR OTC? LEGEND | DEA SCHEDULE OF THE DRUG: No |

| MAXIMUM DAILY DOSE: see package insert. |
|---|
| RECOMMENDED DAILY DOSE: See package insert. |

| INGREDIENTS/DESCRIPTION:  See package insert. |
|---|

☐  A - Drug products that FDA considers to be
    therapeutically equivalent to other
    pharmaceutically equivalent products.

☐  B - Drug products that FDA at this time, considers not
    to be therapeutically equivalent to other
    pharmaceutically equivalent products.

☒  X - Not listed in Orange Book.

TEXAS DEPT. OF HEALTH
RECEIVED
NOV 06 1997
VENDOR DRUG PROGRAM

Name and address of firm: Hoechst Marion Roussel, Inc.

| Address: 10236 Marin Park Drive | | |
|---|---|---|
| City: Kansas City | State: MO | Zip: 64134 |
| Name and address of manufacturer of drug: | Ben Venue Laboratories, Inc. 300 Northfield Road | |
| City: Bedford | State: OH | Zip: 44146 |
| Name and address of representative/government affairs persons covering the Texas area; if applicable: Joanne Hargraves, State Regional Manager | | |
| Address: 5316 China Garden Drive | | |
| City: Austin | State: TX | Zip: 78730 |
| Phone: 512/349-0579 | | |

6.  Is this product now marketed under an approved NDA or ANDA?

    NDA

    Submit a copy of the FDA letter of approval of the NDA or ANDA, or, if not applicable, a copy of the FDA letter of approval for marketing.

    See attachment #3.

7.  Please circle DESI classification of this product.

    ② Non-DESI/IRS:  safe and effective

    3   DESI/IRS under review

    4   LTE DESI/IRS for some indications

    5   Non-Covered - LTE DESI/IRS for all indications

    6   Non-Covered - LTE DESI/IRS withdrawn from the market

8.  Attach a copy of your sales agreement with retail pharmacists (contract, policy, etc.)    · See attachment #4.

    Attach a copy of your Vendor Liability Insurance:

    a. Included, or  See attachment #5.

    b. Previously submitted or unchanged.  (Do not need to resubmit.)

9.  Available date through WHOLESALERS  October 30, 1997

2.

**25.47960**

| PRICE INFORMATION | | |
|---|---|---|
| AVERAGE OF SUGGESTED WHOLESALE PRICE TO PHARMACY | $ | 149.88 ✓ |
| DIRECT PRICE TO PHARMACY | $ | None |
| PRICE TO WHOLESALER AND/OR DISTRIBUTOR | $ | 124.90 |
| SPECIAL PRICE TO CHAIN WAREHOUSE | $ | None |
| SPECIAL PRICE TO INSTITUTIONAL PHARMACY, i.e., (Nursing Home, Home Health Care | $ | None |
| OTHER PRICE | $ | None |

Attach copies of price lists - one set of price lists is
sufficient for multiple submittals.

Attachment #2.

**5622 0010**

3.  Please circle the companies to whom you report pricing information.

(FIRST DATA BANK PRICE ALERT)        (RED BOOK)

(MEDI-SPAN)                          (BLUE BOOK)

OTHERS:_____

4.  Do you sell to distributors, repackagers, or relabelers, other than
full-service drug wholesalers, who in turn sell your product to the
retail trade bearing your NDC number?  None

If yes, attach a listing.

A product added to the Texas Vendor Drug Program must bear the labeler code, as defined by the FDA, of the party, with the exception of a bonafide full-service drug wholesaler, making the final sale to the provider.

Manufacturers or distributors having one or more of their pharmaceuticals included in the program are responsible for submitting notification of any changes pertaining to any of the above information not later than such revisions are scheduled to occur to:

> Texas Department of Health
> Martha McNeill, R.Ph., Product Manager
> Vendor Drug Program
> 1100 West 49th Street
> Austin, Texas   78756-3174

I certify that the information submitted is correct to the best of my knowledge and that this product is not now in violation of either Federal or State Law. I also agree to inform the Texas Department of Health, in writing, of any changes in formulation, product status, price or availability as herein described, within fifteen (15) days of such change.

| | |
|---|---|
| Susan D. Zalenski | _Susan D. Zelenski_ |
| Responsible Person (Type or Print) | Signature |
| Director, State Government Relations | |
| Title | |
| 10236 Marion Park Drive,  P. O. Box 9627   Kansas City, MO   64137 | |
| Address                              City            State              Zip | |
| Hoechst Marion Roussel, Inc. | (816)   966-3127 |
| Company Name | Telephone |

Note: Do not use the abbreviation N/A in answering any of the questions on this application. Also, all liquids are to be listed as milliliters.

AS THE ADDITIONAL INFORMATION OF PRODUCTS CURRENTLY
INCLUDED IN TEXAS MEDICAID

Please fill out the following information for consideration on Texas
Medicaid

INCLUDE A COPY OF FILM CARD, PACKAGE INSERT AND OR MATERIAL FOR PHYSICIANS

1.                          DRUG DESCRIPTION

| | |
|---|---|
| NDC NO: 0088-1203-05 (100mg, 5-ct., bottle)<br>0088-1203-19 (100mg, 5-ct., blister)<br>0088-1203-43 (100mg, 10-ct. UNIT)<br>( multiple package size of same<br>be included) | PACKAGE QTY:<br><br>strength products may |
| PRODUCT BRAND NAME: Anzemet | |
| GENERIC NAME: dolasetron mesylate | |
| PRIVATE BRAND NAME: Not applicable<br>(if applicable) | |
| DRUG STRENGTH: 100mg | |
| COLOR: pink | FLAVOR: None | *ORANGE BOOK RATING: NOT RATED |
| DOSAGE FORM:<br>Tablet | IS THIS DRUG<br>LEGEND OR OTC?<br>LEGEND | DEA SCHEDULE OF THE<br>DRUG:  No |
| MAXIMUM DAILY DOSE: See package insert | |
| RECOMMENDED DAILY DOSE: See package insert. | |
| INGREDIENTS/DESCRIPTION:<br>See package insert. | |

A - Drug products that FDA considers to be
    therapeutically equivalent to other
    pharmaceutically equivalent products.

B - Drug products that FDA at this time, considers not
    to be therapeutically equivalent to other
    pharmaceutically equivalent products.

N - Not listed in Orange Book

TEXAS DEPT. OF HEALTH

2.                          PRICE INFORMATION          56.10

| AVERAGE OF SUGGESTED WHOLESALE PRICE TO PHARMACY | $ 5-ct. $330.00 10-ct. $660.00 |
|---|---|
| DIRECT PRICE TO PHARMACY | $ None |
| PRICE TO WHOLESALER AND/OR DISTRIBUTOR | $ 5-ct. $275.00 10-ct. $550.00 |
| SPECIAL PRICE TO CHAIN WAREHOUSE | $ None |
| SPECIAL PRICE TO INSTITUTIONAL PHARMACY, i.e., Nursing Home, Home Health Care | $ None |
| OTHER PRICE | $ None |

Attach copies of price lists - one set of price lists is
sufficient for multiple submittals.

Attachment #2.

56220001

3.  Please circle the companies to whom you report pricing information.

(FIRST DATA BANK PRICE ALERT)     (RED BOOK)

(MEDI-SPAN)                        (BLUE BOOK)

OTHERS: _____

4.  Do you sell to distributors, repackagers, or relabelers, other than
    full-service drug wholesalers, who in turn sell your product to the
    retail trade bearing your NDC number?   None

    If yes, attach a listing.

A product added to the Texas Vendor Drug Program must bear the labeler code, as defined by the FDA, of the party, with the exception of a bonafide full-service drug wholesaler, making the final sale to the provider.

Manufacturers or distributors having one or more of their pharmaceuticals included in the program are responsible for submitting notification of any changes pertaining to any of the above information not later than such revisions are scheduled to occur to:

> Texas Department of Health
> Martha McNeill, R.Ph., Product Manager
> Vendor Drug Program
> 1100 West 49th Street
> Austin, Texas   78756-3176

I certify that the information submitted is correct to the best of my knowledge and that this product is not now in violation of either Federal or State Law. I also agree to inform the Texas Department of Health, in writing, of any changes in formulation, product status, price or availability as herein described, within fifteen (15) days of such change.

Susan D. Zalinski
Responsible Person (Type or Print)

Signature

Director, State Government Relations
Title

10234 Marin Park Drive, P. O. Box 9627     Kansas City, MO     64137
Address                              City     State          Zip

Hoechst Marion Roussel, Inc.         ( 816 )  966-3137
Company Name                         Telephone

Note: Do not use the abbreviation N/A in answering any of the questions on this application. Also, all liquids are to be listed as milliliters.

## Table A
## Price Representations for Anzemet

### Anzemet Injection

| NDC NO: | Unit Size/ Type | Quantity | Net Price as Represented to Florida Medicaid | True Wholesale Price | Variance |
|---|---|---|---|---|---|
| 0088-1206-32 | 100mg/5mL Injectable | 1 | $124.90 | $70.00 | Represented price 78% higher than true wholesale price. |

### Anzemet Tablets

| NDC NO: | Unit Size/ Type | Quantity | Net Price as Represented to Florida Medicaid | True Wholesale Price | Variance |
|---|---|---|---|---|---|
| 0088-1203-05 | 100 mg Tablets | 5 | $275.00 | $289.75 | Represented price 5% less than true wholesale price. |
| 0088-1203-29 | 100mg Tablets/ Blister Pack | 5 | $275.00 | $289.75 | Represented price 5% less than true wholesale price. |
| 0088-1203-43 | 100 mg Tablets/ Unit Dose | 10 | $550.00 | $579.50 | Represented price 5% less than true wholesale price. |

## Table B
## Impact of Anzemet Manufacturer's Price Representations On Medicaid Reimbursement

### Anzemet Injection

| NDC NO: | Unit Size/ Type | Reimbursement Based on Net Prices Represented to Florida Medicaid | True Wholesale Price | The Spread | % Spread |
|---|---|---|---|---|---|
| 0088-1206-32 | 100mg/5ml Injectable | $133.64 | $70.00 | $63.64 | 91 % |

### Anzemet Tablets

| NDC NO: | Unit Size/ Type | Reimbursement Based on Net Prices Represented to Florida Medicaid | True Wholesale Price | The Spread | % Spread |
|---|---|---|---|---|---|
| 0088-1203-05 | 100 mg Tablets | $294.25 | $289.75 | $4.50 | 1.5% |
| 0088-1203-29 | 100mg Tablets/ Blister Pack | $294.25 | $289.75 | $4.50 | 1.5% |
| 0088-1203-43 | 100 mg Tablets/ Unit Dose | $588.50 | $579.50 | $8.50 | 1.5% |

C tidy Rear annexed wpd