# EXHIBIT W-3

# Gamimune®N Alternate Site Strategy

## Reimbursement

| | | Distributor Acquisition Price | A.W.P. | Spread |
|---|---|---|---|---|
| Bayer | Gamimune®N 10% | $33.60 | $75.00 | $41.40 |
| Alpha | Venoglobulin S 10% | $29.00 | $80.00 | $51.00 |
| Baxter | Gammagard | $23.75 | $64.00 | $40.25 |
| Centeon | Gammar P | $22.00 | $68.00 | $46.00 |
| Red Cross | Polygam S/D | $21.00 | $58.00 | $37.00 |

CONFIDENTIAL
COMMERICAL INFORMATION

BAY005297

Christopher Cheney 

08/07/97 01:15 PM

Pharmaceutical Division

To: Brian Shortell/WESTH/PH/US/BAYER
cc:
Subject: Re: Recombinate AWP Change

FYI ... It looks like if the reports are true we will need to follow suit.

---------- Forwarded by Christopher Cheney/BAYER-US-NOTES on 08/07/97 01:13 PM ----------

 David Mahoney
08/07/97 12:19 PM

To: Christopher Cheney/BAYER-US-NOTES
cc:
Subject: Re: Recombinate AWP Change

Chris, if Baxter has increased their AWP then we must do the same. Many of the Homecare companies are paid based on a discount from AWP. If we are lowed than Baxter then the return will be lower to the HHC. It is a very simple process to increase our AWP, and can be done overnight. Lets talk about this next week at our meeting in Old Saybrook.
08/06/97 06:35 AM

Christopher Cheney **Bayer**

08/06/97 06:35 AM

Pharmaceutical Division

To: Brian Shortell/WESTH/PH/US/BAYER
cc: Carole Guthrie/WESTH/PH/US/BAYER, David Mahoney/BAYER-US-NOTES, Terry Tenbrunsel/BAYER-US-NOTES
Subject: Recombinate AWP Change

Carole reports that a rep has heard that Baxter recently increased the AWP for Recombinate from $1.18 to $1.24. Do we have any means for verifying this information? Secondly if the info is correct would it be possible for us to match their increase? Would you be able to comment on the pro's and con's of a change to our AWP?

Call me when you get a chance.

BAY00310