# EXHIBIT W-4

# IGIV PRICING- 1997
## AWP vs. ASP

| BRAND | AWP | ASP |
|---|---|---|
| Gammimune- N 10% (Bayer) | $90.00 | $31.00 |
| Venoglobulin-S 10% (Alpha) | $95.00 | $29.00 |
| Gammagard SD (Baxter) | $73.70 - 109.84 | $26.00 |
| Polygam SD (ARC) | $58.00 | $21.00 |
| Sandoglobulin (Novartis) | $42.00 - 70.00 | $22.00 |
| Gammar-P IV (Centeon) | $75.00 | $24.00 |

Source: Red Book 1997/MRB 1997

KoppaW

1AB/HRCOMM/6: 0030

C6IG/8:000011

# Baxter

Interoffice Memorandum – For Internal Use Only

To: Pete O'Malley

Date:  June 11, 1996

From:  Kyle A. Bush

cc: Larry Guiheen
    Matt Likens
    John Sonnier

Subject:  AWP/WAC

Attached is a memo from one of our customers voicing a concern about the reimbursement levels of Gammagard S/D. Reimbursement for Gammagard S/D in Florida is significantly lower than any of the other IGIVs.

Reimbursement for IGIVs is based on either AWP (+/- a percentage depending on the state), or wholesale acquisition cost (WAC) + 8%. (WAC is used as the method of reimbursement in TX, RI, MA, MD, FL, CO, AL).

Walter has provided us with WAC prices for several IGIVs..

| Ven S 10% | Ven S 5% | Gam N 10% | Gam P-IV | Poly S/D | Gam S/D |
|-----------|----------|-----------|----------|----------|---------|
| $71.26 g  | $67.76   | $67.76    | $51.89   | $51.62   | $38.09  |

This price is being promoted by certain manufacturers sales force as a financial incentive to use their product  The deliberate manipulation of AWP or WAC prices is a problem that we need to address.  The spread between acquisition cost and AWP/WAC is direct profit for customers, and is being used to increase product positioning in the market by certain manufacturers.

6/17

- Will raise AWP for G+/S0 by 15%
- Rumors re:
    - Nonjustification  - 50 house
    - HIV antigen  - R+D
    - Pul off Field
- will try to implement Q3 1996

2003187

# *Baxter*

Interoffice Memorandum - For Internal Use Only

To: Sales Managers
    Biotech Sales
    Hemophilia Sales

Date: August 6, 1997

cc: Brad Bridges   Pete O'Malley
    L.Cunningham  Steve Finney
    Jim Post     Judy Reuter

From: Kyle Bush

Subject: AWP History

Attached is a 1997 AWP history update for all IGIV products. Under the "1997   AWP column", the BOLDED entries represent recent increases.

We are very aware of the current AWP increases in the market place and the potential impact that could have on alternate site sales for Gammagard S/D. We have a strategy to raise AWP's for Hyland's products and will proceed when the timing is right. Specifically, we can increase AWP's proportionate to the average ASP increase for a specific product line. Or, we can justify an AWP increase if our internal investments have increased; i.e. PCR testing, packaging improvements, HIV/HCV antigen testing, capacity improvements, etc...

We increased the AWP for Gammagard S/D by 15% in October 1996. We will look at Gammagard S/I again in Q4 - 97 and see if the timing (criteria mentioned above has been met ) is right for another AWI increase.

| | Size | NDC | 1996 AWP Change | 1997 AWP | AWP/gram | 1996 WAC | 1996 WAC (Bergen) |
|---|---|---|---|---|---|---|---|
| **ARC** | Polygam 5% | | n/a | n/a | | | |
| | 2.5 gram | | n/a | n/a | | | |
| | 5 gram | | n/a | n/a | | | |
| | 10 gram | | n/a | | | | |
| | Polygam S/D 5or10% | | | $168.93 | $67.57 | | $112.50 |
| | 2.5 gram | 52769-0471-72 | $145.00 | $337.86 | $67.57 | | $225.00 |
| | 5 gram | 52769-0471-75 | $290.00 | $675.72 | $67.57 | | $450.00 |
| | 10 gram | 52769-0471-80 | $580.00 | | | | |
| **ALPHA** | Venoglobuln-I 5% | | $152.05 | $152.05 | $60.82 | | |
| | 2.5 gram | | $304.10 | $304.10 | $60.82 | | |
| | 5 gram | | $608.20 | $608.20 | $60.82 | | |
| | 10 gram | | | | | | |
| | Venoglobuln-S 5% | | $190.38 | $225.00 | $90.00 | | |
| | 2.5 gram | 49669-1612-01 | $380.75 | $450.00 | $90.00 | | |
| | 5 gram | 49669-1613-01 | $761.50 | $900.00 | $90.00 | | |
| | 10 gram | 49669-1614-01 | | | | | |
| | Venoglobuln-S 10% | | $400.00 | $475.00 | $95.00 | | $180.00 |
| | 5 gram | 49669-1622-01 | $800.00 | $950.00 | $95.00 | | $360.00 |
| | 10 gram | 49669-1623-01 | $1,600.00 | $1,900.00 | $95.00 | | $720.00 |
| | 20 gram | 49669-1624-01 | | | | | |
| **ARMOUR** | Gammar IV 5% | | $62.00 | n/a | $62.00 | | |
| | 1.0 gram | 00053-7490-01 | $155.00 | n/a | $62.00 | | |
| | 2.5 gram | 00053-7490-02 | $310.00 | n/a | $62.00 | | |
| | 5 gram | 00053-7490-05 | $1,767.00 | n/a | $58.90 | | |
| | 5gr x 6pk | 00053-7490-06 | $620.00 | n/a | $62.00 | | |
| | 10 gram | 00053-7490-10 | | | | | $48.5 |
| | Gammar IV P 5% | | $75.00 | $75.00 | $75.00 | | $121.2 |
| | 1.0 gram | 00053-7486-01 | $187.50 | $187.50 | $75.00 | | $242.5 |
| | 2.5 gram | 00053-7486-02 | $375.00 | $375.00 | $75.00 | | |
| | 5 gram | 00053-7486-05 | | | $68.00 | | $485.5 |
| | 5gr x 6pk | | $750.00 | $750.00 | $75.00 | | |
| | 10 gram | 00053-7486-10 | | | | | |
| **BAXTER** | Gammagard 5% | | n/a | n/a | | | |
| | 0.5 gram | | n/a | n/a | | | |
| | 2.5 gram | | n/a | n/a | | | |
| | 5 gram | | n/a | n/a | | | |
| | 10 gram | | n/a | n/a | | | |
| | Gammagard S/D 5or10% | | $54.82 | $54.92 | $109.84 | $34.00 | |
| | 0.5 gram | 00944-2620-01 | $184.25 | $184.25 | $73.70 | $108.00 | $95 |
| | 2.5 gram | 00944-2620-02 | $368.50 | $368.50 | $73.70 | $210.00 | $231 |
| | 5 gram | 00944-2620-03 | $737.00 | $737.00 | $73.70 | $420.00 | $456 |
| | 10 gram | 00944-2620-04 | | | | | |
| **MILES/BAYER** | Gammune N 5% | | $47.60 | $47.50 | $95.00 | | |
| | 0.5 gram | 00192-0640-12 | $148.78 | $148.75 | $59.50 | | |
| | 2.5 gram | 00192-0640-20 | $297.50 | $297.50 | $59.50 | | |
| | 5 gram | 00192-0640-71 | $743.75 | $743.75 | $59.50 | | |
| | 12.5 gram | 00192-0640-25 | | | | | |
| | Gammune N 10% | | $90.00 | $90.00 | $90.00 | | |
| | 1 gram | 00192-0649-12 | $450.00 | $450.00 | $90.00 | | |
| | 5 gram | 00192-0649-20 | $900.00 | $900.00 | $90.00 | | |
| | 10 gram | 00192-0649-71 | $1,800.00 | $1,800.00 | $90.00 | | |
| | 20 gram | 00192-0649-24 | | | | | |
| **SANDOZ** | Sandoglobuln | | $70.02 | $70.02 | $70.02 | | $ |
| | 1 gram | 00078-0120-58 | $133.20 | $133.20 | $44.40 | | $1 |
| | 3 gram | 00078-0122-59 | $1,305.00 | $1,305.00 | $43.50 | | |
| | 3 gr x 10 | 00078-0122-19 | $252.00 | $252.00 | $42.00 | | $2 |
| | 6 gram | 00078-0124-60 | $2,484.00 | $2,484.00 | $41.40 | | |
| | 6 gr x 10 | 00078-0124-19 | $504.00 | $504.00 | $42.00 | | |
| | 12 gram | 00078-0244-93 | $4,956.00 | $4,956.00 | $41.30 | | |
| | 12 gr x 10 | 00078-0244-19 | | | | | |

CONFIDENTIAL-FOR INTERNAL USE ONLY

0003305

CONFIDENTIAL
—BAXTER INTERNAL USE ONLY ——

AWP = POINTS TO CONSIDER



CTS/OHS 50% Recombinate and 70% Hemofil M

homecare companies make significantly greater margins

our customers do not have to pass on the cost to patients

be prepared for competitor reaction

unfortunate timing of recent recalls

•Caremark and Olsten comprise greater than 50% of our sales revenue and total unit sales for Recombinate and greater than 70% of our sales revenue and total unit sales for Hemofil M (1996 and 1997 YTD)

•Increasing AWPs was a large part of our negotiations with the large homecare companies

•Homecare companies that reimburse based on AWP make a significantly larger margin okn FVIII products compared to Baxter

eg. If Caremark or Olsten reimburse at today's AWP, their margins are greater than fifty cents per unit for Recombinate and greater than forty cents per unit for Hemofil M

•Our customers do not have to pass on the increase in AWPs to patients by reimbursing at these levels

•We need to be prepared for competitors to alarm the hemophilia community that Baxter has increased ASP and AWP!

•We need to stress that we witheld from increasing prices during product shortages in 1996 and now even though the prices increase seems untimely it is necessary and has been postponed as long as possible

•Baxter has been a leader in cost containment by keeping prices down · perhaps homecare companies, treatment centers, and insurance companies need to also do their fair snare

CONFIDENTIAL
—BAXTER INTERNAL USE ONLY —

AWP – ASP (Ave. Selling Price)

**costs are increasing while revenues are decreasing**

**no price increase throughout the life of either product**

**prices remained steady during shortage**

**investment in research and capacity**

·Our costs are increasing while revenues are decreasing - we are *not* experiencing economies of scale

·Baxter has not increased ASPs or AWPs for either Hemofil M or Recombinate in the life of either product

·During product shortages in 1996, Baxter held prices steady (even though costs were increasing) as a gesture of goodwill to the hemophilia community

·Baxter is spending much money on future research and capacity

2003154

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

AWP + LIFETIME CAPS



minimal impact
1,000,000 x 5% = $5,000/year
*if our customer seeks reimbursement at new AWP from payor*

encourage insurance companies to increase caps

use of AWPs for reimbursement decreasing

•Increasing AWPs will have a minimal impact on life time caps. For example a given cap of one million dollars combined with a 5% increase in AWP will result in a $5.000 increase per year for product *if our customer seeks reimbursement from the payor (insurance or managed care company) at the new AWP*

•The hemophiliac community should target insurance companies and request that they increase life time caps. This was mentioned at our June CIE meeting with the NHF  Our price increases will help justify an increase in life time caps.

•The use of AWPs for reimbursement is decreasing so the impact of an increased AWP may be negligible.

0003155

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

INVESTMENTS IN PRODUCT SAFETY

**PCR testing**
**building plasma inventory**
**revalidation of viral inactivation**
**process**
**packaging changes**
**HIV/HCV antigen testing**
**peel-off labels**

1. implementation of PCR testing (including clinical trial costs) - 1997

2. building plasma inventory to extend holding periodd for increased product safety - 1997

3. significant revalidation of the viral inactivation process and additional viral inactivation studies to ensure product safety

4. packaging changes to bottle label, unit cartons, and package insert representing new HAV viral reduction data, 12-month room temperature storage, updated viral warning statement, and latex precaution statement - 1997

5. packaging color graphics for easier potency identification 1997

6. implementation of HIV anitgen testing - 1995

7. implementation of HCV antigen testing - 1992

8. peel-off labels with lot numbers for ease and accuracy of record retention

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

INVESTMENTS IN FACTOR PRODUCTS



1. increased capacity via improved efficiencies and new facilities

2. R&D efforts toward the removal of exogenous proteins

3. R&D enhanced delivery initiative

4. ongoing multicenter safety. efficacy. and inhibitor risk studies in previously untreated patients

5. ongoing multicenter safety. efficacy. and inhibitor risk studies in previously treated patients

6. peel-off labels with lot numbers for ease and accuracy of record retention

0003157

# RED BOOK
## Product Listing Verification

Medical Economics Company
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 722-2666

Page 3 of 4

Please Respond By: 9/26/97
Contact Name: KYLE BUSH
Contact Phone: 800-241-9360

BIOTECH NORTH AMERICA
DIVISION
E COOK ROAD, LCIV-2
...D   IL 60015

| UPC NUMBER | PRODUCT NAME / ADDITIONAL DESCRIPTION / ROUTE OF ADMINISTRATION / STRENGTH / SIZE / QUANTITY / GENERIC DESCRIPTION / AWP / NDC STATUS | OBC | PKT | EA (UOI) | AWP | DIRP | WAC | SRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2620-04 | GAMMAGARD S/D<br>PDI IJ 10 GM<br>1 EA<br>GLOBULIN, IMMUNE | | | 01 RX | 737.00 | | 420.00 | | 10/21/96 |
| 14-2935-01 | HEMOFIL-M<br>PDI IJ 1 IU<br>1 EA<br>ANTIHEMOPHILIC FACTOR, HUMAN (MONOC | | | 05 RX<br>01 | 0.90<br>0.95 | | | | 1/1/92<br>08/01/97 |
| 14-0581-01 | PROPLEX T<br>(ACTIVATED IN 30 ML)<br>PDI IJ 1 IU<br>1 EA<br>FACTOR IX COMPLEX, HUMAN | | | 05 RX | 0.25 | | | | 10/15/90 |
| 14-0450-01 | PROTENATE<br>INJ IJ 5%<br>250 ML EA<br>PLASMA PROTEIN FRACTION | | | 05 RX | 56.00 | | | | 10/1/85 |
| 14-0450-02 | PROTENATE<br>INJ IJ 5%<br>500 ML EA<br>PLASMA PROTEIN FRACTION | | | 05 RX | 112.00 | | | | 1/1/93 |

Instructions: Please make corrections directly on this printout.
___ as is   ✗ OK with changes

Signature _____   Date 08/21/97

0003307

# RED BOOK

## Product Listing Verification

**Medical Economics Company**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 722-2666

Page 4 of 4

Please Respond By: 9/26/97
Contact Name: ___KYLE BUSH___
Contact Phone: ___800-241-9360___

IR BIOTECH NORTH AMERICA
ID DIVISION
LAKE COOK ROAD, LCIV-2
IELD   IL 60015

| MAN/UPC & G NUMBER | PRODUCT NAME ADDITIONAL DESCRIPTION/FORM, ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QUANTITY, GENERIC DESCRIPTION AND/NDA STATUS # | OBC | PT | DEA | UD | AWP | DIRP | WAC | SRP | PRICE EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2938-01 | RECOMBINATE (APPROX. 250 IU/VIAL) PDI  IJ    1 IU  1 EA  ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.12<br>1.24 | | | | 12/21/97<br>08/01/97 |
| 2938-02 | RECOMBINATE (APPROX. 500 IU/VIAL) PDI  IJ    1 IU  1 EA  ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.12<br>1.24 | | | | 12/21/97<br>08/01/97 |
| 2938-03 | RECOMBINATE (APPROX. 1000 IU/VIAL) PDI  IJ    1 IU  1 EA  ANTIHEMOPHILIC FACTOR, RECOMBINANT | | 01 | RX | | 1.12<br>1.24 | | | | 12/21/97<br>08/01/97 |

Please make corrections directly on this printout.

08/21/97

0003308

# RED BOOK
## Product Listing Verification

Medical Economics Company
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2288   Fax (201) 722-2666

Page 1 of 4

Please Respond By: 7/26/97
Contact Name: KYLE BUSH
Contact Phone: 800-241-9360

BIOTECH NORTH AMERICA
ID DIVISION
LAKE COOK ROAD, LCIV-2
FIELD   IL 60015

| MFR/UPC G NUMBER | PRODUCT NAME/ADDITIONAL DESCRIPTION, FORM, ROUTE OF ADMINISTRATION/STRENGTH/SIZE, QUANTITY, GENERIC DESCRIPTION AND ANDA/NDA STATUS | OBC | DEA PT UD | AWP | DIR? | SRP | PRICE & EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| -0996-01 | ATNATIV<br>PDI IJ 500 IU<br>1 EA<br>ANTITHROMBIN III (HUMAN) | 05 RX | | 625.00 | | | 6/4/90 |
| 0650-01 | AUTOPLEX T<br>(ACTIVATED IN 30 ME)<br>PDI IJ<br>1 EA<br>ANTI-INHIBITOR COAGULANT COMPLEX | 01 RX | | 1.30 | | | 10/15/?? |
| 0490-01 | BUMINATE<br>INJ IJ 25%<br>20 ML EA<br>ALBUMIN, NORMAL SERUM, HUMAN | 05 RX | | 23.50 | | | 7/28/78 |
| 0490-02 | BUMINATE<br>INJ IJ 25%<br>50 ML EA<br>ALBUMIN, NORMAL SERUM, HUMAN | 05 RX | | 56.00 | | | 7/28/78 |
| 0490-03 | BUMINATE<br>INJ IJ 25%<br>100 ML EA<br>ALBUMIN, NORMAL SERUM, HUMAN | 05 RX | | 112.00 | | | 1/1/93 |

*(handwritten note over AUTOPLEX T row)* This product is now being distributed by Nabi in the U.S. under a new NDC #. Please contact Fred Moshetti @ 800-635-1766 ext. 5727 for more information. 7/28/7?

Signature _____   Date _____

Please make corrections directly on this printout.
[ ] OK with changes

8003309