# EXHIBIT W-5



# Ipratropium Bromide
## INHALATION SOLUTION
### From DEY

**The only generic alternative to Atrovent® that's Packaged for Profit.**

- Prices are based on the current published Average Wholesale Prices of Atrovent® Inhalation Solution and DEY's Ipratropium Bromide Inhalation Solution.

Atrovent® is a registered trademark of Boehringer Ingelheim Pharmaceuticals, Inc.

© 1997 DEY Laboratories
08-7160-01 09/97

Dey markets its generic product using the 'spread', saying the drug is "Packaged for Profit" and referring to the AWP

# PERCENTAGE OF "SPREAD" BETWEEN DEY LAB'S REPORTED AWP AND THE ACTUAL WHOLESALE PRICE FOR ALBUTEROL SULFATE 0.083% NDC# 49502-0687-03, 3ml/25's

| Year | Red Book/First Data Bank AWP | McKesson Wholesale Price | Percent "Spread" |
|------|------------------------------|--------------------------|------------------|
| 1992 | $32.30 | $25.45 | 21.3% |
| 1993 | $30.25 | $25.39 | 16.1% |
| 1994 | $30.25 | $23.69 | 21.7% |
| 1995 | $30.25 | $15.26 | 49.6% |
| 1996 | $30.25 | $15.26 | 49.6% |
| 1997 | $30.25 | $11.84 | 60.9% |
| 1998 | $30.25 | $10.00 | 67.0% |

