# EXHIBIT W-6

AOR/PHARMACIA & UPJOHN
PARTNERSHIP PROPOSAL

Elements of proposal:

1.  Contract Pricing for P&U products (see Attachment I)
    - 3-year agreement
    - 3% administrative fee on all products ~~or contract~~ contracted ($473,800 based on '97 projections).
    - CAMPTOSAR price protection thru 1997. Six month reviews after January 1, 1998.
    - Flexibility in negotiation of pricing if government intervenes in reimbursement processes.

2.  New Product Introductions
    P&U will work with AOR on all new product introductions.

    P&U will work with AOR at introducing our LHRH to compete against Lupron/Zoladex. Our LHRH, brand name Triptorelin, will be available in late 2nd Quarter, early 3rd Quarter.

    P&U, working with AOR, would establish a pricing mechanism for Triptorelin with spreads favoring AOR versus current LHRH. Triptorelin would be a therapeutic equivalent to Lupron/Zoledex. This pricing advantage would increase profitability to AOR

3.  Medical Education Grants

    A $55,000 grant has been committed for 1997 for the AOR Partnership for excellence package including:
    - Education/Disease Management
    - Research Task Force
    - AOR Annual Yearbook

    A $40,000 grant to sponsor the AOR monthly teleconference. This sponsorship was committed and completed in February 1997.

    Both of these grants would be committed in 1998 and future years if the partnership is agreed to.

4.  P&U Customer Development Program with AOR

    This commitment valued at $300,000-$400,000 would include:

    a.  Clinical practice improvement program (CPI).
    b.  Consultation on disease management processes and principles.
    c.  Research and analysis of "Best Practices" for CPI.
    d.  Design Works, a P&U customized behavior change program.
    e.  Other developmental customized programs for AOR. Example: Development of Internet access, coordination of AOR's Regional Marketing Directors for recruitment, patient satisfaction surveys, etc.

430865

All of the above to be co-developed to the satisfaction of AOR and P&U.

5. Clinical Research Trials

Initial Phase III Protocol trial for "Oral Idamycin" in lymphomas. This trial will offer AOR $1.1M in additional revenues. Two hundred twenty-five (225) patients at $5,000 per patient.

This clinical research trial is dependent on the signing of a partnership agreement. AOR will become a "first choice" for clinical studies.

6. Sharing of AOR Clinical Information Systems

P&U is committed for $100,000 to AOR per calendar year to develop and share AOR Clinical Information System.

The above six items are contingent on the signing of the AOR Disease Management Partner Program. AOR's exclusive compliance to the purchase of the products listed in the contract product attachment is also necessary for the above items to be in effect.

Sheet1

| | | | | | | | | | | | $ Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | | | | Attachment 1 | | | | | | | |

AOR Contract Pricing Proposal, April 1997

| Product | | AWP | | List Price | | AOR Current Price | | Suggested New Contract Prices | | | $ Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adriamycin** | | | | | | | | | | $ | 2,123,528.00 |
| 1086-91 | RDF 10 mg | $ | 46.00 | $ | 36.80 | $ | 8.00 | $ | 7.50 | | |
| 1096-91 | RDF 20 mg | $ | 92.00 | $ | 73.60 | $ | 16.00 | $ | 15.00 | | |
| 1106-79 | RDF 50 mg | $ | 230.00 | $ | 184.00 | $ | 40.00 | $ | 37.50 | | |
| 1116-83 | RDF 150 mg | $ | 676.19 | $ | 540.95 | $ | 120.00 | $ | 114.00 | | |
| 1136-91 | PFS 10 mg | $ | 48.31 | $ | 38.65 | $ | 8.40 | $ | 7.50 | | |
| 1146-91 | PFS 20 mg | $ | 96.63 | $ | 77.30 | $ | 16.80 | $ | 15.00 | | |
| 1156-79 | PFS 50 mg | $ | 241.56 | $ | 193.25 | $ | 42.00 | $ | 37.50 | | |
| 1176-87 | PFS 75 mg | $ | 362.35 | $ | 289.88 | $ | 63.00 | $ | 56.25 | | |
| 1166-83 | PFS 200 mg | $ | 946.94 | $ | 757.55 | $ | 168.00 | $ | 150.00 | | |
| **Adrucil** | | | | | | | | | | $ | 160,427.00 |
| 7525-36 | 500 mg | $ | 1.54 | $ | 1.23 | $ | 0.93 | $ | 0.93 | | |
| 7525-37 | 2.5 gm | $ | 7.69 | $ | 6.15 | $ | 4.42 | $ | 4.42 | | |
| 7525-38 | 5 gm | $ | 15.38 | $ | 12.30 | $ | 6.82 | $ | 6.82 | | |
| **bleomycin** | | | | | | | | | | $ | 1,182,348.00 |
| 1616-79 | 15 IU | $ | 292.43 | $ | 233.94 | $ | 187.00 | $ | 175.00 | | |
| 1616-86 | 30 IU | $ | 584.83 | $ | 467.86 | $ | 374.00 | $ | 350.00 | | |
| **Neosar** | | | | | | | | | | $ | 370,575.00 |
| 7525-40 | 100 mg | $ | 5.39 | $ | 4.31 | $ | 2.50 | $ | 3.00 | | |
| 7525-41 | 200 mg | $ | 10.24 | $ | 8.19 | $ | 3.50 | $ | 3.50 | | |
| 7525-42 | 500 mg | $ | 21.50 | $ | 17.20 | $ | 6.95 | $ | 5.00 | | |
| 7525-43 | 1 gm | $ | 43.01 | $ | 34.41 | $ | 11.50 | $ | 9.00 | | |
| 7525-44 | 2 gm | $ | 86.00 | $ | 68.80 | $ | 22.00 | $ | 18.00 | | |
| **Toposar** | | | | | | | | | | $ | 931,621.00 |
| 7525-45 | 100 mg | $ | 136.49 | $ | 109.19 | $ | 19.50 | $ | 12.00 | | |
| 7525-46 | 200 mg | $ | 272.98 | $ | 218.38 | $ | 39.00 | $ | 24.00 | | |
| 7525-47 | 500 mg | $ | 665.38 | $ | 532.30 | $ | 97.50 | $ | 60.00 | | |
| 7366-73 | 1 gram | $ | 1,330.75 | $ | 1,064.60 | $ | 195.00 | $ | 120.00 | | |
| **Vincasar** | | | | | | | | | | $ | 129,264.00 |
| 7525-48 | 1 mg | $ | 370.75 | $ | 296.60 | $ | 4.15 | $ | 4.15 | | |
| 7525-49 | 2 mg | $ | 741.50 | $ | 593.20 | $ | 7.75 | $ | 7.50 | | |

000867

| Product | | AWP | List Price | AOR Current Price | Suggested New Contract Prices | $ Volume | |
|---|---|---|---|---|---|---|---|
| Zinecard | | | | | | $ | 372,000.00 |
| 8715-62 | 250 mg | $ 141.10 | $ 112.88 | $ 112.88 | $ 95.00 | | |
| 8725-89 | 500 mg | $ 282.19 | $ 225.75 | $ 225.76 | $ 180.00 | | |
| Amphocin | | | | | | | |
| 1045-44 | | $ 172.69 | $ 138.15 | $ - | $ 9.50 | $ | 998.00 |
| Cytosar-U | | | | | | $ | 15,095.00 |
| 0373-01 | 100mg | $ 6.96 | $5.57 | 0 | $ 3.24 | | |
| 0473-01 | 500mg | $ 92.00 | $73.60 | 0 | $ 10.35 | | |
| 3295-01 | 1Gm | $ 52.56 | $42.05 | 0 | $ 19.71 | | |
| 3296-01 | 2Gm | $ 102.90 | $82.32 | 0 | $ 39.41 | | |
| Depo Provera 400 mg. | | | | | | $ | 5,003.00 |
| 0626-01 | 2.5 ml | $ 96.45 | $77.16 | 0 | $ 50.36 | | |
| 0626-02 | 10 ml | $ 366.18 | $292.94 | 0 | $ 180.68 | | |
| Zanosar | | | | | | $ | 35,015.00 |
| 0844-01 | 1Gm | $ 68.84 | $55.07 | 0 | $ 41.01 | | |
| Camptosar | | | | | | | |
| 7529-01 | 5ml/100mg | $ 481.25 | $385.00 | | $ 385.00 | $ | 10,315,174.00 |
| Fragmin | | | | | | | |
| 2406-91 | 2500IU/2ml | $ 139.50 | $111.60 | | $ 95.00 | | |
| 2426-91 | 5000IU/2ml | $ 237.13 | $189.70 | | $ 160.00 | | |
| | | | | | Total | $ | 15,793,327.00 |

000868

thor: GRDERR at PNO4PO
te: 10/21/97 9:22 AM
iority: Normal
o: *SGAMS at Mail_List
Subject: Market Company Alert - October 1997 Price Increase
---------------------------------- Message Contents ----------------------------------

SGAMS

FYI - Heads up. The following P&U price increases may create a spread between purchase price and Medicaid reimbursement that may create sales complaints if not resolved in a reasonable time period by customary Medicaid updates. Therefore, your action may be required in some instances if over the next few months Medicaid does not automatically pick up the price changes.

Glen

3,8
9

---------- Forward Header ----------
Subject: Market Company Alert - October 1997 Price Increase
Author: JSHOLLEN at PN01PO
Date: 10/20/97 7:44 PM

October 20, 1997

Contracting & Pricing

TO:
* VP US Pharm Sls
* Reg Sls Dirs/PSMs
* Operations Dir
* Team Fed Govt
* HC Ed Svcs
* Therapeutic DSMs
* PSL
* Public Affairs
* Nat Cust Svc Sls Dir
* Acct Team Dirs
* Natl Acct Dirs
* Mgd HC Dirs
* Reg Acct Mgrs
* DC Reg Dir/Mgr
* Pharm Sls Spec
* Ophthalmic Reps/DSMs
* Peptide Hormone Reps
* Oncology/Aids Reps
* Uro/Derm Reps/UBCs
* Hospital Reps
* Team Kaiser
* Team Coaches/DSMs

FROM: William Hillmer, Pricing Analyst, ext. 3-8386

SUBJECT: October 1997 Price Increase - Effective October 21, 1997

Effective with the close of business hours, Monday, October 20, 1997, the Retail & Wholesale prices of many Pharmacia & Upjohn Company products will be revised.

All catalog orders received after business hours, October 20, 1997, will be invoiced at revised prices. Attached are the product families affected and their percentages. A complete reprint of the Retail and Wholesale Price Lists will be issued in January 1998. Until then, please use your January 1997 Retail and Wholesale Price lists along with all 1997 price change announcements. Within the next few days you will receive a letter detailing the revised products and their new prices.

As a courtesy, we are allowing our customers the opportunity to make a one-time buy-in purchase at old list prices if they have direct purchase history for the products with price revisions. Their one-time purchase will be limited to a two-week average supply based on their net-direct April 1997 through September 1997 purchase history.

For all our customers who have April 1997 through September 1997 direct purchase history for the products with price revisions, we will mail them a Special Buy-In Order Form the week of November 10, 1997. The Special Buy-In Order Form will indicate the maximum allotment of each product that they may purchase at old list prices. Excessive purchases will be reduced to the buy-in allotment. They must use the Special Buy-In Order Form and it must be received on or before December 10, 1997 to be invoiced at the old prices. As inventory allotments allow, their buy-in order will be shipped between the receipt of their Order Form and January 16, 1998.

Complete buy-in instructions will be provided to customers with their Special Buy-In Order Form. PSM s will receive complete Price Increase Buy-In order form packages in early November.

| PRODUCT | PERCENT INCREASE |
|---|---|
| ADRIAMYCIN | 6.0 |
| ADRUCIL Injection | 6.0 |
| ALBAMYCIN Capsules | 6.0 |
| ANSAID Tablets | 7.0 |
| AZULFIDINE Tablets | 10.0 |
| AZULFIDINE En-Tabs | 10.0 |
| BLEOMYCIN | 6.0 |
| CAVERJECT Sterile Powder | 5.0 |
| CLEOCIN Vaginal Cream | 7.5 |
| CLEOCIN HCl Capsules | 10.0 |
| CLEOCIN PHOSPHATE | 20.0* |
| CLEOCIN T Topical Solution | 7.0 |
| CLEOCIN T Topical Gel & Lotion | 7.0 |
| COLESTID Granules | 7.0 |
| COLESTID Tablets | 7.0 |
| CORTEF Oral Suspension | 7.0 |
| CORTEF Tablets | 7.0 |
| Cortisone Acetate Tablets | 7.0 |
| CORVERT Tablets | 15.0 |
| CYKLOKAPRON Ampoule | 30.0 |
| CYTOSAR-U Sterile Powder | 6.0 |
| DELTASONE Tablets | 6.0 |
| DEPO-Estradiol Sterile Solution | 10.0 |
| DEPO-MEDROL Sterile Aqueous Suspension | 6.0 |
| DEPO-PROVERA Contraceptive Injection | 6.0 |
| DEPO-PROVERA Sterile Aqueous Solution | 9.0 |
| DEPO-TESTADIOL Sterile Solution | 10.0 |
| DEPO-Testosterone Sterile Solution | 10.0 |
| DIDREX Tablets | 10.0 |
| DIPENTUM Capsules | 9.0 |
| DOSTINEX Tablets | 4.0 |
| EMCYT Capsules | 6.0 |
| ESTRING Ring | 5.0 |
| FLAVORED COLESTID Granules | 7.0 |
| GELFILM Products | 9.9 |
| GELFOAM Sterile Powder | 15.0 |
| GELFOAM Sterile Sponge | 4.8 |
| HALCION Tablets | 10.0 |
| HALOTESTIN Tablets | 10.0 |
| HEMABATE Sterile Solution | 9.9 |
| Heparin Sodium Injection | 7.0 |
| IDAMYCIN Injection | 6.0 |
| KABIKINASE Lyphilized Powder | 15.0 |
| LINCOCIN Capsules | 10.0 |
| LINCOCIN Sterile Solution | 6.0 |
| LONITEN Tablets | 10.0 |
| MEDROL Tablets | 7.0 |
| MICRONASE Tablets | 8.0 |
| MOTRIN Tablets | 6.0 |
| MYCOBUTIN Capsules | 5.0 |
| NEOSAR | 6.0 |
| OGEN Tablets | 5.0 |
| OGEN Vaginal Cream | 5.0 |
| ORINASE Tablets | 7.0 |
| PREPIDIL Gel | 9.9 |
| PROSTIN E2 Vaginal Suppository | 50.0 |
| PROSTIN VR PEDIATRIC Sterile Solution | 20.0 |
| PROVERA Tablets | 10.0 |
| SOLU-MEDROL | 6.0 |
| TOLINASE Tablets | 7.0 |
| TOPISAR | 5.0 |
| TROBICIN Sterile Powder | 10.0 |
| VINCASAR | 6.0 |
| XANAX Tablets | 8.0 |
| ZANOSAR Sterile Powder | 10.0 |
| ZINECARD Injection | 8.0 |

WARNING NOTICE: Documents contain confidential trade secret information. Do not release outside of State Attorney General's Offices.

rrrm 4