UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) ) ) ) ) ) ) ) ) ) ) | No. MDL Docket No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS |  |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sara Jane Shanahan (sjshanahan@sherin.com) as counsel of record for defendants Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.

                                                                       Watson Pharma, Inc. and,
                                                                       Watson Pharmaceuticals, Inc.
                                                                       By their attorneys,

                                                                       /s/ Sara Jane Shanahan
                                                                       James W. Matthews, BBO#: 560560
                                                                       Sara Jane Shanahan BBO#: 567837
                                                                       Katy E. Koski, BBO#: 650613
                                                                       Courtney A. Clark, BBO#: 651381
                                                                       Sherin and Lodgen LLP
                                                                       101 Federal Street
                                                                       Boston, MA 02110
                                                                       (617) 646-2000

Dated: April 27, 2009

00262797.DOC /

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2009, copies of the foregoing document was served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Sara Jane Shanahan

00262797.DOC /