## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No: 03-10643<br>Judge Patti B. Saris |

)
THIS DOCUMENT RELATES TO:     )
                              )
*The City of New York v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 04-CV-06054)    )
*County of Suffolk v. Abbott Labs., et al.*   )
(E.D.N.Y. No. CV-03-229)      )
*County of Westchester v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 03-CV-6178)     )
*County of Rockland v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 03-CV-7055)     )
*County of Dutchess v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 05-CV-06458)    )
*County of Putnam v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 05-CV-04740)    )
*County of Washington v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00408)    )
*County of Rensselaer v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00422)    )
*County of Albany v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00425)    )

[Caption Continues on Next Page]

### [PROPOSED] CASE MANAGEMENT ORDER NO. [   ]

April __, 2009

11845748_1.DOC

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

Saris, U.S.D.J.

WHEREAS, on September 14, 2007, the Court entered Case Management Order No. 33 ("CMO 33") providing for the orderly administration of these consolidated New York Counties Cases; and

WHEREAS, CMO 33 provided for a fact and expert discovery schedule for targeted discovery on certain drugs subject to Federal Upper Limits, which discovery is now completed; and

WHEREAS, CMO 33 does not establish other fact or expert discovery deadlines or a further pre-trial schedule; and

WHEREAS, on April 16, 2009, at a hearing before the Court, the Court requested that the parties jointly submit a further pre-trial schedule, including a fact discovery cut-off, consistent with the schedule that the Court has set in its Iowa Case Management Order.

NOW THEREFORE, it is ORDERED, as follows:

1. All fact discovery in this case shall be completed on or before April 1, 2010.

2. Plaintiffs shall serve all expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) on or before June 1, 2010.

3. Defendants shall serve all expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) on or before August 1, 2010.

4. All expert depositions shall be completed on or before September 1, 2010.

5. CMO 33 shall otherwise remain in full force and effect, and nothing in this Case Management Order shall be deemed to lift the discovery stays provided for in Paragraphs 4 and 5(b) of CMO 33.

SO ORDERED, April __, 2009   _____
                              PATTI B. SARIS
                              U.S. DISTRICT COURT JUDGE