# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | Hon. Patti B. Saris |
| | ) | |
| _____ | ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 09-CV-10547 | ) ) ) ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 00-10698 | ) ) ) ) ) | |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO RELATOR'S AMENDED COMPLAINTS

Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, and Relator Ven-A-Care of the Florida Keys, Inc. hereby respectfully move the Court for an order extending the time within which Defendants may respond to Relator's Amended Complaint in the above captioned actions to and including May 31, 2009.  As reasons therefor, the parties state that:

1. The parties have reached an agreement in principle, negotiated under the auspices of Professor Eric Green, Esq., that will resolve the above-captioned actions.

11853288_1.DOC

2.	In light of the agreement in principle, Defendants and Relator believe it would be prudent to extend the time within which Defendants may respond to the Amended Complaint in each above-captioned action.

WHEREFORE, the Defendants and Ven-A-Care respectfully request that the Court grant this motion and issue an Order, substantially in the form attached hereto, providing that the Defendants' time to answer or otherwise respond to Relator's Amended Complaint in each above-captioned action shall be extended to and including May 31, 2009.

Dated:   April 27, 2009

/s/ Kirsten V. Mayer
John T. Montgomery
John P. Bueker
Kirsten V. Mayer
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
 (617) 951-7000

John P. McDonald
Locke Lord Bissell & Liddell
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
(214) 740-8758

Attorneys for Schering Corporation,
Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, FL  33029-7470
(954) 874-1635

Attorneys for Ven-A-Care of the
Florida Keys, Inc.

11853288_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, a true copy of the above Joint Stipulation was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

April 27, 2009                                         /s/ Kirsten V. Mayer
                                                              Kirsten V. Mayer

11853288_1.DOC