UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 06-12299-PBS 01-12257-PBS MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | |
| United States ex rel. Edward West, et al. v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson. | |

## ORDER OF DISMISSAL

SARIS, U.S.D.J.                                                                                           April 28, 2009

      Pursuant to this Court's Endorsed Order dated April 13, 2009, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel