**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

**MOTION FOR LEAVE TO WITHDRAW**

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, William F. Cavanaugh, Jr., hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, William F. Cavanaugh, Jr., am an attorney at Patterson Belknap Webb & Tyler LLP, representing Johnson & Johnson ("J&J"), Johnson & Johnson Health Care Systems, Inc., Centocor, Inc., Janssen LP (f/k/a Janssen Pharmaceutica Products, LP), Ortho-McNeil Pharmaceutical, Inc., Ortho-Biotech Products, LP, OrthoNeutrogena, McNeil-PPC, Inc., McNeil Consumer & Specialty Pharmaceuticals and ALZA Corporation ("the J&J Defendants") in the above-captioned matter.

2. I have been appointed Deputy Assistant Attorney General in the Antitrust Division of the U.S. Department of Justice, and therefore will be leaving Patterson Belknap Webb & Tyler LLP on May 8, 2009.

3. The J&J Defendants will continue to be represented by other attorneys at Patterson Belknap Webb & Tyler.

WHEREFORE, I, William F. Cavanaugh, Jr., respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/ William F. Cavanaugh, Jr.

William F. Cavanaugh, Jr.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated April 28, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ William F. Cavanaugh
William F. Cavanaugh