UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br><br>PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States ex rel Ven-A-Care of the*<br>*Florida Keys, Inc. v. Schering Corporation,*<br>*Schering-Plough Corporation and*<br>*Warrick Pharmaceuticals Corporation*<br>Civil Action No. 09-CV-10547<br><br>*United States ex rel Ven-A-Care of the*<br>*Florida Keys, Inc. v. Schering Corporation,*<br>*Schering-Plough Corporation and*<br>*Warrick Pharmaceuticals Corporation*<br>Civil Action No. 00-10698 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

## [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS MAY RESPOND TO RELATOR'S AMENDED COMPLAINTS

Having considered the Joint Motion for Extension of Time to Respond to Relator's Amended Complaints, filed by Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals (the "Defendants") and Relator Ven-A-Care of the Florida Keys, Inc. on April 27, 2009, and good cause appearing therefore, it is hereby ordered that the Defendants shall have until May 31, 2009 to answer or otherwise respond to Relator's Amended Complaints in the above-captioned actions.

11789001_1.DOC

SO ORDERED this 29 day of april, 2009.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE