# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") moves this court for leave to withdraw attorney Cheryl T. Viirand from the above-captioned matter. Ms. Viirand was an attorney practicing at Davis Polk & Wardwell, representing AstraZeneca in the above-captioned matter. She is no longer associated with Davis Polk & Wardwell and will no longer be able to represent AstraZeneca. All other counsel of record for AstraZeneca will continue to appear as counsel for AstraZeneca in this matter.

Dated:   Boston, Massachusetts
         April 30, 2009

                                    Respectfully Submitted,

                                    By:   /s/ Katherine B. Schmeckpeper
                                          Nicholas C. Theodorou (BBO #496730)
                                          Katherine B. Schmeckpeper (BBO #663200)
                                          **FOLEY HOAG LLP**
                                          155 Seaport Blvd.
                                          Boston, Massachusetts 02210
                                          Tel: (617) 832-1000

D. Scott Wise, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants attempted to confer with counsel for plaintiffs on this motion, but were unable to do so.

                                              /s/ Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on April 30, 2009 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                              /s/ Katherine B. Schmeckpeper