## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A Care of the Florida Keys, Inc. et al. v. Dey, Inc. et al.*<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw the appearance of attorney Robert C. Douglas, Jr. as counsel for interested-non-party, Colorado Department of Health Care and Financing, with respect to the above-captioned matter. The undersigned local counsel shall submit, simultaneously, a separate motion to admit alternate counsel *pro hac vice* for Colorado Department of Health Care and Financing, pursuant to Local Rule 83.5.2(c).

Respectfully Submitted,

Colorado Department of Health Care and
Financing,

By its Attorneys,

| | |
|---|---|
| /s/ Jeremy Y. Weltman<br>William J. Hunt (013365)<br>Jeremy Y. Weltman (662293)<br>**CLARK, HUNT & EMBRY**<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 494-1920 | /s/ Robert Douglas<br>Robert C. Douglas, Jr.<br>Acting Legal Division Director<br>Colorado Department of Health Care<br>Policy and Financing<br>1570 Grant Street<br>Denver, Colorado 80203 |

## CERTIFICATE OF SERVICE

I, Jeremy Y. Weltman, hereby certify that a true and correct electronic copy of the above "Notice of Withdrawal of Attorney Robert Douglas Pro Hac Vice" was caused to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2. by sending on May 1, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Jeremy Y. Weltman
Jeremy Y. Weltman