UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A Care of the Florida Keys, Inc. et al. v. Dey, Inc. et al.*<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## MOTION FOR ADMISSION OF ATTORNEY MARY KAREN MALDONADO *PRO HAC VICE*

Pursuant to Local Rule 85.5.3(b) and this Court's Case Management Order No. 1, §16, the undersigned counsel, a member in good-standing of the bar of this Court and attorney for interested-non-party Colorado Department of Health Care and Financing, hereby moves this Honorable Court to admit attorney Mary Karen Maldonado to the bar of this Court, *pro hac vice* as counsel for Colorado Department of Health Care and Financing.

In support of this Motion, the movant relies upon the following documents:

1. Affidavit of Mary Karen Maldonado, wherein she certifies that she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; that there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Payment in the amount of $50.00 is being forwarded simultaneously with this motion for Attorney Maldonado's admission *pro hac vice*. Please note that Ms.

Maldonado is praying admission in the place of attorney Robert C. Douglas, Jr. who has filed a Notice of Withdrawal in this matter.

**WHEREFORE**, the undersigned counsel respectfully moves this Honorable Court for attorney Mary Karen Maldonado's admission to practice before this Court, *pro hac vice*.

Respectfully Submitted,

Colorado Department of Health Care and Financing,

By its Attorneys,

  /s/ Jeremy Y. Weltman  
William J. Hunt (013365)  
Jeremy Y. Weltman (662293)  
**CLARK, HUNT & EMBRY**  
55 Cambridge Parkway  
Cambridge, MA 02142  
(617) 494-1920

## CERTIFICATE OF SERVICE

I, Jeremy Y. Weltman, hereby certify that a true and correct electronic copy of the above "Motion for Admission of Attorney Mary Karen Maldonado Pro Hac Vice" was caused to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2. by sending on May 1, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

  /s/ Jeremy Y. Weltman  
Jeremy Y. Weltman