UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Hon. Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |
| *United States of America ex rel. Ven-A Care of the Florida Keys, Inc. et al. v. Dey, Inc. et al.*<br>Civil Action No. 05-11084-PBS | ) ) ) ) ) | |

### **AFFIDAVIT OF MARY KAREN MALDONADO FOR ADMISSION *PRO HAC VICE***

County of Denver
State of Colorado

      NOW COMES affiant, Mary Karen Maldonado, and after having first been sworn states:

1.    My name is Mary Karen Maldonado, and I am Assistant Attorney General, State Services Section, in the Colorado Office of the Attorney General located at 1525 Sherman Street, Denver, Colorado 80203.

2.    I am licensed to practice law before the State Courts of Colorado and the Federal District Court of Colorado.

3.    I am a member in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    If allowed to be admitted to practice *pro hac vice* in this matter, I affirm that I have become familiar with and will abide by the Local Rules of the United States District Court for the District of Massachusetts.

_____
Mary Karen Maldonado
Assistant Attorney General
State Services Section
Colorado Office of the Attorney General
1525 Sherman Street
Seventh Floor
Denver, CO 80203
Ph: 303-866-4371
Email: katy.maldonado@state.co.us


Subscribed and sworn to before me by Mary Karen Maldonado, personally, this 29th day of April, 2009.

_____
Notary Public
My commission expires: 10/5/09