## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, Inc., et al.* ) Case No: 1:03-cv-11226-PBS ) ) | **MDL No. 1456** **Master File No. 01-12257-PBS** **Subcategory Case No. 06-11337** **Judge Patti B. Saris** |

### STATUS REPORT-MAY 4, 2009

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA ("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                                            Respectfully submitted,

                                                            EDMUND G. BROWN JR.
                                                            Attorney General for the State of California

Dated: May 4, 2009                        By:   */s/ Nicholas N. Paul*
                                                           NICHOLAS N. PAUL
                                                           CA State Bar No: 190605
                                                           Supervising Deputy Attorney General
                                                           Bureau of Medi-Cal Fraud and Elder Abuse
                                                           Office of The Attorney General
                                                           San Diego, California 92108
                                                           Tel: (619) 688-6099
                                                           Fax: (619) 688-4200

                                            **Attorneys for Plaintiff,**
                                            **STATE OF CALIFORNIA**

**MDL 1456 Status Report**
**State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.***
**Case No.: 1:03-cv-11226-PBS**

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679). Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948).

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586). Case Management Order 35 (No. 5664) was entered on November 4, 2008. Pursuant to the Court's request, on February 20, 2009, the parties filed a Joint Motion for Entry of Proposed Amendment to Case Management Order No. 31. [Docket No. 5920 (1:01-cv-12257); Docket No. 182 (1:06-cv-11337)]. The motion and amended CMO were granted by the Court on March 4, 2009. [Docket No. 5942 (1:01-cv-12257) / Docket No. 186 (1:06-cv-11337)].

On April 27, 2009, Plaintiffs and Defendants Schering-Plough Corp. and Warrick Pharmaceuticals Corp. ("Warrick") filed a Joint Stipulation to Stay Discovery, based on the existence of a proposed settlement in principle between Plaintiffs and Warrick. The proposed stipulation was approved by the Court and entered on April 29, 2009.

**Alternative Dispute Resolution**

During the February 12, 2009 Status Conference, the Court directed the parties to mediate in April.  That mediation took place in late April.

**Pending Matters**

On March 26, 2009, California filed a Motion for a Protective Order Regarding Defendants' Rule 30(b)(6) Deposition Topics.  [Docket 5976, 5977 (1:01-cv-12257) / Docket 192, 193 (1:06-cv-11337).  In turn, Defendants' filed their opposition on April 9, 2009 [Docket No. 6000 (1:01-cv-12257) / 1:06-cv-11337 (Docket No. 201)].  On April 17, 2009, Plaintiff's filed their Motion for Leave to File a Reply in Support of Its Motion for a Protective Order [Docket No. 6014 (1:01-cv-12257) / 1:06-cv-11337 (Docket No. 204)].  The motion has not been set for a hearing, and no order has been issued to date.

## CERTIFICATE OF SERVICE

    I, Nicholas N. Paul, hereby certify that on May 4, 2009, I caused a true and correct copy of the foregoing, **Status Report-May 4, 2009**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                               */s/ Nicholas N. Paul*
                                               NICHOLAS N. PAUL
                                               Supervising Deputy Attorney General