# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>    *The City of New York, et al.*<br>*v.*<br>    *Abbott Laboratories, Inc., et al.* | ) )<br>) )  Judge Patti B. Saris<br>) )<br>) )<br>) )<br>) |

## MAY 2009 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter "plaintiffs") hereby submit the attached Status Report for May 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: May 4, 2009

                              Respectfully submitted,

                              **City of New York and New York Counties in
                              MDL 1456 except Nassau and Orange, by**

                              **KIRBY McINERNEY, LLP**
                              825 Third Avenue
                              New York, New York 10022
                              (212) 371-6600

                  By:   /s/ Joanne M. Cicala_____
                        Joanne M. Cicala
                        Kathryn B. Allen

1

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**May 2009 Status Report on Behalf of the**
**City of New York and New York Counties**

**Discovery**

    1.  Defendants' Rule 30(b)(6) deposition of New York DOH

On April 6, 2009, defendants requested the deposition of a witness from New York State Department of Health ("DOH") regarding the process by which the DOH gathered and produced documents in response to defendants' 30(b)(6) subpoena.

On April 9, 2009, the NYAG, on behalf of the DOH, informed defendants that such a deposition had never before been requested by defendants nor contemplated by Magistrate Judge Bowler.  The NYAG reminded defendants that at the August 20, 2008 hearing regarding defendants' motion to compel the New York State Department of Health to comply with subpoenas, the parties and non-party DOH agreed that DOH would produce Mark-Richard Butt in his individual capacity and as the DOH's 30(b)(6) witness on the topics identified in defendants' subpoena.

On April 21, 2009, defendants served a revised subpoena on DOH adding an additional topic ("Topic 31") to address the "process by which the NY DOH gathered and produced documents" in response to the subpoena.  The date of that deposition, should it occur, has not yet been set.

    2.  Schering's Motion for a Protective Order

Plaintiffs intend to file their motion to lift the Schering Protective Order an expert affidavit, after the Court rules on GSK's Motion for Partial Summary Judgment (Docket # 5706).

**FUL Expert Reports and Summary Judgment Briefing**

3

Defendants served the expert report of Dr. Sumanth Addanki on March 18, 2009.

On April 3, 2009, the parties filed a Joint Motion for Federal Upper Limit ("FUL") Summary Judgment Briefing Schedule.  (Docket # 5997; Sub-docket # 43).

On April 8, 2009, the Court entered an electronic order granting the parties' Joint Motion for FUL Summary Judgment Briefing Schedule, and scheduled a tutorial and summary judgment hearing for 2:00 PM on July 8, 2009.  The FUL Summary Judgment Briefing Schedule is as follows: (1) any motion for summary judgment relating to FUL issues shall be filed on or before May 15, 2009; (2) all oppositions to FUL-related summary judgment motions shall be filed on or before June 15, 2009; and (3) all reply briefs, if any, related to FUL summary judgment motions shall be filed on or before June 30, 2009.  Plaintiffs and defendants each will file a single memorandum of law and a single Local Rule 56.1 Statement of Undisputed Facts on all common issues.

On April 22, 2009, plaintiffs took the deposition of Dr. Addanki.

**GSK Motion for Partial Summary Judgment**

On April 16, 2009, the Court heard oral arguments regarding defendant GSK's Motion for Partial Summary Judgment (Docket # 5706).  At the hearing, the Court ordered defendants to make a witness available for a supplemental deposition regarding GSK's rebates.  And the Court ordered the parties to submit any supplemental briefs and expert affidavits solely addressing utilization rebates on or before May 30, 2009.  April 16, 2009 Hearing Transcript, 51:1-9.  After the hearing, the Court entered electronic notes stating that the "Court takes matter under advisement."

On Friday, May 1, 2009, GSK informed plaintiffs that an additional production of

4

relevant GSK rebate data was forthcoming.  Plaintiffs are waiting details on timing of this production.  Plaintiffs and GSK have agreed thereafter to present the Court with a proposed scheduling order regarding their supplemental submissions in respect of the GSK motion.

**Case Management Order**

At the April 16, 2009 hearing regarding GSK's Motion for Partial Summary Judgment, the Court ordered the parties to draft a joint motion for entry of a case management order regarding the New York County case in chief.  On April 27, 2009, the parties filed a Joint Motion for Case Management Order (Docket # 6030, Sub-docket # 47).

On April 29, 2009, the Court entered an order granting the parties' Joint Motion for Case Management Order (Docket # 6030, Sub-docket # 47).   The CMO provides as follows:  (1) all fact discovery shall be completed on or before April 1, 2010; (2) plaintiffs shall serve all expert reports on or before June 1, 2010; (3) defendants shall serve all expert reports on or before August 1, 2010; (4) all expert depositions shall be completed on or before September 1, 2010; and (4) CMO 33 remains in full force and effect, including all discovery stays provided for in Paragraphs 4 and 5(b) of CMO 33.

**CERTIFICATE OF SERVICE**

I, Kathryn Allen, hereby certify that on the 4th day of May, 2009, I caused a true and correct copy of the above May 2009 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  May 4, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600
