UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br><br>*v.*<br><br>   *Abbott Laboratories Inc., et al.* | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**MAY 2009 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for May 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: May 4, 2009

                              Respectfully submitted,

                              **KIRBY McINERNEY, LLP**
                              825 Third Avenue
                              New York, New York 10022
                              (212) 371-6600

                By:   /s/ Joanne M. Cicala_____
                              Joanne M. Cicala
                              Kathryn B. Allen

## May 2009 Status Report for the State of Iowa

**Discovery**

**1. Defendants' First Set of Interrogatories**

On April 28, 2009, plaintiff served objections and responses to defendants' first set of interrogatories.

**2. Individual Defendants' First Set of Interrogatories**

On April 29, 2009, plaintiff served objections and responses to the following defendants' first set of interrogatories: Teva Pharmaceuticals USA, Inc.; Sicor, Inc.; Ivax Corporation and Ivax Pharmaceuticals, Inc.; and Barr Laboratories.

**3. Defendants' Document Requests**

Plaintiff has produced document and data (Iowa-AWP 000001 through 078480) in response to defendants' group and individual requests for production. Plaintiff has made an additional 1,000 plus boxes of potentially responsive documents available in Des Moines for defendants.

**4. Paragraph 3 of the January 22, 2009 Case Management Order**

During the month of April, the following defendants represented that they have produced to plaintiff all documents and data produced to any party in MDL 1456: Alpharma, Inc.; Astrazeneca; Dey; Pfizer and Pharmacia; and Warrick. Plaintiff is verifying such representations. Plaintiff awaits such representations from defendant Watson.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 4th day of May, 2009, she caused a true and correct copy of the above May 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: May 4, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600