UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re*: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Docket: 06-CV-11337-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | )<br>) Hon. Patti B. Saris<br>) |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, No. 06-CV-11337-PBS; *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, No. 05-11084-PBS; *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 07-10248-PBS1 | ) Magistrate Judge Marianne Bowler<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND REQUEST BY THE UNITED STATES, ABBOTT LABORATORIES, INC., DEY, INC. , AND THE ROXANE DEFENDANTS REGARDING THE APPOINTMENT OF A SPECIAL MASTER**

The United States, Abbott Laboratories, Inc., the Dey defendants (comprising Dey, Inc., Dey, L.P., and Dey L.P., Inc), and the Roxane Defendants (comprising Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.) jointly submit this (a) stipulation regarding the finality to be accorded to the findings of the Special Master appointed by the Magistrate Judge on March 30, 2009, and (b) consented-to request by defendants regarding additional materials that may be reviewed by the Special Master.

The Order appointing the Special Master directed that the parties advise the Court whether, *inter alia*, they would consent to have the Special Master's decision "be final" as if made by the Magistrate Judge. After conferral, the parties to this Stipulation each stipulate that

the decision(s) of the Special Master, for the purposes of Fed. R. Civ. P. 53(f), shall be deemed final as if made by the Magistrate Judge.

Defendants further request that the Magistrate Judge permit the Special Master to review certain additional documents from which the United States redacted text based on the deliberative process privilege.  The United States has consented to this request.  Defendants have designated eight documents from which text was redacted from copies produced to defendants based on privilege.  The parties agree that the review by the Special Master should be pursuant to the general instructions set out by the Magistrate Judge in her Order of March 30, 2009.

The parties further stipulate that if the Magistrate Judge approves defendants' request for the Special Master to perform this additional work, the decision(s) of the Special Master regarding the redacted documents shall be deemed final for the purposes of Fed. R. Civ. P. 53(f) as if made by the Magistrate Judge.

Based on the foregoing, and with the consent of the United States, defendants respectfully ask the Magistrate Judge to approve the request for the Special Master to review the redacted documents.


APPROVED:


_____                                          _____
Date                                                             **MARIANNE B. BOWLER**
                                                                     United States Magistrate Judge

For the United States of America,

MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY

MICHAEL F. HERTZ
DEPUTY ASST. ATTORNEY GENERAL

/s/ Barbara Healy Smith
George B. Henderson, II
Barbara Healy Smith
James J. Fauci
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3272
(617) 748-3398

 /s/Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 305-9300

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Telephone:  (305) 961-9003
Facsimile: (305) 536-4101

For Abbott Laboratories, Inc.,

/s/ James R. Daly
James R. Daly
Eric P. Berlin
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

For the Dey Defendants,

/s/  Sarah L. Reid
Paul F. Doyle (BBO # 133460)
Sarah L. Reid
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

For the Roxane Defendants,

/s/ Eric T. Gortner
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale (BBO # 654645)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Date: May 12, 2009

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above JOINT STIPULATION AND REQUEST REGARDING THE APPOINTMENT OF A SPECIAL MASTER to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/_____

Justin Draycott

Date: May 12, 2009