UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

**NY COUNTIES' MOTION FOR PERMISSION
TO FILE EXHIBITS UNDER SEAL**

Now comes the City of New York and New York Counties (collectively "NY Counties"), pursuant to Local Rule 7.2 and ¶15 of the December 13, 2002 Protective Order in this case [Main Dkt # 276], to move for permission to file certain exhibits under seal and states:

**1.** The NY Counties plan to file a motion for partial summary judgment issues relating to the Federal Upper Limit ("FUL") on May 15, 2009.

**2.** Among the documents which the NY Counties plan to file in support of its motion of summary judgment are exhibits prepared by its expert witness which contain information relating to the defendants' Average Manufacture Prices (AMPs) for the subject drugs for the period 1997 to 2005. Insofar as plaintiffs know, the practice to date in this case has been that all AMP data has been filed under seal and not generally available to the public.

**3.** The NY Counties also plan to file excerpts of transcripts of deposition testimony of present and former employees of the defendants which counsel for the

1

defendants have designated as "Confidential" or "Highly Confidential" under the terms of the December 13, 2002 Protective Order [Dkt # 276] in the case or a similar protective order in corresponding state case. In so doing, the NY Counties take no position as to whether the transcript has properly been designated as "Confidential" or "Highly Confidential".

4. The NY Counties also plan to file in support of its motion certain documents from the files of the defendants or third parties which have been designated as "Confidential" or "Highly Confidential" by the attorneys for the entity submitting the document. In so doing, the NY Counties take no position as to whether the designation of the document as "Confidential" or "Highly Confidential" is proper.

WHEREFORE, in order to permit it to file expeditiously its motion for partial summary judgment FUL issues, the NY Counties request permission to file under seal the documents referenced above.

## Local Rule 7.1(A)(2) Certification

The undersigned counsel certifies the NY Counties have conferred with counsel for defendant Warrick, as representative of all the defendants involved in plaintiffs' motion for partial summary judgment FUL issues, and counsel reports that all of the defendants assent to this motion.

Dated: May 15, 2009

Respectfully submitted,

By:   /s/ Joanne M. Cicala
Joanne M. Cicala
James P. Carroll Jr.
**KIRBY McINERNEY, LLP**
825 Third Avenue

        New York, New York 10022
        (212) 371-6600

*Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

## CERTIFICATE OF SERVICE

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing NY COUNTIES' MOTION FOR PERMISSION TO FILE EXHIBITS UNDER SEAL, to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: May 12, 2009

        /s/
        James P. Carroll, Jr.
        Kirby McInerney LLP
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 371-6600