UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 03-10643-PBS ) |
| THIS DOCUMENT RELATES TO:  *The City of New York, et. al.*  *v.*  *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) ) |

## STIPULATION FOR ADDITIONAL PROCEEDINGS WITH RESPECT TO GLAXOSMITHKLINE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

During a hearing on the above-captioned motion on April 16, 2009, the Court directed GSK to produce a Rule 30(b)(6) witness to testify about certain rebate issues in response to plaintiffs' Notice of Deposition served on February 20, 2009 and agreed that thereafter the parties could submit additional briefing and/or supplemental expert affidavits concerning the "WAC List Price" test at issue in GSK's motion. Thereafter, counsel for Plaintiffs the City of New York, et al., and defendant GSK met and conferred, GSK produced certain additional data concerning utilization rebates, and the parties agreed to the following schedule for the completion of discovery and for additional submissions to the Court, as follows:

1.  GSK will designate a Rule 30(b)(6) witness to testify at a deposition about certain rebate issues, as previously requested in a Notice of Deposition served on

February 20,2009. The Rule 30(b)(6) deposition will be conducted on June 3, 2009 at the offices of Kirby McInerney, LLP in New York.

    2.    On or before June 16, 2009, Plaintiffs will file a supplemental brief and/or an expert affidavit that further addresses the issue of how the Court should treat rebates under the WAC List Price test.

    3.    On or before June 30, 2009, defendant GSK will file a response to Plaintiff's June 16th filing.

    4.    The parties may request an additional oral argument with respect to GSK's motion for partial summary judgment and the rebate issues to be scheduled by the Court at its convenience after June 30, 2009.

Dated: May 13, 2009

KIRBY McINERNEY LLP        DECHERT LLP

By:  /s/ Joanne M. Cicala        By:  /s/ Frederick G. Herold
      Joanne M. Cicala                Frederick G. Herold
      825 Third Avenue               2440 W. El Camino Real/Suite 700
      New York, NY 10022           Mountain View, CA 94040
      Tel: (212) 371-6600             Tel: (650) 813-4800
      Email: jcicala@kmllp.com      Email: frederick.herold@dechert.com
      *Counsel for Plaintiffs*          *Counsel for Defendant SmithKline*
      *The City of New York, et al.*     *Beecham Corp., d/b/a GalxoSmithKline*
                                                          *("GSK")*

SO ORDERED:    _____
                       Honorable Judge Patti B. Saris, U.S.D.J.

Date:  _____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation was delivered to all counsel of record by electronic service via LexisNexis File & Serve, pursuant to the Court's Case Management Order No. 2, on May 13, 2009.

/s/ Frederick G. Herold
Frederick G. Herold