UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris<br>MDL No. 1456<br>Civil Action No. 01-12257-PBS |

## NOTICE OF APPEARANCE OF MICHAEL S. D'ORSI ON BEHALF OF BAXTER INTERNATIONAL INC.

Pursuant to Local Rule 83.5.2(a), Michael S. D'Orsi of the law firm of Donnelly, Conroy & Gelhaar, LLP, hereby enters his appearance on behalf of Defendant Baxter International Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO#: 188310)
Michael S. D'Orsi (BBO#: 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880
msd@dcglaw.com

## CERTIFICATE OF SERVICE

I, Michael S. D'Orsi, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to all counsel of record via electronic service by sending a copy to Lexis/Nexis for posting and notification on May 14, 2009.

/s/ Michael D'Orsi
Michael S. D'Orsi