# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) <br> *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) <br> *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) <br> *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) <br> *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) <br> *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) <br> *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) <br> *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) <br> *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No: 03-10643 <br><br> Judge Patti B. Saris |

[Caption Continues on Next Page]

**DECLARATION OF KIM B. NEMIROW TRANSMITTING DEPOSITION TESTIMONY AND HEARING TRANSCRIPTS RELIED UPON IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY <u>JUDGMENT ON PLAINTIFFS' "FUL FRAUD" CLAIMS</u>**

1

*County of Warren v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs. et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

I, the undersigned Kim B. Nemirow, submit this Declaration. I have personal knowledge of the following facts:

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

2. Attached to this Declaration as Exhibit A is a true and correct copy of the transcripts of the deposition of Sue Gaston, dated January 24, 2008 and March 19, 2008, along with exhibits 2, 5, 6, and 7 to that deposition.

3. Attached to this Declaration as Exhibit B is a true and correct copy of the transcript of the deposition of Gail Sexton, dated May 20, 2008.

4. Attached to this Declaration as Exhibit C is a true and correct copy of excerpts from the transcript of the July 26, 2007 Motion Hearing, *In re Pharm. Indus. Avg. Wholesale Price Litig.*, No. 01-CV-12257-PBS, MDL No. 1456 (July 26, 2007) [Docket No. 4519].

5. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Harris L. Devor, dated December 9, 2008, December 10, 2008, and December 11, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2009                                            /s/Kim B. Nemirow
                                                                Kim B. Nemirow

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                /s/ Kim B. Nemirow
                                                                Kim B. Nemirow