**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | )<br>) | Judge Patti B. Saris |
| *The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* | )<br>)<br>)<br>)<br>) | |

**DECLARATION OF HARRIS L. DEVOR IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO**
**THE FEDERAL UPPER LIMIT AND**
**UNDER NEW YORK SOCIAL SERVICES LAW § 145-B**

Harris L. Devor, under penalty of perjury, hereby submits this declaration in support of plaintiffs' motion for partial summary judgment on issues relating to the Federal Upper Limit and under New York Social Services Law 145-b.

**1.**     Attached as Exhibit A is a true and complete copy of my Rule 26 Statement of Harris L. Devor dated September 30, 2008 and the exhibits thereto ("Devor Rule 26 Statement").

**2.**     Attached as Exhibits B1-84 are graphs setting forth, for each defendant and NDC at issue on this motion, the information listed below.  All of the following information was pulled directly from the Exhibits to the Devor Rule 26 Statement, except where noted in the exhibits:

          **(a)**     Defendant's Reported AWP

          **(b)**     Defendant's Reported WAC

          **(c)**     Operative FUL, if any

          **(d)**     Defendant's AMP

**(e)**    My calculation of a FUL based on defendant's AMP

**(f)**    My calculation of a true WAC (also known as the "Devor WAC")

**(g)**    My calculation of a FUL based on the Devor WAC

**3.**    Attached as Exhibit C are spreadsheets calculating the spread for each Defendant and NDC at issue on this motion between:

**(a)**    Reported WAC and AMP. (WAC-AMP/AMP)

**(b)**    Reported WAC and Devor WAC (WAC-Devor WAC/Devor WAC).

The data underlying these spread calculations (WAC, AMP, Devor WAC) are also pulled directly from the Exhibits to the Devor Rule 26 Statement, except where noted in the exhibit.

Dated: May 15, 2009

Harris L. Devor

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>)  Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, et al.* | ) )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

## CONFIDENTIAL EXHIBITS A, B, C

### TO
### DECLARATION OF HARRIS L. DEVOR IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW § 145-B

### MAY 15, 2009

## SUBJECT TO MOTION FOR LEAVE TO FILE UNDER SEAL