# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)   MDL NO. 1456<br>)   Civil Action No. 01-12257-PBS<br>)    Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, et al.* | )<br>)   Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO ETHEX CORPORATION

Pursuant to Rule 56.1 of the Local Rules of this Court, plaintiffs hereby submit their Statement of Undisputed Material Facts Applicable to Defendant Ethex Corporation ("Ethex") in support of their Motion for Partial Summary Judgment.

## I.     ETHEX SPECIFIC FACTS

**1.**     The Ethex Drug and NDCs that have been examined in connection with this motion are set forth in Exhibit A hereto.  This exhibit also sets forth Ethex's WACs and Published AWPs for these Drugs and NDCs, any operative Federal Upper Limit ("FUL") and Ethex AMPs.  The exhibit notes which NDCs are associated with package sizes that set the FUL.

**2.**     The specific Ethex drug at issue is Isosorbide Mononitrate 60 MG Tablet.

**3.**     Ethex manufactures and sells prescription drugs in the State of New York, including the City of New York and in the Counties, that are eligible for reimbursement under Medicaid.  *See* Ethex Corporation's Answer to the Revised First Amended Consolidated Complaint ("Ethex Answer") [Docket #4838] at ¶ 44.

**4.** Ethex has entered into and executed the federal Medicaid rebate agreement pursuant to 42 U.S.C. § 1396r-8. *See* Ethex Answer at ¶ 132.

**5.** Ethex launched Isosorbide Mononitrate on March 16, 2000. *See* Ethex Corporation 30(b)(6) (Christopher Keith) 6/24/08 Deposition Transcript (Exhibit B) at 37:20-22 (hereinafter "Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B)").

**Ethex Set and Reported Its WACs and AWPs**

**6.** At the time of launch of a new product Ethex sets an AWP for its drugs. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 136:7-22. Ethex has only one AWP at any time. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 48:17-19.

**7.** Ethex reported an AWP for its drugs to all the major pricing compendia - First DataBank, Medi-Span and Redbook. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 68:10-20; 135:19-21.

**8.** Ethex reported the same AWP to all three compendia. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 136:4-6.

**9.** Ethex knew and controlled the AWPs for its drugs that were published by the national drug pricing compendia. Ethex knew that the pricing compendia would publish the AWPs that Ethex provided to them. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 142:16-143:1.

**10.** All published AWPs reflected what Ethex submitted to them: Redbook would send a "Product Listing Verification" asking Ethex to "confirm that the way the product is listed is correct." *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 144:9-145:6.

**11.** Ethex set a WAC for its products and only had one WAC at a given time. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 49:17-20.

**12.**     Ethex did not report WACs to the publishing compendia because it considers WAC a "competitive price".  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 70:1-5.

**13.**     Ethex knows that Medicaid reimbursements can be based on WACs, AWPs and FULs.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 72:2-10.

**14.**     Ethex knew that its published prices were used for Medicaid reimbursement purposes.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 70:19-71:12.  Ethex provided its customers with AWPs because "[i]t's a price that – that they need to have for reimbursement purposes."  Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 71:1-2.

**15.**     Ethex knows that CMS sets the Federal Upper Limit ("FUL") by taking the lowest published price and multiplying it by 150%.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 72:15-73:2.

**Ethex's WACs and Published AWPs had No Relationship to Actual Prices**

**16.**     Ethex knows that and admits that its reported AWPs were not tethered to the actual prices that anyone pays.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 150:10-19.

**17.**     Ethex defined AWP as a "list price."  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 148:7-11.

**18.**     Ethex's AWPs were not set based on actual prices but rather Ethex established its AWPs based on its competitors' AWPs.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 136:20-137:15.

**19.**     At launch, Ethex set its AWPs at a price just below 90% of the AWPs of the branded versions of the drugs in order to be considered a generic.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 136:20-137:7.

3

20.     After launch, Ethex would set the AWP "in line with the competition," so that its AWPs were neither the lowest nor the highest.  Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 137:8-15.

21.     When Ethex changed the contract price of a drug, it did not change the AWP for that drug.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 163:8-20; *see also* Exhibit C (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 20 (email from Lew Soars, Ethex Project Manager to Trisha Reeves including attachment listing new contract pricing for Isosorbide Mononitrate)).

22.     Every contract Ethex had with its customers offered contract pricing below WAC, even before any rebates or credits were applied.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 78:16-19;  *see also* Exhibit D (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 7 (Ethex Price Listing)).

23.     Ethex paid wholesalers rebates, discounts, chargebacks, billbacks, fees, incentives and other pricing allowances.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 60:16-61:5.  Approximately 50-75% of Ethex's sales of Isosorbide Mononitrate occurred through wholesalers.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 64:5-19.

24.     Rebates, discounts, chargebacks and other pricing incentives offered by Ethex reduce wholesalers' actual acquisition cost.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 155:15-21; 156:20-157:7; *see also* Ethex Corporation 30(b)(6) (Rich Chibnall) 6/24/08 Deposition Transcript (Exhibit E) at 17:18-18:14 (hereinafter "Ethex 30(b)(6) (Chibnall) 6/24/08 Dep. (Exhibit E)").

25.     In a pricing proposal from Mr. Keith to Mr. Michael Plessinger at Cardinal Health, Ethex defined WAC as: "the price invoiced to wholesalers.  The net price paid by wholesalers may be less."  Exhibit F (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 18 (Letter

from Chris Keith to Michael Plessinger at Cardinal Health offering bid proposal for Isosorbide Mononitrate)). "Contract Price" was defined as: "the price that will be charged to wholesaler for purchases made on behalf of its formulary customers. It is exclusive of any rebates provided under this Agreement." *Id.* "Net Price" was defined as: "the contract price, less the rebates provided under other arrangements with the wholesaler." *Id.*

26.     The net price to Cardinal, a major wholesaler, was another 10% off the contract price due to rebates offered by Ethex, reflecting the assorted discounts, rebates and fees that Ethex provided to its wholesaler customers. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 155:11-157:7.

27.     McKesson, another major wholesaler, received the equivalent of an 18.5% rebate for including Isosorbide Mononitrate in its source program. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 89:8-91:1. This is in addition to the other rebates, discounts, chargebacks and other pricing incentives that Ethex provides to McKesson that further reduces McKesson's net price below the super source contract price. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 91:2-95:17.

28.     AmeriSource Corporation ("ABC") was offered a 15% rebate for including Isosorbide Mononitrate in its source program, in addition to other rebates, discounts, chargebacks and other pricing incentives that reduced ABC's net price below WAC. *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 171:17-173:21; *see also* Exhibit G (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 22 (Bid Proposal to ABC for Isosorbide Mononitrate)).

29.     In fact, there was a large difference between the WAC price and the net price because discounts and rebates were taken off the WAC price. *See* Ethex 30(b)(6) (Chibnall) 6/24/08 Dep. (Exhibit E) at 53:1-10.

5

30.  Ethex negotiates contract prices with its pharmacy and warehousing chain customers.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 219:21-221:7; *see also* Exhibit H (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 39 (Bid Proposal to H-E-B for Isosorbide Mononitrate)); Ethex 30(b)(6) (Chibnall) 6/24/08 Dep. (Exhibit E) at 30:14-18.

31.  Ethex provided its pharmacy and warehousing chain customers with rebates, discounts, incentives and other pricing allowances that further reduced the actual acquisition cost.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 221:19-222:1; *see also* Exhibit H; *see also* Ethex 30(b)(6) (Chibnall) 6/24/08 Dep. (Exhibit E) at 30:19-33:6.

**Ethex Marketed the Spread**

32.  Whenever it launched a new product, Ethex would create an internal document for its sales representatives to give them an overview of the product Ethex was introducing.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 29:12-31:12; *see also* Exhibit I (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 3 (Copy of Ethex's Product Launch Plan for Isosorbide Mononitrate)).  The launch plan would include both Ethex's AWPs and WACs as well as those of Ethex's competitors.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 79:12-80:22; *see also* Exhibit I.

33.  Ethex included its AWP, WAC and contract price in its bids to its customers.  *See* Ethex 30(b)(6) (Keith) 6/24/08 Dep. (Exhibit B) at 191:11-192:11; *see also* Exhibit J (Ethex 30(b)(6) (Keith) 6/24/08 Dep. Exhibit 27 (Contract between Ethex and OptiSource Group)).

**Ethex's AMPs**

34.  At all times, from 1997 to 2005, Ethex has calculated on a quarterly basis the average manufacturer's price ("AMP") for all its products as required by the federal rebate statute.  *See* Ethex 30(b)(6) (Chibnall) 6/24/08 Dep. (Exhibit E) at 26:18-27:8; *see also*

*Commonwealth of Massachusetts v. Mylan Laboratories*, 2008 WL 5650859, at *30 (D. Mass. Dec. 23, 2008).

Dated: May 15, 2009

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala

By:    Joanne M. Cicala
James P. Carroll Jr.
Jocelyn R. Normand
Kathryn B. Allen

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO ETHEX CORPORATION to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.  The confidential exhibits to the foregoing have been served electronically directly to counsel for Ethex Corporation.

Dated:  May 15, 2009

_____/s/_____
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *The City of New York, et al.* | ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | ) ) ) |

MDL NO. 1456
Civil Action No. 01-12257-PBS
 Subcategory Case No: 03-10643-PBS

Judge Patti B. Saris

CONFIDENTIAL EXHIBITS

TO
PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED
MATERIAL FACTS AS TO ETHEX CORPORATION

MAY 15, 2009

SUBJECT TO MOTION FOR LEAVE TO FILE UNDER SEAL