# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)   Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>    *The City of New York, et al.*<br>*v.*<br>    *Abbott Laboratories, et al.* | )<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO BOEHRINGER INGELHEIM ROXANE, INC.

Pursuant to Rule 56.1 of the Local Rules of this Court, plaintiffs hereby submit their Statement of Undisputed Material Facts Applicable to Defendant Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc., (hereinafter "Roxane") in support of their Motion for Partial Summary Judgment.

## I.   ROXANE SPECIFIC FACTS

**1.**    The Roxane Drugs and NDCs that have been examined in connection with this motion are set forth in Exhibit A hereto.  This exhibit also sets forth Roxane's Published AWPs and WACs for these Drugs and NDCs.  The exhibit notes which NDCs are associated with packages sizes that set the FUL.

**2.**    The specific Roxane drugs at issue are Albuterol .83 mg/ml Solution and Ranitidine 150 MG Tablet.

**3.**    Roxane has entered into and executed the federal Medicaid rebate agreement pursuant to 42 U.S.C. § 1396r-8.  *See* Answer and Affirmative Defenses of Boehringer

Ingelheim Roxane Inc. to the Revised First Amended Consolidated Complaint ("Roxane Answer")[Docket #4851] at ¶132.

4.      Roxane knew that eligibility for reimbursement by Medicaid was an important issue for its customers.  *See* Boehringer Ingelheim Roxane, Inc. 30(b)(6) (Judy Waterer) 5/9/07 Deposition Transcript (Exhibit B) at 41:1-10 (hereinafter, "Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B)").

**Roxane Set and Reported Its AWPs and WACs**

5.      At all times relevant hereto, Roxane reported and/or controlled its published WACs.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 70:3-15;  Boehringer Ingelheim Roxane, Inc. 30(b)(6) (Judy Waterer) 5/10/07 Deposition Transcript (Exhibit C) at 420:5-426:16;  446:20-447:3 (hereinafter, "Roxane 30(b)(6) (Waterer) 5/10/07 Dep. (Exhibit C)").; Boehringer Ingelheim Roxane, Inc. 30(b)(6) (Judy Waterer) 5/11/07 Deposition Transcript (Exhibit D) at 662:13-673:13; 712-714:13 (hereinafter, "Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D)").   Roxane has only one WAC at any given time and reported the same WAC to all publishing compendia.  *See* Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 616:18-21; 650:13-23.

6.      Roxane reported AWP to the publishing compendia.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 68:14-25; Roxane 30(b)(6) (Waterer) 5/10/07 Dep. (Exhibit C) at 446:10-19.

7.      All published AWPs reflect what Roxane submitted to the publishing compendia. *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 82:16-84:4; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 650:13-23.

8.      Roxane knew and controlled the AWPs and WACs for its drugs that were published by the national drug pricing compendia.  Both Redbook and First Databank would send requests to Roxane to verify the accuracy of the AWPs and WACs for its drugs and Roxane would respond with corrections if errors were found.   *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 62:7-63:17; 135:15-137:24; Roxane 30(b)(6) (Waterer) 5/10/07 Dep. (Exhibit C) at 454:19-458:7; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 647:21-650:12.

**Roxane's Published AWPs and WACs had No Relationship to Actual Prices**

9.      For generic products Roxane was the first to launch, Roxane sets an AWP upon product launch at 10% below the brand AWP.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 69:1-23.

10.     When Roxane launched a product into existing generic competition, it set the AWP at a level comparable to the AWPs of the competing products.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 69:1-23; Roxane 30(b)(6) (Waterer) 5/10/07 Dep. (Exhibit C) at 448:14-10; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 604:1-18.

11.     Roxane's AWP has no connection whatsoever to actual prices charged by Roxane to any customers.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 70:16-71:9; 72:17-20; 79:19-80:13; 112:5-119:14; Waterer Deposition Exhibit No. 3 (Exhibit B); 123:5-129:15; Waterer Deposition Exhibit No. 4 (Exhibit B); Roxane 30(b)(6) (Waterer) 5/10/07 Dep. (Exhibit C) at 447:9-20; 454:7-18.

12.     Roxane's reported WACs are always higher than contract prices.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 150:3-151:11; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 584:2-10; Boehringer Ingelheim Roxane, Inc. 30(b)(6) (Judy Waterer)

7/24/07 Deposition Transcript (Exhibit E) at 753:10-756:7, (hereinafter, "Roxane 30(b)(6) (Waterer) 7/24/07 Dep. (Exhibit E)").

13.     Most customers who purchase Roxane multisource products have contracts with Roxane.  *See* Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 552:18-554:17.  All customers who have contracts with Roxane pay contract prices.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 52:12-17; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 581:23-582:7; Roxane 30(b)(6) (Waterer) 7/24/07 Dep. (Exhibit E) at 761:22-762:8.   Contract prices are below WAC even before any rebates, fees, credits are paid. *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 72:21-73:8; 150:3-151:14; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 584:2-10; Roxane 30(b)(6) (Waterer) 7/24/07 Dep. (Exhibit E) at 753:10-756:7.  Contract prices are further reduced by subsequent rebates, fees and credits.  *See* Roxane 30(b)(6) (Waterer) 7/24/07 Dep. (Exhibit E) at 788:17-792:1

14.     Roxane also enters into contracts with wholesalers.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 48:21-49:17; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 554:18-555:19; 558:15-559:23; 570:8-572:12. Some wholesaler contracts provide for product-specific pricing and incentives.  *See* Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 585:18-590:10; Waterer Deposition Exhibit 72 (Exhibit D); 616:22-619:24. Product specific pricing is below WAC.  *See* Waterer 5/9/07 30(b)(6) Dep. (Exhibit B) at 616:22-619:24.    Product specific incentives (rebates/fees/allowances) reduce wholesaler's acquisition cost for the relevant Roxane product.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 88:5-16; Roxane 30(b)(6) (Waterer) 7/24/07 Dep. (Exhibit E) at 788:17-792:1.

15.     Roxane's definition of AWP was merely "functional" in the sense that for generic products, Roxane sets AWP at 10% below the competing brand product, and didn't "think about"

4

it anymore.  In other words, AWP, once set for a Roxane generic product, remains the same regardless of changes in actual market prices.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 69:1-14.

      **16.**    Roxane enters into contracts with other relevant Pharmacy Providers ("Non-retail PPs").  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 48:21-50:25; Roxane 30(b)(6) (Waterer) 5/11/07 Dep. (Exhibit D) at 584:2-585:11.  Some non-retail PP contracts provide for baseline rebates.  *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 87:1-88:4.  Baseline rebates reduce non-retail PPs' acquisition cost for all Roxane products. *See* Roxane 30(b)(6) (Waterer) 5/9/07 Dep. (Exhibit B) at 87:1-88:4.

      **17.**    Roxane's reported prices are inconsistent with the definition of reported prices in the OIG 2003 Compliance Guidelines.  *See* Boehringer Ingelheim Roxane, Inc. 30(b)(6) (Judy Waterer) 12/12/08 Deposition Transcript (Exhibit F) at at 149:17-155:8 (hereinafter, "Roxane 30(b)(6) (Waterer) 12/12/08 Dep. (Exhibit F)") (interpreting the OIG Guidelines to say simply that the reported prices must be what they are represented to be, and because Roxane used the industry definition of AWP (which bears no relation to actual prices generally and currently available) Roxane must therefore be in compliance); Deposition of Thomas Russillo dated 1/8/09 ("Exhibit G") at 239:11-242:8 (Roxane was aware of the OIG Guidelines, but did not consider them in approving prices for publication at any time thereafter).

Dated: May 15, 2009

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala_____

By:    Joanne M. Cicala
       James P. Carroll Jr.
       Jocelyn R. Normand
       Kathryn B. Allen

       Ross B. Brooks, Esq.
       MILBERG LLP
       One Pennsylvania Plaza
       New York, NY 10119
       (212) 594-5300
       *Special Counsel for the County of Nassau*

       Theresa A. Vitello, Esq.
       LEVY PHILLIPS &
       KONIGSBERG, LLP
       800 Third Avenue
       New York, NY 10022
       (212) 605-6205
       *Counsel for the County of Orange*

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO BOEHRINGER INGELHEIM ROXANE, INC. AND ROXANE LABORATORIES, INC., to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.  The confidential exhibits to the foregoing have been served electronically directly to counsel for Boehringer Ingelheim Roxane f/k/a Roxane Laboratories, Inc.

Dated:  May 15, 2009

_____/s/ _____
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) Civil Action No. 01-12257-PBS <br> )  Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO: <br><br>    *The City of New York, et al.* <br><br> *v.* <br><br>    *Abbott Laboratories, et al.* | ) <br> ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) |

# CONFIDENTIAL EXHIBITS

### TO
### PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO BOEHRINGER INGELHEIM ROXANE, INC.

## MAY 15, 2009

## SUBJECT TO MOTION FOR LEAVE TO FILE UNDER SEAL