# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | ) )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JOANNE M. CICALA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW § 145-B

I, the undersigned Joanne M. Cicala, submit this Declaration. I have personal knowledge of the following facts:

1.      I am a partner at Kirby McInerney LLP and counsel for the City of New York and all New York Counties in MDL 1456, except Nassau and Orange.

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen")***

2.      Attached as Exhibit A to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen") is a true and correct copy of excerpts from the transcript of the Deposition of Sue Gaston dated March 19, 2008 (Vol. II).

3.      Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen") is a true and correct copy of excerpts from the transcript of the Deposition of Sue Gaston dated January 24, 2008 (Vol. I).

4.      Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen") is a true and correct copy of the Brief of the United States on the Federal Upper Limit filed on June 28, 2007 in MDL No. 1456 [Docket #4413].

5.      Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen") is a true and correct copy of excerpts from the transcript of the Deposition of Gail Sexton dated May 20, 2008.

6.      Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits (FULs) and Applicable to All Thirteen Defendants (the "FUL Thirteen") is a true and correct copy of the: 2003 OIG Compliance Program Guidance for Pharmaceutical Manufacturers issued by the Office of Inspector General of the U.S. Department of Health and Human Services (Federal Register Vol. 68, No. 86, Monday May 5, 2003).

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc.***

7.      Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated May 7, 2008.

8.      Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated May 30, 2007.

9.      Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Lauren Cunningham) dated February 2, 2007.

10.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of Exhibit 18 to the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated May 7, 2008.

11.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of Exhibit 20 to the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated May 7, 2008.

12.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of Exhibit 22 to the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated May 7, 2008.

13.     Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Barr Laboratories, Inc. is a true and correct copy of Exhibit 27 to the Deposition of Barr Laboratories, Inc.'s 30(b)(6) Witness (Timothy Catlett) dated 5/7/08 (Memo from Timothy P. Catlett to File dated March 29, 1999, including AWP, invoice price, new dead net price, difference between deadnet price and AWP (i.e. spread), and percent rebate).

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc.

14.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Pamela Marrs) dated May 15, 2008.

15.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Cynthia Jane Collie dated February 19, 2003, along with Exhibit 741, Bates DL-TX-0097756, to that deposition.

16.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Carrie-Jean Jackson dated April 18, 2003, along with Exhibit 230 to that deposition.

17.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the Dey Sales Call Protocol dated in or about August 4, 1995 and produced by Defendant Dey to the State of Texas in their pricing litigation against Dey, L.P. and Dey, Inc.

18.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Pamela Marrs) dated July 10, 2008 (Vol. II).

19.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert Francis Mozak dated November 6, 2002 (Vol. 3), along with Exhibit 345 to that deposition.

20.     Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert Francis Mozak dated November 1, 2001.

21.     Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert Francis Mozak dated March 13, 2003 (Vol. IV).

22.     Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Gary Walker) dated July 9, 2008 (Vol. II).

23.     Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Pamela Marrs) dated July 10, 2008 (Vol. II).

24.     Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Charles A. Rice dated October 30, 2001, along with Exhibit 78 to that deposition.

25.     Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Gary Walker) dated May 14, 2008, along with Exhibit 15 to that deposition.

26.     Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert Francis Mozak dated April 30, 2002 (Vol. II).

27.     Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Russell Johnston dated December 11, 2008 (Vol. II).

28.     Attached as Exhibit P to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey L.P. and Dey, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Dey, L.P. and Dey, Inc.'s 30(b)(6) Witness (Pamela Marrs) dated October 2, 2008 (Vol. III).

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation

29.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

30.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 20 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

31.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 7 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

32.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Ethex Corporation's 30(b)(6) Witness (Rich Chibnall) dated June 24, 2008.

33.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 18 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

34.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 22 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

35.     Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 39 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

36.     Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 3 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

37.     Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ethex Corporation is a true and correct copy of Exhibit 27 to the Deposition of Ethex Corporation's 30(b)(6) Witness (Christopher Keith) dated June 24, 2008.

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc.***

38.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Kim Bloom dated February 4, 2009.

39.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Thomas Stuart Blake dated January 24, 2008.

40.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Corinne Hogan dated February 6, 2008.

41.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Ivax Corporation's 30(b)(6) Witness (Corinne Hogan) dated June 17, 2008.

42.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 3 to the Deposition of Trisha Sarfas dated March 19, 2009.

43.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Ivax Corporation's 30(b)(6) Witness (Trisha Sarfas) dated August 22, 2007.

44.     Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Trisha Sarfas dated March 19, 2009.

45.     Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 21 to the Deposition of Trisha Sarfas dated March 19, 2009.

46.     Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of the August 15, 2003 letter from Rafick Henein, Ivax CEO and President, to Anthony Cooke Esq., Counsel for the Subcommittee on Oversight and Investigations, Committee on Energy & Commerce (Bates IVAX-NYCO-0096896 to IVAX-NYCO-0096903) as produced to plaintiffs by defendants Ivax Corporation and Ivax Pharmaceuticals Inc.

47.     Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 4 to the Deposition of Kim Bloom dated February 4, 2009.

48.     Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 14 to the Deposition of Susan Randall dated April 16, 2009.

49.     Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 15 to the Deposition of Susan Randall dated April 16, 2009.

50.     Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Ivax Corporation and Ivax Pharmaceuticals Inc. is a true and correct copy of Exhibit 8 to the Deposition of Jon Holden dated April 28, 2009.

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc.***

51.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (Brian S. Roman) dated November 16, 2006 (Text version).

52.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (Brian S. Roman) dated July 26, 2006 (Text version).

53.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 4 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007.

54.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 13 to the Deposition of Robert G. Cunard dated October 26, 2007.

55.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert George Cunard dated October 30, 2008.

56.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 19 to the Deposition of Robert G. Cunard dated October 26, 2007.

57.     Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Stephen Krinke dated June 11, 2008 (Vol. 2).

58.     Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 3 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007.

59.     Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Robert G. Cunard dated October 26, 2007.

60.     Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 40 to the Deposition of Stephen Krinke dated June 11, 2008 (Vol. 2).

61.     Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (Stephen Krinke) dated September 25, 2007 (Text version).

62.     Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 12 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (Stephen Krinke) dated September 25, 2007.

63.     Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (Brian S. Roman) dated August 2, 2007 (Rough copy).

64.     Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 9 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007.

65.     Attached as Exhibit P to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc.

and UDL Laboratories Inc. is a true and correct copy of Exhibit 12 to the Deposition of Janet Floyd dated December 3, 2008.

66.     Attached as Exhibit Q to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 18 to the Deposition of Janet Floyd dated December 3, 2008.

67.     Attached as Exhibit R to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007 (Text Version).

68.     Attached as Exhibit S to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 10 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007.

69.     Attached as Exhibit T to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 15 to the Deposition of Robert George Cunard dated October 30, 2008.

70.     Attached as Exhibit U to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 51 to the Deposition of Janet Floyd dated December 3, 2008.

71.     Attached as Exhibit V to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 1 to the Deposition of Anthony Mauro dated June 27, 2008.

72.     Attached as Exhibit W to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 8 to the Deposition of Mylan Laboratories' 30(b)(6) Witness (David L. Workman II) dated September 26, 2007.

73.     Attached as Exhibit X to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 3 to the Deposition of Joseph Duda dated April 16, 2008.

74.     Attached as Exhibit Y to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 20 to the Deposition of Joseph Duda dated April 16, 2008.

75.     Attached as Exhibit Z to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Mylan Laboratories' 30(b)(6) Witness (David Workman) dated June 26, 2008 (Text Version).

76.     Attached as Exhibit AA to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 9 to the Deposition of Joseph Duda dated April 16, 2008.

77.     Attached as Exhibit BB to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 22 to the Deposition of Robert George Cunard dated October 30, 2008.

78.     Attached as Exhibit CC to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Joseph Duda dated April 16, 2008.

79.     Attached as Exhibit DD to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 2 to the Deposition of Joseph Duda dated April 16, 2008.

80.     Attached as Exhibit EE to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 5 to the Deposition of Joseph Duda dated April 16, 2008.

81.     Attached as Exhibit FF to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 2 to the Deposition of Robert George Cunard dated October 30, 2008.

82.     Attached as Exhibit GG to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 3 to the Deposition of Robert George Cunard dated October 30, 2008.

83.     Attached as Exhibit HH to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 20 to the Deposition of Robert G. Cunard dated October 26, 2007.

84.     Attached as Exhibit II to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Janet Floyd dated December 3, 2008.

85.     Attached as Exhibit JJ to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 14 to the Deposition of Janet Floyd dated December 3, 2008.

86.     Attached as Exhibit KK to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc. is a true and correct copy of Exhibit 12 to the Deposition of Robert G. Cunard dated October 26, 2007.

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc.***

87.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

88.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Karen Andrus dated October 16, 2007.

89.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Julie Trendowicz dated April 1, 2009.

90.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated August 16, 2007.

91.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par

Pharmaceutical, Inc. is a true and correct copy of Exhibit 82 to the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

92.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 8 to the Deposition of Karen Andrus dated October 16, 2007.

93.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Thompson PDR, Inc. (Redbook) witness (Kathleen Minne) dated November 18-19, 2008.

94.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 67 to the Deposition of Thompson PDR, Inc. (Redbook) witness (Kathleen Minne) dated November 18-19, 2008.

95.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated July 31, 2008.

96.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 20 to the Deposition of Karen Andrus dated October 16, 2007.

97.    Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 40 to the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

98.    Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Julie Trendowicz dated September 25, 2007.

99.    Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 41 to the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

100.    Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par

Pharmaceutical, Inc. is a true and correct copy of Exhibit 34 to the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

101.    Attached as Exhibit P to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par Pharmaceuticals Companies, Inc. and Par Pharmaceutical, Inc. is a true and correct copy of Exhibit 43 to the Deposition of Par Pharmaceuticals' 30(b)(6) Witness (Nick DiMaio) dated May 6, 2008.

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co.

102.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of excerpts from the transcript of the Deposition of Purepac Pharmaceutical Co.'s 30(b)(6) Witness (Patricia O'Malley) dated June 20, 2008.

103.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of excerpts from the transcript of the Deposition of Roberto Miranda dated October 19, 2007.

104.    Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of excerpts from the transcript of the Deposition of Bradford Cunningham dated October 23, 2007.

105.    Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of excerpts from the transcript of the Deposition of Purepac Pharmaceutical Co.'s 30(b)(6) Witness (Patricia O'Malley) dated September 19, 2007.

106.    Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of The Alpharma Defendants' Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories and Request for Production to Defendants dated June 20, 2006 in the case *State of Alabama v. Abbott Laboratories, Inc., et al.,* CV 2005-21, Cir. Court of Montgomery County, Alabama.

107.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of Exhibit 9 to the Deposition of Purepac Pharmaceutical Co.'s 30(b)(6) Witness (Patricia O'Malley) dated June 20, 2008.

108.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of Exhibit 18 to the Deposition of Purepac Pharmaceutical Co.'s 30(b)(6) Witness (Patricia O'Malley) dated June 20, 2008.

109.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of Exhibit 2 to the Deposition of James Grauso dated October 19, 2007.

110.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of excerpts from the transcript of the Deposition of James A. Grauso dated October 19, 2007.

111.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Purepac Pharmaceutical Co. is a true and correct copy of Exhibit 3 to the Deposition of James Grauso dated October 19, 2007.

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc.

112.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Boehringer Ingelhein Roxane, Inc.'s 30(b)(6) Witness (Judy Waterer) dated May 9, 2007, along with Exhibit 2 and Exhibit 3 to that deposition.

113.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Boehringer Ingelhein Roxane, Inc.'s 30(b)(6) Witness (Judy Waterer) dated May 10, 2007 (Vol. II).

114.    Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Boehringer Ingelhein Roxane, Inc.'s 30(b)(6) Witness (Judy Waterer) dated May 11, 2007 (Vol. III).

115.    Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Boehringer Ingelhein Roxane, Inc.'s 30(b)(6) Witness (Judith Waterer) dated July 24, 2007.

116.    Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Boehringer Ingelhein Roxane, Inc.'s 30(b)(6) Witness (Judy Waterer) dated December 12, 2008.

117.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelhein Roxane, Inc. is a true and correct

copy of excerpts from the transcript of the Deposition of Thomas Russillo dated January 8, 2009.

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc.

118.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Frank Stiefel dated November 13, 2008.

119.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Sandoz, Inc.'s 30(b)(6) Witness (Ronald Hartmann) dated January 25, 2007.

120.    Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Kevin Galownia dated June 11, 2007.

121.    Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Sandoz, Inc.'s 30(b)(6) Witness (Hector Arrmando Kellum) dated January 25, 2007.

122.    Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Christopher Worrell dated March 26, 2008 (Vol. II).

123.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Christopher Worrell dated August 23, 2007.

124.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Christopher Worrell dated May 13, 2008 (Text version).

125.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Frank Stiefel dated January 27, 2009.

126.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Jury Trial (Wednesday February 18, 2009) Before The Honorable Charles Price (witness: Christopher Worrell) in the *State of Alabama v. Abbott Laboratories, Inc., et al.,* CV 2005-219, Cir. Court of Montgomery County, Alabama.

127.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of Exhibit 27 to the Deposition of Frank Stiefel dated November 13, 2008.

128.    Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Cardinal Health's 30(b)(6) Witness (Matthew Erick) dated June 17, 2008.

129.    Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Maureen Cavanaugh dated March 18, 2009.

130.    Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Ronald Hartmann dated May 6, 2009 (rough transcript).

131.    Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of Defendant Sandoz Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories dated January 23, 2007 in the matter *Wisconsin v. Amgen, Inc.*, 04-CV-1709.

132.    Attached as Exhibit P to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Sandoz, Inc. is a true and correct copy of Defendant Sandoz, Inc.'s Responses and Objections to the State of California's Second Set of Interrogatories to Sandoz, Inc. dated January 9, 2009 in the matter *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.*, MDL 1456 (01-12257-PBS).

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc.

133.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (John Wodarczyk) dated October 10, 2006.

134.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (John Denman) dated April 16, 2008.

135.    Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct

copy of excerpts from the transcript of the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (John Wodarczyk) dated August 23, 2007.

136.    Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (Paul Krauthauser) dated January 29, 2008.

137.    Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Eugene Cioschi dated February 12, 2008.

138.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Eugene Cioschi dated July 11, 2008.

139.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 5 to the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (Paul Krauthauser) dated January 29, 2008.

140.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 20 to the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (John Denman) dated April 16, 2008.

141.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 42 to the Deposition of Eugene Cioschi dated July 11, 2008.

142.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 4 to the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (Paul Krauthauser) dated January 29, 2008.

143.    Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 35 to the Deposition of Eugene Cioschi dated July 11, 2008.

144.    Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 10 to the Deposition of Eugene Cioschi dated February 12, 2008.

145.     Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of Exhibit 11 to the Deposition of Eugene Cioschi dated February 12, 2008.

146.     Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Teva Pharmaceuticals USA, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Teva Pharmaceuticals USA, Inc.'s 30(b)(6) Witness (John Wodarczyk) dated April 17, 2008.

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation***

147.     Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 18, 2006 (Vol. 1).

148.     Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 19, 2006 (Vol. 2).

149.     Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 22, 2006 (Vol. 5).

150.     Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Harvey J. Weintraub dated February 12-13, 2003.

151.     Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of Warrick Pharmaceuticals Corporation's Response to the Commonwealth of Massachusetts's Local Rule 56.1 Statement of Undisputed Material Facts Applicable to Warrick and Counterstatement of Additional Undisputed Material Facts dated March 31, 2008 [Mass. Docket #475] in the matter *Commonwealth of Mass. v. Mylan*, 03-CV-11865-PBS (D.Mass).

152.     Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and

Warrick Pharmaceuticals Corporation is a true and correct copy of Exhibit 71 to the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 20, 2006 (Vol. 3).

153.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Patricia Kay Morgan dated January 28, 2002.

154.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of Warrick product launch letters dated December 30, 1995 (Bates RGXA 0006829) and December 29, 1995 (Bated RGX 0012765) as produced by defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

155.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 21, 2006 (Vol. 4).

156.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of excerpts from the transcript of the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 20, 2006 (Vol. 3).

157.    Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation is a true and correct copy of Exhibit 103 to the Deposition of Warrick Pharmaceuticals Corporation's 30(b)(6) Witness (Harvey Weintraub) dated September 22, 2006 (Vol. 3).

***Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.***

158.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Lisa Recchia dated October 11, 2007.

159.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 23 to the Deposition of Lisa Recchia dated October 11, 2007.

160.    Attached as Exhibit D to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 4 to the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Napoleon Clark) dated June 27, 2007.

161.    Attached as Exhibit E to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Andrew Boyer) dated June 27, 2007.

162.    Attached as Exhibit F to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Napoleon Clark) dated June 27, 2007.

163.    Attached as Exhibit G to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 1 to the Deposition of Lisa Recchia dated October 11, 2007.

164.    Attached as Exhibit H to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Napoleon Clark dated December 1, 2005.

165.    Attached as Exhibit I to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 2 to the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Napoleon Clark) dated June 27, 2007.

166.    Attached as Exhibit J to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Napoleon Clark) dated June 28, 2007.

167.    Attached as Exhibit K to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 14 to the Deposition of Napoleon Clark dated December 1, 2005.

168.    Attached as Exhibit L to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 21 to the Deposition of Lisa Recchia dated October 11, 2007.

169.   Attached as Exhibit M to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Andrew Boyer) dated July 14, 2004.

170.   Attached as Exhibit N to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 11 to the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Andrew Boyer) dated July 14, 2004.

171.   Attached as Exhibit O to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 12 to the Deposition of Watson Pharmaceuticals, Inc.'s 30(b)(6) Witness (Andrew Boyer) dated July 14, 2004.

172.   Attached as Exhibit P to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 10 to the Deposition of Lisa Recchia dated October 11, 2007.

173.   Attached as Exhibit Q to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Kathleen Barclay dated November 21, 2005.

174.   Attached as Exhibit R to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 13 to the Deposition of Lisa Recchia dated October 11, 2007.

175.   Attached as Exhibit S to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 4 to the Deposition of Kathleen Barclay dated November 21, 2005.

176.   Attached as Exhibit T to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 19 to the Deposition of Lisa Recchia dated October 11, 2007.

177.   Attached as Exhibit U to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Joseph Canny dated December 2, 2005.

178.    Attached as Exhibit V to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 13 to the Deposition of Kathleen Barclay dated November 21, 2005.

179.    Attached as Exhibit W to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of Exhibit 10 to the Deposition of Napoleon Clark dated December 1, 2005.

180.    Attached as Exhibit X to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Timothy Callahan dated November 29, 2005.

### Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth Pharmaceuticals, Inc.

181.    Attached as Exhibit B to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth Pharmaceuticals, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Wyeth Pharmaceuticals, Inc.'s 30(b)(6) Witness (Richard Truex) dated June 19, 2008.

182.    Attached as Exhibit C to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth Pharmaceuticals, Inc. is a true and correct copy of excerpts from the transcript of the Deposition of Wyeth Pharmaceuticals, Inc.'s 30(b)(6) Witness (Dominick Bartone) dated May 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 15, 2009                          _____/s/  Joanne M. Cicala_____
                                                            Joanne M. Cicala

## CERTIFICATE OF SERVICE

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing DECLARATION OF JOANNE M. CICALA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW § 145-B., to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  May 17, 2009

_____/s/_____
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600