UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## ASTRAZENECA DEFENDANTS' NOTICE OF RENEWAL OF THEIR RENEWED MOTION FOR INJUNCTION

Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and AstraZeneca PLC (collectively, "AstraZeneca") hereby renew their motion to enjoin the plaintiff in *International Union of Operating Engineers, Local No. 68 Welfare Fund (An Unincorporated Trust) v. AstraZeneca PLC, et al.*, Civil Action No. L-3136-06 (N.J. Super. Ct., Monmouth County) (the "New Jersey action") and the plaintiff's counsel, The Haviland Law Firm and Mr. Donald E. Haviland, Jr., Esq., from prosecuting overlapping claims and defendants in that state court action.

By way of background, AstraZeneca filed its Renewed Motion for Injunction on January 17, 2008 [Docket Entry Nos. 5004–5007]. Plaintiff opposed the motion on February 19, 2008 [Docket Entry Nos. 5059, 5064–5065], and on March 5, 2008, the Court scheduled a hearing on the motion for March 27, 2008. When AstraZeneca successfully sought leave from this Court to file a reply on March 21, 2008 [Docket Entry Nos. 5150, 5152–5153], it also successfully sought an adjournment of the hearing date.

Shortly thereafter, on April 11, 2008, the state court dismissed the New Jersey action without prejudice, prompting AstraZeneca to withdraw its motion for injunction on

April 25, 2008 [Docket Entry No. 5253].  At that time, AstraZeneca expressly reserved the right to renew its motion if the New Jersey plaintiff and/or Mr. Haviland again attempted to assert any class claims against AstraZeneca that overlapped with class claims asserted in this Court.

The state court reinstated the New Jersey action on August 1, 2008, and on May 12, 2009, the New Jersey plaintiff and Mr. Haviland filed (1) a Notice of Motion to Add Putative Class Representatives (May 28, 2009 return date) and (2) a Notice of Motion for Class Certification Pursuant to Rule 4:32 (June 12, 2009 return date).  These filings are attached as Exhibits A and B to this notice.

In light of the New Jersey plaintiff's and Mr. Haviland's renewed efforts to assert overlapping class claims against AstraZeneca, AstraZeneca hereby renews its motion [Docket Entry No. 5004], and respectfully requests that this Court schedule a motion hearing.

Dated:   Boston, Massachusetts
         May 20, 2009
                                    Respectfully Submitted,


                                    By:   /s/ Katherine B. Schmeckpeper
                                          Nicholas C. Theodorou (BBO #496730)
                                          Katherine B. Schmeckpeper (BBO #663200)
                                          FOLEY HOAG LLP
                                          155 Seaport Blvd.
                                          Boston, Massachusetts  02210
                                          Tel:  (617) 832-1000

D. Scott Wise
Michael S. Flynn
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca PLC, and Zeneca Inc.

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on May 20, 2009 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      By: /s/ Katherine B. Schmeckpeper
          Katherine B. Schmeckpeper