# EXHIBIT A


25142054
May 12 2009
3:44PM

Donald E. Haviland, Jr., Esquire
Adam S. Levy, Of Counsel
Michael J. Lorusso, Esquire
The Haviland Law Firm
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels Clark
170 Monmouth Street
Red Bank, New Jersey 07701
Telephone: (732) 224-9400
COUNSEL FOR PLAINTIFF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68,
WELFARE FUND AND THE CLASS

---

| | |
|---|---|
| International Union of Operating Engineers, Local No. 68 Welfare Fund (an unincorporated trust)<br><br>        Plaintiff,<br>v.<br><br>AstraZeneca PLC; et al.<br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>CIVIL ACTION NO. MON-L-3136-06<br><br>**NOTICE OF MOTION TO ADD PUTATIVE CLASS REPRESENTATIVES** |

---

TO:    ALL DEFENSE COUNSEL ON SERVICE LIST

**PLEASE TAKE NOTICE** that on May 28, 2009, or another date and time to be determined by the Court, counsel for the plaintiff, International Union of Operating Engineers, Local No. 68 Welfare Fund, and for the Class, shall move before the Honorable Louis F. Locascio, J.S.C., Superior Court of New Jersey, Law Division, Monmouth County, for an Order permitting the addition of Plumbers' Union Local 690 Health Plan and UA Local Union No. 322 Health and Welfare Fund as putative class representatives.

**PLEASE TAKE FURTHER NOTICE** that plaintiff shall reply upon the attached Brief in Support of Motion to Add Putative Class Representatives and Certification of Counsel. A proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument on this Motion.

I certify that the Clerk of Monmouth County was served on this date with the original motion papers via Hand Delivery. Additionally, I certify that all counsel of record were served on this date with a copy of these motion papers via Lexis-Nexis, the Court-approved electronic document delivery system.

Dated: May 12, 2009         By: *Donald E. Haviland Jr.*
                                Donald E. Haviland, Jr., Esquire
                                Adam S. Levy, Of Counsel
                                Michael J. Lorusso, Esquire
                                The Haviland Law Firm
                                112 Haddontowne Court
                                Suite 202
                                Cherry Hill, NJ 08034
                                Telephone: (856) 354-0030

                                John E. Keefe, Jr., Esquire
                                Stephen T. Sullivan Jr., Esquire
                                Keefe Bartels Clark
                                170 Monmouth Street
                                Red Bank, New Jersey 07701
                                Telephone: (732) 224-9400

                                Kent M. Williams, Esquire
                                Law Offices of Kent M. Williams
                                1632 Homestead Trail
                                Long Lake, MN 55356
                                Telephone: (763) 473-0314

                                COUNSEL FOR PLAINTIFF AND THE CLASS