# EXHIBIT B



May 12 2009
3:47PM

Donald E. Haviland, Jr., Esquire
Adam S. Levy, Of Counsel
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels Clark
170 Monmouth Street
Red Bank, New Jersey 07701
Telephone: (732) 224-9400

COUNSEL FOR PLAINTIFF AND THE CLASS

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | LAW DIVISION |
| v. | MONMOUTH COUNTY |
| ASTRAZENECA, PLC, et al., | DOCKET NO. MON-L-3136-06 |
| Defendants. | NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO RULE 4:32 |

TO:   ALL DEFENSE COUNSEL ON SERVICE LIST

PLEASE TAKE NOTICE that on June 12, 2009 or on a date which shall be determined as agreed upon by the parties, or failing such agreement by Order of the Court, the undersigned counsel for Plaintiff, International Union of Operating Engineers Local 68 Welfare Fund will move for class certification before the Honorable Louis Locascio, J.S.C. of the Superior Court of New Jersey, Law Division, Monmouth County.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned will rely on a Memorandum in Support of Plaintiff's Motion for Class Certification and any exhibits

which may be filed by the undersigned, any Reply Memorandum of Law and exhibits which may be filed by the undersigned, any other memoranda and other materials that may be filed by any of the parties, and the argument of counsel, as agreed upon by the parties and/or as scheduled by the Court. A proposed form of Order accompanies this Notice of Motion.

PLEASE TAKE FURTHER NOTICE that Plaintiff requests oral argument on this motion.

I certify that the Clerk of Monmouth County was served on this date with the original motion papers via Hand Delivery. Additionally, I certify that all counsel of record were served on this date with a copy of these motion papers via Lexis-Nexis, the Court-approved electronic document delivery system.

Dated: May 12, 2009     By:   *Donald E. Haviland Jr.*
Donald E. Haviland, Jr., Esquire
Adam S. Levy, Of Counsel
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

John E. Keefe, Jr., Esquire
Stephen T. Sullivan, Jr., Esquire
Keefe Bartels Clark
170 Monmouth Street
Red Bank, New Jersey 07701
Telephone: (732) 224-9400

Kent M. Williams, Esquire
THE WILLIAMS LAW FIRM
1632 Homestead Trail
Long Lake, MN 55356
Telephone: (763) 473-0314

COUNSEL FOR PLAINTIFF AND THE CLASS