# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> CIVIL ACTION NO. 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## REQUEST FOR ADMISSION OF SIMEON M. SCHOPF *PRO HAC VICE*

Undersigned counsel requests that Simeon M. Schopf be permitted to appear and participate in this action *pro hac vice* as counsel for defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. pursuant to Case Management Order ("CMO") No. 1, Section V., Paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached hereto as Exhibit A is the Declaration of Simeon M. Schopf in Support of Application for Admission *Pro Hac Vice* certifying he has met the requirements to practice before the United States District Court for the District of Massachusetts. Attached as Exhibit B is a certificate of good standing from the United States District Court for the District of Columbia.

A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Schopf's admission *pro hac vice*.

Dated: May 22, 2009												Respectfully submitted,

/s/ Colleen M. Hennessey
Colleen M. Hennessey
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

Kevin R. Sullivan
Grace Rodriguez
Ann M. Malekzadeh
John D. Shakow
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Attorneys for Defendant Hoffmann-La Roche Inc.
and Roche Laboratories Inc.