# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
| | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |

## <u>DECLARATION OF SIMEON M. SCHOPF IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*</u>

Simeon M. Schopf, counsel with the firm of King & Spalding, 1700 Pennsylvania Avenue, NW - Suite 200, Washington, DC 20006-4706, hereby declares:

1.     I am a member in good standing of the bars of the District of Columbia and the State of Maryland.

2.     I have been admitted to practice in the United States District Court for the District of Columbia and the United States District Court for the District of Maryland.

3.     I am a member in good standing in the courts listed above.

4.     I have not been suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5.     Attached hereto as Exhibit B is a Certificate of Good Standing for the United States District Court for the District of Columbia.

6.     I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2009

By: _____
Simeon M. Schopf