# EXHIBIT B

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**SIMEON   M.   SCHOPF**

was, on the  3rd  day of  November  A.D.  2003  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  21st   day of  May  A.D. 2009.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

CERTIFICATE OF SERVICE

I certify that on May 22, 2009, a true and correct copy of the foregoing REQUEST FOR ADMISSION OF SIMEON M. SCHOPF *PRO HAC VICE* and Exhibits A and B thereto were served on all counsel of record by electronic service.

/s/ Colleen M. Hennessey
Colleen M. Hennessey