UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Nevada v. Abbott Labs., Inc. et al.*,    Case No. CV-2-00260 (Nevada I), and  *State of Nevada v. American Home Products, et al.*,    Case No. 02-CV-12086-PBS (Nevada II) | CIVIL ACTION:  01-CV-12257-PBS  Judge Patti B. Saris |

## STATE OF NEVADA'S PRE-HEARING STATUS REPORT

In advance of the Court's May 28, 2009 Status Conference, the State of Nevada respectfully submits this report summarizing the status of the Nevada AWP action.

To put the Nevada case in context, the State recites its procedural history. Nevada initiated two lawsuits against two different groups of defendants. These lawsuits were captioned *State of Nevada v. Abbott Laboratories, Inc.*, *et al.* Case No. 02-00260 ("*Nevada I*") and the *State of Nevada v. American Home Products Corp., et al.*, Case No. CV 02-01340 ("*Nevada II*"). The two cases were consolidated with MDL 1456.

This Court transferred *Nevada II* to its federal court of origin on September 12, 2007. *See* Dkt. No. 4708.  *Nevada II* is pending before Judge Reed in the U.S. District Court for the District of Nevada and is not currently before this Court.  Nevada has recently reached settlements with all remaining defendants in *Nevada II* and expects these defendants to be dismissed within the next 30 days.

- 2 -

This Court retained jurisdiction over *Nevada I*.  Nevada reached a settlement with the remaining *Nevada I* defendants in 2008.  The remaining defendants were dismissed on September 26, 2009.

There is nothing further to report.


By    /s/ Steve W. Berman                         DATED:  May 27, 2009.
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Catherine Cortez Masto
Attorney General of the State of Nevada
100 N. Carson Street
Carson City, NV 89701-4714

Mark Kemberling
Chief Deputy Attorney General
State of Nevada
555 East Washington Ave., Suite 3900
Las Vegas, NV  89101

COUNSEL FOR PLAINTIFFS
STATE OF NEVADA

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **STATE OF NEVADA'S PRE-HEARING STATUS REPORT,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 27, 2009, a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292