UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs., Inc., et al.*, Case No. 1:06-CV-11069-PBS | Judge Patti B. Saris |

**STATE OF ARIZONA'S PRE-HEARING STATUS REPORT**

In advance of the Court's May 28, 2009 Status Conference, the State of Arizona respectfully submits this report summarizing the status of the Arizona AWP case.

As the Court is aware, motions to dismiss have been briefed and a hearing was held on February 4, 2009. After the hearing, the parties agreed to a voluntary stay pending a First Circuit decision on the appeals from the Class 2/3 trial ruling. Since that time, the State has discussed settlement with several remaining defendants and has reached the agreements described below. This report relates development since the hearing. A table summarizing the status of all defendants originally in the case is attached as Exhibit A to this report.

**A.   Settlements**

    **1.   Track Two Settlement**

The State of Arizona has reached a settlement of all claims with the "Track Two Defendants."[1] The Settlement Agreement and Release has been executed by all settling parties

---

[1] The settling Track Two defendants here include Abbott Laboratories, Abbott Laboratories Inc., Amgen Inc., Aventis Pharmaceuticals Inc., Hoechst Marion Roussel, Inc., Baxter Healthcare Corporation, Baxter International Inc., Bayer Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc., including its division Bedford Laboratories, Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Fujisawa Healthcare, Inc.,

- 1 -

and by Arizona Attorney General Terry Goddard; the Effective Date of the agreement is May 20, 2009. The State expects funding of the settlement and dismissal of the settling parties within 30 days.

### 2. BMS Settlement

The State of Arizona and BMS have reached a settlement in principal. A draft Settlement Agreement and Release is currently being reviewed for approval by Attorney General this week.

### B. Dey, Inc.

The State of Arizona and Dey reached a settlement in principal with the assistance of Professor Eric Green in December 2007. Since that time the State and Dey have not been able to reach agreement on the terms of a Settlement Agreement and Release. The principal point of disagreement is the breadth of the release Dey has demanded from the State which goes beyond the claims brought in the lawsuit and beyond the Attorney General's authority. The release Dey seeks is broader than the releases obtained by any other defendant settling with Arizona in this case. The State drafted an alternate Settlement Agreement and Release and provided it to Dey in May 2009. Dey has responded, but did not accept the alternate draft. Arizona's position is that it has a binding settlement of its AWP claims with Dey. If Dey will not accept the current draft within ten days the State wishes to reopen its civil penalty action.

### C. Dismissed Defendants

Since the February hearing, the State has voluntarily dismissed Biogen IDEC Inc. and Merck & Co., Inc.

---

Fujisawa USA, Inc., Immunex Corporation, Pharmacia Corporation, Pharmacia & Upjohn LLC (f/k/a Pharmacia & Upjohn, Inc.), Sicor, Inc., Gensia, Inc., Gensia Sicor Pharmaceuticals, Inc., Watson Pharmaceuticals, Inc., Watson Pharma, Inc., Schein Pharmaceutical Inc. (n/k/a Watson Pharma, Inc.), Watson Laboratories, Inc., and ZLB Behring, L.L.C.

**D.     The Remaining Defendants**

The following defendants remain in the case:

1.    **AstraZeneca**

2.    **Braun**

3.    **Johnson & Johnson**

4.    **Schering-Plough Warrick**

The State intends to pursue its civil penalty case as to each of these defendants once the stay is lifted.

Dated:  May 27, 2009

By     /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

- 4 -

        Terry Goddard
        Attorney General
        Ann Thompson Uglietta
        Assistant Attorney General
        State Bar No. 013696
        Consumer Protection and Advocacy Section
        1275 West Washington
        Phoenix, AZ  85007-2997
        Telephone:  (602) 542-8830
        Facsimile:  (602) 542-4377

        Grant Woods PC
        1726 N. Seventh Street
        Phoenix, AZ  85006
        Telephone:  (602) 258-2599

        *Attorneys for the State of Arizona*

- 4 -

- 5 -

## **CERTIFICATE OF SERVICE**

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 27th day of May, 2009.

                              **By /s/ Steve W. Berman**
                                   Steve W. Berman
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              1301 Fifth Avenue, Suite 2900
                              Seattle, WA  98101
                              (206) 623-7292

# **EXHIBIT A**

**In re AWP Litigation - ARIZONA**
**Status of Defendants as of May 27, 2009**
**(Red indicates Defendants not yet Dismissed)**

| |
|---|
| Abbott (settled) |
| Amgen (settled) |
| **AZ** |
| Aventis (settled) |
| Baxter (settled) |
| Biogen IDEC (dismissed 2-11-09) |
| Boehringer (settled) |
| **Braun** |
| BMS (settlement pending) |
| Dey (settlement pending) |
| Fujisawa (settled) |
| Immunex (settled) |
| **J&J** |
| Merck & Co. (dismissed 2-11-09) |
| Pharmacia (settled) |
| **Schering-Plough** |
| Sicor (settled) |
| **Warrick** |
| Watson (settled) |

001534-14  305696 V1