UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

### CLASS PLAINTIFFS' PRE-HEARING STATUS REPORT

In advance of the Court's May 28, 2009, Status Conference, Class Plaintiffs respectfully submit this brief report summarizing the status of various segments of the *AWP* Class Actions.

**A.     GSK Global Settlement**

Consumer claims have been processed, Class Plaintiffs moved for entry of an Order to disburse funds to all eligible consumers, and the Court granted the motion.  The claims administrator is planning to send checks to qualified consumers later this week.

As we reported to the Court, there will be monies remaining in the Consumer Settlement Pool after the foregoing distribution.  Pursuant to the Settlement Agreement, the disbursement of any leftover consumer funds is to be resolved through binding mediation between counsel for the consumers, counsel for the TPPs, counsel for the ISHPs and the participating States, under the supervision of the MDL Mediator, Eric Green.  Professor Green's decision is then subject to review and approval by the Court.  The mediation is scheduled for June 22, 2009.

As for the third-party payor ("TPP") claims, processing continues.  When all TPP claims have been fully processed, Class Counsel will file a motion seeking Court approval of the distribution of funds to eligible TPPs.

- 1 -

**B.     AstraZeneca Class 1 Settlement**

The Court granted final approval of the AstraZeneca Class 1 Settlement. Don Haviland has filed an appeal of that approval with the First Circuit, thereby holding up a direct payment to elderly Medicare beneficiaries of three times their damages. The appeal is still pending and likely will be for many, many months.

**C.     BMS Global Settlement**

Class Plaintiffs have reached a settlement-in-principle of all class claims against the BMS group of defendants. The settlement amount must now be allocated to consumers and TPPs via an allocation mediation, which is presently and tentatively scheduled for June 22, 2009. If allocation counsel reach agreement on or around that date, Class Plaintiffs anticipate filing in early July a motion for preliminary approval of the proposed settlement with BMS. This would, hopefully, put the BMS Global Settlement on track for final approval in the Fall.

**D.     Track Two Global Settlement**

Direct mail notice of the proposed Track Two Settlement to Class 1 has not yet been provided, because we are still waiting for the Centers for Medicare and Medicaid Services ("CMS") to produce the data necessary to create the database that the Claims Administrator will use to provide directly mailed notice to Medicare Part B beneficiaries who were administered the drugs included in the Track Two Proposed Settlement.

Class Plaintiffs are working on a supplemental brief in support of final approval of the proposed Track Two Settlement that addresses many of the issues raised during the approval hearing that the Court held on April 27, 2009. The topics addressed in the brief will include more information regarding direct payments to the ISHPs; a supplemental plan for providing additional notice to cash payors; the feasibility of making direct payments to cash consumers; and additional information on class representation.

**E.     The Remaining Class Action Litigation**

The First Circuit appeals from the Court's Class 2/3 trial ruling vis-à-vis defendants AstraZeneca and Johnson & Johnson are still pending.  The Court has stayed entry of the multistate Class 2/3 certification order pending outcome of the appeals.

| | |
|---|---|
| DATED:  May 27, 2009 | By     /s/ Steve W. Berman        <br>     Thomas M. Sobol (BBO#471770)<br>     Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

- 5 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 27, 2009, I caused copies of **CLASS PLAINTIFFS' PRE-HEARING STATUS REPORT** to be served on all counsel of record by causing same to be posted electronically via LEXIS-Nexis File & Serve.

           **/s/ Steve W. Berman**
           Steve W. Berman