UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of California ex. rel. Ven-A-Care of the Florida Keys Inc., v. Abbott Laboratories, Inc., et al.,* No. 03-11226-PBS; *State of Iowa v. Abbott Laboratories, Inc., et al.,* No. 07-12141-PBS; *The City of New York, et al. v. Abbott Laboratories, Inc., et al.,* No. 03-10643-PBS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Johanna B. Fine as counsel for Defendant Sandoz Inc. in this matter. All other counsel of record for Sandoz Inc. will continue to appear as counsel for Sandoz Inc. in this matter.

Dated: May 28, 2009

Respectfully Submitted,

Johanna B. Fine
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Sandoz Inc.*

NEWYORK 7179324 (2K)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electric service in accordance with Case Management Order No. 2, by sending on May 28, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

*/s/ Raj Gandesha*
Raj Gandesha

NEWYORK 7179324 (2K)