# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | Hon. Patti B. Saris |
| _____ | ) ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 09-CV-10547 | ) ) ) ) ) | |
| *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 00-10698 | ) ) ) ) ) | |

## JOINT MOTION TO EXTEND TIME TO RESPOND TO RELATOR'S AMENDED COMPLAINTS

Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, and Relator Ven-A-Care of the Florida Keys, Inc. hereby respectfully move the Court for an order extending the time within which Defendants may respond to Relator's Amended Complaint in the above captioned actions to and including June 30, 2009. As reasons therefor, the parties state that:

1. The parties have reached an agreement in principle, negotiated under the auspices of Professor Eric Green, Esq., that will resolve the above-captioned actions.

2. The parties are working to finalize the paperwork for the settlement.

11917744_1.DOC

3.   In light of the agreement in principle, Defendants and Relator believe it would be prudent to extend the time within which Defendants may respond to the Amended Complaint in each above-captioned action.

WHEREFORE, the Defendants and Ven-A-Care respectfully request that the Court grant this motion and issue an Order, substantially in the form attached hereto, providing that the Defendants' time to answer or otherwise respond to Relator's Amended Complaint in each above-captioned action shall be extended to and including June 30, 2009.

Dated:   May 29, 2009

| | |
|---|---|
| /s/ Kirsten V. Mayer_____ <br> John T. Montgomery <br> John P. Bueker <br> Kirsten V. Mayer <br> Ropes & Gray LLP <br> One International Place <br> Boston, MA  02110-2624 <br>  (617) 951-7000 <br><br> John P. McDonald <br> Locke Lord Bissell & Liddell <br> 2200 Ross Avenue, Suite 2200 <br> Dallas, TX  75201 <br> (214) 740-8758 <br><br> Attorneys for Schering Corporation, <br> Schering-Plough Corporation and <br> Warrick Pharmaceuticals Corporation | /s/ Alison W. Simon_____ <br> James J. Breen <br> Alison W. Simon <br> The Breen Law Firm, P.A. <br> P.O. Box 297470 <br> Pembroke Pines, FL  33029-7470 <br> (954) 874-1635 <br><br> Attorneys for Ven-A-Care of the <br> Florida Keys, Inc. |

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, a true copy of the above Joint Stipulation was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

May 29, 2009                                        /s/ Kirsten V. Mayer____
                                                                    Kirsten V. Mayer

11917744_1.DOC