## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *State of Iowa* | ) ) |
| *v.* | ) |
| *Abbott Laboratories Inc., et al.* | ) |

### JUNE 2009 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff")

hereby submits the attached Status Report for June 2009, in accordance with the Court's June 17,

2004 Procedural Order.

Dated: June 1, 2009

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:   /s/ Joanne M. Cicala_____
        Joanne M. Cicala
        Kathryn B. Allen

1

**June 2009 Status Report for the State of Iowa**

**Discovery**

**1. Defendants' First Set of Interrogatories**

On May 6, 2009, plaintiff served its verification to State of Iowa's Objections and Responses to Defendants' First Set of Interrogatories to the State of Iowa.

**2. Individual Defendants' First Set of Interrogatories**

On May 6, 2009, plaintiff served verifications to plaintiff's objections and responses to the following defendants' first set of interrogatories:  Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.; Sicor, Inc.; Ivax Corporation and Ivax Pharmaceuticals, Inc.; and Barr Laboratories.

**3. Paragraph 3 of the January 22, 2009 Case Management Order**

Plaintiff still awaits representation from defendant Watson that all documents and data produced to any party in MDL 1456 has been produced to plaintiff, in accordance with Paragraph 3 of the January 22, 2009 Case Management Order [Docket No. 5864; Sub-docket No. 29).

**Other Proceedings**

On May 28, 2009, plaintiff appeared in front of the Court for a status conference regarding the status of settlements in all actions, in accordance with the Court's notice of status

conference entered on May 6, 2009.    Plaintiff reported that it had reached settlements in

principle with ten (10) defendants and that draft settlement agreements were being exchanged.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of June, 2009, she caused a true and correct copy of the above June 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: June 1, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600