# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 |
| | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | Subcategory Docket: 06-CV-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | Magistrate Judge Marianne B. Bowler |
| No. 06-CV-11337-PBS | ) | |
| | ) | **ORAL ARGUMENT REQUESTED** |

## ABBOTT LABORATORIES, INC.'S MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS

Defendant Abbott Laboratories, Inc. ("Abbott") hereby respectfully asks—pursuant to Federal Rules of Civil Procedure 34 and 37, and the Court's inherent power to oversee discovery and prevent spoliation and litigation abuses—that this Court issue an order (1) finding that the United States has spoliated evidence in this case and that sanctions are warranted and (2) issuing appropriate sanctions.

The grounds supporting the requested relief, and recommended sanctions, are provided in the accompanying memorandum.

Dated:  June 4, 2009                                Respectfully submitted,


   /s/ James R. Daly
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
Thomas J. Davis
Tara M. Stuckey
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of

the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR A FINDING OF

SPOLIATION AND FOR SANCTIONS to be served on all counsel of record electronically by

causing same to be posted via LexisNexis, this 4th day of June, 2009.

 /s/ David S. Torborg

David S. Torborg