# EXHIBIT RRR (PART 2)

divisions, departments, agencies, affiliates, subsidiaries, and all other persons or entities acting or purporting to act on its behalf or under its control.

37.    "WAC" shall mean "Wholesale Acquisition Cost" and refers to any price represented as a price to any entity that purchases pharmaceutical products from a Manufacturer, or any price as periodically published as WAC by a Publisher.

38.    "You" or "Your" shall mean the "State Medicaid Program" and all branches, agencies, committees, or departments, including the administrators, staff, employees, agents, consultants, accountants, or attorneys and all other persons or entities acting or purporting to act on their behalf or under their control..

39.    "340B Provider" shall mean any provider described in Section 340B of the Public Health Act, 42 U.S.C. § 256(b).

40.    The terms "and" and "or" shall mean "and/or."

## SCHEDULE 1:  SUBJECT DRUGS

| NATIONAL DRUG CODE | DRUG DESCRIPTION |
|---|---|
| 49502-0303-17 | ALBUTEROL INHALATION AEROSOL METERED-DOSE INHALER, 17G |
| 49502-0333-17 | ALBUTEROL INHALATION AEROSOL METERED-DOSE INHALER, 17G |
| 49502-0303-27 | ALBUTEROL INHALATION AEROSOL MDI REFILL, 17G |
| 49502-0196-20 | ALBUTEROL SULFATE INHALATION SOLUTION .5% 5MG/ML SIZE, 20ML MD |
| 49502-105-01 | ALBUTEROL SULFATE .5% (STERILE) 20ML MD |
| 49502-0697-03 | ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 25, 2.5 MG/3ML |
| 49502-0697-33 | ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 30, 2.5 MG/3ML |
| 49502-0697-60 | ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 60, 2.5 MG/3ML |
| 49502-0689-12 | CROMOLYN SODIUM INHALATION SOLUTION 20 MG/2ML, UNIT DOSE VIALS, 120S |
| 49502-0689-02 | CROMOLYN SODIUM INHALATION SOLUTION 20 MG/2ML, UNIT DOSE VIALS, 60S |
| 49502-0685-33 | IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 30S |
| 49502-0685-60 | IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 60S |
| 49502-0685-03 | IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 25S |
| 00054-4084-25 | AZATHIOPRINE USP 50MG TABLET 100S (10 X 10) |
| 00054-4221-25 | DICLOFENAC SODIUM 50MG TABLET 100S (10 X 10) |

| NATIONAL DRUG CODE | DRUG DESCRIPTION |
|---|---|
| 00054-4222-25 | DICLOFENAC SODIUM 75MG TABLET 100S (10 X 10) |
| 00054-3294-46 | FUROSEMIDE 10MG/ML SOLUTION 60ML |
| 00054-3294-50 | FUROSEMIDE 10MG/ML SOLUTION 120ML |
| 00054-4297-25 | FUROSEMIDE 20MG TABLET 100S (10 X 10) |
| 00054-8297-25 | FUROSEMIDE 20MG TABLET 100S UD |
| 00054-4297-31 | FUROSEMIDE 20MG TABLET 1000S |
| 00054-4299-25 | FUROSEMIDE 40MG TABLET 100S (10 X 10) |
| 00054-8299-25 | FUROSEMIDE 40MG TABLET 100S UD |
| 00054-4299-31 | FUROSEMIDE 40MG TABLET 1000S |
| 00054-4301-25 | FUROSEMIDE 80MG TABLET 100S (10 X 10) |
| 00054-8301-25 | FUROSEMIDE 80MG TABLET 100S UD |
| 00054-4301-29 | FUROSEMIDE 80MG TABLET 500S |
| 00054-4392-25 | HYDROMORPHONE 2MG TABLET 100S (4 X 25) |
| 00054-4394-25 | HYDROMORPHONE 4MG TABLET 100S (4 X 25) |
| 00054-4790-25 | ORAMORPH SR 15MG TABLET 100S (4 X 25) |
| 00054-4805-19 | ORAMORPH SR 30MG TABLET 50S |
| 00054-4805-25 | ORAMORPH SR 30MG TABLET 100S (4 X 25) |
| 00054-4805-27 | ORAMORPH SR 30MG TABLET 250S |
| 00054-4792-25 | ORAMORPH SR 60MG TABLET 100S |
| 00054-4793-25 | ORAMORPH SR 100MG TABLET 100S |
| 00054-3751-44 | ROXANOL 20MG/ML SOLUTION 30ML |
| 00054-3751-50 | ROXANOL 20MG/ML SOLUTION 120ML |
| 00054-3751-58 | ROXANOL 100 20MG/ML SOLUTION 240ML |
| 00054-4658-25 | ROXICODONE 15MG TABLET 100S (4 X 25) |
| 00054-4665-25 | ROXICODONE 30MG TABLET 100S (4 X 25) |

| NATIONAL DRUG CODE | DRUG DESCRIPTION |
|---|---|
| 00054-3805-63 | SODIUM POLYSTYRENE O/S 15G/60ML 500 ML |
| 00054-8816-11 | SODIUM POLYSTYRENE O/S 15G/60ML 60 ML 10S UD |
| 00054-8402-11 | IPRATROPIUM BROMIDE .02% 2.5ML SOLUTION 25S |
| 00054-8402-13 | IPRATROPIUM BROMIDE .02% 2.5ML SOLUTION 30S |
| 00054-8402-21 | IPRATROPIUM BROMIDE .02% 2.5ML SOLUTION 60S |

## SCHEDULE 2:  SUBJECT HCPCS CODES

| HCPCS CODE | DRUG DESCRIPTION |
|---|---|
| J3535 | ALBUTEROL INHALATION AEROSOL METERED-DOSE INHALER, 17G |
| J7611, J7618, J7625 | ALBUTEROL SULFATE .5% (STERILE) 20ML MD |
| J7620, K0505 | ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 25, 2.5 MG/3ML |
| J7613, J7619 | ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 30, 2.5 MG/3ML; ALBUTEROL SULFATE UNIT DOSE, 0.083% INHALATION SOLUTION, PACKAGE OF 60, 2.5 MG/3ML |
| J7631, J7630; K0503; K0511 | CROMOLYN SODIUM INHALATION SOLUTION 20 MG/2ML, UNIT DOSE VIALS, 120S; CROMOLYN SODIUM INHALATION SOLUTION 20 MG/2ML, UNIT DOSE VIALS, 60S |
| J7644, J7645, K0518 | IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 30S; IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 60S; IPRATROPIUM BROMIDE INHALATION SOLUTION .02%, .5MG/2.5 ML, 25S |
| J7500, K0119 | AZATHIOPRINE USP 50MG TABLET 100S (10 X 10) |

iv

# TAB

**2**

ViRGiNiA

9 6-19-02

1401268

VAC MDL 75673

NATIONAL

RESPONSE TO STATE MEDICAID REIMBURSEMENT SURVEY

State: Virginia          Contact Date: 12/7/94
                                        12/8/94

1.  Contact Person: David Shepherd RPh
    Telephone Number: (804) 786-3820
    Facsimile Number: (804) 371-4986

2.  State Policy for IV Drug Reimbursement:

    AWP - 9% + $4.40 dispensing fee per ingredient

3.  State Policy for TPN Reimbursement:

    Same

4.  Data Source for Reimbursement:

    FDB

1934\SURVEY.LS                          1401269

VAC MDL 75674

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 0641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Ceranex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*\*\* Reflects Prices for a 40 mg vial

1401270

VAC MDL 75675

**Highly Confidential**

# VEN-A-CARE
### OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

October 24, 1994

Mr. David B. Shephard, R.Ph.
Department of Medical Assistance
Department of Health
600 E. Broad St. Suite 1300
Richmond, VA 23219

Re: State policy and methodology for reimbursement of intravenous solutions and injectable drugs.

Dear Mr. Shephard:

I am currently working on a continuing educational project concerning our nation's Medicaid reimbursement of the above referenced drugs.

My company, Ven-A-Care of the Florida Keys, Inc., is a Florida Medicaid provider specializing primarily in the providing of infusion drugs. I would be most appreciative if you could provide me with your state's policy and methodology and any special policies or provisions for the determination of the monetary reimbursment of these drugs.

Naturally, the more responses I receive the more accurate and better understanding I will have in analyzing my data.

Your cooperation is therefore extremely important and appreciated.

Please feel free to contact me at (305)292-1635 should you have any questions.

Sincerely,

Zachary T. Bentley

cc: Mr. Jerry Wells, R.Ph.
    Florida Medicaid Pharmacy Services

1401271

VAC MDL 75676

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*\*\* Reflects Prices for a 40 mg vial

1401272

VAC MDL 75677

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1626 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\** Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*** Reflects Prices for a 40 mg vial

1401273

VAC MDL 75678

# Highly Confidential

## EXAMPLES OF
## VIRGINIA MEDICAID PHARMACY PROGRAM
## PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| | BRAND | | | | GENERIC | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | Abbott | Vancomycin 1 gm | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | Abbott | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127.40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

1401274

VAC MDL 75679

Highly Confidential

## EXAMPLES OF
## VIRGINIA MEDICAID PHARMACY PROGRAM
## PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| | BRAND | | | | GENERIC | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | Abbott | Vancomycin 1 mg | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | Abbott | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127.40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

C:\MyFiles\a-bvg.wpd

1401275

VAC MDL 75680

DEC. -30' 9~ (TUE) 11:09   DMAS PROG-OPERATIONS        TEL:804~786... Highly Confidential



Department of Medical Assistance Services
Division of Quality Care Assurance
600 East Broad Street, Suite 1300
Richmond, Virginia 23219

# Facsimile Cover Sheet

**To:** Luis E. Cobo, R.Ph.
**Company:** VEN-A-CARE
**Phone:** 305-294-2552
**Fax:** 305-292-1739

**From:** David Shepherd , R.Ph.
**Unit:** Program Operations/Pharmacy
**Phone:** (804) 225 2773
**Fax:** (804) 786-0414

**Date:** 12-30-97
**Pages including this cover page:** 7

Comments: Luis- The following are the 3 additional NDC"s. David Shepherd
00015-3020-20 AMIKIN 250mg/ml vial (2ml)- AWP-9% = $14.97 /ML + $4.25 dispensing fee
00173-0442-00 ZOFRAN 2mg/ml vial        -AWP-9% = $11.12 /ML + $4.25 dispensing fee
00002-7195-01 ONCOVIN 1mg/ml vial       -AWP-9% = $32.81 /ML + $4.25 dispensing fee
as requested.

1401276

VAC MDL 75681

# Highly Confidential

HP OfficeJet
Personal Printer/Fax/Copier

**Fax Log Report** for
Ven-A-Care
305 292 1739
Dec-30-97   10:45 AM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| WBB-MIA | OK | 01 | Sent | Dec-30 | 10:44A | 00:00:36 | 0025c6030022 |

*1.1.0    2.6*

1401277

VAC MDL 75682

Highly Confidential

$85.37$

1    1,112.14    #200   2mg

2    3,280⁵⁵    1mg    pack size qty 20

3    1,496³³    250y    pk size 20

1401278

VAC MDL 75683

Highly Confidential

DISP. PHARMACIST

PHONE        294-2552
**COBO PHARMACY**
LIONEL M. COBO, B.S.P.      LUIS E. COBO, B.S.P.
937 FLEMING STREET        KEY WEST, FLA. 33040

Rx No.

STATUS

DATE
TRANS

L. Z.   **1401279**

NDC

QTY.
UNIT
DISP.

SIG

SUBSTITUTION PERMITTED   (        )      CLASS (       )        DAYS SUPPLY·
DISPENSE AS WRITTEN        (        )

DR.

DEA NBR
WEL, NBR
STATE LICENSE

L.

VAC MDL 75684

Highly Confidential



804-786-8047

1
00173-0442-00

2
00002-7195-01

3.
00015-3020-20

1401280

VAC MDL 75685

DEC.-24 9? (WED) 10:56   DMAS PROG-OPERATIONS   TEL 804 86Highly Confidential



Department of Medical Assistance Services
Division of Quality Care Assurance
600 East Broad Street, Suite 1300
Richmond, Virginia 23219

# Facsimile Cover Sheet

**To:** Luis E. Cobo, R.Ph.
**Company:** VEN-A-CARE
**Phone:**
**Fax:** 305-292-1739

**From:** David Shepherd , R.Ph.
**Unit:** Program Operations/Pharmacy
**Phone:** (804) 225 2773
**Fax:** (804) 786-0414

**Date:** 12-24-97
**Pages including this cover page:** 7

Comments: Luis- Attached is the requested information plus payment methodology requirements for pharmacy reimbursement. David Shepherd

1401281

VAC MDL 75686

DEC -24 97 (WED) 13:06   DMAS PROG-OPERATIONS        TEL:804-786    Highly Confidential

Dec-23-97 12:26P Ven-A-Care              305 292 1739       P.02

December 23, 1997

Mr. David Shepherd, R.Ph.
Pharmacy Supervisor
Department of Medical Assistance Services
Richmond, VA 23219

Dear Mr. Shepherd;

Below are the the NDC numbers for the drugs for which I need Virginia's reimbursement per unit.  Please do not include dispensing fees, only ingredient reimbursement.

As I indicated, I am involved in a research project for Medicaid reimbursement throughout the United States and have found the information provided thus far from States such as Jerry Walls in Florida, Robert Reid in Ohio, and Martha McNeill in Texas,to name just a few, very valuable.

Your cooperation will also be greatly appreciated and equally valuable.

| NDC | Virginia Reimbursement | | |
|---|---|---|---|
| 00002-7321-25 | Vancomycin 1gm vial | $14.20 per vial | + $4.25 disp fee |
| 00469-0113-10 | Pentam 300mg vial | $89.86 per vial | + $4.25 disp fee |
| 00002-7197-01 | Not on file | | |
| 00015-3095-20 | Vepesid 20mg/ml vial | $23.85 per ml | + $4.25 disp fee |
| 00015-3063-01 | Blenoxane 30 unit/vial | $532.29 per vial | + $4.25 disp fee |
| 00074-6533-01 | Vancomycin 1gm vial | $63.07 per vial | + $4.25 disp fee |
| 00074-4548-01 | Pentamidine 300mg vial | $113.91 per vial | + $4.25 disp fee |
| 00013-7466-86 | Vincasar PFS 1mg/ml | $35.76 per ml | + $4.25 disp fee |
| 53905-0291-01 | EToposide 20mg/ml vial | $25.48 per ml | + $4.25 disp fee |
| 00074-1956-01 | Amikacin 250mg/ml vial | $50.04 per ml | + $4.25 disp fee |
| 00013-1636-86 | Bleomycin 30U/vial | $564.12 per vial | + $4.25 disp fee |
| 00641-2369-41 | Leucovorin 50mg vial | $57.19 per vial | + $4.25 disp fee |
| 58406-0623-07 | Leucovorin 350mg vial | $125.52 per vial | + $4.25 disp fee |
| 00074-7983-02 | Sodium Chloride 6.4% Sdn 250ml | $0.0383 per ml | + $4.25 disp fee |
| 00173-0995-01 | Zovirax 500mg vial | $54.12 per vial | + $4.25 disp fee |
| 00074-4427-01 | Acyclovir Sodium 500mg vial | $86.45 per vial | + $4.25 disp fee |

1401282

VAC MDL 75687

DEC.-24 9'(WED) 10:0'   DMAS PROG-OPERATIONS        TEL 804 860 **Highly Confidential**

Dec-23-97 12:26P Ven-A-Care              305 292 1739        P.03

NDC                     Virginia Reimbursement

00074-4332-01   Vancomycin 500mg vial  $31.54 per vial + $4.25 disp fee

00053-7486-01   Gammar-P IV. 1gm vial  $55.17 per vial + $4.25 disp fee

00029-4149-01   Kytril 1mg/ml vial  $161.43 per ml  + $4.25 disp fee

00009-0775-26   Cleocin 150mg mg/ml vial $16 per ml  + $4.25 disp fee

00074-4051-01   Clindamycin 150mg/ml vial $5.15 per ml  + $4.25 disp fee

00703-5046-01   Doxorubcin 2mg/ml vial $8.03 per ml  $4.25 disp fee

00703-5043-03   Doxorubcin 2mg/ml vial $8.03 per ml  + $4.25 disp fee

49502-0676-01   Metaproterenol 0.6% soln $6.45 per ml  + $4.25 disp fee

49502-0678-03   Metaproterenol 0.4% soln $0.45 per ml  + $4.25 disp fee

Please fax the list to (305)292-1739.

Again, thank you for your efforts in providing this information.

00944-2620-01  Gammagard 5/0 0.5gm VL w/ST
        (IGG)              $49.98 per vial
                        + $4.25 disp fee

Sincerely,

*Luis E. Cobo*

Luis E. Cobo, R.Ph.

1401283

VAC MDL 75688

DEC. -24 97 (WED) 10.07   DMAS PROG-OPERATIONS          TEL 804 786     Highly Confidential

| Manual Title | | Chapter | Page |
|---|---|---|---|
| Pharmacy Manual | | IV | 5 |
| Chapter Subject | | Page Revision Date | |
| Covered Services and Limitations | | 12-18-92 | |



or home health services programs and through EPSDT or under the Technology-Assisted or AIDS Waiver programs. Medicaid recipients requiring ostomy, dialysis, or oxygen supplies do not have to be receiving services from one of the above programs for coverage of these supplies. (Effective February 1, 1992)

- Personal items, including (but not limited to) dentifrices, dental adhesives, toiletries, and other items generally classified as cosmetic; mouthwash and gargles; shampoos (non-legend) and soaps; cough drops; depilatories, suntan lotion, and hair bleaches

- Patent medicines (e.g., Doan's Pills)

- Alcoholic beverages

Schedule 5 drugs are covered as legend regardless of the quantity dispensed.

## PAYMENT FOR SERVICES

### General Information

Participation in the pharmacy program requires providers to accept as payment in full the amounts paid by the Medicaid Program plus any applicable copayments. While payments by DMAS may be less than the provider's usual and customary charge, recipients are only responsible for the copayment.

Payments for services will not exceed the amounts indicated to be paid in accordance with the policy and methods described in the State Plan for Medical Assistance Services and described in 42 CFR 447.331.

### Payment Methodology

Payments for pharmacy services shall be the lowest of items (1) through (5):

(1) The upper limit established by the Health Care Financing Administration (HCFA) for multiple source drugs (Re: Appendix C) and on the Virginia Voluntary Formulary (VVF), except if "Brand Necessary" is noted on the prescription by the prescriber;

(2) The Virginia Maximum Allowable Cost (VMAC) established by the agency for multiple source drugs listed on the VVF;

(3) The estimated acquisition cost established by the Agency plus a dispensing fee for legend drugs except oral contraceptives;

1401284

VAC MDL 75689



| Manual Title | Chapter | Page |
|---|---|---|
| Pharmacy Manual | IV. | 6 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-18-92 | |

(4) A mark-up allowance determined by the Agency for covered non-legend drugs and legend oral contraceptives; or

(5) The provider's usual and customary charge to the public, as identified by the claim.

Payments for legend drugs (except oral contraceptives, which are reimbursed based on a mark-up basis) include the allowed drug cost plus only one dispensing fee per month for each specific drug entity. This reimbursement formula applies to all prescriptions dispensed to non-institutionalized recipients (effective July 1989), as well as to services for nursing facilities (effective July 1982).

Maximum Allowable Costs/Multiple Source Drugs

A list of multiple source drugs (HCFA and VMAC) with current maximum allowable costs is published monthly and mailed to pharmacy providers by the DMAS fiscal agent. Maximum allowable costs relate to the maximum limits, not minimum. A lesser amount may be paid if the estimated acquisition cost is determined to be less. When adding drugs to this list, pharmacy providers will be given at least a 30-day notice prior to the effective date.

Federal Reimbursement Limits

Under the authority of 1902(a)(3)(A) and the regulations in 42 CFR 447.332, the Health Care Financing Administration (HCFA) establishes a specific upper limit for a multiple source drug if the following requirements are met:

All of the formulations of the drug approved by the Food and Drug Administration (FDA) have been evaluated as therapeutically equivalent in the current edition of the publication Approved Drug Products With Therapeutic Equivalence Evaluations (including supplements or in successor publications), and

At least three suppliers list the drug, which has been classified by the FDA as category "A" in its publications, Approved Drug Products With Therapeutic Equivalence Evaluations (including supplements or in successor publications) in the current editions (or updates) of published compendia of cost information for drugs available for sale nationally (e.g., Red Book, Blue Book, Medi-Span).

Virginia Maximum Allowable Costs (VMAC)

The Department of Medical Assistance Services may establish maximum allowable costs for specific multiple source drugs listed in the Virginia Voluntary Formulary.

Reimbursements are based on the lowest of the:

HCFA upper limit;

1401285

VAC MDL 75690

DEC. -24-97 (WED) 10 08   DMAS PROG-OPERATIONS          TEL 804 786...

Highly Confidential

| Manual Title | | |
|---|---|---|
| Pharmacy Manual | Chapter | Page |
| | IV | 7 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-18-92 | |



VMAC determined at the 75th percentile cost level or at the 60th percentile cost level for unit-dose dispensed drugs;

Estimated Acquisition Cost (EAC) - (Effective 10-1-90) EAC is defined as AWP - 9%; or

The pharmacy's usual and customary charge.

If a physician prefers that a more expensive brand name drug be dispensed, it must be noted "Brand Necessary" in the physician's handwriting on the prescription. This certification must be on file in the pharmacy and available for review by Program auditors. Signing the prescription on the signature line -- "Dispense as Written" -- is not sufficient for reimbursement greater than the maximum allowable cost (VMAC or HCFA). This requirement also applies to telephone orders.

Drug products listed in the Virginia Voluntary Formulary are to be dispensed when:

Selecting a generic product to dispense in place of a prescribed brand name drug.

Nursing Facility Services

Payments for pharmacy services provided to recipients residing in nursing facilities are described below:

Payments are based on the lowest of: the allowed amounts or the usual and customary charge as described above.

Legend drugs - The allowed drug cost plus only one dispensing fee per month for each specific drug. If refilled within the month, only the allowed drug cost is paid; reimbursement does not include a dispensing fee. This reimbursement formula applies to unit-dose and non-unit-dose dispensing.

Note: Commercially-available reversed-numbered packages of controlled drugs are reimbursable to pharmacies not certified as unit-dose providers, as well as to pharmacies that are certified as unit-dose providers.

Non-legend drugs - Allowed payment is based on a mark-up (150 percent) of the Estimated Acquisition Cost (EAC) or the maximum allowable cost determined by DMAS; no dispensing fee is included.

Unit-dose - Reimbursements are also based on:

- Certification - The pharmacy must apply for and be certified by DMAS as a provider of a 24-hour supply of tablets, capsules, and oral liquids in unit-dose packaging to qualify for unit-dose reimbursements.

1401286

VAC MDL 75691

Highly Confidential



| Manual Title | | Chapter | Page |
|---|---|---|---|
| Pharmacy Manual | | IV. | 8 |
| Chapter Subject | | Page Revision Date | |
| Covered Services and Limitations | | 12-18-92 | |

- Unit-dose packaging - An allowance of $0.0157 per tablet, per capsule, or per 10 ml (average dose) oral liquid for non-commercial unit-dose packaging. Each dose must be labeled with the drug name and strength.

- Unit-dose dispensing fee - An allowance of add-on payment of a $0.01 per oral tablet or oral capsule. The add-on is also applicable to each 10 ml of oral liquid dispensed. (Effective October 1, 1990)

- VMAC drugs - Reimbursements are based on the estimated acquisition cost not to exceed the VMAC limit for unit dose as determined by DMAS.

- HCFA limits apply for unit-dose dispensing.

- The metric quantity reported on the claim is expected to reflect the quantity of the drug which has been administered to the patient.

Dispensing Fee: $4.40    Effective Date: October 1, 1990
$4.25                              1996

Copayment
[Effective Date: July 1, 1992]

The following recipients are always exempt from copays:

- Children Under 21 Years Old - Identified by a Special Indicator Code of "A" on the Medicaid card

- Individuals Receiving Long-Term Care Services or Hospice Care - Identified by a Special Indicator code "B" on the Medicaid card

The following services are never subject to copay:

- Services delivered in the emergency room;

- Emergency services delivered in other settings

- Pregnancy-related services; and

- Family planning services (including family planning drugs).

All other recipients have a Special Indicator code of "C" on their cards and are responsible for a $1.00 copayment for each prescription.

Services to a recipient cannot be denied solely because of his or her inability to pay any applicable copayment charge. This does not relieve the recipient of the responsibility to pay, nor does it prevent the provider from attempting to collect any applicable copayment from the recipient. Providers are not required to collect the copayment.

1401287

VAC MDL 75692

DEC. -24 97 (WED) 10:09   DMAS PROG-OPERATIONS          TEL 804 860 4411          Highly Confidential

| Manual Title | | Chapter | Page |
|---|---|---|---|
| Pharmacy Manual | | IV | 9 |
| Chapter Subject | | Page Revision Date | |
| Covered Services and Limitations | | 12-18-92 | |



NOTE: Prescribing physicians should indicate "PREGNANCY" on the prescription form for prescriptions related to the pregnancy for pregnant women.

Recipients have been notified that inability to pay the copayment at a particular time does not relieve them of that responsibility.

## CLIENT MEDICAL MANAGEMENT PROGRAM

As described in Chapters III and VI of this manual, the State may designate certain recipients to be restricted to specific physicians and pharmacies. When this occurs, it is noted on the Medicaid recipient's ID card. A Medicaid-enrolled pharmacy that is not the designated provider may provide and be paid for services to these recipients only under the following circumstances:

In a medical emergency where a delay in treatment may cause death or result in a lasting injury or harm to the recipient, and

When the designated pharmacy does not stock or is unable to obtain the drug.

Appropriate billing instructions for these situations are covered in Chapter V of this manual.

For more specific information on the Client Medical Management Program, refer to Chapter VI.

## MEDICARE CATASTROPHIC COVERAGE ACT OF 1988
[Effective Date: January 1989]

The Medicare Catastrophic Coverage Act of 1988 and other legislation require State Medicaid Programs to expand the coverage of services to certain low income Medicare beneficiaries, known as Qualified Medicare Beneficiaries (QMBs).

## QMB COVERAGE ONLY

Recipients in this group are eligible only for Medicaid coverage of Medicare premiums and of deductible and coinsurance up to the Medicaid payment limit less the recipient's copayment on allowed charges for all Medicare-covered services. They will receive Medicaid cards with the message "QUALIFIED MEDICARE BENEFICIARY--QMB--MEDICAID PAYMENT LIMITED TO MEDICARE COINSURANCE AND DEDUCTIBLE." The Medicare coinsurance is limited to the Medicaid fee when combined with the Medicare payment.

1401288

VAC MDL 75693

Highly Confidential

# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

923 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

## FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: David Shepherd RPh

AT: Dept. Medical Assistance - Virginia Medicaid

FAX NO: (804) 786-0414

FROM: _____

FAX NO: 305-292-1739

DATE: 12/23/97          TIME: 11:25A

RE: Medicaid Reimbursement Information

Thank You

Lin Cobo

PAGES TO FOLLOW INCLUDING COVER SHEET: 3

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

1401289

VAC MDL 75694

Highly Confidential

December 23, 1997

Mr. David Shepherd, R.Ph.
Pharmacy Supervisor
Department of Medical Assistance Services
Richmond, VA 23219

Dear Mr. Shepherd;

Below are the the NDC numbers for the drugs for which I need
Virginia's reimbursement per unit.  Please do not include
dispensing fees, only ingredient reimbursement.

As I indicated, I am involved in a research project for Mecicaid
reimbursement throughout the United States and have found the information
provided thus far from States such as Jerry Wells in Florida, Robert
Reid in Ohio, and Martha McNeill in Texas,to name just a few, very valuable.

Your cooperation will also be greatly appreciated and equally valuable.

| NDC | Virginia Reimbursement |
|---|---|
| 00002-7321-25 | |
| 00469-0113-10 | |
| 00002-7197-01 | |
| 00015-3095-20 | |
| 00015-3063-01 | |
| 00074-6533-01 | |
| 00074-4548-01 | |
| 00013-7466-86 | |
| 53905-0291-01 | |
| 00074-1956-01 | |
| 00013-1636-86 | |
| 00641-2369-41 | |
| 58406-0623-07 | |
| 00074-7983-02 | |
| 00173-0995-01 | |
| 00074-4427-01 | |

1401290

VAC MDL 75695

Highly Confidential

| NDC | Virginia Reimbursement |
|-----|------------------------|
| 00074-4332-01 | |
| 00053-7486-01 | |
| 00029-4149-01 | |
| 00009-0775-26 | |
| 00074-4051-01 | |
| 00703-5046-01 | |
| 00703-5043-03 | |
| 49502-0676-03 | |
| 49502-0678-03 | |

Please fax the list to (305)292-1739.

Again, thank you for your efforts in providing this information.

Sincerely,

Luis E. Cobo, R.Ph.

1401291

VAC MDL 75696

**Highly Confidential**

HP OfficeJet
Personal Printer/Fax/Copier

Fax Log Report  for
Ven-A-Care
305 292 1739
Dec-23-97    12:27 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 18047860414 | OK | 03 | Sent | Dec-23 | 12:26P | 00:01:00 | 002586030022 |

*1.1.0    2.8*

1401292

VAC MDL 75697

Highly Confidential

# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

### FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: _David Shepherd_

AT: _Dept Medical Assistance - Virginia Medicaid_

FAX NO: _____

FROM: _Luis Cobo_

FAX NO: 305-292-1739

DATE: _12/23/17_        TIME: _____

RE: _Please include NDC # 00944-2620-01 to
previous list. It was omitted in error
Thanks Again — Merry Christmas
                    Luis_

PAGES TO FOLLOW INCLUDING COVER SHEET: _1_

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE. AS THE
DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF
YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT
305-292-1635.

1401293

VAC MDL 75698

# Highly Confidential

HP OfficeJet
Personal Printer/Fax/Copier

Fax Log Report for
Ven-A-Care
305 292 1739
Dec-23-97   12:44 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 18047860414 | OK | 01 | Sent | Dec-23 | 12:43P | 00:00:31 | 002586030022 |

1.3.0   2.6

1401294

VAC MDL 75699

# Highly Confidential



## COMMONWEALTH of VIRGINIA
### *Department of Medical Assistance Services*

ROBERT C. METCALF
DIRECTOR

SUITE 1300
600 EAST BROAD STREET
804/786/7933
804/225/4512 (FAX)
800/343-0634 (TDD)

---

### Facsimile Cover Sheet

**To:** Luis Cobo          933 Fleming St
**Company:** Venacare        Key West, Fl. 33040
**Phone:** (305) 292-1631
**Fax:** (305) 292-1739

**From:** Marianne Rollings
**Division:** Client Services/ Pharmacy
**Phone:** (804) 371-8685
**Fax:** (804) 371-4986

**Date:** 12/8/94
Pages including this cover page: ②

Comments:

FYI - Copy of manual claim form for
Rx claims (Follow up to conversation
c̄ D. Shepherd 12/7/94)

Hard copy to follow in mail -

1401295

VAC MDL 75700

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290).

\** Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*** Reflects Prices for a 40 mg vial

1401296

VAC MDL 75701

Highly Confidential

# EXAMPLES OF
# VIRGINIA MEDICAID PHARMACY PROGRAM
# PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| | BRAND | | | | | GENERIC | | |
|---|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | | Abbott | Vancomycin 1 gm | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | | Abbott | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127.40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

\*  Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

1401297

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $ 10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector
General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*\*\* Reflects Prices for a 40 mg vial

1401298

VAC MDL 75703

Highly Confidential

# EXAMPLES OF
# VIRGINIA MEDICAID PHARMACY PROGRAM
# PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| BRAND | | | | GENERIC | | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | Abbott | Vancomycin 1 gm | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127.40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

1401299

VAC MDL 75704

Highly Confidential

# EXAMPLES OF
## VIRGINIA MEDICAID PHARMACY PROGRAM
## PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| | BRAND | | | | GENERIC | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | Abbott | Vancomycin 1 gm | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | Abbott | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127.40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

1401300

VAC MDL 75705

Highly Confidential

# EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2389-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

\*   Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector
     General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\*  Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*\*\* Reflects Prices for a 40 mg vial

1401301

VAC MDL 75706

Highly Confidential

# EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $222.40 *** |

*     Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector
      General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

**    Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

***   Reflects Prices for a 40 mg vial

1401302

VAC MDL 75707

Highly Confidential

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
## VERMONT MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VERMONT MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 34.66312 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $177.40 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $244.43 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Vermont Medicaid reimbursements obtained from Vermont Medicaid Division, Pharmacy Services 1-802-828-2151.

\*\*\* Reflects Prices for a 40 mg vial

1401303

VAC MDL 75708

Highly Confidential

# EXAMPLES OF
# VIRGINIA MEDICAID PHARMACY PROGRAM
# PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| BRAND | | | | GENERIC | | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | VIRGINIA MEDICAID* | COMPANY | DRUG | NDC | VIRGINIA MEDICAID* |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 14.20 | Abbott | Vancomycin 1 gm | 00074-6533-01 | $ 63.07 |
| Fujisawa | Pentam 300 | 00469-1130-91 | $ 89.86 | Abbott | Pentamidine | 00074-4548-01 | $113.91 |
| Lilly | Oncovin 2 ml | 00002-7195-01 | $ 65.62 | Pharmacia | Vincasar 2 ml | 00013-7466-86 | $ 71.52 |
| Bristol-Myers | Vepesid 100 mg/5 ml | 00015-3095-20 | $119.25 | Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | $127 40 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.94 | Abbott | Amikacin 2 ml | 00074-1956-01 | $100.08 |
| Bristol-Myers | Blexoxane 30 u | 00015-3063-01 | $532.29 | Pharmacia | Bleomycin 30 u | 00013-1636-86 | $564.12 |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $ 54.16 | Abbott | Acyclovir 500 mg | 00074-4427-01 | $ 86.45 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 12.64 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.60 |

* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

1401304

VAC MDL 75709

Highly Confidential

# EXAMPLES OF
# EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY
# VIRGINIA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | VIRGINIA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 57.19 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $127.40 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 31.54 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 40.45 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $202.25 |
| Bayer | Immune Globulin 500 mg | 00026-0640-12 | J1561 | $12.50 | $ 42.21 | $ 49.98 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $161.43 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $ 156.80 *** | $243.20 *** | $222.40 *** |

\* Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector
General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Virginia Medicaid reimbursements obtained from Virginia Department of Medical Assistance Services (804) 225-2773

\*\*\* Reflects Prices for a 40 mg vial

1401305

VAC MDL 75710

Highly Confidential

DAILY PHARMACY DRUG CLAIM LEDGER

# VIRGINIA
DEPARTMENT OF MEDICAL ASSISTANCE SERVICES

**061**

| | | | MO. | DAY | YR |
| TRANSMISSION CODE | PHARMACY I.D. NO. | | | DATE OF SERVICE | |

| | PATIENT I.D. NO. | PRESCRIPTION NUMBER | DRUG CODE | METRIC QUANTITY | N/R | CHARGE | PRESCRIBER'S VMAP I.D. | B/N | PHARMACIST'S USE |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |

A bold arrow ▼ may be used for repeat items.
Do not use ditto marks.

PHARMACIST'S USE

TOTAL CHARGE

| REFILLS | | |
|---|---|---|
| 1. LEGEND DRUGS MAY BE REFILLED AS SPECIFIED BY THE PRESCRIBER OR ACCORDING TO STATE AND FEDERAL LAWS. | 0 — ORIGINAL<br>1 — FIRST REFILL<br>2 — ADDITIONAL REFILLS | BRAND NECESSARY |

| LINE NUMBER | PRESCRIPTION NUMBER | MFG. DRUG NAME, STRENGTH, AND DOSAGE FORM FOR COMPOUNDED PRESCRIPTIONS AND DRUGS NOT ON DRUG LIST |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

THIS IS TO CERTIFY THAT THE FOREGOING INFORMATION IS TRUE, ACCURATE AND COMPLETE. I UNDERSTAND THAT PAYMENT AND SATISFACTION OF THIS CLAIM WILL BE FROM FEDERAL AND STATE FUNDS, AND THAT ANY FALSE CLAIMS, STATEMENTS OR DOCUMENTS OR CONCEALMENT OF A MATERIAL FACT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS.

SIGNATURE _____   DATE _____

DMAS-173 R9/78

ORIGINAL COPY            1401306

VAC MDL 75711

Highly Confidential

DAILY PHARMACY DRUG CLAIM LEDGER

# VIRGINIA
DEPARTMENT OF MEDICAL ASSISTANCE SERVICES

| 061 | | | MO. | DAY | YR. | |
|---|---|---|---|---|---|---|
| TRANSMISSION CODE | | PHARMACY I.D. NO. | | DATE OF SERVICE | | |

| PATIENT I.D. NO. | PRESCRIPTION NUMBER | DRUG CODE | METRIC QUANTITY | N/R | CHARGE | PRESCRIBER'S VMAP I.D. | B/N | PHARMACIST'S USE |
|---|---|---|---|---|---|---|---|---|
| 0 | | | | | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |

A bold arrow &#10132; may be used for repeat items.
Do not use ditto marks.

PHARMACIST'S USE

TOTAL CHARGE

REFILLS
1. LEGEND DRUGS MAY BE REFILLED AS ORDERED BY THE PRESCRIBER OR ACCORDING TO STATE AND FEDERAL LAWS.

0 = ORIGINAL
1 = FIRST REFILL
2 = ADDITIONAL REFILLS

BRAND NECESSARY

| LINE NUMBER | PRESCRIPTION NUMBER | MFG. DRUG NAME, STRENGTH, AND DOSAGE FORM FOR COMPOUNDED PRESCRIPTIONS AND DRUGS NOT ON DRUG LIST |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

THIS IS TO CERTIFY THAT THE FOREGOING INFORMATION IS TRUE, ACCURATE AND COMPLETE. I UNDERSTAND THAT PAYMENT AND SATISFACTION OF THIS CLAIM WILL BE FROM FEDERAL AND STATE FUNDS, AND THAT ANY FALSE CLAIMS, STATEMENTS OR DOCUMENTS OR CONCEALMENT OF A MATERIAL FACT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS.

| SIGNATURE | DATE |
|---|---|

1401307

DMAS-173 R9/78                    PROVIDER COPY

VAC MDL 75712

Highly Confidential



DAILY PHARMACY DRUG CLAIM LEDGER

# VIRGINIA
DEPARTMENT OF MEDICAL ASSISTANCE SERVICES

1401308

VAC MDL 75713

Highly Confidential

1401309

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MEDICAL ASSISTANCE SERVICES
600 East Broad Street
Suite 1300
RICHMOND, VA. 23219

LUIS COBO
C/O VENACARE
933 FLEMING ST.
KEY WEST, FL 33040

VAC MDL 75714

# TAB

# 3

W/P Reference _CF-18_

_Callie_        _04/05/01_
Prepared by              Date

_f. Graves_      _4.5.4_
Reviewed by              Date

### Medicaid Pharmacy Actual Acquisition Cost
### CIN: A-06-00-00023
### Documentation of Prior Audit Kick-off Conference

Purpose:    To document the prior audit kick-off conference, in which discussions were held concerning non-traditional pharmacies

Source:     HHS generated/prior audit workpapers





1/3