UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL NO. 1456**<br>**Master File No. 01-12257-PBS** |
| THIS DOCUMENT RELATES TO: | **Judge Patti B. Saris** |
| *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>03-CV-11226-PBS | (Original Central District of California No. 03-cv-2238) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Brent Caslin as counsel of record for Defendants Boehringer Ingelheim Corporation; Ben Venue Laboratories, Inc.; Boehringer Ingelheim Pharmaceuticals, Inc.; and Roxane Laboratories, Inc. (the "Boehringer Defendants") in the above captioned matter. The Boehringer Defendants have each been dismissed with prejudice from, and are no longer defendants in, the above-captioned matter. (Docket No. 5761 (Order Dismissing Boehringer Ingelheim Corporation); Docket No. 5829 (Order Dismissing Ben Venue Laboratories, Inc.); Docket No. 5762 (Order Dismissing Boehringer Ingelheim Pharmaceuticals, Inc.); Docket No. 108-2 (Order Dismissing Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc.)).

Dated:  June 5, 2009                              Respectfully submitted,

  /s/ Brent Caslin    _____
Brent Caslin
  California Bar No. 198562
Jenner & Block LLP
633 West 5th Street; Suite 3500
Los Angeles, CA 90071
Tel (213) 239-5150; Fax (213) 239-5160

**ATTORNEY FOR BEN VENUE LABORATORIES, INC.; BOEHRINGER INGELHEIM CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; AND ROXANE LABORATORIES, INC.**

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 5, 2009 a copy to LexisNexis File & Serve for posting and notification to all parties.


                 /s/ Brent Caslin