# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) ) |

## NOTICE OF FILING OF ERRATA (ON CONSENT) TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW §145-B

PLEASE TAKE NOTICE THAT, Plaintiffs, the City of New York and New York Counties, hereby file the following Errata to Plaintiffs' Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law § 145-b. The errata concerns defendant Wyeth only. Defendant Wyeth has consented to the filing of the errata.

Dated: June 8, 2009

                                                                                         Respectfully submitted,

                                                                                         **City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

                                                                                         **KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
By:    Joanne M. Cicala
        James P. Carroll Jr.

Jocelyn R. Normand
Kathryn B. Allen


Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**CERTIFICATE OF SERVICE**

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing NOTICE OF FILING OF ERRATA (ON CONSENT) TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW § 145-B to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: June 8, 2009

                                                        /s/
                                        James P. Carroll, Jr.
                                        Kirby McInerney LLP
                                        825 Third Avenue
                                        New York, NY 10022
                                        (212) 371-6600