**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>)   MDL NO. 1456<br>  Civil Action No. 01-12257-PBS<br>  Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, et al.* | )<br>)<br>)   Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>) |

**ERRATA TO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING**
**TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL**
**SERVICES LAW §145-B**

**PLEASE TAKE NOTICE THAT:**

Plaintiffs, by their undersigned counsel, hereby submit the following errata to plaintiffs' Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law §145-b ("Motion for Partial Summary Judgment"), filed on May 15, 2009. Plaintiffs inadvertently identified Defendant Wyeth as Wyeth Pharmaceuticals, Inc. in their papers filed on May 15, 2009 in support of their Motion for Partial Summary Judgment. The following identifies the page numbers and paragraph numbers where plaintiffs should have named Defendant Wyeth rather than Wyeth Pharmaceuticals, Inc. The corrections, listed below, are all non-substantive. Defendant Wyeth has consented to the filing of this Errata.

| **Page, Paragraph, Line** | **Title of Document Filed** | **Docket Number** |
|---|---|---|

| p. 3, subpart (13) | Plaintiffs' Notice of Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law §145-b | Docket No. 6058 Sub-docket No. 60 |
|---|---|---|
| p. 2, fn. 3 | Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law §145-b | Docket No. 6077 Sub-docket No. 78 |
| p. 1, fn. 1 | Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts Related to Federal Upper Limits ("FULs") and Applicable to All Thirteen FUL Defendants (the "FUL Thirteen") | Docket No. 6060 Sub-docket No. 62 |
| p. 1, Title p. 1, introductory paragraph, line 2 | Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth Pharmaceuticals, Inc. | Docket No. 6074 Sub-docket No. 75 |
| p. 22, Title p. 22, ¶ 181, ¶ 182 | Declaration of Joanne M. Cicala in Support of Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law §145-b | Docket No. 6075 Sub-docket No. 76 |
| p. 1, fn. 1 p. 3, line 5 | Plaintiffs' Motion for Partial Summary Judgment on Issues Relating to the Federal Upper Limit and Under New York Social Services Law §145-b | Docket No. 6076 Sub-docket No. 77 |

Dated:  June 8, 2009

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala_____
By:   Joanne M. Cicala
James P. Carroll Jr.
Jocelyn R. Normand
Kathryn B. Allen


Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing ERRATA TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES RELATING TO THE FEDERAL UPPER LIMIT AND UNDER NEW YORK SOCIAL SERVICES LAW § 145-B to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  June 8, 2009

_____/s/ _____
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600