**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, Carisa A. Klemeyer, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Carisa A. Klemeyer, was a practicing attorney at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matter.

2. I left Ropes & Gray LLP on April 24, 2009 and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

11935859_1.DOC

- 2 -

      WHEREFORE, I, Carisa A. Klemeyer, respectfully move this Court for leave to withdraw from the above-captioned matter.

                                                         Respectfully submitted,

                                                         /s/ John P. Bueker  
                                                         John P. Bueker (BBO #636435)  
                                                         Carisa A. Klemeyer (BBO# 655045)  
                                                         Ropes & Gray LLP  
                                                         One International Place  
                                                         Boston, Massachusetts 02110-2624  
                                                         (617) 951-7000

Dated: June 9, 2009

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ John P. Bueker _____
      John P. Bueker