# REVISED EXHIBIT U

# Attorney General Settlements

| TOTALS | |
|---|---|
| Dey: | $33,975,625.00 |
| Abbott: | $34,950,000.00 |
| *Amgen: | $ 9,400,000.00 |
| *Bayer: | $ 7,000,000.00 |
| Baxter: | $ 8,500,000.00 |
| BMS: | $10,070,000.00 |
| Boehringer: | $17,000,000.00 |
| Schering: | $15,700,000.00 |

**Idaho:** 11/14/2006 – Dey ($1,072,700)

**Montana:** 12/26/2007 – Dey ($198,000)

**Missouri:** 4/25/2006 – Dey ($2,932,000)

**Ohio:** 9/19/2008 – Abbott ($6,950,000)

**Pennsylvania:** 11/28/2006 – Dey ($952,925)

**Connecticut:** 4/25/2007 – Dey ($2,900,000)

**Massachusetts:** 7/19/2005 – Dey ($1,700,000)

**Nevada:** 3/29/2007 – Dey ($670,000)

**Hawaii:** 3/21/2007 – Dey ($1,150,000)

**Kentucky:** 7/15/2008 – BMS ($3,078,211.78); 3/11/2009 – Amgen ($2,400,000)

**Alabama:** 12/23/2008 – BMS, Ethex/KV, Amgen/Immunex, Roxanne/Boehringer & Bayer ($28,000,000)

**Mississippi:** 1/7/2009 – Dey ($3.9 million)

**Texas:**
6/11/2003 - Dey ($18,500,000)
11/28/2005 - Boehringer ($10,000,000)
6/12/2006 - Baxter ($8,500,000)
12/7/2006 - Schering ($15,700,000)
9/9/2008 - Abbott ($28,000,000)

\* Since the proportionate settlement amounts in Alabama are not known publicly, it is assumed each defendant paid $7 of the $28 million.