UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br>Subcategory Docket: 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) ) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN SUPPORT OF MOTION FOR FINDING OF <u>SPOLIATION AND FOR SANCTIONS</u>**

Defendant Abbott Laboratories, Inc. ("Abbott") hereby respectfully asks—pursuant to Federal Rules of Civil Procedure 7(b) and Local Rule 7.1(b)(4)—that the Court grant leave for Abbott Laboratories, Inc. ("Abbott") to file a twenty-five (25) page brief in support of its motion for spoliation and for sanctions.  In support of this Motion, Abbott states the following:

1. On June 4, 2009, Abbott filed a Motion for a Finding of Spoliation and For Sanctions, and a brief in support.  (Dkt. Nos. 6096, 6097.)

2. The supporting brief is twenty-five (25) pages in length.  Local Rule 7.1(b)(4) limits memorandum in support of motions to twenty (20) pages, without leave of Court.   Abbott inadvertently failed to file a motion seeking leave to extend the page limits.

3. Abbott's brief involves significant issues of Government spoliation, and in addition to setting forth relevant case law and arguments, it summarizes three years' worth of factual discovery regarding a nearly 11-year period during which this action was under seal.  Abbott requires twenty-five (25) pages to adequately address the evidence of spoliation and the nature of the documents which were lost.

4. Abbott has conferred with the Government with respect to this motion, and the Government has indicated that it does not oppose Abbott's requested page limit extension.

5. Abbott consents to an equal page limit extension for the Government's responsive brief.

WHEREFORE, Abbott asks that its motion be granted, that the Court grant Abbott leave to file a twenty-five (25) page brief in support of its motion, with that brief having been filed as Docket No. 6097.

Dated: June 10, 2009               Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
Thomas J. Davis
Tara M. Stuckey
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN SUPPORT OF MOTION FOR FINDING OF SPOLIATION AND FOR SANCTIONS to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 10th day of June, 2009.

                                              /s/ David S. Torborg
                                              David S. Torborg