## <u>CERTIFICATE OF SERVICE</u>

I, Donald E. Haviland, Jr., Esquire, hereby certify that on June 9, 2009, I filed the Notice of Filing of Revised Exhibit in Opposition to Final Approval of Track Two Settlement with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).


<u>/s/ Donald E. Haviland, Jr.</u>