UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* | ) ) ) ) Judge Patti B. Saris<br>) ) ) ) |

## JOINT MOTION TO EXTEND THE TIME FOR BOEHRINGER INGELHEIM ROXANE, INC. TO FILE AN OPPOSITION TO PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO BOEHRINGER INGELHEIM ROXANE, INC.

Defendant Boehringer Ingelheim Roxane, Inc. ("BIRI") and Plaintiffs together respectfully move this Court to extend the current deadline for submission of BIRI's Opposition to Plaintiffs' Motion for Partial Summary Judgment on Issues Relating to the FUL and Under New York Social Services Law § 145-b ("Plaintiffs' Motion for Partial Summary Judgment") and Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc. In support of this motion, the parties state as follows:

1. On May 15, 2009, Plaintiffs filed their Motion for Partial Summary Judgment [Dkt. No. 6059]. BIRI is one of thirteen defendants subject to Plaintiffs' Motion for Partial Summary Judgment.

2. On May 15, 2009, Plaintiffs also filed their Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc. [Dkt. No. 6069].

3. Defendants' opposition briefs and 56.1 statements in response to Plaintiffs' Motion for Partial Summary Judgment must be filed by June 15, 2009. *See* Motion for

Miscellaneous Relief [Dkt. No. 5997] and Order on Motion for Miscellaneous Relief, entered April 8, 2009.

4. BIRI and Plaintiffs have reached an agreement in principle and are working to memorialize it in a mutually acceptable final written instrument.

5. Given these developments, the parties seek an extension of time until (i) June 29, 2006, for BIRI to file any individual memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment and its response to Plaintiffs' Rule 56.1 Statement as to BIRI, given that a finalized settlement agreement likely will be executed by that date, and (ii) July 6, 2009, for Plaintiffs to file any reply to BIRI's individual memorandum, if one is filed, and BIRI's response to Plaintiffs' Rule 56.1 Statement as to BIRI.

6. If the parties are unable to finalize the settlement agreement by June 26, 2009, it is the parties' understanding that BIRI's individual memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment, if BIRI chooses to file one, shall be limited to arguments and issues unique to BIRI and which were not specifically addressed in any joint memorandum in opposition to Plaintiffs' Motion for Partial Summary Judgment filed by defendants. The parties further agree that Plaintiffs' reply memorandum, if any, shall be limited to the arguments and issues contained in BIRI's individual memorandum.

WHEREFORE, for these reasons, the parties respectfully request that this Court grant their motion to extend the briefing schedule on Plaintiffs' Motion for Partial Summary Judgment as follows: (i) BIRI shall have until June 26, 2009, to file any individual Opposition to Plaintiffs' Motion for Partial Summary Judgment and its response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc.; and (ii) Plaintiffs shall

have until July 6, 2009, to file any reply to BIRI's individual memorandum, if one is filed, and BIRI's response to Plaintiffs' Rule 56.1 Statement as to BIRI.

Dated:  June 12, 2009                          Respectfully submitted,

/s/ Joanne M. Cicala                           /s/ Lauren O. Casazza
Joanne M. Cicala (JC 5032)                     Lauren O. Casazza
KIRBY McINERNEY LLP                            KIRKLAND & ELLIS LLP
825 Third Ave.                                 Citigroup Center
New York, NY 10022                             601 Lexington Avenue
(212) 371-6600                                 New York, NY 10022
                                               (212) 446-4800
*Counsel for Plaintiffs The City of
New York, et al.*                              Helen E. Witt, P.C.
                                               Brian P. Kavanaugh
                                               KIRKLAND & ELLIS LLP
                                               300 N. LaSalle
                                               Chicago, IL 60654
                                               (312) 862-2000

                                               *Counsel for Defendant Boehringer Ingelheim Roxane, Inc.*

have until July 6, 2009, to file any reply to BIRI's individual memorandum, if one is filed, and BIRI's response to Plaintiffs' Rule 56.1 Statement as to BIRI.

Dated:  June 12, 2009                          Respectfully submitted,

/s/ Joanne M. Cicala                           /s/ Lauren O. Casazza
Joanne M. Cicala (JC 5032)                     Lauren O. Casazza
KIRBY McINERNEY LLP                            KIRKLAND & ELLIS LLP
825 Third Ave.                                 Citigroup Center
New York, NY 10022                             601 Lexington Avenue
(212) 371-6600                                 New York, NY 10022
                                               (212) 446-4800

*Counsel for Plaintiffs The City of
New York, et al.*                              Helen E. Witt, P.C.
                                               Brian P. Kavanaugh
                                               KIRKLAND & ELLIS LLP
                                               300 N. LaSalle
                                               Chicago, IL 60654
                                               (312) 862-2000

                                               *Counsel for Defendant Boehringer Ingelheim Roxane, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the parties' Joint Motion to Extend the Time for Boehringer Ingelheim Roxane, Inc. to File an Opposition to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc. was delivered to all counsel of record by sending a copy to LexisNexis File and Serve, on June 12, 2009, for posting and notification to all parties.

s/ Lauren O. Casazza
Lauren O. Casazza