UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | |
| *The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* ) ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER**

This matter comes before the Court on Boehringer Ingelheim Roxane, Inc. and Plaintiffs' Joint Motion to Extend the Time for Boehringer Ingelheim Roxane, Inc. to File an Opposition to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc.

The Court, being duly advised, hereby finds that this motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Boehringer Ingelheim Roxane, Inc. may file its Opposition to Plaintiffs' Local Rules 56.1 Statement of Undisputed Material Facts as to Boehringer Ingelheim Roxane, Inc. on or before July 15, 2009.

Date: _____
Hon. Patti B. Saris
United States District Court Judge