UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler<br><br>**ORAL ARGUMENT REQUESTED** |

## DEY, INC., DEY, L.P., AND DEY L.P., INC.'S MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS

Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey") hereby respectfully request—pursuant to Federal Rules of Civil Procedure 34 and 37, and the Court's inherent power to oversee discovery and prevent spoliation and litigation abuses—that this Court issue an order (1) finding that the United States has spoliated evidence in this case and that sanctions are warranted and (2) issuing appropriate sanctions. The grounds supporting the requested relief, and recommended sanctions, are provided in the accompanying memorandum.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Dey requests oral argument on the issues raised in this Motion, which it believes will assist the Court in deciding this motion.

Dated: June 12, 2009

    Respectfully Submitted,

    KELLEY DRYE & WARREN LLP

    By: __/s/ Sarah L. Reid__
        Paul F. Doyle (BBO # 133460)
        Sarah L. Reid *(pro hac vice)*
        William A. Escobar *(pro hac vice)*
        Neil Merkl *(pro hac vice)*
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897

    *Attorneys for Defendants Dey, Inc.*
    *Dey, L.P., and Dey, L.P., Inc.*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 12, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                By:   /s/ Sarah L. Reid
                                          Sarah L. Reid