UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF SARAH L. REID IN SUPPORT OF DEY, INC., DEY, L.P., AND DEY L.P., INC. MOTION FOR A FINDING OF SPOLIATION AND FOR SANCTIONS

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Motion for a Finding of Spoliation and for Sanctions.

3. The basis for my knowledge is my review of the files maintained by Kelley Drye & Warren LLP as part of its representation of Dey, including the documents attached hereto, and my own personal knowledge of the facts and circumstances set forth herein.

4. A true and correct copy of Abbott's Motion for a Finding of Spoliation and for Sanctions (Dkt. 6096) is attached as Exhibit A.

5. A true and correct copy of Abbott's Memorandum of Law in Support of its Motion for a Finding of Spoliation and for Sanctions (Dkt. 6097) and supporting exhibits are attached as Exhibit B.

2

6. A true and correct copy of an August 10, 1999 letter, DL-0050553, is attached as Exhibit C.

7. A true and correct copy of the September 8, 2000 Program Memorandum, Change Request 1232, Abbott Exhibit 138, is attached as Exhibit D.

8. A true and correct copy of a July 29, 2008 letter from Sarah L. Reid, counsel for Dey, to George B. Henderson, counsel for the Government, is attached as Exhibit E.

9. A true and correct copy of a memo dated November 8, 1995 from "Karen" to "Rob," "Bob," and "Amy," produced by the Government as HHD011-0915-16, is attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2009.

                                          /s/ Sarah L. Reid
                                          Sarah L. Reid

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 12, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                   /s/ Sarah L. Reid
                                                    Sarah L. Reid