# EXHIBIT C




DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

August 10, 1999

State Medicaid Administrator

Dear Administrator:

During the week of July 26, 1999, Dey introduced a new sterile-produced Albuterol Sulfate Inhalation Solution 0.5% multidose concentrate, replacing the current 0.5% Albuterol solution. In compliance with the FDA proposed rule that will "require all inhalation solution products, including those currently approved, be manufactured as sterile", Dey is among the first companies to offer a _sterile_ multidose formulation. Even though the FDA guidelines for sterile-produced products have not yet been formally mandated, in keeping with our unit-dose products, which have always been sterile, Dey felt it was important to make this change.

Our new multidose concentrate is AN rated to Proventil® and Ventolin® Inhalation Solutions. Pricing and case packs remain constant. However, the NDC number will change as indicated below. Please update your records accordingly and note that Dey has a current Medicaid rebate agreement with the Federal Government.

| NDC Number | Description | Units per Case | WAC per Unit | AWP per Unit |
|---|---|---|---|---|
| NEW 49502-105-01 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |
| OLD 49502-196-20 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other such cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. Further, as you also know, the Average Wholesale Price (or "AWP") per unit listed above does not represent actual wholesale prices which will be charged or paid for this product. It is Dey's practice to set an AWP before a product is first sold and not subsequently to change that figure. We understand that this is consistent with industry practice and is understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Todd Galles, Senior Product Manager, at 800-755-5560, ext. 7450.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

CONFIDENTIAL
DL-0050553

Proventil® is a registered trademark of Schering Corporation
Ventolin® is a registered trademark of Glaxo Wellcome.

A Lipha Americas Company
An Associate of Merck KGaA, Darmstadt, Germany