# EXHIBIT E

NY01/LOREM/1358258.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7720
EMAIL: sreid@kelleydrye.com

July 29, 2008

**VIA ELECTRONIC MAIL AND U.S. MAIL**

George B. Henderson, II, Esq.
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200
Boston, Massachusetts 02210

Re:  *United States ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

Dear Bunker:

This letter addresses several outstanding issues relating to the scheduling of depositions. As you know, on May 14, 2008, Dey requested the deposition of Robert Katz, Administar Federal, and the Palmetto Medical Director from the period 1993 to 1999. You subsequently informed us that Mr. Katz and Dr. Metzger are unwell and unable to testify. We reiterate our request that you provide us immediately with a note from Mr. Robert Katz's treating physician setting forth Mr. Katz's diagnosis and condition and a statement to the effect that his memory has been materially impaired as a result of his illness. In addition, we request that you provide additional information as to Dr. Metzger's illness so that we may better evaluate his ability or inability to provide reliable testimony, given other witnesses' deposition testimony earlier this year which did not mention his illness. The confidential letter from his physician enclosed in your June 12, 2008 letter does not set forth the specific conditions resulting in the conclusions reached. Our questions are as follows: Is Dr. Metzger currently employed, and if not, when did he stop working? Is he institutionalized? Does he have an active driver's license? Does he conduct his own financial affairs or has a guardian been appointed for him? Are there conditions such as a limited number of hours which would permit him to testify?

Next, in your May 23, 2008 letter, you stated that the Government planned to wait until the Court ruled on the pending motion, Dkt. 5176, before scheduling the Administar deposition. On July 14, 2008, the Court allowed the deposition of Administar in the Abbott action. Therefore we ask that you provide us with proposed dates for the scheduling of this

**KELLEY DRYE & WARREN LLP**

George B. Henderson, II, Esq.
July 29, 2008
Page Two

deposition as soon as possible. The Court's order also allowed the continuation of the deposition of Ms. Howell and Mr. Thompson, and we ask that you keep us advised of the proposed dates for those depositions as well.

Finally, as you know, we need to depose Larry Reed. This has been in negotiation for months now, and at this point Dey is prepared to use one of its ten depositions to simply get the Government to produce him in August for a full deposition by Dey. Please advise when he can be available.

Thank you for your prompt attention to these requests.

Sincerely yours,

Sarah L. Reid

cc: Laurie Oberembt, Esq. (via e-mail)
Gary Azorsky, Esq. (via e-mail)
David S. Torborg, Esq. (via e-mail)
Eric Gortner, Esq. (via e-mail)
Ana Maria Martinez, Esq. (via e-mail)