# EXHIBIT F



TO: Rob, Bob, Amy
FROM: Karen
DATE: 11/8/95
RE: INVOICE PRICES

Attached are 3 spreadsheets listing supplier prices for albuterol sulfate 0.083% (generic). The supplier price listings are divided into 3 categories:

I. Suppliers who purchased from a manufacturer. (The only manufacturer's invoice I have seen is Dey's.)

II. Suppliers who purchased from a wholesaler.

   A. In most cases, this supplier is a pharmacy and medical equipment company or a pharmacy who purchased from:
      1. Bergen Brunswig
      2. Fox Meyer
      3. McKesson
      4. Express Meds

   B. I have included in this category suppliers who purchased from
      1. Harvard Drug Group
      2. Durr Drug
      3. Medical Management
      4. Texas Drug Company
   (My best guess is that these companies are wholesalers.)

   c) In this category, the only suppliers did not check "Pharmacy" on the survey are
      1. Craig Home Care, who purchased from Morris & Dickson Co.
      2. Suburban Medical Supplies, who purchased from Dawn Pharmaceuticals

   Normally, a medical equipment supplier would purchase from a pharmacy and not a wholesaler. However, I included these two suppliers in this category because they both indicated that they had dispensed the drug and because Dawn and Morris & Dickson appear to be wholesalers.

III. Suppliers who purchased from a pharmacy. This category includes

   A. Medical equipment suppliers who purchased from a large, mail-order pharmacy, such as
      1. Pulmo-Dose

HHD011-0915    F

      2. Health Script
      3. Accurate Pharmacy
      4. Alabama Rx Service
      5. Pulmonary Rx Provider

B. Medical equipment and pharmacy suppliers who also purchased from a large, mail-order pharmacy

C. Medical equipment suppliers who purchased from what appears to be a local pharmacy (such as Live & Let Live Drug Store in Miami).

Many of these medical equipment companies indicated that they dispensed the drug, even though they are not pharmacies.

On these spreadsheets, the initials in the "Business Activity" represent what the supplier checked on the survey.

P     Pharmacy
ME   Medical Equipment Company
W    Wholesaler
DM   Drug Manufacturer
O     Other

Keep in mind that each entry in the spreadsheets is a claim. If Pro Med Services has 20 claims, it has 20 entries. The average price is not the average for all suppliers--it is the average for all claims.

A few notes:

The number of units purchased does not appear to affect the unit price.

Dey charges different prices to different customers.

The suppliers who get the best prices from Dey are:

| Accurate Medical | $0.1167 per ml |
| Respiflow | $0.1167 per ml |
| Nebu-Med Pharmacy | $0.1167 per ml |

Suppliers who pay Dey the most:

| American Homepatient | $0.1667 per ml |
| Computerx Pharmacy | $0.1667 per ml |

- a difference of $0.05 (43% of $0.1167 or 30% of $0.1667)

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A MANUFACTURER**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|
| CA01 | | | 04/08/94 | Promed Services | P, ME | Dey | 03/29/94 | $0.1400 |
| CA02 | | | 09/15/94 | Pro Med Services | P, ME | Dey | 02/05/95 | $0.1267 |
| CA03 | | | 02/05/95 | Pro Med Services | P, ME | Dey | 02/05/95 | $0.1267 |
| CA07 | | | 09/06/94 | Accurate Medical | P, ME | Dey | 09/05/95 | $0.1167 |
| CA53 | | | 10/25/94 | Pro Med Services | P, ME | Dey | 10/06/94 | $0.1267 |
| CA55 | | | 02/22/94 | Orange Belt Pharm. | P, ME | Dey | 01/19/94 | $0.1533 |
| CA56 | | | 09/15/94 | Orange Belt Pharm. | P, ME | Dey | 07/18/94 | $0.1533 |
| CA64 | | | 02/17/94 | Orange Belt Pharmacy | P, ME | Dey | 01/19/94 | $0.1533 |
| CA65 | | | 04/20/94 | Quality Care Services | P | Dey | 03/18/94 | $0.1667 |
| FL10 | | | 08/30/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| FL13 | | | 05/27/94 | Direct Rx | P, ME | Dey | 05/16/94 | $0.1500 |
| FL14 | | | 02/25/94 | American Homepatient | W, ME | Dey | 02/25/94 | $0.1667 |
| FL14 | | | 02/25/94 | American Homepatient | W, ME | Dey | 01/24/94 | $0.1667 |
| FL50 | | | 02/13/94 | Health Meds, Inc. | P | Dey | 01/07/94 | $0.1333 |
| FL65 | | | 01/25/94 | Welaka Pharmacy | P | Dey | 12/29/93 | $0.1533 |
| FL69 | | | 03/17/94 | Pro Med Services | P, ME | Dey | 04/29/94 | $0.1400 |
| FL70 | | | 07/07/94 | Pro Med Services | P, ME | Dey | 07/07/94 | $0.1400 |
| IL04 | | | 03/24/94 | Pro Med Services | P, ME | Dey | 03/29/94 | $0.1400 |
| IL05 | | | 07/24/94 | Pro Med Services | P, ME | Dey | 07/07/94 | $0.1400 |
| IL06 | | | 01/24/95 | Pro Med Services | P, ME | Dey | 01/18/95 | $0.1267 |

HHD0011-0917

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
### PURCHASED FROM A MANUFACTURER

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|
| IL32 | | | 08/07/94 | Total Parenteral Services | P, ME | Dey | 07/13/94 | $0.1367 |
| IL60 | | | 03/09/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| IL61 | | | 05/27/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| IL62 | | | 06/29/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| IL70 | | | 01/07/94 | Orange Belt Pharmacy | P, ME | Dey | 01/19/94 | $0.1533 |
| IL71 | | | 05/10/94 | Orange Belt Pharmacy | P, ME | Dey | 03/11/94 | $0.1533 |
| NY08 | | | 02/03/94 | Health Meds | P | Dey | 01/07/94 | $0.1333 |
| NY67 | | | 10/31/94 | Promed | P,ME | Dey | 10/06/94 | $0.1267 |
| NY72 | | | 02/03/94 | Health Meds | P | Dey | 01/07/94 | $0.1333 |
| OT01 | | | 03/13/94 | Alabama Rx Service | O | Dey | 03/07/94 | $0.1533 |
| OT04 | | | 12/06/94 | National Infusion | P | Dey | 11/29/94 | $0.1367 |
| OT06 | | | 09/16/94 | Computerx Pharm. | P, W, ME | Dey | 09/07/94 | $0.1667 |
| OT14 | | | 12/10/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| OT15 | | | 01/03/95 | Pro Med Services | P, ME | Dey | 01/18/95 | $0.1267 |
| OT20 | | | 03/14/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| OT29 | | | 03/11/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| OT42 | | | 01/05/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| PR02 | | | 01/25/94 | Health Meds | P | Dey | 02/23/94 | $0.1333 |
| PR05 | | | 09/12/94 | Total Parenteral Services | P, ME | Dey | 07/13/94 | $0.1367 |
| PR12 | | | 04/17/94 | Homed Pharm. Svcs. | P, ME | Dey | 04/12/94 | $0.1600 |

HHD0011-0918

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
## PURCHASED FROM A MANUFACTURER

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|
| PR13 | - | | 08/23/94 | Homed Pharm. Svcs | P, ME | Dey | 07/12/94 | $0.1600 |
| PR19 | | , J. | 12/31/94 | Total Parenteral Services | P, ME | Dey | 12/12/94 | $0.1233 |
| PR26 | | | 04/11/94 | Total Parenteral Services | P, ME | Dey | 06/07/94 | $0.1367 |
| PR27 | | | 09/15/94 | Total Parenteral Services | P, ME | Dey | 07/13/94 | $0.1367 |
| PR28 | | | 02/21/94 | Health Meds | P | Dey | 02/23/94 | $0.1333 |
| PR29 | | | 12/23/94 | Apolo/Nebu-Med Pharm. | P | Dey | 05/11/95 | $0.1167 |
| PR31 | | | 05/25/94 | Total Parenteral Services | P, ME | Dey | 06/07/94 | $0.1367 |
| PR35 | | | 03/25/94 | Total Parenteral Services | P, ME | Dey | 01/07/94 | $0.1400 |
| PR36 | | | 12/30/94 | Total Parenteral Services | P, ME | Dey | 12/12/94 | $0.1233 |
| PR37 | | | 01/20/94 | Health Meds | P | Dey | 02/23/94 | $0.1333 |
| PR38 | | | 03/17/94 | Total Parenteral Services | P, ME | Dey | 01/07/94 | $0.1400 |
| PR39 | | | 03/08/94 | Health Meds | P | Dey | 02/23/94 | $0.1333 |
| PR41 | | | 03/20/94 | Total Parenteral Services | P, ME | Dey | 01/07/94 | $0.1400 |
| PR45 | | | 05/04/94 | Total Parenteral Services | P, ME | Dey | 06/07/94 | $0.1367 |
| PR49 | | | 06/27/94 | Total Parenteral Services | P, ME | Dey | 06/07/94 | $0.1367 |
| PR52 | | | 01/18/94 | Total Parenteral Services | P, ME | Dey | 01/07/94 | $0.1400 |
| PR53 | | | 09/09/94 | Total Parenteral Services | P, ME | Dey | 07/13/94 | $0.1367 |
| PR55 | | | 11/23/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX08 | | | 07/22/94 | Pharmacy Factors | P, ME | Dey | 08/08/94 | $0.1433 |
| TX13 | | | 03/11/94 | Accurate Medical | P, ME | Dey | 01/31/95 | $0.1167 |

HHD011-0919

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A MANUFACTURER**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Manuf. | Invoice Date | Price per ml on invoice |
|---|---|---|---|---|---|---|---|---|
| TX17 | | | 05/08/94 | Promed Services | P, ME | Dey | 04/29/94 | $0.1400 |
| TX17 | | | 05/28/94 | Promed Services | P, ME | Dey | 05/17/94 | $0.1400 |
| TX21 | | | 02/09/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX27 | | | 08/07/94 | Respiflow | P,ME | Dey | 09/11/95 | $0.1167 |
| TX37 | | | 03/24/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX40 | | | 09/12/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX41 | | | 05/28/94 | Promed Services | P, ME | Dey | 05/17/94 | $0.1400 |
| TX42 | | | 11/13/94 | National Infusion | P | Dey | 11/08/94 | $0.1367 |
| TX44 | | | 03/15/94 | Promed Services | P, ME | Dey | 03/29/94 | $0.1400 |
| TX45 | | | 01/24/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX47 | | | 10/17/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX57 | | | 02/08/94 | Orange Belt Pharmacy | P, ME | Dey | 01/19/94 | $0.1533 |
| TX60 | | | 08/23/94 | Promed Services | P, ME | Dey | 07/07/94 | $0.1400 |
| TX61 | | | 07/07/94 | Pharmacy Factors | P, ME | Dey | 06/06/94 | $0.1433 |
| TX63 | | | 05/05/94 | Accurate Medical | P, ME | Dey | 05/03/94 | $0.1333 |
| TX65 | | | 03/09/94 | Respiflow | P, ME | Dey | 09/11/95 | $0.1167 |
| TX70 | | | 05/18/94 | Pro Med Services | P, ME | Dey | 05/17/94 | $0.1400 |
| TX73 | | | 05/12/94 | National Infusion | P | Dey | 05/12/94 | $0.1633 |
| TX74 | | | 10/28/94 | Accurate Medical | P, ME | Dey | 10/25/94 | $0.1233 |

HHD011-0920

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A MANUFACTURER**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Manuf. | Invoice Date | Price per ml on invoice |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Average: | $0.1354 |
| High: | $0.1667 |
| Low: | $0.1167 |
| Median: | $0.1367 |
| Mode: | $0.1167 |

HHD011-0921

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
## PURCHASED FROM A WHOLESALER

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| CA15 | | | 12/07/94 | Health Meds | P | same | Express Meds | Dey | 10/11/94 | $0.1300 |
| CA16 | | | 05/04/94 | Health Meds | P | same | Express Meds | Dey | 05/10/94 | $0.1433 |
| CA18 | | | 02/11/94 | Komoto Pharm. | P, ME | same | Bergen Brunswig | Dey | 01/27/94 | $0.2591 |
| CA46 | | | 09/01/94 | Health Meds | P | same | Express Meds | Dey | 07/18/94 | $0.1433 |
| CA48 | | | 04/14/94 | Inland Pharmacy | P | same | Bergen Brunswig | | 09/27/95 | $0.1612 |
| CA62 | | | 06/27/94 | Health Meds | P | same | Express Meds | Dey | 05/10/94 | $0.1433 |
| CA68 | | | 09/08/94 | Health Meds | P | same | Express Meds | Dey | 07/18/94 | $0.1433 |
| CA71 | | | 01/10/95 | Health Meds | P | same | Express Meds | Dey | 10/11/94 | $0.1300 |
| FL31 | | | 03/23/94 | Dennis' Pharmacy | P, ME | same | McKesson Drug Co. | | 05/20/94 | $0.2537 |
| FL71 | | | 05/31/94 | Perkins Med. Supp. | ME | Perkins Drug | Bergen Brunswig | Dey | 01/18/94 | $0.2504 |
| FL72 | | | 01/19/94 | Perkins Med. Supp. | ME | Perkins Drug | Bergen Brunswig | Dey | 01/18/94 | $0.2504 |
| IL17 | | | 02/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 01/20/94 | $0.2300 |
| IL18 | | | 03/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 02/03/94 | $0.2260 |
| IL19 | | | 05/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 04/11/94 | $0.2260 |
| IL20 | | | 06/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 05/31/94 | $0.2367 |
| IL21 | | | 08/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 06/08/94 | $0.2367 |
| IL22 | | | 10/01/94 | Suburban Med. Supp. | ME | no response | Dawn Pharmaceuticals | Dey | 09/12/94 | $0.1967 |
| IL34 | | | 03/22/94 | NMS Drugs | P, ME | same | FoxMeyer | Dey | 03/06/94 | $0.2500 |
| IL35 | | | 08/22/94 | NMS Drugs | P, ME | same | FoxMeyer | | 07/31/94 | $0.1860 |
| IL36 | | | 12/27/94 | NMS Drugs | P, ME | same | FoxMeyer | | 12/12/94 | $0.1627 |

HHD011-0922

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A WHOLESALER**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| IL63 | | | 02/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 01/20/94 | $0.2300 |
| IL64 | | | 03/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 02/03/94 | $0.2260 |
| IL65 | | | 05/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 05/04/94 | $0.2367 |
| IL66 | | | 07/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 06/08/94 | $0.2367 |
| IL67 | | | 09/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 06/08/94 | $0.2367 |
| IL68 | | | 10/09/94 | Suburban Med. Supp. | ME | same | Dawn Pharmaceuticals | Dey | 09/12/94 | $0.1967 |
| NY43 | | | 11/10/94 | Health Meds | P | same | Express Meds | Dey | 07/18/94 | $0.1433 |
| NY51 | | | 09/28/94 | Health Meds | P | same | Express Meds | Dey | 07/18/94 | $0.1433 |
| OT22 | | | 01/12/95 | Health Meds | P | same | Express Meds | Dey | 10/11/94 | $0.1300 |
| OT27 | | | 09/16/94 | Fruin Pharmacy | P | same | Bergen Brunswig | | 11/14/94 | $0.2285 |
| OT28 | | | 06/30/94 | TDS Pharm. | P, ME | same | ...Harvard Drug Group | Warrick | | $0.2167 |
| OT32 | | | 07/14/94 | Professional Home Care | P | same | Durr Drug | Dey | 07/26/94 | $0.1783 |
| PR04 | | | 12/27/94 | Health Meds of PR | P | same | Express Meds | Dey | 10/12/94 | $0.1433 |
| PR07 | | | 11/10/94 | Health Meds of PR | P | same | Express Meds | Dey | 10/12/94 | $0.1433 |
| PR10 | | | 06/11/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| PR14 | | | 01/18/95 | Health Meds of PR | P | same | Express Meds | Dey | 03/30/95 | $0.1567 |
| PR17 | | | 08/03/94 | Health Meds of PR | P | same | Express Meds | Dey | 07/19/94 | $0.1433 |
| PR18 | | | 05/09/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| PR20 | | | 07/07/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| PR22 | | | 01/27/95 | Health Meds of PR | P | same | Express Meds | Dey | 03/30/95 | $0.1567 |

HHD011-0923

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A WHOLESALER**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| PR25 | | | 11/17/94 | Health Meds of PR | P | same | Express Meds | Dey | 10/12/94 | $0.1433 |
| PR33 | | | 07/07/94 | Health Meds of PR | P | same | Express Meds | Dey | 07/19/94 | $0.1433 |
| PR34 | | | 10/19/94 | Health Meds of PR | P | same | Express Meds | Dey | 07/19/94 | $0.1433 |
| PR40 | | | 04/27/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| PR43 | | | 07/01/94 | Health Meds of PR | P | same | Express Meds | Dey | 07/19/94 | $0.1433 |
| PR44 | | | 07/22/94 | Health Meds of PR | P | same | Express Meds | Dey | 07/19/94 | $0.1433 |
| PR46 | | | 01/04/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| PR47 | | | 01/30/95 | Health Meds of PR | P | same | Express Meds | Dey | 03/30/95 | $0.1567 |
| PR54 | | | 04/28/94 | Health Meds of PR | P | same | Express Meds | Dey | 05/30/94 | $0.1433 |
| TX03 | | | 07/05/94 | Health Meds | P | same | Express Meds | Dey | 07/18/94 | $0.1433 |
| TX09 | | | 10/13/94 | Doctor's Choice Pharm. | P | same | ? | Dey | 10/12/94 | $0.1633 |
| TX10 | | | 01/01/94 | Bounds Pharm. | P, ME | same | Bergen Brunswig | Dey | 01/03/94 | $0.2233 |
| TX11 | | | 04/14/94 | Bounds Pharm. | P, ME | same | Bergen Brunswig | Dey | 04/13/94 | $0.1909 |
| TX12 | | | 06/14/94 | Bounds Pharm. | P, ME | same | Bergen Brunswig | Dey | 06/06/94 | $0.1909 |
| TX23 | | | 04/15/94 | BFT Pharmacy | P | same | Medical Management | Dey | 12/22/93 | $0.3167 |
| TX25 | | | 07/25/94 | Comal Drug | P, ME | same | FoxMeyer | Dey | 07/25/94 | $0.2541 |
| TX28 | | | 03/29/94 | Medical IV, Inc. | P | same | Texas Drug Company | Dey | 03/21/94 | $0.1700 |
| TX30 | | | 11/28/94 | Health Meds | P | same | Express Meds | Dey | 10/11/94 | $0.1300 |
| TX31 | | | 01/03/95 | Craig Home Care | ME | same | Morris & Dickson Co. | Dey | 12/27/94 | $0.1879 |
| TX32 | | | 11/17/94 | BFT Pharmacy | P | same | Medical Management | Dey | 12/22/93 | $0.3167 |

HHD011-0924

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
### PURCHASED FROM A WHOLESALER

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| TX33 | | | 01/16/95 | Health Meds | P | same | Express Meds | Dey | 10/11/94 | $0.1300 |
| TX58 | | | 01/15/94 | BFT Pharmacy | P | same | Medical Management | Dey | 12/22/93 | $0.3167 |

Average: $0.1870

High: $0.3167

Low: $0.1300

Median: $0.1620

Mode: $0.1433

HHD011-0925

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
## PURCHASED FROM A PHARMACY

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| CA10 | | | 09/02/94 | Homox Corp. | ME | Direct Rx | Pulmo-Dose | Dey | 09/02/94 | $0.2100 |
| CA19 | | | 03/17/94 | Afforable Breath. Care | ME | Alabama Rx Service | Alabama Rx Service | Dey | 05/03/94 | $0.2167 |
| CA27 | | | 11/04/94 | Westar Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/14/94 | $0.2633 |
| CA39 | | | 02/15/94 | Orolake Home Care | ME, DM | same | Promed Pharmacy | Dey | 02/17/94 | $0.2633 |
| FL08 | | | 11/30/94 | Homecare Med. Assoc. | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 12/13/94 | $0.1833 |
| FL15 | | | 10/18/94 | Assoc. Oxygen & Resp. | ME | Arthur's Drugs | Arthur's Discount Drugs | Dey | 11/16/94 | $0.2333 |
| FL17 | | | 04/27/94 | Sunshine Medical | ME | same | Pulmonary Rx Provider | Dey | 04/27/94 | $0.2200 |
| FL18 | | | 12/07/94 | Sunshine Medical | ME | same | Pulmonary Rx Provider | Dey | 12/05/94 | $0.2167 |
| FL20 | | | 03/16/94 | Treasure Coast Medical | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 03/16/94 | $0.2500 |
| FL22 | | | 11/14/94 | Americair of Central FL | ME | Pharmacy Factors | Pharmacy Factors | Warrick | 11/14/94 | $0.2167 |
| FL30 | | | 10/05/94 | COPD Med. Home Svc. | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 10/05/94 | $0.2100 |
| FL32 | | | 09/22/94 | American Home Oxygen | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 09/22/94 | $0.2167 |
| FL33 | | | 07/21/94 | A Action Med. Equip. | ME | same | Pulmonary Rx Provider | Dey | 07/22/94 | $0.2236 |
| FL35 | | | 03/22/94 | Cardiopulmonary Care | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 03/22/94 | $0.2333 |
| FL36 | | | 02/09/94 | Atlantic Med. Supp. | ME | Live & Let Live Drugs | Live & Let Live Drug Store | Dey | 02/09/94 | $0.2500 |
| FL38 | | | 05/10/94 | Respitec Med. Equip. | ME | Thayer's Pharm. | Thayer's Colonial Pharm. | Dey | 05/31/94 | $0.2333 |
| FL42 | | | 01/19/94 | Cardiopulm. Health Care | ME | same | Nebu-Med Pharmacy | Dey | 01/19/94 | $0.2500 |
| FL43 | | | 03/31/94 | DME Group | ME | same | Nebu-Med Pharmacy | Dey | 03/31/94 | $0.2267 |
| FL44 | | | 06/30/94 | DME Group | ME | same | Nebu-Med Pharmacy | Dey | 06/30/94 | $0.2267 |
| FL45 | | | 01/06/95 | Resp. Health Care Svcs. | ME | same | Nebu-Med Pharmacy | Dey | 02/23/94 | $0.2000 |

HHD011-0926

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
## PURCHASED FROM A PHARMACY

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| FL47 | | | 01/27/94 | Manatee Resp. Svc. | ME | Respiratory Pharm. | Respiratory Pharm. | Dey | 01/27/94 | $0.2500 |
| FL48 | | | 09/06/94 | Manatee Resp. Svc. | ME | Respiratory Pharm. | Respiratory Pharm. | Dey | 09/06/94 | $0.2200 |
| FL49 | | | 03/23/94 | FL Home Medical | ME | same | Health Script | Dey | 04/16/94 | $0.2333 |
| FL51 | | | 12/07/94 | Caring Resp. Svcs. | ME | Nebu-Med Pharmacy | Nebu-Med Pharmacy | Dey | 12/06/94 | $0.2000 |
| FL54 | | | 02/24/94 | American Home Oxygen | ME | Pulmonary Rx | Pulmonary Rx Provider | Dey | 02/24/94 | $0.2200 |
| FL66 | | | 08/25/94 | Bitting's Pharmacy | P, ME | "don't know" | Welaka Pharmacy | ? | 08/27/94 | $0.2133 |
| FL67 | | | 04/04/94 | Oxy-Stat | ME | "don't know" | Pulmonary Rx Provider | Dey | 03/07/94 | $0.2500 |
| IL02 | | | 08/08/94 | Erich-CA | ME | Health Script | Health Script | Dey | 08/22/95 | $0.2000 |
| IL28 | | | 11/16/94 | DMH Med. Equip. | ME | Health Script | Health Script | Dey | 11/16/94 | $0.2500 |
| IL33 | | | 10/01/94 | Cardio Resp. Assist. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 10/11/94 | $0.2267 |
| IL45 | | | 01/08/94 | Lincoln Med. Equip. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 12/29/93 | $0.2500 |
| IL46 | | | 05/31/94 | Lincoln Med. Equip. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 05/21/94 | $0.2500 |
| IL47 | | | 11/07/94 | Lincoln Med. Equip. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 11/03/94 | $0.2267 |
| IL73 | | | 08/29/94 | Home Air of Joliet | ME | same | Health Script | Dey | 08/19/94 | $0.2500 |
| IL75 | | | 02/01/95 | Gateway Home Health | ME | Pulmo-Dose | Pulmo-Dose | Dey | 02/03/95 | $0.2267 |
| NY01 | | | 07/01/94 | Alpine Home Med. Equip. | ME | same | Health Script | Dey | 07/07/94 | $0.2167 |
| NY09 | | | 03/18/94 | Capital Oxygen Service | ME | Pulmo-Dose | Pulmo-Dose | Dey | 03/22/94 | $0.2567 |
| NY10 | | | 03/29/94 | Buffalo Oxygen Svc. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 03/30/94 | $0.2567 |
| NY30 | | | 01/04/94 | Buffalo Oxygen Svc. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/07/94 | $0.2567 |
| NY42 | | | 11/02/94 | CAM Med. Supp. | ME | Health Script | Health Script | Dey | 11/30/94 | $0.2200 |

HHD011-0927

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
## PURCHASED FROM A PHARMACY

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| NY48 | | | 04/28/94 | Critical Care Assoc. | P, ME | same | Welaka Pharm. | Dey | 05/03/94 | $0.2333 |
| NY56 | | | 01/29/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/28/94 | $0.2500 |
| NY57 | | | 01/29/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/28/94 | $0.2500 |
| NY58 | | | 01/29/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/28/94 | $0.2500 |
| NY59 | | | 06/01/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 06/07/94 | $0.2500 |
| NY60 | | | 06/28/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 06/29/94 | $0.2500 |
| NY61 | | | 07/22/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 07/24/94 | $0.2500 |
| NY62 | | | 09/20/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 10/07/94 | $0.2267 |
| NY63 | | | 10/17/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | | |
| NY64 | | | 11/17/94 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 11/18/94 | $0.2267 |
| NY65 | | | 01/10/95 | HSM Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 01/11/95 | $0.2267 |
| NY68 | | | 04/30/94 | Respl. Support Svcs. | ME | Health Script | Health Script | Dey | 04/30/94 | $0.2433 |
| OT07 | | | 05/22/94 | Master Care | ME | Health Script | Health Script | Dey | 08/04/94 | $0.2167 |
| OT10 | | | 03/08/94 | Southeastern Resp. | ME | Prescription Shoppe | The Prescription Shoppe | ? | 03/11/94 | $0.1667 |
| OT31 | | | 03/15/94 | Stat Med. Equip. | ? | same | Alabama Rx Service | Dey | 03/15/94 | $0.2000 |
| OT33 | | | 05/26/94 | Family Home Medical | ME | Health Script | Health Script | Dey | 05/26/94 | $0.2333 |
| OT37 | | | 11/14/94 | Foley Medical | ME | Pulmo-Dose | Pulmo-Dose | Dey | 11/16/94 | $0.2167 |
| OT45 | | | 02/09/94 | Cross Med. Equip. | ME | Alabama Rx Service | Alabama Rx Service | Dey | 02/28/94 | $0.2167 |
| OT46 | | | 12/13/94 | Morgan Drugs | P | same | Alabama Rx Service | Dey | 01/05/95 | $0.1533 |
| OT47 | | | 01/16/95 | Hilltop Med. Equip. | ME | Alabama Rx Service | Alabama Rx Service | Dey | 01/31/95 | $0.2100 |

HHD011-0928

## SUPPLIER PRICES FOR ALBUTEROL SULFATE 0.083%
**PURCHASED FROM A PHARMACY**

| Claim # | HIC # | Beneficiary | Date of Service | Supplier | Business Activity | Drug Dispensed By | Purchased From | Manuf. | Invoice Date | Price per ml on Invoice |
|---|---|---|---|---|---|---|---|---|---|---|
| OT52 | | | 08/11/94 | Mid-Atlantic Med. Supp. | ME | Pulmo-Dose | Pulmo-Dose | Dey | 08/11/94 | $0.2267 |
| OT54 | | | 08/19/94 | Headly Home Care | ME | Health Script | Health Script | Dey | 08/19/94 | $0.2267 |
| PR06 | | | 01/07/94 | Lifetron Ltd. Corp. | ME | Farmacia Nueva Modelo | Nueva Modelo | ? | 01/05/94 | $0.2067 |
| PR09 | | | 01/15/94 | AMEC Med. Equip. | ME | Welaka Pharmacy | Welaka Pharm. | Dey | 01/14/94 | $0.2333 |
| PR24 | | | 10/29/94 | Pulmed Corp. | ME | Apolo Pharmacy | Apolo (Nebu-Med) Pharm. | ? | 10/29/94 | $0.2000 |
| PR51 | | | 03/02/95 | Pulmed Corp. | ME | Apolo Pharmacy | Apolo (Nebu-Med) Pharm. | ? | 03/02/94 | $0.2250 |
| TX01 | | | 08/16/94 | White Cross Medical | ME | same | White Cross Pharmacy | Dey | 08/16/94 | $0.2667 |
| TX36 | | | 05/23/94 | Tri-State Home Resp. | ME | Health Meds | Health-Meds, Inc. | Dey | 07/03/95 | $0.2000 |
| TX39 | | | 12/28/94 | Scott Med. Supp. | ME | same | Wichita Falls Clinic Pharm. | Dey | 12/28/94 | $0.2527 |
| TX50 | | | 03/23/94 | Longview Home Medical | ME | same | Accurate Pharmacy | Dey | 02/28/94 | $0.2333 |
| TX67 | | | 12/21/94 | Texas Homecare | ME | Accurate Pharmacy | Accurate Pharmacy | Dey | 12/21/94 | $0.2333 |

Average: $0.2285

High: $0.2667
Low: $0.1533

Median: $0.2267
Mode: $0.2500

HHD011-0929