## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| *City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) ) ) | |
| *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. 03-CV-229) ) ) | |
| *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) ) ) | |
| *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) ) ) | |
| *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) ) ) | |
| *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) ) ) | |
| *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) ) ) | |
| *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) ) ) | |
| *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) ) ) | |

[Caption Continues on Next Page]

## **DECLARATION OF SARA JANE SHANAHAN**

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06206) | ) ) |
| *County of Wayne v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06138) | ) ) |
| *County of Monroe v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06148) | ) ) |
| *County of Yates v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06172) | ) ) |
| *County of Niagara v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06296) | ) ) |
| *County of Seneca v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06370) | ) ) |
| *County of Orleans v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06371) | ) ) |
| *County of Ontario v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06373) | ) ) |
| *County of Schuyler v. Abbott Labs, et al.* (W.D.N.Y. No. 05-CV-06387) | ) ) |
| *County of Steuben v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06223) | ) ) |
| *County of Chemung v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06744) AND | ) ) ) |
| *County of Nassau v. Abbott Labs., et al.* (E.D.N.Y. No. 04-CV-5126) | ) ) ) |

## DECLARATION OF SARA JANE SHANAHAN

1. I am a partner at the law firm of Sherin and Lodgen LLP, counsel for defendant Watson Pharmaceutical, Inc. and its subsidiary, Schein Pharmaceutical, Inc. (now known as Watson Pharma, Inc.) (collectively, "Watson") in the above-captioned matter. I make this declaration in support of Watson Pharmaceutical, Inc. and Watson Pharma, Inc.'s *Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.*

2. Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of excerpts of the Declaration of Meredith Rosenthal: Report on the Prescription Drug Market (February

28, 2008), which was previously attached to the March 31, 2008 Declaration of Susan J. Matthees, D. Mass., 03-cv-11865-PBS (Dkt. No. 493).

3. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from the deposition of Napoleon D. Clark (June 27, 2007).

4. Attached hereto as Exhibit 3 is a true and accurate copy of excerpts from the deposition of Andrew Boyer (July 14, 2004).

5. Attached hereto as Exhibit 4 is a true and accurate copy of the Declaration of Non-Party First Databank's Custodian of Business Records, with Exhibits A-F.

6. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from the deposition of Paul Jeffrey (October 19, 2007).

7. Attached hereto as Exhibit 6 is a true and accurate copy of the March 28, 2008 Declaration of Jesse Childs, with Attachments 1-2.

8. Attached hereto as Exhibit 7 is a true and accurate copy of excerpts from the deposition of Andrew Boyer (May 4, 2009).

I declare under the pains and penalties of perjury that the foregoing is true and correct.

/s/ Sara Jane Shanahan

June 15, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Sara Jane Shanahan
Sara Jane Shanahan