# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

THE COMMONWEALTH OF MASSACHUSETTS,

        Plaintiff,

v.                                         C.A. No.

MYLAN LABORATORIES, INC., ET AL.,    03-CV-11865-PBS

        Defendants.

        (caption continues)

---

VIDEOTAPED RULE 30(b)(6) DEPOSITION OF COMMONWEALTH

OF MASSACHUSETTS BY ITS DESIGNEE, PAUL JEFFREY, Pharm.D.

Friday, October 19, 2007

9:36 a.m. to 3:28 p.m.

ROPES & GRAY LLP

One International Place

Boston, Massachusetts

Reporter: Marianne R. Wharram, CSR/RPR

4d90cc93-726b-47d0-8210-954fc85a18ff

Jeffrey, Pharm.D. 30(b)(6), Paul                    October 19, 2007
                    Boston, MA

Page 169

1    Q.  -- that showed that the actual acquisition
2    of prescription drugs was as much as 30 to 40
3    percent off AWP, right?
4    A.  I don't remember the details of that
5    particular report, but if that's what it said, I'll
6    accept your --
7    Q.  Okay. And also, you had an understanding
8    that the actual acquisition cost of drugs -- again,
9    this is back in '97 -- was somewhat below WAC?
10   A.  I don't recall if that report stated -- if
11   it addressed WAC, the '97 report.
12   Q.  I'm not trying to suggest the '97 report
13   specifically addressed WAC.
14   A.  Oh, okay.
15   Q.  I guess what I'm asking you is that based
16   on what you knew about the large spreads, that if
17   you're looking at generic drugs in 1997, you do
18   have a pretty good idea that you can purchase
19   generic drugs below WAC, right?
20   A.  A pretty good idea I guess would be a fair
21   assessment, yes.
22   Q.  Right. And you couldn't put an exact

Jeffrey, Pharm.D. 30(b)(6), Paul	October 19, 2007
Boston, MA

Page 170

1   number on it?

2       A.   That's true.

3       Q.   But you do know they are available at some
4   number less than WAC?

5       A.   Yes.

6       Q.   As early as 1997?

7       A.   Yes.

8       Q.   Okay.  Let me show you a chart.  I'm
9   sorry; I don't have multiple copies of this, and I
10  really only have a couple of questions.  Let me
11  show you this.  It's an Office of Inspector General
12  report called Cost Containment of Medicaid HIV/AIDS
13  Drug Expenditures, July 2001.  And my question is
14  if you could take a look at this chart on page
15  seven, could you tell me, does this chart on page
16  seven of the report comport with your understanding
17  of pricing terminology and the way pricing worked
18  certainly as of 2002 when you testified earlier you
19  prepared the report for the Commonwealth
20  legislature?

21           MR. PATTEN:  Neil, could I just ask you,
22  are you going to mark this for purposes of