# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

------------------------------------------------------------- :

THE COMMONWEALTH OF MASSACHUSETTS, :

      Plaintiff, :

    - against - :   CIVIL ACTION NO.
:   03-cv-11865-PBS
MYLAN LABORATORIES, INC., et al. :

          :

      Defendants. :
------------------------------------------------------------- :

# DECLARATION OF JESSE CHILDS
# IN SUPPORT OF WATSON OPPOSITION
# TO MOTION FOR SUMMARY JUDGMENT

1.  My name is Jesse Childs.  I currently am employed at Watson

Pharmaceuticals, Inc., in Corona, California, as the Manager of Outsourced Products.

2.  From 1992 through 2000, I was the Manager of Sales Administration and

then the Senior Director of Sales Administration for Watson Laboratories, Inc.,

("Watson") an affiliate of Watson Pharmaceuticals, Inc.

3.  Part of my responsibilities during that time period was to communicate

with First DataBank, Inc., a publisher of pricing and pricing benchmark data for the

pharmaceutical trade.

4.  The document attached as Exhibit A is a letter dated November 15, 1994

from First DataBank addressed to me.  I received this in the regular course of my

responsibilities with Watson.  On the third page of this document, First DataBank

describes the "Average Wholesale Price (AWP)" as "either the published suggested

wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey." Because Watson did not survey wholesalers for their prices, I understood the definition of AWP from Watson to be a "suggested wholesale price." This was the definition of AWP I used when I supplied AWPs to First DataBank, and in verifying prices when First DataBank asked me to do so. I did not believe the AWP to be an average of actual acquisition costs by Watson's customers.

5. I believe that the form letter (Attachment 1) was the same form letter that was generally used by First DataBank to request verification of pricing data during the period that I reviewed these forms.

6. These letters also attached a definition of WAC as the "Wholesale Net Price" or "Price to wholesaler or distributor," although Watson did not supply First DataBank or other third-party publishers with a WAC from 1992 through August of 2000.

7. Attached as Exhibit 2 are samples of copies of a publication from First DataBank called "Price Alert." I believe that Watson regularly received copies of this publication.

I declare under penalties of perjury that the foregoing is true and correct.

Executed at Corona, California on March 25, 2008.

_Jesse Childs_
Jesse Childs

# EXHIBIT 1

*The leader in electronic drug databases*

# First DataBank

A52544

November 15, 1994

Mr. Jessie J. Childs III
WATSON LABORATORIES, INC.
311 Bonnie Circle
Corona, CA. 91720
(909) 270-1400

Dear Mr. Jessie J. Childs III:

Enclosed please find a report of your products as listed in First DataBank's database, The National Drug Data File (NDDF). This information will appear in the 1993-1994 American Druggist BLUE BOOK, unless you make changes and return the document by December 15, 1994.

The address listed above appears in our records and is printed in the index of manufacturers in the BLUE BOOK. If the address, phone number or contact person is incorrect, please update the information accordingly.

The report includes all pricing information in NDDF for your company's products as of November 1, 1994. It is extremely important that you update all relevant pricing categories, including wholesale prices, which are the basis for reimbursement for several state Medicaid programs. This price is not published in BLUE BOOK or PRICEALERT magazine.

First DataBank updates NDDF on a daily basis. Once you have updated this annual document, you should provide any price or product changes to First DataBank when they happen. This will ensure that your company's product information is always up-to-date for wholesalers, chain and independent pharmacies, and third-party providers.

Please complete the attached forms and update the report as soon as possible. Please include a copy of your most recent catalog. Remember, the deadline for BLUE BOOK changes is December 15, 1994.

Thank you for your time and continued cooperation. If you have any further questions, please contact the Editorial Services Department at (415)588-5454.

Beth Rader,  Larry Taylor
Associate Editors

HIGHLY CONFIDENTIAL
WATMA 005083

The Hearst Corporation. 1111 Bayhill Drive, San Bruno, California 94066. Telephone: (415) 588-5454  Fax: (415) 588-6867

# EXHIBIT 2

**The leader in electronic drug databases**

# FirstDataBank

## THE  BLUE BOOK ANNUAL PRODUCT UPDATE REPORT

# *INSTRUCTIONS*

## FAILURE TO PROVIDE COMPLETE INFORMATION WILL RESULT IN A DELAY OF YOUR PRODUCT UPDATES

☞FOR *PRODUCT PRICE* CHANGES AND/OR *ADDITIONS* YOU MUST INCLUDE :

    1) NDC/UPC/HRI  code numbers,  label name,  package and case quantity.
    2) For generic products,  please furnish an ingredient listing or label .
    3) For unique products,  please furnish a copy of the package  ingredients.
    4) Suggested or Average Wholesale price with the effective date.
    5) Direct price if selling direct to retail outlets, physicians etc.
    6) Wholesale Net price with the effective date.

☞ON  *DISCONTINUED PRODUCTS,* YOU MUST INCLUDE:

    1) NDC/UPC/HRI  codes,   label name,  package and  case  quantitiy with the effective date of discontinuance.

☞ON *PRODUCT CODE NUMBER CHANGES* AND/OR  *FORMULATION CHANGES* YOU MUST INCLUDE:

    1) Old and new product number ,  product name and the effective date of change.
    2) Copy of the package insert or  ingredients if product has a new formulation.

### *EFFECTIVE DATES ARE REQUIRED FOR ALL CHANGES*

## PLEASE RETURN THIS DOCUMENT WITH YOUR UPDATED PRINTOUT OR PRICE LIST SUBMISSION. THANK YOU AGAIN FOR YOUR COOPERATION.

Changes made by_____Contact person.
          *(please print)*

Your  Title_____Date ____/____/____

   Your telephone: (_____)_____-_____  (ext:_____  Fax: (_____)_____-_____

HIGHLY CONFIDENTIAL
WATMA 005084

The Hearst Corporation, 1111 Bayhill Drive, San Bruno, California 94066, Telephone, (415)588-5454, Fax, (415)588-6867

# First DataBank

*The leader in electronic drug databases*

## The 1994-95 Blue Book
### (product descriptions/definitions)



| National Drug Code(NDC) | Universal Product Code(UPC) | Health Related Item Code(HRI) | Product Label Name & Strength | Unit Package Quantity | Wholesale Net Price | Direct Price | Average Wholesale Price | Effective Date of Change |
|---|---|---|---|---|---|---|---|---|
| 12345-1234-12 | | | DARVON-N 100MG TAB | 100.0 EA | $35.00 | $37.00 | $48.75 | 93/08/01 |

OTC   C-IV   U-D

color:     flavor:     shape:     needle gauge:     needle length:     syringe capacity:

**Include (where applicable):**
• Product descriptions: colors, shape, flavor, needle gauge/length or syringe capacity

**Please include:**
• Drug Class - Over the Counter or Rx
• Drug Enforcement Agency Code(DEA)
• Any additional Product Descriptions.

**Pricing definitions:**
• Wholesale Net Price or Wholesale Acquisition Cost (WAC) - Price to wholesaler or distributor.
• Direct Price - Price to pharmacies or physicians.
• Average Wholesale Price (AWP) - Is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.
• The Effective Date - Date of price or product change.

HIGHLY CONFIDENTIAL
WATMA 005085

4    REDACTED PAGE(S)

HIGHLY CONFIDENTIAL
WATMA 005086

(A52544) WATSON LABS

THE 1994-95 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

PAGE 5

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 52544-0349-01 RX C-III | HYDROCODONE/APAP 5/500 TAB | 100.0 EA | $0.00 | $0.00 | $19.75 | 94/03/03 |
| | | | | | date of change: _/_/_ | |
| 52544-0349-05 RX C-III | HYDROCODONE/APAP 5/500 TAB | 500.0 EA | $0.00 | $0.00 | $97.75 | 94/03/03 |
| | | | | | date of change: _/_/_ | |

HIGHLY CONFIDENTIAL
WATMA 005087

___3___ REDACTED PAGE(S)

HIGHLY CONFIDENTIAL
WATMA 005088

(A52544) WATSON LABS

THE 1994-95 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|-----|---------------------|-----------|--------|-----|-----|----------------|
| 52544-0387-01 RX C-III | HYDROCODONE/APAP 7.5/750 TB | 100.0 EA | $0.00 | $0.00 | $35.44 | 94/03/15 |
| | | | | | | date of change: _/_/_ |
| 52544-0387-05 RX C-III | HYDROCODONE/APAP 7.5/750 TB | 500.0 EA | $0.00 | $0.00 | $165.56 | 94/03/15 |
| | | | | | | date of change: _/_/_ |

HIGHLY CONFIDENTIAL
WATMA 005089

PAGE 9

REDACTED PAGE(S)

HIGHLY CONFIDENTIAL
WATMA 005090

**The leader in electronic drug databases**

# First DataBank

### THE 1994-95 BLUE BOOK ANNUAL PRODUCT UPDATE REPORT

## NEW PRODUCT ADDITIONS

### DOCUMENT YOUR NEW PRODUCT ADDS BELOW:
*(Copy this document if you have more than two product adds, thank you.)*

| | |
|---|---|
| NDC NUMBER: | |
| UPC IF APPLICABLE: | |
| HRI/OTHER IF APPLICABLE: | |
| PRODUCT LABEL NAME: | |
| STRENGTH: | |
| DOSE FORM: | |
| PACKAGE QTY: | |
| *$WHOLESALE NET:* | $ |
| *$DIRECT PRICE:* | $ |
| *$AWP PRICE:* | $ |
| EFFECTIVE DATE: | |
| OTC OR RX?: | |
| BRAND NAME EQUIVALENT OR ATTACH LABEL  INGREDIENTS: | |

| | |
|---|---|
| NDC NUMBER: | |
| UPC IF APPLICABLE: | |
| HRI/OTHER IF APPLICABLE: | |
| PRODUCT LABEL NAME: | |
| STRENGTH: | |
| DOSE FORM: | |
| PACKAGE QTY: | |
| *$WHOLESALE NET:* | $ |
| *$DIRECT PRICE:* | $ |
| *$AWP PRICE:* | $ |
| EFFECTIVE DATE: | |
| OTC OR RX?: | |
| BRAND NAME EQUIVALENT OR ATTACH LABEL  INGREDIENTS: | |

HIGHLY CONFIDENTIAL
WATMA 005091

# THE OFFICIAL GUIDE TO AWP PRICING

# PriceAlert™



## August 15, 2000

**New Products
In This Issue**

Glucovance
1.25-250mg,
2.5-500mg and
5-500mg
Tablet by
Bristol-Myers Squibb

Sarafem 10mg
and 20mg
Capsule by
Lilly



**FIRSTDATABANK**
*Point-of-Care Knowledge Bases*

**HIGHLY
CONFIDENTIAL**

FDB-AWP 14850

## The Latest Price Changes on Leading Rx and OTC Products

# PriceAlert



## More Timely

Published the 15th of each month. Allows you to make price changes sooner, improving your profits.



## Big Savings

PriceAlert is only $129 a year (12 issues)—a substantial savings over comparable publications. An expense item that really improves your bottom line.



## The Official AWP Price Guide

PriceAlert provides you the same AWP prices used by Aetna, PAID, PCS, MediMet, most Blue Cross and Blue Shield plans, wholesalers and approximately 49 Medicaid programs.



## Subscribe Today!

Stay on top of price changes and improve your profits. Contact us today at 800-428-4495.

**First DataBank**
The Hearst Corporation
1111 Bayhill Drive
San Bruno, California 94066
650-588-5454
800-633-3453
650-588-4003 (fax)
www.firstdatabank.com

FDB-AWP 14851

**HIGHLY CONFIDENTIAL**

# PriceAlert

**Publisher**
Joseph L. Hirschmann, Pharm D

**Editor**
Kay Morgan, Manager, Editorial Services

**Assistant Editor**
Terri Factora
Elaine Kiso
Peter Ngau

**Editorial Staff**
Eric Ammons
Theresa Castro
LaGreta Casey
Inna Dimitshteyn
Lannette Guillory
Norma Ledezma
Michele Totah
Janet Wong

**Production Staff**
Lynda Elliott
Robert Murphy

Volume 12; Number 8

PriceAlert is published monthly for $129.00 per year by First DataBank, 1111 Bayhill Drive, San Bruno, CA 94066.

POSTMASTER: Send address changes to
First DataBank PriceAlert
P.O. BOX 40930
Indianapolis, IN 46240
For additional information, please call 1-800-388-8884

Copyright © 2000, First DataBank, Inc. A wholly owned subsidiary of The Hearst Corporation. Contents of this publication may not be reproduced, stored in a retrieval system, resold or retransmitted in any form without the prior written permission of the publisher. The information reported herein is provided to First DataBank by the various manufacturers and related sources handling the products listed. PriceAlert and First DataBank make no warranty or representation concerning its accuracy.

A Publication of
First DataBank Inc.
The Hearst Corporation

Frank A. Bennack, Jr., President
George R. Hearst, Jr., Chairman
Victor F. Ganzi, Executive Vice President
Richard P. Malloch, Vice President and Group Head
Joseph L. Hirschmann, President, First DataBank Inc.

## Maintenance of First DataBank Drug Files

Maintaining the accuracy of the databases is one of the largest challenges we face. Over the years we have developed relationships with many suppliers who make it a priority to keep us updated. The Product Knowledge Base Services (AKA Editorial) staff proactively and reactively seeks information from the more than 1200 suppliers for which we have products listed.

Generally, suppliers are very good at telling us about new products and updating prices. However, one area where we could use more help is current information on inactive products. Concern has been expressed that we may still be listing as active, products that are no longer widely available in the market. Allowing a product to remain in active status when it is not readily available in the marketplace will hamper the payer's ability to determine appropriate reimbursement and may negatively impact the reimbursement a pharmacist will receive.

The "Obsolete Date/Inactive Flag" data elements on the databases indicate a supplier's intention to no longer manufacture the NDC. We understand that products that are being discontinued are of low priority as they probably were not returning a favorable revenue to the supplier. When questioned, many suppliers state they did not want to have claims for the discontinued product rejected so they were waiting for the product to expire before telling us. By the time the product expires, they have forgotten to tell us. Generally, we do not delete NDCs of inactive products from the databases. We advise our customers that while a product has an "Obsolete Date/Inactive Flag," there may still be product in the market place. As such, a payer should still pay for a product even if it has an "Obsolete Date/Inactive Flag." Additionally, if you are changing an NDC for a product to a new NDC, the databases have the capability of linking the old NDC to the new NDC to minimize any adjudication problems.

Our appeal to suppliers is, PLEASE, let us know as soon as possible of your intention to discontinue the sale of an NDC. If you run into any reimbursement problems due to the "Obsolete Date/Inactive Flag", we will be happy to intercede with our customer. .

Contact the Product Knowledge Base Services Staff at 800-633-3453 if you have products we need to inactivate or you need more information on "Obsolete Date/Inactive Flag."

Kay Morgan

## Contents

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Pricing Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Price Change Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76

FDB-AWP 14852

**HIGHLY CONFIDENTIAL**

1

# PriceAlert

## Features:
1. Drug products are listed alphabetically by brand name, and generic grouping
2. BaseLine pricing (BLP) is included to make price comparison easy
3. Orange Book evaluation codes are included
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit price provided where applicable
6. Separate Price Change Summary by manufacturer is provided.

### Pricing Section

| | | | Dose/Strength Package Size Heading | | | |
|---|---|---|---|---|---|---|
| | | | | **AWP** | | |
| THIOTHIXENE | | | 100  ea | | Rx | Legend/DEA/DESI Indicator |
| Caps | 1mg | | | | | |
| | HCFA | 9.75 | BLP | 20.33 | | HCFA Upper Limit/BaseLine Price |
| 09/16/96 | Geneva | AB | 00781-3226-01 | 21.50 | | |
| | H.Moore | Ab | 00839-7288-06 | 21.06 | | |
| | Major | AB | 00904-2890-60 | 17.50 | | Manufacturer/ Orange Book Code/ NDC/Blue Book AWP |
| Brand Name Reference | NAVANEby | | | | | |
| | Pfizer US | AB | 00049-6720-66 | 40.53 | | |
| | Rugby | Ab | 00536-4952-01 | 17.90 | | |
| 05/03/96 | Schein | AB | 00364-2166-01 | 21.10 | | Price change with Effective Date |

### Price Change Summary

| | | Brand Name | | | |
|---|---|---|---|---|---|
| DERMIK | | | 10/01/94 | | Manufacturer and Effective Date |
| FLORONE | | | | | |
| Cream | 0.05% | | Rx | | |
| | 15 gm | 00066-0074-17 | 22.30 | | |
| | 30 gm | 00066-0074-31 | 31.84 | | |
| | 60 gm | 00066-0074-60 | 53.89 | | |
| Oint | 0.05% | | Rx | | Dose/Strength/ Legend/DEA/DESI Indicator |
| | 15 gm | 00066-0076-17 | 22.30 | | |
| | 30 gm | 00066-0075-31 | 31.84 | | |
| | 60 gm | 00066-0075-60 | 53.89 | | |
| | | | AWP | | |

## Definitions

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," see Detail Definition.

BLUEBOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, etc.

DESI indicates products which lack substantial evidence of effectiveness as reported by the Food and Drug Administration in the Federal Register and products identical, similar, or related.

LEGEND INDICATOR shows whether a drug requires a prescription.

DEA CLASS indicates the DEA class of controlled substances.

### Detail Definition:

Brand/Generic designation within a generic product group is accomplished by listing the brand name in bold type followed by a lower case "br". All generically priced products in the group are listed by manufacturer. Hence, "NAVANEby Pfizer US" indicates the brand, and Geneva, Rugby, etc represent lower AWP pricing.

BaseLine Price deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods. The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size—our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of over 200,000 NDCs and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDCs in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

DESI occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as DESI."

Orange Book Code is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:
AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character. AB = actual or potential problems resolved by evidence. A1,A2 = AB rating assigned when more than one reference drug appears under the same heading.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:
BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

Codes Added by First DataBank
Ab = The Orange Book rating as submitted to HCFA by distributors. Obtained directly from HCFA.
ab = Provided by supplier who has certified in writing that all products sold carry the highest Orange book rating for like products. This is the default when HCFA information has not been reported on an NDC by one of these suppliers.
ZA = Entity evaluated; but not this labeler's products. Rated equivalents (A or B) available. For distributed products, ask Distributor for source or consult label information.
ZB = Non prescription; or not evaluated.
ZC = In Orange Book but does not have therapeutic equivalency rating.

**FDB-AWP 14853**

HIGHLY CONFIDENTIAL

# THE OFFICIAL GUIDE TO AWP PRICING

# PriceAlert™



## Nov 15, 1999

**New Products
In This Issue**

**Tamiflu 75mg Gelcap
By Roche**

**Comtan 200mg Tablet
By Novartis**

**Glucotrol XL
2.5mg tablet
By Pfizer**

**FIRSTDATABANK**
*Point-of-Care Knowledge Bases*

## The Latest Price Changes on Leading Rx and OTC Products

FDB-AWP 15275

HIGHLY CONFIDENTIAL

# PriceAlert



## More Timely

Published the 15th of each month. Allows you to make price changes sooner, improving your profits.



## Big Savings

PriceAlert is only $129 a year (12 issues)—a substantial savings over comparable publications. An expense item that really improves your bottom line.



## The Official AWP Price Guide

PriceAlert provides you the same AWP prices used by Aetna, PAID, PCS, MediMet, most Blue Cross and Blue Shield plans, wholesalers and approximately 49 Medicaid programs.



## Subscribe Today!

Stay on top of price changes and improve your profits. Contact us today at 800-428-4495.

**First DataBank**
The Hearst Corporation
1111 Bayhill Drive
San Bruno, California 94066
650-588-5454
800-633-3453
650-588-4003 (fax)
www.firstdatabank.com

FDB-AWP 15276

HIGHLY
CONFIDENTIAL

# PriceAlert

**Publisher**
Joseph L. Hirschmann, Pharm.D.

**Editor**
Kay Morgan, Manager, Editorial Services

**Assistant Editor**
Terri Factora

**Editorial Staff**
Eric Ammons

Marguerite Blythe

Inna Dimitshtsyn

Kendra Dodds

Elaine Kim

Norma Ledezma

Peter Ngau

**Production Staff**
Lynda Elliott
Robert Murphy

Volume 11; Number 11

PriceAlert is published monthly for $129.00 per year by First DataBank, 1111 Bayhill Drive, San Bruno, CA 94066.

POSTMASTER: Send address changes to
First DataBank PriceAlert
P.O. BOX 40930
Indianapolis, IN 46240
For additional information, please call 1-800-388-8884

Copyright © 1999, First DataBank, Inc. A wholly owned subsidiary of The Hearst Corporation. Contents of this publication may not be reproduced, stored in a retrieval system, resold or retransmitted in any form without the prior written permission of the publisher. The information reported herein is provided to First DataBank by the various manufacturers and related sources handling the products listed. PriceAlert and First DataBank make no warranty or representation concerning its accuracy.

**A Publication of
First DataBank Inc.
The Hearst Corporation**

Frank A. Bennack, Jr., President
George R. Hearst, Jr., Chairman
Victor F. Ganzi, Executive Vice President
Richard P. Malloch, Vice President and Group Head
Joseph L. Hirschmann, President, First DataBank Inc.

## Y2K Preparedness

Much has been said about being prepared for January 1, 2000, when computers roll over to the two-digit year value of 00. Will computers read 00 as 1900 and shut down many systems with a negative impact on our lives. Or, will computers see 00 as 2000 and it will be life as usual. My local radio station announces the number of days until January 1, 2000 and the announcer proceeds to ask if you are prepared. The following summarizes what First DataBank is doing to prepare and to make sure that January 1, 2000 does not disrupt our service.

First DataBank has identified the Y2K compliance of all internal computer applications and systems. Most applications are already compliant, and those that are not have been marked for retirement, replacement or modification to ensure uninterrupted service to all First DataBank customers. In addition, a company task force has verified that all products and services are Y2K compliant.

Our Internet site, www.firstdatabank.com, identifies specific Y2K issues relevant to systems that access First DataBank drug information files. For **NDDF** customers, there is a White Paper on Y2K and for **MDDB** customers, there is a Y2K Technical Bulletin.

Additionally, for **NDDF** customers, we have decided to run our year-end processing a week earlier to ensure that all our customers will have their files prior to December, 31st. Our production will start on the evening of December 21st with shipping beginning on the 22nd. There will be no production the week of December 27th. Our normal production cycle will resume the week of January 6th 2000.

For **MDDB**, the year-end processing schedule will be transparent and the files will be delivered on the regular production schedule.

We have notified vendors and customers of our year-end processing schedule. Some pharmaceutical manufacturers have announced their intent not to raise prices until March 1, 2000 to minimize any impact price increases may have.

First DataBank is prepared for January 1, 2000; are you?

Kay Morgan

You may have noticed that I did not use the word millennium. I refuse to enter into the debate over whether 1/1/2000 is the end or the beginning of a millennium. At this point, I find it best to avoid such controversial topics that will be non-events as of 1/2/2000.

## Contents

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Pricing Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Price Change Summary . . . . . . . . . . . . . . . . . . . . . . . . 79

**FDB-AWP 15277**   **HIGHLY CONFIDENTIAL**   1

# PriceAlert

## Features:

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine pricing (BLP™) is included to make price comparison easy.
3. Orange Book evaluation codes are included.
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit prices are provided where applicable.
6. Separate Price Change Summary by manufacturer is provided.

### Pricing Section

| Generic/Brand Heading | | | | Dose/Strength/Package Size Heading | | | |
|---|---|---|---|---|---|---|---|
| | | | | | AWP | | |
| THIOTHIXENE | | | | 100 ea | Rx | | ← Legend/DEA/DESI Indicator |
| Caps | 1mg | | | | | | |
| | HCFA | 9.75 | BLP | 20.33 | | | ← HCFA Upper Limit/BaseLine Price |
| 09/16/96 Geneva | | AB | 00781-2226-01 | | 21.50 | | |
| | RLMoore | Ab | 00839-7288-06 | | 21.06 | | |
| | Major | AB | 00904-2890-60 | | 17.50 | | ← Manufacturer/Orange Book Code/NDC/Blue Book AWP |
| NAVANEby | | | | | | | ← Brand Name Reference |
| | Pfizer US | Ab | 00049-5720-66 | | 40.53 | | |
| | Rugby | Ab | 00536-4952-01 | | 17.90 | | |
| 05/03/96 Schein | | AB | 00364-2166-01 | | 21.10 | | ← Price change with Effective Date |

### Price Change Summary

| | | Brand Name | | | | |
|---|---|---|---|---|---|---|
| DERMIK FLORONE | | | 10/01/94 | | | ← Manufacturer and Effective Date |
| Cream | 0.05% | | Rx | | | |
| | 15 gm | 00066-0074-17 | | 22.30 | | |
| | 30 gm | 00066-0074-31 | | 31.84 | | |
| | 60 gm | 00066-0074-60 | | 53.89 | | |
| Oint | 0.05% | | Rx | | | ← Dose/Strength/Legend/DEA/DESI Indicator |
| | 15 gm | 00066-0075-17 | | 22.30 | | |
| | 30 gm | 00066-0075-31 | | 31.84 | | |
| | 60 gm | 00066-0075-60 | | 53.89 | | |
| | | | | AWP | | |

## Definitions

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," see Detail Definition.

BLUEBOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, etc.

DESI indicates products which lack substantial evidence of effectiveness as reported by the Food and Drug Administration in the Federal Register and products identical, similar, or related.

LEGEND INDICATOR shows whether a drug requires a prescription.

DEA CLASS indicates the DEA class of controlled substances.

## Detail Definition:

**Brand/Generic** designation within a generic product group is accomplished by listing the brand name in bold type followed a lower case "by". All generically priced products in the group are listed by manufacturer. Hence, "NAVANEby Pfizer US" indicates the brand, and Geneva, Rugby, etc. represent lower AWP pricing.

**BaseLine Price** deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods. The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size—our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of over 200,000 NDCs and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDCs in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

**DESI** occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as "DESI."

**Orange Book Code** is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:

AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character.
AB = actual or potential problems resolved by evidence. A1,A2 = AB rating assigned when more than one reference drug appears under the same heading.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:

BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

Codes Added by First DataBank
Ab = The Orange Book rating as submitted to HCFA by distributors. Obtained directly from HCFA.
ab = Provided by supplier who has certified in writing that all products sold carry the highest Orange book rating for like products. This is the default when HCFA information has not been reported on an NDC by one of these suppliers.
ZA = Entity evaluated; but not this labeler's products. Rated equivalents (A or B) available. For distributed products, ask Distributor for source or consult label information.
ZB = Non prescription; or not evaluated.
ZC = In Orange Book but does not have therapeutic equivalency rating.

**FDB-AWP 15278**     **HIGHLY CONFIDENTIAL**

# THE OFFICIAL GUIDE TO AWP PRICING

# PriceAlert



**April 15, 1999**

**New Products
In This Issue**

Allegra 180mg Tablet
By Hoechst Mar Rou

Biaxin XL 500mg
Tablet
By Abbott Labs

Nifedipine ER 30mg
Tablet
By Teva USA

Nifedipine ER 30mg,
60mg & 90mg Tablet
By Mylan

Protonix 40mg Tablet
By Wyeth-Ayerst



**FIRSTDATABANK**
*Point-of-Care Knowledge Bases*

## The Latest Price Changes on Leading Rx and OTC Products

FDB-AWP 15361

**HIGHLY
CONFIDENTIAL**

# PriceAlert



## More Timely

Published the 15th of each month. Allows you to make price changes sooner, improving your profits.



## Big Savings

PriceAlert is only $129 a year (12 issues)—a substantial savings over comparable publications. An expense item that really improves your bottom line.



## The Official AWP Price Guide

PriceAlert provides you the same AWP prices used by Aetna, PAID, PCS, MediMet, most Blue Cross and Blue Shield plans, wholesalers and approximately 49 Medicaid programs.



## Subscribe Today!

Stay on top of price changes and improve your profits.
Contact us today at 800-428-4495.

**First DataBank**
The Hearst Corporation
1111 Bayhill Drive
San Bruno, California 94066
650-588-5454
800-633-3453
650-588-4003 (fax)
www.firstdatabank.com

FDB-AWP 15362

**HIGHLY CONFIDENTIAL**

# PriceAlert

**Publisher**
Joseph L. Hirschmann, Pharm.D.

**Editor**
Kay Morgan, Manager, Editorial Services

**Assistant Editor**
Terri Factora
Elaine Kiso
Peter Ngau

**Editorial Staff**
Eric Ammons
Theresa Castro
Inna Dimitshteyn
Kendra Dodds
Leanette Guillory
Norma Ledezma
Michele Totah

**Production Staff**
Lynda Elliott
Robert Murphy

Volume 12; Number 4

PriceAlert is published monthly for $129.00 per year by First DataBank, 1111 Bayhill Drive, San Bruno, CA 94066.

POSTMASTER: Send address changes to
First DataBank PriceAlert
P.O. BOX 40930
Indianapolis, IN 46240
For additional information, please call 1-800-388-8884

Copyright © 2000, First DataBank, Inc. A wholly owned subsidiary of The Hearst Corporation. Contents of this publication may not be reproduced, stored in a retrieval system, resold or retransmitted in any form without the prior written permission of the publisher. The information reported herein is provided to First DataBank by the various manufacturers and related sources handling the products listed. PriceAlert and First DataBank make no warranty or representation concerning its accuracy.

**A Publication of**
**First DataBank Inc.**
**The Hearst Corporation**

Frank A. Bennack, Jr., President
George R. Hearst, Jr., Chairman
Victor F. Ganzi, Executive Vice President
Richard P. Malloch, Vice President and Group Head
Joseph L. Hirschmann, President, First DataBank Inc.

## Universal Product Code Change Encourages Standardization

First DataBank will be changing the format of some Universal Product Codes (UPCs) in order to facilitate database interoperability and encourage industry-wide standardization. These modifications are necessary since currently there is no standard, National Council of Prescription Drug Programs (NCPDP) or otherwise, for these product codes. With standardization, claims processors for example will be able to more easily adjudicate retail drug prescriptions when using information from different databases.

First DataBank uses UPC codes, assigned by outside organizations, in the same field as the National Drug Code (NDC). Some UPC formats will be changed due to current NDC standards. How does one define a NDC? The term "NDC" is often used to refer to any product number, but in reality NDCs are for drugs. To be an NDC, the labeler identification (first 4 or 5 digits) must be assigned by the FDA. The manufacturer assigns the remaining 5 or 6 digits. National Drug Codes are defined in the Code of Federal Regulations (CFR) 21 and are by law 10 digits. For billing purposes, however, the NDC is converted to 11 digits using the NCPDP standard. The standard says that a 0 will be added to the NDC according to the following format:

| | | |
|---|---|---|
| XXXX-XXXX-XX (4-4-2) | 0 in 1st position | 0XXXX-XXXX-XX |
| XXXXX-XXX-XX (5-3-2) | 0 in 6th position | XXXXX-0XXX-XX |
| XXXXX-XXXX-X (5-4-1) | 0 in 10th position | XXXXX-XXXX-0X |

A standard has not been established for other numbers (non-NDCs) and this has led to much frustration when one database uses a format different than another. First DataBank will be aligning the non-NDC numbers including UPC numbers.

This will result in new 11 digit numbers, but the discontinued number will not be deleted from the file. Rather, we will link the old number to the new number with an obsolete/inactive date on the former. For example, labeler identification 70074 has caused much frustration as MDDB (Master Drug Data Base) inserts the 11th digit 0 in the 6th position and NDDF (National Drug Data File) places it in the 10th position. This difference leads to the products not being recognized by partners using different files. MDDB, used by First DataBank's Indianapolis office, and NDDF in First DataBank San Bruno are now combined into NDDF Plus.

The specifics of the re-formatting will be announced prior to the change. Again, former numbers will not be deleted from the file.

Article by
Erik Hirschmann

## Contents

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Pricing Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Price Change Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

**HIGHLY CONFIDENTIAL**

1

# PriceAlert

## Features:

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine pricing (BLP™) is included to make price comparison easy.
3. Orange Book evaluation codes are included.
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit prices are provided where applicable.
6. Separate Price Change Summary by manufacturer is provided.

### Pricing Section

| | Generic/Brand Heading | | | Dose/Strength/Package Size Heading | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | AWP | |
| THIOTHIXENE | | | | | | | Legend/DEA/DESI Indicator |
| Caps | 1mg | | | 100 ea | | Rx | |
| | HCFA | 9.75 | BLP | 20.33 | | | HCFA Upper Limit/ BaseLine Price |
| 09/16/96 | Geneva | AB | | 00781-2226-01 | 21.50 | | |
| | HLMoore | Ab | | 00839-7268-06 | 21.06 | | |
| | Major | AB | | 00904-2890-60 | 17.50 | | Manufacturer/ Orange Book Code/ NDC/Blue Book AWP |
| Brand Name Reference | NAVANEby | | | | | | |
| | Pfizer US | Ab | | 00049-5720-66 | 40.53 | | |
| | Rugby | Ab | | 00636-4952-01 | 17.90 | | |
| 05/03/96 | Schein | AB | | 00364-2186-01 | 21.10 | | Price change with Effective Date |

### Price Change Summary

| | | Brand Name | | | | |
|---|---|---|---|---|---|---|
| DERMIK | | | 10/01/94 | | | Manufacturer and Effective Date |
| FLORONE | | | | | | |
| Cream | 0.05% | | Rx | | | |
| | 15 gm | 00066-0074-17 | 22.30 | | | |
| | 30 gm | 00066-0074-31 | 31.84 | | | |
| | 60 gm | 00066-0074-60 | 53.89 | | | |
| Oint | 0.05% | | Rx | | | Dose/Strength/ Legend/DEA/DESI Indicator |
| | 15 gm | 00066-0075-17 | 22.30 | | | |
| | 30 gm | 00066-0075-31 | 31.84 | | | |
| | 60 gm | 00066-0075-60 | 53.89 | | | |
| | | | AWP | | | |

## Definitions

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," see Detail Definition.

BLUEBOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, etc.

DESI indicates products which lack substantial evidence of effectiveness as reported by the Food and Drug Administration in the Federal Register and products identical, similar, or related.

LEGEND INDICATOR shows whether a drug requires a prescription.

DEA CLASS indicates the DEA class of controlled substances.

### Detail Definition:

Brand/Generic designation within a generic product group is accomplished by listing the brand name in bold type followed by a lower case "by". All generically priced products in the group are listed by manufacturer. Hence, "NAVANEby Pfizer US" indicates the brand, and Geneva, Rugby, etc. represent lower AWP pricing.

BaseLine Price deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods. The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size—our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of over 200,000 NDCs and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDCs in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

DESI occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as "DESI."

Orange Book Code is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:

AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character.
AB = actual or potential problems resolved by evidence. A1,A2 = AB rating assigned when more than one reference drug appears under the same heading.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:

BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

Codes Added by First DataBank
Ab = The Orange Book rating as submitted to HCFA by distributors. Obtained directly from HCFA.
ab = Provided by supplier who has certified in writing that all products sold carry the highest Orange book rating for like products. This is the default when HCFA information has not been reported on an NDC by one of these suppliers.
ZA = Entity evaluated; but not this labeler's products. Rated equivalents (A or B) available. For distributed products, ask Distributor for source or consult label information.
ZB = Non prescription; or not evaluated.
ZC = In Orange Book but does not have therapeutic equivalency rating.

FDB-AWP 15364

**HIGHLY CONFIDENTIAL**

# THE OFFICIAL GUIDE TO AWP PRICING

# PriceAlert™



## March 15, 2000

**New Products
In This Issue**

Keppra 250mg and
500mg Tablet
By UCB Pharma

Lotronex 1mg Tablet
By Glaxo Pharm

Penlac 8% Solution
By Dermik Labs

**FIRSTDATABANK**
*Point-of-Care Knowledge Bases*

## The Latest Price Changes on Leading Rx and OTC Products

FDB-AWP 15102

HIGHLY
CONFIDENTIAL

# PriceAlert



## More Timely

Published the 15th of each month. Allows you to make price changes sooner, improving your profits.



## Big Savings

PriceAlert is only $129 a year (12 issues)—a substantial savings over comparable publications. An expense item that really improves your bottom line.



## The Official AWP Price Guide

PriceAlert provides you the same AWP prices used by Aetna, PAID, PCS, MediMet, most Blue Cross and Blue Shield plans, wholesalers and approximately 49 Medicaid programs.



## Subscribe Today!

Stay on top of price changes and improve your profits. Contact us today at 800-428-4495.

**First DataBank**
The Hearst Corporation
1111 Bayhill Drive
San Bruno, California 94066
650-588-5454
800-633-3453
650-588-4003 (fax)
www.firstdatabank.com

**FDB-AWP 15103**

**HIGHLY CONFIDENTIAL**

# PriceAlert

**Publisher**
Joseph L. Hirschmann, Pharm.D.

**Editor**
Kay Morgan, Manager, Editorial Services

**Assistant Editor**
Terri Factora

Elaine Kiso

Peter Ngau

**Editorial Staff**
Eric Ammons

Inna Dimitshteyn

Kendra Dodds

Leanette Guillory

Norma Leduzma

**Production Staff**
Lynda Elliott

Robert Murphy

Volume 12; Number 3

PriceAlert is published monthly for $129.00 per year by First DataBank, 1111 Bayhill Drive, San Bruno, CA 94066.

POSTMASTER: Send address changes to
First DataBank PriceAlert
P.O. BOX 40930
Indianapolis, IN 46240
For additional information, please call 1-800-388-8884

Copyright © 2000, First DataBank, Inc. A wholly owned subsidiary of The Hearst Corporation. Contents of this publication may not be reproduced, stored in a retrieval system, resold or retransmitted in any form without the prior written permission of the publisher. The information reported herein is provided to First DataBank by the various manufacturers and related sources handling the products listed. PriceAlert and First DataBank make no warranty or representation concerning its accuracy.

A Publication of
First DataBank Inc.
The Hearst Corporation

Frank A. Bennack, Jr., President
George R. Hearst, Jr., Chairman
Victor F. Ganzi, Executive Vice President
Richard P. Malloch, Vice President and Group Head
Joseph L. Hirschmann, President, First DataBank Inc.

## Average Wholesale Price

I have had many conversations regarding what "AWP" is and how FDB determines it. There is much folklore and misunderstanding as to the determination of AWP and how we obtain the data.

AWP is the average wholesale price. That is, AWP is the average of the prices charged by the national drug wholesalers for a given product(NDC),often referred to by FDB as the "Blue Book Price". The operative word is *average*. AWP was developed to provide a price, which all parties could agree upon.

In order to determine the AWP, First DataBank surveys national wholesalers to ascertain what the price is. This is based on their AWP price files. We contact the wholesalers to determine what the markup should be for a new company. First DataBank then confirms that the markup is accurate and current. A survey may be performed on a single NDC number or on a manufacturer's entire product line. In either case, a survey will be performed with all national wholesalers to determine the appropriate AWP.

With increased numbers of surveys done, the determination represents over two-thirds of the volume of the wholesalers, and is also representative of wholesalers on a national level. Because individual wholesalers may mark up each manufacturer differently, a weighted average, not a consensus average, is calculated. That is, the market share held by the wholesalers surveyed affects the markup factor proportionally. Therefore, wholesalers with higher drug dollar volumes have more weight in the determination of the final markup. Thus, a higher degree of certainty is achieved. We also consider the manufacturer's suggested wholesale price (SWP) in our determination.

Many customers are under the impression that the manufacturer sets the AWP. This is not true. FDB reports the wholesale price suggested by the manufacturer as "Suggested Wholesale Price (SWP)". The SWP is a different data element on the NDDF file for those customers who want to use SWP instead of AWP. Frequently, the SWP and AWP are the same. However, we are having more instances where they are different. We will populate the SWP with the new mark-up, but will survey the national wholesalers to determine AWP. The AWP will be populated with the wholesaler survey price even if it disagrees with the SWP.

In most cases, the results from surveys match what First DataBank is using. In the instances that they do not, it is First Databank's policy to change the markup to report marketplace reality.

Kay Morgan

## Contents

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Pricing Section . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Price Change Summary . . . . . . . . . . . . . . . . . . . . . . . . . . 78

FDB-AWP 15104    **HIGHLY CONFIDENTIAL**    1

# PriceAlert

## Features:

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine Price (BLP™) is included to make price comparison easy.
3. Orange Book evaluation codes are included.
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit prices are provided where applicable.
6. Separate Price Change Summary by manufacturer is provided.

### Pricing Section

| | | | | Dose/Strength/Package Size Heading | | | |
|---|---|---|---|---|---|---|---|
| | Generic/Brand Heading | | | | | AWP | |
| **THIOTHIXENE** | | | | | | | |
| Caps | 1mg | | | 100 ea | Rx | | Legend/DEA/DESI Indicator |
| | HCFA | 9.75 | BLP | 20.33 | | | HCFA Upper Limit/BaseLine Price |
| 09/16/96 | Geneva | AB | | 00781-2226-01 | | 21.50 | |
| | HI.Moore | Ab | | 00839-7288-06 | | 21.06 | |
| | Major | AB | | 00904-2880-60 | | 17.50 | Manufacturer/Orange Book Code/NDC/Blue Book AWP |
| **NAVANEby** | | | | | | | |
| | Pfizer US | AB | | 00049-5720-66 | | 40.53 | |
| | Rugby | Ab | | 00536-4052-01 | | 17.90 | |
| 05/03/96 | Schein | AB | | 00364-2166-01 | | 21.10 | Price change with Effective Date |

Brand Name Reference — NAVANEby

### Price Change Summary

| | | Brand Name | | | |
|---|---|---|---|---|---|
| | | | 10/01/94 → | | Manufacturer and Effective Date |
| **DERMIK** | | | | | |
| **FLORONE** | | | | | |
| Cream | 0.05% | | Rx | | |
| | 15 gm | 00066-0074-17 | | 22.30 | |
| | 30 gm | 00066-0074-31 | | 31.84 | |
| | 60 gm | 00066-0074-60 | | 53.89 | |
| Oint | 0.05% | | Rx | | Dose/Strength/Legend/DEA/DESI Indicator |
| | 15 gm | 00066-0075-17 | | 22.30 | |
| | 30 gm | 00066-0075-31 | | 31.84 | |
| | 60 gm | 00066-0075-60 | | 53.89 | |
| | | | AWP | | |

## Definitions

**HCFA** represents the Aggregate Federal Upper Limit price.

**BLP** is First DataBank's calculated BaseLine Price (BLP), see Detail Definition.

**ORANGE BOOK CODE** is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," see Detail Definition.

**BLUEBOOK AWP** is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

**ADDITIONAL DESCRIPTORS** provide trademarked dosage forms, case sizes, etc.

**DESI** indicates products which lack substantial evidence of effectiveness as reported by the Food and Drug Administration in the Federal Register and products identical, similar, or related.

**LEGEND INDICATOR** shows whether a drug requires a prescription.

**DEA CLASS** indicates the DEA class of controlled substances.

### Detail Definition:

**Brand/Generic** designation within a generic product group is accomplished by listing the brand name in bold type followed by a lower case "by". All generically priced products in the group are listed by manufacturer. Hence, "NAVANEby Pfizer US" indicates the brand, and Geneva, Rugby, etc. represent lower AWP pricing.

**BaseLine Price** deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods. The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size—our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of over 200,000 NDCs and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDCs in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

**DESI** occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as "DESI."

**Orange Book Code** is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations," published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:
AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character.
AB = actual or potential problems resolved by evidence. A1,A2 = AB rating assigned when more than one reference drug appears under the same heading.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:
BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

**Codes Added by First DataBank**
Ab = The Orange Book rating as submitted to HCFA by distributors. Obtained directly from HCFA.
ab = Provided by supplier who has certified in writing that all products sold carry the highest Orange book rating for like products. This is the default when HCFA information has not been reported on an NDC by one of these suppliers.
ZA = Entity evaluated; but not this labeler's products. Rated equivalents (A or B) available. For distributed products, ask Distributor for source or consult label information.
ZB = Non prescription; or not evaluated.
ZC = In Orange Book but does not have therapeutic equivalency rating.

**FDB-AWP 15105**

**HIGHLY CONFIDENTIAL**

# A Proposal for the Exclusive Sponsorship of PriceAlert™

by

**First DataBank**
**The Hearst Corporation**
**1111 Bayhill Drive**
**San Bruno, CA  94066**

**(800) 633-3453**

**June, 1991**

Highly Confidential

FDB-AWP 028287

# Executive  Summary

- ## What is PriceAlert™

PriceAlert is the monthly (hard copy) drug price guide from First DataBank, the leader in providing electronic drug information to the health care industry.

- ## PriceAlert Advantages

PriceAlert is the "Official" AWP Price Guide.  It's timely, comprehensive, cost-effective, accurate and serves as a "second" computer.

- ## PriceAlert is Used Daily

PriceAlert contains key drug price information and is used daily to verify prices, pay claims and make buying decisions.

- ## PriceAlert is Available for Exclusive Sponsorship

For the first time, pharmaceutical ads will be accepted from a **limited** number of companies.  With daily use, your ads will be seen often throughout the month.

**Highly Confidential**

**FDB-AWP 028288**

# PriceAlert Advantages

## •PriceAlert is the "Official" AWP Price Guide.

PriceAlert provides the pharmacist the same AWP prices used by virtually every
third party payor in the U.S.– –including Aetna, PAID, PCS, MediMet, most Blue
Cross and Blue Shield plans, wholesalers and over 40 Medicaid programs.

## •PriceAlert is Timely.

Issued the 15th of each month.  PriceAlert allows the pharmacist to make price
changes sooner, thus improving profits.

## •PriceAlert is Used Often

PriceAlert is used throughout the month to pay claims, check prices and to change
prices. Your ads will be seen often, thus maximizing your exposure.

## •PriceAlert is a "Walk-Around" Computer.

PriceAlert is mobile– –it's a hardcopy backup to their computer price file. The
pharmacist can easily use it in different locations.

## •PriceAlert is Cost-Effective.

PriceAlert replaces all other price guides– –saving the pharmacist hundreds of
subscription dollars per year and enhancing your image with them.

## •PriceAlert is Comprehensive.

PriceAlert contains prices on over 16,000 drugs, including brands and generics.  It
also contains Orange Book Codes and the First DataBank BaseLine Price (BLP™)
calculations, used by a growing number of third party payors for reimbursement.

## •PriceAlert is Accurate.

PriceAlert prices are derived from First DataBank's National Drug Data
File(NDDF™), the most widely used drug database in the world.

**Highly Confidential**

**FDB-AWP 028289**

# First DataBank
# The Leader in Electronic
# Drug Information

## •FDB Began in 1975.

FDB was started in 1975 by Joe Hirschmann, Pharm.D., while at Health Application Systems, a division of Bergen Brunswig.

Dr. Hirschmann remains as General Manager of FDB, providing continuity and established leadership.

## •FDB Acquired by Hearst in 1980.

The Hearst Corporation acquired FDB in 1980. FDB continues to benefit from the financial support and stability offered by Hearst.

## •Hearst–A Leading Publishing Company.

Hearst is the largest publisher of monthly publications in the world. Consumer titles include *Cosmopolitan, Esquire, Redbook, Good Housekeeping, Popular Mechanics, Sports Afield and Victoria.*

Health care titles are *American Druggist, Diversions and Blue Book.*

Hearst is also a joint owner of Lifetime Medical Television, ESPN and has significant newspaper and other television holdings.

## •FDB–The Leading Supplier of Electronic Drug Information.

FDB has grown successfully over the past 15 years. We are the leading source of electronic drug information in the world.

Highly Confidential

FDB-AWP 028290

# First DataBank Products

## •The National Drug Data File (NDDF™)

FDB's primary product is the National Drug Data File, a database that contains descriptive, pricing and clinical information on every drug in the U.S.–over 160,000 drug records.

## •The Canadian Drug Data File (CDDF™)

A drug database of all Canadian drugs–over 16,000 drug records. Contains Drug Identification Numbers (DINs), generic/product names and clinical information.

## •PriceProbe™

Software support for drug price analysis. Lets the user compare current drug prices of all products, analyze drug price trends, project drug price changes and identify price leaders and followers. All in an easy-to-use Windows environment on a PC.

## •Rx Triage™

Software support for clinical drug decision-making. Provides drug interactions, drug monographs, decision support tables and patient education leaflets. Runs on IBM-PC or compatible.

## •PriceAlert-PC™

The electronic guide to drug prices for the PC. Includes prices on over 60,000 drug products. Prices can be viewed by individual product, generic category, therapeutic class or manufacturer.

## •PriceAlert™

The monthly hardcopy list of over 16,000 drug product prices. Includes brands and generics, BaseLine Price™ and Orange Book Codes. Its the "Official AWP Price Guide."

Highly Confidential

# First DataBank
# Customers

Drug information from FDB is used across all sectors of the health care industry.
FDB customers include:

- **Over 35,000 pharmacies**

- **Over 3,500 hospitals**

- **Over 40 Medicaid programs**

- **Virtually all Third Party Payors**

- **Many wholesalers and manufacturers**

Specific references are available upon request.

**Highly Confidential**

**FDB-AWP 028292**

# PriceAlert
# Features

- **Drug products are listed alphabetically by brand name and generic grouping.**

- **BaseLine Price (BLP™) is included for easy price comparisons.**

- **Orange Book Codes are included.**

- **Price changes, new products and other new entries appear in red.**

- **HCFA upper limit prices are provided, where applicable.**

- **A separate price change summary by manufacturer is provided.**

Highly Confidential

FDB-AWP 028293

# PriceAlert
# Exclusive Sponsorship Price

- **Specifications:**

  -12 monthly issues
  -120 pages per issue plus cover
  -Two-color inside (96 pages)
  -Four-color cover
  -24 four-color ads per issue
  -circulation: 60,000, 70,000 or 80,000

## Eight Sponsors/Three Pages Each Per Issue

| | 60,000 | 70,000 | 80,000 |
|---|---|---|---|
| **Circulation:** | | | |
| **Total Price Per Year:** | $3,000,000 | $3,425,000 | $3,865,000 |
| **Eight Sponsors/Price Per Year:** | $375,000 | $428,125 | $483,125 |
| **Cost Per Page (36 pages):** | $10,417 | $11,892 | $13,420 |
| **Cost Per Thousand:** | $173 | $170 | $168 |

## Six Sponsors/Four Pages Each Per Issue

| | 60,000 | 70,000 | 80,000 |
|---|---|---|---|
| **Circulation:** | | | |
| **Total Price Per Year:** | $3,000,000 | $3,425,000 | $3,865,000 |
| **Six Sponsors/Price Per Year:** | $500,000 | $571,000 | $645,000 |
| **Cost Per Page (48 pages):** | $10,417 | $11,896 | $13,438 |
| **Cost Per Thousand:** | $173 | $170 | $168 |

## Four Sponsors/6 Pages Each Per Issue

| | 60,000 | 70,000 | 80,000 |
|---|---|---|---|
| **Circulation:** | | | |
| **Total Price Per Year:** | $3,000,000 | $3,425,000 | $3,865,000 |
| **Four Sponsors/Price Per Year:** | $747,000 | $857,000 | $967,000 |
| **Cost Per Page (72 pages):** | $10,375 | $11,902 | $13,430 |
| **Cost Per Thousand:** | $173 | $170 | $168 |

**Highly Confidential**

FDB-AWP 028294

# PriceAlert
# Definitions and Sample Page

**Features:**

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine pricing (BLP™) is included to make price comparison easy.
3. Orange Book evaluation codes are included.
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit prices are provided where applicable.
6. Separate Price Change Summary by manufacturer is provided.

## Pricing Section



## Price Change Summary

## Definitions:

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP™), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", see Detail Definition.

BLUEBOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

DIRECT PRICES are obtained from the manufacturer.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, tablet color, etc.

DESI indicates that a drug is considered "less than effective" by the Food and Drug Administration as reported in the Federal Register.

LEGEND INDICATOR shows whether a drug requires a prescription

**Detail Definition:**

Brand/Generic designation within a generic product group is accomplished by listing the brand name in bold type followed by a lower case "by". All generics in the group are listed by manufacturer. Hence, "TYLENOL W/CODEINE NO. 2 by Mc Neil" indicates the brand, and Best, Bioline, etc. are the generics.

BaseLine Price deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods.

The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size — our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of 143,000 NDC's and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDC's in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

DESI occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as "DESI".

Orange Book Code is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:

AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character.

AB = actual or potential problems resolved by evidence.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:

BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

Codes Added by First DataBank

ZA = Entity evaluated; but not this labeler's product. Rated equivalents (A or B) available.

ZB = Nonprescription; or not evaluated.

ZC = In Orange Book but does not have therapeutic equivalency rating.

LOWER CASE CODES: Provided by the

Highly Confidential

FDB-AWP 028295

### PriceAlert ™ Circulation

| | Total Qualified Copies | Percent Of Total |
|---|---|---|
| 1. Pharmacies | | |
|    a. Independent pharmacies 1-3 units............................................... | 35,692 | 42.0 |
|    b. Chain Stores 4 or more units.................................................... | 27,009 | 31.8 |
| 2. Rx Departments in Department Stores, Discount Stores, Variety Chains Stores.............................................................. | 3,176 | 3.7 |
|    Rx Departments in Supermarkets.................................................. | 4,662 | 5.5 |
| 3. Drug Purchasing Headquarters (Including Discount Stores, Supermarkets, Retail Drug Chains and Department & Variety Chains)............................................................................ | 1,580 | 1.8 |
| 4. Hospitals Operating an Rx Department & Nursing Homes Offering and Rx Service............................................................ | 10,692 | 12.6 |
|    Sub-Total | 82,811 | 97.4 |
| 5. Wholesale Druggists & their Buyers, Salesmen, Executive Personnel................................................................................ | 669 | 0.8 |
| 6. Manufacturers' Sales Agents, Rack Jobbers................................. | | |
|    H.M.O's and P.P.O's.................................................................... | 1,026 | 1.2 |
| 7. Others including: Consulting Pharmacists for Third Party Prepaid Rx Departments, Hospital Government Supply Offices, Deans & Professors in Schools of Pharmacy, Hospital & College Libraries, State Boards of Pharmacy, National & Local Pharmaceutical Associations, Other Pharmacists not elsewhere classified and company copies...................................................................................... | 502 | 0.6 |
|    TOTAL | 85,008 | 100.0 |

Highly Confidential

FDB-AWP 028296

# PriceAlert
# Comparison to Other
# Pharmacy Publications

|  | Circulation | 1991 36X Page Rate | CPM |
|---|---|---|---|
| PriceAlert | 60,000 | $10,375 | $173 |
|  | 70,000 | $11,900 | $170 |
|  | 80,000 | $13,430 | $168 |
| American Druggist | 84,000 | $6,920 | $82 |
| Drug Topics | 83,000 | $6,305 | $76 |
| Pharmacy Times | 93,000 | $5,805 | $62 |

**Highly Confidential**

**FDB-AWP 028297**