# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

—————————————————————————— )
)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )         MDL NO. 1456
LITIGATION )                      Civil Action No. 01-12257-PBS
——————————————————————————)     Subcategory No: 03-10643
)
)
THIS DOCUMENT RELATES TO: )
)
*City of New York v. Abbott Labs., et al.* )    Judge Patti B. Saris
(S.D.N.Y. No. 04-CV-06054) )
*County of Suffolk v. Abbott Labs., et al.* )
(E.D.N.Y. No. 03-CV-229) )
*County of Westchester v. Abbott Labs., et al.* )
(S.D.N.Y. No. 03-CV-6178) )
*County of Rockland v. Abbott Labs., et al.* )
(S.D.N.Y. No. 03-CV-7055) )
*County of Dutchess v. Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-06458) )
*County of Putnam v. Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-04740) )
*County of Washington v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00408) )
*County of Rensselaer v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00422) )
*County of Albany v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00425) )

[Caption Continues on Next Page]

## DEFENDANTS' JOINT MOTION FOR LEAVE
## TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

*County of Warren v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00468)                                )
*County of Greene v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00474)                                )
*County of Saratoga v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00478)                                )
*County of Columbia v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00867)                                )
*Essex County v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00878)                                )
*County of Chenango v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00354)                                )
*County of Broome v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00456)                                )
*County of Onondaga v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00088)                                )
*County of Tompkins v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00397)                                )
*County of Cayuga v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00423)                                )
*County of Madison v. Abbott Labs., et al.*               )
(N.D.N.Y. No. 05-CV-00714)                                )
*County of Cortland v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00881)                                )
*County of Herkimer v. Abbott Labs. et al.*               )
(N.D.N.Y. No. 05-CV-00415)                                )
*County of Oneida v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00489)                                )
*County of Fulton v. Abbott Labs., et al.*                )
(N.D.N.Y. No. 05-CV-00519)                                )
*County of St. Lawrence v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00479)                                )
*County of Jefferson v. Abbott Labs., et al.*             )
(N.D.N.Y. No. 05-CV-00715)                                )
*County of Lewis v. Abbott Labs., et al.*                 )
(N.D.N.Y. No. 05-CV-00839)                                )
*County of Chautauqua v. Abbott Labs., et al.*            )
(W.D.N.Y. No. 05-CV-06204)                                )
*County of Allegany v. Abbott Labs., et al.*              )
(W.D.N.Y. No. 05-CV-06231)                                )
*County of Cattaraugus v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06242)                                )

*County of Genesee v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06206)    )
*County of Wayne v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06138)    )
*County of Monroe v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06148)    )
*County of Yates v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06172)    )
*County of Niagara v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06296)    )
*County of Seneca v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06370)    )
*County of Orleans v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06371)    )
*County of Ontario v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06373)    )
*County of Schuyler v. Abbott Labs, et al.*    )
(W.D.N.Y. No. 05-CV-06387)    )
*County of Steuben v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06223)    )
*County of Chemung v. Abbott Labs., et al.*    )
(W.D.N.Y. No. 05-CV-06744)    )
                          AND    )
*County of Nassau v. Abbott Labs., et al.*    )
(E.D.N.Y. No. 04-CV-5126)    )
_____)

Defendants move, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum in

excess of 20 pages, in support of their joint opposition to plaintiffs' motion for partial summary

judgment.  As grounds for this motion, defendants state that this brief is twenty-two (22) pages

and is filed jointly by all defendants, and contains less pages than would be allotted to said

defendants had they filed individually.  Defendants have conferred with counsel for plaintiffs,

who have no objection to this motion.

WHEREFORE, defendants respectfully request that their Joint Motion for Leave to File a

Memorandum in Excess of Twenty Pages be GRANTED.

Respectfully submitted,

  /s/ John P. Bueker
John T. Montgomery (BBO#352220)
John P. Bueker (BBO#636435)
Kim B. Nemirow (BBO# 663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*On Behalf of All Defendants*

Dated:  June 15, 2009

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

    I hereby certify that on behalf of all defendants, counsel for Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation has conferred with counsel for plaintiffs in a good faith effort to resolve or narrow the issues set forth herein, and that plaintiffs' counsel has indicated that plaintiffs assent to this motion.

  /s/ Kim B. Nemirow
Kim B. Nemirow

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

  /s/ Kim B. Nemirow
Kim B. Nemirow

11944017_1.DOC