EXHIBIT PUR-1

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 03-11865 PBS

------------------------------X

| | |
|---|---|
| THE COMMONWEALTH OF | : |
| MASSACHUSETTS, | :   VIDEOTAPED |
| Plaintiff, | :   DEPOSITION OF: |
| vs. | :   JAMES A. GRAUSO |
| MYLAN LABORATORIES, INC., BARR | : |
| LABORATORIES, INC., DURAMED | :   OCTOBER 19, 2007 |
| PHARMACEUTICALS, INC., IVAX | :   FLORHAM PARK, NJ |
| CORPORATION, WARRICK | : |
| PHARMACEUTICALS CORPORATION, | : |
| WATSON PHARMACEUTICALS, INC., | : |
| SCHEIN PHARMACEUTICAL, INC., | : |
| TEVA PHARMACEUTICALS USA, INC., | : |
| PAR PHARMACEUTICAL, INC., DEY, | : |
| INC., ETHEX CORPORATION, | : |
| PUREPAC PHARMACEUTICAL CO., | : |
| and ROXANE LABORATORIES, INC., | : |
| Defendants. | : |

_____X

**102**

1  Q. You prepared this e-mail in the course
2  of your employment at PurePac?
3      MR. FLEDER: Objection, unduly vague as
4  to what e-mail you are referring to.
5      MR. MULLIN: Exhibit Grauso 002.
6      MR. FLEDER: On the first page there's
7  two e-mails there, Mr. Mullin.
8  Q. (BY MR. MULLIN:) Looking at the e-mail
9  that's from you, you prepared that e-mail in the
10 ordinary course of business at PurePac?
11 A. It would appear that I did.
12 Q. And from time to time --
13    You sent that e-mail to Bob Jones?
14 A. It would appear that I did.
15 Q. Do you have any doubt that that's the
16 case?
17 A. I don't have any doubt that it says
18 James Grauso to Bob Jones.
19 Q. And in the course of your employment at
20 PurePac, you sent and received e-mails with Bob
21 Jones; right?
22 A. Correct.

**103**

1  Q. And from time to time you would print
2  out e-mails?
3  A. Correct.
4  Q. And you would stick them in files;
5  right?
6  A. Correct.
7  Q. And when you did that, your name --
8  under the e-mail system that you had, your name
9  would come at the top of the page in bold; right?
10 A. Correct.
11 Q. And looking at the first page of
12 Exhibit Grauso 002, is it fair, is it accurate
13 to say that this is an e-mail that you sent on
14 November 30, 1999 to Bob Jones and his response?
15 A. Yes, it is.
16 Q. And that was in the ordinary course of
17 business at PurePac Pharmaceuticals; right?
18 A. If you define ordinary as an e-mail
19 that went back and forth, yes.
20 Q. You were carrying out your job, you
21 were doing your job; right?
22 A. Or a piece of it, yes.

**104**

1  Q. The subject line of your e-mail to Mr.
2  Jones is: Clonazepam AWPs. Right?
3  A. Correct.
4  Q. And you say, "Bob, The attached
5  spreadsheet contains my suggestions for AWP price
6  increases on Clonazepam. The new prices would
7  help maximize the spread for customers while
8  maintaining the generic status of PurePac's
9  product. I used MediSpan data for November 1999
10 when compiling this information. Please advise
11 if it is okay to proceed. Jim G."
12    Jim G. is you; right?
13 A. That is correct.
14 Q. Was it your purpose at or about this
15 time in making this recommendation to maximize
16 the spread for customers?
17 A. I do not recall.
18 Q. When is the last time you saw this
19 document?
20 A. Last Friday.
21 Q. You've had some time to think about it;
22 right?

**105**

1  A. Yes.
2  Q. So that's about a week ago; right?
3  A. Correct.
4  Q. And it doesn't refresh any
5  recollections for you?
6  A. No recollections at all. It was eight
7  years ago. No -- and many companies and
8  products. No recollection at all.
9  Q. You'd worked in the finance department
10 before you held this pricing position; right?
11 A. Correct.
12 Q. And then you were in finance after
13 that; right?
14 A. Correct.
15 Q. And in the course of working at
16 PurePac, did you become aware that its reported
17 AWP could influence the reimbursement that its
18 customers got?
19 A. I do not recall.
20 Q. Do you think it's the kind of thing
21 you'd remember if you became aware of it?
22 A. Yes, I do.

**Page 106**

1  Q. And you are saying you don't remember
2  it?
3  A. I do not recall.
4  Q. Can you think of anything that your
5  sentence --
6     You see the sentence, "The new prices
7  would help maximize the spread for customers
8  while maintaining the generic status of PurePac's
9  product"? Do you see that sentence?
10  A. I do see that.
11  Q. The clause in there about maximizing
12  the spread for customers, can you think of
13  anything that that can refer to other than the
14  reimbursement that the customer is going to get?
15     MR. FLEDER: Objection to the extent
16  that answer would call for speculation.
17  Q. You may answer, sir.
18  A. I do not recall this e-mail at all.
19  Q. I am not asking you whether you recall
20  the e-mail. I am asking you to look at the words
21  that are there.
22     "The new prices would help maximize the

**Page 107**

1  spread for customers," can you think of anything
2  that that refers to other than the reimbursement
3  that the customers would receive?
4  A. I can't think of anything it refers to.
5  Not other than. I can't, period. I can't think
6  of anything it refers to, period.
7  Q. If you turn to page 2 of
8  Exhibit Grauso 002, that's merely a repeat of
9  your e-mail from the prior page; right?
10  A. Correct.
11  Q. Do you see that writing on the top
12  right-hand corner?
13  A. Correct.
14  Q. Whose writing is that?
15  A. That is mine.
16  Q. So this comes from your files; is that
17  right?
18  A. That is correct.
19  Q. If you turn to the third page, these
20  are your recommendations; is that right?
21  A. They appear to be my recommendations
22  from November 30th, 1999.

**Page 108**

1  Q. And essentially, it lists various
2  either strengths or packaging sizes of product
3  that PurePac was selling; right?
4  A. Yes. Of Clonazepam product.
5  Q. And what you have is the current AWP,
6  the current highest AWP, and the suggested new
7  PurePac AWP; is that right?
8  A. Correct.
9  Q. And in each instance, what you've
10  recommended is a new AWP for PurePac that's
11  slightly higher than the highest AWP in the
12  marketplace; is that right?
13  A. That's what this shows, suggested.
14  Q. I'm sorry?
15  A. That's what this shows as suggested.
16  Q. What was the basis of your
17  recommendations?
18  A. I don't recall.
19  Q. Do you have any information?
20  A. I don't recall.
21  Q. No idea whatsoever?
22  A. The basis -- can you ask -- I don't

**Page 109**

1  recall on why I recommended these prices here.
2  Q. Do you think it was to maximize
3  reimbursement to customers?
4  A. I do not recall.
5  Q. Do you think that that was the purpose?
6  A. I do not --
7     MR. FLEDER: Asked and answered,
8  objection.
9  Q. You may answer, sir. Do you think that
10  maximizing the reimbursement for customers was
11  the reason why you recommended each one of the
12  suggested new AWPs that's shown on this page?
13     MR. FLEDER: Same objection.
14  A. I do not recall.
15  Q. I am not asking you to recall
16  something. I am asking you whether or not that
17  reason, to maximize reimbursement, was the reason
18  why you were doing this?
19     MR. FLEDER: Same objection.
20  A. I do not remember.
21  Q. If you would, would you turn to the
22  fourth page of Exhibit Grauso 002. What is

**110**

1  page 4?
2      A. It's a report from -- it has First
3  DataBank on the bottom. What's the number on the
4  right?
5      Q. 20094 is the last five digits.
6      A. Okay.
7      Q. What is that page?
8      A. It appears, it's a printout from First
9  DataBank stating the AWP prices in effect for
10 Clonazepam half milligram product on that date.
11     Q. And while you were at PurePac, did you
12 have access to the First DataBank electronic file
13 with regard to various pharmaceutical products?
14     A. Yes, I did.
15     Q. This was something that PurePac
16 subscribed to?
17     A. Yes.
18     Q. And this appears to be a printout of a
19 screen that you brought up from the database; is
20 that right?
21     A. Correct.
22     Q. And the following pages are similar

**111**

1  printouts for the same product but different
2  sizes or strengths; is that right?
3      A. That is correct.
4      Q. And in essence, what you did is you
5  printed out each of the screens that showed all
6  the reported prices including PurePac's price;
7  right?
8      A. Correct.
9      Q. There's some handwriting --
10         If we go back to the page that has
11 20094 as the last five digits, there is some
12 handwriting on the first line, the PurePac line.
13         Do you see that?
14     A. I do.
15     Q. And 66.58 is lined out, and 73.05 is
16 written in there. Do you recognize that
17 handwriting?
18     A. I recognize that as my handwriting.
19     Q. And if you would, if you just look at
20 the other pages, are the other pages your
21 handwriting as well?
22     A. Yes, they are.

**112**

1      Q. If you would go back to that page that
2  has 20094 in the Bates number --
3      A. Okay.
4      Q. -- going across the headings on the
5  table, "NDC" is on the left; right? Correct?
6      A. Correct.
7      Q. Then "Product Name"?
8      A. Correct.
9      Q. Then whether it's a tablet or not;
10 right?
11     A. Yes.
12     Q. And then the strength?
13     A. Yes.
14     Q. The manufacturer name; right?
15     A. Right.
16     Q. And then what's the next column?
17     A. I do not know.
18     Q. I guess it says "MS," and there is a
19 "Y" under that.
20     A. I do not know.
21         MR. FLEDER: "Y" is not under all of
22 them, Mr. Mullin. I don't want the record to be

**113**

1  confused.
2         MR. MULLIN: Well, I was about to get
3  into that.
4      Q. "Y" is actually listed for PurePac; is
5  that right?
6      A. Correct.
7      Q. If you look down, for a couple of
8  manufacturers a zero or an "O" is in there. Do
9  you see that?
10     A. Yes, I do.
11     Q. Does that refresh any recollections as
12 to what that column is?
13     A. No, it does not.
14     Q. And then the next column, I guess it's
15 captioned "TE," and it looks like for all the
16 manufacturers the entry is "AB." What's that a
17 reference to?
18     A. Do not know.
19     Q. Have you ever heard of a drug being AB
20 rated?
21     A. Of course I have.
22     Q. And what's an AB rating?