# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL NO. 1456
Civil Action No. 01-12257-PBS
Subcategory No: 03-10643

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

*The City of New York v. Abbott Labs., et al.*
(S.D.N.Y. No. 04-CV-06054)
*County of Suffolk v. Abbott Labs., et al.*
(E.D.N.Y. No. CV-03-229)
*County of Westchester v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-6178)
*County of Rockland v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-7055)
*County of Dutchess v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-06458)
*County of Putnam v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-04740)
*County of Washington v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00408)
*County of Rensselaer v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00422)
*County of Albany v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00425)

[Caption Continues on Next Page]

**DECLARATION OF KIM B. NEMIROW TRANSMITTING DEPOSITION TESTIMONY AND DOCUMENTS RELIED UPON IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF "UNDISPUTED" FACTS APPLICABLE TO ALL DEFENDANTS AND STATEMENT <u>OF ADDITIONAL UNDISPUTED MATERIAL FACTS</u>**

11942463_1.DOC

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |

| | |
|---|---|
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

I, the undersigned Kim B. Nemirow, submit this Declaration. I have personal knowledge of the following facts:

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

2. Attached to this Declaration as Exhibit A is a true and correct copy of the July 7, 1978 Stipulation, *PSSNY* v. *Cuomo*, No. 76-5080 (KTD) (S.D.N.Y.).

3. Attached to this Declaration as Exhibit B is a true and correct copy of the December 19, 1989 Affidavit of Mary Alice Brankman, *PSSNY v. Cuomo*, No. 76-5080 (KTD) (S.D.N.Y.).

4. Attached to this Declaration as Exhibit C is a true and correct copy of the February 29, 1998 Order, *PSSNY v. Carey*, No. 76-5080 (KTD) (S.D.N.Y.).

5. Attached to this Declaration as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Sue Gaston dated January 24, 2008 and March 19, 2008.

6.       Attached to this Declaration as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Gail Sexton dated May 20, 2008.

7.       Attached to this Declaration as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Harris Devor dated December 9, 2008, December 10, 2008 and December 11, 2008.

8.       Attached to this Declaration as Exhibit G is a true and correct copy of excerpts from Kathleen Adams, Norma Gavin and David Kreling, *Assessment of Adequacy of Reimbursement Rates to Pharmacies and Its Impact on the Access to Medication and Pharmacy Services by Medicaid Recipients*, Systemetrics, Inc., (Nat. Tech. Info. Service, PB94-187689), August 1993.

9.       Attached to this Declaration as Exhibit H is a true and correct copy of excerpts from Roy Levy, Federal Trade Comm'n, *The Pharmaceutical Industry: A Discussion of Competitive and Antitrust Issues in an Environment of Change* (1999).

10.      Attached to this Declaration as Exhibit I is a true and correct copy of Dawn Gencarelli, National Health Policy Forum Issue Brief, *Average Wholesale Price for Prescription Drugs: Is There a More Appropriate Pricing Mechanism?* (June 2002).

11.      Attached to this Declaration as Exhibit J is a true and correct copy of the Report to the General Court Reimbursement for Prescribed Drugs, Commonwealth of Massachusetts, Executive Office of Health and Human Services – Report to the General Court – Reimbursement for Prescribed Drugs (Oct. 3, 2002).

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2009                                                 /s/Kim B. Nemirow
                                                                                     Kim B. Nemirow

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                                        /s/ Kim B. Nemirow
                                                                                         Kim B. Nemirow