Exhibit A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

PHARMACEUTICAL SOCIETY OF THE STATE OF
NEW YORK, INC., STILL'S PHARMACY, INC.,
RIIS-WALD PHARMACY, INC., and M.F.K.
DRUG CO., INC.,

                              STIPULATION OF
                              PARTIAL SETTLEMENT
                    Plaintiffs,

         -against-                         NO. 76 Civ.
                                           5080 (LF)
HUGH L. CAREY, Governor of the State
of New York, and PHILIP L. TOIA,
Commissioner, New York State Department
of Social Services,

                              Defendants.
--------------------------------------------------x





         IT IS HEREBY STIPULATED AND AGREED, by and between

the signatories hereto, that this case is settled on the follow-

ing terms and conditions:

         1.  The New York State Department of Social Services

(hereinafter referred to as the Department) shall notify the

local social services districts, except where the Department per-

forms affected services directly or via a fiscal agent pursuant

to Social Services Law § 367(b), forthwith of the implementation

of the new estimated acquisition cost (hereinafter "EAC") price

list referred to and contemplated by this Stipulation of Partial

Settlement, the immediate implementation of said price list, the

new procedures under which said price list and its future re-

visions are to be prepared, and the procedure to be followed by

the local districts in implementing said new EAC price list.

-1-

2.    The Department shall make reasonable determinations of the prices "generally and currently paid by providers" of pharmaceutical services in the State of New York in preparing the aforementioned and any future EAC price list.



3.    The Department agrees that as the EAC list is as soon as possible updated it will make available, free of charge, to all enrolled pharmaceutical providers a microfiche containing the revised EAC list.  Upon written request any enrolled pharmaceutical provider will be provided with a paper copy of the updated EAC list.  Said paper copy of the updated EAC list will be provided upon payment of a reasonable fee to cover the costs of reproduction and mailing.

4.    The Department shall enter upon a procedure (either directly or through a contractor retained by the Department) throughout the State wherein it shall determine and set the EAC amount to be paid pharmaceutical providers in the state for reimbursement of the cost of pharmaceutical products by surveying and averaging the prices charged said pharmaceutical providers by twelve major wholesalers doing business in the State of New York.  Where product information is not available from twelve wholesalers then the amount to be reimbursed shall be based upon a survey of the largest possible number of wholesalers

5.  If it should occur that the Department determines from ascertainable evidence that the prevailing sound business practice of pharmaceutical providers with regard to the purchase of a particular drug product is direct purchase from the manufacturer, then such drug shall be reimbursed on that basis notwithstanding the provisions of paragraph "4" hereinabove, and in such case reimbursement shall be calculated as follows:

(a) The Department shall determine the price commonly and currently paid by pharmaceutical providers in New York State to such manufacturer and this price shall be the exclusive determinant, except as indicated in sub-paragraph 5(c) hereinbelow, of the estimated acquisition cost for such drug product.

(b) Each dosage form and strength of a particular drug product shall be considered separately.

(c) However, the Department shall establish the EAC for each drug product pursuant to paragraph "4" hereinabove for those drug products which can be demonstrated to fall into the following categories:

(1) Those drug products which cannot be purchased by providers from any source other than wholesalers.

(2) Those controlled drug products classified in

Schedules II-V as established by the New York State Department
of Health which are usually and customarily inventoried in small
quantities as a result of such classifications and the character
of such drugs.

(3)  Antibiotic drug products that are commonly and
customarily prescribed in small quantities and as a result are
purchased by providers in small quantities.

(4)  Inordinately expensive drug products that pro-
viders do not usually and customarily purchase in large quanti-
ties.

(5)  All drug products which are not among the 100
most frequently prescribed drugs as listed and surveyed by the
national pharmaceutical journals, unless it can be demonstrated
that such drug products are purchased in larger quantities by
providers.

The Department agrees that it will notify pharmaceu-
tical providers of all proposed determinations as described in
this paragraph at least thirty (30) days prior to the proposed
effective date of the change in the EAC for the particular drug
product.

6.  The Department shall establish a Pharmacy Advisory
Committee, consisting of from nine (9) to fifteen (15) members,
a majority of whom shall be pharmacists participating in the

A-196

Medicaid program in the State of New York. The Department shall
meet with this Committee from time to time but not less than
quarterly, for purposes of seeking its advice in matters relating
to the pharmaceutical industry, including but not limited to
all matters encompassed in this stipulation. Specifically, the
Pharmacy Advisory Committee shall be consulted by the Department
in regard to the procedures set out in paragraph "5" hereinabove,
and notified not less than thirty (30) days prior to the pro-
posed effective date of any proposed changes in pricing or
pricing methodology. The Department agrees to present for the
Committee's consideration, the basis for any such changes. The
Committee upon presentation of such information shall have
twenty-one (21) days within which to consider the appropriateness
of such change and to present its views to the Department and
the Department shall consider and respond to those views within
nine (9) days. At least once a year the Department shall conduct
a public hearing on the subject of Medicaid pharmaceutical dis-
pensing fees and the estimated acquisition costs of prescription
drugs.

7. The procedure outlined above shall be promulgated
by the Department forthwith and shall become effective immediately
throughout the State for all purposes. Local social services
districts shall be so informed by the Department of Social Ser-
vices forthwith.

-5-

8.   The New York State Department of Social Services
shall make every effort to review and correct the accuracy
and proficiency of the procedures and/or prices outlined in
paragraph "4" and "5" hereinabove monthly, if possible, but in
no event less often than quarterly.   The State acknowledges
responsibility for the reliability of said procedures and/or
prices including a reflection of reasonable geographic distribu-
tion of source data obtained from wholesalers in New York State.

9.   Regarding the pharmaceutical provider dispensing
fee, the Department agrees to ~~recommend to the appropriate bodies~~ promulgate a regulation to institute
effective July 1, 1978,
an increase in the statewide dispensing fee to $2.60 per pre-
scription.   ~~In the event this recommendation is adopted, the~~
~~Department will endeavor to have such adjustment become effective~~
~~at the earliest possible date.~~



10. Notwithstanding any term or condition of this
stipulation, the State expressly reserves the right to use such
methodology for determining reimbursement as may be hereinafter
mandated by Federal law or Regulation or by State law.

11.   The New York State Department of Social Services
is committed to and shall make every reasonable effort to effec-
tuate the procedures outlined hereinabove to make a reasonable
determination of the prices commonly and currently paid by pro-
viders.   However, should such performance become illegal or

precluded as a result of litigation then, in such event, the New
York State Department of Social Services shall make every reason-
able effort to utilize an appropriate procedure with a method-
ology as similar as practicable to the procedure outlined herein,
consistent with Federal law and Regulations and State law and
existing Regulations and such Regulations as may be necessary
to effectuate this stipulation.

　　　　We hereby consent to the form and entry of the fore-
going Order.

Dated: New York, New York
　　　　July 5, 1973.

　　　　　　　　　　　　　　　　　　BARBARA B. BLUM
　　　　　　　　　　　　　　　　　　Commissioner, New York State
　　　　　　　　　　　　　　　　　　Department of Social Services

　　　　　　　　　　　　　　　　　　PHARMACEUTICAL SOCIETY OF
　　　　　　　　　　　　　　　　　　THE STATE OF NEW YORK, INC.

　　　　　　　　　　　　　　　　　　By

SO ORDERED: 7/5/76
　　　　　　　　　　　　　　　　　　STILL'S PHARMACY INC.

_____　　　　　　　　　By
U.S.D.J.

　　　　　　　　　　　　　　　　　　RIIS-WALD PHARMACY, INC.

　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　M.F.X. DRUG CO., INC.

　　　　　　　　　　　　　　　　　　By

-7-