# Exhibit C

Stipulation and or of Settlement
and for Contempt (2 /88)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------

PHARMACEUTICAL SOCIETY OF THE
STATE OF NEW YORK, INC., STILL'S
PHARMACY, INC., RIIS-WALD PHARMACY,
INC., and M.F.K. DRUG CO., INC.,

                 Plaintiffs,     ORDER

       - against -              Index No.
                                          76 Civ. 508?

HUGH L. CAREY, Governor of the State    Judge Kevin T.
of New York and PHILLIP L. TOIA,        Duffy
Commissioner, New York State Depart-
ment of Social Services,

                 Defendants.
-------------------------------

    This Motion, pursuant to Fed. R. Civ. P. 70, came
the be heard by Order to Show Cause dated the 24th day of
February, 1988, upon the Affidavits of Eileen M. Kelley,
Elizabeth Lasky and Vincent J. Moreno, all sworn to on the
day of February, 1988, and the Summons, Complaint and
Stipulation of Settlement and Order entered in this action,
it appearing to the Court that Defendants are committing ac
and are about to commit acts which are in violation of the
Stipulation of Settlement and Order as set forth in Plainti
Motion and will continue to do so unless restrained by Orde
this Court, it is hereby

    ORDERED, that the Defendants and their agents,
servants, employees and attorneys and all persons acting in
concert and participation with them, be and they hereby are

170

and for Contempt (2/29/88)

restrained from in any manner, either directly or indirectly, from violating the terms of the Stipulation of Settlement entered between the parties and from enforcing 18 NYCRR 505.3(h)(2)(v); and it is further

ORDERED, that this Order will be in effect until such time as ~~a decision is made on the merits of this Motion~~ *further Order of this Court*

*And it is further Ordered pursuant to Rule 25(d),*

Issued at: *that Mario M Cuomo and Cesar A Perales be and* 5:15 P m o'clock *hereby are substituted as party defendants* February 29, 1988.

_____
United States District Judge

0357K

2

171