## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____ )
)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )    MDL NO. 1456
LITIGATION )    Civil Action No. 01-12257-PBS
_____)    Subcategory No: 03-10643
)
)    Judge Patti B. Saris
THIS DOCUMENT RELATES TO: )
)
*The City of New York v. Abbott Labs., et al.* )
(S.D.N.Y. No. 04-CV-06054) )
*County of Suffolk v. Abbott Labs., et al.* )
(E.D.N.Y. No. CV-03-229) )
*County of Westchester v. Abbott Labs., et al.* )
(S.D.N.Y. No. 03-CV-6178) )
*County of Rockland v. Abbott Labs., et al.* )
(S.D.N.Y. No. 03-CV-7055) )
*County of Dutchess v. Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-06458) )
*County of Putnam v. Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-04740) )
*County of Washington v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00408) )
*County of Rensselaer v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00422) )
*County of Albany v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00425) )

[Caption Continues on Next Page]

**DECLARATION OF KIM B. NEMIROW TRANSMITTING DEPOSITION
TESTIMONY AND DOCUMENTS RELIED UPON IN SUPPORT OF SCHERING
CORPORATION'S, SCHERING-PLOUGH CORPORATION'S,
AND WARRICK PHARMACEUTICALS CORPORATION'S RESPONSE TO
THE PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF "UNDISPUTED"
MATERIAL FACTS AS TO SCHERING CORPORATION, SCHERING-PLOUGH
CORPORATION, AND WARRICK PHARMACEUTICALS CORPORATION
<u>AND STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS</u>**

*County of Warren v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00468)                                    )
*County of Greene v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00474)                                    )
*County of Saratoga v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00478)                                    )
*County of Columbia v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00867)                                    )
*Essex County v. Abbott Labs., et al.*                        )
(N.D.N.Y. No. 05-CV-00878)                                    )
*County of Chenango v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00354)                                    )
*County of Broome v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00456)                                    )
*County of Onondaga v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00088)                                    )
*County of Tompkins v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00397)                                    )
*County of Cayuga v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00423)                                    )
*County of Madison v. Abbott Labs., et al.*                   )
(N.D.N.Y. No. 05-CV-00714)                                    )
*County of Cortland v. Abbott Labs., et al.*                  )
(N.D.N.Y. No. 05-CV-00881)                                    )
*County of Herkimer v. Abbott Labs. et al.*                   )
(N.D.N.Y. No. 05-CV-00415)                                    )
*County of Oneida v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00489)                                    )
*County of Fulton v. Abbott Labs., et al.*                    )
(N.D.N.Y. No. 05-CV-00519)                                    )
*County of St. Lawrence v. Abbott Labs., et al.*              )
(N.D.N.Y. No. 05-CV-00479)                                    )
*County of Jefferson v. Abbott Labs., et al.*                 )
(N.D.N.Y. No. 05-CV-00715)                                    )
*County of Lewis v. Abbott Labs., et al.*                     )
(N.D.N.Y. No. 05-CV-00839)                                    )
*County of Chautauqua v. Abbott Labs., et al.*                )
(W.D.N.Y. No. 05-CV-06204)                                    )
*County of Allegany v. Abbott Labs., et al.*                  )
(W.D.N.Y. No. 05-CV-06231)                                    )
*County of Cattaraugus v. Abbott Labs., et al.*               )
(W.D.N.Y. No. 05-CV-06242)                                    )

*County of Genesee v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06172) )
*County of Niagara v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06296) )
*County of Seneca v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06370) )
*County of Orleans v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06371) )
*County of Ontario v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06373) )
*County of Schuyler v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06387) )
*County of Steuben v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06223) )
*County of Chemung v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06744) )
                                    AND )
*County of Nassau v. Abbott Labs., et al.* )
(E.D.N.Y. No. 04-CV-5126) )
_____)

        I, the undersigned Kim B. Nemirow, submit this Declaration.  I have personal knowledge

of the following facts:

1.      I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-
        Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

2.      Attached to this Declaration as Exhibit A is a true and correct copy of Legislative
        Changes 2002 (February 6, 2002), NYCO AWP NYDOH 04887.

3.      Attached to this Declaration as Exhibit B is a true and correct copy of excerpts from the
        transcript of the deposition of Harvey Weintraub dated September 18-22, 2006.

4.      Attached to this Declaration as Exhibit C is a true and correct copy of A Proposal for the
        Exclusive Sponsorship of Price Alert dated June 1991.

5.      Attached to this Declaration as Exhibit D is a true and correct copy of the Letter from
        Harvey Weintraub to Beth Rader and Ed Edlestein dated September 3, 1993.

6.      Attached to this Declaration as Exhibit E is a true and correct copy of the Letter from Harvey J. Weintraub to Beth Rader dated December 29, 1995.

7.      Attached to this Declaration as Exhibit F is a true and correct copy of the Letter from Phyllis T. Sinoradzki, M.A.E. to Arnold Shapiro dated December 30, 1995.

8.      Attached to this Declaration as Exhibit G is a true and correct copy of the Letter from Harvey J. Weintraub to Beth Rader and Ed Edlestein dated October 12, 1993.

9.      Attached to this Declaration as Exhibit H is a true and correct copy of First DataBank Price History for Albuterol 90 MCG Inhaler (59930-1560-01) dated July 27, 2004 and First DataBank Price History for Albuterol 90 MCG Inhaler Refill (59930-1560-02) dated July 27, 2004.

10.     Attached to this Declaration as Exhibit I is a true and correct copy of excerpts from the transcript of the deposition of Patricia Kay Morgan dated January 28, 2002.

11.     Attached to this Declaration as Exhibit J is a true and correct copy of the Letter from Harvey Weintraub to Kay Morgan dated July 16, 2002.

12.     Attached to this Declaration as Exhibit K is a true and correct copy of excerpts from the transcript of the Contested Privilege Deposition of James Breen dated October 2, 2006.

13.     Attached to this Declaration as Exhibit L is a true and correct copy of Warrick's Response to Mass. 56.1 dated March 31, 2008, *The Commonwealth of Massachusetts v. Mylan Labs.,* No. 03-11865 (PBS) (D. Mass.).

14.     Attached to this Declaration as Exhibit M is a true and correct copy of the Examples of Monthly Letters from Warrick to NYDOH reporting Warrick's high-low prices.

15.     Attached to this Declaration as Exhibit N is a true and correct copy of excerpts from the transcript of the deposition of Gail Sexton dated May 20, 2008.

16.     Attached to this Declaration as Exhibit O is a true and correct copy of excerpts from the transcript of the deposition of Sue Gaston dated March 19, 2008.

17.     Attached to this Declaration as Exhibit P is a true and correct copy of the Letter from Raman Kapur to the Honorable Thomas Bliley dated August 24, 1999.

18.     Attached to this Declaration as Exhibit Q is a true and correct copy of the First DataBank Price Alert dated December 15, 1997, First DataBank Price Alert dated November 15, 1999, First DataBank Price Alert dated November 15, 2001, and First DataBank Price Alert dated November 15, 2003

19.     Attached to this Declaration as Exhibit R is a true and correct copy of the 1991 Rebate Agreement.

20.     Attached to this Declaration as Exhibit S is a true and correct copy of excerpts from the transcript of the deposition of Harris Devor dated December 9, 2008 and March 11, 2009.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2009                          /s/ Kim B. Nemirow
                                            Kim B. Nemirow

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                          /s/ Kim B. Nemirow
                          Kim B. Nemirow