# Exhibit A

Legislative Changes 2002                                                          February 6, 2002

Modification to EPIC's Rebate Calculation

EPIC's rebate calculation consists of two components, the Basic Rebate and the Additional CPI-U Rebate. These sum to the Unit Rebate Amount (URA). Legislation passed in January 2002 revises the CPI-U Rebate calculation effective with the April - June 2002 rebate period. (The legislation did not affect the Basic Rebate.) With this change, EPIC's rebate mirrors Medicaid's.

The revised CPI-U rebate component only applies to sole source and innovator multiple source drugs. Whenever a manufacturer cumulatively increases the AMP of a drug greater than the cumulative percentage increase in CPI-U, the manufacturer incurs the additional CPI-U "penalty" rebate. (If increases in AMP stay at or below increases in the CPI-U, then the additional rebate calculates to zero and no additional rebate is owed.) The Basic and CPI-U rebate components are independently calculated. Both calculations are based on the nine-digit NDC, and performed using full floating decimal precision, with the final URA calculated to the fifth decimal place, rounded to the fourth, and have zero's pad positions five and six.

For newer sole source and innovator multiple source drugs entering the market, the CPI-U rebate would not be calculated for the first reported quarter and the first full quarter that the drug is on the market.

Calculation of (Medicaid's) Additional CPI-U Rebate Component

Step 1    Calculate the AMP-I which represents the maximum AMP the manufacturer may charge during the rebate period without incurring the additional CPI-U rebate. When the AMP is at or below the AMP-I for the rebate period, the additional CPI-U rebate is zero.

The AMP-I is calculated as follows

$$\frac{\text{Baseline AMP}}{\text{Baseline CPI-U}} \times \text{Current CPI-U} = \text{AMP-I}$$

Step 2    Calculate the additional CPI-U unit rebate amount

           AMP for the rebate period
   minus   AMP-I (calculated above)
     =     Additional CPI-U unit rebate amount --- If < 0, enter 0

Definitions

DEM Date        Date entered market (DEM). The first day of the first full month that the drug was marketed for the entire month

Baseline AMP    The AMP for the first full quarter that the drug was on the market. For drugs with a DEM date before 10/01/90, the Baseline AMP will always be the AMP for the July-September 1990 quarter

CPI-U           Consumer price index for all urban consumers, United States city average. Published monthly by the U S Dept. of Labor, Bureau of Labor Statistics

Baseline CPI-U  The CPI-U for the month before the beginning month of the first full quarter that the drug was on the market. For drugs with a DEM date before 10/01/90, the Baseline CPI-U will always be 132 7, the CPI-U for September 1990

Current CPI-U   The CPI-U for the month prior to the first month of the rebate quarter. For example, for computing the April-June 2002 rebate, the Current CPI-U would be the CPI-U for March 2002

CONFIDENTIAL                                    NYCO AWP NYDOH 04887

New York State EPIC Program
Examples of Revised Rebate Calculation
Effective with the October - December 2000 Rebate Period

| rebate calc xls | | Single Source & Innovator Multiple Source Drugs | | Other Drugs | |
|---|---|---|---|---|---|
| | | Example 1 | Example 2 | Example 1 | Example 2 |
| 1 | Current AMP | 1 077600 | 0 913600 | 1.000000 | 0 750000 |
| 2 | Best Price (Current) | 0.899999 | 0 908999 | not applicable | not applicable |
| 3 | Base AMP | 0 089730 | 0 902400 | 0.900000 | 0 720000 |
| 4 | Base CPI-U | 163 6 | 163 6 | 163 6 | 163 6 |
| 5 | Current CPI-U* | 173 7 | 173 7 | 173 7 | 173 7 |
| | *CPI-U for the month before the first day of the rebate period | | | | |
| **I** | **Calculate the Basic URA:** | | | | |
| 6 | Current AMP minus BP (1-2) | 0 177601 | 0.004601 | not applicable | not applicable |
| 7 | Current AMP times 15.1% (line 1 amt x .151) | 0 162718 | 0 137954 | not applicable | not applicable |
| 8 | For Single Source & Innovator Multiple Source Drugs only, Basic URA is the greater of 6 or 7 | 0 177601 | 0 137954 | not applicable | not applicable |
| 9 | For all other drugs, Basic URA is 11% of Current AMP (line 1 amt x .11) | not applicable | not applicable | 0 110000 | 0 082500 |
| **II** | **Calculate the Additional CPI-U URA:** | | | | |
| | Note This calculation for all drugs | | | | |
| **A** | **Determine the Percentage Increase in AMP:** | | | | |
| 10 | Current AMP (1) | 1.077600 | 0 913600 | 1 000000 | 0 750000 |
| 11 | Base AMP (3) | 0 089730 | 0 902400 | 0 900000 | 0 720000 |
| 12 | Current AMP minus Base AMP (10-11) | 0 987870 | 0 011200 | 0.100000 | 0 030000 |
| 13 | AMP Percentage Increase (Divide 12 by 11) | 11 009361 | 0 012411 | 0 111111 | 0 041667 |
| **B** | **Determine the Percentage Increase in CPI-U:** | | | | |
| 14 | Current CPI-U (5) | 173 7 | 173 7 | 173 7 | 173 7 |
| 15 | Base CPI-U (4) | 163 6 | 163 6 | 163 6 | 163 6 |
| 16 | Current CPI-U minus Base CPI-U (14-15) | 10 1 | 10 1 | 10 1 | 10 1 |
| 17 | CPI-U Percentage Increase (Divide 16 by 15) | 0 061736 | 0.061736 | 0 061736 | 0 061736 |
| **C** | **Determine the Additional CPI-U URA:** | | | | |
| 18 | Subtract 17 from 13; if result <0, enter 0 | 10 947625 | 0 000000 | 0 049375 | 0 000000 |
| 19 | Base AMP (3) | 0 089730 | 0 902400 | 0.900000 | 0 720000 |
| 20 | Additional CPI-U URA Due (multiply 18 by 19) | 0 982330 | 0 000000 | 0 044438 | 0 000000 |
| **III** | **Calculate the Total Unit Rebate Amount Due:** | | | | |
| 21 | Basic URA from line 8 or 9, depending on drug type | 0 177601 | 0 137954 | 0.110000 | 0 082500 |
| 22 | Additional CPI-U URA from line 20 | 0 982330 | 0.000000 | 0.044438 | 0 000000 |
| 23 | Total Unit Rebate Amount Due (21+22) | 1 159931 | 0 137954 | 0 154438 | 0 082500 |

CONFIDENTIAL                    NYCO AWP NYDOH 04888

Pricing data for select NDC's                          2/25/2002

| | EPIC Base AMP | 2Q01 AMP | 2Q01 Best Price | FUL | AWP | Reimbursement: Per Unit: Medicaid | EPIC |
|---|---|---|---|---|---|---|---|
| **Name Brands:** | | | | | | | |
| **Example #1:** | | | | | | | |
| Unit Cost | $ 2.87 | $ 3.08 | $ 2.00 | N/A | $ 3.98 | $ 3.65 | $ 3.96 |
| Quantity of 30 | $ 86.15 | $ 92.37 | $ 59.95 | N/A | $ 119.29 | $ 109.49 | $ 118.88 |
| **Example #2:** | | | | | | | |
| Unit Cost | $ 1.92 | $ 1.92 | $ 1.50 | N/A | $ 2.52 | $ 2.33 | $ 2.46 |
| Quantity of 30 | $ 57.50 | $ 57.68 | $ 45.00 | N/A | $ 75.51 | $ 70.00 | $ 73.67 |
| **Example #3:** | | | | | | | |
| Unit Cost | $ 1.51 | $ 1.65 | $ 1.40 | N/A | $ 1.97 | $ 1.85 | $ 2.00 |
| Quantity of 30 | $ 45.45 | $ 49.41 | $ 41.88 | N/A | $ 59.12 | $ 55.41 | $ 59.88 |
| **Example #4** | | | | | | | |
| Unit Cost | $ 0.46 | $ 0.59 | $ 0.53 | N/A | $ 0.69 | $ 0.66 | $ 0.77 |
| Quantity of 30 | $ 13.73 | $ 17.71 | $ 15.77 | N/A | $ 20.72 | $ 19.93 | $ 22.95 |
| **Example #5:** | | | | | | | |
| Unit Cost | $ 3.15 | $ 3.36 | $ 2.86 | N/A | $ 4.14 | $ 3.80 | $ 3.99 |
| Quantity of 30 | $ 94.50 | $ 100.73 | $ 85.89 | N/A | $ 124.18 | $ 113.91 | $ 119.62 |
| **Generics:** | | | | | | | |
| **Example #1** | | | | | | | |
| Unit Cost | $ 0.04 | $ 0.07 | N/A | $ 0.25 | $ 0.48 | $ 0.31 | $ 0.36 |
| Quantity of 30 | $ 1.15 | $ 2.15 | N/A | $ 7.53 | $ 14.53 | $ 9.45 | $ 10.75 |
| **Example #2:** | | | | | | | |
| Unit Cost | $ 0.01 | $ 0.01 | N/A | $ 0.06 | $ 0.53 | $ 0.12 | $ 0.32 |
| Quantity of 30 | $ 0.26 | $ 0.31 | N/A | $ 1.68 | $ 16.02 | $ 3.56 | $ 9.71 |
| **Example #3** | | | | | | | |
| Unit Cost | $ 0.02 | $ 0.01 | N/A | $ 0.11 | $ 0.49 | $ 0.18 | $ 0.35 |
| Quantity of 30 | $ 0.63 | $ 0.37 | N/A | $ 3.18 | $ 14.60 | $ 5.54 | $ 10.53 |
| **Example #4:** | | | | | | | |
| Unit Cost | $ 0.01 | $ 0.01 | N/A | $ 0.11 | $ 0.68 | $ 0.19 | $ 0.31 |
| Quantity of 30 | $ 0.36 | $ 0.30 | N/A | $ 3.18 | $ 20.55 | $ 5.77 | $ 9.29 |
| **Example #5** | | | | | | | |
| Unit Cost | $ 0.21 | $ 0.11 | N/A | $ 0.11 | $ 0.71 | $ 0.13 | $ 0.52 |
| Quantity of 30 | $ 6.40 | $ 3.25 | N/A | $ 3.18 | $ 21.17 | $ 3.77 | $ 15.65 |

CONFIDENTIAL                    NYCO AWP NYDOH 04889