Exhibit C

# A Proposal for the Exclusive Sponsorship of PriceAlert™

by

**First DataBank**
**The Hearst Corporation**
1111 Bayhill Drive
San Bruno, CA  94066

(800) 633-3453

June, 1991

Highly Confidential

FDB-AWP 028287

# Executive Summary

- **What is PriceAlert™**

PriceAlert is the monthly (hard copy) drug price guide from First DataBank, the leader in providing electronic drug information to the health care industry.

- **PriceAlert Advantages**

PriceAlert is the "Official" AWP Price Guide. It's timely, comprehensive, cost-effective, accurate and serves as a "second" computer.

- **PriceAlert is Used Daily**

PriceAlert contains key drug price information and is used daily to verify prices, pay claims and make buying decisions.

- **PriceAlert is Available for Exclusive Sponsorship**

For the first time, pharmaceutical ads will be accepted from a **limited** number of companies. With daily use, your ads will be seen often throughout the month.

Highly Confidential

FDB-AWP 028288

# PriceAlert Advantages

## •PriceAlert is the "Official" AWP Price Guide.

PriceAlert provides the pharmacist the same AWP prices used by virtually every third party payor in the U.S.- -including Aetna, PAID, PCS, MediMet, most Blue Cross and Blue Shield plans, wholesalers and over 40 Medicaid programs.

## •PriceAlert is Timely.

Issued the 15th of each month. PriceAlert allows the pharmacist to make price changes sooner, thus improving profits.

## •PriceAlert is Used Often

PriceAlert is used throughout the month to pay claims, check prices and to change prices. Your ads will be seen often, thus maximizing your exposure.

## •PriceAlert is a "Walk-Around" Computer.

PriceAlert is mobile- -it's a hardcopy backup to their computer price file. The pharmacist can easily use it in different locations.

## •PriceAlert is Cost-Effective.

PriceAlert replaces all other price guides- -saving the pharmacist hundreds of subscription dollars per year and enhancing your image with them.

## •PriceAlert is Comprehensive.

PriceAlert contains prices on over 16,000 drugs, including brands and generics. It also contains Orange Book Codes and the First DataBank BaseLine Price (BLP™) calculations, used by a growing number of third party payors for reimbursement.

## •PriceAlert is Accurate.

PriceAlert prices are derived from First DataBank's National Drug Data File(NDDF™), the most widely used drug database in the world.

Highly Confidential

FDB-AWP 028289

# First DataBank
# The Leader in Electronic Drug Information

## •FDB Began in 1975.

FDB was started in 1975 by Joe Hirschmann, Pharm.D., while at Health Application Systems, a division of Bergen Brunswig.

Dr. Hirschmann remains as General Manager of FDB, providing continuity and established leadership.

## •FDB Acquired by Hearst in 1980.

The Hearst Corporation acquired FDB in 1980. FDB continues to benefit from the financial support and stability offered by Hearst.

## •Hearst–A Leading Publishing Company.

Hearst is the largest publisher of monthly publications in the world. Consumer titles include *Cosmopolitan, Esquire, Redbook, Good Housekeeping, Popular Mechanics, Sports Afield and Victoria.*

Health care titles are *American Druggist, Diversions and Blue Book.*

Hearst is also a joint owner of Lifetime Medical Television, ESPN and has significant newspaper and other television holdings.

## •FDB–The Leading Supplier of Electronic Drug Information.

FDB has grown successfully over the past 15 years. We are the leading source of electronic drug information in the world.

Highly Confidential

FDB-AWP 028290

# First DataBank Products

## •The National Drug Data File (NDDF™)

FDB's primary product is the National Drug Data File, a database that contains **descriptive, pricing** and **clinical** information on every drug in the U.S.–over 160,000 drug records.

## •The Canadian Drug Data File (CDDF™)

A drug database of all Canadian drugs–over 16,000 drug records. Contains Drug Identification Numbers (DINs), generic/product names and clinical information.

## •PriceProbe™

Software support for drug price analysis. Lets the user compare current drug prices of all products, analyze drug price trends, project drug price changes and identify price leaders and followers. All in an easy-to-use Windows environment on a PC.

## •Rx Triage™

Software support for clinical drug decision-making. Provides drug interactions, drug monographs, decision support tables and patient education leaflets. Runs on IBM-PC or compatible.

## •PriceAlert-PC™

The electronic guide to drug prices for the PC. Includes prices on over 60,000 drug products. Prices can be viewed by individual product, generic category, therapeutic class or manufacturer.

## •PriceAlert™

The monthly hardcopy list of over 16,000 drug product prices. Includes brands and generics, BaseLine Price™ and Orange Book Codes. Its the "Official AWP Price Guide."

Highly Confidential

FDB-AWP 028291

# First DataBank Customers

Drug information from FDB is used across all sectors of the health care industry. FDB customers include:

- Over 35,000 pharmacies
- Over 3,500 hospitals
- Over 40 Medicaid programs
- Virtually all Third Party Payors
- Many wholesalers and manufacturers

Specific references are available upon request.

Highly Confidential

FDB-AWP 028292

# PriceAlert
# Features

- Drug products are listed alphabetically by brand name and generic grouping.

- BaseLine Price (BLP™) is included for easy price comparisons.

- Orange Book Codes are included.

- Price changes, new products and other new entries appear in red.

- HCFA upper limit prices are provided, where applicable.

- A separate price change summary by manufacturer is provided.

Highly Confidential

FDB-AWP 028293

# PriceAlert
## Exclusive Sponsorship Price

- **Specifications:**
  - 12 monthly issues
  - 120 pages per issue plus cover
  - Two-color inside (96 pages)
  - Four-color cover
  - 24 four-color ads per issue
  - circulation: 60,000, 70,000 or 80,000

### Eight Sponsors/Three Pages Each Per Issue

| | | | |
|---|---|---|---|
| - Circulation: | **60,000** | **70,000** | **80,000** |
| - Total Price Per Year: | $3,000,000 | $3,425,000 | $3,865,000 |
| - Eight Sponsors/Price Per Year: | $375,000 | $428,125 | $483,125 |
| - Cost Per Page (36 pages): | $10,417 | $11,892 | $13,420 |
| - Cost Per Thousand: | $173 | $170 | $168 |

### Six Sponsors/Four Pages Each Per Issue

| | | | |
|---|---|---|---|
| - Circulation: | **60,000** | **70,000** | **80,000** |
| - Total Price Per Year: | $3,000,000 | $3,425,000 | $3,865,000 |
| - Six Sponsors/Price Per Year: | $500,000 | $571,000 | $645,000 |
| - Cost Per Page (48 pages): | $10,417 | $11,896 | $13,438 |
| - Cost Per Thousand: | $173 | $170 | $168 |

### Four Sponsors/6 Pages Each Per Issue

| | | | |
|---|---|---|---|
| - Circulation: | **60,000** | **70,000** | **80,000** |
| - Total Price Per Year: | $3,000,000 | $3,425,000 | $3,865,000 |
| - Four Sponsors/Price Per Year: | $747,000 | $857,000 | $967,000 |
| - Cost Per Page (72 pages): | $10,375 | $11,902 | $13,430 |
| - Cost Per Thousand: | $173 | $170 | $168 |

**Highly Confidential**

FDB-AWP 028294

# PriceAlert
# Definitions and Sample Page

## Features:

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine pricing (BLP™) is included to make price comparison easy.
3. Orange Book evaluation codes are included.
4. Price changes, new products, and other new entries appear in red.
5. HCFA upper limit prices are provided where applicable.
6. Separate Price Change Summary by manufactuer is provided.

## Pricing Section

```
Generic/Brand Heading              AWP    DIRECT
                                    ↓      ↓
ACETAMINOPHEN W/CODEINE            Dose/Strength/Package Size Heading
    Tablet  300-15mg  100  ea   Rx C-III ───── Legend/DEA/DESI Indicator
            HCFA       4.11     BLP    6.06
            Best       ZA  54274-0361-10   7.25    2.75 ── HCFA Upper Limit/ Base Line Price
            Bioline    ZA  00719-0030-10   5.59    3.62
  10/12/89  Genetco    ZA  00302-0205-01   5.40        ── Price Change with Effective Date
            Geneva     ZA  00781-1152-01   6.30    4.57
            Glenlawn   ZA  00580-0030-01   6.30
Brand Name  Major      ZA  00904-0571-60   5.99        ── New NDC
Reference → TYLENOL W/CODEINE NO.2 by
            Mc Neil    AA  00045-0511-60  17.86   14.88
            Parmed     ZA  00349-2118-01   6.24       ── Manufacturer/
                                                        Orange Book Code/NDC/
                                                        Blue Book AWP/Direct Price
```

## Price Change Summary

```
ABBOTT                    03/01/90 ── Manufacturer and Effective Date
BUTESIN PICRATE                    ── Brand Name
   Oint   1pc
          30 gm    00074-4392-01   5.20    4.38
CALCIDRINE
   Syrup                           Rx C-V
          480 ml   00074-5763-16  25.15   21.18
CARTROL
   Tablet 2.5mg                    Rx             ── Dose/Strength/
          100 ea   00074-1664-13  63.53   53.50     Legend/DEA/
   Tablet 5mg                      Rx               DESI Indicator
          100 ea   00074-1665-13  63.53   53.50
          ↑           ↑            ↑       ↑
      Package Size   NDC          AWP    DIRECT
```

## Definitions:

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP™), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", see Detail Definition.

BLUEBOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

DIRECT PRICES are obtained from the manufacturer.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, tablet color, etc.

DESI indicates that a drug is considered "less than effective" by the Food and Drug Administration as reported in the Federal Register.

LEGEND INDICATOR shows whether a drug requires a prescription

## Detail Definition:

Brand/Generic designation within a generic product group is accomplished by listing the brand name in bold type followed by a lower case "by". All generics in the group are listed by manufacturer. Hence, "**TYLENOL W/CODEINE NO. 2 by** Mc Neil" indicates the brand, and Best, Bioline, etc. are the generics.

BaseLine Price deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods.

The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size — our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of 143,000 NDC's and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NDC's in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

DESI occasionally refers only to the generic substitutes of certain drugs. For the purpose of PriceAlert, only those drug entities which are DESI in all cases are listed as "DESI".

Orange Book Code is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", published by the Food and Drug Administration.

Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:
 AA, AN, AO, AP, or AT = No known or suspected bioequivalence problems. The dosage form determines the second character.
 AB = actual or potential problems resolved by evidence.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:
 BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

Codes Added by First DataBank
 ZA = Entity evaluated; but not this labeler's product. Rated equivalents (A or B) available.
 ZB = Nonprescription; or not evaluated.
 ZC = In Orange Book but does not have therapeutic equivalency rating.

LOWER CASE CODES: Provided by the

**Highly Confidential**   FDB-AWP 028295

## *PriceAlert* ™ **Circulation**

|  | Total Qualified Copies | Percent Of Total |
|---|---|---|
| 1. Pharmacies |  |  |
|    a. Independent pharmacies 1-3 units................ | 35,692 | 42.0 |
|    b. Chain Stores 4 or more units...................... | 27,009 | 31.8 |
| 2. Rx Departments in Department Stores, Discount Stores, Variety Chains Stores.................... | 3,176 | 3.7 |
|    Rx Departments in Supermarkets.................... | 4,662 | 5.5 |
| 3. Drug Purchasing Headquarters (Including Discount Stores, Supermarkets, Retail Drug Chains and Department & Variety Chains)............ | 1,580 | 1.8 |
| 4. Hospitals Operating an Rx Department & Nursing Homes Offering and Rx Service............ | 10,692 | 12.6 |
| Sub-Total | 82,811 | 97.4 |
| 5. Wholesale Druggists & their Buyers, Salesmen, Executive Personnel.................... | 669 | 0.8 |
| 6. Manufacturers' Sales Agents, Rack Jobbers............ |  |  |
|    H.M.O's and P.P.O's.................... | 1,026 | 1.2 |
| 7. Others including: Consulting Pharmacists for Third Party Prepaid Rx Departments, Hospital Government Supply Offices, Deans & Professors in Schools of Pharmacy, Hospital & College Libraries, State Boards of Pharmacy, National & Local Pharmaceutical Associations, Other Pharmacists not elsewhere classified and company copies.................... | 502 | 0.6 |
| TOTAL | 85,008 | 100.0 |

**Highly Confidential**

FDB-AWP 028296

# PriceAlert
# Comparison to Other
# Pharmacy Publications

|                    | Circulation | 1991 36X Page Rate | CPM   |
|--------------------|-------------|--------------------|-------|
| **PriceAlert**     | 60,000      | $10,375            | $173  |
|                    | 70,000      | $11,900            | $170  |
|                    | 80,000      | $13,430            | $168  |
| **American Druggist** | 84,000   | $6,920             | $82   |
| **Drug Topics**    | 83,000      | $6,305             | $76   |
| **Pharmacy Times** | 93,000      | $5,805             | $62   |

Highly Confidential

FDB-AWP 028297