# Exhibit D

 **Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60648 • Telephone 1 800 547-3869 • Fax (908) 629-3164

September 3, 1993

Price Alert
First Databank
1111 Bayhill Drive Suite 350
San Bruno, CA 94066
Attn: Beth Rader & Ed Edlestein, Pharm D


RECEIVED SEP 8 1993

Dear Ms. Rader and Dr. Edlestein:

I would like to announce the addition and immediate availability of a new package size, 25 x 3ml albuterol sulfate inhalation solution 0.083%, to the Warrick Pharmaceuticals line. I request that you list this new package size in your pricing guide or file. Information on this new package including pack size, NDC number and price is included on the attached sheet.

I appreciate your prompt attention to this request and if you have any questions regarding Warrick Pharmaceuticals, or any of our products, please contact me.

Sincerely,

Harvey Weintraub
Harvey Weintraub
Vice President
(908) 298-4930

HW:eu
TSC
fm30902z.wpd/v

DEPOSITION EXHIBIT 73 DLS 2-13-03

FDB 001622

TX-D & W - 012309


EXHIBIT 28
WIT: Weintraub
DATE: 9-19-06
Cynthia Vohlken

## NEW PACKAGE SIZE

Albuterol Sulfate
Solution for Inhalation 0.083%*
25 x 3ml.

Warrick Pharmaceuticals Corp.
Niles, Illinois 60714
Division of Schering Plough Corp.

### DISTRIBUTOR FACT SHEET

| | |
|---|---|
| COMPANY NAME: | Warrick Pharmaceuticals |
| PRODUCT NAME: | Albuterol sulfate, USP Inhalation Solution |
| PRODUCT DESCRIPTION: | 0.083%* 2.5mg/3ml |
| PACKAGES SIZE: | 25 x 3ml unit dose bottles |
| NDC NUMBER: | 59930-1500-08 |
| DIRECT PRICE: | $24.75 |
| AWP: | $32.25 |
| MINIMUM ORDER QUANTITY: | 36 |
| PAYMENT TERMS: | 2% 30 days, Net 45 days |
| SHELF CARTON QUANTITY: | 25 unit-dose bottles |
| SHIPPING CASE QUANTITY: | 36 |
| SHIPPING CASE WEIGHT: | 15lbs. |
| SHIPPING CASE VOLUME: | 0.8 cu. ft. |
| SHIPPING CASE DIMENSIONS: | 17¼" x 13 x 5¼" |
| FOLDING CARTON: | $4^{3}/_{16}$" x $4^{3}/_{16}$" x 1½" |
| DATED ITEM: | Yes |
| LENGTH OF DATING: | 15 Months |
| PRESCRIPTION: | Yes |
| NARCOTIC: | No |
| STORAGE REQUIREMENTS: | Store between 2° - 25° C (36° - 77°F) |

*Potency expressed as albuterol

FDB 001620

c130902a.wpd

TX-D & W - 012307

FEB 12 2003 08:49 FR OFFICE OF ATT.GENERAL512 499 0712 TO 19736222644    P.07/24

AA BB CC DD EE
FF GG HH II JJ

## Editorial Services Department
## First DataBank

Document No. 0*0098    Date: 9/8/93
EFFECTIVE: 9/3/93

LABELER ID:[ A ] 59930    NDC5: _____
MFG.NAME: Warnck

**ACTION:**
☒ ADDS    ☐ OTHER
☐ PRICE UPD(S)   ☐ CSR# _____
☐ OBSOLETES

**PRICING:**
☐ NET    ☒ DIR    ☒ AWP

COMMENTS: _____

**OTHER/PROBLEMS/QUESTIONS:**

| DATE | FILE NAME | ACTION | INITIAL | DATE | DATABASE DATE |
|---|---|---|---|---|---|
| 09/07/93 | WARRDWA | Add | LO | 9/8/93 | 9.8.93 |
| __/__/__ | | | | __/__/__ | |
| __/__/__ | | | | __/__/__ | |
| __/__/__ | | | | | |
| __/__/__ | | | | | |

FDB 001623

TX-D & W - 012310