# Exhibit E


**Warrick**
PHARMACEUTICALS

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

December 29, 1995

Ms. Beth Rader
Price Alert/First Data Bank
1111 Bayhill Drive, #350
San Bruno CA  94066

Dear Ms. Rader:

Please list the following newly introduced Warrick Pharmaceuticals product in your pricing guide or file, effective immediately. This product is a generic to Proventil (R) Inhaler and is "A" rated.

| PRODUCT | PACKAGE SIZE | NDC# | AWP | |
|---|---|---|---|---|
| Albuterol, USP Inhalation Aerosol | 17 g | 59930-1560-1 | $21.41 | 16.06 |
| Albuterol, USP Inhalation Aerosol Refill | 17 g | 59930-1560-2 | $18.79 | 14.80 |

Thank you for your prompt attention to this matter.

If you have any questions regarding Warrick Pharmaceuticals or any of our products, please do not hesitate to contact me at 908-629-3618.

Sincerely,

Harvey J. Weintraub

DEPOSITION EXHIBIT
734
DLS 1-13-03

EXHIBIT 32
WIT: Weintraub
DATE: 9-19-06
Cynthia Vohlken

FDB 001627

TX-D & W - 012314