# Exhibit F



**Warrick**
PHARMACEUTICALS

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

December 30, 1995

Mr. Arnold Shapiro
Pharmacy Program Manager
Massachusetts Dept. of Public Welfare
Medicaid Division, 5th Floor
600 Washington St.
Boston MA 02111

Dear Mr. Shapiro:

Please be informed that Warrick Pharmaceuticals, a unit of Schering-Plough Corporation, is pleased to announce the availability of Albuterol, USP Inhalation Aerosol, a generic to Proventil (R) Inhalation Aerosol, and rated A. Product Information for package sizes and pricing information is as follows:

| PRODUCT | Pkg. Size | NDC 59930- | AWP | Direct Wholesale |
|---|---|---|---|---|
| Albuterol, USP Inhalation Aerosol | 17 g Canister | 1560-1 | $21.41 | $16.06 |
| Albuterol, USP Inhalation Aerosol (Refill) | 17 g (Refill) | 1560-2 | $19.79 | $14.80 |

**Please be advised that Warrick does not sell direct to retail pharmacies.** Enclosed please find the following: Package Insert and FDA Approval Letter. See **INDICATIONS** section of package insert for **Indications/Use**. This product is being marketed under the Proventil NDA 17-559. This information is being provided in the event it is required for reimbursement purposes. If you require any additional information, please feel free to contact me at 908-629-3604.

Sincerely,

MASSACHUSETTS

Phyllis T. Sinoradzki, M.A.E.
Executive Assistant

CONFIDENTIAL
WPX0006894

Highly Confidential

RGXA 0006829