Exhibit G

# Warrick Pharmaceuticals

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

October 12, 1993

Ms. Beth Rader & Ed Edlestein, Pharm D.
Price Alert
First Databank
1111 Bayhill Drive, Suite 350
San Bruno CA 94066

Dear Ms. Rader & Dr. Edlestein:

Please change the AWP for Warrick Pharmaceuticals albuterol sulfate solution, 0.083% to the prices listed below, effective immediately.

| | |
|---|---|
| 25 x 3 ml, NDC #59930-1500-8 | $30.25 ($1.21 per unit) |
| 60 x 3 ml, NDC #59930-1500-6 | $72.60 ($1.21 per unit) |

Please delete direct price listings from your publication or database.

Thank you.

Sincerely,

Harvey J. Weintraub
Vice President
(908) 298-4930

HJW/md
HW30924W

cc: S. Cooper
    S. Davis
    W. Gough
    R. Kapur
    R. Loughlin

FDB 001621



EXHIBIT 3
WIT: Weintraub
DATE: 9-12-06
Cynthia Vohlken

DEPOSITION EXHIBIT

TX-D & W - 012308