# Exhibit H

## Price History for ALBUTEROL 90MCG INHALER (59930-1560-01) - WARRICK PHARM
### 17 INHALATION

| Effective Date | AWP Unit: | AWP Pkg: | DIR Unit: | DIR Pkg: | WHN Unit: | WHN Pkg: | FFPUL: | BaseLine: |
|---|---|---|---|---|---|---|---|---|
| Current | 1.25941 | 21.41 | n/a | n/a | 0.94470 | 16.06 | 0.88230 | 1.75020 |
| 25-Nov-2003 | -- | -- | -- | -- | -- | -- | -- | 1.75020 |
| 30-Oct-2003 | -- | -- | -- | -- | -- | -- | -- | 1.76128 |
| 28-Aug-2003 | -- | -- | -- | -- | -- | -- | -- | 1.77820 |
| 31-Jul-2003 | -- | -- | -- | -- | -- | -- | -- | 1.67444 |
| 27-Mar-2003 | -- | -- | -- | -- | -- | -- | -- | 1.83844 |
| 11-Mar-2003 | -- | -- | -- | -- | -- | -- | 0.88230 | -- |
| 27-Feb-2003 | -- | -- | -- | -- | -- | -- | -- | 1.67376 |
| 26-Nov-2002 | -- | -- | -- | -- | -- | -- | -- | 1.60178 |
| 25-Apr-2002 | -- | -- | -- | -- | -- | -- | -- | 1.57074 |
| 08-Dec-2000 | -- | -- | -- | -- | -- | -- | 0.00000 | -- |
| 07-Dec-2000 | -- | -- | -- | -- | -- | -- | 0.34900 | -- |
| 01-Oct-1997 | -- | -- | -- | -- | -- | -- | 0.43940 | -- |
| 02-Jan-1996 | 1.25941 | 21.41 | -- | -- | 0.94470 | 16.06 | -- | -- |

## Price History for ALBUTEROL 90MCG INH REFILL (59930-1560-02) - WARRICK PHARM
### 17 INHALATION

| Effective Date | AWP Unit: | AWP Pkg: | DIR Unit: | DIR Pkg: | WHN Unit: | WHN Pkg: | FFPUL: | BaseLine: |
|---|---|---|---|---|---|---|---|---|
| Current | 1.16411 | 19.79 | n/a | n/a | 0.87058 | 14.80 | 0.88230 | 1.75020 |
| 25-Nov-2003 | -- | -- | -- | -- | -- | -- | -- | 1.75020 |
| 30-Oct-2003 | -- | -- | -- | -- | -- | -- | -- | 1.76128 |
| 28-Aug-2003 | -- | -- | -- | -- | -- | -- | -- | 1.77820 |
| 31-Jul-2003 | -- | -- | -- | -- | -- | -- | -- | 1.67444 |
| 27-Mar-2003 | -- | -- | -- | -- | -- | -- | -- | 1.83844 |
| 11-Mar-2003 | -- | -- | -- | -- | -- | -- | 0.88230 | -- |
| 27-Feb-2003 | -- | -- | -- | -- | -- | -- | -- | 1.67376 |
| 26-Nov-2002 | -- | -- | -- | -- | -- | -- | -- | 1.60178 |
| 25-Apr-2002 | -- | -- | -- | -- | -- | -- | -- | 1.57074 |
| 08-Dec-2000 | -- | -- | -- | -- | -- | -- | 0.00000 | -- |
| 07-Dec-2000 | -- | -- | -- | -- | -- | -- | 0.34900 | -- |
| 01-Oct-1997 | -- | -- | -- | -- | -- | -- | 0.43940 | -- |
| 02-Jan-1996 | 1.16411 | 19.79 | -- | -- | 0.87058 | 14.80 | -- | -- |