Exhibit I

CERTIFIED CO.

1

2

3

4

5

6    IN RE:   TEXAS CIVIL INVESTIGATIVE DEMAND

7               TO FIRST DATABANK, INC.

8

9

10

11              ATTORNEYS' EYES ONLY

12   CONFIDENTIAL EXAMINATION UNDER OATH

13                     OF

14            PATRICIA KAY MORGAN

15         MONDAY, JANUARY 28, 2002

16         PAGES 1 -161; VOLUME 1

17

18

19

20

21        BEHMKE REPORTING & VIDEO SERVICES

22      BY:   SUZANNE I. ANDRADE, CSR # 10682

23                   1320 ADOBE DRIVE

24          PACIFICA, CALIFORNIA   94044

25                   (650) 359-3201

1

FDB-AWP 00556
HIGHLY CONFIDENTIAL



EXHIBIT
1
Morgan

```
1   that were listed in the CID?
2        A.  Yes, I was.
```

Lines 9:5-9:14

```
 5        Q.  How long have you been with First
 6   DataBank?
 7        A.  Almost three years.
 8        Q.  Where did you work prior to First
 9   DataBank?
10        A.  Abbott Laboratories.
11        Q.  What was your job at Abbott?
12        A.  I had numerous functions at Abbott.
13   I was in research and development, product
14   information, trade relations.
```

Pages 21:12-27:4

12          Q.  When you moved to First DataBank,

13    what was your first job?

14          A.  Manager of editorial services.

15          Q.  And what did that basically require

16    you to do?

17          A.  We oversee the entry of the products

18    and the prices into the database.

19          Q.  Is that the position you currently

20    hold?

21          A..  Yes, sir.

22          Q.  Take me through the process of how

23    First DataBank receives information from

24    manufacturers and inputs that into the First

25    DataBank database.

21

1          A.   We receive a fax or an e-mail from

2     the manufacturer listing their NDC numbers and

3     their pricing, product name.  If it's a new

4     entity, we enter the package insert as well,

5     so that data gets keyed into the database.

6          Q.   Does First DataBank request this new

7     drug information, or is that sent by the

8     manufacturer?

9          A.   Both.

10         Q.   What would prompt First DataBank to

11    require new drug information?

12         A.   Customer asking for us to add it to

13    the database.

14         Q.   A customer is who?

15         A.   Any party that purchases First

16    DataBank data.

17         Q.   Is that basically an entity that

18    subscribes to First DataBank services?

19         A.   I don't usually call it a

20    subscription.  It's more they receive the

21    information, but yes.

22         Q.   How does First DataBank refer to its

23    customers?  Are they called customers?

24         A.   Yes, sir.

25         Q.   Typically for generic drugs, does

22

1    First DataBank have to request new drug

2    information from the manufacturers, or do the

3    manufacturers send that unsolicited?

4         A.   They send it unsolicited.

5         Q.   Have you found situations where

6    First DataBank has had to write and

7    specifically request that a manufacturer send

8    new drug information on a generic?

9         A.   We don't write.  We generally call

10   or e-mail, but yes, we would.

11        Q.   You've had that happen?

12        A.   Yes.

13        Q.   Do you recall what drugs, the type?

14        A.   It just depends.  Generally the

15   information comes in, but...

16        Q.   Do you have an understanding of why

17   a manufacturer needs to have their information

18   on the First DataBank database?

19        A.   It's my understanding that many

20   customers won't stock it, or you can't get

21   reimbursed unless it's in the database.

22        Q.   How would the fact that a drug

23   manufacturer's information is not on the

24   database prevent a drug manufacturer's drug

25   from being reimbursed?

13          Q.  Well, again, this defined field for

14   average wholesale price, is that in the

15   same --

16          A.  Manual.

17          Q.  -- manual --

18          A.  Mm-hmm.

19          Q.  -- with net wholesale?

20          A.  Mm-hmm.

21          Q.  Do you know who designed that

22   definition?

23          A.  No.  It was written many years ago.

24          Q.  Do you know if it has changed over

25   time?

                                                    88

1          A.  To my knowledge, it has not.

2          Q.  Do you know if the definition of net

3   wholesale has changed over time?

4          A.  To my understanding, it has not.

Deposition dated November 13, 2002 (Deposition, Ven-A-Care case vs Dey)

15:19-16:8

```
19      Q.   For the manufacturers that do suggest AWPs
20   does First DataBank then in turn publish those AWPs?        09:26
21      A.   We populate those into a field called
22   suggested wholesale price and then depending upon the
23   survey if the wholesalers agree with that price that
24   would be what we -- would be published in the Bluebook
25   field.                                                      09:26
```

FDB-AWP 01454
HIGHLY CONFIDENTIAL

16

```
1       Q.   How do you go about determining whether         09
2    wholesalers agree with the AWP presented to you by the
3    manufacturers?
4       A.   We survey the wholesalers periodically for
5    the markup they are applying to the wholesale            09
6    acquisition cost of a manufacturer and the system
7    generates the AWP if there is a markup on that price
8    or on that manufacturer.
```

16:15-20:1

15      Q.    (BY MR. ANDERSON)  Let's take it piece by          09:27

16  piece.  When you -- when you said "periodically," how

17  periodically does First Data survey the wholesalers?

18      A.    There is no specific time frame.

19      Q.    Well, generally how often does First DataBank

20  survey wholesalers?                                          09:27

21      A.    I'm in frequent communication with the

22  wholesalers and with customers who may say that the

23  markup should be changed on a product or we should

24  check the markup, are you sure this is what should be

25  applied.  So generally it's a prompted and not a            09:28

FDB-AWP 01455
HIGHLY CONFIDENTIAL

17

1    scheduled survey.                                    09:28

2       Q.   What would prompt a survey?

3       A.   A customer saying that they think the markup

4    should be different than what it is.

5       Q.   What type of customer?                        09:28

6       A.   Could be any of them.  I've had those come

7    from both payers and providers.

8       Q.   Do you have a general idea of how often First

9    Data would do this, whether it's prompted by a

10   customer or not, how often First Data would survey the  09:28

11   wholesalers for their markups?

12      A.   There is no scheduled time frame.

13      Q.   I understand that, ma'am, but given that

14   there's no scheduled time frame do you have a general

15   feeling as to how often you do it?                     09:29

16      A.   No.

17      Q.   Would there be someone at First DataBank that

18   would have a better idea of how often First DataBank

19   conducts wholesaler surveys?

20      A.   I'm trying to -- to answer your question,      09:29

21   but, again, we are in constant communication with the

22   wholesalers.  It's a very dynamic industry.  Usually

23   it's some sort of merger or acquisition or

24   divestiture, otherwise there is not a need to change

25   the markup unless someone suggests that it has         09:29

FDB-AWP 01456
HIGHLY CONFIDENTIAL

18

1   changed.  So there is not a time frame per se.  It's

2   due to something changing in the marketplace.

3       Q.   Would it be fair to say that First DataBank

4   conducts less than five wholesaler surveys per year?

5       A.   No.  I have 1200 manufacturers, but less than

6   five per manufacturer, yes, that would be fair.

7       Q.   When you conduct a wholesaler survey you only

8   conduct it for one given manufacturer?

9       A.   Generally, yes.

10      Q.   Would it be fair to say that you conduct less

11  than two wholesaler surveys per manufacturer per year?

12      A.   That would be fair.

13      Q.   Would it be fair to say that you conduct less

14  than one wholesaler survey per manufacturer per year?

15      A.   I don't want to go there because there's

16  probably examples where we have done more than one.

17      Q.   But typically one is the standard number of

18  wholesaler surveys per year per manufacturer?

19      A.   I'm trying very hard to answer this, but I

20  don't recall about all 1200 manufacturers every year.

21  As the need arises we survey the wholesalers, the

22  markup to be applied.

23      Q.   Okay.  What would prompt, as you said, a need

24  to arise to survey a wholesaler other than a customer

25  asking for you to check on a markup?

FDB-AWP 01457
HIGHLY CONFIDENTIAL

19

1      A.   A merger, an acquisition, a divestiture.

2      Q.   Any other reasons to prompt a survey of

3  wholesaler?

4      A.   It could be a change in the manufacturer's

5  reporting of the data to us.

6      Q.   What do you mean by a change in the

7  manufacturer's reporting of information?

8      A.   Some manufacturers used to report some AWPs

9  and we will call and check after they stop reporting

10  them to make sure nothing has changed with the

11  wholesalers.  Many have gone to what they call a one

12  price policy where their direct price equals their

13  wholesale acquisition price.  So we'll call and check

14  on that to see if the wholesaler has changed anything

15  at that point in time.  There could be others, but

16  those are the ones that come to mind.

17      Q.   How do the manufacturers notify you that

18  they've changed the way they report their prices?

19      A.   Generally we just receive notification of

20  their price changes and if it's different than what

21  we've received in the past that's usually up to us to

22  figure it out.

23      Q.   How do you receive pricing information from

24  manufacturers generally?

25      A.   A variety of means.  We can get it by mail,

FDB-AWP 01458
HIGHLY CONFIDENTIAL

20

1 | by fax, by e-mail.                                                      09

20:19-21:22

19     Q.    Is there any documentation of the wholesaler

20  surveys that are conducted by First DataBank?                    09:32

21     A.    No, there's not.

22     Q.    Are the wholesaler surveys weighted averages?

23     A.    Basically we go by market share and so what

24  we take is what markup they are applying based on

25  their percent of the market they have.                          09:33

FDB-AWP 01459

HIGHLY CONFIDENTIAL

21

1    Q.   And when you say "they," you are talking

2  to -- about the wholesalers, correct?

3    A.   Correct.

4    Q.   So in answer to my question, the wholesaler

5  surveys are a weighted average using market share; is

6  that correct?

7    A.   That's correct.

8    Q.   Are these calculations of the weighted

9  averages done by hand?

10   A.   Yes, sir.

11   Q.   And what's done with the documentation of the

12 calculation of the weighted averages?

13   A.   Well, first, you know, generally it's been my

14 experience they are all in agreement on what the

15 markup is, so it really doesn't take much to do that.

16 If everyone says the markup is 25 percent, you just

17 write down to make the markup 25 percent.

18   Q.   When you say they are all in agreement, who

19 are the wholesalers which First DataBank surveys?

20   A.   We survey the national wholesalers of which

21 there are now three, Cardinal, AmerisouceBergen and

22 McKesson.