# Exhibit J



**Warrick**
PHARMACEUTICALS

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

July 16, 2002

Kay Morgan
Manager, Editorial Services
First Data Bank, Inc.
1111 Bayhill Drive
San Bruno, California 94066-3027



Dear Kay,

You've requested Warrick's WAC pricing for Albuterol Sulfate Inhalation Solutions. In our conversation earlier this week, I told you that Warrick has a range of prices at which it sells its products at any given time, and you said that disclosing our highest WAC would be sufficient for your purposes. Please be informed that our <u>highest</u> WAC price for each of the Albuterol Sulfate Inhalation Solutions, as of 7/15/02, is as follows:

|  |  |  | NDC # | Highest WAC Price |  |
|---|---|---|---|---|---|
| Albuterol Sulfate Solution | 0.083% | 24 x 3 mL | 59930-1517-1 | $11.16 | :47 |
| Albuterol Sulfate Solution | 0.083% | 60 x 3 mL | 59930-1517-2 | $27.98 | :47 |
| Albuterol Sulfate Solution | 0.5% | 20 mL | 59930-1647-2 | $ 8.04 | ? |

Sincerely,

Harvey Weintraub

cc:  Lynette Guillory

HW/dc
S:/Warrick/Harvey/Morgan Ltr 7-9-02.doc

**HIGHLY CONFIDENTIAL**

FDB-AWP 04170





EXHIBIT 4
WIT: Weintraub
DATE: 9-17-06
Cynthia Vohlken