Exhibit M



## Warrick
PHARMACEUTICALS

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

June 4, 2003

Ms. Kathryn Kuhmerker
Deputy Commissioner
Office of Medicaid Management
Department of Health
Empire State Plaza
Room 1466, Corning Tower Building
Albany, NY 12237

**RE: Warrick Pharmaceuticals Pricing Update for the Month Ending 05/31/03**

Dear Ms. Kuhmerker:

**This letter contains important information about the actual prices for Warrick's products. This information may be helpful in setting appropriate reimbursement levels for those drugs.**

Enclosed please find a report of Warrick Pharmaceuticals product pricing to Wholesalers, Chains and Generic Distributors, reflecting the high and low price range for Warrick's currently marketed products to these customers. The prices are net for the month ending April 30, 2003. We will issue an updated report to you each month.

**If you are a state that reimburses Medicaid providers on the basis of AWP, you should be aware that AWP does not reflect an average of wholesale prices, nor any actual wholesale price. Warrick does not generally know the prices charged by wholesalers for Warrick's products. AWP is a reference price, and often represents a multiple of actual prices. You should consider the actual prices provided with this letter in determining the amount by which you discount AWP for reimbursement purposes.**

**The pricing of Warrick's products varies in accordance with market conditions and can change on a daily basis. Warrick Pharmaceuticals does not suggest re-sale prices to its customers, and prices its' products competitively with market place pricing. The prices listed in the enclosed report reflect the high/low net price range in effect for the period, and are not Warrick's estimate of wholesale prices to pharmacies.**

**Net price is defined as Invoice price less rebates. Certain chain customers, based on competitive conditions, are eligible for an additional rebate (up to a maximum of 7% on all products) if certain market share criteria are met. These cannot be calculated until after the close of a particular quarter. Accordingly, the chain prices listed in the accompanying chart do not reflect the impact of this additional rebate.**

HIGHLY CONFIDENTIAL                                                              RGX 0096621

**Note, however, that such information is ultimately captured in the Company's AMP calculation.**

The enclosed materials constitute proprietary, privileged, and/or confidential business information.  Accordingly, they are being supplied with the expectation that they will receive confidential treatment pursuant to all applicable rules and regulations.  Should any party seek disclosure of any of the information contained herein, we request that we be notified in advance and be given an opportunity to object to any disclosure.

I trust the information contained in the attached reports is acceptable.  If you have questions regarding either the content or format of this letter or the enclosed reports, please call John Vanschaften at 908-629-3413.

In order to ensure proper receipt of Warrick's pricing, please forward any changes to the contact, mailing address, applicable forms, and requirements to me at Warrick Pharmaceuticals, 215 Birchwood Avenue, Cranford, New Jersey 07016.

Sincerely,

B. Michael Kennedy
Director, Managed Care Financial Services

Enclosures

341238_1

HIGHLY CONFIDENTIAL



**Warrick**
PHARMACEUTICALS

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869
April 7, 2004

Ms. Kathryn Kuhmerker
Deputy Commissioner
Office of Medicaid Management
Department of Health
Empire State Plaza
Room 1466, Corning Tower Building
Albany, NY 12237

  RE: Warrick Pharmaceuticals Pricing Update for the Month Ending  03/31/04

Dear Ms. Kuhmerker:

This letter contains important information about the actual prices for Warrick's products.  This information may be helpful in setting appropriate reimbursement levels for those drugs.

Enclosed please find a report of Warrick Pharmaceuticals product pricing to Wholesalers, Chains and Generic Distributors, reflecting the high and low price range for Warrick's currently marketed products to these customers.  The prices are net for the month ending March 31, 2004.  We will issue an updated report to you each month.

If you are a state that reimburses Medicaid providers on the basis of AWP, you should be aware that AWP does not reflect an average of wholesale prices, nor any actual wholesale price.  Warrick does not generally know the prices charged by wholesalers for Warrick's products.  AWP is a reference price, and often represents a multiple of actual prices.  You should consider the actual prices provided with this letter in determining the amount by which you discount AWP for reimbursement purposes.

The pricing of Warrick's products varies in accordance with market conditions and can change on a daily basis.  Warrick Pharmaceuticals does not suggest re-sale prices to its customers, and prices its' products competitively with market place pricing.  The prices listed in the enclosed report reflect the high/low net price range in effect for the period, and are not Warrick's estimate of wholesale prices to pharmacies.

Net price is defined as Invoice price less rebates.  Certain chain customers, based on competitive conditions, are eligible for an additional rebate (up to a maximum of 7% on all products) if certain market share criteria are met.  These cannot be calculated until after the close of a particular quarter.  Accordingly, the chain prices listed in the accompanying chart do not reflect the impact of this additional rebate.  Note, however, that such information is ultimately captured in the Company's AMP calculation.

HIGHLY CONFIDENTIAL    RGX 0096678

The enclosed materials constitute proprietary, privileged, and/or confidential business information. Accordingly, they are being supplied with the expectation that they will receive confidential treatment pursuant to all applicable rules and regulations. Should any party seek disclosure of any of the information contained herein, we request that we be notified in advance and be given an opportunity to object to any disclosure.

I trust the information contained in the attached reports is acceptable. If you have questions regarding either the content or format of this letter or the enclosed reports, please call John Vanschaften at 908-629-3413.

In order to ensure proper receipt of Warrick's pricing, please forward any changes to the contact, mailing address, applicable forms, and requirements to Janice Brennan at Warrick Pharmaceuticals, 215 Birchwood Avenue, Cranford, New Jersey 07016 or by email @ janice.brennan@spcorp.com.

Regards,

Janice Brennan

Janice Brennan
Senior Pricing and Medicaid Analyst

Enclosures

341238_1

HIGHLY CONFIDENTIAL                                                     RGX 0096679