Exhibit O

Page 287

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )  CIVIL ACTION

PRICE LITIGATION                )  01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )  Judge Patti B. Saris

the Florida Keys, Inc.          )

     v.                         )  Chief Magistrate

Abbott Laboratories, Inc.,      )  Judge Marianne B.

No. 06-CV-11337-PBS             )  Bowler

- - - - - - - - - - - - - - - -

        (cross captions appear on following pages)


           Videotaped deposition of SUE GASTON


                      Volume II


                      Washington, D.C.

                      Wednesday, March 19, 2008

                      9:00 a.m.
```

Page 455

1    A.    It appears that the FUL price the
2    system generated needed to be evaluated --
3    Q.    We've got another one of those notes,
4    right?  The FUL price not greater than another
5    supplier?
6    A.    Correct.  And so we needed to do some
7    manual review.  It looks like the low price that
8    it was based on --
9    Q.    It looks like Major?
10   A.    -- was Major.  And it seemed extremely
11   low.  Not extremely.  But it seemed much lower
12   than all the other published prices.
13   Q.    And so the next, as I understand it,
14   the next highest published price after Major's
15   was Zenith Labs?
16   A.    Correct.
17   Q.    And when you used a Zenith Labs price
18   as I understand it you got something -- you
19   multiplied that by 150 percent to calculate what
20   a FUL might be, you get a number that was
21   equivalent to Major's AWP?
22   A.    That's what it appears.

96c95944-eee1-42b5-b77a-388fc0daf3d5

Page 456

1        Q.    And Ms. Bergin's note indicates that in
2   this instance CMS did not set a FUL because the
3   FUL price would have been equal to Major's AWP;
4   is that correct?
5        A.    Correct.
6        Q.    Are you familiar with making that kind
7   of a decision not to set a FUL when it was equal
8   to an AWP?
9        A.    Yes.
10       Q.    Why would CMS decline to set a FUL when
11  the FUL was equal to an AWP?
12       A.    Because states have other methodologies
13  they can use for reimbursement.  And their
14  regular reimbursement methodology would be a
15  percentage off of AWP.  That would be a
16  reasonable reimbursement rate for other drugs.
17  So the purpose of setting the FUL price is to try
18  to set reasonable reimbursement.  And that would
19  kind of counter what the states were doing with
20  their other reimbursement methodology.
21       Q.    I see.  So just like we talked about
22  there morning, one of the objectives of the FUL

1    program is cost savings?
2         A.   Correct.
3         Q.   And so if you set a FUL that was equal
4    to an AWP it wouldn't really result in any cost
5    savings to the state?
6         A.   Correct.
7         Q.   And so in this case, if I understand
8    what's going on here with cefadroxil in 2001,
9    basing a FUL on the lowest published price seemed
10   to result in a FUL that was too low, right?
11        A.   It appeared that way because of the
12   compendia information that we have.
13        Q.   And setting a FUL -- not using that
14   lowest published price but moving up to the next
15   seemed to result in a FUL that was too high?
16        A.   Correct.
17        Q.   And so CMS declined to set a FUL given
18   the published prices that were out there?
19        A.   Correct.
20        Q.   Let me just digress here for a second.
21   What role if any did AWP play in setting FULs?
22        A.   Generally, it did not.

Page 458

1    Q.   Can you think of any instance in which
2  CMS based a FUL on the published AWP price?
3    A.   I can't think of a situation where they
4  did.
5    Q.   In other words, other than being used
6  to check whether there was going to be cost
7  savings that resulted, FUL was basically -- or --
8  I'm sorry -- AWP was basically irrelevant for the
9  FUL calculation?
10           MS. MARTINEZ:  Objection, form.
11           MR. WINGET-HERNANDEZ:  Objection, form.
12   A.   It was used in the methodology just for
13  consideration, but I don't know of any times when
14  it would have been used to set a FUL price.
15   Q.   So in terms of a basis of calculation,
16  the price on which the FUL was based, AWP was
17  irrelevant?
18           MR. WINGET-HERNANDEZ:  Objection, form.
19           MS. MARTINEZ:  Objection, form.
20   A.   We wouldn't have used AWP.
21   Q.   Why would CMS not have used AWP?
22   A.   Because we know that states will be

Gaston, Sue - Vol. II                                     March 19, 2008
                         Washington, DC

```
                                                              Page 459
 1    reimbursing for drugs at a percentage off of AWP.
 2    That's one of the methodologies they could use.
 3    And we will let states reimburse according to
 4    that methodology.  Setting a FUL using the AWP
 5    wouldn't achieve the cost savings where if they
 6    did it with their own methodology, a percentage
 7    off of AWP, they would be achieving savings.
 8          Q.   You can set that aside.  But don't
 9    worry, I have others that look like it.
10          A.   I'm sure.
11          Q.   Can I ask the court reporter to mark as
12    Exhibit 8 -- New York Counties Defendants'
13    Exhibit 8 for identification a one-page document
14    labeled HHD 175-0276.
15               (Exhibit NY Counties 008 was
16    marked for identification.)
17    BY MR. BUEKER:
18          Q.   Ms. Gaston, you have in front of you
19    Exhibit 8?
20          A.   Yes.
21          Q.   And Exhibit 8, again, looks to be to
22    you a printout from the FULs system for 500-
```

Page 460

1    milligram strength of cefadroxil?
2         A.    Correct.
3         Q.    And Exhibit 8 is dated in the top left-
4    hand corner 3/27/02?
5         A.    Correct.
6         Q.    What I want to do is focus on the
7    writing at the bottom of Exhibit 8.  Is that your
8    handwriting?
9         A.    No.
10        Q.    Again, it's Ms. Bergin's handwriting?
11        A.    Correct.
12        Q.    Let me ask specifically, the
13   handwriting kind of above the chart that looks
14   like pound sign or number sign "100 looks like
15   the most commonly used size," is that your
16   handwriting?
17        A.    No.  That's Cindy's.
18        Q.    You would agree with me that it looks
19   like what Ms. Bergin was trying to do here was
20   determine what the most commonly available
21   package size was, right?
22        A.    Correct.