# Exhibit P



# Warrick
PHARMACEUTICALS

CONFIDENTIAL

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

August 24, 1999

HIGHLY CONFIDENTIAL

Honorable Thomas Bliley
Chairman
U.S. House of Representatives
Committee on Commerce
Room 2125
Rayburn House Office Building
Washington, DC 20515-6115

RE: <u>Letter dated July 19, 1999 Requesting Information Concerning the Pricing for Albuterol Sulfate .083%</u>

Dear Mr. Bliley:

This is in response to the letter dated July 19, 1999 from the House Committee on Commerce (the "Committee") requesting certain information from Warrick Pharmaceuticals ("Warrick") concerning pricing for albuterol sulfate solution 0.083%.

Request No. 1: Please provide all definitions of AWP used by your company since January 1, 1996 for the purpose of determining the reimbursement price for Medicare-covered drugs, and all records relating to those definitions. In particular, please provide the specific definitions you apply to the terms "average" and "wholesale".

Response to Request No. 1: Warrick generally views AWP as being in the nature of a manufacturer's suggested list price which is set at the time of product introduction. Warrick sets AWP for a particular generic drug at the time of its introduction into the market. In so doing, Warrick generally applies a [[10-15%]] discount to the price of the corresponding brand-name drug. As a matter of general practice, after AWP is initially set, Warrick does not typically change AWP.

Warrick does not apply its own definition of average wholesale price ("AWP") "for the purpose of determining the reimbursement price of Medicare-covered drugs, "or for any other purpose. Nor does Warrick apply any particular definition for the terms "average" or "wholesale." Warrick has provided to HCFA on a quarterly basis both its Best Price and Average Manufacturer's Price ("AMP") for albuterol sulfate .083%. Best Price is the single lowest price at which a covered outpatient single source or innovator multi-source drug is sold during the quarter to any wholesaler, retailer, provider, HMO, non-profit entity, or government entity within the United States. The AMP is the price paid during the quarter to a manufacturer in the United States by wholesalers for drugs distributed to the retail pharmacy class of trade, after deducting for prompt pay discounts. AMP is calculated as Net Sales divided by the net number of units sold in a particular quarter.

HIGHLY CONFIDENTIAL
SP-MNYCC 0008402

Honorable Thomas Bliley                   -2-                                    August 24, 1999
Chairman, U.S. House of Representatives

    Request No. 2: Please explain the methodology used by Warrick, or any other entity acting on Warrick's behalf, to calculate the specific AWP for Albuterol .083% during Calendar Year (CY) 1998.

    Response to Request No. 2: Warrick began selling albuterol sulfate .083% in 1993, and set AWP at that time. AWP for the 60 x 3-ml package was set at $72.60 and AWP for the 25 x 3-ml package was set at $30.25. Consistent with its general practice, Warrick has not changed AWP for albuterol sulfate .083% since the introduction of the drug in 1993.

    Request No. 3: Please identify any changes that have been made to the method of calculating the AWP for Albuterol .083% since the OIG's December 1997 report.

    Response to Request No. 3: As noted in the Response to Request No. 2, Warrick has not changed the "method of calculating the AWP" for albuterol sulfate .083%.

    Request No. 4: Please identify the average annual AWP for Albuterol .083% in CY 1998 as well as in the preceding two calendar years.

    Response to Request No. 4: AWP for albuterol sulfate .083% in calendar years 1996-1998 was not changed. It was $72.60 for the 60 x 3-ml package and $30.25 for the 25 x 3-ml package.

    Request No. 5: Please provide the actual prices Warrick charged for Albuterol .083% to every wholesale customer during CY 1998 and for each of the preceding two calendar years. In responding to this request, please take into account any rebates, discounts or free goods provided by Warrick that would affect the actual per-unit price charged to that customer. In addition, Warrick need not provide any information identifying the particular customers who purchased Albuterol, or the volume of Albuterol sold to the customers for the stated per-unit price.

    Response to Request No. 5: Documents bearing production numbers W0001 - W0012 are submitted in response to this request. These documents reflect the average actual prices Warrick charged for Albuterol .083% to all its wholesale customers during CYs 1996, 1997 and 1998, taking into account rebates, discounts, and/or free goods that would affect the actual per-unit price charged to that customer.

    Request No. 6: Please provide all records relating to communications between Warrick and any medical provider or group of providers since January 1, 1996 that relate to the AWP for Albuterol .083%.

    Response to Request No. 6: Warrick does not communicate with medical providers or provider groups concerning AWP.

HIGHLY CONFIDENTIAL
SP-MNYCC 0008473

Honorable Thomas Bliley     -3-     HIGHLY CONFIDENTIAL
Chairman, U.S. House of Representatives      August 24, 1999

    This letter and the enclosed documents constitute confidential business information of Warrick Pharmaceuticals, and I request treatment of them as confidential information.

    I hope this information will be of assistance to the Committee in its deliberations.

                           Sincerely yours,

                           Raman Kapur
                           President

/spc
245361-1

HIGHLY CONFIDENTIAL
SP-MNYCC 0008474

08/23/99 MON 17:28 FAX 908 629 3606     WARRICK PHARM.                    ☒002



**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

HIGHLY CONFIDENTIAL

CONFIDENTIAL

| Customer # | Year | NDC | Average Price | |
|---|---|---|---|---|
| 1 | 1996 | 59930150006 | $19.74 | |
|   |      | 59930150008 | 7.08 | |
|   | 1997 | 59930150006 | 16.43 | |
|   |      | 59930150008 | 6.77 | |
|   | 1998 | 59930150006 | 14.37 | |
|   |      | 59930150008 | 6.32 | |
| 2 | 1996 | 59930150006 | 17.90 | |
|   | 1996 | 59930150008 | 7.14 | |
|   | 1997 | 59930150006 | 13.39 | * |
|   | 1997 | 59930150008 | 6.50 | |
|   | 1998 | 59930150006 | 13.59 | * |
|   | 1998 | 59930150008 | 5.88 | |
| 3 | 1996 | 59930150006 | 21.12 | |
|   | 1996 | 59930150008 | 8.68 | |
|   | 1997 | 59930150008 | 6.81 | * |
|   | 1998 | 59930150008 | 6.86 | * |
| 4 | 1996 | 59930150008 | 18.69 | |
| 5 | 1996 | 59930150006 | 33.83 | |
|   | 1996 | 59930150008 | 12.70 | * |
|   | 1997 | 59930150008 | 14.00 | * |
|   | 1998 | 59930150006 | 19.35 | |
| 6 | 1996 | 59930150006 | 20.93 | * |
|   | 1996 | 59930150008 | 8.90 | |
|   | 1997 | 59930150006 | 23.61 | * |
|   | 1997 | 59930150008 | 9.77 | |
|   | 1998 | 59930150006 | 24.00 | * |
|   | 1998 | 59930150008 | 10.00 | |
| 7 | 1996 | 59930150006 | 28.88 | |
|   | 1996 | 59930150008 | 11.70 | |
|   | 1997 | 59930150006 | 19.30 | |
|   | 1997 | 59930150008 | 7.61 | |
|   | 1998 | 59930150006 | 13.69 | |
|   | 1998 | 59930150008 | 6.95 | |

W 0001

Waravgprice.xls copy/to/legal 08/23/1999 5:10 PM                    1 of 12

HIGHLY CONFIDENTIAL
SP-MNYCC 0008475

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

HIGHLY CONFIDENTIAL

CONFIDENTIAL

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 8 | 1996 | 59930150006 | $19.36 * |
|   | 1996 | 59930150008 | 8.02 |
|   | 1997 | 59930150006 | 19.94 * |
|   | 1997 | 59930150008 | 7.79 * |
|   | 1998 | 59930150006 | 17.34 |
|   | 1998 | 59930150008 | 7.93 * |
| 9 | 1996 | 59930150006 | 26.52 |
|   | 1996 | 59930150008 | 9.85 |
|   | 1997 | 59930150006 | 21.56 * |
|   | 1997 | 59930150008 | 8.69 |
|   | 1998 | 59930150006 | 22.54 * |
|   | 1998 | 59930150008 | 9.33 |
| 10 | 1996 | 59930150008 | 8.64 |
|    | 1997 | 59930150006 | 15.35 |
|    | 1997 | 59930150008 | 5.83 * |
|    | 1998 | 59930150006 | 14.17 |
|    | 1998 | 59930150008 | 5.95 * |
| 11 | 1996 | 59930150006 | 22.43 |
|    | 1996 | 59930150008 | 9.65 |
|    | 1997 | 59930150006 | 19.90 |
|    | 1997 | 59930150008 | 8.04 |
|    | 1998 | 59930150006 | 17.82 |
|    | 1998 | 59930150008 | 7.34 |
| 12 | 1996 | 59930150006 | 26.84 |
|    | 1996 | 59930150008 | 11.00 |
|    | 1997 | 59930150006 | 22.86 |
|    | 1997 | 59930150008 | 10.11 |
|    | 1998 | 59930150006 | 19.46 |
|    | 1998 | 59930150008 | 8.01 |
| 13 | 1996 | 59930150008 | 7.56 |
|    | 1997 | 59930150006 | 14.40 |
|    | 1997 | 59930150008 | 6.06 |
|    | 1998 | 59930150006 | 14.16 |
|    | 1998 | 59930150008 | 5.91 |

W 0002

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 14 | 1996 | 59930150006 | $9.02 * |
|  | 1996 | 59930150008 | 9.25 |
|  | 1997 | 59930150006 | 18.33 * |
|  | 1997 | 59930150008 | 6.93 |
|  | 1998 | 59930150006 | 16.50 |
|  | 1998 | 59930150008 | 6.54 |
| 15 | 1996 | 59930150006 | 35.43 |
|  | 1996 | 59930150008 | 11.79 * |
|  | 1997 | 59930150006 | 25.87 * |
|  | 1997 | 59930150008 | 11.95 * |
|  | 1998 | 59930150006 | 35.93 * |
|  | 1998 | 59930150008 | 12.88 * |
| 16 | 1996 | 59930150006 | 21.97 |
|  | 1996 | 59930150008 | 8.89 |
|  | 1997 | 59930150006 | 19.08 * |
|  | 1997 | 59930150008 | 7.85 |
|  | 1998 | 59930150006 | 19.96 * |
|  | 1998 | 59930150008 | 8.27 |
| 17 | 1996 | 59930150006 | 22.23 |
|  | 1996 | 59930150008 | 8.03 * |
|  | 1997 | 59930150006 | 20.67 |
|  | 1997 | 59930150008 | 8.22 * |
|  | 1998 | 59930150006 | 17.67 |
|  | 1998 | 59930150008 | 7.63 |
| 18 | 1996 | 59930150006 | 44.86 |
|  | 1996 | 59930150008 | 18.69 |
|  | 1997 | 59930150008 | 18.69 |
| 19 | 1996 | 59930150006 | 15.71 * |
|  | 1996 | 59930150008 | 12.74 |
|  | 1997 | 59930150008 | 9.86 |
|  | 1998 | 59930150006 | 17.48 * |
|  | 1998 | 59930150008 | 7.86 |

HIGHLY CONFIDENTIAL

CONFIDENTIAL

W0003

### Warrick Pharmaceuticals
### 3 ml Albuterol Solution Pricing to
### Wholesalers and Generic Distributors
### for the Years ending 1996, 1997 and 1998

| Customer # | Year | NDC | Average Price | |
|---|---|---|---|---|
| 20 | 1996 | 59930150006 | $20.32 | |
|    | 1996 | 59930150008 | 7.13 | |
|    | 1997 | 59930150006 | 15.55 | |
|    | 1997 | 59930150008 | 6.05 | |
|    | 1998 | 59930150006 | 14.33 | |
|    | 1998 | 59930150008 | 5.94 | |
| 21 | 1996 | 59930150006 | 24.03 | |
|    | 1996 | 59930150008 | 9.45 | |
|    | 1997 | 59930150006 | 18.69 | * |
|    | 1997 | 59930150008 | 7.58 | |
|    | 1998 | 59930150006 | 19.86 | * |
|    | 1998 | 59930150008 | 8.23 | |
| 22 | 1996 | 59930150008 | 8.33 | |
|    | 1997 | 59930150008 | 7.77 | |
|    | 1998 | 59930150008 | 7.06 | |
| 23 | 1996 | 59930150008 | 9.82 | |
|    | 1997 | 59930150008 | 8.17 | |
|    | 1998 | 59930150008 | 5.04 | |
| 24 | 1996 | 59930150006 | 26.47 | |
|    | 1996 | 59930150008 | 10.78 | |
|    | 1997 | 59930150006 | 25.29 | * |
|    | 1997 | 59930150008 | 10.29 | |
|    | 1998 | 59930150006 | 28.38 | * |
|    | 1998 | 59930150008 | 11.72 | |
| 25 | 1996 | 59930150006 | 22.23 | |
|    | 1996 | 59930150008 | 8.15 | |
|    | 1997 | 59930150006 | 17.78 | |
|    | 1997 | 59930150008 | 7.75 | |
|    | 1998 | 59930150008 | 7.64 | |
| 26 | 1998 | 59930150006 | 17.28 | |
|    | 1998 | 59930150008 | 7.20 | |

W 0004

HIGHLY CONFIDENTIAL
SP-MNYCC 0008478

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 27 | 1996 | 59930150008 | $13.36 |
|    | 1997 | 59930150008 | 10.98 |
|    | 1998 | 59930150008 | 9.88 |
| 28 | 1996 | 59930150008 | 8.65 |
|    | 1997 | 59930150006 | 19.47 |
|    | 1997 | 59930150008 | 8.34 |
|    | 1998 | 59930150006 | 18.45 |
|    | 1998 | 59930150008 | 7.73 |
| 29 | 1996 | 59930150006 | 29.37 * |
|    | 1996 | 59930150008 | 12.26 |
|    | 1997 | 59930150006 | 32.59 * |
|    | 1997 | 59930150008 | 13.05 |
|    | 1998 | 59930150006 | 31.89 |
|    | 1998 | 59930150008 | 13.95 |
| 30 | 1996 | 59930150008 | 10.56 |
|    | 1997 | 59930150008 | 7.98 |
|    | 1998 | 59930150008 | 7.61 |
| 31 | 1996 | 59930150006 | 22.23 |
|    | 1996 | 59930150008 | 9.54 |
|    | 1997 | 59930150006 | 18.27 |
|    | 1997 | 59930150008 | 8.11 |
|    | 1998 | 59930150006 | 18.82 |
|    | 1998 | 59930150008 | 7.63 |
| 32 | 1996 | 59930150006 | 21.67 |
|    | 1996 | 59930150008 | 8.76 |
|    | 1997 | 59930150006 | 20.26 |
|    | 1997 | 59930150008 | 7.92 |
|    | 1998 | 59930150006 | 16.93 |
|    | 1998 | 59930150008 | 7.17 |

W0005

HIGHLY CONFIDENTIAL
SP-MNYCC 0008479

08/23/99 MON 17:30 FAX 908 629 3606        WARRICK PHARM.                    ☒007

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price | |
|---|---|---|---|---|
| 33 | 1996 | 59930150006 | $21.38 | |
|    | 1996 | 59930150008 | 8.69 | |
|    | 1997 | 59930150006 | 15.62 | * |
|    | 1997 | 59930150008 | 8.30 | |
|    | 1998 | 59930150006 | 18.07 | * |
|    | 1998 | 59930150008 | 7.47 | |
| 34 | 1996 | 59930150006 | 29.12 | |
|    | 1996 | 59930150008 | 11.99 | |
|    | 1997 | 59930150008 | 12.49 | |
|    | 1998 | 59930150008 | 12.52 | |
| 35 | 1996 | 59930150006 | 28.65 | |
|    | 1996 | 59930150008 | 10.67 | |
|    | 1997 | 59930150006 | 20.65 | |
|    | 1997 | 59930150008 | 9.23 | |
|    | 1998 | 59930150006 | 18.50 | |
|    | 1998 | 59930150008 | 7.46 | |
| 36 | 1996 | 59930150008 | 11.13 | |
|    | 1997 | 59930150008 | 8.22 | |
|    | 1998 | 59930150008 | 7.43 | |
| 37 | 1996 | 59930150008 | 12.40 | |
|    | 1997 | 59930150008 | 8.00 | |
|    | 1998 | 59930150008 | 6.91 | |
| 38 | 1996 | 59930150006 | 21.62 | |
|    | 1996 | 59930150008 | 9.16 | |
|    | 1997 | 59930150006 | 20.03 | |
|    | 1997 | 59930150008 | 8.03 | |
|    | 1998 | 59930150006 | 18.30 | |
|    | 1998 | 59930150008 | 7.65 | |
| 39 | 1998 | 59930150006 | 18.00 | |
|    | 1998 | 59930150008 | 7.50 | |

CONFIDENTIAL

W 0006

HIGHLY CONFIDENTIAL
SP-MNYCC 0008480

08/23/99 MON 17:30 FAX 908 629 3606     WARRICK PHARM.     ☑008

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 40 | 1996 | 59930150006 | $23.18 |
|  | 1996 | 59930150008 | 10.21 |
|  | 1997 | 59930150006 | 16.25 |
|  | 1997 | 59930150008 | 6.63 |
|  | 1998 | 59930150006 | 14.36 |
|  | 1998 | 59930150008 | 6.10 |
| 41 | 1996 | 59930150006 | 26.11 |
|  | 1996 | 59930150008 | 8.30 |
|  | 1997 | 59930150006 | 15.18 |
| 42 | 1996 | 59930150006 | 22.73 |
|  | 1996 | 59930150008 | 5.50 * |
|  | 1997 | 59930150006 | 19.27 |
|  | 1997 | 59930150008 | 8.02 * |
| 43 | 1996 | 59930150008 | 9.72 |
|  | 1997 | 59930150008 | 8.04 |
|  | 1998 | 59930150008 | 6.62 |
| 44 | 1998 | 59930150008 | 8.00 |
| 45 | 1997 | 59930150008 | 11.17 |
|  | 1998 | 59930150008 | 8.25 |
| 46 | 1998 | 59930150006 | 17.28 |
|  | 1998 | 59930150008 | 7.23 |
| 47 | 1998 | 59930150008 | 7.00 |
| 48 | 1996 | 59930150006 | 20.04 |
|  | 1996 | 59930150008 | 7.85 |
|  | 1997 | 59930150006 | 16.65 |
|  | 1997 | 59930150008 | 6.20 |

CONFIDENTIAL

W0007

HIGHLY CONFIDENTIAL
SP-MNYCC 0008481

08/23/99 MON 17:30 FAX 908 629 3606   WARRICK PHARM.   ☒009

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 49 | 1996 | 59930150006 | $17.85 |
|  | 1996 | 59930150008 | 7.67 |
|  | 1997 | 59930150006 | 15.49 * |
|  | 1997 | 59930150008 | 6.20 |
|  | 1998 | 59930150006 | 14.12 * |
|  | 1998 | 59930150008 | 5.91 |
| 50 | 1996 | 59930150006 | 18.65 |
|  | 1996 | 59930150008 | 7.70 |
|  | 1997 | 59930150006 | 15.10 |
|  | 1997 | 59930150008 | 5.82 |
|  | 1998 | 59930150006 | 14.25 |
|  | 1998 | 59930150008 | 5.92 |
| 51 | 1996 | 59930150008 | 8.71 |
|  | 1997 | 59930150006 | 14.95 |
|  | 1997 | 59930150008 | 6.45 |
|  | 1998 | 59930150008 | 5.90 |
| 52 | 1996 | 59930150008 | 8.28 |
|  | 1997 | 59930150008 | 6.35 |
|  | 1998 | 59930150006 | 13.92 |
|  | 1998 | 59930150008 | 5.80 |
| 53 | 1996 | 59930150008 | 9.00 |
|  | 1997 | 59930150008 | 7.66 |
|  | 1998 | 59930150008 | 6.30 |
| 54 | 1996 | 59930150008 | 3.67 |
| 55 | 1996 | 59930150006 | 19.67 |
|  | 1996 | 59930150008 | 7.68 |
|  | 1997 | 59930150006 | 14.48 |
|  | 1997 | 59930150008 | 6.20 |
|  | 1998 | 59930150006 | 14.16 |
|  | 1998 | 59930150008 | 5.90 |

CONFIDENTIAL

W0008

Warrvprice.xls copyrclegal 08/23/1999 5:10 PM

8 of 12

HIGHLY CONFIDENTIAL
SP-MNYCC 0008482

08/23/99 MON 17:30 FAX 908 629 3606      WARRICK PHARM.                      ☒010

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 56 | 1996 | 59930150008 | $8.02 |
|  | 1997 | 59930150006 | 15.01 |
|  | 1997 | 59930150008 | 6.10 |
|  | 1998 | 59930150006 | 14.08 |
|  | 1998 | 59930150008 | 5.91 |
| 57 | 1996 | 59930150006 | 18.13 |
|  | 1996 | 59930150008 | 8.06 |
|  | 1997 | 59930150006 | 15.94 |
|  | 1997 | 59930150008 | 6.00 |
|  | 1998 | 59930150006 | 14.08 |
|  | 1998 | 59930150008 | 5.92 |
| 58 | 1996 | 59930150008 | 8.60 |
|  | 1997 | 59930150008 | 8.20 |
|  | 1998 | 59930150008 | 6.79 |
| 59 | 1996 | 59930150008 | 8.44 |
|  | 1997 | 59930150008 | 7.41 |
| 60 | 1996 | 59930150006 | 19.10 |
|  | 1996 | 59930150008 | 7.98 |
|  | 1997 | 59930150006 | 15.70 |
|  | 1997 | 59930150008 | 6.63 |
|  | 1998 | 59930150006 | 14.23 |
|  | 1998 | 59930150008 | 5.91 |
| 61 | 1996 | 59930150006 | 19.50 |
|  | 1996 | 59930150008 | 8.03 |
|  | 1997 | 59930150006 | 14.77 |
|  | 1997 | 59930150008 | 6.16 |
|  | 1998 | 59930150006 | 14.21 |
|  | 1998 | 59930150008 | 5.94 |

W0009

HIGHLY CONFIDENTIAL
SP-MNYCC 0008483

08/23/99  MON 17:31 FAX 908 629 3606        WARRICK PHARM.                                    ☑011

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 62 | 1996 | 59930150006 | $18.86 * |
|    | 1996 | 59930150008 | 7.63 |
|    | 1997 | 59930150006 | 19.06 * |
|    | 1997 | 59930150008 | 7.95 |
|    | 1998 | 59930150006 | 15.12 |
|    | 1998 | 59930150008 | 6.30 |
| 63 | 1996 | 59930150006 | 19.83 |
|    | 1996 | 59930150008 | 7.99 |
|    | 1997 | 59930150006 | 14.66 |
|    | 1997 | 59930150008 | 6.18 |
|    | 1998 | 59930150006 | 14.17 |
|    | 1998 | 59930150008 | 5.74 |
| 64 | 1996 | 59930150006 | 17.33 |
|    | 1996 | 59930150008 | 8.14 |
|    | 1997 | 59930150006 | 15.81 |
|    | 1997 | 59930150008 | 6.37 |
|    | 1998 | 59930150006 | 14.22 |
|    | 1998 | 59930150008 | 5.93 |
| 65 | 1996 | 59930150008 | 8.62 |
|    | 1997 | 59930150006 | 15.67 |
|    | 1997 | 59930150008 | 6.34 |
|    | 1998 | 59930150006 | 14.20 |
|    | 1998 | 59930150008 | 5.92 |
| 66 | 1996 | 59930150006 | 21.07 |
|    | 1996 | 59930150008 | 8.74 |
|    | 1997 | 59930150006 | 14.60 |
|    | 1997 | 59930150008 | 6.34 |
|    | 1998 | 59930150006 | 13.59 |
|    | 1998 | 59930150008 | 5.56 |

HIGHLY CONFIDENTIAL

W 0010

Warrvsprice.xls copytolegal 08/23/1999 5:10 PM

10 of 12

HIGHLY CONFIDENTIAL
SP-MNYCC 0008434

06/23/99 MON 17:31 FAX 908 629 3606     WARRICK PHARM.                              ⓘ012

**Warrick Pharmaceuticals**
**3 ml Albuterol Solution Pricing to**
**Wholesalers and Generic Distributors**
**for the Years ending 1996, 1997 and 1998**

| Customer # | Year | NDC | Average Price | |
|---|---|---|---|---|
| 67 | 1996 | 59930150006 | $20.40 | |
|  | 1996 | 59930150008 | 8.50 | |
|  | 1997 | 59930150006 | 15.22 | |
|  | 1997 | 59930150008 | 6.53 | |
|  | 1998 | 59930150006 | 14.14 | |
|  | 1998 | 59930150008 | 5.89 | |
| 68 | 1996 | 59930150006 | 20.30 | |
|  | 1996 | 59930150008 | 7.92 | |
|  | 1997 | 59930150006 | 14.81 | |
|  | 1997 | 59930150008 | 6.39 | |
|  | 1998 | 59930150006 | 14.40 | |
|  | 1998 | 59930150008 | 6.00 | |
| 69 | 1996 | 59930150006 | 19.50 | |
|  | 1996 | 59930150008 | 7.97 | |
|  | 1997 | 59930150006 | 15.01 | |
|  | 1997 | 59930150008 | 6.00 | |
|  | 1998 | 59930150006 | 14.29 | |
|  | 1998 | 59930150008 | 5.94 | |
| 70 | 1996 | 59930150006 | 18.93 | |
|  | 1996 | 59930150008 | 8.26 | |
|  | 1997 | 59930150006 | 13.31 | |
|  | 1997 | 59930150008 | 6.82 | |
| 71 | 1996 | 59930150006 | 20.16 | |
|  | 1996 | 59930150008 | 8.47 | |
|  | 1997 | 59930150006 | 16.03 | |
|  | 1997 | 59930150008 | 6.58 | |
|  | 1998 | 59930150006 | 14.09 | |
|  | 1998 | 59930150008 | 5.91 | |
| 72 | 1996 | 59930150006 | 19.88 | |
|  | 1996 | 59930150008 | 8.70 | |
|  | 1997 | 59930150006 | 13.57 | * |
|  | 1997 | 59930150008 | 5.86 | |
|  | 1998 | 59930150006 | 14.22 | * |
|  | 1998 | 59930150008 | 5.85 | |

W0011

HIGHLY CONFIDENTIAL
SP-MNYCC 0008485

08/24/99 TUE 16:06 FAX 908 629 3606    WARRICK PHARM.    @013

## Warrick Pharmaceuticals
### 3 ml Albuterol Solution Pricing to
### Wholesalers and Generic Distributors
### for the Years ending 1996, 1997 and 1998

| Customer # | Year | NDC | Average Price |
|---|---|---|---|
| 73 | 1996 | 59930150006 | $22.00 |
|  | 1996 | 59930150008 | 8.41 |
|  | 1997 | 59930150006 | 17.41 |
|  | 1997 | 59930150008 | 7.19 |
|  | 1998 | 59930150006 | 14.89 |
|  | 1998 | 59930150008 | 6.23 |
| 74 | 1996 | 59930150006 | 20.80 |
|  | 1996 | 59930150008 | 8.48 |
|  | 1997 | 59930150006 | 16.50 |
|  | 1997 | 59930150008 | 6.71 |
|  | 1998 | 59930150008 | 6.22 |
| 75 | 1996 | 59930150006 | 19.20 |
|  | 1996 | 59930150008 | 7.42 |
|  | 1997 | 59930150006 | 16.74 |
|  | 1997 | 59930150008 | 7.16 |
|  | 1998 | 59930150006 | 14.93 |
|  | 1998 | 59930150008 | 6.23 |
| 76 | 1996 | 59930150008 | 8.00 |
| 77 | 1996 | 59930150006 | 18.62 |
|  | 1996 | 59930150008 | 7.40 |
|  | 1997 | 59930150006 | 15.68 |
|  | 1997 | 59930150008 | 6.41 |
| 78 | 1996 | 59930150008 | 8.00 |
|  | 1997 | 59930150008 | 7.34 |
|  | 1998 | 59930150008 | 6.13 |

HIGHLY CONFIDENTIAL

CONFIDENTIAL

\* The apparent price increase is created by
a combination of the change in invoice price,
and the timing of processing various rebates.

W0012

Warxvgprice.xls copy tologel 08/24/1999 3:48 PM

12 of 12

HIGHLY CONFIDENTIAL
SP-MNYCC 0008486