UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No.: 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *The City of New York, et al.*<br>v.<br>*Abbott Laboratories, et al.* | |

## DECLARATION OF KELLY J. DAVIDSON

Kelly J. Davidson declares under penalty of perjury as follows:

1.      I am a shareholder in the law firm of Ober, Kaler, Grimes & Shriver, counsel for Defendant Wyeth.[1]  I make this declaration based on personal knowledge in support of Wyeth's Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth Pharmaceuticals, Inc. [sic].

2.      Attached as Exhibit A hereto is a true and correct copy of excerpts of the Deposition of Dominick Bartone (May 22, 2008)

3.      Attached as Exhibit B hereto is a true and correct copy of excerpts of the Deposition of Richard Truex, Ph.D. (June 19, 2008)

---

[1] Plaintiffs inadvertently identified Wyeth as Wyeth Pharmaceuticals, Inc. in its Motion for Partial Summary Judgment filed on May 15, 2009.  These references were corrected by an errata sheet filed with Wyeth's consent on June 8, 2009 [Subcategory Case No.: 03-10643-PBS, Docket #82-2].

I declare under penalty of perjury pursuant that the above is true and correct. This declaration was executed on this 15th day of June, 2009, in Baltimore, Maryland.

    /s/ Kelly J. Davidson
Kelly J. Davidson

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Declaration of Kelly J. Davidson in connection with Defendant Wyeth's Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Wyeth was served this 15th day of June 2009 upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Lexis Nexis File and Serve for posting and notification to all parties.

    /s/
Kelly J. Davidson