# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456 )  Civ. Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | )  Judge Patti B. Saris ) |
| *The City of New York v. Abbott Labs., Inc., et al.,* S.D.N.Y. Case No. 04-CV-06054 | ) ) ) |
| *County of Albany v. Abbott Labs., Inc., et al.,* N.D.N.Y. Case No. 05-CV-0425 | ) ) ) |
| *County of Allegany v. Abbott Labs., Inc., et al.,* W.D.N.Y. Case No. 05-CV-0236 | ) ) ) |
| *County of Broome v. Abbott Labs., Inc., et al.,* N.D.N.Y. Case No. 05-CV-0456 | ) ) ) |
| *County of Cattaraugus v. Abbott Labs., Inc., et al.,* W.D.N.Y. Case No. 05-CV-0256 | ) ) ) |
| *County of Cayuga v. Abbott Labs., Inc., et al.,* N.D.N.Y. Case No. 05-CV-0423 | ) ) ) |
| *County of Chautauqua v. Abbott Labs., Inc., et al.,* W.D.N.Y. Case No. 05-CV-0214 | ) ) ) |
| *County of Chemung v. Abbott Labs., Inc., et al.,* W.D.N.Y. Case No. 05-CV-6744 | ) ) ) |
| *County of Chenango v. Abbott Labs., Inc., et al.,* N.D.N.Y. Case No. 05-CV-0354 | ) ) ) |
| *County of Columbia v. Abbott Labs., Inc., et al.,* N.D.N.Y. Case No. 05-CV-0867 | ) ) ) |

[Caption continues on Next Page]

**DEFENDANTS' UNOPPOSED MOTION FOR PERMISSION TO FILE CERTAIN EXHIBITS IN SUPPORT OF JOINT MOTION TO EXCLUDE THE PROFFERED EXPERT REPORT AND TESTIMONY OF HARRIS DEVOR, C.P.A. UNDER SEAL**

| | |
|---|---|
| *County of Cortland v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0881 | ) <br> ) <br> ) |
| *County of Dutchess v. A Abbott Labs., Inc., et al.*, <br> S.D.N.Y. Case No. 05-CV-6458 | ) <br> ) <br> ) |
| *County of Essex v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0878 | ) <br> ) <br> ) |
| *County of Fulton v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0519 | ) <br> ) <br> ) |
| *County of Genesee v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-00267 | ) <br> ) <br> ) |
| *County of Greene v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0474 | ) <br> ) <br> ) |
| *County of Herkimer v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-00415 | ) <br> ) <br> ) |
| *County of Jefferson v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0715 | ) <br> ) <br> ) |
| *County of Lewis v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0839 | ) <br> ) <br> ) |
| *County of Madison v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-00714 | ) <br> ) <br> ) |
| *County of Monroe v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6148 | ) <br> ) <br> ) |
| *County of Nassau v. Abbott Labs., Inc., et al.*, <br> E.D.N.Y. Case No. 04-CV-05126 | ) <br> ) <br> ) |
| *County of Niagara v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06296 | ) <br> ) <br> ) |
| *County of Oneida v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0489 | ) <br> ) <br> ) |

[Caption continues on Next Page]

*County of Onondaga v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 05-CV-0088 )

*County of Ontario v. Abbott Labs., Inc., et al.*, )
W.D.N.Y. Case No. 05-CV-6373 )

*County of Orange v. Abbott Labs., Inc., et al.*, )
S.D.N.Y. Case No. 07-CV-2777 )

*County of Orleans v. Abbott Labs., Inc., et al.*, )
W.D.N.Y. Case No. 05-CV-6371 )

*County of Putnam v. Abbott Labs., Inc., et al.*, )
S.D.N.Y. Case No. 05-CV-04740 )

*County of Rensselaer v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 05-CV-00422 )

*County of Rockland v. Abbott Labs., Inc., et al.*, )
S.D.N.Y. Case No. 03-CV-7055 )

*County of Schuyler v. Abbott Labs., Inc., et al.*, )
W.D.N.Y. Case No. 05-CV-6387 )

*County of Seneca v. Abbott Labs., Inc., et al.*, )
W.D.N.Y. Case No. 05-CV-6370 )

*County of St. Lawrence v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 05-CV-0479 )

*County of Saratoga v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 05-CV-0478 )

*County of Steuben v. Abbott Labs., Inc., et al.*, )
W.D.N.Y. Case No. 05-CV-6223 )

*County of Suffolk v. Abbott Labs., Inc., et al.*, )
E.D.N.Y. Case No. 03-CV-12257 )

*County of Tompkins v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 05-CV-0397 )

*County of Ulster v. Abbott Labs., Inc., et al.*, )
N.D.N.Y. Case No. 06-CV-0123 )
)

[Caption continues on Next Page]

| | |
|---|---|
| County of Warren v. Abbott Labs., Inc., et al., <br> N.D.N.Y. Case No. 05-CV-0468 | ) <br> ) <br> ) |
| *County of Washington v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0408 | ) <br> ) <br> ) |
| *County of Wayne v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06138 | ) <br> ) <br> ) |
| *County of Westchester v. Abbott Labs., Inc., et al.* <br> S.D.N.Y. Case No. 03-CV-6178 | ) <br> ) <br> ) |
| *County of Wyoming v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6379 | ) <br> ) <br> ) |
| *County of Yates v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06172 | ) <br> ) |

Defendants hereby move, pursuant to Local Rule 7.2 and ¶15 of the December 13, 2002 Protective Order in this case (Dkt. No. 276), and consistent with this Court's electronic Order of May 20, 2009, for permission to file under seal the full, unredacted version of Exhibit 3 to their Memorandum in Support of Their Motion to Exclude the Proffered Testimony of Harris L. Devor, C.P.A. Defendants further request that this unredacted Exhibit 3 remain under seal until the conclusion of this case. This Exhibit contains data relating to the defendants' Average Manufacture Prices for the subject drugs for the period of 2004 to the present, which this Court has ruled is properly deemed highly confidential and may be filed under seal. *See* 5/20/09 Order.

WHEREFORE, defendants respectfully request that the Court enter an Order permitting defendants to file under seal the unredacted version of Exhibit 3.

DATED: June 15, 2009                     Respectfully submitted,

/s/ *Jennifer G. Levy*
Jennifer G. Levy
Patrick M. Bryan
John K. Crisham
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
(Tel) 202-879-5000
(Fax) 202-879-5200

Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA 02110
(617) 646-2000 (phone)
(617) 646-2222 (fax)

Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.,
Ivax Corporation and
Ivax Pharmaceuticals, Inc.

*On behalf of all Defendants*

**Local Rule 7.1(A)(2) Certification**

The undersigned counsel certifies that defendants have conferred with counsel for Plaintiffs, and that Plaintiffs assent to this motion.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 15, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Court in MDL 1456.

                                                /s/ *John K. Crisham*  
                                                John K. Crisham