# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>) MDL NO. 1456<br>) Civ. Action No. 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris<br>) |
| *The City of New York v. Abbott Labs., Inc., et al.*, S.D.N.Y. Case No. 04-CV-06054 | )<br>)<br>) |
| *County of Albany v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0425 | )<br>)<br>) |
| *County of Allegany v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0236 | )<br>)<br>) |
| *County of Broome v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0456 | )<br>)<br>) |
| *County of Cattaraugus v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0256 | )<br>)<br>) |
| *County of Cayuga v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0423 | )<br>)<br>) |
| *County of Chautauqua v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0214 | )<br>)<br>) |
| *County of Chemung v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-6744 | )<br>)<br>) |
| *County of Chenango v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0354 | )<br>)<br>) |
| *County of Columbia v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0867 | )<br>)<br>) |
| *County of Cortland v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0881 | )<br>) |

[Caption continues on Next Page]

**DEFENDANTS' JOINT MOTION TO EXCLUDE THE PROFFERED EXPERT REPORT AND TESTIMONY OF HARRIS DEVOR, C.P.A.**

| | |
|---|---|
| *County of Dutchess v. A Abbott Labs., Inc., et al.*,<br>S.D.N.Y. Case No. 05-CV-6458 | )<br>)<br>) |
| *County of Essex v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0878 | )<br>)<br>) |
| *County of Fulton v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0519 | )<br>)<br>) |
| *County of Genesee v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-00267 | )<br>)<br>) |
| *County of Greene v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0474 | )<br>)<br>) |
| *County of Herkimer v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-00415 | )<br>)<br>) |
| *County of Jefferson v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0715 | )<br>)<br>) |
| *County of Lewis v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0839 | )<br>)<br>) |
| *County of Madison v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-00714 | )<br>)<br>) |
| *County of Monroe v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6148 | )<br>)<br>) |
| *County of Nassau v. Abbott Labs., Inc., et al.*,<br>E.D.N.Y. Case No. 04-CV-05126 | )<br>)<br>) |
| *County of Niagara v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-06296 | )<br>)<br>) |
| *County of Oneida v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0489 | )<br>)<br>) |
| *County of Onondaga v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0088 | )<br>)<br>) |
| *County of Ontario v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6373 | )<br>) |

[Caption continues on Next Page]

| | |
|---|---|
| *County of Orange v. Abbott Labs., Inc., et al.*,<br>S.D.N.Y. Case No. 07-CV-2777 | )<br>)<br>) |
| *County of Orleans v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6371 | )<br>)<br>) |
| *County of Putnam v. Abbott Labs., Inc., et al.*,<br>S.D.N.Y. Case No. 05-CV-04740 | )<br>)<br>) |
| *County of Rensselaer v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-00422 | )<br>)<br>) |
| *County of Rockland v. Abbott Labs., Inc., et al.*,<br>S.D.N.Y. Case No. 03-CV-7055 | )<br>)<br>) |
| *County of Schuyler v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6387 | )<br>)<br>) |
| *County of Seneca v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6370 | )<br>)<br>) |
| *County of St. Lawrence v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0479 | )<br>)<br>) |
| *County of Saratoga v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0478 | )<br>)<br>) |
| *County of Steuben v. Abbott Labs., Inc., et al.*,<br>W.D.N.Y. Case No. 05-CV-6223 | )<br>)<br>) |
| *County of Suffolk v. Abbott Labs., Inc., et al.*,<br>E.D.N.Y. Case No. 03-CV-12257 | )<br>)<br>) |
| *County of Tompkins v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0397 | )<br>)<br>) |
| *County of Ulster v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 06-CV-0123 | )<br>)<br>) |
| *County of Warren v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0468 | )<br>)<br>) |
| *County of Washington v. Abbott Labs., Inc., et al.*,<br>N.D.N.Y. Case No. 05-CV-0408 | )<br>) |

[Caption continues on Next Page]

| | |
|---|---|
| *County of Wayne v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06138 | ) <br> ) <br> ) |
| *County of Westchester v. Abbott Labs., Inc., et al.* <br> S.D.N.Y. Case No. 03-CV-6178 | ) <br> ) <br> ) |
| *County of Wyoming v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6379 | ) <br> ) <br> ) |
| *County of Yates v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06172 | ) <br> ) |

Pursuant to Federal Rules of Evidence 104(a) and 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), defendants respectfully move this Court to exclude all of the so-called expert opinions and testimony with respect to FUL drugs of Mr. Harris L. Devor, C.P.A., Plaintiffs' proffered expert. As set forth in Defendants' Memorandum in Support of Their Joint Motion, Mr. Devor's opinions and testimony are neither relevant to any theory of causation with respect to Plaintiffs' "FUL-fraud" claims, nor sufficient to satisfy the minimum standards of reliability under Rule 702.

In support of this Motion, defendants submit the following: (1) Defendants' Memorandum In Support Of Their Joint Motion To Exclude The Proffered Expert Report And Testimony Of Harris Devor, C.P.A.; (2) Affidavit of Dr. Sumanth Addanki; and (3) Declaration of John K. Crisham Transmitting Exhibits In Support Of Defendants' Joint Motion To Exclude The Proffered Expert Report And Testimony Of Harris Devor, C.P.A.

WHEREFORE, defendants respectfully request that their Joint Motion To Exclude The Proffered Expert Report And Testimony Of Harris Devor, C.P.A. be GRANTED.

DATED: June 15, 2009                                  Respectfully submitted,

                                                            /s/ *Jennifer G. Levy*
Jennifer G. Levy
Patrick M. Bryan
John K. Crisham
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
(Tel) 202-879-5000
(Fax) 202-879-5200

Robert J. Muldoon, Jr., BBO# 359480
Courtney A. Clark, BBO# 651381
**SHERIN AND LODGEN, LLP**
101 Federal Street
Boston, MA 02110
(617) 646-2000 (phone)
(617) 646-2222 (fax)

Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.,
Ivax Corporation and
Ivax Pharmaceuticals, Inc.

*On behalf of all Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2005, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Court in MDL 1456.

/s/ *John K. Crisham*
John K. Crisham