## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)  MDL NO. 1456<br>)  Civ. Action No. 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO: | )  Judge Patti B. Saris<br>) |
| *The City of New York v. Abbott Labs., Inc., et al.*, S.D.N.Y. Case No. 04-CV-06054 | )<br>)<br>) |
| *County of Albany v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0425 | )<br>)<br>) |
| *County of Allegany v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0236 | )<br>)<br>) |
| *County of Broome v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0456 | )<br>)<br>) |
| *County of Cattaraugus v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0256 | )<br>)<br>) |
| *County of Cayuga v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0423 | )<br>)<br>) |
| *County of Chautauqua v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-0214 | )<br>)<br>) |
| *County of Chemung v. Abbott Labs., Inc., et al.*, W.D.N.Y. Case No. 05-CV-6744 | )<br>)<br>) |
| *County of Chenango v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0354 | )<br>)<br>) |
| *County of Columbia v. Abbott Labs., Inc., et al.*, N.D.N.Y. Case No. 05-CV-0867 | )<br>)<br>) |

[Caption continues on Next Page]

**DECLARATION OF JOHN K. CRISHAM TRANSMITTING DOCUMENTS RELIED UPON IN DEFENDANTS' JOINT MOTION TO EXCLUDE THE PROFFERED EXPERT REPORT AND TESTIMONY OF HARRIS DEVOR CPA**

| | |
|---|---|
| *County of Cortland v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0881 | ) <br> ) <br> ) |
| *County of Dutchess v. A Abbott Labs., Inc., et al.*, <br> S.D.N.Y. Case No. 05-CV-6458 | ) <br> ) <br> ) |
| *County of Essex v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0878 | ) <br> ) <br> ) |
| *County of Fulton v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0519 | ) <br> ) <br> ) |
| *County of Genesee v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-00267 | ) <br> ) <br> ) |
| *County of Greene v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0474 | ) <br> ) <br> ) |
| *County of Herkimer v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-00415 | ) <br> ) <br> ) |
| *County of Jefferson v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0715 | ) <br> ) <br> ) |
| *County of Lewis v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0839 | ) <br> ) <br> ) |
| *County of Madison v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-00714 | ) <br> ) <br> ) |
| *County of Monroe v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6148 | ) <br> ) <br> ) |
| *County of Nassau v. Abbott Labs., Inc., et al.*, <br> E.D.N.Y. Case No. 04-CV-05126 | ) <br> ) <br> ) |
| *County of Niagara v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06296 | ) <br> ) <br> ) |
| *County of Oneida v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0489 | ) <br> ) <br> ) |
| *County of Onondaga v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0088 | ) <br> ) <br> ) |

[Caption continues on Next Page]

| | |
|---|---|
| *County of Ontario v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6373 | ) <br> ) <br> ) |
| *County of Orange v. Abbott Labs., Inc., et al.*, <br> S.D.N.Y. Case No. 07-CV-2777 | ) <br> ) <br> ) |
| *County of Orleans v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6371 | ) <br> ) <br> ) |
| *County of Putnam v. Abbott Labs., Inc., et al.*, <br> S.D.N.Y. Case No. 05-CV-04740 | ) <br> ) <br> ) |
| *County of Rensselaer v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-00422 | ) <br> ) <br> ) |
| *County of Rockland v. Abbott Labs., Inc., et al.*, <br> S.D.N.Y. Case No. 03-CV-7055 | ) <br> ) <br> ) |
| *County of Schuyler v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6387 | ) <br> ) <br> ) |
| *County of Seneca v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6370 | ) <br> ) <br> ) |
| *County of St. Lawrence v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0479 | ) <br> ) <br> ) |
| *County of Saratoga v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0478 | ) <br> ) <br> ) |
| *County of Steuben v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6223 | ) <br> ) <br> ) |
| *County of Suffolk v. Abbott Labs., Inc., et al.*, <br> E.D.N.Y. Case No. 03-CV-12257 | ) <br> ) <br> ) |
| *County of Tompkins v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0397 | ) <br> ) <br> ) |
| *County of Ulster v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 06-CV-0123 | ) <br> ) <br> ) |
| *County of Warren v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0468 | ) <br> ) <br> ) |

[Caption continues on Next Page]

[Caption continues on Next Page]

| | |
|---|---|
| *County of Washington v. Abbott Labs., Inc., et al.*, <br> N.D.N.Y. Case No. 05-CV-0408 | ) <br> ) <br> ) |
| *County of Wayne v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06138 | ) <br> ) <br> ) |
| *County of Westchester v. Abbott Labs., Inc., et al.* <br> S.D.N.Y. Case No. 03-CV-6178 | ) <br> ) <br> ) |
| *County of Wyoming v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-6379 | ) <br> ) <br> ) |
| *County of Yates v. Abbott Labs., Inc., et al.*, <br> W.D.N.Y. Case No. 05-CV-06172 | ) <br> ) |

I, JOHN K. CRISHAM, hereby declare:

I am an associate at the law firm of Kirkland & Ellis LLP, national counsel for Teva Pharmaceuticals USA, Inc., Ivax Pharmaceuticals, Inc., and Ivax Corporation (collectively "Teva"), and am admitted *pro hac vice* on behalf of Teva in this action. I submit this Declaration to place before the Court documents referenced in Defendants' Joint Motion to Exclude the Proffered Expert Report and Testimony of Harris Devor, C.P.A.

Except as otherwise stated, I submit this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my own personal knowledge is my review of files of Kirkland & Ellis LLP in this litigation, including my review of the documents attached as exhibits hereto.

1. Attached hereto at Exhibit 1 is a true and correct excerpt from the Hearing before this Court dated July 26, 2007.

2. Attached hereto at Exhibit 2 is a true and correct copy of Case Management Order 33 issued by this Court dated September 14, 2007.

3. Attached hereto at Exhibit 3 is a true and correct copy of Plaintiffs' Rule 26 Statement of Harris L. Devor dated September 30, 2008, with the exhibit thereto redacted in part. The unredacted exhibit has been filed with this Court under seal.

4. Attached hereto at Exhibit 4 are true and correct excerpts from the Depositions of Harris L. Devor dated December 9-11, 2008.

5. Attached hereto at Exhibit 5 is a true and correct copy of the Affidavit of Dr. Sumanth Addanki dated June 15, 2009.

6. Attached hereto at Exhibit 6 is a true and correct copy of the Report of Dr. Sumanth Addanki dated March 18, 2009.

7. Attached hereto at Exhibit 7 are true and correct excerpts from the Deposition of Sue Gaston dated March 19, 2008.

8. Attached hereto as Exhibit 8 are true and correct excerpts from the Deposition of Harris L. Devor dated March 11, 2009.

9. I declare under penalty of perjury that the foregoing is true.

                                              */s/ John K. Crisham*
                                              John K. Crisham

EXECUTED this 15th day of June, 2009 in Washington, D.C.