# Exhibit 6
# (Dey Exhibits)
# to
# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**Exhibit #6.01**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502030317 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy (a) | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 6.43 | | $ 12.90 | $ 6.47 | $ 9.65 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 5.33 | | 12.90 | 7.57 | 8.00 | - | - |
| 7/1/1997 | 9/30/1997 | 4.68 | | 12.90 | 8.22 | 7.02 | - | - |
| 10/1/1997 | 12/31/1997 | 4.31 | | 12.90 | 8.59 | 6.46 | - | - |
| 1/1/1998 | 3/31/1998 | 3.97 | | 6.00 | 2.03 | 5.95 | 7.47 | 1.52 |
| 4/1/1998 | 6/30/1998 | 3.26 | | 6.00 | 2.74 | 4.89 | 7.47 | 2.57 |
| 7/1/1998 | 9/30/1998 | 2.92 | | 6.00 | 3.08 | 4.38 | 7.47 | 3.09 |
| 10/1/1998 | 12/31/1998 | 3.07 | | 6.00 | 2.93 | 4.61 | 7.47 | 2.86 |
| 1/1/1999 | 3/31/1999 | 2.72 | | 4.10 | 1.38 | 4.07 | 7.47 | 3.40 |
| 4/1/1999 | 6/30/1999 | 2.78 | | 4.10 | 1.32 | 4.18 | 7.47 | 3.29 |
| 7/1/1999 | 9/30/1999 | 2.61 | | 4.10 | 1.49 | 3.92 | 7.47 | 3.55 |
| 10/1/1999 | 12/31/1999 | 2.48 | | 4.10 | 1.62 | 3.72 | 7.47 | 3.75 |
| 1/1/2000 | 3/31/2000 | 2.75 | | 4.10 | 1.35 | 4.13 | 7.47 | 3.34 |
| 4/1/2000 | 6/30/2000 | 2.57 | | 3.65 | 1.08 | 3.86 | 7.47 | 3.61 |
| 7/1/2000 | 9/30/2000 | 2.36 | | 3.65 | 1.29 | 3.53 | 7.47 | 3.94 |
| 10/1/2000 | 12/31/2000 | 2.31 | | 3.65 | 1.34 | 3.47 | 7.47 | 4.00 |
| 1/1/2001 | 3/31/2001 | 1.60 | | 4.15 | 2.55 | 2.40 | - | - |
| 4/1/2001 | 6/30/2001 | - | | 10.95 | - | - | - | - |
| 7/1/2001 | 9/30/2001 | - | | 10.95 | - | - | - | - |
| 10/1/2001 | 12/31/2001 | - | | 10.95 | - | - | - | - |
| 1/1/2002 | 3/31/2002 | - | | 8.90 | - | - | - | - |
| 4/1/2002 | 6/30/2002 | - | | 8.90 | - | - | - | - |
| 7/1/2002 | 9/30/2002 | - | | 8.90 | - | - | - | - |
| 10/1/2002 | 12/31/2002 | - | | 8.90 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | | 8.90 | - | - | - | - |
| 4/1/2003 | 6/30/2003 | - | | 8.90 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | | 8.90 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | | 8.90 | - | - | 15.00 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of WAC sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing WAC computations subsequent hereto.

**Exhibit #6.02**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502030317 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| | | | (a) | | | | | |
| 1/1/1997 | 3/31/1997 | $ 5.52 | | $ 21.70 | $ 16.18 | $ 8.28 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 4.62 | | 21.70 | 17.08 | 6.93 | - | - |
| 7/1/1997 | 9/30/1997 | 3.98 | | 21.70 | 17.72 | 5.97 | - | - |
| 10/1/1997 | 12/31/1997 | 3.58 | | 21.70 | 18.12 | 5.37 | 7.47 | 2.10 |
| 1/1/1998 | 3/31/1998 | 3.31 | | 21.70 | 18.39 | 4.96 | 7.47 | 2.51 |
| 4/1/1998 | 6/30/1998 | 3.12 | | 21.70 | 18.58 | 4.67 | 7.47 | 2.80 |
| 7/1/1998 | 9/30/1998 | 3.04 | | 21.70 | 18.66 | 4.56 | 7.47 | 2.91 |
| 10/1/1998 | 12/31/1998 | 2.87 | | 21.70 | 18.83 | 4.31 | 7.47 | 3.16 |
| 1/1/1999 | 3/31/1999 | 2.73 | | 21.70 | 18.97 | 4.09 | 7.47 | 3.38 |
| 4/1/1999 | 6/30/1999 | 2.47 | | 21.70 | 19.23 | 3.70 | 7.47 | 3.77 |
| 7/1/1999 | 9/30/1999 | 2.23 | | 21.70 | 19.47 | 3.35 | 7.47 | 4.12 |
| 10/1/1999 | 12/31/1999 | 2.03 | | 21.70 | 19.67 | 3.04 | 7.47 | 4.43 |
| 1/1/2000 | 3/31/2000 | 1.85 | | 21.70 | 19.85 | 2.77 | 7.47 | 4.70 |
| 4/1/2000 | 6/30/2000 | 1.83 | | 21.70 | 19.87 | 2.74 | 7.47 | 4.73 |
| 7/1/2000 | 9/30/2000 | 1.85 | | 21.70 | 19.85 | 2.78 | 7.47 | 4.69 |
| 10/1/2000 | 12/31/2000 | 1.80 | | 21.70 | 19.90 | 2.71 | - | - |
| 1/1/2001 | 3/31/2001 | 2.16 | | 21.70 | 19.54 | 3.24 | - | - |
| 4/1/2001 | 6/30/2001 | - | | 21.70 | - | - | - | - |
| 7/1/2001 | 9/30/2001 | - | | 21.70 | - | - | - | - |
| 10/1/2001 | 12/31/2001 | - | | 21.70 | - | - | - | - |
| 1/1/2002 | 3/31/2002 | - | | 21.70 | - | - | - | - |
| 4/1/2002 | 6/30/2002 | - | | 21.70 | - | - | - | - |
| 7/1/2002 | 9/30/2002 | - | | 21.70 | - | - | - | - |
| 10/1/2002 | 12/31/2002 | - | | 21.70 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | | 21.70 | - | - | 15.00 | - |
| 4/1/2003 | 6/30/2003 | - | | 21.70 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | | 21.70 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | | 21.70 | - | - | 15.00 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of AWP sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing AW computations subsequent hereto.

**Exhibit #6.03**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502033317 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 7/1/2000 | 9/30/2000 | $ 2.91 | | $ 3.65 | $ 0.74 | $ 4.36 | $ 15.00 | $ 10.64 |
| 10/1/2000 | 12/31/2000 | 2.77 | | 3.65 | 0.88 | 4.16 | 7.47 | 3.31 |
| 1/1/2001 | 3/31/2001 | 2.71 | | 4.15 | 1.44 | 4.07 | - | - |
| 4/1/2001 | 6/30/2001 | 3.09 | | 10.95 | 7.86 | 4.64 | - | - |
| 7/1/2001 | 9/30/2001 | 5.33 | | 10.95 | 5.62 | 8.00 | - | - |
| 10/1/2001 | 12/31/2001 | 7.36 | | 10.95 | 3.59 | 11.04 | - | - |
| 1/1/2002 | 3/31/2002 | 6.69 | | 8.90 | 2.21 | 10.04 | - | - |
| 4/1/2002 | 6/30/2002 | 6.72 | | 8.90 | 2.18 | 10.08 | - | - |
| 7/1/2002 | 9/30/2002 | 4.82 | | 8.90 | 4.08 | 7.23 | - | - |
| 10/1/2002 | 12/31/2002 | 2.84 | | 8.90 | 6.06 | 4.26 | - | - |
| 1/1/2003 | 3/31/2003 | 0.89 | | 8.90 | 8.01 | 1.33 | - | - |
| 4/1/2003 | 6/30/2003 | 0.22 | | 8.90 | 8.68 | 0.33 | 15.00 | 14.67 |
| 7/1/2003 | 9/30/2003 | 0.67 | | 8.90 | 8.23 | 1.00 | 15.00 | 14.00 |
| 10/1/2003 | 12/31/2003 | (113.26) | 0.67 | 8.90 | 8.23 | 1.01 | 15.00 | 13.99 |
| 1/1/2004 | 3/31/2004 | - | | 8.90 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | | 8.90 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | | 8.90 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | | 8.90 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | | 8.90 | - | - | 15.00 | - |

**Exhibit #6.04**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502033317 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2000 | 9/30/2000 | $ 2.40 | | $ 21.70 | $ 19.30 | $ 3.59 | $ 7.47 | $ 3.87 |
| 10/1/2000 | 12/31/2000 | 2.42 | | 21.70 | 19.28 | 3.63 | - | - |
| 1/1/2001 | 3/31/2001 | 2.71 | | 21.70 | 18.99 | 4.07 | - | - |
| 4/1/2001 | 6/30/2001 | 2.88 | | 21.70 | 18.82 | 4.32 | - | - |
| 7/1/2001 | 9/30/2001 | 4.06 | | 21.70 | 17.64 | 6.09 | - | - |
| 10/1/2001 | 12/31/2001 | 5.24 | | 21.70 | 16.46 | 7.86 | - | - |
| 1/1/2002 | 3/31/2002 | 8.68 | | 21.70 | 13.02 | 13.03 | - | - |
| 4/1/2002 | 6/30/2002 | 8.18 | | 21.70 | 13.52 | 12.26 | - | - |
| 7/1/2002 | 9/30/2002 | 4.66 | | 21.70 | 17.04 | 6.99 | - | - |
| 10/1/2002 | 12/31/2002 | 3.61 | | 21.70 | 18.09 | 5.41 | - | - |
| 1/1/2003 | 3/31/2003 | 3.71 | | 21.70 | 17.99 | 5.57 | 15.00 | 9.43 |
| 4/1/2003 | 6/30/2003 | 2.83 | | 21.70 | 18.87 | 4.25 | 15.00 | 10.75 |
| 7/1/2003 | 9/30/2003 | 3.18 | | 21.70 | 18.52 | 4.78 | 15.00 | 10.22 |
| 10/1/2003 | 12/31/2003 | - | | 21.70 | - | - | 15.00 | - |
| 1/1/2004 | 3/31/2004 | - | | 21.70 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | | 21.70 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | | 21.70 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | | 21.70 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | | 21.70 | - | - | 15.00 | - |

**Exhibit #6.05**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069703 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.30 | | $ 0.99 | $ 0.69 | $ 0.45 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.30 | | 0.99 | 0.69 | 0.45 | - | - |
| 7/1/1997 | 9/30/1997 | 0.28 | | 0.99 | 0.71 | 0.42 | - | - |
| 10/1/1997 | 12/31/1997 | 0.28 | | 0.99 | 0.71 | 0.43 | - | - |
| 1/1/1998 | 3/31/1998 | 0.28 | | 0.38 | 0.10 | 0.42 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.28 | | 0.38 | 0.10 | 0.42 | 0.60 | 0.17 |
| 7/1/1998 | 9/30/1998 | 0.29 | | 0.38 | 0.09 | 0.43 | 0.60 | 0.16 |
| 10/1/1998 | 12/31/1998 | 0.27 | | 0.38 | 0.11 | 0.40 | 0.60 | 0.20 |
| 1/1/1999 | 3/31/1999 | 0.25 | | 0.34 | 0.09 | 0.37 | 0.60 | 0.23 |
| 4/1/1999 | 6/30/1999 | 0.23 | | 0.38 | 0.15 | 0.35 | 0.60 | 0.25 |
| 7/1/1999 | 9/30/1999 | 0.22 | | 0.38 | 0.16 | 0.33 | 0.60 | 0.27 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 0.38 | 0.17 | 0.32 | 0.60 | 0.28 |
| 1/1/2000 | 3/31/2000 | 0.21 | | 0.38 | 0.17 | 0.32 | 0.60 | 0.28 |
| 4/1/2000 | 6/30/2000 | 0.20 | | 0.30 | 0.10 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.20 | | 0.30 | 0.10 | 0.30 | 0.60 | 0.29 |
| 10/1/2000 | 12/31/2000 | 0.19 | | 0.30 | 0.11 | 0.29 | 0.60 | 0.31 |
| 1/1/2001 | 3/31/2001 | 0.18 | | 0.24 | 0.06 | 0.27 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 0.24 | 0.08 | 0.24 | - | - |
| 7/1/2001 | 9/30/2001 | 0.12 | | 0.24 | 0.12 | 0.19 | - | - |
| 10/1/2001 | 12/31/2001 | 0.12 | | 0.24 | 0.12 | 0.19 | - | - |
| 1/1/2002 | 3/31/2002 | 0.11 | | 0.20 | 0.09 | 0.17 | - | - |
| 4/1/2002 | 6/30/2002 | 0.12 | | 0.20 | 0.08 | 0.18 | 0.44 | 0.25 |
| 7/1/2002 | 9/30/2002 | 0.13 | | 0.20 | 0.07 | 0.19 | 0.44 | 0.25 |
| 10/1/2002 | 12/31/2002 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.23 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.24 |
| 4/1/2003 | 6/30/2003 | 0.12 | | 0.18 | 0.06 | 0.18 | 0.44 | 0.26 |
| 7/1/2003 | 9/30/2003 | 0.12 | | 0.18 | 0.06 | 0.18 | 0.44 | 0.26 |
| 10/1/2003 | 12/31/2003 | 0.11 | | 0.18 | 0.07 | 0.17 | 0.44 | 0.27 |
| 1/1/2004 | 3/31/2004 | 0.11 | | 0.18 | 0.07 | 0.16 | 0.44 | 0.28 |
| 4/1/2004 | 6/30/2004 | 0.09 | | 0.18 | 0.09 | 0.14 | 0.44 | 0.30 |
| 7/1/2004 | 9/30/2004 | 0.06 | | 0.18 | 0.12 | 0.10 | 0.44 | 0.34 |
| 10/1/2004 | 12/31/2004 | 0.04 | | 0.15 | 0.11 | 0.06 | 0.44 | 0.37 |
| 1/1/2005 | 3/31/2005 | (0.27) | 0.04 | 0.15 | 0.11 | 0.06 | 0.44 | 0.38 |
| 4/1/2005 | 6/30/2005 | - | | 0.15 | - | - | 0.44 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.15 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.15 | - | - | 0.35 | - |

**Exhibit #6.06**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069703 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.33 | | $ 1.21 | $ 0.88 | $ 0.50 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.32 | | 1.21 | 0.89 | 0.48 | - | - |
| 7/1/1997 | 9/30/1997 | 0.31 | | 1.21 | 0.90 | 0.47 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | | 1.21 | 0.91 | 0.45 | 0.60 | 0.14 |
| 1/1/1998 | 3/31/1998 | 0.29 | | 1.21 | 0.92 | 0.43 | 0.60 | 0.16 |
| 4/1/1998 | 6/30/1998 | 0.28 | | 1.21 | 0.93 | 0.42 | 0.60 | 0.18 |
| 7/1/1998 | 9/30/1998 | 0.27 | | 1.21 | 0.94 | 0.40 | 0.60 | 0.20 |
| 10/1/1998 | 12/31/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 1/1/1999 | 3/31/1999 | 0.26 | | 1.21 | 0.95 | 0.39 | 0.60 | 0.21 |
| 4/1/1999 | 6/30/1999 | 0.23 | | 1.21 | 0.98 | 0.35 | 0.60 | 0.25 |
| 7/1/1999 | 9/30/1999 | 0.23 | | 1.21 | 0.98 | 0.34 | 0.60 | 0.25 |
| 10/1/1999 | 12/31/1999 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 1/1/2000 | 3/31/2000 | 0.20 | | 1.21 | 1.01 | 0.30 | 0.60 | 0.29 |
| 4/1/2000 | 6/30/2000 | 0.20 | | 1.21 | 1.01 | 0.29 | 0.60 | 0.30 |
| 7/1/2000 | 9/30/2000 | 0.19 | | 1.21 | 1.02 | 0.28 | 0.60 | 0.32 |
| 10/1/2000 | 12/31/2000 | 0.17 | | 1.21 | 1.04 | 0.26 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | | 1.21 | 1.05 | 0.25 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 1.21 | 1.05 | 0.24 | - | - |
| 7/1/2001 | 9/30/2001 | 0.14 | | 1.21 | 1.07 | 0.21 | - | - |
| 10/1/2001 | 12/31/2001 | 0.14 | | 1.21 | 1.07 | 0.21 | - | - |
| 1/1/2002 | 3/31/2002 | 0.14 | | 1.21 | 1.07 | 0.20 | 0.44 | 0.23 |
| 4/1/2002 | 6/30/2002 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 7/1/2002 | 9/30/2002 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.22 |
| 10/1/2002 | 12/31/2002 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.22 |
| 1/1/2003 | 3/31/2003 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.22 |
| 4/1/2003 | 6/30/2003 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.23 |
| 7/1/2003 | 9/30/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.23 |
| 10/1/2003 | 12/31/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 1/1/2004 | 3/31/2004 | 0.12 | | 1.21 | 1.09 | 0.19 | 0.44 | 0.25 |
| 4/1/2004 | 6/30/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 7/1/2004 | 9/30/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 10/1/2004 | 12/31/2004 | 0.11 | | 1.21 | 1.10 | 0.17 | 0.44 | 0.27 |
| 1/1/2005 | 3/31/2005 | 0.06 | | 1.21 | 1.15 | 0.08 | 0.44 | 0.35 |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #6.07**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069724 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $   - | | $  0.18 | $   - | $   - | $  0.35 | $   - |
| 4/1/2004 | 6/30/2004 | 0.16 | | 0.18 | 0.02 | 0.24 | 0.44 | 0.19 |
| 7/1/2004 | 9/30/2004 | 0.14 | | 0.18 | 0.04 | 0.22 | 0.44 | 0.22 |
| 10/1/2004 | 12/31/2004 | 0.11 | | 0.15 | 0.04 | 0.17 | 0.44 | 0.26 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 0.15 | 0.05 | 0.16 | 0.44 | 0.28 |
| 4/1/2005 | 6/30/2005 | 0.09 | | 0.15 | 0.06 | 0.13 | 0.44 | 0.30 |
| 7/1/2005 | 9/30/2005 | 0.06 | | 0.15 | 0.09 | 0.09 | 0.35 | 0.25 |
| 10/1/2005 | 12/31/2005 | 0.08 | | 0.15 | 0.07 | 0.12 | 0.35 | 0.22 |
| 1/1/2006 | 3/31/2006 | 0.09 | | 0.15 | 0.06 | 0.13 | 0.35 | 0.21 |
| 4/1/2006 | 6/30/2006 | 0.08 | | 0.15 | 0.07 | 0.12 | 0.35 | 0.23 |
| 7/1/2006 | 9/30/2006 | 0.09 | | 0.15 | 0.06 | 0.14 | 0.35 | 0.21 |
| 10/1/2006 | 12/31/2006 | 0.09 | | 0.14 | 0.05 | 0.13 | 0.35 | 0.21 |

**Exhibit #6.08**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069724 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $    - | | $  1.21 | $    - | $    - | $  0.44 | $    - |
| 4/1/2004 | 6/30/2004 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 7/1/2004 | 9/30/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 10/1/2004 | 12/31/2004 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.27 |
| 1/1/2005 | 3/31/2005 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.28 |
| 4/1/2005 | 6/30/2005 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.35 | 0.20 |
| 7/1/2005 | 9/30/2005 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.35 | 0.20 |
| 10/1/2005 | 12/31/2005 | 0.09 | | 1.21 | 1.12 | 0.14 | 0.35 | 0.20 |

**Exhibit #6.09**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069729 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $ 0.16 | | $ 0.18 | $ 0.02 | | $ 0.24 | $ 0.35 | $ 0.10 |
| 4/1/2004 | 6/30/2004 | 0.14 | | 0.18 | 0.04 | | 0.21 | 0.44 | 0.23 |
| 7/1/2004 | 9/30/2004 | 0.12 | | 0.18 | 0.06 | | 0.18 | 0.44 | 0.25 |
| 10/1/2004 | 12/31/2004 | 0.11 | | 0.15 | 0.04 | | 0.16 | 0.44 | 0.28 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 0.15 | 0.05 | | 0.14 | 0.44 | 0.29 |
| 4/1/2005 | 6/30/2005 | 0.09 | | 0.15 | 0.06 | | 0.13 | 0.44 | 0.30 |
| 7/1/2005 | 9/30/2005 | 0.09 | | 0.15 | 0.06 | | 0.13 | 0.35 | 0.22 |
| 10/1/2005 | 12/31/2005 | 0.09 | | 0.15 | 0.06 | | 0.14 | 0.35 | 0.21 |

**Exhibit #6.10**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069729 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $ 0.10 | | $ 1.21 | $ 1.11 | $ 0.16 | $ 0.44 | $ 0.28 |
| 4/1/2004 | 6/30/2004 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.27 |
| 7/1/2004 | 9/30/2004 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.28 |
| 10/1/2004 | 12/31/2004 | 0.10 | | 1.21 | 1.11 | 0.16 | 0.44 | 0.28 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 1.21 | 1.11 | 0.16 | 0.44 | 0.28 |
| 4/1/2005 | 6/30/2005 | 0.10 | | 1.21 | 1.11 | 0.16 | 0.35 | 0.19 |
| 7/1/2005 | 9/30/2005 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.35 | 0.20 |
| 10/1/2005 | 12/31/2005 | 0.09 | | 1.21 | 1.12 | 0.14 | 0.35 | 0.21 |

**Exhibit #6.11**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069730 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/2005 | 3/31/2005 | $ 0.15 | | $ 0.17 | $ 0.02 | $ 0.23 | $ 0.35 | $ 0.12 |
| 4/1/2005 | 6/30/2005 | 0.14 | | 0.17 | 0.03 | 0.21 | 0.44 | 0.23 |
| 7/1/2005 | 9/30/2005 | 0.14 | | 0.17 | 0.03 | 0.20 | 0.35 | 0.14 |
| 10/1/2005 | 12/31/2005 | 0.13 | | 0.17 | 0.04 | 0.19 | 0.35 | 0.16 |

**Exhibit #6.12**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069730 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2005 | 3/31/2005 | $ - | | $ 1.23 | $ - | | $ - | $ 0.44 | $ - |
| 4/1/2005 | 6/30/2005 | - | | 1.23 | - | | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.23 | - | | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.23 | - | | - | 0.35 | - |

**Exhibit #6.13**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069733 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.42 | | $ 0.99 | $ 0.57 | $ 0.63 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.33 | | 0.99 | 0.66 | 0.49 | - | - |
| 7/1/1997 | 9/30/1997 | 0.28 | | 0.99 | 0.71 | 0.42 | - | - |
| 10/1/1997 | 12/31/1997 | 0.29 | | 0.99 | 0.70 | 0.43 | - | - |
| 1/1/1998 | 3/31/1998 | 0.24 | | 0.38 | 0.14 | 0.36 | 0.60 | 0.24 |
| 4/1/1998 | 6/30/1998 | 0.27 | | 0.38 | 0.11 | 0.41 | 0.60 | 0.19 |
| 7/1/1998 | 9/30/1998 | 0.28 | | 0.38 | 0.10 | 0.42 | 0.60 | 0.18 |
| 10/1/1998 | 12/31/1998 | 0.26 | | 0.38 | 0.12 | 0.39 | 0.60 | 0.21 |
| 1/1/1999 | 3/31/1999 | 0.22 | | 0.34 | 0.12 | 0.34 | 0.60 | 0.26 |
| 4/1/1999 | 6/30/1999 | 0.23 | | 0.34 | 0.11 | 0.34 | 0.60 | 0.26 |
| 7/1/1999 | 9/30/1999 | 0.22 | | 0.34 | 0.12 | 0.34 | 0.60 | 0.26 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 0.34 | 0.13 | 0.31 | 0.60 | 0.28 |
| 1/1/2000 | 3/31/2000 | 0.22 | | 0.34 | 0.12 | 0.33 | 0.60 | 0.27 |
| 4/1/2000 | 6/30/2000 | 0.18 | | 0.30 | 0.12 | 0.28 | 0.60 | 0.32 |
| 7/1/2000 | 9/30/2000 | 0.18 | | 0.30 | 0.12 | 0.27 | 0.60 | 0.32 |
| 10/1/2000 | 12/31/2000 | 0.17 | | 0.30 | 0.13 | 0.26 | 0.60 | 0.34 |
| 1/1/2001 | 3/31/2001 | 0.17 | | 0.24 | 0.07 | 0.25 | - | - |
| 4/1/2001 | 6/30/2001 | 0.14 | | 0.24 | 0.10 | 0.21 | - | - |
| 7/1/2001 | 9/30/2001 | 0.12 | | 0.24 | 0.12 | 0.18 | - | - |
| 10/1/2001 | 12/31/2001 | 0.12 | | 0.24 | 0.12 | 0.18 | - | - |
| 1/1/2002 | 3/31/2002 | 0.11 | | 0.20 | 0.09 | 0.16 | - | - |
| 4/1/2002 | 6/30/2002 | 0.13 | | 0.20 | 0.07 | 0.19 | 0.44 | 0.25 |
| 7/1/2002 | 9/30/2002 | 0.12 | | 0.20 | 0.08 | 0.18 | 0.44 | 0.25 |
| 10/1/2002 | 12/31/2002 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.24 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.24 |
| 4/1/2003 | 6/30/2003 | 0.11 | | 0.18 | 0.07 | 0.17 | 0.44 | 0.27 |
| 7/1/2003 | 9/30/2003 | 0.11 | | 0.18 | 0.07 | 0.17 | 0.44 | 0.27 |
| 10/1/2003 | 12/31/2003 | 0.10 | | 0.18 | 0.08 | 0.15 | 0.44 | 0.28 |
| 1/1/2004 | 3/31/2004 | 0.09 | | 0.18 | 0.09 | 0.13 | 0.44 | 0.31 |
| 4/1/2004 | 6/30/2004 | 0.08 | | 0.18 | 0.10 | 0.13 | 0.44 | 0.31 |
| 7/1/2004 | 9/30/2004 | 0.07 | | 0.18 | 0.11 | 0.11 | 0.44 | 0.33 |
| 10/1/2004 | 12/31/2004 | (0.07) | 0.07 | 0.15 | 0.08 | 0.11 | 0.44 | 0.33 |
| 1/1/2005 | 3/31/2005 | - | | 0.15 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.15 | - | - | 0.44 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.15 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.15 | - | - | 0.35 | - |

**Exhibit #6.14**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069733 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.31 | | $ 1.21 | $ 0.90 | $ 0.46 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.30 | | 1.21 | 0.91 | 0.45 | - | - |
| 7/1/1997 | 9/30/1997 | 0.29 | | 1.21 | 0.92 | 0.44 | - | - |
| 10/1/1997 | 12/31/1997 | 0.28 | | 1.21 | 0.93 | 0.43 | 0.60 | 0.17 |
| 1/1/1998 | 3/31/1998 | 0.27 | | 1.21 | 0.94 | 0.40 | 0.60 | 0.20 |
| 4/1/1998 | 6/30/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 7/1/1998 | 9/30/1998 | 0.24 | | 1.21 | 0.97 | 0.36 | 0.60 | 0.24 |
| 10/1/1998 | 12/31/1998 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 1/1/1999 | 3/31/1999 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 4/1/1999 | 6/30/1999 | 0.21 | | 1.21 | 1.00 | 0.32 | 0.60 | 0.28 |
| 7/1/1999 | 9/30/1999 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.29 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.29 |
| 1/1/2000 | 3/31/2000 | 0.20 | | 1.21 | 1.01 | 0.30 | 0.60 | 0.30 |
| 4/1/2000 | 6/30/2000 | 0.19 | | 1.21 | 1.02 | 0.29 | 0.60 | 0.31 |
| 7/1/2000 | 9/30/2000 | 0.19 | | 1.21 | 1.02 | 0.28 | 0.60 | 0.31 |
| 10/1/2000 | 12/31/2000 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 1/1/2001 | 3/31/2001 | 0.17 | | 1.21 | 1.04 | 0.26 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 1.21 | 1.05 | 0.24 | - | - |
| 7/1/2001 | 9/30/2001 | 0.15 | | 1.21 | 1.06 | 0.23 | - | - |
| 10/1/2001 | 12/31/2001 | 0.14 | | 1.21 | 1.07 | 0.21 | - | - |
| 1/1/2002 | 3/31/2002 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 4/1/2002 | 6/30/2002 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 7/1/2002 | 9/30/2002 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.23 |
| 10/1/2002 | 12/31/2002 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.23 |
| 1/1/2003 | 3/31/2003 | 0.14 | | 1.21 | 1.07 | 0.20 | 0.44 | 0.23 |
| 4/1/2003 | 6/30/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 7/1/2003 | 9/30/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 10/1/2003 | 12/31/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 1/1/2004 | 3/31/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 4/1/2004 | 6/30/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 7/1/2004 | 9/30/2004 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 10/1/2004 | 12/31/2004 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 1/1/2005 | 3/31/2005 | - | | 1.21 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #6.15**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069760 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.35 | | $ 0.99 | $ 0.64 | $ 0.52 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.31 | | 0.99 | 0.68 | 0.47 | - | - |
| 7/1/1997 | 9/30/1997 | 0.29 | | 0.99 | 0.70 | 0.43 | - | - |
| 10/1/1997 | 12/31/1997 | 0.28 | | 0.99 | 0.71 | 0.43 | - | - |
| 1/1/1998 | 3/31/1998 | 0.29 | | 0.38 | 0.09 | 0.43 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.28 | | 0.38 | 0.10 | 0.43 | 0.60 | 0.17 |
| 7/1/1998 | 9/30/1998 | 0.28 | | 0.38 | 0.10 | 0.43 | 0.60 | 0.17 |
| 10/1/1998 | 12/31/1998 | 0.27 | | 0.38 | 0.11 | 0.40 | 0.60 | 0.19 |
| 1/1/1999 | 3/31/1999 | 0.25 | | 0.34 | 0.09 | 0.37 | 0.60 | 0.22 |
| 4/1/1999 | 6/30/1999 | 0.24 | | 0.34 | 0.10 | 0.36 | 0.60 | 0.24 |
| 7/1/1999 | 9/30/1999 | 0.23 | | 0.34 | 0.11 | 0.34 | 0.60 | 0.26 |
| 10/1/1999 | 12/31/1999 | 0.22 | | 0.34 | 0.12 | 0.33 | 0.60 | 0.27 |
| 1/1/2000 | 3/31/2000 | 0.21 | | 0.34 | 0.13 | 0.32 | 0.60 | 0.28 |
| 4/1/2000 | 6/30/2000 | 0.20 | | 0.30 | 0.10 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.20 | | 0.30 | 0.10 | 0.29 | 0.60 | 0.30 |
| 10/1/2000 | 12/31/2000 | 0.18 | | 0.30 | 0.12 | 0.28 | 0.60 | 0.32 |
| 1/1/2001 | 3/31/2001 | 0.18 | | 0.24 | 0.06 | 0.27 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 0.24 | 0.08 | 0.24 | - | - |
| 7/1/2001 | 9/30/2001 | 0.14 | | 0.24 | 0.10 | 0.20 | - | - |
| 10/1/2001 | 12/31/2001 | 0.13 | | 0.24 | 0.11 | 0.20 | - | - |
| 1/1/2002 | 3/31/2002 | 0.12 | | 0.20 | 0.08 | 0.19 | - | - |
| 4/1/2002 | 6/30/2002 | 0.13 | | 0.20 | 0.07 | 0.19 | 0.44 | 0.24 |
| 7/1/2002 | 9/30/2002 | 0.12 | | 0.20 | 0.08 | 0.18 | 0.44 | 0.26 |
| 10/1/2002 | 12/31/2002 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.24 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 0.20 | 0.07 | 0.20 | 0.44 | 0.24 |
| 4/1/2003 | 6/30/2003 | 0.11 | | 0.18 | 0.07 | 0.17 | 0.44 | 0.27 |
| 7/1/2003 | 9/30/2003 | 0.12 | | 0.18 | 0.06 | 0.18 | 0.44 | 0.26 |
| 10/1/2003 | 12/31/2003 | 0.11 | | 0.18 | 0.07 | 0.16 | 0.44 | 0.27 |
| 1/1/2004 | 3/31/2004 | 0.10 | | 0.18 | 0.08 | 0.16 | 0.44 | 0.28 |
| 4/1/2004 | 6/30/2004 | 0.10 | | 0.18 | 0.08 | 0.15 | 0.44 | 0.28 |
| 7/1/2004 | 9/30/2004 | 0.08 | | 0.18 | 0.10 | 0.12 | 0.44 | 0.31 |
| 10/1/2004 | 12/31/2004 | 0.07 | | 0.15 | 0.08 | 0.10 | 0.44 | 0.34 |
| 1/1/2005 | 3/31/2005 | 0.05 | | 0.15 | 0.10 | 0.07 | 0.44 | 0.37 |
| 4/1/2005 | 6/30/2005 | - | | 0.15 | - | - | 0.44 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.15 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.15 | - | - | 0.35 | - |

**Exhibit #6.16**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069760 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.30 | | $ 1.21 | $ 0.91 | $ 0.45 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.29 | | 1.21 | 0.92 | 0.44 | - | - |
| 7/1/1997 | 9/30/1997 | 0.29 | | 1.21 | 0.92 | 0.43 | - | - |
| 10/1/1997 | 12/31/1997 | 0.28 | | 1.21 | 0.93 | 0.42 | 0.60 | 0.17 |
| 1/1/1998 | 3/31/1998 | 0.27 | | 1.21 | 0.94 | 0.40 | 0.60 | 0.19 |
| 4/1/1998 | 6/30/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 7/1/1998 | 9/30/1998 | 0.24 | | 1.21 | 0.97 | 0.36 | 0.60 | 0.23 |
| 10/1/1998 | 12/31/1998 | 0.23 | | 1.21 | 0.98 | 0.34 | 0.60 | 0.26 |
| 1/1/1999 | 3/31/1999 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 4/1/1999 | 6/30/1999 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 7/1/1999 | 9/30/1999 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.29 |
| 1/1/2000 | 3/31/2000 | 0.20 | | 1.21 | 1.01 | 0.30 | 0.60 | 0.30 |
| 4/1/2000 | 6/30/2000 | 0.19 | | 1.21 | 1.02 | 0.29 | 0.60 | 0.31 |
| 7/1/2000 | 9/30/2000 | 0.19 | | 1.21 | 1.02 | 0.28 | 0.60 | 0.32 |
| 10/1/2000 | 12/31/2000 | 0.17 | | 1.21 | 1.04 | 0.26 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | | 1.21 | 1.05 | 0.24 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | | 1.21 | 1.06 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.14 | | 1.21 | 1.07 | 0.21 | - | - |
| 10/1/2001 | 12/31/2001 | 0.13 | | 1.21 | 1.08 | 0.19 | - | - |
| 1/1/2002 | 3/31/2002 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 4/1/2002 | 6/30/2002 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 7/1/2002 | 9/30/2002 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 10/1/2002 | 12/31/2002 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 1/1/2003 | 3/31/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 4/1/2003 | 6/30/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.25 |
| 7/1/2003 | 9/30/2003 | 0.12 | | 1.21 | 1.09 | 0.17 | 0.44 | 0.26 |
| 10/1/2003 | 12/31/2003 | 0.11 | | 1.21 | 1.10 | 0.17 | 0.44 | 0.27 |
| 1/1/2004 | 3/31/2004 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.27 |
| 4/1/2004 | 6/30/2004 | 0.11 | | 1.21 | 1.10 | 0.16 | 0.44 | 0.28 |
| 7/1/2004 | 9/30/2004 | 0.10 | | 1.21 | 1.11 | 0.16 | 0.44 | 0.28 |
| 10/1/2004 | 12/31/2004 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.28 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.29 |
| 4/1/2005 | 6/30/2005 | 0.07 | | 1.21 | 1.14 | 0.10 | 0.35 | 0.24 |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #6.17**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069761 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $    - | | $   0.18 | $   0.18 | $    - | $   0.35 | $    - |
| 4/1/2004 | 6/30/2004 | 0.17 | | 0.18 | 0.01 | 0.25 | 0.44 | 0.18 |
| 7/1/2004 | 9/30/2004 | 0.15 | | 0.18 | 0.03 | 0.22 | 0.44 | 0.22 |
| 10/1/2004 | 12/31/2004 | 0.11 | | 0.15 | 0.04 | 0.17 | 0.44 | 0.27 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 0.15 | 0.05 | 0.15 | 0.44 | 0.28 |
| 4/1/2005 | 6/30/2005 | 0.08 | | 0.15 | 0.07 | 0.12 | 0.44 | 0.31 |
| 7/1/2005 | 9/30/2005 | 0.07 | | 0.15 | 0.08 | 0.10 | 0.35 | 0.25 |
| 10/1/2005 | 12/31/2005 | 0.08 | | 0.15 | 0.07 | 0.12 | 0.35 | 0.22 |

**Exhibit #6.18**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069761 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/2004 | 3/31/2004 | $   - | | $   1.21 | $   - | $   - | $   0.44 | $   - |
| 4/1/2004 | 6/30/2004 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.29 |
| 7/1/2004 | 9/30/2004 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.29 |
| 10/1/2004 | 12/31/2004 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.29 |
| 1/1/2005 | 3/31/2005 | 0.10 | | 1.21 | 1.11 | 0.14 | 0.44 | 0.29 |
| 4/1/2005 | 6/30/2005 | 0.09 | | 1.21 | 1.12 | 0.14 | 0.35 | 0.20 |
| 7/1/2005 | 9/30/2005 | 0.09 | | 1.21 | 1.12 | 0.13 | 0.35 | 0.21 |
| 10/1/2005 | 12/31/2005 | 0.09 | | 1.21 | 1.12 | 0.13 | 0.35 | 0.22 |