# Exhibit 6A
# (Dey Exhibits)
# to
# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**Exhibit #6.02A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502030317 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 4.63 | $ 6.94 | $ - | - |
| 4/1/1997 | 6/30/1997 | 4.81 | 7.22 | - | - |
| 7/1/1997 | 9/30/1997 | 4.07 | 6.11 | - | - |
| 10/1/1997 | 12/31/1997 | 0.83 | 1.25 | 7.47 | 6.22 |
| 1/1/1998 | 3/31/1998 | 2.05 | 3.08 | 7.47 | 4.39 |
| 4/1/1998 | 6/30/1998 | 2.10 | 3.15 | 7.47 | 4.32 |
| 7/1/1998 | 9/30/1998 | 3.20 | 4.80 | 7.47 | 2.67 |
| 10/1/1998 | 12/31/1998 | 2.54 | 3.81 | 7.47 | 3.66 |
| 1/1/1999 | 3/31/1999 | 2.21 | 3.31 | 7.47 | 4.16 |
| 4/1/1999 | 6/30/1999 | 2.62 | 3.92 | 7.47 | 3.55 |
| 7/1/1999 | 9/30/1999 | 2.38 | 3.58 | 7.47 | 3.89 |
| 10/1/1999 | 12/31/1999 | 1.78 | 2.67 | 7.47 | 4.80 |
| 1/1/2000 | 3/31/2000 | 2.19 | 3.29 | 7.47 | 4.18 |
| 4/1/2000 | 6/30/2000 | 0.84 | 1.26 | 7.47 | 6.21 |
| 7/1/2000 | 9/30/2000 | 0.84 | 1.26 | 7.47 | 6.21 |
| 10/1/2000 | 12/31/2000 | 0.84 | 1.26 | 7.47 | 6.21 |
| 1/1/2001 | 3/31/2001 | 2.19 | 3.29 | 7.47 | 4.18 |
| 4/1/2001 | 6/30/2001 | 2.19 | 3.29 | 7.47 | 4.18 |
| 7/1/2001 | 9/30/2001 | 10.06 | 15.09 | 7.47 | (7.62) |
| 10/1/2001 | 12/31/2001 | 2.19 | 3.29 | 7.47 | 4.18 |
| 1/1/2002 | 3/31/2002 | - | - | 7.47 | - |
| 4/1/2002 | 6/30/2002 | - | - | 7.47 | - |
| 7/1/2002 | 9/30/2002 | - | - | 7.47 | - |
| 10/1/2002 | 12/31/2002 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | - | 15.00 | - |
| 4/1/2003 | 6/30/2003 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | - | 15.00 | - |
| 10/1/2003 | 12/31/2003 | - | - | 15.00 | - |
| 1/1/2004 | 3/31/2004 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | - | 15.00 | - |

**HIGHLY CONFIDENTIAL**

Exhibit #6.04A
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Dey 49502033317 - ALBUTEROL 90 MCG INHALER
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ - | $ - |
| 4/1/1997 | 6/30/1997 | - | - | - | - |
| 7/1/1997 | 9/30/1997 | - | - | - | - |
| 10/1/1997 | 12/31/1997 | - | - | 7.47 | - |
| 1/1/1998 | 3/31/1998 | - | - | 7.47 | - |
| 4/1/1998 | 6/30/1998 | - | - | 7.47 | - |
| 7/1/1998 | 9/30/1998 | - | - | 7.47 | - |
| 10/1/1998 | 12/31/1998 | - | - | 7.47 | - |
| 1/1/1999 | 3/31/1999 | - | - | 7.47 | - |
| 4/1/1999 | 6/30/1999 | - | - | 7.47 | - |
| 7/1/1999 | 9/30/1999 | - | - | 7.47 | - |
| 10/1/1999 | 12/31/1999 | - | - | 7.47 | - |
| 1/1/2000 | 3/31/2000 | - | - | 7.47 | - |
| 4/1/2000 | 6/30/2000 | - | - | 7.47 | - |
| 7/1/2000 | 9/30/2000 | 2.87 | 4.31 | 7.47 | 3.16 |
| 10/1/2000 | 12/31/2000 | 2.50 | 3.75 | 7.47 | 3.72 |
| 1/1/2001 | 3/31/2001 | 2.82 | 4.23 | 7.47 | 3.24 |
| 4/1/2001 | 6/30/2001 | 5.94 | 8.91 | 7.47 | (1.44) |
| 7/1/2001 | 9/30/2001 | 10.06 | 15.09 | 7.47 | (7.62) |
| 10/1/2001 | 12/31/2001 | 10.87 | 16.30 | 7.47 | (8.83) |
| 1/1/2002 | 3/31/2002 | - | - | 7.47 | - |
| 4/1/2002 | 6/30/2002 | - | - | 7.47 | - |
| 7/1/2002 | 9/30/2002 | - | - | 7.47 | - |
| 10/1/2002 | 12/31/2002 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | - | 15.00 | - |
| 4/1/2003 | 6/30/2003 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | - | 15.00 | - |
| 10/1/2003 | 12/31/2003 | - | - | 15.00 | - |
| 1/1/2004 | 3/31/2004 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | - | 15.00 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.06A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069703 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.42 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.32 | 0.48 | - | - |
| 7/1/1997 | 9/30/1997 | 0.23 | 0.34 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1998 | 3/31/1998 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.31 | 0.46 | 0.60 | 0.14 |
| 7/1/1998 | 9/30/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 10/1/1998 | 12/31/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1999 | 3/31/1999 | 0.23 | 0.35 | 0.60 | 0.25 |
| 4/1/1999 | 6/30/1999 | 0.24 | 0.35 | 0.60 | 0.24 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.06 | 0.09 | 0.60 | 0.51 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.31 |
| 4/1/2000 | 6/30/2000 | 0.20 | 0.29 | 0.60 | 0.30 |
| 7/1/2000 | 9/30/2000 | 0.23 | 0.35 | 0.60 | 0.25 |
| 10/1/2000 | 12/31/2000 | 0.23 | 0.35 | - | - |
| 1/1/2001 | 3/31/2001 | 0.15 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.03 | 0.04 | - | - |
| 10/1/2001 | 12/31/2001 | 0.03 | 0.04 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.08A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069724 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.42 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.32 | 0.48 | - | - |
| 7/1/1997 | 9/30/1997 | 0.23 | 0.34 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1998 | 3/31/1998 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.31 | 0.46 | 0.60 | 0.14 |
| 7/1/1998 | 9/30/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 10/1/1998 | 12/31/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1999 | 3/31/1999 | 0.23 | 0.35 | 0.60 | 0.25 |
| 4/1/1999 | 6/30/1999 | 0.24 | 0.35 | 0.60 | 0.24 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.06 | 0.09 | 0.60 | 0.51 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.31 |
| 4/1/2000 | 6/30/2000 | 0.20 | 0.29 | 0.60 | 0.30 |
| 7/1/2000 | 9/30/2000 | 0.23 | 0.35 | 0.60 | 0.25 |
| 10/1/2000 | 12/31/2000 | 0.23 | 0.35 | - | - |
| 1/1/2001 | 3/31/2001 | 0.15 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.03 | 0.04 | - | - |
| 10/1/2001 | 12/31/2001 | 0.03 | 0.04 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

02/18/2009

**Exhibit #6.10A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069729 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.42 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.32 | 0.48 | - | - |
| 7/1/1997 | 9/30/1997 | 0.23 | 0.34 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1998 | 3/31/1998 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.31 | 0.46 | 0.60 | 0.14 |
| 7/1/1998 | 9/30/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 10/1/1998 | 12/31/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1999 | 3/31/1999 | 0.23 | 0.35 | 0.60 | 0.25 |
| 4/1/1999 | 6/30/1999 | 0.24 | 0.35 | 0.60 | 0.24 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.06 | 0.09 | 0.60 | 0.51 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.31 |
| 4/1/2000 | 6/30/2000 | 0.20 | 0.29 | 0.60 | 0.30 |
| 7/1/2000 | 9/30/2000 | 0.23 | 0.35 | 0.60 | 0.25 |
| 10/1/2000 | 12/31/2000 | 0.23 | 0.35 | - | - |
| 1/1/2001 | 3/31/2001 | 0.15 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.03 | 0.04 | - | - |
| 10/1/2001 | 12/31/2001 | 0.03 | 0.04 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.12A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069730 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.42 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.32 | 0.48 | - | - |
| 7/1/1997 | 9/30/1997 | 0.23 | 0.34 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1998 | 3/31/1998 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1998 | 6/30/1998 | 0.31 | 0.46 | 0.60 | 0.14 |
| 7/1/1998 | 9/30/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 10/1/1998 | 12/31/1998 | 0.30 | 0.45 | 0.60 | 0.15 |
| 1/1/1999 | 3/31/1999 | 0.23 | 0.35 | 0.60 | 0.25 |
| 4/1/1999 | 6/30/1999 | 0.24 | 0.35 | 0.60 | 0.24 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.06 | 0.09 | 0.60 | 0.51 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.31 |
| 4/1/2000 | 6/30/2000 | 0.20 | 0.29 | 0.60 | 0.30 |
| 7/1/2000 | 9/30/2000 | 0.23 | 0.35 | 0.60 | 0.25 |
| 10/1/2000 | 12/31/2000 | 0.23 | 0.35 | - | - |
| 1/1/2001 | 3/31/2001 | 0.15 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.03 | 0.04 | - | - |
| 10/1/2001 | 12/31/2001 | 0.03 | 0.04 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.14A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069733 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997  | 3/31/1997  | $ 0.38 | $ 0.56 | $   -  | $   -  |
| 4/1/1997  | 6/30/1997  | 0.28 | 0.42 | - | - |
| 7/1/1997  | 9/30/1997  | 0.23 | 0.35 | - | - |
| 10/1/1997 | 12/31/1997 | 0.29 | 0.43 | 0.60 | 0.16 |
| 1/1/1998  | 3/31/1998  | 0.26 | 0.39 | 0.60 | 0.21 |
| 4/1/1998  | 6/30/1998  | 0.26 | 0.40 | 0.60 | 0.20 |
| 7/1/1998  | 9/30/1998  | 0.23 | 0.34 | 0.60 | 0.26 |
| 10/1/1998 | 12/31/1998 | 0.18 | 0.27 | 0.60 | 0.32 |
| 1/1/1999  | 3/31/1999  | 0.20 | 0.30 | 0.60 | 0.29 |
| 4/1/1999  | 6/30/1999  | 0.24 | 0.36 | 0.60 | 0.23 |
| 7/1/1999  | 9/30/1999  | 0.20 | 0.30 | 0.60 | 0.30 |
| 10/1/1999 | 12/31/1999 | 0.13 | 0.20 | 0.60 | 0.40 |
| 1/1/2000  | 3/31/2000  | 0.17 | 0.25 | 0.60 | 0.35 |
| 4/1/2000  | 6/30/2000  | 0.19 | 0.28 | 0.60 | 0.32 |
| 7/1/2000  | 9/30/2000  | 0.20 | 0.30 | 0.60 | 0.29 |
| 10/1/2000 | 12/31/2000 | 0.11 | 0.16 | - | - |
| 1/1/2001  | 3/31/2001  | 0.15 | 0.23 | - | - |
| 4/1/2001  | 6/30/2001  | 0.12 | 0.18 | - | - |
| 7/1/2001  | 9/30/2001  | 0.11 | 0.17 | - | - |
| 10/1/2001 | 12/31/2001 | 0.07 | 0.11 | - | - |
| 1/1/2002  | 3/31/2002  | - | - | 0.44 | - |
| 4/1/2002  | 6/30/2002  | - | - | 0.44 | - |
| 7/1/2002  | 9/30/2002  | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003  | 3/31/2003  | - | - | 0.44 | - |
| 4/1/2003  | 6/30/2003  | - | - | 0.44 | - |
| 7/1/2003  | 9/30/2003  | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004  | 3/31/2004  | - | - | 0.44 | - |
| 4/1/2004  | 6/30/2004  | - | - | 0.44 | - |
| 7/1/2004  | 9/30/2004  | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005  | 3/31/2005  | - | - | 0.44 | - |
| 4/1/2005  | 6/30/2005  | - | - | 0.35 | - |
| 7/1/2005  | 9/30/2005  | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.16A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069760 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.29 | 0.44 | - | - |
| 7/1/1997 | 9/30/1997 | 0.28 | 0.42 | - | - |
| 10/1/1997 | 12/31/1997 | 0.27 | 0.41 | 0.60 | 0.19 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.25 | 0.37 | 0.60 | 0.22 |
| 7/1/1998 | 9/30/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 10/1/1998 | 12/31/1998 | 0.20 | 0.29 | 0.60 | 0.30 |
| 1/1/1999 | 3/31/1999 | 0.22 | 0.33 | 0.60 | 0.27 |
| 4/1/1999 | 6/30/1999 | 0.22 | 0.34 | 0.60 | 0.26 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.18 | 0.26 | 0.60 | 0.33 |
| 1/1/2000 | 3/31/2000 | 0.17 | 0.26 | 0.60 | 0.34 |
| 4/1/2000 | 6/30/2000 | 0.19 | 0.29 | 0.60 | 0.31 |
| 7/1/2000 | 9/30/2000 | 0.20 | 0.30 | 0.60 | 0.30 |
| 10/1/2000 | 12/31/2000 | 0.12 | 0.18 | - | - |
| 1/1/2001 | 3/31/2001 | 0.14 | 0.21 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.11 | 0.17 | - | - |
| 10/1/2001 | 12/31/2001 | 0.09 | 0.13 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #6.18A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Dey 49502069761 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.29 | 0.44 | - | - |
| 7/1/1997 | 9/30/1997 | 0.28 | 0.42 | - | - |
| 10/1/1997 | 12/31/1997 | 0.27 | 0.41 | 0.60 | 0.19 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.25 | 0.37 | 0.60 | 0.22 |
| 7/1/1998 | 9/30/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 10/1/1998 | 12/31/1998 | 0.20 | 0.29 | 0.60 | 0.30 |
| 1/1/1999 | 3/31/1999 | 0.22 | 0.33 | 0.60 | 0.27 |
| 4/1/1999 | 6/30/1999 | 0.22 | 0.34 | 0.60 | 0.26 |
| 7/1/1999 | 9/30/1999 | 0.21 | 0.32 | 0.60 | 0.28 |
| 10/1/1999 | 12/31/1999 | 0.18 | 0.26 | 0.60 | 0.33 |
| 1/1/2000 | 3/31/2000 | 0.17 | 0.26 | 0.60 | 0.34 |
| 4/1/2000 | 6/30/2000 | 0.19 | 0.29 | 0.60 | 0.31 |
| 7/1/2000 | 9/30/2000 | 0.20 | 0.30 | 0.60 | 0.30 |
| 10/1/2000 | 12/31/2000 | 0.12 | 0.18 | - | - |
| 1/1/2001 | 3/31/2001 | 0.14 | 0.21 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.11 | 0.17 | - | - |
| 10/1/2001 | 12/31/2001 | 0.09 | 0.13 | - | - |
| 1/1/2002 | 3/31/2002 | - | - | 0.44 | - |
| 4/1/2002 | 6/30/2002 | - | - | 0.44 | - |
| 7/1/2002 | 9/30/2002 | - | - | 0.44 | - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**