# Exhibit 7

# to

# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**(Redacted)**

Exhibit #7.01
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023804 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy (a) | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | $ 7.03 | | $ 135.65 | $ 128.62 | $ 10.55 | $ - | $ - |
| 4/1/2000 | 6/30/2000 | 4.96 | | 135.65 | 130.69 | 7.44 | - | - |
| 7/1/2000 | 9/30/2000 | 6.50 | | 135.65 | 129.15 | 9.75 | - | - |
| 10/1/2000 | 12/31/2000 | 7.20 | | 135.65 | 128.45 | 10.80 | - | - |
| 1/1/2001 | 3/31/2001 | 7.45 | | 135.65 | 128.20 | 11.18 | - | - |
| 4/1/2001 | 6/30/2001 | 7.92 | | 135.65 | 127.73 | 11.88 | - | - |
| 7/1/2001 | 9/30/2001 | 7.68 | | 143.27 | 135.59 | 11.52 | - | - |
| 10/1/2001 | 12/31/2001 | 7.39 | | 143.27 | 135.88 | 11.09 | - | - |
| 1/1/2002 | 3/31/2002 | 6.97 | | 135.90 | 128.93 | 10.46 | 74.92 | 64.46 |
| 4/1/2002 | 6/30/2002 | 6.42 | | 135.90 | 129.48 | 9.63 | 74.92 | 65.29 |
| 7/1/2002 | 9/30/2002 | 6.01 | | 135.90 | 129.89 | 9.02 | 74.92 | 65.90 |
| 10/1/2002 | 12/31/2002 | 5.78 | | 135.90 | 130.12 | 8.66 | 74.92 | 66.26 |
| 1/1/2003 | 3/31/2003 | 6.47 | | 135.90 | 129.43 | 9.70 | 74.92 | 65.22 |
| 4/1/2003 | 6/30/2003 | 6.30 | | 135.90 | 129.60 | 9.45 | 74.92 | 65.47 |
| 7/1/2003 | 9/30/2003 | 5.86 | | 135.90 | 130.04 | 8.79 | 74.92 | 66.13 |
| 10/1/2003 | 12/31/2003 | 5.61 | | 135.90 | 130.29 | 8.42 | 74.92 | 66.50 |
| 1/1/2004 | 3/31/2004 | 5.09 | | 135.90 | 130.81 | 7.64 | 74.92 | 67.28 |
| 4/1/2004 | 6/30/2004 | 4.98 | | 135.90 | 130.92 | 7.47 | 74.92 | 67.45 |
| 7/1/2004 | 9/30/2004 | 4.86 | | 135.90 | 131.04 | 7.30 | 74.92 | 67.62 |
| 10/1/2004 | 12/31/2004 | 4.73 | | 135.90 | 131.17 | 7.10 | 74.92 | 67.82 |
| 1/1/2005 | 3/31/2005 | 4.51 | | 135.90 | 131.39 | 6.76 | 74.92 | 68.16 |
| 4/1/2005 | 6/30/2005 | 4.41 | | 135.90 | 131.49 | 6.61 | 74.92 | 68.31 |
| 7/1/2005 | 9/30/2005 | 4.39 | | 135.90 | 131.51 | 6.59 | 20.25 | 13.66 |
| 10/1/2005 | 12/31/2005 | 4.33 | | 135.90 | 131.57 | 6.50 | 20.25 | 13.75 |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of AWP sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing AWP computations subsequent hereto.

Exhibit #7.02
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023808 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | $ 21.15 | $ 31.73 | $ - | $ - |
| 4/1/2000 | 6/30/2000 | 7.79 | 11.68 | - | - |
| 7/1/2000 | 9/30/2000 | 12.06 | 18.09 | - | - |
| 10/1/2000 | 12/31/2000 | 16.84 | 25.26 | - | - |
| 1/1/2001 | 3/31/2001 | 20.21 | 30.32 | - | - |
| 4/1/2001 | 6/30/2001 | 8.94 | 13.41 | - | - |
| 7/1/2001 | 9/30/2001 | 8.28 | 12.42 | - | - |
| 10/1/2001 | 12/31/2001 | 8.47 | 12.71 | - | - |
| 1/1/2002 | 3/31/2002 | 17.20 | 25.80 | 74.92 | 49.12 |
| 4/1/2002 | 6/30/2002 | 19.53 | 29.30 | 74.92 | 45.63 |
| 7/1/2002 | 9/30/2002 | 17.90 | 26.85 | 74.92 | 48.07 |
| 10/1/2002 | 12/31/2002 | 18.77 | 28.16 | 74.92 | 46.77 |
| 1/1/2003 | 3/31/2003 | 2.08 | 3.12 | 74.92 | 71.80 |
| 4/1/2003 | 6/30/2003 | 20.73 | 31.10 | 74.92 | 43.83 |
| 7/1/2003 | 9/30/2003 | 15.56 | 23.34 | 74.92 | 51.58 |
| 10/1/2003 | 12/31/2003 | 4.61 | 6.92 | 74.92 | 68.01 |
| 1/1/2004 | 3/31/2004 | | | 74.92 | |
| 4/1/2004 | 6/30/2004 | | | 74.92 | |
| 7/1/2004 | 9/30/2004 | | | 74.92 | |
| 10/1/2004 | 12/31/2004 | | | 74.92 | |
| 1/1/2005 | 3/31/2005 | | | 74.92 | |
| 4/1/2005 | 6/30/2005 | | | 74.92 | |
| 7/1/2005 | 9/30/2005 | | | 20.25 | |
| 10/1/2005 | 12/31/2005 | | | 20.25 | |

Exhibit #7.03
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023808 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2005 | 9/30/2005 | $ 19.13 | | $ 645.53 | $ 626.40 | $ 28.69 | $ - | $ - |
| 10/1/2005 | 12/31/2005 | 19.77 | | 645.53 | 625.76 | 29.66 | 101.25 | 71.59 |

Exhibit #7.04
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023808 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | $ 105.76 | $ 158.65 | $ - | $ - |
| 4/1/2000 | 6/30/2000 | 38.94 | 58.41 | - | - |
| 7/1/2000 | 9/30/2000 | 60.31 | 90.47 | - | - |
| 10/1/2000 | 12/31/2000 | 84.19 | 126.28 | - | - |
| 1/1/2001 | 3/31/2001 | 101.07 | 151.60 | - | - |
| 4/1/2001 | 6/30/2001 | 44.71 | 67.06 | - | - |
| 7/1/2001 | 9/30/2001 | 41.40 | 62.10 | - | - |
| 10/1/2001 | 12/31/2001 | 42.35 | 63.53 | - | - |
| 1/1/2002 | 3/31/2002 | 86.00 | 129.00 | 374.70 | 245.70 |
| 4/1/2002 | 6/30/2002 | 97.65 | 146.48 | 374.70 | 228.23 |
| 7/1/2002 | 9/30/2002 | 89.50 | 134.25 | 374.70 | 240.45 |
| 10/1/2002 | 12/31/2002 | 93.85 | 140.78 | 374.70 | 233.93 |
| 1/1/2003 | 3/31/2003 | 10.40 | 15.60 | 374.70 | 359.10 |
| 4/1/2003 | 6/30/2003 | 103.65 | 155.48 | 374.70 | 219.23 |
| 7/1/2003 | 9/30/2003 | 77.80 | 116.70 | 374.70 | 258.00 |
| 10/1/2003 | 12/31/2003 | 23.05 | 34.58 | 374.70 | 340.13 |
| 1/1/2004 | 3/31/2004 | | | 374.70 | |
| 4/1/2004 | 6/30/2004 | | | 374.70 | |
| 7/1/2004 | 9/30/2004 | | | 374.70 | |
| 10/1/2004 | 12/31/2004 | | | 374.70 | |
| 1/1/2005 | 3/31/2005 | | | 374.70 | |
| 4/1/2005 | 6/30/2005 | | | 374.70 | |
| 7/1/2005 | 9/30/2005 | | | 101.25 | |
| 10/1/2005 | 12/31/2005 | | | 101.25 | |

Exhibit #7.05
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023811 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 10/1/2000 | 12/31/2000 | $ 26.02 | | $ 149.22 | $ 123.20 | $ 39.03 | $ - | $ - |
| 1/1/2001 | 3/31/2001 | 26.10 | | 149.22 | 123.12 | 39.15 | - | - |
| 4/1/2001 | 6/30/2001 | 26.22 | | 149.22 | 123.00 | 39.33 | - | - |
| 7/1/2001 | 9/30/2001 | 25.44 | | 149.22 | 123.78 | 38.16 | - | - |
| 10/1/2001 | 12/31/2001 | 24.59 | | 149.22 | 124.63 | 36.89 | - | - |
| 1/1/2002 | 3/31/2002 | 23.85 | | 136.25 | 112.40 | 35.78 | 74.92 | 39.14 |
| 4/1/2002 | 6/30/2002 | 22.98 | | 136.25 | 113.27 | 34.47 | 74.92 | 40.45 |
| 7/1/2002 | 9/30/2002 | 22.69 | | 136.25 | 113.56 | 34.03 | 74.92 | 40.89 |
| 10/1/2002 | 12/31/2002 | 22.64 | | 136.25 | 113.61 | 33.95 | 74.92 | 40.97 |
| 1/1/2003 | 3/31/2003 | 22.56 | | 136.25 | 113.69 | 33.83 | 74.92 | 41.09 |
| 4/1/2003 | 6/30/2003 | 22.06 | | 136.25 | 114.19 | 33.09 | 74.92 | 41.83 |
| 7/1/2003 | 9/30/2003 | 20.02 | | 136.25 | 116.23 | 30.04 | 74.92 | 44.88 |
| 10/1/2003 | 12/31/2003 | 18.70 | | 136.25 | 117.55 | 28.04 | 74.92 | 46.88 |
| 1/1/2004 | 3/31/2004 | 17.79 | | 136.25 | 118.46 | 26.68 | 74.92 | 48.24 |
| 4/1/2004 | 6/30/2004 | 17.30 | | 136.25 | 118.95 | 25.95 | 74.92 | 48.97 |
| 7/1/2004 | 9/30/2004 | 17.18 | | 136.25 | 119.07 | 25.78 | 74.92 | 49.14 |
| 10/1/2004 | 12/31/2004 | 16.74 | | 136.25 | 119.51 | 25.12 | 74.92 | 49.80 |
| 1/1/2005 | 3/31/2005 | 17.63 | | 136.25 | 118.62 | 26.45 | 74.92 | 48.47 |
| 4/1/2005 | 6/30/2005 | 18.50 | | 136.25 | 117.75 | 27.75 | 74.92 | 47.17 |
| 7/1/2005 | 9/30/2005 | 19.45 | | 136.25 | 116.80 | 29.18 | 20.25 | (8.93) |
| 10/1/2005 | 12/31/2005 | 20.99 | | 136.25 | 115.26 | 31.49 | 20.25 | (11.24) |

Exhibit #7.06
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023811 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | $ 21.15 | $ 31.73 | $ - | $ - |
| 4/1/2000 | 6/30/2000 | 7.79 | 11.68 | - | - |
| 7/1/2000 | 9/30/2000 | 12.06 | 18.09 | - | - |
| 10/1/2000 | 12/31/2000 | 16.84 | 25.26 | - | - |
| 1/1/2001 | 3/31/2001 | 20.21 | 30.32 | - | - |
| 4/1/2001 | 6/30/2001 | 8.94 | 13.41 | - | - |
| 7/1/2001 | 9/30/2001 | 8.28 | 12.42 | - | - |
| 10/1/2001 | 12/31/2001 | 8.47 | 12.71 | - | - |
| 1/1/2002 | 3/31/2002 | 17.20 | 25.80 | 74.92 | 49.12 |
| 4/1/2002 | 6/30/2002 | 19.53 | 29.30 | 74.92 | 45.63 |
| 7/1/2002 | 9/30/2002 | 17.90 | 26.85 | 74.92 | 48.07 |
| 10/1/2002 | 12/31/2002 | 18.77 | 28.16 | 74.92 | 46.77 |
| 1/1/2003 | 3/31/2003 | 2.08 | 3.12 | 74.92 | 71.80 |
| 4/1/2003 | 6/30/2003 | 20.73 | 31.10 | 74.92 | 43.83 |
| 7/1/2003 | 9/30/2003 | 15.56 | 23.34 | 74.92 | 51.58 |
| 10/1/2003 | 12/31/2003 | 4.61 | 6.92 | 74.92 | 68.01 |
| 1/1/2004 | 3/31/2004 | | | 74.92 | |
| 4/1/2004 | 6/30/2004 | | | 74.92 | |
| 7/1/2004 | 9/30/2004 | | | 74.92 | |
| 10/1/2004 | 12/31/2004 | | | 74.92 | |
| 1/1/2005 | 3/31/2005 | | | 74.92 | |
| 4/1/2005 | 6/30/2005 | | | 74.92 | |
| 7/1/2005 | 9/30/2005 | | | 20.25 | |
| 10/1/2005 | 12/31/2005 | | | 20.25 | |

Exhibit #7.07
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023812 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2005 | 9/30/2005 | $ 174.11 | | $ 5,825.86 | $ 5,651.75 | $ 261.16 | $ - | $ - |
| 10/1/2005 | 12/31/2005 | 171.95 | | 5,825.86 | 5,653.91 | 257.93 | - | - |


Exhibit #7.08
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Ethex -- 58177023812 -- ISOSORBIDE MN 60MG TABLET SA
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/2000 | 3/31/2000 | $ 1,057.64 | $ 1,586.45 | $ - | $ - |
| 4/1/2000 | 6/30/2000 | 389.39 | 584.09 | - | - |
| 7/1/2000 | 9/30/2000 | 603.13 | 904.70 | - | - |
| 10/1/2000 | 12/31/2000 | 841.865 | 1,262.80 | - | - |
| 1/1/2001 | 3/31/2001 | 1010.65 | 1,515.98 | - | - |
| 4/1/2001 | 6/30/2001 | 447.055 | 670.58 | - | - |
| 7/1/2001 | 9/30/2001 | 413.99 | 620.99 | - | - |
| 10/1/2001 | 12/31/2001 | 423.5 | 635.25 | - | - |
| 1/1/2002 | 3/31/2002 | 860 | 1,290.00 | 3,746.00 | 2,456.00 |
| 4/1/2002 | 6/30/2002 | 976.5 | 1,464.75 | 3,746.00 | 2,281.25 |
| 7/1/2002 | 9/30/2002 | 895 | 1,342.50 | 3,746.00 | 2,403.50 |
| 10/1/2002 | 12/31/2002 | 938.5 | 1,407.75 | 3,746.00 | 2,338.25 |
| 1/1/2003 | 3/31/2003 | 104 | 156.00 | 3,746.00 | 3,590.00 |
| 4/1/2003 | 6/30/2003 | 1036.5 | 1,554.75 | 3,746.00 | 2,191.25 |
| 7/1/2003 | 9/30/2003 | 778 | 1,167.00 | 3,746.00 | 2,579.00 |
| 10/1/2003 | 12/31/2003 | 230.5 | 345.75 | 3,746.00 | 3,400.25 |
| 1/1/2004 | 3/31/2004 | | | 3,746.00 | |
| 4/1/2004 | 6/30/2004 | | | 3,746.00 | |
| 7/1/2004 | 9/30/2004 | | | 3,746.00 | |
| 10/1/2004 | 12/31/2004 | | | 3,746.00 | |
| 1/1/2005 | 3/31/2005 | | | 3,746.00 | |
| 4/1/2005 | 6/30/2005 | | | 3,746.00 | |
| 7/1/2005 | 9/30/2005 | | | 1,012.50 | |
| 10/1/2005 | 12/31/2005 | | | 1,012.50 | |