# Exhibit 10 A

# (Par Exhibits)

# to

# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

## (Redacted)

Updated 10/6/2008

**Exhibit #10.02A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884041301 -- METOPROLOL 100 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 6.13 | $ 9.20 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 5.83 | 8.75 | - | - |
| 7/1/1997 | 9/30/1997 | 5.82 | 8.73 | - | - |
| 10/1/1997 | 12/31/1997 | 5.00 | 7.50 | 11.61 | 4.11 |
| 1/1/1998 | 3/31/1998 | 5.19 | 7.79 | 11.61 | 3.82 |
| 4/1/1998 | 6/30/1998 | 5.21 | 7.81 | 11.61 | 3.80 |
| 7/1/1998 | 9/30/1998 | 5.21 | 7.81 | 8.78 | 0.97 |
| 10/1/1998 | 12/31/1998 | 5.21 | 7.81 | 8.78 | 0.97 |
| 1/1/1999 | 3/31/1999 | 5.21 | 7.81 | 8.78 | 0.97 |
| 4/1/1999 | 6/30/1999 | 5.21 | 7.81 | 8.78 | 0.97 |
| 7/1/1999 | 9/30/1999 | 5.21 | 7.81 | 8.78 | 0.97 |
| 10/1/1999 | 12/31/1999 | 5.21 | 7.81 | 8.78 | 0.97 |
| 1/1/2000 | 3/31/2000 | 5.21 | 7.81 | 8.78 | 0.97 |
| 4/1/2000 | 6/30/2000 | 5.21 | 7.81 | 8.78 | 0.97 |
| 7/1/2000 | 9/30/2000 | 5.21 | 7.81 | 8.78 | 0.97 |
| 10/1/2000 | 12/31/2000 | 5.21 | 7.81 | 12.90 | 5.09 |
| 1/1/2001 | 3/31/2001 | 5.21 | 7.81 | 12.90 | 5.09 |
| 4/1/2001 | 6/30/2001 | - | - | 12.90 | - |
| 7/1/2001 | 9/30/2001 | - | - | 12.90 | - |
| 10/1/2001 | 12/31/2001 | - | - | 12.90 | - |
| 1/1/2002 | 3/31/2002 | - | - | 9.14 | - |
| 4/1/2002 | 6/30/2002 | - | - | 9.14 | - |
| 7/1/2002 | 9/30/2002 | - | - | 9.14 | - |
| 10/1/2002 | 12/31/2002 | - | - | 9.14 | - |
| 1/1/2003 | 3/31/2003 | - | - | 9.14 | - |
| 4/1/2003 | 6/30/2003 | - | - | 9.14 | - |
| 7/1/2003 | 9/30/2003 | - | - | 9.14 | - |
| 10/1/2003 | 12/31/2003 | - | - | 9.14 | - |
| 1/1/2004 | 3/31/2004 | - | - | 9.14 | - |
| 4/1/2004 | 6/30/2004 | - | - | 9.14 | - |
| 7/1/2004 | 9/30/2004 | - | - | 9.14 | - |
| 10/1/2004 | 12/31/2004 | - | - | 6.90 | - |
| 1/1/2005 | 3/31/2005 | - | - | 6.90 | - |
| 4/1/2005 | 6/30/2005 | - | - | 6.90 | - |
| 7/1/2005 | 9/30/2005 | - | - | 6.90 | - |
| 10/1/2005 | 12/31/2005 | - | - | 6.90 | - |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.04A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884041310 -- METOPROLOL 100 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 61.33 | $ 92.00 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 58.32 | 87.47 | - | - |
| 7/1/1997 | 9/30/1997 | 58.22 | 87.34 | - | - |
| 10/1/1997 | 12/31/1997 | 50.03 | 75.04 | 116.10 | 41.06 |
| 1/1/1998 | 3/31/1998 | 51.92 | 77.88 | 116.10 | 38.22 |
| 4/1/1998 | 6/30/1998 | 52.06 | 78.09 | 116.10 | 38.01 |
| 7/1/1998 | 9/30/1998 | 52.06 | 78.09 | 87.80 | 9.71 |
| 10/1/1998 | 12/31/1998 | 52.06 | 78.09 | 87.80 | 9.71 |
| 1/1/1999 | 3/31/1999 | 52.06 | 78.09 | 87.80 | 9.71 |
| 4/1/1999 | 6/30/1999 | 52.06 | 78.09 | 87.80 | 9.71 |
| 7/1/1999 | 9/30/1999 | 52.06 | 78.09 | 87.80 | 9.71 |
| 10/1/1999 | 12/31/1999 | 52.06 | 78.09 | 87.80 | 9.71 |
| 1/1/2000 | 3/31/2000 | 52.06 | 78.09 | 87.80 | 9.71 |
| 4/1/2000 | 6/30/2000 | 52.06 | 78.09 | 87.80 | 9.71 |
| 7/1/2000 | 9/30/2000 | 52.06 | 78.09 | 87.80 | 9.71 |
| 10/1/2000 | 12/31/2000 | 52.06 | 78.09 | 129.00 | 50.91 |
| 1/1/2001 | 3/31/2001 | 52.06 | 78.09 | 129.00 | 50.91 |
| 4/1/2001 | 6/30/2001 | - | - | 129.00 | - |
| 7/1/2001 | 9/30/2001 | - | - | 129.00 | - |
| 10/1/2001 | 12/31/2001 | - | - | 129.00 | - |
| 1/1/2002 | 3/31/2002 | - | - | 91.40 | - |
| 4/1/2002 | 6/30/2002 | - | - | 91.40 | - |
| 7/1/2002 | 9/30/2002 | - | - | 91.40 | - |
| 10/1/2002 | 12/31/2002 | - | - | 91.40 | - |
| 1/1/2003 | 3/31/2003 | - | - | 91.40 | - |
| 4/1/2003 | 6/30/2003 | - | - | 91.40 | - |
| 7/1/2003 | 9/30/2003 | - | - | 91.40 | - |
| 10/1/2003 | 12/31/2003 | - | - | 91.40 | - |
| 1/1/2004 | 3/31/2004 | - | - | 91.40 | - |
| 4/1/2004 | 6/30/2004 | - | - | 91.40 | - |
| 7/1/2004 | 9/30/2004 | - | - | 91.40 | - |
| 10/1/2004 | 12/31/2004 | - | - | 69.00 | - |
| 1/1/2005 | 3/31/2005 | - | - | 69.00 | - |
| 4/1/2005 | 6/30/2005 | - | - | 69.00 | - |
| 7/1/2005 | 9/30/2005 | - | - | 69.00 | - |
| 10/1/2005 | 12/31/2005 | - | - | 69.00 | - |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.06A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884049501 -- CLONAZEPAM 0.5 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 4/1/1998 | 6/30/1998 | $ - | $ - | $ 87.02 | $ - |
| 7/1/1998 | 9/30/1998 | - | - | 41.46 | - |
| 10/1/1998 | 12/31/1998 | - | - | 41.46 | - |
| 1/1/1999 | 3/31/1999 | - | - | 41.46 | - |
| 4/1/1999 | 6/30/1999 | 8.49 | 12.73 | 41.46 | 28.73 |
| 7/1/1999 | 9/30/1999 | 11.28 | 16.93 | 41.46 | 24.53 |
| 10/1/1999 | 12/31/1999 | 7.39 | 11.09 | 41.46 | 30.37 |
| 1/1/2000 | 3/31/2000 | 6.03 | 9.04 | 41.46 | 32.42 |
| 4/1/2000 | 6/30/2000 | 5.32 | 7.98 | 41.46 | 33.48 |
| 7/1/2000 | 9/30/2000 | 5.35 | 8.02 | 41.46 | 33.44 |
| 10/1/2000 | 12/31/2000 | 5.28 | 7.92 | 41.46 | 19.68 |
| 1/1/2001 | 3/31/2001 | 4.49 | 6.74 | 27.60 | 20.86 |
| 4/1/2001 | 6/30/2001 | 4.32 | 6.49 | 27.60 | 21.11 |
| 7/1/2001 | 9/30/2001 | 3.55 | 5.33 | 27.60 | 22.27 |
| 10/1/2001 | 12/31/2001 | 3.61 | 5.42 | 27.60 | 22.18 |
| 1/1/2002 | 3/31/2002 | 3.46 | 5.19 | 24.55 | 19.36 |
| 4/1/2002 | 6/30/2002 | 2.38 | 3.57 | 24.55 | 20.98 |
| 7/1/2002 | 9/30/2002 | 2.35 | 3.52 | 24.55 | 21.03 |
| 10/1/2002 | 12/31/2002 | 2.35 | 3.52 | 24.55 | 21.03 |
| 1/1/2003 | 3/31/2003 | 2.35 | 3.52 | 24.55 | 21.03 |
| 4/1/2003 | 6/30/2003 | 2.35 | 3.52 | 24.55 | 21.03 |
| 7/1/2003 | 9/30/2003 | 2.35 | 3.52 | 24.55 | 21.03 |
| 10/1/2003 | 12/31/2003 | 2.35 | 3.52 | 24.55 | 21.03 |
| 1/1/2004 | 3/31/2004 | | | 24.55 | |
| 4/1/2004 | 6/30/2004 | | | 24.55 | |
| 7/1/2004 | 9/30/2004 | | | 24.55 | |
| 10/1/2004 | 12/31/2004 | | | 24.55 | |
| 1/1/2005 | 3/31/2005 | | | 24.55 | |
| 4/1/2005 | 6/30/2005 | | | 24.55 | |
| 7/1/2005 | 9/30/2005 | | | 24.55 | |
| 10/1/2005 | 12/31/2005 | | | 24.55 | |

HIGHLY CONFIDENTIAL

Updated 12/19/2008

**Exhibit #10.08A - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par 49884049505 - CLONAZEPAM 0.5 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 10/1/1997 | 12/31/1997 | $      - | $      - | $   435.10 | $      - |
| 1/1/1998 | 3/31/1998 | - | - | 435.10 | - |
| 4/1/1998 | 6/30/1998 | - | - | 435.10 | - |
| 7/1/1998 | 9/30/1998 | - | - | 207.30 | - |
| 10/1/1998 | 12/31/1998 | - | - | 207.30 | - |
| 1/1/1999 | 3/31/1999 | - | - | 207.30 | - |
| 4/1/1999 | 6/30/1999 | - | - | 207.30 | - |
| 7/1/1999 | 9/30/1999 | - | - | 207.30 | - |
| 10/1/1999 | 12/31/1999 | - | - | 207.30 | - |
| 1/1/2000 | 3/31/2000 | - | - | 207.30 | - |
| 4/1/2000 | 6/30/2000 | - | - | 207.30 | - |
| 7/1/2000 | 9/30/2000 | - | - | 207.30 | - |
| 10/1/2000 | 12/31/2000 | - | - | 138.00 | - |
| 1/1/2001 | 3/31/2001 | - | - | 138.00 | - |
| 4/1/2001 | 6/30/2001 | - | - | 138.00 | - |
| 7/1/2001 | 9/30/2001 | - | - | 138.00 | - |
| 10/1/2001 | 12/31/2001 | - | - | 138.00 | - |
| 1/1/2002 | 3/31/2002 | - | - | 122.75 | - |
| 4/1/2002 | 6/30/2002 | - | - | 122.75 | - |
| 7/1/2002 | 9/30/2002 | - | - | 122.75 | - |
| 10/1/2002 | 12/31/2002 | - | - | 122.75 | - |
| 1/1/2003 | 3/31/2003 | - | - | 122.75 | - |
| 4/1/2003 | 6/30/2003 | - | - | 122.75 | - |
| 7/1/2003 | 9/30/2003 | - | - | 122.75 | - |
| 10/1/2003 | 12/31/2003 | - | - | 122.75 | - |
| 1/1/2004 | 3/31/2004 | - | - | 122.75 | - |
| 4/1/2004 | 6/30/2004 | - | - | 122.75 | - |
| 7/1/2004 | 9/30/2004 | - | - | 122.75 | - |
| 10/1/2004 | 12/31/2004 | - | - | 122.75 | - |
| 1/1/2005 | 3/31/2005 | - | - | 122.75 | - |
| 4/1/2005 | 6/30/2005 | - | - | 122.75 | - |
| 7/1/2005 | 9/30/2005 | - | - | 122.75 | - |
| 10/1/2005 | 12/31/2005 | - | - | 122.75 | - |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.10A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884054401 -- RANITIDINE 150 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1999 | 3/31/1999 | $ 9.31 | $ 13.96 | $ 59.14 | $ 45.18 |
| 4/1/1999 | 6/30/1999 | 5.18 | 7.78 | 59.14 | 51.36 |
| 7/1/1999 | 9/30/1999 | 7.13 | 10.70 | - | - |
| 10/1/1999 | 12/31/1999 | 4.95 | 7.42 | - | - |
| 1/1/2000 | 3/31/2000 | 4.02 | 6.02 | - | - |
| 4/1/2000 | 6/30/2000 | 2.61 | 3.92 | - | - |
| 7/1/2000 | 9/30/2000 | 2.41 | 3.61 | - | - |
| 10/1/2000 | 12/31/2000 | 2.73 | 4.09 | 34.10 | 30.01 |
| 1/1/2001 | 3/31/2001 | 2.73 | 4.10 | 34.10 | 30.00 |
| 4/1/2001 | 6/30/2001 | 2.74 | 4.12 | 34.10 | 29.98 |
| 7/1/2001 | 9/30/2001 | 2.95 | 4.42 | 34.10 | 29.68 |
| 10/1/2001 | 12/31/2001 | 2.81 | 4.22 | 34.10 | 29.89 |
| 1/1/2002 | 3/31/2002 | 2.97 | 4.46 | 34.11 | 29.65 |
| 4/1/2002 | 6/30/2002 | 3.54 | 5.30 | 34.11 | 28.81 |
| 7/1/2002 | 9/30/2002 | 3.67 | 5.51 | 34.11 | 28.61 |
| 10/1/2002 | 12/31/2002 | 3.92 | 5.88 | 34.11 | 28.23 |
| 1/1/2003 | 3/31/2003 | 4.03 | 6.04 | 34.11 | 28.07 |
| 4/1/2003 | 6/30/2003 | 3.88 | 5.82 | 34.11 | 28.29 |
| 7/1/2003 | 9/30/2003 | 3.90 | 5.85 | 34.11 | 28.26 |
| 10/1/2003 | 12/31/2003 | 3.75 | 5.62 | 34.11 | 28.49 |
| 1/1/2004 | 3/31/2004 | | | 34.11 | |
| 4/1/2004 | 6/30/2004 | | | 34.11 | |
| 7/1/2004 | 9/30/2004 | | | 34.11 | |
| 10/1/2004 | 12/31/2004 | | | 34.11 | |
| 1/1/2005 | 3/31/2005 | | | 34.11 | |
| 4/1/2005 | 6/30/2005 | | | 10.88 | |
| 7/1/2005 | 9/30/2005 | | | 10.88 | |
| 10/1/2005 | 12/31/2005 | | | 10.88 | |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.12A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884054402 -- RANITIDINE 150 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1999 | 3/31/1999 | $ 5.58 | $ 8.37 | $ 35.48 | $ 27.11 |
| 4/1/1999 | 6/30/1999 | 3.11 | 4.67 | 35.48 | 30.82 |
| 7/1/1999 | 9/30/1999 | 4.28 | 6.42 | - | - |
| 10/1/1999 | 12/31/1999 | 2.97 | 4.45 | - | - |
| 1/1/2000 | 3/31/2000 | 2.41 | 3.61 | - | - |
| 4/1/2000 | 6/30/2000 | 1.57 | 2.35 | - | - |
| 7/1/2000 | 9/30/2000 | 1.45 | 2.17 | - | - |
| 10/1/2000 | 12/31/2000 | 1.64 | 2.45 | 20.46 | 18.01 |
| 1/1/2001 | 3/31/2001 | 1.64 | 2.46 | 20.46 | 18.00 |
| 4/1/2001 | 6/30/2001 | 1.65 | 2.47 | 20.46 | 17.99 |
| 7/1/2001 | 9/30/2001 | 1.77 | 2.65 | 20.46 | 17.81 |
| 10/1/2001 | 12/31/2001 | 1.69 | 2.53 | 20.46 | 17.93 |
| 1/1/2002 | 3/31/2002 | 1.78 | 2.68 | 20.47 | 17.79 |
| 4/1/2002 | 6/30/2002 | 2.12 | 3.18 | 20.47 | 17.28 |
| 7/1/2002 | 9/30/2002 | 2.20 | 3.30 | 20.47 | 17.16 |
| 10/1/2002 | 12/31/2002 | 2.35 | 3.53 | 20.47 | 16.94 |
| 1/1/2003 | 3/31/2003 | 2.42 | 3.63 | 20.47 | 16.84 |
| 4/1/2003 | 6/30/2003 | 2.33 | 3.49 | 20.47 | 16.97 |
| 7/1/2003 | 9/30/2003 | 2.34 | 3.51 | 20.47 | 16.95 |
| 10/1/2003 | 12/31/2003 | 2.25 | 3.37 | 20.47 | 17.09 |
| 1/1/2004 | 3/31/2004 | | | 20.47 | |
| 4/1/2004 | 6/30/2004 | | | 20.47 | |
| 7/1/2004 | 9/30/2004 | | | 20.47 | |
| 10/1/2004 | 12/31/2004 | | | 20.47 | |
| 1/1/2005 | 3/31/2005 | | | 20.47 | |
| 4/1/2005 | 6/30/2005 | | | 6.53 | |
| 7/1/2005 | 9/30/2005 | | | 6.53 | |
| 10/1/2005 | 12/31/2005 | | | 6.53 | |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.14A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884054405 -- RANITIDINE 150 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1999 | 3/31/1999 | $ 46.53 | $ 69.79 | $ 295.70 | $ 225.91 |
| 4/1/1999 | 6/30/1999 | 25.92 | 38.88 | 295.70 | 256.82 |
| 7/1/1999 | 9/30/1999 | 35.66 | 53.49 | - | - |
| 10/1/1999 | 12/31/1999 | 24.73 | 37.09 | - | - |
| 1/1/2000 | 3/31/2000 | 20.08 | 30.12 | - | - |
| 4/1/2000 | 6/30/2000 | 13.06 | 19.59 | - | - |
| 7/1/2000 | 9/30/2000 | 12.04 | 18.06 | - | - |
| 10/1/2000 | 12/31/2000 | 13.64 | 20.46 | 170.50 | 150.04 |
| 1/1/2001 | 3/31/2001 | 13.65 | 20.48 | 170.50 | 150.02 |
| 4/1/2001 | 6/30/2001 | 13.72 | 20.58 | 170.50 | 149.92 |
| 7/1/2001 | 9/30/2001 | 14.74 | 22.11 | 170.50 | 148.39 |
| 10/1/2001 | 12/31/2001 | 14.05 | 21.08 | 170.50 | 149.43 |
| 1/1/2002 | 3/31/2002 | 14.87 | 22.31 | 170.55 | 148.24 |
| 4/1/2002 | 6/30/2002 | 17.68 | 26.52 | 170.55 | 144.03 |
| 7/1/2002 | 9/30/2002 | 18.35 | 27.53 | 170.55 | 143.03 |
| 10/1/2002 | 12/31/2002 | 19.61 | 29.41 | 170.55 | 141.14 |
| 1/1/2003 | 3/31/2003 | 20.15 | 30.22 | 170.55 | 140.33 |
| 4/1/2003 | 6/30/2003 | 19.40 | 29.10 | 170.55 | 141.45 |
| 7/1/2003 | 9/30/2003 | 19.52 | 29.27 | 170.55 | 141.28 |
| 10/1/2003 | 12/31/2003 | 18.74 | 28.11 | 170.55 | 142.44 |
| 1/1/2004 | 3/31/2004 | | | 170.55 | |
| 4/1/2004 | 6/30/2004 | | | 170.55 | |
| 7/1/2004 | 9/30/2004 | | | 170.55 | |
| 10/1/2004 | 12/31/2004 | | | 170.55 | |
| 1/1/2005 | 3/31/2005 | | | 170.55 | |
| 4/1/2005 | 6/30/2005 | | | 54.40 | |
| 7/1/2005 | 9/30/2005 | | | 54.40 | |
| 10/1/2005 | 12/31/2005 | | | 54.40 | |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

Exhibit #10.16A
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Par -- 49884054410 -- RANITIDINE 150 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1999 | 3/31/1999 | $ 93.05 | $ 139.58 | $ 591.40 | $ 451.82 |
| 4/1/1999 | 6/30/1999 | 51.84 | 77.75 | 591.40 | 513.65 |
| 7/1/1999 | 9/30/1999 | 71.32 | 106.98 | - | - |
| 10/1/1999 | 12/31/1999 | 49.45 | 74.18 | - | - |
| 1/1/2000 | 3/31/2000 | 40.16 | 60.24 | - | - |
| 4/1/2000 | 6/30/2000 | 26.12 | 39.19 | - | - |
| 7/1/2000 | 9/30/2000 | 24.09 | 36.13 | - | - |
| 10/1/2000 | 12/31/2000 | 27.28 | 40.91 | 341.00 | 300.09 |
| 1/1/2001 | 3/31/2001 | 27.31 | 40.96 | 341.00 | 300.04 |
| 4/1/2001 | 6/30/2001 | 27.44 | 41.16 | 341.00 | 299.84 |
| 7/1/2001 | 9/30/2001 | 29.48 | 44.22 | 341.00 | 296.78 |
| 10/1/2001 | 12/31/2001 | 28.10 | 42.15 | 341.00 | 298.85 |
| 1/1/2002 | 3/31/2002 | 29.74 | 44.61 | 341.10 | 296.49 |
| 4/1/2002 | 6/30/2002 | 35.36 | 53.04 | 341.10 | 288.06 |
| 7/1/2002 | 9/30/2002 | 36.70 | 55.05 | 341.10 | 286.05 |
| 10/1/2002 | 12/31/2002 | 39.21 | 58.82 | 341.10 | 282.28 |
| 1/1/2003 | 3/31/2003 | 40.29 | 60.44 | 341.10 | 280.66 |
| 4/1/2003 | 6/30/2003 | 38.80 | 58.20 | 341.10 | 282.90 |
| 7/1/2003 | 9/30/2003 | 39.03 | 58.55 | 341.10 | 282.56 |
| 10/1/2003 | 12/31/2003 | 37.48 | 56.22 | 341.10 | 284.88 |
| 1/1/2004 | 3/31/2004 | | | 341.10 | |
| 4/1/2004 | 6/30/2004 | | | 341.10 | |
| 7/1/2004 | 9/30/2004 | | | 341.10 | |
| 10/1/2004 | 12/31/2004 | | | 341.10 | |
| 1/1/2005 | 3/31/2005 | | | 341.10 | |
| 4/1/2005 | 6/30/2005 | | | 108.80 | |
| 7/1/2005 | 9/30/2005 | | | 108.80 | |
| 10/1/2005 | 12/31/2005 | | | 108.80 | |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.18A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884059401 -- ENALAPRIL MALEATE 20 MG TAB**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2000 | 9/30/2000 | $  3.93 | $  5.89 | $  - | $  - |
| 10/1/2000 | 12/31/2000 | 4.53 | 6.79 | - | - |
| 1/1/2001 | 3/31/2001 | 4.60 | 6.90 | - | - |
| 4/1/2001 | 6/30/2001 | 4.98 | 7.47 | - | - |
| 7/1/2001 | 9/30/2001 | 4.14 | 6.21 | - | - |
| 10/1/2001 | 12/31/2001 | 7.56 | 11.34 | - | - |
| 1/1/2002 | 3/31/2002 | 5.98 | 8.97 | - | - |
| 4/1/2002 | 6/30/2002 | 5.51 | 8.26 | - | - |
| 7/1/2002 | 9/30/2002 | 6.03 | 9.05 | - | - |
| 10/1/2002 | 12/31/2002 | 6.46 | 9.69 | - | - |
| 1/1/2003 | 3/31/2003 | 7.05 | 10.57 | - | - |
| 4/1/2003 | 6/30/2003 | 5.60 | 8.41 | - | - |
| 7/1/2003 | 9/30/2003 | 6.01 | 9.02 | 91.50 | 82.48 |
| 10/1/2003 | 12/31/2003 | 4.83 | 7.25 | 91.50 | 84.25 |
| 1/1/2004 | 3/31/2004 | | | 91.50 | |
| 4/1/2004 | 6/30/2004 | | | 91.50 | |
| 7/1/2004 | 9/30/2004 | | | 91.50 | |
| 10/1/2004 | 12/31/2004 | | | 91.50 | |
| 1/1/2005 | 3/31/2005 | | | 91.50 | |
| 4/1/2005 | 6/30/2005 | | | 91.50 | |
| 7/1/2005 | 9/30/2005 | | | 91.50 | |
| 10/1/2005 | 12/31/2005 | | | 91.50 | |

HIGHLY CONFIDENTIAL

Updated 10/6/2008

**Exhibit #10.20A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Par -- 49884059410 -- ENALAPRIL MALEATE 20 MG TAB**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2000 | 9/30/2000 | $ 39.28 | $ 58.92 | $ - | $ - |
| 10/1/2000 | 12/31/2000 | 45.29 | 67.94 | - | - |
| 1/1/2001 | 3/31/2001 | 45.98 | 68.97 | - | - |
| 4/1/2001 | 6/30/2001 | 49.78 | 74.67 | - | - |
| 7/1/2001 | 9/30/2001 | 41.38 | 62.07 | - | - |
| 10/1/2001 | 12/31/2001 | 75.63 | 113.44 | - | - |
| 1/1/2002 | 3/31/2002 | 59.82 | 89.73 | - | - |
| 4/1/2002 | 6/30/2002 | 55.06 | 82.60 | - | - |
| 7/1/2002 | 9/30/2002 | 60.32 | 90.48 | - | - |
| 10/1/2002 | 12/31/2002 | 64.57 | 96.85 | - | - |
| 1/1/2003 | 3/31/2003 | 70.46 | 105.69 | - | - |
| 4/1/2003 | 6/30/2003 | 56.04 | 84.07 | - | - |
| 7/1/2003 | 9/30/2003 | 60.14 | 90.21 | 915.00 | 824.79 |
| 10/1/2003 | 12/31/2003 | 48.32 | 72.48 | 915.00 | 842.52 |
| 1/1/2004 | 3/31/2004 | | | 915.00 | |
| 4/1/2004 | 6/30/2004 | | | 915.00 | |
| 7/1/2004 | 9/30/2004 | | | 915.00 | |
| 10/1/2004 | 12/31/2004 | | | 915.00 | |
| 1/1/2005 | 3/31/2005 | | | 915.00 | |
| 4/1/2005 | 6/30/2005 | | | 915.00 | |
| 7/1/2005 | 9/30/2005 | | | 915.00 | |
| 10/1/2005 | 12/31/2005 | | | 915.00 | |

HIGHLY CONFIDENTIAL