# Exhibit 12

# to

# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**Exhibit #12.01**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806311 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy (a) | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/2001 | 6/30/2001 | $ 0.23 | | $ 0.23 | $ (0.00) | $ 0.35 | $ - | $ - |
| 7/1/2001 | 9/30/2001 | 0.18 | | 0.23 | 0.05 | 0.27 | - | - |
| 10/1/2001 | 12/31/2001 | 0.16 | | 0.23 | 0.07 | 0.23 | - | - |
| 1/1/2002 | 3/31/2002 | 0.15 | | 0.23 | 0.08 | 0.22 | 0.44 | 0.22 |
| 4/1/2002 | 6/30/2002 | 0.13 | | 0.23 | 0.10 | 0.19 | 0.44 | 0.24 |
| 7/1/2002 | 9/30/2002 | 0.11 | | 0.23 | 0.12 | 0.17 | 0.44 | 0.27 |
| 10/1/2002 | 12/31/2002 | 0.10 | | 0.23 | 0.13 | 0.15 | 0.44 | 0.29 |
| 1/1/2003 | 3/31/2003 | 0.08 | | 0.23 | 0.15 | 0.11 | 0.44 | 0.32 |
| 4/1/2003 | 6/30/2003 | 0.13 | | 0.23 | 0.10 | 0.19 | 0.44 | 0.25 |
| 7/1/2003 | 9/30/2003 | 0.14 | | 0.23 | 0.09 | 0.21 | 0.44 | 0.22 |
| 10/1/2003 | 12/31/2003 | 0.14 | | 0.23 | 0.09 | 0.21 | 0.44 | 0.22 |
| 1/1/2004 | 3/31/2004 | 0.14 | | 0.23 | 0.09 | 0.21 | 0.44 | 0.23 |
| 4/1/2004 | 6/30/2004 | 0.14 | | 0.23 | 0.09 | 0.20 | 0.44 | 0.23 |
| 7/1/2004 | 9/30/2004 | - | | 0.23 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.23 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.23 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.23 | - | - | 0.35 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of WAC sometimes rendered a negative amount.  To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters.  Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach.  This note applies to all exhibits summarizing WAC computations subsequent hereto.

**Exhibit #12.02**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806311 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| | | | (a) | | | | | |
| 4/1/2001 | 6/30/2001 | $ 0.16 | | $ 1.24 | $ 1.08 | $ 0.24 | $ - | $ - |
| 7/1/2001 | 9/30/2001 | 0.14 | | 1.24 | 1.10 | 0.20 | - | - |
| 10/1/2001 | 12/31/2001 | 0.14 | | 1.24 | 1.10 | 0.20 | - | - |
| 1/1/2002 | 3/31/2002 | 0.14 | | 1.24 | 1.10 | 0.20 | 0.44 | 0.23 |
| 4/1/2002 | 6/30/2002 | 0.14 | | 1.24 | 1.10 | 0.20 | 0.44 | 0.23 |
| 7/1/2002 | 9/30/2002 | 0.14 | | 1.24 | 1.10 | 0.20 | 0.44 | 0.23 |
| 10/1/2002 | 12/31/2002 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.23 |
| 1/1/2003 | 3/31/2003 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.22 |
| 4/1/2003 | 6/30/2003 | 0.15 | | 1.24 | 1.09 | 0.22 | 0.44 | 0.22 |
| 7/1/2003 | 9/30/2003 | 0.15 | | 1.24 | 1.09 | 0.22 | 0.44 | 0.22 |
| 10/1/2003 | 12/31/2003 | 0.14 | | 1.24 | 1.10 | 0.22 | 0.44 | 0.22 |
| 1/1/2004 | 3/31/2004 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.22 |
| 4/1/2004 | 6/30/2004 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.23 |
| 7/1/2004 | 9/30/2004 | 0.12 | | 1.24 | 1.12 | 0.18 | 0.44 | 0.26 |
| 10/1/2004 | 12/31/2004 | - | | 1.24 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 1.24 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.24 | - | - | 0.35 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of AWP sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing AW computations subsequent hereto.

**Exhibit #12.03**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806313- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/2001 | 6/30/2001 | $ 0.23 | | $ 0.23 | $ (0.00) | $ 0.35 | $ - | $ - |
| 7/1/2001 | 9/30/2001 | 0.23 | | 0.23 | 0.00 | 0.34 | - | - |
| 10/1/2001 | 12/31/2001 | 0.20 | | 0.23 | 0.03 | 0.31 | - | - |
| 1/1/2002 | 3/31/2002 | 0.17 | | 0.23 | 0.06 | 0.25 | 0.44 | 0.18 |
| 4/1/2002 | 6/30/2002 | 0.15 | | 0.23 | 0.08 | 0.23 | 0.44 | 0.20 |
| 7/1/2002 | 9/30/2002 | 0.08 | | 0.23 | 0.15 | 0.13 | 0.44 | 0.31 |
| 10/1/2002 | 12/31/2002 | 0.12 | | 0.23 | 0.11 | 0.18 | 0.44 | 0.25 |
| 1/1/2003 | 3/31/2003 | 0.16 | | 0.23 | 0.07 | 0.24 | 0.44 | 0.19 |
| 4/1/2003 | 6/30/2003 | 0.18 | | 0.23 | 0.05 | 0.27 | 0.44 | 0.16 |
| 7/1/2003 | 9/30/2003 | 0.18 | | 0.23 | 0.05 | 0.26 | 0.44 | 0.17 |
| 10/1/2003 | 12/31/2003 | (1.34) | 0.18 | 0.23 | 0.05 | 0.27 | 0.44 | 0.17 |
| 1/1/2004 | 3/31/2004 | - | | 0.23 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | | 0.23 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 0.23 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.23 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.23 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.23 | - | - | 0.35 | - |

**Exhibit #12.04**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806313- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 4/1/2001 | 6/30/2001 | $ - | | $ 1.24 | $ - | $ - | $ - | $ - |
| 7/1/2001 | 9/30/2001 | 0.14 | | 1.24 | 1.10 | 0.21 | - | - |
| 10/1/2001 | 12/31/2001 | 0.14 | | 1.24 | 1.10 | 0.21 | - | - |
| 1/1/2002 | 3/31/2002 | 0.13 | | 1.24 | 1.11 | 0.19 | 0.44 | 0.25 |
| 4/1/2002 | 6/30/2002 | 0.13 | | 1.24 | 1.11 | 0.19 | 0.44 | 0.24 |
| 7/1/2002 | 9/30/2002 | 0.13 | | 1.24 | 1.11 | 0.19 | 0.44 | 0.24 |
| 10/1/2002 | 12/31/2002 | 0.13 | | 1.24 | 1.11 | 0.19 | 0.44 | 0.25 |
| 1/1/2003 | 3/31/2003 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.22 |
| 4/1/2003 | 6/30/2003 | 0.15 | | 1.24 | 1.09 | 0.22 | 0.44 | 0.22 |
| 7/1/2003 | 9/30/2003 | 0.14 | | 1.24 | 1.10 | 0.21 | 0.44 | 0.23 |
| 10/1/2003 | 12/31/2003 | - | | 1.24 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | | 1.24 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | | 1.24 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 1.24 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 1.24 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.24 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.24 | - | - | 0.35 | - |

**Exhibit #12.05**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806321 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---:|---:|---:|---|---:|---:|---:|---:|---:|
| 7/1/2001 | 9/30/2001 | $ 0.20 | | $ 0.23 | $ 0.03 | $ 0.30 | $ - | $ - |
| 10/1/2001 | 12/31/2001 | 0.17 | | 0.23 | 0.06 | 0.26 | - | - |
| 1/1/2002 | 3/31/2002 | 0.15 | | 0.23 | 0.08 | 0.23 | 0.44 | 0.21 |
| 4/1/2002 | 6/30/2002 | 0.14 | | 0.23 | 0.09 | 0.21 | 0.44 | 0.23 |
| 7/1/2002 | 9/30/2002 | 0.13 | | 0.23 | 0.10 | 0.19 | 0.44 | 0.24 |
| 10/1/2002 | 12/31/2002 | 0.11 | | 0.23 | 0.12 | 0.17 | 0.44 | 0.27 |
| 1/1/2003 | 3/31/2003 | 0.12 | | 0.23 | 0.11 | 0.19 | 0.44 | 0.25 |
| 4/1/2003 | 6/30/2003 | 0.17 | | 0.23 | 0.06 | 0.26 | 0.44 | 0.18 |
| 7/1/2003 | 9/30/2003 | 0.14 | | 0.23 | 0.09 | 0.20 | 0.44 | 0.23 |
| 10/1/2003 | 12/31/2003 | 0.17 | | 0.23 | 0.06 | 0.25 | 0.44 | 0.19 |
| 1/1/2004 | 3/31/2004 | 0.15 | | 0.23 | 0.08 | 0.23 | 0.44 | 0.20 |
| 4/1/2004 | 6/30/2004 | 0.14 | | 0.23 | 0.09 | 0.21 | 0.44 | 0.22 |
| 7/1/2004 | 9/30/2004 | - | | 0.23 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.23 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.23 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.23 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.23 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.23 | - | - | 0.35 | - |

**Exhibit #12.06**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54806321 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2001  | 9/30/2001  | $ 0.14 |  | $ 1.24 | $ 1.10 | $ 0.20 | $ - | $ - |
| 10/1/2001 | 12/31/2001 | 0.14 |  | 1.24 | 1.10 | 0.20 | - | - |
| 1/1/2002  | 3/31/2002  | 0.13 |  | 1.24 | 1.11 | 0.20 | 0.44 | 0.24 |
| 4/1/2002  | 6/30/2002  | 0.13 |  | 1.24 | 1.11 | 0.20 | 0.44 | 0.23 |
| 7/1/2002  | 9/30/2002  | 0.13 |  | 1.24 | 1.11 | 0.20 | 0.44 | 0.23 |
| 10/1/2002 | 12/31/2002 | 0.13 |  | 1.24 | 1.11 | 0.20 | 0.44 | 0.23 |
| 1/1/2003  | 3/31/2003  | 0.15 |  | 1.24 | 1.09 | 0.22 | 0.44 | 0.22 |
| 4/1/2003  | 6/30/2003  | 0.14 |  | 1.24 | 1.10 | 0.22 | 0.44 | 0.22 |
| 7/1/2003  | 9/30/2003  | 0.14 |  | 1.24 | 1.10 | 0.21 | 0.44 | 0.22 |
| 10/1/2003 | 12/31/2003 | 0.14 |  | 1.24 | 1.10 | 0.21 | 0.44 | 0.22 |
| 1/1/2004  | 3/31/2004  | 0.14 |  | 1.24 | 1.10 | 0.21 | 0.44 | 0.23 |
| 4/1/2004  | 6/30/2004  | 0.14 |  | 1.24 | 1.10 | 0.20 | 0.44 | 0.23 |
| 7/1/2004  | 9/30/2004  | 0.12 |  | 1.24 | 1.12 | 0.18 | 0.44 | 0.26 |
| 10/1/2004 | 12/31/2004 | - |  | 1.24 | - | - | 0.44 | ` |
| 1/1/2005  | 3/31/2005  | - |  | 1.24 | - | - | 0.44 | - |
| 4/1/2005  | 6/30/2005  | - |  | 1.24 | - | - | 0.35 | - |
| 7/1/2005  | 9/30/2005  | - |  | 1.24 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - |  | 1.24 | - | - | 0.35 | - |

**Exhibit #12.07**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54485325 - RANITIDINE 150 MG TABLET**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 7/1/1997  | 9/30/1997  | $    -   |   | $    -   | $    -   | $    -   | $    -   | $    -   |
| 1/1/1998  | 3/31/1998  | 19.64 |   | -     | -     | 29.47 | -     | -     |
| 4/1/1998  | 6/30/1998  | 12.75 |   | -     | -     | 19.12 | -     | -     |
| 7/1/1998  | 9/30/1998  | 12.93 |   | -     | -     | 19.39 | 59.14 | 39.75 |
| 10/1/1998 | 12/31/1998 | 13.04 |   | -     | -     | 19.56 | 59.14 | 39.58 |
| 1/1/1999  | 3/31/1999  | 9.42  |   | -     | -     | 14.13 | 59.14 | 45.01 |
| 4/1/1999  | 6/30/1999  | 12.71 |   | -     | -     | 19.06 | 59.14 | 40.08 |
| 7/1/1999  | 9/30/1999  | 14.70 |   | -     | -     | 22.05 | -     | -     |
| 10/1/1999 | 12/31/1999 | 15.72 |   | -     | -     | 23.57 | -     | -     |
| 1/1/2000  | 3/31/2000  | -     |   | -     | -     | -     | -     | -     |
| 4/1/2000  | 6/30/2000  | -     |   | -     | -     | -     | -     | -     |
| 7/1/2000  | 9/30/2000  | -     |   | -     | -     | -     | -     | -     |
| 1/1/2001  | 3/31/2001  | -     |   | -     | -     | -     | 34.10 | -     |
| 4/1/2001  | 6/30/2001  | -     |   | -     | -     | -     | 34.10 | -     |
| 1/1/2002  | 3/31/2002  | -     |   | -     | -     | -     | 34.11 | -     |
| 10/1/2002 | 12/31/2002 | -     |   | -     | -     | -     | 34.11 | -     |
| 1/1/2003  | 3/31/2003  | -     |   | -     | -     | -     | 34.11 | -     |
| 10/1/2003 | 12/31/2003 | -     |   | -     | -     | -     | 34.11 | -     |
| 1/1/2004  | 3/31/2004  | -     |   | -     | -     | -     | 34.11 | -     |
| 4/1/2005  | 6/30/2005  | -     |   | -     | -     | -     | 10.88 | -     |
| 7/1/2005  | 9/30/2005  | -     |   | -     | -     | -     | 10.88 | -     |

**Exhibit #12.08**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Roxane 54485325 - RANITIDINE 150 MG TABLET**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/1997 | 9/30/1997 | $ - | | $ - | $ - | $ - | | $ - |
| 1/1/1998 | 3/31/1998 | - | | 148.81 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | | 148.81 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | | 148.81 | - | - | 59.14 | - |
| 10/1/1998 | 12/31/1998 | - | | 148.81 | - | - | 59.14 | - |
| 1/1/1999 | 3/31/1999 | - | | 148.81 | - | - | 59.14 | - |
| 4/1/1999 | 6/30/1999 | - | | 148.81 | - | - | 59.14 | - |
| 7/1/1999 | 9/30/1999 | - | | 148.81 | - | - | - | - |
| 10/1/1999 | 12/31/1999 | - | | 148.81 | - | - | - | - |
| 1/1/2000 | 3/31/2000 | - | | 148.81 | - | - | - | - |
| 4/1/2000 | 6/30/2000 | - | | 148.81 | - | - | - | - |
| 7/1/2000 | 9/30/2000 | - | | 148.81 | - | - | - | - |
| 1/1/2001 | 3/31/2001 | - | | 148.81 | - | - | 34.10 | - |
| 4/1/2001 | 6/30/2001 | - | | 148.81 | - | - | 34.10 | - |
| 1/1/2002 | 3/31/2002 | - | | 148.81 | - | - | 34.11 | - |
| 10/1/2002 | 12/31/2002 | - | | 148.81 | - | - | 34.11 | - |
| 1/1/2003 | 3/31/2003 | - | | 148.81 | - | - | 34.11 | - |
| 10/1/2003 | 12/31/2003 | - | | 148.81 | - | - | 34.11 | - |
| 1/1/2004 | 3/31/2004 | - | | 148.81 | - | - | 34.11 | - |
| 4/1/2005 | 6/30/2005 | - | | 148.81 | - | - | 10.88 | - |
| 7/1/2005 | 9/30/2005 | - | | 148.81 | - | - | 10.88 | - |