# Exhibit 14
# (Schering Corrected Exhibits Only)
# to
# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**Exhibit #14.01 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930150006 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy (a) | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.29 | | $ 0.99 | $ 0.70 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.24 | | 0.99 | 0.75 | 0.36 | - | - |
| 7/1/1997 | 9/30/1997 | 0.26 | | 0.99 | 0.73 | 0.39 | - | - |
| 10/1/1997 | 12/31/1997 | 0.23 | | 0.99 | 0.76 | 0.35 | 0.60 | 0.25 |
| 1/1/1998 | 3/31/1998 | 0.25 | | 0.99 | 0.74 | 0.37 | 0.60 | 0.23 |
| 4/1/1998 | 6/30/1998 | 0.26 | | 0.99 | 0.73 | 0.39 | 0.60 | 0.21 |
| 7/1/1998 | 9/30/1998 | 0.24 | | 0.99 | 0.75 | 0.36 | 0.60 | 0.24 |
| 10/1/1998 | 12/31/1998 | 0.23 | | 0.99 | 0.76 | 0.35 | 0.60 | 0.25 |
| 1/1/1999 | 3/31/1999 | 0.26 | | 0.99 | 0.73 | 0.39 | 0.60 | 0.21 |
| 4/1/1999 | 6/30/1999 | 0.25 | | 0.99 | 0.74 | 0.37 | 0.60 | 0.23 |
| 7/1/1999 | 9/30/1999 | 0.23 | | 0.99 | 0.76 | 0.35 | 0.60 | 0.25 |
| 10/1/1999 | 12/31/1999 | 0.20 | | 0.99 | 0.79 | 0.29 | 0.60 | 0.30 |
| 1/1/2000 | 3/31/2000 | 0.17 | | 0.99 | 0.82 | 0.26 | 0.60 | 0.34 |
| 4/1/2000 | 6/30/2000 | 0.16 | | 0.99 | 0.83 | 0.23 | 0.60 | 0.36 |
| 7/1/2000 | 9/30/2000 | 0.17 | | 0.99 | 0.82 | 0.25 | 0.60 | 0.35 |
| 10/1/2000 | 12/31/2000 | 0.18 | | 0.99 | 0.81 | 0.27 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | | 0.99 | 0.83 | 0.24 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 0.99 | 0.83 | 0.23 | - | - |
| 7/1/2001 | 9/30/2001 | 0.16 | | 0.99 | 0.83 | 0.24 | - | - |
| 10/1/2001 | 12/31/2001 | 0.16 | | 0.99 | 0.83 | 0.24 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | | 0.99 | 0.81 | 0.27 | 0.44 | 0.16 |
| 4/1/2002 | 6/30/2002 | 0.16 | | 0.99 | 0.83 | 0.24 | 0.44 | 0.19 |
| 7/1/2002 | 9/30/2002 | 0.12 | | 0.99 | 0.87 | 0.17 | 0.44 | 0.26 |
| 10/1/2002 | 12/31/2002 | 0.09 | | 0.99 | 0.90 | 0.13 | 0.44 | 0.30 |
| 1/1/2003 | 3/31/2003 | (0.01) | 0.09 | 0.99 | 0.90 | 0.13 | 0.44 | 0.30 |
| 4/1/2003 | 6/30/2003 | - | | 0.99 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | | 0.99 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | | 0.99 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | | 0.99 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | | 0.99 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 0.99 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.99 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.99 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.99 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.99 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.99 | - | - | 0.35 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of WAC sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing WAC computations subsequent hereto.

**Exhibit #14.02 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930150006 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy (a) | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.35 | | $ 1.21 | $ 0.86 | $ 0.52 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.33 | | 1.21 | 0.88 | 0.49 | - | - |
| 7/1/1997 | 9/30/1997 | 0.31 | | 1.21 | 0.90 | 0.46 | - | - |
| 10/1/1997 | 12/31/1997 | 0.30 | | 1.21 | 0.91 | 0.44 | 0.60 | 0.15 |
| 1/1/1998 | 3/31/1998 | 0.28 | | 1.21 | 0.93 | 0.42 | 0.60 | 0.18 |
| 4/1/1998 | 6/30/1998 | 0.27 | | 1.21 | 0.94 | 0.40 | 0.60 | 0.19 |
| 7/1/1998 | 9/30/1998 | 0.26 | | 1.21 | 0.95 | 0.39 | 0.60 | 0.20 |
| 10/1/1998 | 12/31/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 1/1/1999 | 3/31/1999 | 0.25 | | 1.21 | 0.96 | 0.37 | 0.60 | 0.23 |
| 4/1/1999 | 6/30/1999 | 0.24 | | 1.21 | 0.97 | 0.37 | 0.60 | 0.23 |
| 7/1/1999 | 9/30/1999 | 0.24 | | 1.21 | 0.97 | 0.36 | 0.60 | 0.24 |
| 10/1/1999 | 12/31/1999 | 0.23 | | 1.21 | 0.98 | 0.34 | 0.60 | 0.25 |
| 1/1/2000 | 3/31/2000 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.27 |
| 4/1/2000 | 6/30/2000 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.28 |
| 7/1/2000 | 9/30/2000 | 0.20 | | 1.21 | 1.01 | 0.30 | 0.60 | 0.30 |
| 10/1/2000 | 12/31/2000 | 0.19 | | 1.21 | 1.02 | 0.29 | - | - |
| 1/1/2001 | 3/31/2001 | 0.18 | | 1.21 | 1.03 | 0.28 | - | - |
| 4/1/2001 | 6/30/2001 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 7/1/2001 | 9/30/2001 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.17 | | 1.21 | 1.04 | 0.26 | 0.44 | 0.18 |
| 4/1/2002 | 6/30/2002 | 0.16 | | 1.21 | 1.05 | 0.24 | 0.44 | 0.19 |
| 7/1/2002 | 9/30/2002 | 0.15 | | 1.21 | 1.06 | 0.23 | 0.44 | 0.21 |
| 10/1/2002 | 12/31/2002 | 0.14 | | 1.21 | 1.07 | 0.22 | 0.44 | 0.22 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.23 |
| 4/1/2003 | 6/30/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 7/1/2003 | 9/30/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 1/1/2004 | 3/31/2004 | (0.07) | 0.13 | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 4/1/2004 | 6/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 1.21 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 1.21 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of AWP sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing AWP computations subsequent hereto.

**Exhibit #14.02A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930150006 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.27 | 0.40 | - | - |
| 7/1/1997 | 9/30/1997 | 0.27 | 0.41 | - | - |
| 10/1/1997 | 12/31/1997 | 0.26 | 0.39 | 0.60 | 0.20 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.26 | 0.40 | 0.60 | 0.20 |
| 7/1/1998 | 9/30/1998 | 0.28 | 0.42 | 0.60 | 0.18 |
| 10/1/1998 | 12/31/1998 | 0.24 | 0.37 | 0.60 | 0.23 |
| 1/1/1999 | 3/31/1999 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1999 | 6/30/1999 | 0.25 | 0.38 | 0.60 | 0.22 |
| 7/1/1999 | 9/30/1999 | 0.23 | 0.35 | 0.60 | 0.24 |
| 10/1/1999 | 12/31/1999 | 0.16 | 0.24 | 0.60 | 0.36 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.32 |
| 4/1/2000 | 6/30/2000 | 0.21 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.21 | 0.31 | 0.60 | 0.28 |
| 10/1/2000 | 12/31/2000 | 0.15 | 0.23 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.22 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | 0.26 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | 0.27 | 0.44 | 0.17 |
| 4/1/2002 | 6/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 7/1/2002 | 9/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**Exhibit #14.03 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930150008 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.26 | | $ 0.99 | $ 0.73 | $ 0.38 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.24 | | 0.99 | 0.75 | 0.36 | - | - |
| 7/1/1997 | 9/30/1997 | 0.25 | | 0.99 | 0.74 | 0.37 | - | - |
| 10/1/1997 | 12/31/1997 | 0.24 | | 0.99 | 0.75 | 0.36 | 0.60 | 0.24 |
| 1/1/1998 | 3/31/1998 | 0.24 | | 0.99 | 0.75 | 0.36 | 0.60 | 0.24 |
| 4/1/1998 | 6/30/1998 | 0.24 | | 0.99 | 0.75 | 0.37 | 0.60 | 0.23 |
| 7/1/1998 | 9/30/1998 | 0.24 | | 0.99 | 0.75 | 0.36 | 0.60 | 0.24 |
| 10/1/1998 | 12/31/1998 | 0.24 | | 0.99 | 0.75 | 0.35 | 0.60 | 0.24 |
| 1/1/1999 | 3/31/1999 | 0.25 | | 0.99 | 0.74 | 0.38 | 0.60 | 0.22 |
| 4/1/1999 | 6/30/1999 | 0.23 | | 0.99 | 0.76 | 0.35 | 0.60 | 0.25 |
| 7/1/1999 | 9/30/1999 | 0.23 | | 0.99 | 0.76 | 0.34 | 0.60 | 0.26 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 0.99 | 0.78 | 0.31 | 0.60 | 0.29 |
| 1/1/2000 | 3/31/2000 | 0.19 | | 0.99 | 0.80 | 0.28 | 0.60 | 0.32 |
| 4/1/2000 | 6/30/2000 | 0.18 | | 0.99 | 0.81 | 0.27 | 0.60 | 0.33 |
| 7/1/2000 | 9/30/2000 | 0.18 | | 0.99 | 0.81 | 0.27 | 0.60 | 0.33 |
| 10/1/2000 | 12/31/2000 | 0.18 | | 0.99 | 0.81 | 0.27 | - | - |
| 1/1/2001 | 3/31/2001 | 0.17 | | 0.99 | 0.82 | 0.25 | - | - |
| 4/1/2001 | 6/30/2001 | 0.16 | | 0.99 | 0.83 | 0.24 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | | 0.99 | 0.82 | 0.25 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | | 0.99 | 0.81 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | | 0.99 | 0.81 | 0.27 | 0.44 | 0.16 |
| 4/1/2002 | 6/30/2002 | 0.17 | | 0.99 | 0.82 | 0.26 | 0.44 | 0.18 |
| 7/1/2002 | 9/30/2002 | 0.13 | | 0.99 | 0.86 | 0.20 | 0.44 | 0.24 |
| 10/1/2002 | 12/31/2002 | 0.12 | | 0.99 | 0.87 | 0.18 | 0.44 | 0.26 |
| 1/1/2003 | 3/31/2003 | 0.07 | | 0.99 | 0.92 | 0.11 | 0.44 | 0.32 |
| 4/1/2003 | 6/30/2003 | - | | 0.99 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | | 0.99 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | | 0.99 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | | 0.99 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | | 0.99 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 0.99 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.99 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.99 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.99 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.99 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.99 | - | - | 0.35 | - |

**Exhibit #14.04 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930150008 - ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.31 | | $ 1.21 | $ 0.90 | $ 0.46 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.30 | | 1.21 | 0.91 | 0.45 | - | - |
| 7/1/1997 | 9/30/1997 | 0.29 | | 1.21 | 0.92 | 0.43 | - | - |
| 10/1/1997 | 12/31/1997 | 0.27 | | 1.21 | 0.94 | 0.41 | 0.60 | 0.19 |
| 1/1/1998 | 3/31/1998 | 0.26 | | 1.21 | 0.95 | 0.40 | 0.60 | 0.20 |
| 4/1/1998 | 6/30/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 7/1/1998 | 9/30/1998 | 0.25 | | 1.21 | 0.96 | 0.38 | 0.60 | 0.22 |
| 10/1/1998 | 12/31/1998 | 0.24 | | 1.21 | 0.97 | 0.36 | 0.60 | 0.23 |
| 1/1/1999 | 3/31/1999 | 0.24 | | 1.21 | 0.97 | 0.35 | 0.60 | 0.24 |
| 4/1/1999 | 6/30/1999 | 0.23 | | 1.21 | 0.98 | 0.35 | 0.60 | 0.25 |
| 7/1/1999 | 9/30/1999 | 0.22 | | 1.21 | 0.99 | 0.33 | 0.60 | 0.26 |
| 10/1/1999 | 12/31/1999 | 0.21 | | 1.21 | 1.00 | 0.31 | 0.60 | 0.28 |
| 1/1/2000 | 3/31/2000 | 0.20 | | 1.21 | 1.01 | 0.30 | 0.60 | 0.30 |
| 4/1/2000 | 6/30/2000 | 0.19 | | 1.21 | 1.02 | 0.28 | 0.60 | 0.31 |
| 7/1/2000 | 9/30/2000 | 0.18 | | 1.21 | 1.03 | 0.28 | 0.60 | 0.32 |
| 10/1/2000 | 12/31/2000 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 1/1/2001 | 3/31/2001 | 0.18 | | 1.21 | 1.03 | 0.27 | - | - |
| 4/1/2001 | 6/30/2001 | 0.18 | | 1.21 | 1.03 | 0.26 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | | 1.21 | 1.04 | 0.26 | - | - |
| 10/1/2001 | 12/31/2001 | 0.17 | | 1.21 | 1.04 | 0.25 | - | - |
| 1/1/2002 | 3/31/2002 | 0.16 | | 1.21 | 1.05 | 0.24 | 0.44 | 0.19 |
| 4/1/2002 | 6/30/2002 | 0.16 | | 1.21 | 1.05 | 0.24 | 0.44 | 0.20 |
| 7/1/2002 | 9/30/2002 | 0.15 | | 1.21 | 1.06 | 0.23 | 0.44 | 0.20 |
| 10/1/2002 | 12/31/2002 | 0.15 | | 1.21 | 1.06 | 0.22 | 0.44 | 0.21 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.23 |
| 4/1/2003 | 6/30/2003 | 0.10 | | 1.21 | 1.11 | 0.16 | 0.44 | 0.28 |
| 7/1/2003 | 9/30/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 10/1/2003 | 12/31/2003 | 0.11 | | 1.21 | 1.10 | 0.17 | 0.44 | 0.27 |
| 1/1/2004 | 3/31/2004 | 0.10 | | 1.21 | 1.11 | 0.15 | 0.44 | 0.29 |
| 4/1/2004 | 6/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 1.21 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 1.21 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #14.04A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930150008 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.27 | 0.40 | - | - |
| 7/1/1997 | 9/30/1997 | 0.27 | 0.41 | - | - |
| 10/1/1997 | 12/31/1997 | 0.26 | 0.39 | 0.60 | 0.20 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.26 | 0.40 | 0.60 | 0.20 |
| 7/1/1998 | 9/30/1998 | 0.28 | 0.42 | 0.60 | 0.18 |
| 10/1/1998 | 12/31/1998 | 0.24 | 0.37 | 0.60 | 0.23 |
| 1/1/1999 | 3/31/1999 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1999 | 6/30/1999 | 0.25 | 0.38 | 0.60 | 0.22 |
| 7/1/1999 | 9/30/1999 | 0.23 | 0.35 | 0.60 | 0.24 |
| 10/1/1999 | 12/31/1999 | 0.16 | 0.24 | 0.60 | 0.36 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.32 |
| 4/1/2000 | 6/30/2000 | 0.21 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.21 | 0.31 | 0.60 | 0.28 |
| 10/1/2000 | 12/31/2000 | 0.15 | 0.23 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.22 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | 0.26 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | 0.27 | 0.44 | 0.17 |
| 4/1/2002 | 6/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 7/1/2002 | 9/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**Exhibit #14.05 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930151701 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ 0.16 | | $ 0.47 | $ 0.31 | $ 0.24 | $ 0.44 | $ 0.20 |
| 10/1/2002 | 12/31/2002 | 0.17 | | 0.47 | 0.30 | 0.25 | 0.44 | 0.18 |
| 1/1/2003 | 3/31/2003 | 0.17 | | 0.47 | 0.30 | 0.25 | 0.44 | 0.18 |
| 4/1/2003 | 6/30/2003 | 0.15 | | 0.47 | 0.32 | 0.23 | 0.44 | 0.21 |
| 7/1/2003 | 9/30/2003 | 0.15 | | 0.47 | 0.32 | 0.23 | 0.44 | 0.21 |
| 10/1/2003 | 12/31/2003 | 0.14 | | 0.47 | 0.33 | 0.21 | 0.44 | 0.22 |
| 1/1/2004 | 3/31/2004 | 0.12 | | 0.47 | 0.35 | 0.18 | 0.44 | 0.25 |
| 4/1/2004 | 6/30/2004 | - | | 0.47 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 0.47 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.47 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.47 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.47 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.47 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.47 | - | - | 0.35 | - |

**Exhibit #14.06 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930151701 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ 0.14 | | $ 1.21 | $ 1.07 | $ 0.20 | $ 0.44 | $ 0.23 |
| 10/1/2002 | 12/31/2002 | 0.15 | | 1.21 | 1.06 | 0.22 | 0.44 | 0.21 |
| 1/1/2003 | 3/31/2003 | 0.14 | | 1.21 | 1.07 | 0.21 | 0.44 | 0.23 |
| 4/1/2003 | 6/30/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.23 |
| 7/1/2003 | 9/30/2003 | 0.13 | | 1.21 | 1.08 | 0.20 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | 0.12 | | 1.21 | 1.09 | 0.18 | 0.44 | 0.26 |
| 1/1/2004 | 3/31/2004 | 0.12 | | 1.21 | 1.09 | 0.17 | 0.44 | 0.26 |
| 4/1/2004 | 6/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 1.21 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 1.21 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #14.06A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930151701 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ - | $ - | $ 0.44 | $ - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | 0.13 | 0.20 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**Exhibit #14.07 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930151702 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ - | | $ 0.47 | $ - | $ - | $ 0.44 | $ - |
| 10/1/2002 | 12/31/2002 | 0.19 | | 0.47 | 0.28 | 0.28 | 0.44 | 0.16 |
| 1/1/2003 | 3/31/2003 | 0.15 | | 0.47 | 0.32 | 0.23 | 0.44 | 0.20 |
| 4/1/2003 | 6/30/2003 | 0.14 | | 0.47 | 0.33 | 0.21 | 0.44 | 0.22 |
| 7/1/2003 | 9/30/2003 | 0.15 | | 0.47 | 0.32 | 0.22 | 0.44 | 0.22 |
| 10/1/2003 | 12/31/2003 | 0.14 | | 0.47 | 0.33 | 0.20 | 0.44 | 0.23 |
| 1/1/2004 | 3/31/2004 | 0.10 | | 0.47 | 0.37 | 0.15 | 0.44 | 0.28 |
| 4/1/2004 | 6/30/2004 | - | | 0.47 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 0.47 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 0.47 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 0.47 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 0.47 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 0.47 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 0.47 | - | - | 0.35 | - |

**Exhibit #14.08 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930151702 - ALBUTEROL .83MG/ML SOLUTION**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $   - | | $   1.21 | $   - | $   - | $   0.44 | $   - |
| 10/1/2002 | 12/31/2002 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 1/1/2003 | 3/31/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 4/1/2003 | 6/30/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 7/1/2003 | 9/30/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 1/1/2004 | 3/31/2004 | 0.13 | | 1.21 | 1.08 | 0.19 | 0.44 | 0.25 |
| 4/1/2004 | 6/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | | 1.21 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | | 1.21 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | | 1.21 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | | 1.21 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | | 1.21 | - | - | 0.35 | - |

**Exhibit #14.08A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930151702 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ - | $ - | $ 0.44 | $ - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | 0.13 | 0.20 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**Exhibit #14.09 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930154901 - ISOSORBIDE MN 60 MG TAB SA**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 10/1/1998 | 12/31/1998 | $ 80.89 | | $ - | $ - | $ 121.34 | $ - | $ - |
| 1/1/1999 | 3/31/1999 | 30.54 | | - | - | 45.81 | - | - |
| 4/1/1999 | 6/30/1999 | 20.86 | | - | - | 31.29 | - | - |
| 7/1/1999 | 9/30/1999 | 17.49 | | - | - | 26.24 | - | - |
| 10/1/1999 | 12/31/1999 | (8.54) | 17.49 | - | - | 26.24 | - | - |
| 1/1/2000 | 3/31/2000 | 0.78 | | - | - | 1.17 | - | - |
| 4/1/2000 | 6/30/2000 | 5.43 | | - | - | 8.14 | - | - |
| 7/1/2000 | 9/30/2000 | 5.11 | | - | - | 7.67 | - | - |
| 10/1/2000 | 12/31/2000 | 8.45 | | - | - | 12.67 | - | - |
| 1/1/2001 | 3/31/2001 | 7.42 | | - | - | 11.14 | - | - |
| 4/1/2001 | 6/30/2001 | 6.59 | | - | - | 9.89 | - | - |
| 7/1/2001 | 9/30/2001 | 6.50 | | - | - | 9.76 | - | - |
| 10/1/2001 | 12/31/2001 | 5.98 | | - | - | 8.97 | - | - |
| 1/1/2002 | 3/31/2002 | 6.10 | | - | - | 9.15 | 74.92 | 65.77 |
| 4/1/2002 | 6/30/2002 | 4.62 | | - | - | 6.93 | 74.92 | 67.99 |
| 7/1/2002 | 9/30/2002 | 2.78 | | - | - | 4.17 | 74.92 | 70.75 |
| 10/1/2002 | 12/31/2002 | 2.23 | | - | - | 3.34 | 74.92 | 71.58 |
| 1/1/2003 | 3/31/2003 | 2.65 | | - | - | 3.98 | 74.92 | 70.94 |
| 4/1/2003 | 6/30/2003 | 1.68 | | - | - | 2.52 | 74.92 | 72.40 |
| 7/1/2003 | 9/30/2003 | 2.37 | | - | - | 3.56 | 74.92 | 71.36 |
| 10/1/2003 | 12/31/2003 | 3.84 | | - | - | 5.76 | 74.92 | 69.16 |
| 1/1/2004 | 3/31/2004 | 3.59 | | - | - | 5.38 | 74.92 | 69.54 |
| 4/1/2004 | 6/30/2004 | - | | - | - | - | 74.92 | - |
| 7/1/2004 | 9/30/2004 | - | | - | - | - | 74.92 | - |
| 10/1/2004 | 12/31/2004 | - | | - | - | - | 74.92 | - |
| 1/1/2005 | 3/31/2005 | - | | - | - | - | 74.92 | - |
| 4/1/2005 | 6/30/2005 | - | | - | - | - | 74.92 | - |
| 7/1/2005 | 9/30/2005 | - | | - | - | - | 20.25 | - |
| 10/1/2005 | 12/31/2005 | - | | - | - | - | 20.25 | - |

**Exhibit #14.10 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930154901 - ISOSORBIDE MN 60 MG TAB SA**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 10/1/1998 | 12/31/1998 | $ 36.11 | | $ 117.40 | $ 81.29 | $ 54.17 | $ - | $ - |
| 1/1/1999 | 3/31/1999 | 16.90 | | 117.40 | 100.50 | 25.36 | - | - |
| 4/1/1999 | 6/30/1999 | 15.91 | | 117.40 | 101.49 | 23.86 | - | - |
| 7/1/1999 | 9/30/1999 | 15.32 | | 117.40 | 102.08 | 22.98 | - | - |
| 10/1/1999 | 12/31/1999 | 10.55 | | 117.40 | 106.85 | 15.83 | - | - |
| 1/1/2000 | 3/31/2000 | 12.26 | | 117.40 | 105.14 | 18.39 | - | - |
| 4/1/2000 | 6/30/2000 | 9.84 | | 117.40 | 107.56 | 14.76 | - | - |
| 7/1/2000 | 9/30/2000 | 7.82 | | 117.40 | 109.58 | 11.72 | - | - |
| 10/1/2000 | 12/31/2000 | 7.28 | | 117.40 | 110.12 | 10.92 | - | - |
| 1/1/2001 | 3/31/2001 | 5.82 | | 117.40 | 111.58 | 8.72 | - | - |
| 4/1/2001 | 6/30/2001 | 7.19 | | 117.40 | 110.21 | 10.78 | - | - |
| 7/1/2001 | 9/30/2001 | 5.87 | | 117.40 | 111.53 | 8.80 | - | - |
| 10/1/2001 | 12/31/2001 | 5.56 | | 117.40 | 111.84 | 8.34 | - | - |
| 1/1/2002 | 3/31/2002 | 5.46 | | 117.40 | 111.94 | 8.19 | 74.92 | 66.73 |
| 4/1/2002 | 6/30/2002 | 4.02 | | 117.40 | 113.38 | 6.03 | 74.92 | 68.89 |
| 7/1/2002 | 9/30/2002 | 4.99 | | 117.40 | 112.41 | 7.49 | 74.92 | 67.43 |
| 10/1/2002 | 12/31/2002 | 4.79 | | 117.40 | 112.61 | 7.19 | 74.92 | 67.73 |
| 1/1/2003 | 3/31/2003 | 4.63 | | 117.40 | 112.77 | 6.94 | 74.92 | 67.98 |
| 4/1/2003 | 6/30/2003 | 4.66 | | 117.40 | 112.74 | 6.98 | 74.92 | 67.94 |
| 7/1/2003 | 9/30/2003 | 4.77 | | 117.40 | 112.63 | 7.16 | 74.92 | 67.76 |
| 10/1/2003 | 12/31/2003 | 4.70 | | 117.40 | 112.70 | 7.05 | 74.92 | 67.87 |
| 1/1/2004 | 3/31/2004 | 4.75 | | 117.40 | 112.65 | 7.13 | 74.92 | 67.79 |
| 4/1/2004 | 6/30/2004 | - | | 117.40 | - | - | 74.92 | - |
| 7/1/2004 | 9/30/2004 | - | | 117.40 | - | - | 74.92 | - |
| 10/1/2004 | 12/31/2004 | - | | 117.40 | - | - | 74.92 | - |
| 1/1/2005 | 3/31/2005 | - | | 117.40 | - | - | 74.92 | - |
| 4/1/2005 | 6/30/2005 | - | | 117.40 | - | - | 74.92 | - |
| 7/1/2005 | 9/30/2005 | - | | 117.40 | - | - | 20.25 | - |
| 10/1/2005 | 12/31/2005 | - | | 117.40 | - | - | 20.25 | - |

**Exhibit #14.10A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930154901 -- ISOSORBIDE MN 60 MG TAB SA**
**Computation of FUL based on AMP**

| Start Date | End Date   | AMP      | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|------------|------------|----------|------------------|---------------|-------------------------------------------------------|
| 10/1/1998  | 12/31/1998 | $ 62.95  | $ 94.43          | $ -           | $ -                                                   |
| 1/1/1999   | 3/31/1999  | 22.57    | 33.85            | -             | -                                                     |
| 4/1/1999   | 6/30/1999  | 23.37    | 35.05            | -             | -                                                     |
| 7/1/1999   | 9/30/1999  | 15.17    | 22.76            | -             | -                                                     |
| 10/1/1999  | 12/31/1999 | 5.85     | 8.78             | -             | -                                                     |
| 1/1/2000   | 3/31/2000  | 13.18    | 19.77            | -             | -                                                     |
| 4/1/2000   | 6/30/2000  | 11.77    | 17.65            | -             | -                                                     |
| 7/1/2000   | 9/30/2000  | 10.68    | 16.02            | -             | -                                                     |
| 10/1/2000  | 12/31/2000 | 5.52     | 8.28             | -             | -                                                     |
| 1/1/2001   | 3/31/2001  | 3.86     | 5.78             | -             | -                                                     |
| 4/1/2001   | 6/30/2001  | 7.41     | 11.11            | -             | -                                                     |
| 7/1/2001   | 9/30/2001  | 7.21     | 10.82            | -             | -                                                     |
| 10/1/2001  | 12/31/2001 | 6.30     | 9.45             | -             | -                                                     |
| 1/1/2002   | 3/31/2002  | 6.59     | 9.89             | 74.92         | 65.03                                                 |
| 4/1/2002   | 6/30/2002  | 7.16     | 10.73            | 74.92         | 64.19                                                 |
| 7/1/2002   | 9/30/2002  | 5.75     | 8.62             | 74.92         | 66.30                                                 |
| 10/1/2002  | 12/31/2002 | -        | -                | 74.92         | -                                                     |
| 1/1/2003   | 3/31/2003  | -        | -                | 74.92         | -                                                     |
| 4/1/2003   | 6/30/2003  | -        | -                | 74.92         | -                                                     |
| 7/1/2003   | 9/30/2003  | -        | -                | 74.92         | -                                                     |
| 10/1/2003  | 12/31/2003 | -        | -                | 74.92         | -                                                     |
| 1/1/2004   | 3/31/2004  | -        | -                | 74.92         | -                                                     |
| 4/1/2004   | 6/30/2004  | -        | -                | 74.92         | -                                                     |
| 7/1/2004   | 9/30/2004  | -        | -                | 74.92         | -                                                     |
| 10/1/2004  | 12/31/2004 | -        | -                | 74.92         | -                                                     |
| 1/1/2005   | 3/31/2005  | -        | -                | 74.92         | -                                                     |
| 4/1/2005   | 6/30/2005  | -        | -                | 74.92         | -                                                     |
| 7/1/2005   | 9/30/2005  | -        | -                | 20.25         | -                                                     |
| 10/1/2005  | 12/31/2005 | -        | -                | 20.25         | -                                                     |

**Exhibit #14.11 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930156001 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL Based on WAC**

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 4.39 | | $ 16.06 | $ 11.67 | $ 6.58 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 3.52 | | 16.06 | 12.54 | 5.28 | - | - |
| 7/1/1997 | 9/30/1997 | 3.57 | | 16.06 | 12.49 | 5.35 | - | - |
| 10/1/1997 | 12/31/1997 | 3.20 | | 16.06 | 12.86 | 4.81 | 7.47 | 2.66 |
| 1/1/1998 | 3/31/1998 | 3.12 | | 16.06 | 12.94 | 4.68 | 7.47 | 2.79 |
| 4/1/1998 | 6/30/1998 | 2.90 | | 16.06 | 13.16 | 4.35 | 7.47 | 3.12 |
| 7/1/1998 | 9/30/1998 | 2.97 | | 16.06 | 13.09 | 4.45 | 7.47 | 3.02 |
| 10/1/1998 | 12/31/1998 | 2.96 | | 16.06 | 13.10 | 4.45 | 7.47 | 3.02 |
| 1/1/1999 | 3/31/1999 | 2.78 | | 16.06 | 13.28 | 4.18 | 7.47 | 3.29 |
| 4/1/1999 | 6/30/1999 | 2.58 | | 16.06 | 13.48 | 3.87 | 7.47 | 3.60 |
| 7/1/1999 | 9/30/1999 | 2.29 | | 16.06 | 13.77 | 3.43 | 7.47 | 4.04 |
| 10/1/1999 | 12/31/1999 | 1.98 | | 16.06 | 14.08 | 2.97 | 7.47 | 4.50 |
| 1/1/2000 | 3/31/2000 | 1.95 | | 16.06 | 14.11 | 2.93 | 7.47 | 4.54 |
| 4/1/2000 | 6/30/2000 | 2.12 | | 16.06 | 13.94 | 3.18 | 7.47 | 4.29 |
| 7/1/2000 | 9/30/2000 | 1.72 | | 16.06 | 14.34 | 2.58 | 7.47 | 4.89 |
| 10/1/2000 | 12/31/2000 | 2.16 | | 16.06 | 13.90 | 3.25 | 7.47 | - |
| 1/1/2001 | 3/31/2001 | 2.22 | | 16.06 | 13.84 | 3.32 | 7.47 | - |
| 4/1/2001 | 6/30/2001 | 2.38 | | 16.06 | 13.68 | 3.58 | 7.47 | - |
| 7/1/2001 | 9/30/2001 | 4.53 | | 16.06 | 11.53 | 6.80 | 7.47 | - |
| 10/1/2001 | 12/31/2001 | 5.47 | | 16.06 | 10.59 | 8.20 | 7.47 | - |
| 1/1/2002 | 3/31/2002 | 6.14 | | 16.06 | 9.92 | 9.21 | 7.47 | - |
| 4/1/2002 | 6/30/2002 | 6.05 | | 16.06 | 10.01 | 9.07 | 7.47 | - |
| 7/1/2002 | 9/30/2002 | 4.95 | | 16.06 | 11.11 | 7.42 | 7.47 | - |
| 10/1/2002 | 12/31/2002 | 2.75 | | 16.06 | 13.31 | 4.12 | - | - |
| 1/1/2003 | 3/31/2003 | 1.65 | | 16.06 | 14.41 | 2.48 | 15.00 | 12.52 |
| 4/1/2003 | 6/30/2003 | 2.14 | | 16.06 | 13.92 | 3.21 | 15.00 | 11.79 |
| 7/1/2003 | 9/30/2003 | 1.63 | | 16.06 | 14.43 | 2.44 | 15.00 | 12.56 |
| 10/1/2003 | 12/31/2003 | 3.40 | | 16.06 | 12.66 | 5.10 | 15.00 | 9.90 |
| 1/1/2004 | 3/31/2004 | 3.48 | | 16.06 | 12.58 | 5.21 | 15.00 | 9.78 |
| 4/1/2004 | 6/30/2004 | - | | 16.06 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | | 16.06 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | | 16.06 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | | 16.06 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | | 16.06 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | | 16.06 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | | 16.06 | - | - | 15.00 | - |

**Exhibit #14.12 - CORRECTED**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering 59930156001 - ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AWP**

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 5.16 | | $ 21.41 | $ 16.25 | $ 7.74 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 4.15 | | 21.41 | 17.26 | 6.23 | - | - |
| 7/1/1997 | 9/30/1997 | 3.70 | | 21.41 | 17.71 | 5.55 | - | - |
| 10/1/1997 | 12/31/1997 | 3.34 | | 21.41 | 18.07 | 5.02 | 7.47 | 2.45 |
| 1/1/1998 | 3/31/1998 | 3.03 | | 21.41 | 18.38 | 4.54 | 7.47 | 2.93 |
| 4/1/1998 | 6/30/1998 | 2.84 | | 21.41 | 18.57 | 4.25 | 7.47 | 3.22 |
| 7/1/1998 | 9/30/1998 | 2.67 | | 21.41 | 18.74 | 4.01 | 7.47 | 3.46 |
| 10/1/1998 | 12/31/1998 | 2.58 | | 21.41 | 18.83 | 3.88 | 7.47 | 3.59 |
| 1/1/1999 | 3/31/1999 | 2.49 | | 21.41 | 18.92 | 3.74 | 7.47 | 3.73 |
| 4/1/1999 | 6/30/1999 | 2.44 | | 21.41 | 18.97 | 3.66 | 7.47 | 3.81 |
| 7/1/1999 | 9/30/1999 | 2.39 | | 21.41 | 19.02 | 3.58 | 7.47 | 3.89 |
| 10/1/1999 | 12/31/1999 | 2.29 | | 21.41 | 19.12 | 3.43 | 7.47 | 4.04 |
| 1/1/2000 | 3/31/2000 | 2.19 | | 21.41 | 19.22 | 3.28 | 7.47 | 4.19 |
| 4/1/2000 | 6/30/2000 | 2.13 | | 21.41 | 19.28 | 3.20 | 7.47 | 4.27 |
| 7/1/2000 | 9/30/2000 | 2.05 | | 21.41 | 19.36 | 3.07 | 7.47 | 4.40 |
| 10/1/2000 | 12/31/2000 | 2.03 | | 21.41 | 19.38 | 3.05 | - | - |
| 1/1/2001 | 3/31/2001 | 2.02 | | 21.41 | 19.39 | 3.04 | - | - |
| 4/1/2001 | 6/30/2001 | 2.39 | | 21.41 | 19.02 | 3.59 | - | - |
| 7/1/2001 | 9/30/2001 | 3.58 | | 21.41 | 17.83 | 5.38 | - | - |
| 10/1/2001 | 12/31/2001 | 4.53 | | 21.41 | 16.88 | 6.79 | - | - |
| 1/1/2002 | 3/31/2002 | 5.33 | | 21.41 | 16.08 | 7.99 | - | - |
| 4/1/2002 | 6/30/2002 | 5.53 | | 21.41 | 15.88 | 8.29 | - | - |
| 7/1/2002 | 9/30/2002 | 4.70 | | 21.41 | 16.71 | 7.05 | - | - |
| 10/1/2002 | 12/31/2002 | 3.93 | | 21.41 | 17.48 | 5.90 | - | - |
| 1/1/2003 | 3/31/2003 | 3.05 | | 21.41 | 18.36 | 4.58 | 15.00 | 10.42 |
| 4/1/2003 | 6/30/2003 | 2.78 | | 21.41 | 18.63 | 4.17 | 15.00 | 10.83 |
| 7/1/2003 | 9/30/2003 | 2.84 | | 21.41 | 18.57 | 4.25 | 15.00 | 10.75 |
| 10/1/2003 | 12/31/2003 | 2.88 | | 21.41 | 18.53 | 4.32 | 15.00 | 10.68 |
| 1/1/2004 | 3/31/2004 | 2.94 | | 21.41 | 18.47 | 4.41 | 15.00 | 10.59 |
| 4/1/2004 | 6/30/2004 | - | | 21.41 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | | 21.41 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | | 21.41 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | | 21.41 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | | 21.41 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | | 21.41 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | | 21.41 | - | - | 15.00 | - |

**Exhibit #14.12A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930156001 -- ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 3.66 | $ 5.48 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 3.27 | 4.90 | - | - |
| 7/1/1997 | 9/30/1997 | 3.38 | 5.07 | - | - |
| 10/1/1997 | 12/31/1997 | 2.71 | 4.06 | 7.47 | 3.41 |
| 1/1/1998 | 3/31/1998 | 2.73 | 4.10 | 7.47 | 3.37 |
| 4/1/1998 | 6/30/1998 | 2.52 | 3.78 | 7.47 | 3.69 |
| 7/1/1998 | 9/30/1998 | 3.19 | 4.78 | 7.47 | 2.69 |
| 10/1/1998 | 12/31/1998 | 2.86 | 4.29 | 7.47 | 3.18 |
| 1/1/1999 | 3/31/1999 | 2.78 | 4.17 | 7.47 | 3.30 |
| 4/1/1999 | 6/30/1999 | 2.73 | 4.09 | 7.47 | 3.38 |
| 7/1/1999 | 9/30/1999 | 2.72 | 4.08 | 7.47 | 3.39 |
| 10/1/1999 | 12/31/1999 | 2.22 | 3.33 | 7.47 | 4.14 |
| 1/1/2000 | 3/31/2000 | 2.32 | 3.48 | 7.47 | 3.99 |
| 4/1/2000 | 6/30/2000 | 2.71 | 4.07 | 7.47 | 3.40 |
| 7/1/2000 | 9/30/2000 | 2.03 | 3.05 | 7.47 | 4.42 |
| 10/1/2000 | 12/31/2000 | 2.13 | 3.19 | 7.47 | 4.28 |
| 1/1/2001 | 3/31/2001 | 2.15 | 3.22 | 7.47 | 4.25 |
| 4/1/2001 | 6/30/2001 | 3.38 | 5.07 | 7.47 | 2.40 |
| 7/1/2001 | 9/30/2001 | 6.40 | 9.60 | 7.47 | (2.13) |
| 10/1/2001 | 12/31/2001 | 6.83 | 10.25 | 7.47 | (2.78) |
| 1/1/2002 | 3/31/2002 | 7.00 | 10.49 | 7.47 | (3.02) |
| 4/1/2002 | 6/30/2002 | 5.09 | 7.63 | 7.47 | (0.16) |
| 7/1/2002 | 9/30/2002 | 4.63 | 6.95 | 7.47 | 0.52 |
| 10/1/2002 | 12/31/2002 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | - | 15.00 | - |
| 4/1/2003 | 6/30/2003 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | - | 15.00 | - |
| 10/1/2003 | 12/31/2003 | - | - | 15.00 | - |
| 1/1/2004 | 3/31/2004 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | - | 15.00 | - |