# Exhibit 14A
# (Schering Exhibits)
# to
# Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**Exhibit #14.02A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930150006 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.27 | 0.40 | - | - |
| 7/1/1997 | 9/30/1997 | 0.27 | 0.41 | - | - |
| 10/1/1997 | 12/31/1997 | 0.26 | 0.39 | 0.60 | 0.20 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.26 | 0.40 | 0.60 | 0.20 |
| 7/1/1998 | 9/30/1998 | 0.28 | 0.42 | 0.60 | 0.18 |
| 10/1/1998 | 12/31/1998 | 0.24 | 0.37 | 0.60 | 0.23 |
| 1/1/1999 | 3/31/1999 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1999 | 6/30/1999 | 0.25 | 0.38 | 0.60 | 0.22 |
| 7/1/1999 | 9/30/1999 | 0.23 | 0.35 | 0.60 | 0.24 |
| 10/1/1999 | 12/31/1999 | 0.16 | 0.24 | 0.60 | 0.36 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.32 |
| 4/1/2000 | 6/30/2000 | 0.21 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.21 | 0.31 | 0.60 | 0.28 |
| 10/1/2000 | 12/31/2000 | 0.15 | 0.23 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.22 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | 0.26 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | 0.27 | 0.44 | 0.17 |
| 4/1/2002 | 6/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 7/1/2002 | 9/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

Updated 10/6/2008

**Exhibit #14.04A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930150008 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 0.28 | $ 0.43 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 0.27 | 0.40 | - | - |
| 7/1/1997 | 9/30/1997 | 0.27 | 0.41 | - | - |
| 10/1/1997 | 12/31/1997 | 0.26 | 0.39 | 0.60 | 0.20 |
| 1/1/1998 | 3/31/1998 | 0.25 | 0.38 | 0.60 | 0.22 |
| 4/1/1998 | 6/30/1998 | 0.26 | 0.40 | 0.60 | 0.20 |
| 7/1/1998 | 9/30/1998 | 0.28 | 0.42 | 0.60 | 0.18 |
| 10/1/1998 | 12/31/1998 | 0.24 | 0.37 | 0.60 | 0.23 |
| 1/1/1999 | 3/31/1999 | 0.28 | 0.43 | 0.60 | 0.17 |
| 4/1/1999 | 6/30/1999 | 0.25 | 0.38 | 0.60 | 0.22 |
| 7/1/1999 | 9/30/1999 | 0.23 | 0.35 | 0.60 | 0.24 |
| 10/1/1999 | 12/31/1999 | 0.16 | 0.24 | 0.60 | 0.36 |
| 1/1/2000 | 3/31/2000 | 0.19 | 0.28 | 0.60 | 0.32 |
| 4/1/2000 | 6/30/2000 | 0.21 | 0.31 | 0.60 | 0.29 |
| 7/1/2000 | 9/30/2000 | 0.21 | 0.31 | 0.60 | 0.28 |
| 10/1/2000 | 12/31/2000 | 0.15 | 0.23 | - | - |
| 1/1/2001 | 3/31/2001 | 0.16 | 0.23 | - | - |
| 4/1/2001 | 6/30/2001 | 0.15 | 0.22 | - | - |
| 7/1/2001 | 9/30/2001 | 0.17 | 0.26 | - | - |
| 10/1/2001 | 12/31/2001 | 0.18 | 0.27 | - | - |
| 1/1/2002 | 3/31/2002 | 0.18 | 0.27 | 0.44 | 0.17 |
| 4/1/2002 | 6/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 7/1/2002 | 9/30/2002 | 0.15 | 0.23 | 0.44 | 0.21 |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | - | - | 0.44 | - |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #14.06A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930151701 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ - | $ - | $ 0.44 | $ - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | 0.13 | 0.20 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #14.08A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930151702 -- ALBUTEROL .83 MG/ML SOLUTION**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 7/1/2002 | 9/30/2002 | $ - | $ - | $ 0.44 | $ - |
| 10/1/2002 | 12/31/2002 | - | - | 0.44 | - |
| 1/1/2003 | 3/31/2003 | - | - | 0.44 | - |
| 4/1/2003 | 6/30/2003 | - | - | 0.44 | - |
| 7/1/2003 | 9/30/2003 | 0.13 | 0.20 | 0.44 | 0.24 |
| 10/1/2003 | 12/31/2003 | - | - | 0.44 | - |
| 1/1/2004 | 3/31/2004 | - | - | 0.44 | - |
| 4/1/2004 | 6/30/2004 | - | - | 0.44 | - |
| 7/1/2004 | 9/30/2004 | - | - | 0.44 | - |
| 10/1/2004 | 12/31/2004 | - | - | 0.44 | - |
| 1/1/2005 | 3/31/2005 | - | - | 0.44 | - |
| 4/1/2005 | 6/30/2005 | - | - | 0.35 | - |
| 7/1/2005 | 9/30/2005 | - | - | 0.35 | - |
| 10/1/2005 | 12/31/2005 | - | - | 0.35 | - |

**HIGHLY CONFIDENTIAL**

**Exhibit #14.10A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930154901 -- ISOSORBIDE MN 60 MG TAB SA**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 10/1/1998 | 12/31/1998 | $ 62.95 | $ 94.43 | $ - | $ - |
| 1/1/1999 | 3/31/1999 | 22.57 | 33.85 | - | - |
| 4/1/1999 | 6/30/1999 | 23.37 | 35.05 | - | - |
| 7/1/1999 | 9/30/1999 | 15.17 | 22.76 | - | - |
| 10/1/1999 | 12/31/1999 | 5.85 | 8.78 | - | - |
| 1/1/2000 | 3/31/2000 | 13.18 | 19.77 | - | - |
| 4/1/2000 | 6/30/2000 | 11.77 | 17.65 | - | - |
| 7/1/2000 | 9/30/2000 | 10.68 | 16.02 | - | - |
| 10/1/2000 | 12/31/2000 | 5.52 | 8.28 | - | - |
| 1/1/2001 | 3/31/2001 | 3.86 | 5.78 | - | - |
| 4/1/2001 | 6/30/2001 | 7.41 | 11.11 | - | - |
| 7/1/2001 | 9/30/2001 | 7.21 | 10.82 | - | - |
| 10/1/2001 | 12/31/2001 | 6.30 | 9.45 | - | - |
| 1/1/2002 | 3/31/2002 | 6.59 | 9.89 | 74.92 | 65.03 |
| 4/1/2002 | 6/30/2002 | 7.16 | 10.73 | 74.92 | 64.19 |
| 7/1/2002 | 9/30/2002 | 5.75 | 8.62 | 74.92 | 66.30 |
| 10/1/2002 | 12/31/2002 | - | - | 74.92 | - |
| 1/1/2003 | 3/31/2003 | - | - | 74.92 | - |
| 4/1/2003 | 6/30/2003 | - | - | 74.92 | - |
| 7/1/2003 | 9/30/2003 | - | - | 74.92 | - |
| 10/1/2003 | 12/31/2003 | - | - | 74.92 | - |
| 1/1/2004 | 3/31/2004 | - | - | 74.92 | - |
| 4/1/2004 | 6/30/2004 | - | - | 74.92 | - |
| 7/1/2004 | 9/30/2004 | - | - | 74.92 | - |
| 10/1/2004 | 12/31/2004 | - | - | 74.92 | - |
| 1/1/2005 | 3/31/2005 | - | - | 74.92 | - |
| 4/1/2005 | 6/30/2005 | - | - | 74.92 | - |
| 7/1/2005 | 9/30/2005 | - | - | 20.25 | - |
| 10/1/2005 | 12/31/2005 | - | - | 20.25 | - |

**HIGHLY CONFIDENTIAL**

Case 1:01-cv-12257-PBS   Document 6128-23   Filed 06/15/09   Page 7 of 7

Updated 10/6/2008

**Exhibit #14.12A**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Schering -- 59930156001 -- ALBUTEROL 90 MCG INHALER**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ 3.66 | $ 5.48 | $ - | $ - |
| 4/1/1997 | 6/30/1997 | 3.27 | 4.90 | - | - |
| 7/1/1997 | 9/30/1997 | 3.38 | 5.07 | - | - |
| 10/1/1997 | 12/31/1997 | 2.71 | 4.06 | 7.47 | 3.41 |
| 1/1/1998 | 3/31/1998 | 2.73 | 4.10 | 7.47 | 3.37 |
| 4/1/1998 | 6/30/1998 | 2.52 | 3.78 | 7.47 | 3.69 |
| 7/1/1998 | 9/30/1998 | 3.19 | 4.78 | 7.47 | 2.69 |
| 10/1/1998 | 12/31/1998 | 2.86 | 4.29 | 7.47 | 3.18 |
| 1/1/1999 | 3/31/1999 | 2.78 | 4.17 | 7.47 | 3.30 |
| 4/1/1999 | 6/30/1999 | 2.73 | 4.09 | 7.47 | 3.38 |
| 7/1/1999 | 9/30/1999 | 2.72 | 4.08 | 7.47 | 3.39 |
| 10/1/1999 | 12/31/1999 | 2.22 | 3.33 | 7.47 | 4.14 |
| 1/1/2000 | 3/31/2000 | 2.32 | 3.48 | 7.47 | 3.99 |
| 4/1/2000 | 6/30/2000 | 2.71 | 4.07 | 7.47 | 3.40 |
| 7/1/2000 | 9/30/2000 | 2.03 | 3.05 | 7.47 | 4.42 |
| 10/1/2000 | 12/31/2000 | 2.13 | 3.19 | 7.47 | 4.28 |
| 1/1/2001 | 3/31/2001 | 2.15 | 3.22 | 7.47 | 4.25 |
| 4/1/2001 | 6/30/2001 | 3.38 | 5.07 | 7.47 | 2.40 |
| 7/1/2001 | 9/30/2001 | 6.40 | 9.60 | 7.47 | (2.13) |
| 10/1/2001 | 12/31/2001 | 6.83 | 10.25 | 7.47 | (2.78) |
| 1/1/2002 | 3/31/2002 | 7.00 | 10.49 | 7.47 | (3.02) |
| 4/1/2002 | 6/30/2002 | 5.09 | 7.63 | 7.47 | (0.16) |
| 7/1/2002 | 9/30/2002 | 4.63 | 6.95 | 7.47 | 0.52 |
| 10/1/2002 | 12/31/2002 | - | - | - | - |
| 1/1/2003 | 3/31/2003 | - | - | 15.00 | - |
| 4/1/2003 | 6/30/2003 | - | - | 15.00 | - |
| 7/1/2003 | 9/30/2003 | - | - | 15.00 | - |
| 10/1/2003 | 12/31/2003 | - | - | 15.00 | - |
| 1/1/2004 | 3/31/2004 | - | - | 15.00 | - |
| 4/1/2004 | 6/30/2004 | - | - | 15.00 | - |
| 7/1/2004 | 9/30/2004 | - | - | 15.00 | - |
| 10/1/2004 | 12/31/2004 | - | - | 15.00 | - |
| 1/1/2005 | 3/31/2005 | - | - | 15.00 | - |
| 4/1/2005 | 6/30/2005 | - | - | 15.00 | - |
| 7/1/2005 | 9/30/2005 | - | - | 15.00 | - |
| 10/1/2005 | 12/31/2005 | - | - | 15.00 | - |

**HIGHLY CONFIDENTIAL**