# Exhibit 17

## to

## Plaintiff's Rule 26 Statement of Expert Harris L. Devor

**(Redacted)**

Exhibit #17.01
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00005317223 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| | | | (a) | | | | | |
| 10/1/1998 | 12/31/1998 | $    - | | $    4.05 | $    - | $    - | $    66.84 | $    - |
| 1/1/1999 | 3/31/1999 | - | | 4.05 | - | - | 66.84 | - |
| 7/1/1999 | 9/30/1999 | - | | 4.05 | - | - | 66.84 | - |
| 10/1/1999 | 12/31/1999 | - | | 4.05 | - | - | 66.84 | - |
| 1/1/2000 | 3/31/2000 | - | | 4.05 | - | - | 66.84 | - |
| 7/1/2000 | 9/30/2000 | - | | 4.05 | - | - | 66.84 | - |
| 1/1/2001 | 3/31/2001 | - | | 4.05 | - | - | 57.18 | - |
| 10/1/2003 | 12/31/2003 | - | | 4.05 | - | - | 57.18 | - |

(a) Because of the timing of customer credits and rebates in the context of any rolling 12-month analysis, the formula I employed to determine an estimated measure of WAC sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing WAC computations subsequent hereto.

Exhibit #17.02
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| | | | (a) | | | | | |
| 10/1/1998 | 12/31/1998 | $   - | | $   18.30 | $   - | $   - | $   66.84 | $   - |
| 1/1/1999 | 3/31/1999 | - | | 18.30 | - | - | 66.84 | - |
| 7/1/1999 | 9/30/1999 | - | | 18.30 | - | - | 66.84 | - |
| 10/1/1999 | 12/31/1999 | 3.29 | | 18.30 | 15.01 | 4.94 | 66.84 | 61.91 |
| 1/1/2000 | 3/31/2000 | 3.29 | | 18.30 | 15.01 | 4.94 | 66.84 | 61.91 |
| 7/1/2000 | 9/30/2000 | 3.29 | | 18.30 | 15.01 | 4.94 | 66.84 | 61.91 |
| 1/1/2001 | 3/31/2001 | - | | 18.30 | - | - | 57.18 | - |
| 10/1/2003 | 12/31/2003 | - | | 18.30 | - | - | 57.18 | - |

(a) Because of the timing of customer credits and rebates in the context of my rolling 12-month analysis, the formula I employed to determine an estimated measure of AWP sometimes rendered a negative amount. To account for such a result, I elected to use the most recent positive price computed as a proxy for the computed negative price (in most instances), or "zero" if there was not a computed positive price as of the end of either of the two preceding quarters. Further, if the computed price appeared to be an outlier from surrounding prices, a proxy was similarly employed using this approach. This note applies to all exhibits summarizing AWP computations subsequent hereto.

Exhibit #17.03
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ 2.07 | $ - |
| 4/1/1997 | 6/30/1997 | - | - | 2.07 | - |
| 7/1/1997 | 9/30/1997 | - | - | 2.07 | - |
| 10/1/1997 | 12/31/1997 | - | - | 2.03 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | - | 66.84 | - |
| 10/1/1998 | 12/31/1998 | - | - | 66.84 | - |
| 1/1/1999 | 3/31/1999 | - | - | 66.84 | - |
| 4/1/1999 | 6/30/1999 | - | - | 66.84 | - |
| 7/1/1999 | 9/30/1999 | - | - | 66.84 | - |
| 10/1/1999 | 12/31/1999 | - | - | 66.84 | - |
| 1/1/2000 | 3/31/2000 | - | - | 66.84 | - |
| 4/1/2000 | 6/30/2000 | - | - | 66.84 | - |
| 7/1/2000 | 9/30/2000 | - | - | 66.84 | - |
| 10/1/2000 | 12/31/2000 | - | - | 57.18 | - |
| 1/1/2001 | 3/31/2001 | - | - | 57.18 | - |
| 4/1/2001 | 6/30/2001 | - | - | 57.18 | - |
| 7/1/2001 | 9/30/2001 | - | - | 57.18 | - |
| 10/1/2001 | 12/31/2001 | - | - | 57.18 | - |
| 1/1/2002 | 3/31/2002 | - | - | 57.18 | - |
| 4/1/2002 | 6/30/2002 | - | - | 57.18 | - |
| 7/1/2002 | 9/30/2002 | - | - | 57.18 | - |
| 10/1/2002 | 12/31/2002 | - | - | 57.18 | - |
| 1/1/2003 | 3/31/2003 | - | - | 57.18 | - |
| 4/1/2003 | 6/30/2003 | - | - | 57.18 | - |
| 7/1/2003 | 9/30/2003 | - | - | 57.18 | - |
| 10/1/2003 | 12/31/2003 | - | - | 57.18 | - |
| 1/1/2004 | 3/31/2004 | - | - | 57.18 | - |
| 4/1/2004 | 6/30/2004 | - | - | 57.18 | - |
| 7/1/2004 | 9/30/2004 | - | - | 57.18 | - |
| 10/1/2004 | 12/31/2004 | - | - | 57.18 | - |
| 1/1/2005 | 3/31/2005 | - | - | 57.18 | - |
| 4/1/2005 | 6/30/2005 | - | - | 57.18 | - |
| 7/1/2005 | 9/30/2005 | - | - | 57.18 | - |
| 10/1/2005 | 12/31/2005 | - | - | 57.18 | - |

Exhibit #17.04
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00005317231 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 7/1/1997 | 9/30/1997 | $ - | - | $ 18.49 | $ - | $ - | $ 10.35 | $ - |
| 4/1/1998 | 6/30/1998 | - | - | 18.49 | - | - | - | - |

Exhibit #17.05
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723I - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 7/1/1997 | 9/30/1997 | $ - | | $ 88.72 | $ - | $ - | $ 10.35 | $ - |
| 4/1/1998 | 6/30/1998 | - | | 88.72 | - | - | - | - |

Exhibit #17.06
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723I - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|------------|----------|-----|------------------|---------------|-------------------------------------------------------|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ 10.35 | $ - |
| 4/1/1997 | 6/30/1997 | - | - | 10.35 | - |
| 7/1/1997 | 9/30/1997 | - | - | 10.35 | - |
| 10/1/1997 | 12/31/1997 | - | - | 10.15 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | - | 334.20 | - |
| 10/1/1998 | 12/31/1998 | - | - | 334.20 | - |
| 1/1/1999 | 3/31/1999 | - | - | 334.20 | - |
| 4/1/1999 | 6/30/1999 | - | - | 334.20 | - |
| 7/1/1999 | 9/30/1999 | - | - | 334.20 | - |
| 10/1/1999 | 12/31/1999 | - | - | 334.20 | - |
| 1/1/2000 | 3/31/2000 | - | - | 334.20 | - |
| 4/1/2000 | 6/30/2000 | - | - | 334.20 | - |
| 7/1/2000 | 9/30/2000 | - | - | 334.20 | - |
| 10/1/2000 | 12/31/2000 | - | - | 285.90 | - |
| 1/1/2001 | 3/31/2001 | - | - | 285.90 | - |
| 4/1/2001 | 6/30/2001 | - | - | 285.90 | - |
| 7/1/2001 | 9/30/2001 | - | - | 285.90 | - |
| 10/1/2001 | 12/31/2001 | - | - | 285.90 | - |
| 1/1/2002 | 3/31/2002 | - | - | 285.90 | - |
| 4/1/2002 | 6/30/2002 | - | - | 285.90 | - |
| 7/1/2002 | 9/30/2002 | - | - | 285.90 | - |
| 10/1/2002 | 12/31/2002 | - | - | 285.90 | - |
| 1/1/2003 | 3/31/2003 | - | - | 285.90 | - |
| 4/1/2003 | 6/30/2003 | - | - | 285.90 | - |
| 7/1/2003 | 9/30/2003 | - | - | 285.90 | - |
| 10/1/2003 | 12/31/2003 | - | - | 285.90 | - |
| 1/1/2004 | 3/31/2004 | - | - | 285.90 | - |
| 4/1/2004 | 6/30/2004 | - | - | 285.90 | - |
| 7/1/2004 | 9/30/2004 | - | - | 285.90 | - |
| 10/1/2004 | 12/31/2004 | - | - | 285.90 | - |
| 1/1/2005 | 3/31/2005 | - | - | 285.90 | - |
| 4/1/2005 | 6/30/2005 | - | - | 285.90 | - |
| 7/1/2005 | 9/30/2005 | - | - | 285.90 | - |
| 10/1/2005 | 12/31/2005 | - | - | 285.90 | - |

Exhibit #17.07
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723 4 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/1999 | 6/30/1999 | $ - | - | $ 35.98 | $ - | $ - | $ 668.40 | $ - |
| 4/1/2000 | 6/30/2000 | - | - | 35.98 | - | - | 668.40 | - |

Exhibit #17.08
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531 7234 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 4/1/1999 | 6/30/1999 | $ - | - | $ 165.54 | $ - | $ - | $ 668.40 | $ - |
| 4/1/2000 | 6/30/2000 | - | - | 165.54 | - | - | 668.40 | - |

Exhibit #17.09
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 0000531723 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ 20.70 | $ - |
| 4/1/1997 | 6/30/1997 | - | - | 20.70 | - |
| 7/1/1997 | 9/30/1997 | - | - | 20.70 | - |
| 10/1/1997 | 12/31/1997 | - | - | 20.30 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | - | 668.40 | - |
| 10/1/1998 | 12/31/1998 | - | - | 668.40 | - |
| 1/1/1999 | 3/31/1999 | - | - | 668.40 | - |
| 4/1/1999 | 6/30/1999 | - | - | 668.40 | - |
| 7/1/1999 | 9/30/1999 | - | - | 668.40 | - |
| 10/1/1999 | 12/31/1999 | - | - | 668.40 | - |
| 1/1/2000 | 3/31/2000 | - | - | 668.40 | - |
| 4/1/2000 | 6/30/2000 | - | - | 668.40 | - |
| 7/1/2000 | 9/30/2000 | - | - | 668.40 | - |
| 10/1/2000 | 12/31/2000 | - | - | 668.40 | - |
| 1/1/2001 | 3/31/2001 | - | - | 571.80 | - |
| 4/1/2001 | 6/30/2001 | - | - | 571.80 | - |
| 7/1/2001 | 9/30/2001 | - | - | 571.80 | - |
| 10/1/2001 | 12/31/2001 | - | - | 571.80 | - |
| 1/1/2002 | 3/31/2002 | - | - | 571.80 | - |
| 4/1/2002 | 6/30/2002 | - | - | 571.80 | - |
| 7/1/2002 | 9/30/2002 | - | - | 571.80 | - |
| 10/1/2002 | 12/31/2002 | - | - | 571.80 | - |
| 1/1/2003 | 3/31/2003 | - | - | 571.80 | - |
| 4/1/2003 | 6/30/2003 | - | - | 571.80 | - |
| 7/1/2003 | 9/30/2003 | - | - | 571.80 | - |
| 10/1/2003 | 12/31/2003 | - | - | 571.80 | - |
| 1/1/2004 | 3/31/2004 | - | - | 571.80 | - |
| 4/1/2004 | 6/30/2004 | - | - | 571.80 | - |
| 7/1/2004 | 9/30/2004 | - | - | 571.80 | - |
| 10/1/2004 | 12/31/2004 | - | - | 571.80 | - |
| 1/1/2005 | 3/31/2005 | - | - | 571.80 | - |
| 4/1/2005 | 6/30/2005 | - | - | 571.80 | - |
| 7/1/2005 | 9/30/2005 | - | - | 571.80 | - |
| 10/1/2005 | 12/31/2005 | - | - | 571.80 | - |

Exhibit #17.10
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00641400186 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 1/1/1998 | 3/31/1998 | $    - | - | $    6.20 | $    - | $    - | $    - | $    - |
| 4/1/2000 | 6/30/2000 | - | - | 6.20 | - | - | 66.84 | - |
| 7/1/2000 | 9/30/2000 | - | - | 6.20 | - | - | 66.84 | - |
| 4/1/2002 | 6/30/2002 | - | - | 6.20 | - | - | 57.18 | - |
| 7/1/2004 | 9/30/2004 | - | - | 6.20 | - | - | 57.18 | - |

Exhibit #17.11
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00641400186 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 1/1/1998 | 3/31/1998 | $    - | | $   10.95 | $    - | $    - | $    - | $    - |
| 4/1/2000 | 6/30/2000 | - | | 10.95 | - | - | 66.84 | - |
| 7/1/2000 | 9/30/2000 | - | | 10.95 | - | - | 66.84 | - |
| 4/1/2002 | 6/30/2002 | - | | 10.95 | - | - | 57.18 | - |
| 7/1/2004 | 9/30/2004 | - | | 10.95 | - | - | 57.18 | - |

Exhibit #17.12
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00644400186 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $  - | $  - | $  2.07 | $  - |
| 4/1/1997 | 6/30/1997 | - | - | 2.07 | - |
| 7/1/1997 | 9/30/1997 | - | - | 2.07 | - |
| 10/1/1997 | 12/31/1997 | - | - | 2.03 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | - | 66.84 | - |
| 10/1/1998 | 12/31/1998 | - | - | 66.84 | - |
| 1/1/1999 | 3/31/1999 | - | - | 66.84 | - |
| 4/1/1999 | 6/30/1999 | - | - | 66.84 | - |
| 7/1/1999 | 9/30/1999 | - | - | 66.84 | - |
| 10/1/1999 | 12/31/1999 | - | - | 66.84 | - |
| 1/1/2000 | 3/31/2000 | - | - | 66.84 | - |
| 4/1/2000 | 6/30/2000 | - | - | 66.84 | - |
| 7/1/2000 | 9/30/2000 | - | - | 66.84 | - |
| 10/1/2000 | 12/31/2000 | - | - | 57.18 | - |
| 1/1/2001 | 3/31/2001 | - | - | 57.18 | - |
| 4/1/2001 | 6/30/2001 | - | - | 57.18 | - |
| 7/1/2001 | 9/30/2001 | - | - | 57.18 | - |
| 10/1/2001 | 12/31/2001 | - | - | 57.18 | - |
| 1/1/2002 | 3/31/2002 | - | - | 57.18 | - |
| 4/1/2002 | 6/30/2002 | - | - | 57.18 | - |
| 7/1/2002 | 9/30/2002 | - | - | 57.18 | - |
| 10/1/2002 | 12/31/2002 | - | - | 57.18 | - |
| 1/1/2003 | 3/31/2003 | - | - | 57.18 | - |
| 4/1/2003 | 6/30/2003 | - | - | 57.18 | - |
| 7/1/2003 | 9/30/2003 | - | - | 57.18 | - |
| 10/1/2003 | 12/31/2003 | - | - | 57.18 | - |
| 1/1/2004 | 3/31/2004 | - | - | 57.18 | - |
| 4/1/2004 | 6/30/2004 | - | - | 57.18 | - |
| 7/1/2004 | 9/30/2004 | - | - | 57.18 | - |
| 10/1/2004 | 12/31/2004 | - | - | 57.18 | - |
| 1/1/2005 | 3/31/2005 | - | - | 57.18 | - |
| 4/1/2005 | 6/30/2005 | - | - | 57.18 | - |
| 7/1/2005 | 9/30/2005 | - | - | 57.18 | - |
| 10/1/2005 | 12/31/2005 | - | - | 57.18 | - |

Exhibit #17.13
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00641400189 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/2000 | 6/30/2000 | $  - | | $  56.40 | $  - | $  - | $  668.40 | $  - |

Exhibit #17.14
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 00641400189 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 4/1/2000 | 6/30/2000 | $   - | | $   84.55 | $   - | $   - | $   668.40 | $   - |

**Exhibit #17.15**
**In Re Pharmaceutical Industry Average Wholesale Price Litigation**
**Wyeth 00641400189 - LORAZEPAM 1 MG TABLET**
**Computation of FUL based on AMP**

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $    - | $    - | $  20.70 | $    - |
| 4/1/1997 | 6/30/1997 | - | - | 20.70 | - |
| 7/1/1997 | 9/30/1997 | - | - | 20.70 | - |
| 10/1/1997 | 12/31/1997 | - | - | 20.30 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | - | - | - | - |
| 7/1/1998 | 9/30/1998 | - | - | 668.40 | |
| 10/1/1998 | 12/31/1998 | - | - | 668.40 | |
| 1/1/1999 | 3/31/1999 | - | - | 668.40 | |
| 4/1/1999 | 6/30/1999 | - | - | 668.40 | |
| 7/1/1999 | 9/30/1999 | - | - | 668.40 | |
| 10/1/1999 | 12/31/1999 | - | - | 668.40 | |
| 1/1/2000 | 3/31/2000 | - | - | 668.40 | |
| 4/1/2000 | 6/30/2000 | - | - | 668.40 | |
| 7/1/2000 | 9/30/2000 | - | - | 668.40 | |
| 10/1/2000 | 12/31/2000 | - | - | 668.40 | |
| 1/1/2001 | 3/31/2001 | - | - | 571.80 | |
| 4/1/2001 | 6/30/2001 | - | - | 571.80 | |
| 7/1/2001 | 9/30/2001 | - | - | 571.80 | |
| 10/1/2001 | 12/31/2001 | - | - | 571.80 | |
| 1/1/2002 | 3/31/2002 | - | - | 571.80 | |
| 4/1/2002 | 6/30/2002 | - | - | 571.80 | |
| 7/1/2002 | 9/30/2002 | - | - | 571.80 | |
| 10/1/2002 | 12/31/2002 | - | - | 571.80 | |
| 1/1/2003 | 3/31/2003 | - | - | 571.80 | |
| 4/1/2003 | 6/30/2003 | - | - | 571.80 | |
| 7/1/2003 | 9/30/2003 | - | - | 571.80 | |
| 10/1/2003 | 12/31/2003 | - | - | 571.80 | |
| 1/1/2004 | 3/31/2004 | - | - | 571.80 | |
| 4/1/2004 | 6/30/2004 | - | - | 571.80 | |
| 7/1/2004 | 9/30/2004 | - | - | 571.80 | |
| 10/1/2004 | 12/31/2004 | - | - | 571.80 | |
| 1/1/2005 | 3/31/2005 | - | - | 571.80 | |
| 4/1/2005 | 6/30/2005 | - | - | 571.80 | |
| 7/1/2005 | 9/30/2005 | - | - | 571.80 | |
| 10/1/2005 | 12/31/2005 | - | - | 571.80 | - |

Exhibit #17.16
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581201 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/1998 | 6/30/1998 | $  - | - | $  - | $  - | $  - | $  - | $  - |
| 7/1/1998 | 9/30/1998 | - | - | | - | - | 66.84 | |
| 10/1/1998 | 12/31/1998 | - | - | | - | - | 66.84 | |
| 1/1/1999 | 3/31/1999 | - | - | | - | - | 66.84 | |
| 4/1/1999 | 6/30/1999 | - | - | | - | - | 66.84 | |
| 7/1/1999 | 9/30/1999 | - | - | | - | - | 66.84 | |
| 10/1/1999 | 12/31/1999 | - | - | | - | - | 66.84 | |
| 1/1/2000 | 3/31/2000 | - | - | | - | - | 66.84 | |
| 4/1/2000 | 6/30/2000 | - | - | | - | - | 66.84 | |
| 7/1/2000 | 9/30/2000 | - | - | | - | - | 66.84 | |
| 10/1/2000 | 12/31/2000 | - | - | | - | - | 57.18 | |
| 1/1/2001 | 3/31/2001 | - | - | | - | - | 57.18 | |
| 4/1/2001 | 6/30/2001 | - | - | | - | - | 57.18 | |
| 7/1/2001 | 9/30/2001 | - | - | | - | - | 57.18 | |
| 10/1/2001 | 12/31/2001 | - | - | | - | - | 57.18 | |
| 1/1/2002 | 3/31/2002 | - | - | | - | - | 57.18 | |
| 4/1/2002 | 6/30/2002 | - | - | | - | - | 57.18 | |
| 7/1/2002 | 9/30/2002 | - | - | | - | - | 57.18 | |

Exhibit #17.17
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581201 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 4/1/1998 | 6/30/1998 | $ 45.54 | | $ 83.77 | $ 38.23 | $ 68.31 | $ - | $ - |
| 7/1/1998 | 9/30/1998 | 40.82 | | 83.77 | 42.95 | 61.23 | 66.84 | 5.61 |
| 10/1/1998 | 12/31/1998 | 40.46 | | 83.77 | 43.31 | 60.69 | 66.84 | 6.15 |
| 1/1/1999 | 3/31/1999 | 39.06 | | 83.77 | 44.71 | 58.59 | 66.84 | 8.25 |
| 4/1/1999 | 6/30/1999 | 38.26 | | 83.77 | 45.51 | 57.39 | 66.84 | 9.45 |
| 7/1/1999 | 9/30/1999 | 37.46 | | 83.77 | 46.31 | 56.19 | 66.84 | 10.65 |
| 10/1/1999 | 12/31/1999 | 36.27 | | 83.77 | 47.50 | 54.40 | 66.84 | 12.44 |
| 1/1/2000 | 3/31/2000 | 37.08 | | 83.77 | 46.69 | 55.62 | 66.84 | 11.22 |
| 4/1/2000 | 6/30/2000 | 37.72 | | 83.77 | 46.05 | 56.58 | 66.84 | 10.26 |
| 7/1/2000 | 9/30/2000 | 38.47 | | 83.77 | 45.30 | 57.71 | 66.84 | 9.13 |
| 10/1/2000 | 12/31/2000 | 40.20 | | 83.77 | 43.57 | 60.30 | 57.18 | (3.12) |
| 1/1/2001 | 3/31/2001 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 4/1/2001 | 6/30/2001 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 7/1/2001 | 9/30/2001 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 10/1/2001 | 12/31/2001 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 1/1/2002 | 3/31/2002 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 4/1/2002 | 6/30/2002 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |
| 7/1/2002 | 9/30/2002 | 40.20 | | 50.25 | 10.05 | 60.30 | 57.18 | (3.12) |

Exhibit #17.18
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581201 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ 2.07 | $ - |
| 4/1/1997 | 6/30/1997 | - | - | 2.07 | - |
| 7/1/1997 | 9/30/1997 | - | - | 2.07 | - |
| 10/1/1997 | 12/31/1997 | - | - | 2.03 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | 22.03 | 33.05 | - | - |
| 7/1/1998 | 9/30/1998 | 24.36 | 36.54 | 66.84 | 30.30 |
| 10/1/1998 | 12/31/1998 | 14.87 | 22.30 | 66.84 | 44.54 |
| 1/1/1999 | 3/31/1999 | 14.48 | 21.71 | 66.84 | 45.13 |
| 4/1/1999 | 6/30/1999 | 11.30 | 16.95 | 66.84 | 49.89 |
| 7/1/1999 | 9/30/1999 | 10.58 | 15.87 | 66.84 | 50.97 |
| 10/1/1999 | 12/31/1999 | 11.35 | 17.02 | 66.84 | 49.82 |
| 1/1/2000 | 3/31/2000 | 11.71 | 17.57 | 66.84 | 49.27 |
| 4/1/2000 | 6/30/2000 | 15.88 | 23.81 | 66.84 | 43.03 |
| 7/1/2000 | 9/30/2000 | 13.06 | 19.58 | 66.84 | 47.26 |
| 10/1/2000 | 12/31/2000 | 15.27 | 22.90 | 57.18 | 34.28 |
| 1/1/2001 | 3/31/2001 | 11.96 | 17.95 | 57.18 | 39.23 |
| 4/1/2001 | 6/30/2001 | 13.74 | 20.61 | 57.18 | 36.57 |
| 7/1/2001 | 9/30/2001 | 9.35 | 14.02 | 57.18 | 43.16 |
| 10/1/2001 | 12/31/2001 | 0.29 | 0.43 | 57.18 | 56.75 |
| 1/1/2002 | 3/31/2002 | 0.29 | 0.43 | 57.18 | 56.75 |
| 4/1/2002 | 6/30/2002 | 0.29 | 0.43 | 57.18 | 56.75 |
| 7/1/2002 | 9/30/2002 | 0.29 | 0.43 | 57.18 | 56.75 |
| 10/1/2002 | 12/31/2002 | 0.29 | 0.43 | 57.18 | 56.75 |
| 1/1/2003 | 3/31/2003 | 0.29 | 0.43 | 57.18 | 56.75 |
| 4/1/2003 | 6/30/2003 | 0.29 | 0.43 | 57.18 | 56.75 |
| 7/1/2003 | 9/30/2003 | 0.29 | 0.43 | 57.18 | 56.75 |
| 10/1/2003 | 12/31/2003 | 0.29 | 0.43 | 57.18 | 56.75 |
| 1/1/2004 | 3/31/2004 | | | 57.18 | |
| 4/1/2004 | 6/30/2004 | | | 57.18 | |
| 7/1/2004 | 9/30/2004 | | | 57.18 | |
| 10/1/2004 | 12/31/2004 | | | 57.18 | |
| 1/1/2005 | 3/31/2005 | | | 57.18 | |
| 4/1/2005 | 6/30/2005 | | | 57.18 | |
| 7/1/2005 | 9/30/2005 | | | 57.18 | |
| 10/1/2005 | 12/31/2005 | | | 57.18 | |

Exhibit #17.19
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581202 - LORAZEPAM 1 MG TABLET
Computation of FUL Based on WAC

| Start Date | End Date | Estimated WAC | Proxy | Published WAC | Difference between Published WAC and Estimated WAC | FUL Based on Estimated WAC | Published FUL | Difference between Published FUL and FUL Based on Estimated WAC |
|---|---|---|---|---|---|---|---|---|
| 4/1/1998 | 6/30/1998 | $ - | - | $ - | $ - | $ - | $ - | $ - |
| 7/1/1998 | 9/30/1998 | - | - | - | - | - | 668.40 | - |
| 10/1/1998 | 12/31/1998 | - | - | - | - | - | 668.40 | - |
| 1/1/1999 | 3/31/1999 | - | - | - | - | - | 668.40 | - |
| 4/1/1999 | 6/30/1999 | - | - | - | - | - | 668.40 | - |
| 7/1/1999 | 9/30/1999 | - | - | - | - | - | 668.40 | - |
| 10/1/1999 | 12/31/1999 | - | - | - | - | - | 668.40 | - |
| 1/1/2000 | 3/31/2000 | - | - | - | - | - | 668.40 | - |
| 4/1/2000 | 6/30/2000 | - | - | - | - | - | 668.40 | - |
| 7/1/2000 | 9/30/2000 | - | - | - | - | - | 668.40 | - |
| 10/1/2000 | 12/31/2000 | - | - | - | - | - | 571.80 | - |
| 1/1/2001 | 3/31/2001 | - | - | - | - | - | 571.80 | - |
| 4/1/2001 | 6/30/2001 | - | - | - | - | - | 571.80 | - |
| 7/1/2001 | 9/30/2001 | - | - | - | - | - | 571.80 | - |
| 10/1/2001 | 12/31/2001 | - | - | - | - | - | 571.80 | - |
| 1/1/2002 | 3/31/2002 | - | - | - | - | - | 571.80 | - |
| 4/1/2002 | 6/30/2002 | - | - | - | - | - | 571.80 | - |
| 7/1/2002 | 9/30/2002 | - | - | - | - | - | 571.80 | - |

Exhibit #17.20
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581202 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AWP

| Start Date | End Date | Estimated AWP | Proxy | Published AWP | Difference between Published AWP and Estimated AWP | FUL Based on Estimated AWP | Published FUL | Difference between Published FUL and FUL Based on Estimated AWP |
|---|---|---|---|---|---|---|---|---|
| 4/1/1998 | 6/30/1998 | $ 378.40 | | $ 796.71 | $ 418.31 | $ 567.60 | $ - | $ - |
| 7/1/1998 | 9/30/1998 | 378.40 | | 796.71 | 418.31 | 567.60 | 668.40 | 100.80 |
| 10/1/1998 | 12/31/1998 | 378.40 | | 796.71 | 418.31 | 567.60 | 668.40 | 100.80 |
| 1/1/1999 | 3/31/1999 | 371.47 | | 796.71 | 425.24 | 557.21 | 668.40 | 111.19 |
| 4/1/1999 | 6/30/1999 | 373.58 | | 796.71 | 423.13 | 560.37 | 668.40 | 108.03 |
| 7/1/1999 | 9/30/1999 | 374.63 | | 796.71 | 422.08 | 561.94 | 668.40 | 106.46 |
| 10/1/1999 | 12/31/1999 | 374.36 | | 796.71 | 422.35 | 561.53 | 668.40 | 106.87 |
| 1/1/2000 | 3/31/2000 | 377.45 | | 796.71 | 419.26 | 566.17 | 668.40 | 102.23 |
| 4/1/2000 | 6/30/2000 | 377.86 | | 796.71 | 418.85 | 566.79 | 668.40 | 101.61 |
| 7/1/2000 | 9/30/2000 | 378.04 | | 796.71 | 418.67 | 567.07 | 668.40 | 101.33 |
| 10/1/2000 | 12/31/2000 | 378.40 | | 796.71 | 418.31 | 567.60 | 571.80 | 4.20 |
| 1/1/2001 | 3/31/2001 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 4/1/2001 | 6/30/2001 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 7/1/2001 | 9/30/2001 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 10/1/2001 | 12/31/2001 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 1/1/2002 | 3/31/2002 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 4/1/2002 | 6/30/2002 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |
| 7/1/2002 | 9/30/2002 | 378.40 | | 473.00 | 94.60 | 567.60 | 571.80 | 4.20 |

Exhibit #17.21
In Re Pharmaceutical Industry Average Wholesale Price Litigation
Wyeth 59911581202 - LORAZEPAM 1 MG TABLET
Computation of FUL based on AMP

| Start Date | End Date | AMP | FUL Based on AMP | Published FUL | Difference between Published FUL and FUL Based on AMP |
|---|---|---|---|---|---|
| 1/1/1997 | 3/31/1997 | $ - | $ - | $ 20.70 | $ - |
| 4/1/1997 | 6/30/1997 | - | - | 20.70 | - |
| 7/1/1997 | 9/30/1997 | - | - | 20.70 | - |
| 10/1/1997 | 12/31/1997 | - | - | 20.30 | - |
| 1/1/1998 | 3/31/1998 | - | - | - | - |
| 4/1/1998 | 6/30/1998 | 220.35 | 330.52 | - | - |
| 7/1/1998 | 9/30/1998 | 243.58 | 365.36 | 668.40 | 303.04 |
| 10/1/1998 | 12/31/1998 | 148.67 | 223.00 | 668.40 | 445.40 |
| 1/1/1999 | 3/31/1999 | 144.75 | 217.13 | 668.40 | 451.27 |
| 4/1/1999 | 6/30/1999 | 112.99 | 169.48 | 668.40 | 498.92 |
| 7/1/1999 | 9/30/1999 | 105.80 | 158.70 | 668.40 | 509.70 |
| 10/1/1999 | 12/31/1999 | 113.47 | 170.21 | 668.40 | 498.19 |
| 1/1/2000 | 3/31/2000 | 117.11 | 175.66 | 668.40 | 492.74 |
| 4/1/2000 | 6/30/2000 | 158.76 | 238.14 | 668.40 | 430.26 |
| 7/1/2000 | 9/30/2000 | 130.57 | 195.85 | 668.40 | 472.55 |
| 10/1/2000 | 12/31/2000 | 152.68 | 229.02 | 571.80 | 342.78 |
| 1/1/2001 | 3/31/2001 | 119.64 | 179.46 | 571.80 | 392.34 |
| 4/1/2001 | 6/30/2001 | 137.38 | 206.08 | 571.80 | 365.72 |
| 7/1/2001 | 9/30/2001 | 93.47 | 140.21 | 571.80 | 431.59 |
| 10/1/2001 | 12/31/2001 | 2.87 | 4.30 | 571.80 | 567.50 |
| 1/1/2002 | 3/31/2002 | 2.87 | 4.30 | 571.80 | 567.50 |
| 4/1/2002 | 6/30/2002 | 2.87 | 4.30 | 571.80 | 567.50 |
| 7/1/2002 | 9/30/2002 | 2.87 | 4.30 | 571.80 | 567.50 |
| 10/1/2002 | 12/31/2002 | 2.868 | 4.30 | 571.80 | 567.50 |
| 1/1/2003 | 3/31/2003 | 2.868 | 4.30 | 571.80 | 567.50 |
| 4/1/2003 | 6/30/2003 | 2.868 | 4.30 | 571.80 | 567.50 |
| 7/1/2003 | 9/30/2003 | 2.868 | 4.30 | 571.80 | 567.50 |
| 10/1/2003 | 12/31/2003 | 2.868 | 4.30 | 571.80 | 567.50 |
| 1/1/2004 | 3/31/2004 | | | 571.80 | |
| 4/1/2004 | 6/30/2004 | | | 571.80 | |
| 7/1/2004 | 9/30/2004 | | | 571.80 | |
| 10/1/2004 | 12/31/2004 | | | 571.80 | |
| 1/1/2005 | 3/31/2005 | | | 571.80 | |
| 4/1/2005 | 6/30/2005 | | | 571.80 | |
| 7/1/2005 | 9/30/2005 | | | 571.80 | |
| 10/1/2005 | 12/31/2005 | | | 571.80 | |