# **EXHIBIT 7**

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

PRICE LITIGATION                )   01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )   Judge Patti B. Saris

the Florida Keys, Inc.          )

    v.                           )   Chief Magistrate

Abbott Laboratories, Inc.,      )   Judge Marianne B.

No. 06-CV-11337-PBS             )   Bowler

- - - - - - - - - - - - - - - - -

(cross captions appear on following pages)


Videotaped deposition of SUE GASTON


Volume II


Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

428

1      A.   Correct.

2      Q.   Do you know why that wasn't used to set

3 the FUL in this case?

4      A.   No.  I'm not real sure.

5      Q.   I mean, it does look to me from the

6 notation over on the right that somebody called

7 and that was a product that was deemed to be

8 available, right?

9      A.   Correct.

10     Q.   So you have a manufacturer, anyway,

11 who's got available product at a lower published

12 price, but it wasn't used for the FUL, correct?

13     **A.   Correct.  Sometimes discretion was used**

14 **with this too.  You might look at that price and**

15 **if that price still appears to be too low that it**

16 **would make the product available out there, then**

17 **you would check to see if there's another**

18 **manufacturer that might be a step up that's**

19 **closer, but that could still allow you to set a**

20 **reasonable FUL price.**

21     Q.   I see.  So sometimes discretion was

22 used to ensure that the FUL was reasonable?

429

1        A.    And available.

2        Q.    And available?

3        A.    Yeah.

4        Q.    And the reason you used that discretion
5   was to make sure that providers -- you didn't set
6   a FUL that was so low that providers couldn't
7   acquire the product on the marketplace, correct?

8        A.    Correct.

9        Q.    And so you don't know for certain, but
10  it's possible that one of the reasons that the
11  Caraco price wasn't used here was discretion was
12  exercised and it was deemed maybe that this was
13  too low?

14       **A.    It could be too low or Caraco only**
15  **distribute to maybe limited amount of states and**
16  **not all states.  That's something else to keep in**
17  **consideration.**

18       Q.    Okay.  But there was in any event a
19  manual review process and discretion exercised
20  and a choice that CMS made not to use that price,
21  correct?

22       A.    Correct.

Gaston, Sue - Vol. II  March 19, 2008
Washington, DC

451

```
1   URL's WAC?
2        A.   Correct.
3        Q.   And URL's WAC was not the lowest
4   published price in this instance, right?  Because
5   we've seen for example Major Pharmaceuticals had
6   a lower published price?
7        A.   Well, I thought you meant excluding
8   that published price.
9        Q.   No.  I didn't mean that.
10       A.   Yeah.  Major's was the next lowest.
11  The next lowest was URL.
12       Q.   So what we see in Exhibit 6 is another
13  situation in which, exercising its discretion,
14  CMS chose to set a FUL not based on the lowest
15  published price but based on the next lowest
16  published price because that's what was
17  reasonable to do in terms of ensuring access,
18  correct?
19       A.   Correct.
20       Q.   And for the record, why is it that CMS
21  would have chosen to ignore the lowest published
22  price?
```

452

1        MS. MARTINEZ: Objection, form.
2     **A.   Because setting the FUL on the lowest**
3  **published price here might not allow us to have a**
4  **reasonable FUL price for this drug.**
5     Q.   Okay.  Let me see if I can cure Ani's
6  objection.  Why would CMS have chosen to have
7  ignored the lowest published price in setting a
8  FUL for the 1 milligram lorazepam in 2001?
9        MS. MARTINEZ: Objection, form.  Just
10 to let you know, one of my objections is to you
11 were stating that CMS is ignoring the price, the
12 characterization of ignoring.
13       MR. BUEKER: Okay.  Didn't use?  Is
14 that better?
15       MS. MARTINEZ: Did not use.  Yeah.
16       MR. BUEKER: Okay.
17 BY MR. BUEKER:
18    Q.   Just for the record, why is it that CMS
19 chose not to use the lowest published price in
20 setting the FUL for lorazepam in 2001?
21    **A.   Because we wanted to assure that the**
22 **FUL price was a reasonable price.  So we chose to**

453

1  **ignore Major's lowest price.**

2       Q.   I think we can set Exhibit 6 to the

3  side.  I warned you this was going to get

4  repetitive.  May I ask the court reporter to mark

5  as New York Counties Defendants' Exhibit 7 for

6  identification a one-page document that's labeled

7  HHD 175-0009 in the bottom right-hand corner.  I

8  was looking for one that's got the best date.

9                  (Exhibit NY Counties 007 was

10  marked for identification.)

11  BY MR. BUEKER:

12       Q.   Ms. Gaston, do you have in front of you

13  what's been marked as Exhibit 7 for

14  identification?

15       **A.   Yes.**

16       Q.   And this is, again, a printout from the

17  CMS's FUL system and it's dated in the upper

18  left-hand corner 7/24/2001?

19       **A.   Correct.**

20       Q.   And this is the same kind of printout

21  we've been looking at in other examples; it's

22  just that this one is now for the 500 milligrams

457

1    program is cost savings?
2        A.   Correct.
3        Q.   And so if you set a FUL that was equal
4    to an AWP it wouldn't really result in any cost
5    savings to the state?
6        A.   Correct.
7        Q.   And so in this case, if I understand
8    what's going on here with cefadroxil in 2001,
9    basing a FUL on the lowest published price seemed
10   to result in a FUL that was too low, right?
11       A.   **It appeared that way because of the**
12   **compendia information that we have.**
13       Q.   And setting a FUL -- not using that
14   lowest published price but moving up to the next
15   seemed to result in a FUL that was too high?
16       A.   Correct.
17       Q.   And so CMS declined to set a FUL given
18   the published prices that were out there?
19       A.   Correct.
20       Q.   Let me just digress here for a second.
21   What role if any did AWP play in setting FULs?
22       A.   **Generally, it did not.**

Gaston, Sue - Vol. II                                      March 19, 2008
Washington, DC

458

```
 1        Q.   Can you think of any instance in which
 2   CMS based a FUL on the published AWP price?
 3        A.   I can't think of a situation where they
 4   did.
 5        Q.   In other words, other than being used
 6   to check whether there was going to be cost
 7   savings that resulted, FUL was basically -- or --
 8   I'm sorry -- AWP was basically irrelevant for the
 9   FUL calculation?
10             MS. MARTINEZ:  Objection, form.
11             MR. WINGET-HERNANDEZ:  Objection, form.
12        A.   It was used in the methodology just for
13   consideration, but I don't know of any times when
14   it would have been used to set a FUL price.
15        Q.   So in terms of a basis of calculation,
16   the price on which the FUL was based, AWP was
17   irrelevant?
18             MR. WINGET-HERNANDEZ:  Objection, form.
19             MS. MARTINEZ:  Objection, form.
20        A.   We wouldn't have used AWP.
21        Q.   Why would CMS not have used AWP?
22        A.   Because we know that states will be
```

459

1  **reimbursing for drugs at a percentage off of AWP.**
2  **That's one of the methodologies they could use.**
3  **And we will let states reimburse according to**
4  **that methodology. Setting a FUL using the AWP**
5  **wouldn't achieve the cost savings where if they**
6  **did it with their own methodology, a percentage**
7  **off of AWP, they would be achieving savings.**
8       Q.   You can set that aside.  But don't
9  worry, I have others that look like it.
10      **A.   I'm sure.**
11      Q.   Can I ask the court reporter to mark as
12 Exhibit 8 -- New York Counties Defendants'
13 Exhibit 8 for identification a one-page document
14 labeled HHD 175-0276.
15                (Exhibit NY Counties 008 was
16 marked for identification.)
17 BY MR. BUEKER:
18      Q.   Ms. Gaston, you have in front of you
19 Exhibit 8?
20      **A.   Yes.**
21      Q.   And Exhibit 8, again, looks to be to
22 you a printout from the FULs system for 500-