# EXHIBIT 8

893

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------X

In re:  PHARMACEUTICAL INDUSTRY  )  MDL No. 1456

AVERAGE WHOLESALE PRICE          )  Civil Action

LITIGATION                       )  01-12257-PBS

---------------------------------X

THIS DOCUMENT RELATES TO:        )  Subcategory Case

THE CONSOLIDATED NEW YORK        )  No. 03-10643

COUNTY ACTIONS                   )  Judge Patti B.

---------------------------------X  Saris


VIDEOTAPED DEPOSITION OF HARRIS L. DEVOR

VOLUME IV

March 11, 2009

10:00 a.m.

Continued Videotaped Deposition of

HARRIS L. DEVOR, taken by attorneys for Defendants,

pursuant to Notice, held at the offices of Kirby

McInerney LLP, 825 Third Avenue, New York, New

York, before Andrew Walker, a Registered

Professional Reporter (1991) and Notary Public.

1 tested for other items that I've testified before
2 about.  You know, I don't remember how many we
3 tested but we tested a bunch.  And this one
4 actually yielded errors so that was the whole
5 purpose of the test.
6     Q.   If you could turn in Exhibit 47 to your
7 Exhibit 16.16, and if I could refer your attention
8 to the line item dated 7/1/2003 through 9/30/2003
9 --
10    A.   Yes.
11    Q.   -- and you have indicated there an
12 estimated WAC of negative $117,885.71; did I read
13 that correctly?
14    A.   I see that.
15    Q.   And I believe you testified earlier that
16 -- or strike that.
17         Did you use the same process that you
18 used throughout your analysis to come up with an
19 estimated WAC of negative $117,885.71?
20         MS. CICALA:  Object to form.
21    A.   Again, the methodology did not change.
22 The only thing that changed was there was a

1 throughout the whole assignment.

2      Q.   Right, I appreciate that.

3           So for July 1st, 2003, you indicated or
4 the Exhibit 16.16 indicates a number, an estimated
5 WAC of negative $117,885.71 and you said that's --
6 given the data that you had, that's the number
7 that the formula spit out, my words, not yours --

8           MS. CICALA:  Object to form.

9      Q.   -- is that fair?

10     A.   That's the number that was derived by
11 using the formula and the data that we had
12 available to us.

13     Q.   And so then for April 1st, 2002, the
14 number that was derived using the data that was
15 available to you yielded an amount of $3,123.11,
16 right, and that appears in the "Estimated WAC"
17 column but you have elected to insert a proxy of
18 $44.31 rather than use the number that was derived
19 using your formula?

20     A.   That's, that's correct.  And to some
21 extent that's because if you look at the time
22 period from which we took the proxy, it's much