UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, Inc. et al.*<br>No. 03-10643-PBS | |

**DECLARATION OF RAJ GANDESHA IN SUPPORT OF
SANDOZ INC.'S RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1
STATEMENT OF UNDISPUTED FACTS AS TO SANDOZ INC.**

I, RAJ GANDESHA, declare under penalty of perjury as follows:

1. I am an associate at White and Case LLP, attorneys for Defendant Sandoz Inc. ("Sandoz"). I make this declaration in further support of Sandoz' Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts as to Sandoz Inc. I have personal knowledge of the facts stated herein.

2. In Sandoz' Response to Plaintiffs' Motion, we have incorporated the discovery record by reference. The purpose of this declaration is to make excerpts from the record available for the convenience of the Court.

3. Attached hereto are the true and correct copies of the following exhibits:

| Tab 1 | Excerpts of November 13, 2008 deposition of Frank Stiefel, former Vice President of Sales at Sandoz, at 69:2-13. |
|---|---|
| Tab 2 | Excerpts of January 25, 2007 deposition of Sandoz 30(b)(6) witness Hector Armando Kellum, Manager of Pricing at Sandoz, at 38:7-16, 56:4-12, 56:4-21, 57:7-14, 79:1-14, 135:7-137:2, 115:15-l16:19. |
| Tab 3 | Excerpts of June 11, 2007 deposition of Kevin Galownia, former Manager of Pricing at Sandoz, at 106:12-107:1, 135:7-14 . |
| Tab 4 | Excerpts of August 7, 2007 deposition of Patricia Kay Morgan, First DataBank, at 38:1-39:3, 42:10-43:7, 198:10-23. |
| Tab 5 | Excerpts of March 19, 2008 deposition of Sue Gaston, Center for Medicaid and Medicare Services, at 426:14-427:20; 428:10-429:22; 449:11-453:02. |
| Tab 6 | Excerpts of March 26, 2008 Christopher Worrell, Former Vice President of Sales and Marketing at Sandoz, at 467:21-468:7. |
| Tab 7 | Excerpts of June 19, 2008 deposition of Kevin Galownia, Former Manager of Pricing at Sandoz, at 30:16-22. |
| Tab 8 | Excerpts of January 27, 2009 deposition of Frank Stiefel at 350:4-9 |
| Tab 9 | Excerpts of February 20, 2009 deposition of Frank Prybeck, Director of Contract Administration at Sandoz, at 230:16—24; 239:3—12. |

Dated: June 15, 2009

/s/ Raj Gandesha
Raj Gandesha

## CERTIFICATE OF SERVICE

  I, Joshua Weedman, hereby certify that on June 15, 2009, I have caused true and correct copies of the foregoing Declaration of Raj Gandesha in Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts as to Sandoz Inc., with attached exhibits, to be served on all counsel of record by electronic service, pursuant to the Case Management Order No. 2 entered in by Honorable Patti B. Saris in MDL 1456.

                 /s/ Joshua Weedman
                 Joshua Weedman