# Tab 3

Page 1

STATE OF WISCONSIN

CIRCUIT COURT

DANE COUNTY, Branch 7

                        - - -

STATE OF WISCONSIN,        : Case No.

         Plaintiff      : 04-CV-1709

                        :

         vs.            : Unclassified

                        : Civil:30703

AMGEN INC., et al,         :

         Defendants.    :

                        - - -

    **** HIGHLY CONFIDENTIAL ****

        Video Tape Deposition of KEVIN

GALOWNIA, was taken pursuant to notice at the

Law Offices of Berger & Montague, 1622 Locust

Street, Philadelphia, Pennsylvania, on Monday,

June 11, 2007, beginning at 9:00 a.m.,

before Jeanne Christian, Court Reporter-Notary

Public and Richard Kanzinger, Jr., Video Tape

Operator, there being present.

                        - - -

Galownia, Kevin     HIGHLY CONFIDENTIAL          June 11, 2007
Philadelphia, PA

Page 106

1   of practice, that in my position, I was
2   required, for one reason or another, to insure
3   that AWP and WAC pricing at the pricing services
4   was consistent with what was in our system.
5   Q.    And what was your understanding as to the
6   reasons for that?
7   A.    My understanding for the reason why we
8   would want that to be the case is because
9   pharmacies use that information for dispensing
10  their product and for determining whether our
11  product was a dispensable product.
12  Q.    Was it also a reason that the company
13  reported WACs and AWPs to the pricing services
14  because your customers expected it, that is,
15  their reimbursement that they received from
16  third party payers could depend on the published
17  AWP or WAC for a Sandoz product?
18              MR. GALLAGHER:  Objection to
19  the form of the question.
20              THE WITNESS:  My
21  understanding was that customers expected us to
22  have our products listed at the pricing

Galownia, Kevin      HIGHLY CONFIDENTIAL         June 11, 2007
Philadelphia, PA

Page 107

1   services.  I did not know specifically why.
2   BY MR. LIBMAN:
3   Q.    But you understood, didn't you, that AWP,
4   for example, is a -- is often the basis for a
5   third-party payor reimbursement of
6   pharmaceutical products; is that correct?
7                    MR. GALLAGHER:  Objection to
8   the form of the question.
9                    THE WITNESS:  I did
10  understand that AWP was a price point that could
11  potentially be used in some situations for
12  purposes of establishing a baseline of
13  reimbursement.
14  BY MR. LIBMAN:
15  Q.    And among the customers that Sandoz had
16  during the time that you were employed there
17  were retail pharmacies that were reimbursed by
18  state Medicaid programs; is that correct?
19  A.    That is correct.
20  Q.    And it was your understanding during the
21  time you were at Sandoz that state Medicaid
22  programs will look to the published AWP in the

Page 135

1    knowledge of the AWPs and WACs that were being
2    published by First Databank for Sandoz drugs?
3    A.    From First Databank, nothing purchased.
4    The pricing services as a policy tended to have
5    periodic updates that we would have to sign off
6    on the information they had in their system.
7    Q.    And I take it, then, that the WACs and
8    AWPs that Sandoz reported to each of these
9    sources were identical, that is, you reported
10   the same WACs and AWPs for a particular product
11   to First Databank, Redbook and Medispan; is that
12   correct?
13   A.    They all received the same e-mail.  They
14   all received the same information.
15   Q.    And then you made reference to periodic, I
16   will say requests -- strike that.  Let's do it a
17   little easier.
18                    During the time you were
19   employed by Sandoz, was the company ever asked
20   by First Databank, Redbook or Medispan to verify
21   the WACs or AWPs for the Sandoz products that
22   were being published by those companies?