# Tab 4

Morgan, Patricia Kay                                      August 27, 2007
                           Tampa, FL

Page 1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

- - - - - - - - - - - - - - -x

STATE OF ALABAMA,              :

    Plaintiff,                 :

    vs.                        : Case No.: CV-05-219

ABBOTT LABORATORIES, INC.,     : Judge Charles Price

 et al.                        :

    Defendants.                :

- - - - - - - - - - - - - - -x

    UNITED STATES DISTRICT COURT

     DISTRICT OF MASSACHUSETTS

-----------------------------X

In re:  PHARMACEUTICAL         :

INDUSTRY AVERAGE WHOLESALE     : MDL No. 1456

PRICE LITIGATION               : Civil Action No.

                                   : 01-12257-PBS

THIS DOCUMENT RELATES TO:      :

                                   :

ALL ACTIONS                    :

-----------------------------X

DEPOSITION OF PATRICIA KAY MORGAN

August 27, 2007

Henderson Legal Services
202-220-4158

62b3fedf-4c61-45f1-a4f9-afec50e235f9

Morgan, Patricia Kay                                            August 27, 2007
                              Tampa, FL

Page 38

1    Q.   Is it correct that according to the First
2    DataBank definition of AWP, AWP is not set by the
3    manufacturer?
4    A.   That's correct.
5    Q.   It's the wholesalers that assign the AWP;
6    correct?
7    MR. KERN:  Objection; misstates prior
8    testimony, vague and ambiguous, assumes facts. Go
9    ahead.
10   A.   Incorrect, because we surveyed the
11   markups to be applied to the manufacturer, not for
12   the AWP.
13   Q.   I understand that. But what I was
14   referring to is your testimony at Page 15, Lines 10
15   and 11, where you said, quote, "In our definition
16   it's the wholesalers that assign the AWP."
17   Correct?
18   A.   Correct. In the whole context it was
19   completely understood.
20   Q.   Right. Basically what happens is First
21   DataBank surveyed the wholesalers up through 2005
22   periodically to determine a markup factor that
23   would be applied to wholesale acquisition costs to

Page 39

1   arrive at AWP; correct?
2       A.   It might have been 2004 instead of 2005,
3   but I'll agree with the rest of the statement.
4       MR. CARTER:  Steve, I'm just going to object
5   to --
6   BY MR. EDWARDS:
7       Q.   And you didn't survey for the particular
8   price that was the AWP; you surveyed to determine
9   the markup?
10      A.   Yes.
11      MR. CARTER:  Excuse me.  I'm going to object
12  to this line of questioning, because it is
13  completely within the scope of the prior
14  depositions.
15      It was my understanding, Steve, that you
16  represented to the judge that you needed this
17  deposition to plow new ground, not to rehash
18  testimony that this witness has already given.  I
19  think there is a transcript of that hearing where
20  you told the judge that the purpose of this
21  deposition was to ask new questions and to ask her
22  about things that have yet to be brought up in her
23  former testimony.

Morgan, Patricia Kay                                        August 27, 2007
                              Tampa, FL

Page 42

1    MR. BARNHILL:  I'm not taking a position on
2    this.  My position is the deposition isn't long
3    enough for us to ask the questions that we want,
4    and we're not bound by the protective order.
5        MS. TORGERSON:  There is an answer pending
6    still.
7        MR. EDWARDS:  Can you read the question back.
8        (The question was read by the reporter.)
9        A.    That's correct.
10       Q.    And is it also correct that First
11   DataBank did not let the manufacturer control the
12   AWP field?
13       A.    That's correct.
14       Q.    And the manufacturers did not control the
15   markups that First DataBank used to determine AWPs?
16       MR. KERN:  Objection; vague and ambiguous,
17   lacks foundation.  Go ahead.
18       A.    The markups were based on our wholesaler
19   survey.  They didn't have direct influence over
20   those markups.
21       Q.    And I just want to direct your attention
22   to your prior testimony at Page 309, Line 4, where
23   you were asked a question -- this is the prior

Henderson Legal Services
202-220-4158

62b3fedf-4c61-45f1-a4f9-afec50e235f9

Morgan, Patricia Kay                                    August 27, 2007
                            Tampa, FL

Page 43

1    testimony of November 13, 2002, that's been marked
2    as Exhibit Morgan 002.
3         You were asked the question "And manufacturers
4    do not control the markup," and your answer was
5    "Correct."  Can you verify that that answer is true
6    and accurate?
7         A.   That is true and accurate.
8         Q.   Now, is it correct that during your time
9    at First DataBank the markups were generally 20
10   percent or 25 percent?
11        MR. KERN:  Objection; outside the scope.  Go
12   ahead, Kay.
13        A.   I don't even have a foundation with which
14   to answer that question, because there were several
15   different numbers on the markup table.
16        Q.   Okay.  Do you recall what those numbers
17   were?
18        A.   The markup could be 1 times S, which was
19   used as AWP suggested by the manufacturer.  I don't
20   recall the higher end, but there were 33 percent
21   markups on there.  There were 16 and two-thirds,
22   etcetera.  There were different numbers.
23        MR. BARNHILL:  Could you read that answer

Morgan, Patricia Kay                                August 27, 2007
                          Tampa, FL

Page 198

1    Q.   In the course of being employed at First
2    DataBank to become familiar with the Blue Book?
3    A.   The Blue Book had been discontinued by
4    the time I arrived at First DataBank.
5    Q.   But they still had them there at the
6    office?
7    A.   Yes, they did.
8    Q.   And you became familiar with them?
9    A.   No, I did not.
10   Q.   Okay.  During the course of the work at
11   First DataBank, was there a practice about sending
12   information to manufacturers and asking them to
13   verify the information that you were publishing?
14   MR. KERN:  Outside the scope, vague and
15   ambiguous.
16   A.   No, there was not a practice.
17   Q.   From time to time did First DataBank send
18   price information to manufacturers and ask to
19   verify it?
20   A.   We did send information to manufacturers.
21   It was primarily to verify that we had the products
22   that were currently marketed, not to verify the
23   pricing.