# Tab 5

Page 287

```
             UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL         )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     )  CIVIL ACTION

PRICE LITIGATION               )  01-CV-12257-PBS

THIS DOCUMENT RELATES TO       )

U.S. ex rel. Ven-a-Care of     )  Judge Patti B. Saris

the Florida Keys, Inc.         )

    v.                         )  Chief Magistrate

Abbott Laboratories, Inc.,     )  Judge Marianne B.

No. 06-CV-11337-PBS            )  Bowler

- - - - - - - - - - - - - - - -

         (cross captions appear on following pages)


         Videotaped deposition of SUE GASTON


                    Volume II


                    Washington, D.C.

                    Wednesday, March 19, 2008

                    9:00 a.m.
```

1   FUL, correct?
2       A.   Correct.
3       Q.   For example, if you look down almost to
4   the bottom, Geneva Pharmaceuticals, Inc., there's
5   a published pharmaceutical price of Geneva
6   Pharmaceuticals, Inc. of .0544 which was less
7   that was used to set the FUL?
8       A.   That one has a line through it and it
9   says "discontinued."
10      Q.   Right.  So that wasn't used to set the
11  FUL.  But that's something you would have had to
12  make a telephone call to find out?
13      A.   Probably.
14      Q.   What does the T over in the left-hand
15  column mean?  Do you recall?
16      A.   I think it means it's temporarily
17  unavailable.  It's a code that can be put into
18  the FULs application.
19      Q.   So if you or a colleague of yours calls
20  one of these manufacturers and learns that Geneva
21  Pharmaceuticals is temporarily out of stock of
22  metoprolol, you would put a T in the FULs system?

Page 427

1     A.    Correct.
2     Q.    And that would be to ensure that the
3  Geneva price didn't get used as the basis for the
4  FUL?
5     A.    Correct.
6     Q.    And why would you do that?
7     A.    Because if the product is in the
8  available you don't want to said a FUL price on a
9  product that is not available.
10    Q.    Why not?
11    A.    Because it might not be a realistic
12 price.  That product could be unavailable for
13 three years but they're still reporting it to the
14 compendia.  So if it's not a realistic price then
15 there's no sense in setting the FUL price based
16 on that.
17    Q.    And by realistic price you mean a price
18 that's high enough that providers could acquire
19 the product in the market place?
20    A.    Correct.
21    Q.    Caraco Pharmaceuticals also has a lower
22 reported price, right, of .0569?

1       A.    Correct.
2       Q.    Do you know why that wasn't used to set
3   the FUL in this case?
4       A.    No.  I'm not real sure.
5       Q.    I mean, it does look to me from the
6   notation over on the right that somebody called
7   and that was a product that was deemed to be
8   available, right?
9       A.    Correct.
10      Q.    So you have a manufacturer, anyway,
11  who's got available product at a lower published
12  price, but it wasn't used for the FUL, correct?
13      A.    Correct.  Sometimes discretion was used
14  with this too.  You might look at that price and
15  if that price still appears to be too low that it
16  would make the product available out there, then
17  you would check to see if there's another
18  manufacturer that might be a step up that's
19  closer, but that could still allow you to set a
20  reasonable FUL price.
21      Q.    I see.  So sometimes discretion was
22  used to ensure that the FUL was reasonable?

1        A.    And available.

2        Q.    And available?

3        A.    Yeah.

4        Q.    And the reason you used that discretion
5   was to make sure that providers -- you didn't set
6   a FUL that was so low that providers couldn't
7   acquire the product on the marketplace, correct?

8        A.    Correct.

9        Q.    And so you don't know for certain, but
10  it's possible that one of the reasons that the
11  Caraco price wasn't used here was discretion was
12  exercised and it was deemed maybe that this was
13  too low?

14       A.    It could be too low or Caraco only
15  distribute to maybe limited amount of states and
16  not all states.  That's something else to keep in
17  consideration.

18       Q.    Okay.  But there was in any event a
19  manual review process and discretion exercised
20  and a choice that CMS made not to use that price,
21  correct?

22       A.    Correct.

1  Q. And if you go up and look at the list
2  of published prices above, you would agree with
3  me that there's no published price that's below
4  that .2999 number, right?
5  A. Correct.
6  Q. Except the one price in which the FUL
7  was based?
8  A. Yes.
9  Q. Or I shouldn't say based. Was
10 calculated by the system.
11         So does that help to refresh your
12 recollection that indeed this warning, "FULs
13 price not greater than another supplier," was
14 essentially an occasion that the FULs system had
15 detected that by basing a FUL on the lowest
16 published price the FUL was being set at below
17 the next published price?
18 A. Correct.
19 Q. Is that a warning -- you talked the
20 last time in your last deposition about certain
21 flags that the system had to tell you and your
22 colleagues that you needed to conduct a manual

Page 450

1   review.  Is this one of those flags?
2       A.   Yes.
3       Q.   And why was it important that the FULs
4   system cautioned you to look at or manually
5   review a FUL that was set in this manner?
6       A.   Because if we allowed the FUL to be set
7   at this price then it would be an availability
8   issue.
9       Q.   In other words, that if you allowed a
10  FUL to be set at this price based on this lowest
11  published price, then you'd have an availability
12  issue and that's a problem, it's not a reasonable
13  FUL?
14      A.   Correct.
15      Q.   And so that number is crossed out and a
16  different number is written in that's .5718,
17  right?
18      A.   For the FUL price.
19      Q.   For the FUL price.
20      A.   Correct.
21      Q.   And that appears to be based on from
22  the note on the bottom a United Research Labs or

Page 451

1    URL's WAC?

2         A.   Correct.

3         Q.   And URL's WAC was not the lowest

4    published price in this instance, right?  Because

5    we've seen for example Major Pharmaceuticals had

6    a lower published price?

7         A.   Well, I thought you meant excluding

8    that published price.

9         Q.   No.  I didn't mean that.

10        A.   Yeah.  Major's was the next lowest.

11   The next lowest was URL.

12        Q.   So what we see in Exhibit 6 is another

13   situation in which, exercising its discretion,

14   CMS chose to set a FUL not based on the lowest

15   published price but based on the next lowest

16   published price because that's what was

17   reasonable to do in terms of ensuring access,

18   correct?

19        A.   Correct.

20        Q.   And for the record, why is it that CMS

21   would have chosen to ignore the lowest published

22   price?

Page 452

1           MS. MARTINEZ:  Objection, form.
2      A.   Because setting the FUL on the lowest
3  published price here might not allow us to have a
4  reasonable FUL price for this drug.
5      Q.   Okay.  Let me see if I can cure Ani's
6  objection.  Why would CMS have chosen to have
7  ignored the lowest published price in setting a
8  FUL for the 1 milligram lorazepam in 2001?
9           MS. MARTINEZ:  Objection, form.  Just
10 to let you know, one of my objections is to you
11 were stating that CMS is ignoring the price, the
12 characterization of ignoring.
13          MR. BUEKER:  Okay.  Didn't use?  Is
14 that better?
15          MS. MARTINEZ:  Did not use.  Yeah.
16          MR. BUEKER:  Okay.
17 BY MR. BUEKER:
18     Q.   Just for the record, why is it that CMS
19 chose not to use the lowest published price in
20 setting the FUL for lorazepam in 2001?
21     A.   Because we wanted to assure that the
22 FUL price was a reasonable price.  So we chose to

Page 453

1   ignore Major's lowest price.
2       Q.   I think we can set Exhibit 6 to the
3   side.  I warned you this was going to get
4   repetitive.  May I ask the court reporter to mark
5   as New York Counties Defendants' Exhibit 7 for
6   identification a one-page document that's labeled
7   HHD 175-0009 in the bottom right-hand corner.  I
8   was looking for one that's got the best date.
9               (Exhibit NY Counties 007 was
10  marked for identification.)
11  BY MR. BUEKER:
12      Q.   Ms. Gaston, do you have in front of you
13  what's been marked as Exhibit 7 for
14  identification?
15      A.   Yes.
16      Q.   And this is, again, a printout from the
17  CMS's FUL system and it's dated in the upper
18  left-hand corner 7/24/2001?
19      A.   Correct.
20      Q.   And this is the same kind of printout
21  we've been looking at in other examples; it's
22  just that this one is now for the 500 milligrams