# Tab 6

Page 286

\*\*C O N F I D E N T I A L\*\*

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

---------------------------------------------x

STATE OF ALABAMA,

                Plaintiff,

     -against-           Case No. CV-05-219

ABBOTT LABORATORIES, INC, et al.,

                Defendants.

---------------------------------------------x

(Captions Continued.)

VOLUME II

CONTINUED DEPOSITION OF CHRISTOPHER WORRELL

MARCH 26, 2008

1    Sandoz set for a product at the time of launch,
2    am I correct that the WAC would initially be set
3    or modelled, to use your word, at 25 percent
4    below the AWP for the Sandoz products?
5         A.   That would be generally our highest
6    WAC that we would consider in modeling a WAC
7    price at launch.
8         Q.   And it might be something lower,
9    depending on how many competitors were in the
10   marketplace?
11        A.   Yes.
12        Q.   But if Sandoz was the exclusive
13   generic supplier at the time of launch, am I
14   correct that the WAC would be approximately 25
15   percent below the AWP for the Sandoz product?
16        A.   Yes.
17        Q.   And if there were more competitors in
18   the marketplace, that WAC could be lower than
19   that; is that correct?
20        A.   Yes.
21        Q.   And I think you testified earlier as
22   well that generally, once the AWP was set, that
23   you didn't usually look at that or concern

1      yourself with that after the product was
2      launched, is that correct?
3             A.   Not usually.
4             Q.   And that would be the case even if
5      the market prices or the contract prices for
6      Sandoz drugs were dropping, is that correct?
7             A.   Correct.
8             MR. CROSS:  Can I have the two
9      questions ago read back?  Was the question
10     AWP and WAC or just AWP?
11            MR. LIBMAN:  I can't recall.
12            (Record read.)
13            Q.   Am I correct that Sandoz had no
14     policy during the time you were there requiring
15     it to lower its AWP or WAC for any of its drugs
16     as the market price or the contract price for
17     that drug dropped, is that correct?
18            A.   Correct.
19            Q.   And similarly or perhaps conversely,
20     Sandoz had no policy while you were there that
21     prohibited it from raising the AWP or WAC for any
22     of its drugs even when the market price or the
23     contract prices for the drug had not changed; is