# Tab 7

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - -

IN RE:  PHARMACEUTICAL         ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     ) Master File No.

PRICE LITIGATION               ) 01-CV-12257-PBS

- - - - - - - - - - - -

                               ) JUDGE PATTI B.

THIS DOCUMENT RELATES TO:      )    SARIS

State of California, ex rel.   )

Ven-A-Care v. Abbott           )

Laboratories Inc., et al.      )

All Cases In 03-CV-11226-PBS   )

- - - - - - - - - - - -


        (cross captions appear on following pages)


        Videotaped deposition of KEVIN GALOWNIA


                    North Wales, Pennsylvania
                    Thursday, June 19, 2008
                    9:06 a.m.

Page 30

1   set, because we couldn't set a sell price that
2   was going to be lower than what Cardinal was
3   ultimately paying for the product.
4            Main determinant of price point would
5   be what is the widely available price in the
6   marketplace? what are Cardinal's competitors
7   charging to similar customers for those products?
8   what offers are Cardinal's customers receiving
9   from Cardinal's competitors for the same product,
10  and how did that price compared to Cardinal's
11  price?
12       Q.   Were there any instances that you can
13  recall where the price charged by Cardinal to its
14  customers under the autosub program was at WAC?
15       A.   I don't recall the specific situation.
16       Q.   Okay.  But your general recollection is
17  that the price that Cardinal charged -- or the
18  prices that Cardinal charged its customers under
19  the autosub program was generally below WAC?
20       A.   In general, yes.  There may have been
21  situations where they charged WAC.  I honestly
22  don't recall.