# Tab 8

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC., | ) |
|       Plaintiffs, | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| SANDOZ, INC. f/k/a GENEVA PHARMACEUTICALS, INC., NOVARTIS PHARMACEUTICAL CORP., NOVARTIS AG, EON LABS, APOTHECON, INC., | ) |
| MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., UDL LABORATORIES, INC. | ) |
| TEVA PHARMACEUTICALS USA, INC., f/k/a LEMMON PHARMACEUTICALS, INC., COPLEY PHARMACEUTICALS, INC., IVAX PHARMACEUTICALS, INC., SICOR PHARMACEUTICALS, INC., TEVA NOVOPHARM, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD. | ) |
|       Defendants. | ) 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND DEPOSITION OF

FRANK STIEFEL
VOLUME 2

January 27th, 2009
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4

1   Bindley Western?
2       A.   Yes.  There were rebates on noncontract
3   sales.
4       Q.   So during the time you were at Sandoz, Geneva
5   had agreements in place to rebate each of the big
6   three wholesalers on noncontract sales, correct?
7            MS. McDEVITT:  Objection to form.
8            THE WITNESS:  You know, pursuant to
9   certain contracts, yes.
10      Q.   (BY MR. RIKLIN)  Well -- and with regard to
11  the Cardinal/Geneva -- the Cardinal GWSA, that was the
12  agreement between Cardinal and Geneva at the time --
13  as amended at the time you were at Sandoz, correct?
14           MS. McDEVITT:  Objection to form.
15           THE WITNESS:  I -- I can't remember if
16  there were any exclusions in that or not, but if there
17  were no exclusions, then it would have been -- that
18  would have been the case.
19      Q.   (BY MR. RIKLIN)  Well, you don't dispute
20  Mr. Worrell's statement in his --
21      A.   Is that in the cover letter?
22      Q.   -- his email, I believe, of March --
23      A.   21.
24      Q.   -- 21, 2002 that that agreement had been in
25  effect with Cardinal since 1996.

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4