# Tab 9

Page 1

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|     VEN-A-CARE OF THE | ) |
|     FLORIDA KEYS, INC., | ) |
| | ) |
|         Plaintiffs, | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| SANDOZ, INC. f/k/a GENEVA | ) |
| PHARMACEUTICALS, INC., | ) |
| NOVARTIS PHARMACEUTICAL | ) |
| CORP., NOVARTIS AG, EON | ) |
| LABS, APOTHECON, INC., | ) |
| | ) |
| MYLAN PHARMACEUTICALS, INC., | ) |
| MYLAN LABORATORIES, INC., | ) |
| UDL LABORATORIES, INC. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., f/k/a LEMMON | ) |
| PHARMACEUTICALS, INC., | ) |
| COPLEY PHARMACEUTICALS, | ) |
| INC., IVAX PHARMACEUTICALS, | ) |
| INC., SICOR PHARMACEUTICALS, | ) |
| INC., TEVA NOVOPHARM, INC., | ) |
| and TEVA PHARMACEUTICAL | ) |
| INDUSTRIES, LTD. | ) |
|         Defendants. | ) 201ST JUDICIAL DISTRICT |

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

FRANK PRYBECK

February 20, 2009

*******************************************************

VOHLKEN & ASSOCIATES

15cbde89-8a6e-4716-a0f4-c1409b3cc146

Frank Prybeck 2/20/09

Page 230

1    provide Bindley Western with a chargeback for the

2    difference between the inflated price and the true GAP

3    price."

4                    Does it appear that Mr. Worrell is

5    discussing in that paragraph the difference between

6    WAC and the true contract price pursuant to the source

7    program?

8                    MR. CARBERRY:  Objection as to form.

9         A.   As he's discussing chargebacks then he would

10   be discussing the difference between WAC and their

11   program.

12        Q.   (BY MR. RIKLIN)  Do you agree with

13   Mr. Worrell that WAC is an artificially inflated

14   price?

15        A.   No.

16        Q.   Okay.  Mr. Prybeck, earlier you told us that

17   apparently at some point Sandoz stopped paying rebates

18   on noncontract sales to wholesalers, correct?

19                    MR. CARBERRY:  Object as to form.

20        A.   There had been -- always been, to my

21   knowledge, noncontract sales without rebates, but they

22   discontinued the programs that we referred to here

23   where they were paying rebates on these specific

24   customers, yes.

25        Q.   (BY MR. RIKLIN)  Okay.  Is one of the reasons

15cbde89-8a6e-4716-a0f4-c1409b3cc146

Frank Prybeck 2/20/09

Page 239

1    privilege.

2         A.   Could you repeat the question?

3         Q.   (BY MR. RIKLIN)  Yeah.  Was one of the

4    reasons that Sandoz stopped paying wholesalers rebates

5    on noncontract sales so that it would be able to show

6    the government that its WAC prices weren't fictitious?

7              MR. CARBERRY:  Same instruction.

8         A.   And the answer is we were not and I do not

9    consider the WAC prices to have been fictitious and

10   there were WAC prices in noncontract sales in

11   existence.  This was to ensure that we did not

12   continue to do that for business and legal reasons.

13        Q.   (BY MR. RIKLIN)  Okay.  So then your answer

14   is no, that was not one of the reasons that Sandoz

15   stopped paying wholesalers rebates on noncontract

16   sales so that it could show the government that its

17   WAC prices weren't fictitious?

18             MR. CARBERRY:  Objection as to form.

19             And I reiterate my instruction.  If you

20   can answer on the basis of information other than

21   communications with counsel you may do so.  Otherwise

22   I instruct you not to answer.

23        A.   I believe I did answer.  I'm not sure what

24   more specificity I can give you.

25        Q.   (BY MR. RIKLIN)  Well, it was a question that

VOHLKEN & ASSOCIATES

15cbde89-8a6e-4716-a0f4-c1409b3cc146