# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 04-CV-06054)<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00425)<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06231)<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00456)<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06242)<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00423)<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06204)<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06744)<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00354)<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00867)<br><br>*County of Cortland v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00881)<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 05-CV-06458) | Judge Patti B. Saris |

[Caption Continues on Next Page]

## DECLARATION OF CHRISTOPHER C. PALERMO IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO MYLAN INC., MYLAN PHARMACEUTICALS INC. AND UDL LABORATORIES, INC.

| | |
|---|---|
| *County of Essex County v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Fulton v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00519) | ) ) ) |
| *County of Genesee v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06206) | ) ) ) |
| *County of Greene v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00474) | ) ) |
| *County of Herkimer v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00415) | ) ) ) |
| *County of Jefferson v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00715) | ) ) |
| *County of Lewis v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00839) | ) ) ) |
| *County of Madison v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00714) | ) ) |
| *County of Monroe v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06148) | ) ) ) |
| *County of Nassau v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. 04-CV-5126) | ) ) |
| *County of Niagara v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06296) | ) ) ) |
| *County of Oneida v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00489) | ) ) |
| *County of Onondaga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00088) | ) ) ) |
| *County of Ontario v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06373) | ) ) |
| *County of Orange v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 07-CV-2777) | ) ) ) |
| *County of Orleans v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06371) | ) ) |
| *County of Putnam v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 05-CV-04740) | ) ) ) |
| *County of Rensselaer v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00422) | ) ) |
| *County of Rockland v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-7055) | ) ) |

| | |
|---|---|
| *County of Saratoga v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Schuyler v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Seneca v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of St. Lawrence v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Steuben v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Suffolk v. Abbott Laboratories, Inc., et al.* (E.D.N.Y. No. CV-03-229) | ) |
| *County of Tompkins v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Ulster v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 06-CV-0123) | ) |
| *County of Warren v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Washington v. Abbott Laboratories, Inc., et al.* (N.D.N.Y. No. 05-CV-00408) | ) |
| *County of Wayne v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Westchester v. Abbott Laboratories, Inc., et al.* (S.D.N.Y. No. 03-CV-6178) | ) |
| *County of Wyoming v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 03-CV-6379) | ) |
| and | ) |
| *County of Yates v. Abbott Laboratories, Inc., et al.* (W.D.N.Y. No. 05-CV-06172) | ) |

**CHRISTOPHER C. PALERMO**, declares, pursuant to 28 U.S.C. § 1746, that:

1.      I am a partner of the law firm of Kelley Drye & Warren LLP, national

counsel for Defendant Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan

Pharmaceuticals Inc. and UDL Laboratories Inc. (collectively "Mylan").  I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2.      I make this declaration in opposition to Plaintiffs' Motion for Partial Summary Judgment as to Mylan and in support of Mylan's Individual Local Rule 56.1 Statement in Opposition to Plaintiffs' Local Rule 56.1 Statement Applicable to Mylan.  I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's files with respect to this litigation, including my review of the documents annexed as exhibits hereto.

3.      Annexed hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Mylan's Designee, Brian Roman, taken on November 16, 2006.

4.      Annexed hereto as Exhibit B  is a true and correct copy of excerpts from the deposition of Harry A. Korman, taken on November 26, 2007.

5.      Annexed hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Mylan's Designee, David Workman, taken on June 26, 2008.

6.      Annexed hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Mylan's Designee, Brian Roman, taken on July 26, 2006.

7.      Annexed hereto as Exhibit E  is a true and correct copy of excerpts from the deposition of Sue Gaston, taken on March 19, 2008.

8.      Annexed hereto as Exhibit F is a true and correct copy of the rebate agreement entered into between Mylan Pharmaceuticals Inc. and the Secretary of Health and Human Services, dated February 11, 1991.

9.     Annexed hereto as Exhibit G is a true and correct copy of the rebate agreement entered into between UDL Laboratories, Inc. and the Secretary of Health and Human Services, dated February 11, 1991.

10.     Annexed hereto as Exhibit H is a true and correct copy of excerpts from the deposition of Mylan's designee, Brian Roman, taken on August 2, 2007.

11.     Annexed hereto as Exhibit I is a true and correct copy of excerpts from the deposition of Robert Cunard, taken on October 26, 2007.

12.     Annexed hereto as Exhibit J is a true and correct copy of excerpts from the deposition of Harry A. Korman, taken on March 25, 2009.

13.     Annexed hereto as Exhibit K is a true and correct copy of excerpts from the deposition of Mylan's designee, Harry A. Korman, dated November 26, 2007.

14.     Annexed hereto as Exhibit L is a true and correct copy of excerpts from the deposition of Stephen B. Krinke, taken on September 25, 2007.

15.     Annexed hereto as Exhibit M is a true and correct copy of excerpts from the deposition of David Workman, taken on September 26, 2007.

16.     Attached hereto as Exhibit N is a true and correct copy of documents bearing bates numbers NYCO-AWP-NYDOH-03883, NYCO-AWP-NYDOH-04346, and NYCO-AWP-NYDOH-04324-26.

17.     Annexed hereto as Exhibit O is a true and correct copy of excerpts from the of the deposition of David Workman, taken on June 26, 2008.

18.     Annexed hereto as Exhibit P is a true and correct copy of excerpts from the of the deposition of David Workman, taken on October 15, 2008.

19.     Attached hereto as Exhibit Q is a true and correct copy of Exhibit 2 to the deposition of Sue Gaston taken on March 19, 2008.

20.     Attached hereto as Exhibit R is a true and correct copy of Exhibit 5 to the deposition of Sue Gaston taken on March 19, 2008.

21.     Attached hereto as Exhibit S is a true and correct copy of Exhibit 6 to the deposition of Sue Gaston taken on March 19, 2008.

22.     Annexed hereto as Exhibit T is a true and correct copy of excerpts from the deposition of Robert Cunard, taken on October 30, 2008.

23.     Annexed hereto as Exhibit U is a true and correct copy of a document bearing the bates numbers CAMylan00197134-36.

24.     Annexed hereto as Exhibit V is a true and correct copy of excerpts from the deposition of Stephen B. Krinke, taken on June 11, 2008.

25.     Attached hereto as Exhibit W is a true and correct copy of Exhibit 25 to the deposition of Robert Cunard taken on October 30, 2008.

26.     Annexed hereto as Exhibit X is a true and correct copy of Mylan Pharmaceuticals Inc.'s supplemental rebate agreement with New York State Elderly Pharmaceutical Insurance Coverage Program, dated October 3, 1991.

27.     Annexed hereto as Exhibit Y is a true and correct copy of Mylan Pharmaceuticals Inc.'s Supplemental Rebate Agreement with the New York State Department of Social Services, dated October 2, 1991.

28.     Annexed hereto as Exhibit Z is a true and correct copy of excerpts from the deposition of Joseph Duda, taken on April 16, 2008.

29.     Annexed hereto as Exhibit AA is a true and correct copy of a document bearing bates numbers NYMylan00053292.

30.      Annexed hereto as Exhibit BB is a true and correct copy of a document bearing bates numbers NYMylan00053091-96.

31.     Annexed hereto as Exhibit CC is a true and correct copy of a document bearing bates numbers TXMylan02893475.

32.     Annexed hereto as Exhibit DD is a true and correct copy of excerpts from the deposition of Tony Mauro, taken on October 31, 2008.

33.     Annexed hereto as Exhibit EE is a true and correct copy of excerpts from the deposition of Robert Potter, taken on November 25, 2008.

34.     Annexed hereto as Exhibit FF is a true and correct copy of a report authored by the United States General Accounting Office, Report to Congressional Requesters, "DOD AND VA PHARMACY: Progress and Remaining Challenges in Jointly Buying and Mailing Out Drugs," May 2001, GAO-01-588.

**WHEREFORE**, Mylan Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. respectfully request that the motion be granted in its entirety for the reasons set forth in the FUL Defendants' Joint Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Defendants' Memorandum in Support of their Joint Motion for Summary Judgment on Plaintiffs' "FUL Fraud" Claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2009.

        /s Christopher C. Palermo
        Christopher C. Palermo

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Declaration of Christopher C. Palermo in Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Mylan Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 15, 2009 a copy to LexisNexis File & Serve for posting and notification to all parties.


                                        /s/ Sung W. Kim
                                        Sung W. Kim