# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3      ---------------------------x
 4      IN RE: PHARMACEUTICAL       :
 5      INDUSTRY AVERAGE            :
 6      WHOLESALE PRICE             : CIVIL ACTION NO.
 7      LITIGATION:                 :   01-12257-PBS
 8      _____ :
 9      THIS DOCUMENT RELATES TO:   :
10      The City of New York,       :
11      et al,                      :
12                  v               :
13      Abbott Laboratories,        :
14      et al.                      :
15      ---------------------------x
16                              Thursday, June 26, 2008
17
18          Videotape Deposition of David Workman a witness
19      herein, taken on behalf of the Plaintiffs in the
20      above-entitled cause of action pursuant to notice and
21      the Federal Rules of Civil Procedure by and before
22      Debra A. Volk, Professional Court Reporter and Notary
```

Page 2

1  Public within and for the State of West Virginia at the
2  offices of Streski Reporting and Video Service, WesMon
3  Center IV, 829 Fairmont Road, Suite 101, Morgantown,
4  West Virginia 26501, commencing at 4:06 p.m.

Page 3

1  APPEARANCES:
2      On behalf of the Plaintiff:
3      CHARLES BARNHILL, Esquire
4      Miner, Barnhill & Galland, PC,
5      44 East Mifflin Street, Suite 803,
6      Madison, Wisconsin 53703
7      Telephone: (608) 255-5200
8      Email: cbarnhill@lawmbg.com
9
10     On behalf of the New York Counties
11     in MDL 1456
12     MICHAEL WINGET-HERNANDEZ, Esquire
13     Winget-Hernandez, LLC
14     101 South College Street
15     Dripping Springs, Texas 78620
16     Telephone: (512) 858-4181
17
18     On behalf of the New York Counties
19     MATTHEW MEADOR, Esquire
20     Kirby McInerney, LLP, 825 Third Avenue,
21     New York, New York 10022
22     Telephone: (212) 371-6600

Page 4

1  APPEARANCES (Cont.):
2
3      On behalf of the Defendant:
4      WILLIAM A. ESCOBAR, Esquire
5      Kelley, Drye & Warren LLP
6      101 Park Avenue,
7      New York, New York 10178
8      Telephone: (212) 808-7800
9      Fax: (212) 808-7897
10     Email: wescobar@kelleydrye.com
11
12     On behalf of the Defendant Mylan Inc.:
13     ERIC C. NAFT, Esquire
14     Mylan Inc., 1500 Corporate Drive,
15     Canonsburg, Pennsylvania, 15317
16     Telephone: (724) 514-1846
17     Fax: (724) 514-1871
18
19
20
21  VIDEOGRAPHER: ZACH WILSON
22

Page 5

1              I N D E X
2  WITNESS                              PAGE
3  David Workman
4      Examination By Mr. Winget-Hernandez ... 8
5
6
7              E X H I B I T S
8                                       PAGE
9  Exhibit Mylan 001 Notice..........................9
10 Exhibit Mylan 002 Product List Corrections......22
11 Exhibit mylan 003 Product Listing Verification..29

Page 18
1  time at least Mylan has reported its AWP's and
2  WAC's to the various pricing compendium?
3  A.      Yes.
4  Q.      Can you say whether Mylan has
5  reported AWP and WAC to pricing compendia from
6  the first part of 1995 through the end of 2005?
7  A.      Yes.
8  Q.      And is it also clear either from your
9  -- well, whether or not it's clear your prior
10 testimony, can you tell me whether it's also true
11 that Mylan subscribed to the publications of at
12 least Red Book and First DataBank during that
13 same period?
14         MR. ESCOBAR:  Objection to the form,
15 they have so many different publications, I don't
16 know which ones you are referring to.
17         MR. WINGET-HERNANDEZ:  I'll be more
18 specific.
19 BY MR. WINGET-HERNANDEZ:
20 Q.      Is it clear to you that Mylan is
21 a subscriber to at least one Red Book publication
22 that's used in your department and has been

Page 19
1  between the first part of 1997 and the end of
2  2005?
3  A.      Yes.
4  Q.      Is that also true with respect to
5  First DataBank?
6  A.      We subscribe to Red Book and
7  PriceAlert. I believe PriceAlert is published by
8  First Databank.
9  Q.      Isn't it also true that you subscribe
10 to PriceAlert at least since the first part of
11 1997?
12 A.      Yes.
13 Q.      And as far as you know there's been
14 no break in your subscription?
15 A.      With the exception of PriceAlert, I
16 continue to receive Red Book, I have not -- I
17 have noticed an inconsistency of the arrival of
18 the PriceAlerts and I don't know if it's us
19 receiving it or just that publication getting to
20 me.
21 Q.      How recently have you noticed that?
22 A.      Within the past year.

Page 20
1  Q.      So this was not a problem through the
2  end of 2005, I take it?
3  A.      I don't recall.
4  Q.      In order that the record is clear you
5  do recall that you were a subscriber, your
6  department was a subscriber and a user of
7  PriceAlert --
8  A.      Yes.
9  Q.      -- from early 1997 through the end of
10 2005?
11 A.      Yes.
12 Q.      And that one of the objectives of
13 subscribing to these publications was so that you
14 could determine whether the pricing publications
15 were publishing the prices that you conveyed to
16 them for that purpose; isn't that true?
17 A.      One of the purposes, yes.
18 Q.      And you also testified that in
19 connection with your publication of prices to the
20 pricing compendia that those pricing compendium
21 would notify you which prices they had published
22 on your behalf and whether there was a disparity

Page 21
1  between what you had reported and what they were
2  publishing; isn't that also true?
3          MR. ESCOBAR:  Objection to the form.
4  A.      If there were any inconsistencies, we
5  would compare and update any necessary changes
6  that need to be made.
7  BY MR. WINGET-HERNANDEZ:
8  Q.      The objective there was to make sure
9  that the pricing compendia, including First
10 DataBank and Red Book were publishing the prices
11 that you intended them to publish; isn't that
12 true?
13 A.      Or to synchronize our systems with
14 what they had on record.
15 Q.      When there was a disparity between
16 what the pricing compendia were publishing and
17 what you had reported to the pricing compendia,
18 isn't it true that the synchronization occurred
19 on the publisher's end? In other words, that you
20 would correct for the publisher the price that
21 they were publishing and that they would change
22 it to what you had reported as a correction?

Page 22

1    MR. ESCOBAR: Objection to the form.
2  A.    I don't think that was always the
3  case. I think that Steve Krinke had conversations
4  with them to verify what was accurate and if
5  changes needed to be made on our end, that
6  occurred.
7  BY MR. WINGET-HERNANDEZ:
8  Q.    Do you recall any particular event in
9  which Mylan corrected the price that it had in
10 its database in order to reflect the price that
11 was being published on its behalf by one of the
12 pricing compendia?
13 A.    I don't recall specific instance but
14 I know that we have in the past corrected our
15 database to reflect what was published or what
16 was discussed with a pricing publication.
17 Q.    I'll show you what I've marked as
18 Mylan Exhibit 2; do you recognize this document?
19         * * *
20    (Whereupon, Exhibit Mylan 002 marked
21 for purposes of identification)
22         * * *

Page 23

1  A.    I do not.
2  BY MR. WINGET-HERNANDEZ:
3  Q.    Do you recognize the type of
4  document?
5  A.    No, I have not seen this type of
6  document before.
7  Q.    Do you understand by looking at the
8  document what the objective of the communication
9  is?
10    MR. ESCOBAR: Before he answers that
11 just let me note that this appears to be a UDL
12 document and at least looking at the first page,
13 I haven't had a chance to look at the whole
14 thing, it's another Mylan entity but it's not
15 encompassed within the notice.
16 A.    It does appear to be a UDL document.
17 I am becoming familiar with this document as I
18 scan through it.
19 BY MR. WINGET-HERNANDEZ:
20 Q.    Have you ever seen a document like
21 this before as you've sat here and looked at it
22 today?

Page 24

1  A.    No.
2  Q.    Do you understand that based on the
3  Bates number this document was a document that
4  was produced to us by Mylan?
5  A.    Yes.
6  Q.    And as your Counsel has acknowledged
7  UDL is a company that's within the Mylan family?
8  A.    Yes.
9  Q.    And in your office in pricing and
10 contracts do you handle UDL matters?
11 A.    No.
12 Q.    Do you know who Terri Factora is?
13 A.    No.
14 Q.    Would you set that aside? I know I
15 asked you set it aside but I do have a question
16 regarding it; can you tell by looking at it that
17 the point of this document is to verify or
18 correct for First DataBank the prices, excuse me,
19 for First DataBank the prices that First DataBank
20 is informing you that it's publishing on behalf
21 of UDL?
22    MR. ESCOBAR: Objection to the form.

Page 25

1  A.    I believe this document represents
2  prices that are loaded and that someone is
3  verifying or reviewing them for accuracy and
4  there's handwritten notes on the right hand
5  margin that either state okay or if a change is
6  different and there is some handwriting that
7  makes corrections to those or make notes around
8  those components contained in the document.
9  BY MR. WINGET-HERNANDEZ:
10 Q.    Is that to say that you agree with me
11 that the purpose of this document is to verify or
12 to correct the prices that First DataBank is
13 asserting that it will publish on behalf of UDL
14 Laboratories?
15    MR. ESCOBAR: Objection to the form.
16 A.    It does appear as if it's a
17 comparison and then a correction or a method of
18 correcting.
19 BY MR. WINGET-HERNANDEZ:
20 Q.    Is it your testimony that this sort
21 of document did not change hands between or was
22 not exchanged between Mylan and First DataBank

**Page 26**

1  during the period 1997 to 2005?
2  A.      I can't confirm that or deny that. I
3  have no knowledge of that.
4  Q.      Regardless of whether it was, I think
5  that you testified that in some measure either
6  you modified your prices to conform to what the
7  pricing compendia were publishing or you notified
8  the pricing compendia and they modified their
9  published prices to conform to yours in the event
10 of any discrepancy?
11         MR. ESCOBAR: Objection to the form.
12 A.      There was comparison but not in this
13 format. It was similar because it was just in a
14 spreadsheet.
15 BY MR. WINGET-HERNANDEZ:
16 Q.      And the same sorts of comparisons
17 were made, not just with respect to First
18 DataBank prices but also with respect to Red Book
19 prices; is that correct?
20         MR. ESCOBAR: Objection to the form.
21 A.      Yes.
22 BY MR. WINGET-HERNANDEZ:

**Page 27**

1  Q.      And in addition to First DataBank and
2  Red Book prices were Medispan prices also
3  corrected in a similar fashion?
4          MR. ESCOBAR: Objection to the form.
5  A.      I believe they were either compared
6  or corrected.
7  BY MR. WINGET-HERNANDEZ:
8  Q.      So then would you acknowledge that
9  any prices that appeared in the publishing
10 compendia for Mylan NDC's between 1997 and 2005
11 were either the prices that had been supplied by
12 Mylan or Mylan changed its prices in order to
13 comply, in order to comport with those published
14 prices?
15         MR. ESCOBAR: Objection to the form;
16 mischaracterizes the testimony.
17 A.      If in instances where there was,
18 where difference -- a determination would be made
19 on what was to be changed. It could have been the
20 fact that our systems were loaded inaccurately or
21 possibly they published an inaccurate price and
22 we had something different, that comparison

**Page 28**

1  occurred and possible resolutions were discussed
2  and then corrective matters or changes were
3  implemented.
4  BY MR. WINGET-HERNANDEZ:
5  Q.      The objective, of course being that
6  your prices and the pricing publications prices
7  for your, Mylan NDC's between 1997 and 2005
8  should be the same?
9          MR. ESCOBAR: Objection to the form.
10 A.      Yes.
11 BY MR. WINGET-HERNANDEZ:
12 Q.      And that would be true whether the
13 price that we were talking about was AWP or WAC;
14 correct?
15 A.      Yes.
16 Q.      And it's your testimony today that
17 Mylan doesn't have a direct price and therefore
18 did not publish a direct price?
19 A.      We do not submit a direct price. We
20 submit an AWP and a WAC and Red Book, for
21 instance, doesn't publish a WAC and that
22 synchronization may not have occurred unless

**Page 29**

1  there were communications between us and Red
2  Book.
3  Q.      Did you mean to say that Red Book
4  doesn't publish -- are you testifying that Red
5  Book doesn't publish a WAC?
6  A.      I don't believe they publish our WAC.
7  Q.      Have you directed Red Book not to
8  publish your WAC?
9  A.      I don't know.
10 Q.      I've just handed you what's been
11 marked as Mylan Exhibit 3.
12         * * *
13         (Whereupon, Exhibit Mylan 003 marked
14 for purposes of identification) ?
15         * * *
16 A.      When I said ours, I'm referring to
17 Mylan Pharmaceuticals.
18 BY MR. WINGET-HERNANDEZ:
19 Q.      Okay.
20         I'll represent to you for the sake of
21 time that Mylan Exhibit 3 is a similar product
22 listing verification form for Red Book to the one

Page 30

1  that we were just looking at for First DataBank;
2  do you notice across the top there that the
3  price, that the different price types that are
4  provided for verification purposes are AWP
5  direct, WAC and suggested retail price?
6  A.      Yes.
7  Q.      So you're not suggesting that WAC was
8  a price that Red Book didn't publish?
9          MR. ESCOBAR: Objection to the form
10 and I note again the UDL document you have here.
11         MR. WINGET-HERNANDEZ: Yeah, that's
12 fine.
13 A.      Yes, I am not claiming that Red Book
14 doesn't publish WAC's, however, I don't believe
15 they publish Mylan Pharmaceutical WAC's.
16 BY MR. WINGET-HERNANDEZ:
17 Q.      So do you know whether Red Book's
18 failure to publish Mylan WAC's is a function of
19 Mylan's direction?
20         MR. ESCOBAR: Objection to the form.
21 A.      I don't know.
22 BY MR. WINGET-HERNANDEZ:

Page 31

1  Q.      So as we sit here today you know that
2  Red Book doesn't publish WAC's for Mylan but you
3  don't know why; correct?
4  A.      That's correct.
5  Q.      Did you do anything in preparation
6  for this deposition in order to find out the
7  answer to that question?
8          MR. ESCOBAR: That's not a question
9  that's noticed, indicated --
10         MR. WINGET-HERNANDEZ: I object to
11 your remark. It's not an objection and it's not
12 in proper form and it's incorrect.
13         MR. ESCOBAR: Well, what's the --
14 can you tell me which of the topics it's covered
15 by -- encompassed by --
16         MR. WINGET-HERNANDEZ: I don't think
17 it's appropriate for you to be asking me that
18 question but I can suggest to you that it's my
19 opinion that the notice topics are reasonably
20 calculated to put you on notice that that's the
21 question that I might answer.
22         You can disagree with me if you like.

Page 32

1          MR. ESCOBAR: Well, I do disagree
2  with you because that's not encompassed in any of
3  these.
4  BY MR. WINGET-HERNANDEZ:
5  Q.      With respect to topic number 25 on
6  the notice which has been marked Mylan number
7  one, can you tell me how it is that Mylan
8  determines which prices to report to the pricing
9  compendia?
10         MR. ESCOBAR: Mr. Winget-Hernandez,
11 25 is not one of the topics that we had agreed to
12 produce a witness on.
13 BY MR. WINGET-HERNANDEZ:
14 Q.      Are you -- did you testify earlier
15 today that you were here to testify about topic
16 number 25?
17 A.      I don't think so.
18 Q.      I believe you did.
19         MR. ESCOBAR: Well, we did, just for
20 the record there were extensive discussions about
21 which topics of the 34 that you listed the
22 witness would be testifying about, and my

Page 33

1  recollection is that it was 22, 23, 24, 26, 27
2  were the topics in that section.
3          MR. WINGET-HERNANDEZ: I stand
4  corrected.
5  BY MR. WINGET-HERNANDEZ:
6  Q.      Who at Mylan determined whether to
7  report WAC price to Red Book? That's topic number
8  24.
9  A.      We do submit WAC prices to Red Book.
10 Q.      So you submit the WAC price to Red
11 Book but Red Book doesn't publish it?
12 A.      Yes.
13 Q.      And you don't know whether Red Book
14 doesn't publish it because you've asked them not
15 to publish it or whether they simply declined to
16 publish it in spite of the fact that they have it
17 in their possession --
18         MR. ESCOBAR: Objection to the form.
19 BY MR. WINGET-HERNANDEZ:
20 Q.      -- is that correct?
21 A.      I do not know why they do not publish
22 it.