# EXHIBIT J

Harry Adam Korman, 3-25-09

Page 1

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC., | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| SANDOZ, INC. f/k/a GENEVA | ) |
| PHARMACEUTICALS, INC., | ) |
| NOVARTIS PHARMACEUTICAL | ) |
| CORP., NOVARTIS AG, EON | ) |
| LABS, APOTHECON, INC., | ) |
| | ) |
| MYLAN PHARMACEUTICALS, INC., | ) |
| MYLAN LABORATORIES, INC., | ) |
| UDL LABORATORIES, INC. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., f/k/a LEMMON | ) |
| PHARMACEUTICALS, INC., | ) |
| COPLEY PHARMACEUTICALS, | ) |
| INC., IVAX PHARMACEUTICALS, | ) |
| INC., SICOR PHARMACEUTICALS, | ) |
| INC., TEVA NOVOPHARM, INC., | ) |
| and TEVA PHARMACEUTICAL | ) |
| INDUSTRIES, LTD. | ) |
|      Defendants. | ) 201ST JUDICIAL DISTRICT |

*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

HARRY ADAM KORMAN

MARCH 25TH, 2009

*******************************************************

Harry Adam Korman, 3-25-09

**Page 2**

```
 1          UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
 2
 3   IN RE:  PHARMACEUTICAL        )
     INDUSTRY AVERAGE WHOLESALE    ) MDL No. 1456
     PRICE LITIGATION              ) Master File No.
 4                                 )   01-12257-PBS
                                   )
 5   THIS DOCUMENT RELATES TO:     )
                                   ) Judge Patti B. Saris
 6   State of California, ex rel. )
     Ven-A-Care v. Abbott          ) Magistrate
 7   Laboratories, Inc.,et al.    ) Judge Marianne Bowler
     Cause No. 03-cv-11226-PBS    )
 8
 9   ************************************************
10          UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
11
     IN RE:  PHARMACEUTICAL        )
12   INDUSTRY AVERAGE WHOLESALE    ) MDL No. 1456
     PRICE LITIGATION              ) Civil Action No.
13                                 )   01-CV-12257-PBS
                                   )
14   THIS DOCUMENT RELATES TO:     )
                                   ) Judge Patti B. Saris
15   State of Iowa v. Abbott       )
     Laboratories, et al., S.D.   )
16   Iowa Case No. 07-CV-00461    )
17   ************************************************
18          UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
19
     IN RE:  PHARMACEUTICAL        )
20   INDUSTRY AVERAGE WHOLESALE    ) MDL No. 1456
     PRICE LITIGATION              ) Master File No.
21                                 )   01-CV-12257-PBS
                                   ) Subcategory No.
22   THIS DOCUMENT RELATES TO:     )   03-10643
                                   )
23   City of New York, et al., v. ) Judge Patti B. Saris
     Abbott Laboratories, et al., )
24   Civil Action No. 04-cv-06054,)
     et al.                        )
25
```

**Page 4**

```
 1           IN THE CIRCUIT COURT OF THE
             SECOND JUDICIAL CIRCUIT, IN AND
 2             FOR LEON COUNTY, FLORIDA
 3
     STATE OF FLORIDA
 4
     ex rel.
 5
     VEN-A-CARE OF THE FLORIDA
 6   KEYS, INC. A Florida
     Corporation, by and through
 7   its principal officers and
     directors, ZACHARY T. BENTLEY
 8   and T. MARK JONES,
               Plaintiffs,
 9
10   VS.               CASE NO. 1998.CA.3032G
11   MYLAN LABORATORIES INC.;
     MYLAN PHARMACEUTICALS INC.;
11   NOVOPHARM, LTD.; SCHEIN
12   PHARMACEUTICAL, INC.; TEVA
     PHARMACEUTICAL INDUSTRIES,
13   LTD.; TEVA PHARMACEUTICAL
     USA; and WATSON
14   PHARMACEUTICALS, INC.,
               Defendants.
15
16
17   ************************************************
18     IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
                STATE OF HAWAII
19
20   STATE OF HAWAII,           )
            Plaintiff,          )
21                              )
     VS.                        ) Civil No. 06-1-0720-04 EEH
22                              ) (Complex Litigation)
     ABBOTT LABORATORIES,       )
23   INC., et al.,              )
            Defendants.         )
24
25
```

**Page 3**

```
 1   IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
 2
                      Master Docket No.
 3                       CV-2005-219
 4   In the Matter of:
     ALABAMA MEDICAID PHARMACEUTICAL
     AVERAGE WHOLESALE PRICE LITIGATION
 5
 6   This Document Relates To:
 7   State of Alabama v. Mylan Laboratories, Inc.
     No. 2005-219.50
 8
     State of Alabama v. Mylan Pharmaceuticals, Inc.
 9   No. 2005-219.51
10   State of Alabama v. UDL Laboratories, Inc.
     No. 2005-219.72
11
12   ************************************************
13
       IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
14         THIRD JUDICIAL DISTRICT AT ANCHORAGE
15
16   STATE OF ALASKA,        )
            Plaintiff,       )
                             )
17   VS.                     ) Case No. 3AN-06-12026 CL
18   ALPHARMA BRANDED PRODUCTS )
19   DIVISION, INC., et al., )
            Defendants.      )
20
21   ************************************************
22
23
24
25
```

**Page 5**

```
 1   IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
             CIVIL COURT DEPARTMENT
 2
     In the Matter of:               )
 3                                   )
     KANSAS MEDICAID PHARMACEUTICAL  ) MASTER DOCKET NO.
 4   AVERAGE WHOLESALE PRICE LITIGATION ) 2008MV0668
 5   This Document Relates to:       ) DIVISION 7
 6                                   )
     ALL ACTIONS                     )
 7
 8   ************************************************
       IN THE CHANCERY COURT OF HINDS COUNTY MISSISSIPPI
 9           FIRST JUDICIAL DISTRICT
10   STATE OF MISSISSIPPI,      )
11        Plaintiff,            )
                                )
12   VS.                        ) CAUSE NO. G2005-2021
                                )
13   ABBOTT LABORATORIES, INC., )
     et al.,                    )
14        Defendants.           )
15
16   ************************************************
17   STATE OF SOUTH CAROLINA  IN THE COURT OF COMMON PLEAS
18   COUNTY OF RICHLAND       FOR THE FIFTH JUDICIAL CIRCUIT
19   In re: South Carolina     ) Master Case No.
     Pharmaceutical Pricing    ) 2006-CP-40-4394
20   Litigation                )
                               ) The Honorable
21   This document relates to: ) J. Cordell Maddox, Jr.
                               )
22   MYLAN LABORATORIES, INC.  )
23   Civil Action No. 07-CP-40-0282)
     Civil Action No. 07-CP-40-0283)
24
25   ************************************************
```

Harry Adam Korman, 3-25-09

---

**Page 6**

```
 1          IN THE THIRD JUDICIAL DISTRICT COURT OF
                       SALT LAKE COUNTY
 2
                         STATE OF UTAH
 3
         THE STATE OF UTAH,              )
 4              Plaintiff,               )
                                         )
 5         Vs.                           ) Civil Action No.
                                         ) 070915690
 6       ACTAVIS US, INC.;               )
         BARR LABORATORIES, INC.;        )
 7       ENDO PHARMACEUTICALS, INC.;     )
         ETHEX CORPORATION;              )
 8       MYLAN PHARMACEUTICAL, INC.;     )
         PAR PHARMACEUTICAL, INC.;       )
 9       RANBAXY PHARMACEUTICALS, INC.;  )
         SANDOZ, INC.;                   )
10       TEVA PHARMACEUTICALS USA, INC.; )
         AND                             )
11       WATSON PHARMACEUTICALS, INC.;   )
                  Defendants.            )
12
13
14       ORAL AND VIDEOTAPED DEPOSITION OF HARRY ADAM KORMAN,
15       produced as a witness at the instance of the
16       Plaintiffs and duly sworn, was taken in the
17       above-styled and numbered cause on the 25th of March,
18       2009, from 1:00 p.m. to 5:49 p.m. before
19       DEBRA L. McGREW, CSR in and for the State of Texas,
20       reported by machine shorthand, at the Lakeview Golf
21       Resort and Spa, One Lakeview Drive, Morgantown,
22       West Virginia, pursuant to the Texas Rules of Civil
23       Procedure and the provisions attached previously.
24
25
```

---

**Page 7**

```
 1                  A P P E A R A N C E S
 2
       FOR THE PLAINTIFF THE STATE OF TEXAS:
 3
              Mr. Archie Carl Pierce
 4            Wright & Greenhill, P.C.
              221 West 6th Street, Suite 1800
 5            Austin, Texas  78701-3495
              Telephone:  (512) 476-4600
 6
       FOR THE RELATOR, VEN-A-CARE OF THE FLORIDA KEYS FOR
 7     THE TEXAS AND FLORIDA CASES:
 8            Mr. Glenn W. MacTaggart
              Prichard Hawkins McFarland & Young
 9            Union Square, Suite 600
              10101 Reunion Place
10            San Antonio, Texas  78216
              Telephone:  (210) 477-7419
11
       FOR THE PLAINTIFF THE STATE OF ALABAMA:
12
              Mr. Roger L. Bates
13            Hand Arendall, LLC
              1200 Park Place Tower
14            2001 Park Place North
              Birmingham, Alabama  35203
15            Telephone:  (205) 324-4400
16     FOR THE STATES OF ALASKA, HAWAII, KANSAS, MISSISSIPPI,
       SOUTH CAROLINA AND UTAH:
17
              Mr. H. Clay Barnett, III
18            Beasley, Allen, Crow, Methvin, Portis &
              Miles, P.C.
19            P.O. Box 4160
              Montgomery, Alabama  36103
20            Telephone:  (800) 898-2034
21     FOR THE PLAINTIFF THE STATE OF CALIFORNIA:
22            Mr. Eliseo Sisneros
              Deputy Attorney General
23            Bureau of Medi-Cal Fraud & Elder Abuse
              State of California Department of Justice
24            110 West A Street #1100
              San Diego, California  92101
25            Telephone:  (619) 688-60431
```

---

**Page 8**

```
 1     FOR THE PLAINTIFF THE STATE OF FLORIDA:
 2            Ms. Gretchen H. Wallace (by telephone)
              Assistant Attorney General
 3            Complex Civil Enforcement Bureau
              Medicaid Fraud Control Unit
 4            Office of the Attorney General
              State of Florida
 5            PL-01 The Capitol
              Tallahassee, Florida  32399-1050
 6            Telephone:  (850) 414-3600
 7
       FOR THE PLAINTIFFS THE CITY OF NEW YORK AND NEW YORK
 8     COUNTIES EXCEPT NASSAU AND ORANGE COUNTIES AND THE
       STATE OF IOWA:
 9
              Mr. James P. Carroll, Jr.
10            Kirby McInerney LLP
              101 College Street
11            Dripping Springs, Texas  78620
              Telephone:  (512) 858-1800
12
13     FOR THE DEFENDANT MYLAN:
14            Mr. William A. Escobar
              Kelley Drye & Warren LLP
15            101 Park Avenue
              New York, New York  10178
16            Telephone:  (212) 808-7771
17
       ALSO PRESENT:
18
              Mr. Erik C. Naft,
19                  Associate Litigation Counsel, Mylan Inc.
              Mr. Greg Diefenbaugh, Videographer
20
21
                            *-*-*-*-*
22
23
24
25
```

---

**Page 9**

```
 1                        INDEX
 2     Appearances.....................................    7
 3     HARRY ADAM KORMAN
 4          Examination by Mr. Pierce...............   11
            Examination by Mr. Escobar.............  151
 5          Examination by Mr. Pierce..............  163
            Examination by Mr. Sisneros...........  177
 6     Signature and Changes.........................  193
       Reporter's Certificate........................  195
 7
 8
                        EXHIBITS
 9
10     NO.  DESCRIPTION                            PAGE
11      1   ...........................................   41
            Glossary
12      2   ...........................................   42
            Memo, 6-18-99, Subject "AWP Revisions"
13      3   ...........................................   51
            Memo, 7-8-99, Subject "Additional AWP
14          Revisions"
        4   ...........................................   59
15          Memo, 2-20-01, Subject "Mylan Price
            Increases"
16      5   ...........................................   61
            "Clozapine and the Retail Pharmacy"
17      6   ...........................................   67
            "Clozapine and the Retail Pharmacy"
18      7   ...........................................   70
            Memo, 9-21-99, Subject "Clozapine GPO Launch"
19      8   ...........................................   71
            Memo, 12-16-99, Subject "Marketing Meeting
20          Minutes 12/13/99"
        9   ...........................................   79
21          Memo, 1-24-98, Subject "Medicaid
            Notification - AWP and WAC Price Increases"
22     10   ...........................................   83
            "New Product Pricing, Product: Terazosin"
23     11   ...........................................   91
            "New Product Plan Summary" - Redacted
24     12   ...........................................   96
            Memo, 1-10-00, Subject "New Product
25          Planning"
```

Harry Adam Korman, 3-25-09

| | 13 | ................................................. | 102 |
|---|---|---|---|
| | | Memo, 3-14-00, Subject | |
| | | "Nifedipine ER Reimbursement Comparison" | |
| | 14 | ................................................. | 104 |
| | | Memo, 4-27-00, Subject "Nifedipine ER-XL" | |
| | 15 | ................................................. | 104 |
| | | "Nifedipine ER Tablets (Compare to | |
| | | Procardia XL), Mylan National Account | |
| | | Managers Meeting May 4-5, 2000" | |
| | 16 | ................................................. | 113 |
| | | Memo, 9-18-00, Subject "CVS bisoprolol | |
| | | fumarate" | |
| | 17 | ................................................. | 114 |
| | | Letter, Cunard to Marshall, Regarding | |
| | | Bisoprolol Fumarate/HCTZ | |
| | 18 | ................................................. | 115 |
| | | Memo, 10-3-00, Subject "Bisoprolol HCTZ" | |
| | 19 | ................................................. | 116 |
| | | Memo, 10-17-00, Subject "Texas Medicaid" | |
| | 20 | ................................................. | 121 |
| | | Request for Addition/Deletion/Change, 10-3-00, | |
| | | Eckerd Drug Company | |
| | 21 | ................................................. | 129 |
| | | Memo, Cunard to Moldin, Subject "Top 20 | |
| | | Products WAC vs. Contract 5-19-00.xls" | |
| | 22 | ................................................. | 135 |
| | | "Price Comparison Sheet - 7-01-05" | |
| | 23 | ................................................. | 140 |
| | | "AWP WAC List as of 7-22-05" | |
| | 24 | ................................................. | 143 |
| | | "Price Comparison Sheet 1-1-03" | |
| | 25 | ................................................. | 145 |
| | | Fax Cover Page, Morris to Rodriguez, | |
| | | Regarding WAC Price Changes Effective 2-19-03 | |
| | 26 | ................................................. | 145 |
| | | Fax Cover Page, Morris to Rodriguez, | |
| | | Regarding AWP Price Changes Effective 2-19-03 | |
| | 27 | ................................................. | 177 |
| | | "Price Meeting 02 December 97" | |
| | 28 | ................................................. | 177 |
| | | Memo, 1-23-98, Subject "Reimbursement | |
| | | Examples - Medicaid" | |
| | 29 | ................................................. | 177 |
| | | "AWP Spreadsheet" | |
| | 30 | ................................................. | 177 |
| | | Memo, 7-20-99, Regarding Declining | |
| | | Third-Party Reimbursement | |

Page 10

1    THE VIDEOGRAPHER:  The time is

2  1:00 o'clock, and we're now on the record.

3    Would the court reporter please swear in

4  the witness.

5    HARRY ADAM KORMAN,

6  having been first duly sworn, testified as follows:

7    EXAMINATION

8  BY MR. PIERCE:

9    Q.  Mr. Korman, will you give us your full name

10  for the record, sir.

11    A.  My name is Harry Adam Korman.

12    Q.  And I understand you go by "Hal."

13    A.  I do.

14    Q.  We're going to see some documents referencing

15  Hal Korman from Mylan, and that's going to be you,

16  correct?

17    A.  That would be me, correct.

18    Q.  Mr. Korman, my name is Carl Pierce.  I'm one

19  of the lawyers that represents the State of Texas with

20  regards to the lawsuit the State has filed against

21  Mylan and UDL Laboratories, the subsidiary of Mylan,

22  for restitution and penalties alleging Mylan and its

23  subsidiary committed one or more unlawful acts in

24  violation of the Texas Medicaid Fraud Prevention Act.

25    Do you understand who I am and who I

Page 11

1  represent?

2    A.  I do.

3    Q.  Mr. Korman, I understand you have given a

4  deposition before so you know the process.

5    A.  I have given depositions before.

6    Q.  All right.  First of all, let me ask you some

7  background questions, please, sir.

8    I understand you have a marketing degree

9  from the University of Wisconsin.  Is that correct?

10    A.  I have a marketing and distributive education

11  degree from the University of Wisconsin, Menomonie

12  campus.

13    Q.  And what year did you receive that degree?

14    A.  1980, I believe, is correct.

15    Q.  All right, sir.  I understand, if I'm

16  correct, that your first entry into the pharmaceutical

17  industry was selling drugs for Bertek.  Am I correct

18  about that?

19    A.  That is not correct.

20    Q.  What -- what was your first entry into the

21  pharmaceutical industry?

22    A.  My first position with -- was -- was with a

23  company called Berlex Laboratories.

24    Q.  What did you do for them?

25    A.  I was a sales representative in Wisconsin.

Page 12

1    Q.  So what kind of drugs?

2    A.  We had a number of different therapeutic

3  categories.  It was a brand name company.

4    Q.  Very good.  Approximately what period of time

5  did you do that, sir?

6    A.  1981, I believe, is the starting date.  I may

7  be off a year there.  And I was employed till 19 -- I

8  believe 1988 with Berlex.

9    Q.  All right.  Did you ever work for Bertek?

10  Did I get the name wrong?  Is it Berlex that you

11  worked for?

12    A.  I never worked for Bertek.  I did --

13    Q.  Okay.

14    A.  It was Berlex Laboratories.

15    Q.  And would you spell that for the record, make

16  sure I get it correct this time?

17    A.  Sure.  B-E-R-L-E-X.

18    Q.  And that was for about eight years?

19    A.  Approximately.

20    Q.  Then I understand you went to Unit Dose

21  Laboratories.  Am I correct about that?

22    A.  We were called UDL Laboratories.

23    Q.  And back then was UDL owned or controlled by

24  Mylan Pharmaceuticals or any of its entities?

25    A.  At the time I went to work for them, no.

Page 13

4  (Pages 10 to 13)

Harry Adam Korman, 3-25-09

| | |
|---|---|
| 1   back and question Mr. Korman. | 1   believe it's 1964. |
| 2      MR. SISNEROS: And once that time runs | 2     Q. And you described earlier in response to |
| 3   up, the reservation you made and the reservation that | 3   questions by Mr. Pierce that today Mylan is a large, |
| 4   Texas is now making, if there is -- if there is some | 4   global generic company and -- and you indicated some |
| 5   time left, California will start but not be able to | 5   acquisitions that have been made that has -- where |
| 6   conclude. We would reserve to ask any additional | 6   Mylan has grown to now sell drugs around the world. |
| 7   questions. | 7      Do you recall generally that testimony? |
| 8      MR. ESCOBAR: I'm not -- see, that's | 8     A. Yes. I recall that we discussed Mylan being |
| 9   what I won't agree with. You've all cross-noticed | 9   the number three global supplier today. |
| 10   this deposition. If you have any questions within | 10     Q. And in terms of company -- generic companies |
| 11   this time frame, you can ask them now. All I ask is | 11   that are American -- U.S.-based, American generic |
| 12   that I be given about 15 minutes. And then if you | 12   companies, where does Mylan rank? |
| 13   want to ask questions, you have to build it into that | 13     A. Mylan is the largest U.S.-based generic |
| 14   time. | 14   pharmaceutical company in the U.S. |
| 15      So my only question, again, is does | 15     Q. Okay. And other than -- where -- where |
| 16   anybody want to ask any questions right now? | 16   are -- in the U.S., where is Mylan Pharmaceuticals' |
| 17      MR. PIERCE: I'm not -- on behalf of | 17   primary manufacturing facility? |
| 18   Texas, I'm not giving up my 40 minutes that the court | 18     A. Our primary manufacturing facility is here in |
| 19   has allotted me. | 19   Morgantown, West Virginia. |
| 20      MR. ESCOBAR: Okay. So -- | 20     Q. And UDL was another company that was |
| 21      MR. PIERCE: What's left. | 21   mentioned, and that's a company that you were working |
| 22      MR. ESCOBAR: Okay. That's fine. That | 22   for that was subsequently acquired by Mylan sometime, |
| 23   answers the -- | 23   I think, in '96, correct? |
| 24      MR. MacTAGGART: The relator reserves | 24     A. Correct. |
| 25   the right to ask questions as well. | 25     Q. And UDL -- where did UDL grow up as a |

Page 150                    Page 152

| | |
|---|---|
| 1      MR. ESCOBAR: That answers the question, | 1   company? |
| 2   then. We'll move on. | 2     A. UDL was started in, I believe, 1980 in |
| 3      So do you have any -- I have about | 3   Rockford, Illinois. |
| 4   15 minutes or so. Do you have any further | 4     Q. And I don't think Mr. Pierce asked you that, |
| 5   questions -- | 5   so can you just tell us generally what the business of |
| 6      MR. PIERCE: No. | 6   UDL is? |
| 7      MR. ESCOBAR: -- from Texas? | 7     A. Sure. UDL primarily is a repackager of |
| 8      MR. PIERCE: I'm reserving the remainder | 8   pharmaceuticals from a number of different |
| 9   of the time. | 9   manufacturers and puts them into a blister pack, which |
| 10      MR. ESCOBAR: Okay. | 10   is called unit dose, and that's used to deliver |
| 11      THE WITNESS: This one seems to have two | 11   medication in hospitals around the U.S. |
| 12   stickers on it, just for -- I don't know even who gets | 12     Q. Now, in the course of the questioning there |
| 13   to keep these, but just for accuracy. | 13   -- there was reference to generic and to brand |
| 14          EXAMINATION | 14   companies and generic and brand products. |
| 15   BY MR. ESCOBAR: | 15      Can you just tell the ladies and |
| 16     Q. Okay. Mr. Korman, first let me ask you where | 16   gentlemen of the jury: Is Mylan's business primarily |
| 17   are we being -- where are you being deposed today? | 17   to manufacture and sell generic pharmaceutical |
| 18   Where is this deposition taking place? | 18   products? |
| 19     A. At the Lakeview Resort in Morgantown, | 19     A. That -- that is Mylan's -- the vast majority |
| 20   West Virginia. | 20   of all of Mylan's sales are generic pharmaceuticals. |
| 21     Q. And here in Morgantown, West Virginia, is | 21     Q. And is that -- how would you characterize in |
| 22   that the place where Mylan has grown up as a company? | 22   terms of the level of competition that exists in the |
| 23     A. Primarily this has been, with -- with a few | 23   business that Mylan is in? |
| 24   exceptions for the first year or two, this has been | 24     A. I think we go on record publicly quite often |
| 25   the home of Mylan Pharmaceuticals since 19 -- I | 25   that we are in one of the most hypercompetitive |

Page 151                    Page 153

39 (Pages 150 to 153)

Harry Adam Korman, 3-25-09

```
 1    marketplaces that -- that are out in the business
 2    community.
 3         Q.    And what does that mean from a day-to-day
 4    basis in terms of competition and from your standpoint
 5    in how the business runs on a day-to-day basis?
 6         A.    It -- it means that, you know, we -- we
 7    continue to have a large number of competitors from
 8    around the world and that the pricing on our products
 9    is ever changing.  In most cases, from a Mylan
10    perspective of what Mylan makes, is those prices are
11    declining and in -- in a downward trend.
12         Q.    And why is it that, as a general proposition,
13    generic prices over a period of time decline?
14         A.    You know, I think it really kind of hits
15    twofold.  You know, generic utilization is often
16    predicated on -- on having prices lower than the brand
17    name companies, and it's driven down because, you
18    know, vast number of competitors go to our customers
19    and everyone is bidding for the same product and --
20    and, quite frankly, that can happen on a daily basis
21    and quite often does.
22         Q.    When -- when you talk about a generic
23    pharmaceutical product that's competing with a brand
24    pharmaceutical product, is there any difference in
25    terms of the quality?
```

Page 154

```
 1         A.    No.  The -- the FDA recognizes generics and
 2    branded products, and it was really driven by
 3    Hatch-Waxman legislation to be bioequivalent between
 4    both the brand or the generic products.  So they are
 5    interchangeable, assuming they have what is called an
 6    AB rating.
 7         Q.    And in the -- now, you've been -- you've
 8    described your career and you've been working in the
 9    generic industry for -- for quite a while.
10               From your -- your standpoint and
11    observing the growth of generics, has -- have -- has
12    the amount of generic utilization grown over the last
13    10, 15 years?
14         A.    It's been explosive growth.  And, in fact,
15    when we look at it in the -- in the marketplace today,
16    almost 70 percent of the drugs that Americans are
17    taking are generic and they represent only 20 percent
18    of the brand prices.
19         Q.    And in the course of those -- that period of
20    time, 10 to 15 years, has the government that runs
21    some of the programs that were being discussed here,
22    the federal government and -- and other entities,
23    encouraged substitution, that is, moving from brand --
24    brand drugs to generics?
25         A.    Absolutely.  I think, you know, the drive to
```

Page 155

```
 1    lower health care in America has been a critical
 2    component.  I think it's been recognized the U.S.
 3    leads the world in generic substitution, and primarily
 4    I believe that's because it has created a win-win-win
 5    proposition.  It's providing quality medications for
 6    the consumer.  It is providing lower health care costs
 7    for the payor, and it's allowing generic or -- or
 8    manufacturers to be productive contributors within the
 9    process as it takes place.
10         Q.    And has the -- the existence and the presence
11    and growth of generic products, has that helped to --
12    to lower the amount that programs such as Medicaid pay
13    for prescription drugs?
14         A.    I -- I -- I think that's -- that's an -- easy
15    to state as an absolute fact, that without generics
16    the cost of pharmaceuticals would be substantially
17    higher than they are today.
18         Q.    And as a result of the generic presence
19    besides price, from your standpoint in observing the
20    industry, has the presence of generic companies like
21    Mylan also made more drugs available to more people?
22               MR. BATES:  Objection, form.
23               MR. ESCOBAR:  You can answer.
24               THE WITNESS:  Absolutely.  I believe
25    we -- we look today -- particularly in the economic
```

Page 156

```
 1    environment that's happening, we hear about people not
 2    taking their medications, and we see programs out
 3    there that are making medications available to
 4    patients, primarily generic medications, a company
 5    such as Wal-Mart for four dollars for a 30-day
 6    prescription of their medication.
 7         Q.    (BY MR. ESCOBAR)  Now, in the course of the
 8    testimony today, Mr. Pierce spent some time taking you
 9    through a series of documents, and I believe he marked
10    about 26 or so exhibits.  And in a number of them
11    there were references to the AWP and the WAC that
12    Mylan has for -- for its products.
13               Within the Medicaid program, which is
14    the subject of the case here -- within the Medicaid
15    program is there a price that Mylan is required to
16    report to the Medicaid program?
17               MR. BATES:  Object to the form.
18               THE WITNESS:  Yes.  On a -- on -- on a
19    regular basis there's a calculation that's called AMP,
20    which is average manufacturer's price, which is a
21    reflection of pricing that we put in the market
22    excluding all discounts, promotions that are given to
23    get to -- to our -- our average manufacturer price,
24    and we are required to submit that documentation on a
25    quarterly basis to Medicaid.
```

Page 157

40  (Pages 154 to 157)

Harry Adam Korman, 3-25-09

| | |
|---|---|
| 1   Q.   (BY MR. ESCOBAR)  And from your understanding | 1   THE REPORTER:  Yes. |
| 2   of it, does that mean that Medicaid receives, on an | 2   MR. PIERCE:  -- that we agree one |
| 3   NDC by NDC number, an AMP for a particular quarter for | 3   objection is sufficient? |
| 4   the drug based on transactions that have happened in | 4   (The requested portion was read). |
| 5   the past quarter? | 5   THE WITNESS:  I'm still not -- |
| 6   MR. BATES:  Object to the form. | 6   Q.   (BY MR. ESCOBAR)  Let me rephrase it.  Sure. |
| 7   THE WITNESS:  Yes.  It's my | 7   Let me rephrase it. |
| 8   understanding that is a retrospect because we have | 8   Do you know whether Mylan pays rebates |
| 9   such a dynamic business.  It is required to look at | 9   to the federal government -- to the Medicaid program |
| 10   a -- a period of time and capture all discounts that | 10   in each of the states? |
| 11   are provided to it and apply them appropriately by -- | 11   A.   Yes, I believe we pay a Medicaid rebate in |
| 12   by what has been outlined back to the government. | 12   each of the states. |
| 13   Q.   (BY MR. ESCOBAR)  And is -- unlike AMP, which | 13   Q.   Okay.  You mentioned -- you mentioned that |
| 14   reflects the discounts that you've described, AMP and | 14   with respect to Texas -- I think in answer to one of |
| 15   WAC, are those set at a point before you have all the | 15   Mr. Pierce's questions, you mentioned that you seem to |
| 16   discounts? | 16   have some recollection of a call from somebody or a |
| 17   MR. BATES:  Object to the form. | 17   conversation that you had with somebody in Texas. |
| 18   MR. BARNETT:  Object to the form. | 18   What do you recall about that? |
| 19   MR. MacTAGGART:  Objection -- | 19   A.   I do get a -- recall getting a -- a -- a |
| 20   MR. PIERCE:  Same here.  Objection, | 20   letter, I believe it was originally, from the State of |
| 21   leading. | 21   Texas, and there was some indication that if we didn't |
| 22   THE WITNESS:  Traditionally we -- we set | 22   reply or respond that our products would no longer be |
| 23   an AMP and a WAC at the time of introduction of our | 23   reimbursed in the State of Texas. |
| 24   particular products, and we don't know what will | 24   I picked up the telephone and called the |
| 25   happen with regards to that pricing within the | 25   individual in the letter, and I don't recall that |
| Page 158 | Page 160 |

| | |
|---|---|
| 1   marketplace other than really recognizing that | 1   person's name.  And, you know, the first -- kind of |
| 2   traditionally you have had to have a minimum of a | 2   the first response back was surprise.  They had told |
| 3   discount of 10.1 percent to have your product | 3   me that, you know, either I was the first or one of |
| 4   designated as a generic or it's been excluded from | 4   only two people of all the letters they had sent out |
| 5   being reimbursed by -- by most of the payors. | 5   who -- who actually made a phone call back to this |
| 6   Q.   (BY MR. ESCOBAR)  Now, does -- as part of the | 6   individual. |
| 7   Medicaid program, besides providing the AMP | 7   And I recall the individual telling me |
| 8   information that you described, does Mylan also pay | 8   they had been in the industry for quite a number of |
| 9   rebates to the states for the states reimbursing | 9   years, and there was a question and I believe it was |
| 10   pharmacists on dispensing Mylan drugs? | 10   about WAC.  And the question that came to me was |
| 11   MR. BATES:  Object to the form. | 11   something, "Well, okay" -- you know, it was something |
| 12   MR. BARNETT:  Objection, form. | 12   on the WACs.  And they said, "I know that's not what |
| 13   MR. CARROLL:  Object to the form. | 13   everybody pays." |
| 14   THE WITNESS:  And I'm going to ask if | 14   After the call I had contacted our legal |
| 15   you can reread the question to me. | 15   department and made note that I had had a conversation |
| 16   MR. BARNETT:  Can we just agree that an | 16   with the State of Texas. |
| 17   objection by one is an objection by all, though? | 17   Q.   Okay.  Anything else you recall about the |
| 18   MR. ESCOBAR:  Yes.  That's fine with me. | 18   conversation with the State of Texas? |
| 19   MR. PIERCE:  Okay. | 19   A.   No.  That was primarily the -- the only |
| 20   THE REPORTER:  And I want to make sure I | 20   portion of the conversation. |
| 21   got it.  That was Mr. Bates, then Mr. Barnett and then | 21   Q.   Now, in the -- in the course of his |
| 22   Mr. Carroll making the objections, in that order? | 22   questioning, Mr. Pierce was asking you about -- he |
| 23   Okay. | 23   showed you a number of documents with pricing with |
| 24   MR. PIERCE:  Did you get the stipulation | 24   different customers. |
| 25   on the record -- | 25   The nature of -- is the nature of |
| Page 159 | Page 161 |

41 (Pages 158 to 161)