# EXHIBIT K

```
                                                                    Page 1
 1           IN THE UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3                        - - - -

 4    -------------------------------X

 5    THE COMMONWEALTH                )

 6    OF MASSACHUSETTS,               )

 7                    Plaintiff,      )  Civil Action

 8          -vs-                      )  No. 03-11865-PBS

 9    MYLAN LABORATORIES, INC.,       )

10    IVAX CORPORATION, WARRICK       )  November 26, 2007

11    PHARMACEUTICALS CORPORATION,    )  Monday, 9:00 a.m.

12    WATSON PHARMACEUTICALS, INC.,   )

13    SCHEIN PHARMACEUTICAL, INC.,    )  Canonsburg, PA

14    TEVA PHARMACEUTICALS USA, INC., )

15    PAR PHARMACEUTICAL, INC.,       )

16    ETHEX CORPORATION, PUREPAC      )

17    PHARMACEUTICAL CO., and         )

18    ROXANE LABORATORIES, INC.,      )

19                    Defendants.     )

20    -------------------------------X

21    VIDEOTAPE 30(B)(6) DEPOSITION OF MYLAN LABORATORIES,

22              INC. by HARRY A. KORMAN
```

Mylan Laboratories, Inc. 30(b)(6) - Harry A. Korman                                November 26, 2007
Canonsburg, PA

```
                                          Page 2                                          Page 4
 1   VIDEOTAPE 30(B)(6) DEPOSITION OF MYLAN LABORATORIES,    1              I N D E X
 2          INC. by HARRY A. KORMAN                          2
 3                                                           3   WITNESS: MYLAN LABORATORIES, INC.         PAGE
 4         DATE:   November 26, 2007                         4      (HARRY A. KORMAN)
 5              Monday, 9:00 a.m.                            5      Examination by Mr. Mullin................. 006
 6         LOCATION:   Hilton Garden Inn                     6
 7              1000 Corporate Drive                         7
 8              Canonsburg, PA                               8          E X H I B I T S
 9         TAKEN BY:   Plaintiff                             9
10         REPORTED BY:   Nina Warren Biehler               10   (No Deposition Exhibits were marked)
11              Notary Public                               11
12                                                          12
13         VIDEOTAPE DEPOSITION OF HARRY A. KORMAN,         13
14   a witness, called by the Plaintiff for examination,    14
15   in accordance with the Federal Rules of Civil          15
16   Procedure, taken by and before Nina Warren Biehler,    16
17   a Court Reporter and Notary Public in and for the      17
18   Commonwealth of Pennsylvania, at the Westmoreland      18
19   Room of the Hilton Garden Inn, Pittsburgh,             19
20   Pennsylvania, on Monday, November 26, 2007,            20
21   commencing at 9:15 a.m.                                21
22                                                          22
```

```
                                          Page 3                                          Page 5
 1   APPEARANCES:                                            1           P R O C E E D I N G S
 2                                                           2
 3   FOR THE PLAINTIFF:                                      3        VIDEOTAPE TECHNICIAN:  Good morning, my
 4        Peter A. Mullin, Esq.                              4   name is Matthew Martin.  I am the videographer,
 5        Robert C. Molvar, Esq.                             5   I'm here from AKF Court Reporting and Video Tech
 6        Assistant Attorneys General                        6   Services.
 7        Medicaid Fraud Control Unit                        7        Today's date is November 26th, 2007.
 8        100 Cambridge Street                               8   The time right now is 9:15 a.m., that's indicated
 9        Boston, MA  02114                                  9   on the screen.
10        P 617-727-2200 / F 617-727-2008                   10        We're here to take the video deposition
11        robert.molvar@ago.state.ma.us                     11   of Howard Korman in the case of Commonwealth of
12                                                          12   Massachusetts versus Mylan Labs.  We are at 1000
13   FOR THE DEFENDANT MYLAN LABORATORIES, INC.:            13   Corporate Drive, Canonsburg, Pennsylvania 15317.
14        William A. Escobar, Esq.                          14   This case is being heard in the U.S. District
15        Kelley Drye & Warren, LLP                         15   Court of Massachusetts, Civil Action Number 03-
16        101 Park Avenue                                   16   11865.
17        New York, New York  10178                         17        Would counsel please identify
18        P 212-808-7771 / F 212-808-7897                   18   themselves and who they represent.
19        Wescobar@kelleydrye.com                           19        MR. MULLIN:  Peter Mullin and Robert
20                                                          20   Molvar, assistant attorney generals for the
21   ALSO PRESENT:                                          21   Commonwealth of Massachusetts.
22        Matt Martin, Videotape Technician                 22        MR. ESCOBAR:  William Escobar, of
```

2 (Pages 2 to 5)

Mylan Laboratories, Inc. 30(b)(6) - Harry A. Korman  November 26, 2007
Canonsburg, PA

Page 14

1  informed me I'd be a 30(B)(6).
2      Q.   What counsel have you met with?
3      A.   Bill and Brian, one of our additional
4  counsel.
5      Q.   Brian Cuthbertson?
6      A.   Yes.
7      Q.   Anyone else?
8      A.   No.
9      Q.   And when did you meet with Bill and
10 Brian?
11     A.   Last week, I believe.
12     Q.   On one or more than one occasion?
13     A.   Last week was one occasion.
14     Q.   And prior to that did you meet in
15 connection with appearing as the 30(B)(6)
16 witness, some time prior to last week?
17     A.   I'm not sure we discussed the 30(B)(6)
18 deposition prior to that.
19     Q.   Other than yourself, Mr. Cuthbertson
20 and Mr. Escobar, was anyone else present at the
21 meeting?
22     A.   Yes, an attorney by the name of Jill

Page 15

1  Ondos.  I don't know if she was there during any
2  of the discussion on the 30(B)(6).
3      Q.   What's Jill's last name?
4      A.   Ondos.
5      Q.   Can you spell that for me?
6      A.   O-N-D-O-S.
7      Q.   Anyone else present at the meeting?
8      A.   No.
9      Q.   Have you reviewed any prior transcripts
10 in preparation for this deposition?
11     A.   I did see a transcript, yes.
12     Q.   What transcript did you review?
13     A.   I don't know what the title of the
14 transcript would have been, it was --
15     Q.   Whose testimony was it?
16     A.   It was Mr. Roman's.
17     Q.   And was it at the deposition that he
18 gave in this case as representative of Mylan
19 Corporation?
20     A.   I believe it was.
21     Q.   Have you spoken with any of the sales
22 or marketing executives of the company with

Page 16

1  regard to appearing here today as a 30(B)(6)
2  witness?
3      A.   To that effect, no.
4      Q.   Have you searched for any documents or
5  records in preparation for your testimony here
6  today?
7      A.   No, I have not.
8      Q.   And have you reviewed any documents or
9  records in preparation for your testimony here
10 today?
11     A.   With counsel, yes.
12     Q.   What documents or records have you
13 reviewed in preparation for your testimony as the
14 Mylan 30(B)(6) witness?
15     A.   Just the one document that had Mr.
16 Roman's testimony with regards to the question I
17 was going to be answering.
18     Q.   Other than the transcript of Mr.
19 Roman's testimony, have you reviewed any other
20 documents or records in preparation for your
21 testimony here today as a Mylan corporate
22 representative?

Page 17

1           MR. ESCOBAR:  Objection to the form.
2           THE WITNESS:  In terms of this
3  testimony, no.
4  BY MR. MULLIN:
5      Q.   During the period 1998 to 2003 did
6  Mylan report pricing information to First Data
7  Bank regarding Mylan's pharmaceutical products?
8      A.   I believe we did.
9      Q.   And did that include average wholesale
10 price or AWP prices?
11     A.   Yes, I believe we did.
12     Q.   And did that include wholesale
13 acquisition cost or WAC prices?
14     A.   Yes, I believe it did.
15     Q.   Was one of Mylan's purposes in
16 reporting these prices to First Data Bank so that
17 these prices could be used by others for
18 reimbursement purposes?
19     A.   No.
20     Q.   What was Mylan's purposes in reporting
21 those prices to First Data Bank?
22     A.   To make the marketplace aware that the

5 (Pages 14 to 17)

Page 18

1  products were being marketed and were available
2  for sale.
3       Q.  Was Mylan aware that others used those
4  prices for reimbursement purposes?
5       MR. ESCOBAR:  Now, let me just note an
6  objection, because I think you're now going
7  beyond the judge's order and you're going to
8  areas that were already asked and answered.
9       MR. MULLIN:  Your objection is noted.
10      You may answer.
11      THE WITNESS:  Yeah, I don't think Mylan
12 really knows exactly what the reimbursers do with
13 regards to the pricing that we offer.
14 BY MR. MULLIN:
15      Q.  Speaking as a representative of Mylan
16 Corporation, during the period 1998 to 2003 was
17 Mylan aware that others used AWP and WAC prices
18 for reimbursement purposes?
19      MR. ESCOBAR:  Same objection.
20      THE WITNESS:  You know, I -- I think
21 the company knows the products are marketed and
22 that's part of what we publish.

Page 19

1  BY MR. MULLIN:
2       Q.  That's not the question I've asked you,
3  sir.
4       I'm asking you to focus on the years
5  1998 to 2003 --
6       MR. ESCOBAR:  Mr. Mullin, you're going
7  over testimony that was already asked of the
8  witness.  I believe the specific order by the
9  judge was to answer one specific question, which
10 you've now asked and it's been answered.  That's
11 the question that he's here to testify about on
12 behalf of the company.
13      You did cover those exact questions
14 with Mr. Roman, so I don't see why you're --
15      MR. MULLIN:  Are you directing the
16 witness not to answer?
17      MR. ESCOBAR:  Well, I want you to tell
18 me why you think you can go through questions
19 that you've already asked a witness.
20      MR. MULLIN:  I have a question to pose.
21 I'll pose it, you can tell me -- your objection
22 will be noted.  If you want to direct the witness

Page 20

1  not to answer you have the option to do that.
2       MR. ESCOBAR:  Well, Mr. Mullin, we're
3  here for a specific -- you agree with me that the
4  judge ordered the 30(B)(6) witness to appear and
5  answer one specific question?  Do you agree with
6  that?
7       MR. MULLIN:  You may note your
8  objection.
9       MR. ESCOBAR:  No, it's not a question
10 of an objection.  We're here on a specific
11 question that we were ordered to prepare the
12 witness and to have a witness to answer, he has
13 done that directly.  And now you're going back
14 through testimony that was already asked and
15 answered by the prior 30(B)(6) witness.  So I
16 don't think it's either fair to us or to the
17 witness for you to do that.
18      If you can explain to me why you think
19 you're entitled to go through it again, then I'll
20 give that some thought, but you're not really
21 entitled to cover the same ground.
22 BY MR. MULLIN:

Page 21

1       Q.  Mr. Korman, during the period 1998 to
2  2003 was Mylan Corporation aware that the prices,
3  the AWP and WAC prices which it reported to
4  various price reporting services, including First
5  Data Bank, was used by others for reimbursement
6  purposes, yes or no?
7       MR. ESCOBAR:  And you can answer that
8  question based on your knowledge, but you're not
9  a designee for that particular question.  So if
10 you can answer that question based on your
11 general knowledge go ahead.
12      THE WITNESS:  Do you want to repeat the
13 question?
14 BY MR. MULLIN:
15      Q.  During the period '98 to 2003 was Mylan
16 aware that the prices it reported to First Data
17 Bank and other price reporting services, the AWP
18 prices and the WAC prices, were used by others
19 for reimbursement purposes?
20      MR. ESCOBAR:  Same objections.
21      THE WITNESS:  I think the company was
22 aware that they published the prices.  If they're