# EXHIBIT N





STATE OF NEW YORK

GEORGE E. PATAKI
GOVERNOR

September 17, 2003

Dear Commissioner Novello:

My staff has reviewed and approved the Department of Health's State Plan amendments
(Submittal #03-37) under Title XIX of the Social Security Act (Medical Assistance).

You may submit this letter to the U.S. Department of Health and Human Services as
evidence of my review.

Very truly yours,

The Honorable Antonia C. Novello, M.D., M.P.H.
Commissioner.
Department of Health
Corning Tower
Governor Nelson A. Rockefeller Empire State Plaza
Albany, New York  12237

HIGHLY CONFIDENTIAL          NYCO AWP NYDOH 03883

 STATE OF NEW YORK
DEPARTMENT OF HEALTH

Corning Tower    The Governor Nelson A. Rockefeller Empire State Plaza    Albany, New York 12237

Antonia C. Novello, M.D., M.P.H., Dr. P.H.                                      Dennis P. Whalen
*Commissioner*                                                                   *Executive Deputy Commissioner*

Ms. Sue Kelly                                              September 18, 2003
Associate Regional Administrator
Department of Health & Human Services
Centers for Medicare & Medicaid Services
New York Regional Office
Division of Medicaid and Children's Health
26 Federal Plaza – Room 3800
New York, New York 10278

Dear Ms. Kelly:

    Enclosed for your approval is submittal #03-37, which is an amendment to this Department's State Plan under Title XIX (Medical Assistance) of the Social Security Act. The proposed State Plan Amendment (SPA) reflects a change in the New York State Social Services Law (SSL) 367-a(9)(b)(ii), defining the Estimated Acquisition Cost (EAC) used to determine payment to pharmacies, for prescribed drugs. An effective date of July 1, 2003 is requested.

    This amendment is submitted pursuant to Section 1902(a) of the Social Security Act (42 USC 1396a(a)) and Title 42 of the Code of Federal Regulations (CFR), Part 447, Subpart F.

1. Public notice for changes in the methods and standards for setting payment rates for pharmacy reimbursement was published in the <u>New York State Register</u> on June 11, 2003.

2. In accordance with section 1902(a)(30)(A) of the Social Security Act, the payments under this amendment are consistent with efficiency, economy, and quality of care, and are sufficient to enlist enough providers so that care and services are available under the Plan at least to the extent that such care and services are available to the general population in the geographic area.

**HIGHLY CONFIDENTIAL**          **NYCO AWP NYDOH 03884**

-2-

3. In accordance with 42 CFR 447.333, the reimbursement methodology to pharmacies does not exceed the aggregate upper limits of payment.

I believe the assurances provided by this letter will be adequate to enable your Department to determine that New York State complies with the pertinent requirements of Section 1902(a)(30)(A) of the Social Security Act (42 USC Section 1396a), 42 CFR Part 447, Subpart B and the notice requirement of 42 CFR Part 447.205, and approve proposed SPA #03-37.

If you or your staff have any questions or need any assistance regarding this State Plan submission, please contact Ms. Cynthia C. Buswell, of my staff, at (518) 473-5882.

Sincerely,

*Sarcha Pettinato*

*for* Kathryn Kuhmerker
Deputy Commissioner
Office of Medicaid Management

Enclosures
cc: Gilbert Kunken, D.M.D., M.P.H.

**HIGHLY CONFIDENTIAL**          **NYCO AWP NYDOH 03885**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPROVED
OMB NO. 0938-0193

| TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL | 1. TRANSMITTAL NUMBER: 03-37 | 2. STATE New York |
|---|---|---|
| FOR: HEALTH CARE FINANCING ADMINISTRATION | 3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID) | |

| TO: REGIONAL ADMINISTRATOR HEALTH CARE FINANCING ADMINISTRATION DEPARTMENT OF HEALTH AND HUMAN SERVICES | 4. PROPOSED EFFECTIVE DATE July 1, 2003 |
|---|---|

5. TYPE OF PLAN MATERIAL *(Check One)*:

☐ NEW STATE PLAN    ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN    ☒ AMENDMENT

| COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT *(Separate Transmittal for each amendment)* ||
|---|---|
| 6. FEDERAL STATUTE/REGULATION CITATION: 42 CFR, Part 447, Subpart F | 7. FEDERAL BUDGET IMPACT: a. FFY 2002 - 2003 ($12.37 million) b. FFY 2003 - 2004 ($53.52 million) |
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT: Attachment 3.1-A, Supplement Page 3 Attachment 3.1-B, Supplement Page 3 Attachment 4.19-B, Page 4(d) | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT *(If Applicable)*: Attachment 3.1-A, Supplement Page 3 Attachment 3.1-B, Supplement Page 3 Attachment 4.19-B, Page 4(d) |

10. SUBJECT OF AMENDMENT:
**Pharmacy Reimbursement for Prescription Drugs - Average Wholesale Price (AWP-12%)**

11. GOVERNOR'S REVIEW *(Check One)*:
☐ GOVERNOR'S OFFICE REPORTED NO COMMENT          ☐ OTHER, AS SPECIFIED:
☒ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED
☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL

| 12. SIGNATURE OF STATE AGENCY OFFICIAL: *Sandra Pettinato for KK* | 16. RETURN TO: **New York State Department of Health, Corning Tower, Empire State Plaza, Albany, New York 12237** |
|---|---|
| 13. TYPED NAME: **Kathryn Kuhmerker** | |
| 14. TITLE: **Deputy Commissioner Department of Health** | |
| 15. DATE SUBMITTED: September 18, 2003 | |

FOR REGIONAL OFFICE USE ONLY

17. DATE RECEIVED:

19. EFFECTIVE DATE:

21. TYPED NAME:

23. REMARKS:

FORM HCFA-179 (07-92)

HIGHLY CONFIDENTIAL          NYCO AWP NYDOH 03886

Attachment 3.1-A  Supplement  Page 3

10  Prior approval is required for all dental care except preventive prophylactic and other routine dental care services and supplies.

12a.  Prior authorization or dispensing validation is required for some prescription drugs. In addition, brandname drugs that have a FDA approved, A-rated generic equivalent must be prior authorized unless exempted by the Commissioner of Health.

Drugs for which Medical Assistance reimbursement is available are limited to the following:

1.  those non-prescription drugs contained on a list established by the New York State Commissioner of Health.

[2.  those prescription drugs contained on a list established by the New York State Commissioner of Health.]

[3]2.  covered outpatient drugs of any manufacturer which has entered into and complies with an agreement under Sections 1902(a) (54) and 1927 (a) of the Act which are prescribed for a medically accepted indication. (As provided by Section 1927 (d) of the Act certain outpatient drugs may be excluded from coverage).

12b.  Prior approval is required for all dentures.

12c.  Prior approval is required for prosthetic and orthotic devices over a dollar amount established by the State Department of Health and identified for providers in the MMIS DME Provider Manual.

Prior approval is required for artificial eyes as specified in the MMIS Ophthalmic Provider Manual.

Program also includes coverage of orthotic appliances including hearing aids.  All hearing aids require prior approval.

12d.  Prior approval is required for certain special lenses and unlisted eye services as specified for providers in the MMIS Ophthalmic Provider Manual.

13a.  Diagnostic Services (see 13.d Rehabilitative Services – Early Intervention).

13b.  Screening Services (see 13.d Rehabilitative Services – Early Intervention).

13c.  Preventive Services (see 13.d Rehabilitative Services – Early Intervention).

13d.  Rehabilitative Services

(1) Directly Observed Therapy (DOT) – Clients must be assessed as medically appropriate for DOT based upon the client's risk of non-adherence to a medication regimen necessary to cure an active, infectious, potentially fatal disease process and to prevent the development and spread of an infectious, potentially fatal disease which may not respond to conventional therapies.

"Off-site" services shall be provided to developmentally disabled persons whose therapeutic requirements are most effectively satisfied in an appropriate environment that is specific to the treatment needs of the developmentally disabled individual.  Such services shall be provided by persons authorized pursuant to NYCRR Title 14 Part 679.  "Off-site" services shall not be provided at the location of a clinic certified by NYCRR Title 14 Part 679.

"Early Intervention" Services are provided to children who have or who are suspected of having a developmental delay or disability.  These services, limited to EPSDT, which are provided by or on behalf of a county or the City of New York pursuant to an Individualized Family Services Plan (IFSP) include:

1. Screening
2. Evaluation
3. Audiology
4. Nursing
5. Nutrition Services

6. Occupational Therapy
7. Physical Therapy
8. Psychological Services
9. Social Work Services
10. Anticipatory Guidance (Special Instruction and Allied Health Professional Assistance)

11. Speech Pathology Services
12. Assistive Technology Services
13. Vision Services
14. Collateral contacts for all of the above services

TN_____**03-37**_____Approval Date_____

Supersedes TN_____Effective Date_____

HIGHLY CONFIDENTIAL          NYCO AWP NYDOH 03887

Attachment 3.1-B Supplement   Page 3

12a.   Prior authorization or dispensing validation is required for some prescription drugs. In addition, brand-name drugs that have a FDA approved, A-rated generic equivalent must be prior authorized unless exempted by the Commissioner of Health.

Drugs for which Medical Assistance reimbursement is available are limited to the following:

   1.   those non-prescription drugs contained on a list established by the New York State Commissioner of Health.

   [2.   those prescription drugs contained on a list established by the New York State Commissioner of Health.]

   [3] 2.   covered outpatient drugs of any manufacturer which has entered into and complies with an agreement under Sections 1902(a) (54) and 1927 (a) of the Act which are prescribed for a medically accepted indication. (As provided by Section 1927 (d) of the Act certain outpatient drugs may be excluded from coverage).

12b.   Prior approval is required for all dentures.

12c.   Prior approval is required for prosthetic and orthotic devices over a dollar amount established by the State Department of Health and identified for providers in the MMIS DME Provider Manual.

Prior approval is required for artificial eyes as specified in the MMIS Ophthalmic Provider Manual.

Program also includes coverage of orthotic appliances including hearing aids.  All hearing aids require prior approval.

12d.   Prior approval is required for certain special lenses and unlisted eye services as specified for providers in the MMIS Ophthalmic Provider Manual.

13a.   Diagnostic Services (see 13.d Rehabilitative Services – Early Intervention).

13b.   Screening Services (see 13.d Rehabilitative Services – Early Intervention).

13c.   Preventive Services (see 13.d Rehabilitative Services – Early Intervention).

13d.   Rehabilitative Services

(1) Directly Observed Therapy (DOT) – Clients must be assessed as medically appropriate for DOT based upon the client's risk of non-adherence to a medication regimen necessary to cure an active, infectious, potentially fatal disease process and to prevent the development and spread of an infectious, potentially fatal disease which may not respond to conventional therapies.

"Off-site" services shall be provided to developmentally disabled persons whose therapeutic requirements are most effectively satisfied in an appropriate environment that is specific to the treatment needs of the developmentally disabled individual.  Such services shall be provided by persons authorized pursuant to NYCRR Title 14 Part 679.  "Off-site" services shall not be provided at the location of a clinic certified by NYCRR Title 14 Part 679.

"Early Intervention" Services are provided to children who have or who are suspected of having a developmental delay or disability.  These services, limited to EPSDT, which are provided by or on behalf of a county or the City of New York pursuant to an Individualized Family Services Plan (IFSP) include:

| | | |
|---|---|---|
| 1. Screening | 6. Occupational Therapy | 11. Speech Pathology Services |
| 2. Evaluation | 7. Physical Therapy | 12. Assistive Technology Services |
| 3. Audiology | 8. Psychological Services | 13. Vision Services |
| 4. Nursing | 9. Social Work Services | 14. Collateral contacts for all of the above services |
| 5. Nutrition Services | 10. Anticipatory Guidance (Special Instruction and Allied Health Professional Assistance) | |

TN    **03-37**     Approval Date_____

Supersedes TN_____Effective Date_____

HIGHLY CONFIDENTIAL     NYCO AWP NYDOH 03888

New York

Attachment 4.19-B
Page 4(d)

| Type of Service | Method of Reimbursement |
|---|---|
| Prescribed Drugs | |

Reimbursement is the lowest of 1) the billing pharmacy's usual and customary price charged to the general public. 2) the upper limit if established by the Federal Government for specific multiple source drugs, plus a dispensing fee, or 3) the Estimated Acquisition Cost (EAC) established by State Department of Health, plus dispensing fee.  EAC is average wholesale price less [ten] twelve percent.  The dispensing fee for generic prescription drugs will be $4.50 per prescription and for brand name prescription drugs will be $3.50.  The State Department of Health's prescription drug pricing service will determine whether a prescription drug is generic or brand name.

Compound Drugs: Reimbursement is determined by the State Department of Health at the cost of ingredients plus a dispensing fee of $3.50 with an additional amount of $0.75 as the compounding fee.

Exception: Physician Override: Reimbursement for those brand name drugs for which there are generic equivalent drugs for which reimbursement is not to exceed the aggregate of the specified upper limit for the particular drug established by the Centers for Medicare and Medicaid Services, plus a dispensing fee, will be paid at the lower of the estimated acquisition cost, plus a dispensing fee, or at the provider's usual and customary price charged to the general public when the prescriber has obtained a prior authorization for the brand-name drug, indicated that the brand name drug is required by placing "daw" (dispense as written) in the box located on prescription form and by writing "brand necessary" or "brand medically necessary" in his/her own handwriting on the face of the prescription.

TN **03 - 37** _____   Approval Date _____

Supersedes TN _____   Effective Date _____

**HIGHLY CONFIDENTIAL**          NYCO AWP NYDOH 03889

## Derivation of Fiscal Impact

The estimated acquisition costs (EAC) to pharmacies will be the average wholesale price less twelve percent (AWP – 12%).  The fiscal analysis and projected savings were determined based on information from the Office of Medicaid Management's Datamart, and a review of expenditure trends for this category.

03-37

**HIGHLY CONFIDENTIAL**            **NYCO AWP NYDOH 03890**

New York

# OFFICIAL

Attachment 4.19-B
Page 4(d)

| Type of Service | Method of Reimbursement |
|---|---|

Prescribed Drugs

Reimbursement is the lowest of 1) the billing pharmacy's usual and customary price charged to the general public, 2) the upper limit if established by the Federal Government for specific multiple source drugs, plus a dispensing fee, or 3) the Estimated Acquisition Cost (EAC) established by State Department of Health, plus dispensing fee.  EAC is average wholesale price less ten percent.   The dispensing fee for generic prescription drugs will be $4.50 per prescription and for brand name prescription drugs will be $3.50.  The State Department of Health's prescription drug pricing service will determine whether a prescription drug is generic or brand name.

Compound Drugs: Reimbursement is determined by the State Department of Health at the cost of ingredients plus a dispensing fee of $3.50 with an additional amount of $0.75 as the compounding fee.

Exception: Physician Override: Reimbursement for those brand name drugs for which there are generic equivalent drugs for which reimbursement is not to exceed the aggregate of the specified upper limit for the particular drug established by the Centers for Medicare and Medicaid Services, plus a dispensing fee, will be paid at the lower of the estimated acquisition cost, plus a dispensing fee, or at the provider's usual and customary price charged to the general public when the prescriber has obtained a prior authorization for the brand-name drug, indicated that the brand name drug is required by placing "daw" (dispense as written) in the box located on the prescription form and by writing "brand necessary" or "brand medically necessary" in his/her own handwriting on the face of the prescription.

TN_____02-39_____   Approval Date_____ MAR 1 2 2003 _____

Supersedes TN _98 - 30_____   Effective Date_____ NOV 1 7 2002 _____

CONFIDENTIAL                    NYCO AWP NYDOH 04346

New York

Attachment 4.19-B
Page 4(d)

Type of Service

Method of Reimbursement

Prescribed Drugs

Reimbursement is the lowest of 1) the billing pharmacy's usual and customary price charged to the general public, 2) the upper limit if established by the Federal Government for specific multiple source drugs, plus a dispensing fee, or 3) the Estimated Acquisition Cost (EAC) established by State Department of Health, plus a dispensing fee. EAC is average wholesale price less ten percent. The dispensing fee for generic prescription drugs will be $4.50 per prescription and for brand name prescription drugs will be $3.50. The State Department of Health's prescription drug pricing service will determine whether a prescription drug is generic or brand name.

Compound Drugs: - Reimbursement is determined by the State Department of Health at the cost of ingredients plus a dispensing fee of $3.50 with an additional amount of $0.75 as the compounding fee.

Exception: Physician Override: Reimbursement for those brand name drugs for which there are generic equivalent drugs for which reimbursement is not to exceed the aggregate of the specified upper limit for the particular drug established by the Health Care Financing Administration, plus a dispensing fee, will be paid at the lower of the estimated acquisition cost, plus a dispensing fee, or at the provider's usual and customary price charged to the general public when the prescriber indicated that the brand name drug is required by placing "daw" (dispense as written) in the box located on the prescription form and by writing "brand necessary" or "brand medically necessary" in his/her own handwriting on the face of the prescription.

TN___98-30___ Approval Date _NOV 3.0 1998_

Supersedes TN __95-13__ Effective Date __AUG 1 1998__

CONFIDENTIAL                NYCO AWP NYDOH 04324



**DOH** STATE OF NEW YORK
**DEPARTMENT OF HEALTH**

Corning Tower     The Governor Nelson A. Rockefeller Empire State Plaza     Albany, New York 12237

Barbara A. DeBuono, M.D., M.P.H.                                              Dennis P. Whalen
 *Commissioner*                                                               *Executive Deputy Commissioner*

September 30, 1998

Sue Kelly
Associate Regional Administrator
Department of Health and Human Services
Health Care Financing Administration
Division of Medicaid and State Operations
26 Federal Plaza – Room 3800
New York, New York 10278

Dear Ms. Kelly:

Enclosed for your approval is submittal 98-30, which is an amendment to this department's State Plan under Title XIX (Medical Assistance).

This amendment is being submitted to reflect Chapter 19 of the Laws of 1998, which carved out prescription drug services from inclusion in Medicaid managed care programs. Prescription drug services will continue to be provided to Medicaid recipients on a fee-for-service basis by pharmacies enrolled in the Medicaid program. As part of Chapter 19, the dispensing fee portion of the fee-for-service pharmacy reimbursement methodology was reduced by $1.00.

In keeping with our continued agreement, since this amendment will be mailed to you prior to the end of the third quarter, we are requesting an effective date of August 1, 1998.

If you or your staff have any questions or need any assistance, please contact William Mandy, of my staff, at (518) 474-0669.

Sincerely,

Ann Clemency Kohler
Deputy Commissioner
Office of Medicaid Management

Enclosure

**CONFIDENTIAL**          **NYCO AWP NYDOH 04325**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPROVED
OMB NO. 0938-0193

## TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL
**FOR: HEALTH CARE FINANCING ADMINISTRATION**

| 1. TRANSMITTAL NUMBER: | 2. STATE: |
|---|---|
| 9  8  —  3  0 ___ | New York |

3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID)

TO: REGIONAL ADMINISTRATOR
HEALTH CARE FINANCING ADMINISTRATION
DEPARTMENT OF HEALTH AND HUMAN SERVICES

4. PROPOSED EFFECTIVE DATE

August 1, 1998

5. TYPE OF PLAN MATERIAL *(Check One)*:

☐ NEW STATE PLAN          ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN          ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT *(Separate Transmittal for each amendment)*

6. FEDERAL STATUTE/REGULATION CITATION:

42 CFR Part 447.331

7. FEDERAL BUDGET IMPACT:
a. FFY 1997-1998     $ -2.0
b. FFY 1998-1999     $ -14.5

8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT:

Attachment 4.19-B Page 4(d)

9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT *(If Applicable)*:

Attachment 4.19-B Page 4(d)

10. SUBJECT OF AMENDMENT:

Prescription Drugs

11. GOVERNOR'S REVIEW *(Check One)*:

☐ GOVERNOR'S OFFICE REPORTED NO COMMENT
☒ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED
☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL

☐ OTHER, AS SPECIFIED:

12. SIGNATURE OF STATE AGENCY OFFICIAL:

*[signature]*

13. TYPED NAME:

Barbara A. DeBuono, M.D., M.P.H.

14. TITLE:

Commissioner

15. DATE SUBMITTED:

September 30, 1998

16. RETURN TO:

New York State Department of Health
Corning Tower
Empire State Plaza
Albany, New York 12237

### FOR REGIONAL OFFICE USE ONLY

| 17. DATE RECEIVED: | 18. DATE APPROVED: |
|---|---|
| | |

### PLAN APPROVED - ONE COPY ATTACHED

| 19. EFFECTIVE DATE OF APPROVED MATERIAL: | 20. SIGNATURE OF REGIONAL OFFICIAL: |
|---|---|
| | |

| 21. TYPED NAME: | 22. TITLE: |
|---|---|
| | |

23. REMARKS:

FORM HCFA-179 (07-92)          *Instructions on Back*

**CONFIDENTIAL**          NYCO AWP NYDOH 04326