# EXHIBIT Q

08/21/2001

# Federal Upper Limit System

EXHIBIT
NY Counties
Defendants 2
3/19/08

Product Group : 1067
Strengths : 100MG
Routes : ORAL
Ingredients : METOPROLOL TARTRATE

Package Size : 100
Dosage : TABLET
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|  | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.65400 | 0.18480 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.65400 | 0.21110 | R | 00904/7779/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.67410 | 0.00000 | B | 00904/7779/60 | MAJOR PHARMACEUTICALS | |
|  | 0.00000 | 0.67860 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. | |
|  | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
|  | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
|  | 0.00000 | 0.69750 | 0.00080 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
|  | 0.00000 | 0.69750 | 0.00000 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
|  | 0.00000 | 0.73850 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
|  | 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73850 | 0.05600 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.05600 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
|  | 0.00000 | 0.72990 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.72990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
|  | 0.00000 | 0.72990 | 0.06440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
|  | 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
|  | 0.00000 | 0.76300 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.00090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.00090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| T | 0.00000 | 0.76300 | 0.00090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
|  | 0.00000 | 0.76300 | 0.08500 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
|  | 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS | |
|  | 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
|  | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
|  | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| T | 0.00000 | 0.80100 | 0.00000 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
|  | 0.00000 | 0.80100 | 0.07250 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
|  | 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
|  | 0.00000 | 0.94280 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
|  | 0.00000 | 0.94284 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
|  | 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
|  | 0.00000 | 1.15260 | 0.90050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
|  | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| T | 0.00820 | 0.73990 | 0.05440 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
|  | 0.10500 | 0.69750 | 0.09880 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
|  | 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
|  | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
|  | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price : .0816
Percent Difference : -36.74
High Price : 1.15260

Prior FULs Price : .1290
Source Code : R
Low Price : .05440

*Handwritten notes:*
- Not in stock soon — due
- called (yes)
- discontinued (they no longer manufacture)
- 8/22 - FUL looks ok — 4 WACs are less than our price
- .05440 (Geneva) NDC B
- × 150 / .0816 / New FUL
- 10/17/0 .0609 × 150% / .0914 / New FUL  Sig

HHD175-0849  F