# EXHIBIT U



# MYLAN PHARMACEUTICALS INC
781 Chestnut Ridge Road • P.O. BOX 4310 • Morgantown, West Virginia 26504-4310 U.S.A. • (304) 599-2595

# FULL LINE WHOLESALE AGREEMENT

## FY 1997 - Effective April 1, 1996 - March 31, 1997

The parties to this Agreement, **MYLAN PHARMACEUTICALS INC.**, (hereinafter called "Mylan"), and **H. D. SMITH** (hereinafter called "Buyer"), do acknowledge and agree that the terms and conditions contained in this agreement form, and are, a part of the contract of sale.

### I. HEADINGS:

The headings used in this agreement are matter of convenience only. It is not the intent of these headings to alter or in any way change or amend the substantive terms of this agreement.

### II. SEPARABILITY AND SAVINGS:

Should any provision of this agreement become prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity without invalidating the remainder of such provision or the remaining provisions of this sales agreement.

### III. TERMS:

A.  Buyer shall earn a cash discount of two percent (2%) on all invoice payments received within sixty (60) days of the invoice date.

B.  Buyer shall receive a fifteen percent (15%) monthly credit as a full line allowance on all purchases, excluding contract sales. Of this fifteen percent (15%) credit, ten percent (10%) is designated as a full line promotional allowance. (See Section V)

C.  Mylan's minimum order is $500.00. Mylan will prepay standard surface freight charges for all orders of $500.00 or more.

D.  Mylan must receive claims for any invoice discrepancies within ninety (90) days after the invoice date.

| Department - Fax Numbers | | | | |
|---|---|---|---|---|
| Administration | (304) 599-7284 | Label Control (304) 599-2595 Ext. 330 | Penicillin Plant | (304) 599-2595 Ext. 273 |
| Human Resources | (304) 598-5406 | Accounting (304) 598-5403 | Purchasing & Medical Unit | (304) 598-5401 |
| Purchasing | (304) 598-5401 | Legal Services (304) 598-5408 | Business Development | (304) 599-7284 |
| Sales & Marketing | (304) 598-3232 | Quality Control (304) 598-5407 | Information Services | (304) 598-5404 |
| | | Research & Development (304) 598-5409 | Maintenance & Engineering | (304) 598-5411 |

HIGHLY CONFIDENTIAL                                                                                                    CAMylan00197134

IV. **PRICING:**

A. Mylan will review pricing periodically. Any resulting price adjustments supersede all other pricing agreements.

B. Mylan will issue a credit memo for any price decreases on Mylan label products. Such adjustment will be concurrent with the effective date of Mylan's price change and only for inventory in stock as of that date. <u>The credit requested for shelf stock adjustment(s) may not exceed the amount of product shipped 90 days before the price change</u>. Mylan's Regional Managers will take care of all requests for shelf stock adjustment credits. All shelf stock adjustment requests must include hard copy backup. Mylan will provide inventory shelf stock adjustment forms with Buyer's revised price list. Mylan must receive completed shelf stock adjustment forms no later than 30 days after the effective date of the price change. Failure to complete and submit these forms in a timely manner will be cause to disallow shelf stock credit.

V. **BUYER RESPONSIBILITIES:**

A. Buyer will feature and promote Mylan's full line of products.

 1. Buyer will feature Mylan's products at least once a quarter.

 2. Buyer will use five percent (5%) of the promotional allowance to provide at least two (2) thirty (30) day full line promotions annually. The terms of one order for each full line promotion will be 2% 90 days. Each full line promotional order must be clearly marked as a "full line promotion". Insufficient documentation to support a Mylan full line promotion is cause to disallow the 10% promotional allowance.

B. Buyer will add and promote all new line extensions within thirty (30) days of their introduction.

C. Buyer will help Mylan's Regional Managers provide all accounts with Mylan label product within the context of Mylan's programs.

D. **Buyer agrees not to repackage or to sell to a repackager any Mylan product without prior written consent from Mylan.**

HIGHLY CONFIDENTIAL

CAMylan00197135

## VI.  VOLUME COMMITMENT

Mylan and Buyer will meet quarterly to carry out promotions designed to increase sales and attain Buyer's annual volume goal.

**FY 1997 OBJECTIVE:**   $600,000

Entered into this _____ 23rd _____ of April _____, 1996.

For Buyer: Rick Purvis
Company Name: Smith Companies, H.D. Smith, Texas Drug, Smith-S. Carolina
Address: 4652 Industrial Drive
Springfield IL 62703
Signed _____ / Merchandise Mgr _____ 4-22-96
Name / Title                            Date

For Mylan Pharmaceuticals, Inc.:

_____ SW Regional Mgr _____ 4/23/96
Name / Title                             Date

4961510

HIGHLY CONFIDENTIAL                                        CAMylan00197136