# EXHIBIT V

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC., | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| SANDOZ, INC. f/k/a GENEVA | ) |
| PHARMACEUTICALS, INC., | ) |
| NOVARTIS PHARMACEUTICAL | ) |
| CORP., NOVARTIS AG, EON | ) |
| LABS, APOTHECON, INC., | ) |
| | ) |
| MYLAN PHARMACEUTICALS, INC., | ) |
| MYLAN LABORATORIES, INC., | ) |
| UDL LABORATORIES, INC. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., f/k/a LEMMON | ) |
| PHARMACEUTICALS, INC., | ) |
| COPLEY PHARMACEUTICALS, | ) |
| INC., IVAX PHARMACEUTICALS, | ) |
| INC., SICOR PHARMACEUTICALS, | ) |
| INC., TEVA NOVOPHARM, INC., | ) |
| and TEVA PHARMACEUTICAL | ) |
| INDUSTRIES, LTD. | ) |
|       Defendants. | ) 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

STEPHEN KRINKE

June 11, 2008

Volume 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1
                UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
2
3     IN RE:  PHARMACEUTICAL      )
      INDUSTRY AVERAGE WHOLESALE  ) MDL No. 1456
4     PRICE LITIGATION            ) Master File No.
                                  ) 01-12257-PBS
5                                 )
      THIS DOCUMENT RELATES TO:   )
6                                 ) Judge Patti B. Saris
      State of California, ex rel.)
7     Ven-A-Care v. Abbott        ) Magistrate
      Laboratories, et al.        ) Judge Marianne Bowler
8     Cause Nos. 03-cv-11226-PBS  )
9
10    **********************************************
11          IN THE CIRCUIT COURT OF THE
            SECOND JUDICIAL CIRCUIT, IN AND
12             FOR LEON COUNTY, FLORIDA
13
      STATE OF FLORIDA
14
      ex rel.
15
      VEN-A-CARE OF THE FLORIDA
16    KEYS, INC. A Florida
      Corporation, by and through
17    its principal officers and
      directors, ZACHARY T. BENTLEY
18    and T. MARK JONES,
                      Plaintiffs,
19
20    VS.          CASE NO. 1998.CA.3032G
21    MYLAN LABORATORIES INC.;
      MYLAN PHARMACEUTICALS INC.;
22    NOVOPHARM, LTD.; SCHEIN
      PHARMACEUTICAL, INC.; TEVA
23    PHARMACEUTICAL INDUSTRIES,
      LTD.; TEVA PHARMACEUTICAL
24    USA; and WATSON
      PHARMACEUTICALS, INC.,
25                    Defendants.

                                          Page 330

---

1
2            COMMONWEALTH OF KENTUCKY
              FRANKLIN CIRCUIT COURT - DIV. 1
2
              CIVIL ACTION NO. 04-CI-1487
3

      COMMONWEALTH OF KENTUCKY
4     ex rel. JACK CONWAY, ATTORNEY GENERAL
              Plaintiff
5
      VS.
6
      ALPHARMA USPD, INC., et al.
7             Defendant
8
9     ***********************************************
10
11      ORAL AND VIDEOTAPED DEPOSITION OF STEPHEN KRINKE
12    produced as a witness at the instance of the
13    Plaintiffs, and duly sworn, was taken in the
14    above-styled and numbered cause on the 11th day of June,
15    2008, from 9:11 a.m. to 4:56 p.m., before CYNTHIA
16    VOHLKEN, CSR in and for the State of Texas, reported
17    by machine shorthand, at the Waterfront Place Hotel,
18    Two Waterfront Place, Morgantown, West Virginia,
19    pursuant to the Texas Rules of Civil Procedure and the
20    provisions attached previously.
21
22
23
24
25
                                          Page 331

---

1              A P P E A R A N C E S
2     FOR THE PLAINTIFF THE STATE OF TEXAS:
3        Mr. Archie Carl Pierce
         Mr. Jason M. Idell
4        (By Telephonic Means)
         Wright & Greenhill, P.C.
5        221 West 6th Street, Suite 1800
         Austin, Texas  78701-3495
6        Telephone:  (512) 476-4600
7
      FOR THE PLAINTIFF THE STATE OF CALIFORNIA:
8
9        Mr. Matthew C. Kilman
         (By Telephonic Means)
         Deputy Attorney General
10       Bureau of Medi-Cal Fraud & Elder Abuse
         State of California Department of Justice
11       110 West A Street #1100
         San Diego, California  92101
12       Telephone:  (619) 688-6024
13
      FOR THE PLAINTIFF THE STATE OF FLORIDA:
14
         Ms. Gretchen H. Wallace
15       (By Telephonic Means)
         Assistant Attorney General
16       Complex Civil Enforcement Bureau
         Medicaid Fraud Control Unit
17       Office of the Attorney General
         State of Florida
18       PL-01 The Capitol
         Tallahassee, Florida  32399-1050
19       Telephone:  (850) 414-3600
20
      FOR THE PLAINTIFFS THE STATES OF WISCONSIN, KENTUCKY,
21    ILLINOIS, IDAHO, ALASKA, SOUTH CAROLINA and HAWAII:
22       Mr. Charles Barnhill, Jr.
         Miner Barnhill & Galland, P.C.
23       44 East Mifflin Street, Suite 803
         Madison, Kentucky  53703
24       Telephone:  (608) 255-5200
25
                                          Page 332

---

1     FOR THE REALTOR, VEN-A-CARE OF THE FLORIDA KEYS FOR
      THE TEXAS, CALIFORNIA AND FLORIDA CASES:
2
         Ms. Jan Soifer
3        Lawrence & Soifer LLP
         701 Brazos Street, Suite 650
4        Austin, Texas  78701
         Telephone:  (512) 330-0073
5
6     FOR THE REALTOR, VEN-A-CARE OF THE FLORIDA KEYS FOR
      THE CALIFORNIA CASE:
7
         Mr. Philip L. Gregory
8        (Not Present)
         Cotchett, Pitre & McCarthy
9        San Francisco Airport Office Center
         840 Malcolm Road
10       Burlingame, California  94010
         Telephone:  (650) 697-6000
11
12    FOR THE DEFENDANT MYLAN:
13       Mr. William A. Escobar
         Kelley Drye & Warren LLP
14       101 Park Avenue
         New York, New York  10178
15       Telephone:  (212) 808-7771
16       -and-
17       Mr. Timothy J. Herman
         (By Telephonic Means)
18       Segal McCambridge Singer & Mahoney
         100 Congress, Suite 800
19       Austin, Texas  78701
         Telephone:  (512) 476-7834
20
21    ALSO PRESENT:
22       Mr. Erik C. Naft,
             Associate Litigation Counsel, Mylan Inc.
23       Mr. Zach Wilson, Videographer
24            *-*-*-*-*
25
                                          Page 333

       2  (Pages 330 to 333)

**Page 334**

INDEX

Appearances.................................. 332
STEPHEN KRINKE
    Examination (Cont.) By Ms. Soifer........ 339
    Examination by Mr. Barnhill............. 455
Signature and Changes.................. 552
Reporter's Certificates.................. 554

EXHIBITS

NO.  DESCRIPTION                    PAGE

33  ............................................. 372
    September 19, 1994 Interoffice Memorandum
    from Steve Krinke to Dan Dorsey, Bob
    Lombardi, Dale Martin, Re: First Data Bank
    Request (CAMylan 00206915) Highly
    Confidential
34  ............................................. 378
    E-mail string; July 31, 2000 E-mail from
    Dan King to Bill Spradlin, Subject:
    new awps (CAMylan 02164791-2164792)
35  ............................................. 384
    February 3, 1998 Memorandum from Steve
    Krinke to Regional Managers/Directors,
    Subject: HCFA Federal Upper Limits -
    Deletions (CAMylan 00206813-206816) Highly
    Confidential
36  ............................................. 406
    July 20, 2001 Memorandum from Steve Krinke,
    Dave Workman to Bob Cunard, Subject: Fifth
    Annual 340B Coalition Conference (CAMylan
    02044237-2044238) Highly Confidential
37  ............................................. 409
    Recommendations on Structure of Government
    Affairs Division for Mylan Laboratories,
    Presented by Mac Haddow, April 5, 2002
    (CAMylan 02088087-02088095) Highly
    Confidential
38  ............................................. 422
    January 23, 1998 Memorandum from Steve
    Krinke to Regional Managers/Directors,
    Subject: Reimbursement Examples - Medicaid
    (CAMylan 04004673)

**Page 335**

NO.  DESCRIPTION                    PAGE

39  ............................................. 424
    E-mail string; October 1, 2001 E-mail from
    Howard Martin to Joe Duda, Subject: Re:
    Buspirone 30 mg spread (CAMylan 03485093-
    03485094)
40  ............................................. 426
    E-mail string; January 18, 2002 E-mail from
    Steve Krinke to Robert Cunard, Subject:
    Re: Kinney Drug-Reimbursement Issues
    (CAMylan 03415918-3415919)
41  ............................................. 430
    December 10, 2004 E-mail from Steve Krinke
    to Robert Cunard; Bob Potter, Subject:
    Medicaid Prescription Drug Reimbursement:
    Why the Government Pays Too Much (CAMYLAN
    03344744) Highly Confidential
42  ............................................. 433
    July 30, 1998 Memorandum from Steve Krinke
    to Tom Darby, Subject: Proposed October 1,
    1998 Price Increases, with attachments
    (TXMylan 03925394-03925398
43  ............................................. 449
    January 24, 1998 Memorandum from Steve
    Krinke to Christy Pforr, Subject:
    Medicaid Notification - AWP and WAC Price
    Increases (TXMylan 03951731) Highly
    Confidential
44  ............................................. 475
    August 2, 1999, New Product Announcement,
    Mylan Pharmaceuticals Introduces Clozapine
    Tablets, 25 mg & 100 mg, Equivalent to
    Clozaril (MAMylan 064036-64041) Highly
    Confidential
45  ............................................. 491
    First DataBank Monthly Interest, September
    1991 (R1-019293 - 019295) Attorneys' Eyes
    Only
46  ............................................. 493
    PriceAlert - 6/15/99 (WWV0071648) Highly
    Confidential
47  ............................................. 494
    PriceAlert - 3-15-2000
48  ............................................. 495
    Appendix B, First DataBank's Glossary of
    Terms (FDB-AWP 11659-11662) Highly
    Confidential

**Page 336**

NO.  DESCRIPTION                    PAGE

49  ............................................. 497
    PriceProbe, Published May 2002 (FDB-AWP
    01823, 01825, 01841, 01952-1953) Highly
    Confidential
50  ............................................. 498
    Exhibit 59, First DataBank Glossary
    (WI-PROD-PEDF-051808 - 051810)
51  ............................................. 499
    Excerpt from 1999 Drug Topics Red Book
    (WIAM 000040-408)
52  ............................................. 502
    Excerpt from the trial In re: Lorazepam &
    Clorazepate Antitrust Litigation,
    5/10/2005 Trial Day 6 - AM Session
53  ............................................. 509
    July 9, 1999 Fax Transmittal Sheet from
    Steve Krinke to First DataBank; AWP
    Changes (MAMylan 006249-6252) Highly
    Confidential
54  ............................................. 509
    September 23, 1999 Memorandum from Janet
    Floyd to Third Party Contacts, Subject:
    AWP Changes Effective September 23, 1999
    (KYMylan 00356571-356572)
55  ............................................. 509
    November 23, 1999 Memorandum from Janet
    Floyd to Distribution - AWP Changes/Third
    Party Notification, Subject: AWP Changes
    Effective December 1, 1999 (KYMylan
    00356561-356563)
56  ............................................. 509
    January 18, 2000 Memorandum from Janet
    Floyd to Distribution - AWP Changes/Third
    Party Notification, Subject: AWP Changes
    Effective January 19, 2000 (KYMylan
    00356557-356560)
57  ............................................. 509
    February 7, 2000 Memorandum from Karolina
    Krajewska to Distribution - AWP Changes/
    Third Party Notification, Subject: AWP
    Changes Effective February 7, 2000
    (KYMylan 00356565-356567)

**Page 337**

NO.  DESCRIPTION                    PAGE

58  ............................................. 509
    February 17, 2000 Fax from Eric Belldina
    to Roni Lane, Red Book, Re: Nifedipine ER
    Tablets, 30 mg, 60 mg & 90 mg (Pfizer
    supplied) (WiMylan 010557-10559) Highly
    Confidential
59  ............................................. 509
    March 29, 2001 Fax from Eric Belldina
    to Kay Morgan, First DataBank, Re:
    Buspirone Tablets, 15 mg (WiMylan 010549-
    010550) Highly Confidential
60  ............................................. 509
    July 27, 2001 Fax from Eric Belldina to
    Roni Lane, Red Book, Re: Buspirone
    Tablets, 30 mg (WiMylan 010543-10548)
    Highly Confidential
61  ............................................. 509
    Manufacturer Directory Information Form,
    Mylan Pharmaceuticals, Inc. (Red Book
    10739, 10792) Confidential
62  ............................................. 509
    Manufacturer Directory Information, Mylan
    Pharmaceuticals, Inc. (Red Book 10793,
    10831) Confidential
63  ............................................. 509
    Red Book New Product Information Form,
    Mylan Pharmaceuticals Inc. (Red Book 10852)
    Confidential
64  ............................................. 509
    NDDF Product Update Report, Prepared by
    First DataBank Copy Right 2003 The Hearst
    Corporation (MAMylan 006286-6299) Highly
    Confidential
65  ............................................. 509
    Red Book Product Listing Verification (Red
    Book 10481, 10552, 10614) Confidential
66  ............................................. 544
    April 26, 1995 Letter from Stephen B.
    Krinke, R.Ph. to Dear Valued Customer,
    Mylan Pharmaceuticals Introduces Acebutolol
    (WiMylan 052209-052212)
67  ............................................. 546
    Mylan Pharmaceuticals Inc. Catalog Prices
    June 19, 1995 *** For Internal Use Only ***
    Master Price List (WiMylan 047223) Highly
    Confidential

3 (Pages 334 to 337)

NO. DESCRIPTION                                      PAGE

68  ...........................................  546
    12/16/97 Fax Transmittal Sheet from Steve
    Krinke to Dawn Beto, Re: Captopril/HCTZ
    Draft Letter (WiMylan 052637-52642) Highly
    Confidential

69  ...........................................  548
    January 12, 1998 Memorandum from Mike Doan
    to Distribution - AWP Changes/Third Party
    Notification, Subject: AWP Changes
    Effective January 12, 1998

70  ...........................................  549
    4/14/98 Fax from Janet Floyd to Brian Berg,
    Direct Price Increases from Mylan,
    Effective May 11, 1998 (WiMylan 035500-
    35505) Highly Confidential

71  ...........................................  549
    June 23, 1998 Letter from Stephen B. Krinke
    to Dear Valued Customer, Mylan
    Pharmaceuticals Introduces Nitroglycerin
    Transdermal System Patches, 0.1 mg/hr
    (KYMylan 00016399-16400) Highly
    Confidential

72  ...........................................  N/A
    October 11, 1999 Walgreen's Clozapine
    Profit Sharing Agreement (Mylan 006139)
    (WiMylan 006139) Highly Confidential

    (Referenced Exhibits)

3   ...........................................  366
13  ...........................................  348
21  ...........................................  359
32  ...........................................  367

Page 338

---

1   THE VIDEOGRAPHER:  We are now on the
2   record on June 11, 2008 at 9:11 a.m.  This is the
3   beginning of Tape Number 8 in the continuing
4   deposition of Steve Krinke.
5       Would the court reporter please swear in
6   the witness.
7           STEPHEN KRINKE,
8   having been first duly sworn, testified as follows:
9       EXAMINATION (CONTINUED)
10  BY MS. SOIFER:
11      Q.  Mr. Krinke, good morning.
12      A.  Good morning.
13      Q.  Will you go ahead and state your name?
14      A.  Steve Krinke.
15      MS. SOIFER:  Mr. Krinke, I think we'll
16  go ahead and do appearances for the record.
17      I'm Jan Soifer.  I represent Ven-A-Care
18  of the Florida Keys, Inc. known as Ven-A-Care in the
19  cases pending in Texas, California and Florida against
20  Mylan and others.
21      Chuck.
22      MR. BARNHILL:  I'm Charles Barnhill.  I
23  represent the states of Wisconsin, Kentucky, Illinois,
24  Idaho, Alaska, South -- South Carolina and Hawaii.
25      MR. NAFT:  Eric Naft for Mylan.

Page 339

---

1       MR. ESCOBAR:  William Escobar, Kelley
2   Drye & Warren on behalf of Mylan.
3       MS. SOIFER:  On the phone, why don't
4   you-all go ahead and announce yourselves, please.
5       MR. IDELL:  Sure.  Jason Idell, Carl
6   Pierce for State of Texas.
7       MR. HERMAN:  Tim Herman for Mylan.
8       MR. WALLACE:  Gretchen Wallace, State of
9   Florida, Attorney General's Office.
10      MR. KILMAN:  And Matt Kilman of the
11  California Attorney General's Office on behalf of the
12  State of California.
13      MS. SOIFER:  All right.  Thank you-all.
14      Q.  (BY MS. SOIFER)  Do I need to repeat the
15  deposition instructions or do you remember them,
16  Mr. Krinke?
17      A.  I believe I remember them.
18      Q.  Great.  And we started your deposition on
19  March 28th, 2008.  Have you had an opportunity to read
20  the deposition transcript from that day?
21      A.  Parts of it, yes.
22      Q.  All right.  You haven't read the entire
23  thing?
24      A.  No.
25      Q.  Have you watched the videotape?

Page 340

---

1       A.  Yes.
2       Q.  All of it?
3       A.  Parts of it.
4       Q.  All right.  Who chose the parts of the
5   deposition transcript and the parts of the videotape
6   that you read or watched?
7       A.  My attorneys.
8       Q.  And when did you read and watch?
9       A.  Watched yesterday and read in the last few
10  days.
11      Q.  And have you made any corrections or changes
12  to your deposition transcript?
13      A.  No.
14      Q.  Do you plan to?
15      A.  Possibly if I read it thoroughly, the entire
16  deposition.
17      Q.  So the answer to my question do you plan to
18  is possibly?
19      A.  Yes.
20      Q.  Do you have any changes or corrections to
21  make today based on what you read and saw yesterday or
22  before?
23      A.  No.
24      Q.  How much -- approximately how many pages did
25  you read?

Page 341

---

4  (Pages 338 to 341)

1    your drugs to retailers, did you generally sell those
2    drugs to retailers at a price below the published
3    average wholesale price?
4        A.   The only reference I had would be to the
5    source program, again, the other contractual
6    arrangement, I would not know how that was set up.
7    But in general I would say the prices on the source
8    program were less than AWP.
9        Q.   And when you sell your drugs to your -- the
10   drug stores -- or the drug chain that you call on,
11   Discount Drugs, you sell Mylan's drugs to them at a
12   price that's below the published average wholesale
13   price; is that correct?
14           MR. ESCOBAR:  I'm sorry, Chuck, I lost
15   you.  Are you talking about Mylan?  Now at Mylan or at
16   Harris?  I lost the -- which company he's working for?
17           MR. BARNHILL:  Mylan.  Mylan.
18           MR. ESCOBAR:  I'm sorry.
19       Q.   (BY MR. BARNHILL)  Let me reask the question.
20       A.   Please.
21       Q.   You call on this chain, Discount Drugs; is
22   that correct?
23       A.   Yes.
24       Q.   And the net price that you sell Mylan drugs
25   to them for is less than the published average

                                        Page 474

1    wholesale price for those drugs; is that correct?
2            MR. ESCOBAR:  Objection to the form.
3        A.   I believe -- yes, I believe that the prices
4    are below AWP.
5        Q.   (BY MR. BARNHILL)  Okay.  I want to ask you
6    some questions about how prices are set generally.  As
7    I understood your testimony, you participate in the
8    setting of prices on -- for drugs that are about to be
9    launched; is that correct?
10       A.   I do not participate in the setting of the
11   prices for new drugs, no.
12       Q.   Do you participate in setting prices of drugs
13   at all in any respect?
14       A.   No.
15       Q.   Well, let me ask you some questions about
16   Mylan's policies and let me mark first an exhibit to
17   help us out a little bit.
18           MR. BARNHILL:  Are we at 44?
19           (Exhibit 44 marked)
20       A.   (Witness reviewing document).
21       Q.   (BY MR. BARNHILL)  All right.  Mr. Krinke, do
22   you have Exhibit 44 in front of you?
23       A.   I do.
24       Q.   Are you familiar with this drug clozapine?
25       A.   Yes.

                                        Page 475

1        Q.   What's it used for, by the way?
2        A.   It was an antipsychotic product.
3        Q.   All right.  Now, you'll notice that there are
4    several prices in connection with this drug in
5    connection with the sale of it.  If you take a look at
6    Page 2, you have clozapine tablets 25 milligrams.  Do
7    you see that?
8        A.   Yes.
9        Q.   And it says an AWP of $122.35.  Do you see
10   that?
11       A.   Yes.
12       Q.   And it's got A1 $93.75.
13       A.   Yes, sir.
14       Q.   What is A1?
15       A.   I don't know what A1 is.
16       Q.   Take a look at Page 1.  Is that your name and
17   signature on there?
18       A.   Yes.
19       Q.   And you're the one who sends this out to the
20   valued customer?
21       A.   No, I do not.
22       Q.   This -- this letter that you signed does not
23   go out to the customer?
24       A.   It does.  The letter goes out to the
25   customer, yes.

                                        Page 476

1        Q.   All right.  And -- and then the second page,
2    does that go out to the customer?
3        A.   I don't believe so.  I believe it's an
4    internal document.
5        Q.   We'll get back to -- you never send out
6    pricing information like this to a customer?
7        A.   I've never seen a customer receive this
8    second page --
9        Q.   Okay.
10       A.   -- before.
11       Q.   How about the third page, that doesn't go to
12   a customer?
13       A.   That looks like a page that would go
14   potentially to a customer, yes.
15       Q.   To a what?
16       A.   To a customer.
17       Q.   Okay.  And page -- the fourth page, how about
18   that, does that go to a customer?
19       A.   It looks like a page that could go to a
20   customer, yes.
21       Q.   All right.  And -- and the fifth page, how
22   about the fifth page, does that go to a customer?
23       A.   It's possible.
24       Q.   And the sixth page, would that go to a
25   customer?

                                        Page 477

38  (Pages 474 to 477)