# EXHIBIT W



TO: Bob Cunard

FROM: Steve Krinke
Dave Workman

DATE: July 20, 2001

SUBJECT: Fifth Annual 340B Coalition Conference

---

Dave Workman and I attended the above conference on July 11-13, 2001. Below is a recap of this meeting and our recommendations.

In 1992, Congress enacted Section 340B of the Public Health Service Act, which enables public hospitals, community, migrant and homeless health centers, HIV/AIDS clinics, and other safety net providers to purchase **outpatient** (only) pharmaceuticals at discounted rates.

The 340B Coalition represents the thousands of safety net providers and programs participating in the Public Health Service's 340B drug discount program. The Coalition was created to assist providers with accessing and complying with the program while working with the federal and state government to improve implementation of the program. One of the Coalition's key lobbying efforts is to attain sub-ceiling prices from branded manufacturers.

Various 340B entities and brand manufacturers attended this meeting. Mylan and Endo were the only two generic manufacturers present. Presentations were given by Medicaid program administrators from Utah, Minnesota, and Texas. Many Congressmen/women and a U.S. Senator (also a pharmacist) from Washington State gave presentations on current events in Washington. Bergen also gave a presentation on the Prime Vendor program.

One significant presentation was given by Patrick Lupinetti, Director, Special Projects, Medicaid Fraud Control Unit, New York State Attorney General on 340B Medicaid Drug Price Calculations. His discussion included auditing and the potential future creation of an <u>A</u>verage <u>S</u>elling <u>P</u>rice as a benchmark to use in calculating pharmacy reimbursement. One clear message from this meeting was that calculation of AMP is not consistent among manufacturers. The Coalition stated that the legislative language leaves the calculation open to interpretation. The use of AWP as a basis for pharmacy reimbursement was discussed at length including the various monetary penalties recently paid by several drug companies such as Bayer Corporation. It appears inevitable that AWP will be replaced as the starting point for pharmacy reimbursement on non-MAC'd products.

EXHIBIT 25
WIT: Cunard
DATE: 10-30-08
Debra McGrew

HIGHLY CONFIDENTIAL                                                                 CAMylan02044237

Based on participation in this meeting and the overall tone of this meeting, we recommend the following action steps:

(1) Mylan should develop a sound documented method (possibly weighted average of prices) to calculate AMP's which include only the appropriate trade classes.
(2) This process should be standardized and automated through Seagate to maintain future consistency. Also, this process needs to be thoroughly documented to avoid issues if we are audited.

We recommend the creation of an internal task force to address the above recommendations to ensure full compliance, documentation, and accurate calculation of AMP prices.

HIGHLY CONFIDENTIAL

CAMylan02044238