# EXHIBIT Z

Page 1

```
 1              STATE OF WISCONSIN CIRCUIT COURT

 2                  DANE COUNTY   Branch 9

 3      ----------------------

 4      STATE OF WISCONSIN,    )

 5              Plaintiff, ) CASE NO. 04-CV-1709

 6      vs.                    )

 7      AMGEN INC., et al.,    )

 8              Defendants. )

 9      ----------------------

10         (CAPTIONS CONTINUED ON FOLLOWING PAGES)

11      Videotape Deposition of Joseph Duda, R.Ph.

12              Wednesday, April 16, 2008

13      a witness herein, taken on behalf of the

14      plaintiffs in the above-entitled cause of action

15      pursuant to notice and the Wisconsin and Kentucky

16      Rules of Civil Procedure by and before Tammie

17      Puls, Registered Professional Reporter and

18      Notary Public within and for the State of

19      West Virginia at the offices of Streski Reporting

20      & Video Service, WesMon Center IV, 829 Fairmont

21      Road, Suite 101, Morgantown, West Virginia 26501,

22      commencing at 8:52 a.m.
```

Duda, R.Ph., Joseph  
Morgantown, WV  
April 16, 2008

```
                                              Page 2
 1          COMMONWEALTH OF KENTUCKY
 2          FRANKLIN CIRCUIT COURT - DIV. I
 3       ------------------------------
 4   COMMONWEALTH OF KENTUCKY,     )
 5   ex rel. GREGORY D. STUMBO,    ) CIVIL ACTION
 6   ATTORNEY GENERAL              ) NO. 04-CI-1487
 7          Plaintiff,             )
 8       vs.                       )
 9   ALPHARMA USPD, INC., et al.,  )
10          Defendants.            )
11       ------------------------------
12
13          COMMONWEALTH OF KENTUCKY
14          FRANKLIN CIRCUIT COURT - DIV. II
15       ---------------------------
16   COMMONWEALTH OF KENTUCKY      )
17          Plaintiff,    ) CIVIL ACTION
18       vs.              ) NO. 03-CI-1134
19   ABBOTT LABORATORIES, INC.,   )
20          Defendants.   )
21       ---------------------------
22
```

```
                                              Page 4
 1       A P P E A R A N C E S   O F   C O U N S E L:
 2
 3   On behalf of the States of Wisconsin and
 4   Kentucky:
 5
 6          CHARLES J. BARNHILL, Jr, ESQ.
 7          Miner, Barnhill & Galland, P.C.
 8          44 East Mifflin, Suite 803
 9          Madison, Wisconsin 53703
10          (608) 255-5200
11          cbarnhill@lawmbg.com
12
13   On behalf of Mylan, Inc.:
14
15          WILLIAM A. ESCOBAR, ESQ.
16          Kelley, Drye & Warren, LLP
17          101 Park Avenue
18          New York, New York 10178
19          (212) 808-7771
20          wescobar@kelleydrye.com
21
22
```

```
                                              Page 3
 1          COMMONWEALTH OF KENTUCKY
 2          FRANKLIN CIRCUIT COURT - DIV. II
 3       ------------------------------
 4   COMMONWEALTH OF KENTUCKY,     )
 5   ex rel. GREGORY D. STUMBO,    ) CIVIL ACTION.
 6   ATTORNEY GENERAL              ) NO. 03-CI-1135
 7          Plaintiff,             )
 8       vs.                       )
 9   WARRICK PHARMACEUTICALS CORP.,)
10   et al.                        )
11          Defendants.            )
12       ------------------------------
13             * * *
14
15
16
17
18
19
20
21
22
```

```
                                              Page 5
 1       A P P E A R A N C E S (Cont.)
 2
 3   On behalf of Mylan, Inc.:
 4
 5          ERIK C. NAFT, ESQ.
 6          Mylan, Inc.,
 7          1500 Corporate Drive
 8          Canonsburg, Pennsylvania 15317
 9          (724) 514-1846
10          erik.naft@mylan.com
11
12
13   ALSO PRESENT: Greg Diefenbaugh, Videographer
14
15
16
17
18
19
20
21
22
```

Duda, R.Ph., Joseph  
Morgantown, WV  
April 16, 2008

Page 6

C O N T E N T S

WITNESS: JOSEPH DUDA, R.Ph.                    PAGE
    Examination By Mr. Barnhill.............. 009


        E X H I B I T S
NUMBER          DESCRIPTION             PAGE
Exhibit Duda 001, Mylan003697 - 003702......... 131
Exhibit Duda 002, Mylan003639.................. 146
Exhibit Duda 003, Mylan003036.................. 174
Exhibit Duda 004, Mylan000569 - 000576......... 177
Exhibit Duda 005, Mylan0006483................. 179
Exhibit Duda 006, Mylan009583 and 009599....... 189
Exhibit Duda 007, Mylan001171 - 001172......... 192
Exhibit Duda 008, WiMylan010543 - 010548....... 205
Exhibit Duda 009, Mylan009985 - 009993......... 208
Exhibit Duda 010, Mylan002773 - 002775......... 239
Exhibit Duda 011, Mylan006754 and 006757....... 249
Exhibit Duda 012, Mylan006640 - 006643,
          006676 - 006683, 006697 -
          006698, and 006713........... 260

Page 7

    E X H I B I T S (CONTINUED)
NUMBER          DESCRIPTION             PAGE
Exhibit Duda 013, WiMylan 010538 - 010542...... 286
Exhibit Duda 014, Mylan001157 - 001158......... 291
Exhibit Duda 015, Mylan006718.................. 296
Exhibit Duda 016, Mylan001159 - 001160......... 300
Exhibit Duda 017, Mylan003351, 003354, 003358
          - 003331, 003370 - 003373.... 305
Exhibit Duda 018, Mylan003006.................. 314
Exhibit Duda 019, Mylan006341.................. 320
Exhibit Duda 020, KYMylan02297588 - 02297589... 322
Exhibit Duda 021, Mylan002329.................. 329
Exhibit Duda 022, R1-019293 - 019295........... 336
Exhibit Duda 023, Price Alert article, 6-15-99,
          entitled "Demystifying AWP"
          (no Bates refs) .............. 336
Exhibit Duda 024, FDB-AWP 11659 - 11662........ 336
Exhibit Duda 025, FDB-AWP 01823, 01825, 01841,
          01952, 01953................. 336
Exhibit Duda 026, document entitled "Exhibit
          59" (no Bates ref) .......... 336
Exhibit Duda 027, Mylan002330 - 002348......... 353

Page 8

    E X H I B I T S (CONTINUED)
NUMBER          DESCRIPTION             PAGE
Exhibit Duda 028, Mylan006428 - 006457......... 359
Exhibit Duda 029, Mylan006334.................. 378
Exhibit Duda 030, Mylan006387 - 006390......... 382
Exhibit Duda 031, Mylan003304 - 003308......... 384
Exhibit Duda 032, Mylan003278.................. 403
Exhibit Duda 033, Mylan006413 - 006417......... 404
Exhibit Duda 034, Mylan006418.................. 412
Exhibit Duda 035, Mylan003618 - 003628, and
          003636....................... 414
Exhibit Duda 036, Mylan006853 - 006857, and
          006863 - 006866.............. 416

Page 9

        P R O C E E D I N G S

    THE VIDEOGRAPHER: The time is 8:52 and we're now on the record. Would counsel please introduce themselves and who they represent?
    MR. BARNHILL: Charles Barnhill on behalf of the States of Wisconsin and Kentucky.
    MR. ESCOBAR: William Escobar, Kelley, Drye & Warren, on behalf of Mylan.
    MR. NAFT: Erik Naft on behalf of Mylan.
    THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

    JOSEPH DUDA, R.Ph.
being first duly sworn, was examined and deposed as follows:
    MR. BARNHILL: I call as an adverse witness, Joseph Duda.

        E X A M I N A T I O N
BY MR. BARHNILL:

3 (Pages 6 to 9)

Duda, R.Ph., Joseph  
Morgantown, WV  
April 16, 2008

Page 154

1  expedite the negotiation of contracts, because,
2  again, we had a voluminous line of SKUs and NDCs.
3  To process a contract pretty quickly, instead of
4  going line by line by line of every -- if this
5  ultimately was a large contract, we would
6  establish the various price levels that we could
7  use based on customer performance or to negotiate
8  with. It was just a price we could go to help
9  expedite the negotiation. In this example,
10 someone's used a price list of D to offer Rite
11 Aid in this example.
12     Q.  All right.
13         How does it bear -- what relationship
14 does D, which is $6, bear to the contract price,
15 which is $12?
16         MR. ESCOBAR:  Objection to the form.
17 BY MR. BARNHILL:
18     Q.  If any.
19     A.  I don't know that it -- in this example
20 that it has any reference to the contract price.
21 In this example, it may just be a reference point
22 that when Diane was putting this together wanted

Page 155

1  a reference point. So she chose this price list
2  D just to see, you know, what --
3      Q.  Do you have other price lists for the
4  same drug A, B, C, for example, that we don't see
5  here?
6      A.  Yes. Well, at this specific time,
7  there would have been tools or, you know,
8  reference prices that were A, B, C and D that
9  would help facilitate the negotiation of a
10 contract instead of going each individual NDC,
11 you know, to create a price.
12     Q.  All right.
13         So -- and would they be different kinds
14 of customers? A -- the A prices would be a
15 different kind of customer than a B price?
16     A.  The -- Mylan has different classes of
17 trade of customers.
18     Q.  Sure.
19     A.  And these customers, and you can't -- I
20 don't want to simply say that you can put someone
21 in a class or trade and you can establish which
22 price they're going to get, because there are

Page 156

1  various factors that go into suggesting what the
2  price, ultimately, a customer receives.
3         So you have various classes of trade.
4  You had supply and demand that was going on in
5  the market. And -- you know, what is -- how does
6  the customer want to purchase the product, direct
7  or indirect? So as all those dynamics unfolded
8  in a given time, there were price lists that
9  would be created to suggest that a -- that a
10 price could be used for a customer on a specific
11 individual SKU or maybe if you were doing a full
12 line contract bid that had all 500 molecules, you
13 could determine -- you know, here is a starting
14 point to start negotiations. So these price
15 lists, A, B, C and D, were starting points that
16 we could start negotiation. And ultimately, they
17 could be a price that a customer accepted, but
18 there were multiple lists for beginning
19 negotiations, but there wasn't one fact that said
20 someone always got a specific price.
21     Q.  Okay.
22         Why would Rite Aid end up paying 6.20

Page 157

1  when the D price is $6, do you know?
2         MR. ESCOBAR:  Objection to the form.
3     A.  I don't know, in this specific
4  instance, why they agreed to this price.
5  BY MR. BARNHILL:
6     Q.  What does "difference" mean?
7     A.  Difference.
8         I would have to work backwards to see
9  what she's referring as "difference."
10    Q.  Okay.
11        Well, here, let me ask you this
12 question. Let me switch questions, because I'm
13 not that interested in difference.
14        As I see it here, every price, direct
15 or contract, is lower than the wholesale
16 acquisition cost; is that correct?
17    A.  Every direct and contract price is less
18 than the wholesale acquisition cost.
19        Scanning the document, I would agree
20 with that statement.
21    Q.  Okay.
22        And that means that the -- with respect

40 (Pages 154 to 157)