# EXHIBIT AA

**Sent Event (Event Succeeded)**

| | | | |
|---|---|---|---|
| **Date:** | 2/5/98 | **Time:** | 2:49 PM |
| **Pages:** | 3 | **Duration:** | 2 min 37 sec |
| **Recipient:** | Recvble-DIRECT, Accts | **Company:** | Mylan Pharmaceuticals |
| **Fax Number:** | 285-6434 | **Subject:** | Martijn Trading Co-DIR-Lorazepam Inc |
| **Type:** | Fax | | |



February 3, 1998

Dear Valued Customer,

Due to changes in market conditions, Mylan will be required to **increase** its <u>direct</u> price on Lorazepam Tabs **effective March 3, 1998**.

We have reviewed inventories available at our current prices and have allocated those inventories using your purchase history with Mylan. If you wish to avail yourself of these inventories, please contact your Mylan representative.

| PRODUCT | SIZE | New AWP | Old WAC | New WAC |
|---|---|---|---|---|
| Lorazepam .5mg | 100 | $64.31 | $1.50 | $36.72 |
| Lorazepam .5mg | 500 | $312.59 | $6.85 | $174.06 |
| Lorazepam 1mg | 100 | $83.77 | $1.80 | $48.24 |
| Lorazepam 1mg | 500 | $405.24 | $7.30 | $229.80 |
| Lorazepam 1mg | 1,000 | $796.67 | $13.60 | $454.08 |
| Lorazepam 2mg | 100 | $122.11 | $2.40 | $71.52 |
| Lorazepam 2mg | 500 | $594.11 | $10.45 | $342.24 |

Once we have shipped our current inventories, we would expect to be out of stock on this item for 3 - 5 weeks. We expect other suppliers of this product to experience the same difficulties in the near future.

We have notified our contract customers of this change and have told them we expect prime vendor inventories to be sufficient to cover **normal monthly purchase requirements only**. A copy of each contract change will be sent to your contracts department.

I have enclosed a copy of a letter we have written to HCFA and to First Data Bank advising them of our changes on this product. If you have any questions or require additional information on this matter, please contact your Mylan representative.

Sincerely,

*Thomas D. Darby*
Thomas D. Darby
V.P. Pricing and Contracts

HIGHLY CONFIDENTIAL

NYMylan00053292