# EXHIBIT BB

**Sent Event (Event Succeeded)**

| Date: | 2/6/98 | Time: | 7:35 AM |
|---|---|---|---|
| Pages: | 3 | Duration: | 4 min 5 sec |
| Recipient: | MITIGUY, CHRIS | Company: | BURLINGTON DRUG |
| Fax Number: | 1-802-893-5110 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |



# FAX COVER PAGE

| To : CHRIS MITIGUY | From : Hilary Johnson |
|---|---|
| Company : BURLINGTON DRUG | Company : MYLAN PHARMACEUTICALS |
| Fax Number : 1-802-893-5110 | For Information Call : 1-800-796-9526  Ext. 6154 |
| Pages : 3 (Including cover) | Date : 2/5/98 | Fax Number : 1-304-598-3232 |

Burlington Drug - Lorazepam Price Increase

1

HIGHLY CONFIDENTIAL                                                                                      NYMylan00053091

**Sent Event (Event Succeeded)**

| | | | |
|---|---|---|---|
| Date: | 2/6/98 | Time: | 7:35 AM |
| Pages: | 3 | Duration: | 4 min 5 sec |
| Recipient: | MITIGUY, CHRIS | Company: | BURLINGTON DRUG |
| Fax Number: | 1-802-893-5110 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |



February 3, 1998

Dear Valued Customer,

Due to changes in market conditions, Mylan will be required to **increase** its <u>direct</u> price on Lorazepam Tabs **effective March 3, 1998**.

We have reviewed inventories available at our current prices and have allocated those inventories using your purchase history with Mylan. If you wish to avail yourself of these inventories, please contact your Mylan representative.

| PRODUCT | SIZE | New AWP | Old WAC | New WAC |
|---|---|---|---|---|
| Lorazepam .5mg | 100 | $64.31 | $1.50 | $30.60 |
| Lorazepam .5mg | 500 | $312.59 | $6.85 | $145.05 |
| Lorazepam 1mg | 100 | $83.77 | $1.80 | $40.20 |
| Lorazepam 1mg | 500 | $405.24 | $7.30 | $191.50 |
| Lorazepam 1mg | 1,000 | $796.67 | $13.60 | $378.40 |
| Lorazepam 2mg | 100 | $122.11 | $2.40 | $59.60 |
| Lorazepam 2mg | 500 | $594.11 | $10.45 | $285.20 |

Once we have shipped our current inventories, we would expect to be out of stock on this item for 3 - 5 weeks. We expect other suppliers of this product to experience the same difficulties in the near future.

We have notified our contract customers of this change and have told them we expect prime vendor inventories to be sufficient to cover **normal monthly purchase requirements only**. A copy of each contract change will be sent to your contracts department.

I have enclosed a copy of a letter we have written to HCFA and to First Data Bank advising them of our changes on this product. If you have any questions or require additional information on this matter, please contact your Mylan representative.

Sincerely,

*Thomas D. Darby*
Thomas D. Darby
V.P. Pricing and Contracts

2

HIGHLY CONFIDENTIAL                                                                                                          NYMylan00053092

**Sent Event (Event Succeeded)**

| Date: | 2/6/98 | Time: | 7:35 AM |
|---|---|---|---|
| Pages: | 3 | Duration: | 4 min 5 sec |
| Recipient: | MITIGUY, CHRIS | Company: | BURLINGTON DRUG |
| Fax Number: | 1-802-893-5110 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |



## MYLAN PHARMACEUTICALS, INC.

TO:     Distribution - AWP Changes/Third Party Notification

FROM:   Mike Doan

DATE:   February 2, 1998

SUBJECT: AWP Changes Effective February 4, 1998

MYLAN PHARMACEUTICALS, INC. announces the following AWP changes effective February 4, 1998.

| GENERIC NAME | STRENGTH | FORM | SIZE | NDC # (00378) | OLD AWP | NEW AWP |
|---|---|---|---|---|---|---|
| Lorazepam | .5mg | Tab | 100 | 0321-01 | $16.95 | $64.31 |
| Lorazepam | .5mg | Tab | 500 | 0321-05 | $75.95 | $312.59 |
| Lorazepam | 1mg | Tab | 100 | 0457-01 | $23.95 | $83.77 |
| Lorazepam | 1mg | Tab | 500 | 0457-05 | $104.25 | $405.24 |
| Lorazepam | 1mg | Tab | 1,000 | 0457-10 | $179.95 | $796.67 |
| Lorazepam | 2mg | Tab | 100 | 0777-01 | $31.95 | $122.11 |
| Lorazepam | 2mg | Tab | 500 | 0777-05 | $142.25 | $594.11 |

If you have any questions concerning this change, please contact Mike Doan at 1-800-796-9526. Thank you for your continued support of Mylan Pharmaceuticals.

cc: Tom Darby
    Bob Sanzen
    Steve Krinke
    Christy Pforr
    Ann Wolfe
    Dan Dorsey
    Regional Managers
    Nancy Newlon
    Stacey Redelman

3

HIGHLY CONFIDENTIAL

NYMylan00053093

**Sent Event (Event Succeeded)**

| Date: | 2/4/98 | Time: | 8:31 AM |
|---|---|---|---|
| Pages: | 3 | Duration: | 2 min 38 sec |
| Recipient: | Recvble-DIRECT, Accts | Company: | Mylan Pharmaceuticals |
| Fax Number: | 285-6434 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |



# FAX COVER PAGE

| To : Accts Recvble-DIRECT | From : Hilary Johnson |
|---|---|
| Company : Mylan Pharmaceuticals | Company : MYLAN PHARMACEUTICALS |
| Fax Number : 285-6434 | For Information Call : 1-800-796-9526  Ext. 6154 |
| Pages : 3 (Including cover) / Date : 2/3/98 | Fax Number : 1-304-598-3232 |

Burlington Drug - Lorazepam Price Increase

1

HIGHLY CONFIDENTIAL                                                                                                   NYMylan00053094

**Sent Event (Event Succeeded)**

| Date: | 2/4/98 | Time: | 8:31 AM |
|---|---|---|---|
| Pages: | 3 | Duration: | 2 min 38 sec |
| Recipient: | Recvble-DIRECT, Accts | Company: | Mylan Pharmaceuticals |
| Fax Number: | 285-6434 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |

# MYLAN

February 3, 1998

Dear Valued Customer,

Due to changes in market conditions, Mylan will be required to **increase** its <u>direct</u> price on Lorazepam Tabs **effective March 3, 1998**.

We have reviewed inventories available at our current prices and have allocated those inventories using your purchase history with Mylan. If you wish to avail yourself of these inventories, please contact your Mylan representative.

| PRODUCT | SIZE | New AWP | Old WAC | New WAC |
|---|---|---|---|---|
| Lorazepam .5mg | 100 | $64.31 | $1.50 | $30.60 |
| Lorazepam .5mg | 500 | $312.59 | $6.85 | $145.05 |
| Lorazepam 1mg | 100 | $83.77 | $1.80 | $40.20 |
| Lorazepam 1mg | 500 | $405.24 | $7.30 | $191.50 |
| Lorazepam 1mg | 1,000 | $796.67 | $13.60 | $378.40 |
| Lorazepam 2mg | 100 | $122.11 | $2.40 | $59.60 |
| Lorazepam 2mg | 500 | $594.11 | $10.45 | $285.20 |

Once we have shipped our current inventories, we would expect to be out of stock on this item for 3 - 5 weeks. We expect other suppliers of this product to experience the same difficulties in the near future.

We have notified our contract customers of this change and have told them we expect prime vendor inventories to be sufficient to cover **normal monthly purchase requirements only**. A copy of each contract change will be sent to your contracts department.

I have enclosed a copy of a letter we have written to HCFA and to First Data Bank advising them of our changes on this product. If you have any questions or require additional information on this matter, please contact your Mylan representative.

Sincerely,

*Thomas D. Darby*
Thomas D. Darby
V.P. Pricing and Contracts

2

HIGHLY CONFIDENTIAL

NYMylan00053095

## Sent Event (Event Succeeded)

| | | | |
|---|---|---|---|
| Date: | 2/4/98 | Time: | 8:31 AM |
| Pages: | 3 | Duration: | 2 min 38 sec |
| Recipient: | Recvble-DIRECT, Accts | Company: | Mylan Pharmaceuticals |
| Fax Number: | 285-6434 | Subject: | Burling Drug-DIR-Lorazepam Price Inc |
| Type: | Fax | | |



## MYLAN PHARMACEUTICALS, INC.

TO: Distribution - AWP Changes/Third Party Notification

FROM: Mike Doan

DATE: February 2, 1998

SUBJECT: AWP Changes Effective February 4, 1998

MYLAN PHARMACEUTICALS, INC. announces the following AWP changes effective February 4, 1998.

| GENERIC NAME | STRENGTH | FORM | SIZE | NDC # (00378) | OLD AWP | NEW AWP |
|---|---|---|---|---|---|---|
| Lorazepam | .5mg | Tab | 100 | 0321-01 | $16.95 | $64.31 |
| Lorazepam | .5mg | Tab | 500 | 0321-05 | $75.95 | $312.59 |
| Lorazepam | 1mg | Tab | 100 | 0457-01 | $23.95 | $83.77 |
| Lorazepam | 1mg | Tab | 500 | 0457-05 | $104.25 | $405.24 |
| Lorazepam | 1mg | Tab | 1,000 | 0457-10 | $179.95 | $796.67 |
| Lorazepam | 2mg | Tab | 100 | 0777-01 | $31.95 | $122.11 |
| Lorazepam | 2mg | Tab | 500 | 0777-05 | $142.25 | $594.11 |

If you have any questions concerning this change, please contact Mike Doan at 1-800-796-9526. Thank you for your continued support of Mylan Pharmaceuticals.

cc: Tom Darby
   Bob Sanzen
   Steve Krinke
   Christy Pforr
   Ann Wolfe
   Dan Dorsey
   Regional Managers
   Nancy Newlon
   Stacey Redelman

3

HIGHLY CONFIDENTIAL

NYMylan00053096