# EXHIBIT DD

```
 1              CAUSE NO. D-1-GV-07-001259

 2                       - - - -

 3   THE STATE OF TEXAS          )IN THE DISTRICT COURT
                                 )              OF
 4   ex rel.                     )
                                 )
 5        VEN-A-CARE OF THE      )
          FLORIDA KEYS, INC.     )
 6                               )
          Plaintiffs,            )
 7                               )TRAVIS COUNTY, TEXAS
          vs.                    )
 8                               )
     SANDOZ, INC. f/k/a GENEVA   )
 9   PHARMACEUTICALS, INC., EON  )
     LABS,                       )
10                               )
     MYLAN PHARMACEUTICALS, INC.,)
11   MYLAN LABORATORIES, INC.,   )
     UDL LABORATORIES, INC.,     )
12                               )
     TEVA PHARMACEUTICALS USA,   )
13   INC. f/k/a LEMMON           )
     PHARMACEUTICALS, INC., COPLEY)
14   PHARMACEUTICALS, INC. IVAX  )
     PHARMACEUTICALS, INC., SICOR )
15   PHARMACEUTICALS, INC., and  )
     TEVA NOVOPHARM, INC.,       )
16                               )201st JUDICIAL
          Defendants.            )DISTRICT
17

18

19

20                       - - - -

21      VIDEOTAPE DEPOSITION OF: ANTHONY MAURO

22                       - - - -

23

24

25
```

Page 2

```
1    IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
             IN AND FOR LEON COUNTY, FLORIDA
2
                      - - - -
3
     THE STATE OF FLORIDA        )
4    Ex rel.                     )
                                 )
5        VEN-A-CARE OF THE       )
         FLORIDA KEYS, INC., a   )
6        Florida Corporation, by )
         and through its         )
7        principal officers and  )
         directors, ZACHARY T.   )
8        BENTLEY and T. MARK     )
         JONES,                  )
9                                )Case No. 98-3032G
            Plaintiffs,    )Judge William L. Gary
10                               )
         vs.                     )
11                               )
     MYLAN LABORATORIES, INC.;   )
12   MYLAN PHARMACEUTICALS, INC.; )
     NOVOPHARM, LTD.; SCHEIN     )
13   PHARMACEUTICAL, INC., TEVA  )
     PHARMACEUTICAL INDUSTRIES,  )
14   LTD.; TEVA PHARMACEUTICAL USA;)
     and WATSON PHARMACEUTICALS, )
15   INC.,                       )
                                 )
16                               )
            Defendants.   )
17
18
19              - - - -
20   VIDEOTAPE DEPOSITION OF: ANTHONY MAURO
21              - - - -
22
23
24
25
```

Page 4

```
1        VIDEOTAPE DEPOSITION OF ANTHONY MAURO,
     a witness, called by the State of Texas for
2    examination, in accordance with the Texas Rules of
     Civil Procedure, taken by and before JoAnn M. Brown,
3    RMR, CRR, a Court Reporter and Notary Public in and
     for the Commonwealth of Pennsylvania, at the offices
4    of AKF Reporters, Inc., 436 Boulevard of the Allies,
     Pittsburgh, Pennsylvania, on Friday, October 31,
5    2008, commencing at 9:00 a.m.
6
     APPEARANCES:
7
         FOR THE STATE OF TEXAS:
8    B. Ross Pringle, Jr., Esq.
     rpringle@w-g.com
9    WRIGHT & GREENHILL, P.C.
     221 West 6th Street, Suite 1800
10   Austin, Texas  78701
     P 512-476-4600
11   F 512-476-5382
12
         FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.:
13   Glenn W. MacTaggart, Esq.
     gmactaggart@phmy.com
14   PRICHARD HAWKINS MCFARLAND & YOUNG
     Union Square, Suite 600
15   10101 Reunion Place
     San Antonio, Texas  78216
16   P 210-477-7419
     F 210-477-7469
17
18       FOR THE STATE OF CALIFORNIA:
     Eliseo Sisneros, Esq.
19   consuelo.gutierrez@doj.ca.gov
     DEPUTY ATTORNEY GENERAL STATE OF CALIFORNIA
20   110 West "A" Street, Suite 1100
     San Diego, California  92108
21   P 619-688-6043
22
23
24
25
```

Page 3

```
1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
2
3    _____
                    )MDL No. 1456
     IN RE:  PHARMACEUTICAL INDUSTRY    )Master File No.
4    AVERAGE WHOLESALE PRICE LITIGATION )01-12257-PBS
     _____ )
5                        )
     THIS DOCUMENT RELATES TO:        )Judge Patti B.
6    State of California, ex rel.     )Saris
     Ven-A-Care v. Abbott Laboratories, )
7    Inc., et al.              )
     Case No. 03-cv-11226-PBS         )
8    _____ )
9
10
11
12              - - - -
13   VIDEOTAPE DEPOSITION OF: ANTHONY MAURO
14              - - - -
15
16
17         DATE:  October 31, 2008
                Friday, 9:00 a.m.
18
19       LOCATION:  AKF Reporters, Inc.
                436 Boulevard of the Allies
20              Pittsburgh, PA  15219
21
         TAKEN BY:  State of Texas
22
23       REPORTED BY:  JoAnn M. Brown, RMR, CRR
                  Notary Public
24                Reference No. JB09759
25
```

Page 5

```
1    APPEARANCES (CONTINUED):
2        FOR THE STATES OF ALABAMA AND MISSISSIPPI:
     H. Clay Barnett, III, Esq.  (via telephone)
3    clay.barnett@beasleyallen.com
     BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
4    272 Commerce Street
     Post Office Box 4160
5    Montgomery, Alabama  36103
     P 334-269-2343
6    F 334-954-7555
7
         FOR THE DEFENDANTS MYLAN PHARMACEUTICALS, INC.,
8        MYLAN LABORATORIES, INC., UDL LABORATORIES,
         INC.:
9    William A. Escobar, Esq.
     wescobar@kelleydrye.com
10   KELLEY DRYE & WARREN, LLP
     101 Park Avenue
11   New York, New York  10178
     P 212-808-7771
12   F 212-808-7897
         -and-
13   Erik C. Nath, Esq.
     erik.nath@mylan.com
14   MYLAN, INC.
     1500 Corporate Drive
15   Canonsburg, PA  15317
     P 724-514-1846
16   F 724-514-1871
17
         ALSO PRESENT:
18   Lindsay Maddock, Videographer
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Page 6

```
 1              INDEX
 2  Examination by Mr. Pringle - - - - - - - - - 8
    Examination by Mr. Sisneros - - - - - - - - - 242
 3  Examination by Mr. MacTaggart - - - - - - - - 250
    Examination by Mr. Barnett - - - - - - - - - 331
 4
    Certificate of Court Reporter - - - - - - - - 336
 5  Errata Sheet - - - - - - - - - - - - - - - 337
    Notice of Non-Waiver of Signature - - - - - - 338
 6
            EXHIBIT INDEX
 7
 8  EXHIBIT                    PAGE
 9  1                          46
10  2                          50
11  3                          114
12  4                          127
13  5                          134
14  6                          137
15  7                          148
16  8                          158
17  9                          176
18  10                         185
19  11                         191
20  12                         196
21  13                         199
22  14                         202
23  15                         204
24  16                         207
25  17                         218
```

Page 7

```
 1  18                         227
 2  19                         229
 3  20                         244
 4  21                         247
 5  22                         248
 6  23                         254
 7  24                         284
 8  25                         287
 9  26                         290
10  27                         295
11  28                         296
12  29                         300
13  30                         304
14  31                         305
15  32                         309
16  33                         311
17  34                         313
18  35                         314
19  36                         316
20  37                         318
21  38                         319
22  39                         321
23  40                         322
24  41                         325
25  42                         327
```

Page 8

```
 1              - - - -
 2      P-R-O-C-E-E-D-I-N-G-S
 3              - - - -
 4      THE VIDEOGRAPHER:  Good morning.
 5  This is the videographer speaking, Lindsay
 6  Maddock of AKF Court Reporting and Videotech
 7  Services.
 8      The time is indicated on the
 9  screen.  It is 9:00 a.m.
10      If the Court Reporter would please
11  swear in the witness, we may proceed.
12              - - - -
13      ANTHONY MAURO,
14      having been duly sworn,
15  was examined and testified as follows:
16
            - - - -
17
          EXAMINATION
18
            - - - -
19
BY MR. PRINGLE:
20
Q.   Would you please state your name, sir.
21
A.   Tony Mauro.
22
Q.   Mr. Mauro, what is your date of birth?
23
A.   February 12, 1973.
24
Q.   Mr. Mauro, my name is Ross Pringle.  I
25
```

Page 9

```
 1      proceedings that have been brought against
 2      Mylan Pharmaceuticals and others.
 3          Are you familiar with that
 4      litigation?
 5  A.   Not entirely, no.
 6  Q.   Have you heard about it?
 7  A.   I have.
 8  Q.   Have you ever given a deposition before?
 9  A.   I have.
10  Q.   How many times have you given depositions?
11  A.   I would say this is my third.
12  Q.   I assume that you're familiar with the rules
13      of a deposition.
14          You understand that you're under
15      oath?
16  A.   I do.
17  Q.   And you understand that even though we're not
18      in a courthouse testifying, your deposition
19      testimony has the same weight and effect as
20      courtroom testimony?
21  A.   I do.
22  Q.   You understand that you're under the same
23      oath, and a violation of that oath is a --
24      would subject you to a charge of perjury just
25      as if you perjured yourself at trial?
```

Page 278

1          MR. ESCOBAR:  Objection to the form.
2   A.   Not something that we would go out and
3        promote.
4   Q.   Would you agree that part of your job as vice
5        president for sales and as a director of the
6        NAMs, the national account managers, and so
7        forth over several years, part of your job was
8        to try to convince customers how they can
9        increase their profits when they buy and sell
10       Mylan drugs?
11          MR. ESCOBAR:  Objection to the form.
12  A.   No, that was not something we did.
13          The way we tried to promote our
14       products to our customers were we were
15       providing a broad offering of new items with a
16       robust pipeline to keep them in service, and
17       the company hasn't had a recall from a
18       manufactured product in over 47 years.
19  Q.   And in terms of profits that customers might
20       earn from the sale of Mylan drugs, did you
21       receive complaints from customers about a low
22       spread?
23          MR. ESCOBAR:  Objection to the form.
24  A.   The complaints we received that I can recall
25       were usually always as it relates to the

Page 279

1        reimbursement was below the cost, so they were
2        losing money.
3   Q.   Below the cost?
4   A.   Below the cost to purchase it, yes, sir.
5   Q.   All right.  And what did you do then if that
6        was the spread that occurred for that
7        particular instance?
8          MR. ESCOBAR:  Objection to the form.
9   A.   If there was a complaint that our products
10       were sold -- were being reimbursed below cost,
11       I would forward it on to our pharmacy affairs
12       group, Steve Krinke, Eric Belldina, Deneen
13       Fumich.
14  Q.   And then what would happen?
15  A.   I don't know.  They would, most likely, follow
16       up with the customer, maybe make contact with
17       the third-party payor to see if we had had all
18       the facts together, so --
19  Q.   And did you lose customers over low spreads?
20          MR. ESCOBAR:  Objection to the form.
21  A.   I don't believe we lost customers.  I don't
22       remember any specific examples.
23  Q.   Okay.  Did you ever consider the dispensing
24       fees in setting the AWP for Medicaid-
25       reimbursed drugs?

Page 280

1          MR. ESCOBAR:  Objection to the
2        form.  No foundation.
3   A.   I don't know, sir.
4   Q.   You don't know?
5   A.   I don't know.
6   Q.   Okay.  I believe you earlier did say you've
7        had customers ask you about the spread?
8          MR. ESCOBAR:  Objection to the form.
9   A.   I said, in the e-mail, they had mentioned that
10       in terms of they were losing money based on
11       where they were purchasing it from, yes, in
12       terms of the reimbursement versus the cost to
13       buy.
14  Q.   Okay.  And did you ever hear from customers
15       that the third-party reimbursement for Mylan
16       drugs was not as good as it was for other
17       companies?
18  A.   No, I did not.  Not to my belief.
19  Q.   Okay.  So, you either beat or exceeded your
20       competitors in that sense?
21          MR. ESCOBAR:  Objection to the form.
22  A.   That was not a conversation we had with our
23       customers traditionally, no.
24  Q.   Never had that conversation by e-mail,
25       correspondence?

Page 281

1   A.   Not that I can recall, sir.
2   Q.   Over all those years?
3   A.   Not that I can recall.
4          Usually it was asking for a lower
5        price was the number one conversation they
6        would be asking for.
7   Q.   Okay.  You would agree, though, that the
8        spread had to be important to your customers?
9          MR. ESCOBAR:  Objection to the form.
10  A.   I can't answer for my customers what was
11       important and what wasn't.
12  Q.   You would agree that AWP is used for
13       reimbursement purposes?
14          MR. ESCOBAR:  Objection to the form,
15       and I think we've covered this at length, and
16       it's getting a little --
17          MR. MACTAGGART:  Note your
18       objection.
19          MR. ESCOBAR:  Well, no, I don't
20       think the purpose of the deposition is to
21       repeat the testimony you heard earlier.
22          MR. MACTAGGART:  Counsel, your
23       objection is noted.
24          MR. ESCOBAR:  Well, let me put -- if
25       the deposition -- I'm just going to tell you,

71 (Pages 278 to 281)