# EXHIBIT EE

## Page 1

```
CAUSE NO. D-1-GV-07-001259
       IN THE DISTRICT COURT OF
          TRAVIS COUNTY, TEXAS
          201st JUDICIAL DISTRICT
- - - - - - - - - - - - - - - - - -
THE STATE OF TEXAS
ex rel.
     VEN-A-CARE OF THE
     FLORIDA KEYS, INC.

          Plaintiffs,
v.

SANDOZ INC. f/k/a GENEVA
PHARMACEUTICALS, INC.,
EON LABS,
MYLAN PHARMACEUTICALS,
INC., MYLAN LABORATORIES,
INC., UDL LABORATORIES, INC.
TEVA PHARMACEUTICALS USA,
INC. f/k/a LEMMON
PHARMACEUTICALS, INC.,
COPLEY PHARMACEUTICALS, INC.,
IVAX PHARMACEUTICALS, INC.,
SICOR PHARMACEUTICALS,
INC., and TEVA NOVOPHARM, INC.,
          Defendants.
- - - - - - - - - - - - - - - - - -
        DEPOSITION OF ROBERT POTTER, called as a
witness by counsel for the Defendants, pursuant to
the provisions of Texas Rules of Civil Procedure,
before Christine M. Ferraro, Court Reporter in and
for the State of Rhode Island, taken at Esquire
Deposition Services, Ten Weybosset Street,
Providence, Rhode Island, on November 25, 2008,
commencing at 9:13 a.m.
commencing at 9:13 a.m.
```

## Page 2

```
 1         APPEARANCES:
 2  On behalf of the Plaintiff, State of Texas:
    WRIGHT & GREENHILL, P.C.
 3  BY: ARCHIE CARL PIERCE, ESQUIRE
    BY: CHRISTOPHER A. SHULEY, ESQUIRE
 4  221 West Sixth Street, Suite 1800
    Austin, TX 78701-3495
 5  (512) 476-4600
 6  On behalf of the Plaintiff, Ven-A-Care of the
    Florida Keys, Inc.:
 7  LAW OFFICES ENGSTROM, LIPSCOMB & LACK
    BY: ADAM D. MILLER, ESQUIRE
 8  10100 Santa Monica Boulevard, 12th Floor
    Los Angeles, CA 90067-4107
 9
    On behalf of the Plaintiff, State of California:
10  BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
    DEPUTY ATTORNEY GENERAL
11  BY: STEVEN U. ROSS, ESQUIRE
    110 West A Street #1100/P.O. Box 85266
12  San Diego, CA 92186
    (619) 688-6026/steven.ross@doj.ca.gov
13
14  On behalf of the Plaintiffs, State of Alabama and
    State of Mississippi:
15  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    BY: H. CLAY BARNETT, III, ESQUIRE
16  272 Commerce Street/P.O. Box 4160
    Montgomery, AL 36103-4160
17  (334) 269-2343/clay.barnett@beasleyallen.com
18  On behalf of the Plaintiff, State of New York:
    KIRBY McINERNEY, LLP
19  BY: KATHRYN B. ALLEN, ESQUIRE
    825 Third Avenue, 16th Floor
20  New York, NY 10022
    (212) 317-2300/kallen@kmllp.com
21
    On behalf of the Defendant, Mylan:
22  KELLEY DRYE & WARREN, LLP
    BY: NEIL MERKL, ESQUIRE
23  101 Park Avenue
    New York, NY 10178
24  (212) 808-7811/nmerkl@kelleydrye.com
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2
    On behalf of the Defendant, Mylan:
 3  ERIK C. NAFT, ESQUIRE
    1500 Corporate Drive
 4  Canonsburg, PA 15317
    (724)514-1846/erik.naft@mylan.com
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
    ALSO PRESENT: David Woodford, Videographer
    ALSO PRESENT: David Woodford, Videographer
```

## Page 4

```
 1             I N D E X
 2  Testimony of: Robert Potter
 3
 4        DIRECT   CROSS   REDIRECT   RECROSS
 5  by Mr. Pierce    9              172
 6  by Mr. Merkl            160              199
 7  by Mr. Barnett   177
 8  by Mr. Miller    201
 9
10            E X H I B I T S
11  NO.                              PAGE
12  1   10/15/02 memo re: organizational chart   18
13  2   Sales Representative address list        21
14  3   E-mail from Steve Krinke to Robert Cunard
15      and Bob Potter, subject: NACDS Annual
16      Meeting                                  23
17  4   List of Mylan Company titles             26
18  5   Organizational structure for Mylan
19      Pharmaceuticals Sales and Marketing      26
20  6   Sales and Marketing Department overview  32
21  7   8/27/03 letter to Chairman Tauzin and
22      Chairman Greenwood                       37
23  8   E-mail chain                             43
24  8A  E-mail chain                             44
```

Page 5

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 9 | E-mail chain | 52 |
| 10 | Private pay reimbursement comparison worksheet | 54 |
| 11 | Medicaid reimbursement comparison summary | 62 |
| 12 | Medicaid reimbursement comparison worksheet | 64 |
| 13 | 6/19/00 activity report | 66 |
| 14 | Contracts and Pricing: A customer service overview | 70 |
| 15 | Nifedipine ER Tablets (Compare to Procardia XL) | 79 |
| 16 | Mylan Pharmaceuticals Inc. new product plan summary | 85 |
| 17 | E-mail chain | 89 |
| 18 | E-mail chain | 91 |
| 19 | E-mail chain | 94 |
| 20 | E-mail chain | 98 |
| 21 | Mylan FY 2000 marketing plan | 99 |
| 22 | Internal memo from Mylan | 103 |
| 23 | E-mail chain | 107 |
| 24 | E-mail chain | 111 |
| 25 | E-mail chain | 116 |

Page 6

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 26 | E-mail chain | 125 |
| 27 | E-mail chain | 128 |
| 28 | E-mail chain | 129 |
| 29 | E-mail chain | 132 |
| 30 | E-mail chain | 135 |
| 31 | E-mail chain | 141 |
| 32 | E-mail chain | 144 |
| 33 | E-mail chain | 146 |
| 34 | E-mail chain | 151 |
| 35 | E-mail chain | 152 |
| 36 | E-mail chain | 155 |
| 37 | Department of Health and Human Services OIG Compliance Program Guidance for Pharmaceutical Manufacturers | 157 |
| 38 | E-mail chain | 172 |
| 39 | E-mail chain | 203 |
| 40 | E-mail chain | 221 |
| 41 | New product pricing: Terazosin | 229 |
| 42 | E-mail chain | 240 |
| 43 | E-mail chain | 244 |
| 44 | E-mail chain | 246 |
| 45 | E-mail chain | 258 |

Page 7

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 46 | 2/18/98 letter to Pharmacy Professional | 264 |
| 47 | 7/20/99 letter to Matthew Leonard from Stephen Krinke | 279 |

****** EXHIBITS RETAINED BY COURT REPORTER ******

Page 8

PROCEEDINGS

MS. ALLEN: Kathryn Allen from Kirby McInerney representing the City of New York and the New York counties in MDL 1456.

MR. PIERCE: Archie Carl Pierce on behalf of the State of Texas.

MR. BARNETT: Clay Barnett from Montgomery, Alabama, the firm of Beasley, Allen, on behalf of the State of Alabama and the State of Mississippi.

MR. MILLER: Adam Miller from Engstrom, Lipscomb, and Lack in Los Angeles on behalf of VEN-A-CARE, the relator.

MR. ROSS: Steven Ross from the California Attorney General's Office, for the State of California.

MR. MERKL: Neil Merkl from Kelley, Drye for the Defendant, Mylan.

MR. NAFT: Eric Naft for Mylan.

VIDEOGRAPHER: The time is now 9:13 a.m. on November 25th, 2008. This is the beginning of Tape No. 1 in the

### 77

1  be the best price versus lowest price?
2  Nothing other but how much they get
3  reimbursed?
4       MR. MERKL: Objection to form.
5  A.  Well, to me, best price is lowest price.
6      I'm not saying I agree with this. I'm not
7      saying I've used this. I'm just saying
8      that that -- my impression of customers
9      that I've been calling on for 16 years is
10     they want the lowest possible price.
11 BY MR. PIERCE:
12 Q.  And reimbursement was never a concern in
13     all those years when you were selling
14     product to your customers?
15 A.  It may have been a concern on their point,
16     but our point is we go with our best
17     price, and they make the decision if
18     they'd like to buy our product or not.
19     There's other products available in the
20     hundreds of products that we do have.
21          I think if you go down to the
22     key, also to influence sales, on this
23     sheet, the most important ones that we
24     haven't talked about is the value of our

### 78

1  product, where we haven't had any recalls,
2  and that is a very important piece of our
3  wholesaling process.
4  Q.  What's the first bullet point under keys
5      to influence sales on Exhibit 14?
6  A.  Best price versus lowest price.
7  Q.  All right. And based on the prior exhibit
8      we looked at, we know with regards to
9      Nifedipine, even though the comparison
10     analysis done by Mylan was based on a
11     Mylan higher price, the net profit to the
12     customer pharmacy would be more because of
13     this very spread; did we not?
14          MR. MERKL: Objection to form.
15 A.  I'd have to look. I mean, I guess so.
16     I'd have to look at the sheet again.
17 BY MR. PIERCE:
18 Q.  All right. So it's still your testimony,
19     though, that as a salesman for Mylan
20     Pharmaceuticals reimbursement has nothing
21     to do with how you sell your product?
22 A.  That is correct.
23 Q.  Okay.
24 A.  I think it's important that this is a

### 79

1  contracts and pricing document not an
2  inside approach to what's going on.
3  Q.  Well, then, let's talk about documents
4      generated for salesmen.
5  A.  Perfect.
6  Q.  Exhibit 15.
7          (Exhibit No. 15 marked for
8      identification.)
9  BY MR. PIERCE:
10 Q.  All right. Exhibit 15, we're talking
11     about Nifedipine again; are we not?
12 A.  Yes.
13 Q.  And this is referencing Nifedipine ER
14     tablets in a comparison to Procardia XL.
15     Do you see that at the top of Exhibit 15?
16 A.  Yes, I do.
17 Q.  And what is Procardia XL?
18 A.  I believe it's the brand name for
19     Nifedipine ER.
20 Q.  Okay. And this evidently is referencing
21     some information that was provided to
22     Mylan National Account Managers Meeting
23     May 4th-5th, 2000?
24 A.  It appears to be, yes, correct.

### 80

1  Q.  Do you remember that meeting by chance?
2  A.  No, I don't.
3  Q.  Where it might be and whether you
4      attended?
5  A.  No, I do not.
6  Q.  National Account Managers, though, we
7      previously established those are salesmen;
8      are they not?
9  A.  Yes.
10 Q.  So this is a document that was apparently,
11     on its face, presented to salesmen, Mylan
12     salesmen, during this meeting?
13          MR. MERKL: Objection to form.
14 BY MR. PIERCE:
15 Q.  Correct?
16 A.  Correct.
17 Q.  All right. If you'll look at the second
18     page under FAQ, which I -- well, you tell
19     me what you understand FAQ to mean.
20 A.  Frequently asked question.
21 Q.  Okay. Question 2 is: "Mylan's 30
22     milligram tablets are more expensive than
23     Teva's. How can I justify their use?" Do
24     you see that?