UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *The City of New York, et al.,*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) |

**DECLARATION OF JOHN K. CRISHAM PURSUANT TO
<u>RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

John K. Crisham hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law at Kirkland & Ellis LLP, counsel for Defendant Barr Laboratories, Inc., and am admitted to practice before the Courts of the State of Illinois, the District of Columbia, and *pro hac vice* before this Court.

2. This declaration is submitted pursuant to Federal Rule of Civil Procedure 56(f) in opposition to Plaintiffs' motion for partial summary judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of Sue Gaston, dated March 19, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition testimony of Timothy Catlett, dated May 7, 2008.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition testimony of Timothy Catlett, dated May 30, 2007.

6.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition testimony of Patricia Kay Morgan, dated November 30, 2007.

7.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition testimony of Richard Foster, dated February 20, 2008.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition testimony of Lauren Cunningham, dated February 2, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2009.

                                                                         /s/ John K. Crisham
                                                                        John K. Crisham