# EXHIBIT 1

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - -

(cross captions appear on following pages)


Videotaped deposition of SUE GASTON


Volume II


Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

Gaston, Sue - Vol. II                          March 19, 2008
                    Washington, DC

457

1    program is cost savings?

2         A.    Correct.

3         Q.    And so if you set a FUL that was equal

4    to an AWP it wouldn't really result in any cost

5    savings to the state?

6         A.    Correct.

7         Q.    And so in this case, if I understand

8    what's going on here with cefadroxil in 2001,

9    basing a FUL on the lowest published price seemed

10   to result in a FUL that was too low, right?

11        A.    It appeared that way because of the

12   compendia information that we have.

13        Q.    And setting a FUL -- not using that

14   lowest published price but moving up to the next

15   seemed to result in a FUL that was too high?

16        A.    Correct.

17        Q.    And so CMS declined to set a FUL given

18   the published prices that were out there?

19        A.    Correct.

20        Q.    Let me just digress here for a second.

21   What role if any did AWP play in setting FULs?

22        A.    Generally, it did not.

Gaston, Sue - Vol. II                                    March 19, 2008
                          Washington, DC

                                                                    458

1         Q.    Can you think of any instance in which

2    CMS based a FUL on the published AWP price?

3         A.    **I can't think of a situation where they**

4    **did.**

5         Q.    In other words, other than being used

6    to check whether there was going to be cost

7    savings that resulted, FUL was basically -- or --

8    I'm sorry -- AWP was basically irrelevant for the

9    FUL calculation?

10              MS. MARTINEZ:  Objection, form.

11              MR. WINGET-HERNANDEZ:  Objection, form.

12        A.    **It was used in the methodology just for**

13   **consideration, but I don't know of any times when**

14   **it would have been used to set a FUL price.**

15        Q.    So in terms of a basis of calculation,

16   the price on which the FUL was based, AWP was

17   irrelevant?

18              MR. WINGET-HERNANDEZ:  Objection, form.

19              MS. MARTINEZ:  Objection, form.

20        A.    **We wouldn't have used AWP.**

21        Q.    Why would CMS not have used AWP?

22        A.    **Because we know that states will be**