# EXHIBIT 3

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
 2         CIVIL ACTION NO. 03-CV-11865-PBS

 3    THE COMMONWEALTH OF MASSACHUSETTS,

 4                  Plaintiff,              :

 5                                          :
           vs.
 6                                          :

 7    MYLAN LABORATORIES, INC.,
      BARR LABORATORIES, INC.,
 8    DURAMED PHARMACEUTICALS, INC.,
      IVAX CORPORATION, WARRICK
 9    PHARMACEUTICAL CORPORATION,
      WATSON PHARMACEUTICALS, INC.,
10    SCHEIN PHARMACEUTICAL INC.,
      TEVA PHARMACEUTICALS, USA, INC., PAR
11    PHARMACEUTICAL, INC., DEY, INC., ETHEX
      CORPORATION, and ROXANNE LABORATORIES,
12    INC.,

13                                          :
                    Defendants.
14
      ------------------------------------
15         DEPOSITION UNDER ORAL EXAMINATION
                       OF:
16              TIMOTHY P. CATLETT
                  May 30, 2007
17              -----------
         REPORTED BY:  JENNIFER L. REALMUTO, CSR
18              ------------

19

20

21
             ESQUIRE DEPOSITION SERVICES
22           90 Woodbridge Center Drive
            Woodbridge, New Jersey 07095
23         (732) 283-1008 or (800) 247-8366

24

25    JOB #   61441/10163
```

```
 1    first off -- let me back up.
 2                For wholesalers and
 3    distributors, they're all invoiced at
 4    wholesale acquisition costs.
 5         Q.    Is that what is commonly
 6    known as the WAC?
 7         A.    Yes.
 8         Q.    W-A-C?
 9         A.    Yes.
10         Q.    And is that a single number
11    applicable to all wholesalers and
12    distributors?
13         A.    Yes, for Barr's product
14    line.  With the acquisition of Pliva,
15    they did not follow the same practice, so
16    we're in an integration phase right now
17    still.  But for Barr's practice was for
18    all Barr products, and for all Duramed
19    products, they were invoiced -- that
20    trade class was invoiced at WAC.
21         Q.    When you say that trade
22    class, you're talking about wholesalers
23    and distributors?
24         A.    Correct, that's what I'm
25    referring to.
```

1  say that.  I mean, the price would -- it
2  could be a scenario where there's two or
3  three competitors launching.  The price
4  is what it is on Day 1 and it could stay
5  there for a while.  It could stay there
6  for years.  I know products where it
7  stayed for years.
8       Q.     Now, in the circumstances in
9  which because of competitive pressures
10 and so on, the price that Barr is
11 charging its customers drops, what
12 happens to the reported prices?
13      A.     Please rephrase that
14 question.  I'm not sure I follow.
15      Q.     In those cases a price to
16 your customer drops, what does Barr do
17 with regard to its reported prices to
18 First Data Bank or the other price
19 reporting services?
20      A.     Well, the SWP price only
21 changes under the scenario that I
22 described earlier, which is that the
23 price goes up.  We do not -- we have not
24 changed our SWP downward because the
25 purpose of SWP is a reference price to

Case 1:01-cv-12257-PBS   Document 6134-4   Filed 06/15/09   Page 5 of 10

Page 135

```
 1   get generic classification at the time of
 2   launch and generally, as the market
 3   places become more competitive and other
 4   competitors come in, there are other
 5   pricing factors that take over, MACs,
 6   FULs, et cetera, and it becomes less
 7   relevant.
 8          Q.   Isn't it true that in --
 9   that that same rationale would apply to
10   the situation in which the branded price
11   goes up, and Barr is a sole source
12   generic?
13          A.   Would what hold true?  I
14   didn't follow your question.
15          Q.   Isn't it true that the AWP
16   would -- strike that.
17               Isn't it true that Barr
18   would not need to change its AWP in order
19   to increase its prices to its customers?
20               MS. WALKER:  Objection to
21       the form.
22          A.   And we may chose not to and
23   then we wouldn't change it, yes.  But if
24   we decide to change it if we decide to
25   change our price and move it up, and move
```

Esquire Deposition Services
1-866-619-3925

```
 1                 MS. WALKER:  Objection to
 2        the form.
 3        A.    He may know.
 4        Q.    Do you know what system is
 5   being referred to there?
 6        A.    Well, it says "on your
 7   system", so whatever system they use to
 8   house their data.
 9        Q.    Was there anyone at Barr
10   whose responsibility it was to check the
11   First Data Bank or other price reports
12   that were subscribed to by Barr to
13   determine whether or not the prices that
14   Barr had reported as its AWP price were
15   correctly loaded onto the database that
16   was being reported by First Data Bank or
17   the other reporting services to its
18   customers?
19                 MS. WALKER:  Objection to
20        the form.
21        A.    That's not something that we
22   do, no.  So there's no one specifically
23   whose job it is to go in and compare all
24   of our prices on a -- because they're
25   constantly updating their database.  They
```

Page 159

1  send downloads to customers, I think,
2  weekly, and there's no one -- and we
3  don't necessarily get those. We get the
4  books, as I described, once a month and
5  then more recently, we get the C.D.s that
6  we subscribe to for First Data Bank only
7  every two weeks, but no, there's not
8  someone there who's checking every price.
9        Q.    Did you ever learn that
10 First Data Bank or any of the other price
11 reporting services were reporting an
12 incorrect price for one of Barr's drugs?
13       A.    No, the only time I've ever
14 heard is maybe we've launched a product
15 and First Data Bank doesn't have it
16 loaded in their system yet and that's
17 when we might get a phone call from a
18 customer saying, you're not loaded in
19 their system yet. What did you -- have
20 you advised them of your product launch
21 and it's usually just a time thing.
22       Q.    Why does the customer care
23 about that?
24       A.    We can't adjudicate the
25 prescription. If it's not loaded in

```
 1   1999?
 2              MS. WALKER:  Objection.
 3        A.    We're only looking at
 4   Warfarin letters?
 5        Q.    Right.
 6        A.    And these are in
 7   chronological order?
 8        Q.    To the best of our ability.
 9        A.    It's the first one I see for
10   Warfarin that says new suggested AWP
11   price on March 25th.
12        Q.    Okay.  At some point, did
13   Barr change its procedure from reporting
14   an AWP to reporting a suggested AWP?
15              MS. WALKER:  Objection to
16         the form.
17        A.    At some point we changed the
18   nomenclature from AWP to suggested AWP.
19        Q.    When did that occur, to your
20   knowledge?
21        A.    I don't know the exact date.
22        Q.    Who would know that?
23        A.    I'm sure we could find by
24   asking our pricing group.
25        Q.    And the pricing group would
```

1    and changes to the prices that you
2    reported to First Data Bank would not
3    necessarily reflect any changes in prices
4    to your customers, isn't that correct?
5         A.    Rephrase the question.
6         Q.    The fact that you make a
7    determination to lower the dead net price
8    to any of your customers would not
9    necessarily be reflected in any way to
10   the prices you reported to First Data
11   Bank, isn't that true?
12        A.    To the SWP or AWP price,
13   that's correct.
14        Q.    And that's all you reported
15   to First Data Bank, isn't that true?
16        A.    We report WAC --
17              MS. WALKER:  Objection,
18        mischaracterizes his testimony.
19        A.    -- to First Data Bank.
20        Q.    So if the WAC changed -- if
21   a WAC changed, then that would be
22   reported to First Data Bank, correct?
23        A.    It's my understanding that
24   now we have a document here, and I
25   testified earlier at some point, and this

```
1        Q.      So you know that at least
2   one or more of the pricing services did
3   request verification, but you don't know
4   whether or not it was First Data Bank --
5        A.      Correct.
6        Q.      -- included in that group?
7   Let me direct your attention to Paragraph
8   31.  Did you do anything to inform
9   yourself as to whether or not First Data
10  Bank requested Barr to confirm or verify
11  prices with regard to any of Barr's drugs
12  during the time period at issue in the
13  Complaint?
14       A.      No, I didn't.
15       Q.      You testified a few moments
16  ago that the AMP is a good surrogate for
17  the dead net price.  Does that --
18       A.      Correct.  It's a good
19  estimate of the dead net price.
20       Q.      Can you just explain to the
21  jury why it is that you believe that the
22  AMP is a good estimate of the dead net
23  price?
24       A.      Because it's, basically, a
25  price that is determined by taking
```