# EXHIBIT 5

Foster, Richard P.      HIGHLY CONFIDENTIAL      February 20, 2008
Philadelphia, PA

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-11865-PBS

- - - - - - - - - - - - - - - - - - -x

THE COMMONWEALTH OF MASSACHUSETTS,    )

        Plaintiff,                    )

-against-                             )

MYLAN LABORATORIES, INC., et al.,     )

        Defendants.                   )

- - - - - - - - - - - - - - - - - - -x

(Caption continued on next page)


     Highly Confidential Videotaped Deposition of RICHARD P. FOSTER was taken, pursuant to notice, held at the Westin Hotel, 99 S. 19th Street, Philadelphia, Pennsylvania on Wednesday, February 20, 2008, beginning at or about 9:37 a.m., before Debra J. Veneziale, Court Reporter and Notary Public and Richard Kanzinger, Jr., Videotape Operator.

182

1    Q.    And you say: I will be forwarding you
2    an e-mail from Tom that says Geneva is launching
3    at a higher AWP. Can we check First DataBank and
4    see if they are rated as a brand or a generic.
5    If they are rated as a generic it would be
6    prudent to match competition.
7         Is it fair, is it accurate to say that
8    throughout the time period when you were employed
9    at TEVA, 2000 to 2002, that the policy was to
10   match competitor's AWPs so long as you could
11   maintain your generic designation?
12   A.    Well, here's the issue. This is a
13   supply issue. Example on Enalapril, I only had
14   so many units to be able to supply the
15   marketplace. If I was the only generic that was
16   out there I could not supply the entire
17   marketplace. This product had multiple
18   competitors. I didn't have enough share to sell
19   100 percent of the marketplace.
20        So, if I am the only one that's a
21   generic, as I understood that, that happened in
22   this particular case as I brought up earlier that

183

1   Enalapril was an example where the price fell
2   very quickly, therefore I'd have to turn because
3   of the one standard deviation rule, to match
4   that.
5        Or this might have been the case where
6   there were other people that were lower and some
7   were higher and I was trying to get to a place
8   where I would be within a one standard deviation.
9        Q.   Certainly you instructed Gene and Gene
10  had Calculated numerous AWPs and WAC in the past,
11  right, prior to working on the drug Enalapril?
12       A.   Uh-hum.
13       Q.   Right?
14       A.   Yes.
15       Q.   And he understood how to do that and
16  communicate prices to First DataBank and get
17  First DataBank between generic designation,
18  right?
19       A.   Well, the reason why Gene wasn't
20  responsible for calculating these because Gene
21  got it wrong a lot.  Okay.  And so once I came on
22  board after a short of period I became