# EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
 2              CIVIL ACTION NO. 03-CV-11865-PBS

 3

 4   THE COMMONWEALTH OF MASSACHUSETTS,

 5                  Plaintiff,                 Deposition of:

 6                  vs.                        LAUREN CUNNINGHAM

 7   MYLAN LABORATORIES, INC.,
     BARR LABORATORIES, INC.,
 8   DURAMED PHARMACEUTICALS, INC.,
     IVAX CORPORATION, WARRICK
 9   PHARMACEUTICAL CORPORATION,
     WATSON PHARMACEUTICALS, INC.,
10   SCHEIN PHARMACEUTICAL, INC.,
     TEVA PHARMACEUTICALS
11   USA, INC., PAR PHARMACEUTICAL, INC.,
     DEY, INC., ETHEX CORPORATION, PUREPAC
12   PHARMACEUTICAL COMPANY, and
     ROXANNE LABORATORIES, INC.,
13

14                  Defendants.

15   ----------------------------------------------------------

16

17            TRANSCRIPT of testimony as taken by and before

18   ALLYSON MICHELLE CACIOLI, a Shorthand Reporter and Notary

19   Public of the State of New Jersey, at the WOODCLIFF LAKE

20   HILTON, 200 Tice Boulevard, Woodcliff Lake, New Jersey

21   07677, on Friday, February 2, 2007, commencing at 9:30 a.m.

22   in the morning.

23

24

25
```

```
 1      SWP price; is that correct?
 2      A.   Yes.
 3      Q.   And if the customer in asking for a bid,
 4   asked for the wholesale acquisition cost or the
 5   WAC, you would fill that in also from the product
 6   catalog, correct?
 7      A.   Yes.
 8      Q.   And what you would put in there would be
 9   Z-W-A-C, correct?
10      A.   No.  The Z-W-A-C is just -- you had asked
11   me what it was called in SAP.
12      Q.   Okay.
13      A.   That's not what we call it in the product
14   catalog.
15      Q.   And the product catalog, what do you call
16   it?
17      A.   W-A-C.
18      Q.   And do you know what that refers to?
19      A.   It stands for wholesale acquisition costs.
20      Q.   And do you know whether the number that
21   you put in there, has any correlation to any
22   actual price charts to anybody?
23      A.   Can you repeat that?
24      Q.   Yes.  Do you know whether the WAC, that is
25   listed in your product catalog, is a price that
```

1     is actually charged to any customer?
2         A.   I do know that some customers would pay
3     that price.
4         Q.   Which customers would pay that price?
5         A.   Wholesalers, distributors, certain
6     customers, not by whom I determine, who I'm told
7     pay that price.
8         Q.   Are you referring to a specific time that
9     someone told you that there are customers who pay
10    the WAC?
11        A.   Yes.
12        Q.   When did that happen?
13        A.   If I'm bidding a certain customer, I'm
14    told that they pay the wholesale acquisition
15    cost, so put the wholesale acquisition cost in
16    the bid.
17        Q.   Do you know whether the wholesale
18    acquisition cost, that you put in, is the price
19    that they pay net of all discounts or other
20    discounts that may occur?
21        A.   I don't know that.
22        Q.   Who would be the person who tells you that
23    a specific customers pays the -- strike that.
24             Who is the person that would tell you
25    that a specific customer pays the wholesale