# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *The City of New York, et al.,*<br>*v.*<br>*Abbott Laboratories, et al.* |  |

## DECLARATION OF JOHN K. CRISHAM PURSUANT TO RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

John K. Crisham hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law at Kirkland & Ellis LLP, counsel for Defendant Teva Pharmaceuticals USA, Inc., and am admitted to practice before the Courts of the State of Illinois, the District of Columbia, and *pro hac vice* before this Court.

2. This declaration is submitted pursuant to Federal Rule of Civil Procedure 56(f) in opposition to Plaintiffs' motion for partial summary judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of John Denman, dated April 16, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition testimony of Richard Foster, dated February 20, 2008.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition testimony of Paul Krauthauser, January 29, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition testimony of Sue Gaston, dated March 19, 2008.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition testimony of John Wodarczyk, dated August 23, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition testimony of Patricia Kay Morgan, dated November 30, 2007.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition testimony of Eugene Cioschi, dated February 12, 2008.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition testimony of Eugene Cioschi, dated July 11, 2008.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition testimony of John Wodarczyk, dated April 17, 2008.

12. Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 5 of the deposition of Paul Krauthauser, dated January 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2009.

                                                     /s/ John K. Crisham
                                                     John K. Crisham