# EXHIBIT 3

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------X

THE COMMONWEALTH OF MASSACHUSETTS    : CIVIL ACTION

  Plaintiff                          : NO.

     -vs-                            : 03-11865-PBS

MYLAN LABORATORIES, INC., IVAX       :

COPORATION, WARRICK PHARMACEUTICALS  :

CORPORATION, WATSON PHARMACEUTICALS,:

INC., SCHEIN PHARMACEUTICAL, INC.,   :

TEVA PHARMACEUTICALS USA, INC., PAR  :

PHAMACEUTICALS INC., PUREPAC         :

PHARMACEUTICAL CO., and ROXANE       :

LABORATORIES, INC.                   :

  Defendant.                         :

------------------------------------X


CONFIDENTIAL

Confidential Videotaped Deposition of TEVA

PHARMACEUTICALS USA, INC. by PAUL KRAUTHAUSER

JANUARY 29, 2008

NORTH WALES, PA

64

1    weeks.  I'm not sure.

2        Q.    Okay.

3        A.    And that may very well happen on a

4    regular basis depending on what they get.

5        Q.    Is it fair, is it accurate to say that

6    throughout the relevant time period one of the

7    reasons why TEVA reported AWP prices and SWP

8    prices to First DataBank was because TEVA was

9    aware that those prices were used by third party

10   payers for reimbursement purposes?

11           MS. LEVY:  Objection; asked and

12   answered.  You can answer the question again.

13           THE WITNESS:  I think as far as I'm

14   aware the primary reason for providing the

15   information to the pricing houses was so that our

16   product, TEVA product could be classified as low

17   cost alternative so that it could then be

18   dispensed as a low cost alternative.

19   BY MR. MULLIN:

20       Q.    I'm asking you a different question.

21           I'm asking you whether or not one of

22   the purposes for TEVA reporting prices to First

North Wales, PA

65

1    DataBank was because TEVA was aware that those

2    prices were used by third party payers for

3    reimbursement purposes?  That question calls for

4    a yes or no answer.

5              MS. LEVY:  Objection to the question.

6    This is the third time.  For the third time you

7    may answer the question.

8              THE WITNESS:  Again, from my

9    perspective of developing the price and having it

10   sent to First DataBank, the reason for that was

11   so that our product could be dispensed.

12   BY MR. MULLIN:

13       Q.   So, are you saying the answer to my

14   question is no?

15       **A.   I'm saying in my capacity as the person**

16   **providing the pricing information to the pricing**

17   **houses that it was sent to them so that our**

18   **product could be dispensed.  Otherwise it would**

19   **not be.**

20              MR. MULLIN:  Can I have read back three

21   questions ago.  I'm going to ask you to --

22              (Whereupon, the court reporter

Henderson Legal Services, Inc.

72

1   charge any of its customers the AWP price?

2       A.   I would say generally that that is the

3   case, that it didn't, although I can't say

4   unequivocally that it didn't, there may be

5   instances where that is the case, but I'm not

6   aware of them.

7       Q.   What was the policy at TEVA during the

8   relevant time period with regard to establishing

9   its AWP price at the time of launch?

10      A.   Whatever the brand product is for which

11  we have a generic our policy would be to discount

12  the brand AWP or SWP by 10 percent and that was

13  the price point at which our products would be

14  classified as a low cost alternative to the

15  brand.

16      Q.   Okay.

17           And why was 10 percent selected?

18      A.   I don't know what particular formula a

19  price house uses, but for -- again, for reporting

20  purposes for our product to be dispensed as a low

21  cost generic I know that 10 percent would be the

22  point at which it would be classified at those

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                    January 29, 2008

North Wales, PA

73

1    **pricing compendias at a low cost generic.**

2         Q.   Is it fair, is it accurate to say that

3    throughout the relevant time period TEVA

4    understood that in order for its product to be

5    classified by First DataBank and other price

6    reporting services that its -- that the AWP price

7    that it reported to the service had to be at

8    least 10 percent below the brand AWP?

9         A.   Yes.

10        Q.   All right.

11             If you reported a price that was 15

12   percent below the AWP, did TEVA understand that

13   it would have been designated as a generic?

14        A.   Yes.

15        Q.   All right.

16             If you were 20 percent below, it would

17   have been designated as a generic, right?

18        A.   Yes.

19        Q.   Now, why did TEVA pick 10 percent as a

20   policy?

21        A.   For any market that you're in the --

22   well, first of all, 10 percent again was the

North Wales, PA

75

1    level it wants, right?

2         A.   I don't -- I'd say there's an upper

3    limit to what WAC could be set at.

4         Q.   WAC would never exceed AWP, right?

5         A.   Not that I'm aware, no.

6         Q.   Is it fair, is it accurate to say that

7    throughout the relevant time period TEVA's policy

8    with regard to the establishment of AWP at launch

9    was to establish it at 10 percent below the brand

10   AWP because TEVA understood that that was the

11   maximum price, AWP price that it could set and

12   still get generic product designation?

13        A.   Yes.

14        Q.   All right.

15             And the reason that you wanted to have

16   a maximum AWP was because it would maximize

17   reimbursement to pharmacies?

18        A.   The way that -- again, looking at it

19   from the person that established the pricing, if

20   you have let's say an initial market that's one

21   player, meaning just TEVA, you would want to

22   charge the most that you possibly could.  As soon

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL

January 29, 2008

North Wales, PA

77

1   throughout the relevant time period that that was

2   the maximum price it could set and get generic

3   product designation?

4       A.   Yes, I think I answered that.  Yes.

5       Q.   All right.

6            And TEVA also understood that that AWP

7   price was being used by third party payers for

8   reimbursement purposes?

9       A.   I imagine that that was the case as

10  well, yes.

11      Q.   All right.

12           And I think you said that part of the

13  reason for selecting the 10 percent number was

14  for competitive reasons, that you had -- in many

15  cases you weren't the first to market as a

16  generic and there would be other competing

17  generics already in the market or about to launch

18  at the same time, right?

19           MS. LEVY:  Objection; vague and

20  ambiguous.

21  BY MR. MULLIN:

22      Q.   Let me rephrase the question.

79

1   contract prices lower than the contract price

2   that you understand the existing competitors are

3   offering, right?

4        A.   Yes.

5        Q.   Okay.

6             And in those circumstances you don't

7   report a reduced AWP, one that's more than 10

8   percent below the brand AWP, because doing so

9   would create a competitive disadvantage; isn't

10  that correct?

11       A.   What we would do is in an instance

12  where we're late to market -- actually, there

13  could be examples where if we were late to a

14  market and there were people that were there

15  ahead of us, if it's been several years what we

16  would do is typically -- again, we would do 10

17  percent, but we may also look at where everyone

18  else is.

19            So, let's say that it was three years

20  after a launch and maybe the -- I guess it's

21  possible that the brand could have taken a price

22  increase.  So, if everyone else was at a

95

1    right?

2         A.    Yes.

3         Q.    You say:  Do not raise WAC.  Already a

4    large spread between C-3 and WAC.  What's that a

5    reference to?

6         A.    Spread is just the difference between

7    two numbers.  In this case this contract price

8    and the WAC price.

9         Q.    Okay.

10              And the difference between those two

11   numbers is approximately I guess $13?

12        A.    Well, roughly, yes.

13        Q.    Okay.

14              And what you suggest is raise the SWP

15   in line with Qualitest to $57.74 as well as

16   raising the 50 milligrams to $86.62, right, and

17   keep the C-3 price where it is?

18        A.    Yes.

19        Q.    That was your recommendation?

20        A.    That was my suggestion, yes.

21        Q.    Suggestion to your boss.

22              And was the reason for the

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                    January 29, 2008

North Wales, PA

96

1    recommendation because the increasing of the AWP

2    price would increase the reimbursement on the

3    drug and make it more attractive to Caremark?

4         A.    Just -- I don't specifically know,

5    whenever this was, this was six and a half years

6    ago, what my thinking was, but looking at the

7    document I would think that based on the fact

8    that I knew a policy regarding 10 percent -- I

9    don't have the specifics around this, but I'm

10   guessing that $48 or whatever our SWP was at the

11   time is not 10 percent.

12              And so just kind of looking at

13   everything in its totality that all right, if I

14   know that that's what our policy is then I would

15   make the suggestion to do that.  I don't know

16   that we did that.

17        Q.    Caremark doesn't pay SWP, right?

18        A.    Not that I'm aware of, no.

19        Q.    Caremark is buying at $8.96, right?

20        A.    Well, from somebody.  I guess it's from

21   us.  Well, I guess from us, yes.

22        Q.    She says they're buying from Qualitest,

## North Wales, PA

97

1    right?

2        **A.    Yes.**

3        Q.    And she's saying look if we're getting

4    a better price from Qualitest we're going to have

5    to -- we're going to bid for a better price and

6    we're going to have switch unless you guys can do

7    something, right?

8        **A.    Right.**

9        Q.    She's looking to see what you're going

10   to do in response to a lower price that they're

11   getting from Qualitest and your response is to

12   keep your contract price where it is, but

13   increase your AWP; is that right?  Isn't that what

14   this document shows?

15       **A.    I don't think that it were -- I don't**

16   **know that I'm referring specifically to their**

17   **price.  I'm referring to a price point.  I don't**

18   **know what their price was at the time.**

19       Q.    Your suggestion to your boss is to

20   raise the SWP and keep the C-3 where it is;

21   correct?

22       **A.    That's correct, yes.**

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                    January 29, 2008

North Wales, PA

103

1    and the traditional AWP no longer correlated with

2    wholesale practices.

3          Is that also consistent with your

4    understanding?

5       A.   Yes.

6       Q.   AWP has been used as a price point by

7    commercial health insurance and managed care and

8    most state and federal pharmaceutical assistance

9    programs to set reimbursement amounts for

10   pharmaceuticals dispensed to beneficiaries at

11   retail pharmacies.

12         During the relevant time period, 1995

13   to 2003, was TEVA aware that AWP was a price

14   point used by commercial health insurance plans

15   and state and federal pharmaceuticals assistance

16   programs to set reimbursement amounts for

17   pharmaceuticals dispensed to beneficiaries by

18   retail pharmacies?

19      A.   I'm sorry, could you please read that

20   back.

21      Q.   Throughout the relevant time period,

22   1995 to 2003, was TEVA aware that AWP was a price

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                    January 29, 2008

North Wales, PA

104

1    point used by commercial health insurance plans

2    and state and federal pharmaceutical plans to set

3    reimbursement amounts for pharmaceuticals

4    dispensed to beneficiaries by retail pharmacies?

5        **A.    According to this document, yes.**

6        Q.    And as TEVA's representative, you

7    represent that that's the case?

8        **A.    Yes.**

9        Q.    Mr. Marth continues:  As wholesale

10   practices change insurance begin discounting AWP

11   to reflect these changes.  It was TEVA's

12   understanding that pricing compendia such as

13   First DataBank, Medispan and Red Book published

14   AWP for use by pharmacies and insurers.

15            And was that true throughout the

16   relevant time period, 1995 to 2003?

17       **A.    Yes.**

18       Q.    TEVA cannot accurately determine the

19   average price at which wholesalers sell to their

20   customers because the company is not privy to

21   their transaction.

22            Was that true throughout the relevant

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                January 29, 2008

North Wales, PA

106

1    nomenclature, what it was calling what it was

2    reporting from AWP to SWP; is that right?

3         A.    That's correct.

4         Q.    And your belief is that this was

5    sometime late in 2001 or early in 2002?

6         A.    Correct.

7         Q.    Okay.

8              And throughout the prior period of the

9    relevant time period TEVA would have -- TEVA did

10   report AWP prices to price compendia; correct?

11        A.    TEVA reported what I had mentioned

12   which was that the policy of setting an AWP price

13   as 10 percent below the brand of AWP price and

14   that price is what was reported to First DataBank

15   and other pricing compendia.

16        Q.    Okay.

17             Mr. Marth continues:   TEVA establishes

18   and reports suggested wholesale price which is a

19   reference point used by TEVA to determine whether

20   a drug within a GCN.   What's a GCN?

21        A.    I think it's a generic code number, but

22   I don't know if that's exactly what it is.

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                    January 29, 2008

North Wales, PA

114

1        Q.   So, you're not aware of any increases

2    since August of '03?

3        A.   **Not off the top of my head, no.**

4        Q.   In the documents that we looked at,

5    Exhibit 4, you were recommending one in September

6    of '03, right, approximately a month after the

7    date of this document Exhibit 5?

8        A.   **No.  That was September of 2001.**

9        Q.   I'm sorry.

10            So, it would have been two years before

11   that?

12       A.   **Yes.**

13       Q.   Page 1, Exhibit 5, the heading Changes

14   to SWP, that would be a new policy as of this

15   date?

16       A.   **The section regarding changes to SWP?**

17       Q.   Yes.

18       A.   **Yes, that portion.  That's correct.**

19       Q.   Turning to Page 2 of Exhibit 5

20   Marketing the Spread:  A spread between a

21   published SWP and an actual retail pharmacy

22   acquisition is built into the reimbursement

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                    January 29, 2008

## North Wales, PA

115

1    system.

2            Is it fair, is it accurate to say that

3    TEVA knew that throughout the relevant time

4    period?

5        A.   One second, I'm just reading.  I read

6    slow.  Yes.

7        Q.   And throughout the relevant time period

8    has TEVA aware that in some instances generic

9    products compete on the basis of that spread?

10       A.   If you mean by lowering contract price,

11   then yes.

12       Q.   In some instances have generic products

13   competed on the basis of increasing AWPs?

14       A.   I can't think of anything off the top

15   of my head where that's the case.

16       Q.   Well, in the example that we looked at

17   in Exhibit 4 it appears that Qualitest had set a

18   higher AWP by 10 plus dollars from TEVA, right?

19       A.   Yes.

20       Q.   And from time to time in your

21   responsibilities in the marketing and sales area

22   have you become aware that competing generic

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                                    January 29, 2008
North Wales, PA

116

1     firms have increased AWPs?

2          A.    I don't -- I don't know that -- all the

3     specifics around that particular instance, but

4     from what I can tell based on the E-mail that's

5     in front of me and based on the share of

6     Qualitest my assumption is that they were a new

7     entry into the market and so they pegged their

8     SWP off of where the brand SWP was which was, I'm

9     assuming again, 10 percent below where the brand

10    SWP was.

11          So, as I had mentioned earlier in

12    testimony, that just a review of the overall

13    product based on the request from Tom that the

14    only thing that appeared to be a deviation, and

15    really I think only because that over time that

16    brand product was raising its SWP, was that our

17    SWP was not, in fact, 10 percent below the brand.

18          Q.    Putting the document aside, from time

19    to time over the relevant time period, '95 to

20    2003, has TEVA become aware that competing

21    generic pharmaceutical manufacturers have

22    increased their AWP for a product in order to

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                    January 29, 2008

North Wales, PA

120

1   just looked at Item 16.  Do you see 16? Item 17

2   is TEVA's policy and practices with respect to

3   informing customers of the spread for tis

4   products and competitor's products during the

5   relevant time period.

6           Looking at those two together, I would

7   ask you to tell me all the things that you did to

8   prepare to come here and testify as TEVA's

9   representative on those two topics.

10          MS. LEVY:  Objection; asked and

11  answered.  You may answer the question again.

12          THE WITNESS:  Okay.  Well, for one, I

13  did look at the document that was the present

14  Exhibit or the -- Exhibit 5.

15          As the individual responsible for

16  pricing during part of the relevant time frame I

17  know that we don't quote, unquote, market the

18  spread.  I know from speaking with Linda that

19  that was also the case during her time frame.

20          I know also that there may be instances

21  over the course of business during the time frame

22  where customers may send an E-mail or some type

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                     January 29, 2008

North Wales, PA

121

1    of correspondence with that type of request, but

2    those requests would either be sent back saying

3    please don't ask us about that or it would just

4    be ignored.

5         Q.   So, in preparation -- you tell me if I

6    understand this correctly.  In preparation for

7    testifying on Topic 16 and 17 you spoke with

8    Linda Nase; correct?

9         A.   Yes.

10        Q.   You looked at Exhibit 5?

11        A.   Yes.

12        Q.   Did you do any searches of any of the

13   documents that had been produced to the

14   Commonwealth in connection with this case?

15        A.   Sorry, yes.

16        Q.   All right.

17             What searches did you conduct?

18        A.   You mean me specifically?

19        Q.   Yes.

20        A.   Looking at --

21        Q.   Really what TEVA did.

22        A.   Yes.  You're asking me -- are you

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                January 29, 2008

## North Wales, PA

174

1    percentage of sales to wholesalers that are

2    subject to either a chargeback, a discount or a

3    rebate.

4              As I understand it, everything that

5    gets sold to a wholesaler gets invoiced to that

6    wholesaler at WAC, right?

7         **A.   No.   We have wholesalers that don't buy**

8    **at WAC.**

9         Q.   And is that a recent development or was

10   that true during the time period '95 to 2003?

11        **A.   I'll be honest.   I'm not sure if it's a**

12   **recent development.   I know that there are some**

13   **wholesalers, small wholesalers that we have that**

14   **don't buy at WAC, and as long as I've been in my**

15   **-- been in Sales and Marketing they haven't**

16   **bought at WAC.**

17        Q.   All right.

18             Looking at those wholesalers that do

19   buy at WAC, and I take it -- or at least are

20   invoiced at WAC, I'm looking for the percentage

21   of sales that will be subject to a chargeback, a

22   rebate or some type of a discount?

177

1  be the case with the caveat though that for any

2  given product there may be some runoffs that

3  would change the direction of that.

4      Q.    And at any given time is it generally

5  true that the AWP would be higher than the WAC

6  price for TEVA's products during the relevant

7  time period?

8      A.    Yes.

9      Q.    And has that been generally true during

10 the relevant time period that the WAC price would

11 be higher than contract prices?

12     A.    I'd say generally I think I've seen

13 instances where pricing has just been WAC

14 depending on the market condition.  I would,

15 generally speaking, say WAC is usually higher

16 than contract price.

17     Q.    Okay.

18         And is it also true that during the

19 relevant time period, '95 to 2003, these three

20 prices, AWP, WAC and contract price can move

21 independent of each other?

22     A.    With respect to TEVA's products or just

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                    January 29, 2008
North Wales, PA

178

```
 1    TEVA's products, in other words, the fact that
 2    contract prices are going down doesn't
 3    necessarily mean that WAC and AWP are going down
 4    or vice versa the.  For instance, moving
 5    independent -- in independent direction from each
 6    other.
 7                I would -- if I had to characterize in
 8    a general sense your question, I would say that
 9    typically -- again, typically a contract price
10    would tend to go down given that markets
11    conditions are the same meaning there's a number
12    of competitors and they're all vying for the same
13    business that over time you may see a reduction
14    in WAC.  And that's probably the way I would
15    characterize it.
16        Q.   And generally AWP would remain the
17    same?
18        A.   Generally, I would say that they do.
19    There may be instances in which they really -- I
20    would say generally.
21        Q.   Okay.
22                During the relevant time period did
```

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL                    January 29, 2008

North Wales, PA

182

1        A.    Yes.

2        Q.    And from time to time did you have

3    dealings with Kay Morgan?

4        A.    To the extent that there would be E-

5    mails either that would come typically from the

6    market communication group or, as I had mentioned

7    earlier, instances where perhaps on a launch day

8    I was the only one available sending the E-mail

9    information out to customers, I may over the

10   course of business have sent product information

11   to have loaded at First DataBank.

12       Q.    Could you also call Kay and ask her

13   questions about situations?

14       A.    Well, she did have a phone, so I

15   figure, yes.

16       Q.    And from time to time did you do that?

17       A.    There may have been instances in which

18   product information, either myself or again

19   somebody from Marketing Communications may have

20   sent over, and I think typically the little

21   caveat with the E-mail is to request that they

22   receive -- that they acknowledge that they have

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL          January 29, 2008

North Wales, PA

217

1    with the launch of a new product you would assign

2    a price to each of your classes of trade?

3         A.    I would say generally, yes.

4         Q.    And would that be recorded in a

5    document somewhere?

6         A.    I'm trying to think if -- to think if -

7    - I'm not sure about Linda Nase.  If there was

8    something such as that Linda Nase probably would

9    have had it.  For my own -- from my own

10   experience, as I mentioned before, if I would

11   prepare an offer letter it would be contained in

12   the offer letter itself which I would save on a

13   share drive.

14        Q.    Looking at the time period 1995 to

15   2003, what position or level of authority within

16   the company would establish the AWP price in

17   connection with launch?

18        A.    Well, definitely I would establish it.

19   I think that Linda Nase would have had

20   established it.  Now, when I was responsible for

21   doing it I would have, of course, let the head of

22   Sales and Marketing know that this is what I am

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                January 29, 2008

North Wales, PA

218

1    proposing that we do and I would think most, if

2    not all the time, it would be what was

3    implemented.

4        Q.   So that you would have been responsible

5    for coming up with the price, but subject to the

6    review and approval by the head of Sales and

7    Marketing?

8        A.   I think as a courtesy that would be the

9    case, yes.

10       Q.   Okay.

11            And with regard to WAC pricing, what

12   level of authority was in the company

13   establishing the WAC price?

14       A.   I would say that it's the same.  That I

15   would generate what I thought we should go to

16   market with subject to probably again more of a

17   courtesy to the approval of the head of Sales and

18   Marketing.

19       Q.   And with regard to contract prices for

20   various classes of trade, who had authority to

21   establish contract prices for various classes?

22       A.   I would say myself as well as Linda and

219

1    again, subject to just a review by the head of

2    Sales and Marketing.

3         Q.   And would every change in the pricing

4    for the classes of trade go to the head of Sales

5    and Marketing or was there some level of

6    authority that would be exercised within the

7    Marketing Department?

8         A.   I think that for -- I don't know that

9    there's a hard and fast level or at least during

10   the relevant period.  I would say that it would

11   become a situation where it was more -- if there

12   was a material impact to our sales at a

13   particular customer that would warrant getting an

14   okay from the head of Sales and Marketing.

15        Q.   Okay.

16             And what circumstances would you say

17   would constitute a material impact to a price

18   change requiring checking with the head of Sales

19   and Marketing?

20        A.   I'd say today it would probably be

21   anything that would have an impact of greater

22   than a Million Dollars.  I'm not sure as early

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                    January 29, 2008

## North Wales, PA

220

1   back as 1995 what would constitute a material

2   change at that time.  Probably a few hundred

3   thousand.

4       Q.   And typically, usually was the Finance

5   Department involved in reviewing contract prices

6   for classes of trade?

7       A.   I don't think they were involved in

8   reviewing.  I think they would be involved in

9   assessing the go forward impact to TEVA, meaning

10  if there was a shelf stock adjustment or

11  something along those lines that TEVA would need

12  to pay.

13      Q.   When you refer to a shelf stock

14  adjustment, this is a term that TEVA typically

15  negotiates with his customers that if it has a

16  price decrease while they have inventory on hand

17  that TEVA will give them credit for the lower

18  price for whatever they have on hand?

19      A.   Yes.

20      Q.   And that, in essence, is a credit

21  against the revenues of the company?

22      A.   Yes, at the end of the day it would be

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)    CONFIDENTIAL                     January 29, 2008

North Wales, PA

228

1          And from time to time, the relevant

2    time period, did TEVA receive from First DataBank

3    printouts of the information that TEVA -- that

4    First DataBank was publishing relating to TEVA

5    and ask TEVA to verify the accuracy of the

6    information?

7         A.   I'm not aware of that.  I know that we

8    have been asking that they confirm that they

9    received the information.  I'm not aware that we

10   have asked them to print out and send it back to

11   us for us to review that.  I'm not aware of that

12   occurring.

13        Q.   Have you heard of the term turnaround

14   documents from First DataBank?

15        A.   No.

16        Q.   This would be documents not requested

17   by TEVA, but sent by First DataBank asking for

18   verification.  Are you aware of the company

19   receiving any such documents?

20        A.   So, are you saying at the request of

21   First DataBank have we been asked to verify

22   information in their system?

Teva Pharmaceuticals USA, Inc. (Paul Krauthauser)   CONFIDENTIAL        January 29, 2008

## North Wales, PA

229

1      Q.    Right.   They send a printout of what

2    they've got and ask the company to confirm that

3    what they've got is accurate, that if you stop

4    selling products, that you line them out, that

5    they got the right number, things like that?

6      A.    I'm not aware of seeing something like

7    that, but if that's a situation where, you know,

8    as I indicated in earlier testimony where we've

9    been in contact with First DataBank to say would

10   you say please verify with a particular company

11   that they're, in fact, still marketing a product,

12   then I don't see why that wouldn't have been

13   reciprocated on products that TEVA has simply

14   because of the number of NDCs that we've amast

15   over the years.

16     Q.    And who at TEVA would you expect to

17   have been involved in the turnaround process if

18   the company was involved?

19     A.    It very well could have been any of the

20   individuals that I mentioned previously.

21     Q.    And who is that?

22     A.    I think when we're talking you had