# EXHIBIT 4

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)

Videotaped deposition of SUE GASTON

Volume II

Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

Gaston, Sue - Vol. II                                          March 19, 2008
                        Washington, DC

457

1    program is cost savings?
2       A.   Correct.
3       Q.   And so if you set a FUL that was equal
4    to an AWP it wouldn't really result in any cost
5    savings to the state?
6       A.   Correct.
7       Q.   And so in this case, if I understand
8    what's going on here with cefadroxil in 2001,
9    basing a FUL on the lowest published price seemed
10   to result in a FUL that was too low, right?
11      A.   It appeared that way because of the
12   compendia information that we have.
13      Q.   And setting a FUL -- not using that
14   lowest published price but moving up to the next
15   seemed to result in a FUL that was too high?
16      A.   Correct.
17      Q.   And so CMS declined to set a FUL given
18   the published prices that were out there?
19      A.   Correct.
20      Q.   Let me just digress here for a second.
21   What role if any did AWP play in setting FULs?
22      A.   Generally, it did not.

1  Q. Can you think of any instance in which
2  CMS based a FUL on the published AWP price?
3  A. I can't think of a situation where they
4  did.
5  Q. In other words, other than being used
6  to check whether there was going to be cost
7  savings that resulted, FUL was basically -- or --
8  I'm sorry -- AWP was basically irrelevant for the
9  FUL calculation?
10           MS. MARTINEZ: Objection, form.
11           MR. WINGET-HERNANDEZ: Objection, form.
12  A. It was used in the methodology just for
13  consideration, but I don't know of any times when
14  it would have been used to set a FUL price.
15  Q. So in terms of a basis of calculation,
16  the price on which the FUL was based, AWP was
17  irrelevant?
18           MR. WINGET-HERNANDEZ: Objection, form.
19           MS. MARTINEZ: Objection, form.
20  A. We wouldn't have used AWP.
21  Q. Why would CMS not have used AWP?
22  A. Because we know that states will be