# EXHIBIT 8

Cioschi, Eugene A.                                              July 11, 2008

Page 1

```
1              THE COMMONWEALTH OF KENTUCKY

2                 FRANKLIN CIRCUIT COURT

3                        - - -

4    THE COMMONWEALTH OF KENTUCKY    :  CIVIL ACTION

5                    vs.             :  # 04-CI-1487

6    ALPHARMA USPD, INCORPORATED,    :

7    et. al.,                        :

8    -------------------------------

9    (Captions continue on following pages.)

10

11

12                       - - -

13             Friday, July 11, 2008

14                       - - -

15             Videotape deposition of EUGENE A.

16   CIOSCHI, held in the offices of Veritext

17   Pennsylvania, 1801 Market Street, Suite 1800

18   Philadelphia, Pennsylvania 19103, commencing at

19   9:20 a.m., on the above date, before Linda Rossi

20   Rios, RPR, CCR and Notary Public.

21                       * * *

22
```

Cioschi, Eugene A.                                          July 11, 2008

Page 148

1    Q.    Has Teva ever marketed its drugs by
2    comparing the profit a pharmacist could make from
3    its spread to a competitor's spread?
4          MR. BRYAN: Object to form.
5          THE WITNESS: No, I don't recall. There
6    may have been a situation, but I don't -- I don't
7    know for sure.
8          MR. BARNHILL: We are at Exhibit what,
9    35?
10              - - -
11         (Deposition Exhibit Cioschi 035,
12   TEVA_KY_00001025 and TEVA_KY_0001026, was marked
13   for identification.)
14              - - -
15         THE WITNESS: I just want to preface
16   this. This is not my -- this is the brand
17   product. I reviewed it.
18   BY MR. BARNHILL:
19   Q.    Now, you volunteered information that
20   this was a brand product?
21   A.    It's not my product. This is the --
22   remember we had the brand division? That's their

```
 1    There's an e-mail from Christopher Worrell of
 2    Bindley.  What's Bindley, by the way?
 3         A.    Bindley was a wholesaler that was
 4    bought out by someone else.
 5         Q.    It's dated 11/16/2000 and goes to Bill
 6    Marth, the guy who is now the president, and Gene
 7    Duesing, D-U-E-S-I-N-G.  Did I pronounce his name
 8    right?
 9         A.    Yes.
10         Q.    And what did he do or did -- what did
11    he do?
12         A.    He's a retired salesperson.
13         Q.    Okay.  And it says, "We are having
14    trouble with one of your products. R-Tannate
15    Pediatric Suspension 4oz (38245-0109-14)."  I
16    take it those numbers are the NDC code?
17         A.    Yes.
18         Q.    On 2/5/2000 we had a cost increase to
19    $13.30 but the AWP only went up to $16.65.  Now
20    the spread is only 20%.  I have this item on the
21    GAP program and if I price it above cost then the
22    pharmacy loses money on reimbursement!  I usually
```

```
 1    try to make 10% Gross Margin which means the
 2    spread for the pharmacy goes down to 10%, not
 3    good, even for a brand drug.
 4            I hope you -- "I know you intend to
 5    discontinue the product and are not making it any
 6    longer but unless the spread gets to 35% or
 7    better I can't sell it at a profit.  I currently
 8    have about 2,000 bottles I would like to sell
 9    through but I am getting complaints about my
10    pricing being too high relative to AWP.  Can you
11    help out?  I do not want to return this and I am
12    sure you do not want it back."
13            Okay.  So what he's complaining about,
14    Mr. Worrell?
15       A.   He's complaining that the pharmacist is
16    not making money.
17       Q.   Right.  And that's because the spread
18    is only 20 percent?
19       A.   Right.
20       Q.   And then it goes to you, and what do
21    you recommend?
22       A.   Suggest the AWP is raised to match
```

```
 1   competition.
 2        Q.   I'm sorry, I didn't hear that?
 3        A.   I'm sorry, the AWP to match
 4   competition.
 5        Q.   So you wanted the -- you recommended to
 6   Bill Marth, Teva's now president, that they raise
 7   the AWP to make the spread greater.  Is that
 8   correct?
 9             MR. BRYAN:  Object to form.
10             THE WITNESS:  That would be the result.
11   BY MR. BARNHILL:
12        Q.   Was this AWP actually raised?
13        A.   That, I don't know.  I would have to go
14   back in the records and check.
15        Q.   Why didn't you lower the cost?
16        A.   That was out of my hands.  I didn't get
17   involved with the costs.
18        Q.   That would be a way to make sure that
19   the persons weren't losing money, wouldn't it?
20        A.   They could reduce the cost.
21        Q.   Yes.
22        A.   That would -- yeah, that would be
```