# EXHIBIT 9

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - - -x

 4    IN RE PHARMACEUTICAL  INDUSTRY  :  MDL NO. 1456

 5    AVERAGE WHOLESALE PRICE          :

 6    LITIGATION                       :

 7    ---------------------------------

 8    THIS DOCUMENT RELATES TO CITY    :  MASTER FILE NO.

 9    OF NEW YORK, et al., vs.         :  01-12257-PBS

10    ABBOTT LABORATORIES, et al.,     :

11    C.A. NO. 04-CV-06054, et al.     :  HIGHLY CONFIDENTIAL

12    - - - - - - - - - - - - - - - -x

13            Thursday, April 17, 2008

14

15          VIDEOTAPED 30(b)(6) DEPOSITION of JOHN G.

16    WODARCZYK, CPA, taken at the Montgomeryville

17    Residence Inn, 1110 Bethlehem Pike, North Wales,

18    Pennsylvania, commencing at 9:47 a.m., before Gina E.

19    Damiani-Scheetz, Registered Professional Reporter,

20    Certified Shorthand Reporter, Certified Realtime

21    Reporter and Notary Public in and for the

22    Commonwealth of Pennsylvania.
```

Page 220

```
 1   that Teva reported AMPs to CMS quarterly; is that

 2   right?

 3        A.   Yes.

 4        Q.   Did Teva report AMPs, or AMPs, to any

 5   other government agency?  For example, state

 6   agencies?

 7        A.   Yes.

 8        Q.   And can you give me an example of a state

 9   agency that Teva reported AMPs to?

10        A.   Teva reported quarterly AMPs to the Epic

11   Program for New York since 1991.

12        Q.   Thank you.

13             THE VIDEO OPERATOR:  That concludes this

14   videotaped deposition.  The time is 4:39 p.m.

15             THE COURT REPORTER:  Does anybody need a

16   rough of this?

17             MR. BRYAN:  Yes, if you can get me a

18   rough tonight, or tomorrow.

19             THE COURT REPORTER:  Sure.

20             MS. CICALA:  Yes.  I'll need a rough as

21   well.

22             THE COURT REPORTER:  Sure.  No problem.
```