# EXHIBIT 4

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)

Videotaped deposition of SUE GASTON

Volume II

Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

1  program is cost savings?
2      A.   Correct.
3      Q.   And so if you set a FUL that was equal
4  to an AWP it wouldn't really result in any cost
5  savings to the state?
6      A.   Correct.
7      Q.   And so in this case, if I understand
8  what's going on here with cefadroxil in 2001,
9  basing a FUL on the lowest published price seemed
10 to result in a FUL that was too low, right?
11     A.   It appeared that way because of the
12 compendia information that we have.
13     Q.   And setting a FUL -- not using that
14 lowest published price but moving up to the next
15 seemed to result in a FUL that was too high?
16     A.   Correct.
17     Q.   And so CMS declined to set a FUL given
18 the published prices that were out there?
19     A.   Correct.
20     Q.   Let me just digress here for a second.
21 What role if any did AWP play in setting FULs?
22     A.   Generally, it did not.

1    Q.   Can you think of any instance in which
2  CMS based a FUL on the published AWP price?
3    A.   I can't think of a situation where they
4  did.
5    Q.   In other words, other than being used
6  to check whether there was going to be cost
7  savings that resulted, FUL was basically -- or --
8  I'm sorry -- AWP was basically irrelevant for the
9  FUL calculation?
10         MS. MARTINEZ:  Objection, form.
11         MR. WINGET-HERNANDEZ:  Objection, form.
12   A.   It was used in the methodology just for
13 consideration, but I don't know of any times when
14 it would have been used to set a FUL price.
15   Q.   So in terms of a basis of calculation,
16 the price on which the FUL was based, AWP was
17 irrelevant?
18         MR. WINGET-HERNANDEZ:  Objection, form.
19         MS. MARTINEZ:  Objection, form.
20   A.   We wouldn't have used AWP.
21   Q.   Why would CMS not have used AWP?
22   A.   Because we know that states will be