# EXHIBIT 9

Page 1

1           UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - -x

4    IN RE PHARMACEUTICAL  INDUSTRY  :  MDL NO. 1456

5    AVERAGE WHOLESALE PRICE          :

6    LITIGATION                       :

7    ---------------------------------

8    THIS DOCUMENT RELATES TO CITY    :  MASTER FILE NO.

9    OF NEW YORK, et al., vs.         :  01-12257-PBS

10   ABBOTT LABORATORIES, et al.,     :

11   C.A. NO. 04-CV-06054, et al.     :  HIGHLY CONFIDENTIAL

12   - - - - - - - - - - - - - - - -x

13              Thursday, April 17, 2008

14

15              VIDEOTAPED 30(b)(6) DEPOSITION of JOHN G.

16   WODARCZYK, CPA, taken at the Montgomeryville

17   Residence Inn, 1110 Bethlehem Pike, North Wales,

18   Pennsylvania, commencing at 9:47 a.m., before Gina E.

19   Damiani-Scheetz, Registered Professional Reporter,

20   Certified Shorthand Reporter, Certified Realtime

21   Reporter and Notary Public in and for the

22   Commonwealth of Pennsylvania.

```
 1   that Teva reported AMPs to CMS quarterly; is that
 2   right?
 3        A.   Yes.
 4        Q.   Did Teva report AMPs, or AMPs, to any
 5   other government agency?  For example, state
 6   agencies?
 7        A.   Yes.
 8        Q.   And can you give me an example of a state
 9   agency that Teva reported AMPs to?
10        A.   Teva reported quarterly AMPs to the Epic
11   Program for New York since 1991.
12        Q.   Thank you.
13             THE VIDEO OPERATOR:  That concludes this
14   videotaped deposition.  The time is 4:39 p.m.
15             THE COURT REPORTER:  Does anybody need a
16   rough of this?
17             MR. BRYAN:  Yes, if you can get me a
18   rough tonight, or tomorrow.
19             THE COURT REPORTER:  Sure.
20             MS. CICALA:  Yes.  I'll need a rough as
21   well.
22             THE COURT REPORTER:  Sure.  No problem.
```