# EXHIBIT 10

SALES & MARKETING POLICIES AND PROCEDURES

TEVA PHARMACEUTICALS USA

| | | | |
|---|---|---|---|
| **CATEGORY:** | Sales & Marketing | **COVERAGE:** | Sales & Mkt Employees |
| **PROCEDURE:** | Average Wholesaler Price | **LOCATION:** | All Locations |
| **DATE:** | August 14, 2003 | **SUPERCEDES:** | |

Historically, the term Average Wholesaler Price (AWP) reflected the mark-up on pharmaceuticals that wholesalers charged retail pharmacies, but over time, as the wholesale industry consolidated and changed, wholesaler mark-up over acquisition cost decreased and the traditional AWP no longer correlated with wholesaler practices. AWP has been used as a pricepoint by commercial health insurance and managed care and most state and federal pharmaceutical assistance programs to set reimbursement amounts for pharmaceuticals dispensed to beneficiaries at retail pharmacies, because there was no other publicly available price reference for retail sales. Here, too, however, as wholesaler practices changed, insurance began discounting AWP to reflect those changes. It is TEVA's understanding that pricing compendia such as First DataBank, Medispan, and Red Book publish AWP for use by pharmacies and insurers. TEVA cannot accurately determine the average price at which wholesalers sell to their customers because the company is not privy to all their transactions, and does not report AWP to the pricing compendia. TEVA establishes and reports a Suggested Wholesaler Price (SWP), which is a reference point used by TEVA to determine whether a drug within a GCN is a generic or a brand. SWP is not a calculated price based on actual sales data and is not intended to reflect actual transactions. TEVA considers its contract prices to customers to be highly confidential, and publication of such information would be competitively harmful and contrary to company policies on maintaining the confidentiality of pricing information.

### SETTING SWP

For all newly launched exclusive and non-exclusive generic drugs, SWP is set at 10% below the referenced brand on which the ANDA is based, because 10% is the minimum discount off the referenced brand needed to ensure a drug will be treated as a generic by the pricing compendia. TEVA does not consider reimbursement in setting its prices, and in no event will SWP be set for any generic drug in order to increase the reimbursement spread to providers over competing generic drugs.

### CHANGES TO SWP

SWP shall not be adjusted unless the AWP for the referenced drug is decreased, and a decrease in SWP is necessary to maintain the 10% differential needed for generic classification.


EXHIBIT Krauthausen-5 1/29/08

Page 1 of 2

GHLY CONFIDENTIAL

TEVA-MA-00089175

## MARKETING THE SPREAD

A spread between published SWP and actual retail pharmacy acquisition price is built into the reimbursement system and is the product of price competition. It is Teva's intent to maximize its sales and profitability through competitive pricing; however, in no event shall TEVA employees or agents market the reimbursement spread to providers as a factor for purchasing the company's products.

Approved by: [signature]