# EXHIBIT E

## Medicaid Prescription Reimbursement Information by State – Quarter Ending June 2008

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC+9.2% then AWP minus 10% | $5.40 | $0.50 to $3.00 * | Yes |
| Alaska | AWP minus 5% | $3.45 to $11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP minus 15% | $2.00 (FFS only) | none | No |
| Arkansas | AWP minus 20% (generic); AWP minus 14% (brand) | $5.51 | $0.50 to $3.00 * | Yes |
| California | AWP minus 17% | $7.25; $8.00 (legend to skilled nursing & intermediate care facilities) | $1.00 | Yes |
| Colorado | AWP minus 35% (generic); AWP minus 13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $0.75 (generic); $3.00 (brand) | Yes |
| Connecticut | SMAC: AWP minus 40%; AWP minus 14% | $3.15 | None | Yes |
| Delaware | AWP minus 14% (traditional to retail independent & retail chain pharmacies); AWP minus 16% (non-traditional to long term care & specialty pharmacies) | $3.65 | none | Yes |
| DC | AWP minus 10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP minus 15.45%; WAC+5.75%; FUL or SMAC | $4.23 (regular pharmacies); $7.50 (qualified 340B entities/ingredient cost) | 2.5% of payment up to $300 | Yes |
| Georgia | AWP minus 11% | $4.63 (brand for profit pharmacy); $4.33 (brand not for profit); $5.13 (generic for profit pharmacy); $4.63 (generic not | $0.50 (generic); $0.50 to $3.00 * (brand); $0.50 (preferred brand) | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Hawaii | AWP minus 10.5% | for profit) $4.67 | none | Yes |
| Idaho | AWP minus 12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP minus 25% (generic); AWP minus 12% (brand) | $4.60 (generic); $3.40 (brand) | $0.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP minus 20% (generic); AWP minus 16% (brand) | $4.90 | $3.00 | Yes |
| Iowa | AWP minus 12% | $4.26 | $1.00 (non-preferred brand) (no more than $25.00), $2.00 (non-preferred brand) (between $25.01 and $50.00), $3.00 (non-preferred brand) ($50.01 or more) | Yes |
| Kansas | AWP minus 27% (generic); AWP minus 13% (single source); AWP minus 13% (brand) | $3.40 | $3.00 | Yes |
| Kentucky | AWP minus 12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP minus 13.5% (AWP minus 15% for chains) | $5.77 | $0.50 to $3.00 * | Yes |
| Maine | AWP minus 15%; direct supply drug list to usual & customary charge or AWP minus 17% plus $3.35 professional fee or FUL or MAC plus $3.35 professional fee (Mail order lowest of usual & customary charge, AWP minus 20% plus $1.00 professional fee - for exceptions see State plan, FUL or | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $2.50 (generic & brand) (not to exceed $25 per month.) (Mail order not subject to co to pay) $3 per day RHC (max of $30 per mont., per individual) | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Maryland | MAC plus $1.00 professional fee) Lower of AWP minus 12% or WAC+8%, direct price+8% or distributor price when available | $3.69 (generic); $2.69 (brand); $4.69 (generic to NH); $3.69 (brand to NH); $7.25 (home IV therapy) | $1.00 (generic); $1.00 (brand, PDL); $3.00 (brand name non-PDL) | Yes |
| Massachusetts | WAC+5% | $3.00 (all drugs except 340B drugs); $10 (340B drugs) | $1.00 (multi to source & non-legend OTC); $3.00 (non-exempt) | Yes |
| Michigan | AWP minus 13.5% (independent pharmacy (1 to 4 stores); AWP minus 15.1% (chain (5+ stores)) | $2.50; $2.75 (long term care) | $1.00 (generic); $3.00 (brand) | Yes |
| Minnesota | AWP minus 11.5% | $3.65 (+$0.50 for legend unit dose drugs) | $1.00 (generic); $3.00 (brand) | Yes |
| Mississippi | Brand – Lesser of: AWP minus 12% or WAC+9%; Multiple Source with FUL – Lesser of: AWP minus 25%, FUL, SMAC; Other Drugs without FUL – Lesser of: AWP minus 12%, WAC +9%, SMAC | $3.91 (brand and other drugs); $5.50 (multiple source drugs) | $3.00 | Yes |
| Missouri | Lower of AWP minus 10.43% or WAC+10% | $4.09 | $0.50 to $2.00 * | Yes |
| Montana | AWP minus 15% | $4.86 | $1.00 | No |
| Nebraska | AWP minus 11% | $3.27 to $5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP minus 15% | $4.76; $22.40 daily (home IV therapy); $16.80 daily (NF home IV therapy) | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP minus 16% | $1.75 | $1.00 (generic); $2.00 (brand & compound) | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| New Jersey | Lower of AWP minus 12.5% | $3.73; $4.07 (additional services) | none | Yes |
| New Mexico | AWP minus 14% | $3.65 | none | Yes |
| New York | AWP minus 13.25% (brand); AWP minus 20% (generic) or the State Maximum Acquisition cost if lower; AWP to 12% (specialized HIV pharmacies) | $4.50 (generic); $3.50 (brand) | $1.00 (generic); $3.00 (brand); $.50 (OTC) | No |
| North Carolina | AWP minus 10%, ASP+6% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | Lower of AWP minus 10%, WAC+12.5% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | Yes |
| Ohio | WAC+7% or its equivalent, AWP minus 14.4% | $3.70 | $3.00 (if not on PDL); $2.00 (preferred brand drugs) | Yes |
| Oklahoma | AWP minus 12% | $4.15 | $1.00 to $2.00 * | Yes |
| Oregon | AWP minus 11% (institutional), AWP minus 15% (non-institutional) | $3.50 (retail); $3.91 (institutional) | $1.00 (NP PDL generic or generics costing $10.00); $0.00 (PDL generic & brand); $3.00 (All other brands) | Yes |
| Pennsylvania | Lower of WAC +6%, AWP minus 15% | $4.00 | $1.00 | Yes |
| Rhode Island | WAC | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP minus 10% | $4.05 (independent pharmacy); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP minus 10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP minus 13% | $2.50 (long term care dual eligible); $5.00 (NH only to if | N/A | Yes |

4

http://www.cms.hhs.gov/Reimbursement/Downloads/StateRxReimbursementJune2008.pdf

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| | | 28 days+) | | |
| Texas | Lower of AWP minus 15% or WAC+12% | $5.14 | None | Yes |
| Utah | AWP minus 15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP minus 11.9% | In-State - $4.75 Out-of-State - $3.65 | $1.00 to $3.00 * | Yes |
| Virginia | AWP minus 10.25% | $4.00 (brand); $4.00 (generic); $5.00 (unit dose drugs) | $1.00 | Yes |
| Washington | AWP minus 14% (single source & multiple source (with 2 to 4 manufacturer), AWP minus 50% (multiple source from 5+ manufacturer), AWP minus 19% (brand-mail order), AWP minus 15% (generic -mail order) | $4.20 to $5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP minus 15% (brand), AWP minus 30% (generic) | $2.50 (brand); $5.30 (generic); $8.25 (340B drugs) | $0.50 to $3.00 * | No |
| Wisconsin | AWP minus 11.25% | $4.88 | $0.50 (over-the-counter); $3.00 (brand); $1.00 (generic) | Yes |
| Wyoming | AWP minus 11% | $5.00 | $2.00 | Yes |

(ASP=average sale price, AWP=average wholesale price, WAC=wholesaler acquisition cost, NH=nursing home, FFS=fee for service

* Co-pay varies by cost of prescription.

Source: CMS Approved State Plans

Revised 06/30/2008

5

http://wwww.cms.hhs.gov/Reimbursement/Downloads/StateRxReimbursementJune2008.pdf