# EXHIBIT F

## Medicaid Prescription Reimbursement Information by State – Quarter Ending March 2009

ASP=average sale price, AWP=average wholesale price, WAC=wholesaler acquisition cost, NH=nursing home, FFS=fee for service SMAC=State maximum allowance cost and FUL=federal upper limit.

\* Co-pay varies by cost of prescription.

Source: CMS Approved State Plans or State Source if marked \*\*

Revised 12/09/2008

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Alabama | Ingredient cost is lower of WAC plus 9.2% or AWP minus 10% | Dispensing fee is $5.40 | Co-payment is $0.50 to $3.00 \* | STATE MAC Yes |
| State of Alaska | Ingredient cost is AWP minus 5% | Dispensing fee is $3.45 to $11.46 (based on pharmacy/Medicaid volume) | Co-payment is $2.00 | STATE MAC No |
| State of Arizona | Ingredient cost is AWP minus 15% | Dispensing fee is $2.00 (FFS only) | No co-payment | STATE MAC No |
| State of Arkansas | Ingredient cost is AWP minus 20% (generic); AWP minus 14% (brand) | Dispensing fee is $5.51 | Co-payment is $0.50 to $3.00 \* | STATE MAC Yes |
| State of California | Ingredient cost is AWP minus 17% | Dispensing fee is $7.25; $8.00 (legend drugs dispensed to residents in skilled nursing facilities or intermediate care facilities) | Co-payment is $1.00 | STATE MAC Yes |
| State of Colorado | Ingredient cost is AWP minus 35% (generic); AWP minus 13.5% (brand) | Dispensing fee is $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | Co-payment is $1.00 (generic); $3.00 (brand) | STATE MAC Yes |


| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Connecticut | Ingredient cost is AWP minus 40% (selected multi-source brand and generic); AWP minus 14% (brand) | Dispensing fee is $3.15** | No co-payment | STATE MAC Yes |
| State of Delaware | Ingredient cost is AWP minus 14% (traditional, retail independent & retail chain pharmacies); AWP minus 16% (non-traditional, long term care & specialty pharmacies) | Dispensing fee is $3.65 | No co-payment | STATE MAC Yes |
| District of Columbia | Ingredient cost is AWP minus 10% | Dispensing fee is $4.50 | Co-payment is $1.00 | STATE MAC No |
| State of Florida | Ingredient cost is lower of AWP minus 16.4% or WAC plus 4.75% | Dispensing fee is $4.23 (for non 340B billed drugs); $7.50 (340B billed drugs) | Co-payment for certain beneficiaries is 2.5% of payment up to $300, capped at 5% of total family income | STATE MAC YES |
| State of Georgia | Ingredient cost is AWP minus 11% | Dispensing fee is $4.63 (for profit pharmacy); $4.33 (not for profit) | Co-payment is $0.50 to $3.00 | STATE MAC Yes |
| State of Hawaii | Ingredient cost is AWP minus 10.5% | Dispensing fee is $4.67 | No co-payment | STATE MAC Yes |
| State of Idaho | Ingredient cost is AWP minus 12% | Dispensing fee is $4.94; $5.54 (unit dose) | No co-payment | STATE MAC Yes |
| State of Illinois | Ingredient cost is AWP minus 25% (generic); AWP minus 12% (brand) | Dispensing fee is $4.60 (generic); $3.40 (brand) | Co-payment is $3.00 (brand only) | STATE MAC Yes |

2

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Indiana | Ingredient cost is AWP minus 16% (brand); AWP minus 20% (generic) | Dispensing fee is $4.90 | Co-payment is $3.00 | STATE MAC Yes |
| State of Iowa | Ingredient cost is AWP minus 12% | Dispensing fee is $4.57 | Co-payment is $1.00 (non-preferred brand) (no more than $25.00), $2.00 (non-preferred brand) (between $25.01 and $50.00), $3.00 (non-preferred brand) ($50.01 or more) | STATE MAC Yes |
| State of Kansas | Ingredient cost is AWP minus 27% (generic); AWP minus 13% (brand) | Dispensing fee is $3.40 | Co-payment is $3.00 | STATE MAC Yes |
| State of Kentucky | Ingredient cost is AWP minus 14% (generic); AWP minus 15% (brand) | Dispensing fee is $5.00 (generic); $4.50 (brand) | Co-payment is $1.00 (generic or atypical anti-psychotic); $2.00 (brand without generic equivalent); $3.00 (non-preferred brand); cap $225 per year per recipient | STATE MAC Yes |
| State of Louisiana | Ingredient cost is AWP minus 13.5% (independent pharmacies); (AWP minus 15% (chain pharmacies) | Dispensing fee is $5.77** | Co-payment is $0.50 to $3.00 * | STATE MAC Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Maine | Ingredient cost is AWP minus 15%; AWP minus 17% (on direct supply); AWP minus 20% (mail order) | Dispensing fee is $3.35; $1.00 (mail order); $4.35 and $5.35 (compounding); $12.50 (insulin syringe) | Co-payment is $3.00 (not to exceed $30 per month) No co-payments for mail order | STATE MAC Yes |
| State of Maryland | Ingredient cost is lower of AWP minus 12%, WAC plus 8%, direct price plus 8% or distributor price when available | Dispensing fee is $3.69 (generic); $2.69 (brand); $4.69 (generic to NH); $3.69 (brand to NH); $7.25 (home IV therapy) | Co-payment is $1.00 (generic and preferred brand); $3.00 (non-preferred brand) | STATE MAC Yes |
| State of Massachusetts | Ingredient cost is WAC plus 5% (all drugs except 340B billed drugs); actual acquisition cost (340B billed drugs) | Dispensing fee is $3.00 (all drugs except 340B billed drugs); $10 (340B billed drugs) | Co payment is $1.00 (multiple source and OTC); $3.00 (all other drugs) | STATE MAC Yes |
| State of Michigan | Ingredient cost is AWP minus 13.5% (independent pharmacy (1 to 4 stores); AWP minus 15.1% (chain pharmacies (5+ stores) | Dispensing fee is $2.50; $2.75 (long term care) | Co-payment is $1.00 (generic); $3.00 (brand) | STATE MAC Yes |
| State of Minnesota | Ingredient cost is AWP minus 12% | Dispensing fee is $3.65 (+$0.30 for legend unit dose drugs) | Co-payment is $1.00 (generic); $3.00 (brand) | STATE MAC Yes |
| State of Mississippi | Ingredient cost is lower of AWP minus 12% or WAC plus 9% (brand); AWP minus 25% (generic) | Dispensing fee is $3.91 (brand); $5.50 (generic) | Co-payment is $3.00 (medically needy only) | STATE MAC Yes |
| State of Missouri | Ingredient cost is lower of AWP minus 10.43% or WAC plus 10% | Dispensing fee is $4.09 | Co-payment is $0.50 to $2.00 * | STATE MAC Yes |

4

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Montana | Ingredient cost is AWP minus 15% | Dispensing fee is $4.94; $12.50 to $22.50 (compounding) | Co-payment is $1.00 | STATE MAC No |
| State of Nebraska | Ingredient cost is AWP minus 11% | Dispensing fee is $3.27 to $5.00 (based on service delivery, unit dosage or 3rd party payors)** | Co-payment is $2.00 | STATE MAC Yes |
| State of Nevada | Ingredient cost is AWP minus 15% | Dispensing fee is $4.76; $22.40 daily (home IV therapy); $16.80 daily (nursing facility IV therapy) | No co-payment | STATE MAC No |
| State of New Hampshire | Ingredient cost is AWP minus 16% | Dispensing fee is $1.75 | Co-payment is $1.00 (generic); $2.00 (brand & compound) | STATE MAC Yes |
| State of New Jersey | Ingredient cost is AWP minus 12.5% | Dispensing fee is $3.73 up to $4.07 (twenty-four hour emergency service, patient consultation and impact area location)** | No co-payment | STATE MAC Yes |
| State of New Mexico | Ingredient cost is lower of AWP minus 14%; wholesaler average cost as submitted to State; manufacturer price as submitted to State; pharmacy invoice price as obtained through audits. | Dispensing fee is $3.65 | No co-payment ** | STATE MAC Yes |
| State of New York | Ingredient cost is AWP minus 16.25% (brand); AWP minus 25% (generic); AWP minus 12% (specialized HIV pharmacies) | Dispensing fee is $4.50 (generic); $3.50 (brand) | Co-payment is $1.00 (generic); $3.00 (brand); $.50 (OTC) | STATE MAC Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of North Carolina | Ingredient cost is AWP minus 10%, ASP plus 6.7% (physician administered drugs) | Dispensing fee is $5.60 (generic); $4.00 (brand) | Co-payment is $1.00 (generic); $3.00 (brand) | STATE MAC Yes |
| State of North Dakota | Ingredient cost is lower of AWP minus 10% or WAC plus 12.5% | Dispensing fee is $5.60 (generic); $4.60 (brand); plus $0.15 per pill (pill splitting) | Co-payment is $3.00 (brand) | STATE MAC Yes |
| State of Ohio | Ingredient cost is WAC plus 7% or if WAC cannot be determined, ingredient cost is AWP minus 14.4% | Dispensing fee is $3.70 | Co-payment is $3.00 (non preferred drugs); $2.00 (preferred brand drugs) | STATE MAC Yes |
| State of Oklahoma | Ingredient cost is AWP minus 12% | Dispensing fee is $4.15 | Co payment is $1.00 to $2.00 * | STATE MAC Yes |
| State of Oregon | Ingredient cost for multiple source drugs is AWP minus 15%; AWP minus 11% (institutional); AWP minus 60% (mail order); Ingredient cost for single source drugs is AWP minus 15%; AWP minus 11% (institutional); AWP minus 21% (mail order) | Dispensing fee is $3.50 (retail); $3.91 (institutional) | Co-payment is $1.00 (non preferred generic or generics costing $10.00); No co-payment (preferred generic & brand); $3.00 (all other brands) | STATE MAC Yes |
| State of Pennsylvania | Ingredient cost is lower of WAC plus 7% or AWP minus 14% | Dispensing fee is $4.00; $5.00 (compounding) | Co-payment is $1.00 | STATE MAC Yes |

6

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Rhode Island | Ingredient cost is WAC | Dispensing fee is $3.40 (outpatient), $2.85 (long term care) | No co-payment | STATE MAC No |
| State of South Carolina | Ingredient cost is AWP minus 10% | Dispensing fee is $4.05 (independent pharmacy); $3.15 (institutional pharmacies) | Co-payment is $3.00 | STATE MAC Yes |
| State of South Dakota | Ingredient cost is AWP minus 10.5% | Dispensing fee is $4.75; $5.55 (unit dose) | Co-payment is $3.00 (brand) | STATE MAC Yes |
| State of Tennessee | Ingredient cost is lower of AWP minus 16%, MAC or FUL for Pharmacy Benefit Management (PBM) National Network. Ingredient cost is lower of AWP minus 13%, MAC or FUL for TennCare Pharmacy Network. Special Pharmacy Rates are set separately | Dispensing fee for Pharmacy Benefit Management (PBM) National is $1.50 Dispensing fee for TennCare Pharmacy Network is $2.50 (brand); $3.00 (generic); $5.00 (brand nursing home) $6.00 (generic nursing home); $25 (compound prescriptions) | $0 (generics) and (Categorically Needy) $3.00 (Medically Needy) | STATE MAC Yes |
| State of Texas | Ingredient cost is lower of AWP minus 15% or WAC plus12% | Dispensing fee is $5.14 plus 1.95% of cost of drug | No co-payment ** | STATE MAC Yes |
| State of Utah | Ingredient cost is AWP minus 15% | Dispensing fee is $3.90 (urban); $4.40 (rural)** | Co-payment is $3.00 ** | STATE MAC Yes |
| State of Vermont | Ingredient cost is AWP minus 11.9% | Dispensing fee $4.75 (In-State) $3.65 (Out-of-State) | Co-payment is $1.00 to $3.00 * | STATE MAC Yes |

7

http://www.cms.hhs.gov/Reimbursement/Downloads/reimbursementchart1q2009.pdf

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAYMENT | STATE MAC |
|---|---|---|---|---|
| State of Virginia | Ingredient cost is AWP minus 10.25% | Dispensing fee is $4.00; $5.00 (unit dose drugs) | Co-payment is $1.00 | STATE MAC Yes |
| State of Washington | Ingredient cost is AWP minus 14% (single source drugs); AWP minus 14% (multi-source drugs with four or fewer manufacturers/labelers); AWP minus 50% (multi-source drugs with five or more manufacturers/labelers and no MAC or FUL | Dispensing fee is $4.20 to $5.20 (based on 3-tiered pharmacy volume) | No co-payment | STATE MAC Yes |
| State of West Virginia | Ingredient cost is AWP minus 15% (brand); AWP minus 30% (generic) | Dispensing fee is $2.50 (brand); $5.30 (generic); $8.25 (340B billed drugs) | Co-payment is $0.50 to $3.00 * | STATE MAC Yes |
| State of Wisconsin | Ingredient cost is AWP minus 13% | Dispensing fee is $4.38; $0.015 per unit (for repackaging); $9.45 to $22.16 (compound drug fee); $9.45 to $40.11 (pharmaceutical care dispensing fee) | Co-payment is $0.50 (over-the-counter); $3.00 (brand); $1.00 (generic); cap $12 per pharmacy per recipient per month | STATE MAC Yes |
| State of Wyoming | Ingredient cost is AWP minus 11% | Dispensing fee is $5.00 | Co-payment is $2.00 | STATE MAC Yes |