# EXHIBIT G

1

```
 1                        NO. GV002327

 2  THE STATE OF TEXAS            )  IN THE DISTRICT COURT
    ex rel.                       )
 3      VEN-A-CARE OF THE         )
        FLORIDA KEYS, INC.,       )
 4          Plaintiff(s),         )
                                  )
 5  VS.                           )  TRAVIS COUNTY, TEXAS
                                  )
 6  DEY, INC.; ROXANE             )
    LABORATORIES, INC., WARRICK   )
 7  PHARMACEUTICALS CORPORATION,  )
    SCHERING CORPORATION,         )
 8  SCHERING-PLOUGH CORPORATION,  )
    LIPHA, S.A., MERCK-LIPHA,     )
 9  S.A., MERCK, KGAA, and EMD    )
    PHARMACEUTICALS, INC.,        )
10          Defendant(s).         )  53RD JUDICIAL DISTRICT
```

*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF

CYNTHIA JANE COLLIE

February 19, 2003

*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF CYNTHIA JANE COLLIE, produced as a witness at the instance of the Plaintiff(s), and duly sworn, was taken in the above-styled and numbered cause on February 19, 2003, from 9:07 a.m. to 5:29 p.m., before William M. Fredericks, CSR in and for the State of Texas, reported by machine shorthand, at the Courtyard Hotel, Meeting Room B, 10900 Financial Center Parkway, Little Rock, Arkansas, pursuant to the Texas

```
 1  than on the competitor's multi-dose?                          14:02
 2      A.    Yes.
 3      Q.    So the unit dose to multi-dose conversion
 4  marketing program, do you recall it being at least in
 5  part based upon marketing this spread to customers?
 6      A.    I don't have an independent memory of that.         14:03
 7  I can assume that from the documents I've seen today
 8  (indicating).
 9      Q.    Okay.  Now, if you go to DL-TX-0097756, and
10  if you'll go down to the next-to-the-last item, you'll
11  see the word which I believe is "Medicaid."                   14:03
12            Do you see that?
13      A.    Yes.
14      Q.    Can you read your notes regarding Medicaid
15  taken at the manager's meeting on April 26, 1995?
16      A.    "DSM needs to follow up.  No clear plan.            14:03
17  Regional managers get info from reps who called on
18  states, discuss at meeting in June."
19      Q.    And what are DSM's?
20      A.    District sales managers.
21      Q.    And why would the issue of Medicaid be              14:04
22  discussed at a manager's meeting of Dey Laboratories
23  personnel on April 26, 1995?
24      A.    I believe it was because it affected the
25  ability to sell that product in particular states.  If
```

```
 1  something wasn't Medicaid approved or on the Medicaid        14:04
 2  formulary, we -- the customers in those states would
 3  not purchase our product.
 4     Q.   Okay.  So was it important to Dey
 5  Laboratories that the state Medicaid programs
 6  reimburse for its products?                                   14:04
 7     A.   I believe what this is referring to was that
 8  we get on the Medicaid formularies in those states.
 9     Q.   Was that so that their -- your customers
10  could get reimbursed for your products?
11     A.   Yes.                                                  14:05
12     Q.   So was it important to Dey Laboratories that
13  the Medicaid programs reimburse for its products?
14     A.   Yes.
15     Q.   If you go to the next page, or the next -- I
16  believe the next tabbed page, 0097759, and under No. 3        14:05
17  about two-thirds of the way down I see "Rick."
18          Do you see that?
19     A.   Yes.
20     Q.   And could you read what you -- what you wrote
21  under -- or next to the word "Rick."                          14:05
22     A.   No. 1, "Awards - 3 types ongoing during year
23  other than Top Ten Club."  In parentheses,
24  "(Coordinate with inside)."
25          Item 2, "Medicaid - Collate/collect all
```