# EXHIBIT H

```
 1                    NO. GV002327

 2
     THE STATE OF TEXAS              )  IN THE DISTRICT COURT
 3   ex rel.                         )
        VEN-A-CARE OF THE            )
 4      FLORIDA KEYS, INC.,          )
            Plaintiff(s),            )
 5                                   )
     VS.                             )  TRAVIS COUNTY, TEXAS
 6                                   )
     DEY, INC.; ROXANE               )
 7   LABORATORIES, INC., WARRICK     )
     PHARMACEUTICALS CORPORATION,    )
 8   SCHERING CORPORATION,           )
     SCHERING-PLOUGH CORPORATION,    )
 9   LIPHA, S.A., MERCK-LIPHA,       )
     S.A., MERCK, KGAA, and EMD      )
10   PHARMACEUTICALS, INC.,          )
            Defendant(s).            )  53RD JUDICIAL DISTRICT
11

12   ***********************************************

13              ORAL AND VIDEOTAPED DEPOSITION OF

14                    CARRIE-JEAN JACKSON

15                      April 18th, 2003

16   ***********************************************

17       ORAL AND VIDEOTAPED DEPOSITION OF CARRIE-JEAN

18   JACKSON, produced as a witness at the instance of the

19   Defendant(s), and duly sworn, was taken in the

20   above-styled and numbered cause on April 18th, 2003,

21   from 9:08 a.m. to 1:03 p.m., before Cynthia Vohlken,

22   CSR in and for the State of Texas, reported by machine

23   shorthand, at the Sacramento Marriott Rancho Cordova,

24   11211 Point East Drive, Rancho Cordova, California

25   pursuant to the Texas Rules of Civil Procedure.
```

24

```
 1  Is this a document you prepared on or about February
 2  2, 1994?
 3       A.    Yes.
 4       Q.    Those are your initials on it?
 5       A.    Yes.
 6       Q.    And does this -- does looking at this
 7  document help you to remember how you gathered the
 8  information?
 9       A.    What it does bring to mind, as I remember,
10  there was a period of months there from August '93 to
11  February of '94 where they had wanted this report
12  periodically, more frequent than six months here, and
13  the focus -- I was put on other things, you know, with
14  conventions and that type of thing, so I was unable to
15  get to it and I remember there was a length of time
16  where Helen had asked me, "Okay.  Carrie, can you
17  update this?"  How I gathered the information, there
18  again, I don't remember.
19       Q.    Okay.
20       A.    So...  I remember it was a lot of work and
21  she said, "Well, we are going to do it on an as-needed
22  basis from now on."
23       Q.    As you sit here today do you have any
24  understanding as to why you were being asked to do
25  this?
```

25

1    A.   Just to update if there were any dollar
2    changes or procedure changes at the individual states.
3    I didn't -- at that point I did not know what
4    distribution would be with this information.
5    Q.   Now, you've brought with you certain
6    handwritten notes; is that correct?
7    A.   Yeah.  Yes.  A variety of notes.
8    Q.   Could you pull out from what you brought with
9    you the handwritten notes you have?  And I'm going to
10   go through each of them and ask you to give us your
11   best recollection of what they are and what they
12   signify, if anything.
13   A.   Okay.
14   Q.   If it's all right with you, I'll ask the
15   reporter to put exhibit stickers on them and then
16   we'll make copies and return your --
17   A.   Okay.
18   Q.   -- either your originals or a clean copy to
19   you, whatever you prefer.
20   A.   The originals would be nice.
21              MR. PRESCOTT:  All right.  Why don't we
22   mark them as a group and we can go through them page
23   by page.
24              MR. WINTER:  Can I look at this?
25              MR. PRESCOTT:  Sure.

```
 1      I, CARRIE-JEAN JACKSON, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5
 6                             CARRIE-JEAN JACKSON
 7
 8
 9   THE STATE OF                          )
10   COUNTY OF                             )
11      Before me,                              , on this day
12   personally appeared CARRIE-JEAN JACKSON, known to me
13   (or proved to me under oath or through
14                                ) (description of identity
15   card or other document) to be the person whose name is
16   subscribed to the foregoing instrument and
17   acknowledged to me that they executed the same for the
18   purposes and consideration therein expressed.
19      Given under my hand and seal of office this
20          day of                          , 2003.
21
22
23
                                  NOTARY PUBLIC IN AND FOR
24                                THE STATE OF
25
```

168

```
 1                  CAUSE NO. GV002327

 2

 3  THE STATE OF TEXAS              ) IN THE DISTRICT COURT
    ex rel.,                        )
 4        VEN-A-CARE OF THE         )
          FLORIDA KEYS, INC.        )
 5        Plaintiffs,               )
                                    )
 6  VS.                             ) TRAVIS COUNTY, TEXAS
                                    )
 7  DEY, INC.; ROXANE               )
    LABORATORIES, INC., WARRICK     )
 8  PHARMACEUTICALS CORPORATION,    )
    SCHERING CORPORATION,           )
 9  SCHERING-PLOUGH CORPORATION,    )
    LIPHA, S.A., MERCK-LIPHA,       )
10  S.A., MERCK, KGAA, and EMD      )
    PHARMACEUTICALS, INC.,          )
11        Defendants.               ) 53RD JUDICIAL DISTRICT

12                REPORTER'S CERTIFICATION
              DEPOSITION OF CARRIE-JEAN JACKSON
13                   April 18th, 2003

14     I, Cynthia Vohlken, Certified Shorthand Reporter

15  in and for the State of Texas, hereby certify to the

16  following:

17     That the witness, CARRIE-JEAN JACKSON, was duly

18  sworn by the officer and that the transcript of the

19  oral deposition is a true record of the testimony

20  given by the witness;

21     That the deposition transcript was submitted on

22  May 5, 2003, to the Witness, for examination,

23  signature and return to me by May 29, 2003;

24     That the amount of time used by each party at the

25  deposition is as follows:
```

```
 1            Darrell Prescott - 1 hour, 12 minutes
              Raymond Winter - 59 minutes
 2             Frank Pitre - 59 minutes
              John McDonald - 2 minutes
 3            Total time Defendants:  1 hour, 14 minutes
               Total time Plaintiffs:  1 hour, 58 minutes
 4

 5       That pursuant to information given to the

 6   deposition officer at the time said testimony was

 7   taken, the following includes counsel for all parties

 8   of record:

 9            MR. JOE CRAWFORD,
                Attorney for Plaintiff;
10            MR. JAMES JOSEPH BREEN,
                Attorney for the Relator;
11            MR. STEPHEN M. HUDSPETH,
                Attorney for Defendant Dey, Inc.;
12            MR. R. ERIC HAGENSWOLD,
                Attorney for Defendant Roxane
13                Laboratories, Inc.;
              MR. C. MICHAEL MOORE,
14                Attorney for Defendants Warrick
                  Pharmaceuticals Corp., Schering-Plough
15                Corp. and Schering Corp.

16

17       I further certify that I am neither counsel for,

18   related to, nor employed by any of the parties or

19   attorneys in the action in which this proceeding was

20   taken, and further that I am not financially or

21   otherwise interested in the outcome of the action.

22       Further certification requirements pursuant to

23   Rule 203 of TRCP will be certified to after they have

24   occurred.

25
```

```
 1      Certified to by me this 5th day of May, 2003.

 2

 3

 4

 5

 6              Cynthia Vohlken, TX CSR 1059
                Expiration Date: 12/31/02
 7              Fredericks-Carroll Reporting
                7719 Wood Hollow Drive, Suite 156
 8              Austin, Texas  78731
                Telephone: (512) 477-9911
 9
                           (800) 234-3376
10              Fax:       (512) 345-1417

11

12
    JOB NO. 9262
13

14

15

16

17

18

19

20

21

22

23

24

25
```

171

```
 1          FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2      The original deposition was/was not returned to
 3  the deposition officer on                    , 2003;
 4      If returned, the attached Changes and Signature
 5  page contains any changes and the reasons therefor;
 6      If returned, the original deposition was delivered
 7  to    Mr. Darrell Prescott    Custodial Attorney;
 8      That $              is the deposition officer's
 9  charges to the Defendant(s) for preparing the original
10  deposition transcript and any copies of exhibits;
11      That the deposition was delivered in accordance
12  with Rule 203.3, and that a copy of this certificate
13  was served on all parties shown herein on and filed
14  with the Clerk.
15      Certified to by me this         day of
16                , 2003.
17
18
19               Cynthia Vohlken, Texas CSR 1059
                 Expiration Date: 12/31/2004
20               Fredericks-Carroll Reporting
                 7719 Wood Hollow Drive, Suite 156
21               Austin, Texas 78731
                 Telephone: (512) 477-9911
22
                                 (800) 234-3376
23               Fax:       (512) 345-1417
24  JOB NO. 9262
25
```