# EXHIBIT J

Page 276

IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA ) | |
| ) | |
| ex rel. ) | |
| ) | |
| ) | |
| VEN-A-CARE OF THE ) | |
| FLORIDA KEYS, INC., ) | |
| a Florida Corporation, by ) | |
| and through its principal ) | |
| officers and directors, ) | |
| ZACHARY T. BENTLEY and ) | |
| T. MARK JONES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 98-3032A |
| BOEHRINGER INGELHEIM ) | |
| CORPORATION; DEY, INC.; DEY, ) | |
| L.P.; EMD PHARMACEUTICALS, ) | |
| INC.; LIPHA, S.A.; MERCK, ) | |
| KGaA; MERCK-LIPHA, S.A.; ) | |
| SCHERING CORPORATION; ) | |
| SCHERING-PLOUGH CORPORATION; ) | |
| ROXANE LABORATORIES, INC.; ) | |
| and WARRICK PHARMACEUTICALS ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

*-*-*-*-*

VIDEOTAPED DEPOSITION OF TODD CHRISTOPHER GALLES

Volume 2

Page 421

1    In what customer segment did Dey have
2 the largest market share?
3    A.  Hospital.
4    Q.  And what's the reason for Dey's success in
5 the hospital market?
6    A.  There are several reasons.  The hospital is
7 kind of a closed system with respiratory therapists
8 right within the system.  So respiratory therapists
9 were the people that would administer the nebulized
10 solutions directly to patients.  And much like in the
11 outside world you would have to go to a physician, to
12 a pharmacy, but that was all contained in one closed
13 unit, if you will.  And so it was very easy for a
14 small sales force like Dey to get to respiratory
15 therapists as a department and talk to them about
16 product features and benefits.
17    And so the features and benefits that
18 were important to patients also were important to
19 respiratory therapists.  And so we were able to take
20 our product, show the respiratory therapists what they
21 would be able to use.  That it would have color-coded
22 labels, which was important because most unit-dose
23 products were only embossed so it's kind of hard to
24 read.  So in a flash you could see what medication you
25 were giving.  So that was good for a hospital because

Page 422

1 it reduced medication -- or potential medication
2 errors.
3    The product was sterile in -- in all, in
4 the case for Albuterol cromolyn and Ipratropium.  In
5 the case of Albuterol it did not use a preservative,
6 so there was less chance for a reaction to the
7 preservative.  So they liked that.
8    For a unit-dose compared to a
9 multi-dose, it was a unit of use which meant that it
10 was sterile and then used and then thrown.  And
11 compared to a multi-dose, a multi-dose you would -- it
12 was a concentrate that you'd take a dropper out, drop
13 it into a nebulizer cup and then put the dropper back
14 in.  And in the hospital and respiratory care units
15 there's a lot of airborne bacteria and things, and so
16 it reduced the chance for cross contamination.  That
17 was a very big event in the hospitals.
18    So there were all those benefits, plus
19 the efficient packaging had a benefit to the shelf
20 space.  RT departments were generally very small, so
21 they really liked that the packaging was very
22 organized and as small as possible.  And that there
23 were three package sizes so that they could easily get
24 them from the hospital pharmacy.
25    So it just -- everything that we had was

Page 423

1 a perfect match to the RT.  So that's why we were
2 number one in the hospital.
3    Q.  Okay.  Was Medicaid reimbursement important
4 to Dey's hospital customers?
5    A.  I don't think so, no.
6    Q.  Okay.  Were you involved in the launch of
7 Ipratropium -- strike that.
8    Were you involved in the launch of Dey's
9 generic Ipratropium product?
10    A.  Yes.
11    Q.  And approximately when did that launch
12 happen?
13    A.  Probably 1996 or '97.
14    Q.  Okay.  And can you please tell the jury in
15 layman terms what Dey's generic Ipratropium drug is
16 used for and what patient population uses the drug?
17    A.  It is an anticholinergic drug that's used in
18 treating patients with chronic obstructive pulmonary
19 disease.  The vast majority of those patients are
20 former smokers that have damaged their lungs and they
21 don't have the mechanism to cough up mucus and things
22 like that.  So the product loosened up the mucus and
23 enabled them to cough it up and reduce the tendency to
24 have bronchospasms, et cetera, as I remember it, so...
25    Q.  And again, what's the patient population that

Page 424

1 would use Dey's generic Ipratropium?
2    A.  Patients that had COPD, chronic obstructive
3 pulmonary disease, and older patient population.
4    Q.  And is COPD a leading cause of death in the
5 United States?
6    A.  Yes.
7    Q.  Do you know where on the ranking COPD is in
8 terms of being a leading cause of death in the United
9 States?
10    MR. ANDERSON:  Objection, form.
11    Q.  (BY MS. GIULIANA)  If you don't, that's fine.
12    A.  A number seven pops in mind, but I don't
13 remember.
14    Q.  Okay.  Okay.  What is the benefit to the
15 patient that uses Dey's generic Ipratropium product?
16    A.  Generally it helps the patient's quality of
17 life.  It generally worked -- can be used along with
18 an Albuterol.  So they can use a chronic med to
19 control -- to control the -- to control the
20 inflammation and then they could use an Albuterol-type
21 product as a rescue med.  But generally it just
22 increases their quality of life and maybe they don't
23 have to be on oxygen or something like that.
24    Q.  Okay.  And what are the benefits to the nurse
25 or respiratory therapist who administers these generic

38 (Pages 421 to 424)

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911   -   HOUSTON (713) 572-8897   -   SAN ANTONIO (210) 222-9161

Page 493

```
 1  the bottom --
 2     Q.  Okay.
 3     A.  -- so...
 4        MS. GIULIANA:  Okay.  Thank you.  I have
 5  no further questions at this time.
 6        MR. McDONALD:  I don't have any further
 7  questions.
 8        MR. ANDERSON:  The Relator has no
 9  further questions.
10        MR. McDONALD:  Jordan?
11        MR. HEINZ:  No further questions for
12  Roxane.
13        THE VIDEOGRAPHER:  Okay.  Off the
14  record?  We are off the record at 4:01 p.m.  This
15  concludes Tape Number 9.
16
17        (Deposition closed at 4:01)
18
19
20
21
22
23
24
25
```

Page 494

```
 1           CHANGES AND SIGNATURE
 2  PAGE   LINE       CHANGE        REASON
 3
 4
 5
 ...
25
```

Page 495

```
 1     I, TODD CHRISTOPHER GALLES, have read the
 2  foregoing deposition and hereby affix my signature
 3  that same is true and correct, except as noted above.
 4
 5
 6            TODD CHRISTOPHER GALLES
 7
 8
 9  THE STATE OF              )
10  COUNTY OF                 )
11    Before me,            , on this day
12  personally appeared TODD CHRISTOPHER GALLES, known to
13  me (or proved to me under oath or through
14           ) (description of identity
15  card or other document) to be the person whose name is
16  subscribed to the foregoing instrument and
17  acknowledged to me that they executed the same for the
18  purposes and consideration therein expressed.
19    Given under my hand and seal of office this
20       day of            , 2006.
21
22
23
              NOTARY PUBLIC IN AND FOR
24            THE STATE OF
25
```

Page 496

```
 1  STATE OF TEXAS )
 2  COUNTY OF TRAVIS )
 3
 4
 5     I, CYNTHIA VOHLKEN, CSR #1059, do hereby
 6  certify that, pursuant to the agreement hereinabove
 7  set forth, there came before me on the 1st day of
 8  March, 2006, at 9:01 o'clock a.m., at the COPIA:  The
 9  American Center for Wine, Food & the Arts, 500 First
10  Street, Napa, California, the following named person,
11  to-wit:  TODD CHRISTOPHER GALLES, who was by me
12  previously sworn to testify to the truth and nothing
13  but the truth of witness' knowledge touching and
14  concerning the matters in controversy in this cause;
15  that such witness was thereupon examined under oath,
16  and the examination transcribed by computer-assisted
17  transcription by me or under my supervision, and that
18  the deposition is a true record of the testimony given
19  by the witness.
20     I further certify that I am neither attorney
21  nor counsel for, nor related to or employed by, any of
22  the parties to the action in which this deposition is
23  taken and, further, that I am not a relative or
24  employee of any attorney or counsel employed by the
25  parties hereto, or financially interested in the
```

Page 497

1  action.
2      IN WITNESS WHEREOF I have hereunto set my
3  hand on this 13th day of March, A.D. 2006.
4
5
6
7
        Cynthia Vohlken, Texas CSR 1059
8       Expiration Date: 12/31/2006
        Firm Registration No. 82
9       Fredericks-Carroll Reporting
        7719 Wood Hollow Drive, Suite 156
10      Austin, Texas 78731
        Telephone: (512) 477-9911
11              (800) 234-3376
        Fax:    (512) 345-1417
12
13 JOB NO. 1435
14
15
16
17
18
19
20
21
22
23
24
25