# EXHIBIT K

Morgan, Patricia Kay                                             November 30, 2007
Tampa, FL

Page 1

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3

4    THE COMMONWEALTH OF MASSACHUSETTS,

5              Plaintiff,

6    vs.                              CIVIL ACTION NO.

7    MYLAN LABORATORIES INC.;         03-CV-11865-PBS

8    BARR LABORATORIES, INC.;

9    DURAMED PHARMACEUTICALS, INC.;

10   IVAX CORPORATION; WARRICK

11   PHARMACEUTICALS CORPORATION;

12   WATSON PHARMACEUTICALS, INC.;

13   SCHEIN PHARMACEUTICALS, INC.;

14   TEVA PHARMACEUTICALS USA, INC.;

15   PAR PHARMACEUTICAL, INC.;

16   DEY, INC.; ETHEX CORPORATION;

17   PUREPAC PHARMACEUTICAL CO.; and

18   ROXANE LABORATORIES,

19              Defendants.

20   _____/

21        VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

22            Taken on Behalf of the Defendant

Morgan, Patricia Kay

Tampa, FL

November 30, 2007

Page 18

1  DataBank calculates based on information it has
2  from wholesalers and from manufacturers?  Is that
3  correct?
4      A.  That's correct.
5      Q.  All right.  Next I would like to turn in
6  the same deposition to page 67, and ask you again
7  to read to yourself, if you would, from line 15 to
8  the bottom of the page.
9      A.  Okay.
10     Q.  The part of your testimony that I wanted
11 to draw your attention to is where you say that the
12 average wholesale price comes from the wholesalers,
13 it's an average of the price, published price, from
14 the wholesalers.
15     MR. MULLIN:  Is this page 67?
16     MR. FARQUHAR:  Yes.
17     MR. KERN:  What line?
18     MR. FARQUHAR:  It's line 20 through 24.
19     MR. MULLIN:  Okay.  Go ahead.  Sorry.
20 BY MR. FARQUHAR:
21     Q.  Again I didn't put into this exhibit all
22 of your testimony, obviously, from all of your

Page 19

1  different depositions.  Let the record reflect I
2  have a stack of all that testimony here, and it's
3  about 6 or 7 inches of testimony.
4      But my recollection is that at some point
5  later there was -- you had some further testimony
6  about the average and whether this was an average
7  price.  I remember there being some discussion
8  about whether it was a weighted average.
9      The question I'd like to ask you is:  Is in
10 fact the Blue Book AWP an average of some sort of
11 price that's been furnished to -- to First DataBank
12 by either wholesalers or by manufacturers?
13     A.  On the Blue Book AWP field, it's more
14 preponderance versus an average.
15     Q.  And "preponderance" meaning that when you
16 conducted your wholesaler surveys, you arrived at
17 the formula that would be used to generate the Blue
18 Book AWP based on -- I think you testified it was
19 sort of a consensus of the wholesalers.  Is that
20 correct?
21     A.  If you mean by "consensus" if that's the
22 way the majority went, there could be an outlier,

Page 20

1  yes.
2      Q.  Okay.  All right.  The next portion of
3  your testimony -- prior testimony, which I would
4  like to try to clarify is in the deposition
5  transcript excerpts from November 13th, 2002, which
6  I think is the next section.
7      And I'd like you to turn, if you would, to
8  page 59 -- I'm sorry.  Bear with me a second.  I
9  may have a question about page 20, so let's start
10 there if we could.  The numbers are in the upper
11 right-hand corner.
12     MR. HEIDLAGE:  Page 20?
13     MR. FARQUHAR:  Page 20, yes.
14 BY MR. FARQUHAR:
15     Q.  I think you've already asked -- answered
16 the question that I had on that page.  So if we
17 could turn then to page 59.
18     And again if you could read to yourself really
19 pretty much everything that's on this page, I think
20 that would be helpful.
21     A.  Okay.
22     Q.  In this portion of your testimony you

Page 21

1  basically talk about how First DataBank did not
2  have a, quote, 10 percent rule, correct?
3      A.  That's correct.
4      Q.  And the 10 percent rule, as I understood
5  from your prior testimony, basically meant that
6  there was at least some -- a theory that in order
7  to achieve a generic price indicator for a
8  particular drug, that the generic price had to be
9  less than -- 10 percent less than the brand price.
10 Understanding that that's a theory, do you
11 basically understand that -- what I'm trying to set
12 forth there, that that's the theory, not that
13 that's what First DataBank did?
14     MR. MULLIN:  Objection; form.
15     THE WITNESS:  Yes, I understand your question.
16 And while it was not what we did, there was a
17 perception in the industry that there was such a
18 rule.
19     MR. FARQUHAR:  No further questions.
20     And I understand the way that this deposition
21 will work is that the Commonwealth of Massachusetts
22 will proceed to ask questions on cross-examination.

6 (Pages 18 to 21)

Morgan, Patricia Kay                                      November 30, 2007

Tampa, FL

Page 188

1

2

3

4

5

6

7                                    _____

8                              SIGNATURE OF THE WITNESS

9

10   Subscribed and sworn to and before me

11   this _____ day of _____, 20____.

12

13

14   _____

15            Notary Public

16

17

18

19

20

21

22

Morgan, Patricia Kay

Tampa, FL

November 30, 2007

Page 189

```
 1                 CERTIFICATE OF REPORTER OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF SARASOTA

 5

 6           I, the undersigned authority, hereby certify

 7    that the witness named herein personally appeared before

 8    me and was duly sworn.

 9

10           WITNESS my hand and official seal this

11    _____.

12

13           _____

14           DONNA L. PETERSON, RDR, CRR

15           NOTARY PUBLIC - STATE OF FLORIDA

16           MY COMMISSION NO. DD668780

17           EXPIRES:  8-7-11

18

19

20

21

22
```