# EXHIBIT L

```
                                                      Page 259
1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MASSACHUSETTS

3       -------------------------------X

4     In Re:  PHARMACEUTICAL         )

5     INDUSTRY AVERAGE WHOLESALE     )  MDL No. 1456

6     PRICE LITIGATION               )  Civil Action No.

7     -------------------------------X  01-12257-PBS

8     THIS DOCUMENT RELATES TO:      )

9     United States of America ex    )  CONFIDENTIAL

10    rel. Ven-A-Care of the         )

11    Florida Keys, Inc., et al.     )  DEPOSITION OF

12    v. Dey, Inc., et al., Civil    )  RUSSELL JOHNSTON

13    Action No. 05-11084-PBS; and   )     VOLUME II

14    United States of America ex    )

15    rel. Ven-A-Care of the         )  December 11, 2008

16    Florida Keys, Inc., et al.,    )  9:06 a.m.

17    v. Boehringer Ingelheim Corp.,)

18    et al., Civil Action No.       )  New York, NY

19    07-10248-PBS                   )

20    -------------------------------X

21

22
```

Page 456

1  the last couple of days. Wholesalers, when they
2  purchase a Dey product, branded or generic,
3  they're invoiced at wholesale acquisition cost.
4      Q. Okay. I misspoke.
5          You earlier testified about contract
6  prices, contract prices with Cardinal --
7      A. Uh-huh.
8      Q. -- and contract prices with McKesson,
9  do you recall that?
10     A. Again, the contracts for their sales
11 out.
12     Q. Yes.
13         Those are products that the wholesaler
14 acquires from Dey and then turns around and sells
15 them to customers, right?
16         MR. DOYLE: Objection as to form.
17     A. And those contracts are used for the
18 subsequent sale to their customers and then the
19 subsequent chargeback, yes.
20     Q. And the net price that the wholesaler
21 pays for those drugs after chargebacks is almost
22 always less than WAC, correct?

Page 457

1          MR. DOYLE: Objection as to form.
2      A. The wholesaler buys a lot of products
3  and only a certain portion would be going to
4  these wholesale source contracts. It's my
5  knowledge the majority of them go to non-source
6  customers, non-source contracts. And, in fact,
7  in some cases no contracts at all.
8      Q. Are you aware of any --
9          I didn't understand your answer. I was
10 asking you about the contract prices.
11     A. Right.
12     Q. And those reflect the sale of product
13 to -- from Dey to the wholesaler that -- the
14 products which the wholesaler then sells to
15 customers --
16     A. Then the contract --
17     Q. -- is that correct?
18     A. That is not correct.
19     Q. It's not correct.
20         Are you saying that these do not relate
21 in any way of sales of product to the wholesaler?
22         MR. DOYLE: Objection as to form.

Page 458

1      A. Yeah, I would say that's correct, they
2  don't relate to any sale of products from Dey to
3  the wholesaler.
4      Q. I see.
5          So your view you is that anytime a
6  product is sold in which there's a chargeback Dey
7  is not selling it at all to the wholesaler?
8      A. It does not in any form define the
9  transaction that occurs when Dey sells it to the
10 wholesaler.
11     Q. I'm trying to understand your train of
12 thought.
13         When there is a chargeback arrangement
14 does Dey sell the product that is the subject of
15 that chargeback to the wholesaler?
16     A. When Dey sells a product to a
17 wholesaler --
18         MR. DOYLE: Objection as to form.
19         Go ahead.
20     A. When Dey sells a product to a
21 wholesaler there is no chargeback in that
22 transaction.

Page 459

1      Q. And when there is a chargeback is it
2  your testimony that there is no sale of a product
3  to the wholesaler?
4      A. The chargeback is a transaction that --
5  it represents a transaction of the wholesaler
6  selling a Dey product to a wholesaler customer
7  under any one of hundreds of contracts. The
8  contract price defines a transaction when the
9  wholesaler sells it to their customer and a
10 chargeback occurs.
11     Q. Okay. And every time that happens Dey
12 pays money to the wholesaler --
13         MR. DOYLE: Objection as to form.
14     Q. -- in the form of a chargeback, right?
15         MR. DOYLE: Objection as to form.
16     A. Dey issues a chargeback, which I
17 believe in most cases for wholesalers is an
18 electronic transmission that's a credit.
19     Q. How soon after the sale of the product
20 by the wholesaler to the customer is -- in your
21 experience is the chargeback processed?
22     A. While I am not in the chargeback

Page 500

1  prices that they report to pricing compendia?
2       MR. DOYLE: Objection as to form.
3    A.  No, sir, I have no idea.
4    Q.  How about with respect to Mylan or Teva
5  or Alpharma or Sandoz or Watson, do you know how
6  those companies set their WACs --
7       MR. DOYLE: Objection --
8    Q.  -- or adjust their WACs as reported to
9  pricing compendium?
10      MR. DOYLE: Objection as to form.
11   A.  No, sir, I have no idea.
12   Q.  With regard to the promotional money or
13 push money that you've testified to earlier today
14 and some yesterday, do you know how any other
15 company establishes or whether, in fact, they
16 even pay promotional money or push money?
17   A.  Specific -- specifically from my
18 experience with it, other than discussions, no,
19 sir, I do not.
20   Q.  Now, you've been talking a lot about
21 WAC today and yesterday and WAC adjustments.
22       And just to go back to the basics on

Page 501

1  WAC.
2       WAC is or W-A-C stands for wholesaler
3  acquisition cost, correct?
4    A.  Wholesale acquisition cost.
5    Q.  Okay.  And that's the cost at which a
6  wholesaler buys a drug from a manufacturer such
7  as Dey, right?
8    A.  And that is the price that -- speaking
9  for Dey, which is my experience -- is the price
10 we invoice a wholesaler for the purchase of any
11 Dey product.
12   Q.  So put another way, WAC is the price at
13 which you, Dey, sell to a wholesaler such as
14 AmeriSource, correct?
15   A.  And it's defined as the invoice price
16 that we invoice a wholesaler when they purchase
17 any Dey product.
18   Q.  When you say it's defined, where is it
19 defined like that?
20   A.  Well, we were just reading one of --
21   Q.  Oh, it's defined by Dey in that way?
22   A.  Well, I think that that's been our

Page 502

1  response and my response throughout.  And I can
2  certainly read it again if you'd like.
3    Q.  So you're pointing to language written
4  at Dey as its definitions; is that correct?
5    A.  No, I'm -- you're asking me to classify
6  it in a way that I'm not comfortable with.  I'm
7  comfortable with defining it as the invoice price
8  to a wholesaler.
9    Q.  And you understand that definition from
10 what source?
11   A.  I was just indicating it's as Dey has
12 stated it since apparently 1999 or before.
13   Q.  And that is -- again, that's how Dey
14 has defined it in 1999 or before, correct?
15   A.  And that's my experience, is with Dey,
16 yes, sir.
17   Q.  Have you had any legal training?
18      MR. DOYLE: Objection as to form.
19   A.  I've been in the contracts department
20 for almost ten years and I've been working with
21 contracts that period of time.  I've worked with
22 Dey's attorneys on a number of different issues,

Page 503

1  outside counsel as well.  So I believe I've had a
2  little bit, yes.
3    Q.  You've had legal training by virtue of
4  your work on contracts and working with counsel
5  on your contract work, is that what you're
6  saying?
7    A.  Yes, sir.
8    Q.  Have you taken any courses or attended
9  any seminars in the federal or state laws or
10 regulations applicable to the manufacture or sale
11 of pharmaceuticals?
12   A.  I've attended Dey's own internal
13 compliance training.  I get -- my department, our
14 in-house legal counsel each year meets with us to
15 discuss pertinent legal issues.  In I believe
16 almost every year since being part of the
17 contracts department, I've attended an outside
18 seminar dealing with Medicaid, Medicare, the VA.
19 I recently attended the VA conference in Chicago,
20 so I've attended a number of different industry
21 related conferences.
22   Q.  And who has sponsored the conferences

Page 594

1                SIGNATURE OF THE WITNESS

2

3

4

5

6                         _____

7                         RUSSELL JOHNSTON

8

9     Subscribed and sworn to before me

10    this _____ day of _____, 2008.

11

12

13    _____     _____

14    (Notary Public)           My Commission Expires:

15

16

17

18

19

20

21

22

```
1              C E R T I F I C A T E

2    STATE OF NEW YORK  )

3                       : ss.

4    COUNTY OF NEW YORK )

5

6              I, DONALD R. DePEW, a Registered

7    Professional Reporter, Certified Realtime Reporter

8    and Notary Public within and for the State of

9    New York, do hereby certify:

10             That RUSSELL JOHNSTON, the witness whose

11   continued deposition is hereinbefore set forth,

12   was duly sworn by me and that such continued

13   deposition is a true record of the testimony given

14   by the witness.

15             I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage, and that I am in no way interested in

18   the outcome of this matter.

19             IN WITNESS WHEREOF, I have hereunto set

20   my hand this 22nd day of December, 2008.

21                      _____

22                      DONALD R. DePEW, RPR, CRR
```