# EXHIBIT M



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

July 18, 2000

State Medicaid Administrator

Dear Administrator:

We have introduced a *new* Albuterol Inhalation Aerosol, 17g Metered Dose Inhaler Kit and Refill from DEY with different NDC numbers. They should be cross-referenced with our 303 existing line which is being discontinued.

The product is AB rated and WAC pricing remains unchanged at this time. The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

Additionally, please note the following AWP changes to the Acetylcysteine and Sodium Chloride Solutions, and both AWP and WAC changes to the EasiVent™ Valved Holding Chambers and EasiVent™ Masks:

| NDC Number- | Description | Size/Strength | Units/Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-181-04 | Acetylcysteine Solution USP | 10%, 4mL | 12 | no change | 39.88 |
| 49502-181-10 | Acetylcysteine Solution USP | 10%, 10mL | 3 | no change | 23.40 |
| 49502-181-30 | Acetylcysteine Solution USP | 10%, 30mL | 3 | no change | 39.75 |
| 49502-182-04 | Acetylcysteine Solution USP | 20%, 4mL | 12 | no change | 46.00 |
| 49502-182-10 | Acetylcysteine Solution USP | 20%, 10mL | 3 | no change | 25.50 |
| 49502-182-30 | Acetylcysteine Solution USP | 20%, 30mL | 3 | no change | 43.50 |
| 49502-182-00 | Acetylcysteine Solution USP | 20%, 100mL | 1 | no change | 49.90 |

CONFIDENTIAL
DL-0050107

*A Lipha Americas Company*

Sodium Chloride Solution and EasiVent™ Changes Continued:

| NDC Number- | Description | Size/ Strength | Units/ Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-820-03 | Sodium Chloride Inhalation Solution USP | 0.45%, 3mL | 100 | no change | 14.50 |
| 49502-820-05 | Sodium Chloride Inhalation Solution USP | 0.45%, 5mL | 100 | no change | 14.50 |
| 49502-830-03 | Sodium Chloride Inhalation Solution USP | 0.9%, 3mL | 100 | no change | 14.50 |
| 49502-830-05 | Sodium Chloride Inhalation Solution USP | 0.9%, 5mL | 100 | no change | 14.50 |
| 49502-830-50 | Sodium Chloride Inhalation Solution USP | 0.9%, 15mL | 50 | no change | 14.50 |
| 49502-640-15 | Sodium Chloride Inhalation Solution USP | 3%, 15mL | 50 | no change | 40.00 |
| 49502-641-15 | Sodium Chloride Inhalation Solution USP | 10%, 15mL | 50 | no change | 40.00 |
| 49502-207-01 | EasiVent™ Valved Holding Chamber | n/a | 1 | 12.00 | 16.00 |
| 49502-207-25 | EasiVent™ Valved Holding Chamber- Bulk Pack | n/a | 25 | 300.00 | 400.00 |
| 49502-208-01 | EasiVent™ Mask-Small | n/a | 1 | 6.00 | 7.50 |
| 49502-208-02 | EasiVent™ Mask-Medium | n/a | 1 | 6.00 | 7.50 |
| 49502-208-03 | EasiVent™ Mask-Large | n/a | 1 | 6.00 | 7.50 |

    As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and DEY believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts many not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent any actual price which will be or has been charged or paid for this product. Generally, it is DEY's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

    If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

*Robert F. Mozak*

Robert F. Mozak
Executive Vice President
Sales and Marketing

C9-328-00

CONFIDENTIAL
DL-0050108

DL-0050108



Medicaid — New Program

| | | |
|---|---|---|
| David Campana, R.Ph.<br>Pharmacy Program Manager<br>Division of Medical Assistance<br>4501 Business Park Blvd. Suite 24<br>Anchorage, AK 99503 | Suzette Bridges, R.Ph.<br>Acting Administrator<br>Department of Human Services<br>PO Box 1437 Slot 4105<br>Little Rock, AR 72203 | Len Terra<br>Chief MediCal Drug Program<br>Medi-Cal Benefits Branch<br>714 P. Street, Room 1786<br>Sacramento, CA 95814 |
| Martha Warner, R.Ph.<br>Pharmacy Consultant<br>Pharmacy Dept. Policy & Finance<br>1575 Sherman Street, 5th Floor<br>Denver, CO 80203 | Elizabeth Geary, R.Ph.<br>Health Program Supervisor<br>Department of Social Services<br>25 Sigourney St.<br>Hartford, CT 06106 | Donna Bovall, R.Ph.<br>Pharmacy Consultant<br>Department of Health<br>2100 Martin Luther King Ave, SE # 302<br>Washington, DC 20020 |
| Jerry Wells, R.Ph.<br>Program Manager<br>Medicaid Pharmacy Program<br>2727 Mahan Dr<br>Pharmacy Services A.H.C.A.<br>Tallahassee, FL 32308-5408 | Cynthia Denemark, R.Ph.<br>Director<br>Medicaid Unit<br>248 Champman Rd., Ste. 200<br>New Castle, DE 19702 | Etta Hawkins, R.Ph.<br>Pharmacist<br>Department of Community Health<br>2 Peachtree St.<br>Atlanta, GA 30304-3159 |
| Lyn Donavan, R.Ph.<br>Pharmacy Consultant<br>Dept. of Human Svc., Med-Quest Div.<br>PO Box 339<br>Honolulu, HI 96809-0339 | Joel Mahrenholz, R.Ph.<br>Pharmacy Consultant<br>Division of Medical Services<br>1305 E. Walnut St.<br>Des Moines, IA 50319 | Gary Duerr, R.Ph.<br>Pharmacist<br>Bureau of Medicaid<br>Policy/Reimbursement<br>3380 Americana Terrace #230<br>Boise, ID 83706 |
| John Cribbett<br>Supervisor Drug Prior Approval<br>Pharmacy & Ancillary Services Prgm.<br>201 S. Grand Ave. E.<br>Springfield, IL 62763 | Marc Shirley, R.Ph.<br>Drug Program Director<br>Indiana Medicaid<br>402 W. Washington St., Room W382<br>Indianapolis, IN 46204 | Debra Bahr, R.Ph.<br>Pharmacy Consultant<br>Department for Medical Services<br>275 E. Main Street<br>Frankfort, KY 40621 |
| Kay Gaudet<br>Pharmaceutical Consultant<br>Department of Health & Hospitals<br>PO Box 91030<br>Baton Rouge, LA 70821 | Gary Gillmore, R.Ph.<br>Pharmacy Program Manager<br>Division of Medical Assistance<br>600 Washington Street, 5th Floor<br>Boston, MA 02111 | Susan Curtis, R.Ph.<br>Drug Program Coordinator<br>Bureau of Medical Services<br>State House, Station 11<br>Augusta, ME 04333 |
| Sandy Kramer, R.Ph.<br>Pharmacy Consultant<br>Medical Service Administration<br>300 S. Pine Street<br>Lansing, MI 48909 | Cody Wiberg, R.Ph.<br>Pharmacist<br>Department of Human Services<br>444 Lafayette St.<br>St. Paul, MN 55155 | Susan McCann, Ph.D.<br>Pharmaceutical Consultant<br>Medical Services Division<br>PO Box 6500<br>Jefferson City, MO 65102 |
| Jack Lee, Pharmacy Program Admin.<br>Medicaid Division<br>239 N. Lamar St.<br>Robert E. Lee Building, Suite 801<br>Jackson, MS 39201 | Dorothy Paulsen<br>Pharmacy Program Officer<br>Dept. of Public Health & Human Svc.<br>1400 Broadway Ave., #A206<br>Helena, MT 59620-2951 | C. Benny Ridout, R.Ph.<br>Pharmacy Consultant<br>Division of Medical Assistance<br>1985 Umstead Drive<br>Raleigh, NC 27603 |
| Rick Ditwiller, R.Ph.<br>Administrator of Pharmacy Services<br>Medical Services Division<br>600 East Blvd. Dept. 325<br>Bismark, ND 58505 | Gary Cheloha, R.Ph.<br>Pharmacy Consultant<br>Health and Human Svc. c/o Mcaid Div.<br>301 Centennial Mall South, 5th Floor<br>Lincoln, NE 68509 | Lise Farrand, R.Ph.<br>Pharmacy Consultant<br>Office of Medical/Human Services<br>6 Hazen Drive<br>Concord, NH 03301 |
| Chuck Reynolds, R.Ph.<br>Pharmacy Consultant<br>Medical Assistance Division<br>PO Box 2348<br>Santa Fe, NM 87504 | Laurie Squartsoff, R.Ph.<br>Pharmacy Consultant<br>Nevada Medicaid Office<br>2527 N. Carson St.<br>Carson City, NV 89710 | Mark-Richard Butt, R.Ph.<br>Pharmacy Program Manager<br>Office of Medicaid Management<br>99 Washington Ave #608<br>Albany, NY 12210 |

CONFIDENTIAL
DL-0050109

DL-0050109

Medicaid AWP, Page 2 (16)

John Crumley, R.Ph.
Pharmacy Program Director
Medical Services Division
4545 N. Lincoln
Suite 124
Oklahoma City, OK 73105

Isabel Amandry, R.Ph.
Pharmacy Consultant
Department of Health
PO Box 1137
San Juan, PR 00910

Mark Peterson, R.Ph.
Pharmacy Consultant
Office of Medical Services
700 Governor's Dr.
Pierre, SD 57501

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Div.
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Roma Rowlands, R.Ph.
Pharmacy Consultant
1W. Wilson Street
Madison, WI 53701

Mr. Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

Bev Castor
Pharmacy Policy Analyst
OMAP-HPPU
500 Summer St. NE
Salem, OR 97310

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex    Bldg 6
Charleston, WV 25304

Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

RaeDell Ashley, R.Ph.
Pharmacy Director
Health Care Financing Division
Box 143104
288 N. 1460 West St.  Zip 84114
Salt Lake City, UT 84114-3104

Siri Childs, R.Ph.
Pharmacy Director
Department of Social & Health Services
805 Plum St. S.E.
P.O. Box 45506
Olympia, WA 98504

Roxann Homar, R.Ph.
Chief Pharmacist
Division of Heath Care Finance
6101 Yellowstone Rd.
Room 259B
Cheyenne, WY 82009

CONFIDENTIAL
DL-0050110

DL-0050110

Smooth Feed Sheets™   Medicaid WAC (5)   Use template for 5160®

'ary Hayes-Finch, Associate Director
ledicaid Svc. Div. c/o Pharmacy Unit
01 Dexter Avenue
.O 5624
lontgomery, AL 36104

obert Reid, R. Ph.
harmacy Consultant
ureau of Medicaid Policy
) E. Broad St., 31st Floor
olumbus, OH 43266

Karen Braman
Contracts Department
Division of Medical Services
915 Harrison St. # 651S
Topeka, KS 66612

Martha McNeill, R. Ph.
Director of Product Management
Dept. of Health Vendor Drug Prgm.
1100 W. 49th St.
Austin, TX 78727

Frank Tetkoski,
Manager, Pharmacy Services
Medical Care Policy Administration
201 W. Preston St. Room 132
Baltimore, MD 21201

AVERY®   Address Labels   Laser   5160®

CONFIDENTIAL
DL-0050111

DL-0050111

Case 1:01-cv-12257-PBS   Document 6139-14   Filed 06/15/09   Page 7 of 8



Arizona AWP ⑥

Ramona Woodriff, M.D.
Medical Director
Arizona Health Concepts
7600 N 16th St.
Suite 150
Phoenix, AZ 85020

Kelley Langerak, R.Ph
Clinical Pharmacist
Pima Health System
5055 E. Broadway
Suite A-200
Tucson, AZ 85711

Leonard Tamsky, M.D.
CCO Medicaid I.P.A.
Arizona Physicians, IPA
3141 North 3rd Avenue
Phoenix, AZ 85013

Mona Berkowitz, M.D.
Medical Director
Yavapai County Long Term Care
255 E. Gurley St
First Floor
Prescott, AZ 86301

Roger Nutt, M.D.
Medical Director
Arizona Physicians, IPA
242 W. 28th St. Suite A
Yuma, AZ 85364

CONFIDENTIAL
DL-0050112

DL-0050112

AVERY® Address Labels                                                           Laser 5160®

Arizona WAC (13)

Thomas Roff, M.D.
Medical Director
DES/CMDP
P.O. Box 29202
3225 North Central Ave., 10th Floor
Phoenix, AZ 85038-9209

Neasley Romberger, M.D.
Medical Director
FHP of Northeastern Arizona
P.O. Box 2069
Cottonwood, AZ 85282

Martin Blume, M.D.
Medical Director
Phoenix Health Plan
2700 N. Third Street
Suite 3000
Phoenix, AZ 85004

Rober Bechum, M.D.
Medical Director
Cigna Community Choice
1001 North Black Canyon Hwy
Phoenix, AZ 85029

Janis Johnson, M.D.
Medical Director
University Family Care
75 E. River Road
Tucson, AZ 85704

Anna Scherzer, M.D.
Medical Director
DES/DDD Site Code 791A
1789 W. Jefferson
Site Code 791A, 4th Floor
Phoenix, AZ 85007

S. Stevens-Groff, M.D.
Medical Director
Health Choice of Arizona
1600 W. Broadway
Suite 260
Tempe, AZ 85282

Marlene Bluestein, M.D.
Medical Director
Pinal County Long Term Care
P.O. Box 2140
Florence, AZ 85232-2140

Bill Braggs,
Medical Services Manager
Maricopa Managed Care Systems
2516 E. University Drive
Building C
Phoenix, AZ 85034

Gail Montez, R.N
Utilization Manager
Doctor's Health Plan
517 W Main St
Safford, AZ 85546-2726

Mark Clark, R.Ph
Pharmacist
Mercy Care Plan
2800 N. Central Avenue
Suite 400
Phoenix, AZ 85004

Ramona Woodriff, M.D.
Medical Director
Ventana Health Systems, Inc.
7600 N 16th St
Suite 150
Phoenix, AZ 85020

Rhema Sayers, M.D.
Medical Director
Cochise Health Systems
1415 W. Melody Lane
Building A
Bisbee, AZ 85603

Use template for 5160®                                   Smooth Feed Sheets™

CONFIDENTIAL
DL-0050113

DL-0050113