# EXHIBIT N

                                                              223

1                    CAUSE NO. GV002327

2   THE STATE OF TEXAS           ) IN THE DISTRICT COURT
    ex rel.                      )
3       VEN-A-CARE OF THE        )
        FLORIDA KEYS, INC.       )
4                                )
            Plaintiffs,          )
5                                )
    VS.                          ) TRAVIS COUNTY, TEXAS
6                                )
    DEY, INC.; ROXANE            )
7   LABORATORIES, INC. and       )
    WARRICK PHARMACEUTICALS      )
8   CORPORATION,                 )
                                 )
9           Defendants.          ) 53rd JUDICIAL DISTRICT

10      ********************************************

11          ORAL AND VIDEOTAPED DEPOSITION OF

12              ROBERT FRANCIS MOZAK
                     VOLUME II
13                April 30th, 2002

14      ********************************************

15          ORAL AND VIDEOTAPED DEPOSITION OF

16  ROBERT FRANCIS MOZAK, produced as a witness at the

17  instance of the State of Texas and duly sworn, was

18  taken in the above-styled and numbered cause on the

19  30th of April, 2002, from 9:09 a.m. to 5:02 p.m.,

20  before Debra L. Sietsma, CSR in and for the State of

21  Texas, reported by machine shorthand, at Coudert

22  Brothers, 600 Beach Street, San Francisco, California,

23  pursuant to the Texas Rules of Civil Procedure and the

24  provisions as previously set forth.

25

1  one, to bring it closer to the contract prices.
2  That's the first reason. You stated it yourself.
3             And secondly, it -- it reduced the cash
4  discount we might be paying to a wholesaler on a lower
5  WAC versus a higher WAC, and those were the -- the
6  principal reasons we would lower our WAC.
7     Q.   Let's take those two in order.
8             You said that the first answer was just
9  to bring it closer to the contract price?
10    A.   That's correct.
11    Q.   Why would you have any desire to bring the
12 WAC closer to the contract price?
13    A.   Because it reduced the -- the spread between
14 the contract price and the WAC, which, in turn,
15 reduced our chargebacks or reduced the chargebacks
16 that the wholesaler would claim from Dey Laboratories.
17 So instead of a larger -- as the contract price came
18 down, the amount of the chargeback grew, so we lowered
19 the -- the WAC price so that the chargeback would also
20 be reduced.
21    Q.   So it's a cost-saving measure for Dey to
22 lessen the amount that it has to pay back to the
23 wholesaler in the form of a chargeback?
24    A.   Well, it also lessens the -- the
25 out-of-pocket to the wholesaler as well.

444

```
 1              Do you see that?
 2     A.   Yes.
 3     Q.   Why?
 4     A.   Because it was -- it was too low for the
 5  market and it was lower than our FSS and VA price.
 6     Q.   What is the FSS and VA price?
 7     A.   Federal Supply Schedule and VA.
 8     Q.   That would be the lowest price you'd give to
 9  your -- your best commercial customers?
10     A.   Yes.
11     Q.   And then you report it to the Federal
12  government for their --
13     A.   Yes.
14     Q.   -- for direct purchases by the government?
15     A.   Yes.
16     Q.   Okay.
17     A.   Or if we would have lowered the -- the Anda
18  price or any price below it, then we would have
19  adjusted the FSS price and VA price accordingly below
20  that price.
21     Q.   Okay.  Now, then you -- I guess that's
22  your -- your handwriting, "Too low.  We should net to
23  no lower than 1325 for now."
24     A.   That's correct.  That's my handwriting.  That
25  would have been above the FSS price.
```

```
                                                           460

 1       I, ROBERT FRANCIS MOZAK, have read the foregoing

 2   deposition and hereby affix my signature that same is

 3   true and correct, except as noted above.

 4

 5
                         ROBERT FRANCIS MOZAK
 6

 7

 8   THE STATE OF                    )

 9   COUNTY OF                       )

10       Before me,                                , on this

11   day  personally appeared ROBERT FRANCIS MOZAK,

12   known to me (or proved to me under oath or through

13                               ) (description of identity

14   card or other document) to be the person whose name is

15   subscribed to the foregoing instrument and

16   acknowledged to me that they executed the same for the

17   purposes and consideration therein expressed.

18       Given under my hand and seal of office this

19   day of                     , 2002.

20

21

22
                                 NOTARY PUBLIC IN AND FOR
23                               THE STATE OF

24

25
```

AUSTIN   (512) 477-9911   -   HOUSTON   (713) 572-8897

461

```
 1                    CAUSE NO. GV002327

 2   THE STATE OF TEXAS            )  IN THE DISTRICT COURT
     ex rel.                       )
 3           VEN-A-CARE OF THE     )
             FLORIDA KEYS, INC.    )
 4                                 )
             Plaintiffs,           )
 5   VS.                           )  TRAVIS COUNTY, TEXAS
                                   )
 6   DEY, INC.; ROXANE             )
     LABORATORIES, INC. and        )
 7   WARRICK PHARMACEUTICALS       )
     CORPORATION                   )
 8                                 )
             Defendants.           )  53rd JUDICIAL DISTRICT
 9
                    REPORTER'S CERTIFICATION
10              DEPOSITION OF ROBERT FRANCIS MOZAK
                         APRIL 30TH, 2002
11
```

12    I, Debra L. Sietsma, Certified Shorthand Reporter

13 in and for the State of Texas, hereby certify to the

14 following:

15    That the witness, ROBERT FRANCIS MOZAK, was duly

16 sworn by the officer and that the transcript of the

17 oral deposition is a true record of the testimony

18 given by the witness;

19    That the deposition transcript was submitted on

20 May 9th, 2002, to the attorney for Dey, Inc., for

21 examination, signature and return to me by

22 May 29th, 2002;

23    That the amount of time used by each party at the

24 deposition is as follows:

25        MR. WINTER - 2 hours, 5 minutes
          MR. BREEN - 2 hours, 52 minutes

462

1      That pursuant to information given to the
2 deposition officer at the time said testimony was
3 taken, the following includes counsel for all parties
4 of record:
5           MR. JOE CRAWFORD,
               Attorney for Plaintiff;
6          MR. JAMES JOSEPH BREEN,
               Attorney for the Relator;
7          MR. STEPHEN M. HUDSPETH,
               Attorney for Defendant Dey, Inc.;
8          MR. R. ERIC HAGENSWOLD,
               Attorney for Defendant Roxane
9              Laboratories, Inc.;
           MR. C. MICHAEL MOORE,
10             Attorney for Defendant Warrick
               Pharmaceuticals Corporation.
11
12      I further certify that I am neither counsel for,
13 related to, nor employed by any of the parties or
14 attorneys in the action in which this proceeding was
15 taken, and further that I am not financially or
16 otherwise interested in the outcome of the action.
17      Further certification requirements pursuant to
18 Rule 203 of TRCP will be certified to after they have
19 occurred.
20
21
22
23
24
25

463

1        Certified to by me this 9th day of May, 2002.

2

3
             Debra L. Sietsma, TX CSR 1573
4            Expiration Date: 12/31/02
             Fredericks-Carroll Reporting
5            7719 Wood Hollow Drive, Suite 156
             Austin, Texas   78731
6            Telephone: (512) 477-9911
                        (800) 234-3376
7            Fax:       (512) 345-1417

8

9
    JOB NO. 8534
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

464

1        FURTHER CERTIFICATION UNDER RULE 203 TRCP
2        The original deposition was/was not returned to
3   the deposition officer on May 29th, 2002;
4        If returned, the attached Changes and Signature
5   page contains any changes and the reasons therefor;
6        If returned, the original deposition was delivered
7   to Mr. Raymond C. Winter, Custodial Attorney;
8        That $           is the deposition officer's
9   charges to The State of Texas for preparing the
10  original deposition transcript and any copies of
11  exhibits;
12       That the deposition was delivered in accordance
13  with Rule 203.3, and that a copy of this certificate
14  was served on all parties shown herein on and filed
15  with the Clerk.
16       Certified to by me this        day of May,
17  2002.
18
19
                  Debra L. Sietsma, TX CSR 1573
20                Expiration Date: 12/31/02
                  Fredericks-Carroll Reporting
21                7719 Wood Hollow Drive, Suite 156
                  Austin, Texas  78731
22                Telephone: (512) 477-9911
                            (800) 234-3376
23                Fax:      (512) 345-1417
24
    JOB NO. 8534
25