# EXHIBIT R

```
00697
   1                    CAUSE NO. GV002327
   2  THE STATE OF TEXAS              )IN THE DISTRICT COURT
      ex rel.                         )
   3     VEN-A-CARE OF THE            )
         FLORIDA KEYS, INC.,          )
   4        Plaintiffs,               )
                                      )
   5  VS.                             )TRAVIS COUNTY, TEXAS
                                      )
   6  DEY, INC.; ROXANE               )
      LABORATORIES, INC.; WARRICK     )
   7  PHARMACEUTICALS CORPORATION;    )
      SCHERING-PLOUGH CORPORATION;    )
   8  SCHERING CORPORATION;           )
      LIPHA, S.A.; MERCK-LIPHA, S.A.;)
   9  MERCK, KGAA; AND EMD            )
      PHARMACEUTICALS, INC.,          )
  10        Defendants.               )53RD JUDICIAL DISTRICT
  11  *********************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
  12
                      ROBERT FRANCIS MOZAK
  13                       VOLUME IV
  14                    March 13th, 2003
  15  *********************************************
  16         ORAL AND VIDEOTAPED DEPOSITION OF
  17  Robert Francis Mozak, produced as a witness at the
  18  instance of the Relator and duly sworn, was taken in
  19  the above-styled and numbered cause on the 13th of
  20  March, 2003, from 9:37 a.m. to 7:22 p.m., before
  21  Debra L. Sietsma, CSR in and for the State of Texas,
  22  reported by machine shorthand, at 300 West 15th
  23  Street, 9th Floor, Austin, Texas, pursuant to the
  24  Texas Rules of Civil Procedure and the provisions as
  25  previously set forth.
```

```
00731
 1        A.   Yes.  He was -- he received this memo and --
 2   and I believe he was present at the meeting when we
 3   talked about it.
 4        Q.   Okay.  And -- and after going to Lipha, did
 5   anybody at Lipha ever instruct you or anybody else at
 6   Dey, to your knowledge, that they should not follow
 7   the pricing strategy that is stated in your memo dated
 8   February 24th, 1992?
 9             MR. FLECKMAN:  Objection, form.
10             THE WITNESS:  No.  Nobody instructed me.
11        Q.   (BY MR. BREEN)  Now -- let me see Cromolyn.
12             Did Dey continue to follow the pricing
13   strategy that was announced in your memo of
14   February 24th, 1992 all the way up until the time you
15   left the company?
16             MR. GAYNOR:  Objection, form.
17             THE WITNESS:  I believe in establishing
18   a -- a price for a new generic, we followed
19   essentially the same guidelines that we were advised
20   by First DataBank, which was to set the AWP at
21   approximately, you know, the area of ten percent below
22   the branded product and the WAC price at somewhere
23   between 15 and 25 percent below the AWP price.  This
24   was the advice we got from First DataBank.
25             And whenever we were the first generic
```

```
 1      I, ROBERT FRANCIS MOZAK, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5                       ROBERT FRANCIS MOZAK
 6
 7
 8   THE STATE OF                  )
 9   COUNTY OF                     )
10       Before me,                            , on this
11   day  personally appeared ROBERT FRANCIS MOZAK,
12   known to me (or proved to me under oath or through
13                          ) (description of identity
14   card or other document) to be the person whose name is
15   subscribed to the foregoing instrument and
16   acknowledged to me that they executed the same for the
17   purposes and consideration therein expressed.
18       Given under my hand and seal of office this
19   day of                      , 2003.
20
21
22
                                  NOTARY PUBLIC IN AND FOR
23                                THE STATE OF
24
25
```

```
001037
 1                      CAUSE NO. GV002327
 2  THE STATE OF TEXAS,              )IN THE DISTRICT COURT
    ex rel.                          )
 3          VEN-A-CARE OF THE        )
            FLORIDA KEYS, INC.,      )
 4          Plaintiffs,              )
    VS.                              )TRAVIS COUNTY, TEXAS
 5                                   )
    DEY, INC.; ROXANE                )
 6  LABORATORIES, INC.; WARRICK      )
    PHARMACEUTICALS CORPORATION;     )
 7  SCHERING-PLOUGH CORPORATION;     )
    SCHERING CORPORATION;            )
 8  LIPHA, S.A.; MERCK-LIPHA, S.A.;  )
    MERCK, KGAA; AND                 )
 9  EMD PHARMACEUTICALS, INC.,       )
            Defendants.              )53RD JUDICIAL DISTRICT
10
                     REPORTER'S CERTIFICATION
11      DEPOSITION OF ROBERT FRANCIS MOZAK, VOLUME IV
                         MARCH 13TH, 2003
12
13      I, Debra L. Sietsma, Certified Shorthand Reporter
14  in and for the State of Texas, hereby certify:
15      That the witness, ROBERT FRANCIS MOZAK, was duly
16  sworn by the officer and that the transcript of the
17  oral deposition is a true record of the testimony
18  given by the witness;
19      That the deposition transcript was submitted on
20  March 17th, 2003, to the attorney for Dey, Inc., for
21  examination, signature and return to me by April 7th,
22  2003;
23      That the amount of time used by each party at the
24  deposition is as follows:
25          Mr. Breen - 4 hours, 11 minutes
            Mr. Winter - 1 hour, 36 minutes
```

```
001038
   1            Mr. Fleckman - 1 hour, 43 minutes
                Mr. Moore - 19 minutes
   2
   3       That pursuant to information given to the
   4  deposition officer at the time said testimony was
   5  taken, the following includes counsel for all parties
   6  of record:
   7            MR. JOE CRAWFORD,
                  Attorney for Plaintiff;
   8            MR. JAMES JOSEPH BREEN,
                  Attorney for the Relator;
   9            MR. STEPHEN M. HUDSPETH,
                  Attorney for Defendant Dey, Inc.;
  10            MR. R. ERIC HAGENSWOLD,
                  Attorney for Defendant Roxane
  11              Laboratories, Inc.;
                MR. C. MICHAEL MOORE,
  12              Attorney for Defendants Warrick
                  Pharmaceuticals Corporation,
  13              Schering-Plough Corporation and
                  Schering Corporation
  14
  15       I further certify that I am neither counsel for,
  16  related to, nor employed by any of the parties or
  17  attorneys in the action in which this proceeding was
  18  taken, and further that I am not financially or
  19  otherwise interested in the outcome of the action.
  20       Further certification requirements pursuant to
  21  Rule 203 of TRCP will be certified to after they have
  22  occurred.
  23
  24
  25
```

```
01039
   1         Certified to by me this 17th day of March, 2003.
   2
   3
                     Debra L. Sietsma, TX CSR 1573
   4                 Expiration Date: 12/31/04
                     Fredericks-Carroll Reporting
   5                 7719 Wood Hollow Drive, Suite 156
                     Austin, Texas  78731
   6                 Telephone: (512) 477-9911
                                (800) 234-3376
   7                 Fax:       (512) 345-1417
   8
   9
        JOB NO. 9180
  10
  11
  12
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
```

```
01040
  1            FURTHER CERTIFICATION UNDER RULE 203 TRCP
  2       The original deposition was/was not returned to
  3  the deposition officer on April 7th, 2003;
  4       If returned, the attached Changes and Signature
  5  page contains any changes and the reasons therefor;
  6       If returned, the original deposition was delivered
  7  to Mr. Raymond Winter, Custodial Attorney;
  8       That $            is the deposition officer's
  9  charges to The State of Texas for preparing the
 10  original deposition transcript and any copies of
 11  exhibits;
 12       That the deposition was delivered in accordance
 13  with Rule 203.3, and that a copy of this certificate
 14  was served on all parties shown herein on and filed
 15  with the Clerk.
 16       Certified to by me this          day of March,
 17  2003.
 18
 19
                    Debra L. Sietsma, TX CSR 1573
 20                 Expiration Date: 12/31/04
                    Fredericks-Carroll Reporting
 21                 7719 Wood Hollow Drive, Suite 156
                    Austin, Texas  78731
 22                 Telephone: (512) 477-9911
                              (800) 234-3376
 23                 Fax:      (512) 345-1417
 24
     JOB NO. 9180
 25
```