# EXHIBIT S

Page 291

```
 1                UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3                          --oOo--

 4   IN RE PHARMACEUTICAL INDUSTRY

 5   AVERAGE WHOLESALE PRICE LITIGATION

 6   ----------------------------------- Volume 2

 7   THIS DOCUMENT RELATES TO:           MDL NO. 1456 Civil

 8   The City of New York, et al.,       Civil Action

 9        v.                             No. 01-12257-PBS

10   Abbott Laboratories, et al.

11   -----------------------------------

12   THIS DOCUMENT RELATES TO:

13   State of California, et al.

14   Ven-A-Care v. Abbott Laboratories,

15   Inc., et al., Case No.

16   03-cv-11226-PBS,

17   _____/

18                     JULY 9, 2008

19         DEPOSITION OF DEY, L.P. AND DEY, INC.

20                    BY GARY WALKER

21         VOLUME II, PAGES 291 THROUGH 487

22   Reported By:  WENDY L. VAN MEERBEKE, CSR No. 3676
```

Page 480

1   A.  I believe I've read some things that
2   state sometimes what AWP can be or what it might
3   represent.
4       Q.  Do you recall anything that you've read
5   that describes what AWP can be or might represent?
6       A.  I've heard it referred to as a sticker
7   price.
8       Q.  Do you remember in what context?
9       A.  Usually it's been in -- I think I may
10  have seen it a couple times in reference -- in
11  reference to reimbursements regarding AMP
12  calculations that were -- in Medicare on how
13  pharmacists are reimbursed.
14      Q.  Are you aware that an AWP is used by
15  Medicaid programs across the country as a -- as a
16  means to reimburse for Medicaid drugs?
17          MS. GIULIANA:  Objection to form.
18          THE WITNESS:  In my reading, I've
19  understood that it's one of the components in that
20  reimbursement calculation, or can be.  I'm not sure
21  if it's up to each state how they wish to
22  reimburse, but it's my impression at least

Page 481

1   previously -- there's always probably generally
2   used -- at least that was generally used in the
3   calculation of a reimbursement amount.
4           MR. WINGET-HERNANDEZ:
5       Q.  Do you know what, if anything, AWP has to
6   do with the claims that have been asserted by the
7   plaintiffs in these lawsuits?
8       A.  I would say I have somewhat of an idea --
9   a rough idea.  Yes.
10      Q.  Just tell us as succinctly as you can
11  what your rough idea is.
12      A.  That over time with certain drugs, the
13  prices decrease, but -- and so the pharmacist who's
14  purchasing those drugs would now be purchasing at a
15  lower price than previously.  And if the AWP didn't
16  change, then the reimbursement rate would increase.
17      Q.  Are you under an impression one way or
18  the other whether AWPs were changed as a matter of
19  course at Dey for the -- for products for which the
20  real prices were decreasing?
21          MS. GIULIANA:  Objection to form.
22          THE WITNESS:  I don't really get involved

Page 482

1   with AWP calculation or statement.  I've never
2   again seen a definition of how it should be
3   calculated or reported.
4           MR. WINGET-HERNANDEZ:
5       Q.  Right.  And I understand.  I think that
6   was clear from your prior testimony.  My question,
7   though, is whether you have a -- whether you have
8   knowledge or an understanding of whether or not Dey
9   reports an AWP for its products that decreases as
10  the real price for their products decreases or not.
11          MS. GIULIANA:  Objection to form.  I just
12  want to say at this point, this area that you're
13  into right now -- Mr. Walker has not been
14  designated to testify about this area.
15          MR. WINGET-HERNANDEZ:  I understand.  He
16  can still talk about his knowledge.
17          MS. GIULIANA:  I just want to make it
18  clear on the record.
19          MR. WINGET-HERNANDEZ:  All you're doing
20  is coaching the witness, Toni.
21          MS. GIULIANA:  You haven't heard what I
22  want to say yet.  I want to say on the record that

Page 483

1   this line of questions Mr. Walker is answering in
2   his personal capacity and not as a 30(b)(6)
3   representative of Dey.  I don't see how that's
4   coaching.
5           MR. WINGET-HERNANDEZ:  That's never been
6   -- that's never been an issue.
7       Q.  Do you understand my question?
8       A.  Yes.  In preparation for this, it's my
9   understanding that they haven't changed over time.
10      Q.  With respect to the chargeback header
11  information that you provided in the extract, can
12  the field wholesalers DEA number in the chargeback
13  data be linked to any field within Dey's invoice
14  and credit memo data?
15      A.  Not the DEA number itself.  No.
16      Q.  Is there some kind of an intermediary
17  field, some kind of translation field that would
18  allow those files to be somehow indirectly linked
19  to one another?
20      A.  Correct.  There's a wholesaler -- within
21  the chargeback system, there's a wholesaler master
22  file, and the unique identifier is the wholesaler

Page 516

1 sales. The no-charge replacements -- those are
2 items where a customer who purchased from a
3 wholesaler returns a product to -- directly to Dey
4 so we'll give them like product in return. There's
5 no -- we don't give them credit or any money for
6 that.
7    Q. Turnover order.
8    A. I'm not familiar with that one.
9    Q. And rebate matrix. Does that apply to
10 direct or indirect?
11       MS. GIULIANA: Objection to form.
12       THE WITNESS: It's my understanding the
13 rebate matrix was more like a layout of what the
14 rebate agreements were like. I think it's
15 something they maintain on an Excel spreadsheet.
16 I've seen it, but it's nothing I work with.
17       MS. HANSCOM:
18    Q. Is chargeback money or credit?
19    A. Credit. It's a dollar amount credit to
20 the wholesalers.
21    Q. So Dey isn't cutting a check and sending
22 it to wholesalers? It's just a credit towards the

Page 517

1 next order?
2    A. Right. Usually then when a wholesaler
3 submits a check, they'll have an invoice and
4 deductions for chargebacks and rebates on that.
5    Q. Is the chargeback paid -- could a
6 chargeback be paid before a wholesaler pays for the
7 product?
8       MS. GIULIANA: Objection to form.
9       THE WITNESS: I guess technically it
10 could because the wholesaler could purchase
11 product, and if he has 30 days to pay his invoice,
12 he could sell the product right away and submit
13 chargebacks. But we really can't always tell that
14 because we don't know what's -- assuming that when
15 the wholesaler purchased the product, they had no
16 inventory, had nothing else and it would not have
17 product to sell.
18       MS. HANSCOM:
19    Q. Are specific lot numbers tracked from Dey
20 to the provider?
21       MS. GIULIANA: Objection to form.
22       MS. HANSCOM:

Page 518

1    Q. I mean the end seller, the retailer. Do
2 we know that?
3    A. If we sold directly to a customer, we'd
4 know what lot numbers went directly to the
5 customer. But like in the case of a wholesaler,
6 we'd know what lot numbers went to the wholesaler,
7 but from that point we can't tell those lots --
8 where they go -- to what customers the wholesaler
9 sold those lots to.
10    Q. To your knowledge, does a wholesaler keep
11 track of lot numbers?
12    A. I've always assumed they would have to in
13 case of a product recall.
14    Q. Do you know what percentage of total Dey
15 sales Dey pays chargebacks on?
16    A. My general understanding is an overall
17 perspective over quite a bit of time that probably
18 half of our sales go through wholesalers. I don't
19 know if that answers your question as far as the
20 chargeback. Assuming that whatever we sell to
21 wholesalers comes through chargebacks.
22    Q. So approximately half of your sales you

Page 519

1 would have chargebacks?
2    A. That's my understanding. I think that
3 ratio has changed over time. I don't know if it's
4 gone up or down, but it's always been my rough
5 understanding that half of our product sales go
6 through wholesalers.
7    Q. I had a question last time about
8 customers. Does Dey consider a chain drug a
9 customer and considers a wholesaler a customer?
10    A. Yes.
11    Q. And does Dey provide rebates to all
12 customers?
13       MS. GIULIANA: Objection to form.
14       THE WITNESS: I'm not certain.
15       MS. HANSCOM: I have no further
16 questions. Do you have any questions?
17       MR. HENDERSON: I have follow-up
18 questions on a topic.
19       FURTHER EXAMINATION BY MR. HENDERSON
20       MR. HENDERSON:
21    Q. You answered to a question or two that
22 you understand wholesalers charge a service fee and

1  small.  I'm not really that close with how

2  wholesalers -- how their business works or

3  financial aspects of it.

4          MR. HENDERSON:  Thank you.  Nothing else.

5          THE VIDEOGRAPHER:  This concludes today's

6  deposition.  We are off the record at 3:52 p.m.

7  The master tape will be held by Henderson Legal

8  Services. Thank you.

9          (Thereupon the deposition was adjourned

10  at 3:52 P.M.)

11

12

13

14

15          Signed under penalty of perjury:

16

17

18          _____

19                  GARY WALKER

20

21          _____

22                     Date

1  CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3       I, WENDY L. VAN MEERBEKE, Certified

4  Shorthand Reporter of the State of California, do

5  hereby certify that I took the deposition of GARY

6  WALKER at 875 Bordeaux Way, Napa, California,

7  California, on July 9, 2008.

8       I further certify that said witness was

9  duly sworn to testify the truth, the whole truth,

10 and nothing but the truth, and that the foregoing

11 testimony was taken by me and is true and accurate

12 to the best of my knowledge, skill, and ability.

13      I further certify that I am not related

14 by blood or by marriage to any of the parties

15 hereto or their counsel, and that I am in no way

16 interested in the outcome hereof.  Dated this 21st

17 day of July, 2008, at Sacramento, California.

18

19

20 _____

21 WENDY L. VAN MEERBEKE,

22 CSR #3676