# EXHIBIT U

0001
1                    CAUSE NO. GV002327

2  THE STATE OF TEXAS          )    IN THE DISTRICT COURT
   ex rel.                     )
3        VEN-A-CARE OF THE     )
         FLORIDA KEYS, INC.    )
4                              )
              Plaintiffs,      )
5                              )
   VS.                         )    TRAVIS COUNTY, TEXAS
6                              )
   DEY, INC.; ROXANE           )
7  LABORATORIES, INC. and      )
   WARRICK PHARMACEUTICALS     )
8  CORPORATION,                )
                               )
9         Defendants.          )    53rd JUDICIAL DISTRICT

10

11       ************************************************
               ORAL AND VIDEOTAPED DEPOSITION OF
12                   ROBERT FRANCIS MOZAK
                      November 1, 2001
13       ************************************************

14

15

16          ORAL DEPOSITION OF ROBERT FRANCIS MOZAK,

17  produced as a witness at the instance of the Plaintiffs

18  and duly sworn, was taken in the above-styled and

19  numbered cause on the 1st day of November 2001, from

20  9:12 a.m. to 4:57 p.m., before Randall N. Finch, CSR in

21  and for the State of Texas, reported by machine

22  shorthand, at the offices of Coudert Brothers, 600

23  Beach Street, Third Floor, San Francisco, California

24  94109, pursuant to Notice, the Texas Rules of Civil

25  Procedure and the provisions as previously set forth.

0068
1      Q.    And when you say the sales representative, you
2   say "...find out what he means," you're not referring
3   to Cindy Daulong in this case?
4      A.    No, I'm not referring to Cindy Daulong.
5      Q.    Well, who are you referring to?
6      A.    I'm referring to the sales representative that
7   would have sent this form in to the office.
8      Q.    And do you know for a fact in this case that
9   that was a he?
10     A.    No, I do not.
11     Q.    You're just using the generic he?
12     A.    Yeah.
13     Q.    Mr. Mozak, what is invoice price?
14     A.    Invoice price is the price we have on the
15   invoices that we send to our wholesalers.
16     Q.    And for your wholesaler customers, is invoice
17   price always going to be WAC?  Your WAC?
18     A.    Yes.
19     Q.    What is bid price?
20     A.    Bid price would be a price that we would be
21   offering when a bid proposal came to Dey from a
22   customer.
23     Q.    And putting this in the context of the GPO
24   scenario that we talked about earlier --
25     A.    Yes.

0117
1  below me, and it was handled by those individuals and

2  many times I did not see this -- in fact, I did not see

3  this form before it went out.

4      Q.   What efforts, if any, did you engage in to

5  make sure your subordinates responsible for reporting

6  truthful prices to state Medicaid programs were

7  properly trained and equipped to do so?

8      A.   It didn't take a lot of training to put in the

9  WAC and the AWP because it was already on our price

10  page.

11      Q.   Mr. Mozak, do you believe that any of your --

12  any of the medical providers that buy Dey's Albuterol

13  actually pay a price equal to or greater than WAC?

14      A.   Our wholesalers are charged, on their

15  invoices, WAC.

16      Q.   My question is do you believe that any of the

17  medical providers, health care providers that actually

18  buy Dey's Albuterol or Ipratropium Bromide or Cromolyn,

19  actually pay a price at or above WAC?

20      A.   Are you --

21              MR. HUDSPETH:   Objection; asked and

22  answered.

23              THE WITNESS:   What do you mean by health

24  care providers?  Can you define that term for me,

25  please?

0218

1       -     -                    -

2       -     -                    -

3       -     -                    -

4       -     -                    -

5       -     -                    -

6       -     -                    -

7

8          I, ROBERT FRANCIS MOZAK, have read the

9  foregoing deposition and hereby affix my signature that

10  same is true and correct, except as noted above.

11

12
                       ROBERT FRANCIS MOZAK
13
   THE STATE OF          )
14  COUNTY OF             )

15        Before me,                 , on this day
   personally appeared ROBERT FRANCIS MOZAK, known to me
16  (or proved to me under oath or through
          description of identity card or other
17  document) to be the person whose name is subscribed to
   the foregoing instrument and acknowledged to me that
18  they executed the same for the purposes and
   consideration therein expressed.
19        Given under my hand and seal of office this
     day of               , 2001.
20

21
             NOTARY PUBLIC IN AND FOR
22           THE STATE OF
            My commission expires
23

24

25

0219
1                    CAUSE NO. GV002327

2   THE STATE OF TEXAS        )    IN THE DISTRICT COURT
    ex rel.                   )
3       VEN-A-CARE OF THE     )
        FLORIDA KEYS, INC.    )
4                             )
             Plaintiffs,      )
5                             )
    VS.                       )    TRAVIS COUNTY, TEXAS
6                             )
    DEY, INC.; ROXANE         )
7   LABORATORIES, INC. and    )
    WARRICK PHARMACEUTICALS   )
8   CORPORATION,              )
                              )
9            Defendants.      )    53rd JUDICIAL DISTRICT

10                  REPORTER'S CERTIFICATION
                DEPOSITION OF ROBERT FRANCIS MOZAK
11                  Thursday, November 1, 2001

12

13          I, Randall N. Finch, Certified Shorthand

14   Reporter in and for the State of Texas, hereby certify

15   to the following:

16          That the witness, ROBERT FRANCIS MOZAK, was

17   duly sworn by the officer and that the transcript of

18   the oral deposition is a true record of the testimony

19   given by the witness;

20          That the deposition transcript was submitted

21   on November 8, 2001, to the witness, thorugh his

22   attorney, Stephen M. Hudspeth, for examination,

23   signature and return.

24          That the amount of time used by each party at

25   the deposition is as follows:

0220
1               Mr. Raymond Winter - 191 minutes

2               Mr. James Breen - 131 minutes

3               That pursuant to information given to the

4   deposition officer at the time said testimony was

5   taken, the following includes all parties of record:

6               Mr. Joe Crawford for the Plaintiff State of

7   Texas

8               Mr. James Joseph Breen and Mr. John E. Clark

9   for the Relator

10              Mr. Stephen M. Hudspeth and Mr. Steven A.

11  Fleckman for the Defendant Dey, Inc.

12              Mr. Andy Mao for the Department of Justice

13              Mr. Greg Pierce for Defendant Roxane

14  Laboratories, Inc.

15              Mr. C. Michael Moore for the Defendant Warrick

16  Pharmaceuticals Corporation

17              Mr. Zachary Bentley for the Plaintiff

18  Ven-A-Care of the Florida Keys, Inc.

19              I further certify that I am neither counsel

20  for, related to, nor employed by any of the parties or

21  attorneys in the action which this proceeding was

22  taken, and further that I am not financially or

23  otherwise interested in the outcome of the action.

24              Further certification requirements pursuant to

25  Rule 203 of TRCP will be certified to after they have

0221
1  occurred.

2            Certified to by me this 8th day of November

3  2001.

4

5

6

            Randall N. Finch, Texas CSR 504
7            Expiration date: 12/31/02
            Fredericks-Carroll Reporting
8            7719 Wood Hollow Drive, Suite 156
            Austin, Texas 78731
9            Telephone:   (512) 477-9911
                         (800) 234-3376
10              Fax:    (512) 345-1737
    JOB NO.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

0222
1          FURTHER CERTIFICATION UNDER RULE 203 TRCP

2          The original deposition was/was not returned

3   to the deposition officer on                    , 2001;

4          If returned, the attached Changes and

5   Signature page contains any changes and the reasons

6   therefor;

7          If returned, the original deposition was

8   delivered to                  , custodial attorney;

9          That $          is the deposition officer's

10  charges to the Plaintiffs for preparing the original

11  deposition transcript and any copies of exhibits;

12          That the deposition was delivered in

13  accordance with Rule 203.3, and that a copy of this

14  certificate was served on all parties shown herein and

15  filed with the clerk.

16          Certified to by me this      day of        ,

17  2001.

18

19

20
            Randall N. Finch, Texas CSR 504
21          Expiration date: 12/31/02
            Fredericks-Carroll Reporting
22          7719 Wood Hollow Drive, Suite 156
            Austin, Texas 78731
23          Telephone:  (512) 477-9911
                        (800) 234-3376
24              Fax:    (512) 345-1419
    JOB NO.
25