# EXHIBIT X

Dey, LP and Dey, Inc (Pamela Marrs) - Vol. III          PORTIONS DESIGNATED HIGHLY CONFIDENTIAL                    October 2, 2008
                                                                          Napa, CA

Page 576

```
 1                     UNITED STATES DISTRICT COURT

 2                      DISTRICT OF MASSACHUSETTS

 3      --------------------------------X

 4      IN RE PHARMACEUTICAL INDUSTRY       )

 5      AVERAGE WHOLESALE PRICE LITIGATION)

 6      --------------------------------X Volume III

 7      THIS DOCUMENT RELATES TO:          ) MDL NO. 1456

 8      The City of New York, et al.,      ) Civil Action

 9         V.                              ) No. 01-12257-PBS

10      Abbott Laboratories, et al.        )

11      --------------------------------X

12      THIS DOCUMENT RELATES TO:          ) PORTIONS OF THIS

13      State of California, ex rel.       ) TRANSCRIPT ARE

14      Ven-A-Care v. Abbott Laboratories,) DESIGNATED

15      Inc., et al., Case No.             ) HIGHLY

16      03-cv-11226-PBS                    ) CONFIDENTIAL

17      --------------------------------X

18                     OCTOBER 2, 2008

19          DEPOSITION OF DEY, L.P. AND DEY, INC.

20             BY PAMELA MARRS - VOLUME III

21

22      Reported By: WENDY L. VAN MEERBEKE, CSR No. 3676
```

Dey, LP and Dey, Inc (Pamela Marrs) - Vol. III     PORTIONS DESIGNATED HIGHLY CONFIDENTIAL     October 2, 2008
Napa, CA

Page 657

1  **12?**
2        MR. DOYLE: Objection as to form.
3        THE WITNESS: I can't as I'm answering
4  the question. Just leaving myself a little room
5  here in case I think of something later.
6        MR. HENDERSON:
7     **Q. I'm trying to move things along.**
8        MR. DOYLE: I understand.
9        MR. HENDERSON:
10    **Q. So if I should go over these questions**
11 **again, I can do that.**
12    A. No. That's okay.
13    **Q. Now, is it fair to say that today it is**
14 **still Dey's belief that federal and state**
15 **governments knew and approved of Dey's price**
16 **reporting practices?**
17       MR. DOYLE: Objection as to form.
18       MR. HENDERSON:
19    **Q. Is that your position?**
20       MR. DOYLE: Objection as to form.
21       THE WITNESS: We do believe the state
22 governments knew that WAC and AWPs were higher

Page 658

1  than the net selling price. Yes.
2        MR. HENDERSON:
3     **Q. And is it Dey's position that federal**
4  **and state governments have acquiesced or approved**
5  **in that type of price reporting conduct?**
6        MR. DOYLE: Objection as to form.
7        THE WITNESS: We do believe they have
8  acquiesced. Yes.
9        MR. HENDERSON: I'd like to have this
10 next document marked as Exhibit 38.
11       (A document was marked as Exhibit
12 Marrs 038 for identification.)
13       MR. HENDERSON:
14    **Q. Ms. Marrs, I've handed you what has**
15 **been marked as Exhibit 39, which is a federal**
16 **register notice dated May 5, 2003. And it's**
17 **issued -- it was issued by the office of**
18 **inspector general of the Department of Health and**
19 **Human Services, and it's entitled "OIG Program**
20 **Compliance Guidance For Pharmaceutical**
21 **Manufacturers." Have you ever seen this**
22 **publication before?**

Page 659

1     A. I don't know if I've seen it in this
2  form. I've seen it or excerpts from it. I don't
3  recall that it looked exactly like this.
4     **Q. Okay. And do you understand that this**
5  **is a notice issued by the office of inspector**
6  **general of the Department of Health and Human**
7  **Services setting forth guidelines for a**
8  **compliance program for pharmaceutical**
9  **manufacturers?**
10       MR. DOYLE: Objection as to form.
11       THE WITNESS: I do understand that it
12 was a guideline issued. Yes.
13       MR. HENDERSON:
14    **Q. When did you first become aware of this**
15 **guidance document?**
16    A. I couldn't specifically tell you. I'm
17 sure it was in 2003, but I don't know the
18 specific date.
19    **Q. It was brought to your attention**
20 **sometime after it was published, I take it?**
21    A. Well -- I don't know. If it was
22 general knowledge that one was coming out, maybe

Page 660

1  I knew before. I just don't remember.
2     **Q. Okay. Could you turn to the page**
3  **that's marked in the upper right-hand corner**
4  **23733? And in the right-hand column, there is a**
5  **paragraph A entitled "Integrity of Data Used to**
6  **Establish or Determine Government Reimbursement."**
7  **Do you see that?**
8     A. I do.
9     **Q. And it states, "Many federal and state**
10 **healthcare programs establish or ultimately**
11 **determine reimbursement rates for pharmaceuticals**
12 **either prospectively or retroactively. Using**
13 **price and sales data directly or indirectly**
14 **furnished by pharmaceutical manufacturers, the**
15 **government sets reimbursement with the**
16 **expectation that the data provided are complete**
17 **and accurate. The knowing submission of false,**
18 **fraudulent or misleading information is**
19 **actionable."**
20       **Did I read that correctly?**
21    A. Yes.
22    **Q. And if we skip down to the next**

22 (Pages 657 to 660)

Page 909

1                    (TIME:   5:36 p.m.)

2

3

4

5            Signed under penalty of perjury:

6            _____

7            PAMELA MARRS

8

9            _____

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 910

1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3          I, WENDY L. VAN MEERBEKE, Certified Shorthand

4     Reporter of the State of California, do hereby

5     certify that I took the deposition of PAMELA MARRS

6     at 3425 Solano Avenue, Napa, California, California,

7     on October 2, 2008.

8          I further certify that said witness was duly

9     sworn to testify the truth, the whole truth, and

10    nothing but the truth, and that the foregoing

11    testimony was taken by me and is true and accurate

12    to the best of my knowledge, skill, and ability.

13         I further certify that I am not related by blood

14    or by marriage to any of the parties hereto or their

15    counsel, and that I am in no way interested in the

16    outcome hereof.  Dated this 10th day of October,

17    2008, at Sacramento, California.

18

19         _____

20

21              WENDY L. VAN MEERBEKE, CSR #3676

22                      --oOo--