# EXHIBIT Y

Vladeck, Ph.D., Bruce C.                                                                         May 4, 2007
                                          New York, NY

```
                                                                             Page 1
 1                UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    ----------------------------------X   MDL NO. 1456

 4    IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

 5    AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

 6    ----------------------------------X

 7    THIS DOCUMENT RELATES TO:          :

 8    U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

 9    Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

10    Laboratories, Inc.                 :

11    ----------------------------------X

12

13              IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15    ----------------------------------X

16    STATE OF ALABAMA,                  :  CASE NO.

17              Plaintiff,               :  CV-05-219

18         v.                            :

19    ABBOTT LABORATORIES, INC.,         :  JUDGE

20    et al.,                            :  CHARLES PRICE

21              Defendants.              :

22    ----------------------------------X
```

Vladeck, Ph.D., Bruce C.  May 4, 2007
New York, NY

Page 238

1  October 1, 1997, response memo, as with the
2  earlier agency response that went out over your
3  name that we reviewed for the -- for the report
4  on generic drugs reimbursable by Medicaid, the
5  first line indicates:
6       "We reviewed the above-referenced
7  report."
8       Would you expect staff within HCFA to
9  have reviewed this particular report as indicated
10 in this memo?
11      A.  I'm sorry.  I think I need about a
12 five-minute break to regain my concentration.
13      THE VIDEOGRAPHER:  The time is 2:29
14 p.m.  We're going off the record with Tape No. 4.
15      (Recess taken.)
16      THE VIDEOGRAPHER:  The time is 2:43
17 p.m.  We're going back on the record, continuing
18 with Tape No. 4.
19      Q.  Dr. Vladeck, I'd like to move to a
20 completely different subject.  We had talked
21 earlier about whether AWP represented acquisition
22 costs for manufacturers.  You were aware, were

Page 239

1  you not, when you were administrator of HCFA,
2  that manufacturers were publishing prices.
3  Right?
4       MS. BROOKER:  Objection.  Form.
5       A.  You'll have to elaborate on your
6  question a little bit more.
7       Q.  Sure.  We had talked before about
8  published prices that manufacturers would publish
9  to the world as a list price, for example?
10      A.  That's correct.
11      Q.  And you're aware that manufacturers
12 would have, on the one hand, a published price?
13 Correct?
14      MS. BROOKER:  Objection.  Form.
15      A.  When you say "on the one hand," that
16 implies there's another hand.
17      Q.  There will be another hand.
18      A.  Yes.  Right.
19      My understanding at the time was that
20 manufacturers would have a published price which
21 would be taken as the average wholesale price.
22      Q.  And but there would be various market

Page 240

1  prices that would be represented by, for example,
2  contract sales with individual customers?
3       A.  That was my understanding, yes.
4       Q.  And that there were various discount
5  structures and rebates and chargebacks that went
6  into whatever the final price would be to a
7  particular customer.
8       MS. BROOKER:  Objection.  Form.
9       MR. AZORSKY:  Objection.
10      A.  I don't know that I was sophisticated
11 enough at the time to know about rebates and
12 chargebacks, but certainly in the sense that
13 there were discounts of differential amounts from
14 those published prices I was aware of.
15      Q.  At any time did HCFA communicate with
16 manufacturers about what HCFA expected the
17 published prices to reflect?
18      MS. BROOKER:  Objection.  Form.
19      A.  I do not recall any specific
20 instructions of which I was aware.  I don't
21 recall any such.
22      Q.  I'd like to contrast that, please, with

Page 241

1  the Medicaid rebate program.  Are you familiar
2  with the Medicaid rebate program?
3       A.  In general terms, yes.
4       Q.  Okay.  Could you give me your general
5  understanding of what the Medicaid rebate program
6  is?
7       A.  My understanding of the Medicaid rebate
8  program was that in -- manufacturers had the
9  opportunity to enter into agreements with state
10 Medicaid programs in which the state programs
11 would forego from the creation of a formulary or
12 an approved drug list in exchange for which they
13 would provide the program with a rebate relative
14 to the price that Medicaid was paying for the
15 ingredient cost of the drugs.
16      Q.  And so under the Medicaid rebate
17 program if I'm a drug manufacturer and I want my
18 drug to be reimbursed under a particular state's
19 Medicaid program, I would have to enter into an
20 agreement with the state.  Correct?
21      A.  That's correct.
22      Q.  And the agreement would provide that I

Henderson Legal Services
202-220-4158

Vladeck, Ph.D., Bruce C.                                                                May 4, 2007
New York, NY

Page 283

```
 1           S I G N A T U R E   O F   W I T N E S S

 2

 3

 4

 5

 6

 7                                      _____

 8                                      BRUCE C. VLADECK, Ph.D.

 9

10   Subscribed and sworn to and before me

11   this _____ day of _____, 20____.

12

13

14   _____

15           Notary Public

16

17

18

19

20

21

22
```

Vladeck, Ph.D., Bruce C.                                                              May 4, 2007
New York, NY

Page 284

```
 1                    C E R T I F I C A T I O N

 2

 3

 4       I, JOMANNA DeROSA, a Certified Shorthand

 5   Reporter and a Notary Public, do hereby certify

 6   that the witness whose deposition is hereinbefore

 7   set forth was duly sworn and that the within

 8   transcript is a true record of the testimony given

 9   by such witness.

10               I further certify that I am not

11   employed to any of the parties to this action by

12   blood or marriage and that I am in no way

13   interested in the outcome of this matter.

14               IN WITNESS WHEREOF, I have hereunto

15   set my hand this 9th day of May, 2007.

16                              JOMANNA DeROSA, CSR

17

18

19

20

21

22
```