# EXHIBIT Z

Page 443

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL          :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE      :  CIVIL ACTION

 6    PRICE LITIGATION                :  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO        :  U.S. ex rel.

 8    Ven-a-Care of The Florida       :  Judge Patti B. Saris

 9    Keys, Inc.                      :

10       v.                           :

11    Abbott Laboratories, Inc.,      :  Chief Magistrate

12    No. 06-CV-11337-PBS             :  Judge Marianne B.

13    - - - - - - - - - - - - - - -x     Bowler

14

15

16              THOMAS A. SCULLY - VOLUME II

17                   JULY 13, 2007

18                   WASHINGTON, DC

19

20

21

22       (CAPTION CONTINUED)
```

Scully, Thomas A. - Vol. II                                                July 13, 2007
Washington, DC

Page 612

1  lawsuits against pharmaceutical companies on the
2  grounds that they were misrepresenting AWP to
3  Medicaid?
4       MR. NEAL:  I am going to object to the
5  form.  Mr. Scully, I am also going to instruct
6  you not to answer that question to the extent
7  that it would involve communications that you had
8  with counsel.
9       A.  So, I don't think it's appropriate. CMS
10 would not bring a lawsuit, it would have been the
11 Justice Department.
12      CMS would not have been bringing a
13 lawsuit, anyway, it would have been the Justice
14 Department or US Attorney.
15      Q.  Well, I think you've testified in your
16 prior deposition that in lawsuits involving
17 Medicaid or Medicare CMS is the client; right?
18      A.  Yes.
19      Q.  Okay.  Well, looking at it as the
20 client?
21      A.  I perceived us to be the client, that
22 doesn't necessarily mean other divisions of the

Page 613

1  government did.
2       Q.  Well, let's take the time that you were
3  running --
4       A.  Yes.
5       Q.  -- CMS.  When you were running the
6  Medicaid and Medicare programs did you ever
7  consider, yourself, whether drug companies should
8  be sued on the theory that the government was
9  being misled into thinking that AWP equalled
10 actual acquisition costs?
11      MR. NEAL:  I'll object to the form and
12 issue the same limiting instruction concerning
13 conversations with counsel.
14 BY MR. ESCOBAR:
15      Q.  I'm not asking about conversations, I'm
16 asking about his -- his thinking.
17      A.  That's not my role at CMS.  Were I a
18 state attorney general or US Attorney would it be
19 my opinion that in some states that I would have
20 pursued those cases?  I probably would have, yes.
21      Q.  Well, I am not asking you about whether
22 you would have been a head of a Medicaid --

Page 614

1       A.  You asked my opinion as the head of
2  Medicaid.  I think there were some states where
3  there were reasonable actions taken.
4       Q.  All I'm asking you is when you were
5  running CMS did you ever believe that CMS should
6  sue any pharmaceutical companies on the theory
7  that CMS was being misled into thinking that AWP
8  equalled actual acquisition costs, did you ever
9  do that?
10      A.  On that specific theory, no.
11      Q.  Now, during the whole time that you
12 were at CMS, within the Medicaid center at CMS,
13 you had information as to each drugs average
14 manufacturer price; correct?
15      MR. NEAL:  Object to the form.  You can
16 answer.
17      A.  Yes.
18      Q.  So, on any given day, when you were
19 running CMS, you could go into your office and
20 ask to see the average manufacturer price for any
21 drug that was reimbursed in Medicaid; correct?
22      MR. NEAL:  I'll object to the form of

Page 615

1  the question.  You can answer.
2       A.  In theory, yes.
3       Q.  And I think you testified that, in
4  fact, you did look at AMPs; correct?
5       A.  The agency did, I probably -- I don't
6  specifically recollect looking at the AMP's.
7       Q.  Well, let me ask you this, do you have
8  any recollection, at all, of ever looking at any
9  AMPs for any drug?
10      A.  No.
11      Q.  It was a requirement, taking my client,
12 Dey, my client, Dey, had to report AMPs to CMS;
13 correct?
14      A.  Yes.
15      Q.  And if it didn't report AMPs or didn't
16 enter into a rebate agreement it couldn't have
17 its drugs covered by Medicaid; right?
18      A.  I believe that's the case, yes.
19      Q.  And you made a number of statements in
20 the course of your testimony regarding two drugs
21 that my client, Dey, manufactures, Albuterol and
22 Ipatropium.

44 (Pages 612 to 615)

Page 903

1  tapes, or six tapes.

2          (Signature having not been waived, the

3  deposition of Thomas Scully was concluded at 5:06

4  P.M.)

5

6

7

8

9

10

11

12              ACKNOWLEDGMENT OF DEPONENT

13     I, Thomas Scully, do hereby acknowledge that I

14  have read and examined the foregoing testimony, and

15  the same is a true, correct and complete transcription

16  of the testimony given by me and any corrections

17  appear on the attached Errata sheet signed by me.

18

19  _____          _____

20       (DATE)                            (SIGNATURE)

21

22

Page 904

1       CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3         I, Cassandra E. Ellis, Registered Professional

4    Reporter, the officer before whom the foregoing

5    proceedings were taken, do hereby certify that the

6    foregoing transcript is a true and correct record of

7    the proceedings; that said proceedings were taken by

8    me stenographically and thereafter reduced to

9    typewriting under my supervision; and that I am

10   neither counsel for, related to, nor employed by any

11   of the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto set my hand

14   and affixed my notarial seal this 13th day of July,

15   2007.

16   My commission expires:

17   November 14, 2007

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE DISTRICT OF COLUMBIA