# EXHIBIT aa

*12000*
*X009373*

# RECEIVED

MAY 4 1993

# EPIC

## THE NEW YORK STATE ELDERLY PHARMACEUTICAL INSURANCE COVERAGE PROGRAM (HEREINAFTER REFERRED TO AS "EPIC")

### MANUFACTURER DRUG REBATE AGREEMENT

This Agreement is made on January 13,1993 by and between The People of the State of New York, acting by and through the Program for Elderly Pharmaceutical Insurance Coverage (EPIC) and DEY LABORATORIES INC.; (Labeler Code 49502), hereinafter referred to as the Manufacturer at 2751 NAPA VALLEY CORPORATE DRIVE, NAPA, CA, 94558, and shall be interpreted pursuant to the laws of the State of New York,

WHEREAS, Section 547-j(3) of the New York State Executive Law authorizes drug rebates for the EPIC Program; and

WHEREAS, EPIC desires to implement a rebate agreement intended to decrease the cost of EPIC covered drugs; and

WHEREAS, EPIC agrees to make payments for drugs of the manufacturer utilized by EPIC enrollees; and

WHEREAS, the Manufacturer agrees to provide to EPIC a rebate for such utilized drugs;

NOW, THEREFORE, for and in consideration of mutual promises and covenants herein set forth, the parties agree as follows:

RECEIVED

AUG 1 8 1993

EPIC

*Marilyn W Desmond*

HIGHLY CONFIDENTIAL

DEY-LABS-0356210

## I.   DEFINITIONS

Terms used in this agreement shall have the same meaning as those defined in the Manufacturer's Agreement with the Secretary of Health and Human Services pursuant to Section 1927 of the Social Security Act (42 U.S.C., 1396S), except as otherwise expressly provided herein:

(a)   "Best Price" means, with respect to a Single Source and Innovator Multiple Source Covered Outpatient Drug of the Manufacturer for a calendar quarter, the lowest price at which the manufacturer sells the Covered Outpatient Drug to any purchaser in the United Sates in any pricing structure (including capitated payments), in the same quarter for which the AMP is computed. Best price includes prices to wholesalers, retailers, nonprofit entities, or governmental entities within the United States (excluding Depot Prices and Single Award Contract Prices of any agency of the Federal Government). Federal Supply Schedule prices are not included in the calculation of the best price.

The best prices shall be inclusive of cash discounts, free goods, volume discounts, and rebates (other than rebates under Section 1927 of the Social Security Act or under any agreement with, or law, rule, or order of, any state, state agency or subdivision thereof).

It shall be determined on a unit basis without regard to special packaging, labeling or identifiers on the dosage form or product or package, and shall not take into account prices that are Nominal in amount. For Bundled Sales, the allocation of the discount is made proportionately to the dollar value of the units of each drug sold under the bundled arrangement. The best price for a quarter shall be adjusted by the Manufacturer if cumulative discounts, rebates or other arrangements subsequently adjust the prices actually realized.

(b)   "Covered Outpatient Drug," as defined in section 547(a)(1) of the NYS Executive Law, means a drug dispensed subject to a legally authorized prescription pursuant to section 6810 of the New York State Education Law, and insulin, insulin syringes and insulin needles but shall not include any drug determined by the commissioner of the federal food and drug administration to be ineffective or unsafe.

(c)   "EPIC Utilization Information," means the information on the total number of units of each dosage form and strength of the Manufacturer's Covered Outpatient Drugs for which claims were approved during a quarter under the New York State EPIC Program. This information is based on claims approved by EPIC during a calendar quarter and not drugs that were dispensed during a calendar quarter (except it shall not include drugs dispensed prior to April 1, 1991). The EPIC Utilization Information to be supplied includes: 1) NDC number (including package size code); 2) Product Name; 3) Total number of claims approved per NDC during the quarter; 5) Total amount paid per NDC during the quarter; 6) EPIC cost share percentage per NDC during the quarter; 7) total units dispensed per NDC for claims approved during the quarter and 8) total

HIGHLY CONFIDENTIAL                                                DEY-LABS-0356211

number of rebate units per NDC for claims approved during the quarter.
EPIC may, at its option, compute the total rebate anticipated, based on
its own records, but it shall remain the responsibility of the
manufacturer to correctly calculate the rebate amount based on its
correct determination of AMP and Best Price.

(d)  "Rebate Units" means the number of units for each NDC which have
     been paid for by EPIC during the quarter and which have been
     dispensed on or after the effective date of this agreement.
     Rebate units are calculated as total units dispensed multiplied by
     EPIC cost share percent.

(e)  "Unit" means drug unit in the lowest identifiable amount (e.g.,
     tablet or capsule for solid dosage forms, milliliter for liquid
     forms, grams for ointments or creams, etc.). The manufacturer
     will specify the unit for each dosage form and strength of each
     Covered Outpatient Drug in accordance with the instructions
     developed by the Health Care Financing Administration for purposes
     of the Federal Medicaid Rebate program under Section 1927 of the
     Social Security Act.

## II.  MANUFACTURER'S RESPONSIBILITIES

In order for EPIC to authorize that a participating provider pharmacy receive
payment for the Manufacturer's drugs under Executive Law Section 547-j, the
Manufacturer agrees to the following:

(a)  By July 30, 1992, the Manufacturer will provide EPIC with the
     information for all Covered Outpatient Drugs for the initial
     quarter of April 1, 1992 through June 30, 1992 containing the data
     shown in Appendix B. This list shall be updated quarterly, within
     30 days of the end of the quarter. The Manufacturer's quarterly
     report will include all new NDC numbers and continue to list those
     NDC numbers for drugs no longer marketed.

(b)  The Manufacturer shall calculate and, except as provided under
     Section IV(b) of this Agreement, make a timely Rebate Payment to
     EPIC for the Manufacturer's Covered Outpatient Drugs, which have
     been paid for by EPIC during the preceding quarter and which have
     been dispensed on or after the effective date of this Agreement.
     The Manufacturer agrees that the Unit Rebate amount for each EPIC
     single source and innovator multiple source drug will be identical
     to the basic rebate calculated in accordance with paragraph one of
     subdivision (c) of Section 1927 or for non-innovator multiple
     source drugs, paragraphs three and four of subdivision (c) of
     Section 1927, of the Federal Security Act. Calculation of this
     basic rebate is as follows:

     The amount of the rebate to EPIC for a calendar quarter with
     respect to each dosage form and strength of single source and
     innovator multiple source drug shall be equal to the product of --

A)   the total number of rebate units of each dosage form and  strength
     reimbursed under the EPIC Program, and

B)(i)  for quarters (or periods) beginning after March 31, 1991, and
       before January 1, 1993, the greater of --

       (I)   the difference between the average manufacturer price (after
             deducting customary prompt payment discounts) and 87.5
             percent of such price for the quarter (or other period), or

       (II)  the difference between the  average manufacturer price for a
             drug  and the best  price for  such  quarter for  such drug
             (except that for calendar quarters beginning after March 31,
             1991, and ending before January 1, 1992, the  rebate shall
             not exceed 25 percent of the average manufacturer price; and
             for calendar quarters beginning after December 31, 1991, and
             ending before January 1, 1993, the rebate  shall not exceed
             50 percent of the average manufacturer price); or

   (ii) for quarters beginning after December 31, 1992, the greater of --

       (I)   the difference between the  average manufacturer price for a
             drug and 85 percent of such price, or

       (II)  the difference between the  average manufacturer price for a
             drug and the best price for such quarter for such drug.

The amount of the rebate to  EPIC for a calendar quarter with respect  to each
dosage  form and strength of non-innovator multiple source drug shall be equal
to the product of --

   A)   the total number of rebate units of · each dosage form and strength
        reimbursed under the EPIC program, and

   B)(i)  for  quarters (or  periods) beginning  after March 31, 1992,  and
          before  January 1, 1994,  the  difference  between  the  average
          manufacturer price  (after  deducting customary prompt  payment
          discounts) and 90 percent of such price for  the quarter (or other
          period); or

      (ii) for  quarters (or periods) beginning after  December 31, 1993, the
           difference between the average manufacturer price (after deducting
           customary  prompt payment discounts) and  89 percent of such price
           for the quarter (or other such period).

In case the  case of a  covered outpatient drug  approved for marketing  after
April 1,  1992, any  reference in  this calculation  to April  1, 1992, shall
instead  refer to the first  day of the first month  during which the drug was
marketed.

c)   The Manufacturer  authorizes that unit  rebate amount  information
     provided  by the  Manufacturer to HCFA and by  HCFA  to the  NYS
     Medicaid Program according  to section 1927 of  the Federal Social
     Security Act, may be  released by the NYS Medicaid Program  to the

*Marilyn Diamond*

EPIC Program to further the purpose of this Agreement. The manufacturer further agrees to provide detailed supporting documentation at EPIC's request in those instances where there are significant differences between the EPIC unit rebate amount and that established for the NYS Medicaid Program.

(d)     Except as provided under IV(b), the Manufacturer agrees to make such rebate payments within 30 days after receiving from EPIC the EPIC Utilization Information defined in Appendix C.

Rebate payments which are not made by the due date as required in this section and section IV(c) shall be subject to an interest charge calculated at a rate of 10 percent per annum.

(e)     This rebate Agreement between EPIC and the Manufacturer is retroactive to April 1, 1992. Rebates will be retroactively calculated as if the Agreement had been in effect on April 1, 1992.

(f)     The manufacturer shall continue to make Rebate Payments to EPIC on all of its Covered Outpatient Drugs for the duration of this Agreement and EPIC Utilization Information reports that payment was made for that drug so long as such Covered Outpatient Drug was dispensed under the Manufacturer's NDC number, regardless of whether the Manufacturer continues to market that drug. If no sales are reported by the Manufacturer during a quarter, the AMP and Best Price last reported shall be used in calculating rebates.

III.   EPIC'S RESPONSIBILITIES

(a)     EPIC each quarter must promptly notify pharmacies of those Manufacturers that have entered into a rebate agreement. EPIC must also promptly notify pharmacies regarding any changes to the list of Covered Outpatient Drugs.

(b)     EPIC will report EPIC's Utilization Information for quarters affected by the retroactive application of this agreement to the Manufacturer, within 60 days of the execution of this agreement, and within 60 days of the last day of each subsequent quarter, and in a manner prescribed by EPIC. This information is shown in Appendix C.

(c)     EPIC shall maintain electronic claim records for the most recent four quarters that will assist manufacturers in verifying the utilization information provided by EPIC. EPIC reserves the right to charge the manufactu: r an amount sufficient to cover the costs of providing such data.

Maugn Diamond

HIGHLY CONFIDENTIAL

IV.   DISPUTE RESOLUTION

(a)   In the event that for any quarter a discrepancy in EPIC
      Utilization Information or payment is alleged by either party to
      this agreement, the party must provide written notice of the
      discrepancy, by NDC number, to the other party. Discrepancies in
      utilization data must be reported to EPIC prior to the due date
      for payment of rebate for that quarter. Discrepancies in payments
      must be reported to the manufacturer within 45 days following the
      due date for that payment.

(b)   If the Manufacturer in good faith disputes EPIC's Utilization
      Information, the Manufacturer shall pay EPIC that portion of the
      rebate amount claimed which is not disputed no later than the date
      for payment of the rebate for that quarter as prescribed in II(d)
      of this Agreement. If the dispute is resolved after negotiation,
      the balance due, if any, will be paid or credited by the
      Manufacturer or the State by the due date of the next quarterly
      payment as required in II(d) of this Agreement.

(c)   EPIC and the Manufacturer will use their best efforts to resolve
      any disputes within 60 days of receipt of the written notice of
      discrepancy. In the event that EPIC and the Manufacturer are not
      able to resolve a dispute within 60 days, EPIC shall appoint an
      administrative law judge who shall review written submissions by
      both parties and make a written finding thereon. Both EPIC and
      the manufacturer shall implement this finding unless within 30
      days the matter is brought before a court of competent
      jurisdiction.

(d)   Appropriate adjustments to rebate payments will be made no later
      than 30 days following the finding of the administrative law
      judge.

(e)   The manufacturer has the right to audit EPIC utilization data
      using mutually agreeable audit procedures. Quarterly EPIC
      utilization data sorted by zip code of the dispensing pharmacies
      will be made available on demand for those manufacturer's drugs
      which are among the top 300 most commonly used drugs. EPIC
      reserves the right to charge the manufacturer an amount sufficient
      to cover the costs of providing such zip code specifio
      information. The manufacturer has the right of access to EPIC
      audit findings with respect to pharmacy purchasing of their
      products when such utilization information is under dispute.

DEY-LABS-0356215

V.   CONFIDENTIALITY PROVISIONS

(a)   Information disclosed by the Manufacturer in connection with this
      Agreement is confidential and will not be disclosed, except as
      required by State or Federal Law.

(b)   The Manufacturer will maintain the confidentiality of EPIC
      Utilization Information and use such information only for purposes
      approved by the Department, as in furtherance of Executive Law,
      Article 19K.  If the Manufacturer audits this information or
      receives additional information on such data, that information
      shall also be held confidential.  The Manufacturer agrees to abide
      by applicable State confidentiality statutes, regulations and
      other properly promulgated policy.

(c)   Notwithstanding the non-renewal or termination of this Agreement
      for any reason, these confidentiality provisions will remain in
      full force and effect.

(d)   The manufacturer hereby applies to EPIC for an exception to the
      disclosure of information under Public Officers Law, Article 6
      (Freedom of Information) concerning information supplied by the
      manufacturer for a determination of best price under this
      agreement.  The exceptions applied for are Public Officers Law
      sections 87.2(c) and (d).  The information if disclosed by EPIC
      would impair contract awards and cause substantial injury to the
      competitive position of the manufacturer.

(e)   Both parties hereto shall inform and train, if necessary, its
      respective employees, agents, advisors, consultants and officials
      regarding the confidential nature of such data and shall cause
      such persons (including any ' rd or committee) to keep such data
      and information confidential.


VI.   NON-RENEWAL AND TERMINATION

(a)   This Agreement shall be effective for an initial period of one
      year beginning April 1, 1992, and shall be automatically renewed
      for additional terms of one year, unless the Manufacturer or EPIC
      give written notice of intent not to renew the Agreement at least
      90 days before the end of the Contract period.

(b)   The Manufacturer may terminate the Agreement for any reason upon
      no less than 60 days prior written notice of the termination.
      Termination shall become effective the earlier of the first day of
      the next calendar quarter following the Manufacturer's 60 day
      prior notice of termination, or the ending date of the term of the
      Agreement if notice has been given, in accordance with VII(a).

DEY-LABS-0356216

(c)   EPIC may terminate the Agreement for violations of this Agreement or other good cause upon 60 days prior written notice.

(d)   If this rebate Agreement is not renewed or is terminated, EPIC and the Manufacturer agree not to enter into another rebate Agreement until a period of one calendar quarter has elapsed from the effective date of the termination, unless EPIC finds good cause for earlier reinstatement.

VII.   GENERAL PROVISIONS

(a)   Notice and reports required to be given pursuant to the terms and provisions of this Agreement will be sent in writing.

Notice and Reports to the Manufacturers will be sent to:

_____ Lewis A. Mow _____

_____ 2751 Napa Valley Corporate Drive _____

_____ Napa, CA 94558 _____

_____

Notice and Reports to EPIC will be sent to:

Executive Director
NYS Elderly Pharmaceutical Insurance Coverage (EPIC) Program
Empire State Plaza,
Corning Tower - Room 401
Albany, New York  12237

(b)   In the event of a transfer in ownership of the Manufacturer, the Manufacturer shall assign its rights and responsibilities under this Agreement, to the new owner, subject to the conditions specified in Section 2 of Appendix A.

(c)   Nothing in this Agreement will be construed to require or authorize the commission of any act contrary to law. If any provision of this Agreement is found to be invalid by a court of law, this Agreement will be construed in all respects as if any invalid or unenforceable provision were eliminated, and without any effect on any other provision.

(d)   Nothing in this Agreement shall be construed as a waiver or relinquishment of any legal rights of the Manufacturer or EPIC under the Constitution, the Social Security Act, other Federal laws, or State laws.

(e)   Any ambiguities in this Agreement shall be interpreted in the manner which best effectuates the statutory scheme.

*Marilyn Diamond*

HIGHLY CONFIDENTIAL

DEY-LABS-0356217

(f)   This Agreement may be amended in writing subject to approval by the New York State Comptroller.

(g)   In the event that a due date falls on a weekend, Federal or State holiday, the report or other item will be due on the first business day following that weekend, Federal or State holiday.

VIII.  APPENDIX

Appendices A, B, and C are attached hereto and are made part of this Agreement. The Appendix A, "Standard Clauses for all New York State Contracts," supersedes any and all prior versions thereof heretofore applicable to this agreement. If there is a conflict between Appendix A and any terms and conditions in the contract, then Appendix A will supersede these provisions.

IX.   SIGNATURES

FOR THE ELDERLY PHARMACEUTICAL INSURANCE COVERAGE (EPIC) PROGRAM

By: _____            _____
Title:  DEPUTY DIRECTOR, EPIC PROGRAM      DIRECTOR, FISCAL MANAGEMENT GROUP

Date: _May 12, 1992_____            _May 13, 1992_____

ACCEPTED FOR THE MANUFACTURER

By:     Pamela R. Marrs    _____

Title:     Vice President of Finance _____

Name of Manufacturer:    Dey Laboratories, Inc. _____

Manufacturer Address:    2751 Napa Valley Corporate Drive ___

                         Napa, CA 94558 _____

                         _____

Manufacturer Labeler Code(s):    49502 _____

Date: _____

APPROVED AS TO FORM
NEW YORK STATE
ATTORNEY GENERAL

APPROVED                            JUL 2 1 1993

_Elizabeth C._____
FOR THE STATE COMPTROLLER         STEPHEN J. HENSEL
Date: __                           ASSOCIATE ATTORNEY
        AUG 2 - 1993

PRIVATE CORPORATION ACKNOWLEDGEMENT

STATE OF *California*

COUNTY OF *Napa*  )

On the *19th* day of *April*, *1993*, before me
personally came *Pamela R. Marrs*, to me known, who, being
by me duly sworn, did depose and say that he/she is the (title) *Vice
President of Finance* of *Dey Laboratories,
Inc.*
the corporation described in and which executed the above instrument; that
he/she knows the seal of said corporation, that the seal affixed to said
instrument is such corporate seal; that it was so affixed by order of the
Board of Directors of said corporation and that ~~he~~/she signed his/her name
thereto by like order.

---

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5193

State of *California*

County of *Napa*

On *4/19/93* before me, *Colene H. Gruhn, Notary Public*
DATE                          NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared *Pamela R. Marrs*,
                    NAME(S) OF SIGNER(S)

☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are
subscribed to the within instrument and ac-
knowledged to me that he/she/they executed
the same in his/her/their authorized
capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s),
or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Official Seal
COLENE H. GRUHN
NOTARY PUBLIC - CALIFORNIA
NAPA COUNTY
My Comm. Expires Aug. 13, 1993

_____
SIGNATURE OF NOTARY

### OPTIONAL SECTION

**CAPACITY CLAIMED BY SIGNER**
Though statute does not require the Notary to
fill in the data below, doing so may prove
invaluable to persons relying on the document.

☐ INDIVIDUAL
☒ CORPORATE OFFICER(S)
  *VP - Finance*
  TITLE(S)
☐ PARTNER(S)  ☐ LIMITED
              ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
_____
_____

---

THIS CERTIFICATE MUST BE ATTACHED TO
THE DOCUMENT DESCRIBED AT RIGHT:

Though the data requested here is not required by law,
it could prevent fraudulent reattachment of this form.

### OPTIONAL SECTION

TITLE OR TYPE OF DOCUMENT_____

NUMBER OF PAGES _____ DATE OF DOCUMENT _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-718

HIGHLY CONFIDENTIAL

DEY-LABS-0356219

APPENDIX A

STANDARD CLAUSES FOR ALL NEW
YORK STATE CONTRACTS

The parties to the attached contract, license, lease,
amendment or other agreement of any kind (hereinafter, "the
contract" or "this contract") agree to be bound by the
following clauses which are hereby made a part of the
contract (the word 'Contractor' herein refers to any party
other than the State, whether a contractor, licensor,
licensee, lessor, lessee or any other party):

1.   EXECUTORY CLAUSE.   In accordance with Section 41
of the State Finance Law, the State shall have no liability
under this contract to the Contractor or to anyone else
beyond funds appropriated and available for this contract.

2.   NON-ASSIGNMENT CLAUSE.   In accordance with Section
138 of the State Finance Law, this contract may not be
assigned by the Contractor or its right, title or interest
therein assigned, transferred, conveyed, sublet or otherwise
disposed of without the previous consent, in writing, of the
State and any attempts to assign the contract without the
State's written consent are null and void.   The Contractor
may, however, assign its right to receive payment without
the State's prior written consent unless this contract
concerns Certificates of Participation pursuant to Article
5-A of the State Finance Law.

3.   COMPTROLLER'S APPROVAL.   In accordance with
Section 112 of the State Finance Law (or, if this contract
is with the State University or City University of New York,
Section 355 or Section 6218 of the Education Law), if this
contract exceeds $5,000 ($20,000 for certain S.U.N.Y. and
C.U.N.Y. contracts), or if this is an amendment for any
amount to a contract which, as so amended, exceeds said
statutory amount, or if, by this contract, the State agrees
to give something other than money, it shall not be valid,
effective or binding upon the State until it has been
approved by the State Comptroller and filed in his office.

4.   WORKERS' COMPENSATION BENEFITS.   In accordance
with Section 142 of the State Finance Law, this contract
shall be void and of no force and effect unless the
Contractor shall provide and maintain coverage during the
life of this contract for the benefit of such employees as
are required to be covered by the provisions of the Workers'
Compensation Law.

HIGHLY CONFIDENTIAL

2.

5.  NON-DISCRIMINATION REQUIREMENTS.  In accordance
with Article 15 of the Executive Law (also known as the
Human Rights Law) and all other State and Federal statutory
and constitutional non-discrimination provisions, the
Contractor will not discriminate against any employee or
applicant for employment because of race, creed, color, sex,
national origin, age, disability or marital status.
Furthermore, in accordance with Section 220-e of the Labor
Law, if this is a contract for the construction, alteration
or repair of any public building or public work or for the
manufacture, sale or distribution of materials, equipment or
supplies, and to the extent that this contract shall be
performed within the State of New York, Contractor agrees
that neither it nor its subcontractors shall, by reason of
race, creed, color, disability, sex or national origin:  (a)
discriminate in hiring against any New York State citizen
who is qualified and available to perform the work; or (b)
discriminate against or intimidate any employee hired for
the performance of work under this contract.  If this is a
building service contract as defined in Section 230 of the
Labor Law, then, in accordance with Section 239 thereof,
Contractor agrees that neither it nor its subcontractors
shall, by reason of race, creed, color, national origin,
age, sex or disability:  (a) discriminate in hiring against
any New York State citizen who is qualified and available to
perform the work; or (b) discriminate against or intimidate
any employee hired for the performance of work under this
contract.  Contractor is subject to fines of $50.00 per
person per day for any violation of Section 220-e or Section
239 as well as possible termination of this contract and
forfeiture of all moneys due hereunder for a second or
subsequent violation.

6.  WAGE AND HOURS PROVISIONS.  If this is a public
work contract covered by Article 8 of the Labor Law or a
building service contract covered by Article 9 thereof,
neither 'Contractor's employees nor the employees of its
subcontractors may be required or permitted to work more
than the number of hours or days stated in said statutes,
except as otherwise provided in the Labor Law and as set
forth in prevailing wage and supplement schedules issued by
the State Labor Department.  Furthermore, Contractor and its
subcontractors must pay at least the prevailing wage rate
and pay or provide the prevailing supplements, including the
premium rates for overtime pay, as determined by the State
Labor Department in accordance with the Labor Law.

7.  NON-COLLUSIVE BIDDING REQUIREMENT.  In accordance
with Section 139-d of the State Finance Law, if this
contract was awarded based upon the submission of bids,
Contractor warrants, under penalty of perjury, that its bid
was arrived at independently and without collusion aimed at

HIGHLY CONFIDENTIAL

DEY-LABS-0356221

restricting competition.  Contractor further warrants that,
at the time Contractor submitted its bid, an authorized and
responsible person executed and delivered to the State a
non-collusive bidding certification on Contractor's behalf.

8.   INTERNATIONAL BOYCOTT PROHIBITION.  In accordance
with Section 220-f of the Labor Law and Section 139-h of the
State Finance Law, if this contract exceeds $5,000, the
Contractor agrees, as a material condition of the contract,
that neither the Contractor nor any substantially owned or
affiliated person, firm, partnership or corporation has
participated, is participating, or shall participate in an
international boycott in violation of the federal Export
Administration Act of 1979 (50 USC App. Sections 2401 et
seq.) or regulations thereunder.  If such Contractor, or any
of the aforesaid affiliates of Contractor, is convicted or
is otherwise found to have violated said laws or regulations
upon the final determination of the United States Commerce
Department or any other appropriate agency of the United
States subsequent to the contract's execution, such
contract, amendment or modification thereto shall be
rendered forfeit and void.  The Contractor shall so notify
the State Comptroller within five (5) business days of such
conviction, determination or disposition of appeal (2 NYCRR
105.4)

9.   SET-OFF RIGHTS.  The State shall have all of its
common law, equitable and statutory rights of set-off.
These rights shall include, but not be limited to, the
State's option to withhold for the purposes of set-off any
moneys due to the Contractor under this contract up to any
amounts due and owing to the State with regard to this
contract, any other contract with any State department or
agency, including any contract for a term commencing prior
to the term of this contract, plus any amounts due and owing
to the State for any other reason including, without
limitation, tax delinquencies, fee delinquencies or monetary
penalties relative thereto.  The State shall exercise its
set-off rights in accordance with normal State practices
including, in cases of set-off pursuant to an audit, the
finalization of such audit by the State agency, its
representatives, or the State Comptroller.

10.  RECORDS.  The Contractor shall establish and
maintain complete and accurate books, records, documents,
accounts and other evidence directly pertinent to
performance under this contract (hereinafter, collectively,
"the Records").  The Records must be kept for the balance o
the calendar year in which they were made and for six (6)
additional years thereafter.  The State Comptroller, the
Attorney General and any other person or entity authorized

DEY-LABS-0356222

to conduct an examination, as well as the agency or agencies involved in this contract, shall have access to the Records during normal business hours at an office of the Contractor within the State of New York or, if no such office is available, at a mutually agreeable and reasonable venue within the State, for the term specified above for the purposes of inspection, auditing and copying. The State shall take reasonable steps to protect from public disclosure any of the Records which are exempt from disclosure under Section 87 of the Public Officers Law (the "Statute") provided that:  (i) the Contractor shall timely inform an appropriate State official, in writing, that said records should not be disclosed; and (ii) said records shall be sufficiently identified; and (iii) designation of said records as exempt under the Statute is reasonable. Nothing contained herein shall diminish, or in any way adversely affect, the State's right to discovery in any pending or future litigation.

11. **IDENTIFYING INFORMATION AND PRIVACY NOTIFICATION:**

    (a)  **FEDERAL EMPLOYER IDENTIFICATION NUMBER and/or FEDERAL SOCIAL SECURITY NUMBER.**

All invoices or New York State standard vouchers submitted for payment for the sale of goods or services or the lease of real or personal property to a New York State agency must include the payee's identification number, i.e., the seller's or lessor's identification number. The number is either the payee's Federal employer identification number or Federal social security number, or both such numbers when the payee has both such numbers. Failure to include this number or numbers may delay payment.  Where the payee does not have such number or numbers, the payee, on his invoice or New York State standard voucher, must give the reason or reasons why the payee does not have such number or numbers.

    (b)  **PRIVACY NOTIFICATION.**

    (1)  The authority to request the above personal information from a seller of goods or services or lessor of real or personal property, and the authority to maintain such information, is found in Section 5 of the State Tax Law. Disclosure of this information by the seller or lessor to the State is mandatory. The principal purpose for which the information is collected is to enable the State to identify individuals, businesses and others who have been delinquent in filing tax returns or may have understated their tax liabilities and to generally identify persons affected by the taxes administered by the

HIGHLY CONFIDENTIAL

DEY-LABS-0356223

3.

Commissioner of Taxation and Finance.  The information will be used for tax administration purposes and for any other purpose authorized by law.

(2)  The personal information is requested by the purchasing unit of the agency contracting to purchase the goods or services or lease the real or personal property covered by this contract or lease.  The information is maintained in New York State's Central Accounting System by the Director of State Accounts, Office of the State Comptroller, AESOB, Albany, New York 12236.

12.  **EQUAL EMPLOYMENT OPPORTUNITIES FOR MINORITIES AND WOMEN:**  In accordance with Section 312 of the Executive Law, if this contract is:  (i) a written agreement or purchase order instrument, providing for a total expenditure in excess of $25,000.00, whereby a contracting agency is committed to expend or does expend funds in return for labor, services, supplies, equipment, materials or any combination of the foregoing, to be performed for, or rendered or furnished to the contracting agency; or (ii) a written agreement in excess of $100,000.00 whereby a contracting agency is committed to expend or does expend funds for the acquisition, construction, demolition, replacement, major repair or renovation of real property and improvements thereon; or (iii) a written agreement in excess of $100,000.00 whereby the owner of a State assisted housing project is committed to expend or does expend funds for the acquisition, construction, demolition, replacement, major repair or renovation of real property and improvements thereon for such project, then:

(a) The contractor will not discriminate against employees or applicants for employment because of race, creed, color, national origin, sex, age, disability or marital status, and will undertake or continue existing programs of affirmative action to ensure that minority group members and women are afforded equal employment opportunities without discrimination.  Affirmative action shall mean recruitment, employment, job assignment, promotion, upgradings, demotion, transfer, layoff, or termination and rates of pay or other forms of compensation;

(b) at the request of the contracting agency, the Contractor shall request each employment agency, labor union, or authorized representative of workers

DEY-LABS-0356224

6.

with which it has a collective
bargaining or other agreement or
understanding, to furnish a written
statement that such employment agency,
labor union or representative will not
discriminate on the basis of race,
creed, color, national origin, sex, age,
disability or marital status and that
such union or representative will
affirmatively cooperate in the
implementation of the contractor's
obligations herein; and
(c) the Contractor shall state, in all
solicitations or advertisements for
employees, that, in the performance of
the State contract, all qualified
applicants will be afforded equal
employment opportunities without
discrimination because of race, creed,
color, national origin, sex, age,
disability or marital status.

Contractor will include the provisions of "a", "b" and
"c", above, in every subcontract over $25,000.00 for the
construction, demolition, replacement, major repair,
renovation, planning or design of real property and
improvements thereon (the "Work") except where the Work is
for the beneficial use of the Contractor.  Section 312 does
not apply to:  (i) work, goods or services unrelated to this
contract; or (ii) employment outside New York State; or
(iii) banking services, insurance policies or the sale of
securities.  The State shall consider compliance by a
contractor or subcontractor with the requirements of any
federal law concerning equal employment opportunity which
effectuates the purpose of his section.  The contracting
agency shall determine whether the imposition of the
requirements of the provisions hereof duplicate or conflict
with any such federal law and if such duplication or
conflict exists, the contracting agency shall waive the
applicability of Section 312 to the extent of such
duplication or conflict.  Contractor will comply with all
duly promulgated and lawful rules and regulations of the
Governor's Office of Minority and Women's Business
Development pertaining hereto.

13.   CONFLICTING TERMS.  In the event of a conflict
between the terms of the contract (including any and all
attachments thereto and amendments thereof) and the terms o
this Appendix A, the terms of this Appendix A shall control

HIGHLY CONFIDENTIAL

DEY-LABS-0356225

7.

14.  GOVERNING LAW.  This contract shall be governed by the laws of the State of New York except where the Federal supremacy clause requires otherwise.

15.  LATE PAYMENT.  Timeliness of payment and any interest to be paid to Contractor for late payment shall be governed by Article XI-A of the State Finance Law to the extent required by law.

16.  NO ARBITRATION.  Disputes involving this contract, including the breach or alleged breach thereof, may not be submitted to binding arbitration (except where statutorily authorized) but must, instead, be heard in a court of competent jurisdiction of the State of New York.

17.  SERVICE OF PROCESS.  In addition to the methods of service allowed by the State Civil Practice Law & Rules ("CPLR"), Contractor hereby consents to service of process upon it by registered or certified mail, return receipt requested.  Service hereunder shall be complete upon Contractor's actual receipt of process or upon the State's receipt of the return thereof by the United States Postal Service as refused or undeliverable.  Contractor must promptly notify the State, in writing, of each and every change of address to which service of process can be made.  Service by the State to the last known address shall be sufficient.  Contractor will have thirty (30) calendar days after service hereunder is complete in which to respond.

August, 1989

HIGHLY CONFIDENTIAL

DEY-LABS-0356226

EPIC DRUG REBATE DATA ELEMENTS
PRESCRIPTION DRUG DATA SUBMISSION FROM MANUFACTURERS TO EPIC

| Description | Size |
|---|---|
| Labeler code, 1st segment of NDC | (05) |
| Product code, second segment of NDC | (04) |
| Package size code, third segment of NDC | (02) |
| Period Covered, Calendar Quarter and Year | (03) |
| Product FDA Registration Name | (63) |
| Drug Category:   Single Source, Innovator<br>Multiple Source,<br>or Non-innovator Multiple Source | (01) |
| DESI Drug Indicator | (01) |
| FDA Therapeutic Equivalence Explanation Code | (02) |
| Unit Type:  cc, ml, tablet, etc. | (03) |
| Units per package size code | (10) |
| Average Manufacturer's Price | (11) |
| Baseline AMP | (11) |
| Best Price | (11) |
| FDA Approval Date | (06) |
| Date Drug Entered Market | (06) |
| Drug Termination Date | (06) |
| Drug Type (Rx or OTC) Indicator | (01) |
| Correction Record Flag | (01) |

HIGHLY CONFIDENTIAL

DEY-LABS-0356227

## MANUFACTURER DATA ELEMENT DEFINITION

**************************************************************************

DATA ELEMENT NAME:    Labeler Code

DATA DEFINITION:    First  segment of  National Drug Code  that identifies
the  manufacturer,  labeler, relabeler,  packager,
repackager or distributor of the drug.

SPECIFICATIONS:    Numeric  values only; 5 digit  field, right-justified
and 0-filled for 4-digit labeler codes.

**************************************************************************

DATA ELEMENT NAME:    Product Code

DATA DEFINITION:    Second segment of National Drug Code.

SPECIFICATIONS:    Numeric values only; 4 digit field, right-justified
and 0-filled.

**************************************************************************

DATA ELEMENT NAME:    Package Size Code

DATA DEFINITION:    Third segment of National Drug Code.

SPECIFICATIONS:    Numeric values only; 2 digit field, right-justified
and 0-filled.

**************************************************************************

DATA ELEMENT NAME:    Period Covered

DATA DEFINITION:    Calendar quarter and year covered by data submission.

SPECIFICATIONS:    Numeric 3-digit field, QYY

Values for Q:
1 = January 1 - March 31
2 = April 1 -June 30
3 = July 1 - September 30
4 = October 1 - December 31

Valid Values for YY:  last two digits of calendar year
covered.

HIGHLY CONFIDENTIAL

## MANUFACTURER DATA ELEMENT DEFINITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Product FDA Registration Name

**DATA DEFINITION:**   Product name as it appears on FDA registration form.

**SPECIFICATIONS:**   Alpha-numeric values; 63 characters, left justified.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Drug Category

**DATA DEFINITION:**   Classification   of   drug   for   purposes   of   rebate
calculations.

**SPECIFICATIONS:**   Alpha-numeric values; 1 character

Valid Values:   N = Non- Multiple Source
                S = Single Source
                I = Innovator Multiple Source

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   DESI Drug Indicator

**DATA DEFINITION:**   A DESI (Drug Efficacy Study Implementation) drug is
any   drug   that   lacks   substantial   evidence   of
effectiveness and is subject by the FDA to a Notice of
Opportunity for Hearing (NOH).   This includes drugs
which are identical, related or similar to DESI drugs.

**SPECIFICATIONS:**   Numeric value, 1 digit

Valid Values: 0 = not DESI drug
              1 = DESI drug

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

DEY-LABS-0356229

### MANUFACTURER DATA ELEMENT DEFINITION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DATA ELEMENT NAME:**   Therapeutic Equivalence Explanation Code

**DATA DEFINITION:**     The classification as contained in the FDA publication
                        "Approved Drug Products with Therapeutic Equivalence
                        Evaluations" (the FDA Orange Book) for the last day of
                        the calendar  quarter for which the  rebate payment is
                        being made.

**SPECIFICATIONS:**      Alpha-numeric values, 2 character field

                        Valid Values:          AA
                                               AB
                                               AN
                                               AO
                                               AP
                                               AT
                                               BC
                                               BD
                                               BE
                                               BN
                                               BP
                                               BR
                                               BS
                                               BT
                                               BX
                                               NR - Not rated

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DATA ELEMENT NAME:**   Units Per Package Size Code

**DATA DEFINITION:**     Total number of units, as defined in the Unit Type
                        field, in the smallest dispensable container or entity
                        for the product defined by the full NDC.

**SPECIFICATIONS:**      Numeric values, 10  digit field: 7 whole  number and 3
                        decimal places

                                Example 1:  For a 17 microgram inhaler, the unit
                                type  would  be a UGM  and the units  per package
                                size would be 17.

                                Example 2:  For a tablet, regardless of the
                                package  size, the unit type  would be a TAB and
                                the units per package size would be 1.

HIGHLY CONFIDENTIAL

DEY-LABS-0356230

MANUFACTURER DATA ELEMENT DEFINITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Example 3:  For a powder-filled vial, the unit type would be PFV and the units per package size would be 1.

Example 4:  For a package of 12 suppositories, the unit type would be SUP and the units per package size would be 12.

Example 5:  For a package of 6 transdermal patches, the unit type would be TDP and the units per package size would be 6.

Example 6:  For a 100 Ml ampule, the unit type would be ML and the units per package size would be 100.

Example 7:  For a bottle containing 50 Cubic Centimeters of cough syrup, the unit type is CC and the units per package size is 50.

Example 8:  For a package containing a mix of different unit types such as a tube of ointment and 3 suppositories, the unit type would be KIT and the units per package size would be 1.

\*\*NOTE\*\* Examples 4 and 5 assume that 12 and 6 are the smallest dispensable entities. However, if a package contains multiple units which can be dispensed individually or in amounts less than the total units in a package, then the units per package size would be 1 in each example.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:    AMP (Average Manufacturer's Price)

DATA DEFINITION:      The Average Manufacturer's Price per unit per product code only for the period covered.  If a drug is distributed in 3 package sizes, there will still be only one AMP for the product, which will be the same for all package sizes.

SPECIFICATIONS:       Numeric values, 11 digit field: five whole numbers and 6 decimal places. Compute to 7 decimal places, and round to 6 decimal places.

HIGHLY CONFIDENTIAL                                    DEY-LABS-0356231

APPENDIX B
Page 6 of 8
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **DATA ELEMENT NAME:** | Baseline AMP (Average Manufacturer's Price) |
| | NOTE:  This data is not required. |
| **DATA DEFINITION:** | Not Applicable. |
| **SPECIFICATIONS:** | Numeric values, 11 digit field: five whole numbers and 6 decimal places.  Compute to 7 decimal places, and round to 6 decimal places and zero fill. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **DATA ELEMENT NAME:** | Best Price |
| | NOTE: This is only required for Single Source and Innovator Multiple Source drugs.  This information is optional for non-innovator multiple drugs. |
| **DATA DEFINITION:** | The lowest price available from the labeler to any wholesaler, retailer, nonprofit entity, or governmental entity within the United States (excluding depot prices and single award contract prices of any agency of the Federal Government). |
| **SPECIFICATIONS:** | Numeric values, 11 digit field: five whole numbers and 6 decimal places.  Compute to 7 decimal places, and round to 6 decimal places. |
| | Zero fill for non-innovator multiple source drugs |

HIGHLY CONFIDENTIAL

DEY-LABS-0356232

### MANUFACTURER DATA ELEMENT DEFINITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Unit Type

**DATA DEFINITION:**   Basic measurement that represents the smallest unit by which the drug can be measured.   The rebate amount will be calculated per unit.

Example:   for drugs that are dispensed in capsules or tablets, the Unit Type would be a capsule or tablet. The rebate amount would be calculated per capsule or tablet.   For liquids, the unit type would be a milliliter. The rebate amount would be calculated per milliliter.

**SPECIFICATIONS:**   Alpha-Numeric values:  3  character field,  left justified Valid Values:

| | | | |
|---|---|---|---|
| AHF | = refers only to Anti-Hemophilic Factor (AHF) | ML | = Milliliter |
| | | OIS | = Ocular Insert |
| CAP | = Capsule | PAC | = Packet |
| CC | = Cubic Centimeter | PFV | = Powder Filled Vials |
| GM | = Gram | SQC | = Square Centimeter |
| KIT | = use for products containing more than one dosage form. | SUP | = Suppository |
| | | TAB | = Tablet |
| MCI | = Millicurie | TDP | = Transdermal Patch |
| MG | = Milligram | UCI | = Microcurie |
| | | UGM | = Microgram |
| | | UM | = Micromolar |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   FDA Approval Date

**DATA DEFINITION:**   Date of FDA Approval of drug, if approved after 06/30/90, otherwise zero fill this field.

**SPECIFICATIONS:**   Numeric values; 6 digit field

## MANUFACTURER DATA ELEMENT DEFINITION

**********************************************************************

**DATA ELEMENT NAME:**   Date Drug Entered Market

**DATA DEFINITION:**   First day of the first month that the drug was marketed for the entire month.

**SPECIFICATIONS:**   Numeric values; 6 digit field
MMDDYY

**********************************************************************

**DATA ELEMENT NAME:**   Date Termination Date

**DATA DEFINITION:**   Date drug withdrawn from market or no longer distributed by labeler.

**SPECIFICATIONS:**   Numeric values; 6 digit field
MMDDYY

**********************************************************************

**DATA ELEMENT NAME:**   Drug Type Indicator

**DATA DEFINITION:**   Indicator to show whether this drug product can be acquired only by prescription or can be acquired Over-The-Counter (OTC).

1 = Rx
2 = OTC

**********************************************************************

**DATA ELEMENT NAME:**   Correction Record Flag

**DATA DEFINITION:**   Indicator that this record corrects and replaces a record already submitted for the initial submission.

**SPECIFICATIONS:**   Numeric one-digit field

Valid Values:  0 = Original Record
1 = Correction Record

HIGHLY CONFIDENTIAL

DEY-LABS-0356234

EPIC UTILIZATION INFORMATION
RECORD FROM EPIC TO MANUFACTURERS QUARTERLY

Description

| | |
|---|---|
| EPIC Code | (02) |
| Period Covered. Calendar Quarter and Year | (03) |
| Labeler Code. 1st segment of NDC | (05) |
| Product Code. second segment of NDC | (04) |
| Package Size Code, third segment of NDC | (02) |
| Product FDA Registration Name (Abbr.) | (10) |
| Total Number of Claims (per NDC) | (06) |
| Total Allowed Charges  (per NDC) | (10) |
| Total EPIC Payments (per NDC) | (10) |
| EPIC Cost Share Percentage  (per NDC) | (05) |
| Total Units Dispensed (per NDC) | (10) |
| Rebate Units (per NDC) | (12) |
| Correction Record Flag | (01) |

DEY-LABS-0356235

bb9a8fdc8448c30a

### DATA ELEMENT DEFINITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   EPIC Code

**DATA DEFINITION:**   Two character abbreviation for EPIC (EP)

**SPECIFICATIONS:**   Alpha-numeric, 2 positions

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Period covered

**DATA DEFINITION:**   Calendar quarter and year covered by data submission

**SPECIFICATIONS:**   Numeric 3 digit field, QYY

   Valid Values for Q:

      1 = January 1 - March 31
      2 = April 1 - June 30
      3 = July 1 - September 30
      4 = October 1 - December 31

   Valid Values for YY:  last two digits of calendar year
   covered

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Labeler Code

**DATA DEFINITION:**   First segment of National Drug Code that identifies
   the manufacturer, labeler, or distributor of the drug.

**SPECIFICATIONS:**   Numeric Values only, 5 digit field, right-justified
   and zero filled for 4 digit labeler codes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DATA ELEMENT NAME:**   Product Code

**DATA DEFINITION:**   Second segment of National Drug Code

**SPECIFICATIONS:**   Numeric Values only, 4 digit field, right-justified
   and zero filled

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL

DEY-LABS-0356236

## DATA ELEMENT DEFINITION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:     Package Size Code

DATA DEFINITION:       Third segment of National Drug Code

SPECIFICATIONS:        Numeric  Values only,  2 digit  field, right-justified
                       and zero filled

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:     Product FDA Registration Name (Abbr.)

DATA DEFINITION:       First 10 characters of Product FDA Registration name.

SPECIFICATIONS:        Alpha-Numeric Values, 10 positions.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:     Total Number of Claims

DATA DEFINITION:       Number of claims approved per NDC during the quarter.

SPECIFICATIONS:        Numeric Values, 6 digits, whole numbers only.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:     Total Allowed Charges

DATA DEFINITION:       Total amount of billed charges EPIC allowed for claims
                       approved per NDC during the  quarter.  This amount  is
                       the lower of billed charges or average wholesale price
                       plus  dispensing fee  for co-pay  claims and  pharmacy
                       billed charges for deductible claims.

SPECIFICATIONS:        Numeric  Values, 10  digits:   8  whole numbers  and 2
                       decimals.

HIGHLY CONFIDENTIAL

DEY-LABS-0356237

## DATA ELEMENT DEFINITION

**************************************************************************

DATA ELEMENT NAME:     Total EPIC Payments

DATA DEFINITION:       Total amount of EPIC payments for approved claims per
                       NDC's during the quarter including dispensing fees.

SPECIFICATIONS:        Numeric Values, 10 digits:   8 whole numbers and 2
                       ecimal places.

**************************************************************************

DATA ELEMENT NAME:     EPIC Cost Share Percent

DATA DEFINITION:       Total EPIC payments divided by total allowed charges
                       expressed as a percent.

SPECIFICATIONS:        Numeric Values, 5 digits:   3 whole numbers and 2
                       decimals.

**************************************************************************

DATA ELEMENT NAME:     Total Units Dispensed

DATA DEFINITION:       The total number of units dispensed per NDC, for
                       claims approved during the quarter.  Drugs dispensed
                       before April 1, 1991, will not be included.

SPECIFICATIONS:        Numeric Values, 12 digits:   9 whole numbers and 3
                       decimals.

**************************************************************************

DATA ELEMENT NAME:     Rebate Units

DATA DEFINITION:       Total units dispensed multiplied by EPIC cost share
                       percent.

SPECIFICATIONS:        Numeric Values, 12 digits:   9 whole numbers and 3
                       decimals places.

HIGHLY CONFIDENTIAL

DEY-LABS-0356238

## DATA ELEMENT DEFINITION

*******************************************************************************

DATA ELEMENT NAME:       Correction Flag

DATA DEFINITION:         Indicator that this record is a correction.

SPECIFICATIONS:          Numeric Values, 1 digit
                         Valid values:  0 = original record
                                        1 = correction record

HIGHLY CONFIDENTIAL

DEY-LABS-0356239

DEY-LABS-0356240

HIGHLY CONFIDENTIAL

RECEIVED
CONTRACT UNIT
93 MAY 13  AM 9:03