# EXHIBIT bb

Drugs@FDA                                                                                                       Page 1 of 1

 **U.S. Food and Drug Administration**  Department of Health and Human Services
CENTER FOR DRUG EVALUATION AND RESEARCH


FDA Approved Drug Products

FAQ | Instructions | Glossary | Contact Us | CDER Home

**Start Over**    **Back to Search Results**    **Back to Overview**

Drug Details

| | |
|---|---|
| Drug Name(s) | ALBUTEROL SULFATE (Generic Drug) |
| FDA Application No. | (ANDA) 072652 |
| Active Ingredient(s) | ALBUTEROL SULFATE |
| Company | DEY |
| Original Approval or Tentative Approval Date | February 21, 1992 |

- Therapeutic Equivalents
- Approval History, Letters, Reviews, and Related Documents

- Labels are not available

Products on Application (ANDA) #072652
Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | ALBUTEROL SULFATE | EQ 0.083% BASE | SOLUTION; INHALATION | Prescription | Yes | AN |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | Contact CDER | What's New @ CDER
FDA Home Page | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily