## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION
_____

THIS DOCUMENT RELATES TO:

*The City of New York, et al.,*

*v.*

*Abbott Laboratories, et al.*
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

MDL NO. 1456
Civil Action No. 01-12257-PBS
Subcategory Case No. 03-10643-PBS


Judge Patti B. Saris

### DECLARATION OF JOHN K. CRISHAM PURSUANT TO
### RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

John K. Crisham hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney-at-law at Kirkland & Ellis LLP, counsel for Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc., and am admitted to practice before the Courts of the State of Illinois, the District of Columbia, and *pro hac vice* before this Court.

2.      This declaration is submitted pursuant to Federal Rule of Civil Procedure 56(f) in opposition to Plaintiffs' motion for partial summary judgment.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of Thomas Blake, dated January 24, 2008.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 7 of the deposition of Thomas Blake, dated January 24, 2008.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition testimony of Corinne Hogan, June 17, 2008.

6.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition testimony of Kim Bloom, dated February 4, 2009.

7.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition testimony of Sue Gaston, dated March 19, 2008.

8.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition testimony of Patricia Kay Morgan, dated November 30, 2007.

9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition testimony of Robert Shanks, dated February 22, 2008.

10.     Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 11 of the deposition of Robert Shanks, dated February 22, 2008.

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition testimony of Trisha Sarfas, dated March 19, 2009.

12.     Attached hereto as Exhibit 10 is a true and correct copy of Exhibit 2 of the deposition of Trisha Sarfas, dated March 19, 2009.

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition testimony of Trisha Sarfas, dated August 22, 2007.

14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition testimony of Corinne Hogan, dated February 6, 2008.

15.     Attached hereto as Exhibit 13 is a true and correct copy of Exhibit 3 of the deposition of Trisha Sarfas, dated March 19, 2009.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2009.

                                             /s/ John K. Crisham
                                             John K. Crisham

2