# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - X

THE COMMONWEALTH OF MASSACHUSETTS,      :

               Plaintiff,           :Civil Action No.

     v.                              :03-cv-11865-PBS

MYLAN LABORATORIES, INC., BARR          :

LABORATORIES, INC., DURAMED             :

PHARMACEUTICALS, INC., IVAX             :

CORPORATION, WARRICK PHARMACEUTICALS:

CORPORATION, WATSON PHARMACEUTICALS,:

INC., SCHEIN PHARMACEUTICAL, INC.,      :

TEVA PHARMACEUTICALS USA, INC., PAR     :

PHARMACEUTICAL, INC., DEY, INC.,        :

ETHEX CORPORATION, PUREPAC              :

PHARMACEUTICAL CO., and ROXANE          :

LABORATORIES, INC.,                     :HIGHLY

               Defendants.          :CONFIDENTIAL

- - - - - - - - - - - - - - - - - - - X

           Atlanta, Georgia

           Thursday, January 24th, 2008

Deposition of THOMAS STUART BLAKE

1  third-party payers for pharmaceuticals; is that
2  right?
3      A.   That's correct.
4      Q.   And in particular, I think you said there
5  was a several-year period where you were focused on
6  clozapine, right?
7      A.   Correct.
8      Q.   Was Medicaid particularly important with
9  regard to clozapine?
10     A.   **Medicaid, probably close, I would say, to**
11  **85 to 90 percent of clozapine patients are on**
12  **Medicaid because they're too sick to work and too old**
13  **to be on their parents' insurance company.**
14     Q.   And you think it's fair to say that
15  Medicaid is a third-party payer, a kind of last
16  resort that people that don't have any other type of
17  insurance coverage would have Medicaid and Medicaid
18  would pay for prescription drugs?
19     A.   **I think that would be fair to say that,**
20  **yes.**
21     Q.   And in the course of your responsibilities
22  at IVAX, did you need to be aware of Medicaid

1   reimbursement for pharmaceuticals?

2           MS. LEVY:  Objection to form.

3           You can answer.

4           THE WITNESS:  Yes.

5   BY MR. MULLIN:

6       Q.   And how would you become aware of what the

7   Medicaid reimbursement rules were relating to the

8   pharmaceuticals that you were selling?

9       A.   Well, the main thing that -- and I really

10  didn't need to until I got into clozapine.  Medicaid

11  was just another payer, and we just -- just another

12  payer.  But at clozapine, they were obviously the

13  payer.

14           So the main involvement I had with

15  Medicaid was making sure that clozapine remained on

16  the Medicaid eligible list in all the states.

17  Through some hook and crook sometimes it would fall

18  off, and we'd have a state that would not be -- the

19  way I understand how that formula works is -- it may

20  be First DataBank, but it's some organization like

21  First DataBank that updates the Medicaid eligible

22  drugs.  I think they do it once a week maybe, I think

1   to the pharmacy would be whatever they paid for the
2   drug, right?
3       A.   **The cost to the pharmacy would be whatever**
4   **they paid for the drug, that's correct.**
5       Q.   And that most of these patients were
6   Medicaid eligible and a claim for reimbursement for
7   filling the prescription would be submitted to
8   Medicaid?
9       A.   **That's a correct statement.**
10      Q.   And the revenue that the pharmacy would
11  receive would be whatever the Medicaid reimbursement
12  was for the drug?
13      A.   **Less -- the gross revenue, right.**
14      Q.   And the profit to the pharmacy would be
15  the difference between what it got reimbursed by the
16  Medicaid program and what it had cost to purchase the
17  drug?
18      A.   **That's correct.**
19      Q.   And was it part of IVAX's marketing
20  strategy to point out to pharmacists that because of
21  the differences in cost and reimbursement that they
22  could make more profit by filling a prescription with

```
 1            You can answer.
 2   BY MR. MULLIN:
 3       Q.   You may answer, sir.
 4       A.   Again, I'm not sure what the real
 5   question -- if your question, sir, is that you're
 6   asking me was that something that we did on a daily
 7   basis, to go around educating pharmacists, then no,
 8   that was not one of our primary goals.  If it ever
 9   came up about spreads, then I'm sure we would discuss
10   it if it ever came up with pharmacists.
11            But it wasn't our intent -- it was my
12   assumption that any pharmacists that we were dealing
13   with that's an independent pharmacist would
14   understand this, and anybody that didn't understand
15   it would probably be in a chain and wouldn't care.  I
16   mean, he wouldn't be getting the profits of that
17   chain.  He was just filling prescriptions.
18            MR. MULLIN:  Let me mark an exhibit
19       as Blake 003.
20            (Exhibit Blake 003 was marked for
21       identification.)
22   BY MR. MULLIN:
```

```
 1   faster in creating MACs on their drugs.  So rarely is
 2   a drug out there reimbursed by a third-party pharmacy
 3   benefit organization at AWP list because they've
 4   already established a maximum allowable charge that
 5   they'll allow.
 6        Q.    And the only third-party payer that you
 7   mentioned in this slide is Medicaid; is that right?
 8        A.    Right.  The only one we've mentioned by
 9   name is Medicaid.
10        Q.    And of all the third-party plans that pay
11   for prescriptions, Medicaid would account for the
12   greatest number of clozapine patients?
13        A.    By far.
14        Q.    Turning to the next slide, there are four
15   terms that you're going to address; is that right?
16        A.    That's right.
17        Q.    PBM, spread, HIFA and MAC, correct?
18        A.    Right.
19        Q.    And the next slide, 30, is PBM.  That's a
20   pharmacy benefit manager?
21        A.    Correct.
22        Q.    The next slide after that, slide number
```

                                                                    131

1   31, is: "Reimbursement terms, spread. The

2   difference between reimbursement and net cost on

3   scripts paid by Medicaid or PBM interchangeable with

4   profit." Is that slide true and correct?

5       A.   The difference between the reimbursement

6   and net cost on scripts -- yes, that's true. It's

7   what they're paid for a drug and what they buy a drug

8   for is essentially what this is saying.

9       Q.   And you knew that before you ever joined

10  IVAX; is that right?

11      A.   Yes, well before.

12      Q.   And that's something that's commonly known

13  in the pharmaceutical industry among sales

14  professionals?

15      A.   Yes.

16      Q.   And would you expect any common -- any

17  competent pharmaceutical sales representative to be

18  familiar with the term "spread"?

19      A.   Yes.

20      Q.   And you know a lot of people in the

21  industry, right?

22      A.   Yes.

1          And that was one of the marketing points
2  that Zenith Goldline and IVAX wanted to make in
3  connection with trying to sell clozapine; is that
4  right?
5       A.   That's correct.
6       Q.   And based on your experience in the
7  pharmaceutical industry, is it true that generally as
8  contract prices would decrease with generic products,
9  the AWP prices would remain the same or increase?
10      A.   Usually remain the same.
11      Q.   They would seldom, if ever, go down.
12      A.   Seldom, if ever.
13      Q.   And the same would be true with regard to
14 WAC prices?
15      A.   WAC is a little bit -- WAC would be
16 changed more frequently.  And the reason for that, if
17 you want the reason for that, it's because there are
18 some people who actually buy at WAC.
19      Q.   That would be a small percentage?
20      A.   All the wholesalers buy at WAC.  And a
21 high WAC is a disadvantage to a -- is bad for a
22 generic company because we pay wholesalers a

204

1  2 percent cash discount if they pay on time, and that

2  is paid off of the invoice price, which is WAC.  So

3  the higher that is, the higher your payment for that,

4  even though they sell the product quite a bit lower.

5         (Exhibit Blake 016 was marked for

6         identification.)

7  BY MR. MULLIN:

8      Q.    Let me show you what I've marked as

9  Exhibit 016.  I'd ask you to look at that.  It

10 appears --

11     A.    I saw this yesterday.

12     Q.    Okay.  And do you recognize it?

13     A.    Yes.  After I looked at it yesterday, you

14 know, it all came back to me.  I really didn't

15 remember it.

16     Q.    And this is a memo from you to the --

17         MS. LEVY:  I'm sorry.  Can we get a

18     copy before you start asking questions?

19     Thank you.

20 BY MR. MULLIN:

21     Q.    The first page is a memo from you to the

22 president of the company relating to Pelham Pharmacy;

1   Q.   And the pricing information that you would
2   be sending to people like First DataBank would be the
3   pricing, the reported prices, the AWPs and maybe the
4   WAC?
5   A.   That's correct.
6   Q.   But almost nobody buys at WAC, right?
7   A.   **The wholesalers are the only people that**
8   **ever buy at WAC, and they buy everything at WAC.**
9   Q.   They get invoiced at WAC, but almost
10  everything they buy has some kind of a chargeback,
11  rebate, discount of some form applicable to it?
12  A.   **I think I heard one of the wholesalers**
13  **tell me 7 percent of their products they actually**
14  **manage to sell at WAC. But you're right. That's as**
15  **high as they could ever possibly sell a product.**
16       MR. MULLIN:  I think that completes
17  our questions for this witness.
18       MS. LEVY:  I have just a few
19  questions.
20                EXAMINATION
21  BY MS. LEVY:
22  Q.   Mr. Blake, did you ever have any