# EXHIBIT 2

# Table of Contents

| | |
|---|---|
| Section 1 | • Schizophrenia<br>• Titration schedule<br>• Clozapine drug interactions |
| Section 2 | • Dr. Kumar Letter<br>• Tewksbury Letter<br>• Bellnier Study<br>• Dr. Conley Letter<br>• FDA approval Letter |
| Section 3 | • Price Grid<br>• Atypical cost comparison |
| Section 4 | • Clinical Sell Sheet<br>• Myth vs. Fact Letter<br>• Unit Dose Announcement |
| Section 5 | • Registration Flow Diagrams<br>• Registration Forms<br>• Registration Information Requirements |
| Section 6 | • Patient Assistance Program |
| Section 7 | • Bi-Weekly WBC Announcement |
| Section 8 | • Medicaid Reimbursement by State<br>• Fact Sheet |
| Section 9 | • Narrow Therapeutic Drug Listing |
| Section 10 | • State Medicaid Listing |

CONFIDENTIAL



EXHIBIT
Blake 001
1/24/09  SB

IVAX-MA-00374902

Section
Three

CONFIDENTIAL

IVAX-MA-00374951

# Clozapine (Clozaril)

| Str/Size | NDC (0172) | ZGP AWP | ZGP WIP | Super Source[2] | C | 30mg Retail | Retail | Prem | MHC | NCG |
|---|---|---|---|---|---|---|---|---|---|---|
| 25mg/100 | 4359-60 | $ 121.68 | $ 88.99 | $ 81.19 | $ 82.01 | $ 80.73 | | $ 87.75 | $ 80.73 | $ 80.73 |
| 25mg/500 | 4359-70 | $ 590.17 | $ 431.60 | $ 401.89 | $ 405.95 | $ 399.63 | | $ 434.38 | $ 399.63 | $ 399.63 |
| 100mg/100 | 4360-60 | $ 315.27 | $ 230.99 | $ 210.35 | $ 212.41 | $ 209.17 | | $ 227.36 | $ 209.17 | $ 209.17 |
| 100mg/500 | 4360-70 | $ 1,529.07 | $ 1,119.89 | $ 1,041.23 | $ 1,051.46 | $ 1,035.39 | | $ 1,125.42 | $ 1,035.39 | $ 1,035.39 |

[1] Up to 15% rebate for super source commitment.
[2] Up to a 8% rebate will also be offered on sales out.

| Str/Size | Brand (AWP) | ZGP AWP (105% off Brand (AWP)) | Brand Direct | ZGP WIP (22% off Brnd Direct) |
|---|---|---|---|---|
| 25mg/100 | $ 134.96 | $ 121.68 | $ 113.87 | $ 88.99 |
| 25mg/500 | | $ 590.17 | | $ 431.60 |
| 100mg/100 | $ 352.26 | $ 315.27 | $ 295.02 | $ 230.99 |
| 100mg/500 | | $ 1,529.07 | | $ 1,120.30 |

WIP = Wholesale Invoice Price and retail default price
Super Source = Wholesaler auto-substitution programs
Retail = Retail buying groups, Premium accout direct customers, and Non warehousing chains
Premier Retail = Warehousing chains and large mail order accounts
Dist. = Distributor pricing
MHC = Managed Health Care/GPO contracts
NCG = Non compliant buying group and MHC default price

CONFIDENTIAL

IVAX-MA-00374952

# Atypical Cost Comparison

| ZGP Clozapine | Strength | Size | AWP | Tablet Cost | Avg. Daily Dose | Annual Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | 25mg | 100 | $121.68 | $0.81 | 400mg | $ 3,046 | |
| | 100mg | 100 | $315.27 | $2.09 | | | $ 4,346 |
| Weekly WBC test | | | | | | $ 1,300 | |
| Bi-weekly | | | | | | $ 650 | $ 3,696 |

| Clozaril | Strength | Size | AWP | Tablet Cost | Avg. Dose | Annual Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | 25mg | 100 | $135.96 | $1.13 | 400mg | $ 4,274 | |
| | 100mg | 100 | $352.26 | $2.94 | | | $ 5,574 |
| Weekly WBC test | | | | | | $ 1,300 | |
| Bi-weekly Test | | | | | | $ 650 | $ 4,924 |

| Risperdal | Strength | Size | AWP | Tablet Cost | Avg. Dose | Annual Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | 1mg | 60 | $132.83 | $1.84 | 6mg | $ 2,640 | $ 2,639 |
| | 2mg | 60 | $211.06 | $3.07 | | | |
| | 3mg | 60 | $261.07 | $3.63 | | | |
| | 4mg | 60 | $344.03 | $4.78 | | | |

| Seroquel | Strength | Size | AWP | Tablet Cost | Avg. Dose | Annual Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | 25mg | 100 | $120.00 | $1.00 | 500mg | $ 3,312 | $ 3,312 |
| | 100mg | 100 | $218.40 | $1.82 | | | |
| | 200mg | 100 | $436.80 | $3.64 | | | |

| Zyprexa | Strength | Size | AWP | Tablet Cost | Avg. Dose | Annual Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | 2.5mg | 60 | $273.59 | $3.80 | 10mg | $ 3,243 | $ 3,243 |
| | 5mg | 60 | $323.14 | $4.45 | | | |
| | 7.5mg | 60 | $323.14 | $4.45 | | | |
| | 10mg | 60 | $491.26 | $6.82 | | | |

*Per tablet cost is acquisition to pharmacy from wholesaler

CONFIDENTIAL

IVAX-MA-00374953

Section
Eight

CONFIDENTIAL

IVAX-MA-00374973



# What Medicaid pays for drugs by state

Which states offered the most generous dispensing fees for their Medicaid patients and which offered the paltriest in 1997? The following table displays this information, along with states' co-pays and ingredient reimbursement basis.

| State | Dispensing fees | Co-pay | Ingredient reimbursement basis |
|---|---|---|---|
| Alabama | $5.40 | 50 cents–$3 | WAC+9.2% |
| Alaska | 3.45–11.46 | $2 | AWP+5% |
| Arizona | — | — | — |
| Arkansas | 4.51 + 0.103 (EAC) | 50 cents–$3 | AWP–10.5% |
| California | 4.05 | G: $1/B: $2 | AWP–5% |
| Colorado | 4.08 | G: 50 cents/B: $2 | AWP–10%/WAC+18% |
| Connecticut | 4.10 | No | AWP–12% |
| Delaware | 3.65 | No | AWP–12.9% |
| District of Columbia | 4.50 | 50 cents | AWP–10% |
| Florida | 4.23 | No | WAC+7% |
| Georgia | 4.41 | 50 cents | AWP–10% |
| Hawaii | 4.67 | No | AWP–10.5% |
| Idaho | 4.54 | No | AWP |
| Illinois | 3.30–14.72 | No | AWP–10%; multisource drugs are AWP–12% |
| Indiana | 4.00 | 50 cents–$3 | AWP–10% |
| Iowa | 4.02–6.25 | $1 | AWP–10% |
| Kansas | 4.82 (average) | $2 | AWP–10% |
| Kentucky | 4.75 OP/$5.75 LTC | No | AWP–10% |
| Louisiana | 5.77 | 50 cents–$3 | AWP–10.5% |
| Maine | 3.35 | 50 cents–$3 | AWP–10% |
| Maryland | 4.21 | $1 | WAC+10% |
| Massachusetts | 3.00 | 50 cents | AWP–10% |
| Michigan | 3.72 | $1 | AWP–13.5% or AWP–15.1% |
| Minnesota | 3.65 | No | AWP–9% |
| Mississippi | 4.91 | $1 | AWP–10% |
| Missouri | 4.09 | 50 cents–$2 | AWP–10.43% |
| Montana | 2.00–4.14 | G: $1/B: $2 | AWP–10% |
| Nebraska | 2.84–5.05 | No | AWP–8.71% |
| Nevada | 4.64 | No | AWP–10% |
| New Hampshire | 2.50 | G: 50 cents/B: $1 | AWP–12% |
| New Jersey | 3.73–4.07 | No | AWP–10% |
| New Mexico | 4.00 | No. | AWP–12.5% |
| New York | 4.50–5.50 | G: 50 cents/B: $2 | AWP–10% |
| North Carolina | 5.60 | $1 | AWP–10% |
| North Dakota | 4.60 | No | AWP–10% |
| Ohio | 3.50 | No | AWP–7.5% |
| Oklahoma | 4.15 | $1/$2 | AWP–10.5% |
| Oregon | 3.80–4.16 | No | AWP–11% |
| Pennsylvania | 4.00 | $1 | AWP–10% |
| Rhode Island | 2.85–3.40 | No | WAC+5% |
| South Carolina | 4.05 | $1.50 | AWP–10% |
| South Dakota | 4.75 | $2 | AWP–10.5% |
| Tennessee* | — | — | — |
| Texas | 5.27 + 2% | No | AWP–10.49%; WAC+12% |
| Utah | 3.90–4.40 | $1 | AWP–12% |
| Vermont | 4.25 | $2 | AWP–10% |
| Virginia | 4.25 | $1 | AWP–9% |
| Washington | 3.90–4.82 | No | AWP–11% |
| West Virginia | 3.90 | 50 cents–$2 | AWP–12% |
| Wisconsin | 4.69–38.55 | $1 | AWP–10% |
| Wyoming | 4.70 | $1 | AWP–4% |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost;
G = Generic; B = Brand name; OP = Outpatient; LTC = Long Term Care.
*Within federal and state guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by state drug program administrators in the National Pharmaceutical Council Survey.

CONFIDENTIAL



IVAX-MA-00374974

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Alabama[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 139.29** | **ZGP Reimbursement** | **$ 125.80** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 39.27** | **Profit** | **$ 59.42** |
| **Annualized Profit** | **$ 2,042.04** | **Annualized Profit** | **$ 3,089.84** |

## *Annualized Profit Advantage/Patient - $1047.80*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No. 3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0398-1-M

CONFIDENTIAL

IVAX-MA-00374975

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Alaska[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 126.76** | **ZGP Reimbursement** | **$  115.03** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$  26.74** | **Profit** | **$   48.65** |
| **Annualized Profit** | **$ 1,390.48** | **Annualized Profit** | **$  2,529.80** |

## *<u>Annualized Profit Advantage/Patient - $1,139.32</u>*

*Also Available*
- *- Multi-Patient Registration Forms*
- *- Assistance In Registration Process*
- *- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.*

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-2-M

CONFIDENTIAL

IVAX-MA-00374976

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- New Lower Contract Price (effective 7/1/98)
- Medicaid Reimbursement In Arizona[1] on 450mg/day[2]

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 94.50 | ZGP Reimbursement | $    94.50 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $ (5.52) | Profit | $   28.12 |
| Annualized Profit | $ (287.04) | Annualized Profit | $   1,462.24 |

## <u>*Annualized Profit Advantage/Patient - $1,749.28*</u>

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-3-M

CONFIDENTIAL

IVAX-MA-00374977

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Arkansas[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 116.39** | **ZGP Reimbursement** | **$ 105.33** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 16.37** | **Profit** | **$ 38.95** |
| **Annualized Profit** | **$ 851.24** | **Annualized Profit** | **$ 2,025.40** |

## *Annualized Profit Advantage/Patient - $1,174.16*

*Also Available*

- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-4-M

CONFIDENTIAL

IVAX-MA-00374978

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In California[1] on 450mg/day[2]**

| Brand Reimbursement | $ 119.88 | ZGP Reimbursement | $ 108.15 |
|---|---|---|---|
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 19.86 | Profit | $ 41.77 |
| Annualized Profit | $ 1,032.72 | Annualized Profit | $ 2,172.04 |

## _Annualized Profit Advantage/Patient - $1,139.32_

### *Also Available*

- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-5-M

CONFIDENTIAL

IVAX-MA-00374979

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In California[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 119.88** | **ZGP Reimbursement** | **$   108.15** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$   19.86** | **Profit** | **$   41.77** |
| **Annualized Profit** | **$ 1,032.72** | **Annualized Profit** | **$ 2,172.04** |

## _Annualized Profit Advantage/Patient - $1,139.32_

### Also Available
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0398-5-M

CONFIDENTIAL

IVAX-MA-00374980

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Colorado[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 114.06** | **ZGP Reimbursement** | **$ 102.94** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 14.04** | **Profit** | **$ 36.56** |
| **Annualized Profit** | **$ 730.08** | **Annualized Profit** | **$ 1,901.12** |

## *Annualized Profit Advantage/Patient - $1,171.04*

### *Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-6-M

CONFIDENTIAL

IVAX-MA-00374981

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Connecticut[1] on 450mg/day[2]**

**Brand Reimbursement $ 111.75**  **ZGP Reimbursement $ 100.87**
**Brand Cost[3]                  $ 100.02**  **ZGP Cost[4]                  $  66.38**
**Profit                         $  11.73**  **Profit                       $  34.49**
**Annualized Profit    $ 609. 96**  **Annualized Profit    $ 1,793.48**

## _Annualized Profit Advantage/Patient - $1,183.52_

*Also Available*
   - Multi-Patient Registration Forms
   - Assistance In Registration Process
   - Self Addressed Envelopes For Weekly Mailing
   of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-7-M

CONFIDENTIAL

IVAX-MA-00374982

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Delaware[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 109.79** | **ZGP Reimbursement** | **$   99.03** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$  66.38** |
| **Profit** | **$   9.77** | **Profit** | **$  32.65** |
| **Annualized Profit** | **$  508.04** | **Annualized Profit** | **$  1,697.80** |

## *Annualized Profit Advantage/Patient - $1,189.76*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-8-M

CONFIDENTIAL

IVAX-MA-00374983

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Florida[1] on 450mg/day[2]**

Brand Reimbursement <u>$ 131.70</u>   ZGP Reimbursement <u>$  118.76</u>

Brand Cost[3] _____ <u>$  100.02</u>   ZGP Cost[4] _____ <u>$    66.38</u>

Profit _____ <u>$  31.68</u>   Profit _____ <u>$    52.38</u>

Annualized Profit   <u>$ 1,647.36</u>   Annualized Profit  <u>$ 2,723.76</u>

## *Annualized Profit Advantage/Patient - $1,076.40*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-9-M

CONFIDENTIAL

IVAX-MA-00374984

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Georgia[1] on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| Brand Reimbursement | $ 114.72 | ZGP Reimbursement | $ | 103.60 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ | 66.38 |
| Profit | $ 14.70 | Profit | $ | 37.22 |
| Annualized Profit | $ 764.40 | Annualized Profit | $ | 1,935.44 |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-10-M

CONFIDENTIAL

IVAX-MA-00374985

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Hawaii[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 114.65** | **ZGP Reimbursement** | **$   103.59** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$  14.63** | **Profit** | **$   37.21** |
| **Annualized Profit** | **$  760.76** | **Annualized Profit** | **$  1,934.92** |

## *Annualized Profit Advantage/Patient - $1,174.16*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-11-M

CONFIDENTIAL

IVAX-MA-00374986

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Idaho[1] on 450mg/day[2]**

| Brand Reimbursement | $ 126.75 | ZGP Reimbursement | $ 114.39 |
|---|---|---|---|
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 26.73 | Profit | $ 48.01 |
| Annualized Profit | $ 1,389.96 | Annualized Profit | $ 2,496.52 |

## *Annualized Profit Advantage/Patient - $1,106.56*

### *Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0398-12-M

CONFIDENTIAL

IVAX-MA-00374987

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Illinois[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 110.15** | **ZGP Reimbursement** | **$   99.27** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$   10.13** | **Profit** | **$   32.89** |
| **Annualized Profit** | **$   526.76** | **Annualized Profit** | **$ 1,710.28** |

## *Annualized Profit Advantage/Patient - $1,183.52*

*Also Available*
 - *Multi-Patient Registration Forms*
 - *Assistance In Registration Process*
 - *Self Addressed Envelopes For Weekly Mailing*
   *of White Blood Cell Count Forms.*

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-20-M

CONFIDENTIAL

IVAX-MA-00374988

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Indiana[1] on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| **Brand Reimbursement** | **$ 113.90** | **ZGP Reimbursement** | **$ 102.78** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 13.88** | **Profit** | **$ 36.40** |
| **Annualized Profit** | **$ 721.76** | **Annualized Profit** | **$ 1,892.80** |

## *<u>Annualized Profit Advantage/Patient - $1,171.04</u>*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing**
  **of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics. Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-21-M

CONFIDENTIAL

IVAX-MA-00374989

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Iowa[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 118.40 | ZGP Reimbursement | $ 107.28 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 18.38 | Profit | $ 40.90 |
| Annualized Profit | $ 955.76 | Annualized Profit | $ 2,126.80 |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-18-M

CONFIDENTIAL

IVAX-MA-00374990

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Kansas[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 115.54 | ZGP Reimbursement | $ 104.42 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 15.52 | Profit | $ 38.04 |
| Annualized Profit | $ 807.04 | Annualized Profit | $ 1,978.08 |

### *<u>Annualized Profit Advantage/Patient - $1,171.04</u>*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing**
  **of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-22-M

CONFIDENTIAL

IVAX-MA-00374991

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Kentucky[1] on 450mg/day[2]**

| | | |
|---|---|---|
| **Brand Reimbursement $ 115.40** | **ZGP Reimbursement $ 104.28** | |
| **Brand Cost[3]          $ 100.02** | **ZGP Cost[4]          $  66.38** | |
| **Profit          $  15.38** | **Profit          $  37.90** | |
| **Annualized Profit   $   799.76** | **Annualized Profit   $ 1,970.80** | |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
   - Multi-Patient Registration Forms
   - Assistance In Registration Process
   - Self Addressed Envelopes For Weekly Mailing
     of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-23-M

CONFIDENTIAL

IVAX-MA-00374992

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Louisiana[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 116.85** | **ZGP Reimbursement** | **$ 105.79** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 16.83** | **Profit** | **$ 39.41** |
| **Annualized Profit** | **$ 875.16** | **Annualized Profit** | **$ 2,049.32** |

## *Annualized Profit Advantage/Patient - $1,174.16*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-24-M

CONFIDENTIAL

IVAX-MA-00374993

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Maine[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 112.60 | ZGP Reimbursement | $ 101.48 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 12.58 | Profit | $ 35.10 |
| Annualized Profit | $ 654.16 | Annualized Profit | $ 1,825.20 |

## <u>*Annualized Profit Advantage/Patient - $1,171.04*</u>

*Also Available*

- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-27-M

CONFIDENTIAL

IVAX-MA-00374994

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Maryland[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 137.85** | **ZGP Reimbursement** | **$ 124.26** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 37.83** | **Profit** | **$ 57.88** |
| **Annualized Profit** | **$ 1,967.16** | **Annualized Profit** | **$ 3,009.76** |

## <u>*Annualized Profit Advantage/Patient - $1,042.60*</u>

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-26-M

CONFIDENTIAL

IVAX-MA-00374995

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Massachusetts[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 113.86** | **ZGP Reimbursement** | **$    82.86** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$    66.38** |
| **Profit** | **$   13.84** | **Profit** | **$    16.48** |
| **Annualized Profit** | **$   719.68** | **Annualized Profit** | **$   856.96** |

## *Annualized Profit Advantage/Patient - $137.28*

### *Also Available*
- *- Multi-Patient Registration Forms*
- *- Assistance In Registration Process*
- *- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.*

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-25-M

CONFIDENTIAL

IVAX-MA-00374996

# ZGP Generic Clozapine

# PRICE UPDATE

- New Lower Contract Price (effective 7/1/98)
- Medicaid Reimbursement In Michigan[1]  on 450mg/day[2]

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 109.22 | ZGP Reimbursement | $    98.53 |
| Brand Cost[3] | $  100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $    9.20 | Profit | $   32.15 |
| Annualized Profit | $    478.40 | Annualized Profit | $ 1,671.80 |

## *Annualized Profit Advantage/Patient - $1,193.40*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-28-M

CONFIDENTIAL

IVAX-MA-00374997

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Minnesota[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 114.38 | ZGP Reimbursement | $   103.13 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $  14.36 | Profit | $   36.75 |
| Annualized Profit | $   746.72 | Annualized Profit | $ 1,911.00 |

## *Annualized Profit Advantage/Patient - $1,164.28*

*Also Available*

- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-29-M

CONFIDENTIAL

IVAX-MA-00374998

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Mississippi[1] on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| Brand Reimbursement | $ 115.72 | ZGP Reimbursement | $ 104.60 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 15.70 | Profit | $ 38.22 |
| Annualized Profit | $ 816.40 | Annualized Profit | $ 1,987.44 |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-31-M

CONFIDENTIAL

IVAX-MA-00374999

# ZGP Generic Clozapine

# **PRICE UPDATE**

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Missouri[1]  on 450mg/day[2]**

| Brand Reimbursement | $ 113.57 | ZGP Reimbursement | $  102.51 |
|---|---|---|---|
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $  66.38 |
| Profit | $ 13.55 | Profit | $  36.13 |
| Annualized Profit | $  704.60 | Annualized Profit | $ 1,878.76 |

## *Annualized Profit Advantage/Patient - $1,174.16*

### *Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

C198-30-M

CONFIDENTIAL

IVAX-MA-00375000

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Montana[1] on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| **Brand Reimbursement** | **$ 112.00** | **ZGP Reimbursement** | **$   100.88** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$  11.98** | **Profit** | **$   34.50** |
| **Annualized Profit** | **$   622.96** | **Annualized Profit** | **$ 1,794.00** |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-32-M

CONFIDENTIAL

IVAX-MA-00375001

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Nebraska[1]  on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| Brand Reimbursement | $ 116.74 | ZGP Reimbursement | $  105.46 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $  16.72 | Profit | $   39.08 |
| Annualized Profit | $   869.44 | Annualized Profit | $ 2,032.16 |

## *Annualized Profit Advantage/Patient - $1,162.72*

### *Also Available*

- *Multi-Patient Registration Forms*
- *Assistance In Registration Process*
- *Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.*

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-36-M

CONFIDENTIAL

IVAX-MA-00375002

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Nevada[1] on 450mg/day[2]**

Brand Reimbursement $ 115.18   ZGP Reimbursement $   104.06

Brand Cost[3]           $  100.02   ZGP Cost[4]              $   66.38

Profit                       $   15.16   Profit                       $   37.68

Annualized Profit    $    788.32   Annualized Profit    $ 1,959.36

## _Annualized Profit Advantage/Patient - $1,171.04_

*Also Available*

- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-34-M

CONFIDENTIAL

IVAX-MA-00375003

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In New Hampshire[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 108.55** | **ZGP Reimbursement** | **$    97.67** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$   8.53** | **Profit** | **$   31.29** |
| **Annualized Profit** | **$    443.56** | **Annualized Profit** | **$  1,627.08** |

## *Annualized Profit Advantage/Patient - $1,183.52*

*Also Available*
   - **Multi-Patient Registration Forms**
   - **Assistance In Registration Process**
   - **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand  VAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-37-M

CONFIDENTIAL

IVAX-MA-00375004

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In New Jersey[1] on 450mg/day[2]**

**Brand Reimbursement $ 113.74**   ZGP Reimbursement $  102.62

**Brand Cost[3]** _____ $ 100.02   ZGP Cost[4] _____ $   66.38

**Profit** _____ $  13.72   Profit _____ $   36.24

**Annualized Profit** _ $   713.44   Annualized Profit _ $ 1,884.48

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-38-M

CONFIDENTIAL

IVAX-MA-00375005

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In New Mexico[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 110.96** | **ZGP Reimbursement** | **$ 100.15** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 10.94** | **Profit** | **$ 33.77** |
| **Annualized Profit** | **$ 568.88** | **Annualized Profit** | **$ 1,756.04** |

## *Annualized Profit Advantage/Patient - $1,187.16*

*Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing**
  **of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-39-M

CONFIDENTIAL

IVAX-MA-00375006

# ZGP Generic Clozapine

# **PRICE UPDATE**

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In New York[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 116.90** | **ZGP Reimbursement** | **$  105.78** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$    66.38** |
| **Profit** | **$   16.88** | **Profit** | **$   39.40** |
| **Annualized Profit** | **$    877.76** | **Annualized Profit** | **$  2,048.80** |

## *Annualized Profit Advantage/Patient - $1,171.04*

    *Also Available*
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-40-M

CONFIDENTIAL

IVAX-MA-00375007

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In North Carolina[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 117.10 | ZGP Reimbursement | $ 105.98 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 17.08 | Profit | $ 39.60 |
| Annualized Profit | $ 888.16 | Annualized Profit | $ 2,059.20 |

## *Annualized Profit Advantage/Patient - $1,171.04*

### *Also Available*
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-33-M

CONFIDENTIAL

IVAX-MA-00375008

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In North Dakota[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 115.10 | ZGP Reimbursement | $ 103.98 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 15.08 | Profit | $ 37.60 |
| Annualized Profit | $ 784.16 | Annualized Profit | $ 1,955.20 |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- Discount On Initial Order of ZGP Clozapine
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-35-M

CONFIDENTIAL

IVAX-MA-00375009

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Ohio[1]  on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $   91.16 | ZGP Reimbursement | $     91.16 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $   (8.86) | Profit | $   24.78 |
| Annualized Profit | $  (460.72) | Annualized Profit | $  1,288.56 |

## <u>*Annualized Profit Advantage/Patient - $1,749.28*</u>

*Also Available*
- Discount On Initial Order of ZGP Clozapine
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-41-M

CONFIDENTIAL

IVAX-MA-00375010

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Oklahoma[1] on 450mg/day[2]**

**Brand Reimbursement $ 113.61**  **ZGP Reimbursement $  102.55**

**Brand Cost[3]        $  100.02**  **ZGP Cost[4]        $   66.38**

**Profit        $  13.59**  **Profit        $   36.17**

**Annualized Profit   $   706.68**  **Annualized Profit   $  1,880.84**

## *Annualized Profit Advantage/Patient - $1,174.16*

*Also Available*
- Discount On Initial Order of ZGP Clozapine
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998. pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-42-M

CONFIDENTIAL

IVAX-MA-00375011

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1//98)**
- **Medicaid Reimbursement In Oregon[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 112.42 | ZGP Reimbursement | $ 101.43 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 12.40 | Profit | $ 35.05 |
| Annualized Profit | $ 644.80 | Annualized Profit | $ 1,822.60 |

## *Annualized Profit Advantage/Patient - $1,177.80*

*Also Available*

- Discount On Initial Order of ZGP Clozapine
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-43-M

CONFIDENTIAL

IVAX-MA-00375012

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Pennsylvania[1] on 450mg/day[2]**

| | | | | |
|---|---|---|---|---|
| Brand Reimbursement | $ 113.90 | ZGP Reimbursement | $ 102.78 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 13.88 | Profit | $ 36.40 |
| Annualized Profit | $ 721.76 | Annualized Profit | $ 1,892.80 |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-44-M

CONFIDENTIAL

IVAX-MA-00375013

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Rhode Island[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 109.76** | **ZGP Reimbursement** | **$   80.16** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$     9.74** | **Profit** | **$   13.78** |
| **Annualized Profit** | **$   506.48** | **Annualized Profit** | **$   716.56** |

## *Annualized Profit Advantage/Patient - 210.08*

*Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics. Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-45-M

CONFIDENTIAL

IVAX-MA-00375014

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In South Carolina[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 114.00** | **ZGP Reimbursement** | **$ 102.88** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 13.98** | **Profit** | **$ 36.50** |
| **Annualized Profit** | **$ 726.96** | **Annualized Profit** | **$ 1,898.00** |

## *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
- Discount On Initial Order of ZGP Clozapine
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-46-M

CONFIDENTIAL

IVAX-MA-00375015

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In South Dakota[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 114.81 | ZGP Reimbursement | $  103.75 |
| Brand Cost[3] | $  100.02 | ZGP Cost[4] | $   66.38 |
| Profit | $   14.79 | Profit | $   37.37 |
| Annualized Profit | $   769.08 | Annualized Profit | $  1,943.24 |

## *Annualized Profit Advantage/Patient - $1,174.16*

*Also Available*
- Discount On Initial Order Of ZGP Clozapine
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-47-M

CONFIDENTIAL

IVAX-MA-00375016

# ZGP Generic Clozapine

# <u>PRICE UPDATE</u>

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Tennessee[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 116.81** | **ZGP Reimbursement** | **$  105.75** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$   16.79** | **Profit** | **$   39.37** |
| **Annualized Profit** | **$    873.08** | **Annualized Profit** | **$  2,047.24** |

## <u>*Annualized Profit Advantage/Patient - $1,174.16*</u>

*Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-48-M

CONFIDENTIAL

IVAX-MA-00375017

# ZGP Generic Clozapine

# **PRICE UPDATE**

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Texas[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 115.86** | **ZGP Reimbursement** | **$ 104.80** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 15.84** | **Profit** | **$ 38.42** |
| **Annualized Profit** | **$ 823.68** | **Annualized Profit** | **$ 1,997.84** |

## *Annualized Profit Advantage/Patient - $1,174.16*

### *Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-49-M

CONFIDENTIAL

IVAX-MA-00375018

# ZGP Generic Clozapine

# **PRICE UPDATE**

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Utah[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 111.35** | **ZGP Reimbursement** | **$  100.47** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$  66.38** |
| **Profit** | **$  11.33** | **Profit** | **$  34.09** |
| **Annualized Profit** | **$  589.16** | **Annualized Profit** | **$ 1,772.68** |

## *Annualized Profit Advantage/Patient - $1,183.52*

### *Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-50-M

CONFIDENTIAL

IVAX-MA-00375019

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Vermont[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 114.40** | **ZGP Reimbursement** | **$   103.28** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$  14.38** | **Profit** | **$   36.90** |
| **Annualized Profit** | **$   747.76** | **Annualized Profit** | **$  1,918.80** |

## _Annualized Profit Advantage/Patient - $1,171.04_

### _Also Available_
- _Discount On Initial Order of ZGP Clozapine_
- _Multi-Patient Registration Forms_
- _Assistance In Registration Process_
- _Self Addressed Envelopes For Weekly Mailing_
  _of White Blood Cell Count Forms._

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-52-M

CONFIDENTIAL

IVAX-MA-00375020

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Virginia[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 115.88** | **ZGP Reimbursement** | **$  104.63** |
| **Brand Cost[3]** | **$  100.02** | **ZGP Cost[4]** | **$   66.38** |
| **Profit** | **$  15.86** | **Profit** | **$  37.95** |
| **Annualized Profit** | **$   824.72** | **Annualized Profit** | **$ 1,973.40** |

## _Annualized Profit Advantage/Patient - $1,164.28_

_Also Available_
   - **Discount On Initial Order of ZGP Clozapine**
   - **Multi-Patient Registration Forms**
   - **Assistance In Registration Process**
   - **Self Addressed Envelopes For Weekly Mailing**
     **of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-51-M

CONFIDENTIAL

IVAX-MA-00375021

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Washington D.C.[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| Brand Reimbursement | $ 114.90 | ZGP Reimbursement | $ 103.78 |
| Brand Cost[3] | $ 100.02 | ZGP Cost[4] | $ 66.38 |
| Profit | $ 14.88 | Profit | $ 37.40 |
| Annualized Profit | $ 773.76 | Annualized Profit | $ 1,944.80 |

### *Annualized Profit Advantage/Patient - $1,171.04*

*Also Available*
   - **Discount On Initial Order Of ZGP Clozapine**
   - **Multi-Patient Registration Forms**
   - **Assistance In Registration Process**
   - **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-13-M

CONFIDENTIAL

IVAX-MA-00375022

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Washington[1] on 450mg/day[2]**

**Brand Reimbursement $ 112.88**   **ZGP Reimbursement $   101.89**
**Brand Cost[3]          $  100.02**   **ZGP Cost[4]             $   66.38**
**Profit                 $   12.86**   **Profit                  $   35.51**
**Annualized Profit   $   668.72**   **Annualized Profit   $  1,846.52**

## *Annualized Profit Advantage/Patient - $1,177.80*

*Also Available*
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-53-M

CONFIDENTIAL

IVAX-MA-00375023

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In West Virginia[1] on 450mg/day[2]**

**Brand Reimbursement $ 111.35**   **ZGP Reimbursement $   100.47**

**Brand Cost[3] _____ $ 100.02**   **ZGP Cost[4] _____ $   66.38**

**Profit _____ $  11.33**   **Profit _____ $   34.09**

**Annualized Profit  $   589.16**   **Annualized Profit  $  1,772.68**

## _Annualized Profit Advantage/Patient - $1,183.52_

### *Also Available*
- *- Discount On Initial Order of ZGP Clozapine*
- *- Multi-Patient Registration Forms*
- *- Assistance In Registration Process*
- *- Self Addressed Envelopes For Weekly Mailing*
  *of White Blood Cell Count Forms.*

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

C198-55-M

CONFIDENTIAL

IVAX-MA-00375024

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Wisconsin[1] on 450mg/day[2]**

Brand Reimbursement $ 115.28  ZGP Reimbursement $ 104.16

Brand Cost[3] _____ $ 100.02  ZGP Cost[4] _____ $ 66.38

Profit _____ $ 15.26  Profit _____ $ 37.78

Annualized Profit $ 793.52  Annualized Profit $ 1,964.56

## *Annualized Profit Advantage/Patient - $1,171.04*

### *Also Available*

- Discount On Initial Order of ZGP Clozapine
- Multi-Patient Registration Forms
- Assistance In Registration Process
- Self Addressed Envelopes For Weekly Mailing
  of White Blood Cell Count Forms.

[1] Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2] Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3] Based on estimated brand WAC + 2% wholesale upcharge.
[4] Based on ZGP contract price + 2% wholesale upcharge.

0198-54-M

CONFIDENTIAL

IVAX-MA-00375025

# ZGP Generic Clozapine

# PRICE UPDATE

- **New Lower Contract Price (effective 7/1/98)**
- **Medicaid Reimbursement In Wyoming[1] on 450mg/day[2]**

| | | | |
|---|---|---|---|
| **Brand Reimbursement** | **$ 122.36** | **ZGP Reimbursement** | **$ 110.50** |
| **Brand Cost[3]** | **$ 100.02** | **ZGP Cost[4]** | **$ 66.38** |
| **Profit** | **$ 22.34** | **Profit** | **$ 44.12** |
| **Annualized Profit** | **$ 1,161.68** | **Annualized Profit** | **$ 2,294.24** |

### _Annualized Profit Advantage/Patient - $1,132.56_

### _Also Available_
- **Discount On Initial Order of ZGP Clozapine**
- **Multi-Patient Registration Forms**
- **Assistance In Registration Process**
- **Self Addressed Envelopes For Weekly Mailing of White Blood Cell Count Forms.**

[1]Reimbursement Fees and Dispensing Fees as quoted by Drug Topics, Vol. 142, No.3, February 2, 1998, pg. 55.
[2]Average dosage regimen is 450mg/day, per IMS data (four 100mg tablets and two 25mg tablets/day).
[3]Based on estimated brand WAC + 2% wholesale upcharge.
[4]Based on ZGP contract price + 2% wholesale upcharge.

0198-56-M

CONFIDENTIAL

IVAX-MA-00375026

Section
Ten

CONFIDENTIAL

IVAX-MA-00375029

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |

# Health Care Financing Administration

### Regional Office Officials

#### REGION I -- BOSTON REGIONAL OFFICE

(Connecticut, Maine, Massachusetts,
New Hampshire, Rhode Island, Vermont)

John F. Kennedy Federal Building
Room 2325
Boston, Massachusetts 02203-0003

AREA CODE (617)
Office of the Regional Administrator (Corporate ID - ROBOSORA)
Acting Regional Administrator--Lee Mosedale                565-1188
Deputy Regional Administrator--Ava Chung                   565-1185
Administrative Officer--Norma M. Grimstad                  565-1183
Program Analyst--Craig Schneider                           565-1189
Information Management Specialist--Joseph A. DiNuzzo       565-1195
RA's Administrative Assistant--Harriet Sergy               565-1188
        Fax:565-1339

Division of Beneficiaries, Health Plans & Providers (Corporate ID - ROBOSHPP or
        ROBOSBS)
Associate Regional Administrator--Peter Toland            565-1273
    Chief, Beneficiary Services & Contractor Operations
      Branch--Darrell A. Spencer                           565-1232
    Chief, Health Plans and Providers Branch--Thomas F. Minton, Jr.565-1267
        Fax:565-3856

    Division of Financial Management (Corporate ID - ROBOSFM)
Associate Regional Administrator--Lynda Sitz              565-1322
Branch Chief, Financial Management Branch--Herve L. Guerette   565-1254
      Fax:565-4835

Division of Medicaid and State Operations (Corporate ID - ROBOSMSO)
Associate Regional Administrator--Ronald P. Preston       565-1223
    Chief, Program Systems Branch--Jeanette E. Clinkenbeard   565-1257
    Chief, Quality Improvement Branch--Margaret A. Leoni-Lugo   565-1299
    Chief, Financial Management Branch--Dennis M. Maloney   565-1230
        Fax:565-1083

Division of Clinical Standards and Quality (Corporate ID - ROBOSCSQ)
Associate Regional Administrator--Richard C. Dicker       565-1323
    Chief, Clinical Standards and Quality Branch--Doris S. West   565-1320
        Fax:565-4835

#### REGION II -- NEW YORK REGIONAL OFFICE

(New Jersey, New York, Puerto Rico, Virgin Islands)

26 Federal Plaza, Room 3811
New York, New York 10278-0063

http://www.hcfa.gov/medicaid/rolist.htm

8/3/98

CONFIDENTIAL

IVAX-MA-00375030

HCFA Regional Office Officials                                    Page 2 of 8

```
                AREA CODE (212)
Office of the Regional Administrator (Corporate ID - RONYCORA)
Regional Administrator--Judy Berek                        264-4488
Acting Deputy Regional Administrator--Alberta Leone       264-4488
Executive Officer--Connie Vita                            264-8225
Information Management Specialist--Thomas Jones           264-4616
ORA's Secretary--Carmen Alvarado                          264-4488
        Fax:264-2580


Division of Beneficiaries, Health Plans & Providers (Corporate ID - RONYCBS or
    RONYCHPP)
Acting Associate Regional Administrator--Tierre Jeanne    264-3261
    Chief, Health Plans Branch (MMC)--Gail Weinreb        264-3661
    Chief, Beneficiary Services & Providers Branch NY--Fred Rosen 264-3926
    Chief,  Beneficiary Services and Providers Branch NJ/PR/VI--vacant264-3657
        Fax:264-2665


    Division of Financial Management (Corporate ID - RONYCFM)
Acting Associate Regional Administrator--Jean Stone       264-0119
    Chief, Program Integrety Branch--Jean Stone           264-3124
    Chief, Financial Controls Branch--Saverio DeRosa      264-2583
        Fax:264-2790


Division of Medicaid and State Operations (Corporate ID - RONYCMSO)
Associate Regional Administrator--Sue Kelly               264-2058
    Chief, State Operations Branch NY--vacant             264-2504
    Chief, State Operations Branch NJ/PR/VI--Louis Schiro 264-0019
    Chief, Program Support and Initiatives Branch--Dudley Lamming 264-1121
        Fax:264-6814
```

---

## REGION III -- PHILADELPHIA REGIONAL OFFICE

(Delaware, District of Columbia, Maryland,
Pennsylvania, Virginia, West Virginia)

Suite 216, The Public Ledger Building
150 South Indep . . te Mall West
Philadelphia, Pe.. .l.a..a 19106

```
                AREA CODE (215)
Office of the Regional Administrator (Corporate ID - ROPHIORA)
Acting Regional Administrator--Charlene Brown             861-4154
Deputy Regional Administrator--Dennis J. Carroll, Acting  861-4156
Administrative Officer--Francis T. McCullough             861-4157
Special Assistant--Carol Messick                          861-4244
ORA's Secretary--Maureen Goetz                            861-4262
        Fax:861-


Division of Beneficiaries, Health Plans & Providers (Corporate ID - ROPHIBS or
    ROPHIHPP)
Associate Regional Administrator--Dennis Carroll          861-4156
    Chief, Medicare Managed Care Branch--David W. Sayen   861-4159
    Chief, Contractor and Provider Operations Branch--Catherine G. McCoy861-4250
    Chief, Beneficiary Services Branch--Peter R. Goodman  861-4213
        Fax:861-


    Division of Financial Management (Corporate ID - ROPHIFM)
Associate Regional Administrator--Robert J. Taylor        861-4261
    Chief, Financial Management Branch--vacant            861-


Division of Medicaid and State Operations (Corporate ID - ROPHIMSO)
```

CONFIDENTIAL

IVAX-MA-00375031

HCFA Regional Office Officials                                    Page 3 of 8

```
Associate Regional Administrator--Claudette V. Campbell      861-4263
   Chief, Family and Children's Health Branch--Dennis M. Gallagher861-4217
   Chief, Elderly and Disabled Health Branch--Timothy J. Hock    861-4311
   Chief, Quality and Performance Management Branch--John E. Gallagher861-4275
        Fax:861-
```

---

### REGION IV -- ATLANTA REGIONAL OFFICE

(Alabama, North Carolina, South Carolina,
Florida, Georgia, Kentucky,
Mississippi Tennessee)

Atlanta Federal Center
61 Forsyth Street, S.W., Suite 4T20
Atlanta, Georgia 30303-8909

```
        AREA CODE (404)
Office of the Regional Administrator (Corporate ID - ROATLORA)
Regional Administrator--Rose Crum-Johnson                   562-7150
Deputy Regional Administrator-- Patricia L. Harris          562-7154
Executive Assistant--Joyce Thorne                           562-7169
Consortium Executive Officer--Larry Jones                   562-7332
National Medicaid Fraud and Abuse Coordinator--Rhonda Hall  562-7175
Information Management Specialist--Gayle Y. Ransom          562-7156
        Fax:562-7162

Division of Beneficiaries Services (Corporate ID - ROATLBS)
Associate Regional Administrator--Deloris E. Heglar         562-7250
   Chief, Beneficiary Services Branch--Teresa Wilson        562-7230
   Chief, Contractor Management Branch--Wilma Cooper        562-7230
        Fax:562-7255
   Verify:562-7230

Division of Health Plans and Providers (Corporate ID - ROATLHPP)
Associate Regional Administrator--George F. Jacobs, II      562-7361
   Chief, Medicare Managed Care Branch--Stuart
        Fax:562-7386
   Verify:562-7390

Division of Medicaid and State Operations (Corporate ID - ROATLMSO)
Associate Regional Administrator--Gene A. Grasser, Jr.      562-7401
   Chief, Medicaid Financial Management Branch--Hugh L. Webster (Acting) 562-7395
   Chief, Medicaid Operations Branch--Vernell E. Britton    562-7359
   Chief, Professional Health Advocacy and Analysis Branch--Sandra M. Pace 562-7357
   Chief, Survey and Certification Operations Branch--Richard A. James 562-7398
        Fax:562-7482
   Verify:562-7400

Division of Financial Managment and Program Initiatives (Corporate ID - ROATLFM)
Associate Regional Administrator--Dale K. Kendrick          562-7301
   Chief, Medicare Financial Management Branch--Ronald L. Smith 562-7300
   Chief, Program Integrity Branch--Mary W. Mitchell        562-7300
        Fax:562-7350
   Verify:562-7300
```

### REGION V -- CHICAGO REGIONAL OFFICE

(Illinois, Indiana, Michigan,
Minnesota, Ohio, Wisconsin)

105 West Adams Street

http://www.hcfa.gov/medicaid/rolist.htm

CONFIDENTIAL                                              IVAX-MA-00375032

HCFA Regional Office Officials                                             Page 4 of 8

Chicago, Illinois 60603-6201

```
        AREA CODE (312)
Office of the Regional Administrator (Corporate ID - ROCHIORA)
Regional Administrator--Dorothy Burk Collins            886-6432
Secretary--Carol Hanson                                 886-6432
Deputy Regional Administrator--Maruta Zitans            353-1753
Secretary--Edna Johnson                                 353-1753
Executive Officer--Gail Brugioni                        886-5341
Program Officer--Paul Sobocinski                        886-5342
        Fax:353-0252


Division of Beneficiary Services (Corporate ID - ROCHIBS)
Associate Regional Administrator--Migdalia Vargas       353-9840
  Manager, Beneficiary Services Branch--Druecilla Brown 353-9845
  Manager, Contractor Management Branch--Opal Nealy     353-9857
        Fax:886-5705


Division of Health Plans and Providers (Corporate ID - ROCHIHPP)
Associate Regional Administrator--David DuPre           ᴜᴜ6-5354
  Manager, Health Plan Purchasing Branch--Bette Weisberg 353-5737
        Fax:353-5927


Division of Financial Management ( Corporate ID - ROCHIFM)
Associate Regional Administrator--Maruta Zitans Budetti (Acting) 353-1753
  Manager, Program Integrity Branch--Robert Tilley      353-9811
  Manager, Fiscal Integrity Branch--John Tolian         353-9817
        Fax:353-0252


Division of Medicaid and State Operations (Corporate ID - ROCHIMSO)
Associate Regional Administrator--Walter Kummer         353-9805
  Manager, IL Operations Branch--Cheryl Harris          353-8850
  Manager, MI Operations Branch--Gwendolyn Michel       886-5211
  Manager, WI/MN Operations Branch--Minnie Hood-Griffin 353-1588
  Manager, OH/IN Operations Branch--Robert Daly         886-5344
  Manager, Survey & Certification Program
    Coordination & Improvement Branch--Charles Bennett  886-5561
  Manager, Medicaid Program Coordination
    & Improvement Branch--Sina Mercado                  353-0390
        FAX:353-3419                                    Fax:       353-
```

REGION VI -- DALLAS REGIONAL OFFICE

(Arkansas, Louisiana, New Mexico,
Oklahoma, Texas)

1301 Young Street, 8th floor
Dallas, Texas 75202

*Jeff*

```
        AREA CODE (214)
Office of the Regional Administrator (Corporate ID - RODALORA)
Regional Administrator--James Randolph Farris, M.D.     767-6427
Deputy Regional Administrator-- Ed Lessard              767-6428
Executive Officer--Sharron Dawson                       767-3050
FOI Officer--Ann Burleson                               767-6424
ORA's Secretary--Judy Thomas                            767-6427
        Fax:767-6400
        767-6595
```

Division of Beneficiaries, Health Plans, and Providers (Corporate ID - RODALHPP or
RODALBS)

CONFIDENTIAL   http://www.hcfa.gov/medicaid/rolist.htm

8/3/98

IVAX-MA-00375033

HCFA Regional Office Officials                                    Page 5 of 8

```
Associate Regional Administrator--Julie Kennedy          767-6418
  Chief, Beneficiary Services Branch--Susan McLaughlin, Acting  767-6401
  Chief, Health Plans and Providers Branch--Sue Pearcy    767-3693
        Fax:767-0323
     767-6439

Division of Financial Management and Program Initiatives (Corporate ID - RODALFM)
Associate Regional Administrator--Steve McAdoo           767-6402
  Chief, Program Integrity Branch--Judy Brown            767-6441
  Chief, Medicare Financial Management Branch--Jimmy Street  767-6402
        Fax:767-4440
     767-8819

Division of Medicaid and State Operations (Corporate ID - RODALMSO)
Associate Regional Administrator--Roger Perez            767-6301
  Chief, Medicaid Operations and Financial Management
    Branch--Andy Fredrickson                             767-6495
  Chief, Survey and Certification Operations Branch--Calvin Cline767-6305
  Chief, Professional Health Advocacy and Analysis Branch--Molly Crawshaw767-6322
        Fax:767-0270
     767-8638

Division of Clinical Standards and Quality (Corporate ID - RODALCSQ)
Division Director--Shawneequa Harris                     767-6469
        Fax:767-0322
```

### REGION VII -- KANSAS CITY REGIONAL OFFICE

(Iowa, Kansas, Missouri, Nebraska)

Richard Bolling Federal Building
601 East 12th Street, Rm. 235
Kansas City, Missouri 64106-2808

```
     AREA CODE (816)
Office of the Regional Administrator (Corporate ID - ROKCMORA)
Regional Administrator--Joe Tilghman                     426-5233
Deputy Regional Administrator--John L. Swetnam           426-5233
Administrative Officer--Linda G.  Richeson               426-5233
ORA's Secretary--Joann Finlay                            426-5233
        Fax:426-3548

Division of Beneficiary Services (Corporate ID - ROKCMBS)
Associate Regional Administrator--Carl E. Hawkins (Acting)  426-2866
        Fax:426-6769

Division of Health Plans and Providers (Corporate ID - ROKCMHPP)
Associate Regional Administrator--Judith E.  Salle       426-5033
        Fax:426-3851

Division of Medicaid and State Operations (Corporate ID - ROKCMMSO)
Associate Regional Administrator--Richard Brummel        426-5925
    Chief, Survey and Certification Branch 1--Tom Lenz    426-2011
    Chief, Survey and Certification Branch 2--Tom Lenz (Acting)  426-6409
    Chief, Medicaid Branch--Nan Foster-Reilly             426-3406
        Fax:426-3760

Division of Clinical Standards and Quality (Corporate ID - ROKCMCSQ)
Associate Regional Administrator--Gregory A.  Lear        426-5746
        Fax:426-5525
```

CONFIDENTIAL

IVAX-MA-00375034

HCFA Regional Office Officials                                      Page 6 of 8

<u>REGION VIII -- DENVER REGIONAL OFFICE</u>

(Colorado, Montana, North Dakota,
South Dakota, Utah, Wyoming)

Federal Office Building, Room 5^2
1961 Stout Street
Denver, Colorado 80294-3538



AREA CODE (303)
Office of the Regional Administrator (Corporate ID - RODENORA)
Regional Administrator -- Alex Trujillo (Acting)            844-2111
Deputy Regional Administrator -- (Vacant)                  844-2111
Administrative Officer -- Terri Longmire                    844-4024 x304*
        Fax:844-6374

Division of Beneficiaries, Health Plans & Providers (Corporate ID - RODENBS or
RODENHPP)
Division Director -- Spencer Ericson (Acting)              844-2121 x426
 Chief, Customer Relations Branch -- Mark Gilbert           844-4024 x415
 Chief, Medicare Administration Branch -- Darlene Debus     844-4024 x345
        Fax:844-3753

Division of Medicaid & State Operations (Corporate ID - RODENMSO)
Division Director -- Spencer Ericson                        844-2121 x426
 Chief, State Programs Branch -- Dave Selleck               844-6336 x327*
 Chief, Survey, Quality & Standards Branch -- (Vacant)
        Fax:844-3753

Division of Financial Management (Corporate ID - RODENFM)
Division Director -- Bernard Fellner                        844-2121 x322
 Chief, Financial Management Branch -- (Vacant)
 Chief, Systems Team -- George Brauchler (Acting)           844-2645 x326
        Fax:844-3753

* - Current phone numbers subject to change.


REGION IX -- SAN FRANCISCO REGIONAL OFFICE

(American Samoa, Arizona, California,
Guam, Hawaii, Nevada)

75 Hawthorne Street, 4th and 5th Floors
San Francisco, California 94105-3903



AREA CODE (415)
Office of the Regional Administrator, 4th Floor (Corporate ID - ROSANORA)
Regional Administrator--Elizabeth C. Abbott                744-3501
Deputy Regional Administrator--Vacant                      744-3502
Supervisory Special Assistant--Kenneth Krueger             744-3502
Administrative Officer--Linda F. Bonde                     744-3508
*Pacific Area Representative--Robert G. Bath          (808) 541-2732
ORA's Secretary--Deborah Akins                             744-3501
        Fax:744-3517
        Verify:744-3502

Division of Beneficiary Services, 5th Floor (Corporate ID - ROSFOBS)
Associate Regional Administrator--Alysson Blake            744-3628
Manager, Contractor Management Branch--Lourdes Maloney     744-3643
Manager, Customer Relations Branch--Henry Tyson            744-3602
        Fax:744-3761

http://www.hcfa.gov/medicaid/rolist.htm                    8/3/98

CONFIDENTIAL                                                IVAX-MA-00375035

Division of Financial Management, 5th Floor (Corporate ID - ROSFOFM)
Associate Regional Administrator--Janice M. Caldwell (Acting)   744-3658
Manager, Program Integrity and Budgets Branch--Jean Ohl         744-3658
Manager, Financial Management Branch--Karen Fuller (Acting)     744-3658
     Fax:744-3761

Division of Medicaid, 5th Floor (Corporate ID - ROSFOMSO)
Associate Regional Administrator--Richard Chambers             744-3568
Manager, State Coordination & Services Branch--Karen Fuller    744-3584
Manager, Waiver Coordination & Systems Branch, Linda Minamoto  744-3557
     Fax:744-2933

Division of State Operations, 4th Floor (Corporate ID - ROSFOMSO)
Associate Regional Administrator--Janice M. Caldwell           744-3679
Manager, Long Term Care Branch--Stanley Marcisz (Acting)       744-3696
Manager, Hospitals, Laboratories and Community Care Branch--Wayne Moon 744-3696
     Fax:744-2692

Health Plans & Providers Branch, 5th Floor (Corporate ID - ROSFOHPP)
Manager--Elizabeth H. Foley                                    744-3617
     Fax:744-3761

*300 Ala Moana Boulevard, Rm. 6322    Pacific Area Representative    Fax:(808) 54
Honolulu, Hawaii  96850                              Verify:(808) 541-2732

## REGION X -- SEATTLE REGIONAL OFFICE

(Alaska, Idaho, Oregon, Washington)

2201 Sixth Avenue, MS/RX-40
Seattle, Washington 98121-2500

AREA CODE (206)
Office of the Regional Administrator (Corporate ID - ROSEAORA)
Regional Administrator--Mary Kay Smith (Acting)               615-2306
Deputy Regional Administrator--John S.  ????                  615-2345
Administrative Officer--Evelyn M. Tapse                       615-2364
ORA's Secretary--Sharon Moriyasu                             615-2306
     Fax:615-2363
     Verify:615-2306

Division of Beneficiaries, Health Plans & Providers (Corporate ID - ROSEABS or
ROSEAHPP)
Associate Regional Administrator--Bunnee Butterfield          615-2318
     Fax:615-2472

Chief, Customer Relations Branch--Sharrion Jones             615-2354
     Fax:615-2363

Chief, Medicare Contractor Management Branch--Beverly Bell    615-2350
     Fax:615-2435

Chief, Medicare Managed Care Branch--Jack Nixon (Acting Chief) 615-2351
     Fax:615-2093

Division of Financial Management (Corporate ID - ROSEAFM)
Associate Regional Administrator--David Haffie                615-2334
     Fax:615-2472

http://www.hcfa.gov/medicaid/rolist.htm                          8/3/98

CONFIDENTIAL                                                    IVAX-MA-00375036

HCFA Regional Office Officials

Division of Medicaid and State Operations (Corporate ID - ROSEAMSO)
Associate Regional Administrator--Terry Trimble              615-2313
Chief, Medicaid Branch--Dan Dolan                            615-2326
Chief, Survey Quality & Standards Branch--Teresa Trimble     615-2313
        Fax:615-2435


Division of Clinical Standards and Quality (Corporate ID - ROSEACSQ)
Associate Regional Administrator--Peter Houck, M.D.          615-2310
Deputy Director--Vacant
        Fax:615-2435

Return to State and Federal Medicaid Contacts Page

Last updated May 26, 1998

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |

CONFIDENTIAL

8/3/98
IVAX-MA-00375037

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |
|------|----------|----------|------|----------|--------|------|

# State Medicaid Officials

ALABAMA — *Stuart*

Governor

> Honorable Fob James
> Governor of Alabama
> State Capitol
> 600 Dexter Avenue
> Montgomery AL 36103
> (334) 242-7100

Single State Agency Director

> Ms. Gwendolyn H. Williams
> Commissioner, Alabama Medicaid Agency
> 501 Dexter Avenue
> P.O. Box 5624
> Montgomery, AL 36103-5624
> (334) 242-5600

Medicaid Director

> Ms. Gwendolyn H. Williams
> Commissioner, Alabama Medicaid Agency
> 501 Dexter Avenue
> P.O. Box 5624
> Montgomery, AL 36103-5624
> (334) 242-5600
> Fax Number(334) 242-5097

Alabama Medicaid

ALASKA — *Dave R.*

Governor

> Honorable Tony Knowles
> Governor of Alaska
> P.O. Box 110001
> Juneau, AK 99811-0001
> (907) 465-3500

Single State Agency Director

> Ms. Karen Perdue
> Commissioner
> Department of Health and Social Services
> P.O. Box 110601
> Juneau, AK 99811-0601
> (907) 465-3030

Medicaid Director

> Mr. Robert Labbe
> Director
> Division of Medical Assistance
> Department of Health and Social Services
> P.O. Box 110660
> Juneau, AK 99811-0660
> (907) 465-3355
> Fax Number (907) 465-2204

Alaska Division of Medical Assistance

AMERICAN SAMOA — *Dave R.*

http://www.hcfa.gov/medicaid/scon1.htm

8/3/98

CONFIDENTIAL

IVAX-MA-00375038

State medicaid Officials - Alabama - Hawaii                    Page 2 of 7

| | |
|---|---|
| Governor | Honorable Tauese P. Sunia<br>Governor of American Samoa<br>Government House<br>Pago Pago, AS 96799<br>0288-011-684-633-4116 |
| Single State Agency Director | Mr. Joseph Tufa<br>Acting Director<br>Department of Health<br>LBJ Tropical Medical Center<br>Pago Pago, AS 96799<br>0288-011-684-633-2732 |
| Medicaid Director | Mr. Joseph Tufa<br>Acting Medicaid Program Director<br>Department of Health<br>LBJ Tropical Medical Center<br>Pago Pago, AS 96799<br>0288-011-684-633-4590<br>Fax Number 0288-011-684-633-1869 |

ARIZONA - *Dave R.*

| | |
|---|---|
| Governor | Honorable Jane Dee Hull<br>Governor of Arizona<br>State Capitol<br>1700 W. Washington<br>Phoenix, AZ 85007<br>(602) 542-4331 |
| Single State Agency Director | Mr. John H. Kelly<br>Acting Director<br>Arizona Health Care Cost Containment<br>System (AHCCCS)<br>9 _st Jefferson Street<br>Phoenix, AZ 85034<br>(602) 417-4000 ext. 4680 |
| Medicaid Director | John H. Kelly<br>Director<br>Arizona Health Care Cost Containment<br>System (AHCCCS)<br>P.O. Box 25520<br>701 East Jefferson Street<br>Phoenix, AZ 85002-5520<br>(602) 417-4680<br>Fax Number (602) 252-6536 |

ARKANSAS - *Stuart*

| | |
|---|---|
| Governor | Honorable Mike Huckabee<br>Governor of Arkansas<br>State Capitol Building<br>Little Rock, AR 72201<br>(501) 682-2345 |
| Single State Agency Director | Mr. Lee Frazier, Director |

http://www.hcfa.gov/medicaid/scon1.htm                    8/3/98

CONFIDENTIAL

IVAX-MA-00375039

State medicaid Officials - Alabama - Hawaii                                    Page 3 of 7

```
                                    Department of Human Services
                                    P.O. Box 1437, Slot 329
                                    Little Rock, AR 72203-1437
                                    (501) 682-8650

Medicaid Director                   Mr. Ray Hanley , Director
                                    Division of Medical Services,
                                    P.O. Box 1437, Slot 1100
                                    Little Rock, AR 72203-1437
                                    (501) 682-8292
                                    TDD (510) 682-6789
                                    Fax Number (501) 682-1197

                                    Mrs. Shirley Gamble
                                    Assistant Director, Office of Long-Term Car
                                    Division of Medical Services,
                                     Department of Human Services
                                    P.O. Box 8059, Slot 400
                                    Little Rock, AR 72203-8059
                                    (501) 682-8487
                                    Fax Number (501) 682-6955
```

Arkansas Medicaid

CALIFORNIA  —  Dave R.

```
Governor                            Honorable Pete Wilson
                                    Governor of California
                                    State Capitol, First Floor
                                    Sacramento, CA 95814
                                    (916) 445-2864

Single State Agency Director        Ms. S. Kimberly Belshé, Director
                                    Department of Health Services
                                    714 P Street, Room 1253
                                    Sacramento, CA 95814
                                    (916) 657-1425

Medicaid Director                   .. J. Douglas Porter, Deputy
                                    Director
                                    Medical Care Services
                                    Department of Health Services
                                    714 P Street, Room 1253
                                    Sacramento, CA 95814
                                    (916) 654-0391
                                    Fax Number (916) 657-1156
```

California Department of Health Services

COLORADO  —  Dave R.

```
Governor                            Honorable Roy Romer
                                    Governor of Colorado
                                    State Capitol
                                    Room 136
                                    Denver, CO 80203
                                    (303) 866-2471

Single State Agency Director        .. Bernard A. Buescher
                                    Executive Director
                                    Department of Health Care Policy
                                     and Financing
```

http://www.hcfa.gov/medicaid/scon1.htm

CONFIDENTIAL

IVAX-MA-00375040

1575 Sherman Street, Tenth Floor
Denver, CO 80203-1714
(303) 866-2993

**Medicaid Director**
Mr. Richard Allen
Director
Office of Medical Assistance
Department of Health Care Policy
 and Financing
1575 Sherman Street - 10th Floor
Denver, CO 80203-1714
(303) 866-2859
Fax Number (303) 866-2803

Colorado Office of Medical Assistance

CONNECTICUT - Dave W.

**Governor**
Honorable John G. Rowland
Governor of Connecticut
State Capitol
Room 202
Hartford, CT 06106
(860) 566-4840

**Single State Agency Director**
Ms. Joyce Thomas , Commissioner
Department of Social Services
25 Sigourney Street
Hartford, CT 06106-5116
(860) 424-5008

**Medicaid Director**
Mr. David Parella, Deputy Commissioner
Department of Social Services
25 Sigourney Street
Hartford, CT 06106-5116
(860) 424-5116
Fax    No.  (860) 424-5114

Connecticut Department of Social Services - Medical Assistance

DELAWARE - Stuart

**Governor**
Honorable Thomas R. Carper
Governor of Delaware
Tatnall Building
William Penn Street
Dover, DE 19901
(302) 739-4101

**Single State Agency Director**
Ms. Carmen Nazario
Secretary
Department of Health and Social Services
1901 North DuPont Highway
New Castle, DE 19720
(302) 577-4500

**Medicaid Director**
Mr. Philip Soulé, Sr.
Medicaid Director

Department of Health and Social Services

CONFIDENTIAL

IVAX-MA-00375041

State medicaid Officials - Alabama - Hawaii

Page 5 of 7

```
                                    P.O. Box 906, Lewis Building
                                    1901 North DuPont Highway
                                    New Castle, DE 19720
                                    (302) 577-4901
                                    Fax Number (302) 577-4405
```

Delaware Division of Social Services

WASHINGTON D.C. - *Stuart*

Mayor
Honorable Marion Barry
Mayor
District of Columbia
441 4th Street, N.W.
11th Floor
Washington, DC 20001
(202) 727-2980

Single State Agency Director
Harvey Sloane, M.D., Director
Department of Human Services
2700 ML King, Jr. Avenue, S.E.
Building 801 East
Room 20A West
Washington, DC 20032
(202) 279-6002

Medicaid Director
Mr. Paul Offner, Commissioner
Commission on Health Care Finance
Department of Human Services
2100 ML King Jr. Avenue, S.E.
Suite 302
Washington, DC 20020
(202) 727-0735
Fax Number (202) 610-3209

FLORIDA - *Jeff H*

Governor
Honorable Lawton Chiles
Governor of Florida
State Capitol
Plaza 05
Tallahassee, FL 32399-0001
(904) 488-2272

Single State Agency Director
Mr. Douglas M. Cook , Director
Agency for Health Care Administration
325 John Knox Road
Suite 301 Atrium
Tallahassee, FL 32303
(904) 922-5527

Medicaid Director
Mr. Rick Lutz, Director of Medicaid
Agency for Health Care Administration
2727 Mahan Drive, Bldg. 3
Tallahassee, FL 32308
(850) 488-2520
Fax Number (850) 488-3560

Florida Agency for Health Care Administration

http://www.hcfa.gov/medicaid/scon1.htm

8/3/98

CONFIDENTIAL

IVAX-MA-00375042

### GEORGIA - Stuart

| | |
|---|---|
| Governor | Honorable Zell Miller<br>Governor of Georgia<br>203 State Capitol<br>Atlanta, GA 30334<br>(404) 656-1776 |
| Single State Agency Director | Dr. William Taylor, Acting Commissioner<br>Department of Medical Assistance<br>2 Peachtree Street, N.W.<br>Suite 4043<br>Atlanta, GA 30303-3159<br>(404) 656-4479 |
| Medicaid Director | Dr. William Taylor, Director<br>Department of Medical Assistance<br>2 Peachtree Street, N.W.<br>Suite 4043<br>Atlanta, GA 30303-3159<br>(404) 656-4479<br>Fax Number (404) 657-5238 |

Georgia Department of Medical Assistance

### GUAM - Bob

| | |
|---|---|
| Governor | Honorable Carl T. C. Gutierrez<br>Governor of Guam<br>Adelup Complex<br>P.O. Box 2950<br>Agana, GU 96932<br>011-671-472-8931<br>Fax Number 011-671-472-4926 |
| Single State Agency Director | Dennis Rodriguez, Director<br>Department of Public Health and<br>Social Services<br>P.O. Box 2816<br>Agana, GU 96910<br>011-671-734-7123<br>Fax Number 011-671-734-5910 |
| Medicaid Director | Ms. Adoracion A. Solidum, Administrator<br>Bureau of Health Care Financing<br>Department of Public Health and<br>Social Services<br>P.O. Box 2816<br>Agana, GU 96910<br>011-671-735-7264<br>Fax Number 011-671-734-6860 |

### HAWAII - Pat

| | |
|---|---|
| Governor | Honorable Carl Benjamin J. Cayetano<br>Governor of Hawaii<br>State Capitol |

CONFIDENTIAL

State medicaid Officials - Alabama - Hawaii                               Page 7 of 7

                                          Honolulu, HI 96813
                                          (808) 586-0054

Single State Agency Director              Ms. Susan M. Chandler, Director
                                          Department of Human Services
                                          P.O. Box 339
                                          Honolulu, HI 96809-0339
                                          (808) 586-4997

Medicaid Director                         Mr. Chuck C. Duarte, Administrator
                                          Med-Quest Division
                                          Department of Human Services
                                          P.O Box 339
                                          Honolulu, HI 96809-0339
                                          (808) 586-5391
                                          Fax Number (808) 586-5389

Hawaii Department of Human Services

 Return to State and Federal Medicaid Contacts Page

Last updated April 24, 1998

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |
| --- | --- | --- | --- | --- | --- | --- |

CONFIDENTIAL                                                IVAX-MA-00375044

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |

# State Medicaid Officials

## PUERTO RICO — *Kim*

| | |
|---|---|
| Governor | Honorable Pedro Rossello<br>Governor of Puerto Rico<br>La Fortaleza<br>P.O. Box 82<br>San Juan, PR 00901<br>(809) 721-7000 |
| Single State Agency Director | Carmen Feliciano-DeMelecio, M.D.<br>Secretary<br>Department of Health<br>G.P.O. Box 70184<br>San Juan, PR 00936<br>(809) 766-1616 |
| Medicaid Director | Mr. Roberto Hernandez,<br>Medicaid Director<br>Office of Economic Assistance<br>  to the Medically Indigent<br>Department of Health<br>G.P.O. Box 70184<br><br>San Juan, PR 00936<br>(809) 765-1230<br>Fax Number (809) 250-0990 |

## RHODE ISLAND — *Dave W.*

| | |
|---|---|
| Governor | Honorable Lincoln C. Almond<br>Governor of Rhode Island<br>State House<br>Room 143<br>Providence, RI 02903<br>(401) 277-2080 |
| Single State Agency Director | Ms. Christine C. Ferguson, Director<br>Department of Human Services<br>600 New London Avenue<br>Cranston, RI 02920<br>(401) 464-2121 |
| Medicaid Director | Mr. John Young<br>Associate Director<br>Division of Medical Services<br>Department of Human Services<br>600 New London Avenue<br>Cranston, RI 02920<br>(401) 464-5274<br>Fax Number (401) 464-2140 |

CONFIDENTIAL

http://www.hcfa.gov/medicaid/scon4.htm

IVAX-MA-00375045

SOUTH CAROLINA - *Stuart*

Governor                              Honorable David M. Beasley
                                      Governor of South Carolina
                                      P.O. Box 11369
                                      Columbia, SC 29211
                                      (803) 734-9818

Single State Agency Director          Ms. Gwen Powers, Director
                                      Department of Health and Human Services
                                      P.O. Box 8206
                                      Columbia, SC 29202-8206
                                      (803) 253-6100

Medicaid Director                     Ms. Gwen Power, Director
                                      Department of Health and Human Services
                                      P.O. Box 8206
                                      Columbia, SC 29202-8206
                                      (803) 253-6100
                                      Fax Number (803) 253-4137

South Carolina Health and Human Services

SOUTH DAKOTA - *Dave R.*

Governor                              Honorable William J. Janklow
                                      Governor of South Dakota
                                      500 East Capitol
                                      Pierre, SD 57501
                                      (605) 773-3212

Single State Agency Director          Mr. James W. Ellenbecker, Secretary
                                      Department of Social Services
                                      Richard F. Kneip Building
                                      700 Governors Drive
                                      Pierre, SD 57501-2291
                                      (605) 773-3165

Medicaid Director                     Mr. David M. Christensen
                                      Program Administrator Medical Services
                                      Department of Social Services
                                      Richard F. Kneip Building
                                      700 Governors Drive
                                      Pierre, SD 57501-2291
                                      (605) 773-3495
                                      Fax Number (605) 773-4855

South Dakota Medicaid

TENNESSEE - *Stuart*

Governor                              Honorable Don Sundquist
                                      Governor of Tennessee
                                      State Capitol
                                      First Floor
                                      Nashville, TN 37243-0001
                                      (615) 741-2001

CONFIDENTIAL  http://www.hcfa.gov/medicaid/scon4.htm

8/3/98

IVAX-MA-00375046

State Medicaid Officials (Puerto Rico - Wyoming)                          Page 3 of 7

Single State Agency Director          Mr. Bob Corker, Commissioner
                                      Department of Finance and
                                          Administration
                                      1st Floor, State Capitol
                                      Nashville, TN 37219
                                      (615) 741-2401

Medicaid Director                     Ms. Theresa Clarke
                                      Director of Operations
                                      Department of Finance and
                                          Administration
                                      729 Church Street
                                      Nashville, TN 37247-6501
                                      (615) 741-0213
                                      Fax Number (615) 741-0882

Tennessee TennCare

                                      TEXAS      *Jeff H.*

Governor                              Honorable George W. Bush
                                      Governor of Texas
                                      State Capitol
                                      P.O. Box 12428
                                      Austin, TX 78711
                                      (512) 463-2000

Single State Agency Director          Don Gilbert, Commissioner
                                      Health and Human Services Commission
                                      P.O. Box 13247
                                      Austin, TX 78711
                                      (512) 424-6502
                                      Fax Number (512) 424-6586
                                      E-mail  don_g@hhsc.state.tx.us

Medicaid Director                     Ms. Linda K. Wertz
                                      State Medicaid Director
                                      Health and Human Services Commission
                                      P.O. Box 13247
                                      Austin, TX 78711
                                      (512) 424-6517
                                      Fax Number (512) 424-6585

Texas Health and Human Services Commission

                                      UTAH  —  *Dave R.*

Governor                              Honorable Michael O. Leavitt
                                      Governor of Utah
                                      210 State Capitol
                                      Salt Lake City, UT 84114
                                      (801) 538-1000

Single State Agency Director          Mr. Rod Betit, Executive Director
                                      Department of Health
                                      P.O. Box 142835
                                      Salt Lake City, UT 84114-2835
                                      (801) 538-6111

CONFIDENTIAL

IVAX-MA-00375047

State Medicaid Officials (Puerto Rico - Wyoming)                    Page 4 of 7

Medicaid Director                    Mr. Michael Deily, Director
                                     Division of Health Care Financing
                                     Department of Health
                                     P.O. Box 16700
                                     Salt Lake City, UT 84116-0700
                                     (801) 538-6406
                                     Fax Number (801) 538-6099

Utah Medicaid Program

                              VERMONT -  *Dave W.*

Governor                             Honorable Howard Dean, M.D.
                                     Governor of Vermont
                                     109 State Street
                                     Montpelier, VT 05609
                                     (802) 828-3333

Single State Agency Director         Mr. Cornelius D. Hogan, Secretary
                                     Agency of Human Services
                                     103 South Main Street
                                     Waterbury, VT 05671-0201
                                     (802) 241-2220

Medicaid Director                    Mr. Paul Wallace-Brodeur, Acting Director
                                     Office of Health Access
                                     Department of Social Welfare
                                     103 South Main Street
                                     Waterbury, VT 05671-1201
                                     (802) 241-2880
                                     Fax Number (802) 241-2974

Vermont Department of Social Welfare

                              VIRGINIA —  *Stuart*

Governor                             Honorable James S. Gilmore III
                                     Governor of Virginia
                                     State Capitol Building, Third Floor
                                     Richmond, VA 23219
                                     (804) 786-2211

Single State Agency Director         Mr. Joseph M. Teefey, Director
                                     Department of Medical Assistance Services
                                     600 East Broad Street
                                     Suite 1300
                                     Richmond, VA 23219
                                     (804) 786-7933

Medicaid Director                    Mr. Robert W. Lauterberg, Director
                                     Department of Medical Assistance Services
                                     600 East Broad Street
                                     Suite 1300
                                     Richmond, VA 23219
                                     (804) 786-8099
                                     Fax Number (804) 371-4981

Virginia Department of Medical Assistance
                              VIRGIN ISLANDS

CONFIDENTIAL                                           IVAX-MA-00375048

State Medicaid Officials (Puerto Rico - Wyoming)                    Page 5 of 7

Governor                          Honorable Roy L. Schneider
                                  Governor of the U.S. Virgin Islands
                                  Government House
                                  21-22 Kongens Gada
                                  Charlotte Amalie
                                  St. Thomas, VI 00802
                                  (809) 774-0001

Single State Agency Director      Jose F. Poblete, M.D.
                                  Commissioner of Health
                                  Virgin Island Department of Health
                                  Charles Harwood Hospital - 3500 Richmond
                                  Christenstead, St. Croix, VI 00820-4370
                                  (809) 774-0117

Medicaid Director                 Ms. Priscilla Berry-Quetel, Director
                                  Bureau of Health Insurance and
                                      Medical Assistance
                                  Department of Health
                                  210-3A Altona
                                  Suite 302 Frestco Center
                                  Charlotte Amalie, VI 00802
                                  (809) 774-4624
                                  Fax Number (809) 774-4918

WASHINGTON — Dave R

Governor                          Honorable Gary Locke
                                  Governor of Washington
                                  Legislative Building
                                  Olympia, WA 98504-0002
                                  (360) 753-6780

Single State Agency Director      Mr. Lyle Quasim, Secretary
                                  Department of Social and Health Services
                                  P.O. Box 45010
                                  Olympia, WA 98504-5010
                                  (360) 753-3395

Medicaid Director                 Ms. Jane Beyer, Assistant Secretary
                                  Medical Assistance Administration
                                  Department of Social and Health Services
                                  P.O. Box 45080
                                  Olympia, WA 98504-5080
                                  (360) 753-1777
                                  Fax Number (360) 902-7855

Washington Department of Social and Health Services

WEST VIRGINIA — Stuart

Governor                          Honorable Cecil Underwood
                                  Governor of West Virginia
                                  State Capitol
                                  Charleston, WV 25305

CONFIDENTIAL

IVAX-HA-00375049

State Medicaid Officials (Puerto Rico - Wyoming)                           Page 6 of 7

                                          (304) 558-2000

Single State Agency Director        Mrs. Joan Ohl, Secretary
                                    Department of Health and Human Resources
                                    Building 3, State Capitol Complex
                                    Room 206
                                    Charleston, WV 25305
                                    (304) 558-0684

Medicaid Director                   Ms. Elizabeth Lawton, Commissioner
                                    Bureau for Medical Services
                                    Department of Health and Human Resources
                                    Building 6, State Capitol Complex
                                    Charleston, WV 25305
                                    (304) 926-1700
                                    Fax Number (304) 926-1776

West Virginia Department of Health and Human Resources

                    WISCONSIN ~ Dave W.

Governor                            Honorable Tommy G. Thompson
                                    Governor of Wisconsin
                                    State Capitol
                                    P.O. Box 7863
                                    Madison, WI 53707
                                    (608) 266-1212

Single State Agency Director        Mr. Joe Leean, Secretary
                                    Department of Health and Social Services
                                    Room 650
                                    One West Wilson Street
                                    Madison, WI 53701
                                    (608) 266-9622

Medicaid Director                   Ms. Peggy Bartels, Director
                                    Division of Health
                                    Department of Health and Social Services
                                    One West Wilson Street, Room 250
                                    Madison, WI 53701
                                    (608) 266-2522
                                    Fax Number (608) 266-1096

Wisconsin Department of Health and Family Services

                    WYOMING        Dave R

Governor                            Honorable Jim Geringer
                                    Governor of Wyoming
                                    State Capitol
                                    Cheyenne, WY 82002
                                    (307) 777-7434

Single State Agency Director        Mr. Kenneth C. Kamis, Director
                                    Department of Health
                                    Capital Avenue
                                    Hathaway Building, Room 117
                                    Cheyenne, WY 82002
                                    (307) 777-7656

Medicaid Director                   Mr. James Shepard, Administrator

CONFIDENTIAL                                                              IVAX-MA-00375050

```
                              Division of Health Care Financing
                              Department of Health
                              North Building, Room 259B
                              6101 Yellowstone Road
                              Cheyenne, WY 82002
                              (307) 777 7531
                              Fax Number (307) 777-6964
```

Wyoming Medicaid

 Return to State and Federal Medicaid Contacts Page

Last updated June 11, 1998

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |
|------|----------|----------|------|----------|--------|------|

CONFIDENTIAL

IVAX-MA-00375051

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |

# State Medicaid Officials

### IDAHO – *Dave R.*

| | |
|---|---|
| Governor | Honorable Philip E. Batt<br>Governor of Idaho<br>P.O. Box 83720<br>Boise, ID 83720-0034<br>(208) 334-2100 |
| Single State Agency Director | Ms. Linda L. Caballero. Director<br>Department of Health and Welfare<br>450 West State Street<br>State House Mail<br>Boise, ID 83720-0036<br>(208) 334-5500 |
| Medicaid Director | Ms. DeeAnne Moore, Administrator<br>Division of Medicaid<br>Department of Health and Welfare<br>450 West State Street<br>State House Mail<br>Boise, ID 83720-0036<br>(208) 334-5795<br>Fax Number (208) 364-1811 |

Idaho Department of Health and Welfare

### ILLINOIS – *Dave W.*

| | |
|---|---|
| Governor | Honorable Jim Edgar<br>Governor of Illinois<br>207 Capitol Building<br>State Capitol<br>Springfield, IL 62706<br>(217) 782-6830 |
| Single State Agency Director | Ms. Joan Walters, Director<br>Department of Public Aid<br>Jesse B. Harris Building II<br>100 South Grand Avenue, East<br>Third Floor<br>Springfield, IL 62762<br>(217) 782-1200 |
| Medicaid Director | Mr. A. George Hovanec, Administrator<br>Medical Operations<br>Department of Public Aid<br>201 South Grand Avenue, East<br>Third Floor<br>Springfield, IL 62763-0001<br>(217) 782-2570<br>Fax Number (217) 782-5672 |

CONFIDENTIAL

8/3/98
IVAX-MA-00375052

Illinois Department of Public Aid

INDIANA — Dave W.

| | |
|---|---|
| Governor | Honorable Frank O'Bannon<br>Governor of Indiana<br>State House, Room 206<br>Indianapolis, IN 46204<br>(317) 232-4567 |
| Single State Agency Director | Ms. Katherine L. Davis, Secretary<br>Family and Social Services<br> Administration<br>Room W341<br>402 W. Washington Street<br>Indianapolis, IN 46204-2739<br>(317) 233-4452 |
| Medicaid Director | Ms. Kathleen D. Gifford,<br> Assistant Secretary<br>Medicaid Policy and Planning<br>Family and Social Services<br> Administration<br>Room W382<br>402 W. Washington Street<br>Indianapolis, IN 46204-2739<br>(317) 233-4455<br>Fax Number (317) 232-7382 |

Indiana Office of Medicaid Policy and Planning

IOWA    Jeff H.

| | |
|---|---|
| Governor | Honorable Terry E. Branstad<br>Governor of Iowa<br>State Capitol<br>Des Moines, IA 50319<br>(515) 281-5211 |
| Single State Agency Director | Mr. Charles M. Palmer, Director<br>Department of Human Services<br>Hoover State Office Building<br>Fifth Floor<br>Des Moines, IA 50319-0114<br>(515) 281-5452 |
| Medicaid Director | Mr. Donald Herman, Administrator<br>Division of Medical Services<br>Department of Human Services<br>Hoover State Office Building<br>Fifth Floor<br>Des Moines, IA 50319-0114<br>(515) 281-8794<br>Fax Number (515) 281-7791 |

Iowa Department of Human Services

KANSAS — Jeff H.

CONFIDENTIAL

http://www.hcfa.gov/medicaid/scop2.htm

8/3/98
IVAX-MA-00375053

State Medicaid Officials (Idaho - Missouri)                                    Page 3 of 7

Governor                          Honorable Bill Graves
                                  Governor of Kansas
                                  2nd Floor
                                  State Capitol Building
                                  Topeka, KS 66612-1590
                                  (913) 296-3232

Single State Agency Director      Ms. Rochelle Chronister, Secretary
                                  Department of Social and Rehabilitation
                                   Services
                                  Docking State Office Building
                                  Room 603 North
                                  915 S.W. Harrison Street
                                  Topeka, KS 66612
                                  (913) 296-3271

Medicaid Director                 Ms. Ann E. Koci, Commissioner
                                  Adult Medical Services
                                  Department of Social and Rehabilitation
                                   Services
                                  Docking State Office Building
                                  Room 628 South
                                  915 S.W. Harrison Street
                                  Topeka, KS 66612
                                  (913) 296-5217
                                  Fax Number (913) 296-4813

Kansas Social and Rehabilitation Services

KENTUCKY — *Stuart*

Governor                          Honorable Paul E. Patton
                                  Governor of Kentucky
                                  State Capitol Building
                                  700 Capitol Avenue
                                  Frankfort, KY 40601
                                  (502) 564-2611

Single State Agency Director      Mr. Dennis Boyd, Commissioner
                                  Department for Medicaid Services
                                  Third Floor
                                  275 East Main Street
                                  Frankfort, KY 40621
                                  (502) 564-4321

Medicaid Director                 Mr. Larry McCarthy, Deputy Commissioner
                                  Department for Medicaid Services
                                  Third Floor
                                  275 East Main Street
                                  Frankfort, KY 40621
                                  (502) 564-4321
                                  Fax Number (502) 564-3866

Kentucky Department of Medicaid Services

LOUISIANA — *Jeff*

Governor                          Honorable M. J. (Mike) Foster
                                  Governor of Louisiana
                                  State Capitol

http://www.hcfa.gov/medicaid/scon2.htm                                        8/3/98

CONFIDENTIAL                                                  IVAX-MA-00375054

P.O. Box 94004
Baton Rouge, LA 70804
(504) 342-7015
FAX (504) 342-7099

Single State Agency Director          Mr. David W. Hood, Secretary
                                      Department of Health and Hospitals
                                      P.O. Box 629, Bin #2
                                      Baton Rouge, LA 70821-0629
                                      (504) 342-9500
                                      FAX (504) 342-5568

Medicaid Director                     Mr. Thomas D. Collins, Director
                                      Bureau of Health Services Financing
                                      Department of Health and Hospitals
                                      P.O. Box 91030
                                      Baton Rouge, LA 70821-9030
                                      (504) 342-3891
                                      Fax Number (504) 342-9508

Louisiana Department of Health and Hospitals

## MAINE — *Dave W.*

Governor                              Honorable Angus S. King, Jr
                                      Governor of Maine
                                      State House Station 1
                                      Augusta, Maine 04333
                                      (207) 287-3531

Single State Agency Director          Mr. Kevin Concannon, Commissioner
                                      Department of Human Services
                                      State House Station 11
                                      Augusta, ME 04333
                                      (207) 287-2736

Medicaid Director                     Mr. Francis T. Finnegan, Jr., Director
                                      Bureau of Medical Services
                                      Department of Human Services
                                      State House Station 11
                                      Augusta, ME 04333
                                      (207) 287-2093
                                      Fax Number (207) 287-2675

Maine Bureau of Medical Services

## MARYLAND — *Stuart*

Governor                              Honorable Parris N. Glendening
                                      Governor of Maryland
                                      State House
                                      Annapolis, MD 21401
                                      (410) 974-3901

Single State Agency Director          Martin P. Wasserman, M.D., J.D.
                                      Secretary
                                      Department of Health & Mental Hygiene
                                      Herbert R. O'Connor Building
                                      201 West Preston Street
                                      Fifth Floor
                                      Baltimore, MD 21201

CONFIDENTIAL                                              IVAX-MA-00375055

State Medicaid Officials (Idaho - Missouri)                                  Page 5 of 7

(410) 225-6305

Medicaid Director                    Martin P. Wasserman, M.D., J.D.
                                     Secretary
                                     Department of Health & Mental Hygiene
                                     Herbert R. O'Connor Bldg.
                                     201 West Preston Street
                                     Fifth Floor
                                     Baltimore, MD 21201
                                     (410) 767-6505
                                     Fax Number (410) 767-6489

## MASSACHUSETTS — *Dave W.*

Governor                             Honorable Argeo Paul Cellucci
                                     Governor of Massachusetts
                                     Executive Office, State House
                                     Room 360
                                     Boston, MA 02133
                                     (617) 727-6250

Single State Agency Director         Mr. Bruce Bullen, Commissioner
                                     Division of Medical Assistance
                                     Medicaid Division
                                     600 Washington Street
                                     Boston, MA 02111
                                     (617) 348-5690

Medicaid Director                    Mr. Bruce Bullen, Commissioner
                                     Division of Medical Assistance
                                     600 Washington Street
                                     Boston, MA 02111
                                     (617) 210-5690
                                     Fax Number (617) 210-5697

Massachusetts Division of Medical Assistance

## MICHIGAN — *Dave W.*

Governor                             Honorable John Engler
                                     Governor of Michigan
                                     P O Box 30013
                                     Lansing, MI 48909
                                     (517) 373-3400

Single State Agency Director         Mr. James K. Haveman, Jr., Director
                                     Michigan Department of Community Health
                                     Lewis Cass Building
                                     320 South Walnut Street
                                     Lansing, MI 48913
                                     (517) 335-0267

Medicaid Director                    Mr. Robert M. Smedes
                                     Chief Executive Officer
                                     Medical Services Administration
                                     Department of Community Health
                                     400 S. Pine St.
                                     Lansing, MI 48909

CONFIDENTIAL                                                  9/3/00
                                                              IVAX-HA-00375056

State Medicaid Officials (Idaho - Missouri)                                Page 6 of 7

```
                                    (517) 335-5001
                                    Fax Number (517) 335-5007
```

MINNESOTA - *Dave W.*

Governor                            Honorable Arne H. Carlson
                                    Governor of Minnesota
                                    130 State Capitol
                                    St. Paul, MN 55155-1099
                                    (612) 296-3391

Single State Agency Director        Ms. Elaine Timmer, Assistant
                                    Commissioner
                                    Department of Human Services
                                    444 Lafayette Road
                                    Second Floor
                                    St. Paul, MN 55155-3815
                                    (612) 296-2701

Medicaid Director                   Mary B. Kennedy, Medicaid Director
                                    Assistant Commissioner Health Care
                                    Minnesota Department of Human Services
                                    444 Lafayette Road
                                    St. Paul, MN 55155-3852
                                    (612) 282-9921
                                    Fax Number (612) 297-3230

Minnesota Department of Human Services

MISSISSIPPI - *Stuart*

Governor                            Honorable Kirk Fordice
                                    Governor of Mississippi
                                    State Capitol
                                    P.O. Box 139
                                    Jackson, MS 39205
                                    (601) 359-3150

Single State Agency Director        Ms. Helen Wetherbee, Executive Director
                                    Division of Medicaid
                                    Office of the Governor
                                    Suite 801, Robert E. Lee Building
                                    239 North Lamar Street
                                    Jackson, MS 39201-1399
                                    (601) 359-6056
                                    (601) 359-6050

Medicaid Director                   Ms. Helen Wetherbee, Executive Director
                                    Division of Medicaid
                                    Office of the Governor
                                    Suite 801, Robert E. Lee Building
                                    239 North Lamar Street
                                    Jackson, MS 39201-1399
                                    (601) 359-6056
                                    Fax Number (601) 359-6050

Mississippi Division of Medicaid

CONFIDENTIAL
http://www.hcfa.gov/medicaid/scop2.htm

8/3/98
IVAX-MA-00375057

State Medicaid Officials (Idaho - Missouri)                                    Page 7 of 7

MISSOURI  ~  Jeff  H.

Governor                          Honorable Mel Carnahan
                                  Governor of Missouri
                                  State Capitol
                                  P.O. Box 720
                                  Jefferson City, MO 65102
                                  (573) 751-3222

Single State Agency Director      Mr. Gary J. Stangler, Director
                                  Department of Social Services
                                  P.O. Box 1527
                                  Jefferson City, MO 65102
                                  (573) 751-4815

Medicaid Director                 Mr. Gregory A. Vadner
                                  Division of Medical Services
                                  Department of Social Services
                                  615 Howerton Court
                                  P.O. Box 6500
                                  Jefferson City, MO 65102-6500
                                  (573) 751-6922
                                  Fax Number (573) 751-6564

Missouri Department of Social Services

 Return to Medicaid Professional/Technical Information Page

Last updated July 14, 1998

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |

CONFIDENTIAL

8/3/98
IVAX-MA-00375058

| HCFA | Medicare | Medicaid | Help | Feedback | Search | FAQs |
|------|----------|----------|------|----------|--------|------|

# State Medicaid Officials

### MONTANA  -  Dave R.

**Governor**                                        Honorable Marc Racicot
      Governor of Montana
      Capitol Station
      Helena, MT 59620-0801
      (406) 444-3111

**Single State Agency Director**      Ms. Laurie Ekanger, Director
      Department of Public Health and
  Human Services
      P.O. Box 4210
      111 N. Sanders
      Helena, MT 59604-4210
      (406) 444-5622

**Medicaid Director**                       Ms. Nancy Ellery, Administrator
      Division of Health Policy and Services
      Department of Public Health and
  Human Services
      1400 Broadway
      Helena, MT 59601
      (406) 444-4141
      Fax Number (406) 444-1861

Montana Department of Public Health and Human Services

### NEBRASK  -  Jeff H.

**Governor**                                        Honorable E. Benjamin Nelson
      Governor of Nebraska
      P.O. Box 94848
      Lincoln, NE 68509-4848
      (402) 471-2244

**Single State Agency Director**      Mr. Donald S. Leuenberger, Director
      Department of Social Services
      301 Centennial Mall South
      Fifth Floor
      Lincoln, NE 68509-5026
      (402) 471-9633

**Medicaid Director**                       Mr. Ric Compton, Administrator
      Medical Services Division
      Department of Social Services
      301 Centennial Mall South
      Fifth Floor
      Lincoln, NE 68509-5026
      (402) 471-8241
      Fax Number (402) 471-9092

CONFIDENTIAL                                        IVAX-MA-00375059

<u>Nebraska Department of Finance and Support</u>

NEVADA  — *Dave R.*

Governor                              Honorable Bob Miller
          Governor of Nevada
          State Capitol
          Carson City, NV 89710
          (702) 687-5670

Single State Agency Director      Ms. Charlotte Crawford, Director
          Department of Human Resources
          Kinkead Building-Capitol Complex
          Room 600
          505 East King Street
          Carson City, NV 89710
          (702) 687-4400

Medicaid Director              Mr. Christopher Thompson, Administrator
          Division of Health Care Financing
          and Policy
          505 East King Street, Room 604
          Carson City, NV 89701-3710
          (702) 687-4176 (247)
          Fax Number (702) 687-5080

NEW HAMPSHIRE  — *Dave W.*

Governor                              Honorable Jeanne Shaheen
          Governor of New Hampshire
          Room 208
          Concord, NH 03301-4990
          (603) 271-2121

Single State Agency Director      Mr. Terry Morton, Commissioner
          Department of Health and Human Services
          6 Hazen Drive
          Concord, NH 03301-6505
          (603) 271-4334

Medicaid Director              Ms. Susan Lombard
          Medicaid Director
          Office of Medical Management
          Medicaid Administration Bureau
          Department of Health and Human Services
          6 Hazen Drive
          Concord, NH 03301-6521
          (603) 271-4353
          Fax Number (603) 271-4376

<u>New Hampshire Office of Health Management</u>

NEW JERSEY  — *Stuart*

Governor                              Honorable Christine Todd Whitman
          Governor of New Jersey

CONFIDENTIAL
http://www.hcfa.gov/medicaid/scop3.htm

8/3/98
IVAX-MA-00375060

```
                       125 West State Street
                       State House CN-001
                       Trenton, NJ 08625
                       (609) 292-6000


         Single State Agency Director        Mr. William Waldman, Commissioner
                       Department of Human Services
                       Capitol Place One CN-700,
                       Fifth Floor
                       222 South Warren Street
                       Trenton, NJ 08625
                       (609) 292-3717


         Medicaid Director                  Ms. Karen Squarrel, Acting Director
                       Division of Medical Assistance and
                  Health Services
                       Department of Human Services
                       CN-712, 7 Quakerbridge Plaza
                       Trenton, NJ 08625-0712
                       (609) 588-2600
                       Fax Number (609) 588-3583
```

New Jersey Department of Human Services

NEW MEXICO   —   *Dave R*

```
         Governor                          Honorable Gary E. Johnson
                       Governor of New Mexico
                       State Capitol
                       Suite 400
                       Santa Fe, NM 87503
                       (505) 827-3000

         Single State Agency Director       Mr. William H. Johnson Jr., Secretary
                       New Mexico Human Services Department
                       P.O. Box 2348
                       Santa Fe, NM 87504-2348
                       (505) 827-7750

                                           (800) 432-6217
                                           FAX (505) 827-6296

         Medicaid Director                 Mr. Charles J. Milligan, Director
                       Medical Assistance Division
                       New Mexico Human Services Department
                       P.O. Box 2348
                       Santa Fe, NM 87504-2348
                       (505) 827-3100

                                           (888) 997-2583 Toll free client information

                       Fax Number (505) 827-3185
```

New Mexico Human Services Department

NEW YORK   —   *Stuart*

```
         Governor                          Honorable George E. Pataki
                       Governor of New York
                       Executive Chamber
                       State Capitol
                       Albany, NY 12224
                       (518) 474-1041
```

CONFIDENTIAL                                                    IVAX-MA-00375061

State Medicaid Officials (Montana - Pennsylvania)                    Page 4 of 7

Single State Agency Director          Ms. Barbara A. DeBuono, M.D., M.P.H.
          Commissioner
          NYS Department of Health
          ESP, Corning Tower Building
          Albany, NY 12237
          (518) 474-2011

Medicaid Director                     Ms. Ann Clemency Kohler
          Deputy Commissioner
          NYS Department of Health
                                      Office of Medicaid Management
          Empire State Plaza
          Room 1466, Corning Tower Building
          Albany, NY 12237
          (518) 474-3018
          Fax Number (518) 486-6608

New York Department of Health
_____
                              NORTH CAROLINA — *Stuart*


Governor                              Honorable James B. Hunt, Jr.
          Governor of North Carolina
          116 West Jones Street
          Raleigh, NC 27603-8001
          (919) 733-4240


Single State Agency Director          David Bruton, M.D., Secretary
          Department of Health and Human Services
          P.O. Box 29526
          101 Blair Drive, Adams Building
          Raleigh, NC 27626-0526
          (919) 733-4534

Medicaid Director                     Mr. P. J R. Perruzzi, Director
          Division of Medical Assistance
          Department of Health and Human Services
          1985 Umstead Drive
          P.O. Box 29529
          Raleigh, NC 27626-0529
          (919) 733-2060

          Fax Number (919) 733-6608

North Carolina Division of Medical Assistance
=============================================
                              NORTH DAKOTA


Governor                              Honorable Edward T. Schafer
          Governor of North Dakota
          600 East Boulevard Avenue
          Bismarck, ND 58505-0001
          (701) 328-2200

Single State Agency Director          Mr. H. C. Wessman, Executive Director
          Department of Human Services
          600 East Boulevard Avenue
          Bismarck, ND 58505-0250
          (701) 328-2310

CONFIDENTIAL                                    IVAX-MA-00375062

State Medicaid Officials (Montana - Pennsylvania)                    Page 5 of

Medicaid Director                    Mr. David J. Zentner, Director
                Division of Medical Assistance
                Department of Human Services
                600 East Boulevard Avenue
                Bismarck, ND 58505-0261
                (701) 328-3194
                Fax Number (701) 328-1544

North Dakota Department of Human Services

NORTHERN MARIANA ISLANDS  ~  Bob

Governor                             Honorable Froilan C. Tenorio
                Commonwealth of the Northern Mariana Islands
                Capitol Hill
                Saipan, MP 96950
                011-670-322-5091

Single State Agency Director         Mr. Joseph K. P. Villagomez
                Secretary for Health
                Department of Public Health
                Commonwealth of the Northern Mariana Islands
                P.O. Box 409 CK
                Saipan, MP 96950
                011-670-234-6225

Medicaid Director                    Mr. Galo P. Tudela
                Medicaid Administrator
                Department of Public Health and
        Environmental Services
                Commonwealth of the Norther Mariana Islands
                P.O. Box 409 CK
                Saipan, MP 96950
                011-670-634-8950 ext. 2905
                Fax Number 011-670-234-8931

OHIO  ~  Dave W.

Governor                             Honorable George V. Voinovich
                Governor of Ohio
                77 South High Street
                30th Floor
                Columbus, OH 43266-0601
                (614) 466-3555

Single State Agency Director         Mr. Arnold R. Tompkins, Director
                Department of Human Services
                30 East Broad Street
                32nd Floor
                Columbus, OH 43266-0423
                (614) 466-6282

Medicaid Director                    Ms. Barbara Edwards, Acting Deputy Director
                Office of Medicaid
                Department of Human Services
                30 East Broad Street
                31st Floor
                Columbus, OH 43266-0123

CONFIDENTIAL

IVAX-MA-00375063

State Medicaid Officials (Montana - Pennsylvania)                    Page 6 of 7

(614) 644-0140

Fax Number (614) 752-3986

Ohio Department of Human Services

OKLAHOMA — *Jeff.*

Governor                          Honorable Frank Keating
             Governor of Oklahoma
             212 State Capitol
             Oklahoma City, OK 73105
             (405) 521-2342

Single State Agency Director      Garth L. Splinter, M.D.
             Chief Executive Officer
             Oklahoma Health Care Authority
             4545 North Lincoln Boulevard
             Suite 124
             Oklahoma City, OK 73105
             (405) 530-3439

                          FAX (405) 530-3471

Medicaid Director                 Mr. Michael Fogarty,
             State Medicaid Director
             Oklahoma Health Care Authority
             4545 North Lincoln Boulevard
             Suite 124
             Oklahoma City, OK 73105
             (405) 530-3439
             Fax Number (405) 530-3470

OREGON — *Dave*

Governor                          Honorable John A. Kitzhabar
             Governor of Oregon
             State Capitol
             Salem, OR 97310
             (503) 378-3111

Single State Agency Director      Ms. Gary Weeks, Director
             Department of Human Resources
             500 Summer Street, N.E.
             Human Resources Building
             Salem, OR 97310-1012
             (503) 945-5944

Medicaid Director                 Mr. Roger Auerbach, Administrator
             Senior and Disabled Services Division
             Department of Human Resources
             500 Summer Street, N.E. 2nd. Floor
             Human Resources Building, Third Floor
             Salem, OR 97310-1015
             (503) 945-5811
             Fax Number (503) 373-7823

Oregon Office of Medical Assistance Programs

PENNSYLVANIA

CONFIDENTIAL

http://www.hcfa.gov/medicaid/scan3.htm

9/2/99
IVAX-MA-00375064