# EXHIBIT 3

Page 1

```
 1                COMMONWEALTH OF KENTUCKY

 2                FRANKLIN CIRCUIT COURT

 3                     DIVISION 1

 4                 CASE NO. 04-CI-1487

 5     ------------------------------x

 6     COMMONWEALTH OF KENTUCKY,      )

 7     EX REL., JACK CONWAY,          )

 8     ATTORNEY GENERAL,              )

 9               Plaintiffs,          )

10     -vs-                           )

11     ALPHARMA USPD, INC., ET AL.,   )

12               Defendants.          )

13     ------------------------------x

14         (CAPTIONS CONTINUED ON FOLLOWING PAGE)

15

16              HIGHLY CONFIDENTIAL

17          VIDEOTAPED DEPOSITION OF

18        IVAX CORPORATION (CORRINE HOGAN)

19               JUNE 17, 2008

20            9:30 A.M. - 5:30 P.M.

21         ONE EAST BROWARD BOULEVARD

22          FORT LAUDERDALE, FLORIDA
```

Page 32

```
 1   financials was net sales, and that's what I was
 2   trained to watch, is net sales.
 3       Q.   I see.  That is to say you might --
 4       A.   Our financial sales.
 5       Q.   All right.  When you say there was a
 6   lot of discounts, you would have sales to
 7   somebody for a dollar and then give them a rebate
 8   for 30 cents or something like that?
 9       A.   We would sell wholesalers at a WAC
10   price, and there's discounts there, chargebacks,
11   etcetera, to get down to net pricing, contract
12   pricing.
13       Q.   I'm sorry.  Would the gross sales have
14   been your WAC price?
15       A.   Not always, no, I mean, but the primary
16   part of our business went through wholesalers, so
17   a lot of it was at WAC.
18       Q.   I see.  Where are the headquarters of
19   IVAX located?
20       A.   When?
21       Q.   When you left.
22       A.   Okay.  In Miami.
```

```
 1    Medicaid program, IVAX understands that it must
 2    know and understand and follow the federal and
 3    state regulations relating to the program, does
 4    it not?
 5              MR. BRYAN:  Objection to form.
 6              THE WITNESS:  I'm sure there was
 7    procedures and policies that we followed, of
 8    course.
 9    BY MR. BARNHILL:
10         Q.   And IVAX was required to behave with
11    scrupulous honesty toward the state programs, was
12    it not?
13              MR. BRYAN:  Objection to form.
14              THE WITNESS:  Yeah, I think we conduct
15    all business like that.
16    BY MR. BARNHILL:
17         Q.   Do you understand how the state
18    Medicaid programs work?
19         A.   Vaguely, yes.
20         Q.   Could you tell us how they work?
21         A.   That there's a small percentage of
22    scripts that are filled under the Medicaid
```

```
 1   formularies?
 2           MR. BRYAN:  Objection to form.
 3           THE WITNESS:  No.  Sorry.
 4   BY MR. BARNHILL:
 5       Q.  That's all right.  At the time IVAX
 6   launches a generic drug, what kinds of prices
 7   does it establish for the drug?
 8       A.  I will speak to the time frame that I
 9   was in that position.
10       Q.  What position are we talking about now?
11       A.  Director of sales operations.
12       Q.  When was that?  What period of time was
13   that?
14       A.  '97 to 2003.
15       Q.  That will do for now.
16       A.  Okay.  I forgot the question now.
17       Q.  When IVAX first launches a drug, what
18   kinds of prices does it set for that drug?
19           MR. BRYAN:  Objection to form.
20           THE WITNESS:  Okay.  When a product
21   first becomes available multi-source, the first
22   decision you have to make is how many competitors
```

```
 1    you will have.  Sometimes you have the luck of
 2    being only one product in the market as a generic
 3    or sometimes there's up to 12 to 15 different
 4    people entering the market, so at the point
 5    where, let's say, you're an exclusive, you
 6    establish your AWP, your WAC, your pricing, and
 7    we had what we called a pricing grid or pricing
 8    buckets.
 9                You would establish I think it was
10    called premier retail, CBG.  There's a couple of
11    other ones I can't recall.  Maybe a hospital one
12    or something like that.  There were a couple of
13    different pricing grids.  And how you would start
14    with is what the brand WAC was, and you could
15    look that up in any of the published information.
16                For a product that you were exclusive
17    on, you'd maybe take 25 percent off to sell.  For
18    a product that is multi-source with a lot of
19    different players, you might be anywhere from one
20    to 10 percent of brand WAC, so it depends on the
21    market.
22    BY MR. BARNHILL:
```

IVAX Corporation (Corinne Hogan)　　　　HIGHLY CONFIDENTIAL　　　　June 17, 2008
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL

Page 62

```
 1      Q.   I see.  Okay.  So that's the contract
 2   price.
 3           Now, another price you've mentioned,
 4   and an important one for our purposes today, is
 5   the WAC price.
 6           When you say WAC price, the WAC is the
 7   wholesale acquisition cost; is that correct?
 8      A.   Yes.
 9      Q.   And aside from setting a contract
10   price, do you also set a WAC price?
11      A.   Yes.
12      Q.   And how do you go about setting the WAC
13   price?
14      A.   WAC price was determined -- again, it
15   would be kind of a wholesale price.  It's kind of
16   hard to describe what it is, but it's an invoice
17   price that the wholesalers pay.  As you have many
18   different customers buying at different contract
19   prices that may purchase through the wholesaler,
20   it creates a chargeback, which I know is a very
21   complicated thing.  Ask me to explain it if you
22   don't understand.  So you establish a WAC price
```

IVAX Corporation (Corinne Hogan)       HIGHLY CONFIDENTIAL       June 17, 2008
Fort Lauderdale, FL

Page 63

```
 1    that everybody is equal, all of the major
 2    wholesalers.  All your contracts are underneath
 3    it at all many different prices, so at least you
 4    have one price to charge back to.
 5         Q.   Okay.  So let's just take a completely
 6    hypothetical price.  Let's say that your contract
 7    prices are running somewhere between $10 and $6
 8    for your product.
 9         A.   Okay.
10         Q.   And that your WAC is $20 for your
11    product.
12         A.   Okay.
13         Q.   That's not an unreasonable assumption I
14    take it.
15              MR. BRYAN:  Objection to form.
16              THE WITNESS:  No.
17    BY MR. BARNHILL:
18         Q.   Describe how they interrelate in
19    connection with the drug purchasing system in
20    effect at the time you were at IVAX.
21              MR. BRYAN:  Objection to form.
22              THE WITNESS:  I'm sorry.
```

```
 1      Q.   Is IVAX's suggested average wholesale
 2  price a real estimate of what pharmacists or
 3  other providers are likely to pay for IVAX's
 4  drugs?
 5           MR. BRYAN:  Objection to form.
 6           THE WITNESS:  You're saying is AWP
 7  what's paid?
 8  BY MR. BARNHILL:
 9      Q.   Yes.
10      A.   I mean, there's an old saying in the
11  industry, you know, AWP stands for ain't what's
12  paid.  I'm sure you've heard that.  Ain't what's
13  paid.
14      Q.   What relationship did the average
15  wholesale price bear to the actual price at which
16  IVAX expected its drugs to sell at?
17           MR. BRYAN:  Objection to form.
18           THE WITNESS:  AWP had nothing to do
19  with our pricing.
20  BY MR. BARNHILL:
21      Q.   What do you mean by that?
22      A.   AWP is not linked to a contract price
```

Page 88

```
 1   or a WAC price.  It was linked to the price that

 2   was published.  Again, established as the product

 3   came off patent at 11 -- 10 and a half to 11

 4   percent off the brand.

 5        Q.   It was not a price that anyone was

 6   expected to pay; is that correct?

 7             MR. BRYAN:  Objection to form.

 8             THE WITNESS:  It was not a price that I

 9   expected anyone to pay.

10             MR. BARNHILL:  All right.  Let me mark

11   as Exhibit 4 a document entitled, "Pricing In The

12   Pharmaceutical Industry, Industry" -- excuse me,

13   "Focus Panel, December, 1999."  I think you've

14   seen this before.

15             (Whereupon, the document was

16   marked as Exhibit Ivax 004 for identification.)

17             MR. BRYAN:  While we're having a break,

18   I will designate the entire transcript today as

19   highly confidential subject to the protective

20   order, and we will review the transcript and make

21   any corrections as necessary.

22   BY MR. BARNHILL:
```

1  that?

2      A.   Not specifically, but --

3      Q.   Have you undertaken to educate yourself

4  in order to fulfill your role as the designee for

5  IVAX on the subject of F-U-L by educating

6  yourself about F-U-L in some way in the interim?

7      A.   No.

8           MR. BRYAN:  Objection.  To the extent

9  that IVAX had such knowledge, our obligation is

10 to produce the most knowledgeable witness on that

11 particular topic, but premised or assumed in your

12 question is that IVAX followed or had any

13 knowledge of FULs in the course of its business.

14 BY MR. WINGET-HERNANDEZ:

15     Q.   Let me ask you, is it the case then

16 that IVAX knew nothing about FULs in the course

17 of its business?

18     A.   I would say that you're aware that

19 there's federal upper limits and there's MACs.

20 Yes, I was aware of that and have always been

21 aware of that, so if my testimony before didn't

22 indicate that, then it was wrong.

IVAX Corporation (Corinne Hogan)   HIGHLY CONFIDENTIAL   June 17, 2008
Fort Lauderdale, FL

Page 261

1    Q.   Okay.  Was IVAX aware of anything about
2  the FUL other than what you've just described?
3    A.   Not how it was established, not what it
4  was, anything like that, so that it existed.  We
5  there's three or more labels, a MAC was
6  established.
7    Q.   Did IVAX understand that the that the
8  FUL -- even if it didn't understand the details
9  of the how the FUL was arrived at, did IVAX
10 understand that the FUL was established on the
11 basis of published prices?
12   A.   Yeah, I think I understood that, that
13 it would come from different sources.  I think
14 wholesalers.  That's what I believe.  That the
15 MAC was established based on that, yes.
16   Q.   Did I hear you testify either earlier
17 today or read your testimony in February that the
18 FUL was not tracked by IVAX in any way?
19   A.   It was not tracked by IVAX in any way
20 to my knowledge.
21   Q.   We will get to that in a minute.
22   A.   Okay.