# EXHIBIT 4

```
 1                    CAUSE NO. D-1-GV-07-001259
 2              IN THE DISTRICT OF
                TRAVIS COUNTY, TEXAS
 3
    THE STATE OF TEXAS
 4  ex rel.
                VEN-A-CARE OF THE
 5              FLORIDA KEYS, INC.
                   Plaintiff,
 6  VS.
 7  SANDOZ INC. f/k/a GENEVA PHARMACEUTICALS, INC.
    MYLAN LABORATORIES, INC., UDL LABORATORIES, INC.
 8  TEVA PHARMACEUTICALS USA,
    INC. f/k/a LEMMON PHARMACEUTICALS, INC.,
 9  COPLEY PHARMACEUTICALS, INC., IVAX
    PHARMACEUTICALS, INC., SICOR PHARMACEUTICALS, INC
10  and TEVA NOVOPHARM, INC,
                   Defendants.
11  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
                IN THE CIRCUIT COURT OF THE SECOND
12              JUDICIAL CIRCUIT IN AND FOR
                LEON COUNTY, FLORIDA
13
    THE STATE OF FLORIDA
14  ex rel.
                VEN-A-CARE OF THE
15              FLORIDA KEYS, INC.
                a Florida Corporation,
16              by and through its principal
                officers and directors,
17              ZACHARY T. BENTLEY and
                T. MARK JONES,
18                 Plaintiffs,
19
    VS.
20
    ALPHARMA, INC.; ALPHARMA, USPD, INC.
21  f/k/a BARRE-NATIONAL, INC.; BARRE PARENT
    CORPORATION; FAULDING, INC.; IVAN CORPORATION;
22  IVAX PHARMACEUTICALS, INC. f/k/a  ZENITH-GOLDLINE
    PHARMACEUTICALS, INC.; MAYNE GROUP, LTD.;
23  SANDOZ, INC., f/k/a GENEVA PHARMACEUTICALS, INC.;
    NOVARTIS, A.G.; and PUREPAC PHARMACEUTICAL CO.
24                 Defendants.
25  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
```

Page 2

```
 1      IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

 2   In the Matter of:

 3   ALABAMA MEDICAID PHARMACEUTICAL

 4   AVERAGE WHOLESALE PRICE LITIGATION

 5   _____

 6   This document Relates to:

 7   State of Alabama v. Teva Pharmaceuticals USA, Inc.

 8   Civil Action No. 2005-219.71

 9   - - - - - - - - - - - - - - - - - - - - x

10      IN THE CHANCERY COURT OF HINDS COUNTY MISSISSIPPI
                  FIRST JUDICIAL DISTRICT
11

12   STATE OF MISSISSIPPI,

13              Plaintiff,

14   vs.

15   ABBOTT LABORATORIES, INC., et a:

16              Defendants.
     - - - - - - - - - - - - - - - - - - - x
17                             One East Broward Boulevard
                               Fort Lauderdale, Florida
18                             February 4, 2009
                               9:20 a.m. -  6:05 p.m.
19
              VIDEOTAPED DEPOSITION OF KIM BLOOM
20                        VOLUME I

21           Taken before Suzanne Vitale, Shorthand

22   Reporter and Notary Public for the State of Florida at

23   Large, pursuant to a Notice of Taking Deposition filed

24   in the above cause.

25
```

1    your competitors.  You would have no advantage to do

2    anything different.

3         Q    Does anybody pay AWP?

4         A    No.

5         Q    So why would it matter then what your AWP

6    is if nobody pays it?

7         A    You don't want to be at a competitive

8    disadvantage in the marketplace.

9         Q    What do you mean by that?

10        A    Meaning customers are very concerned about

11   their reimbursement.

12        Q    How is AWP tied to reimbursement?

13        A    Well, it depends on the reimbursement.

14        Q    Generally how is it tied to reimbursement?

15        A    Certain states reimburse for Medicaid

16   scripts based on an AWP calculation.

17        Q    You're familiar that in some states, many

18   states, state Medicaid agencies reimburse based on an

19   AWP based formula?

20        A    Yes.

21        Q    For example, AWP minus 15 percent, AWP

22   minus 10 percent, that sort of thing?

23        A    Yes.

24        Q    So if nobody pays the AWP, why would it --

25   why would you have a competitive disadvantage if your

1    the pharmacist's profit on a drug?

2         A    Yes.

3         Q    Was the reimbursement spread on a drug ever

4    a factor in sales negotiations on a drug, to your

5    knowledge?

6              MS. LEVY:  Objection.

7              THE WITNESS:  I didn't negotiate sales so I

8         can't answer that question.

9    BY MR. PRINGLE:

10        Q    Or pricing calculations?

11        A    No.

12        Q    Was the difference between the reference

13   prices of AWP and/or WAC and contract prices ever

14   factored or considered in setting contract prices?

15        A    No.

16        Q    Why not?

17        A    It just wasn't a function of how we set

18   prices.  Prices were set on competition.

19        Q    If all of the things were equal, the

20   availability, the quality, the supply and the

21   relationship between salespeople and customer, then the

22   buying decision or the sales decision would come down

23   to price?

24        A    Yes, it could.

25        Q    And if then the contract price between you

1    and your customer was equivalent but your reference

2    price was different, could that be a factor in making

3    the sale?

4         A    It might be a factor of why the pharmacy

5    would decide on you, I would think, but it wasn't a

6    strategy that we had.

7         Q    Was that something that IVAX was aware of,

8    that that could be a factor that the pharmacy would

9    consider?

10        A    I don't think it was a secret in the

11   industry, no.  It's not a secret.  We were aware of it.

12        Q    So then IVAX would have been aware that

13   reimbursement spread could be a factor in a pharmacy's

14   decision to purchase product?

15        A    A pharmacist is going to make a decision on

16   whether or not he's going to make profit on his product

17   that he's going to dispense, so, yes.

18        Q    If you knew that and you were aware that

19   that was a factor in your customer's buying decision,

20   why wouldn't IVAX want to sell a drug based on its

21   reimbursement spread?

22        A    It wasn't a strategy of the organization.

23   It was something that we did not do.

24        Q    Why not?

25        A    Management decisions.  I personally didn't

1        Q    Was that something that you were aware of

2   the whole time you were at IVAX?

3        A    I believe so.

4        Q    And then it talks about the AWP published

5   in First Databank and a reimbursement altered by

6   Federal HIFA.

7             What is HIFA?

8        A    That used to be called HCFA.  That was the

9   only CMS.

10       Q    What is CMS?

11       A    CMS is the agency where you report your

12  AMP's to.

13       Q    And what are AMP's?

14       A    AMP's are average manufacturer prices.

15       Q    Were you involved in reporting AMP's.

16       A    No.

17       Q    Who reported AMP's?

18       A    The finance group did.

19       Q    Aldo?

20       A    No, it was not Aldo's group.  It was Olga

21  Arnold's group in finance.

22       Q    She was the lady that you did the special

23  projects with, right?

24       A    Yes.

25       Q    What was the name of Olga's group that

Page 144

1      Q    And how would reimbursement be altered by

2 Federal HCFA or HIFA?

3      A    I don't know.  Maybe based on the AMP's.

4 I'm guessing.

5      Q    Actually, maybe this -- check me out on

6 this, if I'm reading this right, if you disagree.

7 Reimbursement altered by Federal HIFA, or individual

8 States, or private third party payor establishing a

9 MAC.

10          Do you know what a MAC is?

11      A    Yes.

12      Q    So a HCFA or HIFA MAC or an individual stay

13 or private third party payors could establish MAC's?

14      A    Yes.

15      Q    What is a MAC?

16      A    A maximum allowable cost.

17      Q    And how would that affect reimbursement?

18      A    It would be the highest amount that they

19 would pay on any product.

20      Q    Even though they might have a reimbursement

21 that's AWP list ten percent plus dispensing fee, if

22 there's a MAC in place and it's lower than that,

23 they'll just pay the MAC?

24      A    That's right.

25      Q    Is that something that you've been aware of

```
1    the whole time at IVAX?

2         A    Yes.

3         Q    Do you know how those MAC's are

4    established?

5         A    No.

6         Q    Is there a person or department at IVAX

7    that was responsible for dealing with issues relating

8    to MAC's set by third party reimbursers?

9         A    No.

10        Q    The next slide in ending 450 talks about

11   reimbursement terms.

12             Are you familiar with all those terms?

13        A    Yes.

14        Q    The next few slides talk about them, so

15   we'll go on to the next slide ending in 451 on Exhibit

16   10.

17             PBM is a pharmacy benefit manager?

18        A    Yes.

19        Q    That's an administrator?

20        A    Yes..

21        Q    Give me an example of pharmacy benefit

22   managers?

23        A    AETNA.

24        Q    So AETNA contracts or services contracts

25   its members?
```

1

2          (Whereupon Exhibit 22 was marked by the

3   court reporter.)

4   BY MR. PRINGLE:

5          Q    Are you familiar with this document?

6          A    It looks like a document that we would have

7   prepared.  I don't recall this particular instance.

8          Q    And this is analyzing a price increase on

9   WAC and AWP, correct?

10         A    Yes.

11         Q    Is there a change in anything besides AWP

12  and WAC on this document?

13         A    I can't see it all.  It doesn't appear.

14         Q    Why would IVAX raise AWP and WAC on a

15  product but not raise contract prices, any of the

16  pricing buckets?

17         A    Competitive information.

18         Q    What do you mean by that?

19         A    Other manufacturers are out there with a

20  higher AWP and we would be at a competitive

21  disadvantage to have ours much lower.

22         Q    Why is that?

23         A    Reimbursement.

24         Q    Is there any other -- does changing an AWP

25  have any affect on anyone other than for reimbursement