# EXHIBIT 5

Gaston, Sue - Vol. II                                         March 19, 2008
Washington, DC

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: PHARMACEUTICAL        ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE   ) | CIVIL ACTION |
| PRICE LITIGATION             ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO     ) | |
| U.S. ex rel. Ven-a-Care of   ) | Judge Patti B. Saris |
| the Florida Keys, Inc.       ) | |
| v.                           ) | Chief Magistrate |
| Abbott Laboratories, Inc.,   ) | Judge Marianne B. |
| No. 06-CV-11337-PBS          ) | Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)


Videotaped deposition of SUE GASTON


Volume II


Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

1    program is cost savings?
2        A.    Correct.
3        Q.    And so if you set a FUL that was equal
4    to an AWP it wouldn't really result in any cost
5    savings to the state?
6        A.    Correct.
7        Q.    And so in this case, if I understand
8    what's going on here with cefadroxil in 2001,
9    basing a FUL on the lowest published price seemed
10   to result in a FUL that was too low, right?
11       A.    It appeared that way because of the
12   compendia information that we have.
13       Q.    And setting a FUL -- not using that
14   lowest published price but moving up to the next
15   seemed to result in a FUL that was too high?
16       A.    Correct.
17       Q.    And so CMS declined to set a FUL given
18   the published prices that were out there?
19       A.    Correct.
20       Q.    Let me just digress here for a second.
21   What role if any did AWP play in setting FULs?
22       A.    Generally, it did not.

Gaston, Sue - Vol. II					March 19, 2008
Washington, DC

458

```
 1      Q.    Can you think of any instance in which
 2   CMS based a FUL on the published AWP price?
 3      A.    I can't think of a situation where they
 4   did.
 5      Q.    In other words, other than being used
 6   to check whether there was going to be cost
 7   savings that resulted, FUL was basically -- or --
 8   I'm sorry -- AWP was basically irrelevant for the
 9   FUL calculation?
10            MS. MARTINEZ:  Objection, form.
11            MR. WINGET-HERNANDEZ:  Objection, form.
12      A.    It was used in the methodology just for
13   consideration, but I don't know of any times when
14   it would have been used to set a FUL price.
15      Q.    So in terms of a basis of calculation,
16   the price on which the FUL was based, AWP was
17   irrelevant?
18            MR. WINGET-HERNANDEZ:  Objection, form.
19            MS. MARTINEZ:  Objection, form.
20      A.    We wouldn't have used AWP.
21      Q.    Why would CMS not have used AWP?
22      A.    Because we know that states will be
```