# EXHIBIT 6

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


THE COMMONWEALTH OF MASSACHUSETTS,

    Plaintiff,

vs.                                          CIVIL ACTION NO.

MYLAN LABORATORIES INC.;                     03-CV-11865-PBS

BARR LABORATORIES, INC.;

DURAMED PHARMACEUTICALS, INC.;

IVAX CORPORATION; WARRICK

PHARMACEUTICALS CORPORATION;

WATSON PHARMACEUTICALS, INC.;

SCHEIN PHARMACEUTICALS, INC.;

TEVA PHARMACEUTICALS USA, INC.;

PAR PHARMACEUTICAL, INC.;

DEY, INC.; ETHEX CORPORATION;

PUREPAC PHARMACEUTICAL CO.; and

ROXANE LABORATORIES,

    Defendants.
_____/

    VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

        Taken on Behalf of the Defendant

                                                                        17

1   DataBank used.
2       MR. MULLIN:  Objection as to form, vague and
3   ambiguous.
4       MR. KERN:  Is there a specific question?  I'm
5   having trouble pulling the question out of that.  I
6   know where you're going but --
7   BY MR. FARQUHAR:
8       Q.  Okay.  Well, the question is:  When you
9   said that First DataBank didn't set prices, did you
10  mean to include the Blue Book AWP within your
11  definition of prices when you testified?
12      **A.  Yes, I did.**
13      Q.  Okay.  So can you explain why it is that
14  you testified that First DataBank does not set the
15  Blue Book AWP price?
16      **A.  The Blue Book AWP price field is based on**
17  **a markup table, and the markup table comes from a**
18  **wholesaler survey, and so it is populated from**
19  **information that's entered into the database based**
20  **on the information on that markup table.**
21      Q.  Okay.  Would it be correct to say, then,
22  that the Blue Book AWP is a price that First

18

1    DataBank calculates based on information it has
2    from wholesalers and from manufacturers?  Is that
3    correct?
4         **A.   That's correct.**
5         Q.   All right.  Next I would like to turn in
6    the same deposition to page 67, and ask you again
7    to read to yourself, if you would, from line 15 to
8    the bottom of the page.
9         **A.   Okay.**
10        Q.   The part of your testimony that I wanted
11   to draw your attention to is where you say that the
12   average wholesale price comes from the wholesalers,
13   it's an average of the price, published price, from
14   the wholesalers.
15        MR. MULLIN:  Is this page 67?
16        MR. FARQUHAR:  Yes.
17        MR. KERN:  What line?
18        MR. FARQUHAR:  It's line 20 through 24.
19        MR. MULLIN:  Okay.  Go ahead.  Sorry.
20   BY MR. FARQUHAR:
21        Q.   Again I didn't put into this exhibit all
22   of your testimony, obviously, from all of your

1  different depositions.  Let the record reflect I
2  have a stack of all that testimony here, and it's
3  about 6 or 7 inches of testimony.
4       But my recollection is that at some point
5  later there was -- you had some further testimony
6  about the average and whether this was an average
7  price.  I remember there being some discussion
8  about whether it was a weighted average.
9       The question I'd like to ask you is:  Is in
10 fact the Blue Book AWP an average of some sort of
11 price that's been furnished to -- to First DataBank
12 by either wholesalers or by manufacturers?
13      A.    **On the Blue Book AWP field, it's more**
14 **preponderance versus an average.**
15      Q.    And "preponderance" meaning that when you
16 conducted your wholesaler surveys, you arrived at
17 the formula that would be used to generate the Blue
18 Book AWP based on -- I think you testified it was
19 sort of a consensus of the wholesalers.  Is that
20 correct?
21      A.    **If you mean by "consensus" if that's the**
22 **way the majority went, there could be an outlier,**

Morgan, Patricia Kay                                November 30, 2007
                           Tampa, FL

                                                                    27

1   DataBank, First DataBank determined the AWPs it

2   published in the Blue Book AWP field based on

3   surveys of wholesalers, correct?

4        A.   That's correct.

5        Q.   First DataBank surveyed wholesalers on a

6   frequent basis, correct?

7        MR. KERN:  Vague and ambiguous.

8        Go ahead.

9        THE WITNESS:  That's correct.

10  BY MR. KATZ:

11       Q.   First DataBank did not survey wholesalers

12  for transaction prices, correct?

13       A.   That's correct.

14       Q.   First DataBank asked wholesalers for the

15  markups they applied to all drugs pertaining to a

16  particular labeler code, which usually corresponded

17  to a particular manufacturer, correct?

18       A.   **Close.  First DataBank asked for the**

19  **markup applied to a labeler code, which would then**

20  **correspond to the products.**

21       Q.   Okay.  And just for shorthand, I'm going

22  to refer to just the manufacturer instead of

 1    discussing labeler code.  Do you understand that?
 2        A.   We'll see.
 3        Q.   Okay.  The wholesalers informed First
 4    DataBank of a percentage markup or stated that they
 5    used a manufacturer's suggested AWP?
 6        A.   In response to a specific question about
 7    a specific labeler code?
 8        Q.   Right.
 9        A.   That's correct.
10        Q.   First DataBank's decision to use a
11    particular percentage markup or suggested AWP was
12    based on a consensus of the wholesalers, correct?
13        MR. KERN:  Could you repeat the question.
14    BY MR. KATZ:
15        Q.   First DataBank's decision to use a
16    particular percentage markup or suggested AWP was
17    based on a consensus of the wholesalers, correct?
18        MR. KERN:  I will object as vague and
19    ambiguous because I think that there is some
20    confusion in this room and historically in these
21    depositions as to what "consensus" means.  Some
22    people think consensus means everyone agrees.  Some

29

1   people think it means preponderance or majority.
2        Could you rephrase -- rephrase the question
3   with that in mind, Cliff.
4        MR. KATZ:  Yes.
5   BY MR. KATZ:
6        Q.   First DataBank's decision to use a
7   particular percentage markup or suggested AWP was
8   based on what the majority of the wholesalers told
9   First DataBank, correct?
10       **A.   The only reason I'm hesitating is, the**
11  **survey was used to populate a table, and the table**
12  **was used to populate the fields.**
13       Q.   The table was populated based upon what
14  the majority of wholesalers told First DataBank,
15  correct?
16       MR. KERN:  And I'll object one more time as
17  vague and ambiguous as to your term "wholesalers."
18  Cliff, are you referring to full-line national
19  wholesalers only?
20       MR. KATZ:  Yes.
21       THE WITNESS:  With all those addendums to your
22  question, yes.

31

1    surveyed AWP because First DataBank based its
2    decision to use the suggested AWP on information
3    provided by wholesalers, correct?
4         MR. MULLIN:  Objection.  Considered as by
5    whom?
6         MR. KATZ:  Considered by First DataBank.
7         MR. KERN:  Do you understand the question?
8         THE WITNESS:  I think so.
9         MR. KERN:  Okay.
10        THE WITNESS:  Let me just restate it.
11        First DataBank would populate the Blue Book
12   AWP with the suggested wholesale price from the
13   manufacturer in that Blue Book AWP field if the
14   preponderance of the national full-line wholesalers
15   indicated that the AWP markup provided to them or
16   that they used was the ones provided by the
17   manufacturer.
18   BY MR. KATZ:
19        Q.  Okay.  And -- and if that was done, if
20   the SW -- if the suggested AWP was used, it was
21   still considered a surveyed AWP, correct?
22        MR. MULLIN:  Objection; vague and ambiguous.

Morgan, Patricia Kay                                November 30, 2007
                              Tampa, FL

                                                                    32

```
 1   Considered by whom?
 2   BY MR. KATZ:
 3        Q.   Look at -- let me rephrase.
 4        If the -- if the suggested AWP was used to
 5   calculate the Blue Book AWP, First DataBank
 6   considered the Blue Book AWP a surveyed price,
 7   correct?
 8        A.   That's correct.
 9        Q.   Based on First DataBank's definition, AWP
10   is a price based on information from the
11   wholesaler, not the manufacturer, correct?
12        A.   That's correct.
13        Q.   Manufacturer has never decided whether
14   First DataBank uses the suggested amount AWP as its
15   Blue Book AWP, correct?
16        MR. MULLIN:  Objection; argumentative.
17        MR. KERN:  Lacks foundation, unless we
18   restrict it to the time frame that Kay worked at
19   First DataBank.  I don't think she's aware of what
20   First DataBank did before 1999.
21        MR. KATZ:  I'll rephrase.
22   BY MR. KATZ:
```

1     Q.   During the period when you were employed
2  by First DataBank, the manufacturer did not decide
3  whether First DataBank used the suggested AWP as
4  its Blue Book AWP, correct?
5     A.   That's correct.
6     Q.   During the time period when you were
7  employed by First DataBank, manufacturers did not
8  control the methodology used by First DataBank in
9  populating its Blue Book AWP fields, correct?
10    A.   That's correct.
11    Q.   During the time period you were employed
12 by First DataBank, manufacturers did not set the
13 AWPs listed in First DataBank's Blue Book AWP
14 fields, correct?
15    MR. MULLIN:  Objection; argumentative.
16    THE WITNESS:  That's correct.
17 BY MR. KATZ:
18    Q.   First DataBank has not defined its AWPs
19 as transaction prices, correct?
20    A.   That's correct.
21    Q.   First DataBank has not defined the
22 suggested wholesale price or SWP field as a field

Morgan, Patricia Kay                              November 30, 2007
                        Tampa, FL

                                                              149

1        Q.    -- that the terms of the algorithm were
2    --
3        A.    -- related to terms.
4        Q.    -- disclosed.
5        A.    But I know I have repeated what the terms
6    are, and watched people's eyes roll back.
7        Q.    Well, we can take this up after the
8    deposition is over.
9        A.    I'll be glad to give it to you -- I'll
10   give it to you now if you'd like.
11       Q.    Yes.  What's the terms of the algorithm?
12       A.    The computer determines the most common
13   package size for the products that are in a GCN.
14   And that is GCN based, not GCN SEQNO based.  It
15   then determines the mean of the AWP for those most
16   common package size.  It does a standard deviation
17   of those -- that mean, and excludes any product
18   that is more than one standard deviation above that
19   mean or more than one standard deviation below that
20   mean.
21             It then recalculates the mean once again for
22   those remaining products, and it then takes one