# EXHIBIT 7

Shanks, Robert     HIGHLY CONFIDENTIAL     February 22, 2008
Warrenton, MO

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------------X

THE COMMONWEALTH OF MASSACHUSETTS,     )

     Plaintiff,     )

     vs.     ) 03-11865-PBS

MYLAN, INC., IVAX CORPORATION,     )

WARRICK PHARMACEUTICALS CORPORATION, )

WATSON PHARMACEUTICALS, INC., SCHEIN )

PHARMACEUTICAL, INC., TEVA     )

PHARMACEUTICALS USA, INC., PAR     )

PHARMACEUTICAL, INC., PUREPAC     )

PHARMACEUTICAL COMPANY., and ROXANE    )

LABORATORIES, INC.,     )

     Defendants.     )

---------------------------------------X

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF ROBERT SHANKS

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 22, 2008

48

1      A.   Uh-huh.
2      Q.   And you were never able to get any idea
3  what AWP was?
4      A.   It's funny.  When I went to Schein and
5  then had responsibility to make pricing proposals
6  and was told you have to have an AWP.  I went
7  through an exercise if I'm going to be
8  establishing an AWP to try to figure out how do
9  you calculate AAWP.  What is AWP? And I called
10 people I knew in the brand business and
11 everywhere else and nobody could really give me
12 that.  What I finally concluded from that looking
13 at what I was going to be doing was that because
14 you had -- when you went to market you had to be
15 listed in the pricing services, you know, like
16 First Data Bank.  They required in order -- and
17 you had to be in there because if you didn't have
18 your AND number in there when people submitted
19 bid proposals, that's where they went to look to
20 see who had the kind of drugs they were looking
21 to buy.  You had to be in there and they required
22 an AWP.  And in order to be listed as a generic,

49

1   they required your AWP be at least ten percent
2   lower than the brand.  So, probably the answer to
3   what is AWP, it's a requirement by the data
4   services that give you a definition of what it
5   has to be in order to be a generic drug.  But as
6   to it's relating to anything, any company in the
7   business ever did in terms of actual pricing,
8   that's not included in the definition.
9       Q.   Was it your understanding when you were
10  working at Zenith Goldline that AWP stood for
11  average wholesale price?
12      A.   No.  It wasn't my understanding.
13      Q.   Did you ever --
14      A.   If you understand what I'm saying.  It
15  wasn't an average wholesale price.
16      Q.   I understand that you're saying it is
17  somebody taking a series of numbers and averaging
18  them and coming up with a number?
19      A.   That's right.  It wasn't a number that
20  related to any actual selling price.
21      Q.   Okay.  Manufacturers didn't charge
22  anyone the AWP price; is that right?

54

1  store; is that right?
2      A.   No.  That's not right.
3      Q.   All right.  What does the word
4  "suggested retail" mean?
5      A.   In this context you're trying to
6  explain, again, something that carries pricing
7  terminology that is not, so that they can relate
8  to it.  I'll go back to my previous definition.
9  It's a requirement by data bases that you have to
10 give this number.  The number has to be ten
11 percent or greater below the brand WAC.  So,
12 you're training salesmen to understand what this
13 thing is because they are going to be talking
14 about it to customers and they need to understand
15 what it is and what it isn't.
16     Q.   Okay.  We need to switch our tape, so
17 let's take a break.
18          VIDEOGRAPHER:  We're off the record at
19 9:56 a.m.
20          (Whereupon a short break was
21 taken.)
22          VIDEOGRAPHER:  This is the beginning of

Shanks, Robert          HIGHLY CONFIDENTIAL          February 22, 2008
                              Warrenton, MO

153

```
 1    selling Clozapine, were you involved in
 2    establishing the initial pricing for the product?
 3         A.   Yes.
 4         Q.   And did Ivax have a pricing grid or
 5    series of prices that it would establish with
 6    regard to products?
 7         A.   Certainly with Clozapine we did.  I
 8    don't know that we had that on all the other
 9    products.  I don't know.  It's hard to remember.
10    We certainly had one on Clozapine.
11         Q.   Let me mark this as our next Exhibit
12    which I think is 11.
13              (Whereupon, Exhibit Shanks 011 was
14    marked for identification.)
15         Q.   (By Mr. Mullin)  I'm showing you what I
16    marked as Exhibit 11.  This is a document
17    produced to the Commonwealth by Ivax.  It has a
18    Bates number.  There is a number of Bates
19    numbers, but the Massachusetts one ends in
20    00003124.  Do you recognize your signature on the
21    document?
22         A.   Yes.
```

Shanks, Robert          HIGHLY CONFIDENTIAL          February 22, 2008
                             Warrenton, MO

154

1     Q.    And do you recognize what this document
2  is?
3     A.    It's the pricing grid.
4     Q.    Okay.  And what, if any, role did you
5  play in establishing these prices?
6     A.    Again, we had periodic price reviews.
7  We I'm talking about for the whole product line
8  we would do it annually.  But you would have
9  periodic pricing reviews, if for any reason a
10 competitive environment changed.  So, then you
11 would have suggestions from the sales force and
12 whoever other people were in contact with the
13 customers.  You would develop a proposal in
14 marketing department.  I would approve it, submit
15 it up the chain of command to the appropriate
16 people for the final approval or effective
17 approval shall we say.
18    Q.    So that you could propose, recommend,
19 but you didn't have final authority?
20    A.    Correct.
21    Q.    Okay.  If you look at lower left hand
22 corner of Exhibit 11 it says revised as of

155

1    January 13, 1998, do you see that?

2        A.   Yes.

3        Q.   That would have been within about six

4    weeks of announced FDA approval.  This would be

5    early on pricing; is that right?

6        A.   Yes.

7        Q.   Okay.  If you would, the spread sheet

8    that's here, as to the various columns going

9    across, there is an AWP column; is that right?

10       A.   Yes.

11       Q.   And then there is ZGP cost column,

12   what's recorded in that column?

13       A.   I think that's standard cost.

14       Q.   And when you say standard cost, what

15   are you referring to?

16       A.   That would be fully allocated.  In

17   other words, that includes whatever finance is

18   allocated for burden.

19       Q.   So, it's not just manufacturing, but it

20   has overhead, whatever allocations there are to

21   the product?

22       A.   Right.

1   Q.   And then there is the next column says
2   WIP.  What's WIP?
3   A.   Since it was WAC for years there, I
4   wanted to change that terminology from wholesale
5   acquisition price to wholesale invoice price,
6   which would be more reflective --
7   Q.   -- of what it really was?
8   A.   Right.  But after about a year we just
9   had to quit because the market just, you get
10  people saying my computer entry place says WAC,
11  so we had to go back to WAC.
12  Q.   So, at least at Ivax at this time WIP
13  and WAC would be the same thing?
14  A.   Yes.
15  Q.   Okay.  Then next to it is super source,
16  what's that?
17  A.   Wholesale other sourcing programs that
18  wholesalers get, you sign up as a pharmacy and
19  with the wholesaler and you agree that regardless
20  of what generic product you order, they send you
21  the one on their source program.  So, it becomes
22  a committed volume.  It allows a wholesaler to

157

```
 1   negotiate a contract price for this pool of
 2   pharmacies in the same way a warehousing chain
 3   does.  It's a committed volume circumstances.
 4        Q.   And then the next price that's listed
 5   is retail, what's that?
 6        A.   I think that would be if you sold just
 7   to an individual pharmacy, but I'm not sure.  It
 8   wasn't something that happens very often.
 9        Q.   Then there is a premier retail; is that
10   right?
11        A.   Uh-huh.
12        Q.   And then there is DIS -- is that DST;
13   what's that?
14        A.   Distributor.
15        Q.   MHC; what's that?
16        A.   I believe that's a managed care
17   designation.
18        Q.   Managed health care?
19        A.   That's probably it, yeah.
20        Q.   And NCG, what's that?
21        A.   I can't recall.  I think it's probably
22   some kind of buying group.
```

158

```
 1        Q.   Looking at -- there is essentially
 2   pricing higher for four different products; is
 3   that right, four different NDCs?
 4        A.   We call it stock keeping unit.
 5        Q.   SKU?
 6        A.   Yes.
 7        Q.   And with regard to that first SKU, the
 8   prices vary, I believe, between $79.42 and I
 9   think the highest one is $88.25?
10        A.   Which column is that?
11        Q.   Essentially that would be both retail
12   and, I'm sorry, distributors were paying $94.89?
13        A.   So, you're comparing distributor price
14   to which price?
15        Q.   Well, I think you said $94.89 is the
16   WAC price; right?
17        A.   $94.89 is for the 25 milligram 100.
18        Q.   100?
19        A.   The WAC is $94.89, correct.
20        Q.   And of all -- I think you previously
21   told me that AWP is not a price that anybody
22   pays, anybody is charged?
```

                                                                    159

1      A.    It's not a price at all.  It's a data
2  entry point at First Data Bank.
3      Q.    And then taking the prices from WAC
4  over to the right, the highest one is $94.89;
5  right?
6      A.    I think it is going to the right.
7      Q.    If you look at the prices that are
8  being charged.  The lowest price that's being
9  charged is $79.42 and that's for the federal
10 supply schedule?
11     A.    Going to the right, yes, I believe
12 that's.
13     Q.    And with regard to all these products
14 and all these prices, the cost to Zenith Goldline
15 of manufacturing and selling the product is
16 $5.16?
17     A.    Yes.
18     Q.    Was Clozapine among the most profit
19 able drugs that Zenith Goldline sold?
20           MR. OCCHUIZZO:  Objection; form.
21     Q.    (By Mr. Mullin)  If you know?
22     A.    I'm trying -- I have to think of all

160

1   the products we were selling right then,
2   profitable in terms of an individual bottle.
3       Q.   Right.  Gross profit margin?
4       A.   The margin?
5       Q.   Yeah.
6       A.   I think, yes.
7       Q.   We're in the order of magnitude of 90
8   percent or maybe a little more than that; right?
9       A.   I don't know unless I look again at all
10  the other products, but certainly it's not
11  typical for a generic drug to have that kind of
12  margin.
13      Q.   Let me mark this document as Exhibit.
14  This will be Exhibit 12.  You can put 11 aside.
15           (Whereupon, Exhibit Shanks 012 was
16  marked for identification.)
17      Q.   (By Mr. Mullin)  I'd ask you to look at
18  Exhibit 12 and I'll tell you the company produced
19  this document to us in response to a document
20  request.  I don't know that you need to read
21  everything that's in here but I'm just asking you
22  whether or not you recognize this as being one of