# EXHIBIT 8

## Clozapine (Clozaril)

| Str/Size | NDC (0172) | ZGR AWP | ZGP Cost | ZGP WIP | Super Source | Retail | Premier Retail | Dist. | MHC | NCG | FSS | Small Mail Order Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25mg/100  | 4359-60 | $ 121.68   | $ 5.16  | $ 94.89    | $ 87.30    | $ 88.25    | $ 88.25   | $ 94.89   | $ 88.25    | $ 88.25    | $ 79.42   | N.A. |
| 25mg/500  | 4359-70 | $ 590.17   | $ 23.02 | $ 460.22   | $ 423.41   | $ 436.83   | $ 441.25  | $ 451.22  | $ 436.83   | $ 436.83   | $ 397.13  | N.A. |
| 100mg/100 | 4360-60 | $ 315.27   | $ 14.17 | $ 245.85   | $ 226.18   | $ 228.64   | 728.64    | $ 233.85  | $ 228.64   | $ 228.64   | $ 210.20  | N.A. |
| 100mg/500 | 4360-70 | $ 1,529.07 | $ 68.13 | $ 1,192.37 | $ 1,096.98 | $ 1,131.77 | $1,162.80 | $1,162.37 | $ 1,131.77 | $ 1,131.77 | $1,054.02 | N.A. |

                                                                                    1143.20

305.78
1,028.58

[1] Up to 8% off WIP offered only if customer signs contract guaranteeing first-right-of-refusal for 3 years after second generic is launched, otherwise WIP
[2] Up to 7% off WIP and regular rebate offered only if customer signs contract guaranteeing first-right-of-refusal for 3 years after second generic is launched. Otherwise, they get WIP and no rebate on the product. The price shown above is invoice price.
[3] A 9% P.M. on sales out only will also be offered.
[4] FSS must be equal to the lowest net price we give any customer. This is equivalent to the Premier Retail price, less 10% (the largest rebate currently applicable)

Note:
WIP is 83 1/3% of brand's direct price as of 11/11/97

Clozapine Pricing Approval

Bob Shanks _____ Date 2-1-13-98

Kim West _____ Date 1/6/98

John Hanson _____ Date 1/15/98

Rafick Henein _____ Date


DEPOSITION EXHIBIT
Shanks 11
32.089...

| Str/Size | Brand AWP | ZGP AWP (10.5% off) | Brand Direct | ZGP WIP (62 2/3% off Brand Direct) |
|---|---|---|---|---|
| 25mg/100  | $ 135.96 | $ 121.68   | $ 113.87 | $ 94.89    |
| 25mg/500  |          | $ 590.17   |          | $ 460.22   |
| 100mg/100 | $ 352.26 | $ 315.27   | $ 295.02 | $ 245.85   |
| 100mg/500 |          | $ 1,529.07 |          | $ 1,192.37 |

Revised Jan. 13, 1998

CONFIDENTIAL

IPI-04-FL 001757
HIGHLY CONFIDENTIAL
IVAX_AL 003124
IVAX-MA-00003124