# EXHIBIT 9

TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
Trisha Sarfas - 3/19/09

Page 1

```
 1                    NO. D-1-GV-07-001259
 2   THE STATE OF TEXAS            )  IN THE DISTRICT COURT
                                   )
 3   ex rel.                       )
        VEN-A-CARE OF THE          )
 4      FLORIDA KEYS, INC.,        )
                                   )
 5            Plaintiffs,          )
                                   )
 6   VS.                           )  TRAVIS COUNTY, TEXAS
                                   )
 7   SANDOZ, INC. f/k/a GENEVA     )
     PHARMACEUTICALS, INC.,        )
 8   NOVARTIS PHARMACEUTICAL       )
     CORP., NOVARTIS AG, EON       )
 9   LABS, APOTHECON, INC.,        )
                                   )
10   MYLAN PHARMACEUTICALS, INC.,  )
     MYLAN LABORATORIES, INC.,     )
11   UDL LABORATORIES, INC.        )
                                   )
12   TEVA PHARMACEUTICALS USA,     )
     INC., f/k/a LEMMON            )
13   PHARMACEUTICALS, INC.,        )
     COPLEY PHARMACEUTICALS,       )
14   INC., IVAX PHARMACEUTICALS,   )
     INC., SICOR PHARMACEUTICALS,  )
15   INC., TEVA NOVOPHARM, INC.,   )
     and TEVA PHARMACEUTICAL       )
16   INDUSTRIES, LTD.              )
            Defendants.            )  201ST JUDICIAL DISTRICT
17
18   ************************************************
19           ORAL AND VIDEOTAPED DEPOSITION OF
20                    TRISHA SARFAS
21                   March 19, 2009
22       TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
23   ************************************************
24
25
```

VOHLKEN & ASSOCIATES

Electronically signed by Cynthia Vohlken (501-102-540-7863)
Electronically signed by Cynthia Vohlken (501-102-540-7863)

f53bfb57-6527-4398-9791-b6777e9b3e77

TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
Trisha Sarfas - 3/19/09

Page 31

```
 1        A.   Wholesale net cost?  Not anything I've
 2   established or put together.
 3        Q.   Have you heard of a term known as "average
 4   price"?
 5        A.   Are you saying AWP, average wholesale price
 6   or --
 7        Q.   No.  Just average price.
 8        A.   I mean, it's a terminology where you could
 9   say, here, I've put together an average price that we
10   are going to use for distributors or for chains or an
11   institutional group.  It's a starting point.
12        Q.   Did IVAX calculate average prices?
13        A.   We did AMPs that we reported.  I know average
14   manufacturer's price.  I wasn't involved in that.
15   That came from finance, but that was an average
16   manufacturer price.  I'm not aware.  I didn't
17   calculate it.  I don't know if anybody else did in the
18   company.
19        Q.   Other than AMP, you're not aware of any
20   calculations of average prices?
21        A.   No.
22        Q.   Are you aware of a term known as "average
23   wholesale price"?
24        A.   AWP, yes.
25        Q.   And what's the meaning of that?
```

VOHLKEN & ASSOCIATES

TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
Trisha Sarfas - 3/19/09

Page 65

```
 1              MR. ANDERSON:  -- it won't -- it won't
 2   take any unnecessary time.
 3       Q.   (BY MR. ANDERSON)  I'll rephrase my question,
 4   ma'am.
 5              Isn't it true that in order to achieve a
 6   generic price indicator as a generic, IVAX could have
 7   set its AWPs at like, for instance, 20 percent off of
 8   the -- 20 percent of or 80 percent off the brand AWP?
 9       A.   The important thing is that my pricing across
10   the spectrum is comparable to the competition.  So if
11   the competition falls that way or basically wherever
12   which way they are going to go, that's where I'm going
13   to try to stay in suit with.
14       Q.   Yes --
15       A.   So if it ends up being that low, then, of
16   course, I'm going to go -- I'm going to be comparable
17   to who I'm competing with.  If not, it could put me at
18   a disadvantage and I lose business.
19       Q.   Yes, I understand that and -- and you've
20   testified to that previously.  And the basic point is
21   that IVAX set its AWPs with an eye toward competing
22   with other generic companies on AWP.
23       A.   Correct.  Correct.
24       Q.   Okay.  So really the generic price indicator
25   issue wasn't as important as the competition with
```

TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
Trisha Sarfas - 3/19/09

Page 79

```
 1    the rebates and the discounts?
 2         A.   Correct, yes.  We had that understanding,
 3    yes.
 4         Q.   All right.  So really the -- the -- the
 5    concept of WAC as a wholesale acquisition cost is
 6    really kind of a misnomer because it's not really the
 7    wholesaler's cost --
 8              MS. LEVY:  Objection --
 9         Q.   (BY MR. ANDERSON)  -- correct?
10              MS. LEVY:  -- lack of foundation and
11    mischaracterization.
12         A.   Okay.  The -- the wholesale acquisition cost
13    is what goes out on the -- our understanding is what
14    goes out on the invoice and the wholesaler receives
15    two percent cash payment terms against that WAC.
16         Q.   (BY MR. ANDERSON)  Uh-huh.
17         A.   Now, it's not less the chargebacks and the
18    rebates.
19         Q.   And in that regard it's not really the
20    wholesaler's cost, is it?
21              MS. LEVY:  Objection, lack of
22    foundation.
23         A.   It is not net of all of the chargebacks and
24    the rebates, so it would not be the net.  It's their
25    invoice price.  In some cases.  Now, there are some
```

TEXAS CONFIDENTIAL/HIGHLY CONFIDENTIAL
Trisha Sarfas - 3/19/09

Page 80

```
 1    customers that would pay WAC.  There are some
 2    customers that actually do pay WAC.
 3         Q.   (BY MR. ANDERSON)  It's pretty rare, though?
 4         A.   It's a small percentage, yes, but it is -- it
 5    could happen.
 6         Q.   Look, if you could, at the page that's
 7    numbered 118.  That's titled "Reimbursement," correct?
 8         A.   Correct.
 9         Q.   And the second bullet reads, "Typically tied
10    initially to AWP (Usually AWP less 10% for Medicaid
11    plus a nominal dispensing fee of" two to "$4)."  Did I
12    read that correctly?
13         A.   Yes.
14         Q.   Is that consistent with your understanding
15    based on your work at IVAX?
16         A.   No.  Each state does something different.
17         Q.   Was there --
18         A.   And I didn't -- I didn't create this, nor did
19    I see this before.
20         Q.   Did you or others at IVAX have a general
21    understanding that reimbursement was generally tied to
22    AWP?
23         A.   No.  Each state does something different.
24         Q.   I realize each state may be different.  I'm
25    saying but as a general matter did you or others at
```

Electronically signed by Cynthia Vohlken (501-102-540-7863)
Electronically signed by Cynthia Vohlken (501-102-540-7863)

f53bfb57-6527-4398-9791-b6777e9b3e77