# EXHIBIT 10





EXHIBIT ___2___
WIT: _Sarfas_
DATE: _3-19-09_
Cynthia Vohlken

111



## AWP
### (Average Wholesale Price)

- Suggested retail or sticker price
- 20% above the WAC price for brand drugs
- Typically 10% below brand AWP for generic drugs.
- **No one pays this price!**

**IVAX**

Strength of One



### Rebates

- A fixed percentage discount off invoice pricing (the WAC) received by wholesalers from generic manufacturers on all purchases.
- Typically 10% - 30%

IVAX



















Savings To Washington

| | Clozaril® | IVAX | Diff. |
|---|---|---|---|
| Previous | $317.03 | $285.24 | 10% |
| Current | $170.00 | $170.00 | |
| Savings | 46% | 41.5% | |

IVAX

Strength of One















|  | Novartis | IVAX |
|---|---|---|
| GPO | $260.00 | $117.00 |
| Non-GPO | $305.00 | $130.00 |

IVAX — Strength of One







## Price Comparison

|  | Atenolol 50mg 100 | Clozapine 100mg 100 | Haloperidol Dec 100mg 5mL |
|---|---|---|---|
| Brand AWP | $105.32 | $352.26 | $269.15 |
| Brand Cost | $90.05 | $260.00 | $239.00 |
| Generic AWP | $65.38 | $332.80 | $264.00 |
| Generic Cost | $2.49 | $130.00 | $175.00 |
| Cost Diff. | $87.56 | $130.00 | $64.00 |
| Percent Diff. | 97% | 50% | 27% |
| No. of Mfg. | 10 | 3 | 3 |
| MAC $ | $4.35 |  |  |

**IVAX**

Strength of One

137

