# EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3 C.A. NO 03-11865 PBS

 4 --------------------------------------X

 5 THE COMMONWEALTH OF MASSACHUSETTS       :

 6     Plaintiff                           :

 7         -vs-                            :

 8 MYLAN LABORATORIES, INC. BARR           :

 9 LABORATORIES, DURAMED                   :

10 PHARMACEUTICALS, INC., IVAX             :

11 CORPORATION, WARRICK PHARMACEUTICALS    :

12 CORPORATION, WATSON PHARMACEUTICALS,    :

13 INC., SCHEIN PHARMACEUTICAL, INC.,      :

14 TEVA PHARMACEUTICALS USA, INC., PAR     :

15 PHARMACEUTICAL, INC. DEY INC., ETHEX    :

16 CORPORAITON, PUREPAC PHARMACEUTICAL     :

17 CO., and ROXANE LABORATORIES, INC.      :

18     Defendants                          :

19 --------------------------------------X

20              HIGHLY CONFIDENTIAL

21   VIDEOTAP DEPOSITION OF TRISHA SARFAS - 30(b)(6)

22
```

                                                                    2

1         Videotape deposition of TRISHA SARFAS -
2  30(b)(6) was taken, pursuant to notice, held at
3  Residence Inn, 1110 Bethlehem Pike, North Wales,
4  Pennsylvania, on Wednesday, August 22, 2007,
5  beginning at or about 9:20 a.m., before Debra J.
6  Veneziale, Court Reporter and Notary Public, and
7  Michael Mullen, Videotape Operator, there being
8  present:
9                     - - -
10
11            A P P E A R A N C E S:
12
13            COMMONWEALTH OF MASSACHUSETTS
14            BY:  PETER A. MULLIN, ESQUIRE
15            Assistant Attorney General
16            BY:  JOHN PINA, III, ESQUIRE
17            One Ashburton Place
18            Boston, MA   02114
19            Phone: (617)  727-2200
20                 Representing the Plaintiff
21
22 (CONTINUED)

1    Q.    Okay.

2          And I guess one group within the
3 industry would be pharmacists, right?

4    A.    Correct.

5    Q.    Do pharmacists tend to subscribe or
6 have access to one of these three as opposed to
7 the other two?

8          MR. OCCHUIZZO:  Objection; form.

9          THE WITNESS:  Typically, yes.

10 BY MR. MULLIN:

11    Q.    And which one a pharmacist typically
12 subscribe to?

13          MR. OCCHUIZZO:  Objection; form,
14 foundation.  If you can answer.

15 BY MR. MULLIN:

16    Q.    You may answer.

17    A.    Typically FirstData Bank.  They were
18 the strongest of the pricing houses.

19    Q.    And when you say the strongest, what do
20 you mean?

21    A.    The data they provided was easier to
22 work with, compatible to systems.

```
 1      Q.   You think it's fair, it's accurate to
 2 say that it's the most widely used in the
 3 industry during the time period that you were
 4 with Ivax?
 5           MR. OCCHUIZZO:  Objection; form and
 6 foundation.  Go ahead.
 7           THE WITNESS:  Yes.
 8 BY MR. MULLIN:
 9      Q.   Okay.
10           And during the -- and were you
11 responsible for during the period when you're the
12 Manager of the Contracts Department for
13 communicating AWP price to FirstData Bank?
14      A.   Yes.
15      Q.   Okay.
16           What did Ivax understand AWP to be?
17      A.   Average wholesale price.
18      Q.   Okay.
19           What did you understand that was?
20      A.   My understanding is it was something
21 that we needed to establish to get our products
22 loaded through the pricing houses and through the
```

Page 253

1    Q.   With regard to identified drugs in this
2    case, which is the Baclofen, the Albuterol and
3    the Clozapine, throughout the time -- the
4    relevant time period Ivax would have been
5    reporting to the price reporting agencies both an
6    AWP and a WAC; is that right?
7    A.   Correct.
8    Q.   Okay.
9         And focusing for a moment on FirstData
10   Bank, I think you said that when you became
11   Manager of the Contracts Department you took over
12   responsibility for notifying FirstData Bank of
13   changes in reported price?
14   A.   Correct.
15   Q.   And who had that duty or responsibility
16   prior to you?
17   A.   Kim Bloom for a very short time period
18   and then prior to Kim Bloom it was Marketing.
19   Q.   And who in Marketing?
20   A.   Scott Simms.
21   Q.   Okay.
22        And did -- was there some contact

 1  various customers.

 2       Q.   Okay.

 3            Did Ivax sell to any customers at AWP?

 4            MR. OCCHUIZZO:  Peter, I'm going to

 5  object on relevance grounds  I'm not the quite

 6  sure how AWP fits when with Massachusetts

 7  reimbursement rates are all based on WAC.

 8            MR. MULLIN:  The objection is noted.

 9  BY MR. MULLIN:

10       Q.   Ivax sell AWP to any customers?

11       A.   No.

12       Q.   Okay.

13            And the words average wholesale price,

14  I mean it seems to be an average of the prices

15  that wholesalers are selling at.  Was that your

16  understanding?

17       A.   I cannot comment on what exactly the

18  wholesalers charged the pharmacies.

19       Q.   You're of employee of Ivax, right?

20       A.   Yes.

21       Q.   You were in charge of the Contract

22  Department for a period of time?

323

1          MR. OCCHUIZZO:  I WOULD actually state

2 on the record that that was produced by the State

3 of Mass -- the Commonwealth of Massachusetts to

4 Defendants. It was provided by Defendants at this

5 deposition.

6          MR. MULLIN:  Okay.

7 BY MR. MULLIN:

8     Q.   And this includes a WAC and an AWP

9 price; is that right?

10    A.   Correct.

11    Q.   Okay.

12         And does it indicate anywhere what your

13 contract prices are?

14    A.   Contract price to who?

15    Q.   To any of your customers?

16    A.   No.

17    Q.   Okay.

18         And would you agree with me that none

19 of your customers pay AWP?

20    A.   Small -- AWP, no.  Ti's a price that we

21 have to set again to establish generic price

22 indicator and to get our prices loaded.