# EXHIBIT 13



## MEMORANDUM

TO:        DEE DEE SIMON

FROM:      TRISHA SARFAS

DATE:      APRIL 8, 1999

RE:        STATE MEDICAID & SUBSTITUTION

Per your request for distribution to your Managers and Reps, you will find attached information pertaining to each State's Medicaid reimbursement and substitution program.

Please keep in mind that all States, with the exception of Illinois, New Jersey, Virginia and Texas, utilize First Databank/Medispan (one company now).

If you have any questions, please feel free to give me a call.

cc:    Stuart Blake
       Kim Bloom
       Jeff Hampton
       Dave Rekenthaler
       Scott Schrader
       Dave Whipple
       Customer Service
       Contracts

EXHIBIT _3_
WIT: _Sarfas_
DATE: _3-19-09_
Cynthia Vohlken

CONFIDENTIAL

IVAX-MA-01296114