UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)   Subcategory Case No: 03-10643-PBS<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

**THE CITY OF NEW YORK AND NEW YORK COUNTIES' MOTION
FOR PERMISSION TO FILE CERTAIN EXHIBITS TO THE AFFIDAVIT OF
JOANNE M. CICALA IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS'
FUL FRAUD CLAIMS UNDER SEAL**

Plaintiffs, the City of New York and New York Counties in MDL 1456, hereby move, pursuant to Local Rule 7.2 and ¶15 of the December 13, 2002 Protective Order in this case [Docket No. 276], and consistent with this Court's electronic order of May 20, 2009, for permission to file under seal the full, unredacted versions of Exhibits D through L and O-2 to the Affidavit of Joanne M. Cicala in Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' "FUL fraud" Claims, sworn to June 15, 2009. These Exhibits contain information relating to defendants' Average Manufacturer Prices ("AMPs") for the subject drugs for the period 2004 to 2005, which this Court has ruled may be deemed highly confidential by defendants.  *See* May 20, 2009 Order. Defendants have designated the subject AMP data as highly confidential in the instant proceeding.

1

WHEREFORE, plaintiffs respectfully request that this Court enter an Order permitting plaintiffs to file under seal the unredacted version of Exhibits D through L and O-2 to the Cicala Opp. Aff.

## Local Rule 7.1(A)(2) Certification

The undersigned counsel certifies that plaintiffs have conferred with counsel for defendant Warrick, as representative of all defendants involved in the instant motion practice, and counsel reports that all such defendants assent to this motion.

Dated: June 15, 2009

                                                              Respectfully submitted,

By:    /s/ Joanne M. Cicala
Joanne M. Cicala
James P. Carroll Jr.
**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## CERTIFICATE OF SERVICE

       I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: June 15, 2009

                                                                                     /s/  
                                              James P. Carroll, Jr.  
                                              Kirby McInerney LLP  
                                              825 Third Avenue, 16th Floor  
                                              New York, NY 10022  
                                              (212) 371-6600