UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 <br> ) Civil Action No. 01-12257-PBS <br> ) Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *The City of New York, et al.* <br><br> v. <br><br> *Abbott Laboratories, et al.* | ) Judge Patti B. Saris |

## AFFIDAVIT OF JOANNE M. CICALA IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' "FUL FRAUD" CLAIMS

Joanne M. Cicala, being duly sworn, deposes and says as follows:

1. I am a partner at Kirby McInerney LLP and counsel for the City of New York and New York Counties in MDL 1456, except Nassau and Orange. In this capacity, I am personally knowledgeable about the matters set forth herein. This affidavit is submitted in opposition to Defendants' Joint Motion for Summary Judgment on Plaintiffs' "FUL Fraud Claims".

2. Attached as Exhibit A is a true and complete copy of relevant excerpts and exhibits from the Deposition of Gail Sexton (May 20, 2008).

3. Attached as Exhibit B is a true and complete copy of relevant excerpts and exhibits from the Deposition of Sue Gaston, dated January 24, 2008 (Vol. I) and March 19, 2008 (Vol. II).

4. Attached as Exhibit C is the Declaration of Susan E. Gaston, dated June 15, 2009, and Exhibits thereto.

5. Attached as Exhibits D through L are spreadsheets that compare true and correct data extracted from Exhibits 3 and 4 to the Affidavit of Dr. Sumanth Addanki to Defendants' Motion for Summary Judgment on Plaintiffs' "FUL Fraud" Claims, dated May 15, 2009 [Dkt. No. 6056], to true and correct data extracted from Exhibits A and C to the Declaration of Harris L. Devor In Support of Plaintiffs' Motion For Partial Summary Judgment On Issues Relating To The Federal Upper Limit And Under New York Social Services Law § 145-b, dated May 15, 2009. [Dkt. No. 6061] ("Devor Dec.").

6. Attached as Exhibit M-1 is an alternative 2001 FULs Printout for lorazepam which includes alternative true WACs extracted from the lorazepam Exhibits to the Devor Rule 26 Statement, Exhibit A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

7. Attached as Exhibit M-2 is an alternative 2001 FULs Printout for lorazepam which includes alternative true WACs set at or about the level of defendant's 2001 AMPs. Defendants' 2001 AMPs for lorazepam were initially presented in the lorazepam Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

8. Attached as Exhibit N-1 is an alternative 2001 FULs Printout for metroprolol which includes alternative true WACs extracted from the metroprolol Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

9. Attached as Exhibit N-2 is an alternative 2001 FULs Printout for metroprolol which includes alternative true WACs set at or about the level of defendant's AMPs. Defendants' AMPs for metroprolol were initially presented in the Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

10. Attached as Exhibit O-1 is an alternative 2005 FULs Printout for lorazepam which includes alternative true WACs extracted from lorazepam Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

11. Attached as Exhibit O-2 is an alternative 2005 FULs Printout for lorazepam which includes alternative true WACs set at or about the level of defendant's 2005 AMPs. Defendants' 2005 AMPs for lorazepam were initially presented in the lorazepam Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

12. Attached as Exhibit P-1 is an alternative 2001 FULs Printout for albuterol 90 mcg inhaler which includes alternative true WACs extracted from the albuterol 90 mcg inhaler Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec.

13. Attached as Exhibit P-2 is an alternative 2001 FULs Printout for albuterol 90 mcg inhaler which includes alternative true WACs set at or about the level of defendant's AMPs. Defendants' AMPs for albuterol 90 mcg were initially presented in the albuterol 90 mcg inhaler Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt. No. 6061, NY Dkt. No. 61].

14. Attached as Exhibit Q is a true and complete copy of relevant excerpts from the December 9-10, 2008 Deposition of Harris L. Devor.

15. Attached as Exhibit R is a true and complete copy of relevant excerpts from the April 22, 2009 Deposition of Dr. Sumanth Addanki.

16. Attached as Exhibit S-1 is an alternative 2001 FULs Printout for clonazepam which includes alternative true WACs extracted from the clonazepam Exhibits to the Devor Rule 26 Statement, Exh. A to the Devor Dec. [Dkt No. 6061, NY Dkt. No. 61].

17. Attached as Exhibit S-2 is an alternative 2001 FULs Printout for clonazepam which includes alternative true WACs set at or about the level of defendants' AMPs. Defendants' AMPs for clonazepam were initially presented in the clonazepam Exhibits to the Devor Rule 26 Statement. [Dkt. No. 6061, NY Dkt. No. 61].

Dated: June 15, 2009

                                                Joanne M. Cicala

Swore before me on this 15th day of June, 2009

_____
Notary Public

JANICE E TOGAL
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-27-2012

## CERTIFICATE OF SERVICE

    I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing AFFIDAVIT OF JOANNE M. CICALA IN OPPOSITION TO DEFENDANTS' JOINT SUMMARY JUDGMENT ON PLAINTIFFS' "FUL FRAUD" CLAIMS, to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: June 15, 2009

                                                                 /s/
                                         James P. Carroll, Jr.
                                         Kirby McInerney LLP
                                         825 Third Avenue, 16th Floor
                                         New York, NY 10022
                                         (212) 371-6600