**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *The City of New York, et al.* | ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, Inc., et al.* | ) ) |

MDL NO. 1456
Civil Action No. 01-12257-PBS
Subcategory Case No. 03-10643-PBS

Judge Patti B. Saris

**DECLARATION OF ANDREW T. BOONE IN SUPPORT OF
DEFENDANTS PAR PHARMACEUTICAL COMPANIES, INC.'S AND PAR
PHARMACEUTICAL, INC.'S RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1
STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO PAR**

I, the undersigned Andrew T. Boone, submit this Declaration. I have personal knowledge of the following facts.

1.      I am an attorney at the law firm of Williams & Connolly LLP, admitted *pro hac vice* to practice in this Court, and counsel to Defendants Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. I make this declaration in support of Par's Response to Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts as to Par.

2.      Attached to this Declaration as Exhibit A is a true and correct copy of the Rebate Agreement between the Secretary of Health and Human Services, on behalf of all States, and Par Pharmaceutical, Inc.

3.      Attached to this Declaration as Exhibit B is a true and correct copy of excerpts of the transcript of the May 6, 2008 Rule 30(b)(6) deposition of Par by Nick DiMaio.

4.      Attached to this Declaration as Exhibit C is a true and correct copy of excerpts of

the transcript of the July 31, 2008 Rule 30(b)(6) deposition of Par by Nick DiMaio.

5.      Attached to this Declaration as Exhibit D is a true and correct copy of excerpts of the transcript of the October 16, 2007 deposition of Karen A. Andrus.

6.      Attached to this Declaration as Exhibit E is a true and correct copy of excerpts of the transcript of the August 16, 2007 Rule 30(b)(6) deposition of Par by Nick DiMaio.

7.      Attached to this Declaration as Exhibit F is a true and correct copy of an excerpt of the transcript of the April 1, 2009 deposition of Julie C. Trendowicz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2009                                   /s/ Andrew T. Boone
                                                       Andrew T. Boone

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 15, 2009, a true and correct copy of the foregoing was served on all

Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a

copy to LexisNexis File & Serve for posting and notification to all parties.


      /s/ Catherine K. Levy      
Catherine K. Levy
