# EXHIBIT C

377

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


IN RE PHARMACEUTICAL INDUSTRY      :    MDL NO. 1456

AVERAGE WHOLESALE PRICE            :

LITIGATION                         :    Civil Action No.

------------------------------     :    01-12257-PBS

THE CITY OF NEW YORK, et al.,      :

                 Plaintiff,        : DEPOSITION OF:

                 v.                : NICHOLAS DIMAIO

ABBOTT LABORATORIES, et al.,       : AS 30(b)(6)

                 Defendants.       : DESIGNEE

------------------------------     X VOL. 2



          TRANSCRIPT of testimony as taken by and before

MARK SCHAFFER, a Certified Shorthand Reporter and

Notary Public of the States of New Jersey and New

York, at the Park Ridge Mariott, 300 Brae Boulevard,

Park Ridge, New Jersey, on Thursday, July 31, 2008,

commencing at 1:38 in the afternoon.

398

1 Administration. Is that correct? Or it was that?
2     A.  I actually didn't know the -- the
3 acronym. I just knew it by HCFA. I wasn't sure
4 what the -- what it represents -- you know, what it
5 stood for.
6     Q.  So you were aware that HCFA MACs existed,
7 but now how they were created. Is that correct?
8     A.  That is correct.
9     Q.  And what role did the HCFA MAC -- why
10 were you aware of HCFA, HCFA MACs generally?
11     A.  Only because they were part of the -- one
12 of the price points in the publications that we
13 used to receive.
14     Q.  And would -- And by the publications, are
15 you referring to, for example, the First Data Bank
16 entity file?
17     A.  We would typically see that in the Price
18 Alert, is what we most commonly received.
19     Q.  Price Alerts, my understanding of Price
20 Alert is that it's a product that First Data Bank
21 sells. Is that correct?
22         MR. DUEFFERT: Objection to form.

399

1     A.  It's First Data Bank or Medispan now. I
2 can't quite recall.
3     Q.  And is it a product that Par paid for?
4     A.  We had a subscription to that -- that
5 magazine.
6     Q.  Okay. For what purpose?
7     A.  We would -- several reasons. It would
8 identify players in each of our generic categories,
9 who actually was marketing products. It was a
10 good way for us to identify our competition. When
11 new people entered the market, we knew that their
12 product was active by way of their introduction
13 into the -- into the publication.
14     Q.  Beyond tracking your competitors'
15 activities, what other activities, if any, did
16 Price Alert have?
17     A.  From a business perspective, it didn't
18 impact on business practices. It was just
19 information on NDC numbers, descriptions, HCFA MACS
20 when they were published; and I believe it also
21 published AWP. So it was a reference guide for
22 those -- those four items.

400

1     Q.  And the First Data Bank also published
2 WACs; did they not?
3     A.  I -- in our publication, I don't recall
4 our publication having WAC prices published.
5     Q.  You are aware that First Data Bank
6 published WACs generally? Correct?
7     A.  No, I'm not.
8     Q.  So the HCFA FULs -- I'm sorry. The HCFA
9 MACS you referred to appeared in the price over
10 product that Par received. Is that correct?
11     A.  At any time there was a -- any time a
12 product -- they appeared in -- in that publication,
13 yes.
14     Q.  Now, do you know --
15         MS. CICALA: Withdrawn.
16         Let's mark this -- I'll just pick up
17 where we were with the old exhibits. So this would
18 be, if no one objects, this would be DiMaio Exhibit
19 87.
20         (Medicaid Prescription Reimbursement
21 Information By State, Quarter Ending December, 2006
22 marked Exhibit DiMaio 087 for identification.)

401

1     Q.  Mr. DiMaio, you are familiar with CMS,
2 the Center For Medicare and Medicaid Services?
3     A.  Yes.
4     Q.  What we have marked as DiMaio Exhibit 70
5 -- I'm sorry. What we have marked as DiMaio
6 Exhibit 87 is a printout from the CMS website for
7 the quarter ending December, 2006 entitled
8 "Medicaid Prescription Reimbursement Information By
9 State."
10         Do you see that header at the top of the
11 first page?
12     A.  Yes.
13     Q.  And if you flip through this document,
14 you will see that we have included earlier quarter
15 printouts from the CMS website as well. We have
16 the quarter ending December 2005; quarter ending
17 December 2004, and then you also have a printout
18 from 2003.
19         Do you see that?
20     A.  Yes.
21     Q.  Have you ever seen the information
22 contained in Exhibit 87 before, whether in this

542
1  increase or decrease based on our pricing
2  practices.
3     Q.  Mr. DiMaio --
4     A.  We try to get the highest price for our
5  product.
6     Q.  Mr. DiMaio, listen to my question.  I
7  want you to tell the jury, please, in the
8  overwhelming majority of times, the price on
9  generic drugs erodes over time and goes down;
10 correct?
11    A.  That's a statement of the whole generic
12 industry, that is correct.
13    Q.  Okay.  And in those instances, if the AWP
14 remains the same, then the spread is increased and
15 not decreased; correct?
16    A.  Well, I would say that depending on how
17 you -- from AWP, if you are talking about what
18 people reimburse, what they may do, a payer may
19 elect to see that the price goes down and limit
20 their reimbursement.  So the spread to the pharmacy
21 could actually decrease, because the reimbursement
22 has been lowered.

543
1     Q.  Well, Mr. DiMaio --
2        (A discussion is held off the record.)
3     Q.  Mr. DiMaio, you have told the jury that
4  you don't know anything about third party
5  reimbursement; correct?
6        MR. DUEFFERT: Objection.
7     A.  No, that is not correct.  That is not
8  correct.
9     Q.  Tell me what you do know -- let's stick
10 with Medicaid reimbursement.  Tell the jury
11 everything you know about third-party Medicaid
12 reimbursement?
13    A.  I know that Medicaid reimburses for
14 third-party -- I mean for Medicaid prescriptions.
15 What I don't know is how they reimburse or how they
16 set that reimbursement.
17       I will say that I would think that we are
18 -- we are confusing the issue a little bit with AWP
19 being driving that.  Right?  And my position is
20 that reimbursement can be set and -- and a
21 third-party payer can disregard AWP and set their
22 own reimbursement if they elect to.  That's my --

544
1  my position.
2        So actually an AWP could change, and a
3  third-party payer could elect to be more aggressive
4  in the limit that they put on products.
5        And recently when generics come out,
6  third-party payers have been more aggressive,
7  because they understand that the generic industry
8  pricing falls, they don't reference AWP and they
9  set -- they set what they think is fair
10 reimbursement.  So in that case, even to them, AWP
11 doesn't matter.  They are just setting what they
12 think is -- should be the proper reimbursement.
13       And that's what I -- that's what my
14 assumption is, where whoever is paying for
15 prescriptions should -- should be aware, if
16 generics are falling that fast, then I would think
17 -- and I don't know for a fact, but I would assume
18 that they would respond to the market and change
19 the way they reimburse for drugs.
20       Why they -- why they say -- stick with an
21 AWP if that's what they do, that's their decision.
22 I would expect, though, and I -- I have people

545
1  telling me now that plans are being more aggressive
2  and being more astute in following generic pricing
3  and sending more reasonable reimbursement.
4        That's what I know.
5     Q.  You are talking about today; correct?
6     A.  That's -- I'm talking what I know today
7  and what I would think if -- and I see evidence
8  that some states even back here have taken
9  aggressive -- more aggressive stance on how they
10 are reimbursing drugs.
11    Q.  Do you have any idea how difficult it is
12 for a Medicaid Department to change its
13 reimbursement formula, Mr. DiMaio?
14       MR. DUEFFERT: Objection to form.
15    A.  No, I do know.
16       MR. DUEFFERT: Calls for speculation.
17 Outside the scope.
18       (Document dated April 13, 2001 marked
19 Exhibit DiMaio 103 for identification.)
20    Q.  Take a look at Exhibit 103.  Is that a
21 Par document dated April 13th, 2001?
22    A.  Yes.