# EXHIBIT D

Case 1:01-cv-12257-PBS   Document 6145-5   Filed 06/15/09   Page 1 of 14

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-11865-PBS

------------------------------X

THE COMMONWEALTH OF           )

MASSACHUSETTS,                )        VIDEOTAPED

       Plaintiff,             )        DEPOSITION UPON

  v.                          )        ORAL EXAMINATION

MYLAN LABORATORIES INC., et   )              OF

al.,                          )        KAREN A. ANDRUS

       Defendants.            )

------------------------------X

        T R A N S C R I P T of the stenographic notes of JANE LORFING COLWELL, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the offices of Veritext/New Jersey, 25B Vreeland Road, Suite 301, Florham Park, New Jersey, on Tuesday, October 16, 2007, commencing at 9:36 a.m.

Page 42

1    A. Our customers -- you mean people we
2    sell directly to?
3    Q. Sell directly to or your wholesalers
4    for that matter.
5    A. No other reason other than just having
6    space to fill in the form. Now, as I said,
7    almost all Par's products were MAC'ed.
8    Q. How was AWP set at Par?
9    A. AWP was usually set at -- for products
10   that we had in the market already that were
11   undergoing a price change because we had to raise
12   contract price. That would be the only reason
13   why we'd reset AWP. What we'd look at would be
14   where our competitors had their AWP.
15   Q. Why would you need to do that if nobody
16   was using AWP?
17   A. Well, we didn't want to be an outlier.
18   And I don't know why we, you know, we even had to
19   set AWP at any point other than, as I said,
20   customers were asking for it.
21   Q. Do you know why they were asking for
22   it?

Page 43

1    A. Again, I believe it's just -- was a
2    tradition that they had forms to complete with
3    the space to fill in for AWP. But pretty much we
4    stuck to where our competition was on the
5    product. I don't know what the impact would have
6    been if we hadn't. That was just our normal
7    practice.
8    Q. Would there be a reason for Par to set
9    their AWP higher than their competition?
10   A. The one risk with doing -- setting a
11   price too high is, from what I understand, you
12   know, as a generic drug, we want to be -- we
13   want, when the patient goes to a pharmacy to get
14   their prescription filled, for it to be listed as
15   a generic. And my understanding is if you are
16   too close to the brand's AWP, that it wouldn't be
17   distinguished from the brand, and the patient may
18   have to pay the brand copay, which is
19   traditionally higher than the generic copay, and
20   that would disadvantage us obviously because the
21   patient is not going to want to use our product.
22   Q. What mechanism determines what a

Page 44

1    patient pays as a copay? How does that mechanism
2    work?
3    A. Well, with my health plan now, you
4    know, I have a prescription card. I go to the
5    pharmacy, and my prescription card tells the
6    pharmacy what to charge me.
7    Q. I think -- sorry, focus on my question
8    was for the back. As far as what mechanism
9    triggers the pharmacy to charge you more for a
10   high-priced AWP than a product that has a low-
11   priced AWP.
12   A. Well, they enter the prescription
13   information and the member information, the
14   patient, into their computer system. And the
15   computer system comes back and tells them, you
16   know, what the copay is.
17   Q. Who sets the copay amounts, as far as
18   you know?
19   A. Well, my health plan sets the copay for
20   my health plan. I believe that's, you know, for
21   the employer -- my employer negotiated that with
22   the health plan.

Page 45

1    Q. Do you know how the AWP gets to the
2    pharmacy, that is, how the pharmacy understands
3    what the AWP is?
4    A. I believe that each pharmacy has
5    different claims processors that they deal with,
6    and each claims processor has to subscribe to a
7    database that they get the product information
8    from. And the claim processor makes a
9    determination on, you know, what to charge the
10   patient.
11   Q. What databases did Par report to?
12   A. We reported to Medi-Span, to Gold
13   Standard, to Entry, to First DataBank, to Red
14   Book. Those were the databases I recall.
15   Q. Did you report to all of those the
16   entire time you worked at Par?
17   A. No. Primarily Entry and Gold Standard
18   are new ones. The other three I remember
19   reporting to earlier in my career at Par.
20   Q. And you were the one who reported to
21   those three reporting services?
22   A. Not initially when I started. I did

Page 46

 1  gain that responsibility. So I would say about a
 2  year after I started, that became part of my
 3  responsibility, so yes.
 4      Q. What three were those again? What
 5  three reporting services --
 6      A. Red Book, First DataBank and Medi-Span.
 7      Q. What prices did you report to then?
 8      A. We reported AWP.
 9      Q. If providers were not paying according
10  to AWP, they were paying according to WAC, why
11  did you need to report to First DataBank, Red
12  Book and Medi-Span AWP?
13      A. I didn't say they were -- that WAC. I
14  said MAC.
15      Q. Excuse me. MAC. My mistake.
16      A. In order to get our products listed in
17  the database, we had to provide them with NDC
18  number, product description, the manufacturer of
19  the product, the AWP, the first date on the
20  market, and also the form of the product, oral,
21  solid or liquid, something like that.
22      Q. That's to get you listed. Why did you

Page 47

 1  need to be listed? Why does Par need to be
 2  listed in these -- in First DataBank, Red Book
 3  and Medi-Span?
 4      A. If Par was not listed in the databases,
 5  pharmacies would not be able to get their claims
 6  to go through, so they would not be able to get
 7  payment. Because what would happen at the
 8  pharmacy level is when the prescription and the
 9  member information is being entered, they'll get
10  an error message saying we can't process this
11  claim. It can't identify NDC number or something
12  like that.
13      Q. It's your understanding that Par had to
14  be listed with these data services, these drug
15  reporting services, in order for any third-party
16  payor to reimburse?
17      A. It's my understanding, yes, that for
18  anyone to reimburse the pharmacist, they would
19  need to be in the database. Different pharmacies
20  have different subscriptions. Some might be
21  First DataBank. Some might be Medi-Span. It
22  depends. You need your information listed in the

Page 48

 1  database.
 2      There were times when a customer would
 3  call up that we were bidding on a product that
 4  they were anticipating a launch on and say we
 5  don't see it in the databases yet. You know.
 6  This is a problem for us. So, you know, of
 7  course, we couldn't add it until we were
 8  marketing it, so it became a little bit of a
 9  Catch 22. But that was very important to our
10  customers.
11      Q. What would you do in order to get your
12  products -- what did you personally do in order
13  to get the Par products listed with these
14  pharmaceutical reporting services?
15      A. What I would do at that point, would
16  produce a merge letter to the databases and fax
17  it to them.
18      Q. What's a merge letter?
19      A. I have an Excel sheet with a couple of
20  the databases in it with the name, address. I
21  merge it with a Word letter, and it automatically
22  fills in all the address information. Form

Page 49

 1  letter I guess would be another term for it.
 2      Q. And this was to each of the three that
 3  you dealt with early on in your career?
 4      A. Early on, yeah. I don't recall any
 5  others early on.
 6      Q. Do you remember if you dealt with any
 7  particular individuals at these particular
 8  reporting services? Let's take Red Book, for
 9  example.
10      A. I know that right now I am dealing with
11  someone named Tracy at Red Book. Back then I
12  don't recall the person at Red Book because we
13  normally would get correspondence via the mail
14  from Red Book.
15      Q. Via the what?
16      A. Via the mail. They would send hard
17  copy documents for us to review annually that we
18  would look at and mail back. So it was a less --
19  less of a back and forth interaction.
20      But for Medi-Span, Pat Patterson I
21  worked with. At that point First DataBank I
22  worked with two people, Alisha and Kay at First

## Page 50

1   DataBank. And the other two companies came
2   later. I don't recall who was my contact at that
3   time.
4       Q. Would you describe for me the hard copy
5   documents that Red Book would send annually to
6   Par for review.
7       A. Sure. Red Book actually is a red book,
8   so they publish a hard copy document of all
9   company's markets, NDCs. With things being more
10  live on the web, it's a little archaic, but back
11  then I believe they were and they still are
12  producing this book. They printed out all the
13  products they had listed for us asking us to
14  verify all the information and sign off on the
15  accuracy of the sheets and send it back to them.
16      Q. Who would review those lists from Red
17  Book?
18      A. I would review them or I would have my
19  staff review them, but I usually initialed and
20  sent them back.
21      Q. Did you keep a copy?
22      A. I'm sure I kept a copy.

## Page 51

1       Q. And did you list all of your products,
2   generic products -- excuse me. Did you list all
3   of Par's products with Red Book?
4       A. Yes. It was important that all the
5   products that we had on the market were shown in
6   Red Book. And it was also important that
7   products that we did not have in the market were
8   removed from Red Book.
9           Many times customers needed another
10  source of a product, so they would look up in Red
11  Book saying who else has this. So it became an
12  opportunity for us to be able to bid on that
13  business.
14      Q. So it would be a marketing tool.
15      A. Uh-huh.
16      Q. And in your process of review, what
17  were you looking for? You mentioned already to
18  remove products that were no longer being
19  marketed by Par. But what sort of data did you
20  look to see was correct?
21      A. Looked to make sure that the NDC number
22  was correct. Sometimes NDCs undergo a change.

## Page 52

1   That the bio rating was correct. That the AWP
2   was correct. That the description was correct.
3   And we also had them remove our WAC pricing from
4   any of their databases so that they would not
5   publish it or put it on any other source.
6       Q. You said remove WAC pricing. How did
7   they get your WAC pricing if -- were you giving
8   them WAC pricing for a period of time?
9       A. Since I joined with Par, and since Nick
10  DiMaio was my boss, I did not send WAC pricing to
11  the databases. As far as how they got it, I
12  can't answer that exactly because I don't know.
13      Q. Do you have an idea as to how they got
14  it?
15      A. I don't know what happened at Par
16  before I was there. That's one idea. Another
17  idea is that they had other sources to get it.
18  From people that we would provide the WAC to.
19      Q. Who would that be?
20      A. Pretty much anybody that asked, other
21  than the databases, our WACs were available to so
22  that they could see.

## Page 53

1       Q. Let me back up for a moment. At one
2   time before you started at Par was it your
3   understanding that WACs were being provided to
4   the data services?
5       A. I didn't have anything that I saw at
6   Par that showed a WAC and that it was being sent
7   to the databases, so I don't know that Par was
8   supplying the WACs. All I know is that I did see
9   some filled in when I would get sheets to audit.
10      Q. And you removed the WACs.
11      A. Yes. I asked for them to remove the
12  WACs.
13      Q. Why did you do that?
14      A. My boss told me that we are not
15  supplying the WACs to the databases.
16      Q. And that boss was DiMaio?
17      A. Uh-huh.
18      Q. I'm sorry?
19      A. Yes. Yes.
20      Q. And do you know why he did not want to
21  supply the WACs to the databases?
22      A. I did not understand why. I thought,

Page 58

1  was pretty self-contained and not put down into
2  writing.
3       MR. DUEFFERT: Tony, it's been an hour
4  and 15. Now would be a good time for a break.
5       MR. BOVA: Sure.
6       THE VIDEOGRAPHER: Going off the
7  record. The time is 10:46.
8       (Recess taken.)
9       THE VIDEOGRAPHER: We are back on the
10 record. The time is 10:54. This is tape 2.
11    Q. Ms. Andrus, we are back from the break.
12 Before the break we were discussing the
13 pharmaceutical pricing services.
14    A. Yes.
15    Q. And you said that it was Par's policy
16 not to publish WACs.
17    A. It was -- we did publish WACs. We
18 actually had a WAC price list. We just did not
19 publish it with the databases. So what that
20 means is we didn't send them WAC, but any
21 customer that called up, we had a prepared price
22 list with WACs and AWPs to send them.

Page 59

1     Q. So you would report WACs or you would
2  provide WACs to whoever asked for them; is that
3  correct?
4     A. That's correct.
5     Q. But you did not send WACs to the
6  reporting services; Red Book, First DataBank and
7  Medi-Span.
8     A. That's correct.
9     Q. But you did find that at times in your
10 reviews of Red Book or First DataBank or Medi-
11 Span publications, that WACs would be listed from
12 Par?
13    A. In the beginning I found it more
14 frequent than towards the end of my tenure at
15 Par. So I believe most of the WACs that they had
16 listed were prior to me joining the company,
17 because there are times when I asked for the WACs
18 to be zeroed out, and that's their term that they
19 provided me with. In other words, to remove the
20 WACs.
21    Q. So it was Par's policy to zero out or
22 remove the WACs whenever it found out that one of

Page 60

1  the reporting services, whether it be Red Book,
2  First DataBank or Medi-Span, was reporting WACs
3  for Par products.
4     A. That's correct.
5     Q. Correct?
6     A. Yes.
7     Q. Now, we've talked about Red Book
8  sending you their Red Book publication for Par
9  products; right? They would do that on an annual
10 basis?
11    A. Yes.
12    Q. Then First DataBank seemed to send you
13 material whenever either First DataBank had a
14 question or you folks had a question.
15    A. That's correct.
16    Q. Would that be a fair assessment?
17    A. Yes.
18    Q. How about Medi-Span? How did they
19 operate? Did they send you a publication monthly
20 or, rather, yearly with Par's products?
21    A. I don't recall ever receiving anything
22 similar to what Red Book provided me with. But I

Page 61

1  also don't have a lot of recollection on
2  receiving a lot electronically either from Medi-
3  Span.
4     Q. It was your job to update these various
5  reporting services; correct?
6     A. That's correct.
7     Q. So whenever Par would change its AWP
8  for any product, it would need to have that
9  updated for Medi-Span, First DataBank and Red
10 Book; correct?
11    A. That's correct.
12    Q. Now, you would be the person who would
13 send out the letters to each of these reporting
14 services?
15    A. Yes.
16    Q. Would you also send out letters
17 informing customers of the change in AWP?
18    A. We would send letters to the customer
19 informing them of the change in their contract
20 price and also list the change in the WAC and
21 AWP.
22    Q. What if there was no change in the

Page 90

1   Q.  Then why did Par send them AWP?
2   A.  I don't know why Par sent them. I do
3   know that it was Nick's decision to have me send
4   them.
5   Q.  Did Nick ever express to you his reason
6   for wanting the chain pharmacies to have access
7   to Par's AWP?
8   A.  No, but for me it was just an update of
9   our catalog information, so it did not seem
10  unusual.
11  Q.  Did you ever work with Mr. DiMaio to
12  calculate a new AWP?
13  A.  In my later years at Par, yes.
14  Q.  What factors go into calculating AWP?
15  A.  We are talking at this point about a
16  new product launch. We'd look at the brand
17  product, that there is no other generic
18  available, and we set our AWPs for a newly
19  launched generic at approximately 11 percent
20  below the brand AWP. And as far as products
21  currently in our line, there's oftentimes a lot
22  of generic competition, and we have seen examples

Page 91

1   of how Nick would look at where our competition
2   has their AWP.
3   Q.  So if the competition's already out in
4   the marketplace, and it's not just you folks
5   launching your first generic into a branded
6   marketplace, then you set the AWP with respect to
7   others' generic AWP?
8   A.  Yes.
9   Q.  Is there any sort of calculus you use
10  to determine percentage pointwise how close you
11  come to their AWP?
12  A.  No. You know, as you see in this
13  exercise, we look at factors such as market share
14  and who to assimilate closest to.
15  Q.  With respect to new product launch,
16  where does the 11 percent come from?
17  A.  If you don't have the approximately 11
18  percent discount off the brand AWP, many times
19  the databases do not identify you as a generic.
20  They believe your pricing is too close to the
21  brand. So when a patient goes to a pharmacy,
22  they need to pay the brand copay. So we try for

Page 92

1   that -- enough of a discount off the brand so
2   that it's still reimbursed as a generic. Or
3   copaid as a generic, whatever.
4   Q.  With respect to the wholesale
5   acquisition cost, did you ever work with Mr.
6   DiMaio to set those costs?
7   A.  Later in my years, yes.
8   Q.  Later in your career with Par, how did
9   you and Mr. DiMaio go about setting the wholesale
10  acquisition cost, let's say, at new product
11  launch?
12  A.  I don't remember exactly. My memory is
13  more for like how I do it now, so I don't
14  remember exactly what exercise we went through in
15  order to calculate the WAC. But I can tell you
16  that I did gather the information on the brand
17  product for him.
18  Q.  What kind of information on the brand
19  product?
20  A.  The brand's WAC and AWP.
21  Q.  Where would you get that from?
22  A.  From our subscription at that point to

Page 93

1   the databases.
2   Q.  So would you say most of your
3   competitors publish their WACs?
4   A.  I would say back in the time when Par
5   was not providing WAC, there were more of our
6   competitors that were providing WAC to the
7   database, and I would say now if we look at the
8   database, there's fewer.
9   Q.  Does Par presently -- given your
10  knowledge of the marketplace, does Par presently
11  provide WAC?
12  A.  They did not when I was still there. I
13  cannot say whether they are providing it now. I
14  would be surprised if they are. It would mean
15  somebody reversing Nick's decision.
16  Q.  You said earlier in your prior answer
17  that during the time that Par did not provide a
18  WAC, it's your understanding that Par, while you
19  were there, never did provide a WAC; correct?
20  A.  Yes. If any WAC was provided, it would
21  have been an error. And it would have been a
22  mistake. But it was -- it was not anything that

Page 94

1  normally we -- we made a mistake on.
2      Q. And you would rectify that how?
3      A. By contacting the database and telling
4  them zero out the WAC price.
5          (Exhibit Andrus 007, Bates Nos.
6  PAR-MA 0338986 through 0339065, marked for
7  identification.)
8      Q. Ms. Andrus, apart from the AWP price,
9  did Par ever provide any of the pharmacy
10 reporting services with any other price?
11     A. No, not that I am aware of.
12     Q. So the published prices for Par's
13 pharmaceutical products would, with respect to
14 Red Book, First DataBank and Medi-Span, would
15 only be AWP?
16     A. Correct.
17     Q. Showing you what's marked Exhibit
18 Andrus 007, take a moment, please, to review
19 that.
20         Ms. Andrus, do you see the cover letter
21 to this document is an e-mail; correct?
22     A. Correct.

Page 95

1      Q. It's dated September 11, 2003.
2      A. Yes.
3      Q. It's from Ms. Kay Morgan of First
4  DataBank.
5      A. Yes.
6      Q. That is the Kay Morgan that was your
7  contact at First DataBank; correct?
8      A. One of my contacts, yes.
9      Q. Right. And the text of it -- rather
10 the subject line says "turnaround document." And
11 we see below an e-mail to you. "Here is a
12 complete list of Par products. Feel free to
13 request anytime. You can cut and paste the
14 paroxetines and send the OBCAB on." Can you
15 explain to me what that line means?
16     A. Yeah. I believe that paroxetine was a
17 recent product launch or an anticipated product
18 launch, and it was not in the database yet. So I
19 believe she is asking me to copy and paste in
20 some information, you know, in reading that now,
21 and send the OBC -- Orange Book code is what that
22 means -- AB is an example of an Orange Book code.

Page 96

1  So it appears she wants -- she is asking for
2  information on paroxetine.
3      Q. If you turn the page, we see at the top
4  national drug data file product update report.
5      A. Yes.
6      Q. Prepared by First DataBank.
7      A. Uh-huh.
8      Q. Are these the reports from First
9  DataBank that you recall receiving?
10     A. I don't recall anything this thick from
11 them. It could be, but I don't have a
12 recollection of it.
13     Q. But as you look at the e-mail, you
14 don't have a reason as you sit here today you did
15 not receive this?
16     A. I'm sure I received something, yes.
17 And since this is attached, I have no reason to
18 believe this is not it.
19     Q. Did you receive e-mails from Ms. Morgan
20 on a regular basis with these sorts of reports
21 attached?
22     A. Normally they would be requested by me

Page 97

1  or she identified that there might be some
2  inconsistencies in their database and ask me to
3  take a look at it to clean it up. It could go
4  either way.
5      Q. Would you be sent a full report such as
6  this one?
7      A. All our products, yes. Would be on the
8  report, yes.
9      Q. So all the Par products would be
10 forwarded to you since you could survey them all
11 and find any errors.
12     A. That's correct.
13     Q. If we start in the left-hand column
14 here, we see the initials NDC. Is that the NDC
15 number for the product?
16     A. Yes.
17     Q. Product description, we see here the
18 name of the product and a physical description of
19 the product; is that correct?
20     A. Yes.
21     Q. OBC is Orange Book code?
22     A. Yes.

Page 98

1  Q. What is that?
2  A. The Orange Book is a publication that
3  determines bioequivalency to the reference drug,
4  and sometimes the reference drug I believe is
5  itself. The databases sometimes anticipate what
6  the published Orange Book code would be based
7  upon a lot of times what the FDA approval letter
8  says. So this Orange Book code, I cannot tell
9  you if this is First DataBank's version of what
10 they believe the Orange Book code is or if this
11 is actually the code coming from the book. It's
12 a three-month lag before the Orange Book actually
13 published the code. It's electronic, but back
14 then it was slower.
15 Q. Would this be something you or one of
16 the people who worked for you would review for
17 accuracy?
18 A. Yes.
19 Q. You'd also be reviewing the NDC codes
20 for accuracy; correct?
21 A. Correct.
22 Q. We see package size here. That would

Page 99

1  be another column that you folks would want to be
2  sure was accurate; correct?
3  A. We hope so, yes.
4  Q. The next column over has the initials
5  WHL NET. Do you know what that stands for?
6  A. I have to say it looks like wholesale
7  net.
8  Q. What is wholesale net?
9  A. I don't know. I don't know what that
10 term is used for. I can suppose that she's
11 referring to our WAC price.
12 Q. That would be Par's WAC price?
13 A. Yes.
14 Q. Do you know why Par's WAC price is
15 listed in this report?
16 A. Yes, I do.
17 Q. Okay. Why is that?
18 A. Because these products are brand
19 products. They are products we acquired from
20 Bristol-Myers Squibb. If you note, the NDCs are
21 still BMS's NDCs and the not supplying WAC
22 pricing was restricted to generic products.

Page 100

1  Q. It was restricted to -- I'm sorry. I'm
2  sorry. Let me state the question clearly.
3      So Par's policy of not supplying WAC
4  pricing was restricted to generic products only?
5  A. Correct.
6  Q. And if these prices were to occur on a
7  list of generic prices, you would be requesting
8  First DataBank to zero them out?
9  A. Correct.
10 Q. Do you ever remember seeing a list like
11 this of Par's generic products with these
12 wholesale net or WAC prices listed this way?
13 A. I recall seeing printouts from the
14 databases with a WAC price listed for us, yes.
15 And I recall crossing them out and asking them to
16 zero them out.
17 Q. And so it's your recollection that
18 whenever you would see in a printout from First
19 DataBank a WAC price listed for a Par generic
20 product, you would ask that it be zeroed out.
21 A. Correct.
22 Q. You said this was a line of products

Page 101

1  that Par purchased from Squibb?
2  A. Yes.
3      MR. BOVA: I think now would be a good
4  time to take lunch.
5      THE VIDEOGRAPHER: We are going off the
6  record. The time is 11:56. This ends tape 2.
7      (Luncheon recess is taken.)
8      THE VIDEOGRAPHER: We are back on the
9  record. The time is 12:44. This is tape 3.
10 Q. Good afternoon, Ms. Andrus. We are
11 back on the record after break from lunch.
12     MR. BOVA: Would you please mark this
13 Exhibit Andrus 008.
14     (Exhibit Andrus 008, Bates Nos.
15 PAR-MA 5474265 through 5474356, marked for
16 identification.)
17 Q. This is Exhibit Andrus 008 to your
18 deposition. Take a moment and review the e-mail
19 and the document attached.
20 A. Okay. I think I have reviewed enough
21 of it to understand what it is.
22 Q. Do you see, Ms. Andrus, that the

Page 106

1  after that.
2      A. "Hi, Marissa. For our information
3  only. Please let us know whether First DataBank
4  has any of our WACs listed incorrectly. We don't
5  notify them of WACs or WAC changes and never
6  have. We will not be replying to Kay's e-mail to
7  confirm or deny." I am adding on that her
8  information is correct or incorrect.
9      Q. Your instructions to Marissa are to
10 determine for our internally whether the WACs are
11 listed incorrectly.
12     A. To confirm to Nick DiMaio and myself
13 whether First DataBank had any incorrect WACs.
14     Q. And the WACs could only be in the
15 column marked WHL NET; correct? For Marissa to
16 evaluate those, she wouldn't be evaluating
17 whether or not the WACs were incorrect in either
18 the direct column or the AWP column.
19     A. It's possible Marissa would think WHL
20 NET is WAC price. I don't know that I opened the
21 database before forwarding it to her. I would
22 hope that I would give her more instructions as

Page 107

1  far as what WHL NET is, if I had. But there's a
2  good chance I didn't even open up the database
3  before I forwarded it to her and just based upon
4  Kay's e-mail give her directions.
5      Q. So you have no memory one way or the
6  other as to whether or not you have seen this
7  document before?
8      A. Right. This is very similar to the
9  document I saw earlier and had no recollection of
10 viewing that. So this also does not look that
11 familiar to me. I assume that I did get it.
12 It's just I don't have any memory of it.
13     Q. Had you gotten it, would you have been
14 surprised to see how many WAC prices were listed
15 here?
16     A. Well, based upon what Kay is saying in
17 her e-mail, that Cardinal provided her with our
18 WACs, I think I would look to that as an
19 explanation of why so much was populated.
20     Q. So it would be your conclusion that
21 First DataBank was populating Par's WAC column
22 with its own WAC?

Page 108

1      A. It's my understanding from this e-mail
2  that Cardinal was providing First DataBank with
3  Par's WAC.
4      Q. Would it be important for Par to list
5  its WACs with First DataBank accurately?
6      A. We did not provide First DataBank with
7  our WACs, so we did not want them listed at all.
8  We cannot control any of the databases' sources
9  for our information. The fact that they might be
10 able to get it from one of our customers is not
11 us providing them with that information. And nor
12 was it arranged that way.
13     Q. You testified earlier, though, did you
14 not, that the policy of Par was to zero out WACs
15 that it found on First DataBank's --
16     A. That is correct.
17     Q. And so that is your policy. I don't
18 see any instruction here -- strike that.
19         Within this e-mail you are not giving
20 Marissa any instructions to zero out the WACs
21 that are listed -- sorry -- that are listed with
22 First DataBank in this printout; correct?

Page 109

1      A. That's correct. I am not giving her
2  further instructions. I am just giving her
3  instructions to let Nick and I know if any of the
4  WACs are inaccurate. What did I say exactly?
5  Listed incorrectly.
6      Q. And if you or Nick were to find out
7  that the WACs were listed incorrectly, what
8  action would you have taken?
9      A. The response to this to Kay -- and we
10 had no response to Kay -- you know, Marissa had
11 no response to her. We didn't want Marissa
12 handling this. What Nick and I did later with
13 that, I don't recall, but it's within -- it's
14 consistent with our practice that we would have
15 requested First DataBank to zero out all WACs
16 whether they were correct or incorrect.
17     Q. If you go to the second page of the e-
18 mail, do you see down below where it's Kay Morgan
19 e-mailing John Powers? Do you see the second or
20 the last line -- second to last line, and the
21 last line says, "What an awful answer. With your
22 permission, I will get the attention of some

Andrus, Karen A.　　　　　　　　　　　　　　　　　　　October 16, 2007
Florham Park, NJ

Pages 110 to 113

Page 110

1　folks at Par."
2　　　And if we see what kind of answer that
3　Kay seems to be upset with, we go to the next
4　page, and we see that Kay is being written to by
5　Powers stating, "When we asked a Par
6　representative if they would update their pricing
7　with you, the response was that they were not
8　required to do so and would therefore not send
9　any update to you."
10　　　Do you see that?
11　A.　Yes. This is from Kay -- no, this is
12　from John to Kay.
13　Q.　Correct.
14　A.　So in this e-mail from John, it seems
15　that he approached Par and asked us to update our
16　WAC pricing with First DataBank. And I guess
17　later Kay thought we had an awful answer on why
18　we are not doing that.
19　Q.　Do you see Par's e-mail to Kay, though,
20　is his statement that the response was that they
21　were not required to do so and, therefore, would
22　not send an update to you? Is that consistent

Page 111

1　with your understanding of Par's policy?
2　A.　Well, I don't see where Par ever sent
3　Kay an e-mail to say that we are not required to
4　so we are not going to. You know. Her answer, I
5　don't see any backup, but the end result is
6　consistent with Par's policy, though. We don't
7　provide WACs to the databases. I cannot say that
8　anybody said -- because we don't have to, we are
9　not going to, as the answer, I don't see any
10　backup to that. She probably communicated an
11　abridged version of the fact that it's not
12　consistent with our policy to notify the database
13　with WAC at all.
14　Q.　Is it consistent with Par's policy to
15　zero out the WACs contained on the databases, be
16　they First DataBank, Red Book or Medi-Span?
17　A.　It was consistent with our policy for
18　the whole -- for the databases not to have
19　anything populated in the WAC price list. And we
20　did what we could in order to get them to zero
21　those prices out.
22　Q.　What actions did you take to eliminate

Page 112

1　from the reporting services' price lists any
2　reference to a WAC or a wholesale net price?
3　A.　Well, the wholesale net price, again, I
4　am not familiar with what that is. But if that
5　is WAC, it's the same answer I gave you before as
6　far as on the periodic basis, either First
7　DataBank or the other databases would feel that
8　their data might not be accurate, would ask us to
9　look through it to do any cleanup. Or we might
10　have gotten some clue that the data is not
11　correct, so we would ask them for all the
12　products, and we would go through and look at it
13　and see if it's consistent or not.
14　Q.　You were aware, though, given your
15　earlier answer with respect to this particular
16　exhibit, that First DataBank and Red Book and the
17　other reporting services were taking actions to
18　fill that field by utilizing WAC figures from
19　your customers; correct?
20　A.　We -- because we would get these
21　reports, and we would see on occasion the WAC
22　price filled, and we didn't send them WAC, it's

Page 113

1　fair to assume that they were getting it from
2　other sources even though we did not want them to
3　have any WAC populated for us.
4　Q.　Did you or anybody else at Par, as far
5　as you know, send a letter to First DataBank
6　instructing them to keep the WAC and/or wholesale
7　net price column zeroed out?
8　A.　I don't recall ever saying to keep it
9　zeroed out. I recall requesting when we'd
10　identified that it wasn't zeroed out to zero it
11　out.
12　Q.　Is there some reason that Par chose not
13　to take an active role in instructing the
14　reporting services from populating this column
15　that it's own policy dictated should have a zero
16　in it?
17　　　MR. DUEFFERT:  Objection to form.
18　A.　I believe that Par communicated our
19　policy effectively to the pricing services. And
20　I believe that they understood it clearly. Kay's
21　e-mail demonstrates that she understands that we
22　do not provide them with WAC.

Page 122

1   A. I would say it would be -- it was
2   consistent through my career, and I would say
3   earlier, within three years of my start date
4   there.
5   Q. Did you regularly request from First
6   DataBank copies of reports such as the national
7   drug data file product update report that you see
8   attached to Exhibit Andrus 008?
9       MR. DUEFFERT: Objection, asked and
10  answered.
11  A. Regularly is something I'd need
12  defined. There were -- on occasion I would ask,
13  but I would not go so far to say it was a regular
14  process that was -- had a schedule. It was
15  mainly on an as-needed basis and not terribly
16  frequently.
17  Q. I think your earlier testimony is that
18  you would only do it on a reactive basis.
19  A. When we -- yes. When we got word that
20  something was listed -- and mostly we got word
21  that something was listed inaccurately. We
22  didn't usually get word that something was listed

Page 123

1   because it was accurate.
2   Q. What would the frequency be? Would
3   this happen once a year, twice a year, three
4   times a year?
5       MR. DUEFFERT: Objection, asked and
6   answered.
7   A. I would have to say less frequently
8   later in my years at Par because they understood
9   that we were not going to be providing WAC no
10  matter how many times they asked for it. But,
11  again, as the occasion occurred, we'd ask for it.
12  It was not scheduled. It was not a regular
13  thing. I don't recall it being frequently.
14  Q. Let me show you what's been marked as
15  Exhibit Andrus 009 to your deposition. It's a
16  series of e-mails. Take a moment to review it.
17  Let me know when you have had a chance to review
18  it.
19  A. Okay. Yes, I have reviewed it.
20  Q. Do you see that it is dated around June
21  of 2002?
22  A. Yes.

Page 124

1   Q. And that the e-mail string begins with
2   Ms. Kay Morgan e-mailing to you as well as Nick
3   DiMaio?
4   A. Yes, I do.
5   Q. Do you see there on the first e-mail on
6   the second page Ms. Morgan is requesting she
7   would like to discuss with both of you obtaining
8   WAC prices for Par products?
9   A. Yes.
10  Q. If you see your first response, I
11  assume that's to -- actually to Nick DiMaio.
12  A. Yes.
13  Q. On 6/18, would you read your response
14  into the record, please.
15  A. "Do you want our WAC available easily?
16  Competition can more easily obtain."
17  Q. Next line?
18  A. "I'd rather not supply our WAC
19  pricing."
20  Q. No. I'm sorry. The next line within
21  the e-mail to Mr. DiMaio.
22  A. "Up to you."

Page 125

1   Q. Up to you. What did you mean by, in
2   that first e-mail response at the bottom of this
3   first page, "competition can more easily obtain"?
4   A. Since people can buy subscriptions to
5   the databases. Par owned a subscription. Our
6   competition also owned a subscription to -- its
7   likely all of them owned at least one database
8   subscription. If our competition knows what our
9   WAC price is, it narrows the range of where they
10  can guess our contract pricing could be.
11  Q. So it's your understanding that the
12  competition could then use the published WAC as a
13  tool to figure out where Par's actual pricing
14  was?
15  A. It was information that they would have
16  on pricing of our product. And my concern was
17  that, yes, they could have more information in
18  order to determine our contract pricing to our
19  customers.
20  Q. And is there a general rule of thumb as
21  to where contract pricing is with relation to
22  one's WAC?

Page 130

1  communications with her just as you would with
2  Ms. Kay from -- Ms. Morgan from First DataBank?
3      A.  That's correct.
4      Q.  In this e-mail you see her, that is,
5  Alisha, requesting that you send WAC prices for
6  these -- a particular drug; is that correct?
7      A.  That's correct.
8      Q.  How do you pronounce that?
9      A.  Nefazodone.
10     Q.  And she says, "You know that I'd have
11 to ask if we can get your WAC pricing for these
12 items." And I believe that is a colon smilie
13 face; correct?
14     A.  Yeah. It looks that way.
15     Q.  And above you respond. Why don't you
16 read into the record what your response is.
17     A.  "Hi, Alisha. I know you have to ask.
18 We are still not providing you with our WAC
19 pricing."
20     Q.  And so this is further affirmation that
21 more than a year later Par has decided not to
22 provide WAC pricing to First DataBank, or for

Page 131

1  that matter any of its -- any of the
2  pharmaceutical pricing databases; correct?
3      A.  Correct.
4      Q.  Do you recall any instance where the
5  policy, Par's policy of not providing WAC, was
6  ever questioned?
7      A.  I don't know if it was ever questioned.
8  And I guess I am opening that up internally,
9  externally, I don't recall any question on it --
10     Q.  Let me focus the question a little bit.
11 Was it ever questioned internally at Par?
12     A.  No, it was not.
13     Q.  Apart from the e-mail we saw in a prior
14 exhibit of yours from the wholesaler Cardinal, do
15 you recall any other wholesalers or retailers
16 that appeared upset with Par for failing to
17 publish or update the published WAC prices?
18     A.  I recall at some point another customer
19 contacting us and asking us to supply our WACs to
20 the databases. And I recall Cardinal at a later
21 date again, and for some reason I believe also
22 Albertson's may have also contacted us asking us

Page 132

1  to supply WAC to the databases.
2      Q.  Do you know why a retail pharmacy chain
3  such as Albertson's would be interested in your
4  WAC?
5      A.  No, I do not.
6      Q.  Do you know whether you provided your
7  WAC directly to Albertson's?
8      A.  Yes, we did provide our WAC to
9  Albertson's. We would send our customers and
10 anyone outside the databases our WAC price list
11 upon request.
12     Q.  Did Albertson's -- maybe I
13 misunderstood your testimony, and excuse me if I
14 did. Did Albertson's at some point request that
15 you publish your WAC prices on either First
16 DataBank or one of the other pharmacy database
17 services?
18     A.  I do not recall any of our customers
19 ever asking us to publish our WAC. I recall more
20 situations where the databases would have
21 incorrect WACs listed or incorrect information
22 listed, and that would prompt me to try to have

Page 133

1  the database zero out that information.
2      Q.  So it's your recollection that the
3  request to zero out either incorrect or erroneous
4  WACs or the listing of anything under a WAC or
5  wholesale net price column would have been done
6  in writing to First DataBank?
7      A.  No. I don't recall that those were
8  always done in writing. I believe in most
9  situations it was as simple as making a phone
10 call to say we understand you have information
11 listed for our WAC. You know what our policy is.
12 Please, you know, get rid of the incorrect
13 information.
14     Q.  When the customer would complain that
15 the WAC as published was incorrect, did you
16 forward to the customer the correct WAC?
17     A.  I believe, yes, I would do that as
18 standard practice, yes.
19     Q.  As standard practice would you then
20 also call First DataBank and instruct them to
21 zero out the WAC that they had?
22     A.  Yes.

Page 174

1  naming Par as one of the defendants relating to
2  Par's pricing of pharmaceuticals?
3      A.  I don't recall at this time that that
4  occurred.  I became aware of that much, much
5  later, but I don't know if I knew at this time.
6      Q.  What, to the best of your recollection,
7  would prompt you to have written this e-mail?
8      A.  I believe we got some issue or I was
9  presented some question by somebody about the
10 Commonwealth of Massachusetts and these products,
11 and I was questioning Nick to understand what the
12 issue was when these products were already MAC'ed
13 and we do not send our information to the
14 databases.  And our WAC price was very close to
15 our contract price, so I was questioning why, you
16 know, this question was being asked.  I wasn't
17 understanding the situation.  I was hoping Nick
18 could explain it to me, it seems.
19     Q.  The last line of your e-mail says,
20 "Wasn't ranitidine already MACs when Par entered
21 the market?"
22     A.  Right.  I should have said MAC'ed, not

Page 175

1  MACs.  What that means is we came to the market
2  with ranitidine after there was wide range of
3  competition on the product, so therefore the
4  product was already MAC'ed when we came to
5  market.  As far as my understanding.  And I was
6  asking for Nick to confirm that.
7      Q.  And your understanding of MAC, again,
8  is?
9      A.  Is that health plans determine the
10 maximum allowable cost that they pay the
11 pharmacist when the drug is dispensed, when a
12 generic drug is dispensed, regardless of who the
13 brand is, you know, who the manufacturer or label
14 is on the drug.
15     Q.  It's your understanding that paying at
16 MAC prices is -- is a proper payment for third-
17 party payors to pay?
18     A.  I haven't done any analysis on that, so
19 I don't know what the MACs are.  I have no source
20 of information to determine what the MACs are on
21 products.
22     Q.  And you don't know what they would

Page 176

1  compare to as to whether or not they would be
2  above the WAC or below the WAC?
3      A.  I haven't ever done any comparison to
4  see where MACs are because, you know, there's
5  different MACs for different health plans, so
6  there's no universal MAC on a product.  But I
7  have never done any analysis to compare our WAC
8  to what MACs are, no.
9      Q.  But your statement here suggests wasn't
10 ranitidine already at MAC, so you are saying --
11     A.  Our competition.
12     Q.  Your competition's WAC?
13     A.  MAC'ed.
14     Q.  MAC'ed.
15     A.  So when we entered, the product was
16 already MAC'ed, so therefore we entered under the
17 situation where the reimbursement would be at
18 that set MAC prior to us entering the market.
19     Q.  What prompted you to make the
20 statement, "also our current WAC on those items
21 are not artificially inflated"?
22     A.  Meaning it was Par's policy to have the

Page 177

1  WAC close to the contract price.  There were
2  exercises done where on the periodic basis we
3  would take a look at where our WAC was.  And
4  contract prices tend to erode.  There are
5  situations where the contract price would go up.
6  But in some situations over a year or so,
7  contract price would erode.
8         We take a look at where the WAC was.
9  It's a little bit like a rubber band effect.  We
10 will bring the WAC down closer to the contract
11 price.
12     Q.  The contract price, though, would
13 always be below the WAC.
14     A.  Yes.
15     Q.  Generally speaking, in your experience,
16 how much more below the WAC would the contract
17 price be? Let's say for a drug like ranitidine.
18     A.  I would say that the contract price
19 that we are talking about, I guess we are talking
20 mainly about like a OneStop price, a primary
21 source program price?
22     Q.  Sure.