# EXHIBIT E

DiMaio, Nick - 30(b)(6) CONFIDENTIAL                August 16, 2007
                Woodcliff Lakes, NJ

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 03-11865 PBS

----------------------------------X

THE COMMONWEALTH OF                : CONFIDENTIAL
MASSACHUSETTS,                     :   VIDEOTAPED
            Plaintiff,             :    30(B)(6)
    vs.                            : DEPOSITION OF:
MYLAN LABORATORIES, INC., BARR     : NICK DIMAIO
LABORATORIES, INC., DURAMED        :
PHARMACEUTICALS, INC., IVAX        : AUGUST 16, 2007
CORPORATION, WARRICK               : WOODCLIFF LAKES,
PHARMACEUTICALS CORPORATION,       :   NEW JERSEY
WATSON PHARMACEUTICALS, INC.,      :
SCHEIN PHARMACEUTICALS, INC.,      :
TEVA PHARMACEUTICALS USA, INC.,    :
PAR PHARMACEUTICAL, INC., DEY,     :
INC., ETHEX CORPORATION,           :
PUREPAC PHARMACEUTICAL CO.,        :
and ROXANE LABORATORIES, INC.,     :
            Defendants.            :
----------------------------------X

Henderson Legal Services
202-220-4158

### Page 250

1  A. Yes. We would contact First DataBank.
2  We would have a proposed AWP, and we would want
3  to just get confirmation that our AWP that we
4  submitted -- our intent was that that would be a
5  -- represent a generic product in the
6  marketplace, and it was practice for us to
7  confirm that well in advance of sending the AWP.
8  Just to get confirmation that indeed we were
9  being looked at as a generic product in the
10 marketplace.
11     Q. And did First DataBank ever say no,
12 that that AWP wouldn't qualify as a generic AWP?
13     A. I don't remember any time they said no.
14     Q. If you had proposed an AWP that was
15 within 10 percent of the then-current brand AWP
16 for the same drug, might they have said no under
17 those circumstances?
18     A. They -- you know, usually our
19 methodology was acceptable. And I don't remember
20 any cases where there was an issue with the way
21 we were setting AWP.
22     Q. I will now show you a document that has

### Page 251

1  been marked Exhibit DiMaio 022.
2         Would you identify this document for
3  the record, please?
4     A. Yeah. These are a series of
5  notifications to various pricing services of AWP
6  prices for what looks like ibuprofen.
7     Q. And the last two pages is a
8  notification as well to the Texas Department of
9  Health. Do you see that?
10    A. Yes.
11    Q. On the notification to First DataBank,
12 the first two pages, the fax to First DataBank
13 does not reflect a WAC figure; is that correct?
14    A. That's correct.
15    Q. Is that consistent with your practice;
16 that you would not report Par's WAC prices to
17 First DataBank or any of the other industry
18 publishers?
19    A. That's correct.
20    Q. Is that consistent with your practice
21 throughout your tenure at Par?
22    A. Yes, it is.

### Page 252

1     Q. And is that consistent with what your
2  understanding is of Par's practice before you
3  arrived at Par?
4     A. I only know from 1998 on our policy was
5  only reporting AWP pricing.
6     Q. Looking further in this exhibit, you
7  said that Medical Economics -- looking at the
8  third and fourth pages -- that is another
9  industry publisher?
10    A. Yes, it is.
11    Q. And there is no WAC column in the faxed
12 Medical Economics, either; right?
13    A. Correct, there is not.
14    Q. However, if you look at the last two
15 pages, the fax to the Texas Department of Health
16 Vendor Drug Program does contain a column for WAC
17 prices; right?
18    A. That is correct.
19    Q. You mentioned that you first learned by
20 working with the Analy$ource database that
21 Analy$ource was making available or publishing
22 WAC prices for Par products. Correct?

### Page 253

1     A. That's correct.
2     Q. And just so the record is clear, when
3  did you first become aware that Analy$ource was
4  publishing WAC prices for Par products?
5     A. That -- I just became aware when we
6  actually purchased the program Analy$ource, which
7  I think we stated was -- probably had that for
8  about -- probably sometime -- two years ago, 1998
9  -- sorry, my dates -- 2004. Somewhere between
10 two years I think is when we actually had that
11 program in-house.
12    Q. Today is August 15, 2007.
13    A. That would be somewhere around 2005.
14    Q. Am I right that sometime prior to late
15 2004 or early 2005, you did not know that any
16 industry publisher was disseminating WAC prices
17 for Par products?
18    A. That's correct.
19    Q. Finally, let me show you an exhibit
20 that has been marked Exhibit DiMaio 023.
21        Do you recall your testimony with
22 respect to the cash rebates that are paid