# EXHIBIT F

Julie Trendowicz - 4/1/09

1

```
                NO. D-1-GV-08-001566

THE STATE OF TEXAS              )  IN THE DISTRICT COURT
                                )
ex rel.                         )
    VEN-A-CARE OF THE           )
    FLORIDA KEYS, INC.,         )
        Plaintiffs,             )
                                )
VS.                             )  TRAVIS COUNTY, TEXAS
                                )
ALPHARMA USPD f/k/a BARRE-      )
NATIONAL, INC., PUREPAC         )
PHARMACEUTICAL CO., ACTAVIS     )
MID ATLANTIC LLC, ACTAVIS       )
ELIZABETH LLC, BARRE PARENT     )
CORP.                           )
                                )
BARR PHARMACEUTICALS, INC.,     )
BARR LABORATORIES, INC.,        )
DURAMED PHARMACEUTICALS,        )
INC., PLIVA, INC. f/k/a         )
SIDMAK LABORATORIES, INC.,      )
ODYSSEY PHARMACEUTICALS, INC.)
                                )
PAR PHARMACEUTICAL, INC.,       )
PAR PHARMACEUTICAL              )
COMPANIES, INC.                 )
                                )
WATSON PHARMACEUTICALS,         )
INC., SCHEIN PHARMACEUTICAL,    )
INC., RUGBY LABORATORIES,       )
INC., OCLASSEN                  )
PHARMACEUTICALS, INC.,          )
MARSAM PHARMACEUTICALS,         )
INC., and ANDRX                 )
PHARMACEUTICALS, INC.           )
        Defendants.             )  419TH JUDICIAL DISTRICT
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
JULIE C. TRENDOWICZ
VOLUME 1

April 1, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOHLKEN & ASSOCIATES

### Page 134

1  of business that in its communications with customers
2  that Par would offer product at contract pricing
3  expressed as a percentage off of AWP?
4      A.  CareMark is also mail order, so usually, like
5  Express Scripts, that's how they -- that's -- that's
6  how they presented where you needed to be if you
7  wanted to get the item.
8      Q.  That's how CareMark would present it to --
9      A.  To me.
10     Q.  -- manufacturers?
11     A.  Yes.  So they would tell me, you know, you
12 have to be 92 percent off AWP rather than say, you
13 have to be at, you know, $36.
14     Q.  Instead of a bottom line price --
15     A.  Right.
16     Q.  -- CareMark in its communications to you in
17 the ordinary course of business would say you've got
18 to be X percent off of AWP.
19     A.  Right.
20     Q.  So CareMark, in this case, has communicated
21 to you and say, hey, Par, you guys have got to be 92
22 percent off AWP.  So you are running the traps through
23 Nick to make sure that's okay before you get back to
24 CareMark.
25     A.  Yes.

### Page 135

1      Q.  Okay.  And is there any reason why this
2  transaction would be framed in terms of a percent off
3  of AWP other than to allow the parties to the
4  transaction to figure out what the reimbursement
5  spread is going to be on the drug?
6              MR. DUEFFERT:  Objection to form.
7      A.  I don't know.
8      Q.  (BY MR. WINTER)  You can't think of any, can
9  you?
10     A.  No.
11     Q.  All right, ma'am.  We are going to mark this
12 one as Exhibit 8.  We looked at I think it was
13 document Number 5 a minute ago and that was an example
14 of a situation where Karen had sent you the net
15 pricing.  It had a table that had the contract price
16 to SAG Distributors -- SAJ Distributors and then after
17 the allowances were factored in, then there was the
18 net price in the far right.  Do you remember that?
19     A.  Yes.
20     Q.  And this is another similar example of a
21 communication internally, an e-mail thread from Nick
22 DiMaio to you dated September 20th, 2004, 10:53 a.m.
23 at the top.  And at the very top there Nick writes,
24 "Hi Julie, ... would you run the following net prices
25 by Laura."  Do you see that, ma'am?

### Page 136

1      A.  Yes.
2      Q.  So, again, we've got a column with NDC
3  numbers, package sizes, strengths and then the far
4  right there is a price point and those would be the
5  net prices after the allowances to this customer,
6  correct?
7      A.  Correct.
8      Q.  And if you look at the last page of the
9  e-mail thread, you've got a spreadsheet that says
10 "Source Report."  Do you see that, ma'am?  The Bates
11 number I have is -- ends with 936.
12     A.  Yes.
13     Q.  Do you recognize that spreadsheet as a Par
14 document?
15     A.  No.
16     Q.  Is that a document from one of your customers
17 that includes competitor prices?
18     A.  I believe it's -- I believe it was sent from
19 Laura at American Sales.
20     Q.  And she's providing that to you -- well,
21 let's just go ahead and look at Bates label 934, which
22 is sort of in the middle of the package.  Do you see
23 that?
24     A.  Yes.
25     Q.  So it starts when she writes to you, right,

### Page 137

1  on September 13, 2004 and she says -- I'm sorry, you
2  write to her.  And it says, "Laura, I need a huge
3  favor.......Par is bringing the Lisinopril back to the
4  market (10/1) and I need to find a home for it.  Can
5  you let me know if there is an opportunity for us and
6  if so what your annual units in pricing are.......
7  Thank you.  Julie."  And PS a comment about Nick.
8           So that's your -- your letter to --
9  e-mail to Laura asking her if -- if there's a mark for
10 your lisinopril, right?
11     A.  Yes.
12     Q.  And she writes back to you, if you go to the
13 preceding page, and she says, "these are actual weekly
14 movement numbers.  Thanks!"  Right?
15     A.  Yes.
16     Q.  And is she attaching this source report at
17 that time?  These actually aren't utilization, these
18 are just prices, right?
19     A.  Right.  It's -- it's guidance that --
20 American Sales buys product from -- backup from
21 Cardinal, so it would be a list of who Cardinal is
22 stocking on the lisinopril --
23     Q.  Okay.  And you --
24     A.  -- and their pricing and additional
25 information.