# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - -

IN RE PHARMACEUTICAL INDUSTRY   MDL No. 1456

AVERAGE WHOLESALE PRICE          :Master File No.

LITIGATION                       :01-12257-PBS

                                 :

THIS DOCUMENT RELATES TO:        :

CITY OF NEW YORK, et al.,        :

            v.                   :

ABBOTT LABORATORIES, et al.      :



- - - - -

Thursday, June 19, 2008

- - - - -

Videotaped 30(b)(6) examination of

WYETH (RICHARD TRUEX, Ph.D.), held in the offices

of Reed Smith, 2500 One Liberty Place, 1650 Market

Street, Philadelphia, PA  19103, commencing

at 10:14 a.m., on the above date, before

Mickey Dinter, Registered Professional Reporter and

Notary Public for the Commonwealth of Pennsylvania.

**38**

1  this litigation?
2  **A.  I have.**
3  Q.  In the course of -- have you done so?
4  **A.  Yes.**
5  Q.  And have you produced documents to
6  counsel?
7  **A.  Yes.**
8  Q.  Do you recall producing the procedures
9  that we are discussing right now regarding the
10  price reporting to Miss Patel?
11  **A.  I don't remember ever seeing them.**
12  Q.  Can you describe what Mr. DiStefano's
13  responsibilities were when he was manager of
14  pricing?
15  **A.  His responsibility was to manage these**
16  **people as well as to analyze prices in the**
17  **environment; and I don't really recall exactly how**
18  **the work was divided up here.**
19  Q.  And when you say analyze prices, are you
20  referring only to brand drug prices?
21  **A.  Yes.  There's one occasion that he also**
22  **analyzed generic products.  There may have been**

**39**

1  **more occasions, but that was the exception, not the**
2  **rule.**
3  Q.  And on that one occasion, was the generic
4  product in question Lorazepam?
5  **A.  It was included in the analysis.**
6  Q.  Can you describe the circumstances that
7  lead to that analysis?
8  **A.  Mr. Tiederman wanted to take a look at**
9  **what the generic division was doing as far as**
10  **setting prices, so he asked for an analysis.**
11  Q.  Who is Mr. Tiederman?
12  **A.  He was my boss.**
13  Q.  What was his title?
14  **A.  Either assistant vice president or vice**
15  **president.  Well, I guess during that time period**
16  **-- well, it was one or the other of pricing**
17  **forecasting and contracting.**
18  Q.  And, approximately, when did Mr. Tiederman
19  request this review of pricing in the generic
20  division?
21  **A.  I don't recall.  I would have to look at**
22  **the date on the document.**

**40**

1  Q.  What document are you referring to?
2  **A.  There is a document, I believe, you have**
3  **and we have that is the analysis of that data.**
4  Q.  Were you involved in the review in
5  responding to Mr. Tiederman's request for review?
6  **A.  He had gone directly to Mr. DiStefano.**
7  Q.  Did Mr. Tiederman play a role in the
8  setting of generic pricing for generic product to
9  Wyeth customers?
10  **A.  I don't believe so.**
11  Q.  And when you say you don't believe so, do
12  you mean generally or in connection with this
13  particular report?
14  **A.  The report, to me, was not involved in**
15  **setting the prices.  It was evaluating the prices.**
16  Q.  What was the nature of the evaluation?
17  **A.  The nature of the evaluation was to look**
18  **at what the suggested AWP's were and what the list**
19  **prices were.**
20  Q.  To see any variation between the two?
21  **A.  To look at variation and, yes.**
22  Q.  Do you know why Mr. Tiederman asked for

**41**

1  this information?
2  **A.  I think he wanted to assure himself that**
3  **we were not leaders but followers.**
4  Q.  What do you mean by that?
5  **A.  That there were lawsuits at the time about**
6  **AWP's and he wanted to be sure that we weren't**
7  **leading that.**
8  Q.  What is it that you refer to?
9  **A.  The suggested AWP's for what was necessary**
10  **to sell the product.**
11  Q.  In what way is it -- what was necessary to
12  sell the product?
13  **A.  If there was not an AWP, the product was**
14  **not reimbursed.**
15  Q.  And when you refer to a product not being
16  reimbursed, do you mean that the entity that
17  dispenses the product is not paid for that product
18  by either an insurance company or Medicaid, for
19  example?
20  **A.  That's correct.**
21  Q.  So, then, is it fair to say that Wyeth,
22  there needed to be AWP's for Wyeth product in order

30(b)(6) Wyeth (Truex, Ph.D., Richard)          June 19, 2008

12 (Pages 42 to 45)

42

1  for Wyeth customers to be reimbursed?
2      A. That's correct.
3      Q. And were the lawsuits that you referred to
4  filed in connection with AWP's or concerning AWP's?
5      A. I believe so.
6      Q. And when you said that Wyeth wanted to be
7  not a leader, but a follower, did that statement
8  concern Wyeth AWP's?
9      A. Yes.
10     Q. In what way?
11     A. Again, Mr. Tiederman wanted to be sure
12  that we weren't leading and suggesting AWP's, that
13  we were only doing what was necessary to sell the
14  product.
15     Q. And when you say Mr. Tiederman wanted to
16  be sure that Wyeth wasn't leading with regard to
17  suggested AWP's, do you mean that Mr. Tiederman
18  wanted to make sure that Wyeth's AWP's were not
19  higher than other generic manufacturers?
20     A. That's correct.
21     Q. How does the level of Wyeth's AWP impact
22  what's necessary to sell Wyeth products?

43

1      A. Again, where there was no AWP, it was not
2  reimbursed. Wyeth derived no benefit from what the
3  AWP was.
4      Q. Wyeth needed an AWP to be in place for its
5  customers to be reimbursed, right?
6      A. Exactly.
7      Q. When you said that Mr. Tiederman wanted to
8  make sure that Wyeth was doing only what was
9  necessary to sell products, was Mr. -- how is that
10  statement related to the level of the Wyeth AWP?
11     A. Again, because we weren't -- his group
12  wasn't setting the AWP. He just wanted to assure
13  himself that what he saw in the data assured him
14  that we weren't setting the AWP's more than, the
15  suggested AWP 's more than necessary.
16     Q. Higher than necessary?
17     A. That's correct.
18     Q. And that's because the lawsuits allege
19  that certain companies were overstating their
20  AWP's, is that right?
21     A. That's correct.
22     Q. Those companies were engaged in a practice

44

1  known as "marketing of the spread," are you
2  familiar with that?
3      A. I think that's what the lawsuits were at
4  that point in time.
5      Q. And the phrase "marketing the spread"
6  refers to promoting the difference between a
7  reimbursement cost and an actual cost, is that
8  right?
9      A. That's a fair definition.
10     Q. What was -- what were the results of the
11  evaluation that was conducted as a result of Mr.
12  Tiederman's request?
13     A. The valuation convinced him that we were a
14  follower and not a leader.
15     Q. And by that, do you mean that Wyeth's
16  AWP's, specifically for Lorazepam, were consistent
17  with the AWP's of its competitors?
18     A. Yes.
19     Q. Do you recall if the, if the -- withdrawn.
20        The report that you've described that Mr.
21  Tiederman requested concerned drugs beyond
22  Lorazepam, is that right?

45

1      A. It did.
2      Q. Did Mr. Tiederman request for a review of
3  any, any other Wyeth prices before Lorazepam, other
4  than AWP?
5      A. Yes.
6      Q. Which other prices?
7      A. The direct price.
8      Q. What is the direct price?
9      A. Catalog price.
10     Q. Is the direct price the price that would
11  appear in a price list such as Exhibit 3?
12     A. It would.
13     Q. And as between '97 and '05, did Wyeth
14  report direct prices to the publishing compendia
15  for Lorazepam?
16     A. Yes.
17     Q. Do you know whether Wyeth did so
18  consistently throughout that time period for
19  Lorazepam?
20     A. I would believe so.
21     Q. And is it fair to say that the direct
22  price Wyeth reported to the publishing compendia

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

---

Page 46

1  for Lorazepam during that timeframe would be the
2  same price that appeared from Lorazepam in the
3  price lists?
4      **A.  Yes.**
5      Q.  The direct price for Lorazepam that
6  appeared in the price list was a price charged
7  Wyeth customers for that drug, is that right?
8      **A.  For a brief period of time.**
9      Q.  Why do you say "for a brief period of
10  time"?
11      **A.  Generic prices eroded very quickly.**
12      Q.  As additional competitors came into the
13  marketplace, is that correct?  Is that correct?
14      **A.  There were already competitors in before**
15  **we entered, so, yes.**
16      Q.  So, Wyeth was not the first to launch a
17  generic Lorazepam?
18      **A.  They were not.**
19      Q.  And even after Wyeth entered the Lorazepam
20  market, its price continued to drop?
21      **A.  Absolutely.**
22      Q.  And there's nothing unusual about that in

Page 47

1  a generic marketplace, correct?
2      **A.  Nothing at all unusual.**
3      Q.  When the price for Lorazepam dropped,
4  would the direct price for it drop as well?
5      **A.  The direct price probably would not**
6  **change.**
7      Q.  And why is that?
8      **A.  The marketplace drove the price down.**
9      Q.  When you say marketplace, do you mean the
10  competition, customer demands?
11      **A.  That's correct.**
12      Q.  So, if Wyeth had, Wyeth wanted to maintain
13  or increase market share for Lorazepam, Wyeth
14  needed to be competitive on price for that drug, is
15  that fair to say?
16      **A.  Sure.**
17      Q.  Do you know why the fact that Wyeth's
18  price to its customers for Lorazepam would not be
19  reflected in the direct price that is reported to
20  the catalog?
21      MS. DAVIDSON:  Objection.
22  BY MS. CICALA:

Page 48

1      Q.  I will rephrase the question.  I believe
2  that you testified that while Wyeth's price for
3  Lorazepam dropped, the direct price that was
4  reported to the, the direct price that appeared in
5  the price list would not change, is that correct.
6      **A.  That's correct.**
7      Q.  And why is that?
8      **A.  You couldn't keep up with the prices; they**
9  **were changing so quickly.**
10      Q.  How often were the price lists that we
11  have marked as Exhibit 3 issued by Wyeth for
12  generic, well, for Lorazepam?
13      **A.  Either quarterly or twice a year.**
14      Q.  Would you expect -- in a situation where
15  the Lorazepam price to Wyeth customers was dropping
16  mid quarter, for example, would you expect to see
17  subsequent price lists to reflect that price drop?
18      **A.  The list price, basically, did not change.**
19      Q.  Ever?
20      **A.  It would have been -- it would have been a**
21  **moot point.  You couldn't keep up with a price**
22  **drop.**

Page 49

1      Q.  What then was the purpose of publishing a
2  price for the Lorazepam in the price list?
3      **A.  It was published at the outset because**
4  **that is the price you sold it for.**
5      Q.  Would you expect that any Wyeth customers
6  actually paid the price for Lorazepam that's
7  reflected in the Wyeth price list?
8      **A.  There may have been some.**
9      Q.  Is it fair to say that the majority of
10  sales, however, would be at lower price?
11      **A.  I would suspect so.**
12      Q.  Being --
13      **A.  We like to sell all of it at list price if**
14  **we could.**
15      Q.  I understand.
16      Do you recall what Mr. Tiederman's
17  questions were with regard to Wyeth's direct price
18  practices?
19      MS. DAVIDSON:  Objection.
20  BY MS. CICALA:
21      Q.  I will rephrase the question.
22      I believe you testified that Mr.

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

16 (Pages 58 to 61)

58

1    Q.  Would you supply the forecasting units
2  with the prices that Wyeth was going to provide to
3  the publishing compendia?
4    **A.  Yes, we would provide direct prices.**
5    Q.  Only direct prices.  That was a yes?
6    **A.  I'm sorry, yes.**
7    Q.  That's all right.
8    **A.  I was partially thinking.**
9    Q.  That's good.  We are about to run out of
10  tape, so let's take a break here for a couple of
11  moments and then we will go back on the record.
12        THE VIDEOGRAPHER:  It is now 11:26.  This
13  concludes tape number one of the video deposition
14  of Dr. Truex.
15        ----
16        THE VIDEOGRAPHER:  It's now 11:39.  This
17  continues the videotape deposition of Richard
18  Truex.
19  BY MS. CICALA:
20    Q.  Dr. Truex, do you know what the
21  forecasting division would do with the direct
22  prices it received?

59

1    **A.  They would put them into their forecast.**
2    Q.  Do you know how the direct prices impact
3  of the forecast they were making?
4    **A.  I'm not sure of the question.**
5    Q.  Do you know how the direct prices were
6  relevant to their forecasting?
7    **A.  If there was a price increase, it would up**
8  **the forecast, certainly.**
9    Q.  When you say "up the forecast," do you
10  mean increase?
11    **A.  Due to the price, it would increase.  If**
12  **the volume stayed constant, it would increase the**
13  **dollar sales by virtue of the price being**
14  **increased.**
15    Q.  And here, I take it, you are referring to
16  a price increase on the brand side, is that
17  correct?
18    **A.  That's correct.**
19    Q.  Because on the generic side, on the
20  generic side, would a price increase necessarily
21  translate into increased sales?
22    **A.  I would assume that there is, there were**

60

1  no price increases on the generic side.
2    Q.  Can you tell me, Dr. Truex, whether the
3  copies that we see in Exhibit 2 of the
4  organizational charts appear to be true and
5  complete copies of organizational charts for the
6  identified departments at Wyeth during the dates
7  that we see on these documents?
8    **A.  They appear to be correct to me.**
9    Q.  Starting with Wyeth's AWP's for Lorazepam,
10  can you tell us how Wyeth set its AWP's for
11  Lorazepam?
12    **A.  The suggested AWP's were set by the**
13  **generic division relative to competition.**
14    Q.  Did the -- what do you mean when you say
15  "relative to competition"?
16    **A.  My understanding is, they looked at what**
17  **the AWP was for other generic Lorazepams and they**
18  **set it in relationship to that as a suggested AWP.**
19    Q.  And you have already testified that Wyeth
20  needed an AWP for Lorazepam in order for Lorazepam
21  to be reimbursed, correct?
22    **A.  That's correct.**

61

1    Q.  Why did Wyeth need to look at its
2  competitors' AWP's for Lorazepam when Wyeth was
3  determining where to set its Lorazepam AWP?
4    **A.  It was the best reference point had.**
5    Q.  The best reference point for what?
6    **A.  For the suggested AWP.**
7    Q.  What does -- do you know what AWP stands
8  for?
9    **A.  Average wholesaler price or ain't what's**
10  **paid.**
11    Q.  And is the definition you just gave,
12  Wyeth's definition of average wholesale price?
13        MS. DAVIDSON:  Objection.
14        THE WITNESS:  Wyeth's definition is --
15  AWP is not a Wyeth definition, I guess.  It's a
16  compendium definition.
17  BY MS. CICALA:
18    Q.  And what do you mean when you say "it's a
19  compendium definition"?
20    **A.  The compendium sets the AWP.**
21    Q.  Does the compendium find the AWP as well?
22    **A.  They do.**

30(b)(6) Wyeth (Truex, Ph.D., Richard)                     June 19, 2008

17 (Pages 62 to 65)

---

**62**

1    Q.  And do the compendium define AWP as ain't
2    what's paid?
3    A.  No.  But the common -- at one point in
4    time, AWP was a real term.  Pre-1980.
5    Q.  How does Wyeth define average wholesale
6    price?
7    A.  We don't define it.  We reference the
8    compendium.
9    Q.  In the case of Lorazepam, you already
10   testified Wyeth was not the first to launch,
11   correct?
12   A.  We were not.
13   Q.  So when Wyeth, when it came time for Wyeth
14   to set, to set its suggested wholesale price for
15   Lorazepam, it looks to it competitors' reported
16   prices, reported AWP's?
17   A.  Right.  It suggested AWP was similar to
18   the competitors.
19   Q.  How did the AWP for Ativan, how did Wyeth
20   establish that?
21   A.  Wyeth does not establish AWP's.  That AWP
22   was established by the compendium.

---

**63**

1    Q.  Did Wyeth report a suggested AWP for
2    Ativan?
3    A.  Not to my knowledge.
4    Q.  What, if anything, did Wyeth report to the
5    compendium for Ativan?
6    A.  Direct price.
7    Q.  For Lorazepam, however, Wyeth reported
8    suggested AWP's?
9    A.  I believe so.
10   Q.  Did Wyeth also report direct prices for
11   Lorazepam?
12   A.  I believe so.
13   Q.  Was there ever a time between '97 and '05
14   for Lorazepam that Wyeth reported AWP's to the
15   compendia instead of suggested AWP's?
16   A.  I do not believe so.
17   Q.  And the suggested AWP's and direct price
18   for Lorazepam would have been supplied to the
19   compendia by the price catalog unit, correct?
20   A.  That's correct.
21   Q.  And was Wyeth aware what the compendia
22   would do with the suggested average wholesale

---

**64**

1    prices that Wyeth supplied to them?
2    A.  Once it went to the compendium, it was out
3    of our hands.
4    Q.  Nevertheless, do you know, do you know
5    what, how the publishing compendia treated the
6    suggested average wholesale prices it received from
7    Wyeth for Lorazepam?
8    A.  I can speculate, but I don't know what
9    they did once it was in their shop.
10   Q.  So, for example, you're unaware that they
11   multiplied the suggested AWP by a factor of one to
12   arrive at an average wholesale price that was
13   published for Wyeth product?
14   MS. DAVIDSON:  Objection.
15   THE WITNESS:  The short answer is no.  As
16   a matter of fact, I would have a different
17   interpretation, I guess.
18   BY MS. CICALA:
19   Q.  What interpretation would you have?
20   MS. DAVIDSON:  Objection.
21   THE WITNESS:  My speculation would have
22   been they didn't multiply by anything.

---

**65**

1    BY MS. CICALA:
2    Q.  And what did they do with it then?
3    A.  Again, I'm speculating because once it's
4    in their shop, they can do whatever they want; and
5    I have seen them do a variety of things with it and
6    not always consistently, frankly.
7    Q.  What have you seen the compendia do with
8    the suggested AWP's Wyeth supplies it for
9    Lorazepam?
10   A.  I have seen them with Lorazepam.  Okay.
11   You're bringing me back to Lorazepam and Ativan
12   specifically.  I haven't seen them do anything with
13   those particular products.
14   Q.  Are you aware that the publishing
15   compendia sent confirmatory documents back to Wyeth
16   concerning the prices that the compendia were
17   contemplating publishing for the Wyeth products?
18   A.  Sometimes they would do that.  Sometimes
19   it was correct.  Sometimes it was incorrect.
20   Q.  And who would receive such price
21   verifications?
22   A.  The supervisor of the pricing catalog.

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

18 (Pages 66 to 69)

---

66

1          (Exhibit Truex 004, a document entitled
2    **Red Book Product List Verification, marked for**
3    **identification.**
4    BY MS. CICALA:
5          Q.   We have marked as Exhibit 4, a document
6    produced to us in our litigation by Red Book.  Red
7    Book is one of the publishing compendias, is that
8    correct?
9          A.   **It is.**
10         Q.   And this document is entitled Red Book
11   Product Listing verification dated September 26,
12   1997, do you see that?
13         A.   **I do.**
14         Q.   And this verification is addressed to
15   Wyeth-Ayerst Laboratories, do you see that?
16         A.   **I do.**
17         Q.   Have you ever seen a product listing
18   verification such as Exhibit 4?
19         A.   **I don't deal with that.**
20         Q.   In 1997, a verification of this type would
21   have gone to Miss Patel's unit, is that correct?
22         A.   **Yes.  I believe Laurie Tierney was in that**

---

67

1    **position.**
2          Q.   Is that Miss Tierney's signature at the
3    bottom of Exhibit 4?
4          A.   **I don't know.**
5          Q.   It appears to be an L-A-T, does it not?
6          A.   **It appears to be.**
7          Q.   Do you see that this particular product
8    listing verification concerns the drugs, the drug
9    Lorazepam and Ativan, correct?
10         A.   **Yes.**
11         Q.   And do you see that at the bottom left
12   corner of the document are the words,
13   "Instructions:  Please make corrections directly on
14   this printout"?  Did I read that correctly?
15         A.   **That's correct.**
16         Q.   And there are two boxes, one that says "OK
17   as is" and the other says "OK with changes."  Do you
18   see that that?
19         A.   **That's correct.**
20         Q.   And here the box, "OK as is" has been
21   checked.
22         A.   **That's correct.**

---

68

1          Q.   There is a signature line on the document,
2    correct?
3          A.   **There is.**
4          Q.   And as we just discussed, it appears to be
5    the initials LAT on that signature line.
6          A.   **Yes.**
7          Q.   But you can't confirm that those are
8    Laurie Tierney's signature?
9          A.   **I cannot confirm that.**
10         Q.   Do you have any reason to believe that is
11   not her signature?
12         A.   **I don't.**
13         Q.   And she's listed as the contact name for
14   this particular document, right?
15         A.   **That's correct.**
16         Q.   Okay.  And do you know what would be done
17   in the ordinary course at Wyeth when it received a
18   product listing verification such as Exhibit 4?
19         A.   **I would assume they verify it.  In other**
20   **words, they are sending back the prices they are**
21   **going to put down and we just acknowledge that,**
22   **these checkmarks acknowledge that this is the**

---

69

1    **direct price, so she is acknowledging, in my eyes,**
2    **that this direct price is the price that she has**
3    **given them.**
4          Q.   And I notice you're focusing on the column
5    entitled "Direct Price" which appears to have the
6    header "DIRP."
7          A.   **That's correct.**
8          Q.   You see to the left of that column is a
9    column with the header "AWP"?
10         A.   **Yes.**
11         Q.   And there are a series of prices that
12   appear in that column as well, correct?
13         A.   **That's correct.**
14         Q.   And is it your testimony that Ms. Tierney
15   is not verifying the AWP's that appear in this
16   verification?
17         A.   **By seeing those checkmarks, I believe**
18   **she's verifying the direct price.**
19         Q.   So, is it your testimony then that Ms.
20   Tierney is not confirming that the AWP's that
21   appear here are accurate?
22         A.   **Those checkmarks to me signify that these**

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)                          June 19, 2008

19 (Pages 70 to 73)

---

**70**

1  direct prices are what Ms. Tierney sent them.
2      Q.  Ms. Tierney would have sent Red Book
3  suggested AWP's for Lorazepam, correct?
4      A.  That is correct.
5      Q.  Can you tell from looking at this
6  particular verification if the NDC's that we are
7  seeing are for the brands Ativan or for the generic
8  Lorazepam?
9      A.  It looks to me like my interpretation is
10 that they are for the brand Ativan.
11     Q.  And in that case, you're testimony is that
12 Wyeth would have only supplied the direct price to
13 Red Book?
14     A.  That's correct.
15     Q.  Okay.
16         (Exhibit Truex 005, a document entitled
17 2001 Drug Topics Red Book, WYNY 0003877 to 0003903,
18 marked for identification.)
19 BY MS. CICALA:
20     Q.  We have marked as Exhibit 5, a document
21 produced to us by Wyeth in this litigation entitled
22 "2001 Drug Topics Red Book" and it's the 2001

---

**71**

1  product listing verification, correct?
2      A.  That's correct.
3      Q.  And this, again, appears to be a pricing
4  verification sent by Red Book to Wyeth, is that
5  right?
6      A.  It appears to be, yes.
7      Q.  And here, once again, Wyeth is confirming
8  the direct prices appearing in Red Book for Wyeth
9  products, is that right?
10     A.  Yes.
11     Q.  And Wyeth on certain pages is making
12 changes to those prices and on others is not,
13 correct?
14     A.  That's correct.
15     Q.  Do you recall whether -- do you know
16 whether Wyeth received pricing verifications from
17 Red Book regarding Lorazepam?
18     A.  I do not know.
19     Q.  In the ordinary course, however, Wyeth did
20 receive product verification reports from Red Book,
21 correct?
22     A.  Yes, they did.

---

**72**

1      Q.  Do those reports typically cover all
2  prices that Wyeth reported to the publisher to Red
3  Book?
4      A.  I would speculate, yes.
5      Q.  Looking through Exhibit 5, do you see any
6  Wyeth generics listed on this document?
7      A.  There are names that appear to be generic
8  names to me.  Since there are brand names and
9  generic names, I assume these generic names are
10 generic products.
11     Q.  Could you point me to one of those?
12     A.  Heparin sodium.
13     Q.  And Heparin sodium is an example of a
14 Wyeth generic, is that right?
15     A.  I believe so.  Again, I'm going by the
16 name being a generic name, not a brand name.
17     Q.  Okay.  So you are not sure, however, if
18 it's a Wyeth generic or not?
19     A.  I'm not.
20     Q.  You would agree with me that Lorazepam
21 does not appear in Exhibit 5?
22     A.  It does not.

---

**73**

1      Q.  Was Wyeth reporting prices for Lorazepam
2  in December of 2000?
3      A.  I, obviously, don't know.
4      Q.  Was Wyeth manufacturing Lorazepam in
5  December of 2000?
6      A.  I'm not sure I know that either.
7      Q.  If Wyeth was manufacturing Lorazepam in
8  December 2000, would you have expected Wyeth to be
9  submitting, providing prices to the compendia for
10 Lorazepam?
11     A.  I would expect that.
12     Q.  Let's mark as Exhibit 6.
13         (Exhibit Truex 006, a document entitled
14 Wyeth Lorazepam Reported Price 1998-2003, marked
15 for identification.)
16 BY MS. CICALA:
17     Q.  Dr. Truex, we have marked as Exhibit 6, a
18 chart that I will represent to you was created by
19 my firm and it is a true and complete extract from
20 the First DataBank NDDF file for Lorazepam for the
21 years that are represented on this chart, which is
22 1998 through 2003.  We were just talking about Red

---

74

1   Book. Let me ask you a question regarding First
2   DataBank. Do you know First DataBank to be another
3   publishing compendia?
4       **A. I do.**
5       Q.  Wyeth would have been reporting prices for
6   Lorazepam to First DataBank?
7       **A. That's correct.**
8       Q.  And Wyeth would have been reporting
9   suggested AWP's and direct prices, is that right?
10      **A. Lorazepam, that's correct.**
11      Q.  When Wyeth reported a suggested AWP to
12  Lorazepam to the compendia, did it report the same
13  suggested AWP to all of the compendia?
14      **A. I believe, I believe that would be policy.**
15      Q.  Was there a Wyeth policy regarding what to
16  report to the compendia?
17      **A. There was no policy written down, per se.**
18      Q.  But, you believe it would have been
19  Wyeth's practice to report the same suggested AWP
20  to all of the publishing compendia?
21      **A. I would be surprised if it was not.**
22      Q.  And when we talk of the compendia here,

75

1   can we agree we are talking about, at least, First
2   DataBank, Red Book and Medispan?
3       **A. Yes.**
4       Q.  And would your answer regarding Wyeth
5   reporting the same suggest AWP to all of the
6   compendia be the same throughout the time period,
7   1997 through 2005?
8       **A. Yes.**
9       Q.  Do you see in Exhibit 6 that the direct
10  prices appear for Lorazepam at certain periods of
11  time and yet not at others?
12      MS. DAVIDSON: I just object to Exhibit 6
13  since it was created by your firm using data that I
14  do not have but, of course, you can ask questions
15  subject to that caveat.
16      MS. CICALA: Thank you. And I should
17  also clarify the record, there is one column in
18  Exhibit 6 that does not come from the First
19  DataBank NDDF file but, rather, came from Wyeth and
20  that's the column entitled "Amp," but all the other
21  columns in Exhibit 6 came directly from the First
22  DataBank NDDF file.

76

1   BY MS. CICALA:
2       Q.  So, I'm wondering, Dr. Truex, first, do
3   you see how the direct price fields for the
4   Lorazepam tablets are not always filed in column
5   six?
6       **A. I see that.**
7       Q.  And, as I have represented, this is an
8   exact copy of what is contained in the First
9   DataBank NDDF file for these Lorazepam NDC's. My
10  question is whether you would know why on some
11  occasions no direct price would appear in the NDDF
12  file for Lorazepam?
13      MS. DAVIDSON: Objection.
14      THE WITNESS: I would have no idea. It's
15  First DataBank's material. I have no idea. They
16  make mistakes.
17  BY MS. CICALA:
18      Q.  Do you know whether there were, Wyeth had
19  any business reasons why on occasion they might not
20  report a direct price for Lorazepam to First
21  DataBank?
22      **A. No, there would be no reason not to.**

77

1       Q.  If Wyeth reported a direct price to First
2   DataBank, would Wyeth take steps to insure that its
3   direct price was published?
4       **A. The policy would be to give them the**
5   **direct price. It's a moot point of whether it was**
6   **published or not because the price was eroding so**
7   **quickly.**
8       Q.  So, then, by that do you mean that the
9   published direct price would have, not have been
10  instructive in any event since the price had eroded
11  so quickly?
12      **A. That's correct.**
13      Q.  And is direct price used by Wyeth
14  customers for reimbursement purposes?
15      **A. I don't believe the direct price was used**
16  **for reimbursement purposes.**
17      Q.  Are you familiar with the term WAC?
18      **A. I am.**
19      Q.  And you see WAC appears on Exhibit 6?
20      **A. I do.**
21      Q.  And what does WAC mean?
22      **A. In general, it's the same as a direct**

**78**

1    price.
2        Q.  Wyeth did not report WAC's to the
3    publishing compendia for Lorazepam or Ativan, is
4    that correct?
5        A.  Again, WAC and direct price are used
6    interchangeably, so if you report one, you are
7    basically reporting the other.
8            I will clarify. First DataBank may have
9    different fields there for Wyeth. In general,
10   there are some exceptions. It means the same. I
11   will let you go ahead.
12       Q.  Did Wyeth use the phrase WAC in any manner
13   in its price reporting practices?
14       A.  WAC means wholesale acquisition costs for
15   us.
16       Q.  And when would Wyeth have occasion to
17   refer to a WAC? Did Wyeth use the phrase "WAC" and
18   "direct price" interchangeably?
19       A.  Because I reviewed some documents prior to
20   this where I see it was not used and, so, I went
21   back and did homework. For Lorazepam, it was not
22   used the same way and it gets back to the history

**79**

1    of AWP.
2        Q.  Can you explain what you mean by that?
3        A.  AWP's were formed prior to 1980 because
4    there were pharmaceutical companies who sold
5    product. Some pharmaceutical companies sold
6    product exclusive to wholesalers and some
7    pharmaceutical companies sold product both to
8    wholesalers and directly to retailers. Wholesalers
9    established the AWP at that point. They marked up
10   -- if you were a company that sold both directly
11   and to wholesalers, they established the AWP as 25
12   percent of the direct price or WAC price.
13       Q.  25 percent greater than?
14       A.  Greater than.
15       Q.  Okay.
16       A.  If you sold exclusively to wholesalers,
17   they established the AWP as 20 percent greater than
18   the WAC direct price.
19       Q.  Then at some point, that practice changed?
20       A.  That practice did change when there was a
21   consolidation within wholesalers.
22       Q.  And can you describe how the practice

**80**

1    changed?
2        A.  When there was a consolidation within
3    wholesalers, wholesalers began operating on smaller
4    margins.
5        Q.  Such that the markup over their WAC would
6    be considerably smaller, is that correct?
7        A.  Yes.
8        Q.  Is it fair to say, the wholesaler markup
9    over WAC has fallen into the low single digits at
10   this point?
11       A.  Probably.
12       Q.  Would you say that the markup had fallen
13   to that low single digit range by the early 2000's?
14       A.  Possibly.
15       Q.  Might you put the timeframe a bit earlier
16   or later?
17       A.  I can't pinpoint it, quite frankly.
18       Q.  But with the increased consolidation, my
19   understanding of your testimony is that the
20   wholesaler markup decreased to the point where it
21   was in the low single digits?
22       A.  It certainly did.

**81**

1        Q.  How did that impact AWP?
2        A.  The pricing service didn't change it.
3        Q.  What do you mean when you say they didn't
4    change it?
5        A.  They continued using a variety of
6    methodologies to establish the AWP.
7        Q.  Can you take us through the variety of
8    methodologies?
9            MS. DAVIDSON:  Objection. Scope. But,
10   you can answer.
11           THE WITNESS:  Again, there were companies
12   who had a 25 percent markup. There were companies
13   that had 20 percent markup. They used a variety,
14   they used a variety of methods to establish it; and
15   it was not consistent as far as I was concerned.
16   BY MS. CICALA:
17       Q.  Do you know how, what method the compendia
18   used with regard to the suggested AWP's that Wyeth
19   reported for Lorazepam?
20       A.  For Lorazepam, I believe they used the
21   suggested AWP that Wyeth provided.
22       Q.  And they published the suggested AWP as

**82**

1  the AWP for Lorazepam?
2     A. I believe that's what they did.
3     Q. And would that be the case from '97
4  through '05?
5     A. I would believe so.
6     Q. Going back to Exhibit 6, do you see the
7  column entitled AWP's populated by numbers, yes?
8     A. Yes.
9     Q. As I represented, these are, this is the
10 AWP's appearing in the First DataBank NDDF file. If
11 these are the AWP's appearing in the NDDF file for
12 these Lorazepam NDC's based on your testimony just
13 now, is it fair to say these would also be the
14 suggested AWP's that Wyeth had supplied?
15    MS. DAVIDSON: Objection.
16    THE WITNESS: I don't know. I'm a little
17 skeptical just because a direct price is not there,
18 also. With the direct price not being there,
19 putting on my scientific hat, makes me a little
20 skeptical of the data, so I don't know.
21 BY MS. CICALA:
22    Q. And you say that because it was Wyeth's

**83**

1  practice to report both the suggested AWP and the
2  direct price, correct?
3     A. Yes. If the direct price was there and
4  the AWP wasn't there, I would be more comfortable
5  that the data was correct. With it being visa
6  versa, I'm not so comfortable.
7     Q. If you wanted to review what Wyeth had
8  supplied to First DataBank during the time periods
9  that are reflected in Exhibit 6, where would you
10 obtain that information?
11    A. Going back that foreign history, it's not
12 easy, quite frankly.
13    Q. Is that in part because Wyeth is no longer
14 engaged in generic manufacturing?
15    A. That complicates it significantly.
16    Q. Let's mark as exhibit --
17    (Exhibit Truex 007, a multi-page document
18 entitled National Drug Data File Product Update
19 Report, WYNY 0005822 to WYNY 0005863, marked for
20 identification.)
21 BY MS. CICALA:
22    Q. Exhibit 7 marked for identification. We

**84**

1  have placed before you a document that was produced
2  to us by Wyeth in this litigation and you will see
3  it's a National Drug Data File Product Update
4  Report prepared by First DataBank and it's dated
5  1997. Do you see that on the first page?
6     A. I do.
7     Q. And have you ever seen a document similar
8  to Exhibit 7 before?
9     A. I'm sure I have at some point in my
10 career.
11    Q. Is this what is known as a turn-around
12 document?
13    A. Never heard that term.
14    Q. You never heard of a turn-around document
15 in connection with price reporting at First
16 DataBank?
17    A. I have not.
18    Q. You see in Exhibit 7 that there are, the
19 document reflects a lengthy list of products with
20 NDC's and assorted prices for each?
21    A. I do.
22    Q. There is a column entitled WHLNET, which I

**85**

1  take to mean wholesale net, would you agree?
2     A. That would be my guesstimate of that term,
3  yes.
4     Q. And this next column says DIR, which I
5  would take to mean direct price, would you agree?
6     A. I would also.
7     Q. And then the next column reads AWP, do you
8  see that?
9     A. I do.
10    Q. And then as was stated, there is a column
11 with the NDC product description, also a package
12 size, correct?
13    A. Yes.
14    Q. And let's turn, if we can, to the page
15 with Bates number, the Bates numbers appear on the
16 bottom left corner of this document. I hope that
17 you can see them based on how it's stapled.
18    A. I can't really.
19    Q. I'm sorry about that.
20    A. If you can tell me where to go.
21    Q. Actually, the top. Look at the top right
22 corner.

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

23 (Pages 86 to 89)

86

1    A.  The top right, okay.
2    Q.  That will work better.  Page 33, please.
3    A.  Okay.
4    Q.  Page 33 is Bates WYNY 0005855.
5        If you go three lines down, Dr. Truex,
6   you see there are, there are two Lorazepam products
7   that appear there.  I acknowledge that they are
8   syringes and not tablets, but for the sake of
9   illustration, I would like to focus on them.  Do
10  you see the entries for the Lorazepam syringes?
11   A.  I do.
12   Q.  And do you see to the right of both
13  products, there is a wholesale net price of $66.50?
14   A.  Yes.
15   Q.  And a direct price of $66.50?
16   A.  Yes.
17   Q.  And then an AWP of $83.10?
18   A.  Yes.
19   Q.  And the direct price of %66.50 would be
20  equivalent to the WAC for that product in Wyeth's
21  view, correct?
22   A.  That's correct.

87

1    Q.  And the AWP that appears here would be the
2   same as the suggested AWP that Wyeth reported for
3   this product?
4    MS. DAVIDSON:  Objection.
5    THE WITNESS:  Yeah.  That would be
6   speculation on my part.  I'm assuming I would -- I
7   don't know that for a fact, but if I had a
8   calculator, we could multiply the difference.  If
9   it was 25 percent, I would guess that it probably
10  was.
11   BY MS. CICALA:
12   Q.  And when you say if it was 25 percent, you
13  mean if the AWP was 25 percent higher than the
14  direct price?
15   A.  Right.
16   Q.  Let's turn to page 36 of the same exhibit.
17   A.  Yup.
18   Q.  You see here starting at, starting on line
19  three, we have a series of Lorazepam tablets
20  listed?
21   A.  Yes.
22   Q.  And, here, you see that the columns

88

1   entitled "wholesale net" and "direct price" have
2   the figure of zero in there, do you see that?
3    A.  I do see that.
4    Q.  Yet, the AWP field is populated for each
5   of these Lorazepam tablets, correct?
6    A.  Yes.
7    Q.  Would this -- does this in any way explain
8   whether Wyeth was reporting direct price for these
9   Lorazepam tablets to the First DataBank?
10   A.  Where does this document come from again?
11   Q.  Certainly.  It comes from First DataBank.
12   A.  It would not explain it to me again
13  because the data source is First DataBank.  So, the
14  question remains in my mind did they enter the data
15  as we provided it?
16   Q.  If the direct price field were populated,
17  you would not have that data concern?
18   A.  I would be more confident, certainly.
19   Q.  Did the price catalog unit at First, at
20  Wyeth have responsibility for confirming that the
21  prices that appear for Wyeth products in the
22  compendia were accurate?

89

1    A.  If they sent us a letter asking for
2   confirmation, yes, we would, we would confirm it.
3    Q.  What if the compendia did not send you a
4   letter asking for confirmation?
5    A.  We probably would not have confirmed or
6   denied it unless somebody would have accidentally
7   picked it up that it wasn't being reported in the
8   compendium.
9    Q.  In the ordinary course, it was not a
10  practice between '97 and '05 at Wyeth to confirm
11  that the prices that appeared in the compendia for
12  Lorazepam were accurate or reflected that which
13  Wyeth had supplied?
14   A.  It was such a small product, I don't think
15  anybody would have paid attention to it.  If it was
16  making up a big proportion of sales, I think they
17  would, but this two tenths of a percent, they just
18  wouldn't pay attention to it.
19   Q.  Okay.  Do you see in Exhibit 7 there is,
20  for each product there is, there appears a line
21  that says "Date of Change" with a colon and then
22  blanks for where a date might be filled in?

94

1    Q.  Was it -- was Wyeth's practice of
2  providing suggested AWP's for Lorazepam unique to
3  Lorazepam?
4    A.  It was not.
5    Q.  Wyeth provided suggested AWP's for its
6  entire generic product line?
7    A.  I believe so.
8    Q.  And I think you already testified that
9  those suggested AWP's would appear in the compendia
10  as AWP's.
11     MS. DAVIDSON:  Objection.
12     THE WITNESS:  It's speculation on my
13  part.  I would speculate, yes, but I'm not sure
14  that's true.
15  BY MS. CICALA:
16    Q.  I think you testified a short while ago
17  that it was your understanding that the AWP's that
18  appeared in the compendia were the same as the
19  suggested AWP's.
20    A.  That's what I would expect to happen.
21  Again, once it goes to the compendium, there were
22  occasions they did strange things with them.  But,

95

1  in general, that's what I would expect to happen.
2  Once it get to the compendium, it's out of our
3  hands a little bit.
4    Q.  Earlier, you testified that it was
5  important for Wyeth to have an AWP appear in the
6  compendia for reimbursements purposes, correct?
7    A.  That's correct.
8    Q.  Is it your testimony that the amount of
9  that AWP was irrelevant to Wyeth?
10     MS. DAVIDSON:  Objection.
11     THE WITNESS:  It was not irrelevant to
12  us.
13  BY MS. CICALA:
14    Q.  And, so, how -- what steps did Wyeth take
15  to insure that the AWP that was published reflected
16  that which Wyeth wanted to be published?
17     MS. DAVIDSON:  Objection.
18     THE WITNESS:  If we became aware it was
19  incorrect, we would try to suggest AWP do the
20  compendium.
21  BY MS. CICALA:
22    Q.  And do you recall occasions where Wyeth

96

1  determined that the AWP's that were published for
2  Lorazepam were incorrect?
3    A.  For Lorazepam, I don't remember that.
4    Q.  Yet, do you recall occasions where AWP's
5  for other generic products were incorrect when they
6  appeared in the compendia?
7    A.  I recall AWP's on the branded side
8  possibly being not consistent with what they did
9  with our other product.
10    Q.  Okay.  But you have no such recollection
11  with regard to the AWP's reported for Lorazepam?
12    A.  We didn't pay much attention to the
13  generic side of the business, quite frankly.
14    Q.  Do you ever recall any discussions at
15  Wyeth as to what, what Medicaid was spending on
16  Lorazepam?
17    A.  No.  Medicaid was such a small percent of
18  the business, less than ten percent, generally
19  speaking, that it was not of concern.
20    Q.  So, then, for example, you're not aware
21  that the City of New York and the counties I
22  represent spent almost three and one-half million

97

1  on Lorazepam between '97 and '05?
2    A.  We wouldn't focus on that, really.
3  Commercial business is such a large portion of the
4  business, that's where all the focus would be.
5    Q.  You testified earlier about the changes
6  that occurred in the wholesaler business and the
7  impact of those changes on AWP, but I don't think
8  we arrived at what the meaning is for Wyeth once we
9  get to 1997 of the term AWP.  What meaning does AWP
10  have for Wyeth in 1997?
11     MS. DAVIDSON:  Objection.  Asked and
12  answered.
13     THE WITNESS:  Again, the compendium
14  defined AWP.  We didn't have a definition for it,
15  per se.  We look to them for their definition.
16  BY MS. CICALA:
17    Q.  Okay.
18     (Exhibit Truex 008, a document entitled
19  Monthly Interest, R1-19293 to R1-19295, marked for
20  identification.)
21  BY MS. CICALA:
22    Q.  We have marked as Exhibit 8, a document

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

26  (Pages 98 to 101)

98

1  that was produced to us by First DataBank which is,
2  as we have agreed, one of the publishing compendia
3  and you will see it's entitled First DataBank
4  Monthly Interest. It's dated September 1991 which,
5  I acknowledge, is beyond the timeframe that we are
6  focused on today.
7       If we can, however, take a look at the
8  column on the left-hand side entitled
9  "Understanding AWP," do you see that, Dr. Truex?
10      **A. I do.**
11      Q. The first sentence reads "Average
12  Wholesale Price, AWP is, perhaps, the most
13  misunderstood concept in the pharmaceutical
14  industry." Did I read that correctly?
15      **A. You did.**
16      Q. If we continue down, I invite you to read
17  as much of this document as you like. The first
18  sentence of the second paragraph reads, "AWP
19  represents an average price which a wholesaler
20  would charge a pharmacy for a particular product."
21      And my question is whether that
22  definition of AWP is consistent with Wyeth's

99

1  between '97 and '05?
2       MS. DAVIDSON: Objection.
3       THE WITNESS: I would think -- I don't
4  have specific knowledge of the price that the
5  wholesaler charged the pharmacy. I have access to
6  that data, but I would -- I don't think that is a
7  true statement.
8  BY MS. CICALA:
9       Q. It's a statement, however, by the
10  publishing compendia, at least their view of 1991
11  of average wholesale price, correct?
12      MS. DAVIDSON: Objection.
13      THE WITNESS: That's what they have
14  written here.
15  BY MS. CICALA:
16      Q. But you think it's a false statement?
17      **A. In 1991, I have no way to -- I'm a**
18  **scientist, so I tend to depend on data. I have no**
19  **way to verify or not verify that data. In the**
20  **eighties, there was a consolidation, as I pointed**
21  **out. With consolidation came economies of scale. I**
22  **would be sceptical to give a statement.**

100

1       Q. All right.
2            (Exhibit Truex 009, a document entitled
3  First DataBank's Glossary of Terms, FDB-AWP 11659
4  to FDB-AWP 11662, marked for identification.)
5  BY MS. CICALA:
6       Q. We have marked as Truex Exhibit 9, an
7  excerpt of the First DataBank's Glossary of Terms
8  produced to us in this litigation by First
9  DataBank. If you flip through this exhibit, you
10  will see it's been revised as of April 2000 which
11  is within the discovery time period that we are
12  focused on today. And I would like to direct your
13  attention, Dr. Truex, to the definition of average
14  wholesale price that appears on the first page of
15  Exhibit 9. For the record, it reads, "Average
16  wholesale price (AWP), the unit or package price of
17  an NDC when sold from wholesaler to the pharmacy."
18       And my question would be whether that
19  definition of AWP which a publisher presented in
20  its glossary in the year 2000 is consistent with
21  Wyeth...
22       MS. DAVIDSON: Objection.

101

1       MS. CICALA: What basis?
2       MS. DAVIDSON: I didn't think you
3  actually finished the question, "with Wyeth."
4       MS. CICALA: Definition.
5       MS. DAVIDSON: Okay. Objection, then.
6       MS. CICALA: What basis?
7       MS. DAVIDSON: Asked and answered as to
8  whether Wyeth had such a definition.
9  BY MS. CICALA:
10      Q. My recollection of your testimony is that
11  you defined average wholesale price, that it was a
12  definition that the publishing compendia had,
13  correct?
14      **A. Right.**
15      Q. So, this is the publishing compendium
16  definition of average wholesale price?
17      **A. This would be consistent with what I**
18  **testified of the origin of AWP, consistent with the**
19  **origin.**
20      Q. Is it consistent with the way AWP was used
21  in the year 2000?
22      MS. DAVIDSON: Objection.

---

**102**

1 THE WITNESS: Again, I have no data for
2 what wholesalers charged pharmacies in the year
3 2000.
4 BY MS. CICALA:
5 Q. The amount that pharmacies, that
6 wholesalers charged pharmacies in the year 2000 was
7 not a factor Wyeth considered when it established
8 its suggested AWP's, correct?
9 A. **It was not a factor.**
10 Q. Wyeth established its suggested AWP's
11 based entirely on the AWP's that were reported for
12 its competitors, correct?
13 A. **That's correct.**
14 Q. Okay.
15 (Exhibit Truex 010, a document entitled
16 Glossary, FDB-AWP 01952 to FDB-AWP 01953, marked
17 for identification.)
18 BY MS. CICALA:
19 Q. Exhibit 10 is another document produced to
20 us in our litigation by First DataBank. This is an
21 excerpt of a glossary from a First DataBank product
22 known as PriceProbe. You will see the First

---

**103**

1 DataBank logo on the bottom left-hand corner of the
2 first page; and this particular glossary was
3 published by First DataBank in 2002 and if I could,
4 Dr. Truex, direct your attention to AWP which is
5 defined on the first page of the exhibit as
6 "Average wholesale price is that price paid by the
7 pharmacy to the wholesaler." And my question is
8 whether the average wholesale price, the suggested
9 wholesale prices that Wyeth supplied to First
10 DataBank in 2002 were set based on the price paid
11 by the pharmacy to the wholesaler?
12 A. **The AWP was set based on competition.**
13 Q. Between '97, and we are up to 2002 here,
14 are you aware whether Wyeth informed First DataBank
15 of the manner in which Wyeth set its AWP's?
16 A. **Wyeth suggested AWP's based upon the**
17 **competition, and I don't know that that**
18 **communication took place between Wyeth and First**
19 **DataBank.**
20 Q. Okay.
21 A. **Although I will say Wyeth, during that**
22 **time period on all those communications, said it**

---

**104**

1 was a suggested AWP and did not represent the real
2 price in the marketplace, so that disclaimer was
3 always on the material we sent with any AWP.
4 Q. The disclaimer you just referred to was in
5 place on all communications to the publishing
6 compendia between '97 and '05?
7 A. **I can't say on every last one, but that**
8 **was the policy and I can't tell you when exactly**
9 **that was established.**
10 Q. There was a point, obviously, though, when
11 that policy was established, correct?
12 A. **That's correct.**
13 Q. And why was that policy established?
14 A. **I think sensitivity of Mr. Tiederman to**
15 **lawsuits.**
16 Q. So, then, would it be fair to say that the
17 policy was likely established somewhere in the
18 2000/2001 timeframe?
19 A. **I can't -- I don't know.**
20 Q. That is the timeframe, though, when, I
21 believe you testified, Mr. Tiederman made his
22 request for an evaluation of Wyeth's generic

---

**105**

1 pricing practices, correct?
2 A. **That's correct.**
3 Q. So, then, would it be your expectation
4 that Wyeth complied with that policy change once it
5 was established?
6 A. **I believe they complied absolutely with**
7 **it.**
8 Q. Prior to the policy change, there was no
9 such disclaimer on the Wyeth reports to the
10 publishing compendia, is that right?
11 A. **There may not have been.**
12 (Exhibit Truex 011, a document entitled
13 **Pharmaceutical Benefits Under State Medical**
14 **Assistance Programs, marked for identification.)**
15 BY MS. CICALA:
16 Q. Dr. Truex, are you familiar with an entity
17 known as the National Pharmaceutical Council?
18 A. **I am.**
19 Q. And Wyeth -- does the -- did the National
20 Pharmaceutical Council exist between '97 and 2005?
21 A. **I don't know. I assume so. I don't know.**
22 Q. Do you know whether Wyeth is a member of

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

28  (Pages 106 to 109)

---

106

1  the National Pharmaceutical Council today?
2      A.  I believe.
3      Q.  On the last page on Exhibit 11, Wyeth is
4  listed as a member of the National Pharmaceutical
5  Council, do you see that?
6      A.  Yes.
7      Q.  This is entitled Pharmaceutical Benefits
8  Under State Medical Assistance Programs.  It's
9  dated September '95.  If I could direct your
10  attention, Dr. Truex, to page 46 of the document,
11  and I apologize for the quality of the copy.  It's
12  legible, but it could be clearer.
13      A.  Yup.
14      Q.  You see there, the NPC has defined average
15  wholesale price as "The composite wholesale prices
16  charged on a specific commodity that is assigned by
17  the drug manufacturer and is listed in either the
18  Red or Blue Books."  Did I read that correctly?
19      A.  I believe so.
20      Q.  And is that definition of average
21  wholesale price consistent with your testimony here
22  today, rather than the meaning of average wholesale

---

107

1  price for Wyeth?
2      A.  Not exactly.  Again, the drug manufacturer
3  may give a suggested AWP.  I would disagree with
4  the definition slightly.
5      Q.  And, though, you would agree, would you
6  not, that it's the definition that appears in this
7  NPC publication?
8      A.  Yes, that's the definition that appears
9  there.
10      Q.  Thank you.
11          We have only got a few minutes left on
12  the tape.  I think now is an appropriate time for
13  us to break for lunch, so let's go off the record.
14          THE VIDEOGRAPHER:  It's now 12:53 p.m.
15  This concludes tape number two of the video
16  deposition of Dr. Richard Truex.
17          (Luncheon recess taken.)
18          ----
19          THE VIDEOGRAPHER:  It is now 1:53.  This
20  begins tape number three of the videotape
21  deposition of Dr. Richard Truex.
22  BY MS. CICALA:

---

108

1      Q.  Hello, Dr. Truex.  You understand you are
2  still under oath from this morning, yes?
3      A.  I understand.
4      Q.  Okay.  Let's mark this as our next
5  exhibit, please.
6          (Exhibit Truex 012, a memo from Ms. Patel
7  to Jan Reed of Medispan, WKH 50746, marked for
8  identification.)
9  BY MS. CICALA:
10      Q.  Dr. Truex, we have marked as Exhibit 12, a
11  one-page document that was produced to us in this
12  litigation and it's on Wyeth-Ayerst letterhead
13  dated May 1st, 1998.  It appears to be a memo from
14  Ms. Patel of your price catalog unit to Jan Reed of
15  Medispan, would you agree?
16      A.  Yes.
17      Q.  The subject reads, "Please add the
18  following product to your database effective May 1,
19  1998."  Then, there is a series of NDC's for
20  Lorazepam, do you see that?
21      A.  I see that, yes.
22      Q.  And do you recall when Lorazepam, when

---

109

1  Wyeth began reporting prices for Lorazepam?
2      A.  I went back and checked with people when
3  they believed Lorazepam was launched and, I
4  believe, they believe it was the '98 time period.
5      Q.  Okay.  You see here in this, I'm sorry --
6      A.  I just clearing my throat, sorry.
7      Q.  No, no.  That's fine.
8          You see in this particular document that
9  Ms. Patel is reporting a suggested AWP for
10  Lorazepam?
11      A.  I do.
12      Q.  Do you say that she is not reporting a
13  direct price in this particular document for
14  Lorazepam?
15      A.  I do see that.
16      Q.  If you take Truex 12 and compare it to
17  Truex Exhibit 6 that we looked at earlier, you will
18  see that among the time periods in Exhibit 6 for
19  which there is no direct price reported for
20  Lorazepam is 1998 or the time period that we see
21  reflected in Truex 12.
22      A.  What line do I see that in?

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

29 (Pages 110 to 113)

110

1    Q.  Let's see.  If you look at the column on
2  the left of Exhibit 6, year-end quarter.
3    A.  Yes.
4    Q.  If you drop down to, say, 1998, quarter
5  four.
6    A.  Is that on the second page?
7    Q.  On the first page.
8    A.  1998.  Let me see.  Maybe I'm skipping
9  over it.  I'm sorry, I'm not seeing 1998 on my
10  page.  Am I missing it?  Is it in the middle?
11    Q.  It's in the middle.  The exhibit is
12  organized by NDC.  We could start right at the
13  second line.  Do you see the fourth quarter 1998,
14  second line down?
15    A.  The second line down for me on the first
16  page says 1998.  Okay, 1998.  Right in front of me
17  and I can't see it, yes.
18    Q.  Let's focus on the second line down, the
19  fourth quarter of 1998.
20    A.  Yup.
21    Q.  You see it's for NDC 59911581101,
22  Lorazepam?

111

1    A.  Yes.
2    Q.  0.5 milligrams tablets, correct?
3    A.  Yes.
4    Q.  And there is in the NDCF file, again we
5  have taken an excerpt of that file to create
6  Exhibit 6, there is an AWP at the unit level of
7  0.6431, do you see that?
8    A.  I do.
9    Q.  And then if we refer to Truex Exhibit 12
10  dated May 1, 1998, you see that Ms. Patel is
11  reporting a suggested AWP for that same NDC of
12  Lorazepam of 64.31, correct?
13    A.  Yes.
14    Q.  Which, presumably, is the package size AWP
15  for that NDC, right?
16    A.  That's correct.
17    Q.  All right.  So, I'm wondering if having
18  reviewed Exhibit 12 it might refresh your
19  recollection that there were occasions where Wyeth
20  did not report direct price to the publishing
21  compendia?
22    A.  It's still not clear to me from the

112

1  standpoint that it is certainly possible that she
2  sent a WAC previously and that this was a follow-up
3  giving her the AWP.  So, I can see what you're
4  deducing that that could or could not be true
5  again.  The WAC could have been given before,
6  after, but it certainly wasn't given at the same
7  time here.
8    Q.  And no direct price or WAC appears for
9  this NDC for Lorazepam in the fourth quarter of
10  '98, correct?
11    A.  Yes.  But, again, she could have given it
12  to the pricing service previously.  This is to
13  Medispan I see.  So, this is to Medispan versus
14  this is First DataBank, right?
15    Q.  That is correct.
16        I believe you testified earlier that
17  Wyeth would issue only a single suggested AWP for
18  each drug.
19    A.  That is absolutely true.  There would not
20  be different AWP's.  But, again, in isolation, this
21  would look like that, but it's possible she sent
22  the WAC previously.

113

1        (Exhibit Truex 013, a memo from Miss
2  Patel to Jan Reed of Medispan dated May 19, 1998,
3  WKH 50747, marked for identification.)
4  BY MS. CICALA:
5    Q.  Exhibit 13 is a document dated May 19,
6  1998, also on Wyeth-Ayerst letterhead.  This
7  appears to be from Miss Patel of the Wyeth price
8  catalog unit to Jan Reed of Medispan.  Take a
9  moment and, Dr. Truex, read the document which I
10  want to read into the record for the sake of
11  clarity and given that it is so brief.  The subject
12  is ESI Lederle.  The memo reads, "Wyeth-Ayerst will
13  provide list price and AWP for all Wyeth-Ayerst and
14  ESI Lederal injectable products.  For ESI Lederle
15  oral solids, we will provide only suggested AWP.
16  Please let me know if you need any more
17  information.  Priya."
18        Did I read that correctly?
19    A.  You did.
20    Q.  And ESI Lederle oral solids includes the
21  Lorazepam tablets that we were discussing here
22  today, correct?

114

1      A.  It would, indeed.
2      Q.  And does this, Truex 13, in any way impact
3   or refresh or change your testimony regarding which
4   prices Wyeth was supplying to the publishing
5   compendia for Lorazepam?
6      A.  It certainly calls it into question.
7      Q.  Okay.  It's fair to say that this
8   document, Truex 13, suggests that for Lorazepam, at
9   least for certain periods of time, Wyeth was only
10  reporting a suggested AWP, correct?
11     A.  It does suggest that.
12     Q.  Okay.  Thank you.
13         (Exhibit Truex 014, a memo from Priya
14  Patel to R. Truex, WYNY0036380, marked for
15  identification.)
16  BY MS. CICALA:
17     Q.  We have marked as Exhibit 14, Dr. Truex, a
18  two-page document produced to us by Wyeth.  The
19  second page is blank.  So, actually, for ease,
20  let's rip off the second page and turn this into a
21  one-page document.  It's on Wyeth-Ayerst letterhead
22  and it is entitled Internal Correspondence Pricing

115

1   Department.  It appears to be a memo to you from
2   Priya Patel.  The subject is "Suggested AWP ESI
3   Lederle Oral Solids."
4          Do you recall this particular memo, Dr.
5   Truex?
6      A.  I do not.
7      Q.  Was this memo not among what you reviewed
8   with counsel?
9      A.  It was not.
10     Q.  Okay.  Could you take a moment to read it?
11     A.  Sure.
12     Q.  Please, thank you.  Let me know when
13  you're ready for a question.
14     A.  Okay.  Okay.
15     Q.  Having read Exhibit 014, do you now recall
16  ever seeing this memo before?
17     A.  I do recall.
18     Q.  Tell me what you recall regarding this
19  memo?
20     A.  I recall a discussion and Mr. Tiederman
21  was involved and we agreed with Priya's
22  recommendation that everything had to be in

116

1   writing, that we would not allow them to
2   communicate verbally.
3      Q.  Do you recall -- withdrawn.
4          Do you see next to the date of the memo,
5   it says "Time"?
6      A.  Yes.
7      Q.  Can you explain that, by any chance?
8      A.  I cannot.
9      Q.  Do you recall, approximately, when this
10  memo was written or when you had the discussion you
11  just described with Ms. Patel?
12     A.  I do not.  I do -- this is such an unusual
13  request to not have material in writing, that's why
14  I remember it so significantly; and I would never
15  agree to this, nor would Ray Tiederman agree to
16  this.  We did not agree to it.  We insisted that
17  everything had to be in writing.  It even, you
18  know, it doesn't feel good reading it.
19     Q.  Do you recall whether this was written
20  between the time period 1997 through '05?
21     A.  Again, I can't tell you a time period.  I'm
22  getting too old.  I can't recall.

117

1      Q.  Just a couple of more questions.
2          Once again, at the end of the first
3   paragraph, Ms. Patel wrote, "For ESI Oral Solids,
4   only 'suggested AWP' is provided to the pricing
5   services."
6      A.  Absolutely.
7      Q.  Okay.  And in the third paragraph, Ms.
8   Patel writes, "Also, hard copies are used as a
9   backup to verify correct information was published
10  by the pricing services."  Did I read that
11  correctly?
12     A.  I alluded to that before when I thought
13  everything was communicated in some form of hard
14  copy.  I can't imagine us working off verbals.
15     Q.  This suggests also that Ms. Patel's unit
16  is, among other tasks, verifying the correct
17  information is published by the pricing services.
18     A.  Right.  As the documents were shown to me
19  when they would send those back to her asking her
20  to verify the prices that she sent them was
21  correct.
22     Q.  Okay.  Thank you.

30(b)(6) Wyeth (Truex, Ph.D., Richard)                     June 19, 2008

31  (Pages 118 to 121)

---

**118**

1      (Exhibit Truex 015, a memo entitled
2   Internal Correspondence Pricing Department, dated
3   November 9, 2000, to John Shaughnessy from Tom
4   DeStefano. Subject: ESI Lederle Oral Solids AWP
5   Analysis, WYNY 0003314 to WYNY 0003322, marked for
6   identification.)
7   BY MS. CICALA:
8      Q.  Exhibit 15 was produced to us in this
9   litigation by Wyeth. It's a memo entitled Internal
10  Correspondence Pricing Department dated November 9,
11  2000, to John Shaughnessy from Tom DiStefano.
12  Subject:  ESI Lederle Oral Solids AWP Analysis,
13  with copies to Miss Patel, Mr. Tiederman and copies
14  to you.
15     A.  That's correct.
16     Q.  Is this the evaluation that Mr. Tiederman
17  had requested?
18     A.  It is.
19     Q.  And Tom DiStefano worked for you, reported
20  to you at this time?
21     A.  He did.
22     Q.  Who is Mr. Shaughnessy?

---

**119**

1      A.  He headed the oral division, the ESI Oral
2   Division, I believe.
3      Q.  Would Mr. Shaughnessy have had oversight
4   or responsibility for pricing for Lorazepam?
5      A.  He would have.
6      Q.  Okay.
7      A.  I mean it wouldn't be exclusively his. He
8   would -- again, following the SOP, sometimes he
9   could make decisions; sometimes he had to go to the
10  president of the ESI division.
11     Q.  Do you recall his title, Mr. Shaughnessy's
12  title?
13     A.  At one point, it was vice president of
14  something or other, but I don't know what point in
15  time.
16     Q.  Would he be considered a part of ESI oral
17  solid management?
18     A.  Yes.
19     Q.  Does Mr. Shaughnessy still work for Wyeth?
20     A.  He does not.
21     Q.  Do you know when he ceased to work there?
22     A.  I do not, no. I would say sometime

---

**120**

1   probably within the last five years.
2      Q.  Did he retire or go to another company
3   or...
4      A.  I don't know the definition that he left.
5      Q.  That's fine.
6      You see -- reviewing -- if you could take
7   a moment to look at Exhibit 15 and let me know if
8   it's a true and complete copy as far as you can
9   tell of the results of the evaluation you described
10  today.
11     A.  It is.
12     Q.  And you see the second paragraph reads,
13  "The direct price to AWP markup for the ESI Lederle
14  oral solid lines ranges from a low of 25 percent to
15  a high of 1,646 percent." Did I read that
16  correctly?
17     A.  That's correct.
18     Q.  And that's your recollection of the
19  conclusion of the evaluation?
20     A.  It is.
21     Q.  And if we turn to page four of the
22  spreadsheet, just to be sure that we are

---

**121**

1   understanding this document correctly, page four
2   includes data for Lorazepam tablets, correct?
3      A.  It does.
4      Q.  And we see in the columns here, the list
5   price for these Lorazepam tablets, correct?
6      A.  That's correct.
7      Q.  Are these suggested AWP's, right? It's
8   shaded with the next column to the right after list
9   price.
10     A.  Yes.
11     Q.  Then, there is a calculation of a
12  percentage difference between the two, is that
13  right?
14     A.  That's correct.
15     Q.  Now, the next three columns refer to sales
16  for the listed product, is that right?
17     A.  That's correct.
18     Q.  Why is that information present in this
19  particular document, do you know?
20     A.  I think if one is looking at the different
21  prices, you want to know how much is going, how
22  many units are being sold at each strength or form.

---

---

122

1      Q.  Was part of this analysis to, related to
2   understanding how the percentage difference between
3   AWP to list might impact Wyeth's sales for the
4   listed product?
5      A.  **No, that was not the purpose.  The**
6   **purpose, again, was sort of a check and balance**
7   **that Mr. Tiederman was running to make sure that**
8   **the AWP's were not outside the competitive range.**
9      Q.  Could you explain the last three columns
10  on page four of Exhibit 15?  The first column is
11  entitled "AWP for Lead Competitor."
12     A.  **So this is, again, showing that our AWP,**
13  **suggested AWP, was less in the lead competitor.**
14     **As I mentioned previously many times,**
15  **most of the time the AWP was set relative to**
16  **competition and, so, this documents that, I guess.**
17     Q.  And for the Lorazepam tablets, it appears
18  that the lead compete for all NDC's is Mylan?
19     A.  **That's correct.**
20     Q.  Can you explain the last column which
21  bears the heading "Percentage Difference," I
22  suppose, "Competitive AWP to ESI Lederle AWP"?

---

123

1      A.  **Showing the percent that our AWP is lower**
2   **than Mylan's AWP.**
3      Q.  Okay.  You have made reference today to
4   the fact that the Ativan and Lorazepam product was
5   a relatively small product in terms of sales for
6   Wyeth, is that correct?
7      A.  **Extremely small.**
8      Q.  Among the SI oral solid line, Lorazepam
9   was not the smallest in terms of annual sales,
10  though, correct?
11     A.  **It may not have been.  Again, I consider**
12  **all the generic lines small.**
13     Q.  Okay.  Do you know what percentage of
14  Wyeth's total list between '97 and '05 the generic
15  line would have represented?
16     A.  **It represented -- generic oral solids**
17  **represented probably 200 million out of just pharma**
18  **of business, not all business, of about $6 billion.**
19     Q.  Would that ratio, basically, be consistent
20  between the '97 through '05 period, recognizing by
21  '05 you were out of the business?
22     MS. DAVIDSON:  Objection.

---

124

1   BY MS. CICALA:
2      Q.  Fair enough.  Fair enough.
3      During the period that Wyeth was
4   manufacturing generics, would the general ratio
5   that you testified to apply?
6      A.  **It's purely speculative on my part.  The**
7   **sales would probably have been in that ratio, but**
8   **the IBT and whatnot may even be lower because the**
9   **profit margins on generics are much lower than**
10  **brand products.  It's also interesting to note that**
11  **the list price of Lorazepam is about half the price**
12  **of Ativan.**
13     Q.  Right.
14     A.  **What a bargain.**
15     Q.  As it should be.
16     Now, the list price that's reflected here
17  would be the same as the direct price, is that
18  right?
19     A.  **That's correct.**
20     Q.  Even this list price, this list price
21  would not reflect what Wyeth's customers were
22  actually paying for this product?

---

125

1      A.  **That's true because competition drove the**
2   **price down.**
3      Q.  So, the spread would actually be larger if
4   you were to not calculate them based on the list
5   price, but whatever the customers' actual prices
6   were?
7      MS. DAVIDSON:  Objection.
8      THE WITNESS:  To our dismay, yes.
9      (Exhibit Truex 016, a multi-page document
10  entitled Government Reimbursement of Prescription
11  Pharmaceuticals: Wyeth's Policy Positions(s), WYNY
12  0049655 to WYNY 0049687, marked for
13  identification.)
14  BY MS. CICALA:
15     Q.  We have marked as Truex Exhibit 16, a
16  document produced to us in this litigation by
17  Wyeth.  It bears -- the first page reads
18  Government Reimbursement of Prescription
19  Pharmaceuticals: Wyeth's Policy Positions.  It
20  appears to have been created or authored by Mr.
21  DiStefano dated November 2005, which is within our
22  discovery time period.

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

34 (Pages 130 to 133)

---

**130**

1     A. No. Again, that was the purpose of this
2 document to try to understand reimbursement. I
3 think, as I went through this document, I saw our
4 recommendation was people should use a cost-plus
5 approach in that we wanted our policy people to
6 push that approach, actually.
7     Q. I see that. It's on page 49675. And this
8 slide is entitled "Wyeth's Proposed Position
9 Medicaid." The second bullet reads, "Wyeth
10 recommends use a catalog-based, cost-plus system
11 as is used by Medicaid in certain states."
12         The first arrow reads, "This system will
13 eliminate the 'advantage' created by companies that
14 set artificially average high wholesale prices,
15 AWP, and thereby 'market spread.'" Is that what
16 you were just referring to?
17     A. Yeah. We felt we were actually at a
18 competitive disadvantage in that regard, so that's
19 why we thought a more fair system that we wanted
20 instituted was cost plus.
21     Q. Why was Wyeth at a competitive
22 disadvantage in that regard?

---

**131**

1     A. Because there were other companies that
2 were setting AWP's higher, which put us at a
3 disadvantage when a retailer was choosing which
4 product to dispense.
5     Q. Because the retailer had an incentive to
6 choose the generic alternative with the largest
7 difference between the retailers' acquisition cost
8 and the reported reimbursement price?
9     A. That's true?
10        MS. DAVIDSON: Objection, but you could
11 have answered anyway.
12 BY MS. CICALA:
13     Q. So, Wyeth, Wyeth could have reported
14 higher AWP's than it did, could it not?
15     A. It could have. We were not playing that
16 game.
17     Q. Wyeth could have also reported lower AWP's
18 than it did, correct?
19     A. We could have and not sold a product.
20     Q. Because with lower AWP's, the difference
21 between the reimbursement price and the cost would
22 have decreased?

---

**132**

1         MS. DAVIDSON: You can answer.
2         THE WITNESS: Because the retailer had a
3 choice and they wouldn't use our product.
4 BY MS. CICALA:
5     Q. If you can turn to the page with Bates
6 49681. This particular screen is entitled "AWP:
7 What is it?" And you see the first bullet point
8 reads "AWP is a referenced price printed and
9 commercial priced publication, e.g., Red Book. It
10 is used by 48 state Medicaid programs and the
11 overwhelming majority of private third-party payers
12 as the basis upon which they pay for prescription
13 drugs." Do you see that?
14     A. I do.
15     Q. Were you aware of that particular fact
16 prior to November of 2005?
17     A. That, again, is part of the purpose of
18 establishing the document to understand
19 reimbursement. We had not paid much attention to
20 reimbursement. We focused on selling the product.
21 And the short answer is no. I mean, this clarified
22 some of these things for us.

---

**133**

1     Q. You did testify earlier today, though,
2 that Wyeth recognized that it needed for its, for
3 the AWP's for it's product to appear in the
4 compendium in order for its drug to be reimbursed.
5     A. As a general phenomenon, but understanding
6 the specifics and what each individual state did,
7 we have no idea.
8     Q. And why did the particulars of what each
9 state did become important in 2005?
10     A. It didn't become important. It just,
11 again, our awareness of reimbursement and the role
12 that that might play going forward, especially with
13 biologics, we wanted to understand how it was going
14 on in the country.
15         (Exhibit Truex 017, a multi-page document
16 entitled Legislated Programs Overview Introduction,
17 WYNY 0049602 to WYNY 0049651, marked for
18 identification.)
19 BY MS. CICALA:
20     Q. Dr. Truex, we have marked as Exhibit 17
21 what appears to be a copy of another Power Point
22 presentation. This also was produced to us by

---

30(b)(6) Wyeth (Truex, Ph.D., Richard)

June 19, 2008

35 (Pages 134 to 137)

---

**134**

1  Wyeth. It's stated "Legislated Programs Overview
2  Introduction" and it looks like it was created by
3  Brian T. Douglas on May 5, 2005. Are you familiar
4  with this particular document or Power Point
5  presentation?
6     A. I don't remember this particular document,
7  but let me continue reviewing it and see.
8     Q. Please.
9     A. And let me see if it refreshes my memory.
10 I can't say that I remember it, though, the
11 presentation, per se.
12    Q. Do you know Mr. Douglas?
13    A. I do.
14    Q. And to whom, what department did he work
15 in at Wyeth?
16    A. He reports into Legislative Programs,
17 which is in the finance group.
18    Q. Okay. So, he is not in the pricing group?
19    A. He is not.
20    Q. Does Mr. Douglas still work for Wyeth?
21    A. He does.
22    Q. Do you know if in 2005 he worked in

---

**135**

1  Legislative Programs?
2     A. He did.
3     Q. So, then, is it correct that you were not
4  -- you said you have not seen this document before.
5     A. I don't remember seeing this document
6  before.
7     Q. Okay. You don't recall the Power Point
8  presentation along the lines of this exhibit?
9     A. I don't remember. I may or may not have.
10 We joke sometimes that we are in the business of
11 Power Point presentations, so we see a lot of them.
12    Q. I understand.
13      The third-to-the-last page of the
14 exhibit, Truex 17, it's Bates WYNY 0049049. It
15 appears to be -- would you agree that this appears
16 to be a copy of a Power Point presentation?
17    A. It does.
18    Q. So this slide is entitled "Wyeth Internal
19 Price Reporting Controls" and there is reference,
20 the first bullet refers to a Medicaid policy
21 committee. It lists you as one of the members of
22 that committee. Do you see that?

---

**136**

1     A. I do see that.
2     Q. Does that -- does seeing that refresh your
3  recollection in any way regarding whether you have
4  seen this particular document before?
5     A. It still doesn't remind me that I have
6  seen the document. But, yes, as a matter of fact,
7  if you asked me if it was a Medicaid policy
8  compared to the other, I'd probably answer no. But
9  seeing my name there does recall that there was
10 such an animal, but I'm not sure whether this
11 document was presented to them or not.
12    Q. And did you, did you, in fact, participate
13 in something known as a Medicaid Policy Committee?
14    A. Yes.
15    Q. And do you recall, generally, when you
16 participated in that committee?
17    A. You know, I don't because, as I said, if
18 you would have asked me point blank did I
19 participate in the Medicaid Policy Committee, I
20 would have told you no. I participated in a number
21 of committees and some come and some go and I don't
22 think that committee exists today, to my knowledge.

---

**137**

1     Q. In the context of Medicaid, are you
2  familiar with the concept of a MAC or federal upper
3  limit?
4     A. I am.
5     Q. What does the federal upper limit mean?
6       MS. DAVIDSON: Objection.
7  BY MS. CICALA:
8     Q. I'll rephrase it. What's your
9  understanding of the phrase a federal upper limit?
10    A. My understanding is, it's 150 percent of
11 the lowest price published.
12    Q. And do you understand that the federal
13 upper limit is established by CMS when there is
14 three or four manufacturers of a particular generic
15 product?
16    A. Yes.
17    Q. And to what extent did the federal, the
18 existence of a federal upper limit for Lorazepam
19 influence Wyeth's price reporting activities for
20 Lorazepam?
21    A. I don't think it's even taken into
22 consideration.

---