**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No: 03-10643-PBS<br>)<br>) Judge Patti B. Saris<br>) |

**NOTICE OF FILING CORRECTED EXHIBITS A AND B TO THE AFFIDAVIT OF JOANNE M. CICALA IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' "FUL FRAUD" CLAIMS**

PLEASE TAKE NOTICE that plaintiffs, the City of New York and New York Counties, hereby file Corrected Exhibits A and B to the Affidavit of Joanne M. Cicala in Opposition to Defendants' Joint Motion for Summary Judgment on Plaintiffs' "FUL Fraud" Claims ("Affidavit of Joanne M. Cicala"), filed June 15, 2009. [Docket No. 6144; Sub-docket No. 97].

Exhibit A consists of true and complete copies of relevant excerpts and exhibits to the deposition of Gail Sexton taken May 20, 2009. A correction is needed to add pages 136 to 139, and Exhibit 013 which were inadvertently omitted from the initial filing.

Exhibit B consists of true and complete copies of relevant excerpts and exhibits to the deposition of Sue Gaston taken January 24, 2008 (Vol. I) and March 19, 2008 (Vol. II). A correction is needed to add pages 96 to 97, 49, 245 to 246 and Exhibits 002, 005, 006, 007, 008, 012.

Dated: June 16, 2009

        Respectfully submitted,

        **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

        **KIRBY McINERNEY, LLP**
        825 Third Avenue
        New York, New York 10022
        (212) 371-6600

By:  /s/ Joanne M. Cicala_____
       Joanne M. Cicala
       James P. Carroll
       Jocelyn R. Normand
       Kathryn B. Allen


        Ross B. Brooks, Esq.
        MILBERG LLP
        One Pennsylvania Plaza
        New York, NY  10119
        (212) 594-5300
        *Special Counsel for the County of Nassau*

        Theresa A. Vitello, Esq.
        LEVY PHILLIPS &
        KONIGSBERG, LLP
        800 Third Avenue
        New York, NY  10022
        (212) 605-6205
        *Counsel for the County of Orange*

## CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 16th day of June, 2009, I caused a true and correct copy of the above NOTICE OF FILING CORRECTED EXHIBITS A AND B TO THE AFFIDAVIT OF JOANNE M. CICALA IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' "FUL FRAUD" CLAIMS to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  June 16, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600