**Exhibit C: Classes of Trade Used when Calculating AWP/ASP**

| CLASSES OF TRADE |
| --- |
| CHAINS |
| SPREADS |
| CHAINS/CORPORATE ACCT |
| CHAINS/REPACKAGER |
| CLINIC |
| CLINIC/HOME HLTH CARE |
| CLINIC/IN-PATIENT |
| CLINIC/OUT-PATIENT |
| HOME HEALTH CAR |
| GPO-CLINIC/PHYSICIAN |
| GROUP-RETL PHRM CHNS |
| GROUP PURCHASING ORGANIZATION |
| INDEPENDENT PHARMACY |
| MAIL ORDER - OTHER |
| LONG TERM CARE |
| LONG TERM CARE/HOME HLTH CARE |
| MAIL ORDER |
| NRS HM/LNG TRM CARE |
| NURSING HOME |
| NURSING HOME PR |
| ONCOLOGY CLINIC |
| ONCOLOGY CLINIC/HMO |
| ONCOLOGY CLINIC/HOME HLTH CARE |
| OTHER |
| OUTPATIENT |
| PROFIT HOSPITAL/OUT-PATIENT |
| PBM |
| PBM PLAN |
| PBM-HMO AFFILIATED |
| PBM-MANAGED CARE |
| PHYSICIAN OFFICE & CLINIC |
| RENAL DIALYSIS |
| RETAIL CHAIN |
| RETAIL PHARMACY |
| RETAIL PHARMACY/OUT-PATIENT |
| RETAIL PHARMACY/RETAIL PHARMACY |
| RETAIL WHOLESALER |
| RXREWARDS |
| RX RWRDS BUYING GRP |
| RX RWRDS CHAIN/CORP |
| RX RWRDS INDEP PHARM |
| SURGICAL CENTER |
| WAREHOUSE - CHAIN |
| WAREHOUSE - OTHER |
| WHSLR DROP SHIP |