# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) ) |

## NOTICE OF FILING NOTARIZED SIGNATURE PAGE FOR THE SECOND SUPPLEMENTAL AFFIDAVIT OF HARRIS L. DEVOR IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT GSK'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

PLEASE TAKE NOTICE that plaintiffs, the City of New York and New York Counties, hereby file a notarized signature page related to the Second Supplemental Affidavit of Harris Devor in Support of Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendant GSK's Motion for Partial Summary Judgment ("Second Supplemental Affidavit of Harris L. Devor"), filed June 16, 2009.  [Docket No. 6153; Sub-docket No. 106].

Enclosed please find the notarized signature page, page 9 of the Second Supplemental Affidavit of Harris L. Devor.

.

Dated: June 17, 2009

        Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:  /s/ Joanne M. Cicala_____
     Joanne M. Cicala
     James P. Carroll Jr.
     Aaron D. Hovan
     Jocelyn R. Normand


Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## CERTIFICATE OF SERVICE

I, Aaron D. Hovan, hereby certify that on the 17th day of June, 2009, I caused a true and correct copy of the above NOTICE OF FILING NOTARIZED SIGNATURE PAGE FOR THE SECOND SUPPLEMENTAL AFFIDAVIT OF HARRIS L. DEVOR IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT GSK'S MOTION FOR PARTIAL SUMMARY JUDGEMENT to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  June 17, 2009

/s/ Aaron D. Hovan
Aaron D. Hovan
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

27. In order to perform and summarize the AWP Spread Test on an annual basis, which is the manner in which the test was performed by Dr. Gaier, I next determined a calendar year ASP by computing a unit-weighted average of the four, quarterly ASPs (discussed in the preceding paragraphs) that fell within each calendar year.

28. Finally, in order to determine a "spread," as that term has been defined and used by this Court, for each NDC for each year, I compared the calendar-year, unit-weighted average ASP to a weighted average of First Databank AWPs for the same twelve month period.

*Results*

29. The results of this analysis are that 749 out of 1941 annual spread computations (39%) reflect a spread of greater than 30%. This number compares to Dr. Gaier's conclusion, using *wholesaler* data, that only 269 out of 1933 annual spread computations (14%) reflected a spread of greater than 30%.

30. Similarly, the results of my AWP Spread Test challenge Dr. Gaier's conclusion that 99.6% of Plaintiffs' expenditures for GSK's drugs at issue were for drugs with an AWP Spread of 30% or less. My revised analysis shows that not more than 37% of Plaintiffs' expenditures for GSK's drugs at issue ($854,625,383 of total expenditures of $2,339,661,459) were for drugs with an AWP Spread of 30% or less. See Exhibit B to this Second Supplemental Affidavit, with summary results at page 47 thereto.

June 17, 2009

_____
Harris L. Devor

Subscribed and sworn to before me this 17th day of June, 2009.

_____
Notary Public

JOANNE R. STEINBERG
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
JANUARY 14, 2014

JOANNE R. STEINBERG
PUBLIC OF NEW JERSEY
COMMISSION EXPIRES
JANUARY 14, 2014

9