UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION BY THE UNITED STATES FOR
EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS
FOR A FINDING OF SPOLIATION AND FOR SANCTIONS**

The United States moves this Court to extend until July 15, 2009, the deadline by which

it may respond to motions by defendants for a finding of spoliation.  Defendant Abbott

Laboratories, Inc., filed a spoliation motion on June 4, 2009 (Dkt. 6096).  Defendant Dey, Inc.,

filed a spoliation motion on June 12, 2009 (Dkt. 6109).  Currently, the parties are operating under

a scheduling order which requires the submission of dispositive motions on June 26, 2009 (by

defendants) and July 24, 2009 (by the Government).

The grounds asserted in support of defendant's separate spoliation motions substantially

overlap.  The Government will endeavor, to the fullest extend feasible, to file a consolidated

response to the separate motions.  Additionally, the Government believes that legal issues

implicated by defendants' spoliation motions may overlap with issues that will be covered during

the upcoming exchange of dispositive briefs.  The Government further submits that the extension

requested by this motion will not cause any delay in these cases in light of the briefing schedule

in place with respect to the dispositive motions.  Defense counsel have stated they will not oppose this request for an extension of time.

Based on the foregoing, the United States respectfully requests that it be permitted up to and including July 15, 2009 by which to respond to the above-referenced spoliation motions by Abbott and Dey.

Respectfully Submitted,

For the United States of America,

MICHAEL K. LOUCKS
ACTING UNITED STATES
ATTORNEY

TONY WEST
ASSISTANT ATTORNEY GENERAL

_____

George B. Henderson, II
Barbara Healy Smith
James J. Fauci
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3398
(617) 748-3272


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

 /s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-0405

_____

Mark A  Lavine
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101



Dated: June 18, 2009

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this day caused an electronic copy of the above "UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR A FINDING OF SPOLIATION AND SANCTIONS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


           /s/ Justin Draycott
Dated: June 18, 2009      Justin Draycott