UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ <br><br> IN RE: PHARMACEUTICAL INDUSTRY <br> AVERAGE WHOLESALE PRICE <br> LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel Linette Sun and Greg Hamilton, et al., Relators, v. Baxter Hemoglobin Therapeutics, et al., Defendants.* <br> Civil Case No.: 1:08-CV-11200-PBS <br> _____ | ) <br> ) <br> )   MDL NO. 1456 <br> )   Master File No.: 01-CV-12257-PBS <br> ) <br> )   Judge. Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST FOR ADMISSION MARK A. CORRERO *PRO HAC VICE*

Undersigned counsel requests that Mark A. Correro be permitted to appear and participate in this action *pro hac vice* as counsel of record on behalf of the relators, Linnette Sun and Greg Hamilton, pursuant to this Court's Case Management Order No. 1, Section V., Paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to Case Management Order No. 1, attached hereto as Exhibit "A" is the Declaration of Mark A. Correro in Support of Application for Admission certifying that he has met the requirements to practice before the United States District Court for the District of Massachusetts.

A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Correro's admission *pro hac vice*.

                                        Respectfully submitted,

                                        LAW OFFICE OF MARK ALLEN KLEIMAN

Dated: June 18, 2009              By:   /s/ Mark A. Correro
                                              MARK A. CORRERO
                                              (Texas State Bar # 24045702)
                                              2907 Stanford Avenue
                                              Venice, CA 90292
                                              310-306-8094
                                              310-306-8491 (fax)
                                              mcorrero@quitam.org

                                              Attorney for Relators
                                              Linette Sun and Greg Hamilton

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | Master File No.: 01-CV-12257-PBS |
| LITIGATION ) | |
| _____ ) | Judge. Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *United States of America ex rel Linette Sun* ) | |
| *and  Greg Hamilton, et al., Relators,  v.* ) | |
| *Baxter Hemoglobin Therapeutics, et al.,* ) | |
| *Defendants.* ) | |
| Civil Case No.: 1:08-CV-11200-PBS ) | |
| _____ ) | |

# DECLARATION OF MARK A. CORRERO IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Mark A. Correro, counsel with the firm Law Office of Mark Allen Kleiman, 2907 Stanford Avenue, Venice, CA 90292, hereby declares:

1. I am a member of good standing of the bar of the  State of Texas.

2. I have been admitted to practice in the United States District Court for the Southern District of Texas.

3. I am a member in good standing in the court listed above.

4. I have not been suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

LAW OFFICE OF MARK ALLEN KLEIMAN

Dated: June 18, 2009            By:   /s/ Mark A. Correro
                                       MARK A. CORRERO

**CERTIFICATION OF SERVICE**

I certify that on June 18, 2009, a true and correct copy of the foregoing **REQUEST FOR ADMISSION MARK ALLEN KLEIMAN *PRO HAC VICE* AND DECLARATION OF MARK ALLEN KLIEMAN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** filed through the ECF system were served on all counsel of record by electronic service.

/s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN