# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

## THE PARTIES' JOINT MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER

Counsel for Defendant Baxter International Inc. and Counsel for Relators have conferred and have jointly agreed upon a proposed Case Management Order ("CMO"), attached as Exhibit A. The parties hereby request that the Court enter the proposed CMO.

Respectfully submitted,

| Dated: June 19, 2009 | **/s/ Merle M. DeLancey**<br>Merle M. DeLancey<br>Tina D. Reynolds<br>Shamir Patel<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone:  (202) 420-2200<br>Facsimile:   (202) 420-2201<br><br>**/s/ Peter E. Gelhaar**<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile: (617) 720-3554<br><br>Counsel for Defendant Baxter International Inc. |
|---|---|

2

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing **THE PARTIES' JOINT MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on June 19, 2009, for posting and notification to all parties.

/s/ **Shamir Patel**
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

2

DSMDB-2632182v01