UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### SPECIALLY APPEARING COUNSEL'S OPPOSITION TO ASTRAZENECA DEFENDANTS' NOTICE OF RENEWAL OF THEIR RENEWED MOTION FOR INJUNCTION

Pending before this Court is AstraZeneca Defendants' Notice of Renewal of Their Renewed Motion for Injunction ("Renewal"). Specially Appearing Counsel for Plaintiff, International Union of Operating Engineers, Local No. 68 ("Local 68"), hereby opposes the AstraZeneca Defendants' Renewal, and in support thereof relies on the following pleadings and supporting documents previously filed with this Court, which are incorporated by reference as if fully set forth herein:

1. Specially Appearing Counsel's Opposition to AstraZeneca Defendants' Renewed Motion for Injunction [Docket No. 5059];

2. Specially Appearing Counsel's Memorandum of Law in Opposition to the Renewed Motion for Injunction by the AstraZeneca Defendants [Docket No. 5064]; and

3. Declaration of Donald E Haviland, Jr. [Docket No. 5065].

Date: June 19, 2009

Respectfully submitted,

/s/ Donald E. Haviland
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM, LLC
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
(215) 609-4661 - telephone
(215) 392-4400 - facsimile

## **CERTIFICATE OF SERVICE**

     I, Donald E. Haviland, Jr., hereby certify that on June 19, 2009, I caused a true and correct copy of Specially Appearing Counsel's Opposition to AstraZeneca Defendants' Notice of Renewal of Their Renewed Motion for Injunction to be filed with the Court via CM/ECF with notification sent to all interested counsel.

                                       /s/ Donald E. Haviland
                                       Donald E. Haviland, Jr., Esquire