UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory 06-11337<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |
| **THIS DOCUMENT RELATES TO:** | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | |

## STIPULATION OF DISMISSAL
## OF COMMON LAW FRAUD CAUSE OF ACTION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the United States and Ven-A-Care of the Florida Keys, Inc. and Defendant Dey, Inc., Dey L.P., Inc., and Dey, L.P. hereby stipulate to the dismissal with prejudice of the Fourth Cause of Action, Common Law Fraud Claim, of the First Amended Complaint.

| For the United States of America, | For the Defendants<br>Dey, Inc., Dey L.P., Inc., and Dey L.P., |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Sarah L. Reid<br>Paul F. Doyle (BBO# 133460)<br>Sarah L. Reid (*pro hac vice*)<br>Neil Merkl (*pro hac vice*)<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, New York 10178<br>(212) 808-7800 |

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| /s/ Laurie A. Oberembt<br>Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 514-3345<br>Fax: (202) 305-7797 | /s/ James J. Breen<br>James J. Breen (*pro hac vice*)<br>Alison W. Simon (*pro hac vice*)<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Phone: (954) 874-1635<br>Fax: (954) 874-1705 |

Dated: June 22, 2009

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above STIPULATION OF DISMISSAL OF COMMON LAW CLAIMS to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ George B. Henderson
Dated: June 22, 2009                                             George B. Henderson II