UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory 07-10248<br>) |
| **THIS DOCUMENT RELATES TO:** | )<br>) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | )<br>) Magistrate Judge Marianne B. Bowler<br>) |

## STIPULATION OF DISMISSAL
## OF COMMON LAW FRAUD CAUSE OF ACTION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs United States and Ven-A-Care of the Florida Keys, Inc., and the Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., and Roxane Laboratories, Inc., n/k/a Boehringer Ingelheim Roxane, Inc., hereby stipulate to the dismissal with prejudice of the Fourth Cause of Action, Common Law Fraud Claim, of the First Amended Complaint.

| For the United States of America, | For the Defendants: |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | \_/s/ John W. Reale_____<br>Eric Gortner (*pro hac vice*) |
| \_/s/ George B. Henderson, II_____<br>George B. Henderson, II<br>James J. Fauci<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272 | John W. Reale (BBO#654645)<br>Kirkland & Ellis LLP<br>200 E. Randolph Street<br>74th Floor<br>Chicago, IL 60601<br>(312) 861-2000<br>(312) 665-2200 |

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| /s/ Laurie A. Oberembt | |
| Joyce R. Branda | /s/ James J. Breen |
| Daniel R. Anderson | James J. Breen (*pro hac vice*) |
| Laurie A. Oberembt | Alison W. Simon (*pro hac vice*) |
| Civil Division | The Breen Law Firm, P.A. |
| Commercial Litigation Branch | 3350 S.W. 148th Avenue, Suite 110 |
| P. O. Box 261 | Miramar, FL 33027 |
| Ben Franklin Station | Phone:  (954) 874-1635 |
| Washington, D.C.  20044 | Fax:  (954) 874-1705 |
| Phone:  (202) 514-3345 | |

Dated:  June 22, 2009

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above STIPULATION OF DISMISSAL OF COMMON LAW FRAUD CAUSE OF ACTION to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ George B. Henderson, II |
| Dated: June 22, 2009 | George B. Henderson II |