UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>)   MDL No. 1456<br>)<br>)   Master File No. 01-CV-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | )   Subcategory No. 06-CV-11337-PBS<br>) |
| *United States of America, ex rel. Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS | )   Judge Patti B. Saris<br>)<br>)   Magistrate Judge Marianne B. Bowler |

**STIPULATION OF DISMISSAL
OF COMMON LAW FRAUD CAUSE OF ACTION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs, United States and Ven-A-Care of the Florida Keys, Inc., and the Defendant Abbott Laboratories, Inc. hereby stipulate to the dismissal with prejudice of the Fourth Cause of Action, Common Law Fraud Claim, of the Plaintiffs' Amended Complaint.

| For the United States of America, | For the Defendant: |
|---|---|
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | /s/ R. Christopher Cook<br>R. Christopher Cook<br>Jones Day<br>51 Louisiana Ave, N.W. |
| /s/ Ann M. St. Peter-Griffith<br>Ann M. St. Peter-Griffith<br>Mark A. Lavine<br>June Acton<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | Washington, D.C. 20001-2113<br>Phone: (202) 879-3734<br>Fax: (202) 626-1700 |

| | |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | For the Relator, Ven-A-Care of the Florida Keys, Inc., |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272 | /s/ James J. Breen<br>James J. Breen<br>Alison W. Simon<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue, Suite 110<br>Miramar, FL 33027<br>Phone: (954) 874-1635<br>Fax: (954) 874-1705 |
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | |
| /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca A. Ford<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 305-7797 | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above STIPULATION OF DISMISSAL OF COMMON LAW FRAUD CAUSE OF ACTION to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 22, 2009

/s/ Ann M. St. Peter-Griffith
Ann M. St. Peter-Griffith