UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : | MDL No. 1456 C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | Judge Patti B. Saris |

## NOTICE OF INTENT TO WITHDRAW AS ATTORNEY
## FOR CLASS MEMBER JAMES W. WILSON

Austin J. Freeley, Esquire hereby moves to withdraw as attorney for class member James W. Wilson who had filed the objection to the Court's Approval of the Settlement and Attorneys' Fees on November 28, 2008, Docket No. 5738.  As reasons therefore, the attorney states that major philosophical differences exist between the attorneys involved in this case such that the attorney can no longer act as a zealous advocate for his client.


Date:   June 22, 2009

/s/ Austin J. Freeley
AUSTIN J. FREELEY, Esquire
BBO#563349
221 Lewis Wharf
Boston, MA  02110
Ph. 617-723-9538 / Fx. 617-557-0099