UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris<br>MDL No. 1456<br>Civil Action No. 01-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JILL BRENNER MEIXEL ON BEHALF OF BAXTER INTERNATIONAL INC.

Kindly withdraw my appearance for the Defendant, Baxter International Inc. in the above-entitled case. Michael S. D'Orsi, Esq. of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, Boston, MA 02108, should remain as attorney of record in this matter.

Respectfully submitted,

/s/ Jill Brenner Meixel
Jill Brenner Meixel (BBO#: 652501)
Michael S. D'Orsi (BBO#: 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Dated: June 22, 2009

## CERTIFICATE OF SERVICE

I, Jill Brenner Meixel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to all counsel of record via electronic service by sending a copy to Lexis/Nexis for posting and notification on June 22, 2009.

/s/ Jill Brenner Meixel
Jill Brenner Meixel