**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE | : | MDL No. 1456 |
| WHOLESALE PRICE LITIGATION | : | C.A. No. 01-12257-PBS |
| _____ | : | |

CERTIFICATE OF SERVICE

I, Austin J. Freeley, hereby certify that I have caused a copy of Attorney's Notice of Intention to Withdraw as Attorney to be served upon all counsel of record by electronic mailing on this 23rd day of June, 2009.

/s/ Austin J. Freeley
Austin J. Freeley