UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>GSK SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' NOTICE OF FILING DECISION OF MDL MEDIATOR
REGARDING DISPOSITION OF UNCLAIMED CONSUMER
FUNDS IN THE GSK SETTLEMENT**

Pursuant to Section 22(b)(vii)(b) of the Settlement Agreement and Release of the GlaxoSmithKline Defendants dated August 10, 2006 (the "GSK Settlement") [Docket No. 2972], the parties met on June 22, 2009 with the MDL Mediator, Eric Green of Resolutions, LLC, to discuss the disposition of the remaining unclaimed consumer funds in the GSK Settlement. Attached as **Exhibit A** hereto is a copy of the GSK AWP Allocation Binding Mediation Decision, dated June 22, 2009. Pursuant to the GSK Settlement the mediator's decision is submitted to the Court for review and approval.

| | |
|---|---|
| DATED:  June 25, 2009 | By  /s/ **Steve W. Berman**  <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFFS' NOTICE OF FILING DECISION OF MEDIATOR REGARDING DISPOSITION OF UNCLAIMED CONSUMER FUNDS IN THE GSK SETTLEMENT**, to be delivered to all counsel of record by electronic June 25, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                            **/s/ Steve W. Berman**
                                            Steve W. Berman