UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Hon. Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

**DEFENDANTS DEY, INC., DEY, L.P., AND DEY L.P., INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL THE
UNREDACTED DECLARATION OF W. DAVID BRADFORD, PH.D.
AND SUPPLEMENTAL FIGURES A-K TO THE DECLARATION
OF LAUREN J. STIROH IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey"), by their attorneys, respectfully move this Court, pursuant to Local Rule 7.2 and the June 22, 2007 Protective Order in this case [Docket No. 4417], and consistent with the Court's electronic order of May 20, 2009, for leave to file under seal the full unredacted version of the Declaration of W. David Bradford, Ph.D. In Support of Dey, L.P., Dey, Inc., and Dey L.P., Inc.'s Motion For Partial Summary Judgment, dated June 25, 2009 ("Bradford Declaration"), and supplemental Figures A-K to the Declaration of Lauren J. Stiroh In Support of Dey, L.P., Dey, Inc., and Dey L.P., Inc.'s Motion For Partial Summary Judgment, dated June 25, 2009 ("Stiroh Figures").

The redacted portion of the Bradford Affidavit contains charts summarizing pricing information derived, in part, from data produced by third-party wholesalers, Cardinal Health and McKesson Corporation (the "Wholesalers"), which was marked Highly Confidential pursuant to the Protective Order. The charts contain data ranging from 1995 to 2006. Dey has

requested permission from the Wholesalers to file these charts in the public record, but the Wholesalers have not provided consent. Plaintiff United States opposes this motion as to the wholesaler data to the extent the data is greater than five years old.

Concurrent with this motion, Dey will be filing a Declaration of Lauren J. Stiroh in the public record with Figures A-K. These publicly filed Figures contain pricing information, including, in part, Dey's Average Manufacturer Prices ("AMPs") from January 1992 to January 2004. Consistent with the Court's May 20, 2009 electronic order allowing data from 2004 to the present to be filed under seal, Dey seeks to file under seal supplemental Figures A-K containing AMP information from 2004 to the present. Plaintiffs do not oppose this motion as to the Stiroh Figures.

WHEREFORE, Dey respectfully requests that the Court grant Dey leave to file the full unredacted version of the Bradford Declaration and the supplemental Stiroh Figures under seal.

Dated: June 26, 2009

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

/s/ Sarah L. Reid
Paul F. Doyle (BBO # 133460)
Sarah L. Reid (*pro hac vice*)
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants*
*Dey, Inc., Dey L.P., Inc. and Dey, L.P.*

## CERTIFICATIONS PURSUANT TO LOCAL RULES 7.1

I, Clifford Katz, hereby certify that I have conferred with James J. Breen, Esq., counsel for Ven-A-Care of the Florida Keys, Inc., on June 26, 2009, and George B. Henderson II, Esq., counsel for the United States, and certify that the parties have consented to the filing of the Stiroh Figures under seal. Plaintiff United States opposes the motion as to the wholesaler data to the extent the data is more than 5 years old.

*/s/ Clifford Katz*
Clifford Katz

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 26, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                        /s/ Sarah L. Reid
                                                        Sarah L. Reid