# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456 )  ) CIVIL ACTION: 01-CV-12257-PBS ) Subcategory Docket: 06-CV-11337-PBS ) |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) Judge Patti B. Saris ) ) Magistrate Judge Marianne B. Bowler ) ) **ORAL ARGUMENT REQUESTED** |

## ABBOTT LABORATORIES, INC.'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS PROFFERED BY PLAINTIFFS' EXPERT MARK G. DUGGAN, PH.D.

Pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 7.1, and Federal Rules of Evidence 104 and 702, Defendant Abbott Laboratories, Inc. ("Abbott") hereby moves to exclude certain opinions proffered by Plaintiffs' expert Mark G. Duggan, Ph.D.

Abbott requests an order ruling inadmissible, pursuant to *Daubert* and its progeny, Duggan's proffered testimony to the extent it relies on a flawed extrapolation methodology. Abbott files this motion now because exclusion of the challenged aspects of Duggan's opinions provides additional support for certain aspects of Abbott's Motion for Partial Summary Judgment, filed contemporaneously herewith. Other than Dr. Duggan, Plaintiffs have no evidence to prove causation and damages as to the extrapolated claims, requiring summary judgment in Abbott's favor. *See Reference Manual on Scientific Evidence* at 54 (Fed. Judicial Ctr. 2d ed. 2000) ("Summary judgment motions will therefore frequently be combined with Federal Rule of Evidence 104(a) motions in limine."); *Albert v. Warner-Lambert Co.*, 234 F. Supp. 2d 101, 106-07 (D. Mass. 2002) (excluding expert testimony on damages and granting

defendant's motion for summary judgment); *Dunn v. Sandoz Pharm. Corp.*, 275 F. Supp. 2d 672, 684 (M.D.N.C. 2003).

WHEREFORE, Abbott asks that its motion be granted, and relief be provided as requested herein and in the accompanying memorandum.

Dated:  June 26, 2009                                          Respectfully submitted,

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
Thomas J. Davis
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION IN LIMINE TO EXCLUDE CERTAIN OPINIONS PROFFERED BY PLAINTIFFS' EXPERT MARK G. DUGGAN, PH.D., to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 26th day of June, 2009.

/s/ David S. Torborg
David S. Torborg

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that the moving party communicated with counsel for the Government in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                                        /s/ David S. Torborg
                                        David S. Torborg