# EXHIBIT A

**Figure 3**
**Dr. Duggan's Actual Claims Data Reviewed**

Key: ■ "DIFFERENCE" on Actual Claims Data    □ Extrapolation    □ No "DIFFERENCES"