# EXHIBIT B

**Figure 5**
**Dr. Duggan's Actual Claims Data Reviewed**

| Carrier | 1993 Q1-Q4 | 1994 Q1-Q4 | 1995 Q1-Q4 | 1996 Q1-Q4 | 1997 Q1-Q4 | 1998 Q1-Q4 | 1999 Q1-Q4 | 2000 Q1-Q4 | 2001 Q1-Q4 |
|---|---|---|---|---|---|---|---|---|---|
| AdminaStar | | | | | | | | | |
| AETNA | | | | | | | | | |
| Alabama Blue Shield | | | | | | | | | |
| All Others | | | | | | | | | |
| Arkansas Blue Shield | | | | | | | | | |
| BCBSFL | | | | | | | | | |
| California Blue Shield | | | | | | | | | |
| Cigna | | | | | | | | | |
| Empire Blue Shield | | | | | | | | | |
| Kansas Blue Shield | | | | | | | | | |
| Metra Health | | | | | | | | | |
| National Heritage | | | | | | | | | |
| Nationwide | | | | | | | | | |
| North Dakota Blue Shield | | | | | | | | | |
| Other Region 5 | | | | | | | | | |
| Pennsylvania Blue Shield | | | | | | | | | |
| South Carolina Blue Shield | | | | | | | | | |
| Texas Blue Shield | | | | | | | | | |
| TOLIC | | | | | | | | | |
| Western Blue Shield | | | | | | | | | |
| WPS | | | | | | | | | |

Key: · Claims Only   ■ Claims and Array   □ No "DIFFERENCES"