# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:  **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) |
|  | ) |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) ) ) ) ) |

**MDL No. 1456**

**Master File No. 01-CV-12257-PBS**

**Subcategory Case No. 06-11337**

**Hon. Patti B. Saris**

**Magistrate Judge**
**Marianne B. Bowler**

## DECLARATION OF W. DAVID BRADFORD, PH.D. IN SUPPORT
## OF
## DEY, INC., DEY, L.P., AND DEY L.P., INC.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Declaration of Professor W. David Bradford, Ph.D.

1)   W. David Bradford, declares, pursuant to 28 U.S.C. § 1746, that:

1.  I am presently employed at the University of Georgia, where I am the Busbee Chair of Public Policy and Professor in the Department of Public Administration and Policy. I have over 17 years of research experience in the area of health economics in general, much of which has focused on insurance, and the role of incentives and regulations on economic efficiency in particular. I have been principal investigator on 15 funded grants and projects. Several of these projects have focused on the functioning of various components of Medicaid, and involved working directly with Medicaid agency personnel in another state. As of this writing, I have published 45 articles in peer-reviewed publications, have another 30 reports and other publications, and serve as an Editor of the journal *Health Economics Letters*, and am an Associate Editor of the journal *Health Economics*. My curriculum vita is attached as Appendix A.

2.  On March 6, 2009, I submitted an Expert Report in this matter. On April 23, 2009, plaintiff experts submitted Rebuttal Reports. Subsequently on May 7, 2009, I submitted a Rebuttal Report in this matter.

3.  In connection with preparation of my reports, I have reviewed depositions, documents, and data produced in this litigation, as well as a variety of publicly available information. The materials I considered are listed in Appendix B to my Expert Report.

4.   I submit this declaration in support of Dey's partial summary judgment motion in this matter. Based on the work I have performed in preparing my expert reports, I have been asked by counsel for Dey to:

   a.  Discuss the economics of the generic pharmaceutical market

   b.  Examine the prices paid by the final retail providers for Dey drugs at issue and the prices published by Dey

   c.  Examine the claims data produced by the plaintiffs regarding expenditures on at-issue drugs by various state Medicaid agencies; examine the basis of payments used by various state Medicaid agencies for drug payments

   d.  Examine the methodology used by plaintiff experts in calculating differences where claims data was not produced

Declaration of Professor W. David Bradford, Ph.D.

    e.   Examine the data produced by the plaintiffs regarding price arrays used by the Medicare in determining payment levels for at-issue drugs

5.  For the purposes of this motion, my declaration focuses on these areas and does not set forth all of the opinions I have rendered in this case.

# I. Generic pharmaceutical market

2)  The 26 Dey NDCs at issue in this matter are generic forms and dosages of three inhalable drugs used to treat respiratory conditions such as asthma, bronchitis, and Chronic Obstructive Pulmonary Disorder ("COPD").[1] Dey was the first generic manufacturer in the market for the albuterol sulfate[2] and cromolyn sodium drugs. Dey was the second generic manufacturer in the market for ipratropium bromide.

3)  The current market for generic drugs in the United States was substantially shaped by an act of Congress in 1984, with the intent to stimulate competition and lower the cost of drugs. Prior to the 1984 Hatch-Waxman Act, generic drugs were required to undergo costly and time-consuming clinical trials before they were marketed, and their manufacturers generally had to wait until the originator's patent expired to begin this process. Generic drugs were slow to come to market during this period. The Hatch-Waxman Act allows the FDA to approve generic products without clinical trials as long as chemical equivalence to the reference brand drug has been demonstrated. The Act also contains a variety of provisions to encourage generic manufacturers to develop and launch their products before the expiration of the brand drug patent. As a result, there frequently are many manufacturers willing to enter with generic versions of popular drugs and compete with one another on price.

4)  As early as the 1980s, expenditures on prescription drugs have been a focus of Congress' oversight of overall health care costs in the United States.[3] Congress recognized that

---

[1]  I use the National Drug Codes ("NDCs") assigned to these products as a basis for their identification. Fourteen NDCs were mentioned in the original complaint, and 12 additional NDCs have been subsequently added.

[2]  Three forms of albuterol sulfate drugs are at issue: 0.5% solution, 0.083% solution, and metered dose inhaler (MDI). Dey was first generic in the market for 0.083% solution.

[3]  U.S. Department of Health and Human Services, Office of the Inspector General. "Changes to the Medicaid Prescription

Declaration of Professor W. David Bradford, Ph.D.

increasing utilization of generic drugs could potentially help control rising U.S. health care costs by slowing the growth on expenditures for prescription drugs.[4] However, due to significant time and cost associated with clinical trials needed for FDA approval, generic manufacturers were not entering the market on a timely fashion. For example, in 1962, Congressional hearings found 150 off-patent drugs with no generic entry.[5]

5)   In 1984, Congress passed The Drug Price Competition and Patent Term Restoration Act – commonly known as the Hatch-Waxman Act. This Act contained several provisions that expedited entry of generic drugs into the market.[6] First, the FDA approval process was simplified for follow-on drugs by establishing an abbreviated new drug application (ANDA) process if the generic manufacturer can demonstrate that the new entrant is chemically equivalent to an existing approved drug.[7] The ANDA allowed the generic manufacturers to forgo full clinical trials as long as the chemical equivalence to the reference brand drug was demonstrated.[8] Second, the Hatch-Waxman Act allowed the generic manufacturers to begin the approval process sooner – even before the patent had expired.

6)   Another provision in the Hatch-Waxman Act provides further incentives for generics to enter by providing for a potential 180-day exclusivity period for the first ANDA applicant to successfully challenge the brand patent. Because the first generic entrant also faces a risk of costly patent-related litigation from the brand manufacturer, it is possible that no generic manufacturer would want to be the first to enter the market without sufficient financial incentive. During the 180-day exclusivity period other ANDA applicants may not enter the

Drug Program Could Save Millions," September 1984. See also U.S. Department of Health and Human Services, Office of the Inspector General. "Use of Average Wholesale Prices in Reimbursing Pharmacies," September 29, 1989, and U.S. General Accounting Office. "Programs to Control Prescription Drug Costs Under Medicaid and Medicare Could be Strengthened," December 31, 1980.

[4]   U.S. Congressional Budget Office. "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998, xii–xiii.

[5]   Mossinghoff, Gerald J. "Overview of the Hatch-Waxman Act and Its Impact on the Drug Development Process." Food and Drug Law Journal 54 (1999): 187–94.

[6]   Drug Price Competition and Patent Term Restoration Act of 1984, Pub. L. No. 98-417, 98 Stat. 1585 (1984)

[7]   ANDA process is only applicable to small molecule drugs and not to biological compounds.

[8]   Drug Price Competition and Patent Term Restoration Act of 1984, Pub. L. No. 98-417, 98 Stat. 1585 (1984).

Declaration of Professor W. David Bradford, Ph.D.

market, and the first generic shares the market only with the brand. This exclusivity period provides financial incentives for manufacturers to bring generic products to the marketplace.[9]

7)   These carefully designed incentives show that the government was actively involved in promoting a robust generic industry.[10] In fact the CBO attributes increased competition in the pharmaceutical industry to the dramatic growth of the generic market that was spurred by the Hatch-Waxman Act. It further states that robust the generic industry has, "...played an important role in holding down national spending on prescription drugs from what otherwise would have been."[11] The CBO study goes on to say that another factor behind an increase in generic drug utilization is that "…Medicaid, and many private health insurance plans have actively promoted such generic substitution".[12]

8)   The Hatch-Waxman Act was designed to expedite generic entry and thereby foster competition in the generic market. Economic theory suggests that the entry of generic manufacturers should lead to increased competition and as a result, prices should decline. This prediction has been confirmed by many studies that show rapid decline in prices after the generic entry. For example, Caves and Whinston found that, "The entry of additional generic producers depresses the prices of existing generic producers much more severely than the price of the original innovator."[13] Grabowski and Vernon found that "Generic prices averaged 61% of the leader price during first month after entry, which declined to 46% one year after entry and 37% two years after entry."[14] Similarly, Frank and Salkever found that, "With each additional entrant there is a fall in the average price of a generic product of

---

[9]   U.S. Department of Justice and Federal Trade Commission. "Improving Health Care: A Dose of Competition," July 2004, ch. 7, p. 7. The first ANDA would need a certification stating that patents covering the brand drugs were not infringed upon.

[10]   Mossinghoff, Gerald J. "Overview of the Hatch-Waxman Act and Its Impact on the Drug Development Process." Food and Drug Law Journal 54 (1999): 187–94.

[11]   U.S. Congressional Budget Office. "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998, xi.

[12]   U.S. Congressional Budget Office. "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998, ix.

[13]   Caves, Richard, Michael Whinston, and Mark Hurwitz. "Patent Expiration, Entry, and Competition in the U.S. Pharmaceutical Industry." *Brookings Papers on Economic Activity*, Microeconomics, 1991.

[14]   Grabowski, Henry and John Vernon. "Brand Loyalty, Entry, and Price Competition in Pharmaceuticals after the 1984 Drug Act." *Journal of Law and Economics*, Oct. 1992, 331–50.

Declaration of Professor W. David Bradford, Ph.D.

between 5.6% and 7.2%."[15] This study predicts significant declines in price in the presence of large number of competitors. These academic studies empirically confirm what is already well known: generic competition lowers prices significantly.[16]

9) Government reports and studies also find that the generic market is characterized by intense competition and that prices fall as generic entry increases.[17] Several governmental studies quantify the extent of rapid and substantial price decline in the generics market. A 1998 CBO study finds that when "… 11 to 24 generic manufacturers are in the market, the generic retail price averages less than half of the brand-name price." [18]

10) Intense competition and the resulting rapid decline in price is not only widely understood, but also reflected in published WAC prices for Dey's subject drugs.

## I.1. Encouraging generic drug substitution

11) Because of the dramatic savings that generic products are known to confer, payers, including Medicare and Medicaid, have put in place programs designed to encourage substitution of generic drugs for brand drugs. These programs necessarily involve a component designed to give providers an economic incentive to make these switches. Payers, even Medicare or Medicaid, cannot expect providers to appropriately substitute generic equivalents if they would make less money in the process of switching patients to generic drugs. As a result, the dollar margins on generic drugs must at least match the dollar margins on brand drugs in order for providers to have the proper incentives to switch patients to generic drugs with lower costs.

---

[15] Frank, Richard and David Salkever. "Generic Entry and the Pricing of Pharmaceuticals." *Journal of Economics and Management Strategy*, Spring 1997, 75-90.

[16] I note that these studies appear to examine IMS health data.

[17] U.S. Food and Drug Administration. "Generic Competition and Drug Prices," April 4, 2006. www.fda.gov/cder/ogd/generic_competition.htm. See also U.S. Congressional Budget Office. "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998 and U.S. Centers for Medicare and Medicaid Services. "Health Care Industry Market Update," January 10, 2003.

[18] U.S. Centers for Medicare and Medicaid Services. "Health Care Industry Market Update," January 10, 2003, 26. See also U.S. Food and Drug Administration. "Generic Competition and Drug Prices," April 4, 2006. http://www.fda.gov/cder/ogd/generic_competition.htm and U.S. Congressional Budget Office. "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," July 1998, xii–xiii.

Declaration of Professor W. David Bradford, Ph.D.

12)  Federal and state agencies have been actively encouraging utilization of generic drugs as a
     cost containment measure.[19] Toward this goal, many states Medicaid agencies have adopted
     drug formularies and mandatory generic substitution rules.[20]

## I.2. Implication of low priced generics on "spread" and "margin"

13)  As stated above, before a pharmacy will have the incentive to substitute a less expensive
     generic for a more expensive brand, the pharmacy must earn at least as large of a dollar
     margin on the generic as on the brand. A mathematical consequence of this is that percentage
     margins for generic drugs will be generally higher than those on brand-name drugs. For
     example, the average prescription payment for a brand albuterol sulfate in 2000 in
     Massachusetts was $135.40. Similarly the average prescription payment for a generic (Dey)
     albuterol sulfate in 2000 in Massachusetts was $21.50. For the brand prescription $13.50
     reflects a 10% margin. If a payer wants the pharmacy to substitute a generic it will need to
     match the dollar margin on the brand. The same $13.50 reflects a 63% margin on the generic
     prescription. Furthermore, $13.50 reflects a 169% "spread" on the generic prescription. Thus
     dollar margins and spreads on generic prescription appear exaggerated when presented in
     percentage terms. More relevant comparison from the perspective of the generic substitution
     is the dollar margin between the brand and generic prescription. In the above example,
     switching to the generic drug results in a savings of $113 for Massachusetts Medicaid. To
     achieve that it must keep the pharmacy from losing revenue in the process.

14)  Generic switching programs are successful at lowering Medicaid and Medicare expenditures.
     For example, in 1992 when no generic competition existed for Proventil (albuterol) 0.083%
     solution, Medicaid paid about $59.81 per prescription across all states. By 2000, when
     generic competition for this drug was well established, average Medicaid spending per
     prescription fell to $31.55. In fact, the amount that Medicaid typically paid for the brand had
     continued to rise to $106.67 per prescription in 2000, while it typically paid $26.99 for Dey's

---

[19]   See, e.g., U.S. Congressional Budget Office. "How Increased Competition From Generic Drugs has Affected Prices and
       Returns in the Pharmaceutical Industry," July 1998.

[20]   See, e.g., U.S. Department of Health and Human Services, Office of the Inspector General. "Generic Drug Utilization in
       State Medicaid Programs," July 2006. See also U.S. Department of Health and Human Services, Office of the Inspector
       General. "State Strategies to Contain Medicaid Drug Costs," October 2003, 25.

Declaration of Professor W. David Bradford, Ph.D.

generic. Some states, such as Maryland, paid as little as $12.33 for Dey's generic albuterol at this time, while California paid as much as $33.61.

# II. Prices paid by the final providers

15) I have examined the prices paid by the final providers for Dey drugs at issue in this matter. Final providers such as the independent, chain, and retail pharmacies are part of the provider network relied on by the state Medicaid agencies and Medicare to provide drugs to their beneficiaries. For my analyses I have used the Cardinal and the McKesson wholesaler data. Cardinal and McKesson are two of the three largest nationwide drug wholesalers, which together account for more than 90% of the wholesale market.[21] My review shows that the wholesaler data more accurately reflects the prices paid by the final retail provider – in particular the prices paid by the marginal providers**.**

16) Analysis of wholesaler data reveals that off-contract sales account for a significant volume of Dey's transactions. Figure 1 shows that the percentage of off-contract sales for all subject drugs has historically reached levels at times well above 30% of Dey's sales through wholesalers. This reflects the competitive dynamics of the market. As the market for these generic inhalation drugs matured by around 2000, with many manufacturers entering the market, undiscounted off-contract sales declined. Early on, however, Dey faced less pressure to discount to its customers. Figure 2 shows the Acquisition Cost ("AC") paid by off-contract customers and the average AC for all off-contract customers for ipratropium bromide. As Figure 2 illustrates, the prices paid to wholesalers by off-contract customers were on average above the WAC.[22]

---

[21] AmeriSource Bergen is the third largest wholesaler. See Britt, Russ, "Growing Share of 'Big Three' Gets Federal Attention: Giant wholesalers dominate market, to hit quarter-trillion mark in sales," Market Watch, May 30, 2007. In the remainder of this affidavit, unless otherwise noted, I refer to the Cardinal and McKesson data as "wholesaler data".

[22] Similar figures for other drugs at issue are presented in appendix C.

Declaration of Professor W. David Bradford, Ph.D.

**Figure 1: Percent off-contract sales for Dey subject drugs**

| Drug | Percent of sales off contract | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| Albuterol MDI | | 30% | 29% | 42% | 34% | 36% | 64% | 58% | 20% | | | |
| Albuterol 0.083% | 50% | 52% | 48% | 45% | 13% | 5% | 16% | 3% | 2% | 1% | 0% | 0% |
| Albuterol 5% | | 48% | 34% | 29% | 24% | 10% | 3% | 17% | 51% | 68% | | |
| Cromolyn sodium | 45% | 40% | 34% | 28% | 24% | 15% | 7% | 3% | 1% | 3% | 1% | 3% |
| Ipratropium bromide | | | 40% | 34% | 21% | 11% | 6% | 2% | 2% | 1% | 1% | 1% |

**Figure 2: Off contract sales for ipratropium bromide**



## II.1. Variation in prices paid by the final providers

17)    Contemporaneous prices paid by Dey's provider customers vary significantly. Figure 3 shows
       Dey's published WAC for ipratropium bromide 0.02% (NDC 49502068503) against the

---

Contains highly confidential materials—subject to protective order

Declaration of Professor W. David Bradford, Ph.D.

transactional prices paid by providers in the retail classes of trade through the wholesalers.[23]
As Figure 3 illustrates, there is significant price dispersion throughout the time period. For
example, while the quarterly weighted average unit price was $0.23 in the second quarter of
2000, transaction prices for this drug ranged from $0.084 to $0.37 while the WAC was
$0.288. Roughly 47% of the transactions and 49% of the sales were at prices above this
average.

**Figure 3: WAC and acquisition cost for ipratropium bromide 0.02% solution**



---

[23] Similar figures for other drugs at issue are presented in appendix B.

Declaration of Professor W. David Bradford, Ph.D.

# III. Medicaid claims data and analyses

18) I have examined the claims-level data produced that show expenditures on at-issue drugs by various state Medicaid agencies. Detailed claims level data were available for 32 states for various time periods.[24] These detailed claims level data show total expenditures of $391.7 million on at-issue drugs. A state-by-state breakdown of the expenditures and time coverage of the claims data are presented in Figure 5.

## III.1. Payment variation across states

19) Review of the Medicaid programs across states shows a wide variation in payment rates at any point in time. The first distinction is the choice of the benchmark value used by the state Medicaid agencies. Most states have chosen to use the AWP as the basis for reimbursement, while others have chosen to use WAC. Some states have gone back and forth between AWP and WAC. Some states have frequently revised the discounts off the benchmark price while other states rarely do so. There is also significant variation in the use of alternate payment bases such as state Maximum Allowable Cost ("MAC") and Federal Upper Limit ("FUL") for drug payments. Some states have chosen to use the DOJ-revised AWP for drug payments while others have not.[25] In addition, many claims are paid on provider billed charges. My examination of claims data shows that different providers often submit different billed charges for the same drug.

20) Variation in payment choices across states can only be examined using the detailed claims data. Thus, where detailed claims data was available, I used an algorithm to determine the basis of payment for each claim; Appendix C discusses the details of the algorithm I use. My examination shows that Medicaid drug payments were based on the following bases:

   - AWP adjusted: AWP adjusted according to the state reimbursement policy

---

[24] Plaintiff expert Dr. Mark Duggan has analyzed claims data for only 14 states, even though the claims data was available for 32 states. In section III.2 I will discuss various flaws associated with his limited use of the available data.

[25] In 2000, the DOJ conducted an investigation into wholesaler prices for 400 NDCs, which subsequently came to be known as DOJ's revised-AWP. See, U.S. Department of Health and Human Services, Office of Inspector General. "Medicaid's Use of Revised Average Wholesale Prices," September 2001, 3.

Declaration of Professor W. David Bradford, Ph.D.

- WAC adjusted: WAC adjusted according to the state reimbursement policy
- FUL: Federal Upper Limit
- State MAC: State Maximum Allowable Cost
- DOJ: in 2000, the DOJ conducted an investigation into wholesaler prices for 400 NDCs, which became known as the DOJ-revised AWP
- AWP observed: Adjustment to AWP that is observed in the claims data and is different than the official state reimbursement policy
- Delaware WAC: Delaware claims data contained a WAC price field that was different than the published WAC
- MAC observed: consistent level of reimbursements observed in the claims data for states which had an active MAC program
- WAC observed: adjustment to WAC that is observed in the claims data and is different than the official state reimbursement policy
- Billed charges: charge submitted for a claim
- Other: no bases matches

21) My analyses shows that a significant portion of the claims paid by the state Medicaid agencies are not based on Dey published prices. Figure 4 illustrates the results of my analysis of the claims data produced in this matter for states that have primarily used AWP as their payment benchmark.[26] As Figure 4 shows there is wide variation in the percentage of claims paid on the basis of published AWP across states. For many states, less than half of the drug payments made for NDCs at issue in this matter were based directly on published WAC and AWP information.

---

[26]   Appendix C includes similar figure for states that primarily used WAC where claims data was available.

Declaration of Professor W. David Bradford, Ph.D.

**Figure 4: Payment bases for AWP states**



Source: State claims and FDB data

Declaration of Professor W. David Bradford, Ph.D.

### Figure 5: Payment basis results for all states with claims data

| State | Total claims | Total paid | Start quarter | End quarter | AWP adjusted | WAC adjusted | FUL | State MAC | DOJ-revised AWP | AWP observed | Delaware WAC | MAC observed | WAC observed | Billed charges | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 329,283 | $10,675,514 | 1993 Q1 | 2005 Q1 | | 65.5% | 0.9% | 3.6% | 4.9% | | | | 11.9% | 10.1% | 3.1% |
| Alaska | 43,827 | $1,805,350 | 1996 Q1 | 2006 Q4 | 27.2% | | 11.9% | | 11.4% | | | | | 34.8% | 14.7% |
| Arkansas | 89,186 | $2,931,139 | 2000 Q1 | 2008 Q1 | 2.0% | | 17.3% | 52.9% | | | | | | 11.6% | 16.2% |
| California | 1,043,898 | $52,565,561 | 1994 Q2 | 2007 Q3 | 42.8% | | 21.2% | | | 34.6% | | | | 0.9% | 0.5% |
| Connecticut | 138,423 | $6,185,819 | 1994 Q4 | 2004 Q2 | 68.7% | | 11.8% | | 7.1% | | | | | 9.0% | 3.4% |
| Delaware | 34,798 | $545,728 | 2003 Q1 | 2008 Q1 | 0.1% | | 18.4% | 3.6% | | | 73.8% | | | 1.0% | 3.1% |
| Florida | 957,163 | $36,724,156 | 1993 Q4 | 2005 Q4 | 16.8% | 63.6% | 2.0% | | 7.8% | | | 2.4% | | 6.2% | 1.0% |
| Georgia | 337,960 | $10,789,385 | 2000 Q4 | 2006 Q4 | 1.1% | | 22.6% | 65.2% | 0.0% | | | | | 6.9% | 4.2% |
| Hawaii | 45,630 | $2,116,769 | 1993 Q1 | 2006 Q1 | 16.8% | | 11.4% | 0.6% | 5.2% | 3.7% | | | | 14.4% | 47.9% |
| Idaho | 72,614 | $2,941,421 | 1993 Q1 | 2005 Q4 | 40.7% | | 9.3% | 12.9% | 11.1% | | | | | 24.4% | 1.6% |
| Illinois | 744,892 | $21,642,770 | 1992 Q2 | 2006 Q4 | 32.1% | 1.8% | 17.3% | 8.4% | 7.6% | 20.5% | | | | 11.0% | 1.3% |
| Kansas | 114,174 | $4,671,507 | 1993 Q4 | 2004 Q2 | 26.6% | | 15.3% | 1.8% | 1.2% | 29.6% | | | | 20.8% | 4.8% |
| Kentucky | 406,085 | $20,019,934 | 1995 Q1 | 2005 Q1 | 51.3% | | 24.8% | 0.1% | | | | | | 16.8% | 7.0% |
| Louisiana | 457,048 | $21,352,258 | 1995 Q1 | 2007 Q3 | 50.3% | | 29.6% | 0.5% | 0.0% | 0.0% | | | | 11.3% | 8.3% |
| Maine | 57,877 | $1,126,561 | 1996 Q3 | 2008 Q1 | 31.6% | | 6.9% | 45.5% | 0.1% | 2.8% | | | | 10.7% | 2.4% |
| Massachusetts | 478,161 | $11,917,665 | 1996 Q3 | 2007 Q4 | 2.3% | 67.7% | 0.5% | 1.9% | 0.0% | | | | 9.8% | 12.5% | 5.3% |
| Michigan | 218,352 | $5,017,722 | 2000 Q4 | 2007 Q2 | 13.0% | | 17.9% | | | | | 51.8% | | 7.8% | 9.5% |
| Minnesota | 111,597 | $3,785,227 | 1999 Q1 | 2007 Q4 | 20.9% | | 18.9% | 34.2% | 7.3% | | | | | 17.2% | 1.4% |
| Missouri | 354,276 | $12,374,350 | 1994 Q1 | 2005 Q1 | 33.1% | 12.1% | 17.4% | 4.4% | | | | 5.9% | | 24.8% | 2.3% |
| Nebraska | 72,902 | $2,439,253 | 1999 Q1 | 2004 Q2 | 11.6% | | 13.8% | | 6.4% | | | 36.4% | | 12.1% | 19.6% |
| New Jersey | 593,614 | $24,191,846 | 1992 Q2 | 2008 Q4 | 71.0% | | 0.7% | | 0.7% | 9.4% | | | | 11.3% | 7.0% |
| New Mexico | 65,650 | $2,581,212 | 1992 Q3 | 2006 Q4 | 54.6% | | 9.7% | | 3.3% | 9.1% | | 5.8% | | 16.3% | 1.2% |
| New York | 1,396,187 | $62,788,290 | 1993 Q4 | 2007 Q2 | 44.7% | | 15.8% | 0.0% | 3.8% | | | | | 8.5% | 27.2% |
| North Carolina | 262,855 | $7,023,981 | 2001 Q1 | 2007 Q1 | 17.0% | | 7.7% | 6.6% | | 9.2% | | 29.3% | | 19.6% | 10.5% |
| Ohio | 615,071 | $19,672,854 | 2000 Q3 | 2005 Q4 | | 0.0% | 27.8% | 49.5% | 0.0% | | | | | 6.5% | 16.2% |
| Pennsylvania | 514,479 | $16,323,933 | 1998 Q3 | 2006 Q4 | 3.9% | 0.1% | 16.5% | 48.6% | 0.7% | 2.5% | | 6.3% | | 9.6% | 11.8% |
| Rhode Island | 50,486 | $1,362,340 | 1994 Q4 | 2008 Q1 | 0.3% | 93.8% | 0.7% | | | | | | | 2.0% | 3.2% |
| South Carolina | 153,470 | $6,519,748 | 1993 Q1 | 2006 Q4 | 28.8% | | 23.3% | | 7.8% | | | 12.1% | | 20.7% | 7.4% |
| Utah | 54,052 | $1,568,312 | 1998 Q1 | 2007 Q2 | 42.1% | | 29.1% | 11.4% | 5.1% | | | | | 12.1% | 0.2% |
| Virginia | 248,737 | $8,215,043 | 2000 Q3 | 2008 Q4 | 31.4% | | 35.7% | 1.5% | | | | | | 18.2% | 13.1% |
| Wisconsin | 258,736 | $9,128,427 | 1992 Q3 | 2006 Q4 | 22.0% | | 0.9% | 27.3% | 0.0% | 13.9% | | | | 22.4% | 13.5% |
| Wyoming | 14,355 | $703,969 | 1998 Q3 | 2004 Q2 | 42.8% | | 22.5% | | | 2.0% | | | | 23.9% | 8.8% |
| Total | $10,335,838 | $391,708,046 | | | 32.8% | 10.4% | 15.5% | 8.8% | 2.5% | 7.6% | 0.1% | 2.3% | 0.6% | 10.2% | 9.3% |

Source: State claims and FDB data

Declaration of Professor W. David Bradford, Ph.D.

22)  Figure 5 shows the result of payment basis analyses for each state and also provides overall
     result across all states.

23)  As Figure 5 shows, almost a quarter of the claims are paid on the basis of FUL or the state
     MAC. The FUL program was created in 1987 in order to limit the amount which Medicaid
     could reimburse for drugs with multiple available generic equivalents.[27] I have examined the
     availability of the FUL for the drugs at-issue and this information is presented in Figure 6.

### Figure 6: Availability of FUL pricing

| Drug product | Dates of FUL price availability |
|---|---|
| Albuterol 0.83 MG/ML solution | 10/1/1997-12/6/2000, 1/22/2002-present |
| Albuterol 5MG/ML solution | 12/7/2000-8/17/2003 |
| Albuterol 90MCG inhaler | 10/1/1997-12/7/2000 |
| Ipratropium bromide (0.02%) | 8/24/2003-present |

Source: FDB data

24)  State MAC programs have been in existence since the 1970s. For example, a MAC program
     has been in place since 1976 in Maryland.[28] By the start of the dispute period, 22 states had
     MAC programs for generic drugs. The number of states with a MAC program has increased
     steadily during the period at issue, and by 2005 there were 44 states with a MAC program.
     By the end of the period at issue, all but 6 states had had a MAC program.

25)  I have examined the claims data for availability of state MAC for the drugs at-issue. I find
     that 26 out of the 32 states where claims data was available had a state MAC in effect for
     some of the drugs at issue for some time period. I have also calculated the total expenditures
     (paid amount) when either the FUL or the state MAC was in effect for the relevant drug. My
     calculations show that approximately 45% of the payments were made when there was a
     FUL or a state MAC in effect.[29] Figure 7 shows the state-by-state breakdown of expenditures
     when either the FUL or the state MAC was in effect.

---

[27]  U.S. Health and Human Services, Centers for Medicare and Medicaid Services. "Federal Upper Limits."
      www.cms.hhs.gov/Reimbursement/05_FederalUpperLimits.asp#TopOfPage.

[28]  Sawyer, Darwin O. "Pharmaceutical Reimbursement and Drug Cost Control: The MAC Experience in Maryland."
      *Inquiry* 20 (1983): 76–83.

[29]  My calculations are based on the payment basis analysis I discussed above. I summed all expenditures associated with
      each NDC-day that had a FUL or a state MAC was in effect.

Declaration of Professor W. David Bradford, Ph.D.

### Figure 7: Expenditures when state MAC or FUL prices were available

| State | First date MAC pricing is available | Last date MAC pricing is available | Total paid when MAC or FUL was available ($k) | | | Total amount paid |
|---|---|---|---|---|---|---|
| | | | MAC* | FUL | MAC* or FUL | |
| Alabama | | | - | 666 | 666 | 1,805 |
| Alaska | 1/1/1996 | 11/11/2004 | 1,336 | 4,066 | 5,371 | 10,676 |
| Arkansas | 1/1/2000 | 2/29/2008 | 2,931 | 1,476 | 2,931 | 2,931 |
| California | | | - | 14,192 | 14,192 | 52,566 |
| Connecticut | | | - | 1,088 | 1,088 | 6,186 |
| Delaware | 4/3/2003 | 2/25/2008 | 20 | 488 | 507 | 546 |
| Florida | 4/1/1995 | 12/23/2005 | 1,102 | 9,507 | 10,090 | 36,724 |
| Georgia | 10/1/2000 | 12/31/2006 | 10,133 | 5,866 | 10,260 | 10,789 |
| Hawaii | 10/1/1997 | 3/31/2006 | 649 | 568 | 649 | 2,117 |
| Idaho | 3/17/1999 | 11/18/2005 | 944 | 738 | 1,604 | 2,941 |
| Illinois | 5/27/2003 | 12/21/2006 | 2,939 | 6,971 | 7,062 | 21,643 |
| Kansas | 5/1/2000 | 9/30/2003 | 148 | 927 | 1,013 | 4,672 |
| Kentucky | 4/1/2003 | 2/11/2005 | 734 | 6,370 | 6,726 | 20,020 |
| Louisiana | 1/12/1996 | 9/28/2007 | 627 | 7,338 | 7,799 | 21,352 |
| Maine | 10/26/2001 | 12/13/2007 | 1,676 | 3,804 | 4,635 | 11,918 |
| Massachusetts | 5/1/2000 | 2/27/2008 | 625 | 590 | 649 | 1,127 |
| Michigan | 10/1/2000 | 6/6/2007 | 2,856 | 2,548 | 4,216 | 5,018 |
| Minnesota | 1/15/2000 | 12/31/2007 | 1,594 | 1,510 | 2,554 | 3,785 |
| Missouri | 1/4/1994 | 3/31/2005 | 4,164 | 3,752 | 6,165 | 12,374 |
| Nebraska | 12/1/2001 | 3/22/2007 | 4,178 | 3,010 | 4,191 | 7,024 |
| New Jersey | 1/1/1999 | 6/12/2004 | 1,158 | 832 | 1,800 | 2,439 |
| New Mexico | | | - | 12,381 | 12,381 | 24,192 |
| New York | 1/4/1993 | 12/29/2006 | 195 | 480 | 551 | 2,581 |
| North Carolina | 9/5/2006 | 6/30/2007 | 1,931 | 17,332 | 17,357 | 62,788 |
| Ohio | 7/1/2000 | 12/31/2005 | 19,673 | 9,841 | 19,673 | 19,673 |
| Pennsylvania | 7/1/1998 | 12/31/2006 | 14,967 | 5,741 | 15,259 | 16,324 |
| Rhode Island | | | - | 426 | 426 | 1,362 |
| South Carolina | 5/26/2000 | 12/28/2006 | 1,027 | 2,378 | 2,920 | 6,520 |
| Utah | 1/1/1998 | 7/30/2004 | 572 | 722 | 834 | 1,568 |
| Virginia | 7/1/2000 | 3/30/2008 | 7,757 | 3,532 | 7,772 | 8,215 |
| Wisconsin | 4/12/1996 | 7/31/2004 | 3,262 | 1,981 | 3,722 | 9,128 |
| Wyoming | | | - | 212 | 212 | 704 |
| Total | | | 87,197 | 131,333 | 175,272 | 391,708 |

Source: State claims and FDB data

Declaration of Professor W. David Bradford, Ph.D.

## III.2. Other Medicaid utilization data

26)   In addition to the detailed state claims data, two other Medicaid utilization datasets were produced in this matter. The first dataset, called the State Medicaid Research Files (SMRF) and Medicaid Analytic eXtract (MAX), provides some claims level information. The second dataset, called the State Drug Utilization Data (SDUD), is an aggregate level data that provides no claims level information. I will briefly discuss the deficiencies in both these datasets below.

27)   Even though the SMRF/MAX data is recorded at claims level, it does not include key information such as the dispensing fee and copayments for each claim in order to accurately determine the basis of payments. Additionally, SMRF/MAX data produced in this matter contained payment amounts that were rounded to the nearest dollar. SDUD data shows the aggregate utilization for each NDC by quarter and state and provides no claims level information. Thus this data cannot be used to determine each claim's basis of payment.

28)   Plaintiff expert Dr. Mark Duggan has calculated what he describes as "differences" for 14 of the states with detailed claims data. For these 14 states, Dr. Duggan's difference calculations essentially amount to calculating changes in spending by Medicaid if "…alternate prices had been used for Dey products AWP and WAC".[30]  Even for these 14 states, Dr. Duggan is not solely relying on detailed claims data to calculate differences. Dr. Duggan also uses SMRF/MAX and SDUD data for these 14 states. In my Expert Report I discussed various flaws associated with Dr. Duggan's difference calculations for the 14 states. I will discuss some of those flaws next.

29)   After calculating 'differences' for the 14 states, Dr. Duggan computes an average difference percentage and applies this average to other states using the SMRF/MAX and SDUD data. As I have already discussed, there is significant variation in payment rates across states. This variation makes it inappropriate to apply an average percentage difference over a subset of states onto other states. As I discussed in my Expert Report, simply applying the

---

[30]   Expert Report of Mark G. Duggan at 9, United States ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., No. 05-11084-PBS (D. Mass. Jan. 23, 2009).

Declaration of Professor W. David Bradford, Ph.D.

methodology that Dr. Duggan used for 14 states to other states with claims data results in significantly lower 'differences'.

30)     Dr. Duggan defends his use of the extrapolation of claims data across states by pointing out that it is common to do so in microeconomics. In support of his argument he points to several papers that perform across-state extrapolation. A closer look at the papers cited by Dr. Duggan shows that these papers do the extrapolation by first carefully controlling for state differences. For example, the Meyer paper has state unemployment rates and state fixed effects in the models that control for differences across states.[31] Thus, in extrapolation exercises across states one must control for all relevant observable state variations, but Dr. Duggan has not done so.

31)     The only support Dr. Duggan provides for his across-state extrapolation is that the 14 states he chose to analyze have similar ratios of states using AWP-based and WAC-based payment systems as the remaining states. As I discussed above, states use other payment bases besides AWP and WAC. In fact, less than half the payments are based on AWP and WAC.[32] This point is illustrated by comparing the state-MAC-based payments for the 14 states that Dr. Duggan analyzes against the other states for which claims data is available. My analysis shows that among these 14 states only about 6% of the claims were paid on the basis of state MAC while for the other states with claims data about 12% of the claims were paid based on the state MAC. Since the state MAC-based payments are usually lower than AWP-based payments, Dr. Duggan's methodology produces larger differences when he extrapolates.

# IV. Medicare pricing arrays

32)     The Medicare program is administered by the federal agency CMS - formerly HCFA. Originally, CMS contracted with fiscal intermediaries to process drug claims submitted by providers for drugs covered under Medicare Part B. However, increased utilization of drugs

---

[31]   Meyer, Bruce D., "Unemployment Insurance and Unemployment Spells," Econometrica, Volume 58, Number 4, 1990, at 757-782.
[32]   Expert Report of W. David Bradford, United States District Court for the District of Massachusetts, Civil Action No. 05-11084-PBS, March 6, 2009 at 76-103.

Declaration of Professor W. David Bradford, Ph.D.

used with durable medical equipment and the existence of unique provider groups, led HCFA to create a system with separate fiscal intermediaries to process DME related claims in 1993.[33] HCFA created four regions, each with a separate fiscal intermediary. The regional fiscal intermediaries are referred to as Durable Medical Equipment Regional Carriers ("DMERCs").[34] These institutions are not the same carriers as those that handle other Medicare payments, e.g. for chemotherapy drugs.

33)    Although payment policies for Medicare Part B are set at the Federal level, regional DMERCs had considerable latitude in implementing these policies. To determine the ingredient payment level, the DMERCs collected an AWP for all NDCs relevant to each HCPCS from pricing compendia. This list of NDCs and prices was commonly known as the pricing array.[35] Each DMERC compiled a pricing array for each HCPCS on a quarterly basis and calculated the median generic or lowest brand price to determine the allowed reimbursement level.[36] A review of the pricing arrays and the allowed ingredient payment levels across DMERCs reveals various inconsistencies that are independent of Dey's published prices.

34)    I have examined the pricing arrays produced in this matter that were also considered by plaintiff experts. I find that pricing arrays have not been produced for all DMERCs-quarters at issue. Dr. Duggan has extrapolated his 'difference' calculations for quarters with missing pricing arrays. My examination also showed many idiosyncratic variations in pricing array across DMERCs and over quarters, thus making a straightforward extrapolation problematic.

35)    For example, in some quarters, DMERCs did not include Dey NDCs in the pricing arrays. Nonetheless, Dr. Duggan has calculated differences for such quarters. Dr. Duggan has not

---

[33]  U.S. Department of Health and Human Services, Office of the Inspector General. "Medicare Payments for Nebulizer Drugs," February 1996, 1.

[34]  U.S. Department of Health and Human Services, Office of the Inspector General "Medicare Payments for Nebulizer Drugs," February 1996, 1–2. Some reimbursements for inhalation therapy drugs also occurs through HCFA's regular carriers that administer hospital related claims. However, for the drugs at issue in this matter, this constitutes a very small proportion hence I will not discuss them in detail. I note that Dr. Duggan also only considers DMERC reimbursements in his difference calculations.

[35]  Deposition of Cheryl Eiler, Business Systems Analyst, AdminaStar, Sept. 23, 2008, 14–16. Also see Deposition of Robin Kreusch Stone, Manager, Medicare fee for service pricing for Palmetto Government Benefits Administrators, Feb. 28–29, 2008, at 273–77.

[36]  Deposition of Robin Kreusch Stone, Manager, Medicare fee for service pricing for Palmetto Government Benefits Administrators, Feb. 28–29, 2008, at 272.

Declaration of Professor W. David Bradford, Ph.D.

provided any support for calculating differences when Dey NDCs were not even part of the pricing array used by the DMERCs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2009.

W. David Bradford

Declaration of Professor W. David Bradford, Ph.D.

# V. Appendix A: VITA of W. David Bradford, Ph.D.

*Busbee Chair in Public Policy*

201C Baldwin Hall                              833 High Battery Circle
Department of Public Administration &          Mt. Pleasant, SC 29464
Policy
University of Georgia                           Phone: 706-247-5101
Athens, GA 30602

Phone: 706-542-2731
Fax: 706-583-1615
E-mail: bradfowd@uga.edu

## V.1. Education

- Ph.D., Economics, Louisiana State University, 1991.

- M.S., Economics, Louisiana State University, 1989.

- B.S., Foreign Languages, Mississippi State University, 1987.

## V.2. Research and teaching interests

- Health Economics, Industrial Organization, Microeconomic Theory, Econometric
  Methods

## V.3. Professional experience

- Professor (with tenure) and Busbee Chair in Public Policy, Department of Public
  Administration and Policy, University of Georgia, August 2008 to present.

- Director, Center for Health Economic and Policy Studies, Medical University of South
  Carolina, December 2002 to 2008.

- Professor (with tenure), Department of Health Administration and Policy, Medical
  University of South Carolina, July 2003 to 2008.

- Department Chair (Interim), Department of Health Administration and Policy, Medical
  University of South Carolina, 2004 to 2005.

Declaration of Professor W. David Bradford, Ph.D.

- Associate Professor (with tenure), Department of Health Administration and Policy, Medical University of South Carolina, July 1998 to 2003.
- Visiting Associate Professor (sabbatical), Department of Medicine, Yale University, June 1997 to July 1998.
- Associate Professor (with tenure), Department of Economics, University of New Hampshire, August 1996 to May 1998.
- Assistant Professor, Department of Economics, University of New Hampshire, August 1991 to May 1996.

## V.4. Editorial positions

- **Editor**: *Health Economics Letters*, a peer-reviewed journal sponsored by John Wiley and Sons, Publishers.
- **Associate Editor**: Member of Editorial Board for *Health Economics* (John Wiley and Sons, Publishers), 1997 to present; Associate Editor, 2006 to present.

## V.5. Awards

- Certificate of Appreciation, Centers for Disease Control and Prevention Effectiveness Fellowship Program, August 2006
- College of Health Professions Scholar of the Year, Medical University of South Carolina, 2000.
- Whittemore School of Business and Economics Summer Research Grant, University of New Hampshire, 1996.
- Department of Economics 1995-96 Outstanding Scholar, University of New Hampshire.

- University of New Hampshire Summer Faculty Fellowship, Summer 1995.
- University of New Hampshire Summer Faculty Fellowship, Summer 1994.
- Excellence in Teaching Award, College of Business, Louisiana State University, 1990.
- Excellence in Teaching Award, Department of Economics, Louisiana State University, 1989 and 1990.

Declaration of Professor W. David Bradford, Ph.D.

# V.6. Publications

## V.6.1. Peer-reviewed journals

1. **Bradford WD**, Silvestri G, Zoller J.  "Estimating the Effect of Individual Time Preferences on  the Use of Disease Screening." Southern Economic Journal. Forthcoming.

2. **Bradford WD**. "The Association Between Individual Time Preferences and Health Maintenance Habits." *Medical Decision Making*. Forthcoming.

3. Axon RN, **Bradford WD**, Egan BM. "The Role of Individual Time Preferences In Health Behaviors Among Hypertensive Adults: A Pilot Study." Journal of the American Society of Hypertension." *Journal of the American Society of Hypertension*. Forthcoming.

4. **Bradford WD**, Kliet AN., Neitert PJ, Ornstein S. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment." *Economic Inquiry*. Forthcoming.

5. Clancy C, Dismuke CE, Magruder K, Simpson K, **Bradford WD**. "Do Group Visits Lead to Lower Costs of Diabetes Care?" *American Journal of Managed Care,* 14(1): 39-44, 2008.

6. Terza JV, **Bradford WD**, Dismuke CE. "The Use of Linear Instrumental Variables Methods in Health Services Research and Health Economics: A Cautionary Note." *Health Services Research*. 43(3): 1102-1120, 2008.

7. Silvestri GA, Nietert PJ, Zoller J, Carter C, **Bradford WD**. "Attitudes Toward Screening for Lung Cancer Among Smokers and Their Non-Smoking Counterparts." *Thorax*, 62:126-130. 2007.

8. **Bradford WD**, Kleit AN., Neitert PJ, Ornstein S. "The Effect of Direct to Consumer Television Advertising for Hydroxymethylglutaryl Coenzyme A Reductase Inhibitors on the Attainment of LDL-C Goals." *Clinical Therapeutics*, 28(12): 2105-2118, 2006. Editorial written on paper *Clinical Therapeutics*, 28(12): 2104. Letters, and response by authors published in *Clinical Therapeutics*, forthcoming.

9. **Bradford WD**, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "How Direct to Consumer Television Advertising for Osteoarthritis Drugs Affects Physicians' Prescribing Behavior." *Health Affairs*. 25(5):1371-1377, 2006.

Declaration of Professor W. David Bradford, Ph.D.

10. Masoudi FA, Baillie CA, Wang Y, **Bradford WD**, Steiner JF, Havranek EP, Foody JM, Krumholz HM. "The Complexity and Cost of Drug Regimens of Older Patients Hospitalized With Heart Failure in the United States, 1998-2001." *Archives of Internal Medicine*. 165:2069-2076, 2005.

11. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Comparing Willingness to Pay for Telemedicine Across a Chronic Heart Failure and Hypertension Population" *Telemedicine Journal*, 11(4):430-438, 2005.

12. Nietert PJ, **Bradford WD**, Kaste LM. "The impact of an innovative reform to the South Carolina Dental Medicaid System." *Health Services Research*, 40(4):1078-1091, 2005.

13. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Double-Bounded Dichotomous Choice Method to Assess Willingness to Pay for Telemedicine." *Journal of Telemedicine and Telecare*, 10(6): 325-330, 2004.

14. Wager KA, **Bradford WD**, Lee FW, Jones W, Kilpatrick AO. "A Look at the South Carolina Postpartum/Infant Home Visit Program through the Viewpoint of Nurses." *Public Health Nursing*, 21(6): 541-546, 2004.

15. Hueston WJ, **Bradford WD**, Sheperd TM. "Family medicine and hospital specialty match rates: Does the economy have anything to do with it?" *Family Medicine*. 35(4):265-269, 2004.

16. Sheidow AJ, **Bradford WD**, Henggeler SW, Rowland MD, Halliday-Boykins C, Schoenwald SK, Ward DM. "Treatment Costs for Youths in Psychiatric Crisis: Multisystemic Therapy versus Hospitalization." *Psychiatric Services*. 55: 548-554, 2004.

17. Ornstein S, Jenkins RG, Nietert PJ, Feifer C, Roylance LF, Nemeth L, Corley S, Dickerson L, **Bradford WD**, Litvin C. "A Multimethod Quality Intervention to Improve Preventative Cardiovascular Care." *Annals of Internal Medicine*. 141(7):523-532, 2004.

18. **Bradford WD**, Mobley L. "Employment-Based Health Insurance and the Effectiveness of Intra-Firm Competition between Insurance Providers." *Southern Economic Journal*, 70(4): 1012-1031, 2004.

19. **Bradford WD**, Kaste LM, Neitert PJ. "Health Insurance, Continuity of Medical Care the Nature of Physicians Visits for Infants and Young Children." *Medical Care*, 42(1): 91-98, 2004.

Declaration of Professor W. David Bradford, Ph.D.

20.  **Bradford WD**. "Pregnancy and the Demand for Cigarettes." *American Economic Review*, 93(5): 1752-1763, 2003.

21. **Bradford WD**, Neitert PJ, Kaste LM, Lala RF. "Increased Dental Medicaid Reimbursement Rates in SC.*" Journal of Public Health Dentistry* 2003; 63(S1):S37.

22. **Bradford WD**, Krumholz HM. "The Effect of Managed Care Penetration on the Treatment of Acute Myocardial Infarction in the Fee-For-Service Medicare Population." *International Journal of Health Care Finance and Economics,* 2:265-283, 2003.

23. Krumholz HM, Weintraub WS, **Bradford WD**, Heidenreich PA, Mark DB, Paltiel D. "The Cost of Prevention: Can we afford it? Can we afford not to do it?" *Journal of the American College of Cardiology* 2002; 40(4): 603-615.

24. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "A Two-Part Model of the Cost of Treating Benign Prostatic Hyperplasia and the Impact of Innovation." *Applied Economics,* 34:1291-1299, 2002.

25. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Testing the Efficacy of Telemedicine: A Detection Controlled Estimation Approach." *Health Economics,* 10(6):553-564, 2001.

26. Krousel-Wood MA, Re RN, Abdoh A, Chambers R, Altobello C, Ginther B, **Bradford WD**, Kleit AN. "The Effects of Education on Patients' Willingness to Participate in a Clinical Trial of Telemedicine Targeting Medical Care of Hypertensives." *Journal of Telemedicine and Telecare*, 7(5):281-287, 2001.

27. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re AN. "Stochastic Frontier Estimation of Cost Models within the Hospital." *Review of Economics and Statistics,* 83(2):302-309. 2001.

28. Wexler D, Chen J, Radford MJ, Yaari S, **Bradford WD**, Krumholz HM. "Predictors of Costs of Caring for Elderly Patients Discharged with Heart Failure." *American Heart Journal,* 142(2):350-57. 2001.

29. Druss BG, **Bradford WD**, Rosenheck RA, Radford MJ, Krumholz HM. "Quality of Medical Care and Excess Mortality in Older Patients with Mental Disorders" *Archives of General Psychiatry,* 58(6):565-72. 2001.

Declaration of Professor W. David Bradford, Ph.D.

30. Krousel-Wood MA, Re RN, Abdoh A, Gomez N, Chambers RB, **Bradford WD**, Kleit AN. "A Method to Report Utilization for Quality Initiatives in Medical Facilities." *The Ochsner Journal*. 3(4):200-206, 2001.

31. Krousel-Wood MA, Re RN, Abdoh A, **Bradford WD**, Kleit AN, Chambers R, Altobello C, Ginther B, Gomez N. "Patient and Physician Satisfaction in a Clinical Study of Telemedicine in a Hypertensive Patient Population." *Journal of Telemedicine and Telecare*, **7**:206-211, 2001.

32. Krumholz HM, Chen YT, Vaccarino V, Wang Y, Radford MJ, **Bradford WD**, Horwitz RI. "Correlates and impact on outcomes of worsening renal function in patients greater than or equal to 65 years of age with heart failure." *American Journal of Cardiology,* 85(9): 1110-1113, 2000.

33. **Bradford WD**, Martin RL. "Partnerships, Intra-Firm Competition and Quality Choice in the Medical Profession." *Review of Industrial Organization,* 17: 193-208, 2000.

34. Druss BG, **Bradford WD**, Rosenheck RA, Radford MJ, Krumholz HM, "Mental Disorders and Use of Cardiovascular Procedures After Myocardial Infarction." *JAMA,* 283(4): 506-511, 2000.

35. Krumholz HM, Chen YT, **Bradford WD**, Cerese J. "Variations and correlates of length of stay among patients hospitalized with heart failure in academic hospitals." *American Journal of Managed Care*, 5(6): 715-723, 1999.

36. **Bradford WD**, Chen J, Krumholz HM. "Under-utilization of beta-blockers after acute myocardial infarction: pharmacoeconomic implications." *Pharmacoeconomics*, 15(3): 257-268, 1999.

37. Mobley L, **Bradford WD**. "'Profit' Variability Among Hospitals: Ownership or Location?" *Applied Economics*, 29: 1125-1138, 1997.

38. DeFelice LC, **Bradford WD**. "Relative Inefficiencies in Production between Solo and Group Practice Physicians" *Health Economics*, 6:455-465, 1997.

39. **Bradford WD**, Craycraft C. "Prospective Payments and Hospital Efficiency," *Review of Industrial Organization*, 11(6): 791-809, 1996.

40. **Bradford WD**. "Efficiency in Employment-Based Health Insurance: The Potential for Supra-Marginal Cost Pricing," *Economic Inquiry*, 34(2): 341-356, 1996.

Declaration of Professor W. David Bradford, Ph.D.

41. **Bradford WD**. "The Effects of a Relative Value Reimbursement Scheme on the Medical Market: Lessons from Medicaid," *Review of Industrial Organization*, 10(4): 511-532, 1995.

42. **Bradford WD**, Martin RL. "A Test of the Supplier Induced Demand Hypothesis with Endogenous Quality," *Eastern Economic Journal*, 21(4): 491-504, 1995.

43. **Bradford WD**, Martin RL. "Office Triage and the Physician Labor Supply Curve," *Empirical Economics*, 20(2): 303-325, 1995.

44. **Bradford WD**. "Solo versus Group Practice in the Medical Profession: The Influence of Malpractice Risk," *Health Economics*, 4(2): 95-112, 1995.

45. **Bradford WD**. "National Health Care and Quality of Service: Lessons from Medicaid," *Contemporary Policy Issues*, 11(2): 23-38, 1993.

46. Culbertson WP, **Bradford WD**. "The Price of Beer: Some Evidence from Interstate Comparisons," *International Journal of Industrial Organization*, 9(1991): 275-289.

## V.6.2. Book chapters and other professional publications

1. **Bradford WD**. "Service Utilization Comparison of South Carolina Medicaid FFS, Physician Enhanced Program (PEP) and Health Maintenance Organization (HMO)." *The Journal of the South Carolina Medical Association*, forthcoming.

2. **Bradford WD**. "Introduction to the Third Annual Southeastern Health Economics Study Group Conference." *Southern Economic Journal*. 73(3): 550-552, 2007.

3. **Bradford WD**, Kleit AN. "Plugs for Drugs: Threat or Menace?" *Regulation*. 29(1): 58-62. Spring 2006.

4. **Bradford WD**, Kleit AN. "Direct to consumer advertising." In AM Jones (ed.) *Elgar Companion to Health Economics* (Cheltenham, UK: Elgar Publishing, 2006).

5. **Bradford WD**. "Cost Benefit Analysis in Health Services Research." In E Chumney and K Simpson (eds.) *Designs for Outcomes Research* (Bethesda, MD: American Society of Health-System Pharmacists, 2006).

6. ***Bradford WD***, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment" *AEI-Brookings Papers, 05-19.* Sep 2005.

Declaration of Professor W. David Bradford, Ph.D.

7. Tilley BC, Wisdom K, Sadler ZE, **Bradford WB**. "Overcoming Barriers to the Inclusion of Older African Americans in Health Outcomes Research." In: Curry L & Jackson JS (Eds.). *Recruiting and Retaining Racial and Ethnic Elders in Health Research.* Washington, D.C.: Gerontological Society of America, 2003.

8. **Bradford WD.** "National Trends in Physician Income," in *The Organization and Management of Physician Services: Evolving Trends*, Ronald B. Conners, editor (American Hospital Association Publishing Company), 1997.

9. **Bradford WD**, Dahl C. "Preliminary Report on a Cost-Benefit Study of Mandated Ethanol-Gasoline Blends," *Proceedings of the Eleventh Annual North American Conference for the International Association of Energy Economists*, (October 1989), pp. 226-236.

## V.6.3. Reports

1. **Bradford WD,** Wager KA, Graber D, Jones WJ, Ward DM, White AW. *South Carolina Medicaid Out Of Home Placement Evaluation Report.* Report to the South Carolina Medicaid Agency. April 2004.

2. **Bradford WD,** Commins JS. Sickle Cell Disease in the South Carolina Medicaid Population: Incidence, Utilization, and Costs, Report to the South Carolina Medicaid Agency, December 2003.

3. **Bradford WD,** Commins JS. *The Impact of Diabetes in the South Carolina Medicaid Population in 2002*, Report to the South Carolina Medicaid Agency, December 2003.

4. **Bradford WD,** Commins JS. Comparison of Expenditures and Service Utilization: Fee-For-Service Enrollees versus Select Health Members, Report to the South Carolina Medicaid Agency, September 2003.

5. **Bradford WD,** Commins JS. Comparison of Expenditures and Service Utilization: Fee-For-Service Enrollees versus Physician Enhanced Payment Enrollees, 2001-2002, Report to the South Carolina Medicaid Agency, September 2003.

6. **Bradford WD,** Lee FW, Dismuke CE, McIlwain T, Jones WJ, Simpson K. *South Carolina Medicaid DAODAS Prior Authorization Services Outcome Evaluation.* Report to the South Carolina Medicaid Agency, October 2003.

Declaration of Professor W. David Bradford, Ph.D.

7. **Bradford WD**, Lee FW, Jones W, Kilpatrick AO, Wager KA. *South Carolina Medicaid Postpartum/Infant Home Visit Program Outcome Evaluation*, Report to South Carolina Medicaid Agency, December 2002.

8. **Bradford WD**, Jones WJ, Ward DM. Report on Service Utilization Comparison of South Carolina Medicaid FFS and Physician Enhanced Payment (PEP) Programs. Report to South Carolina Medicaid Agency, August 2002.

9. **Bradford WD**. "The Role of Patient Demand in Driving Health Care Spending" BCBSHealth Issues.com, April 29, 2002.

   http://bcbshealthissues.com/perspectives/healthcarecosts/

10. **Bradford WD**. Report on Service Utilization Comparison of South Carolina Medicaid FFS and HMO Programs, Report to South Carolina Medicaid Agency, December 2001.

11. VLBW Research Team (**Bradford WD**, team member). *Very Low Birth Weight Outcomes Project*, Report to South Carolina Medicaid Agency, 2000.

12. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN. *The Role of Technology in Reducing Health Care Costs*, Report to Sandia National Laboratories, 1997.

13. Farber SC, **Bradford WD**, Wascom D. *Chemical Waste in Louisiana, 1987: A Summary of Hazardous Waste and Toxic Chemicals*, Report to the Louisiana Department of Environmental Quality, 1989.

## V.6.4. Editorials

▪ **Bradford WD**. "Commentary from a Health Economist: Financing Pediatric Psychology: Buddy, Can You Spare a Dime?" *Journal of Pediatric Psychology*, Vol. 29, No. 1, 2004.

## V.6.5. Abstracts

1. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." International Health Economics Association Fourth International Conference, San Francisco, California, June 2003.

2. Kaste LM, Nietert PJ, **Bradford WD**, Oldakowski R, Drury T. "Race/ethnicity variation of usual source of medical care and sealants." *Journal of Public Health Dentistry*, 2001;61(4):235.

Declaration of Professor W. David Bradford, Ph.D.

3. **Bradford WD**, Kaste LM, Nietert PJ. "Continuity of medical care and its association with dental advice." *Journal of Dental Research.* 2001;80(IADR Abstracts):540.

4. **Bradford WD**. "Direct to Consumer Advertising for Prescription Drugs: A Game Theoretic Model." International Health Economics Association Third International Conference, York, United Kingdom, July 2001.

5. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN, Runnels, J. "A Computer Model for the Evaluation of the Economic Impact of Health Care Technology," Association for Health Services Research, Chicago, Illinois, June 1997.

6. Chen YT, **Bradford WD**, Wang Y, Selzer J, Krumholz H. "The impact of acute renal failure on cost in elderly patients with congestive heart failure." International Society for Pharmacoeconomics and Outcomes Research Third Annual International Meeting, Philadelphia, Pennsylvania, May 1998.

7. **Bradford WD**. "Solo Practice Versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," *Proceedings of the Northeast Business and Economics Association Annual Meeting*, Portsmouth, New Hampshire, 1993.

### V.6.6. Book reviews

1. Book Review of Telemedicine and Telehealth, in Health Economics, 10(7):681-682. 2001.

2. Book Review of Feldstein, Paul J., *Health Policy Issues: An Economic Perspective on Health Reform,* (Ann Arbor: Health Administration Press), in *Inquiry,* 32(3): 360-361, 1995.

3. Book review of Jacobs, Philip, *The Economics of Health and Medical Care, Third Edition,* (Gaithersburg, Maryland: Aspen Publishers, Inc. 1991), in *Inquiry* 29(2): 276, 1992.

## V.7. Current research

1. **Bradford WD**, Silvestri G, Zoller J. "Time preference and the use of preventative disease screening." *Under review*.

2. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals." *Under review*.

Declaration of Professor W. David Bradford, Ph.D.

3. Sheidow A, **Bradford WD**, Henggeler S. "Cost-Effectiveness of Evidence Based Treatment in Juvenile Drug Court." *Under review*.

4. McCullough JS, **Bradford WD**. "The Effect of Direct to Consumer Advertising on Watchful Waiting: The Case of Statin Ads and Cholesterol Testing Behavior." *In process*.

5. **Bradford WD**, Kliet AN. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." *In process*.

6. **Bradford WD**, Dolan P. "A Model of Adaptive Global Utility Maximization." *In process*.

7. **Bradford WD**. "A Matching Process to Create Simulated Instrumental Variables." *In process.*

# V.8. Grants and contracts

## V.8.1. Currently active as principal investigator

1. "Effect of FDA Boxed Warnings and Public Information on Pharmaceutical Use (continuation)" (Principal Investigator, R01 HS011326-03) Agency for Healthcare Research and Quality. *The goals of this project are to determine whether FDA Black Box Warnings are effective tools at post-marketing drug safety improvement given the existence of clinical publications, media coverage, and direct to consumer pharmaceutical advertising.* 09/07/07 – 08/31/11. $1,172,609 (25% effort).

2. "Clinical efficacy and potential cost offsets for state Medicaid programs from increased Mirena utilization." (Principal Investigator) Source: Bayer/Berlex (Contract), July 2007 – June 2008. $70,000.

3. "State Use of Master Settlement Agreement Funds: Developing a Report Card" (Local Principal Investigator). Department of Defense. *The goals of this project are to assess the use of funds awarded to each state as a consequence of the Master Settlement Agreement, and the effectiveness of that use in reducing teen smoking.* 8/1/06 – 7/30/09. $210,259 (5% effort).

4. "Public Health and Economic Implications of Free Nicotine Replacement" (Local Principal Investigator). Department of Defense. The goals of this research are to estimate

Declaration of Professor W. David Bradford, Ph.D.

the health effects and budgetary impacts of programs to offer free nicotine replacement therapy to encourage smoking cessation. 8/1/06 – 7/30/09. $289,221 (5% effort).

## V.8.2. Completed as principal investigator

1. "DTC Advertising Effect on Adherence to Statin Therapy" (Principal Investigator) National Heart Lung and Blood Institute (NIH). *The goal of this research is to assess the effect of direct to consumer advertising for prescriptions of statins on the adherence and cost effectiveness of pharmacological care for hypercholesterolemia*. 07/01/04 – 05/31/07; $714,520. (30% effort).

2. "Impact Study of the New Hampshire Employment Program" (Principal Investigator). New Hampshire Department of Health and Human Services / United States Agency for Families and Children. *Project compares the duration on, duration off and recidivism rates for welfare recipients in New Hampshire before and after a state-wide reform proposal was implemented. In addition, the project examines the caseload for the state as a whole over the 1985 to 1999 time period.* 02/01/97 – 10/31/99; $500,000 (35%).

3. "Incidence of Cross-System Medical Usage: Veterans Use of the VA and Fee-for-Service Medicare" (Principal Investigator). Northeast Program Evaluation Center – Veterans Administration. *Project compares the incidence of cross-system use by veterans suffering acute myocardial infarction in 1995. Implications of multi-system use, including total cost of care, quality of care and outcomes are also evaluated.* 10/01/98 – 09/30/99; $15,478 (15%).

4. "Assessing the Impact of Increased Dental Medicaid Reimbursement Rates on the Utilization and Access to Dental Services in South Carolina." (Principal Investigator); Health Services Research Administration. *The goal of this research is to assess the impact of increased dental Medicaid reimbursement rates on the utilization and access to dental services in South Carolina.* 08/15/00 – 12/15/01; $125,000 (15% effort).

5. "TeleHealth Deployment Research Testbed – MUSC Component." (Principal Investigator); Submitted to the Health Services Research Administration. *The goal of this project is to establish a testbed for telemedicine demonstration projects, to standardize assessment mechanisms for new telemedicine technologies*. 08/01/00 – 07/30/01; $400,000, (40% effort).

Declaration of Professor W. David Bradford, Ph.D.

6.  "TeleHealth Deployment Research Testbed, Phase II – MUSC Component." (Principal Investigator); Health Services Research Administration. *The goal of this project is to establish a testbed for telemedicine demonstration projects, to standardize assessment mechanisms for new telemedicine technologies*. 08/01/01 – 07/30/02; $280,000, (35% effort).

7.  "Postpartum/Infant Home Visit Program Outcome and PEP Program Outcome Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine the factors that affect the success of the postpartum home visit program.* 04.01.02 – 7/30/02; $170,702.

8.  "Out of Home Placement Program and DAODAS Prior Authorization System Outcome Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine the factors that affect the success and efficiency of the Out of Home Placement Program and the DAODAS Prior Authorization System.* 08/01/02 – 7/30/03. $400,000 (16% effort).

9.  "Impact of Asthma, Psychoses, Smoking and Obesity on SC Medicaid Programs Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine how specific disease clusters are treated, and how these treatments affect the SC Medicaid System.* 08/01/03 – 7/30/04. $400,000 (10% effort).

10. "Impact of Direct to Consumer Pharmaceutical Marketing" (Principal Investigator) AHRQ. The goal of this research is to assess the effect of direct to consumer advertising for prescriptions of cox-2 inhibitors and statins on the costs and cost effectiveness of pharmacological care for osteoarthritis and hypercholesterolemia. 06/01/03 – 05/31/05; $408,172. (30% effort).

11.  "Utilization and Cost of Health Services by CDU" (Principal Investigator) NIDA. The goal of this research is to develop new methods to assess the costs of health care associated with drug and other substance abuse. 08/01/03 – 07/30/07. $714,520 (25% effort).

12. "Medicaid Program Evaluation: HMO, Sickle Cell Disease, and Diabetes" (Principle Investigator). Carolina Medical Review. The goal of this research is to evaluate the HMO

Declaration of Professor W. David Bradford, Ph.D.

program within the SC Medicaid system, and to evaluate guideline adherence for Sickle
Cell disease and Diabetes. 06/01/03 – 12/31/03; $40,000 (hourly effort).

13. "17th Annual Health Economics Conference" (Principal Investigator, 1R13HS016352-
01). DHHS/Agency for Healthcare Research and Quality. *The goals of this conference
are to (1) advance the policy applicability of health economics; (2) improve the policy
relevance of empirical health economics; and (3) develop the next generations of health
economic scholars.* 03/17/06 – 03/16/07. $52,560 (5% effort).

14. "A Project to Estimate the Cost-effectiveness and Budgetary Impact of Student in
Portugal using the Model of the Treatment of Metastic Renal Cell Carcinoma (mRCC)."
Source: Datamedica (Contract), 1/1/06 – 12/31/06. $38,800.

15. "A Project to Estimate Budget Impact and Cost-effectiveness of Macugen in Portuguese
Patients with Age-Related Macular Degeneration." (Principal Investigator) Source:
Datamedica (Contract), 1/1/06 – 12/31/06. $28,100.

## V.8.3. Completed as co-investigator

1. "Testing EBP and Organization Effects in Rural Appalachia" (Co-Investigator) NIMH.
The goal of this project is to assess the effect of combining organization change
interventions with multisystemic therapy for the effectiveness of social services support
in rural Appalachia. 07/01/03 – 06/30/07 (10% effort).

2. "Substance Abusing Delinquents: 5-Year Outcomes of RCT" (Health Economist),
National Institute of Mental Health. The goal of this study is to attenuate deleterious
long-term outcomes and cost in a sample of 200 chronic juvenile offenders meeting
diagnostic criteria for alcohol or drug abuse or dependence. 09/01/04 – 08/31/09. (5%
effort).

3. "Alcohol/Drug Abusing Delinquents: 5-Year Outcomes of RCT" (Health Economist),
National Institute of Mental Health. The goal of this study is to attenuate deleterious
long-term outcomes and cost in a sample of 200 chronic juvenile offenders meeting
diagnostic criteria for alcohol or drug abuse or dependence. 04/01/03 – 03/31/08. $
1,941,755 (10% effort).

4. "The Effectiveness of Catheterization on Mortality from Acute Myocardial Infarction
when Controlling for Selection Effects in an Elderly and Non-Elderly Population," (Co-

Declaration of Professor W. David Bradford, Ph.D.

Investigator) under contract for the State of Connecticut. *Project investigates the consequences of expanding coronary catheterization capacity to all hospitals in the state of Connecticut.* 01/01/96 – 12/31/96; $20,000.

5. "The Role of Technology in Health Care Costs," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. *Project develops a general methodology to assess the full cost implications of technological innovation in health care from a social perspective.* 05/01/95 – 04/30/97; $1,200,000 (varying percent effort).

6. "Extension of: 'The Role of Technology in Health Care Costs'," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. *Project assesses the cost implications for the adoption of remote medicine (telemedicine) technologies to provide health care to various populations. Project also undertakes cost effectiveness simulations*. 09/01/97 – 08/31/99; $1,000,000 (varying percent effort).

7. "Extension of: 'The Role of Technology in Health Care Costs'," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. *Project assesses the cost implications for the adoption of remote medicine (telemedicine) technologies to provide health care to various populations. Project also undertakes cost effectiveness simulations.* 09/01/99 – 08/31/01; $800,000 (varying percent effort).

8. "MST vs. Hospitalization: 2-Year follow-up for Outcomes" (Co-investigator). National Institute of Mental Health. The major goal of this project is to assess the economic benefits of MST treatment vs. standard treatment for children with mental health crises in terms of reducing costs associated with institutionalization. 7/1/99 – 6/30/01; $601,819, (5%).

9. "CMR – Very-Low Birth Weight Birth" (Co-Investigator). Carolina Medical Review This project will evaluate the characteristics of very-low birth weight births, and the factors which contribute to adverse outcomes, readmission and high cost. 04/01/99 – 05/31/99; $8,825 (20%).

10. "MST with Alcohol Abusing Delinquents: Outcomes and Costs" (Co-Investigator). National Institute of Mental Health. The major goal of this project is to assess the use of MST (non-institutional) therapy for delinquent adolescents compared to standard institutionalization. 7/1/99 – 6/30/04; $2,982,078, (5% effort).

Declaration of Professor W. David Bradford, Ph.D.

11. "Randomized Clinical Trial of Juvenile Drug Court and MST" (Co-Investigator). National Institute on Drub Abuse. The major goal of this project is to assess the use of MST in conjunction with juvenile drug court enhances the clinical and cost-related outcomes for drug-using delinquent adolescents. 9/01/99 – 8/31/04, $1,740,207, (5.2% effort).

12. "Understanding and Eliminating Health Disparities in Blacks" (Co-Investigator). Approved by Agency for Healthcare Research and Quality. *The goal of this research is to explore the many factors that lead to and perpetuate disparities in health outcomes among the African-American population of the state of South Carolina.* $12,118,398 (14.83% effort).

13. "Disease and Stroke in Primary Care Practice" (Co-Investigator); Submitted to Agency for Health Care Policy and Research. The major goal of this project is to determine whether academ8ic detailing with respect to the use of quality improvement initiatives based on electronic medical record systems can improve adherence to clinical guidelines. $864,045 (9.88% effort).

14. "Feasibility of Remote Video Outpatient Clinical Visits in Cancer Patients Receiving Palliative Care" (Service Center Leader), Department of Defense. *The major goal of this project is to assess the utility of telemedicine for patients receiving palliative care for cancer.* 7/1/01 – 6/31/03, award for service center: $7,000.

15. "Assessing Barriers for the Screening of Lung Cancer in Rural Populations: A Telephone and Written Survey" (Service Center Leader), Department of Defense. *The goal of this project is to better understand barriers-to-care for patients with lung cancer living in rural and medically underserved areas.* 12/01/01 – 11/30/02 , $149,964 (20% effort) .

16. "Schools as a Context for Mental Health" (Co-Investigator) NIH/NIMH. The goal of this study is to investigate interdisciplinary approaches, and the cost effectiveness of those interventions, for providing mental health services to children within the educational infrastructure. 09/01/02 – 08/31/05 (4% effort).

17. "Assessing Barriers for the Screening of Lung Cancer in Rural Populations: Physician Acceptance" (Service Center Leader), Department of Defense. *The goal of this project is*

Declaration of Professor W. David Bradford, Ph.D.

*to better understand barriers-to-care for patients with lung cancer living in rural and medically underserved areas.* 01/01/03 – 12/31/05 , $300,000 (20% effort).

## V.9. Papers presented

1. **Bradford WD**, Kliet AN. "The Effect of Information on the Timing of Pharmaceutical Treatment for Cholesterol." American Society of Health Economics Annual Meeting, Durham, NC, June 22-25, 2008.

2. **Bradford WD**, Kliet AN. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." 5th Annual Southeastern Health Economic Study Group Conference, Chapel Hill, NC., October 19-20, 2007.

3. **Bradford WD**, Dolan P. "A Model of Adaptive Global Utility Maximization." 71st meeting of the Health Economists' Study Group, Brunel University, Uxbridge, United Kingdom, September 5-7, 2007.

4. **Bradford WD**, Kleit AN. "The Impact of DTC on Switching Between Statin Drugs and the Duration of Lipid-Lowering Therapy." International Health Economics 6th World Congress, Copenhagen, Denmark, July 8-11, 2007.

5. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" Pharmaceutical Economics and Policy Council, Chicago, IL, January 7-8, 2007.

6. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" Federal Trade Commission, Bureau of Economic Research Roundtable on the Economics of the Pharmaceutical Industry. Washington, D.C., October 20, 2006.

7. **Bradford WD**, Zoller J, Silvestri G "Estimating the Effect of Individual Time Preferences on the Use of Disease Screening" Third Annual Southeastern Health Economics Study Group Conference, Miami, FL October 2006.

8. **Bradford, WD** and Kleit, A.N. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" American Society of Health Economists, Madison, WI. June 4-7, 2006.

Declaration of Professor W. David Bradford, Ph.D.

9.  Wosinska, M, and **Bradford, W.D.** "Direct-to-Consumer Advertising, Media Publicity and Utilization of Prescription Drugs" American Society of Health Economists, Madison, WI. June 4-7, 2006.

10. **Bradford, WD**, Dismuke CE, Steyer T, Zoller J. "The Use of Detection Controlled Estimation to Estimate Physician Prescribing and Patient Purchase of Pharmaceuticals in Administrative Data for Asthma." International Health Economics Association 5th World Congress, Barcelona, Spain, July 2005.

11. **Bradford, WD**. "The Impact of Direct to Consumer Advertising for Statins on Physician Prescribing Behavior: International Health Economics Association 5th World Congress, Barcelona, Spain, July 2005.

12. **Bradford, WD**. "The Impact of Direct to Consumer Advertising on Prescription Drugs: FDA Hearing on Direct to Consumer Advertising, Washington DC, November 1, 2005.

13. **Bradford WD**, Jones WJ, Ward DM. "Medicaid and Managed Primary Care: The Role of South Carolina PEP" American Public Health Association 132nd Annual Meeting, Washington, D.C., November, 2004.

14. **Bradford WD,** Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis." American Economic Association Annual Meetings, Philadelphia, PA, January 2005.

15. **Bradford WD**, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis" Second Annual Southeastern Health Economics Study Group Conference, Atlanta, GA, November 2004.

16. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." American Health Economics Conference, Birmingham, Alabama, April, 2004.

17. Bradford WD, Bearden L. "The impact of diabetes: Costs and resource utilization." American Health Quality Association Technical Meeting, New Orleans, Louisiana, March 2004.

Declaration of Professor W. David Bradford, Ph.D.

18. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." International Health Economics Association Fourth International Conference, San Francisco, California, June 2003.

19. **Bradford WD**, Mobley L. "Employment-Based Health Insurance and the Effectiveness of Intra-Firm Competition Between Insurance Providers." Eleventh Annual Health Economics Conference, Washington, D.C., June 2000.

20. **Bradford WD**. "Direct to Consumer Advertising for Prescription Drugs: A Game Theoretic Model." Eleventh Annual Health Economics Conference, Washington, D.C., June 2000.

21. **Bradford WD**, Krumholz HM. "The Effect of Managed Care Penetration on the Treatment of Acute Myocardial Infarction in the Fee-For-Service Medicare Population." Ninth Annual Health Economics Conference, Ithaca, New York, June 1998.

22. Chen YT, **Bradford WD**, Wang Y, Selzer J, Krumholz H. "The impact of acute renal failure on cost in elderly patients with congestive heart failure." International Society for Pharmacoeconomics and Outcomes Research Third Annual International Meeting, Philadelphia, Pennsylvania, May 1998.

23. **Bradford WD**, Martin RN. "A Theory of Referrals: Applications to the Medical Profession," Fifth Northeast Regional Health Economics Research Symposium, Newport, RI, August 1997.

24. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN, Runnels J. "A Computer Model for the Evaluation of the Economic Impact of Health Care Technology," Association for Health Services Research, Chicago, Illinois, June 1997.

25. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Stochastic Frontier Estimation of Cost Models within the Hospital," Advanced Workshop in Regulation and Competition: 16th Annual Conference, Lake George, New York, May 1997.

26. **Bradford WD**. "Pregnancy and the Demand for Cigarettes," Southern Economic Association Annual Meeting, Washington, D.C., November 1996.

27. **Bradford WD.** "The Effect of State Medicaid Expenditures on the Quantity and Quality of Children Demanded by Welfare-Dependent Households," Econometric Society

Declaration of Professor W. David Bradford, Ph.D.

Session at the Allied Social Sciences Association Annual Meetings, San Francisco, California, 1996.

28. DeFelice LC, **Bradford WD**. "Relative Inefficiencies Between Solo and Group Practice Physicians," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

29. **Bradford WD**. "Optimal Physician - Hospital Admission Privilege Contracting," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

30. **Bradford WD**. "The Effect of State Medicaid Expenditures on the Quantity and Quality of Children Demanded by Welfare Dependent Households," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

31. **Bradford WD**. "Solo Practice versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," Econometric Society Session at the Allied Social Sciences Association Annual Meetings, Boston, Massachusetts, 1993.

32. **Bradford WD**. "The Efficiency of Employment-Based Health Insurance: The Potential for Supra-Marginal Cost Pricing," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1993.

33. **Bradford WD**. "Solo Practice Versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," Northeast Business and Economics Association Annual Meeting, Portsmouth, New Hampshire, 1993.

34. **Bradford WD**. "The Effects of a Relative Value Reimbursement Scheme on the Medical Market: Lessons from Medicaid," Southern Economic Association Annual Meeting, Washington, D.C., 1992.

35. **Bradford WD**. "National Health Care and Quality of Service: Lessons from Medicaid," Western Economic Association, International Annual Meeting, San Francisco, California, 1992.

36. **Bradford WD**. "A Structural Comparison of the Soft Drink and Malt Beverage Industries," Western Economic Association, International Meetings, San Diego, California, 1990.

37. **Bradford WD**. "A Cost Benefit Study of Mandated Ethanol-Gasoline Blends," (with C. Dahl), Allied Social Sciences Annual Meetings, Atlanta, Georgia, 1989.

Declaration of Professor W. David Bradford, Ph.D.

38. **Bradford WD**, Dahl C. "Preliminary Report on the Effectiveness of a Mandatory Gasohol Program on Automotive Exhaust Emissions to the Year 2000," (with C. Dahl), Southern Economic Association Meetings, Orlando, Florida, 1989.

39. Invited Lectures and Non-Academic Presentations

40. "Can Credence Advertising Effects Be Isolated? Can They Be Negative?: Evidence From Pharmaceuticals." Department of Economics, University of Georgia, Athens, GA; October 9, 2008.

41. "Advertising Search, Experience and Credence Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics, Rice University, Houston, TX; April 1, 2008.

42. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment." Leonard Davis Institute Research Seminar, University of Pennsylvania, Philadelphia, PA; April 18, 2008.

43. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics Seminar Series, University of South Carolina, Columbia, SC, October 5, 2007.

44. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics Seminar Series, College of Charleston, Charleston, SC, October 5, 2007.

45. "The Impact of Direct to Consumer Advertising on Outcomes of Statin Therapy," Lister Hill Center Seminar Series, Birmingham, AL, March 8, 2006.

46. "The Impact of Direct to Consumer Advertising on Prescription Drugs:" FDA Hearing on Direct to Consumer Advertising, Washington DC, November 1, 2005.

47. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis." Department of Economics Seminar Series, University of North Carolina – Greensboro, October 2004.

48. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." Atlanta Federal Reserve Bank Seminar Series, Federal Reserve Bank, Atlanta, Georgia, July 2004.

Declaration of Professor W. David Bradford, Ph.D.

49. "Pregnancy and the Demand for Cigarettes" Economics Spring 2001 Seminar Series, Department of Economics, University of South Carolina, February 2001.

50. "Pregnancy and the Demand for Cigarettes" Lister Hill Center for Health Policy 1999-2000 Seminar Series, University of Alabama at Birmingham, July 2000.

51. "Report on: Very Low Birth Weight Outcomes Project" (with L. Beardon, L. Szwebka, C. Gibson) South Carolina State Committee on Obstetrics and Gynecology, January 2000; and South Carolina Medical Association Committee on Perinatal Regionalization, January 2000.

52. "Cost-Benefit and Cost-Effectiveness Analysis Under Review" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

53. "Tools of the Trade – Resources for Economic Assessment" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

54. "How to Use the Medical Literature in Practice: Economic Perspectives" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

55. "Cost-Effectiveness and the Economics of Health Care," 3rd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1998.

56. "Cost Effectiveness / Cost Benefit Analysis in Technology Assessment." 3rd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1998.

57. "Pregnancy and the Demand for Cigarettes." Yale University, Department of Epidemiology and Public Health Seminar Series, November 1997.

58. "Cost Effectiveness and the Economics of Health Care," 2nd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1997.

59. "The Effectiveness of Catheterization on Mortality from Acute Myocardial Infarction when Controlling for Selection Effects in an Elderly and Non-Elderly Population." Yale

Declaration of Professor W. David Bradford, Ph.D.

University, Department of Epidemiology and Public Health Seminar Series, December
1996.

60. "Medicaid Generosity and the Size of Welfare Dependant Families," Boston University /
MIT / Harvard Health Economics Seminar, February 1996.

# V.10. Professional service

## V.10.1. Professional organizations

- *Advisory Board Member:* American Society of Health Economists
- *Co-Editor*: Health Economics Letters, peer-reviewed journal published by John Wiley
  and Sons.
- *Editorial Board*: <u>Health Economics</u>, peer-reviewed journal published by John Wiley and
  Sons.
- *Steering Committee Chair:* Southeastern Health Economics Study Group
- *Steering Committee Member:* Annual Health Economics Conference

## V.10.2. National policy sessions

- Writer for American College of Cardiology Bethesda Conference #33, Preventative
  Cardiology, December 2001.

## V.10.3. Study session participation and proposal review

- Permanent Member, Review Committee for National Institutes of Health, Health Services
  Organization and Delivery (HSOD) Section. October 2008 to present.
- Review Committee for AHA Pharmaceutical Roundtable (PRT) Outcomes Research
  Center Award Study Section, American Heart Association, June 2008.
- Review Committee for National Institutes of Health, Health Services Organization and
  Delivery (HSOD) Section. June, 2007, June 2008.
- Review Committee for National Institute on Mental Health, Services Research Section.
  February 7, 2007.
- Review Committee for National Institute on Aging, Program Project Section (ZAG1 ZIJ-
  9 (O3)). June 2006.

Declaration of Professor W. David Bradford, Ph.D.

- Review Committee for American Heart Association, Outcomes Study Section, October 2001.
- Review Committee for Agency for Health Care Policy and Research, HS-00-001: Health Care Markets and Managed Care, Rockville MD, February 2000.
- Reviewer for National Science Foundation, Economics Program (Program Announcement: GPG, NSF 99-2), November 1999, November 2003, March 2006.
- Review Committee for National Institute for Alcohol and Alcohol Abuse, ZAA1 FF: Health Services Research on Alcohol-Related Problems, Bethesda, MD, July 1997.
- Review Committee for Centers for Disease Control and Prevention, PE Fellows Class, March 2004, March 2005, March 2006, March 2007.

## V.10.4. Discussant and session chair

- Inaugural Conference of the American Society of Health Economists, June 4-7, 2006; Southeast Health Economics Study Group Symposium Review Panel 2003, 2004, and 2005; 14th European Workshop on Health Economics 2005; International Health Economics Association 5th World Congress 2005; American College of Cardiology Annual Meeting 2004; Southern Economic Association Annual Meeting, 1996; Seventh Annual Health Economics Conference, 1996; American Economic Association Annual Meeting, 1996; Fourth Annual Northeast Regional Research Symposium, 1995; Southern Economics Association Annual Meeting, 1995; Southern Economics Association Annual Meeting, 1993; Southern Economic Association Annual Meeting, 1992; Western Economic Association, International Annual Meeting, 1992.

## V.10.5. Referee

- Children's Health Care, Economic Inquiry, Journal of Health Economics, Health Economics, Health Services Research, Inquiry, International Economic Review, Hypertension, Journal of Business Research, Journal of Clinical Epidemiology, Journal of Health Economics, Journal of Political Economy, Medical Care, Review of Industrial Organization.

Declaration of Professor W. David Bradford, Ph.D.

## V.11. Legal consults involving testimony and deposition

▪ United States v. Mark Steven Miller In re: Claim of William R. Davidson: Case No. 3:02CR722; deposition given on 7/29/04. (Contact attorney: Betty J. Konen, Assistant U.S. Attorney, U.S. Department of Justice, Cleveland, Ohio.)

▪ Lowcountry Orthopaedic, PA, J. David Dalton, M.D., Joel R. Cox, M.D., Michael A Maginnis, M.D., and James J. McCoy, M.D. v. Trident Medical Care Center, LLC and HCA Inc.: Case No. 99-CP-08-2279; deposition given on 8/24/04. (Contact attorney: Richard Farrier, Nelson Mullins Riley & Scarborough, Charleston, South Carolina.)

▪ Alexis Sams and all others similarly situated vs. Palmetto Health Alliance d/b/a Palmetto Richland and Palmetto Baptist.: Case No. 04-CP-40-4168; and Frances Bonetto and all others similarly situated vs. Palmetto Health Alliance d/b/a Palmetto Richland and Palmetto Baptist.: Case No. 04-CP-40-4362; deposition given on October 20, 2005. (Contact attorney: Daniel C. Leonardi, Nexsen Pruet Adams & Kleemeier, LLC, Columbia, South Carolina.)

▪ Martha Ward on behalf of herself and others similarly situated vs. Dixie National Life Insurance Company and National Foundation Life Insurance Company: Case No. 03-3-3239-17; deposition given on December 20, 2005. (Contact attorney: J. Calhoun Watson, Sowell Gray Stepp & Laffitte, LLC, Columbia, South Carolina.)

▪ United States of America ex re. Ven-a-Care of Florida, Inc. v. Dey, Inc. et al.: Civil Action No. 05-11084-PBS; deposition given on May 7-8, 2009. (Contact attorney: Sarah L. Reid, Kelley, Drye & Warren, LLP, New York, NY.)

## V.12. Legal consults involving testimony only

▪ Bridget Kennedy, as Administratrix of the estate of Zakiya Kennedy, deceased, vs. Ortho-McNeil Pharmaceutical, Inc., Johnson and Johnson, Columbus & 103rd Street Drug Corp., the Mount Sinai Hospital, and Thain Rousseau-Pierre, MD: Supreme Court of the State of New York, County of New York, Index No: 106921/05. (Contact attorney: Terry Tottenham, Fulbright & Jaworski, LLP, Austin, Texas.)

Declaration of Professor W. David Bradford, Ph.D.

- Ronald Drazin et al., vs. Horizon Blue Cross Blue Shield of New Jersey, et al.: Civil Action No. 06-6219. (Contact attorney: Randee M. Matloff, Esq., Nagel Rice, LLP, Roseland, New Jersey.)

## V.13. Departmental and university service

### V.13.1. Department of Public Administration and Policy, University of Georgia

- Faculty Executive Committee, 2008 to present
- External Funding Committee, 2008 to present

### V.13.2. Medical University of South Carolina

- Faculty Convocation Committee Chair, 2002-2003
- Faculty Convocation Committee, 2000-2004
- Healthy South Carolina Advisory Board, 2000-2003
- Department of Medicine Roundtable on National Health Insurance, Panelist, 2000
- MUSC University Research Council, 2001-present
- MUSC Planning Committee, CTSA Project, April 2006-present

### V.13.3. College of Health Professions, Medical University of South Carolina

- College of Health Professions Tenure Committee Chair, 2001-2002
- Dean's Council, 2002-present
- Chair, Faculty Assembly, 2005-2006
- Student Scholarship and Faculty Award Committee Chair, 2002-2005

### V.13.4. Department of Health Administration and Policy, Medical University of South Carolina

- Faculty Promotion Committee, 2000-2001
- Research Committee Chair, 1999-2001
- Health Administration and Policy Departmental Hiring Committee, 2001-2002
- DHA Leadership Committee, 2001-2002
- Director, Health Economics Research Unit, 1999-2002

Declaration of Professor W. David Bradford, Ph.D.

### V.13.5. Center for Health Economic and Policy Studies, Medical University of South Carolina

- Director, 2003-present

### V.13.6. Center for Health Care Research, Medical University of South Carolina

- Faculty Search Committee, 1998-1999

- Visiting Scholar Program Director, 1998-2001

- Executive Committee, 2000-2001

### V.13.7. Department of Economics, University of New Hampshire

- Hiring Committee for McKerley Endowed Chair in Health Economics, 1997-1998

- Graduate Theory Exam Committee, 1991-1998

- Department of Economics Graduate Program Coordinator, 1996-1997

- Undergraduate Program Committee, 1991-1993

- Graduate Program Committee, 1993

- Graduate Program Committee 1995-1997

- Faculty Recruiting Committee, 1991-1992

- Faculty Recruiting Committee, 1993

- Faculty Recruiting Committee, 1996.

### V.13.8. University of New Hampshire

- University Graduate Council, 1993-1995.

## V.14. Teaching responsibilities

- Advanced Topics in Statistical Modeling, (Ph.D. level, Department of Public Administration and Policy, University of Georgia).

- Program Evaluation, (Masters and Ph.D. level, Department of Public Administration and Policy, University of Georgia).

- Logical Tools for Decision Making, (Doctoral level, Department of Health Administration and Policy, Medical University of South Carolina).

Declaration of Professor W. David Bradford, Ph.D.

- Health Care Financial Management, (Doctoral level, Department of Health Administration and Policy, Medical University of South Carolina).
- Microeconomic Theory I, (Ph.D. level, Department of Economics, University of New Hampshire).
- Industrial Organization II, (Ph.D. level, Department of Economics, University of New Hampshire).
- Health Economics, (Undergraduate level, Department of Economics, University of New Hampshire; Master's level, Department of Health Management and Policy, University of New Hampshire; Master's Level, Department of Health Administration and Policy, Medical University of South Carolina).
- Intermediate Microeconomic Theory, (Department of Economics, University of New Hampshire).
- Principles of Economics, (Undergraduate level, Department of Economics, University of New Hampshire; Department of Economics, Louisiana State University).

## V.15. Professional organizations

- American Economic Association
- American Society of Health Economists
- International Health Economics Association
- Omicron Delta Epsilon
- Southern Economic Association
- Western Economic Association

## V.16. Personal

- Birth Date: January 27, 1965.
- Marital Status: Married, two children.
- Citizenship: U.S.A.

Declaration of Professor W. David Bradford, Ph.D.

## V.17. References

- Dr. James F. Burgess, Jr.

  Health Policy & Management

  Boston University School of Public Health

  715 Albany Street, Talbot Building

  Boston, MA 02118

  (617) 414-1424

- Andrew N. Kleit, Ph.D.

  Department of Meteorology

  507 Walker Building

  University Park, PA 16802

  (814) 865-0711

- Marie A. Krousel-Wood, MD

  Division of Research

  Alton-Ochsner Medical Foundation

  1516 Jefferson Highway

  New Orleans, LA 70121

  (504) 842-3562

- Michael A. Morrisey, Ph.D.

  Department of Health Care Organization and Policy

  The University of Alabama at Birmingham

  1665 University Boulevard, RPHB 330

  Birmingham, Alabama 35294-0022

  (205) 975-8966

- John A. Rizzo, Ph.D.

  Department of Economics

  State University of New York at Stony Brook

  Stony Brook, NY 11794-4384

  (631) 632-7526

Declaration of Professor W. David Bradford, Ph.D.

# VI. Appendix B: Wholesaler Charts



PAGES 50-69 HAVE BEEN
COMPLETELY REDACTED

Declaration of Professor W. David Bradford, Ph.D.

# VII. Appendix C: Medicaid payment basis analysis

36) In this section I describe the analysis, used to identify the basis of payment for each Medicaid claim. I will also summarize the results of this analysis and give a brief review of the state Medicaid claims data processing.

37) In order to perform a payment basis analysis I first clean the claims data for each state. The steps involved in this process are unique to each state; however, many of the steps are common across states.

38) I exclude negative claims that are generally adjustments to positive claim records. When I identify a dataset with these adjustments, I attempt to match them to their original claim counterpart using some form of claim ID provided in the data. The result of this process is that certain claims are canceled out and dropped from further analysis. After these adjustments, any remaining negative claims are excluded.

39) I also perform a series of additional exclusions, which are commensurate to those preformed by plaintiff expert Dr. Duggan. These exclusions include any claims with a negative or missing paid amount, quantity, or billed amount. Claims with an amount billed less than the amount paid are also removed. Furthermore, I drop all claims that occur within a quarter for which there is incomplete data, and all claims with a non-zero third party payer amount. Finally, I do not consider claims when the paid amount is less than the dispensing fee or claims that are identified within the data as having been compounded.

40) The payment basis analysis is performed on a claim-by-claim basis using the data for each state created through the initial processing steps described above. I first calculate a unit ingredient reimbursement and a unit ingredient billed amount for each claim in the data set. This is generally done using the following formula:

$$\text{Unit ingredient reimbursement} = (\text{paid amount} + \text{copayment} - \text{dispensing fee}) / \text{quantity}$$

41) If the copayment or dispensing fee fields are not provided in the claims data I generally create these fields using information obtained through research. I have reviewed the research

Declaration of Professor W. David Bradford, Ph.D.

compiled by Myers and Stauffer for use in Dr. Duggan's analysis and generally feel that this information is accurate. Therefore, I use the Myers and Stauffer data in my analyses.

42) I then bring in the price fields necessary for this analysis. I use the published AWP, WAC and FUL prices from the FDB data. Furthermore, I consider the DOJ-revised AWP made available in 2000, as well as any state MAC prices provided to me or that I was able to obtain through publically available sources. I also create prices that reflect up to a 90 day lag in the state's implementation of either a change in price or policy.

43) To identify the basis of payment for each claim that most closely resembles the actual reimbursement, I calculate the difference between the unit ingredient reimbursement and each pricing basis available, including the unit ingredient billed, as a percentage of the unit ingredient reimbursement. I then determine which pricing basis differs the least from the actual unit ingredient reimbursement and assign each claim a basis accordingly. I allow a 0.25% margin for error when assigning these matches. Therefore, if the most closely matching price still differs by more than 0.25% of the claim's ingredient cost I determine the match to be invalid and assign the claim a basis of "other", the "other" category represents claims whose price basis for reimbursements is unknown.

44) Some states did not provide state MAC data, although research indicates that a state MAC program did exist for some portion of the time period at-issue. In order to take this fact into account and maintain a conservative analysis for the states where this is an issue, I calculate further payment basis matches using a process which approximates a potential MAC price.

45) This extension to the payment basis analysis begins with the results of the original payment basis analysis and only considers claims which did not receive a basis during the initial analysis. As such, a basis of payment identified in the initial analysis cannot be overridden by this further analysis. For each NDC and quarter I determine the two prices which occur most often among the previously unmatched claims during quarters in which research indicates a state MAC program existed for that state. These modes must meet the following criteria to continue in the analysis:

- The most frequently occurring mode is dropped if the percentage of claims represented by the two modes is not at least 40%.

Declaration of Professor W. David Bradford, Ph.D.

- The most frequently occurring mode is dropped if the percentage of claims represented by the second mode is less than 10% and the percentage of claims represented by the first mode is less than 40%.

- The second most frequently occurring mode is dropped if the percentage of claims represented this mode is less than 10%.

- The second most frequently occurring mode is dropped if the percentage of claims represented by both modes is less than 40% or the percent of claims represented by the first mode is greater than 40%.

- The number of claims represented by either mode is less than 10.

- The mode did not exist for more than one quarter.

46) I then use these two price bases to perform an additional matching process similar to the one described above and using the same 0.25% threshold. Again, only claims with a basis result of "other" are considered. Claims identified through this process are given a basis of "MAC observed."

Declaration of Professor W. David Bradford, Ph.D.

## VII.1.1. Results

**Figure 48: Payment basis results for all states with claims data**

| State | Total claims | Total paid | Start quarter | End quarter | AWP adjusted | WAC adjusted | FUL | State MAC | DOJ-revised AWP | AWP observed | Delaware WAC | MAC observed | WAC observed | Billed charges | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 329,283 | $10,675,514 | 1993 Q1 | 2005 Q1 | | $5,979,962 | $80,431 | $329,637 | $445,599 | | | | $1,091,269 | $921,004 | $286,235 |
| Alaska | 43,827 | $1,805,350 | 1996 Q1 | 2006 Q4 | $427,898 | | $186,392 | | $180,011 | | | | | $547,280 | $231,035 |
| Arkansas | 89,186 | $2,931,139 | 2000 Q1 | 2008 Q1 | $50,477 | | $435,402 | $1,331,989 | | | | | | $291,259 | $407,097 |
| California | 1,043,898 | $52,565,561 | 1994 Q2 | 2007 Q3 | $21,616,639 | | $10,729,742 | | | $17,482,564 | | | | $435,650 | $259,149 |
| Connecticut | 138,423 | $6,185,819 | 1994 Q4 | 2004 Q2 | $3,924,750 | | $674,303 | | $407,946 | | | | | $513,104 | $192,089 |
| Delaware | 34,798 | $545,728 | 2003 Q1 | 2008 Q1 | $407 | | $79,957 | $15,784 | | | $321,003 | | | $4,541 | $13,291 |
| Florida | 957,163 | $36,724,156 | 1993 Q4 | 2005 Q4 | $5,478,766 | $20,759,544 | $651,889 | | $2,560,899 | | | $794,146 | | $2,038,439 | $342,316 |
| Georgia | 337,960 | $10,789,385 | 2000 Q4 | 2006 Q4 | $105,756 | | $2,223,756 | $6,398,184 | $168 | | | | | $677,141 | $414,598 |
| Hawaii | 45,630 | $2,116,769 | 1993 Q1 | 2006 Q1 | $321,784 | | $218,473 | $11,002 | $100,606 | $71,786 | | | | $276,368 | $917,674 |
| Idaho | 72,614 | $2,941,421 | 1993 Q1 | 2005 Q4 | $1,056,931 | | $242,449 | $334,310 | $289,078 | | | | | $632,789 | $40,876 |
| Illinois | 744,892 | $21,642,770 | 1992 Q2 | 2006 Q4 | $5,859,930 | $331,300 | $3,161,855 | $1,540,866 | $1,384,095 | $3,739,402 | | | | $2,011,604 | $229,418 |
| Kansas | 114,174 | $4,671,507 | 1993 Q4 | 2004 Q2 | $1,113,510 | | $642,818 | $74,177 | $49,254 | $1,239,562 | | | | $872,308 | $200,850 |
| Kentucky | 406,085 | $20,019,934 | 1995 Q1 | 2005 Q1 | $9,292,035 | | $4,495,900 | $22,684 | | | | | | $3,034,522 | $1,262,914 |
| Louisiana | 457,048 | $21,352,258 | 1995 Q1 | 2007 Q3 | $9,487,186 | | $5,575,149 | $100,308 | $1,581 | $205 | | | | $2,125,628 | $1,555,359 |
| Maine | 57,877 | $1,126,561 | 1996 Q3 | 2008 Q1 | $311,352 | | $68,273 | $448,802 | $967 | $27,523 | | | | $105,107 | $23,636 |
| Massachusetts | 478,161 | $11,917,665 | 1996 Q3 | 2007 Q4 | $239,533 | $7,099,130 | $53,105 | $199,934 | $4 | | | | $1,032,966 | $1,314,196 | $553,067 |
| Michigan | 218,352 | $5,017,722 | 2000 Q4 | 2007 Q2 | $580,702 | | $799,105 | | | | | $2,308,474 | | $346,071 | $423,772 |
| Minnesota | 111,597 | $3,785,227 | 1999 Q1 | 2007 Q4 | $708,600 | | $640,412 | $1,158,490 | $248,366 | | | | | $580,700 | $46,041 |
| Missouri | 354,276 | $12,374,350 | 1994 Q1 | 2005 Q1 | $3,606,530 | $1,319,259 | $1,893,199 | $480,600 | | | | $646,338 | | $2,702,759 | $255,279 |
| Nebraska | 72,902 | $2,439,253 | 1999 Q1 | 2004 Q2 | $245,899 | | $294,030 | | $136,594 | | | $774,718 | | $257,190 | $417,767 |
| New Jersey | 593,614 | $24,191,846 | 1992 Q4 | 2008 Q4 | $16,578,364 | | $158,640 | | $165,539 | $2,192,197 | | | | $2,630,129 | $1,625,942 |
| New Mexico | 65,650 | $2,581,212 | 1992 Q3 | 2006 Q4 | $1,268,576 | | $224,726 | | $75,752 | $212,078 | | $134,258 | | $379,896 | $28,396 |
| New York | 1,396,187 | $62,788,290 | 1993 Q4 | 2007 Q2 | $25,136,208 | | $8,895,527 | $17,140 | $2,140,821 | | | | | $4,790,255 | $15,306,859 |
| North Carolina | 262,855 | $7,023,981 | 2001 Q1 | 2007 Q1 | $959,004 | | $434,473 | $373,873 | | $517,708 | | $1,646,798 | | $1,103,254 | $593,617 |
| Ohio | 615,071 | $19,672,854 | 2000 Q3 | 2005 Q4 | | $4,568 | $4,838,531 | $8,611,835 | $921 | | | | | $1,127,261 | $2,813,830 |
| Pennsylvania | 514,479 | $16,323,933 | 1998 Q3 | 2006 Q4 | $566,636 | $13,297 | $2,403,139 | $7,085,016 | $105,406 | $369,177 | | $921,684 | | $1,401,514 | $1,723,921 |
| Rhode Island | 50,486 | $1,362,340 | 1994 Q4 | 2008 Q1 | $4,013 | $1,152,463 | $8,111 | | | | | | | $25,122 | $39,058 |
| South Carolina | 153,470 | $6,519,748 | 1993 Q1 | 2006 Q4 | $1,723,507 | | $1,397,563 | | $464,288 | | | $722,322 | | $1,237,828 | $440,800 |
| Utah | 54,052 | $1,568,312 | 1998 Q1 | 2007 Q2 | $580,358 | | $400,898 | $157,706 | $70,918 | | | | | $166,142 | $2,591 |
| Virginia | 248,737 | $8,215,043 | 2000 Q3 | 2008 Q4 | $2,370,653 | | $2,693,203 | $113,600 | | | | | | $1,374,091 | $991,029 |
| Wisconsin | 258,736 | $9,128,427 | 1992 Q4 | 2005 Q4 | $1,771,160 | | $73,131 | $2,196,353 | $6 | $1,113,868 | | | | $1,796,090 | $1,084,794 |
| Wyoming | 14,355 | $703,969 | 1998 Q3 | 2004 Q2 | $273,621 | | $144,212 | | | $13,096 | | | | $152,748 | $56,021 |
| Total | 10,335,838 | $391,708,046 | | | $115,660,786 | $36,659,523 | $54,818,795 | $31,002,291 | $8,828,817 | $26,979,166 | $321,003 | $7,948,739 | $2,124,236 | $35,871,992 | $32,779,323 |

Declaration of Professor W. David Bradford, Ph.D.

**Figure 49: Payment basis results for primarily WAC based states**

