## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the Declaration of W. David Bradford, Ph.D. In Support of Dey, L.P., Dey, Inc., and Dey L.P., Inc.'s Motion For Partial Summary Judgment, dated June 25, 2009, was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 26, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.


                                                                 /s/ Sarah L. Reid
                                                                    Sarah L. Reid