# EXHIBIT M

OFFICE OF INSPECTOR GENERAL
OFFICE OF AUDIT SERVICES

CIN: _____

DRUG: Vancomycin / Vancocin                    DOSAGE SIZE: 500 mg

MFG:                      AWP:
Lilly                     $7.80

ELKINS-SINN               • $18.81

LEDERLE  STD              •• $19.53

ABBOTT  HOSP.             $24.88


•  18.81              19.17
•  19.53          2⟌38.34
   38.34

MEDIAN COST  —  $19.17

J. Bottum 12/16/91
Carter 3/3/52

CODE _____ W/P K-9  PAGE 6 OF 6

L

HHD200-0016