# EXHIBIT O

*Modern Healthcare*

# Hospitals play into hands of vendors who try to break group contracts

**By Esther Kuntz**

Hospitals are playing into intravenous solution manufacturers' hands as the suppliers try to break up committed volume group contracts.

Committed volume contracts are becoming a major threat to vendors as more groups sign these agreements. But some hospitals are jeopardizing their potential long-run advantage in contract negotiations by joining groups to get prices down and then using these prices to get better offers from their current vendors. This is exactly what suppliers want, because once a group contract is broken, they can jack prices up again.

Baxter Travenol Laboratories Inc., Deerfield, IL, is "doing everything possible to destroy" Joint Purchasing Corp.'s committed volume contract with Abbott Laboratories, North Chicago, IL, said Barry Novich, vice president of the New York City group.

After the group awarded Abbott the contract, Baxter reminded one of the hospitals that their contract has two years to run, a hospital official said. "Don't you think it would be appropriate for us to have a chance to meet the competition?" the Baxter representative asked.

Baxter has approached other group members in the same way, Mr. Novich said. As far as he knows, none of the other suppliers have done so. McGaw Laboratories, Irvine, CA, a division of American Hospital Supply Corp., made counter offers to two hospitals, he said, but only after the hospitals requested them.

Baxter denies initiating negotiations with JPC members after Abbott got the contract. A spokesman said the hospitals invited counter offers and that it doesn't regard such hospitals as committed to a group contract.

When asked why Baxter didn't make its best offer to the group, a company official replied, "When you take bids [as the group did] you get what you're offered, and when you negotiate [as individual hospitals are] you get what you want." He also claimed that JPC didn't award the contract to the lowest bidder.

Abbott was by far the lowest bidder on most items (see chart), Mr. Novich declared. Baxter came in with lower prices on only a few items, including some basic administration sets.

Baxter has one JPC hospital backed into a corner. Shortly after the group awarded the $6-million-a-year contract to Abbott, Baxter representatives visited the hospital to review its credit standing with the company, Mr. Novich said. The hospital fears that Baxter, a major creditor, will sue the institution for outstanding debt and put it out of business if it switches to Abbott.

There is "no substance to that concern," Baxter says. But the hospital just told JPC unofficially that it is dropping out of the contract.

Baxter is making it even easier for the hospital to continue doing business with it by offering to meet Abbott's bid, which would save the hospital $125,000 per year according to Mr. Novich.

Despite such tactics, Baxter won't succeed in breaking the group agreement as it did when the Southeast Louisiana Hospital Service Corp., New Orleans, tried to negotiate an I.V. contract a year ago (MH June 1979, p. 12-13; Dec. 1979, p. 2) Mr. Novich believes.

"Those hospitals with integrity will stay with the group," he predicted. Every group member agreed to accept either Abbott or Baxter, depending on who offered the best deal. McGaw Laboratories and Cutter Laboratories, Berkeley, CA, also bid on the contract.

"If we can get two or three big institutions to sign the agreement, we will be able to convince the rest to join," Mr. Novich said. Many of the hospitals and 11 nursing homes originally committed have signed it, including those currently supplied...

The rest want assurance will sign, because for the contract loses, they on all discounts. I participate, the group 30% discount off current solutions and at least ration sets. Two ho...

## Management

## George hired t

**By Vince DiPaolo**
*Managing Editor*

INA Corp. last month Buncher president of ates International I the insurance holding Health Care Group dent of INA Health subsidiary of the Group, Mr. Bunche following a heavy ville-based Affiliates ment during the past

Philadelphia-based that former Affiliate P. Van resigned to ness. He will serve Affiliates, the nation operator of acute c tals. Jack R. Ander Group president an man, said Mr. Va because of disagre them about Affi philosophy. Also, M "I am not an easy gu Anderson declined fu Mr. Van's departure. ates will honor the tw left on Mr. Van's five

Mr. Van declined to say "I'm proud of / dramatic profit and under my direction Affiliates acknowled revenues have trip became president in

Former and curre tives believe a clash executives' manage major reason for M Van tried to impler agement approach odds with Mr. An



JPC's vice president Barry Novich

### Bids on JPC I.V. contract

| High volume plastic items | Abbott | Baxter Travenol |
|---|---|---|
| | | (per case of 12) |
| 5% dextrose in water (1000 ml) | $9.62 | $11.22 |
| 5% dextrose in water injection (500 ml) | $7.72 | $9.00 |
| 5% dextrose in water normal saline (1000 ml) | $10.43 | $12.12 |
| 5% dextrose in water half normal saline (1000 ml) | $10.43 | $12.12 |
| Normal saline (1000 ml) | $8.81 | $10.32 |

MODERN HEALTHCARE chart/July

**If committed volume I.V. contracts take hold, vendors will win or lose big**

hospitals and 11 nursing homes that originally committed to the contract have signed it, including several hospitals currently supplied by Baxter.

The rest want assurance that more will sign, because for every 1,000 beds the contract loses, the group loses 1% on all discounts. If all 17,000 beds participate, the group will get about an 80% discount off current list prices for solutions and at least 50% off administration sets. Two hospitals outside the group have asked to sign the contract, which will make up for beds that drop out. JPC is also opening the agreement to other hospitals that want to join.

This particular contract is a real threat to I.V. manufacturers, according to W. Robert Friedman Jr., Montgomery Securities, San Francisco. Some of the most prestigious medical centers in the country are members of the group. Mount Sinai Medical Center, Montefiore Hospital and Lenox Hill Hospital evaluated products from all four suppliers and found many of them to be similar.

When major medical centers confirm that most I.V. products are generic, suppliers lose hospital loyalty to their products. They have only price to compete with. Nevertheless, hospitals have a tendency to stick with current suppliers to avoid retraining staffs to use different products, if they can get

*Continued on page 16*

## Management

# George Van quits Affiliates; Buncher hired to stem management turnover

**By Vince DiPaolo**
*Managing Editor*

INA Corp. last month named James E. Buncher president of its Hospital Affiliates International Inc., a subsidiary of the insurance holding company's INA Health Care Group. Formerly president of INA Healthplan Inc., another subsidiary of the INA Health Care Group, Mr. Buncher was brought in following a heavy turnover in Nashville-based Affiliates' senior management during the past 18 months.

Philadelphia-based INA announced that former Affiliates president George P. Van resigned to pursue other business. He will serve as a consultant to Affiliates, the nation's second largest operator of acute care general hospitals. Jack R. Anderson, INA Health Group president and Affiliates' chairman, said Mr. Van resigned partly because of disagreements between them about Affiliates' operating philosophy. Also, Mr. Anderson added "I am not an easy guy to work for." Mr. Anderson declined further comment on Mr. Van's departure. Sources say Affiliates will honor the two-and-a-half years left on Mr. Van's five-year contract.

Mr. Van declined comment except to say "I'm proud of Affiliates' record of dramatic profit and revenue increases under my direction." Sources inside Affiliates acknowledge that profits and revenues have tripled since Mr. Van became president in 1977.

Former and current Affiliates' executives believe a clash between the two executives' management styles was a major reason for Mr. Van leaving. Mr. Van tried to implement a team management approach and was often at odds with Mr. Anderson's individual style of management. The differences in the two executives' management styles and business orientation often slowed the decision making process, leading many frustrated senior executives to seek work elsewhere.

Mr. Buncher, who has worked for



George P. Van (above) resigned after repeated clashes between his management style and that of Jack R. Anderson

Affiliates and INA for six years, is highly regarded by both current and former Affiliates executives. They believe that because his management style is closer to Mr. Anderson's, executive decision making will be smoother and faster and the company's direction and operating philosophy will be better articulated.

Mr. Buncher, 43, hopes to reduce turnover and improve job satisfaction by giving regional division managers greater decision making powers. One reason for the large recent turnover, Mr. Buncher believes, is that regional managers had been reduced to carrying information to and from corporate management. "There were too many committees too far removed from problems that were making decisions by



Relations should be smoother between James E. Buncher (above) and Mr. Anderson who have closer management styles

majority rule," Mr. Buncher said.

Mr. Buncher worked for Abbott Labs and SCM Corp. prior to joining Affiliates. He says he will try to reconcile the conflicts between the freedom needed to maximize performance of entrepreneurial managers and needed management controls.

Some former executives cite top management's lack of decisiveness and the company's general lack of direction as their reasons for leaving. Said one,

*Continued on page 18*

# Don't Just Cover Up...



# CORNER-UP

Taping, glues, mortar compounds and spackling mixtures just can't compare to the permanent installation of Wilkinson Stainless Steel Corner Guards. Whether you choose the Built-In Type Guard that fits in any new construction or the Cement-On Type Guard that fits over any existing construction, you know you haven't just hidden the problem, you've eliminated it.

 

| CEMENT-ON TYPE CORNER GUARDS | BUILT-IN TYPE CORNER GUARDS |
| --- | --- |
| • Easy Application | • Adjustable Anchors |
| • Less Expensive | • No Visible Screw or Weld Marks |
| • Fire Proof | |
| • No Visible Fasteners | • Comparatively Inexpensive |
| • Permanent Installation | • Prompt Delivery |

For more information call or write the professionals.
Call the Sweets Buyline: (800) 255-6880.

# WILKINSON CHUTES



1530 Commerce Dr., Stow, Ohio 44224
Ph. (216) 686-9922

Wilkinson Chutes (Canada) Ltd.
55 Judson St., Toronto M8Z 1A4
Ontario, Canada Ltd., Ph. (416) 252-7871

For more facts circle 108 on reply card

## Purchasing

*Continued from page 15*

prices down far enough.

Baxter stands to lose its busine[ss] with nine hospitals and three lon[g-]term care facilities if the JPC contra[ct] goes through. (Most of the other faci[li-]ties currently use Abbott products[.]) And the vendor will have to wait a lo[ng] time for a chance to get that busine[ss] back. The contract is for four-and-[a] half years instead of the standard tw[o] or three.

I.V. vendors are playing for kee[ps] these days because if committed vo[l-]ume contracts take hold there will b[e] big winners and big losers. Instead [of] losing one hospital's business, a losi[ng] bidder may lose all its business in a[n] area.

Vendors are testing hospital group[s,] said John Giampolo, director of th[e] New Jersey Hospital Assn.'s purcha[s-]ing program. Abbott, Baxter an[d] McGaw each have a group purchasin[g] contracts manager whose job is t[o] evaluate purchasing groups for mem[-]ber loyalty, he affirmed. I.V. manufa[c-]turers bid accordingly.

Baxter didn't bid aggressively on [a] committed volume I.V. contract NJH[A] awarded to Abbott two years ago. B[ut] because 43 hospitals stuck with th[e] group, Baxter took them seriously an[d] came back to win a committed volum[e] amino acids contract this year. The 5[0] hospitals that committed to the ne[w] contract are getting discounts betwee[n] 60% and 70% on the protein supple[-]ments.

If hospitals stick by their purchasin[g] groups, they will achieve lower I.V[.] pricing for the long-term. But th[e] temptation to take the best price no[w] is strong. A hospital that has already saved $3,000 by working through [a] group has to weigh whether goin[g] outside the group and saving another $800 is worth higher prices in the lon[g] run, Mr. Giampolo said.

After all, if a group hadn't brought prices down in the first place, other suppliers wouldn't make a lower offer, said Gene P. Abel, vice-chairman, Hos[-]pital Purchasing Service of Phila[-]delphia, PA. Prices can only go up again if hospitals renege on their commitment to a group.

The JPC contract is unusual in that individual hospitals can get an addi[-]tional discount below the group pric[e] on key items of their choice. These products could represent the majority of a hospital's volume, Mr. Novich said.

The contract prohibits price in[-]creases for the first 18 months an[d] limits price hikes for the remainder o[f] the contract. ∎



high cost of routi[ne]
[inte]nsive man-hours
spends sloshing [around]
procedures'.

'dry run' of the T[…]
you how to elim[inate]
drastically reduce
Housekeeping w[…]
And you'll be am[azed]

[r]outine maintenar[ce]
[Sup]er Formula, two T[…]
your floor machi[ne]
time is was[ted]
mixing
waitin[g]

