# EXHIBIT Z

Case 1:01-cv-12257-PBS   Document 6183-28   Filed 06/26/09   Page 2 of 5

# 1995 DRUG TOPICS® RED BOOK®

## PHARMACY'S FUNDAMENTAL REFERENCE™






RB 05109

## OBRA PARTICIPATING MANUFACTURERS

Listed below are HCFA-approved manufacturers as of January 1995 who are participating in the Medicaid Rebate Program established under the Omnibus Budget Reconciliation Act of 1990 (OBRA '90).

Manufacturers are organized first in alphabetical order followed by numerical order. The 5-digit labeler codes associated with each manufacturer correspond to the first five digits of the manufacturer's NDC number(s).

## ALPHABETICAL INDEX

| MANUFACTURER | ID# |
|---|---|
| **A** | |
| Abana Pharmaceuticals, Inc. | 12463 |
| Abbott Laboratories | 00074 |
| ABG Laboratories, Inc. | 60999 |
| Able Laboratories, Inc | 53265 |
| Adams Laboratories, Inc | 53014 |
| Adria Laboratories, Inc. | 00013 |
| Advance Pharmaceuticals, Inc. | 17714 |
| Aid-Pack, USA, Div. of Nutramax Products | 38206 |
| Akom, Inc. | 17478 |
| Alcon Laboratories, Inc. | 00065 |
| Alcon (Puerto Rico), Inc. | 00998 |
| Aligen Independent Labs., Inc. | 00405 |
| Allergan, Inc. | 00023 |
| Allergan, Inc. | 11980 |
| Allied-Med | 58859 |
| Alpha Therapeutic Corp. | 49669 |
| Alphagen Laboratories, Inc. | 59743 |
| Alra Laboratories, Inc. | 51641 |
| Altaire Pharmaceuticals, Inc. | 59390 |
| Alza Corporation | 17314 |
| American Generics, Inc. | 58634 |
| American Pharmaceutical Company | 00084 |
| American Preferred Pharm., Inc. | 53445 |
| American Red Cross | 52769 |
| American Regent Laboratories, Inc. | 00517 |
| American Urologicals, Inc. | 00539 |
| Amgen, Inc. | 55513 |
| Amide Pharmaceutical, Inc. | 52152 |
| Amkas Laboratories, Inc. | 61073 |
| Ampharco USA | 59015 |
| Apotex USA, Inc. | 60505 |
| Apothecon, Inc. | 59772 |
| Arcola Laboratories | 00070 |
| Armour Pharmaceutical Company | 00053 |
| Asher Company, B. F. | 00225 |
| Astra/Merck | 61113 |
| Astra Pharmaceutical Prod., Inc. | 00186 |
| Athena Neuroscience, Inc. | 59075 |
| Atley Pharmaceuticals, Inc. | 59702 |
| Ayerst Laboratories, Inc. | 00046 |
| **B** | |
| Bajamar Chemical Co., Inc. | 44184 |
| Baker Cummins Dermatologicals, Inc. | 58174 |
| Baker Norton Pharmaceuticals, Inc. | 00575 |
| Baker Norton Pharmaceuticals, Inc. | 11414 |
| Baker Norton Pharmaceuticals, Inc. | 52891 |
| Balan, J. J. Inc. | 00304 |
| Bard Patient Care Division | 51459 |
| Barr Laboratories, Inc. | 00555 |
| Barre-National, Inc. | 00472 |
| Basel Pharmaceuticals | 58887 |
| Basic Drugs, Inc. | 00761 |

| MANUFACTURER | ID# |
|---|---|
| Bausch & Lomb Pharmaceuticals, Inc. | 00303 |
| Bausch & Lomb Pharmaceuticals, Inc. | 57782 |
| Baxter Healthcare Corp | 00338 |
| Baxter Healthcare Corp. | 47679 |
| Baxter Hyland Division | 00944 |
| Beach Products, Inc. | 00486 |
| Becton Dickinson Microbiology Systems | 00011 |
| Beiersdorf, Inc. | 10356 |
| Benchmark Enterprises | 59542 |
| Bergen Brunswig Drug Company | 24385 |
| Berlex Laboratories, Inc. | 50419 |
| Best Generics, Inc. | 54274 |
| Beta Dermaceuticals, Inc. | 53062 |
| Biocraft Laboratories, Inc. | 00332 |
| Biodevelopment Corp. | 59527 |
| Bioline Laboratories, Inc. | 00719 |
| Bio-Pharm, Inc. | 59741 |
| Biopractic Groups II, Inc. | 57895 |
| Blaine Company, Inc. | 00165 |
| Blairex Laboratories, Inc. | 50486 |
| Blansett Pharm. Company, Inc. | 51674 |
| Bock Pharmacal Company | 00563 |
| Boehringer Ingelheim Pharmaceuticals | 00597 |
| Boehringer Mannheim Pharmaceutical Corp. | 53169 |
| Bolan Pharmaceuticals, Inc. | 44437 |
| Boots Laboratories, Inc. | 00524 |
| Boots Laboratories, Inc. | 00822 |
| Boots Pharmaceuticals, Inc. | 00048 |
| Bradley Pharmaceuticals, Inc. | 00482 |
| Braintree Laboratories, Inc. | 52268 |
| Breckenridge, Inc. | 51991 |
| Bristol-Myers Squibb Company | 00087 |
| Bristol-Myers Squibb Company | 19810 |
| Bristol-Myers Squibb Company | 57783 |
| BTG Pharmaceuticals | 54396 |
| Burroughs Wellcome Company | 00081 |
| **C** | |
| Calgon Vestal Laboratories | 00519 |
| Calgon Vestal Laboratories | 08237 |
| Calgon Vestal Laboratories | 55559 |
| Camall Company | 00147 |
| Caraco Pharmarmaceutical Laboratories Ltd. | 57664 |
| Camrick Laboratories, Inc. | 00086 |
| Carolina Medical Prod. Company | 46287 |
| Carpenter Pharmaceutical Co., Inc. | 55726 |
| Carrington Laboratories, Inc. | 53303 |
| Carter-Wallace, Inc. | 00037 |
| Cenci Powder Products, Inc. | 53393 |
| Cenci, H. R. Labs, Inc. | 00556 |
| Center Laboratories, Inc. | 00268 |
| Central Pharmaceuticals, Inc. | 00131 |
| Cetus Oncology | 00702 |
| Cetus Oncology | 53905 |

| MANUFACTURER | ID# |
|---|---|
| Chase Laboratories, Inc. | 54429 |
| Ciba Pharmaceutical Company | 00083 |
| Ciba Vision Ophthalmics | 58768 |
| Circa Pharmaceuticals, Inc. | 71114 |
| Clay-Park Labs., Inc. | 45802 |
| Coats Aloe International, Inc. | 58826 |
| Colgate Oral Pharmaceuticals | 00126 |
| Commons Bros., Inc. | 59501 |
| Concord Laboratories, Inc. | 20254 |
| Connaught Laboratories | 11793 |
| Connaught Laboratories | 49281 |
| Contract Pharmacal Corp. | 10267 |
| Coopervision Pharmaceuticals, Inc. | 59426 |
| Copley Pharmaceutical, Inc. | 38245 |
| Crandall Associate, Inc. | 00392 |
| Creighton Products Corp. | 50752 |
| Curatek Pharmaceutical | 55326 |
| Cutter Biological - Miles, Inc. Pharm Division | 00161 |
| Cypress Pharmaceutical, Inc. | 60258 |
| **D** | |
| Danbury Pharmacal, Inc. | 00591 |
| Daniels Pharmaceuticals, Inc. | 00689 |
| Dapat, Inc. | 59154 |
| Dartmouth Pharmaceuticals, Inc. | 58869 |
| Dawn Pharmaceuticals | 58865 |
| Delmont Laboratories, Inc. | 48532 |
| Delta Pharmaceuticals | 53706 |
| Derma Sciences, Inc. | 25382 |
| Dermik Laboratories, Inc. | 00066 |
| Dey Laboratories, Inc. | 49502 |
| Dista Products Company | 00777 |
| Dixon-Shane, Inc. | 17236 |
| Dr. Rose, Inc. | 42037 |
| DSC Laboratories | 52316 |
| Dunhall Pharmaceuticals, Inc. | 00217 |
| Du Pont Pharmaceuticals | 00056 |
| Du Pont Pharmaceuticals | 00060 |
| Du Pont Pharmaceuticals | 00094 |
| Du Pont Pharmaceuticals | 00590 |
| Dura Pharmaceuticals, Inc. | 51479 |
| Duramed Pharmaceuticals, Inc. | 51285 |
| **E** | |
| Econo Med Pharmaceuticals, Inc. | 38130 |
| Econolab | 55053 |
| Edwards Pharmaceuticals, Inc. | 00485 |
| Edyn Corporation | 60619 |
| Effcon Laboratories, Inc. | 55806 |
| Elan Pharma. Research Corp. | 52472 |
| Elge, Inc. | 58298 |
| Elkins-Sinn, Inc. | 00641 |
| Endo Laboratories | 60951 |
| Enzon, Inc. | 57665 |

| MANUFACTURER | ID# |
|---|---|
| Eon Labs Manufacturing, Inc. | 00185 |
| Equipharm Corp. | 57779 |
| ESI Pharma, Inc. | 59911 |
| Ethex Corporation | 58177 |
| Everett Laboratories, Inc. | 00642 |
| **F** | |
| Falcon Ophthalmics | 61314 |
| Family Pharmacy | 52735 |
| Ferndale Laboratories, Inc. | 00496 |
| Ferring Laboratories, Inc. | 55566 |
| Fielding Pharmaceutical Co. | 00421 |
| Fisons Corporation | 00585 |
| Fleming and Company | 00256 |
| Flemming Pharmaceuticals, Inc. | 60976 |
| Fluoritab Corporation | 00288 |
| Forest Pharmaceuticals, Inc. | 00456 |
| Fougera, E. & Co. | 00168 |
| Foxmeyer Drug Company | 52297 |
| Fujisawa Pharm Co. | 57317 |
| **G** | |
| G & W Laboratories, Inc. | 00713 |
| Gallipot, Inc. | 51552 |
| Gate Pharmaceuticals | 57844 |
| Gebauer Co. | 00386 |
| Geigy Pharmaceuticals | 00028 |
| Genderm | 52761 |
| Genderm | 57284 |
| Genentech, Inc. | 50242 |
| Generamed, Inc. | 52569 |
| Genetco, Inc. | 00302 |
| Geneva Pharmaceuticals, Inc. | 00781 |
| Gensia Laboratories, Ltd. | 00703 |
| Genzyme Corporation | 58468 |
| Geri-Care Pharmaceuticals Corp. | 57896 |
| Geriatric Pharmaceutical Corp. | 00249 |
| Glades Pharmaceuticals Corp. | 59366 |
| Glasgow Pharmaceutical Corp. | 60809 |
| Glaxo, Inc. | 00173 |
| Global Pharmaceutical Corp. | 00115 |
| Global Source Mgmt & Consulting, Inc. | 59618 |
| Goldline Laboratories, Inc. | 00182 |
| Good Health | 33261 |
| Gray Pharmaceutical Company | 00152 |
| Great Southern Laboratories | 51301 |
| Greenstone Ltd. | 59762 |
| Guardian Laboratories | 00327 |
| **H** | |
| Hall Laboratories, Inc. | 00417 |
| Halsey Drug Company, Inc. | 00879 |
| Hamilton Pharma, Inc. | 60322 |
| Henley International | 57437 |
| Hercon Laboratories Corp. | 49730 |
| Hermal Pharmaceutical Labs, Inc. | 48017 |
| Hi-Tech Pharmacal Co., Inc. | 50383 |
| Hickam, Dow B., Inc. | 00514 |
| Highland Packaging | 55782 |
| Hill Dermaceuticals, Inc. | 28105 |
| Hillestad International, Inc. | 10542 |
| Hoechst-Roussel Pharm., Inc. | 00039 |
| Hoffmann-LaRoche, Inc. | 00004 |
| Hollister-Stier Miles, Inc., Pharm. Division | 00118 |
| Horizon Pharmaceutical Corp. | 59630 |
| Horizon Pharmaceuticals, Inc. | 60904 |
| Horizon Products Company | 54580 |
| Horus Therapeutics | 59229 |
| Huckaby Pharmacal, Inc. | 58407 |
| Hudson Corporation | 25077 |
| Huffman Laboratories, Inc. | 54252 |
| Hyrex Pharmaceuticals | 00314 |
| **I** | |
| ICN Pharmaceuticals, Inc. | 00187 |
| ICN Pharmaceuticals, Inc. | 53095 |
| Immunex Corp. | 58406 |
| Immuno-US, Inc. | 54129 |
| Innercare | 53723 |
| Innotek, Inc. | 58551 |
| International Laboratories | 00665 |
| International Medication Systems | 00548 |
| Interpharm, Inc. | 53746 |
| Invamed, Inc. | 52189 |
| Inwood Laboratories, Inc. | 00258 |
| Iolab Corporation | 00058 |
| Ion Laboratories, Inc. | 11808 |
| Ion Laboratories, Inc. | 55532 |
| IPR Pharmaceuticals, Inc. | 54921 |
| **J** | |
| Jacobus Pharmaceutical Co., Inc. | 49938 |
| Janssen Pharmaceutical, Inc. | 50458 |
| Jerome Stevens Pharmaceuticals | 50564 |
| Johnson Laboratories, Inc. | 58118 |
| Jordan Pharmaceuticals, Inc. | 58196 |
| **K** | |
| KABI Pharmacia, Inc. | 00016 |
| KABI Pharmacia, Inc. | 00601 |
| Kerry Co., Inc. | 60475 |
| King Pharmaceuticals, Inc. | 60793 |
| Kirkman Labs, Inc. | 58223 |
| Knoll Pharmaceuticals | 00044 |
| Konsyl Pharmaceutical, Inc. | 00224 |
| **L** | |
| Laboratoris Atral, S.A. | 53862 |
| Lange Medical Products, Inc. | 46716 |
| Lannett Company, Inc. | 00527 |
| Laser, Inc. | 00277 |
| Leader Brand Products | 37205 |
| Lederle Laboratories | 00005 |
| Lederle Parenterals, Inc. | 00205 |
| Lederle Piperacillin, Inc. | 00206 |
| Lemmon Company | 00093 |
| Lilly, Eli and Company, Inc. | 00002 |
| Link International, Inc. | 50844 |
| Liquipharm, Inc. | 54198 |
| Logen Pharmaceutical, Inc. | 00820 |
| Longs Drug Stores, California, Inc. | 12333 |
| Loramen, Inc. | 60412 |
| Luitpold Pharmaceuticals, Inc. | 10797 |
| Lunsco, Inc. | 10892 |
| Lyphomed Div. Fujisawa USA, Inc. | 00469 |
| **M** | |
| 3M Pharmaceuticals | 00089 |
| Major Pharmaceuticals, Inc. | 00904 |
| Mallinckrodt Spec. Chemicals Co. | 00406 |
| Manufacturing Chemists, Inc. | 00148 |
| Marion Merrell Dow, Inc. | 00068 |
| Marion Merrell Dow, Inc. | 00088 |
| Marlop Pharmaceutical | 12939 |
| Marnel Pharmaceuticals, Inc. | 00682 |
| Marsam Pharmaceuticals, Inc. | 00209 |
| Martec Pharmaceutical, Inc. | 52555 |
| Martin Ekwealor Pharm., Inc. | 58607 |
| MAS Laboratories, Inc. | 51017 |
| Mason Distributors, Inc. | 11845 |
| Massachusetts Public Health Bio. Lab. | 14362 |
| Mayrand Pharmaceuticals, Inc. | 00259 |
| McGaw, Inc. | 00264 |
| McKesson Corp. - Medalist | 37937 |
| McKesson Corp. - Valu-Rite | 49348 |
| McNeil Pharmaceutical | 00045 |
| McNeil, R.A. Company | 12830 |
| MCR/American Pharmaceuticals, Inc. | 58605 |
| MD Pharmaceuticals, Inc. | 43567 |
| Mead Johnson & Company | 00015 |
| Med-Derm Pharmaceuticals | 45565 |
| Medicis Dermatologics, Inc. | 99207 |
| Medi-Plex Pharmaceuticals, Inc. | 59010 |
| Medirex, Inc. | 57480 |
| Med-Pro, Inc. | 53978 |
| Med-Tek Pharmaceuticals, Inc. | 52349 |
| Medtronic, Inc. | 58281 |
| Merck & Co. | 00006 |
| MGI Pharma, Inc. | 58063 |
| Mikart, Inc. | 46672 |
| Miles, Inc., Pharm. Division | 00026 |
| Miles, Inc., Pharm. Division - Biological Products | 00192 |
| Mission Pharmacal Company | 00178 |
| Mitchell, F.A. Co., Inc. | 10770 |
| Moore Medical Corp. | 00839 |
| Morton Grove Pharmaceuticals, Inc. | 60432 |
| Mova Pharmaceutical Corp. | 55370 |
| Muro Pharmaceutical, Inc. | 00451 |
| Mutual Pharmaceutical Company, Inc. | 53489 |
| Mylan Pharmaceuticals, Inc. | 00378 |
| **N** | |
| National Vitamin Company, Inc. | 54629 |
| Nephron Pharmaceuticals, Corp. | 00487 |
| Nephro-Tech, Inc. | 59528 |
| New Life Health Products Corp. | 58041 |
| Niche Pharmaceuticals, Inc. | 59016 |
| NMC Laboratories, Inc. | 23317 |
| Northampton Medical, Inc. | 58436 |
| Norton, H. N. | 50732 |
| Novo Nordisk Pharmaceuticals, Inc. | 00169 |
| Novo Nordisk Pharmaceuticals, Inc. | 50445 |
| Novopharm, Inc. | 55953 |
| Nutraceutical Laboratories, Inc. | 58916 |
| **O** | |
| Oaktree Products, Inc. | 59256 |
| Obetrol Pharm. - Rexar Pharmacal Corp. | 00477 |
| Oclassen Pharmaceuticals, Inc. | 55515 |
| Ocusoft, Inc. | 54799 |
| OHM Laboratories, Inc. | 51660 |
| Optopics Laboratories Corp. | 52238 |
| Organon, Inc. | 00052 |
| Ortho Biotech, Inc. | 59676 |
| Ortho Pharmaceutical Corp. | 00062 |
| Otsuka America | 59148 |
| Owen/Galderma Laboratories, Inc. | 00299 |
| **P** | |
| Paddock Laboratories, Inc. | 00574 |
| Palisades Pharmaceuticals, Inc. | 53159 |
| Pan American Laboratories, Inc. | 00525 |

RB 05171

| MANUFACTURER | ID# |
|---|---|
| Par Pharmaceutical, Inc. | 49884 |
| Parmed Pharmaceuticals, Inc. | 00349 |
| Pecos Pharmaceuticals | 59879 |
| Pedinol Pharmacal, Inc. | 00884 |
| Pennex Laboratories | 60814 |
| Pennex Pharmaceuticals, Inc. | 00426 |
| Penn Labs, Inc. | 58437 |
| Perrigo, L. Company | 00113 |
| Perrigo, L. Company | 58948 |
| Perrigo, L. Company | 70030 |
| Perry Medical-Hall Labs. | 11763 |
| Pfizer, Inc. | 00069 |
| Pfizer, Inc. | 00663 |
| Pfizer, Inc. | 00995 |
| Pfizer-Roerig | 00049 |
| Pfizer-Roerig | 00662 |
| Pharm Tech, Inc. | 29294 |
| Pharmaceutical Associates, Inc. | 00121 |
| Pharmacist's Choice | 54979 |
| Pharmaderm | 00462 |
| Pharmafair, Inc. | 24208 |
| Pharmakraft, Inc. | 59516 |
| Pharmics, Inc. | 00813 |
| Poly Pharmaceutical, Inc. | 50991 |
| Polythress, William P., Inc. | 00095 |
| Porton Products Limited | 55688 |
| Pratt Pharmaceuticals | 59012 |
| Praxis Biologics, Inc. | 53124 |
| PRN Laboratories | 60459 |
| Procter & Gamble Distributing Company | 37000 |
| Procter & Gamble Pharmaceuticals | 00149 |
| Purdue Frederick Company | 00034 |
| Purepac Pharmaceutical Company | 00228 |

**Q**

| MANUFACTURER | ID# |
|---|---|
| Qualitest Products, Inc. | 00603 |
| Qualitest Products, Inc. | 52446 |
| Quality Formulations, Inc. | 12225 |

**R**

| MANUFACTURER | ID# |
|---|---|
| R&D Laboratories, Inc. | 54391 |
| Ram Laboratories | 49729 |
| Reckitt & Colman Pharmaceuticals, Inc. | 12496 |
| Reed & Carnrick | 00021 |
| Reese Chemical Company | 10956 |
| Respa Pharmaceutical, Inc. | 60575 |
| Rexar Pharmacal Corp. | 00478 |
| Rhone-Poulenc Rorer Consumer | 00067 |
| Rhone-Poulenc Rorer Pharm., Inc. | 00075 |
| Richardson-Vicks, Inc. | 23900 |
| Richwood Pharmaceutical Company, Inc. | 58521 |
| R.I.D., Inc. | 54807 |
| R.I.J. Pharmaceutical Corp. | 53807 |
| Roberts Laboratories, Inc. | 54092 |
| Roberts Laboratories, Inc. | 59441 |
| Roberts-Hauck Pharmaceuticals, Inc. | 43797 |
| Robins, A.H. | 00031 |
| Rosemont Pharmaceuticals Corp. | 00832 |
| Roxane Laboratories, Inc. | 00054 |
| Royce Laboratories, Inc. | 51875 |
| Rugby Laboratories, Inc. | 00536 |

| MANUFACTURER | ID# |
|---|---|
| Rystan Company, Inc. | 00263 |

**S**

| MANUFACTURER | ID# |
|---|---|
| Sandoz Consumer Health Care Group | 00043 |
| Sandoz Pharmaceutical Corp. | 00078 |
| Sandoz Pharmaceutical Corp. | 58345 |
| Sanofi Winthrop Pharmaceuticals | 00024 |
| Savage Labs | 00281 |
| Scandipharm, Inc. | 58914 |
| Schein Pharmaceutical, Inc. | 00364 |
| Scherer Laboratories, Inc. | 00274 |
| Schering Corporation | 00085 |
| Schering Corporation | 00369 |
| Schiapparelli Searle | 00905 |
| Schwarz Pharma Kremers Urban Co. | 00091 |
| Scot-Tussin Pharmacal Co., Inc. | 00372 |
| Searle, G. D. & Co. | 00014 |
| Searle, G. D. & Co. | 00025 |
| Seatrace Company | 00551 |
| Seneca Pharmaceuticals, Inc. | 47028 |
| Serono Laboratories, Inc. | 44087 |
| Sherwood Medical Company | 08880 |
| Shionogi USA, Inc. | 45809 |
| Sidmak Laboratories, Inc. | 50111 |
| Sigma-Tau Pharmaceuticals, Inc. | 54482 |
| Silarx Pharmaceutical, Inc. | 54838 |
| SmithKline Beecham Corporation | 00007 |
| SmithKline Beecham Corporation | 00029 |
| SmithKline Beecham Corporation | 00108 |
| SmithKline Beecham Corporation | 00484 |
| SmithKline Beecham Corporation | 00766 |
| SmithKline Beecham Corporation | 45800 |
| SmithKline Beecham Corporation | 49692 |
| SmithKline Beecham Corporation | 57294 |
| SmithKline Beecham Corp. - Beechham Products | 53100 |
| Snuva, Inc. | 58291 |
| Solopak Medical Products, Inc. | 59747 |
| Solopak Pharmaceuticals, Inc. | 39769 |
| Solvay Pharmaceuticals | 00032 |
| Somerset Pharmaceuticals, Inc. | 39506 |
| Squibb, E.R. & Sons, Inc. | 00003 |
| Stafford-Miller | 55372 |
| Star Pharmaceuticals, Inc. | 00076 |
| Steris Laboratories, Inc. | 00402 |
| Stewart-Jackson Pharmacal, Inc. | 45985 |
| Stiefel Laboratories, Inc. | 00145 |
| Stolle Health & Nutrition, Inc. | 41701 |
| Storz Instrument Company | 57706 |
| Stratus Pharmaceuticals, Inc. | 58980 |
| Stuart Pharmaceuticals | 00038 |
| Summit Pharmaceuticals | 57267 |
| Suppositoria Laboratories | 00414 |
| Sween Corporation | 11701 |
| Swiss American Products, Inc. | 60232 |
| Syntex Laboratories, Inc. | 00033 |
| Syntex Laboratories, Inc. | 18393 |

| MANUFACTURER | ID# |
|---|---|
| Syntex Laboratories, Inc. | 42987 |

**T**

| MANUFACTURER | ID# |
|---|---|
| TAP Pharmaceutical, Inc. | 00300 |
| Taro Pharmaceuticals, Inc. | 51672 |
| Thames Pharmacal Company, Inc. | 49158 |
| Time-Cap Laboratories, Inc. | 49483 |
| TMK Pharmaceuticals | 59582 |
| Topi-Cana Spec. Products | 59197 |
| Tri-Med Laboratories, Inc. | 55654 |
| Trinity Technologies | 61355 |
| Truxton Inc., C. O. | 00463 |

**U**

| MANUFACTURER | ID# |
|---|---|
| UAD Laboratories, Inc. | 00785 |
| UDL Laboratories, Inc. | 51079 |
| United Research Laboratories, Inc. | 00677 |
| United States Trading Corp. | 56126 |
| United States Trading Corp. | 58653 |
| Unlimited Beverages | 59640 |
| Upjohn Company | 00009 |
| Upsher-Smith Laboratories, Inc. | 00245 |
| U.S. Apothecary | 59403 |
| U.S. Bioscience, Inc. | 58178 |
| U.S. Pharmaceutical Corp. | 52747 |

**V**

| MANUFACTURER | ID# |
|---|---|
| Vangard Laboratories, Inc. | 00615 |
| Venture Pharmaceuticals, Inc. | 59785 |
| Vintage Pharmaceuticals, Inc. | 00254 |
| Vintage Pharmaceuticals, Inc. | 53404 |
| Vita Pharm Canada Limited | 58946 |
| Vitaline Corp. | 54022 |
| Vitamed Laboratories, Inc. | 58879 |

**W**

| MANUFACTURER | ID# |
|---|---|
| Wakefield Pharmaceuticals, Inc. | 59310 |
| Warner-Lambert Company | 00047 |
| Warner-Lambert Company | 00710 |
| Warner-Lambert Company | 00071 |
| Warner-Lambert Company | 11370 |
| Warner-Lambert Company | 53592 |
| Warner-Lambert Company | 00710 |
| Warrick Pharmaceuticals Corp. | 59930 |
| Watson Laboratories, Inc. | 52544 |
| Welgen | 61054 |
| WE Pharmaceuticals, Inc. | 59196 |
| West Point Pharma | 59591 |
| West-Ward Pharmaceutical Corp. | 00143 |
| Westwood-Squibb Pharmaceuticals | 00072 |
| Whitby Pharmaceuticals, Inc. | 50474 |
| Whitehall Laboratories, Inc. | 00573 |
| Wide River Chemical | 57610 |
| Williams Generics, Inc. | 49137 |
| Williams Generics Inc. | 51728 |
| Williams, T.E., Pharmaceuticals, Inc. | 51189 |
| Winsor Pharmaceuticals | 59004 |
| Wyeth Laboratories | 00008 |

**Y**

| MANUFACTURER | ID# |
|---|---|
| Yorpharm, Inc. | 61147 |

**Z**

| MANUFACTURER | ID# |
|---|---|
| Zeneca Pharmaceuticals | 00310 |
| Zenith Laboratories, Inc. | 00172 |