# EXHIBIT AA

**DECLARATION OF BRIAN J. MURRAY**

I, Brian J. Murray, an attorney, declare as follows:

1. This declaration is made in connection with Abbott Laboratories, Inc.'s Motion to Dismiss For Lack of Subject-Matter Jurisdiction Under the Public Disclosure Bar ("Motion") and the memorandum in support ("Memorandum").

2. The 1995 Red Book sets forth a list of OBRA-participating manufacturers in an alphabetical index. (Ex. 1.) The Fifteenth Edition of the U.S. Department of Health & Human Services publication *Approved Drug Products with Therapeutic Equivalence Evaluations* (known as the "Orange Book"), has a publication date of 1995 and contains an appendix setting forth all approved drug products, listed by applicant. (Ex. 2.)

3. On May 11, 2009, I compared each manufacturer's name in the 1995 Red Book's list of OBRA-participating manufacturers with the 1995 Orange Book's list of manufacturers. That comparison indicates that there were less than 220 manufacturers whose products were both eligible for Medicaid reimbursement *and* who also sold approved generics in the United States in 1995, the year that Ven-A-Care first filed its complaint in this matter. (Ex. 3.)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 12, 2009.

Brian J. Murray

Exhibit 1

# 1995 DRUG TOPICS® RED BOOK®

## PHARMACY'S FUNDAMENTAL REFERENCE™







# OBRA PARTICIPATING MANUFACTURERS

Listed below are HCFA-approved manufacturers as of January 1995 who are participating in the Medicaid Rebate Program established under the Omnibus Budget Reconciliation Act of 1990 (OBRA '90).

Manufacturers are organized first in alphabetical order followed by numerical order. The 5-digit labeler codes associated with each manufacturer correspond to the first five digits of the manufacturer's NDC number(s).

## ALPHABETICAL INDEX

| MANUFACTURER | ID# |
|---|---|
| **A** | |
| Abana Pharmaceuticals, Inc. | 12463 |
| Abbott Laboratories | 00074 |
| ABG Laboratories, Inc. | 60999 |
| Able Laboratories, Inc | 53265 |
| Adams Laboratories, Inc | 53014 |
| Adria Laboratories, Inc. | 00013 |
| Advance Pharmaceuticals, Inc. | 17714 |
| Aid-Pack, USA, Div. of Nutramax Products | 38206 |
| Akom, Inc. | 17478 |
| Alcon Laboratories, Inc. | 00065 |
| Alcon (Puerto Rico), Inc. | 00998 |
| Aligen Independent Labs., Inc | 00405 |
| Allergan, Inc. | 00023 |
| Allergan, Inc. | 11980 |
| Allied-Med | 58859 |
| Alpha Therapeutic Corp. | 49669 |
| Alphagen Laboratories, Inc. | 59743 |
| Alra Laboratories, Inc. | 51641 |
| Altaire Pharmaceuticals, Inc. | 59390 |
| Alza Corporation | 17314 |
| American Generics, Inc. | 58634 |
| American Pharmaceutical Company | 00084 |
| American Preferred Pharm., Inc. | 53445 |
| American Red Cross | 52769 |
| American Regent Laboratories, Inc. | 00517 |
| American Urologicals, Inc. | 00539 |
| Amgen, Inc. | 55513 |
| Amide Pharmaceutical, Inc. | 52152 |
| Amkas Laboratories, Inc. | 61073 |
| Ampharco USA | 59015 |
| Apotex USA, Inc. | 60505 |
| Apothecon, Inc. | 59772 |
| Arcola Laboratories | 00070 |
| Armour Pharmaceutical Company | 00053 |
| Asher Company, B. F. | 00225 |
| Astra/Merck | 61113 |
| Astra Pharmaceutical Prod., Inc. | 00186 |
| Athena Neuroscience, Inc. | 59075 |
| Atley Pharmaceuticals, Inc. | 59702 |
| Ayerst Laboratories, Inc. | 00046 |
| **B** | |
| Bajamar Chemical Co., Inc. | 44184 |
| Baker Cummins Dermatologicals, Inc. | 58174 |
| Baker Norton Pharmaceuticals, Inc. | 00575 |
| Baker Norton Pharmaceuticals, Inc. | 11414 |
| Baker Norton Pharmaceuticals, Inc. | 52891 |
| Balan, J. J. Inc. | 00304 |
| Bard Patient Care Division | 51459 |
| Barr Laboratories, Inc. | 00555 |
| Barre-National, Inc. | 00472 |
| Basel Pharmaceuticals | 58887 |
| Basic Drugs, Inc. | 00761 |
| Bausch & Lomb Pharmaceuticals, Inc. | 00303 |
| Bausch & Lomb Pharmaceuticals, Inc. | 57782 |
| Baxter Healthcare Corp | 00338 |
| Baxter Healthcare Corp. | 47679 |
| Baxter Hyland Division | 00944 |
| Beach Products, Inc. | 00486 |
| Becton Dickinson Microbiology Systems | 00011 |
| Beiersdorf, Inc. | 10356 |
| Benchmark Enterprises | 59542 |
| Bergen Brunswig Drug Company | 24385 |
| Berlex Laboratories, Inc. | 50419 |
| Best Generics, Inc. | 54274 |
| Beta Dermaceuticals, Inc. | 53062 |
| Biocraft Laboratories, Inc. | 00332 |
| Biodevelopment Corp. | 59527 |
| Bioline Laboratories, Inc. | 00719 |
| Bio-Pharm, Inc. | 59741 |
| Biopractic Groups II, Inc. | 57895 |
| Blaine Company, Inc. | 00165 |
| Blairex Laboratories, Inc. | 50486 |
| Blansett Pharm. Company, Inc. | 51674 |
| Bock Pharmacal Company | 00563 |
| Boehringer Ingelheim Pharmaceuticals | 00597 |
| Boehringer Mannheim Pharmaceutical Corp. | 53169 |
| Bolan Pharmaceuticals, Inc. | 44437 |
| Boots Laboratories, Inc. | 00524 |
| Boots Laboratories, Inc. | 00822 |
| Boots Pharmaceuticals, Inc. | 00048 |
| Bradley Pharmaceuticals, Inc. | 00482 |
| Braintree Laboratories, Inc. | 52268 |
| Breckenridge, Inc. | 51991 |
| Bristol-Myers Squibb Company | 00087 |
| Bristol-Myers Squibb Company | 19810 |
| Bristol-Myers Squibb Company | 57783 |
| BTG Pharmaceuticals | 54396 |
| Burroughs Wellcome Company | 00081 |
| **C** | |
| Calgon Vestal Laboratories | 00519 |
| Calgon Vestal Laboratories | 08237 |
| Calgon Vestal Laboratories | 55559 |
| Camall Company | 00147 |
| Caraco Pharmarmaceutical Laboratories Ltd. | 57664 |
| Camrick Laboratories, Inc. | 00086 |
| Carolina Medical Prod. Company | 46287 |
| Carpenter Pharmaceutical Co., Inc. | 55726 |
| Carrington Laboratories, Inc. | 53303 |
| Carter-Wallace, Inc. | 00037 |
| Cenci Powder Products, Inc. | 53393 |
| Cenci, H. R. Labs, Inc. | 00556 |
| Center Laboratories, Inc. | 00268 |
| Central Pharmaceuticals, Inc. | 00131 |
| Cetus Oncology | 00702 |
| Cetus Oncology | 53905 |
| Chase Laboratories, Inc. | 54429 |
| Ciba Pharmaceutical Company | 00083 |
| Ciba Vision Ophthalmics | 58768 |
| Circa Pharmaceuticals, Inc. | 71114 |
| Clay-Park Labs., Inc. | 45802 |
| Coats Aloe International, Inc. | 58826 |
| Colgate Oral Pharmaceuticals | 00126 |
| Commons Bros., Inc. | 59501 |
| Concord Laboratories, Inc. | 20254 |
| Connaught Laboratories | 11793 |
| Connaught Laboratories | 49281 |
| Contract Pharmacal Corp. | 10267 |
| Coopervision Pharmaceuticals, Inc. | 59426 |
| Copley Pharmaceutical, Inc. | 38245 |
| Crandall Associate, Inc. | 00392 |
| Creighton Products Corp. | 50752 |
| Curatek Pharmaceutical | 55326 |
| Cutter Biological - Miles, Inc. Pharm Division | 00161 |
| Cypress Pharmaceutical, Inc. | 60258 |
| **D** | |
| Danbury Pharmacal, Inc. | 00591 |
| Daniels Pharmaceuticals, Inc. | 00689 |
| Dapat, Inc. | 59154 |
| Dartmouth Pharmaceuticals, Inc. | 58869 |
| Dawn Pharmaceuticals | 58865 |
| Delmont Laboratories, Inc. | 48532 |
| Delta Pharmaceuticals | 53706 |
| Derma Sciences, Inc. | 25382 |
| Dermik Laboratories, Inc. | 00066 |
| Dey Laboratories, Inc. | 49502 |
| Dista Products Company | 00777 |
| Dixon-Shane, Inc. | 17236 |
| Dr. Rose, Inc. | 42037 |
| DSC Laboratories | 52316 |
| Dunhall Pharmaceuticals, Inc. | 00217 |
| Du Pont Pharmaceuticals | 00056 |
| Du Pont Pharmaceuticals | 00060 |
| Du Pont Pharmaceuticals | 00094 |
| Du Pont Pharmaceuticals | 00590 |
| Dura Pharmaceuticals, Inc. | 51479 |
| Duramed Pharmaceuticals, Inc. | 51285 |
| **E** | |
| Econo Med Pharmaceuticals, Inc. | 38130 |
| Econolab | 55053 |
| Edwards Pharmaceuticals, Inc. | 00485 |
| Edyn Corporation | 60619 |
| Effcon Laboratories, Inc. | 55806 |
| Elan Pharma. Research Corp. | 52472 |
| Elge, Inc. | 58298 |
| Elkins-Sinn, Inc. | 00641 |
| Endo Laboratories | 60951 |
| Enzon, Inc. | 57665 |

| MANUFACTURER | ID# |
|---|---|
| Eon Labs Manufacturing, Inc. | 00185 |
| Equipharm Corp. | 57779 |
| ESI Pharma. Inc. | 59911 |
| Ethex Corporation | 58177 |
| Everett Laboratories, Inc. | 00642 |
| **F** | |
| Falcon Ophthalmics | 61314 |
| Family Pharmacy | 52735 |
| Femdale Laboratories, Inc. | 00496 |
| Ferring Laboratories, Inc. | 55566 |
| Fielding Pharmaceutical Co. | 00421 |
| Fisons Corporation | 00585 |
| Fleming and Company | 00256 |
| Flemming Pharmaceuticals, Inc. | 60976 |
| Fluoritab Corporation | 00288 |
| Forest Pharmaceuticals, Inc. | 00456 |
| Fougera, E. & Co. | 00168 |
| Foxmeyer Drug Company | 52297 |
| Fujisawa Pharm Co. | 57317 |
| **G** | |
| G & W Laboratories, Inc. | 00713 |
| Gallipot, Inc. | 51552 |
| Gate Pharmaceuticals | 57844 |
| Gebauer Co. | 00386 |
| Geigy Pharmaceuticals | 00028 |
| Genderm | 52761 |
| Genderm | 57284 |
| Genentech, Inc. | 50242 |
| Generamed, Inc. | 52569 |
| Genetco, Inc. | 00302 |
| Geneva Phamaceuticals, Inc. | 00781 |
| Gensia Laboratories, Ltd. | 00703 |
| Genzyme Corporation | 58468 |
| Geri-Care Pharmaceuticals Corp. | 57896 |
| Geriatric Pharmaceutical Corp. | 00249 |
| Glades Pharmaceuticals Corp. | 59366 |
| Glasgow Pharmaceutical Corp. | 60809 |
| Glaxo, Inc. | 00173 |
| Global Pharmaceutical Corp. | 00115 |
| Global Source Mgmt & Consulting, Inc. | 59618 |
| Goldline Laboratories, Inc. | 00182 |
| Good Health | 33261 |
| Gray Pharmaceutical Company | 00152 |
| Great Southern Laboratories | 51301 |
| Greenstone Ltd. | 59762 |
| Guardian Laboratories | 00327 |
| **H** | |
| Hall Laboratories, Inc. | 00417 |
| Halsey Drug Company, Inc. | 00879 |
| Hamilton Pharma, Inc. | 60322 |
| Henley International | 57437 |
| Hercon Laboratories Corp. | 49730 |
| Hermal Pharmaceutical Labs, Inc. | 48017 |
| Hi-Tech Pharmacal Co., Inc. | 50383 |
| Hickam, Dow B., Inc. | 00514 |
| Highland Packaging | 55782 |
| Hill Dermaceuticals, Inc. | 28105 |
| Hillestad International, Inc. | 10542 |
| Hoechst-Roussel Pharm., Inc. | 00039 |
| Hoffmann-LaRoche, Inc. | 00004 |
| Hollister-Stier Miles, Inc., Pharm. Division | 00118 |
| Horizon Pharmaceutical Corp. | 59630 |
| Horizon Pharmaceuticals, Inc. | 60904 |
| Horizon Products Company | 54580 |
| Horus Therapeutics | 59229 |
| Huckaby Pharmacal, Inc. | 58407 |
| Hudson Corporation | 25077 |
| Huffman Laboratories, Inc. | 54252 |
| Hyrex Pharmaceuticals | 00314 |
| **I** | |
| ICN Pharmaceuticals, Inc. | 00187 |
| ICN Pharmaceuticals, Inc. | 53095 |
| Immunex Corp. | 58406 |
| Immuno-US, Inc. | 54129 |
| Innercare | 53723 |
| Innotek, Inc. | 58551 |
| International Laboratories | 00665 |
| International Medication Systems | 00548 |
| Interpharm, Inc. | 53746 |
| Invamed, Inc. | 52189 |
| Inwood Laboratories, Inc. | 00258 |
| Iolab Corporation | 00058 |
| Ion Laboratories, Inc. | 11808 |
| Ion Laboratories, Inc. | 55532 |
| IPR Pharmaceuticals, Inc. | 54921 |
| **J** | |
| Jacobus Pharmaceutical Co., Inc. | 49938 |
| Janssen Pharmaceutical, Inc. | 50458 |
| Jerome Stevens Pharmaceuticals | 50564 |
| Johnson Laboratories, Inc. | 58118 |
| Jordan Pharmaceuticals, Inc. | 58196 |
| **K** | |
| KABI Pharmacia, Inc. | 00016 |
| KABI Pharmacia, Inc. | 00601 |
| Kerry Co., Inc. | 60475 |
| King Pharmaceuticals, Inc. | 60793 |
| Kirkman Labs, Inc. | 58223 |
| Knoll Pharmaceuticals | 00044 |
| Konsyl Pharmaceutical, Inc. | 00224 |
| **L** | |
| Laboratoris Atral, S.A. | 53862 |
| Lange Medical Products, Inc. | 46716 |
| Lannett Company, Inc. | 00527 |
| Laser, Inc. | 00277 |
| Leader Brand Products | 37205 |
| Lederle Laboratories | 00005 |
| Lederle Parenterals, Inc. | 00205 |
| Lederle Piperacillin, Inc. | 00206 |
| Lemmon Company | 00093 |
| Lilly, Eli and Company, Inc. | 00002 |
| Link International, Inc. | 50844 |
| Liquipharm, Inc. | 54198 |
| Logen Pharmaceutical, Inc. | 00820 |
| Longs Drug Stores, California, Inc. | 12333 |
| Loramen, Inc. | 60412 |
| Luitpold Pharmaceuticals, Inc. | 10797 |
| Lunsco, Inc. | 10892 |
| Lyphomed Div. Fujisawa USA, Inc. | 00469 |
| **M** | |
| 3M Pharmaceuticals | 00089 |
| Major Pharmaceuticals, Inc. | 00904 |
| Mallinckrodt Spec. Chemicals Co. | 00406 |
| Manufacturing Chemists, Inc. | 00148 |
| Marion Merrell Dow, Inc. | 00068 |
| Marion Merrell Dow, Inc. | 00088 |
| Marlop Pharmaceutical | 12939 |
| Marnel Pharmaceuticals, Inc. | 00682 |
| Marsam Pharmaceuticals, Inc. | 00209 |
| Martec Pharmaceutical, Inc. | 52555 |
| Martin Ekwealor Pharm., Inc. | 58607 |
| MAS Laboratories, Inc. | 51017 |
| Mason Distributors, Inc. | 11845 |
| Massachusetts Public Health Bio. Lab. | 14362 |
| Mayrand Pharmaceuticals, Inc. | 00259 |
| McGaw, Inc. | 00264 |
| McKesson Corp. - Medalist | 37937 |
| McKesson Corp. - Valu-Rite | 49348 |
| McNeil Pharmaceutical | 00045 |
| McNeil, R.A. Company | 12830 |
| MCR/American Pharmaceuticals, Inc. | 58605 |
| MD Pharmaceuticals, Inc. | 43567 |
| Mead Johnson & Company | 00015 |
| Med-Derm Pharmaceuticals | 45565 |
| Medicis Dermatologics, Inc. | 99207 |
| Medi-Plex Pharmaceuticals, Inc. | 59010 |
| Medirex, Inc. | 57480 |
| Med-Pro, Inc. | 53978 |
| Med-Tek Pharmaceuticals, Inc. | 52349 |
| Medtronic, Inc. | 58281 |
| Merck & Co. | 00006 |
| MGI Pharma, Inc. | 58063 |
| Mikart, Inc. | 46672 |
| Miles, Inc., Pharm. Division | 00026 |
| Miles, Inc., Pharm. Division - Biological Products | 00192 |
| Mission Pharmacal Company | 00178 |
| Mitchell, F.A. Co., Inc. | 10770 |
| Moore Medical Corp. | 00839 |
| Morton Grove Pharmaceuticals, Inc. | 60432 |
| Mova Pharmaceutical Corp. | 55370 |
| Muro Pharmaceutical, Inc. | 00451 |
| Mutual Pharmaceutical Company, Inc. | 53489 |
| Mylan Pharmaceuticals, Inc. | 00378 |
| **N** | |
| National Vitamin Company, Inc. | 54629 |
| Nephron Pharmaceuticals, Corp. | 00487 |
| Nephro-Tech, Inc. | 59528 |
| New Life Health Products Corp. | 58041 |
| Niche Pharmaceuticals, Inc. | 59016 |
| NMC Laboratories, Inc. | 23317 |
| Northampton Medical, Inc. | 58436 |
| Norton, H. N. | 50732 |
| Novo Nordisk Pharmaceuticals, Inc. | 00169 |
| Novo Nordisk Pharmaceuticals, Inc. | 50445 |
| Novopharm, Inc. | 55953 |
| Nutraceutical Laboratories, Inc. | 58916 |
| **O** | |
| Oaktree Products, Inc. | 59256 |
| Obetrol Pharm. - Rexar Pharmacal Corp. | 00477 |
| Oclassen Pharmaceuticals, Inc. | 55515 |
| Ocusoft, Inc. | 54799 |
| OHM Laboratories, Inc. | 51660 |
| Optopics Laboratories Corp. | 52238 |
| Organon, Inc. | 00052 |
| Ortho Biotech, Inc. | 59676 |
| Ortho Pharmaceutical Corp. | 00062 |
| Otsuka America | 59148 |
| Owen/Galderma Laboratories, Inc. | 00299 |
| **P** | |
| Paddock Laboratories, Inc. | 00574 |
| Palisades Pharmaceuticals, Inc. | 53159 |
| Pan American Laboratories, Inc. | 00525 |

| MANUFACTURER | ID# |
|---|---|
| Par Pharmaceutical, Inc. | 49884 |
| Parmed Pharmaceuticals, Inc. | 00349 |
| Pecos Pharmaceuticals | 59879 |
| Pedinol Pharmacal, Inc. | 00884 |
| Pennex Laboratories | 60814 |
| Pennex Pharmaceuticals, Inc. | 00426 |
| Penn Labs, Inc. | 58437 |
| Perrigo, L. Company | 00113 |
| Perrigo, L. Company | 58948 |
| Perrigo, L. Company | 70030 |
| Perry Medical-Hall Labs. | 11763 |
| Pfizer, Inc. | 00069 |
| Pfizer, Inc. | 00663 |
| Pfizer, Inc. | 00995 |
| Pfizer-Roerig | 00049 |
| Pfizer-Roerig | 00662 |
| Pharm Tech, Inc. | 29294 |
| Pharmaceutical Associates, Inc. | 00121 |
| Pharmacist's Choice | 54979 |
| Pharmaderm | 00462 |
| Pharmafair, Inc. | 24208 |
| Pharmakraft, Inc. | 59516 |
| Pharmics, Inc. | 00813 |
| Poly Pharmaceutical, Inc. | 50991 |
| Polythress, William P., Inc. | 00095 |
| Porton Products Limited | 55688 |
| Pratt Pharmaceuticals | 59012 |
| Praxis Biologics, Inc. | 53124 |
| PRN Laboratories | 60459 |
| Procter & Gamble Distributing Company | 37000 |
| Procter & Gamble Pharmaceuticals | 00149 |
| Purdue Frederick Company | 00034 |
| Purepac Pharmaceutical Company | 00228 |
| **Q** | |
| Qualitest Products, Inc. | 00603 |
| Qualitest Products, Inc. | 52446 |
| Quality Formulations, Inc. | 12225 |
| **R** | |
| R&D Laboratories, Inc. | 54391 |
| Ram Laboratories | 49729 |
| Reckitt & Colman Pharmaceuticals, Inc. | 12496 |
| Reed & Carnrick | 00021 |
| Reese Chemical Company | 10956 |
| Respa Pharmaceutical, Inc. | 60575 |
| Rexar Pharmacal Corp. | 00478 |
| Rhone-Poulenc Rorer Consumer | 00067 |
| Rhone-Poulenc Rorer Pharm., Inc. | 00075 |
| Richardson-Vicks, Inc. | 23900 |
| Richwood Pharmaceutical Company, Inc. | 58521 |
| R.I.D., Inc. | 54807 |
| R.I.J. Pharmaceutical Corp. | 53807 |
| Roberts Laboratories, Inc. | 54092 |
| Roberts Laboratories, Inc. | 59441 |
| Roberts-Hauck Pharmaceuticals, Inc. | 43797 |
| Robins, A.H. | 00031 |
| Rosemont Pharmaceuticals Corp. | 00832 |
| Roxane Laboratories, Inc. | 00054 |
| Royce Laboratories, Inc. | 51875 |
| Rugby Laboratories, Inc. | 00536 |

| MANUFACTURER | ID# |
|---|---|
| Rystan Company, Inc. | 00263 |
| **S** | |
| Sandoz Consumer Health Care Group | 00043 |
| Sandoz Pharmaceutical Corp. | 00078 |
| Sandoz Pharmaceutical Corp. | 58345 |
| Sanofi Winthrop Pharmaceuticals | 00024 |
| Savage Labs | 00281 |
| Scandipharm, Inc. | 58914 |
| Schein Pharmaceutical, Inc. | 00364 |
| Scherer Laboratories, Inc. | 00274 |
| Schering Corporation | 00085 |
| Schering Corporation | 00369 |
| Schiapparelli Searle | 00905 |
| Schwarz Pharma Kremers Urban Co. | 00091 |
| Scot-Tussin Pharmacal Co., Inc. | 00372 |
| Searle, G. D. & Co. | 00014 |
| Searle, G. D. & Co. | 00025 |
| Seatrace Company | 00551 |
| Seneca Pharmaceuticals, Inc. | 47028 |
| Serono Laboratories, Inc. | 44087 |
| Sherwood Medical Company | 08880 |
| Shionogi USA, Inc. | 45809 |
| Sidmak Laboratories, Inc. | 50111 |
| Sigma-Tau Pharmaceuticals, Inc. | 54482 |
| Silarx Pharmaceutical, Inc. | 54838 |
| SmithKline Beecham Corporation | 00007 |
| SmithKline Beecham Corporation | 00029 |
| SmithKline Beecham Corporation | 00108 |
| SmithKline Beecham Corporation | 00484 |
| SmithKline Beecham Corporation | 00766 |
| SmithKline Beecham Corporation | 45800 |
| SmithKline Beecham Corporation | 49692 |
| SmithKline Beecham Corporation | 57294 |
| SmithKline Beecham Corp. - Beechham Products | 53100 |
| Snuva, Inc. | 58291 |
| Solopak Medical Products, Inc. | 59747 |
| Solopak Pharmaceuticals, Inc. | 39769 |
| Solvay Pharmaceuticals | 00032 |
| Somerset Pharmaceuticals, Inc. | 39506 |
| Squibb, E.R. & Sons, Inc. | 00003 |
| Stafford-Miller | 55372 |
| Star Pharmaceuticals, Inc. | 00076 |
| Steris Laboratories, Inc. | 00402 |
| Stewart-Jackson Pharmacal, Inc. | 45985 |
| Stiefel Laboratories, Inc. | 00145 |
| Stolle Health & Nutrition, Inc. | 41701 |
| Storz Instrument Company | 57706 |
| Stratus Pharmaceuticals, Inc. | 58980 |
| Stuart Pharmaceuticals | 00038 |
| Summit Pharmaceuticals | 57267 |
| Suppositoria Laboratories | 00414 |
| Sween Corporation | 11701 |
| Swiss American Products, Inc. | 60232 |
| Syntex Laboratories, Inc. | 00033 |
| Syntex Laboratories, Inc. | 18393 |

| MANUFACTURER | ID# |
|---|---|
| Syntex Laboratories, Inc. | 42987 |
| **T** | |
| TAP Pharmaceutical, Inc. | 00300 |
| Taro Pharmaceuticals, Inc. | 51672 |
| Thames Pharmacal Company, Inc. | 49158 |
| Time-Cap Laboratories, Inc. | 49483 |
| TMK Pharmaceuticals | 59582 |
| Topi-Cana Spec. Products | 59197 |
| Tri-Med Laboratories, Inc. | 55654 |
| Trinity Technologies | 61355 |
| Truxton Inc., C. O. | 00463 |
| **U** | |
| UAD Laboratories, Inc. | 00785 |
| UDL Laboratories, Inc. | 51079 |
| United Research Laboratories, Inc. | 00677 |
| United States Trading Corp. | 56126 |
| United States Trading Corp. | 58653 |
| Unlimited Beverages | 59640 |
| Upjohn Company | 00009 |
| Upsher-Smith Laboratories, Inc. | 00245 |
| U.S. Apothecary | 59403 |
| U.S. Bioscience, Inc. | 58178 |
| U.S. Pharmaceutical Corp. | 52747 |
| **V** | |
| Vangard Laboratories, Inc. | 00615 |
| Venture Pharmaceuticals, Inc. | 59785 |
| Vintage Pharmaceuticals, Inc. | 00254 |
| Vintage Pharmaceuticals, Inc. | 53404 |
| Vita Pharm Canada Limited | 58946 |
| Vitaline Corp. | 54022 |
| Vitamed Laboratories, Inc. | 58879 |
| **W** | |
| Wakefield Pharmaceuticals, Inc. | 59310 |
| Warner-Lambert Company | 00047 |
| Warner-Lambert Company | 00710 |
| Warner-Lambert Company | 00071 |
| Warner-Lambert Company | 11370 |
| Warner-Lambert Company | 53592 |
| Warner-Lambert Company | 00710 |
| Warrick Pharmaceuticals Corp. | 59930 |
| Watson Laboratories, Inc. | 52544 |
| Welgen | 61054 |
| WE Pharmaceuticals, Inc. | 59196 |
| West Point Pharma | 59591 |
| West-Ward Pharmaceutical Corp. | 00143 |
| Westwood-Squibb Pharmaceuticals | 00072 |
| Whitby Pharmaceuticals, Inc. | 50474 |
| Whitehall Laboratories, Inc. | 00573 |
| Wide River Chemical | 57610 |
| Williams Generics, Inc. | 49137 |
| Williams Generics Inc. | 51728 |
| Williams, T.E., Pharmaceuticals, Inc. | 51189 |
| Winsor Pharmaceuticals | 59004 |
| Wyeth Laboratories | 00008 |
| **Y** | |
| Yorpharm, Inc. | 61147 |
| **Z** | |
| Zeneca Pharmaceuticals | 00310 |
| Zenith Laboratories, Inc. | 00172 |

Exhibit 2





# APPROVED DRUG PRODUCTS

## WITH THERAPEUTIC EQUIVALENCE EVALUATIONS

## 15TH EDITION

THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTIONS 505 AND 507 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF MANAGEMENT
DIVISION OF DRUG INFORMATION RESOURCES

1995

RM
301.45
.A66

Approved drug products with therapeutic equivalence evaluations. -- 1985- . -- [Rockville, Md. ]: -- U.S. Dept. of Health and Human Services, Public Health Service, Food and Drug Administration, Center for Drug Evaluation and Research, ; [Washington : For sale by the Supt. of Docs., U.S. G.P.O.], 1985-

v. ; 28 cm.

Annual.

Vols. for 1985- also called 6th- ed.

Updated by monthly cumulative supplements.

Updated magnetic tape containing only the "Prescription Drug Product List" is available quarterly from NTIS.

Continues: Approved prescription drug products with therapeutic equivalence evaluations.

1. Drugs--Therapeutic equivalency. 2. Drugs--bioavailability. 3. Insurance, Pharmaceutical services. 4. Prescriptions, Drug. 5. Drugs--Catalogs. 6. Medical care--United States. 7. Patents. 8. Patent extensions. I. United States. Food and Drug Administration. II. Center for Drugs and Biologics (U.S.). III. Center for Drug Evaluation and Research (U.S.). IV. Center for Biologics Evaluation and Research (U.S.).

# APPROVED DRUG PRODUCTS
## with
# THERAPEUTIC EQUIVALENCE EVALUATIONS

The products in this list have been approved under sections 505 and 507 of the Federal Food, Drug, and Cosmetic Act. This volume and accompanying first supplement are current through January 31, 1995.

# 15TH EDITION



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF MANAGEMENT
DIVISION OF DRUG INFORMATION RESOURCES

1995

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

** 1 **

**1ST TX**
* 1ST TEXAS PHARMACEUTICALS INC SUB SCHERER LABORATORIES INC
  CODEINE, ASPIRIN, APAP FORMULA NO. 2, ACETAMINOPHEN
  CODEINE, ASPIRIN, APAP FORMULA NO. 3, ACETAMINOPHEN
  CODEINE, ASPIRIN, APAP FORMULA NO. 4, ACETAMINOPHEN
  MEPROBAMATE, MEPROBAMATE
  PREDNISONE, PREDNISONE
  QUINIDINE SULFATE, QUINIDINE SULFATE

** 3 **

**3M**
* 3M
  SCRUBTEAM SURGICAL SPONGEBRUSH, HEXACHLOROPHENE
* 3M MEDICAL PRODUCTS DIV
  INSTANT MICROSPHERES, TECHNETIUM TC-99M ALBUMIN MICROSPHERES KIT
  YTTERBIUM YB 169 DTPA, PENTETATE CALCIUM TRISODIUM YB-169
* 3M PHARMACEUTICALS INC
  CALCIUM DISODIUM VERSENATE, EDETATE CALCIUM DISODIUM
  CIRCANOL, ERGOLOID MESYLATES
  CLIMARA, ESTRADIOL
  DISIPAL, ORPHENADRINE HYDROCHLORIDE
  DUO-MEDIHALER, ISOPROTERENOL HYDROCHLORIDE
  ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
  LIPO-HEPIN, HEPARIN SODIUM
  MAXAIR, PIRBUTEROL ACETATE
  MEDIHALER ERGOTAMINE, ERGOTAMINE TARTRATE
  MEDIHALER-EPI, EPINEPHRINE BITARTRATE (OTC)
  MEDIHALER-ISO, ISOPROTERENOL SULFATE
  NORFLEX, ORPHENADRINE CITRATE
  NORGESIC FORTE, ASPIRIN
  NORGESIC, ASPIRIN
  RAUWILOID, ALSEROXYLON
  SODIUM VERSENATE, EDETATE DISODIUM
  TAMBOCOR, FLECAINIDE ACETATE
  TEPANIL TEN-TAB, DIETHYLPROPION HYDROCHLORIDE
  TEPANIL, DIETHYLPROPION HYDROCHLORIDE
  THEOLAIR, THEOPHYLLINE
  THEOLAIR-SR, THEOPHYLLINE
  ULO, CHLOPHEDIANOL HYDROCHLORIDE
  UREX, METHENAMINE HIPPURATE
  VERILOID, ALKAVERVIR

** A **

**ABANA**
* ABANA PHARMACEUTICALS INC
  NORCET, ACETAMINOPHEN

**ABBOTT**
* ABBOTT LABORATORIES
  A-METHAPRED, METHYLPREDNISOLONE SODIUM SUCCINATE
  ACETYLCYSTEINE, ACETYLCYSTEINE
  AMIKACIN, AMIKACIN SULFATE
  BUPIVACAINE HCL KIT, BUPIVACAINE HYDROCHLORIDE
  CIMETIDINE HCL IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, CIMETIDINE HYDROCHLORIDE
  DOBUTAMINE HCL IN DEXTROSE 5% IN PLASTIC CONTAINER, DOBUTAMINE HYDROCHLORIDE
  DOBUTAMINE HCL IN DEXTROSE 5%, DOBUTAMINE HYDROCHLORIDE
  DOBUTAMINE HCL, DOBUTAMINE HYDROCHLORIDE
  ISOFLURANE, ISOFLURANE
  LORAZEPAM, LORAZEPAM
  MAGNESIUM SULFATE IN PLASTIC CONTAINER, MAGNESIUM SULFATE
  NALBUPHINE HYDROCHLORIDE, NALBUPHINE HYDROCHLORIDE
  NITROGLYCERIN IN DEXTROSE 5%, NITROGLYCERIN
  PENTAMIDINE ISETHIONATE, PENTAMIDINE ISETHIONATE
  POTASSIUM CHLORIDE 10MEQ IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
  POTASSIUM CHLORIDE 20MEQ IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
* ABBOTT LABORATORIES HOSP PRODUCTS DIV
  A-HYDROCORT, HYDROCORTISONE SODIUM SUCCINATE
  A-METHAPRED, METHYLPREDNISOLONE SODIUM SUCCINATE
  AMIDATE, ETOMIDATE
  AMIKACIN, AMIKACIN SULFATE
  AMINOCAPROIC ACID, AMINOCAPROIC ACID
  AMINOSYN II 10% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 15% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 3.5% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 3.5% IN DEXTROSE 5% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 3.5% M IN DEXTROSE 5% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 3.5% W/ ELECTROLYTES IN DEXTROSE 25% W/ CALCIUM IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% IN DEXTROSE 10% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% IN DEXTROSE 20% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% M IN DEXTROSE 10% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% W/ ELECT AND ADJUSTED PHOSPHATE IN DEXTROSE 10% IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% W/ ELECTROLYTES IN DEXTROSE 20% W/ CALCIUM IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 4.25% W/ ELECTROLYTES IN DEXTROSE 25% W/ CALCIUM IN PLASTIC CONTAINER, AMINO ACIDS
  AMINOSYN II 5% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS

AMINOSYN II 5% W/ ELECTROLYTES IN DEXTROSE 25% W/ CALCIUM IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN-HBC 7%, AMINO ACIDS
BUPIVACAINE HCL AND EPINEPHRINE, BUPIVACAINE HYDROCHLORIDE
CALCIJEX, CALCITRIOL
CHROMIC CHLORIDE IN PLASTIC CONTAINER, CHROMIC CHLORIDE
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
CUPRIC CHLORIDE IN PLASTIC CONTAINER, CUPRIC CHLORIDE
DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 50% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 70% IN PLASTIC CONTAINER, DEXTROSE
DIAZEPAM, DIAZEPAM
DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
ERYTHROCIN, ERYTHROMYCIN LACTOBIONATE
FENTANYL CITRATE AND DROPERIDOL, DROPERIDOL
FENTANYL CITRATE, FENTANYL CITRATE
HEPARIN LOCK FLUSH IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN LOCK FLUSH, HEPARIN SODIUM
HEPARIN SODIUM 20,000 UNITS IN DEXTROSE 5% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN DEXTROSE 5% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
LIDOCAINE HCL AND EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
MANGANESE CHLORIDE IN PLASTIC CONTAINER, MANGANESE CHLORIDE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
MORPHINE SULFATE, MORPHINE SULFATE
NALBUPHINE HCL, NALBUPHINE HYDROCHLORIDE
NITROGLYCERIN IN DEXTROSE 5%, NITROGLYCERIN
NITROPRESS, SODIUM NITROPRUSSIDE
PANCURONIUM BROMIDE, PANCURONIUM BROMIDE
PANHEPRIN, HEPARIN SODIUM
PENTHRANE, METHOXYFLURANE
PENTOTHAL, THIOPENTAL SODIUM
POTASSIUM ACETATE IN PLASTIC CONTAINER, POTASSIUM ACETATE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 20MEQ IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 40MEQ IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
QUELICIN, SUCCINYLCHOLINE CHLORIDE
RITODRINE HCL IN DEXTROSE 5% IN PLASTIC CONTAINER, RITODRINE HYDROCHLORIDE
RITODRINE HCL, RITODRINE HYDROCHLORIDE
SODIUM ACETATE IN PLASTIC CONTAINER, SODIUM ACETATE, ANHYDROUS
SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM LACTATE IN PLASTIC CONTAINER, SODIUM LACTATE
SODIUM PHOSPHATES IN PLASTIC CONTAINER, SODIUM PHOSPHATE, DIBASIC
STERILE WATER FOR INJECTION IN PLASTIC CONTAINER, WATER FOR INJECTION, STERILE
THAM, TROMETHAMINE
THAM-E, POTASSIUM CHLORIDE
TOBRAMYCIN SULFATE IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, TOBRAMYCIN SULFATE
TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
TPN ELECTROLYTES IN PLASTIC CONTAINER, CALCIUM CHLORIDE
TUBOCURARINE CHLORIDE, TUBOCURARINE CHLORIDE
UREAPHIL, UREA
VANCOMYCIN HCL, VANCOMYCIN HYDROCHLORIDE
ZINC CHLORIDE IN PLASTIC CONTAINER, ZINC CHLORIDE

* ABBOTT LABORATORIES PHARMACEUTICAL PRODUCTS DIV
A-HYDROCORT, HYDROCORTISONE SODIUM SUCCINATE
A-METHAPRED, METHYLPREDNISOLONE SODIUM SUCCINATE
A-POXIDE, CHLORDIAZEPOXIDE HYDROCHLORIDE
ACETIC ACID 0.25% IN PLASTIC CONTAINER, ACETIC ACID, GLACIAL
ALCOHOL 5% IN D5-W, ALCOHOL
AMINOCAPROIC ACID IN PLASTIC CONTAINER, AMINOCAPROIC ACID
AMINOPHYLLINE IN SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, AMINOPHYLLINE
AMINOPHYLLINE IN SODIUM CHLORIDE 0.45%, AMINOPHYLLINE
AMINOPHYLLINE, AMINOPHYLLINE
AMINOSOL 5%, PROTEIN HYDROLYSATE
AMINOSYN 10% (PH6), AMINO ACIDS
AMINOSYN 10%, AMINO ACIDS
AMINOSYN 3.5% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN 3.5% M IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN 3.5% M, AMINO ACIDS
AMINOSYN 3.5% W/ DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN 3.5% W/ DEXTROSE 5% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN 3.5%, AMINO ACIDS
AMINOSYN 4.25% W/ DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN 5%, AMINO ACIDS
AMINOSYN 7% (PH6), AMINO ACIDS
AMINOSYN 7% W/ ELECTROLYTES, AMINO ACIDS
AMINOSYN 7%, AMINO ACIDS
AMINOSYN 8.5% (PH6), AMINO ACIDS
AMINOSYN 8.5% W/ ELECTROLYTES, AMINO ACIDS

AMINOSYN 8.5%, AMINO ACIDS
AMINOSYN II 10% W/ ELECTROLYTES, AMINO ACIDS
AMINOSYN II 10%, AMINO ACIDS
AMINOSYN II 3.5% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5% IN DEXTROSE 5% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5% M IN DEXTROSE 5% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5% M IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5% M, AMINO ACIDS
AMINOSYN II 3.5% W/ ELECTROLYTES IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 3.5%, AMINO ACIDS
AMINOSYN II 4.25% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 4.25% M IN DEXTROSE 10% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 4.25% W/ ELECTROLYTES IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 5% IN DEXTROSE 25% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN II 5%, AMINO ACIDS
AMINOSYN II 7% W/ ELECTROLYTES, AMINO ACIDS
AMINOSYN II 7%, AMINO ACIDS
AMINOSYN II 8.5% W/ ELECTROLYTES, AMINO ACIDS
AMINOSYN II 8.5%, AMINO ACIDS
AMINOSYN-HBC 7% IN PLASTIC CONTAINER, AMINO ACIDS
AMINOSYN-PF 10%, AMINO ACIDS
AMINOSYN-PF 7%, AMINO ACIDS
AMINOSYN-RF 5.2%, AMINO ACIDS
AMMONIUM CHLORIDE IN PLASTIC CONTAINER, AMMONIUM CHLORIDE
AMMONIUM CHLORIDE, AMMONIUM CHLORIDE
BACTERIOSTATIC SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
BACTERIOSTATIC WATER FOR INJECTION IN PLASTIC CONTAINER, WATER FOR INJECTION, STERILE
BIAXIN, CLARITHROMYCIN
BRETYLIUM TOSYLATE IN DEXTROSE 5% IN PLASTIC CONTAINER, BRETYLIUM TOSYLATE
BRETYLIUM TOSYLATE IN DEXTROSE 5%, BRETYLIUM TOSYLATE
BRETYLIUM TOSYLATE IN PLASTIC CONTAINER, BRETYLIUM TOSYLATE
BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
BUPIVACAINE HCL, BUPIVACAINE HYDROCHLORIDE
BUPIVACAINE, BUPIVACAINE HYDROCHLORIDE
CALCIUM GLUCEPTATE, CALCIUM GLUCEPTATE
CARTROL, CARTEOLOL HYDROCHLORIDE
CEPHALOTHIN SODIUM, CEPHALOTHIN SODIUM
CHLOROPROCAINE HCL, CHLOROPROCAINE HYDROCHLORIDE
CHLORTHALIDONE, CHLORTHALIDONE
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
CYLERT, PEMOLINE
DEPAKENE, VALPROIC ACID
DEPAKOTE CP, DIVALPROEX SODIUM
DEPAKOTE, DIVALPROEX SODIUM
DESOXYN, METHAMPHETAMINE HYDROCHLORIDE
DEXTROSE 10% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 2.5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 20% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 3.3% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 30% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 38.5% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 40% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
DEXTROSE 5% AND RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 50% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 60% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 70% IN PLASTIC CONTAINER, DEXTROSE
DIASONE SODIUM, SULFOXONE SODIUM
DICUMAROL, DICUMAROL
DOPAMINE HCL IN DEXTROSE 5% IN PLASTIC CONTAINER, DOPAMINE HYDROCHLORIDE
DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
DROPERIDOL, DROPERIDOL
E.E.S. 200, ERYTHROMYCIN ETHYLSUCCINATE
E.E.S. 400, ERYTHROMYCIN ETHYLSUCCINATE
E.E.S., ERYTHROMYCIN ETHYLSUCCINATE
ENDRATE, EDETATE DISODIUM
ENDURON, METHYCLOTHIAZIDE
ENDURONYL FORTE, DESERPIDINE
ENDURONYL, DESERPIDINE
ENFLURANE, ENFLURANE
ERY-TAB, ERYTHROMYCIN
ERYDERM, ERYTHROMYCIN
ERYPED, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROCIN STEARATE, ERYTHROMYCIN STEARATE
ERYTHROCIN, ERYTHROMYCIN LACTOBIONATE
ERYTHROMYCIN, ERYTHROMYCIN
EUTONYL, PARGYLINE HYDROCHLORIDE
EUTRON, METHYCLOTHIAZIDE
FENTANYL CITRATE, FENTANYL CITRATE
FUROSEMIDE, FUROSEMIDE

GEMONIL, METHARBITAL
GENTAMICIN SULFATE IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, GENTAMICIN SULFATE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
GLYCINE 1.5% IN PLASTIC CONTAINER, GLYCINE
GLYCOPYRROLATE, GLYCOPYRROLATE
HALOTHANE, HALOTHANE
HARMONYL, DESERPIDINE
HEPARIN SODIUM 10,000 UNITS IN DEXTROSE 5% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 10,000 UNITS IN DEXTROSE 5%, HEPARIN SODIUM
HEPARIN SODIUM 10,000 UNITS IN SODIUM CHLORIDE 0.45%, HEPARIN SODIUM
HEPARIN SODIUM 10,000 UNITS IN SODIUM CHLORIDE 0.9%, HEPARIN SODIUM
HEPARIN SODIUM 1000 UNITS IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 12,500 UNITS IN DEXTROSE 5% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 12,500 UNITS IN DEXTROSE 5%, HEPARIN SODIUM
HEPARIN SODIUM 12,500 UNITS IN SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 12,500 UNITS IN SODIUM CHLORIDE 0.9%, HEPARIN SODIUM
HEPARIN SODIUM 2000 UNITS IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN DEXTROSE 5% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN DEXTROSE 5%, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS IN SODIUM CHLORIDE 0.9%, HEPARIN SODIUM
HEPARIN SODIUM 5,000 UNITS IN SODIUM CHLORIDE 0.45%, HEPARIN SODIUM
HEPARIN SODIUM 5000 UNITS IN SODIUM CHLORIDE 0.45%, HEPARIN SODIUM
HEPARIN SODIUM 5000 UNITS IN SODIUM CHLORIDE 0.9%, HEPARIN SODIUM
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYTRIN, TERAZOSIN HYDROCHLORIDE
IONOSOL B AND DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
IONOSOL MB AND DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
IONOSOL T AND DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
JANIMINE, IMIPRAMINE HYDROCHLORIDE
K-TAB, POTASSIUM CHLORIDE
LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
LIDOCAINE HCL 0.2% IN DEXTROSE 5% IN PLASTIC CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.2% IN DEXTROSE 5%, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.4% IN DEXTROSE 5% IN PLASTIC CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.4% IN DEXTROSE 5%, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.8% IN DEXTROSE 5% IN PLASTIC CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL AND DEXTROSE 7.5%, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL AND EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL IN PLASTIC CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
LIPOSYN 10%, SAFFLOWER OIL
LIPOSYN 20%, SAFFLOWER OIL
LIPOSYN II 10%, SAFFLOWER OIL
LIPOSYN II 20%, SAFFLOWER OIL
LIPOSYN III 10%, SOYBEAN OIL
LIPOSYN III 20%, SOYBEAN OIL
LTA II KIT, LIDOCAINE HYDROCHLORIDE
MANNITOL 10% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 10%, MANNITOL
MANNITOL 15% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 15%, MANNITOL
MANNITOL 20% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 20%, MANNITOL
MANNITOL 25%, MANNITOL
MANNITOL 5% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 5%, MANNITOL
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
METRONIDAZOLE IN PLASTIC CONTAINER, METRONIDAZOLE
METRONIDAZOLE, METRONIDAZOLE
MORPHINE SULFATE, MORPHINE SULFATE
NALOXONE HCL, NALOXONE HYDROCHLORIDE
NEMBUTAL SODIUM, PENTOBARBITAL SODIUM
NEMBUTAL, PENTOBARBITAL
NEMBUTAL, PENTOBARBITAL SODIUM
NITROGLYCERIN, NITROGLYCERIN
NITROPRESS, SODIUM NITROPRUSSIDE
NORISODRINE AEROTROL, ISOPROTERENOL HYDROCHLORIDE
NORISODRINE, ISOPROTERENOL SULFATE
NORMOSOL-M AND DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
NORMOSOL-R AND DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
NORMOSOL-R IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
OCL, POLYETHYLENE GLYCOL 3350
OGEN .625, ESTROPIPATE
OGEN 1.25, ESTROPIPATE
OGEN 2.5, ESTROPIPATE
OGEN 5, ESTROPIPATE
OGEN, ESTROPIPATE
OMNIFLOX, TEMAFLOXACIN HYDROCHLORIDE
ORETIC, HYDROCHLOROTHIAZIDE
ORETICYL 25, DESERPIDINE
ORETICYL 50, DESERPIDINE
ORETICYL FORTE, DESERPIDINE

OXYTOCIN 10 USP UNITS IN DEXTROSE 5%, OXYTOCIN
OXYTOCIN 20 USP UNITS IN DEXTROSE 5%, OXYTOCIN
OXYTOCIN 5 USP UNITS IN DEXTROSE 5%, OXYTOCIN
PANWARFIN, WARFARIN SODIUM
PARADIONE, PARAMETHADIONE
PCE, ERYTHROMYCIN
PEDIATRIC LTA KIT, LIDOCAINE HYDROCHLORIDE
PEGANONE, ETHOTOIN
PHENURONE, PHENACEMIDE
PHENYTOIN SODIUM, PHENYTOIN SODIUM
PHYSIOSOL IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
PHYSIOSOL PH 7.4 IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
PLACIDYL, ETHCHLORVYNOL
PLEGISOL IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% IN SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.225% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
PROSOM, ESTAZOLAM
RADIONUCLIDE-LABELED (125 I) FIBRINOGEN (HUMAN) SENSOR, FIBRINOGEN, I-125
RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
SELSUN, SELENIUM SULFIDE
SODIUM BICARBONATE IN PLASTIC CONTAINER, SODIUM BICARBONATE
SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE, SODIUM CHLORIDE
SODIUM LACTATE 0.167 MOLAR IN PLASTIC CONTAINER, SODIUM LACTATE
SORBITOL-MANNITOL IN PLASTIC CONTAINER, MANNITOL
SORBITOL-MANNITOL, MANNITOL
STERILE UREA, UREA
STERILE WATER FOR INJECTION IN PLASTIC CONTAINER, WATER FOR INJECTION, STERILE
STERILE WATER IN PLASTIC CONTAINER, WATER FOR IRRIGATION, STERILE
SULFADIAZINE, TRISULFAPYRIMIDINES (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
THEOPHYLLINE IN DEXTROSE 5% IN PLASTIC CONTAINER, THEOPHYLLINE
THYPINONE, PROTIRELIN
TPN ELECTROLYTES IN PLASTIC CONTAINER, CALCIUM CHLORIDE
TRAL, HEXOCYCLIUM METHYLSULFATE
TRANXENE SD, CLORAZEPATE DIPOTASSIUM
TRANXENE, CLORAZEPATE DIPOTASSIUM
TRIDIONE, TRIMETHADIONE
UROLOGIC G IN PLASTIC CONTAINER, CITRIC ACID
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE
VERCYTE, PIPOBROMAN
VITAMIN K1, PHYTONADIONE

**ABIC**

* ABIC LTD
  ABITREXATE, METHOTREXATE SODIUM
  FLUOROURACIL, FLUOROURACIL
  LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
  VINCRISTINE SULFATE, VINCRISTINE SULFATE

**ABLE**
* ABLE LABORATORIES INC
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  HEMSOL-HC, HYDROCORTISONE ACETATE
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
  MICONAZOLE NITRATE, MICONAZOLE NITRATE
  MICONAZOLE NITRATE, MICONAZOLE NITRATE (OTC)

**ADV CARE**
* ADVANCED CARE PRODUCTS DIV ORTHO PHARMACEUTICAL CORP
  MONISTAT 7 COMBINATION PACK, MICONAZOLE NITRATE (OTC)

**AKORN**
* AKORN INC
  AK-PENTOLATE, CYCLOPENTOLATE HYDROCHLORIDE
  CHLORAMPHENICOL, CHLORAMPHENICOL
  COR-OTICIN, HYDROCORTISONE ACETATE
  CYANOCOBALAMIN, CYANOCOBALAMIN
  DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE SODIUM PHOSPHATE
  GENTAMICIN SULFATE, GENTAMICIN SULFATE
  HEPARIN SODIUM, HEPARIN SODIUM
  HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
  HYDROXYPROGESTERONE CAPROATE, HYDROXYPROGESTERONE CAPROATE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  METHYLPREDNISOLONE ACETATE, METHYLPREDNISOLONE ACETATE
  NANDROLONE DECANOATE, NANDROLONE DECANOATE
  NAPHAZOLINE HCL, NAPHAZOLINE HYDROCHLORIDE
  POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
  PREDAMIDE, PREDNISOLONE ACETATE
  PREDNISOLONE ACETATE, PREDNISOLONE ACETATE
  PREDNISOLONE SODIUM PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
  PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
  PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
  SODIUM SULFACETAMIDE, SULFACETAMIDE SODIUM
  THIAMINE HCL, THIAMINE HYDROCHLORIDE
  TRIAMCINOLONE DIACETATE, TRIAMCINOLONE DIACETATE
  TROPICAMIDE, TROPICAMIDE

**ALCON**
* ALCON LABORATORIES INC
  ALCAINE, PROPARACAINE HYDROCHLORIDE
  ALOMIDE, LODOXAMIDE TROMETHAMINE
  ANESTACON, LIDOCAINE HYDROCHLORIDE
  BETOPTIC S, BETAXOLOL HYDROCHLORIDE
  BETOPTIC, BETAXOLOL HYDROCHLORIDE
  BSS PLUS, CALCIUM CHLORIDE
  CETAMIDE, SULFACETAMIDE SODIUM
  CETAPRED, PREDNISOLONE ACETATE
  CILOXAN, CIPROFLOXACIN HYDROCHLORIDE
  CYCLOGYL, CYCLOPENTOLATE HYDROCHLORIDE
  CYCLOMYDRIL, CYCLOPENTOLATE HYDROCHLORIDE
  DENDRID, IDOXURIDINE
  DIPIVEFRIN HCL, DIPIVEFRIN HYDROCHLORIDE
  ECONOCHLOR, CHLORAMPHENICOL
  ECONOPRED PLUS, PREDNISOLONE ACETATE
  ECONOPRED, PREDNISOLONE ACETATE
  FLAREX, FLUOROMETHOLONE ACETATE
  IOPIDINE, APRACLONIDINE HYDROCHLORIDE
  ISMOTIC, ISOSORBIDE
  ISOPTO CETAMIDE, SULFACETAMIDE SODIUM
  ISOPTO CETAPRED, PREDNISOLONE ACETATE
  MAXIDEX, DEXAMETHASONE
  MAXIDEX, DEXAMETHASONE SODIUM PHOSPHATE
  MAXITROL, DEXAMETHASONE
  MIOSTAT, CARBACHOL
  MYDRIACYL, TROPICAMIDE
  NAPHCON FORTE, NAPHAZOLINE HYDROCHLORIDE
  NAPHCON-A, NAPHAZOLINE HYDROCHLORIDE (OTC)
  NATACYN, NATAMYCIN
  PANTOPAQUE, IOPHENDYLATE
  PILOPINE HS, PILOCARPINE HYDROCHLORIDE
  PROFENAL, SUPROFEN
  STATROL, NEOMYCIN SULFATE
  TOBRADEX, DEXAMETHASONE
  TOBRASONE, FLUOROMETHOLONE ACETATE
  TOBREX, TOBRAMYCIN
  VEXOL, RIMEXOLONE
  ZOLYSE, CHYMOTRYPSIN

**ALLERGAN**
* ALLERGAN INC
  OCUFLOX, OFLOXACIN
* ALLERGAN MEDICAL OPTICS
  ENDOSOL EXTRA, CALCIUM CHLORIDE
* ALLERGAN PHARMACEUTICAL
  ALBALON, NAPHAZOLINE HYDROCHLORIDE
  BETAGAN, LEVOBUNOLOL HYDROCHLORIDE
  BLEPH-10, SULFACETAMIDE SODIUM
  BLEPH-30, SULFACETAMIDE SODIUM
  BLEPHAMIDE S.O.P., PREDNISOLONE ACETATE
  BLEPHAMIDE, PREDNISOLONE ACETATE
  CHLOROPTIC S.O.P., CHLORAMPHENICOL
  CHLOROPTIC, CHLORAMPHENICOL
  CHLOROPTIC-P S.O.P., CHLORAMPHENICOL
  ETHAMIDE, ETHOXZOLAMIDE
  FML FORTE, FLUOROMETHOLONE
  FML, FLUOROMETHOLONE
  FML-S, FLUOROMETHOLONE
  GENOPTIC, GENTAMICIN SULFATE

* ABIC LTD
  ABITREXATE, METHOTREXATE SODIUM
  FLUOROURACIL, FLUOROURACIL
  LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
  VINCRISTINE SULFATE, VINCRISTINE SULFATE

**ABLE**
* ABLE LABORATORIES INC
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  HEMSOL-HC, HYDROCORTISONE ACETATE
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
  MICONAZOLE NITRATE, MICONAZOLE NITRATE
  MICONAZOLE NITRATE, MICONAZOLE NITRATE (OTC)

**ADV CARE**
* ADVANCED CARE PRODUCTS DIV ORTHO PHARMACEUTICAL CORP
  MONISTAT 7 COMBINATION PACK, MICONAZOLE NITRATE (OTC)

**AKORN**
* AKORN INC
  AK-PENTOLATE, CYCLOPENTOLATE HYDROCHLORIDE
  CHLORAMPHENICOL, CHLORAMPHENICOL
  COR-OTICIN, HYDROCORTISONE ACETATE
  CYANOCOBALAMIN, CYANOCOBALAMIN
  DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE SODIUM PHOSPHATE
  GENTAMICIN SULFATE, GENTAMICIN SULFATE
  HEPARIN SODIUM, HEPARIN SODIUM
  HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
  HYDROXYPROGESTERONE CAPROATE, HYDROXYPROGESTERONE CAPROATE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  METHYLPREDNISOLONE ACETATE, METHYLPREDNISOLONE ACETATE
  NANDROLONE DECANOATE, NANDROLONE DECANOATE
  NAPHAZOLINE HCL, NAPHAZOLINE HYDROCHLORIDE
  POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
  PREDAMIDE, PREDNISOLONE ACETATE
  PREDNISOLONE ACETATE, PREDNISOLONE ACETATE
  PREDNISOLONE SODIUM PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
  PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
  PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
  SODIUM SULFACETAMIDE, SULFACETAMIDE SODIUM
  THIAMINE HCL, THIAMINE HYDROCHLORIDE
  TRIAMCINOLONE DIACETATE, TRIAMCINOLONE DIACETATE
  TROPICAMIDE, TROPICAMIDE

**ALCON**
* ALCON LABORATORIES INC
  ALCAINE, PROPARACAINE HYDROCHLORIDE
  ALOMIDE, LODOXAMIDE TROMETHAMINE
  ANESTACON, LIDOCAINE HYDROCHLORIDE
  BETOPTIC S, BETAXOLOL HYDROCHLORIDE
  BETOPTIC, BETAXOLOL HYDROCHLORIDE
  BSS PLUS, CALCIUM CHLORIDE
  CETAMIDE, SULFACETAMIDE SODIUM
  CETAPRED, PREDNISOLONE ACETATE
  CILOXAN, CIPROFLOXACIN HYDROCHLORIDE
  CYCLOGYL, CYCLOPENTOLATE HYDROCHLORIDE
  CYCLOMYDRIL, CYCLOPENTOLATE HYDROCHLORIDE
  DENDRID, IDOXURIDINE
  DIPIVEFRIN HCL, DIPIVEFRIN HYDROCHLORIDE
  ECONOCHLOR, CHLORAMPHENICOL
  ECONOPRED PLUS, PREDNISOLONE ACETATE
  ECONOPRED, PREDNISOLONE ACETATE
  FLAREX, FLUOROMETHOLONE ACETATE
  IOPIDINE, APRACLONIDINE HYDROCHLORIDE
  ISMOTIC, ISOSORBIDE
  ISOPTO CETAMIDE, SULFACETAMIDE SODIUM
  ISOPTO CETAPRED, PREDNISOLONE ACETATE
  MAXIDEX, DEXAMETHASONE
  MAXIDEX, DEXAMETHASONE SODIUM PHOSPHATE
  MAXITROL, DEXAMETHASONE
  MIOSTAT, CARBACHOL
  MYDRIACYL, TROPICAMIDE
  NAPHCON FORTE, NAPHAZOLINE HYDROCHLORIDE
  NAPHCON-A, NAPHAZOLINE HYDROCHLORIDE (OTC)
  NATACYN, NATAMYCIN
  PANTOPAQUE, IOPHENDYLATE
  PILOPINE HS, PILOCARPINE HYDROCHLORIDE
  PROFENAL, SUPROFEN
  STATROL, NEOMYCIN SULFATE
  TOBRADEX, DEXAMETHASONE
  TOBRASONE, FLUOROMETHOLONE ACETATE
  TOBREX, TOBRAMYCIN
  VEXOL, RIMEXOLONE
  ZOLYSE, CHYMOTRYPSIN

**ALLERGAN**
* ALLERGAN INC
  OCUFLOX, OFLOXACIN
* ALLERGAN MEDICAL OPTICS
  ENDOSOL EXTRA, CALCIUM CHLORIDE
* ALLERGAN PHARMACEUTICAL
  ALBALON, NAPHAZOLINE HYDROCHLORIDE
  BETAGAN, LEVOBUNOLOL HYDROCHLORIDE
  BLEPH-10, SULFACETAMIDE SODIUM
  BLEPH-30, SULFACETAMIDE SODIUM
  BLEPHAMIDE S.O.P., PREDNISOLONE ACETATE
  BLEPHAMIDE, PREDNISOLONE ACETATE
  CHLOROPTIC S.O.P., CHLORAMPHENICOL
  CHLOROPTIC, CHLORAMPHENICOL
  CHLOROPTIC-P S.O.P., CHLORAMPHENICOL
  ETHAMIDE, ETHOXZOLAMIDE
  FML FORTE, FLUOROMETHOLONE
  FML, FLUOROMETHOLONE
  FML-S, FLUOROMETHOLONE
  GENOPTIC, GENTAMICIN SULFATE

HERPLEX, IDOXURIDINE
HMS, MEDRYSONE
OCUFEN, FLURBIPROFEN SODIUM
OPHTHETIC, PROPARACAINE HYDROCHLORIDE
PAREMYD, HYDROXYAMPHETAMINE HYDROBROMIDE
POLY-PRED, NEOMYCIN SULFATE
POLYTRIM, POLYMYXIN B SULFATE
PRED FORTE, PREDNISOLONE ACETATE
PRED MILD, PREDNISOLONE ACETATE
PRED-G, GENTAMICIN SULFATE
PREFRIN-A, PHENYLEPHRINE HYDROCHLORIDE
PROPINE, DIPIVEFRIN HYDROCHLORIDE

**ALLERGAN HERBERT**

* ALLERGAN HERBERT DIV ALLERGAN INC
  AEROSEB-DEX, DEXAMETHASONE
  AEROSEB-HC, HYDROCORTISONE
  ERYGEL, ERYTHROMYCIN
  ERYMAX, ERYTHROMYCIN
  EXSEL, SELENIUM SULFIDE
  FLUONID, FLUOCINOLONE ACETONIDE
  FLUOROPLEX, FLUOROURACIL
  GRIS-PEG, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
  PENECORT, HYDROCORTISONE
  PHOTOPLEX, AVOBENZONE (OTC)
* ALLERGAN HERBERT SKIN CARE DIV ALLERGAN INC
  FLUOROPLEX, FLUOROURACIL
  NAFTIN, NAFTIFINE HYDROCHLORIDE
  PENECORT, HYDROCORTISONE
  TEMARIL, TRIMEPRAZINE TARTRATE

**ALLIANCE PHARM**

* ALLIANCE PHARMACEUTICAL CORP
  IMAGENT, PERFLUBRON

**ALPHA THERA**

* ALPHA THERAPEUTIC CORP
  SOYACAL 10%, SOYBEAN OIL
  SOYACAL 20%, SOYBEAN OIL

**ALPHAPHARM**

* ALPHAPHARM PARTY LTD
  ALPRAZOLAM, ALPRAZOLAM
  TRIAZOLAM, TRIAZOLAM

**ALRA**

* ALRA LABORATORIES INC
  ACETAZOLAMIDE, ACETAZOLAMIDE
  BAMATE, MEPROBAMATE
  CHOLAC, LACTULOSE
  COMPOUND 65, ASPIRIN
  CONSTILAC, LACTULOSE
  DIMENHYDRINATE, DIMENHYDRINATE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  ERYZOLE, ERYTHROMYCIN ETHYLSUCCINATE
  GEN-XENE, CLORAZEPATE DIPOTASSIUM
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  IBU-TAB 200, IBUPROFEN (OTC)
  IBU-TAB, IBUPROFEN
  K+10, POTASSIUM CHLORIDE
  K+8, POTASSIUM CHLORIDE
  LYGEN, CHLORDIAZEPOXIDE HYDROCHLORIDE
  PRAMINE, IMIPRAMINE HYDROCHLORIDE
  PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
  SOXAZOLE, SULFISOXAZOLE
  TOLBUTAMIDE, TOLBUTAMIDE

**ALTANA**

* ALTANA INC
  BACITRACIN, BACITRACIN
  BACITRACIN-NEOMYCIN-POLYMYXIN W/ HYDROCORTISONE ACETATE, BACITRACIN
  BACITRACIN-NEOMYCIN-POLYMYXIN, BACITRACIN ZINC
  CHLORAMPHENICOL, CHLORAMPHENICOL
  HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
  HYDROCORTISONE, HYDROCORTISONE
  HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
  NITROGLYCERIN, NITROGLYCERIN
  NYSTATIN, NYSTATIN
  SULFACETAMIDE SODIUM, SULFACETAMIDE SODIUM
  TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
  ZIPAN-25, PROMETHAZINE HYDROCHLORIDE
  ZIPAN-50, PROMETHAZINE HYDROCHLORIDE

**ALZA**

* ALZA CORP
  DURAGESIC, FENTANYL
  EFIDAC 24 CHLORPHENIRAMINE, CHLORPHENIRAMINE MALEATE (OTC)
  OCUSERT PILO-20, PILOCARPINE
  OCUSERT PILO-40, PILOCARPINE
  PROGESTASERT, PROGESTERONE
  TESTODERM, TESTOSTERONE

**AM THERAP**

* AMERICAN THERAPEUTICS INC
  ACETAMINOPHEN AND CODEINE PHOSPHATE NO. 2, ACETAMINOPHEN
  ACETAMINOPHEN AND CODEINE PHOSPHATE NO. 3, ACETAMINOPHEN
  ACETAMINOPHEN AND CODEINE PHOSPHATE NO. 4, ACETAMINOPHEN
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DANAZOL, DANAZOL
  FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
  LORAZEPAM, LORAZEPAM