# EXHIBIT AA

APPENDIX B                                    B - 8
PRODUCT NAME INDEX LISTED BY APPLICANT

MAPROTILINE HCL, MAPROTILINE HYDROCHLORIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METHOCARBAMOL, METHOCARBAMOL
OXAZEPAM, OXAZEPAM
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PREDNISONE, PREDNISONE
THIOTHIXENE, THIOTHIXENE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE

**AMBIX**
* AMBIX LABORATORIES DIV ORGANICS CORP AMERICA
  HYDROCORTISONE, HYDROCORTISONE
  NITROFURAZONE, NITROFURAZONE
  TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE

**AMERSHAM**
* AMERSHAM CORP SUB RADIOCHEMICAL CENTER
  AMERSCAN MDP KIT, TECHNETIUM TC-99M MEDRONATE KIT
  CERETEC, TECHNETIUM TC-99M EXAMETAZIME KIT
  DICOPAC KIT, CYANOCOBALAMIN
  IBRIN, FIBRINOGEN, I-125
  INDIUM IN-111 OXYQUINOLINE, INDIUM IN-111 OXYQUINOLINE

**AMIDE PHARM**
* AMIDE PHARMACEUTICAL INC
  CHLORZOXAZONE, CHLORZOXAZONE
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE

**ANABOLIC**
* ANABOLIC INC
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  DIMENHYDRINATE, DIMENHYDRINATE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  FOLIC ACID, FOLIC ACID
  HYDROCORTISONE, HYDROCORTISONE
  ISONIAZID, ISONIAZID
  MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
  MEPROBAMATE, MEPROBAMATE
  PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
  PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
  PROPYLTHIOURACIL, PROPYLTHIOURACIL
  SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
  SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
  TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE

**ANBEX**
* ANBEX INC
  IOSAT, POTASSIUM IODIDE (OTC)

**ANESTA**

* ANESTA CORP
  FENTANYL, FENTANYL CITRATE

**ANGELINI**
* ANGELINI PHARMACEUTICALS INC
  REV-EYES, DAPIPRAZOLE HYDROCHLORIDE

**ANGUS**
* ANGUS CHEMICAL CO
  MYCHEL-S, CHLORAMPHENICOL SODIUM SUCCINATE
  TETRACHEL, TETRACYCLINE HYDROCHLORIDE

**APOTHECON**
* APOTHECON INC DIV BRISTOL MYERS SQUIBB
  AMIKIN, AMIKACIN SULFATE
  BETAPEN-VK, PENICILLIN V POTASSIUM
  CEFADROXIL, CEFADROXIL/CEFADROXIL HEMIHYDRATE
  CEFADYL, CEPHAPIRIN SODIUM
  CEFANEX, CEPHALEXIN
  CEPHALEXIN, CEPHALEXIN
  DESYREL, TRAZODONE HYDROCHLORIDE
  DYNAPEN, DICLOXACILLIN SODIUM
  FUNGIZONE, AMPHOTERICIN B
  KANTREX, KANAMYCIN SULFATE
  KENALOG, TRIAMCINOLONE ACETONIDE
  METOPROLOL TARTRATE, METOPROLOL TARTRATE
  MUCOMYST, ACETYLCYSTEINE
  MYCOLOG-II, NYSTATIN
  MYCOSTATIN, NYSTATIN
  NAFCIL, NAFCILLIN SODIUM
  NYDRAZID, ISONIAZID
  PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
  POLYCILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
  POLYCILLIN-PRB, AMPICILLIN/AMPICILLIN TRIHYDRATE
  POLYMOX, AMOXICILLIN
  PRINCIPEN, AMPICILLIN SODIUM
  PRINCIPEN, AMPICILLIN/AMPICILLIN TRIHYDRATE
  PROLIXIN DECANOATE, FLUPHENAZINE DECANOATE
  PROLIXIN ENANTHATE, FLUPHENAZINE ENANTHATE
  PROLIXIN, FLUPHENAZINE HYDROCHLORIDE
  PRONESTYL, PROCAINAMIDE HYDROCHLORIDE
  PROSTAPHLIN, OXACILLIN SODIUM
  RAUDIXIN, RAUWOLFIA SERPENTINA
  STADOL, BUTORPHANOL TARTRATE
  STAPHCILLIN, METHICILLIN SODIUM
  TEGOPEN, CLOXACILLIN SODIUM
  TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
  TRIMOX, AMOXICILLIN
  ULTRACEF, CEFADROXIL/CEFADROXIL HEMIHYDRATE
  VESPRIN, TRIFLUPROMAZINE HYDROCHLORIDE
  ZOLICEF, CEFAZOLIN SODIUM
* APOTHECON SUB BRISTOL MYERS SQUIBB CO
  ATENOLOL, ATENOLOL

APPENDIX B                                                                B - 9
PRODUCT NAME INDEX LISTED BY APPLICANT

DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE
KLOTRIX, POTASSIUM CHLORIDE
OXACILLIN SODIUM, OXACILLIN SODIUM
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PENTIDS '200', PENICILLIN G POTASSIUM
PENTIDS '250', PENICILLIN G POTASSIUM
PENTIDS '400', PENICILLIN G POTASSIUM
PENTIDS '800', PENICILLIN G POTASSIUM
PRINCIPEN '125', AMPICILLIN/AMPICILLIN TRIHYDRATE
PRINCIPEN '250', AMPICILLIN/AMPICILLIN TRIHYDRATE
PRINCIPEN '500', AMPICILLIN/AMPICILLIN TRIHYDRATE
PRINCIPEN W/ PROBENECID, AMPICILLIN/AMPICILLIN TRIHYDRATE
SUMYCIN, TETRACYCLINE HYDROCHLORIDE
TRIMOX, AMOXICILLIN
VEETIDS '125', PENICILLIN V POTASSIUM
VEETIDS '250', PENICILLIN V POTASSIUM
VEETIDS '500', PENICILLIN V POTASSIUM
VEETIDS, PENICILLIN V POTASSIUM
VESPRIN, TRIFLUPROMAZINE

**ARRBROOK**
* ARRBROOK INC
  GAMOPHEN, HEXACHLOROPHENE

**ARCUM**
* ARCUM PHARMACEUTICAL CORP
  VITAMIN A PALMITATE, VITAMIN A PALMITATE

**ARMOUR**
* ARMOUR PHARMACEUTICAL CO
  ACTHAR GEL-SYNTHETIC, SERACTIDE ACETATE
  DEPINAR, CYANOCOBALAMIN
  ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
  THYTROPAR, THYROTROPIN

**ASCHER**
* BF ASCHER AND CO INC
  DRIZE, CHLORPHENIRAMINE MALEATE
  HY-PHEN, ACETAMINOPHEN

**ASCOT**
* ASCOT HOSP PHARMACEUTICALS INC DIV TRAVENOL LABORATORIES INC
  ACETAZOLAMIDE, ACETAZOLAMIDE
  AMINOPHYLLINE, AMINOPHYLLINE
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLORTHALIDONE, CHLORTHALIDONE
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  METHOCARBAMOL, METHOCARBAMOL
  ORPHENADRINE CITRATE, ORPHENADRINE CITRATE

PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
SPIRONOLACTONE + HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE, SULFAMETHOXAZOLE
TOLBUTAMIDE, TOLBUTAMIDE

**ASTA**
* ASTA PHARMA AG
  MESNEX, MESNA

**ASTRA**
* ASTRA USA INC
  AQUASOL A, VITAMIN A
  AQUASOL A, VITAMIN A PALMITATE
  ASTRAMORPH PF, MORPHINE SULFATE
  BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
  CITANEST FORTE, EPINEPHRINE BITARTRATE
  CITANEST PLAIN, PRILOCAINE HYDROCHLORIDE
  CITANEST, PRILOCAINE HYDROCHLORIDE
  CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  DALGAN, DEZOCINE
  DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
  DROPERIDOL, DROPERIDOL
  DURANEST, EPINEPHRINE
  DURANEST, EPINEPHRINE BITARTRATE
  DURANEST, ETIDOCAINE HYDROCHLORIDE
  DYCLONE, DYCLONINE HYDROCHLORIDE
  EMLA, LIDOCAINE
  FENTANYL CITRATE AND DROPERIDOL, DROPERIDOL
  FOSCAVIR, FOSCARNET SODIUM
  FUROSEMIDE, FUROSEMIDE
  ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
  M.V.I.-12 LYOPHILIZED, ASCORBIC ACID
  M.V.I.-12, ASCORBIC ACID
  MANNITOL 25%, MANNITOL
  MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
  METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
  NALBUPHINE HCL, NALBUPHINE HYDROCHLORIDE
  NALOXONE HCL, NALOXONE HYDROCHLORIDE
  NESACAINE, CHLOROPROCAINE HYDROCHLORIDE
  NESACAINE-MPF, CHLOROPROCAINE HYDROCHLORIDE
  PANCURONIUM BROMIDE, PANCURONIUM BROMIDE
  POLOCAINE W/ LEVONORDEFRIN, LEVONORDEFRIN
  POLOCAINE, MEPIVACAINE HYDROCHLORIDE
  POLOCAINE-MPF, MEPIVACAINE HYDROCHLORIDE
  RHINOCORT, BUDESONIDE
  SENSORCAINE, BUPIVACAINE HYDROCHLORIDE
  TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
  TOPROL-XL, METOPROLOL SUCCINATE
  XYLOCAINE 4%, LIDOCAINE HYDROCHLORIDE
  XYLOCAINE 5% W/ GLUCOSE 7.5%, LIDOCAINE HYDROCHLORIDE

APPENDIX B                                                                    B - 10
PRODUCT NAME INDEX LISTED BY APPLICANT

XYLOCAINE VISCOUS, LIDOCAINE HYDROCHLORIDE
XYLOCAINE W/ DEXTROSE 7.5%, LIDOCAINE HYDROCHLORIDE
XYLOCAINE W/ EPINEPHRINE, EPINEPHRINE
XYLOCAINE, LIDOCAINE
XYLOCAINE, LIDOCAINE HYDROCHLORIDE
YUTOPAR, RITODRINE HYDROCHLORIDE

**ASTRA MERCK**
* ASTRA MERCK INC
  PLENDIL, FELODIPINE
  PRILOSEC, OMEPRAZOLE

**AYERST**
* AYERST LABORATORIES INC
  PREMARIN, ESTROGENS, CONJUGATED

                ** B **

**BAKER NORTON**
* BAKER NORTON
  PROGLYCEM, DIAZOXIDE
* BAKER NORTON PHARMACEUTICALS INC
  ACTICORT, HYDROCORTISONE
  TOLMETIN SODIUM, TOLMETIN SODIUM
  VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**BANNER PHARMACAPS**
* BANNER PHARMACAPS INC
  BENZONATATE, BENZONATATE
  CHLOROTRIANISENE, CHLOROTRIANISENE
  CLOFIBRATE, CLOFIBRATE
  ETHCHLORVYNOL, ETHCHLORVYNOL
  VALPROIC ACID, VALPROIC ACID
  VITAMIN A PALMITATE, VITAMIN A PALMITATE
  VITAMIN A, VITAMIN A
  VITAMIN A, VITAMIN A PALMITATE
  VITAMIN D, ERGOCALCIFEROL

**BARLAN**
* BARLAN PHARMACAL CO INC
  BARSTATIN 100, NYSTATIN

**BARR**
* BARR LABORATORIES INC
  ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
  ACETAMINOPHEN W/ CODEINE, ACETAMINOPHEN
  ACETOHEXAMIDE, ACETOHEXAMIDE
  ALLOPURINOL, ALLOPURINOL
  AMILORIDE HCL AND HYDROCHLOROTHIAZIDE, AMILORIDE
    HYDROCHLORIDE
  AMINOPHYLLINE, AMINOPHYLLINE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE

CEPHALEXIN, CEPHALEXIN
CEPHRADINE, CEPHRADINE
CHLORDIAZEPOXIDE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
  HYDROCHLORIDE
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CHLORZOXAZONE, CHLORZOXAZONE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CORTISONE ACETATE, CORTISONE ACETATE
DEXAMETHASONE, DEXAMETHASONE
DIAZEPAM, DIAZEPAM
DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
DIPYRIDAMOLE, DIPYRIDAMOLE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
E-BASE, ERYTHROMYCIN
ERGOLOID MESYLATES, ERGOLOID MESYLATES
ERYTHROMYCIN ESTOLATE, ERYTHROMYCIN ESTOLATE
ERYTHROMYCIN ETHYLSUCCINATE AND SULFISOXAZOLE
  ACETYL, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
ERYTHROMYCIN, ERYTHROMYCIN
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
FUROSEMIDE, FUROSEMIDE
HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCODONE BITARTRATE W/ ACETAMINOPHEN, ACETAMINOPHEN
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
LORAZEPAM, LORAZEPAM
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHOTREXATE SODIUM, METHOTREXATE SODIUM
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE

APPENDIX B                                                                    B - 11
PRODUCT NAME INDEX LISTED BY APPLICANT

NALIDIXIC ACID, NALIDIXIC ACID
OXAZEPAM, OXAZEPAM
OXYCODONE AND ASPIRIN, ASPIRIN
OXYCODONE HCL AND ACETAMINOPHEN, ACETAMINOPHEN
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
   HYDROCHLORIDE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENYLBUTAZONE, PHENYLBUTAZONE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
RESERPINE, HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE,
   HYDRALAZINE HYDROCHLORIDE
RESERPINE, RESERPINE
SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
SPIRONOLACTONE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
   SULFAMETHOXAZOLE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFAMETHOXAZOLE, SULFAMETHOXAZOLE
SULFINPYRAZONE, SULFINPYRAZONE
SULFISOXAZOLE, SULFISOXAZOLE
TEMAZEPAM, TEMAZEPAM
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
TRIMETHOPRIM, TRIMETHOPRIM
TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**BARRE**
* BARRE NATIONAL INC
   ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
   ACETASOL HC, ACETIC ACID, GLACIAL
   ACETASOL, ACETIC ACID, GLACIAL
   AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
   AMINOPHYLLINE DYE FREE, AMINOPHYLLINE
   APAP W/ CODEINE, ACETAMINOPHEN
   BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
   BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
   BROMANATE DC, BROMPHENIRAMINE MALEATE

BROMANATE DM, BROMPHENIRAMINE MALEATE
BROMANATE, BROMPHENIRAMINE MALEATE
BROMANYL, BROMODIPHENHYDRAMINE HYDROCHLORIDE
BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
BUTABARB, BUTABARBITAL SODIUM
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CIMETIDINE HCL, CIMETIDINE HYDROCHLORIDE
CLEMASTINE FUMARATE, CLEMASTINE FUMARATE
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
CONSTULOSE, LACTULOSE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DEXAMETHASONE, DEXAMETHASONE
DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
ENULOSE, LACTULOSE
EPINEPHRINE, EPINEPHRINE (OTC)
ERYTHROMYCIN ESTOLATE, ERYTHROMYCIN ESTOLATE
ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROMYCIN, ERYTHROMYCIN
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
FLUOCINONIDE, FLUOCINONIDE
FLURANDRENOLIDE, FLURANDRENOLIDE
HALOPERIDOL, HALOPERIDOL LACTATE
HYDRAMINE, DIPHENHYDRAMINE HYDROCHLORIDE
HYDRAMINE, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
HYDROCODONE COMPOUND, HOMATROPINE METHYLBROMIDE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
ISOETHARINE MESYLATE, ISOETHARINE MESYLATE
ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
LIDOCAINE HCL VISCOUS, LIDOCAINE HYDROCHLORIDE
LINDANE, LINDANE
LOMANATE, ATROPINE SULFATE
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
METHDILAZINE HCL, METHDILAZINE HYDROCHLORIDE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
NYSTATIN AND TRIAMCINOLONE ACETONIDE, NYSTATIN
NYSTATIN, NYSTATIN
PHENYTOIN, PHENYTOIN
PIPERAZINE CITRATE, PIPERAZINE CITRATE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROCHLORPERAZINE, PROCHLORPERAZINE EDISYLATE
PROMETH VC PLAIN, PHENYLEPHRINE HYDROCHLORIDE
PROMETH VC W/ CODEINE, CODEINE PHOSPHATE
PROMETH W/ CODEINE, CODEINE PHOSPHATE
PROMETH W/ DEXTROMETHORPHAN, DEXTROMETHORPHAN HYDROBROMIDE
PROMETH, PROMETHAZINE HYDROCHLORIDE
SELENIUM SULFIDE, SELENIUM SULFIDE
SULFATRIM PEDIATRIC, SULFAMETHOXAZOLE
SULFATRIM, SULFAMETHOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THEOPHYLLINE, THEOPHYLLINE

APPENDIX B                                                        B - 12
PRODUCT NAME INDEX LISTED BY APPLICANT

THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE HCL, THIOTHIXENE HYDROCHLORIDE
TRIACIN-C, CODEINE PHOSPHATE
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRIMEPRAZINE TARTRATE, TRIMEPRAZINE TARTRATE
TRIMETH/SULFA, SULFAMETHOXAZOLE
TRIPLE SULFA, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
TRIPROLIDINE HCL, TRIPROLIDINE HYDROCHLORIDE

**BARTOR**
* BARTOR PHARMACAL CO
    TESTOSTERONE, TESTOSTERONE

**BASEL PHARMS**
* BASEL PHARMACEUTICALS DIV CIBA GEIGY CORP
    ANAFRANIL, CLOMIPRAMINE HYDROCHLORIDE
    HABITROL, NICOTINE
    TEGRETOL, CARBAMAZEPINE

**BAUSCH AND LOMB**
* BAUSCH AND LOMB INC
    OPCON-A, NAPHAZOLINE HYDROCHLORIDE (OTC)
    SULPHRIN, PREDNISOLONE ACETATE
    SULTEN-10, SULFACETAMIDE SODIUM
* BAUSCH AND LOMB PHARMACEUTICALS INC
    ACETIC ACID 2% IN AQUEOUS ALUMINUM ACETATE, ACETIC
        ACID, GLACIAL
    DEXASPORIN, DEXAMETHASONE
    ERYTHROMYCIN, ERYTHROMYCIN
    FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
    GENTAMICIN SULFATE, GENTAMICIN SULFATE
    HYDROCORTISONE AND ACETIC ACID, ACETIC ACID, GLACIAL
    LEVOBUNOLOL HCL, LEVOBUNOLOL HYDROCHLORIDE
    NAFAZAIR, NAPHAZOLINE HYDROCHLORIDE
    NYSTATIN, NYSTATIN
    OPCON, NAPHAZOLINE HYDROCHLORIDE
    OPTIPRANOLOL, METIPRANOLOL HYDROCHLORIDE
    PENTOLAIR, CYCLOPENTOLATE HYDROCHLORIDE
    PREDNISOLONE SODIUM PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
    SULFACETAMIDE SODIUM, SULFACETAMIDE SODIUM
    TOBRAMYCIN, TOBRAMYCIN
    TROPICAMIDE, TROPICAMIDE

**BAXTER**
* BAXTER HEALTHCARE CORP
    ACETIC ACID 0.25% IN PLASTIC CONTAINER, ACETIC ACID, GLACIAL
    ALCOHOL 5% IN DEXTROSE 5% IN WATER, ALCOHOL
    AMINOACETIC ACID 1.5% IN PLASTIC CONTAINER, GLYCINE
    ANCEF IN DEXTROSE 5% IN PLASTIC CONTAINER, CEFAZOLIN SODIUM
    ANCEF IN PLASTIC CONTAINER, CEFAZOLIN SODIUM
    ANCEF IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER,
        CEFAZOLIN SODIUM

BACTOCILL IN PLASTIC CONTAINER, OXACILLIN SODIUM
BRANCHAMIN 4% IN PLASTIC CONTAINER, AMINO ACIDS
BRANCHAMIN 4%, AMINO ACIDS
BRETYLIUM TOSYLATE IN DEXTROSE 5% IN PLASTIC
    CONTAINER, BRETYLIUM TOSYLATE
CEFTAZIDIME SODIUM IN PLASTIC CONTAINER, CEFTAZIDIME SODIUM
CEPHALOTHIN SODIUM W/ DEXTROSE IN PLASTIC CONTAINER,
    CEPHALOTHIN SODIUM
CEPHALOTHIN SODIUM W/ SODIUM CHLORIDE IN PLASTIC
    CONTAINER, CEPHALOTHIN SODIUM
CLINDAMYCIN PHOSPHATE IN DEXTROSE 5% IN PLASTIC
    CONTAINER, CLINDAMYCIN PHOSPHATE
DEXTROSE 10% AND SODIUM CHLORIDE 0.9% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 10% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 2.5% AND SODIUM CHLORIDE 0.45% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 20% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 30% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 40% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND ELECTROLYTE NO 75 IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% AND ELECTROLYTE NO.48 IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% AND POTASSIUM CHLORIDE 0.075% IN
    PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND POTASSIUM CHLORIDE 0.15% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% AND POTASSIUM CHLORIDE 0.224% IN
    PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% AND POTASSIUM CHLORIDE 0.3% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% IN RINGER'S IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DEXTROSE 5% IN SODIUM CHLORIDE 0.2% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% IN SODIUM CHLORIDE 0.33% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% IN SODIUM CHLORIDE 0.45% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5% IN SODIUM CHLORIDE 0.9% IN PLASTIC
    CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 10MEQ, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 15MEQ (K), DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 20MEQ (K), DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 20MEQ, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 30MEQ, DEXTROSE

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 40MEQ, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 5MEQ (K), DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
    CHLORIDE 5MEQ, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 10MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 15MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 20MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 30MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 40MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
    CHLORIDE 5MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
    CHLORIDE 15MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
    CHLORIDE 20 MEQ (K) IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
    CHLORIDE 20MEQ (K) IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
    CHLORIDE 5MEQ IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 50% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 60% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 70% IN PLASTIC CONTAINER, DEXTROSE
DIANEAL 137 W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL 137 W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL 137 W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL LOW CALCIUM W/ DEXTROSE 1.5% IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
DIANEAL LOW CALCIUM W/ DEXTROSE 2.5% IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
DIANEAL LOW CALCIUM W/ DEXTROSE 3.5% IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
DIANEAL LOW CALCIUM W/ DEXTROSE 4.25% IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
DIANEAL PD-1 W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-1 W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-1 W/ DEXTROSE 3.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-1 W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-2 W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE

DIANEAL PD-2 W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-2 W/ DEXTROSE 3.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DIANEAL PD-2 W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DOBUTAMINE HCL IN DEXTROSE 5% IN PLASTIC CONTAINER,
    DOBUTAMINE HYDROCHLORIDE
DOPAMINE HCL IN DEXTROSE 5% IN PLASTIC CONTAINER,
    DOPAMINE HYDROCHLORIDE
GLYCINE 1.5% IN PLASTIC CONTAINER, GLYCINE
HEPARIN SODIUM 10,000 UNITS IN DEXTROSE 5% IN
    PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 1000 UNITS AND SODIUM CHLORIDE
    0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 20,000 UNITS AND DEXTROSE 5% IN
    PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 2000 UNITS AND SODIUM CHLORIDE
    0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25,000 UNITS AND DEXTROSE 5% IN
    PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 5000 UNITS AND SODIUM CHLORIDE
    0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
IRRIGATING SOLUTION G IN PLASTIC CONTAINER, CITRIC ACID
ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
ISOTONIC GENTAMICIN SULFATE IN PLASTIC CONTAINER,
    GENTAMICIN SULFATE
LACTATED RINGER'S AND DEXTROSE 5% IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
LIDOCAINE HCL 0.1% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.2% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.4% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.8% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, LIDOCAINE HYDROCHLORIDE
NALLPEN IN PLASTIC CONTAINER, NAFCILLIN SODIUM
NITROGLYCERIN IN DEXTROSE 5%, NITROGLYCERIN
NOVAMINE 15% SULFITE FREE IN PLASTIC CONTAINER, AMINO ACIDS
OSMITROL 10% IN WATER IN PLASTIC CONTAINER, MANNITOL
OSMITROL 10% IN WATER, MANNITOL
OSMITROL 15% IN WATER IN PLASTIC CONTAINER, MANNITOL
OSMITROL 15% IN WATER, MANNITOL
OSMITROL 20% IN WATER IN PLASTIC CONTAINER, MANNITOL
OSMITROL 20% IN WATER, MANNITOL
OSMITROL 5% IN WATER IN PLASTIC CONTAINER, MANNITOL
OSMITROL 5% IN WATER, MANNITOL
PENICILLIN G POTASSIUM IN PLASTIC CONTAINER,
    PENICILLIN G POTASSIUM
PLASMA-LYTE 148 AND DEXTROSE 5% IN PLASTIC CONTAINER,
    DEXTROSE

PLASMA-LYTE 148 IN WATER IN PLASTIC CONTAINER,
  MAGNESIUM CHLORIDE
PLASMA-LYTE 56 AND DEXTROSE 5% IN PLASTIC CONTAINER,
  DEXTROSE
PLASMA-LYTE 56 IN PLASTIC CONTAINER, MAGNESIUM
  ACETATE TETRAHYDRATE
PLASMA-LYTE A IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
PLASMA-LYTE M AND DEXTROSE 5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
PLASMA-LYTE R IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 10MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 10MEQ IN PLASTIC CONTAINER,
  POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 15MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 20MEQ IN PLASTIC CONTAINER,
  POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 30MEQ IN PLASTIC CONTAINER,
  POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 40MEQ IN PLASTIC CONTAINER,
  POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND LACTATED
  RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 5MEQ IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
RENAMIN W/O ELECTROLYTES, AMINO ACIDS
RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE

SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.075%
  IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.15%
  IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.224%,
  POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.3%
  IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN STERILE PLASTIC CONTAINER,
  SODIUM CHLORIDE
SODIUM CHLORIDE 3% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 5% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM HEPARIN, HEPARIN SODIUM
SODIUM LACTATE 0.167 MOLAR IN PLASTIC CONTAINER,
  SODIUM LACTATE
SORBITOL 3% IN PLASTIC CONTAINER, SORBITOL
STERILE WATER FOR INJECTION IN PLASTIC CONTAINER,
  WATER FOR INJECTION, STERILE
STERILE WATER IN PLASTIC CONTAINER, WATER FOR
  IRRIGATION, STERILE
STERILE WATER, WATER FOR IRRIGATION, STERILE
SYNOVALYTE IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
THEOPHYLLINE AND DEXTROSE 5% IN PLASTIC CONTAINER,
  THEOPHYLLINE
TIS-U-SOL IN PLASTIC CONTAINER, MAGNESIUM SULFATE
TIS-U-SOL, MAGNESIUM SULFATE
TRAVAMULSION 10%, SOYBEAN OIL
TRAVAMULSION 20%, SOYBEAN OIL
TRAVASOL 10% IN PLASTIC CONTAINER, AMINO ACIDS
TRAVASOL 10% W/O ELECTROLYTES, AMINO ACIDS
TRAVASOL 2.75% IN DEXTROSE 10% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 2.75% IN DEXTROSE 15% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 2.75% IN DEXTROSE 20% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 2.75% IN DEXTROSE 25% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 2.75% IN DEXTROSE 5% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 3.5% W/ ELECTROLYTES, AMINO ACIDS
TRAVASOL 4.25% IN DEXTROSE 10% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 4.25% IN DEXTROSE 15% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 4.25% IN DEXTROSE 20% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 4.25% IN DEXTROSE 25% IN PLASTIC CONTAINER,
  AMINO ACIDS
TRAVASOL 4.25% IN DEXTROSE 5% IN PLASTIC CONTAINER,
  AMINO ACIDS

APPENDIX B                                                              B - 15
PRODUCT NAME INDEX LISTED BY APPLICANT

TRAVASOL 5.5% IN PLASTIC CONTAINER, AMINO ACIDS
TRAVASOL 5.5% W/ ELECTROLYTES, AMINO ACIDS
TRAVASOL 5.5% W/O ELECTROLYTES, AMINO ACIDS
TRAVASOL 8.5% IN PLASTIC CONTAINER, AMINO ACIDS
TRAVASOL 8.5% W/ ELECTROLYTES, AMINO ACIDS
TRAVASOL 8.5% W/O ELECTROLYTES, AMINO ACIDS
TRAVERT 10% IN PLASTIC CONTAINER, INVERT SUGAR
* BAXTER HEALTHCARE CORP PHARMASEAL DIV
PHARMASEAL SCRUB CARE, CHLORHEXIDINE GLUCONATE (OTC)
POVIDONE IODINE, POVIDONE-IODINE (OTC)

**BECTON DICKINSON**
* BECTON DICKINSON AND CO
E-Z PREP 220, POVIDONE-IODINE (OTC)
E-Z PREP, POVIDONE-IODINE (OTC)
E-Z SCRUB 201, POVIDONE-IODINE (OTC)
E-Z SCRUB 241, POVIDONE-IODINE (OTC)
* BECTON DICKINSON MICROBIOLOGY SYSTEMS
BAL, DIMERCAPROL
CARDIO-GREEN, INDOCYANINE GREEN

**BEDFORD**
* BEDFORD LABORATORIES DIV BEN VENUE LABORATORIES INC
AMIKACIN, AMIKACIN SULFATE
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
DOBUTAMINE HCL, DOBUTAMINE HYDROCHLORIDE

**BEECHAM**
* BEECHAM LABORATORIES DIV BEECHAM INC
PROBENECID AND COLCHICINE, COLCHICINE

**BEL MAR**
* BEL MAR LABORATORIES INC
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHORIONIC GONADOTROPIN, GONADOTROPIN, CHORIONIC
DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
    SODIUM PHOSPHATE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
HYDROXOMIN, HYDROXOCOBALAMIN
LIDOCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
M-PREDROL, METHYLPREDNISOLONE ACETATE
PREDNISOLONE ACETATE, PREDNISOLONE ACETATE
PROCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
PYRIDAMAL 100, CHLORPHENIRAMINE MALEATE
PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
RUBIVITE, CYANOCOBALAMIN
TESTOSTERONE PROPIONATE, TESTOSTERONE PROPIONATE
THIAMINE HCL, THIAMINE HYDROCHLORIDE
VITAMIN A PALMITATE, VITAMIN A PALMITATE

**BELL PHARMA**

* BELL PHARMACAL CORP
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
RESERPINE, RESERPINE

**BEN VENUE**
* BEN VENUE LABORATORIES INC
CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
DOXYCYCLINE, DOXYCYCLINE HYCLATE
FLUOROURACIL, FLUOROURACIL
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
METHOTREXATE SODIUM, METHOTREXATE SODIUM
VINBLASTINE SULFATE, VINBLASTINE SULFATE

**BERLEX**
* BERLEX LABORATORIES INC SUB SCHERING AG
ANGIOVIST 282, DIATRIZOATE MEGLUMINE
ANGIOVIST 292, DIATRIZOATE MEGLUMINE
ANGIOVIST 370, DIATRIZOATE MEGLUMINE
BETAPACE, SOTALOL HYDROCHLORIDE
BILIVIST, IPODATE SODIUM
FLUDARA, FLUDARABINE PHOSPHATE
GASTROVIST, DIATRIZOATE MEGLUMINE
MAGNEVIST, GADOPENTETATE DIMEGLUMINE
OSMOVIST, IOTROLAN
QUINACT, QUINIDINE GLUCONATE
QUINAGLUTE, QUINIDINE GLUCONATE
SULLA, SULFAMETER
UROVIST CYSTO PEDIATRIC, DIATRIZOATE MEGLUMINE
UROVIST CYSTO, DIATRIZOATE MEGLUMINE
UROVIST MEGLUMINE DIU/CT, DIATRIZOATE MEGLUMINE
UROVIST SODIUM 300, DIATRIZOATE SODIUM
VI-TWEL, CYANOCOBALAMIN

**BETA DERMAC**
* BETA DERMACEUTICALS INC
BETA-HC, HYDROCORTISONE

**BH**
* BH CHEMICALS INC
HALOTHANE, HALOTHANE

**BIO TECH GEN**
* BIO TECHNOLOGY GENERAL CORP
OXANDRIN, OXANDROLONE

**BIOCHEMIE**
* BIOCHEMIE GMBH
AMOXICILLIN, AMOXICILLIN

**BIOCRAFT**
* BIOCRAFT LABORATORIES INC
ALBUTEROL SULFATE, ALBUTEROL SULFATE
AMILORIDE HCL AND HYDROCHLOROTHIAZIDE, AMILORIDE
    HYDROCHLORIDE

APPENDIX B                                                                    B - 16
PRODUCT NAME INDEX LISTED BY APPLICANT

AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
AMOXICILLIN PEDIATRIC, AMOXICILLIN
AMOXICILLIN, AMOXICILLIN
AMPICILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
BACLOFEN, BACLOFEN
CEFADROXIL, CEFADROXIL/CEFADROXIL HEMIHYDRATE
CEPHALEXIN, CEPHALEXIN
CEPHRADINE, CEPHRADINE
CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
CINOXACIN, CINOXACIN
CLINDAMYCIN HCL, CLINDAMYCIN HYDROCHLORIDE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CLOXACILLIN SODIUM, CLOXACILLIN SODIUM
CYCLACILLIN, CYCLACILLIN
DICLOXACILLIN SODIUM, DICLOXACILLIN SODIUM
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
HYDROCORTISONE, HYDROCORTISONE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
KETOPROFEN, KETOPROFEN
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
MINOCYCLINE HCL, MINOCYCLINE HYDROCHLORIDE
NEOMYCIN SULFATE, NEOMYCIN SULFATE
NYSTATIN, NYSTATIN
OXACILLIN SODIUM, OXACILLIN SODIUM
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PENICILLIN, PENICILLIN G POTASSIUM
PENICILLIN-2, PENICILLIN G POTASSIUM
PENICILLIN-VK, PENICILLIN V POTASSIUM
PROBAMPACIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
SMZ-TMP PEDIATRIC, SULFAMETHOXAZOLE
SMZ-TMP, SULFAMETHOXAZOLE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TRIMETHOPRIM, TRIMETHOPRIM

**BIODEVELOPMENT**
* BIODEVELOPMENT CORP
  ORLAAM, LEVOMETHADYL ACETATE HYDROCHLORIDE

**BLAIREX**
* BLAIREX LABORATORIES INC
  BRONCHO SALINE, SODIUM CHLORIDE (OTC)

**BLOCK DRUG**
* BLOCK DRUG CO INC
  ACTINEX, MASOPROCOL

**BLUE RIDGE**
* BLUE RIDGE LABORATORIES INC
  CARAFATE, SUCRALFATE

**BLULINE**
* BLULINE LABORATORIES INC

EPICORT, HYDROCORTISONE
MULTIFUGE, PIPERAZINE CITRATE

**BOEHRINGER INGELHEIM**
* BOEHRINGER INGELHEIM PHARMACEUTICALS INC
  ALUPENT, METAPROTERENOL SULFATE
  ATROVENT, IPRATROPIUM BROMIDE
  CATAPRES, CLONIDINE HYDROCHLORIDE
  CATAPRES-TTS-1, CLONIDINE
  CATAPRES-TTS-2, CLONIDINE
  CATAPRES-TTS-3, CLONIDINE
  COMBIPRES, CHLORTHALIDONE
  IV PERSANTINE, DIPYRIDAMOLE
  MEXITIL, MEXILETINE HYDROCHLORIDE
  PERSANTINE, DIPYRIDAMOLE
  PRELUDIN, PHENMETRAZINE HYDROCHLORIDE

**BOEHRINGER MANNHEIM**
* BOEHRINGER MANNHEIM PHARMACEUTICALS CORP
  ANEXSIA 7.5/650, ACETAMINOPHEN
  ANEXSIA, ACETAMINOPHEN
  DEMADEX, TORSEMIDE

**BOOTS**
* BOOTS PHARMACEUTICALS INC
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CHOLOXIN, DEXTROTHYROXINE SODIUM
  CHYMODIACTIN, CHYMOPAPAIN
  DISCASE, CHYMOPAPAIN
  E-MYCIN, ERYTHROMYCIN
  IBUPROFEN, IBUPROFEN
  LOPURIN, ALLOPURINOL
  MANOPLAX, FLOSEQUINAN
  PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
  PROPYLTHIOURACIL, PROPYLTHIOURACIL
  RUFEN, IBUPROFEN
  SSD, SILVER SULFADIAZINE
  TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
  TRAVASE, SUTILAINS

**BOWMAN PHARMS**
* BOWMAN PHARMACEUTICALS INC
  HISERPIA, RESERPINE
  HIWOLFIA, RAUWOLFIA SERPENTINA

**BRACCO DXS**
* BRACCO DIAGNOSTICS INC
  CARDIOGEN-82, RUBIDIUM CHLORIDE RB-82
  CARDIOGRAFIN, DIATRIZOATE MEGLUMINE
  CARDIOTEC, TECHNETIUM TC-99M TEBOROXIME KIT
  CHLORMERODRIN HG 197, CHLORMERODRIN, HG-197
  CHOLETEC, TECHNETIUM TC-99M MEBROFENIN KIT
  CHOLOGRAFIN MEGLUMINE, IODIPAMIDE MEGLUMINE

CHOLOGRAFIN SODIUM, IODIPAMIDE SODIUM
CHOLOVUE, IODOXAMATE MEGLUMINE
CHROMITOPE SODIUM, SODIUM CHROMATE, CR-51
CYSTOGRAFIN DILUTE, DIATRIZOATE MEGLUMINE
CYSTOGRAFIN, DIATRIZOATE MEGLUMINE
DIATRIZOATE MEGLUMINE, DIATRIZOATE MEGLUMINE
GASTROGRAFIN, DIATRIZOATE MEGLUMINE
HIPPUTOPE, IODOHIPPURATE SODIUM, I-131
IODOTOPE, SODIUM IODIDE, I-131
ISOVUE-128, IOPAMIDOL
ISOVUE-200, IOPAMIDOL
ISOVUE-250, IOPAMIDOL
ISOVUE-300, IOPAMIDOL
ISOVUE-370, IOPAMIDOL
ISOVUE-M 200, IOPAMIDOL
ISOVUE-M 300, IOPAMIDOL
KINEVAC, SINCALIDE
MACROTEC, TECHNETIUM TC-99M ALBUMIN AGGREGATED KIT
MDP-SQUIBB, TECHNETIUM TC-99M MEDRONATE KIT
MINITEC, TECHNETIUM TC-99M SODIUM PERTECHNETATE GENERATOR
ORAGRAFIN CALCIUM, IPODATE CALCIUM
ORAGRAFIN SODIUM, IPODATE SODIUM
PHOSPHOTEC, TECHNETIUM TC-99M PYROPHOSPHATE KIT
PHOSPHOTOPE, SODIUM PHOSPHATE, P-32
PROHANCE, GADOTERIDOL
RENO-30, DIATRIZOATE MEGLUMINE
RENO-60, DIATRIZOATE MEGLUMINE
RENO-DIP, DIATRIZOATE MEGLUMINE
RENOCAL-76, DIATRIZOATE MEGLUMINE
RENOGRAFIN-60, DIATRIZOATE MEGLUMINE
RENOGRAFIN-76, DIATRIZOATE MEGLUMINE
RENOTEC, TECHNETIUM TC-99M FERPENTETATE KIT
RENOVIST II, DIATRIZOATE MEGLUMINE
RENOVIST, DIATRIZOATE MEGLUMINE
RENOVUE-65, IODAMIDE MEGLUMINE
RENOVUE-DIP, IODAMIDE MEGLUMINE
ROBENGATOPE, ROSE BENGAL SODIUM, I-131
RUBRATOPE-57 KIT, COBALT CHLORIDE, CO-57
RUBRATOPE-57, CYANOCOBALAMIN, CO-57
RUBRATOPE-60 KIT, COBALT CHLORIDE, CO-60
RUBRATOPE-60, CYANOCOBALAMIN, CO-60
SETHOTOPE, SELENOMETHIONINE, SE-75
SINOGRAFIN, DIATRIZOATE MEGLUMINE
TESULOID, TECHNETIUM TC-99M SULFUR COLLOID KIT
THALLOUS CHLORIDE TL 201, THALLOUS CHLORIDE, TL-201

**BRAE**
* BRAE LABORATORIES INC
  BACITRACIN, BACITRACIN

**BRAINTREE**
* BRAINTREE LABORATORIES INC
  GOLYTELY, POLYETHYLENE GLYCOL 3350

NULYTELY, POLYETHYLENE GLYCOL 3350
PHOSLO, CALCIUM ACETATE

**BRIAN**
* BRIAN PHARMACEUTICALS INC
  BRIAN CARE, CHLORHEXIDINE GLUCONATE (OTC)

**BRISTOL**
* BRISTOL LABORATORIES INC DIV BRISTOL MYERS CO
  AMIKIN IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER,
      AMIKACIN SULFATE
  AMIKIN, AMIKACIN SULFATE
  BETAPEN-VK, PENICILLIN V POTASSIUM
  BICNU, CARMUSTINE
  BLENOXANE, BLEOMYCIN SULFATE
  BRISTACYCLINE, TETRACYCLINE HYDROCHLORIDE
  BRISTAGEN, GENTAMICIN SULFATE
  BRISTAMYCIN, ERYTHROMYCIN STEARATE
  CEENU, LOMUSTINE
  CEPHALOTHIN SODIUM, CEPHALOTHIN SODIUM
  CYTOXAN, CYCLOPHOSPHAMIDE
  DYNAPEN, DICLOXACILLIN SODIUM
  ENKAID, ENCAINIDE HYDROCHLORIDE
  LYOPHILIZED CYTOXAN, CYCLOPHOSPHAMIDE
  LYSODREN, MITOTANE
  MEXATE, METHOTREXATE SODIUM
  MUTAMYCIN, MITOMYCIN
  POLYCILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
  POLYCILLIN-N, AMPICILLIN SODIUM
  POLYCILLIN-PRB, AMPICILLIN/AMPICILLIN TRIHYDRATE
  PRECEF, CEFORANIDE
  PROSTAPHLIN, OXACILLIN SODIUM
  STAPHCILLIN, METHICILLIN SODIUM
  TEGOPEN, CLOXACILLIN SODIUM
  TETREX, TETRACYCLINE PHOSPHATE COMPLEX
  ULTRACEF, CEFADROXIL/CEFADROXIL HEMIHYDRATE
  VEPESID, ETOPOSIDE
  VERSAPEN, HETACILLIN
  VERSAPEN-K, HETACILLIN POTASSIUM
  VINCREX, VINCRISTINE SULFATE

**BRISTOL MYERS**
* BRISTOL MYERS CO
  MEXATE-AQ PRESERVED, METHOTREXATE SODIUM
  MEXATE-AQ, METHOTREXATE SODIUM
  MUTAMYCIN, MITOMYCIN
  PLATINOL, CISPLATIN
  PLATINOL-AQ, CISPLATIN
  QUESTRAN LIGHT, CHOLESTYRAMINE
  QUESTRAN, CHOLESTYRAMINE
* BRISTOL MYERS PRODUCTS INC
  NUPRIN, IBUPROFEN (OTC)
* BRISTOL MYERS US PHARMACEUTICAL AND NUTRITION GROUP

RUBEX, DOXORUBICIN HYDROCHLORIDE

**BRISTOL MYERS SQUIBB**
* BRISTOL MYERS SQUIBB
  CAPOTEN, CAPTOPRIL
  HALOG, HALCINONIDE
  MEGACE, MEGESTROL ACETATE
  MONOPRIL, FOSINOPRIL SODIUM
  MONOPRIL-HCT, FOSINOPRIL SODIUM
  PRAVACHOL, PRAVASTATIN SODIUM
  PRONESTYL-SR, PROCAINAMIDE HYDROCHLORIDE
* BRISTOL MYERS SQUIBB CO
  DURICEF, CEFADROXIL/CEFADROXIL HEMIHYDRATE
  ESTRACE, ESTRADIOL
  QUESTRAN, CHOLESTYRAMINE
* BRISTOL MYERS SQUIBB CO PHARMACEUTICAL RESEARCH INSTITUTE
  BUSPAR, BUSPIRONE HYDROCHLORIDE
  CEFZIL, CEFPROZIL
  DEAPRIL-ST, ERGOLOID MESYLATES
  DOVONEX, CALCIPOTRIENE
  ESTRACE, ESTRADIOL
  IFEX, IFOSFAMIDE
  PARAPLATIN, CARBOPLATIN
  SERZONE, NEFAZODONE HYDROCHLORIDE
  STADOL, BUTORPHANOL TARTRATE
  TAXOL, PACLITAXEL
  VAGISTAT-1, TIOCONAZOLE
  VIDEX, DIDANOSINE
  VUMON, TENIPOSIDE
  ZERIT, STAVUDINE

**BTG PHARMS**
* BTG PHARMACEUTICALS CORP SUB BIOTECHNOLOGY GENERAL CORP
  DELATESTRYL, TESTOSTERONE ENANTHATE

**BULL D**
* DAVID BULL LABORATORIES PARTY LTD
  CYTARABINE, CYTARABINE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  VINCRISTINE SULFATE, VINCRISTINE SULFATE

**BUNDY**
* CM BUNDY CO
  BUTABARBITAL, BUTABARBITAL SODIUM
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
  RESERPINE, RESERPINE

**BURROUGHS WELLCOME**
* BURROUGHS WELLCOME CO

ACTIDIL, TRIPROLIDINE HYDROCHLORIDE (OTC)
ACTIFED W/ CODEINE, CODEINE PHOSPHATE
ACTIFED, PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)
AEROSPORIN, POLYMYXIN B SULFATE
ALKERAN, MELPHALAN
ALKERAN, MELPHALAN HYDROCHLORIDE
ANECTINE, SUCCINYLCHOLINE CHLORIDE
ANTEPAR, PIPERAZINE CITRATE
CORTISPORIN, BACITRACIN ZINC
CORTISPORIN, HYDROCORTISONE
CORTISPORIN, HYDROCORTISONE ACETATE
DARAPRIM, PYRIMETHAMINE
ELIMITE, PERMETHRIN
EMPRACET W/ CODEINE PHOSPHATE #3, ACETAMINOPHEN
EMPRACET W/ CODEINE PHOSPHATE #4, ACETAMINOPHEN
EXOSURF NEONATAL, CETYL ALCOHOL
IMURAN, AZATHIOPRINE
IMURAN, AZATHIOPRINE SODIUM
KEMADRIN, PROCYCLIDINE HYDROCHLORIDE
LAMICTAL, LAMOTRIGINE
LANOXICAPS, DIGOXIN
LANOXIN, DIGOXIN
LEUKERAN, CHLORAMBUCIL
MAREZINE, CYCLIZINE LACTATE
MEPRON, ATOVAQUONE
MIVACRON IN DEXTROSE 5% IN PLASTIC CONTAINER,
    MIVACURIUM CHLORIDE
MIVACRON, MIVACURIUM CHLORIDE
MYLERAN, BUSULFAN
NAVELBINE, VINORELBINE TARTRATE
NEOSPORIN G.U. IRRIGANT, NEOMYCIN SULFATE
NEOSPORIN, BACITRACIN ZINC
NEOSPORIN, GRAMICIDIN
NIX, PERMETHRIN
NUROMAX, DOXACURIUM CHLORIDE
PEDIOTIC, HYDROCORTISONE
POLYSPORIN, BACITRACIN ZINC
PROLOPRIM, TRIMETHOPRIM
PURINETHOL, MERCAPTOPURINE
RETROVIR, ZIDOVUDINE
SEMPREX-D, ACRIVASTINE
SEPTRA DS, SULFAMETHOXAZOLE
SEPTRA GRAPE, SULFAMETHOXAZOLE
SEPTRA, SULFAMETHOXAZOLE
SUDAFED 12 HOUR, PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)
SYNCURINE, DECAMETHONIUM BROMIDE
THIOGUANINE, THIOGUANINE
TRACRIUM, ATRACURIUM BESYLATE
VASOXYL, METHOXAMINE HYDROCHLORIDE
VIROPTIC, TRIFLURIDINE
WELLBUTRIN, BUPROPION HYDROCHLORIDE
WELLCOVORIN, LEUCOVORIN CALCIUM
ZOVIRAX, ACYCLOVIR

ZOVIRAX, ACYCLOVIR SODIUM
ZYLOPRIM, ALLOPURINOL

** C **

**C AND M PHARMA**
* C AND M PHARMACAL INC
    HC (HYDROCORTISONE), HYDROCORTISONE
    HC (HYDROCORTISONE), HYDROCORTISONE (OTC)
    HI-COR, HYDROCORTISONE

**CADEMA**
* CADEMA MEDICAL PRODUCTS INC
    RBC-SCAN, TECHNETIUM TC-99M RED BLOOD CELL KIT

**CALGON**
* CALGON CORP DIV MERCK AND CO INC
    SEPTI-SOFT, HEXACHLOROPHENE

**CAMALL**
* CAMALL CO INC
    CAM-AP-ES, HYDRALAZINE HYDROCHLORIDE
    CAM-METRAZINE, PHENDIMETRAZINE TARTRATE
    CHLOROTHIAZIDE, CHLOROTHIAZIDE
    CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
    DIETHYLPROPION HCL, DIETHYLPROPION HYDROCHLORIDE
    HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
    HYDRO-RESERP, HYDROCHLOROTHIAZIDE
    HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
    MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
    PHENAZINE-35, PHENDIMETRAZINE TARTRATE
    PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
    PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
    TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE

**CARDERM**
* CARDERM CAPITAL LP
    CARDIZEM CD, DILTIAZEM HYDROCHLORIDE

**CARLISLE**
* CARLISLE LABORATORIES INC
    ALPHACAINE HCL W/ EPINEPHRINE, EPINEPHRINE
    ALPHACAINE HCL, LIDOCAINE HYDROCHLORIDE
    ALPHACAINE, LIDOCAINE

**CARNRICK**
* CARNRICK LABORATORIES INC DIV GW CARNRICK CO
    AMEN, MEDROXYPROGESTERONE ACETATE
    BONTRIL PDM, PHENDIMETRAZINE TARTRATE
    CAPITAL AND CODEINE, ACETAMINOPHEN
    CAPITAL WITH CODEINE, ACETAMINOPHEN
    MOTOFEN HALF-STRENGTH, ATROPINE SULFATE
    MOTOFEN, ATROPINE SULFATE

PHRENILIN FORTE, ACETAMINOPHEN
PHRENILIN, ACETAMINOPHEN
SKELAXIN, METAXALONE

**CAROLINA MEDCL**
* CAROLINA MEDICAL PRODUCTS CO
    HYDROCORTISONE IN ABSORBASE, HYDROCORTISONE
    ISONIAZID, ISONIAZID
    SODIUM POLYSTYRENE SULFONATE, SODIUM POLYSTYRENE SULFONATE
    SPS, SODIUM POLYSTYRENE SULFONATE

**CENCI**
* CENCI POWDER PRODUCTS INC
    THEOPHYLLINE, THEOPHYLLINE
* HR CENCI LABORATORIES INC
    ACTAHIST, PSEUDOEPHEDRINE HYDROCHLORIDE
    DIBENIL, DIPHENHYDRAMINE HYDROCHLORIDE
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    ELIXOMIN, THEOPHYLLINE
    HISTAFED, PSEUDOEPHEDRINE HYDROCHLORIDE
    HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
    PROMETHAZINE VC PLAIN, PHENYLEPHRINE HYDROCHLORIDE
    PROMETHAZINE VC W/ CODEINE, CODEINE PHOSPHATE
    PROMETHAZINE W/ CODEINE, CODEINE PHOSPHATE
    PROMETHAZINE, PROMETHAZINE HYDROCHLORIDE
    TRIPROLIDINE AND PSEUDOEPHEDRINE HYDROCHLORIDES
        W/ CODEINE, CODEINE PHOSPHATE

**CENT PHARMS**
* CENTRAL PHARMACEUTICALS INC
    ACETAMINOPHEN AND HYDROCODONE BITARTRATE, ACETAMINOPHEN
    AZDONE, ASPIRIN
    CO-GESIC, ACETAMINOPHEN
    CODIMAL-L.A. 12, CHLORPHENIRAMINE MALEATE (OTC)
    DEXACEN-4, DEXAMETHASONE SODIUM PHOSPHATE
    PHENYLPROPANOLAMINE HCL W/ CHLORPHENIRAMINE MALEATE,
        CHLORPHENIRAMINE MALEATE (OTC)
    PREDNICEN-M, PREDNISONE
    PREDNISOLONE ACETATE, PREDNISOLONE ACETATE
    PSEUDOEPHEDRINE HYDROCHLORIDE AND CHLORPHENIRAMINE
        MALEATE, CHLORPHENIRAMINE MALEATE (OTC)
    SYNOPHYLATE, THEOPHYLLINE SODIUM GLYCINATE
    THEOCLEAR L.A.-130, THEOPHYLLINE
    THEOCLEAR L.A.-260, THEOPHYLLINE
    THEOCLEAR-100, THEOPHYLLINE
    THEOCLEAR-200, THEOPHYLLINE
    THEOCLEAR-80, THEOPHYLLINE
    THEOPHYLLINE, THEOPHYLLINE

**CENTURY PHARMS**
* CENTURY PHARMACEUTICALS INC
    P.A.S. SODIUM, AMINOSALICYLATE SODIUM

**CETUS BEN VENUE**

APPENDIX B                                                                    B - 20
PRODUCT NAME INDEX LISTED BY APPLICANT

* CETUS BEN VENUE THERAPEUTICS
  ACETYLCYSTEINE, ACETYLCYSTEINE
  CYTARABINE, CYTARABINE
  DOXORUBICIN HCL, DOXORUBICIN HYDROCHLORIDE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE

**CHAMBERLIN PARENTERL**
* CHAMBERLIN PARENTERAL CORP
  HEPARIN SODIUM, HEPARIN SODIUM

**CHASE CHEM**
* CHASE CHEMICAL CO LP
  VITAMIN A, VITAMIN A
  VITAMIN A, VITAMIN A PALMITATE
  VITAMIN D, ERGOCALCIFEROL

**CHASE LABS NJ**
* CHASE LABORATORIES INC
  NIFEDIPINE, NIFEDIPINE

**CHELSEA LABS**
* CHELSEA LABORATORIES INC
  ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
  ALLOPURINOL, ALLOPURINOL
  AMINOPHYLLINE, AMINOPHYLLINE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
  BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
  BUTALBITAL, ASPIRIN AND CAFFEINE, ASPIRIN
  CARISOPRODOL, CARISOPRODOL
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLOROHENIRAMINE MALEATE AND PHENYLPROPANOLAMINE
    HCL, CHLORPHENIRAMINE MALEATE
  CHLOROTHIAZIDE, CHLOROTHIAZIDE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CHLORPROPAMIDE, CHLORPROPAMIDE
  CHLORTHALIDONE, CHLORTHALIDONE
  CHLORZOXAZONE, CHLORZOXAZONE
  CLOFIBRATE, CLOFIBRATE
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  CORTISONE ACETATE, CORTISONE ACETATE
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DEXAMETHASONE, DEXAMETHASONE
  DIAZEPAM, DIAZEPAM
  DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
  DIETHYLPROPION HCL, DIETHYLPROPION HYDROCHLORIDE
  DIMENHYDRINATE, DIMENHYDRINATE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  DISULFIRAM, DISULFIRAM

DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
FUROSEMIDE, FUROSEMIDE
GERIMAL, ERGOLOID MESYLATES
GLUTETHIMIDE, GLUTETHIMIDE
GLYCOPYRROLATE, GLYCOPYRROLATE
HYDRALAZINE AND HYDROCHLORTHIAZIDE, HYDRALAZINE
  HYDROCHLORIDE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE, HYDROCHLOROTHIAZIDE W/ RESERPINE,
  HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROFLUMETHIAZIDE, HYDROFLUMETHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA, METHYLDOPA
METHYLPREDNISOLONE, METHYLPREDNISOLONE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
NIACIN, NIACIN
NITROFURANTOIN, NITROFURANTOIN
NYSTATIN, NYSTATIN
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
  HYDROCHLORIDE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
PHENYLBUTAZONE, PHENYLBUTAZONE
PHENYTOIN SODIUM, PHENYTOIN SODIUM, PROMPT
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROBEN-C, COLCHICINE
PROBENECID, PROBENECID
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPOXYPHENE HCL W/ ASPIRIN AND CAFFEINE, ASPIRIN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE

PROPYLTHIOURACIL, PROPYLTHIOURACIL
PYRILAMINE MALEATE, PYRILAMINE MALEATE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFASALAZINE, SULFASALAZINE
SULFISOXAZOLE, SULFISOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE, THIOTHIXENE
TOLBUTAMIDE, TOLBUTAMIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**CHESEBROUGH PONDS**
* CHESEBROUGH PONDS INC
EXTRA-STRENGTH AIM, SODIUM MONOFLUOROPHOSPHATE (OTC)
VIRAC REX, UNDECOYLIUM CHLORIDE

**CHOAY**
* CHOAY LABORATORIES INC DIV ELF SANOFI INC
CALCIPARINE, HEPARIN CALCIUM

**CIBA**
* CIBA PHARMACEUTICAL CO DIV CIBA GEIGY CORP
ACTIGALL, URSODIOL
ANTRENYL, OXYPHENONIUM BROMIDE
ANTURANE, SULFINPYRAZONE
APRESAZIDE, HYDRALAZINE HYDROCHLORIDE
APRESOLINE, HYDRALAZINE HYDROCHLORIDE
APRESOLINE-ESIDRIX, HYDRALAZINE HYDROCHLORIDE
CIBACALCIN, CALCITONIN, HUMAN
CYTADREN, AMINOGLUTETHIMIDE
DESFERAL, DEFEROXAMINE MESYLATE
ESIDRIX, HYDROCHLOROTHIAZIDE
ESIMIL, GUANETHIDINE MONOSULFATE
ESTRADERM, ESTRADIOL
HEAVY SOLUTION NUPERCAINE, DIBUCAINE HYDROCHLORIDE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INH, ISONIAZID
ISMELIN, GUANETHIDINE MONOSULFATE
LOCORTEN, FLUMETHASONE PIVALATE
LOPRESSIDONE, CHLORTHALIDONE
LOPRESSOR HCT 100/25, HYDROCHLOROTHIAZIDE
LOPRESSOR HCT 100/50, HYDROCHLOROTHIAZIDE
LOPRESSOR HCT 50/25, HYDROCHLOROTHIAZIDE

LOTENSIN HCT, BENAZEPRIL HYDROCHLORIDE
LOTENSIN, BENAZEPRIL HYDROCHLORIDE
LUDIOMIL, MAPROTILINE HYDROCHLORIDE
METANDREN, METHYLTESTOSTERONE
METOPIRONE, METYRAPONE
PERCORTEN, DESOXYCORTICOSTERONE ACETATE
PERCORTEN, DESOXYCORTICOSTERONE PIVALATE
PRISCOLINE, TOLAZOLINE HYDROCHLORIDE
REGITINE, PHENTOLAMINE MESYLATE
RIMACTANE, RIFAMPIN
RITALIN, METHYLPHENIDATE HYDROCHLORIDE
RITALIN-SR, METHYLPHENIDATE HYDROCHLORIDE
SER-AP-ES, HYDRALAZINE HYDROCHLORIDE
SERPASIL, RESERPINE
SERPASIL-APRESOLINE, HYDRALAZINE HYDROCHLORIDE
SERPASIL-ESIDRIX #1, HYDROCHLOROTHIAZIDE
SERPASIL-ESIDRIX #2, HYDROCHLOROTHIAZIDE
SLOW-K, POTASSIUM CHLORIDE
TEN-K, POTASSIUM CHLORIDE
TRASICOR, OXPRENOLOL HYDROCHLORIDE
* CIBA SELF MEDICATION INC DIV CIBA GEIGY CORP
EFIDAC/24, PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)
TRANSDERM-SCOP, SCOPOLAMINE

**CIBA GEIGY**
* CIBA GEIGY CORP PHARMACEUTICAL DIV
AREDIA, PAMIDRONATE DISODIUM

**CIBA VISION**
* CIBA VISION OPHTHALMICS DIV CIBA VISION CORP
CATARASE, CHYMOTRYPSIN
FLUOR-OP, FLUOROMETHOLONE
FUNDUSCEIN-25, FLUORESCEIN SODIUM
INFLAMASE FORTE, PREDNISOLONE SODIUM PHOSPHATE
INFLAMASE MILD, PREDNISOLONE SODIUM PHOSPHATE
LIVOSTIN, LEVOCABASTINE HYDROCHLORIDE
MIOCHOL, ACETYLCHOLINE CHLORIDE
MIOCHOL-E, ACETYLCHOLINE CHLORIDE
SULF-10, SULFACETAMIDE SODIUM
VASOCIDIN, PREDNISOLONE ACETATE
VASOCIDIN, PREDNISOLONE SODIUM PHOSPHATE
VASOCON, NAPHAZOLINE HYDROCHLORIDE
VASOCON-A, ANTAZOLINE PHOSPHATE
VOLTAREN, DICLOFENAC SODIUM

**CIRCA**
* CIRCA PHARMACEUTICALS INC
ACETAZOLAMIDE, ACETAZOLAMIDE
ALLOPURINOL, ALLOPURINOL
AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
ANISOTROPINE METHYLBROMIDE, ANISOTROPINE METHYLBROMIDE
BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
CARISOPRODOL COMPOUND, ASPIRIN

APPENDIX B                                                                                   B - 22
PRODUCT NAME INDEX LISTED BY APPLICANT

CARISOPRODOL, CARISOPRODOL
CHLOROTHIAZIDE W/ RESERPINE, CHLOROTHIAZIDE
CHLOROTHIAZIDE, CHLOROTHIAZIDE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DEXAMETHASONE, DEXAMETHASONE
DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
ERGOLOID MESYLATES, ERGOLOID MESYLATES
FLUOXYMESTERONE, FLUOXYMESTERONE
FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
GLIPIZIDE, GLIPIZIDE
GLYCOPYRROLATE, GLYCOPYRROLATE
GUANETHIDINE MONOSULFATE, GUANETHIDINE MONOSULFATE
HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE, HYDRALAZINE
  HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ HYDRALAZINE, HYDRALAZINE
  HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE AND HYDRALAZINE,
  HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROFLUMETHIAZIDE AND RESERPINE, HYDROFLUMETHIAZIDE
HYDROFLUMETHIAZIDE, HYDROFLUMETHIAZIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
LIOTHYRONINE SODIUM, LIOTRIX (T4;T3)
LITHIUM CARBONATE, LITHIUM CARBONATE
MAPROTILINE HCL, MAPROTILINE HYDROCHLORIDE
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
METHOCARBAMOL, METHOCARBAMOL
METHYCLOTHIAZIDE AND DESERPIDINE, DESERPIDINE
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
NIACIN, NIACIN
NITROFURANTOIN MACROCRYSTALLINE, NITROFURANTOIN,
  MACROCRYSTALLINE
NITROFURANTOIN, NITROFURANTOIN
ORPHENADRINE CITRATE, ORPHENADRINE CITRATE
OXTRIPHYLLINE, OXTRIPHYLLINE
OXYBUTYNIN CHLORIDE, OXYBUTYNIN CHLORIDE
OXYPHENBUTAZONE, OXYPHENBUTAZONE

PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
  HYDROCHLORIDE
PHENYTEX, PHENYTOIN SODIUM, EXTENDED
PRIMIDONE, PRIMIDONE
PROBENECID W/ COLCHICINE, COLCHICINE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCHLORPERAZINE, PROCHLORPERAZINE MALEATE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
QUINATIME, QUINIDINE GLUCONATE
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE, SULFAMETHOXAZOLE
SULFASALAZINE, SULFASALAZINE
TEMAZEPAM, TEMAZEPAM
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TIMOLOL MALEATE, TIMOLOL MALEATE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRICHLORMETHIAZIDE W/ RESERPINE, RESERPINE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE
TRIHEXYPHENIDYL HCL, TRIHEXYPHENIDYL HYDROCHLORIDE
TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
TRIPROLIDINE AND PSEUDOEPHEDRINE, PSEUDOEPHEDRINE
  HYDROCHLORIDE (OTC)
WARFARIN SODIUM, WARFARIN SODIUM

CIS
* CIS BIOINDUSTRIES COMPAGNIE
  SODIUM IODIDE I 131, SODIUM IODIDE, I-131
* CIS US INC
  AN-DTPA, TECHNETIUM TC-99M PENTETATE KIT
  AN-MDP, TECHNETIUM TC-99M MEDRONATE KIT
  AN-PYROTEC, TECHNETIUM TC-99M PYROPHOSPHATE KIT
  AN-SULFUR COLLOID, TECHNETIUM TC-99M SULFUR COLLOID KIT
  IOBENGUANE SULFATE I 131, IOBENGUANE SULFATE I 131
  SELENOMETHIONINE SE 75, SELENOMETHIONINE, SE-75
  SODIUM PERTECHNETATE TC 99M, TECHNETIUM TC-99M
    SODIUM PERTECHNETATE

CLAY PARK
* CLAY PARK LABORATORIES INC
  BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
  BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
  ERYTHROMYCIN, ERYTHROMYCIN
  FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
  FLUOCINONIDE, FLUOCINONIDE
  GENTAMICIN, GENTAMICIN SULFATE
  HYDROCORTISONE, HYDROCORTISONE

APPENDIX B                                                          B - 23
PRODUCT NAME INDEX LISTED BY APPLICANT

NITROFURAZONE, NITROFURAZONE
NYSTATIN AND TRIAMCINOLONE ACETONIDE, NYSTATIN
NYSTATIN, NYSTATIN
SELENIUM SULFIDE, SELENIUM SULFIDE
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRIPLE SULFA, TRIPLE
    SULFA (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)

**CLONMEL HLTH CARE**
* CLONMEL HEALTH CARE
    AMOXICILLIN, AMOXICILLIN
    AMPICILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
    PENICILLIN V POTASSIUM, PENICILLIN V POTASSIUM

**COLGATE PALMOLIVE**
* COLGATE PALMOLIVE CO
    PERIOGARD, CHLORHEXIDINE GLUCONATE

**COMBE**
* COMBE INC
    BACITRACIN, BACITRACIN (OTC)
    LANABIOTIC, BACITRACIN (OTC)
    LANABIOTIC, BACITRACIN ZINC (OTC)

**CONSOLIDATED MIDLAND**
* CONSOLIDATED MIDLAND CORP
    TEEBACIN, AMINOSALICYLATE SODIUM

**COPANOS**
* JOHN D COPANOS AND CO INC
    AMOXICILLIN TRIHYDRATE, AMOXICILLIN
    AMPICILLIN SODIUM, AMPICILLIN SODIUM
    AMPICILLIN TRIHYDRATE, AMPICILLIN/AMPICILLIN TRIHYDRATE
    COMOX, AMOXICILLIN
    PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
    PENICILLIN G PROCAINE, PENICILLIN G PROCAINE
    PENICILLIN G SODIUM, PENICILLIN G SODIUM
    PENICILLIN V POTASSIUM, PENICILLIN V POTASSIUM
    STREPTOMYCIN SULFATE, STREPTOMYCIN SULFATE

**COPLEY PHARM**
* COPLEY PHARMACEUTICAL INC
    ALBUTEROL SULFATE, ALBUTEROL SULFATE
    AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
    AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
    BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
    BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
    BROMATAPP, BROMPHENIRAMINE MALEATE (OTC)
    BROMPHERIL, DEXBROMPHENIRAMINE MALEATE (OTC)
    CLEMASTINE FUMARATE, CLEMASTINE FUMARATE
    CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
    CLOBETASOL PROPIONATE, CLOBETASOL PROPIONATE
    CO-LAV, POLYETHYLENE GLYCOL 3350

DESONIDE, DESONIDE
DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYLAMINE SUCCINATE, DOXYLAMINE SUCCINATE (OTC)
ETHOSUXIMIDE, ETHOSUXIMIDE
EVALOSE, LACTULOSE
FLUOCINONIDE, FLUOCINONIDE
FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
GO-EVAC, POLYETHYLENE GLYCOL 3350
GUANABENZ ACETATE, GUANABENZ ACETATE
HALOPERIDOL, HALOPERIDOL LACTATE
HEPTALAC, LACTULOSE
HYDROCORTISONE ACETATE 1% AND PRAMOXINE HCL 1%,
    HYDROCORTISONE ACETATE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYCHLOROQUINE SULFATE, HYDROXYCHLOROQUINE SULFATE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METHAZOLAMIDE, METHAZOLAMIDE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
MICONAZOLE NITRATE, MICONAZOLE NITRATE (OTC)
NADOLOL, NADOLOL
NAPROXEN SODIUM, NAPROXEN SODIUM
NAPROXEN, NAPROXEN
PIROXICAM, PIROXICAM
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE HCL, THIOTHIXENE HYDROCHLORIDE
VALPROIC ACID, VALPROIC ACID

**CUMBERLAND SWAN**
* CUMBERLAND SWAN INC
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)

**CURATEK**
* CURATEK PHARMACEUTICALS LTD PARTNERSHIP
    METROGEL, METRONIDAZOLE

** D **

**DANBURY PHARMA**
* DANBURY PHARMACAL INC
    ACETAZOLAMIDE, ACETAZOLAMIDE
    ACETOHEXAMIDE, ACETOHEXAMIDE
    ALBUTEROL SULFATE, ALBUTEROL SULFATE
    ALLOPURINOL, ALLOPURINOL
    AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
    AMOXAPINE, AMOXAPINE
    ATENOLOL AND CHLORTHALIDONE, ATENOLOL
    ATENOLOL, ATENOLOL
    BACLOFEN, BACLOFEN

APPENDIX B                                                          B - 24
PRODUCT NAME INDEX LISTED BY APPLICANT

BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
BUTALBITAL AND ACETAMINOPHEN, ACETAMINOPHEN
CARISOPRODOL, CARISOPRODOL
CHLORDIAZEPOXIDE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
   HYDROCHLORIDE
CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
CHLOROTHIAZIDE, CHLOROTHIAZIDE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CHLORZOXAZONE, CHLORZOXAZONE
CLINDAMYCIN HCL, CLINDAMYCIN HYDROCHLORIDE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
COL-PROBENECID, COLCHICINE
CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DEXAMETHASONE, DEXAMETHASONE
DIAZEPAM, DIAZEPAM
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
DISULFIRAM, DISULFIRAM
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERGOLOID MESYLATES, ERGOLOID MESYLATES
ERYTHROMYCIN ESTOLATE, ERYTHROMYCIN ESTOLATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
FUROSEMIDE, FUROSEMIDE
GLUTETHIMIDE, GLUTETHIMIDE
GLYCOPYRROLATE, GLYCOPYRROLATE
HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
IBUPROFEN (OTC), IBUPROFEN (OTC)
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
LORAZEPAM, LORAZEPAM
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEPROBAMATE, MEPROBAMATE
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METHOCARBAMOL, METHOCARBAMOL
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METHYLTESTOSTERONE, METHYLTESTOSTERONE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE

METRONIDAZOLE, METRONIDAZOLE
MINOCYCLINE HCL, MINOCYCLINE HYDROCHLORIDE
MINOXIDIL, MINOXIDIL
NALIDIXIC ACID, NALIDIXIC ACID
NAPROXEN SODIUM, NAPROXEN SODIUM
NIACIN, NIACIN
NITROFURANTOIN, NITROFURANTOIN, MACROCRYSTALLINE
NORTRIPTYLINE HCL, NORTRIPTYLINE HYDROCHLORIDE
OXAZEPAM, OXAZEPAM
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
   HYDROCHLORIDE
PHENYLBUTAZONE, PHENYLBUTAZONE
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PRIMIDONE, PRIMIDONE
PROBENECID, PROBENECID
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROMPT PHENYTOIN SODIUM, PHENYTOIN SODIUM, PROMPT
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE,
   HYDRALAZINE HYDROCHLORIDE
RESERPINE, RESERPINE
SPIRONOLACTONE/HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
   SULFAMETHOXAZOLE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFASALAZINE, SULFASALAZINE
SULFINPYRAZONE, SULFINPYRAZONE
SULINDAC, SULINDAC
TEMAZEPAM, TEMAZEPAM
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE, THIOTHIXENE
TIMOLOL MALEATE, TIMOLOL MALEATE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
TRIHEXYPHENIDYL HCL, TRIHEXYPHENIDYL HYDROCHLORIDE
TRIMETHOPRIM, TRIMETHOPRIM
TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
TRIPROLIDINE HCL, TRIPROLIDINE HYDROCHLORIDE

VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**DANIELS PHARMS**
* DANIELS PHARMACEUTICALS INC
   TUSSIGON, HOMATROPINE METHYLBROMIDE

**DAVIS AND GECK**
* DAVIS AND GECK DIV AMERICAN CYANAMID CO
   FLAXEDIL, GALLAMINE TRIETHIODIDE
   PRE-OP II, HEXACHLOROPHENE
   PRE-OP, HEXACHLOROPHENE

**DEL RAY LABS**
* DEL RAY LABORATORIES INC
   ALA-CORT, HYDROCORTISONE
   ALA-SCALP, HYDROCORTISONE
   DEL-VI-A, VITAMIN A PALMITATE
   TRIDERM, TRIAMCINOLONE ACETONIDE

**DELL LABS**
* DELL LABORATORIES INC
   CYANOCOBALAMIN, CYANOCOBALAMIN
   DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE
   HEPARIN SODIUM, HEPARIN SODIUM
   LIDOCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
   LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
   PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
   THIAMINE HCL, THIAMINE HYDROCHLORIDE

**DEPROCO**
* DEPROCO INC
   LIGNOSPAN FORTE, EPINEPHRINE BITARTRATE
   LIGNOSPAN STANDARD, EPINEPHRINE BITARTRATE
   SCANDONEST L, LEVONORDEFRIN
   SCANDONEST PLAIN, MEPIVACAINE HYDROCHLORIDE

**DERMIK**
* DERMIK LABORATORIES INC SUB RORER
   BENZAMYCIN, BENZOYL PEROXIDE
   HYTONE, HYDROCORTISONE
   PSORCON, DIFLORASONE DIACETATE

**DESERET**
* DESERET MEDICAL INC DIV BECTON DICKINSON AND CO
   CHLORHEXIDINE GLUCONATE, CHLORHEXIDINE GLUCONATE (OTC)
   E-Z SCRUB, HEXACHLOROPHENE

**DEY**
* DEY LABORATORIES INC
   ALBUTEROL SULFATE, ALBUTEROL SULFATE
   CROMOLYN SODIUM, CROMOLYN SODIUM
   ISOETHARINE HCL S/F, ISOETHARINE HYDROCHLORIDE

   ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
   ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
   METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
   MUCOSIL-10, ACETYLCYSTEINE
   MUCOSIL-20, ACETYLCYSTEINE

**DIAL**
* DIAL CORP DIV GREYHOUND CO
   DIAL, HEXACHLOROPHENE

**DISTA**
* DISTA PRODUCTS CO DIV ELI LILLY AND CO
   ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
   ILOSONE, ERYTHROMYCIN ESTOLATE
   ILOTYCIN GLUCEPTATE, ERYTHROMYCIN GLUCEPTATE
   ILOTYCIN, ERYTHROMYCIN
   NALFON 200, FENOPROFEN CALCIUM
   NALFON, FENOPROFEN CALCIUM
   PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
   VALMID, ETHINAMATE

**DORSEY**
* DORSEY LABORATORIES DIV SANDOZ WANDER INC
   ASBRON, THEOPHYLLINE SODIUM GLYCINATE
   PHENYLPROPANOLAMINE HCL/CHLORPHENIRAMINE, CHLORPHENIRAMINE
      MALEATE (OTC)
   RAUTENSIN, ALSEROXYLON

**DOW PHARMS**
* DOW PHARMACEUTICALS CORP SUB DOW CHEMICAL CO
   DOW-ISONIAZID, ISONIAZID
   NEO-POLYCIN, BACITRACIN ZINC
   NEO-POLYCIN, GRAMICIDIN
   NOVAFED, PSEUDOEPHEDRINE HYDROCHLORIDE
   QUIDE, PIPERACETAZINE
   RIFAMATE, ISONIAZID

**DOWNSTATE CLINCL**
* DOWNSTATE CLINICAL PET CENTER
   FLUDEOXYGLUCOSE F 18, FLUDEOXYGLUCOSE, F-18

**DUNHALL**
* DUNHALL PHARMACEUTICALS INC
   TRIAPRIN, ACETAMINOPHEN

**DUPONT**
* DUPONT RADIOPHARMACEUTICALS DIV
   CARDIOLITE, TECHNETIUM TC-99M SESTAMIBI KIT
   GALLIUM CITRATE GA 67, GALLIUM CITRATE, GA-67
   GLUCOSCAN, TECHNETIUM TC-99M GLUCEPTATE KIT
   HEPATOLITE, TECHNETIUM TC-99M DISOFENIN KIT
   MICROLITE, TECHNETIUM TC-99M ALBUMIN COLLOID KIT
   OSTEOLITE, TECHNETIUM TC-99M MEDRONATE KIT

PULMOLITE, TECHNETIUM TC-99M ALBUMIN AGGREGATED KIT
PYROLITE, TECHNETIUM TC-99M PYRO/TRIMETA PHOSPHATES KIT
TECHNETIUM TC 99M GENERATOR, TECHNETIUM TC-99M
    SODIUM PERTECHNETATE GENERATOR
THALLOUS CHLORIDE TL 201, THALLOUS CHLORIDE, TL-201
XENON XE 133, XENON, XE-133

**DUPONT MERCK**
* DUPONT MERCK PHARMACEUTICAL CO
  ACETYLCYSTEINE, ACETYLCYSTEINE
  AMIKACIN, AMIKACIN SULFATE
  BRETYLOL, BRETYLIUM TOSYLATE
  CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  COUMADIN, WARFARIN SODIUM
  DROPERIDOL, DROPERIDOL
  HYCODAN, HOMATROPINE METHYLBROMIDE
  HYCOMINE PEDIATRIC, HYDROCODONE BITARTRATE
  HYCOMINE, HYDROCODONE BITARTRATE
  INTROPIN, DOPAMINE HYDROCHLORIDE
  METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  MOBAN, MOLINDONE HYDROCHLORIDE
  NARCAN, NALOXONE HYDROCHLORIDE
  NEUROLITE, TECHNETIUM TC-99M BICISATE KIT
  NUBAIN, NALBUPHINE HYDROCHLORIDE
  NUMORPHAN, OXYMORPHONE HYDROCHLORIDE
  OXYCODONE 2.5/APAP 500, ACETAMINOPHEN
  OXYCODONE 5/APAP 500, ACETAMINOPHEN
  PERCOCET, ACETAMINOPHEN
  PERCODAN, ASPIRIN
  PERCODAN-DEMI, ASPIRIN
  REMSED, PROMETHAZINE HYDROCHLORIDE
  REVIA, NALTREXONE HYDROCHLORIDE
  SYMMETREL, AMANTADINE HYDROCHLORIDE
  TRIDIL, NITROGLYCERIN
  VALPIN 50, ANISOTROPINE METHYLBROMIDE

**DURAMED**
* DURAMED PHARMACEUTICALS INC
  ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
  AMINOPHYLLINE, AMINOPHYLLINE
  CHLORPROPAMIDE, CHLORPROPAMIDE
  CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DIAZEPAM, DIAZEPAM
  HALOPERIDOL, HALOPERIDOL
  HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
  INDOMETHACIN, INDOMETHACIN
  ISONIAZID, ISONIAZID
  METHYLDOPA, METHYLDOPA
  METHYLPREDNISOLONE, METHYLPREDNISOLONE
  PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
  PREDNISONE, PREDNISONE

PROCHLORPERAZINE MALEATE, PROCHLORPERAZINE MALEATE
PROPRANOLOL HCL & HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
TEMAZEPAM, TEMAZEPAM
TOLAZAMIDE, TOLAZAMIDE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE

**DYNAPHARM**
* DYNAPHARM INC
  COLOVAGE, POLYETHYLENE GLYCOL 3350

** E **

**E Z EM**
* E Z EM CO INC
  E-Z-EM PREP LYTE, POLYETHYLENE GLYCOL 3350

**EASTMAN KODAK**
* EASTMAN KODAK CO
  CARBOCAINE W/ NEO-COBEFRIN, LEVONORDEFRIN
  CARBOCAINE, MEPIVACAINE HYDROCHLORIDE
  LIDOCAINE HCL AND EPINEPHRINE, EPINEPHRINE
  RAVOCAINE AND NOVOCAIN W/ LEVOPHED, NOREPINEPHRINE
    BITARTRATE
  RAVOCAINE AND NOVOCAIN W/ NEO-COBEFRIN, LEVONORDEFRIN

**ELAN PHARM**
* ELAN PHARMACEUTICAL RESEARCH CORP
  PROSTEP, NICOTINE
  VERELAN, VERAPAMIL HYDROCHLORIDE

**ELDER**
* ELDER PHARMACEUTICALS LTD
  ELDECORT, HYDROCORTISONE

**ELKINS SINN**
* ELKINS SINN DIV AH ROBINS CO INC
  AMIKACIN, AMIKACIN SULFATE
  AMINOCAPROIC ACID, AMINOCAPROIC ACID
  AMINOPHYLLINE, AMINOPHYLLINE
  AMPICILLIN SODIUM, AMPICILLIN SODIUM
  BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
  CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
  CEPHAPIRIN SODIUM, CEPHAPIRIN SODIUM
  CHLORAMPHENICOL, CHLORAMPHENICOL SODIUM SUCCINATE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  CORTISONE ACETATE, CORTISONE ACETATE
  CYANOCOBALAMIN, CYANOCOBALAMIN
  CYCLOPHOSPHAMIDE, CYCLOPHOSPHAMIDE
  DEXAMETHASONE, DEXAMETHASONE SODIUM PHOSPHATE
  DIAZEPAM, DIAZEPAM

APPENDIX B                                                                    B - 27
PRODUCT NAME INDEX LISTED BY APPLICANT

DIGOXIN, DIGOXIN
DIMENHYDRINATE, DIMENHYDRINATE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DOPAMINE, DOPAMINE HYDROCHLORIDE
DOXYCYCLINE, DOXYCYCLINE HYCLATE
DURAMORPH PF, MORPHINE SULFATE
ERYTHROMYCIN, ERYTHROMYCIN LACTOBIONATE
FENTANYL CITRATE, FENTANYL CITRATE
FUROSEMIDE, FUROSEMIDE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
HEP-LOCK U/P, HEPARIN SODIUM
HEP-LOCK, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE SODIUM SUCCINATE, HYDROCORTISONE
    SODIUM SUCCINATE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE, HYDROXYZINE HYDROCHLORIDE
INFUMORPH, MORPHINE SULFATE
ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
KANAMYCIN, KANAMYCIN SULFATE
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
LIDOCAINE HCL AND EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
MEPROBAMATE, MEPROBAMATE
METARAMINOL BITARTRATE, METARAMINOL BITARTRATE
METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
    SODIUM SUCCINATE
METHYLPREDNISOLONE, METHYLPREDNISOLONE SODIUM SUCCINATE
METRONIDAZOLE, METRONIDAZOLE
NALOXONE HCL, NALOXONE HYDROCHLORIDE
NALOXONE, NALOXONE HYDROCHLORIDE
NEOMYCIN SULFATE, NEOMYCIN SULFATE
NITROFURANTOIN, NITROFURANTOIN
OXACILLIN SODIUM, OXACILLIN SODIUM
PANCURONIUM, PANCURONIUM BROMIDE
PENTOBARBITAL SODIUM, PENTOBARBITAL SODIUM
PHENYTOIN, PHENYTOIN SODIUM
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROCHLORPERAZINE, PROCHLORPERAZINE EDISYLATE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROTAMINE SULFATE, PROTAMINE SULFATE
PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE

SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
SODIUM NITROPRUSSIDE, SODIUM NITROPRUSSIDE
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SODIUM SUCCINATE, SODIUM SUCCINATE
SOTRADECOL, SODIUM TETRADECYL SULFATE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
TESTOSTERONE PROPIONATE, TESTOSTERONE PROPIONATE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIAMINE HCL, THIAMINE HYDROCHLORIDE
TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
VANCOMYCIN HCL, VANCOMYCIN HYDROCHLORIDE
VITAMIN A, VITAMIN A PALMITATE

ENDO LABS
* ENDO LABORATORIES LLC
    CIMETIDINE HCL, CIMETIDINE HYDROCHLORIDE
    CIMETIDINE, CIMETIDINE
    GLIPIZIDE, GLIPIZIDE

ENQUAY
* ENQUAY PHARMACEUTICAL ASSOC
    SILDIMAC, SILVER SULFADIAZINE

ENZON
* ENZON INC
    ADAGEN, PEGADEMASE BOVINE

EON LABS
* EON LABORATORIES MANUFACTURING INC
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
    ALKERGOT, ERGOLOID MESYLATES
    ALPHAZINE, PHENDIMETRAZINE TARTRATE
    BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
    BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
    CARISOPRODOL, CARISOPRODOL
    CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
    CHLOROTHIAZIDE, CHLOROTHIAZIDE
    CHLORPROPAMIDE, CHLORPROPAMIDE
    CHLORTHALIDONE, CHLORTHALIDONE
    DESIPRAMINE HCL, DESIPRAMINE HYDROCHLORIDE
    DIETHYLPROPION HCL, DIETHYLPROPION HYDROCHLORIDE
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
    DRALSERP, HYDRALAZINE HYDROCHLORIDE
    FOLIC ACID, FOLIC ACID
    FUROSEMIDE, FUROSEMIDE
    HY-PAM, HYDROXYZINE PAMOATE
    HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
    HYDRAP-ES, HYDRALAZINE HYDROCHLORIDE
    HYDRO-SERP "25", HYDROCHLOROTHIAZIDE
    HYDRO-SERP "50", HYDROCHLOROTHIAZIDE
    HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
    HYDROCORTISONE, HYDROCORTISONE

APPENDIX B                                                                    B - 28
PRODUCT NAME INDEX LISTED BY APPLICANT

HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
ISONIAZID, ISONIAZID
MEPRO-ASPIRIN, ASPIRIN
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHYLPREDNISOLONE, METHYLPREDNISOLONE
METRONIDAZOLE, METRONIDAZOLE
NEOMYCIN SULFATE, NEOMYCIN SULFATE
NITROFURANTOIN, NITROFURANTOIN
NYSTATIN, NYSTATIN
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROBENECID AND COLCHICINE, COLCHICINE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPOXYPHENE COMPOUND 65, ASPIRIN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PSEUDOEPHEDRINE HCL AND TRIPROLIDINE HCL, PSEUDOEPHEDRINE
    HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE
SULFADIAZINE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
    SULFAMETHOXAZOLE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFASALAZINE, SULFASALAZINE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THEOPHYLLINE, THEOPHYLLINE
TOLBUTAMIDE, TOLBUTAMIDE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
WESTADONE, METHADONE HYDROCHLORIDE

**ERSANA**
* ERSANA INC SUB ER SQUIBB AND SONS
    VELOSEF '125', CEPHRADINE
    VELOSEF '250', CEPHRADINE
    VELOSEF '500', CEPHRADINE
    VELOSEF, CEPHRADINE

**ESI**
* ESI PHARMACAL
    CYCRIN, MEDROXYPROGESTERONE ACETATE

**ETHITEK**
* ETHITEK PHARMACEUTICALS CO
    MOCTANIN, MONOCTANOIN

**EVERYLIFE**
* EVERYLIFE

APAP W/ CODEINE PHOSPHATE, ACETAMINOPHEN
CORTISONE ACETATE, CORTISONE ACETATE
FOLIC ACID, FOLIC ACID
HYDROCORTISONE, HYDROCORTISONE
NIACIN, NIACIN
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE
SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
STANOZIDE, ISONIAZID
SULFADIAZINE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
VITAMIN A, VITAMIN A
VITAMIN A, VITAMIN A PALMITATE
VITAMIN D, ERGOCALCIFEROL

                    ** F **

**FAULDING**
* FH FAULDING AND CO LTD
    DORYX, DOXYCYCLINE HYCLATE
    ERYC SPRINKLES, ERYTHROMYCIN
    ERYC, ERYTHROMYCIN
    VINBLASTINE SULFATE, VINBLASTINE SULFATE
    VINCRISTINE SULFATE PFS, VINCRISTINE SULFATE

**FERNDALE LABS**
* FERNDALE LABORATORIES INC
    ADPHEN, PHENDIMETRAZINE TARTRATE
    AMOSENE, MEPROBAMATE
    AQUAPHYLLIN, THEOPHYLLINE
    DAPEX-37.5, PHENTERMINE HYDROCHLORIDE
    DELAXIN, METHOCARBAMOL
    DIAZEPAM, DIAZEPAM
    FERNDEX, DEXTROAMPHETAMINE SULFATE
    FERNISOLONE-P, PREDNISOLONE
    FERNISONE, PREDNISONE
    OBESTIN-30, PHENTERMINE HYDROCHLORIDE
    PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
    PRAMOSONE, HYDROCORTISONE ACETATE
    RAUSERPIN, RAUWOLFIA SERPENTINA
    STRIFON FORTE DSC, CHLORZOXAZONE
    UMI-PEX 30, PHENTERMINE HYDROCHLORIDE

**FERRANTE**
* FERRANTE JOHN J
    CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
    HYDROCORTISONE, HYDROCORTISONE
    PREDNISONE, PREDNISONE

**FERRING LABS**

APPENDIX B                                                    B - 29
PRODUCT NAME INDEX LISTED BY APPLICANT

* FERRING LABORATORIES INC
   CONCENTRAID, DESMOPRESSIN ACETATE
   LUTREPULSE KIT, GONADORELIN ACETATE
   SECRETIN-FERRING, SECRETIN
   THYREL TRH, PROTIRELIN

FISONS
* FISONS CORP
   BIPHETAMINE 12.5, AMPHETAMINE RESIN COMPLEX
   BIPHETAMINE 20, AMPHETAMINE RESIN COMPLEX
   BIPHETAMINE 7.5, AMPHETAMINE RESIN COMPLEX
   CORSYM, CHLORPHENIRAMINE POLISTIREX (OTC)
   DELSYM, DEXTROMETHORPHAN POLISTIREX (OTC)
   GASTROCROM, CROMOLYN SODIUM
   INTAL, CROMOLYN SODIUM
   IONAMIN-15, PHENTERMINE RESIN COMPLEX
   IONAMIN-30, PHENTERMINE RESIN COMPLEX
   IRON DEXTRAN, IRON DEXTRAN
   ISOCLOR, CHLORPHENIRAMINE MALEATE (OTC)
   MYKROX, METOLAZONE
   NASALCROM, CROMOLYN SODIUM
   OPTICROM, CROMOLYN SODIUM
   PEDIAPRED, PREDNISOLONE SODIUM PHOSPHATE
   PENNTUSS, CHLORPHENIRAMINE POLISTIREX (OTC)
   PSEUDO-12, PSEUDOEPHEDRINE POLISTIREX (OTC)
   SOMOPHYLLIN, AMINOPHYLLINE
   SOMOPHYLLIN-DF, AMINOPHYLLINE
   SOMOPHYLLIN-T, THEOPHYLLINE
   TILADE, NEDOCROMIL SODIUM
   TUSSIONEX, CHLORPHENIRAMINE POLISTIREX
   VAPO-ISO, ISOPROTERENOL HYDROCHLORIDE
   ZAROXOLYN, METOLAZONE

FLEMING PHARMS
* FLEMING AND CO PHARMACEUTICALS INC
   AEROLATE III, THEOPHYLLINE
   AEROLATE JR, THEOPHYLLINE
   AEROLATE SR, THEOPHYLLINE
   AEROLATE, THEOPHYLLINE

FLEMINGTON PHARM
* FLEMINGTON PHARMACEUTICAL CORP
   NIFEDIPINE, NIFEDIPINE

FOREST LABS
* FOREST LABORATORIES INC
   AMBENYL, BROMODIPHENHYDRAMINE HYDROCHLORIDE
   BETAPRONE, PROPIOLACTONE
   DURAPHYL, THEOPHYLLINE
   ELIXICON, THEOPHYLLINE
   ELIXOPHYLLIN SR, THEOPHYLLINE
   ELIXOPHYLLIN, THEOPHYLLINE
   FLUMADINE, RIMANTADINE HYDROCHLORIDE

FORBAXIN, METHOCARBAMOL
PYOCIDIN, HYDROCORTISONE
SUS-PHRINE, EPINEPHRINE
TESSALON, BENZONATATE
THYROLAR-0.25, LIOTRIX (T4;T3)
THYROLAR-0.5, LIOTRIX (T4;T3)
THYROLAR-1, LIOTRIX (T4;T3)
THYROLAR-2, LIOTRIX (T4;T3)
THYROLAR-3, LIOTRIX (T4;T3)
THYROLAR-5, LIOTRIX (T4;T3)

FOREST PHARMS
* FOREST PHARMACEUTICALS INC
   BANCAP HC, ACETAMINOPHEN
   BANCAP, ACETAMINOPHEN
   DURADYNE DHC, ACETAMINOPHEN
   ESGIC, ACETAMINOPHEN
   METRA, PHENDIMETRAZINE TARTRATE
   MICROSUL, SULFAMETHIZOLE
   PROKLAR, SULFAMETHIZOLE
   SULFALOID, TRISULFAPYRIMIDINES
      (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
   WOLFINA, RAUWOLFIA SERPENTINA

FOUGERA
* E FOUGERA DIV ALTANA INC
   BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
   BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
   ERYTHROMYCIN, ERYTHROMYCIN
   FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
   FLUOCINONIDE, FLUOCINONIDE
   GENTAMICIN SULFATE, GENTAMICIN SULFATE
   HYDROCORTISONE, HYDROCORTISONE
   LIDOCAINE, LIDOCAINE
   NEOMYCIN AND POLYMYXIN B SULFATES AND DEXAMETHASONE,
      DEXAMETHASONE
   NEOMYCIN SULFATE-TRIAMCINOLONE ACETONIDE, NEOMYCIN SULFATE
   NYSTATIN, NYSTATIN
   NYSTATIN-TRIAMCINOLONE ACETONIDE, NYSTATIN
   TRIPLE SULFA, TRIPLE
      SULFA (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)

FRESENIUS
* FRESENIUS USA INC
   DELFLEX W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
      CALCIUM CHLORIDE
   DELFLEX W/ DEXTROSE 1.5% LOW MAGNESIUM IN PLASTIC
      CONTAINER, CALCIUM CHLORIDE
   DELFLEX W/ DEXTROSE 1.5% LOW MAGNESIUM LOW CALCIUM
      IN PLASTIC CONTAINER, CALCIUM CHLORIDE
   DELFLEX W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
      CALCIUM CHLORIDE
   DELFLEX W/ DEXTROSE 2.5% LOW MAGNESIUM IN PLASTIC
      CONTAINER, CALCIUM CHLORIDE

DELFLEX W/ DEXTROSE 2.5% LOW MAGNESIUM LOW CALCIUM
    IN PLASTIC CONTAINER, CALCIUM CHLORIDE
DELFLEX W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
DELFLEX W/ DEXTROSE 4.25% LOW MAGNESIUM IN PLASTIC
    CONTAINER, CALCIUM CHLORIDE
DELFLEX W/ DEXTROSE 4.25% LOW MAGNESIUM LOW CALCIUM
    IN PLASTIC CONTAINER, CALCIUM CHLORIDE
INPERSOL W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL W/ DEXTROSE 3.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LC/LM W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LC/LM W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LC/LM W/ DEXTROSE 3.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LC/LM W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LM W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LM W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LM W/ DEXTROSE 3.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-LM W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-ZM W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-ZM W/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE
INPERSOL-ZM W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
    CALCIUM CHLORIDE

**FUJISAWA**
* FUJISAWA USA INC
AMINOCAPROIC ACID, AMINOCAPROIC ACID
AMINOPHYLLINE, AMINOPHYLLINE
AMPHOTERICIN B, AMPHOTERICIN B
BACTERIOSTATIC SODIUM CHLORIDE 0.9% IN PLASTIC
    CONTAINER, SODIUM CHLORIDE
BACTERIOSTATIC WATER FOR INJECTION IN PLASTIC
    CONTAINER, WATER FOR INJECTION, STERILE
BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
CALCIUM GLUCEPTATE, CALCIUM GLUCEPTATE
CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
CEFIZOX IN DEXTROSE 5% IN PLASTIC CONTAINER,
    CEFTIZOXIME SODIUM

CEFIZOX, CEFTIZOXIME SODIUM
CEPHALOTHIN SODIUM, CEPHALOTHIN SODIUM
CEPHAPIRIN SODIUM, CEPHAPIRIN SODIUM
CHLORAMPHENICOL SODIUM SUCCINATE, CHLORAMPHENICOL
    SODIUM SUCCINATE
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CHORIONIC GONADOTROPIN, GONADOTROPIN, CHORIONIC
CHROMIC CHLORIDE, CHROMIC CHLORIDE
CLINDAMYCIN PHOSPHATE IN DEXTROSE 5%, CLINDAMYCIN PHOSPHATE
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
CUPRIC SULFATE, CUPRIC SULFATE
CYANOCOBALAMIN, CYANOCOBALAMIN
DACARBAZINE, DACARBAZINE
DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
    SODIUM PHOSPHATE
DEXAMETHASONE, DEXAMETHASONE SODIUM PHOSPHATE
DIAZEPAM, DIAZEPAM
DIAZOXIDE, DIAZOXIDE
DIGOXIN, DIGOXIN
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
DOXY 100, DOXYCYCLINE HYCLATE
DOXY 200, DOXYCYCLINE HYCLATE
DROPERIDOL, DROPERIDOL
ERYTHROMYCIN LACTOBIONATE, ERYTHROMYCIN LACTOBIONATE
FLUOROURACIL, FLUOROURACIL
FLUPHENAZINE DECANOATE, FLUPHENAZINE DECANOATE
FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
FUROSEMIDE, FUROSEMIDE
GANITE, GALLIUM NITRATE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
GLYCOPYRROLATE, GLYCOPYRROLATE
HALOPERIDOL, HALOPERIDOL LACTATE
HEP FLUSH KIT IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN LOCK FLUSH PRESERVATIVE FREE IN PLASTIC
    CONTAINER, HEPARIN SODIUM
HEPARIN LOCK FLUSH PRESERVATIVE FREE, HEPARIN SODIUM
HEPARIN LOCK FLUSH, HEPARIN SODIUM
HEPARIN SODIUM IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM PRESERVATIVE FREE, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HEPFLUSH-10, HEPARIN SODIUM
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCORTISONE SODIUM SUCCINATE, HYDROCORTISONE
    SODIUM SUCCINATE
HYDROXOCOBALAMIN, HYDROXOCOBALAMIN
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
KANAMYCIN SULFATE, KANAMYCIN SULFATE
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
LIDOCAINE HCL IN PLASTIC CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE

LYPHOCIN, VANCOMYCIN HYDROCHLORIDE
M.V.C. 9+3, ASCORBIC ACID
MAGNESIUM SULFATE, MAGNESIUM SULFATE
MANGANESE SULFATE, MANGANESE SULFATE
MANNITOL 25%, MANNITOL
METARAMINOL BITARTRATE, METARAMINOL BITARTRATE
METHOTREXATE SODIUM, METHOTREXATE SODIUM
METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
    SODIUM SUCCINATE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE HCL, METRONIDAZOLE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
NALBUPHINE, NALBUPHINE HYDROCHLORIDE
NALOXONE HCL, NALOXONE HYDROCHLORIDE
NANDROLONE DECANOATE, NANDROLONE DECANOATE
NEBUPENT, PENTAMIDINE ISETHIONATE
NITROGLYCERIN, NITROGLYCERIN
OXYTOCIN, OXYTOCIN
PENTAM 300, PENTAMIDINE ISETHIONATE
PHENYTOIN SODIUM, PHENYTOIN SODIUM
POTASSIUM CHLORIDE IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
PROGRAF, TACROLIMUS
PROTAMINE SULFATE, PROTAMINE SULFATE
PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
RITODRINE HCL, RITODRINE HYDROCHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 23.4% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM HEPARIN, HEPARIN SODIUM
SODIUM NITROPRUSSIDE, SODIUM NITROPRUSSIDE
STERILE WATER FOR INJECTION IN PLASTIC CONTAINER,
    WATER FOR INJECTION, STERILE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
THIAMINE HCL, THIAMINE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE
VIBISONE, CYANOCOBALAMIN
VINBLASTINE SULFATE, VINBLASTINE SULFATE
VINCRISTINE SULFATE, VINCRISTINE SULFATE
ZINC SULFATE, ZINC SULFATE

** G **

**G AND W LABS**
* G AND W LABORATORIES INC
ACEPHEN, ACETAMINOPHEN (OTC)
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
GYNE-SULF, TRIPLE SULFA
    (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)
HYDROCORTISONE, HYDROCORTISONE
INDOMETHEGAN, INDOMETHACIN

MIGERGOT, CAFFEINE
PROCHLORPERAZINE, PROCHLORPERAZINE
PROMETHEGAN, PROMETHAZINE HYDROCHLORIDE
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRUPHYLLINE, AMINOPHYLLINE

**GALDERMA**
* GALDERMA LABORATORIES INC
CETACORT, HYDROCORTISONE
CROTAN, CROTAMITON
DESOWEN, DESONIDE
LOCOID, HYDROCORTISONE BUTYRATE
METROGEL, METRONIDAZOLE
NUTRACORT, HYDROCORTISONE
SANSAC, ERYTHROMYCIN

**GEIGY**
* GEIGY PHARMACEUTICALS DIV CIBA GEIGY CORP
BRETHAIRE, TERBUTALINE SULFATE
BRETHINE, TERBUTALINE SULFATE
BUTAZOLIDIN, PHENYLBUTAZONE
CATAFLAM, DICLOFENAC POTASSIUM
LAMPRENE, CLOFAZIMINE
LIORESAL, BACLOFEN
LOPRESSOR, METOPROLOL FUMARATE
LOPRESSOR, METOPROLOL TARTRATE
PBZ, TRIPELENNAMINE CITRATE
PBZ, TRIPELENNAMINE HYDROCHLORIDE
PBZ-SR, TRIPELENNAMINE HYDROCHLORIDE
TANDEARIL, OXYPHENBUTAZONE
TOFRANIL, IMIPRAMINE HYDROCHLORIDE
TOFRANIL-PM, IMIPRAMINE PAMOATE
VOLTAREN, DICLOFENAC SODIUM

**GEN ELECTRIC**
* GENERAL ELECTRIC CO
XENON XE 133, XENON, XE-133

**GENCON**
* GENCON PHARMACEUTICALS INC
GENCEPT 0.5/35-21, ETHINYL ESTRADIOL
GENCEPT 0.5/35-28, ETHINYL ESTRADIOL
GENCEPT 1/35-21, ETHINYL ESTRADIOL
GENCEPT 1/35-28, ETHINYL ESTRADIOL
GENCEPT 10/11-21, ETHINYL ESTRADIOL
GENCEPT 10/11-28, ETHINYL ESTRADIOL

**GENDERM**
* GENDERM CORP
OVIDE, MALATHION
TEXACORT, HYDROCORTISONE
ZONALON, DOXEPIN HYDROCHLORIDE

**GENENTECH**

APPENDIX B                                          B - 32
PRODUCT NAME INDEX LISTED BY APPLICANT

* GENENTECH INC
   CRESCORMON, SOMATROPIN
   NUTROPIN, SOMATROPIN, BIOSYNTHETIC
   PROTROPIN, SOMATREM

**GENEVA PHARMS**
* GENEVA PHARMACEUTICALS INC
   ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
   ALBUTEROL SULFATE, ALBUTEROL SULFATE
   ALLOPURINOL, ALLOPURINOL
   AMILORIDE HCL AND HYDROCHLOROTHIAZIDE, AMILORIDE
      HYDROCHLORIDE
   AMINOPHYLLINE, AMINOPHYLLINE
   AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
   AMOXAPINE, AMOXAPINE
   ATENOLOL, ATENOLOL
   BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
   BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
   BUTAL COMPOUND, ASPIRIN
   CARISOPRODOL, CARISOPRODOL
   CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
   CHLORPHENIRAMINE MALEATE AND PHENYLPROPANOLAMINE
      HCL, CHLORPHENIRAMINE MALEATE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE (OTC)
   CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
   CHLORPROPAMIDE, CHLORPROPAMIDE
   CHLORTHALIDONE, CHLORTHALIDONE
   CHLORZOXAZONE, CHLORZOXAZONE
   CLEMASTINE FUMARATE, CLEMASTINE FUMARATE
   CLEMASTINE FUMARATE, CLEMASTINE FUMARATE (OTC)
   CLOFIBRATE, CLOFIBRATE
   CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
   CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
   CORPHED, PSEUDOEPHEDRINE HYDROCHLORIDE
   CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
   CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
   DESIPRAMINE HCL, DESIPRAMINE HYDROCHLORIDE
   DEXAMETHASONE, DEXAMETHASONE
   DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
   DIAZEPAM, DIAZEPAM
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
   DIPYRIDAMOLE, DIPYRIDAMOLE
   DISOBROM, DEXBROMPHENIRAMINE MALEATE (OTC)
   DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
   DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
   ERCATAB, CAFFEINE
   ESTERIFIED ESTROGENS, ESTROGENS, ESTERIFIED
   FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
   FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
   FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
   FUROSEMIDE, FUROSEMIDE
   GLUTETHIMIDE, GLUTETHIMIDE

HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
LONOX, ATROPINE SULFATE
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE
LORAZEPAM, LORAZEPAM
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEPROBAMATE, MEPROBAMATE
METHAZOLAMIDE, METHAZOLAMIDE
METHOCARBAMOL, METHOCARBAMOL
METHOXSALEN, METHOXSALEN
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
METRONIDAZOLE, METRONIDAZOLE
NAPROXEN SODIUM, NAPROXEN SODIUM
NAPROXEN, NAPROXEN
NIACIN, NIACIN
NORTRIPTYLINE HCL, NORTRIPTYLINE HYDROCHLORIDE
ORPHENADRINE CITRATE, ORPHENADRINE CITRATE
OXAZEPAM, OXAZEPAM
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
   HYDROCHLORIDE
PERPHENAZINE, PERPHENAZINE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENYLBUTAZONE, PHENYLBUTAZONE
PINDOLOL, PINDOLOL
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE COMPOUND-65, ASPIRIN
PROPOXYPHENE HCL AND ACETAMINOPHEN, ACETAMINOPHEN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SONAZINE, CHLORPROMAZINE HYDROCHLORIDE

SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFAMETHOXAZOLE, SULFAMETHOXAZOLE
SULFISOXAZOLE, SULFISOXAZOLE
SULINDAC, SULINDAC
TEMAZEPAM, TEMAZEPAM
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE, THIOTHIXENE
TIMOLOL MALEATE, TIMOLOL MALEATE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TOLMETIN SODIUM, TOLMETIN SODIUM
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE


**GENPHARM**
* GENPHARM INC PHARMACEUTICALS
   ATENOLOL, ATENOLOL
   PINDOLOL, PINDOLOL
   PIROXICAM, PIROXICAM


**GENSIA**
* GENSIA INC
   AMIKACIN, AMIKACIN SULFATE
   AMINOPHYLLINE, AMINOPHYLLINE
   CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
   DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE
   DOBUTAMINE HCL, DOBUTAMINE HYDROCHLORIDE
   DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
   ERYTHROMYCIN LACTOBIONATE, ERYTHROMYCIN LACTOBIONATE
   ETOPOSIDE, ETOPOSIDE
   GENTAMICIN SULFATE, GENTAMICIN SULFATE
   GLYCOPYRROLATE, GLYCOPYRROLATE
   LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
   METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
   METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
      SODIUM SUCCINATE
   METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
   PANCURONIUM BROMIDE, PANCURONIUM BROMIDE
   SODIUM NITROPRUSSIDE, SODIUM NITROPRUSSIDE
   SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
   TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
* GENSIA LABORATORIES LTD
   LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM


**GENZYME**
* GENZYME CORP
   CEREDASE, ALGLUCERASE

   CEREZYME, IMIGLUCERASE


**GILBERT LABS**
* GILBERT LABORATORIES
   ACETAMINOPHEN, BUTALBITAL AND CAFFEINE, ACETAMINOPHEN


**GLAXO**
* GLAXO INC
   ACLOVATE, ALCLOMETASONE DIPROPIONATE
   BECLOVENT, BECLOMETHASONE DIPROPIONATE
   BECONASE AQ, BECLOMETHASONE DIPROPIONATE MONOHYDRATE
   BECONASE, BECLOMETHASONE DIPROPIONATE
   CEFTIN, CEFUROXIME AXETIL
   CEPTAZ, CEFTAZIDIME (ARGININE FORMULATION)
   CUTIVATE, FLUTICASONE PROPIONATE
   DIONOSIL AQUEOUS, PROPYLIODONE
   DIONOSIL OILY, PROPYLIODONE
   EMGEL, ERYTHROMYCIN
   FLONASE, FLUTICASONE PROPIONATE
   FORTAZ IN PLASTIC CONTAINER, CEFTAZIDIME SODIUM
   FORTAZ, CEFTAZIDIME
   IMITREX, SUMATRIPTAN SUCCINATE
   OXISTAT, OXICONAZOLE NITRATE
   SEFFIN, CEPHALOTHIN SODIUM
   SEREVENT, SALMETEROL XINAFOATE
   TEMOVATE EMOLLIENT, CLOBETASOL PROPIONATE
   TEMOVATE, CLOBETASOL PROPIONATE
   TRANDATE HCT, HYDROCHLOROTHIAZIDE
   TRANDATE, LABETALOL HYDROCHLORIDE
   VENTOLIN ROTACAPS, ALBUTEROL SULFATE
   VENTOLIN, ALBUTEROL
   VENTOLIN, ALBUTEROL SULFATE
   ZANTAC 150, RANITIDINE HYDROCHLORIDE
   ZANTAC 300, RANITIDINE HYDROCHLORIDE
   ZANTAC IN PLASTIC CONTAINER, RANITIDINE HYDROCHLORIDE
   ZANTAC, RANITIDINE HYDROCHLORIDE
   ZINACEF IN PLASTIC CONTAINER, CEFUROXIME SODIUM
   ZINACEF, CEFUROXIME SODIUM
   ZOFRAN, ONDANSETRON HYDROCHLORIDE


**GLENWOOD**
* GLENWOOD INC
   MYOTONACHOL, BETHANECHOL CHLORIDE
   PASKALIUM, POTASSIUM AMINOSALICYLATE
   RENOQUID, SULFACYTINE


**GLOBAL PHARMS**
* GLOBAL PHARMACEUTICAL CORP
   AMINOPHYLLINE, AMINOPHYLLINE
   CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
   CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   CORTISONE ACETATE, CORTISONE ACETATE

APPENDIX B                                                    B - 34
PRODUCT NAME INDEX LISTED BY APPLICANT

DEXAMETHASONE, DEXAMETHASONE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE, HYDROCORTISONE
ISONIAZID, ISONIAZID
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHYLTESTOSTERONE, METHYLTESTOSTERONE
NIACIN, NIACIN
OXYTETRACYCLINE HCL, OXYTETRACYCLINE HYDROCHLORIDE
PIPERAZINE CITRATE, PIPERAZINE CITRATE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROBENECID AND COLCHICINE, COLCHICINE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
PYRILAMINE MALEATE, PYRILAMINE MALEATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, RESERPINE
SULFA-TRIPLE #2, TRISULFAPYRIMIDINES
   (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SULFADIAZINE, TRISULFAPYRIMIDINES
   (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SULFISOXAZOLE, SULFISOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THYROGLOBULIN, THYROGLOBULIN
TRIAMCINOLONE, TRIAMCINOLONE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
VITAMIN A, VITAMIN A
VITAMIN A, VITAMIN A PALMITATE
VITAMIN D, ERGOCALCIFEROL

**GOLDEN PHARMS**
* GOLDEN PHARMACEUTICALS INC
   SODIUM IODIDE I 123, SODIUM IODIDE, I-123

**GOLDLINE**
* GOLDLINE LABORATORIES INC
   GLYCOPREP, POLYETHYLENE GLYCOL 3350

**GRAHAM**
* DM GRAHAM LABORATORIES INC
   ACETAMINOPHEN AND HYDROCODONE BITARTRATE, ACETAMINOPHEN
   BUTALBITAL AND ACETAMINOPHEN, ACETAMINOPHEN
   BUTALBITAL, ACETAMINOPHEN, CAFFEINE, ACETAMINOPHEN
   COLD CAPSULE IV, CHLORPHENIRAMINE MALEATE (OTC)
   COLD CAPSULE V, CHLORPHENIRAMINE MALEATE (OTC)

CONTEN, ACETAMINOPHEN
HYDROCET, ACETAMINOPHEN
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PSEUDOEPHEDRINE HCL/CHLORPHENIRAMINE MALEATE,
   CHLORPHENIRAMINE MALEATE (OTC)
REPAN, ACETAMINOPHEN
SOMOPHYLLIN-CRT, THEOPHYLLINE

**GRAHAM CHEM**
* GRAHAM CHEMICAL CO
   LIDOCAINE HCL AND EPINEPHRINE, EPINEPHRINE
   LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
   LIDOCAINE, LIDOCAINE
   MEPIVACAINE HCL W/ LEVONORDEFRIN, LEVONORDEFRIN
   MEPIVACAINE HCL, MEPIVACAINE HYDROCHLORIDE

**GRIFFEN**
* KW GRIFFEN CO
   BIOSCRUB, CHLORHEXIDINE GLUCONATE (OTC)

**GRUPPO LEPETIT**
* GRUPPO LEPETIT SPA SUB MERRELL DOW PHARMACEUTICALS INC
   CHLORAMPHENICOL SODIUM SUCCINATE, CHLORAMPHENICOL
      SODIUM SUCCINATE

**GUARDIAN DRUG**
* GUARDIAN DRUG CO INC
   FOAMCOAT, ALUMINUM HYDROXIDE (OTC)

**GUARDIAN LABS**
* GUARDIAN LABORATORIES DIV UNITED GUARDIAN INC
   RENACIDIN, CITRIC ACID

**GYNOPHARMA**
* GYNOPHARMA INC
   NORCEPT-E 1/35 21, ETHINYL ESTRADIOL
   NORCEPT-E 1/35 28, ETHINYL ESTRADIOL

** H **

**HALOCARBON**
* HALOCARBON LABORATORIES DIV HALOCARBON PRODUCTS CORP
   HALOTHANE, HALOTHANE

**HALSEY**
* HALSEY DRUG CO INC
   ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
   ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
   AMINOPHYLLINE, AMINOPHYLLINE
   AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
   BELDIN, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
   BELIX, DIPHENHYDRAMINE HYDROCHLORIDE
   BUTALBITAL AND ACETAMINOPHEN, ACETAMINOPHEN