# EXHIBIT AA

APPENDIX B                                                                B — 35
PRODUCT NAME INDEX LISTED BY APPLICANT

BUTALBITAL, APAP, AND CAFFEINE, ACETAMINOPHEN
BUTALBITAL, ASPIRIN & CAFFEINE, ASPIRIN
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLORPROPAMIDE, CHLORPROPAMIDE
CODOXY, ASPIRIN
CORTALONE, PREDNISOLONE
CORTAN, PREDNISONE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
DIAZEPAM, DIAZEPAM
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
GLUTETHIMIDE, GLUTETHIMIDE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDRO-D, HYDROCHLOROTHIAZIDE
HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
HYDROPANE, HOMATROPINE METHYLBROMIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
KLOROMIN, CHLORPHENIRAMINE MALEATE
LORAZEPAM, LORAZEPAM
LOW-QUEL, ATROPINE SULFATE
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
NEURAMATE, MEPROBAMATE
NIACIN, NIACIN
OXYCET, ACETAMINOPHEN
OXYCODONE AND ACETAMINOPHEN, ACETAMINOPHEN
PHERAZINE DM, DEXTROMETHORPHAN HYDROBROMIDE
PHERAZINE VC W/ CODEINE, CODEINE PHOSPHATE
PHERAZINE VC, PHENYLEPHRINE HYDROCHLORIDE
PHERAZINE W/ CODEINE, CODEINE PHOSPHATE
PREDNISONE, PREDNISONE
PROPHENE 65, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, RESERPINE
SARISOL NO. 1, BUTABARBITAL SODIUM
SARISOL NO. 2, BUTABARBITAL SODIUM
SARISOL, BUTABARBITAL SODIUM
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SODIUM SECOBARBITAL, SECOBARBITAL SODIUM

TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THEOPHYLLINE, THEOPHYLLINE
TRIPROLIDINE HCL, TRIPROLIDINE HYDROCHLORIDE

**HAMILTON PHARMA CA**
* HAMILTON PHARMA INC
    NEO-SYNALAR, FLUOCINOLONE ACETONIDE

**HAMILTON PHARMS**
* HAMILTON PHARMACEUTICALS LTD
    ALEVE, NAPROXEN SODIUM (OTC)
    NAPROXEN SODIUM, NAPROXEN SODIUM
    NAPROXEN, NAPROXEN

**HANFORD**
* GC HANFORD MANUFACTURING CO
    AMPICILLIN SODIUM, AMPICILLIN SODIUM
    CEFAZOLIN SODIUM, CEFAZOLIN SODIUM

**HEATHER**
* HEATHER DRUG CO INC
    CORTISONE ACETATE, CORTISONE ACETATE
    DIMENHYDRINATE, DIMENHYDRINATE
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
    DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
    HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
    MEPROBAMATE, MEPROBAMATE
    METHOCARBAMOL, METHOCARBAMOL
    METHYLPREDNISOLONE, METHYLPREDNISOLONE
    METHYLTESTOSTERONE, METHYLTESTOSTERONE
    PREDNISOLONE, PREDNISOLONE
    PREDNISONE, PREDNISONE
    PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
    SULFAMETHOXAZOLE & TRIMETHOPRIM, SULFAMETHOXAZOLE
    SULFAMETHOXAZOLE, SULFAMETHOXAZOLE
    SULFISOXAZOLE, SULFISOXAZOLE
    TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
    TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE

**HERAN**
* HERAN PHARMACEUTICAL INC
    GLYCORT, HYDROCORTISONE

**HERMAL PHARM**
* HERMAL PHARMACEUTICAL LABORATORIES INC
    AKNE-MYCIN, ERYTHROMYCIN
    CLODERM, CLOCORTOLONE PIVALATE

**HEXCEL**
* HEXCEL CHEMICAL PRODUCTS
    POTASSIUM AMINOSALICYLATE, POTASSIUM AMINOSALICYLATE
    SODIUM AMINOSALICYLATE, AMINOSALICYLATE SODIUM

APPENDIX B                                                          B - 36
PRODUCT NAME INDEX LISTED BY APPLICANT

**HI TECH PHARMA**
* HI TECHNOLOGY PHARMACAL CO INC
   AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
   HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE

**HICKAM**
* DOW B HICKAM INC
   SULFAMYLON, MAFENIDE ACETATE

**HILL DERMAC**
* HILL DERMACEUTICALS INC
   DERMA-SMOOTHE/FS, FLUOCINOLONE ACETONIDE
   FS SHAMPOO, FLUOCINOLONE ACETONIDE

**HIRSCH INDS**
* HIRSCH INDUSTRIES INC
   LYMPHAZURIN, ISOSULFAN BLUE

**HOECHST ROUSSEL**
* HOECHST ROUSSEL PHARMACEUTICALS INC
   A/T/S, ERYTHROMYCIN
   ALTACE, RAMIPRIL
   CLAFORAN IN DEXTROSE 5% IN PLASTIC CONTAINER,
      CEFOTAXIME SODIUM
   CLAFORAN IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER,
      CEFOTAXIME SODIUM
   CLAFORAN, CEFOTAXIME SODIUM
   DERMATOP, PREDNICARBATE
   DIABETA, GLYBURIDE
   GLUBATE, GLYBURIDE
   LASIX, FUROSEMIDE
   LOPROX, CICLOPIROX OLAMINE
   TOPICORT LP, DESOXIMETASONE
   TOPICORT, DESOXIMETASONE
   TRENTAL, PENTOXIFYLLINE

**HOLLAND RANTOS**
* HOLLAND RANTOS CO INC
   KOROSTATIN, NYSTATIN

**HORUS THERAP**
* HORUS THERAPEUTICS INC
   THALITONE, CHLORTHALIDONE

**HOYT LABS**
* HOYT LABORATORIES DIV COLGATE PALMOLIVE CO
   ORABASE HCA, HYDROCORTISONE ACETATE

**HUNTINGTON LABS**
* HUNTINGTON LABORATORIES INC
   CHG SCRUB, CHLORHEXIDINE GLUCONATE (OTC)

CIDA-STAT, CHLORHEXIDINE GLUCONATE (OTC)
GERMA-MEDICA "MG", HEXACHLOROPHENE
GERMA-MEDICA, HEXACHLOROPHENE
HEXA-GERM, HEXACHLOROPHENE

                          ** I **

**IBI**
* ISTITUTO BIOCHIMICO ITALIANO SPA
   AMPICILLIN SODIUM, AMPICILLIN SODIUM

**ICN**
* ICN PHARMACEUTICALS INC
   8-MOP, METHOXSALEN
   AMINOPHYLLINE, AMINOPHYLLINE
   ANDROID 10, METHYLTESTOSTERONE
   ANDROID 25, METHYLTESTOSTERONE
   ANDROID 5, METHYLTESTOSTERONE
   ANDROID-F, FLUOXYMESTERONE
   BENDOPA, LEVODOPA
   BENOQUIN, MONOBENZONE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   CODEINE PHOSPHATE AND ACETAMINOPHEN, ACETAMINOPHEN
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
   DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
   FLUOXYMESTERONE, FLUOXYMESTERONE
   FOLIC ACID, FOLIC ACID
   MEPROBAMATE, MEPROBAMATE
   OXSORALEN, METHOXSALEN
   OXSORALEN-ULTRA, METHOXSALEN
   PREDNISOLONE, PREDNISOLONE
   PREDNISONE, PREDNISONE
   PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
   QUINIDINE SULFATE, QUINIDINE SULFATE
   RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
   RESERPINE, RESERPINE
   SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
   SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
   SULFISOXAZOLE, SULFISOXAZOLE
   TESTRED, METHYLTESTOSTERONE
   TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
   TRISORALEN, TRIOXSALEN

**IMMUNEX**
* IMMUNEX CORP
   AMICAR, AMINOCAPROIC ACID
   LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
   NOVANTRONE, MITOXANTRONE HYDROCHLORIDE
   THIOTEPA, THIOTEPA

**IMP**
* IMP INC
   SPECTAMINE, IOFETAMINE HYDROCHLORIDE I-123

**INGRAM PHARM**
* INGRAM PHARMACEUTICAL CO
  DRICORT, HYDROCORTISONE ACETATE
  HYDROCORTISONE, HYDROCORTISONE

**INHALON**
* INHALON PHARMACEUTICALS INC
  ENFLURANE, ENFLURANE
  ISOFLURANE, ISOFLURANE

**INTERPHARM**
* INTERPHARM INC
  CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
  DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
  DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
  IBUPROFEN, IBUPROFEN
  IBUPROFEN, IBUPROFEN (OTC)
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  PREDNISONE, PREDNISONE
  PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
  SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
  TOLAZAMIDE, TOLAZAMIDE

**INTL MEDICATION**
* INTERNATIONAL MEDICATION SYSTEMS LTD
  AMINOPHYLLINE, AMINOPHYLLINE
  AMPICILLIN SODIUM, AMPICILLIN SODIUM
  BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
  CEPHALOTHIN, CEPHALOTHIN SODIUM
  DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
     SODIUM PHOSPHATE
  DIATRIZOATE-60, DIATRIZOATE MEGLUMINE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
  FUROSEMIDE, FUROSEMIDE
  GENTAMICIN, GENTAMICIN SULFATE
  HEPARIN LOCK FLUSH, HEPARIN SODIUM
  HYDROCORTISONE SODIUM SUCCINATE, HYDROCORTISONE
     SODIUM SUCCINATE
  ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
  ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
  KANAMYCIN SULFATE, KANAMYCIN SULFATE
  LARYNG-O-JET KIT, LIDOCAINE HYDROCHLORIDE
  LIDOCAINE HCL VISCOUS, LIDOCAINE HYDROCHLORIDE
  LIDOCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  MANNITOL 25%, MANNITOL
  MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
  MEPIVACAINE HCL, MEPIVACAINE HYDROCHLORIDE
  METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
     SODIUM SUCCINATE
  METRONIDAZOLE, METRONIDAZOLE

NALOXONE HCL, NALOXONE HYDROCHLORIDE
NITROGLYCERIN, NITROGLYCERIN
PHYTONADIONE, PHYTONADIONE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
SUCCINYLCHOLINE CHLORIDE, SUCCINYLCHOLINE CHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**INVAMED**
* INVAMED INC
  AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
  ATENOLOL, ATENOLOL
  BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
  CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
  FOAMICON, ALUMINUM HYDROXIDE (OTC)
  IBUPROFEN, IBUPROFEN
  IBUPROFEN, IBUPROFEN (OTC)
  METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  NAPROXEN SODIUM, NAPROXEN SODIUM
  PEG-LYTE, POLYETHYLENE GLYCOL 3350
  PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
  PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE

**INWOOD LABS**
* INWOOD LABORATORIES INC SUB FOREST LABORATORIES INC
  CARBAMAZEPINE, CARBAMAZEPINE
  CORTISONE ACETATE, CORTISONE ACETATE
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  HYDROCORTISONE, HYDROCORTISONE
  INDOMETHACIN, INDOMETHACIN
  METHOCARBAMOL, METHOCARBAMOL
  METHYLTESTOSTERONE, METHYLTESTOSTERONE
  PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
  PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
  THEOCHRON, THEOPHYLLINE
  THEOPHYLLINE, THEOPHYLLINE

**IOLAB**
* IOLAB PHARMACEUTICALS SUB JOHNSON AND JOHNSON CO
  DEXACIDIN, DEXAMETHASONE
  GENTACIDIN, GENTAMICIN SULFATE

**IPHARM**
* IPHARM DIV LYPHOMED INC
  NEOMYCIN AND POLYMYXIN B SULFATES AND GRAMICIDIN, GRAMICIDIN

**IPR**
* IPR PHARMACEUTICALS INC

APPENDIX B                                                                    B - 38
PRODUCT NAME INDEX LISTED BY APPLICANT

ATENOLOL AND CHLORTHALIDONE, ATENOLOL
ATENOLOL, ATENOLOL

**ISO TEX**
* ISO TEX DIAGNOSTICS INC
  ALBUMOTOPE 125 I, ALBUMIN IODINATED I-125 SERUM
  CHROMALBIN, ALBUMIN CHROMATED CR-51 SERUM
  GLOFIL-125, IOTHALAMATE SODIUM, I-125
  INULIN AND SODIUM CHLORIDE, INULIN
  MEGATOPE, ALBUMIN IODINATED I-131 SERUM

                    ** J **

**JACOBUS**
* JACOBUS PHARMACEUTICAL CO
  DAPSONE, DAPSONE
  PASER, AMINOSALICYLIC ACID

**JANSSEN**
* JANSSEN PHARMACEUTICA INC
  ALFENTA, ALFENTANIL HYDROCHLORIDE
  HISMANAL, ASTEMIZOLE
  IMODIUM, LOPERAMIDE HYDROCHLORIDE
  INAPSINE, DROPERIDOL
  INNOVAR, DROPERIDOL
  MONISTAT, MICONAZOLE
  NIZORAL, KETOCONAZOLE
  SUBLIMAZE, FENTANYL CITRATE
  SUFENTA, SUFENTANIL CITRATE
* JANSSEN RESEARCH FDN DIV JOHNSON AND JOHNSON
  ERGAMISOL, LEVAMISOLE HYDROCHLORIDE
  NIZORAL, KETOCONAZOLE
  PROPULSID, CISAPRIDE MONOHYDRATE
  RISPERDAL, RISPERIDONE
  SPORANOX, ITRACONAZOLE
  VERMOX, MEBENDAZOLE

**JOHNSON AND JOHNSON**
* JOHNSON AND JOHNSON MEDICAL INC
  MICROCOL, CHLORHEXIDINE GLUCONATE (OTC)
  MICRODERM, CHLORHEXIDINE GLUCONATE (OTC)

**JOHNSON RW**
* RW JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE DIV ORTHO PHARM
  ACEON, PERINDOPRIL ERBUMINE
  CLISTIN, CARBINOXAMINE MALEATE
  DIENESTROL, DIENESTROL
  ERYCETTE, ERYTHROMYCIN
  FLOXIN IN DEXTROSE 5% IN PLASTIC CONTAINER, OFLOXACIN
  FLOXIN IN DEXTROSE 5%, OFLOXACIN
  FLOXIN, OFLOXACIN
  GRIFULVIN V, GRISEOFULVIN, MICROCRYSTALLINE
  HALDOL DECANOATE 50, HALOPERIDOL DECANOATE

HALDOL SOLUTAB, HALOPERIDOL
HALDOL, HALOPERIDOL
HALDOL, HALOPERIDOL LACTATE
INJECTAPAP, ACETAMINOPHEN
LEUSTATIN, CLADRIBINE
MECLAN, MECLOCYCLINE SULFOSALICYLATE
MICRONOR, NORETHINDRONE
MODICON 21, ETHINYL ESTRADIOL
MODICON 28, ETHINYL ESTRADIOL
MONISTAT 3, MICONAZOLE NITRATE
MONISTAT 5, MICONAZOLE NITRATE
MONISTAT 7, MICONAZOLE NITRATE (OTC)
MONISTAT DUAL-PAK, MICONAZOLE NITRATE
MONISTAT-DERM, MICONAZOLE NITRATE
ORTHO CYCLEN-21, ETHINYL ESTRADIOL
ORTHO CYCLEN-28, ETHINYL ESTRADIOL
ORTHO TRI-CYCLEN, ETHINYL ESTRADIOL
ORTHO-CEPT, DESOGESTREL
ORTHO-EST, ESTROPIPATE
ORTHO-NOVUM 1/80 28, MESTRANOL
ORTHO-NOVUM 1/35-21, ETHINYL ESTRADIOL
ORTHO-NOVUM 1/35-28, ETHINYL ESTRADIOL
ORTHO-NOVUM 1/50 21, MESTRANOL
ORTHO-NOVUM 1/50 28, MESTRANOL
ORTHO-NOVUM 1/80 21, MESTRANOL
ORTHO-NOVUM 10-21, MESTRANOL
ORTHO-NOVUM 10/11-21, ETHINYL ESTRADIOL
ORTHO-NOVUM 10/11-28 IN PLASTIC CONTAINER, ETHINYL ESTRADIOL
ORTHO-NOVUM 2-21, MESTRANOL
ORTHO-NOVUM 7/14-21, ETHINYL ESTRADIOL
ORTHO-NOVUM 7/14-28, ETHINYL ESTRADIOL
ORTHO-NOVUM 7/7/7-21, ETHINYL ESTRADIOL
ORTHO-NOVUM 7/7/7-28, ETHINYL ESTRADIOL
PARAFLEX, CHLORZOXAZONE
PARAFON FORTE DSC, CHLORZOXAZONE
PROTOSTAT, METRONIDAZOLE
RETIN-A, TRETINOIN
SALPIX, ACETRIZOATE SODIUM
SPECTAZOLE, ECONAZOLE NITRATE
SULTRIN, TRIPLE SULFA
  (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)
SUPROL, SUPROFEN
TERAZOL 3, TERCONAZOLE
TERAZOL 7, TERCONAZOLE
THEOPHYL, THEOPHYLLINE
THEOPHYL-225, THEOPHYLLINE
THEOPHYL-SR, THEOPHYLLINE
TOLECTIN 600, TOLMETIN SODIUM
TOLECTIN DS, TOLMETIN SODIUM
TOLECTIN, TOLMETIN SODIUM
TYCOLET, ACETAMINOPHEN
TYLENOL W/ CODEINE NO. 1, ACETAMINOPHEN
TYLENOL W/ CODEINE NO. 2, ACETAMINOPHEN

TYLENOL W/ CODEINE NO. 3, ACETAMINOPHEN
TYLENOL W/ CODEINE NO. 4, ACETAMINOPHEN
TYLENOL W/ CODEINE, ACETAMINOPHEN
TYLOX, ACETAMINOPHEN
TYLOX-325, ACETAMINOPHEN
VASCOR, BEPRIDIL HYDROCHLORIDE

** K **

**KALAPHARM**
* KALAPHARM INC
    FUROSEMIDE, FUROSEMIDE
    GENTAMICIN SULFATE, GENTAMICIN SULFATE

**KALI DUPHAR**
* KALI DUPHAR INC
    ATROPINE, ATROPINE

**KENDALL IL**
* KENDALL CO
    CHLORHEXIDINE GLUCONATE, CHLORHEXIDINE GLUCONATE (OTC)
    LARYNGOTRACHEAL ANESTHESIA KIT, LIDOCAINE HYDROCHLORIDE

**KENWOOD LABS**
* KENWOOD LABORATORIES DIV BRADLEY PHARMACEUTICALS
    CARMOL HC, HYDROCORTISONE ACETATE
    PAMINE, METHSCOPOLAMINE BROMIDE
    TYZINE, TETRAHYDROZOLINE HYDROCHLORIDE

**KEY PHARMS**
* KEY PHARMACEUTICALS INC SUB SCHERING PLOUGH CORP
    GENAPAX, GENTIAN VIOLET
    QUINORA, QUINIDINE SULFATE
    THEO-DUR, THEOPHYLLINE

**KING PHARMS**
* KING PHARMACEUTICALS INC
    AMINOPHYLLINE, AMINOPHYLLINE
    APOGEN, GENTAMICIN SULFATE
    KLEBCIL, KANAMYCIN SULFATE
    MAXOLON, METOCLOPRAMIDE HYDROCHLORIDE

**KM LEE**
* KM LEE LABORATORIES INC
    MEPROBAMATE, MEPROBAMATE

**KNOLL PHARM**
* KNOLL PHARMACEUTICAL CO DIV BASF CORP
    AKINETON, BIPERIDEN HYDROCHLORIDE
    AKINETON, BIPERIDEN LACTATE
    DILAUDID, HYDROMORPHONE HYDROCHLORIDE
    DILAUDID-HP, HYDROMORPHONE HYDROCHLORIDE
    ISOPTIN SR, VERAPAMIL HYDROCHLORIDE

ISOPTIN, VERAPAMIL HYDROCHLORIDE
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
RYTHMOL, PROPAFENONE HYDROCHLORIDE
VICODIN ES, ACETAMINOPHEN
VICODIN, ACETAMINOPHEN
VICOPRIN, ASPIRIN

**KV PHARM**
* KV PHARMACEUTICAL CO
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
    ACETIC ACID W/ HYDROCORTISONE, ACETIC ACID, GLACIAL
    ACETIC ACID, ACETIC ACID, GLACIAL
    AMINOPHYLLINE, AMINOPHYLLINE
    BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
    CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
    CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
    CHLORTHALIDONE, CHLORTHALIDONE
    CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
    DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
    ERGOLOID MESYLATES, ERGOLOID MESYLATES
    ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
    HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
    MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
    METHOCARBAMOL, METHOCARBAMOL
    METHYLTESTOSTERONE, METHYLTESTOSTERONE
    PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
    POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
    PREDNISONE, PREDNISONE
    PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
    PSEUDOEPHEDRINE HCL AND CHLORPHENIRAMINE MALEATE,
        CHLORPHENIRAMINE MALEATE (OTC)
    QUINIDINE SULFATE, QUINIDINE SULFATE
    SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
    THEOPHYLLINE, THEOPHYLLINE
    TRIPROLIDINE AND PSEUDOEPHEDRINE HYDROCHLORIDES,
        PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)
    TRIPROLIDINE AND PSEUDOEPHRINE HCL, PSEUDOEPHEDRINE
        HYDROCHLORIDE (OTC)

** L **

**LABS ATRAL**
* LABORATORIOS ATRAL SARL
    AMOXICILLIN, AMOXICILLIN
    CEPHALEXIN, CEPHALEXIN
    TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE

**LABS FOURNIER**
* LABORATOIRES FOURNIER SCA
    LIPIDIL, FENOFIBRATE

**LAFAYETTE PHARMS**
* LAFAYETTE PHARMACEUTICALS INC
  BAROS, SODIUM BICARBONATE


**LANNETT**
* LANNETT CO INC
  ACETAZOLAMIDE, ACETAZOLAMIDE
  AMINOPHYLLINE, AMINOPHYLLINE
  AMPHETAMINE SULFATE, AMPHETAMINE SULFATE
  BENZYL BENZOATE, BENZYL BENZOATE
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  BUTALAN, SODIUM BUTABARBITAL SODIUM
  CORTISONE ACETATE, CORTISONE ACETATE
  DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DIPHENYLAN SODIUM, PHENYTOIN SODIUM, PROMPT
  FOLIC ACID, FOLIC ACID
  FURALAN, NITROFURANTOIN
  GLUTETHIMIDE, GLUTETHIMIDE
  HYDROCORTISONE, HYDROCORTISONE
  LANIAZID, ISONIAZID
  LANOPHYLLIN, THEOPHYLLINE
  LANORINAL, ASPIRIN
  LANTRISUL, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
  LOFENE, ATROPINE SULFATE
  MEPROBAMATE, MEPROBAMATE
  METHOCARBAMOL, METHOCARBAMOL
  METHYLTESTOSTERONE, METHYLTESTOSTERONE
  NEOMYCIN SULFATE, NEOMYCIN SULFATE
  NITROFURAZONE, NITROFURAZONE
  PENTOBARBITAL SODIUM, PENTOBARBITAL SODIUM
  PHENETRON, CHLORPHENIRAMINE MALEATE
  PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
  PIPERAZINE CITRATE, PIPERAZINE CITRATE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  PRIMIDONE, PRIMIDONE
  PROBALAN, PROBENECID
  PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
  PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
  PROPYLTHIOURACIL, PROPYLTHIOURACIL
  QUINALAN, QUINIDINE GLUCONATE
  QUINIDINE SULFATE, QUINIDINE SULFATE
  SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
  SERPALAN, RESERPINE
  SODIUM BUTABARBITAL, BUTABARBITAL SODIUM
  SODIUM P.A.S., AMINOSALICYLATE SODIUM
  SULFADIAZINE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
  SULFISOXAZOLE, SULFISOXAZOLE
  TRICHLOREX, TRICHLORMETHIAZIDE

  TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
  VELTANE, BROMPHENIRAMINE MALEATE
  VITAMIN D, ERGOCALCIFEROL


**LEDERLE**
* LEDERLE LABORATORIES DIV AMERICAN CYANAMID CO
  ACETAMINOPHEN W/ CODEINE, ACETAMINOPHEN
  ACHES-N-PAIN, IBUPROFEN (OTC)
  ACHROMYCIN V, TETRACYCLINE HYDROCHLORIDE
  ACHROMYCIN, HYDROCORTISONE
  ACHROMYCIN, PROCAINE HYDROCHLORIDE
  ACHROMYCIN, TETRACYCLINE HYDROCHLORIDE
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  ALPRAZOLAM, ALPRAZOLAM
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  AMPICILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
  ARISTOCORT A, TRIAMCINOLONE ACETONIDE
  ARISTOCORT, TRIAMCINOLONE
  ARISTOCORT, TRIAMCINOLONE ACETONIDE
  ARISTOCORT, TRIAMCINOLONE DIACETATE
  ARISTOGEL, TRIAMCINOLONE ACETONIDE
  ARISTOSPAN, TRIAMCINOLONE HEXACETONIDE
  ARTANE, TRIHEXYPHENIDYL HYDROCHLORIDE
  ASENDIN, AMOXAPINE
  ATENOLOL, ATENOLOL
  AUREOMYCIN, CHLORTETRACYCLINE HYDROCHLORIDE
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLOROTHIAZIDE, CHLOROTHIAZIDE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CHLORPROPAMIDE, CHLORPROPAMIDE
  CHLORTHALIDONE, CHLORTHALIDONE
  CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  CYCLOCORT, AMCINONIDE
  DECLOMYCIN, DEMECLOCYCLINE HYDROCHLORIDE
  DIAZEPAM, DIAZEPAM
  DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  DIPYRIDAMOLE, DIPYRIDAMOLE
  DOLENE AP-65, ACETAMINOPHEN
  DOLENE, PROPOXYPHENE HYDROCHLORIDE
  DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
  ERGOLOID MESYLATES, ERGOLOID MESYLATES
  ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
  FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
  FOLVITE, FOLIC ACID
  FOLVRON, FERROUS SULFATE
  FUROSEMIDE, FUROSEMIDE
  GEMFIBROZIL, GEMFIBROZIL
  HALOPERIDOL, HALOPERIDOL
  HETRAZAN, DIETHYLCARBAMAZINE CITRATE

APPENDIX B                                                    B - 41
PRODUCT NAME INDEX LISTED BY APPLICANT

HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROMOX R, QUINETHAZONE
HYDROMOX, QUINETHAZONE
IBUPROFEN, IBUPROFEN
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
KETOPROFEN, KETOPROFEN
LEDERCILLIN VK, PENICILLIN V POTASSIUM
LEVOPROME, METHOTRIMEPRAZINE
LOXITANE C, LOXAPINE HYDROCHLORIDE
LOXITANE IM, LOXAPINE HYDROCHLORIDE
LOXITANE, LOXAPINE SUCCINATE
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHOTREXATE LPF, METHOTREXATE SODIUM
METHOTREXATE SODIUM, METHOTREXATE SODIUM
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
MINOCIN, MINOCYCLINE HYDROCHLORIDE
MINOCYCLINE HCL, MINOCYCLINE HYDROCHLORIDE
MYAMBUTOL, ETHAMBUTOL HYDROCHLORIDE
NAPROXEN, NAPROXEN
NILSTAT, NYSTATIN
PATHILON, TRIDIHEXETHYL CHLORIDE
PIPRACIL, PIPERACILLIN SODIUM
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PREDNISONE, PREDNISONE
PROBENECID W/ COLCHICINE, COLCHICINE
PROBENECID, PROBENECID
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
PYRAZINAMIDE, PYRAZINAMIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, HYDROCHLOROTHIAZIDE, AND HYDRALAZINE
   HCL, HYDRALAZINE HYDROCHLORIDE
SERVISONE, PREDNISONE
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFADIAZINE SODIUM, SULFADIAZINE SODIUM
SULFADIAZINE, TRISULFAPYRIMIDINES
   (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SULFASALAZINE, SULFASALAZINE
SULFISOXAZOLE, SULFISOXAZOLE
SULINDAC, SULINDAC
SUPRAX, CEFIXIME
THIOPLEX, THIOTEPA
TOLBUTAMIDE, TOLBUTAMIDE
TRIPLE SOLFAS, TRISULFAPYRIMIDINES
   (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
VANCOLED, VANCOMYCIN HYDROCHLORIDE

VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE
ZEBETA, BISOPROLOL FUMARATE
ZIAC, BISOPROLOL FUMARATE
ZOSYN, PIPERACILLIN SODIUM
* LEDERLE PARENTERALS INC
   CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
   DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
   ERYTHROMYCIN LACTOBIONATE, ERYTHROMYCIN LACTOBIONATE
   FUROSEMIDE, FUROSEMIDE
   TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
   VANCOLED, VANCOMYCIN HYDROCHLORIDE
* LEDERLE PIPERACILLIN INC DIV AMERICAN CYANAMID CO
   PIPRACIL, PIPERACILLIN SODIUM

**LEMMON**
* LEMMON CO SUB TAG PHARMACEUTICAL INC
   ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
   ACETAMINOPHEN W/ CODEINE #2, ACETAMINOPHEN
   ACETAMINOPHEN W/ CODEINE #3, ACETAMINOPHEN
   ACETAMINOPHEN W/ CODEINE #4, ACETAMINOPHEN
   ADIPEX-P, PHENTERMINE HYDROCHLORIDE
   ALBUTEROL SULFATE, ALBUTEROL SULFATE
   AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
   AMOXICILLIN, AMOXICILLIN
   BETA-VAL, BETAMETHASONE VALERATE
   BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
   BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
   CARBIDOPA AND LEVODOPA, CARBIDOPA
   CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
   CEPHALEXIN, CEPHALEXIN
   CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
   CHLORPROPAMIDE, CHLORPROPAMIDE
   CHLORTHALIDONE, CHLORTHALIDONE
   CHLORZOXAZONE, CHLORZOXAZONE
   CLEMASTINE FUMARATE, CLEMASTINE FUMARATE
   CLEMASTINE FUMARATE, CLEMASTINE FUMARATE (OTC)
   CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
   COTRIM D.S., SULFAMETHOXAZOLE
   COTRIM PEDIATRIC, SULFAMETHOXAZOLE
   COTRIM, SULFAMETHOXAZOLE
   DELCOBESE, AMPHETAMINE ADIPATE
   DEXAMPEX, DEXTROAMPHETAMINE SULFATE
   DIETHYLPROPION HCL, DIETHYLPROPION HYDROCHLORIDE
   DIFLUNISAL, DIFLUNISAL
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
   DOXY-LEMMON, DOXYCYCLINE HYCLATE
   DRALZINE, HYDRALAZINE HYDROCHLORIDE
   EPITOL, CARBAMAZEPINE
   FLUOCINONIDE, FLUOCINONIDE
   GEMFIBROZIL, GEMFIBROZIL
   GLUCAMIDE, CHLORPROPAMIDE
   HALOPERIDOL, HALOPERIDOL LACTATE
   HY-PAM "25", HYDROXYZINE PAMOATE

HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE, HYDROCORTISONE
IBUPROFEN, IBUPROFEN
INDO-LEMMON, INDOMETHACIN
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE
MEPRIAM, MEPROBAMATE
METHAMPEX, METHAMPHETAMINE HYDROCHLORIDE
METHAMPHETAMINE HCL, METHAMPHETAMINE HYDROCHLORIDE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRYL 500, METRONIDAZOLE
METRYL, METRONIDAZOLE
MYCO-TRIACET II, NYSTATIN
NAPROXEN SODIUM, NAPROXEN SODIUM
NAPROXEN, NAPROXEN
NEOTHYLLINE, DYPHYLLINE
NYSTATIN, NYSTATIN
ORAP, PIMOZIDE
PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
PIROXICAM, PIROXICAM
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPACET 100, ACETAMINOPHEN
PROPOXYPHENE COMPOUND 65, ASPIRIN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
RESERPINE, RESERPINE
STATOBEX, PHENDIMETRAZINE TARTRATE
STATOBEX-G, PHENDIMETRAZINE TARTRATE
SULFANILAMIDE, SULFANILAMIDE
SULINDAC, SULINDAC
THIOTHIXENE HCL, THIOTHIXENE HYDROCHLORIDE
TOLMETIN SODIUM, TOLMETIN SODIUM
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIACET, TRIAMCINOLONE ACETONIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIPHED, PSEUDOEPHEDRINE HYDROCHLORIDE
VAGILIA, TRIPLE SULFA
   (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)
VITAMIN A SOLUBILIZED, VITAMIN A PALMITATE

**LEO PHARM**
* LEO PHARMACEUTICAL PRODUCTS LTD
   PINDAC, PINACIDIL

**LIFE LABS**
* LIFE LABORATORIES INC
   ERYTHROMYCIN ESTOLATE, ERYTHROMYCIN ESTOLATE

**LILLY**
* ELI LILLY AND CO
   AEROLONE, ISOPROTERENOL HYDROCHLORIDE

ALPHALIN, VITAMIN A PALMITATE
AMPICILLIN SODIUM, AMPICILLIN SODIUM
ANHYDRON, CYCLOTHIAZIDE
AVENTYL HCL, NORTRIPTYLINE HYDROCHLORIDE
AXID, NIZATIDINE
BACITRACIN, BACITRACIN
BETALIN 12, CYANOCOBALAMIN
BETALIN S, THIAMINE HYDROCHLORIDE
BREVITAL SODIUM, METHOHEXITAL SODIUM
CALCIUM GLUCEPTATE, CALCIUM GLUCEPTATE
CAPASTAT SULFATE, CAPREOMYCIN SULFATE
CECLOR, CEFACLOR
CESAMET, NABILONE
CINOBAC, CINOXACIN
CORDRAN SP, FLURANDRENOLIDE
CORDRAN, FLURANDRENOLIDE
CORDRAN-N, FLURANDRENOLIDE
CRYSTODIGIN, DIGITOXIN
DARVOCET, ACETAMINOPHEN
DARVOCET-N 100, ACETAMINOPHEN
DARVOCET-N 50, ACETAMINOPHEN
DARVON-N W/ ASA, ASPIRIN
DARVON-N, PROPOXYPHENE NAPSYLATE
DECABID, INDECAINIDE HYDROCHLORIDE
DELTALIN, ERGOCALCIFEROL
DICUMAROL, DICUMAROL
DICURIN PROCAINE, PROCAINE MERETHOXYLLINE
DIETHYLSTILBESTROL, DIETHYLSTILBESTROL
DOBUTREX, DOBUTAMINE HYDROCHLORIDE
DOLOPHINE HCL, METHADONE HYDROCHLORIDE
DROLBAN, DROMOSTANOLONE PROPIONATE
DURACILLIN A.S., PENICILLIN G PROCAINE
ERYTHROMYCIN, ERYTHROMYCIN
FOLIC ACID, FOLIC ACID
GLUCAGON, GLUCAGON HYDROCHLORIDE
HALDRONE, PARAMETHASONE ACETATE
HEPARIN SODIUM, HEPARIN SODIUM
HEXA-BETALIN, PYRIDOXINE HYDROCHLORIDE
HISTALOG, BETAZOLE HYDROCHLORIDE
HISTAMINE PHOSPHATE, HISTAMINE PHOSPHATE
HUMATROPE, SOMATROPIN, BIOSYNTHETIC
HUMULIN 50/50, INSULIN BIOSYNTHETIC HUMAN (OTC)
HUMULIN 70/30, INSULIN BIOSYNTHETIC HUMAN (OTC)
HUMULIN BR, INSULIN BIOSYNTHETIC HUMAN (OTC)
HUMULIN L, INSULIN ZINC SUSP BIOSYNTHETIC HUMAN (OTC)
HUMULIN N, INSULIN SUSP ISOPHANE BIOSYNTHETIC HUMAN (OTC)
HUMULIN R, INSULIN BIOSYNTHETIC HUMAN
HUMULIN R, INSULIN BIOSYNTHETIC HUMAN (OTC)
HUMULIN U, INSULIN ZINC SUSP EXTENDED BIOSYNTHETIC
   HUMAN (OTC)
ILETIN I, INSULIN PORK
ILETIN II, INSULIN PURIFIED PORK
ILOSONE SULFA, ERYTHROMYCIN ESTOLATE

ISONIAZID, ISONIAZID
KAFOCIN, CEPHALOGLYCIN
KAPPADIONE, MENADIOL SODIUM DIPHOSPHATE
KEFLET, CEPHALEXIN
KEFLEX, CEPHALEXIN
KEFLIN IN PLASTIC CONTAINER, CEPHALOTHIN SODIUM
KEFLIN, CEPHALOTHIN SODIUM
KEFTAB, CEPHALEXIN HYDROCHLORIDE
KEFUROX IN PLASTIC CONTAINER, CEFUROXIME SODIUM
KEFUROX, CEFUROXIME SODIUM
KEFZOL, CEFAZOLIN SODIUM
LENTE ILETIN II (PORK), INSULIN ZINC SUSP PURIFIED
    PORK (OTC)
LENTE ILETIN II, INSULIN ZINC SUSP PURIFIED BEEF (OTC)
LORABID, LORACARBEF
MANDOL, CEFAMANDOLE NAFATE
MENADIONE, MENADIONE
METHADONE HCL, METHADONE HYDROCHLORIDE
METHYLTESTOSTERONE, METHYLTESTOSTERONE
METUBINE IODIDE, METOCURINE IODIDE
MOXAM, MOXALACTAM DISODIUM
NEBCIN, TOBRAMYCIN SULFATE
NEOMYCIN SULFATE, NEOMYCIN SULFATE
NEOTRIZINE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
NPH ILETIN I (BEEF-PORK), INSULIN SUSP ISOPHANE
    BEEF/PORK (OTC)
NPH ILETIN II (PORK), INSULIN SUSP ISOPHANE PURIFIED
    PORK (OTC)
NPH ILETIN II, INSULIN SUSP ISOPHANE PURIFIED BEEF (OTC)
ONCOVIN, VINCRISTINE SULFATE
PAGITANE, CYCRIMINE HYDROCHLORIDE
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PERMAX, PERGOLIDE MESYLATE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROGESTERONE, PROGESTERONE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
PROTAMINE SULFATE, PROTAMINE SULFATE
PROTAMINE ZINC AND ILETIN II (PORK), INSULIN
    SUSP PROTAMINE ZINC PURIFIED PORK (OTC)
PROTAMINE ZINC AND ILETIN II, INSULIN SUSP PROTAMINE
    ZINC PURIFIED BEEF (OTC)
PROTAMINE, ZINC & ILETIN I (BEEF-PORK), INSULIN
    SUSP PROTAMINE ZINC BEEF/PORK (OTC)
PROZAC, FLUOXETINE HYDROCHLORIDE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
REGULAR ILETIN II (PORK), INSULIN PURIFIED PORK (OTC)
REGULAR ILETIN II, INSULIN PURIFIED BEEF (OTC)
SANDRIL, RESERPINE
SECONAL SODIUM, SECOBARBITAL SODIUM
SEROMYCIN, CYCLOSERINE
STREPTOMYCIN SULFATE, STREPTOMYCIN SULFATE

SULFADIAZINE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SULFAPYRIDINE, SULFAPYRIDINE
SULFONAMIDES DUPLEX, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
TAPAZOLE, METHIMAZOLE
TAZIDIME IN PLASTIC CONTAINER, CEFTAZIDIME
TAZIDIME, CEFTAZIDIME
TESTOSTERONE PROPIONATE, TESTOSTERONE PROPIONATE
TUBOCURARINE CHLORIDE, TUBOCURARINE CHLORIDE
TYLOSTERONE, DIETHYLSTILBESTROL
V-CILLIN K, PENICILLIN V POTASSIUM
V-CILLIN, PENICILLIN V
VANCOCIN HCL IN PLASTIC CONTAINER, VANCOMYCIN HYDROCHLORIDE
VANCOCIN HCL, VANCOMYCIN HYDROCHLORIDE
VELBAN, VINBLASTINE SULFATE
* ELI LILLY INDUSTRIES INC
    DARVON COMPOUND, ASPIRIN
    DARVON COMPOUND-65, ASPIRIN
    DARVON W/ ASA, ASPIRIN
    DARVON, PROPOXYPHENE HYDROCHLORIDE
    DARVON-N, PROPOXYPHENE NAPSYLATE
    DYMELOR, ACETOHEXAMIDE
    NOVRAD, LEVOPROPOXYPHENE NAPSYLATE, ANHYDROUS
* LILLY RESEARCH LABORATORIES DIV ELI LILLY CO
    PROZAC, FLUOXETINE HYDROCHLORIDE

LIPHA
* LIPHA PHARMACEUTICALS INC
    GLUCOPHAGE, METFORMIN HYDROCHLORIDE

LIQUIPHARM
* LIQUIPHARM INC
    METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
    TRIHEXYPHENIDYL HCL, TRIHEXYPHENIDYL HYDROCHLORIDE

LNK
* LNK INTERNATIONAL INC
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    METRONIDAZOLE, METRONIDAZOLE

LOCH
* LOCH PHARMACEUTICALS INC
    CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
    FOLIC ACID, FOLIC ACID
    KANAMYCIN SULFATE, KANAMYCIN SULFATE

LOREX
* LOREX PHARMACEUTICALS
    AMBIEN, ZOLPIDEM TARTRATE
    KERLEDEX, BETAXOLOL HYDROCHLORIDE
    KERLONE, BETAXOLOL HYDROCHLORIDE

LOTUS BIOCHEM

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

B - 44

* LOTUS BIOCHEMICAL CORP
   DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
   ERGOMAR, ERGOTAMINE TARTRATE
   PROFERDEX, IRON DEXTRAN
   TRIAVIL 2-10, AMITRIPTYLINE HYDROCHLORIDE
   TRIAVIL 2-25, AMITRIPTYLINE HYDROCHLORIDE
   TRIAVIL 4-10, AMITRIPTYLINE HYDROCHLORIDE
   TRIAVIL 4-25, AMITRIPTYLINE HYDROCHLORIDE
   TRIAVIL 4-50, AMITRIPTYLINE HYDROCHLORIDE

LPI
* LPI HOLDINGS INC
   N.E.E. 1/35 21, ETHINYL ESTRADIOL
   N.E.E. 1/35 28, ETHINYL ESTRADIOL

LUITPOLD
* LUITPOLD PHARMACEUTICALS INC
   AMINOCAPROIC ACID, AMINOCAPROIC ACID
   AMINOPHYLLINE, AMINOPHYLLINE
   BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
   CIMETIDINE HCL, CIMETIDINE HYDROCHLORIDE
   CYANOCOBALAMIN, CYANOCOBALAMIN
   DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE
   DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
   DROPERIDOL, DROPERIDOL
   FUROSEMIDE, FUROSEMIDE
   GLYCOPYRROLATE, GLYCOPYRROLATE
   HEPARIN LOCK FLUSH, HEPARIN SODIUM
   HEPARIN SODIUM, HEPARIN SODIUM
   HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
   LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
   MANNITOL 25%, MANNITOL
   METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
   NITROGLYCERIN, NITROGLYCERIN
   PIPERAZINE CITRATE, PIPERAZINE CITRATE
   POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
   PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
   THIAMINE HCL, THIAMINE HYDROCHLORIDE
   VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

LYNE
* LYNE LABORATORIES INC
   XYLOSE, XYLOSE

** M **

MALLARD
* MALLARD INC
   MEPROBAMATE, MEPROBAMATE

MALLINCKRODT
* MALLINCKRODT CHEMICAL INC

   METHADOSE, METHADONE HYDROCHLORIDE
* MALLINCKRODT INC
   FERROUS CITRATE FE 59, FERROUS CITRATE, FE-59
   MD-50, DIATRIZOATE SODIUM
   OCTREOSCAN, INDIUM IN-111 PENTETREOTIDE KIT
   OSTEOSCAN, TECHNETIUM TC-99M ETIDRONATE KIT
   SELENOMETHIONINE SE 75, SELENOMETHIONINE, SE-75
   XENEISOL, XENON, XE-133
* MALLINCKRODT MEDICAL INC
   ANGIO-CONRAY, IOTHALAMATE SODIUM
   CHOLEBRINE, IOCETAMIC ACID
   CONRAY 30, IOTHALAMATE MEGLUMINE
   CONRAY 325, IOTHALAMATE SODIUM
   CONRAY 400, IOTHALAMATE SODIUM
   CONRAY 43, IOTHALAMATE SODIUM
   CONRAY, IOTHALAMATE MEGLUMINE
   CYANOCOBALAMIN CO 57 SCHILLING TEST KIT, CYANOCOBALAMIN
   CYSTO-CONRAY II, IOTHALAMATE MEGLUMINE
   CYSTO-CONRAY, IOTHALAMATE MEGLUMINE
   GALLIUM CITRATE GA 67, GALLIUM CITRATE, GA-67
   HEXABRIX, IOXAGLATE MEGLUMINE
   HIPPURAN I 131, IODOHIPPURATE SODIUM, I-131
   MD-60, DIATRIZOATE MEGLUMINE
   MD-76, DIATRIZOATE MEGLUMINE
   MD-GASTROVIEW, DIATRIZOATE MEGLUMINE
   OPTIRAY 160, IOVERSOL
   OPTIRAY 240, IOVERSOL
   OPTIRAY 300, IOVERSOL
   OPTIRAY 320, IOVERSOL
   OPTIRAY 350, IOVERSOL
   PERCHLORACAP, POTASSIUM PERCHLORATE
   PHOSPHOCOL P32, CHROMIC PHOSPHATE, P-32
   RADIOIODINATED SERUM ALBUMIN (HUMAN) IHSA I 125,
      ALBUMIN IODINATED I-125 SERUM
   SODIUM CHROMATE CR 51, SODIUM CHROMATE, CR-51
   SODIUM IODIDE I 123, SODIUM IODIDE, I-123
   SODIUM IODIDE I 131, SODIUM IODIDE, I-131
   SODIUM PERTECHNETATE TC 99M, TECHNETIUM TC-99M
      SODIUM PERTECHNETATE
   SODIUM PHOSPHATE P 32, SODIUM PHOSPHATE, P-32
   TECHNECOLL, TECHNETIUM TC-99M SULFUR COLLOID KIT
   TECHNESCAN HDP, TECHNETIUM TC-99M OXIDRONATE KIT
   TECHNESCAN MAA, TECHNETIUM TC-99M ALBUMIN AGGREGATED KIT
   TECHNESCAN MAG3, TECHNETIUM TC-99M MERTIATIDE KIT
   TECHNESCAN PYP KIT, TECHNETIUM TC-99M PYROPHOSPHATE KIT
   TECHNETIUM TC 99M SULFUR COLLOID, TECHNETIUM
      TC-99M SULFUR COLLOID
   THALLOUS CHLORIDE TL 201, THALLOUS CHLORIDE, TL-201
   ULTRA-TECHNEKOW FM, TECHNETIUM TC-99M SODIUM
      PERTECHNETATE GENERATOR
   ULTRATAG, TECHNETIUM TC-99M RED BLOOD CELL KIT
   VASCORAY, IOTHALAMATE MEGLUMINE
   XENON XE 127, XENON, XE-127

XENON XE 133, XENON, XE-133

**MARCHAR**
* MARCHAR LABORATORIES INC LTD
    FLUOROURACIL, FLUOROURACIL

**MARION MERRELL DOW**
* MARION MERRELL DOW INC
    CARAFATE, SUCRALFATE
    CARDIZEM SR, DILTIAZEM HYDROCHLORIDE
    CARDIZEM, DILTIAZEM HYDROCHLORIDE
    DITROPAN, OXYBUTYNIN CHLORIDE
    GAVISCON, ALUMINUM HYDROXIDE (OTC)
    GAVISCON-2, ALUMINUM HYDROXIDE (OTC)
    NICODERM, NICOTINE
    NITRO-BID, NITROGLYCERIN
    PENTASA, MESALAMINE
    RIFATER, ISONIAZID
    SILVADENE, SILVER SULFADIAZINE
    VENTAIRE, PROTOKYLOL HYDROCHLORIDE

**MARSAM**
* MARSAM PHARMACEUTICALS INC
    AMPICILLIN SODIUM, AMPICILLIN SODIUM
    CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
    CEFUROXIME, CEFUROXIME SODIUM
    CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
    CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
    DIAZEPAM, DIAZEPAM
    FUROSEMIDE, FUROSEMIDE
    HALOPERIDOL, HALOPERIDOL LACTATE
    HEPARIN SODIUM PRESERVATIVE FREE, HEPARIN SODIUM
    METHOCARBAMOL, METHOCARBAMOL
    METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
    NAFCILLIN SODIUM, NAFCILLIN SODIUM
    NALOXONE HCL, NALOXONE HYDROCHLORIDE
    OXACILLIN SODIUM, OXACILLIN SODIUM
    PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
    PENICILLIN G SODIUM, PENICILLIN G SODIUM
    PHENYTOIN SODIUM, PHENYTOIN SODIUM
    PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
    PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
    TOBRAMYCIN SULFATE, TOBRAMYCIN SULFATE
    VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**MARSHALL PHARMA**
* MARSHALL PHARMACAL CORP
    CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
    PREDNISOLONE, PREDNISOLONE
    PREDNISONE, PREDNISONE
    RESERPINE, RESERPINE
    SODIUM BUTABARBITAL, BUTABARBITAL SODIUM

**MARTEC**

* MARTEC PHARMACEUTICALS INC
    DIAZEPAM, DIAZEPAM
    SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
        SULFAMETHOXAZOLE
    SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE

**MATRIX MEDCL**
* MATRIX MEDICAL CORP
    STERI-STAT, CHLORHEXIDINE GLUCONATE (OTC)

**MAYRAND**
* MAYRAND INC
    SEDAPAP, ACETAMINOPHEN

**MCGAW**
* MCGAW INC
    ACETATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
    ACETIC ACID 0.25% IN PLASTIC CONTAINER, ACETIC ACID, GLACIAL
    ALCOHOL 10% AND DEXTROSE 5%, ALCOHOL
    ALCOHOL 5% AND DEXTROSE 5%, ALCOHOL
    AMMONIUM CHLORIDE 0.9% IN NORMAL SALINE, AMMONIUM CHLORIDE
    AMMONIUM CHLORIDE 2.14%, AMMONIUM CHLORIDE
    BRETYLIUM TOSYLATE IN DEXTROSE 5% IN PLASTIC
        CONTAINER, BRETYLIUM TOSYLATE
    DEXTROSE 10% AND SODIUM CHLORIDE 0.11% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 10% AND SODIUM CHLORIDE 0.2% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 10% AND SODIUM CHLORIDE 0.33% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 10% AND SODIUM CHLORIDE 0.45% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 10% AND SODIUM CHLORIDE 0.9% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 10% IN PLASTIC CONTAINER, DEXTROSE
    DEXTROSE 2.5% AND SODIUM CHLORIDE 0.11% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 2.5% AND SODIUM CHLORIDE 0.2% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 2.5% AND SODIUM CHLORIDE 0.33% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 2.5% AND SODIUM CHLORIDE 0.45% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 2.5% AND SODIUM CHLORIDE 0.9% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 2.5% IN HALF-STRENGTH LACTATED RINGER'S
        IN PLASTIC CONTAINER, CALCIUM CHLORIDE
    DEXTROSE 2.5% IN PLASTIC CONTAINER, DEXTROSE
    DEXTROSE 3.3% AND SODIUM CHLORIDE 0.3% IN PLASTIC
        CONTAINER, DEXTROSE
    DEXTROSE 4% IN MODIFIED LACTATED RINGER'S IN
        PLASTIC CONTAINER, CALCIUM CHLORIDE
    DEXTROSE 5% AND SODIUM CHLORIDE 0.11% IN PLASTIC
        CONTAINER, DEXTROSE

DEXTROSE 5% AND SODIUM CHLORIDE 0.2% IN PLASTIC
  CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.33% IN PLASTIC
  CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC
  CONTAINER, DEXTROSE
DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC
  CONTAINER, DEXTROSE
DEXTROSE 5% IN ACETATED RINGER'S IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DEXTROSE 5% IN LACTATED RINGER'S IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5% IN RINGER'S IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
  CHLORIDE 0.075%, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
  CHLORIDE 0.15% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
  CHLORIDE 0.224% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.2% AND POTASSIUM
  CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
  CHLORIDE 0.075% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
  CHLORIDE 0.15% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
  CHLORIDE 0.22% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.33% AND POTASSIUM
  CHLORIDE 0.30% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
  CHLORIDE 0.075%, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
  CHLORIDE 0.15% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
  CHLORIDE 0.22% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 5%, SODIUM CHLORIDE 0.45% AND POTASSIUM
  CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 60% IN PLASTIC CONTAINER, DEXTROSE
DEXTROSE 60%, DEXTROSE
DEXTROSE 7.7% IN PLASTIC CONTAINER, DEXTROSE
DIALYTE CONCENTRATE W/ DEXTROSE 30% IN PLASTIC
  CONTAINER, CALCIUM CHLORIDE
DIALYTE CONCENTRATE W/ DEXTROSE 50% IN PLASTIC
  CONTAINER, CALCIUM CHLORIDE
DIALYTE LM/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DIALYTE LM/ DEXTROSE 2.5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DIALYTE LM/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DIALYTE W/ DEXTROSE 1.5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE

DIALYTE W/ DEXTROSE 4.25% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
DOPAMINE HCL AND DEXTROSE 5% IN PLASTIC CONTAINER,
  DOPAMINE HYDROCHLORIDE
DOPAMINE HCL AND DEXTROSE 5%, DOPAMINE HYDROCHLORIDE
FREAMINE 8.5%, AMINO ACIDS
FREAMINE HBC 6.9%, AMINO ACIDS
FREAMINE II 8.5%, AMINO ACIDS
FREAMINE III 10%, AMINO ACIDS
FREAMINE III 3% W/ ELECTROLYTES, AMINO ACIDS
FREAMINE III 8.5% W/ ELECTROLYTES, AMINO ACIDS
FREAMINE III 8.5%, AMINO ACIDS
GENTAMICIN SULFATE IN SODIUM CHLORIDE 0.9% IN
  PLASTIC CONTAINER, GENTAMICIN SULFATE
GLYCINE 1.5% IN PLASTIC CONTAINER, GLYCINE
HEPARIN SODIUM 1000 UNITS AND DEXTROSE 5% IN
  PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 1000 UNITS IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 12500 UNITS IN SODIUM CHLORIDE
  0.45% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 2000 UNITS IN DEXTROSE 5% IN PLASTIC
  CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 2000 UNITS IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 20000 UNITS IN DEXTROSE 5% IN
  PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25000 UNITS IN DEXTROSE 5% IN
  PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25000 UNITS IN SODIUM CHLORIDE
  0.45% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 25000 UNITS IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 5000 UNITS IN DEXTROSE 5% IN PLASTIC
  CONTAINER, HEPARIN SODIUM
HEPARIN SODIUM 5000 UNITS IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, HEPARIN SODIUM
HEPATAMINE 8%, AMINO ACIDS
HYPROTIGEN 5%, PROTEIN HYDROLYSATE
ISOLYTE E IN DEXTROSE 5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
ISOLYTE E IN PLASTIC CONTAINER, CALCIUM CHLORIDE
ISOLYTE E W/ DEXTROSE 5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
ISOLYTE H IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE H W/ DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE M IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE M W/ DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE P IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE P W/ DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE R IN DEXTROSE 5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE
ISOLYTE R W/ DEXTROSE 5% IN PLASTIC CONTAINER,
  CALCIUM CHLORIDE

ISOLYTE S IN DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
ISOLYTE S IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
ISOLYTE S PH 7.4 IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
ISOLYTE S W/ DEXTROSE 5% IN PLASTIC CONTAINER, DEXTROSE
LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
LIDOCAINE HCL 0.2% AND DEXTROSE 5% IN PLASTIC
  CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.4% AND DEXTROSE 5% IN PLASTIC
  CONTAINER, LIDOCAINE HYDROCHLORIDE
LIDOCAINE HCL 0.8% AND DEXTROSE 5% IN PLASTIC
  CONTAINER, LIDOCAINE HYDROCHLORIDE
MANNITOL 10% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 10% W/ DEXTROSE 5% IN DISTILLED WATER, MANNITOL
MANNITOL 10%, MANNITOL
MANNITOL 15% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 15% W/ DEXTROSE 5% IN SODIUM CHLORIDE
  0.45%, MANNITOL
MANNITOL 15%, MANNITOL
MANNITOL 20% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 20%, MANNITOL
MANNITOL 5% IN PLASTIC CONTAINER, MANNITOL
MANNITOL 5% W/ DEXTROSE 5% IN SODIUM CHLORIDE
  0.12%, MANNITOL
MANNITOL 5%, MANNITOL
METRO I.V. IN PLASTIC CONTAINER, METRONIDAZOLE
METRO I.V., METRONIDAZOLE
NEPHRAMINE 5.4%, AMINO ACIDS
NUTRILIPID 10%, SOYBEAN OIL
NUTRILIPID 20%, SOYBEAN OIL
PHYSIOLYTE IN PLASTIC CONTAINER, MAGNESIUM CHLORIDE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN DEXTROSE 5% IN PLASTIC
  CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.037% IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE

POTASSIUM CHLORIDE 0.075% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 3.3% AND
  SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN DEXTROSE 5% IN PLASTIC
  CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.075% IN SODIUM CHLORIDE
  0.9% IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 3.3% AND
  SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN DEXTROSE 5% IN PLASTIC
  CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.11% IN SODIUM CHLORIDE 0.9%
  IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 10% AND
  SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 3.3% AND
  SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% AND SODIUM
  CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN DEXTROSE 5% IN PLASTIC
    CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.15% IN SODIUM CHLORIDE 0.9%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 10% AND
    SODIUM CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 10% AND
    SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 10% AND
    SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 3.3% AND
    SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN DEXTROSE 5% IN PLASTIC
    CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.22% IN SODIUM CHLORIDE 0.9%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 10% AND SODIUM
    CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 10% AND SODIUM
    CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 10% AND SODIUM
    CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 3.3% AND
    SODIUM CHLORIDE 0.3% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.11% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.2% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.33% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.45% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% AND SODIUM
    CHLORIDE 0.9% IN PLASTIC CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN DEXTROSE 5% IN PLASTIC
    CONTAINER, DEXTROSE
POTASSIUM CHLORIDE 0.3% IN SODIUM CHLORIDE 0.9%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE

PROCALAMINE, AMINO ACIDS
RESECTISOL IN PLASTIC CONTAINER, MANNITOL
RESECTISOL, MANNITOL
RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.075%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.15%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.22%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% AND POTASSIUM CHLORIDE 0.3%
    IN PLASTIC CONTAINER, POTASSIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 3% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 5% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE, SODIUM CHLORIDE
SODIUM LACTATE 0.167 MOLAR IN PLASTIC CONTAINER,
    SODIUM LACTATE
SODIUM LACTATE 1/6 MOLAR IN PLASTIC CONTAINER,
    SODIUM LACTATE
SORBITOL 3.3% IN PLASTIC CONTAINER, SORBITOL
STERILE WATER FOR INJECTION IN PLASTIC CONTAINER,
    WATER FOR INJECTION, STERILE
STERILE WATER IN PLASTIC CONTAINER, WATER FOR
    IRRIGATION, STERILE
THEOPHYLLINE 0.04% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
THEOPHYLLINE 0.08% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
THEOPHYLLINE 0.16% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
THEOPHYLLINE 0.2% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
THEOPHYLLINE 0.32% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
THEOPHYLLINE 0.4% AND DEXTROSE 5% IN PLASTIC
    CONTAINER, THEOPHYLLINE
TROPHAMINE 10%, AMINO ACIDS
TROPHAMINE, AMINO ACIDS
UCEPHAN, SODIUM BENZOATE

**MCNEIL CONS PRODS**
* MCNEIL CONSUMER PRODUCTS CO DIV MCNEILAB INC
    CHEMET, SUCCIMER
    IBUPROFEN, IBUPROFEN
    IBUPROFEN, IBUPROFEN (OTC)
    IMODIUM A-D, LOPERAMIDE HYDROCHLORIDE (OTC)
    MEDIPREN, IBUPROFEN (OTC)
    METHOCARBAMOL AND ASPIRIN, ASPIRIN
    MOTRIN, IBUPROFEN
    PEDIA PROFEN, IBUPROFEN
    SINE-AID IB, IBUPROFEN (OTC)

TYLENOL, ACETAMINOPHEN (OTC)

**MD PHARM**
* MD PHARMACEUTICAL INC
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DI-ATRO, ATROPINE SULFATE
  DIETHYLPROPION HCL, DIETHYLPROPION HYDROCHLORIDE
  GLUTETHIMIDE, GLUTETHIMIDE
  METHYLPHENIDATE HCL, METHYLPHENIDATE HYDROCHLORIDE

**MEAD JOHNSON**
* MEAD JOHNSON AND CO SUB BRISTOL MYERS CO
  MEGACE, MEGESTROL ACETATE
  MUCOMYST W/ ISOPROTERENOL, ACETYLCYSTEINE
  OVCON-35, ETHINYL ESTRADIOL
  OVCON-50, ETHINYL ESTRADIOL

**MEDCO RES**
* MEDCO RESEARCH INC
  ADENOCARD, ADENOSINE

**MEDEVA**
* MEDEVA INC
  DEXACORT, DEXAMETHASONE SODIUM PHOSPHATE

**MEDI PHYSICS**
* MEDI PHYSICS INC
  CINTICHEM TECHNETIUM 99M HEDSPA, TECHNETIUM TC-99M
    ETIDRONATE KIT
  GALLIUM CITRATE GA 67, GALLIUM CITRATE, GA-67
  LUNGAGGREGATE REAGENT, TECHNETIUM TC-99M ALBUMIN
    AGGREGATED KIT
  METASTRON, STRONTIUM CHLORIDE, SR-89
  MPI DMSA KIDNEY REAGENT, TECHNETIUM TC-99M SUCCIMER KIT
  MPI DTPA KIT - CHELATE, TECHNETIUM TC-99M PENTETATE KIT
  MPI INDIUM DTPA IN 111, INDIUM IN-111 PENTETATE DISODIUM
  MPI KRYPTON 81M GAS GENERATOR, KRYPTON, KR-81M
  MPI STANNOUS DIPHOSPHONATE, TECHNETIUM TC-99M ETIDRONATE KIT
  NEOSCAN, GALLIUM CITRATE, GA-67
  NEPHROFLOW, IODOHIPPURATE SODIUM, I-123
  SELENOMETHIONINE SE 75, SELENOMETHIONINE, SE-75
  SODIUM IODIDE I 123, SODIUM IODIDE, I-123
  SODIUM PERTECHNETATE TC 99M, TECHNETIUM TC-99M
    SODIUM PERTECHNETATE
  SODIUM POLYPHOSPHATE-TIN KIT, TECHNETIUM TC-99M
    POLYPHOSPHATE KIT
  TC 99M-LUNGAGGREGATE, TECHNETIUM TC-99M ALBUMIN AGGREGATED
  TECHNETIUM TC 99M DIPHOSPHONATE-TIN KIT, TECHNETIUM
    TC-99M ETIDRONATE KIT
  TECHNETIUM TC 99M GENERATOR, TECHNETIUM TC-99M
    SODIUM PERTECHNETATE GENERATOR

TECHNETIUM TC 99M HSA, TECHNETIUM TC-99M ALBUMIN KIT
  TECHNETIUM TC 99M MAA, TECHNETIUM TC-99M ALBUMIN
    AGGREGATED KIT
  TECHNETIUM TC 99M MPI MDP, TECHNETIUM TC-99M MEDRONATE KIT
  TECHNETIUM TC 99M SULFUR COLLOID, TECHNETIUM
    TC-99M SULFUR COLLOID
  TECHNETIUM TC 99M TSC, TECHNETIUM TC-99M SULFUR COLLOID KIT
  TECHNETIUM TC-99M PENTETATE KIT, TECHNETIUM TC-99M
    PENTETATE KIT
  THALLOUS CHLORIDE TL 201, THALLOUS CHLORIDE, TL-201
  XENON XE 133, XENON, XE-133
  XENON XE 133-V.S.S., XENON, XE-133

**MEDTRONIC**
* MEDTRONIC INC
  LIORESAL, BACLOFEN

**MEPHA**
* MEPHA AG
  PIROXICAM, PIROXICAM

**MERCK**
* MERCK AND CO INC DIV MERCK SHARP AND DOHME
  ALDORIL 15, HYDROCHLOROTHIAZIDE
  ALDORIL 25, HYDROCHLOROTHIAZIDE
  ALDORIL D30, HYDROCHLOROTHIAZIDE
  ALDORIL D50, HYDROCHLOROTHIAZIDE
  DOLOBID, DIFLUNISAL
* MERCK AND CO INC PHARMACEUTICAL RESEARCH AND DEVELOPMENT LAB
  ALDOMET, METHYLDOPA
* MERCK RESEARCH LABORATORIES DIV MERCK AND CO INC
  CHIBROXIN, NORFLOXACIN
  CLINORIL, SULINDAC
  DECADRON-LA, DEXAMETHASONE ACETATE
  DTPA, TECHNETIUM TC-99M PENTETATE KIT
  INDOCIN I.V., INDOMETHACIN SODIUM
  INDOCIN SR, INDOMETHACIN
  INDOCIN, INDOMETHACIN
  LACRISERT, HYDROXYPROPYL CELLULOSE
  MEFOXIN IN PLASTIC CONTAINER, CEFOXITIN SODIUM
  MEVACOR, LOVASTATIN
  NOROXIN, NORFLOXACIN
  PEPCID IN PLASTIC CONTAINER, FAMOTIDINE
  PEPCID, FAMOTIDINE
  PRINIVIL, LISINOPRIL
  PRINZIDE 10-12.5, HYDROCHLOROTHIAZIDE
  PRINZIDE 20-12.5, HYDROCHLOROTHIAZIDE
  PRINZIDE 20-25, HYDROCHLOROTHIAZIDE
  TECHNESCAN HIDA, TECHNETIUM TC-99M LIDOFENIN KIT
  TIMOPTIC IN OCUDOSE, TIMOLOL MALEATE
  TIMOPTIC, TIMOLOL MALEATE
  TIMOPTIC-XE, TIMOLOL MALEATE
  TRUSOPT, DORZOLAMIDE HYDROCHLORIDE

VASERETIC, ENALAPRIL MALEATE
VASOTEC, ENALAPRIL MALEATE
VASOTEC, ENALAPRILAT
ZOCOR, SIMVASTATIN

**MERCK SHARP DOHME**
* MERCK SHARP AND DOHME DIV MERCK AND CO INC
  ALDOCLOR-150, CHLOROTHIAZIDE
  ALDOCLOR-250, CHLOROTHIAZIDE
  ALDOMET, METHYLDOPA
  ALDOMET, METHYLDOPATE HYDROCHLORIDE
  ALPHAREDISOL, HYDROXOCOBALAMIN
  AMINOHIPPURATE SODIUM, AMINOHIPPURATE SODIUM
  AQUAMEPHYTON, PHYTONADIONE
  ARAMINE, METARAMINOL BITARTRATE
  BENEMID, PROBENECID
  BLOCADREN, TIMOLOL MALEATE
  COGENTIN, BENZTROPINE MESYLATE
  COLBENEMID, COLCHICINE
  CORTONE, CORTISONE ACETATE
  COSMEGEN, DACTINOMYCIN
  CUPRIMINE, PENICILLAMINE
  CYCLAINE, HEXYLCAINE HYDROCHLORIDE
  DARANIDE, DICHLORPHENAMIDE
  DECADRON, DEXAMETHASONE
  DECADRON W/ XYLOCAINE, DEXAMETHASONE SODIUM PHOSPHATE
  DECADRON, DEXAMETHASONE
  DECADRON, DEXAMETHASONE SODIUM PHOSPHATE
  DECASPRAY, DEXAMETHASONE
  DEMSER, METYROSINE
  DIUPRES-250, CHLOROTHIAZIDE
  DIUPRES-500, CHLOROTHIAZIDE
  DIURIL, CHLOROTHIAZIDE
  DIURIL, CHLOROTHIAZIDE SODIUM
  EDECRIN, ETHACRYNATE SODIUM
  EDECRIN, ETHACRYNIC ACID
  FLEXERIL, CYCLOBENZAPRINE HYDROCHLORIDE
  FLOROPRYL, ISOFLUROPHATE
  HUMORSOL, DEMECARIUM BROMIDE
  HYDELTRA-TBA, PREDNISOLONE TEBUTATE
  HYDELTRASOL, PREDNISOLONE SODIUM PHOSPHATE
  HYDROCORTONE, HYDROCORTISONE
  HYDROCORTONE, HYDROCORTISONE ACETATE
  HYDROCORTONE, HYDROCORTISONE SODIUM PHOSPHATE
  HYDRODIURIL, HYDROCHLOROTHIAZIDE
  HYDROPRES 25, HYDROCHLOROTHIAZIDE
  HYDROPRES 50, HYDROCHLOROTHIAZIDE
  INVERSINE, MECAMYLAMINE HYDROCHLORIDE
  LERITINE, ANILERIDINE HYDROCHLORIDE
  LERITINE, ANILERIDINE PHOSPHATE
  LODOSYN, CARBIDOPA
  MANNITOL 25%, MANNITOL
  MEFOXIN IN DEXTROSE 5% IN PLASTIC CONTAINER,
    CEFOXITIN SODIUM
  MEFOXIN IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER,
    CEFOXITIN SODIUM
  MEFOXIN, CEFOXITIN SODIUM
  MEPHYTON, PHYTONADIONE
  MIDAMOR, AMILORIDE HYDROCHLORIDE
  MINTEZOL, THIABENDAZOLE
  MODURETIC 5-50, AMILORIDE HYDROCHLORIDE
  MUSTARGEN, MECHLORETHAMINE HYDROCHLORIDE
  NEO-HYDELTRASOL, NEOMYCIN SULFATE
  NEODECADRON, DEXAMETHASONE SODIUM PHOSPHATE
  PERIACTIN, CYPROHEPTADINE HYDROCHLORIDE
  PRIMAXIN, CILASTATIN SODIUM
  REDISOL, CYANOCOBALAMIN
  SINEMET CR, CARBIDOPA
  SINEMET, CARBIDOPA
  SYPRINE, TRIENTINE HYDROCHLORIDE
  TECHNESCAN GLUCEPTATE, TECHNETIUM TC-99M GLUCEPTATE KIT
  TECHNESCAN MDP KIT, TECHNETIUM TC-99M MEDRONATE KIT
  TECHNETIUM TC 99M ALBUMIN AGGREGATED KIT, TECHNETIUM
    TC-99M ALBUMIN AGGREGATED KIT
  TIMOLIDE 10-25, HYDROCHLOROTHIAZIDE
  TONOCARD, TOCAINIDE HYDROCHLORIDE
  URECHOLINE, BETHANECHOL CHLORIDE
  VIVACTIL, PROTRIPTYLINE HYDROCHLORIDE
* MERCK SHARP AND DOHME RESEARCH LABORATORIES DIV MERCK AND CO
  PROSCAR, FINASTERIDE

**MERICON**
* MERICON INDUSTRIES INC
  HYDROCORTISONE, HYDROCORTISONE

**MERRELL DOW**
* MERRELL DOW PHARMACEUTICALS INC SUB DOW CHEMICAL CO
  ACCURBRON, THEOPHYLLINE
  AVC, SULFANILAMIDE
  BENTYL, DICYCLOMINE HYDROCHLORIDE
  BRICANYL, TERBUTALINE SULFATE
  CANTIL, MEPENZOLATE BROMIDE
  CEPHULAC, LACTULOSE
  CHRONULAC, LACTULOSE
  CLOMID, CLOMIPHENE CITRATE
  CYANOCOBALAMIN, CYANOCOBALAMIN
  DECAPRYN, DOXYLAMINE SUCCINATE
  DV, DIENESTROL
  HEDULIN, PHENINDIONE
  HIPREX, METHENAMINE HIPPURATE
  HYDROXYSTILBAMIDINE ISETHIONATE, HYDROXYSTILBAMIDINE
    ISETHIONATE
  LORELCO, PROBUCOL
  METAHYDRIN, TRICHLORMETHIAZIDE
  METATENSIN #2, RESERPINE
  METATENSIN #4, RESERPINE
  NICORETTE DS, NICOTINE POLACRILEX

APPENDIX B                                                        B - 51
PRODUCT NAME INDEX LISTED BY APPLICANT

NICORETTE, NICOTINE POLACRILEX
NORPRAMIN, DESIPRAMINE HYDROCHLORIDE
ORNIDYL, EFLORNITHINE HYDROCHLORIDE
RIFADIN, RIFAMPIN
SELDANE, TERFENADINE
SELDANE-D, PSEUDOEPHEDRINE HYDROCHLORIDE
TACE, CHLOROTRIANISENE
TENUATE DOSPAN, DIETHYLPROPION HYDROCHLORIDE
TENUATE, DIETHYLPROPION HYDROCHLORIDE
TRICLOS, TRICLOFOS SODIUM
VANOBID, CANDICIDIN

**MFG CHEMISTS**
* MANUFACTURING CHEMISTS INC
  PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE

**MGI**
* MGI PHARMA INC
  DIDRONEL, ETIDRONATE DISODIUM
  SALAGEN, PILOCARPINE HYDROCHLORIDE

**MIKART**
* MIKART INC
  ACETAMINOPHEN AND CODEINE PHOSPHATE #3, ACETAMINOPHEN
  ACETAMINOPHEN AND CODEINE PHOSPHATE #4, ACETAMINOPHEN
  ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
  ACETAMINOPHEN, ASPIRIN, AND CODEINE PHOSPHATE, ACETAMINOPHEN
  ACETAMINOPHEN, BUTALBITAL, AND CAFFEINE, ACETAMINOPHEN
  AMANTADINE HCL, AMANTADINE HYDROCHLORIDE
  BUTALBITAL, ACETAMINOPHEN AND CAFFEINE, ACETAMINOPHEN
  BUTAPAP, ACETAMINOPHEN
  HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
  METHAZOLAMIDE, METHAZOLAMIDE
  PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
  PYRAZINAMIDE, PYRAZINAMIDE

**MILES**
* MILES LABORATORIES INC
  ALCOHOL 5% IN DEXTROSE 5%, ALCOHOL
  DEXTROSE 10% IN PLASTIC CONTAINER, DEXTROSE
  DEXTROSE 5% AND SODIUM CHLORIDE 0.2% IN PLASTIC
      CONTAINER, DEXTROSE
  DEXTROSE 5% AND SODIUM CHLORIDE 0.3% IN PLASTIC
      CONTAINER, DEXTROSE
  DEXTROSE 5% AND SODIUM CHLORIDE 0.45% IN PLASTIC
      CONTAINER, DEXTROSE
  DEXTROSE 5% AND SODIUM CHLORIDE 0.9% IN PLASTIC
      CONTAINER, DEXTROSE
  DEXTROSE 5% IN LACTATED RINGER'S IN PLASTIC CONTAINER,
      CALCIUM CHLORIDE
  LACTATED RINGER'S IN PLASTIC CONTAINER, CALCIUM CHLORIDE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  MANNITOL 10%, MANNITOL

MANNITOL 15%, MANNITOL
MANNITOL 20%, MANNITOL
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
SODIUM CHLORIDE 0.45% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER, SODIUM CHLORIDE
SODIUM CHLORIDE IN PLASTIC CONTAINER, SODIUM CHLORIDE
STERILE WATER IN PLASTIC CONTAINER, WATER FOR
    IRRIGATION, STERILE
* MILES PHARMACEUTICAL DIV MILES INC
  ADALAT CC, NIFEDIPINE
  ADALAT, NIFEDIPINE
  ANTAGONATE, CHLORPHENIRAMINE MALEATE
  AZLIN, AZLOCILLIN SODIUM
  BILTRICIDE, PRAZIQUANTEL
  CANDEX, NYSTATIN
  CIPRO IN DEXTROSE 5% IN PLASTIC CONTAINER, CIPROFLOXACIN
  CIPRO IN SODIUM CHLORIDE 0.9% IN PLASTIC CONTAINER,
      CIPROFLOXACIN
  CIPRO, CIPROFLOXACIN
  CIPRO, CIPROFLOXACIN HYDROCHLORIDE
  CORT-DOME, HYDROCORTISONE
  DELTA-DOME, PREDNISONE
  DOMEBORO, ACETIC ACID, GLACIAL
  DTIC-DOME, DACARBAZINE
  HC #1, HYDROCORTISONE
  HC #4, HYDROCORTISONE
  LITHANE, LITHIUM CARBONATE
  MEZLIN, MEZLOCILLIN SODIUM MONOHYDRATE
  MYCELEX, CLOTRIMAZOLE
  MYCELEX, CLOTRIMAZOLE (OTC)
  MYCELEX-7 COMBINATION PACK, CLOTRIMAZOLE (OTC)
  MYCELEX-7, CLOTRIMAZOLE (OTC)
  MYCELEX-G, CLOTRIMAZOLE
  NEO-CORT-DOME, ACETIC ACID, GLACIAL
  NEO-CORT-DOME, HYDROCORTISONE
  NICLOCIDE, NICLOSAMIDE
  NIMOTOP, NIMODIPINE
  NYSTAFORM, CLIOQUINOL
  RADIO-IODINATED (I 125) SERUM ALBUMIN (HUMAN),
      ALBUMIN IODINATED I-125 SERUM
  SOY-DOME, HEXACHLOROPHENE
  STILPHOSTROL, DIETHYLSTILBESTROL DIPHOSPHATE
  TRASYLOL, APROTININ BOVINE
  TRIDESILON, ACETIC ACID, GLACIAL
  TRIDESILON, DESONIDE
  VI-DOM-A, VITAMIN A PALMITATE

**MILEX**
* MILEX PRODUCTS INC
  MILOPHENE, CLOMIPHENE CITRATE

**MISSION PHARMA**

* MISSION PHARMACAL CO
    CALCIBIND, CELLULOSE SODIUM PHOSPHATE
    EQUIPIN, HOMATROPINE METHYLBROMIDE
    FOLICET, FOLIC ACID
    HOMAPIN-10, HOMATROPINE METHYLBROMIDE
    HOMAPIN-5, HOMATROPINE METHYLBROMIDE
    LITHOSTAT, ACETOHYDROXAMIC ACID

MJ PHARMS
* MJ PHARMACEUTICALS LTD
    CEPHALEXIN, CEPHALEXIN

MK LABS
* MK LABORATORIES INC
    AMPHICOL, CHLORAMPHENICOL
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    FOLIC ACID, FOLIC ACID
    ISONIAZID, ISONIAZID
    KESSO-GESIC, PROPOXYPHENE HYDROCHLORIDE
    MEPROBAMATE, MEPROBAMATE
    NIACIN, NIACIN
    OXY-KESSO-TETRA, OXYTETRACYCLINE HYDROCHLORIDE
    RESERPINE, RESERPINE
    SOSOL, SULFISOXAZOLE
    TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
    VITAMIN A, VITAMIN A PALMITATE

MM MAST
* MM MAST AND CO
    CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
    DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
    HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
    ONA MAST, PHENTERMINE HYDROCHLORIDE
    ONA-MAST, PHENTERMINE HYDROCHLORIDE
    PHENAZINE, PHENDIMETRAZINE TARTRATE
    TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
    TRICHLORMAS, TRICHLORMETHIAZIDE

MOVA
* MOVA PHARMACEUTICALS CORP
    ALBUTEROL SULFATE, ALBUTEROL SULFATE

MURO
* MURO PHARMACEUTICAL INC
    BROMFED-DM, BROMPHENIRAMINE MALEATE
    LIQUID PRED, PREDNISONE
    PRELONE, PREDNISOLONE
    PROMETA, METAPROTERENOL SULFATE
    VOLMAX, ALBUTEROL SULFATE

MUTUAL PHARM
* MUTUAL PHARMACEUTICAL CO INC
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN

ACETAZOLAMIDE, ACETAZOLAMIDE
ALBUTEROL SULFATE, ALBUTEROL SULFATE
ALLOPURINOL, ALLOPURINOL
AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
ATENOLOL AND CHLORTHALIDONE, ATENOLOL
ATENOLOL, ATENOLOL
BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
CARISOPRODOL, CARISOPRODOL
CHLORTHALIDONE, CHLORTHALIDONE
CHLORZOXAZONE, CHLORZOXAZONE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERGOLOID MESYLATES, ERGOLOID MESYLATES
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
LORAZEPAM, LORAZEPAM
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
METRONIDAZOLE, METRONIDAZOLE
NYSTATIN, NYSTATIN
PINDOLOL, PINDOLOL
PIROXICAM, PIROXICAM
PREDNISONE, PREDNISONE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
SPIRONOLACTONE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFASALAZINE, SULFASALAZINE
SULINDAC, SULINDAC
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TOLAZAMIDE, TOLAZAMIDE
TOLMETIN SODIUM, TOLMETIN SODIUM
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

MYLAN
* MYLAN PHARMACEUTICALS INC
    ALBUTEROL SULFATE, ALBUTEROL SULFATE
    ALLOPURINOL, ALLOPURINOL
    ALPRAZOLAM, ALPRAZOLAM
    AMILORIDE HCL AND HYDROCHLOROTHIAZIDE, AMILORIDE
        HYDROCHLORIDE
    AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
    AMOXICILLIN, AMOXICILLIN
    AMPICILLIN TRIHYDRATE, AMPICILLIN/AMPICILLIN TRIHYDRATE
    ATENOLOL AND CHLORTHALIDONE, ATENOLOL
    ATENOLOL, ATENOLOL

APPENDIX B

B - 53

PRODUCT NAME INDEX LISTED BY APPLICANT

CHLORDIAZEPOXIDE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
  HYDROCHLORIDE
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLOROTHIAZIDE, CHLOROTHIAZIDE
CHLOROTHIAZIDE-RESERPINE, CHLOROTHIAZIDE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CIMETIDINE, CIMETIDINE
CLONIDINE HCL AND CHLORTHALIDONE, CHLORTHALIDONE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
CYSTAGON, CYSTEAMINE BITARTRATE
DIAZEPAM, DIAZEPAM
DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE
DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FLURBIPROFEN, FLURBIPROFEN
FUROSEMIDE, FUROSEMIDE
GEMFIBROZIL, GEMFIBROZIL
GLIPIZIDE, GLIPIZIDE
HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL-HYDROCHLOROTHIAZIDE-RESERPINE,
    HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
INDOMETHACIN, INDOMETHACIN
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE
LORAZEPAM, LORAZEPAM
MAPROTILINE HCL, MAPROTILINE HYDROCHLORIDE
MAXZIDE, HYDROCHLOROTHIAZIDE
MAXZIDE-25, HYDROCHLOROTHIAZIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHOTREXATE SODIUM, METHOTREXATE SODIUM
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METOPROLOL TARTRATE, METOPROLOL TARTRATE
NADOLOL, NADOLOL
NAPROXEN SODIUM, NAPROXEN SODIUM
NAPROXEN, NAPROXEN
NORTRIPTYLINE HCL, NORTRIPTYLINE HYDROCHLORIDE

OXAZEPAM, OXAZEPAM
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PENICILLIN V POTASSIUM, PENICILLIN V POTASSIUM
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
    HYDROCHLORIDE
PINDOLOL, PINDOLOL
PIROXICAM, PIROXICAM
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PROBENECID, PROBENECID
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE HCL AND ACETAMINOPHEN, ACETAMINOPHEN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
RESERPINE, RESERPINE
SPIRONOLACTONE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULINDAC, SULINDAC
TEMAZEPAM, TEMAZEPAM
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE, THIOTHIXENE
TIMOLOL MALEATE, TIMOLOL MALEATE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TOLMETIN SODIUM, TOLMETIN SODIUM
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

** N **

**NASKA**
* NASKA PHARMACAL CO INC DIV RUGBY DARBY GROUP COSMETICS
    BACITRACIN ZINC-NEOMYCIN SULFATE-POLYMYXIN B
      SULFATE, BACITRACIN ZINC (OTC)
    BACITRACIN ZINC-POLYMYXIN B SULFATE, BACITRACIN ZINC (OTC)
    BACITRACIN, BACITRACIN (OTC)
    CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
    DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
    ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
    HYDROCORTISONE, HYDROCORTISONE
    TRIMETH/SULFA, SULFAMETHOXAZOLE

**NEPHRON**
* NEPHRON CORP
    BETA-2, ISOETHARINE HYDROCHLORIDE

**NEWTRON PHARMS**
* NEWTRON PHARMACEUTICALS INC
    BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
    CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE

DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
TRILITRON, PSEUDOEPHEDRINE HYDROCHLORIDE

**NMC**
* NMC LABORATORIES INC
  BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
  BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
  CLOBETASOL PROPIONATE, CLOBETASOL PROPIONATE
  CLOTRIMAZOLE, CLOTRIMAZOLE (OTC)
  FLUOCET, FLUOCINOLONE ACETONIDE
  FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
  FLUOCINONIDE, FLUOCINONIDE
  GENTAMICIN SULFATE, GENTAMICIN SULFATE
  HYDROCORTISONE, HYDROCORTISONE
  MYKACET, NYSTATIN
  MYKINAC, NYSTATIN
  TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
  TRIPLE SULFA, TRIPLE
    SULFA (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)
  VALNAC, BETAMETHASONE VALERATE

**NORBROOK**
* NORBROOK LABORATORIES LTD
  METHOTREXATE SODIUM, METHOTREXATE SODIUM
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE

**NORTH AM CHEMS**
* NORTH AMERICAN CHEMICALS LC
  A-N STANNOUS AGGREGATED ALBUMIN, TECHNETIUM TC-99M
    ALBUMIN AGGREGATED KIT

**NORTON HN**
* HN NORTON CO
  ALLAY, ACETAMINOPHEN
  HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
  IBUPROFEN, IBUPROFEN
  IBUPROFEN, IBUPROFEN (OTC)

**NOVEN**
* NOVEN PHARMACEUTICALS INC
  VIVELLE, ESTRADIOL

**NOVO NORDISK**
* NOVO NORDISK PHARMACEUTICAL INC
  INSULATARD NPH HUMAN, INSULIN SUSP ISOPHANE SEMISYNTHETIC
    PURIFIED HUMAN (OTC)
  INSULIN INSULATARD NPH NORDISK, INSULIN SUSP
    ISOPHANE PURIFIED PORK (OTC)
  INSULIN NORDISK MIXTARD (PORK), INSULIN PURIFIED PORK (OTC)
  INSULIN, INSULIN PORK (OTC)
  LENTARD, INSULIN ZINC SUSP PURIFIED BEEF/PORK (OTC)
  LENTE INSULIN, INSULIN ZINC SUSP BEEF (OTC)
  LENTE, INSULIN ZINC SUSP PURIFIED PORK (OTC)

MIXTARD HUMAN 70/30, INSULIN SEMISYNTHETIC PURIFIED
  HUMAN (OTC)
NOVOLIN 70/30, INSULIN BIOSYNTHETIC HUMAN (OTC)
NOVOLIN 70/30, INSULIN SEMISYNTHETIC PURIFIED HUMAN (OTC)
NOVOLIN L, INSULIN ZINC SUSP BIOSYNTHETIC HUMAN (OTC)
NOVOLIN L, INSULIN ZINC SUSP SEMISYNTHETIC PURIFIED
  HUMAN (OTC)
NOVOLIN N, INSULIN SUSP ISOPHANE BIOSYNTHETIC HUMAN (OTC)
NOVOLIN N, INSULIN SUSP ISOPHANE SEMISYNTHETIC
  PURIFIED HUMAN (OTC)
NOVOLIN R, INSULIN BIOSYNTHETIC HUMAN (OTC)
NOVOLIN R, INSULIN SEMISYNTHETIC PURIFIED HUMAN (OTC)
NPH INSULIN, INSULIN SUSP ISOPHANE BEEF (OTC)
NPH PURIFIED PORK ISOPHANE INSULIN, INSULIN SUSP
  ISOPHANE PURIFIED PORK (OTC)
REGULAR PURIFIED PORK INSULIN, INSULIN PURIFIED PORK (OTC)
SEMILENTE INSULIN, INSULIN ZINC SUSP PROMPT BEEF (OTC)
SEMILENTE, INSULIN ZINC SUSP PROMPT PURIFIED PORK (OTC)
ULTRALENTE INSULIN, INSULIN ZINC SUSP EXTENDED BEEF (OTC)
ULTRALENTE, INSULIN ZINC SUSP EXTENDED PURIFIED BEEF (OTC)
VELOSULIN HUMAN, INSULIN SEMISYNTHETIC PURIFIED HUMAN (OTC)
VELOSULIN, INSULIN PURIFIED PORK (OTC)

**NOVOCOL**
* NOVOCOL PHARMACEUTICAL INC
  ISOCAINE HCL W/ LEVONORDEFRIN, LEVONORDEFRIN
  ISOCAINE HCL, MEPIVACAINE HYDROCHLORIDE
  OCTOCAINE, EPINEPHRINE

**NOVOPHARM**
* NOVOPHARM LTD
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  ALPRAZOLAM, ALPRAZOLAM
  AMOXICILLIN, AMOXICILLIN
  ATENOLOL, ATENOLOL
  CEPHALEXIN, CEPHALEXIN
  CIMETIDINE, CIMETIDINE
  CLOFIBRATE, CLOFIBRATE
  CLOXACILLIN SODIUM, CLOXACILLIN SODIUM
  DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE
  INDOMETHACIN, INDOMETHACIN
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
  METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  METHYLDOPA, METHYLDOPA
  METOPROLOL TARTRATE, METOPROLOL TARTRATE
  NAPROXEN SODIUM, NAPROXEN SODIUM
  NAPROXEN, NAPROXEN
  NIFEDIPINE, NIFEDIPINE
  PINDOLOL, PINDOLOL
  PIROXICAM, PIROXICAM
  TIMOLOL MALEATE, TIMOLOL MALEATE
  TOLMETIN SODIUM, TOLMETIN SODIUM

APPENDIX B                                                    B - 55
PRODUCT NAME INDEX LISTED BY APPLICANT

**NYCOMED**
* NYCOMED INC
  AMIPAQUE, METRIZAMIDE
  BILOPAQUE, TYROPANOATE SODIUM
  HYPAQUE SODIUM 20%, DIATRIZOATE SODIUM
  HYPAQUE, DIATRIZOATE MEGLUMINE
  HYPAQUE, DIATRIZOATE SODIUM
  HYPAQUE-76, DIATRIZOATE MEGLUMINE
  HYPAQUE-CYSTO, DIATRIZOATE MEGLUMINE
  HYPAQUE-M,75%, DIATRIZOATE MEGLUMINE
  HYPAQUE-M,90%, DIATRIZOATE MEGLUMINE
  ISOPAQUE 280, CALCIUM
  ISOPAQUE 440, CALCIUM METRIZOATE
  OMNIPAQUE 140, IOHEXOL
  OMNIPAQUE 180, IOHEXOL
  OMNIPAQUE 210, IOHEXOL
  OMNIPAQUE 240, IOHEXOL
  OMNIPAQUE 300, IOHEXOL
  OMNIPAQUE 350, IOHEXOL
  OMNIPAQUE 70, IOHEXOL
  OMNISCAN, GADODIAMIDE
  TELEPAQUE, IOPANOIC ACID

**NYLOS**
* NYLOS TRADING CO INC
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
  METHOCARBAMOL, METHOCARBAMOL
  PREDNISONE, PREDNISONE
  TRIHEXYPHENIDYL HCL, TRIHEXYPHENIDYL HYDROCHLORIDE
  TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE

              ** O **

**OCLASSEN**
* OCLASSEN PHARMACEUTICALS INC
  CONDYLOX, PODOFILOX

**OHM**
* OHM LABORATORIES INC
  CHLORZOXAZONE, CHLORZOXAZONE
  IBUPROFEN, IBUPROFEN
  IBUPROFEN, IBUPROFEN (OTC)
  IBUPROHM, IBUPROFEN
  IBUPROHM, IBUPROFEN (OTC)
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)

**OHMEDA**
* OHMEDA PHARMACEUTICAL PRODUCTS DIV INC
  BREVIBLOC, ESMOLOL HYDROCHLORIDE
  ENLON, EDROPHONIUM CHLORIDE
  ENLON-PLUS, ATROPINE SULFATE
  ETHRANE, ENFLURANE

  FORANE, ISOFLURANE
  SUPRANE, DESFLURANE

**ON SITE**
* ON SITE THERAPEUTICS INC
  ACTISITE, TETRACYCLINE HYDROCHLORIDE

**OPTOPICS**
* OPTOPICS LABORATORIES CORP
  OCUSULF-10, SULFACETAMIDE SODIUM
  OCUSULF-30, SULFACETAMIDE SODIUM
  OPTOMYCIN, CHLORAMPHENICOL
  PARACAINE, PROPARACAINE HYDROCHLORIDE
  SULFACEL-15, SULFACETAMIDE SODIUM
  TROPICAMIDE, TROPICAMIDE

**ORGANICS IL**
* ORGANICS LA GRANGE INC
  CORTICOTROPIN, CORTICOTROPIN

**ORGANON**
* ORGANON INC SUB AKZONA INC
  ARDUAN, PIPECURONIUM BROMIDE
  CALDEROL, CALCIFEDIOL
  CORTROPHIN-ZINC, CORTICOTROPIN-ZINC HYDROXIDE
  CORTROSYN, COSYNTROPIN
  DECA-DURABOLIN, NANDROLONE DECANOATE
  DESOGEN, DESOGESTREL
  DOCA, DESOXYCORTICOSTERONE ACETATE
  DURABOLIN, NANDROLONE PHENPROPIONATE
  FUROSEMIDE, FUROSEMIDE
  HEPARIN SODIUM, HEPARIN SODIUM
  HEXADROL, DEXAMETHASONE
  HEXADROL, DEXAMETHASONE SODIUM PHOSPHATE
  HUMEGON, MENOTROPINS (FSH;LH)
  LIQUAEMIN LOCK FLUSH, HEPARIN SODIUM
  LIQUAEMIN SODIUM PRESERVATIVE FREE, HEPARIN SODIUM
  LIQUAEMIN SODIUM, HEPARIN SODIUM
  LIQUAMAR, PHENPROCOUMON
  LYNORAL, ETHINYL ESTRADIOL
  MAXIBOLIN, ETHYLESTRENOL
  METHYLPREDNISOLONE, METHYLPREDNISOLONE SODIUM SUCCINATE
  NORCURON, VECURONIUM BROMIDE
  ORGATRAX, HYDROXYZINE HYDROCHLORIDE
  PAVULON, PANCURONIUM BROMIDE
  PREGNYL, GONADOTROPIN, CHORIONIC
  PURIFIED CORTROPHIN GEL, CORTICOTROPIN
  REGONOL, PYRIDOSTIGMINE BROMIDE
  REVERSOL, EDROPHONIUM CHLORIDE
  SUCCINYLCHOLINE CHLORIDE, SUCCINYLCHOLINE CHLORIDE
  WIGRAINE, CAFFEINE
  WIGRETTES, ERGOTAMINE TARTRATE
  ZEMURON (P/F), ROCURONIUM BROMIDE

ZEMURON, ROCURONIUM BROMIDE

**OTSUKA**
* OTSUKA AMERICA PHARMACEUTICAL INC
  OPTIPRESS, CARTEOLOL HYDROCHLORIDE

** P **

**PACO**
* PACO PHARMACEUTICAL SERVICES INC
  LACTULOSE, LACTULOSE
* PACO RESEARCH CORP
  GENTAMICIN SULFATE, GENTAMICIN SULFATE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  THIOTHIXENE HCL, THIOTHIXENE HYDROCHLORIDE

**PADDOCK**
* PADDOCK LABORATORIES INC
  BACITRACIN, BACITRACIN
  CLINDA-DERM, CLINDAMYCIN PHOSPHATE
  ERYTHRA-DERM, ERYTHROMYCIN
  ERYTHROMYCIN, ERYTHROMYCIN
  HYDROCORTISONE, HYDROCORTISONE
  NEOMYCIN SULFATE, NEOMYCIN SULFATE
  NYSTATIN, NYSTATIN
  POLYMIXIN B SULFATE, POLYMYXIN B SULFATE

**PAL PAK**
* PAL PAK INC
  AMINOPHYLLINE, AMINOPHYLLINE

**PANRAY**
* PANRAY CORP SUB ORMONT DRUG AND CHEMICAL CO INC
  AMINOPHYLLINE, AMINOPHYLLINE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CINNASIL, RESCINNAMINE
  CORTISONE ACETATE, CORTISONE ACETATE
  HYDROCORTISONE, HYDROCORTISONE
  ISONIAZID, ISONIAZID
  KOGLUCOID, RAUWOLFIA SERPENTINA
  PARASAL SODIUM, AMINOSALICYLATE SODIUM
  PARASAL, AMINOSALICYLIC ACID
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  PROCAPAN, PROCAINAMIDE HYDROCHLORIDE
  SERPANRAY, RESERPINE
  THEOLIXIR, THEOPHYLLINE

**PAR PHARM**
* PAR PHARMACEUTICAL INC
  ALLOPURINOL, ALLOPURINOL

AMILORIDE HCL, AMILORIDE HYDROCHLORIDE
AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
CARISOPRODOL AND ASPIRIN, ASPIRIN
CHLORDIAZEPOXIDE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
  HYDROCHLORIDE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORZOXAZONE, CHLORZOXAZONE
CLONIDINE HCL AND CHLORTHALIDONE, CHLORTHALIDONE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DEXAMETHASONE, DEXAMETHASONE
DIAZEPAM, DIAZEPAM
DISULFIRAM, DISULFIRAM
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXY-SLEEP-AID, DOXYLAMINE SUCCINATE (OTC)
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
HALOPERIDOL, HALOPERIDOL
HYDRA-ZIDE, HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDRO-RIDE, AMILORIDE HYDROCHLORIDE
HYDROFLUMETHIAZIDE, HYDROFLUMETHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
LORAZEPAM, LORAZEPAM
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEGESTROL ACETATE, MEGESTROL ACETATE
MEPROBAMATE AND ASPIRIN, ASPIRIN
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METHOCARBAMOL AND ASPIRIN, ASPIRIN
METHOCARBAMOL, METHOCARBAMOL
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA AND CHLOROTHIAZIDE, CHLOROTHIAZIDE
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METHYLPREDNISOLONE, METHYLPREDNISOLONE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
MINOXIDIL, MINOXIDIL
NYSTATIN, NYSTATIN
ORPHENGESIC FORTE, ASPIRIN
ORPHENGESIC, ASPIRIN

PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
    HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
RESERPINE AND HYDROFLUMETHIAZIDE, HYDROFLUMETHIAZIDE
SULFAMETHOPRIM, SULFAMETHOXAZOLE
SULFAMETHOPRIM-DS, SULFAMETHOXAZOLE
SULFINPYRAZONE, SULFINPYRAZONE
TEMAZEPAM, TEMAZEPAM
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TOLAZAMIDE, TOLAZAMIDE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
TRICHLORMETHIAZIDE, TRICHLORMETHIAZIDE
VALPROIC ACID, VALPROIC ACID

**PARKE DAVIS**
* PARKE DAVIS DIV WARNER LAMBERT CO
  ACTH, CORTICOTROPIN
  AMBODRYL, BROMODIPHENHYDRAMINE HYDROCHLORIDE
  AMCILL, AMPICILLIN/AMPICILLIN TRIHYDRATE
  ANUSOL HC, HYDROCORTISONE
  BENADRYL, DIPHENHYDRAMINE HYDROCHLORIDE
  BENYLIN, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
  CAMOQUIN HCL, AMODIAQUINE HYDROCHLORIDE
  CELONTIN, METHSUXIMIDE
  CENTRAX, PRAZEPAM
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLOROMYCETIN, CHLORAMPHENICOL
  CHOLEDYL SA, OXTRIPHYLLINE
  CHOLEDYL, OXTRIPHYLLINE
  CHOLYBAR, CHOLESTYRAMINE
  COLY-MYCIN S, COLISTIN SULFATE
  DILANTIN, PHENYTOIN
  DILANTIN, PHENYTOIN SODIUM
  DILANTIN, PHENYTOIN SODIUM, EXTENDED
  DILANTIN-125, PHENYTOIN
  DILANTIN-30, PHENYTOIN
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  DORYX, DOXYCYCLINE HYCLATE
  ERGOSTAT, ERGOTAMINE TARTRATE
  ERYC 125, ERYTHROMYCIN
  ERYC, ERYTHROMYCIN
  ERYPAR, ERYTHROMYCIN STEARATE
  ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
  ESTROVIS, QUINESTROL
  EUTHROID-0.5, LIOTRIX (T4;T3)
  EUTHROID-1, LIOTRIX (T4;T3)
  EUTHROID-2, LIOTRIX (T4;T3)
  EUTHROID-3, LIOTRIX (T4;T3)
  HEPARIN LOCK FLUSH, HEPARIN SODIUM
  HEPARIN SODIUM, HEPARIN SODIUM
  HUMATIN, PAROMOMYCIN SULFATE
  HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE

  HYDROCORTISONE, HYDROCORTISONE
  INDOMETHACIN, INDOMETHACIN
  ISOPROTERENOL HCL, ISOPROTERENOL HYDROCHLORIDE
  KETALAR, KETAMINE HYDROCHLORIDE
  LOESTRIN 21 1/20, ETHINYL ESTRADIOL
  LOESTRIN FE 1.5/30, ETHINYL ESTRADIOL
  LOESTRIN FE 1/20, ETHINYL ESTRADIOL
  LOPID, GEMFIBROZIL
  MECLOMEN, MECLOFENAMATE SODIUM
  MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
  MEPROBAMATE, MEPROBAMATE
  METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  METHYLDOPA, METHYLDOPA
  METHYLTESTOSTERONE, METHYLTESTOSTERONE
  MILONTIN, PHENSUXIMIDE
  NARDIL, PHENELZINE SULFATE
  NITROSTAT, NITROGLYCERIN
  NORLUTATE, NORETHINDRONE ACETATE
  NORLUTIN, NORETHINDRONE
  OXAZEPAM, OXAZEPAM
  PARACORT, PREDNISONE
  PARSIDOL, ETHOPROPAZINE HYDROCHLORIDE
  PENAPAR-VK, PENICILLIN V POTASSIUM
  PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
  PENICILLIN G PROCAINE, PENICILLIN G PROCAINE
  PITOCIN, OXYTOCIN
  PITRESSIN TANNATE, VASOPRESSIN TANNATE
  PONSTEL, MEFENAMIC ACID
  POVAN, PYRVINIUM PAMOATE
  PRE-SATE, CHLORPHENTERMINE HYDROCHLORIDE
  PROCAN SR, PROCAINAMIDE HYDROCHLORIDE
  PROCAN, PROCAINAMIDE HYDROCHLORIDE
  PROLOID, THYROGLOBULIN
  PROMAPAR, CHLORPROMAZINE HYDROCHLORIDE
  PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
  SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
  SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
  SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  SULFALAR, SULFISOXAZOLE
  SURITAL, THIAMYLAL SODIUM
  SYTOBEX, CYANOCOBALAMIN
  THEELIN, ESTRONE
  THIAMINE HCL, THIAMINE HYDROCHLORIDE
  TOLBUTAMIDE, TOLBUTAMIDE
  TRIPELENNAMINE HCL, TRIPELENNAMINE HYDROCHLORIDE
  UTICORT, BETAMETHASONE BENZOATE
  UTIMOX, AMOXICILLIN
  VIRA-A, VIDARABINE
  ZARONTIN, ETHOSUXIMIDE
* PARKE DAVIS LABORATORIES DIV WARNER LAMBERT CO
  NORLESTRIN 21 1/50, ETHINYL ESTRADIOL
  NORLESTRIN 21 2.5/50, ETHINYL ESTRADIOL
  NORLESTRIN 28 1/50, ETHINYL ESTRADIOL

NORLESTRIN FE 1/50, ETHINYL ESTRADIOL
NORLESTRIN FE 2.5/50, ETHINYL ESTRADIOL
* PARKE DAVIS PHARMACEUTICAL RESEARCH DIV WARNER LAMBERT CO
ACCUPRIL, QUINAPRIL HYDROCHLORIDE
CHLOROMYCETIN HYDROCORTISONE, CHLORAMPHENICOL
CHLOROMYCETIN PALMITATE, CHLORAMPHENICOL PALMITATE
CHLOROMYCETIN, CHLORAMPHENICOL
CHLOROMYCETIN, CHLORAMPHENICOL SODIUM SUCCINATE
CHLOROMYXIN, CHLORAMPHENICOL
COGNEX, TACRINE HYDROCHLORIDE
COLY-MYCIN M, COLISTIMETHATE SODIUM
ELASE-CHLOROMYCETIN, CHLORAMPHENICOL
ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
LOESTRIN 21 1.5/30, ETHINYL ESTRADIOL
NEURONTIN, GABAPENTIN
NIPENT, PENTOSTATIN
OPHTHOCHLOR, CHLORAMPHENICOL
OPHTHOCORT, CHLORAMPHENICOL
UTICORT, BETAMETHASONE BENZOATE

**PARNELL**
* PARNELL PHARMACEUTICALS INC
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE

**PENNEX**
* PENNEX PHARMACEUTICALS INC
ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
AMINOPHYLLINE, AMINOPHYLLINE
BIPHETAP, BROMPHENIRAMINE MALEATE
BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DIPHEN, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
ERYTHROMYCIN, ERYTHROMYCIN
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
FUROSEMIDE, FUROSEMIDE
GENERLAC, LACTULOSE
HALOPERIDOL, HALOPERIDOL LACTATE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
LACTULOSE, LACTULOSE
LINDANE, LINDANE
LITHIUM CITRATE, LITHIUM CITRATE
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
MYBANIL, BROMODIPHENHYDRAMINE HYDROCHLORIDE
MYCODONE, HOMATROPINE METHYLBROMIDE
MYLARAMINE, DEXCHLORPHENIRAMINE MALEATE
MYLOCAINE, LIDOCAINE HYDROCHLORIDE
MYMETHASONE, DEXAMETHASONE
MYPHETANE DC, BROMPHENIRAMINE MALEATE
MYPHETANE DX, BROMPHENIRAMINE MALEATE

MYPROIC ACID, VALPROIC ACID
NYSTATIN, NYSTATIN
OXTRIPHYLLINE PEDIATRIC, OXTRIPHYLLINE
OXTRIPHYLLINE, OXTRIPHYLLINE
PREDNISONE, PREDNISONE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROMETHAZINE PLAIN, PROMETHAZINE HYDROCHLORIDE
PROMETHAZINE VC PLAIN, PHENYLEPHRINE HYDROCHLORIDE
PROMETHAZINE VC W/ CODEINE, CODEINE PHOSPHATE
PROMETHAZINE W/ CODEINE, CODEINE PHOSPHATE
PROMETHAZINE W/ DEXTROMETHORPHAN, DEXTROMETHORPHAN
   HYDROBROMIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
SELENIUM SULFIDE, SELENIUM SULFIDE
SODIUM POLYSTYRENE SULFONATE, SODIUM POLYSTYRENE SULFONATE
THEOPHYLLINE, THEOPHYLLINE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE
TRIMEPRAZINE TARTRATE, TRIMEPRAZINE TARTRATE
TRIPROLIDINE HCL, PSEUDOEPHEDRINE HCL AND CODEINE
   PHOSPHATE, CODEINE PHOSPHATE
* PENNEX PRODUCTS CO INC
ALUMINUM HYDROXIDE AND MAGNESIUM TRISILICATE,
   ALUMINUM HYDROXIDE (OTC)

**PERRIGO**
* L PERRIGO CO
ANTITUSSIVE, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)
CAP-PROFEN, IBUPROFEN (OTC)
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
IBUPROFEN, IBUPROFEN (OTC)
ISONIAZID, ISONIAZID
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
MEPROBAMATE, MEPROBAMATE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE SULFATE, QUINIDINE SULFATE
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
TAB-PROFEN, IBUPROFEN (OTC)
THEOPHYLLINE, THEOPHYLLINE

**PFIPHARMECS**
* PFIPHARMECS DIV PFIZER INC
CORTRIL, HYDROCORTISONE
TETRACYN, TETRACYCLINE HYDROCHLORIDE

**PFIZER**
* PFIZER CENTRAL RESEARCH
DIFLUCAN, FLUCONAZOLE
ZITHROMAX, AZITHROMYCIN DIHYDRATE

ZOLOFT, SERTRALINE HYDROCHLORIDE
* PFIZER CHEMICALS DIV PFIZER INC
   DIFLUCAN, FLUCONAZOLE
   ZITHROMAX, AZITHROMYCIN DIHYDRATE
* PFIZER INC
   DIFLUCAN, FLUCONAZOLE
   GLUCOTROL XL, GLIPIZIDE
   GLUCOTROL, GLIPIZIDE
   LITHIUM CARBONATE, LITHIUM CARBONATE
   MINIPRESS XL, PRAZOSIN HYDROCHLORIDE
   NORVASC, AMLODIPINE BESYLATE
* PFIZER LABORATORIES DIV PFIZER INC
   BACITRACIN, BACITRACIN
   CARDURA, DOXAZOSIN MESYLATE
   CEFOBID IN PLASTIC CONTAINER, CEFOPERAZONE SODIUM
   CEFOBID, CEFOPERAZONE SODIUM
   CORTRIL, HYDROCORTISONE
   CORTRIL, HYDROCORTISONE ACETATE
   DARICON, OXYPHENCYCLIMINE HYDROCHLORIDE
   DIABINESE, CHLORPROPAMIDE
   FELDENE, PIROXICAM
   FOVANE, BENZTHIAZIDE
   GEOCILLIN, CARBENICILLIN INDANYL SODIUM
   MAGNACORT, HYDROCORTAMATE HYDROCHLORIDE
   MINIPRESS, PRAZOSIN HYDROCHLORIDE
   MINIZIDE, POLYTHIAZIDE
   MITHRACIN, PLICAMYCIN
   MODERIL, RESCINNAMINE
   NEOBIOTIC, NEOMYCIN SULFATE
   NEOMYCIN SULFATE, NEOMYCIN SULFATE
   PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
   PENICILLIN G PROCAINE, PENICILLIN G PROCAINE
   PERMAPEN, PENICILLIN G BENZATHINE
   PFIZER-E, ERYTHROMYCIN STEARATE
   PFIZERPEN G, PENICILLIN G POTASSIUM
   PFIZERPEN VK, PENICILLIN V POTASSIUM
   PFIZERPEN, PENICILLIN G POTASSIUM
   PFIZERPEN-A, AMPICILLIN/AMPICILLIN TRIHYDRATE
   PFIZERPEN-AS, PENICILLIN G PROCAINE
   POLYMIXIN B SULFATE, POLYMYXIN B SULFATE
   PROCARDIA XL, NIFEDIPINE
   PROCARDIA, NIFEDIPINE
   RENESE, POLYTHIAZIDE
   RENESE-R, POLYTHIAZIDE
   SINEQUAN, DOXEPIN HYDROCHLORIDE
   SPECTROBID, BACAMPICILLIN HYDROCHLORIDE
   STERANE, PREDNISOLONE
   STERANE, PREDNISOLONE ACETATE
   STREPTOMYCIN SULFATE, STREPTOMYCIN SULFATE
   TAO, TROLEANDOMYCIN
   TERRA-CORTRIL, HYDROCORTISONE ACETATE
   TERRAMYCIN W/ POLYMYXIN B SULFATE, OXYTETRACYCLINE
     HYDROCHLORIDE

TERRAMYCIN W/ POLYMYXIN, OXYTETRACYCLINE HYDROCHLORIDE
TERRAMYCIN, LIDOCAINE HYDROCHLORIDE
TERRAMYCIN, OXYTETRACYCLINE
TERRAMYCIN, OXYTETRACYCLINE CALCIUM
TERRAMYCIN, OXYTETRACYCLINE HYDROCHLORIDE
TERRAMYCIN-POLYMYXIN, OXYTETRACYCLINE HYDROCHLORIDE
TETRACYN, PROCAINE HYDROCHLORIDE
TETRACYN, TETRACYCLINE HYDROCHLORIDE
TZ-3, TIOCONAZOLE (OTC)
UNASYN, AMPICILLIN SODIUM
UNISOM, DOXYLAMINE SUCCINATE (OTC)
URESE, BENZTHIAZIDE
VANSIL, OXAMNIQUINE
VIBRA-TABS, DOXYCYCLINE HYCLATE
VIBRAMYCIN, DOXYCYCLINE
VIBRAMYCIN, DOXYCYCLINE CALCIUM
VIBRAMYCIN, DOXYCYCLINE HYCLATE
VIOCIN SULFATE, VIOMYCIN SULFATE
VISINE L.R., OXYMETAZOLINE HYDROCHLORIDE (OTC)
VISTARIL, HYDROXYZINE HYDROCHLORIDE
VISTARIL, HYDROXYZINE PAMOATE

## PHARM ASSOC
* PHARMACEUTICAL ASSOC INC DIV BEACH PRODUCTS
   ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
   BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
   H-CORT, HYDROCORTISONE
   HALOPERIDOL, HALOPERIDOL LACTATE
   METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
   PROMETHAZINE HCL AND CODEINE PHOSPHATE, CODEINE PHOSPHATE
   PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
   THEOPHYLLINE, THEOPHYLLINE
   TRIPROLIDINE HCL, TRIPROLIDINE HYDROCHLORIDE

## PHARM SPECLTS ASSOC
* PHARMACEUTICAL SPECIALIST ASSOC
   GENTAMICIN SULFATE, GENTAMICIN SULFATE
   HEPARIN SODIUM, HEPARIN SODIUM

## PHARMA SERVE NY
* PHARMA SERVE INC SUB TORIGIAN LABORATORIES
   AMINOPHYLLINE, AMINOPHYLLINE
   HEPARIN SODIUM, HEPARIN SODIUM
   POTASSIUM CHLORIDE, POTASSIUM CHLORIDE

## PHARMA TEK
* PHARMA TEK INC
   AMPHOTERICIN B, AMPHOTERICIN B
   BACI-RX, BACITRACIN
   HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
   HYDROCORTISONE, HYDROCORTISONE

NEO-RX, NEOMYCIN SULFATE
POLY-RX, POLYMYXIN B SULFATE
POLYMYXIN B SULFATE, POLYMYXIN B SULFATE
ZIBA-RX, BACITRACIN ZINC

**PHARMACHEMIE (NL)**
* PHARMACHEMIE BV
   DOXORUBICIN HCL, DOXORUBICIN HYDROCHLORIDE

**PHARMACHEMIE (US)**
* PHARMACHEMIE USA INC
   METHOTREXATE SODIUM, METHOTREXATE SODIUM

**PHARMACIA**
* PHARMACIA INC
   ADRIAMYCIN PFS, DOXORUBICIN HYDROCHLORIDE
   ADRIAMYCIN RDF, DOXORUBICIN HYDROCHLORIDE
   ADRUCIL, FLUOROURACIL
   AMINESS 5.2% ESSENTIAL AMINO ACIDS W/ HISTADINE, AMINO ACIDS
   AZULFIDINE EN-TABS, SULFASALAZINE
   AZULFIDINE, SULFASALAZINE
   CALMURID HC, HYDROCORTISONE
   CYKLOKAPRON, TRANEXAMIC ACID
   CYSTEINE HCL, CYSTEINE HYDROCHLORIDE
   DIPENTUM, OLSALAZINE SODIUM
   DIZAC, DIAZEPAM
   EMCYT, ESTRAMUSTINE PHOSPHATE SODIUM
   FLUIDIL, CYCLOTHIAZIDE
   FOLEX PFS, METHOTREXATE SODIUM
   FOLEX, METHOTREXATE SODIUM
   FRAGMIN, DALTEPARIN SODIUM
   IDAMYCIN, IDARUBICIN HYDROCHLORIDE
   INTRALIPID 10%, SOYBEAN OIL
   INTRALIPID 20%, SOYBEAN OIL
   INTRALIPID 30%, SOYBEAN OIL
   KABIVITE PED F + W KIT, ASCORBIC ACID
   MYCOBUTIN, RIFABUTIN
   NEOPHAM 6.4%, AMINO ACIDS
   NEOSAR, CYCLOPHOSPHAMIDE
   NICOTROL, NICOTINE
   NOVAMINE 11.4%, AMINO ACIDS
   NOVAMINE 15%, AMINO ACIDS
   NOVAMINE 8.5%, AMINO ACIDS
   R-GENE 10, ARGININE HYDROCHLORIDE
   TYMTRAN, CERULETIDE DIETHYLAMINE
   VANCOR, VANCOMYCIN HYDROCHLORIDE
   VEINAMINE 8%, AMINO ACIDS
   VINCASAR PFS, VINCRISTINE SULFATE
* PHARMACIA LABORATORIES DIV PHARMACIA INC
   AZULFIDINE, SULFASALAZINE

**PHARMADERM**
* PHARMADERM DIV ALTANA INC

BACITRACIN, BACITRACIN
BACITRACIN-NEOMYCIN-POLYMYXIN W/ HYDROCORTISONE
   ACETATE, BACITRACIN
BACITRACIN-NEOMYCIN-POLYMYXIN, BACITRACIN ZINC
BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
ERYTHROMYCIN, ERYTHROMYCIN
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
HYDROCORTISONE, HYDROCORTISONE
NEOMYCIN SULFATE-TRIAMCINOLONE ACETONIDE, NEOMYCIN SULFATE
NYSTATIN, NYSTATIN
NYSTATIN-TRIAMCINOLONE ACETONIDE, NYSTATIN
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRIPLE SULFA, TRIPLE
   SULFA (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)

**PHARMAFAIR**
* PHARMAFAIR INC
BACITRACIN ZINC-NEOMYCIN SULFATE-POLYMYXIN B
   SULFATE, BACITRACIN ZINC
BACITRACIN, BACITRACIN
BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
BOROFAIR, ACETIC ACID, GLACIAL
CARBACHOL, CARBACHOL
CHLOROFAIR, CHLORAMPHENICOL
DEXAIR, DEXAMETHASONE SODIUM PHOSPHATE
DEXASPORIN, DEXAMETHASONE
ERYTHROMYCIN ETHYLSUCCINATE, ERYTHROMYCIN ETHYLSUCCINATE
ERYTHROMYCIN, ERYTHROMYCIN
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
GENTAFAIR, GENTAMICIN SULFATE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
KAINAIR, PROPARACAINE HYDROCHLORIDE
KANAMYCIN SULFATE, KANAMYCIN SULFATE
MYDRIAFAIR, TROPICAMIDE
NAFAZAIR, NAPHAZOLINE HYDROCHLORIDE
NEOMYCIN & POLYMYXIN B SULFATES & BACITRACIN
   ZINC & HYDROCORTISONE, BACITRACIN ZINC
NEOMYCIN SULFATE AND POLYMYXIN B SULFATE GRAMICIDIN,
   GRAMICIDIN
NEOMYCIN SULFATE, POLYMYXIN B SULFATE & HYDROCORTISONE,
   HYDROCORTISONE
NEOMYCIN SULFATE-DEXAMETHASONE SODIUM PHOSPHATE,
   DEXAMETHASONE SODIUM PHOSPHATE
NEOMYCIN SULFATE-POLYMYXIN B SULFATE-HYDROCORTISONE,
   HYDROCORTISONE
NYSTATIN AND TRIAMCINOLONE ACETONIDE, NYSTATIN
NYSTATIN, NYSTATIN
OCUMYCIN, BACITRACIN ZINC
OTICAIR, HYDROCORTISONE
PENTOLAIR, CYCLOPENTOLATE HYDROCHLORIDE

PREDAIR FORTE, PREDNISOLONE SODIUM PHOSPHATE
PREDAIR, PREDNISOLONE SODIUM PHOSPHATE
PREDSULFAIR II, PREDNISOLONE ACETATE
PREDSULFAIR, PREDNISOLONE ACETATE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
SULFACETAMIDE SODIUM, SULFACETAMIDE SODIUM
SULFAIR 10, SULFACETAMIDE SODIUM
SULFAIR FORTE, SULFACETAMIDE SODIUM
SULFAIR-15, SULFACETAMIDE SODIUM
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
ZINC BACITRACIN,NEOMYCIN SULFATE,POLYMYXIN B
   SULFATE & HYDROCORTISONE, BACITRACIN ZINC

**PHARMATON**
* PHARMATON LTD
   LIDOCATON, EPINEPHRINE
   LIDOCATON, LIDOCAINE HYDROCHLORIDE

**PHARMAVITE**
* PHARMAVITE PHARMACEUTICALS
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   ISONIAZID, ISONIAZID
   MEPROBAMATE, MEPROBAMATE
   PREDNISONE, PREDNISONE
   QUINIDINE SULFATE, QUINIDINE SULFATE
   RESERPINE, RESERPINE

**PHARMERAL**
* PHARMERAL INC
   ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
   BUTALBITAL W/ ASPIRIN & CAFFEINE, ASPIRIN
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
   FOLIC ACID, FOLIC ACID
   HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
   HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
   MEPROBAMATE, MEPROBAMATE
   METHOCARBAMOL, METHOCARBAMOL
   PHENYTOIN SODIUM, PHENYTOIN SODIUM, PROMPT
   SULFISOXAZOLE, SULFISOXAZOLE

**PHARMICS**
* PHARMICS INC
   PAREDRINE, HYDROXYAMPHETAMINE HYDROBROMIDE

**PHOENIX LABS NY**
* PHOENIX LABORATORIES INC
   AMINOPHYLLINE, AMINOPHYLLINE
   BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   DEXAMETHASONE, DEXAMETHASONE
   ISONIAZID, ISONIAZID
   PREDNISOLONE, PREDNISOLONE

PREDNISONE, PREDNISONE
QUINIDINE SULFATE, QUINIDINE SULFATE

**PHYS PRODS VA**
* PHYSICIANS PRODUCTS CO INC DIV INTERNATIONAL LATEX CORP
   HYSERPIN, RAUWOLFIA SERPENTINA

**PIONEER PHARMS**
* PIONEER PHARMACEUTICALS INC
   BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
   CARISOPRODOL, CARISOPRODOL
   CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   CHLORTHALIDONE, CHLORTHALIDONE
   CHLORZOXAZONE, CHLORZOXAZONE
   CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
   DIAZEPAM, DIAZEPAM
   DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
   DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
   FOLIC ACID, FOLIC ACID
   INDOMETHACIN, INDOMETHACIN
   METHOCARBAMOL, METHOCARBAMOL
   RESPORAL, DEXBROMPHENIRAMINE MALEATE (OTC)

**PLANTEX**
* PLANTEX USA INC DIV IKAPHARM INC
   SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
      SULFAMETHOXAZOLE
   SULFAMETHOXAZOLE AND TRIMETHOPRIM SINGLE STRENGTH,
      SULFAMETHOXAZOLE

**PLOUGH**
* PLOUGH INC DIV SCHERING PLOUGH INC
   SHADE UVAGUARD, AVOBENZONE (OTC)

**POHL BOSKAMP**
* G POHL BOSKAMP GMBH AND CO
   NITRO IV, NITROGLYCERIN
   NITROLINGUAL, NITROGLYCERIN
   NITRONAL, NITROGLYCERIN

**POLYMEDICA**
* POLYMEDICA INDUSTRIES INC
   NEOPAP, ACETAMINOPHEN (OTC)
   PROMETHACON, PROMETHAZINE HYDROCHLORIDE

**POPULATION COUNCIL**
* POPULATION COUNCIL
   COPPER T MODEL TCU 380A, COPPER
   NORPLANT, LEVONORGESTREL

**POYTHRESS**
* WILLIAM P POYTHRESS AND CO INC