# EXHIBIT AA

APPENDIX B                                                    B - 62
PRODUCT NAME INDEX LISTED BY APPLICANT

BENSULFOID, BENTONITE

**PROCTER AND GAMBLE**
* PROCTER AND GAMBLE CO
    HEAD & SHOULDERS CONDITIONER, PYRITHIONE ZINC (OTC)
    PERIDEX, CHLORHEXIDINE GLUCONATE
* PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBL
    ASACOL, MESALAMINE
    DANTRIUM, DANTROLENE SODIUM
    DIDRONEL, ETIDRONATE DISODIUM
    FURADANTIN, NITROFURANTOIN
    IVADANTIN, NITROFURANTOIN SODIUM
    LABID, THEOPHYLLINE
    MACROBID, NITROFURANTOIN
    MACRODANTIN, NITROFURANTOIN, MACROCRYSTALLINE
    NYSERT, NYSTATIN
    ORLEX HC, ACETIC ACID, GLACIAL
    ORLEX, ACETIC ACID, GLACIAL
    SARENIN, SARALASIN ACETATE

**PROF DSPLS**
* PROFESSIONAL DISPOSABLES INC
    HEXASCRUB, HEXACHLOROPHENE

**PROGRAPHARM**
* PROGRAPHARM USA LTD
    DILTIAZEM HCL, DILTIAZEM HYDROCHLORIDE

**PROTER**
* PROTER LABORATORY SPA
    OXYTETRACYCLINE HCL, OXYTETRACYCLINE HYDROCHLORIDE

**PURDUE FREDERICK**
* PURDUE FREDERICK CO
    ATHROMBIN, WARFARIN SODIUM
    ATHROMBIN-K, WARFARIN POTASSIUM
    BETADINE, POVIDONE-IODINE
    CARDIOQUIN, QUINIDINE POLYGALACTURONATE
    CERUMENEX, TRIETHANOLAMINE POLYPEPTIDE OLEATE CONDENSATE
    DHC PLUS, ACETAMINOPHEN
    MS CONTIN, MORPHINE SULFATE
    PHENY-PAS-TEBAMIN, PHENYL AMINOSALICYLATE
    PHYLLOCONTIN, AMINOPHYLLINE
    SULFABID, SULFAPHENAZOLE
    T-PHYL, THEOPHYLLINE
    UNIPHYL, THEOPHYLLINE

**PUREPAC PHARM**
* PUREPAC PHARMACEUTICAL CO DIV PUREPAC INC
    ACETAMINOPHEN AND CODEINE PHOSPHATE #3, ACETAMINOPHEN
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
    ALLOPURINOL, ALLOPURINOL
    ALPRAZOLAM, ALPRAZOLAM

AMINOPHYLLINE, AMINOPHYLLINE
AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
AMPICILLIN TRIHYDRATE, AMPICILLIN/AMPICILLIN TRIHYDRATE
ASPIRIN AND CAFFEINE W/ BUTALBITAL, ASPIRIN
CARBAMAZEPINE, CARBAMAZEPINE
CARBIDOPA AND LEVODOPA, CARBIDOPA
CEFADROXIL, CEFADROXIL/CEFADROXIL HEMIHYDRATE
CEPHALEXIN, CEPHALEXIN
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CHLORTHALIDONE, CHLORTHALIDONE
CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
CORTISONE ACETATE, CORTISONE ACETATE
DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
DIAZEPAM, DIAZEPAM
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DIPYRIDAMOLE, DIPYRIDAMOLE
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
GEMFIBROZIL, GEMFIBROZIL
HALOPERIDOL, HALOPERIDOL
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
HYDROCORTISONE, HYDROCORTISONE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
IBUPROFEN, IBUPROFEN
IBUPROFEN, IBUPROFEN (OTC)
ISONIAZID, ISONIAZID
LORAZEPAM, LORAZEPAM
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METHYLTESTOSTERONE, METHYLTESTOSTERONE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
NAPROXEN, NAPROXEN
NIACIN, NIACIN
NIFEDIPINE, NIFEDIPINE
OXAZEPAM, OXAZEPAM
OXYTETRACYCLINE HCL, OXYTETRACYCLINE HYDROCHLORIDE
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PENICILLIN V POTASSIUM, PENICILLIN V POTASSIUM
PINDOLOL, PINDOLOL
PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE

APPENDIX B                                    B - 63
PRODUCT NAME INDEX LISTED BY APPLICANT

PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, RESERPINE
SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SPIRONOLACTONE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFISOXAZOLE, SULFISOXAZOLE
TEMAZEPAM, TEMAZEPAM
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
TOLBUTAMIDE, TOLBUTAMIDE
TOLMETIN SODIUM, TOLMETIN SODIUM
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIPLE SULFA, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

PVT FORM
* PRIVATE FORMULATIONS INC
  ALLERFED, PSEUDOEPHEDRINE HYDROCHLORIDE
  BENZTHIAZIDE, BENZTHIAZIDE
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  DEXAMETHASONE, DEXAMETHASONE
  DI-METREX, PHENDIMETRAZINE TARTRATE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
  DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
  ESTERIFIED ESTROGENS, ESTROGENS, ESTERIFIED
  FEMOGEN, ESTROGENS, ESTERIFIED
  FOLIC ACID, FOLIC ACID
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  IBUPROFEN, IBUPROFEN
  IBUPROFEN, IBUPROFEN (OTC)
  MEPROBAMATE, MEPROBAMATE
  METHSCOPOLAMINE BROMIDE, METHSCOPOLAMINE BROMIDE
  METHYLTESTOSTERONE, METHYLTESTOSTERONE
  PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  PROFEN, IBUPROFEN (OTC)
  PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
  PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE

PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, RESERPINE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE

** Q **

QUAD PHARMS
* QUAD PHARMACEUTICALS INC
  ACETAZOLAMIDE SODIUM, ACETAZOLAMIDE SODIUM
  ACETYLCYSTEINE, ACETYLCYSTEINE
  AMINOCAPROIC ACID, AMINOCAPROIC ACID
  AMINOHIPPURATE SODIUM, AMINOHIPPURATE SODIUM
  AZATHIOPRINE, AZATHIOPRINE SODIUM
  BACITRACIN, BACITRACIN
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  BRETYLIUM TOSYLATE, BRETYLIUM TOSYLATE
  CHORIONIC GONADOTROPIN, GONADOTROPIN, CHORIONIC
  CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  CYTARABINE, CYTARABINE
  DACARBAZINE, DACARBAZINE
  DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE
  DIAZOXIDE, DIAZOXIDE
  DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
  DROPERIDOL, DROPERIDOL
  ERYTHROMYCIN LACTOBIONATE, ERYTHROMYCIN LACTOBIONATE
  ESTRADIOL CYPIONATE, ESTRADIOL CYPIONATE
  FLOXURIDINE, FLOXURIDINE
  FLUOROURACIL, FLUOROURACIL
  FLUPHENAZINE HCL, FLUPHENAZINE HYDROCHLORIDE
  FLUPHENAZINE, FLUPHENAZINE DECANOATE
  GLUCAGON, GLUCAGON HYDROCHLORIDE
  GLYCOPYRROLATE, GLYCOPYRROLATE
  HALOPERIDOL, HALOPERIDOL LACTATE
  HYDROCORTISONE SODIUM PHOSPHATE, HYDROCORTISONE
      SODIUM PHOSPHATE
  HYDROXYPROGESTERONE CAPROATE, HYDROXYPROGESTERONE CAPROATE
  ISONIAZID, ISONIAZID
  KANAMYCIN SULFATE, KANAMYCIN SULFATE
  KETAMINE HCL, KETAMINE HYDROCHLORIDE
  LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
  LINCOMYCIN HCL, LINCOMYCIN HYDROCHLORIDE
  METHOTREXATE SODIUM, METHOTREXATE SODIUM
  METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
  METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
      SODIUM SUCCINATE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  METOCURINE IODIDE, METOCURINE IODIDE
  NALBUPHINE, NALBUPHINE HYDROCHLORIDE
  NALOXONE HCL, NALOXONE HYDROCHLORIDE
  NANDDROLONE DECANOATE, NANDROLONE DECANOATE

NANDROLONE DECANOATE, NANDROLONE DECANOATE
NANDROLONE PHENPROPIONATE, NANDROLONE PHENPROPIONATE
NITROGLYCERIN, NITROGLYCERIN
PANCURONIUM BROMIDE, PANCURONIUM BROMIDE
PRALIDOXIME CHLORIDE, PRALIDOXIME CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROTAMINE SULFATE, PROTAMINE SULFATE
RITODRINE HCL, RITODRINE HYDROCHLORIDE
SULFAMETHOPRIM, SULFAMETHOXAZOLE
TESTOSTERONE CYPIONATE, TESTOSTERONE CYPIONATE
TESTOSTERONE ENANTHATE, TESTOSTERONE ENANTHATE
TESTOSTERONE PROPIONATE, TESTOSTERONE PROPIONATE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE
TUBOCURARINE CHLORIDE, TUBOCURARINE CHLORIDE
VANCOMYCIN HCL, VANCOMYCIN HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE
VINBLASTINE SULFATE, VINBLASTINE SULFATE
VINCRISTINE SULFATE, VINCRISTINE SULFATE

**QUANTUM PHARMICS**
* QUANTUM PHARMICS LTD
  BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
  BUTALBITAL ASPIRIN AND CAFFEINE, ASPIRIN
  CLOPRA, METOCLOPRAMIDE HYDROCHLORIDE
  CLOPRA-"YELLOW", METOCLOPRAMIDE HYDROCHLORIDE
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
  DOXYLAMINE SUCCINATE, DOXYLAMINE SUCCINATE
  FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
  HALOPERIDOL, HALOPERIDOL
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
  LORAZ, LORAZEPAM
  MECLODIUM, MECLOFENAMATE SODIUM
  MINODYL, MINOXIDIL
  NYSTATIN, NYSTATIN
  OXYBUTYNIN CHLORIDE, OXYBUTYNIN CHLORIDE
  PHENTERMINE RESIN 30, PHENTERMINE RESIN COMPLEX
  Q-GESIC, ASPIRIN
  Q-PAM, DIAZEPAM
  TEMAZ, TEMAZEPAM
  TIMOLOL MALEATE, TIMOLOL MALEATE
  TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
  TRIALODINE, TRAZODONE HYDROCHLORIDE
  TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  ZAXOPAM, OXAZEPAM

        ** R **

**RACHELLE**
* RACHELLE LABORATORIES INC
  CHLORDIAZACHEL, CHLORDIAZEPOXIDE HYDROCHLORIDE

DOXY-TABS, DOXYCYCLINE HYCLATE
DOXYCHEL HYCLATE, DOXYCYCLINE HYCLATE
DOXYCHEL, DOXYCYCLINE
MYCHEL, CHLORAMPHENICOL

**RECKITT AND COLMAN**
* RECKITT AND COLMAN PHARMACEUTICALS INC
  BUPRENEX, BUPRENORPHINE HYDROCHLORIDE

**REED AND CARNRICK**
* REED AND CARNRICK DIV BLOCK DRUG CO INC
  CORTIFOAM, HYDROCORTISONE ACETATE
  LEVATOL, PENBUTOLOL SULFATE
* REED AND CARNRICK PHARMACEUTICALS DIV BLOCK DRUG CO INC
  COLYTE, POLYETHYLENE GLYCOL 3350
  COLYTE-FLAVORED, POLYETHYLENE GLYCOL 3350
  DILATRATE-SR, ISOSORBIDE DINITRATE
  EPIFOAM, HYDROCORTISONE ACETATE
  ETHAMOLIN, ETHANOLAMINE OLEATE
  KWELL, LINDANE
  PROCTOFOAM HC, HYDROCORTISONE ACETATE

**RES INDS**
* RESEARCH INDUSTRIES CORP
  RIMSO-50, DIMETHYL SULFOXIDE

**REXALL**
* REXALL DRUG CO
  PREDNISONE, PREDNISONE
  RESERPINE, RESERPINE

**REXAR**
* REXAR PHARMACAL CORP
  DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
  METHAMPHETAMINE HCL, METHAMPHETAMINE HYDROCHLORIDE
  OBY-TRIM, PHENTERMINE HYDROCHLORIDE
  X-TROZINE L.A., PHENDIMETRAZINE TARTRATE
  X-TROZINE, PHENDIMETRAZINE TARTRATE

**RHONE POULENC RORER**
* RHONE POULENC RORER PHARMACEUTICALS INC
  ACTHAR, CORTICOTROPIN
  AZMACORT, TRIAMCINOLONE ACETONIDE
  AZOLID, PHENYLBUTAZONE
  CALCIMAR, CALCITONIN, SALMON
  CERUBIDINE, DAUNORUBICIN HYDROCHLORIDE
  DDAVP, DESMOPRESSIN ACETATE
  DEMI-REGROTON, CHLORTHALIDONE
  DESMOPRESSIN ACETATE, DESMOPRESSIN ACETATE
  DILACOR XR, DILTIAZEM HYDROCHLORIDE
  DORIDEN, GLUTETHIMIDE
  H.P. ACTHAR GEL, CORTICOTROPIN
  HYGROTON, CHLORTHALIDONE

APPENDIX B                                                    B - 65
PRODUCT NAME INDEX LISTED BY APPLICANT

LOVENOX, ENOXAPARIN SODIUM
LOZOL, INDAPAMIDE
NASACORT, TRIAMCINOLONE ACETONIDE
NICOLAR, NIACIN
PARATHAR, TERIPARATIDE ACETATE
PENETREX, ENOXACIN
PENTACARINAT, PENTAMIDINE ISETHIONATE
PERTOFRANE, DESIPRAMINE HYDROCHLORIDE
PRESAMINE, IMIPRAMINE HYDROCHLORIDE
REGROTON, CHLORTHALIDONE
SLO-BID, THEOPHYLLINE
SLO-PHYLLIN, THEOPHYLLINE

**ROACO DC**
* TJ ROACO LTD
  BETADERM, BETAMETHASONE VALERATE

**ROBERTS AND HAUCK**
* ROBERTS AND HAUCK PHARMACEUTICALS INC
  ANOQUAN, ACETAMINOPHEN

**ROBERTS LABS**
* ROBERTS LABORATORIES INC
  BANTHINE, METHANTHELINE BROMIDE
  DOPAR, LEVODOPA
  DUVOID, BETHANECHOL CHLORIDE
  ETHMOZINE, MORICIZINE HYDROCHLORIDE
  FURACIN, NITROFURAZONE
  FUROXONE, FURAZOLIDONE
  NORETHIN 1/35E-21, ETHINYL ESTRADIOL
  NORETHIN 1/35E-28, ETHINYL ESTRADIOL
  NORETHIN 1/50M-21, MESTRANOL
  NORETHIN 1/50M-28, MESTRANOL
  PRO-BANTHINE, PROPANTHELINE BROMIDE
  QUIBRON-T, THEOPHYLLINE
  QUIBRON-T/SR, THEOPHYLLINE
  SALURON, HYDROFLUMETHIAZIDE
  SALUTENSIN, HYDROFLUMETHIAZIDE
  SALUTENSIN-DEMI, HYDROFLUMETHIAZIDE
  SUPPRELIN, HISTRELIN ACETATE
  TOPICYCLINE, TETRACYCLINE HYDROCHLORIDE
  URACIL MUSTARD, URACIL MUSTARD

**ROBINS AH**
* AH ROBINS CO
  DIMETANE, BROMPHENIRAMINE MALEATE
  DIMETANE, BROMPHENIRAMINE MALEATE (OTC)
  DIMETANE-DC, BROMPHENIRAMINE MALEATE
  DIMETANE-DX, BROMPHENIRAMINE MALEATE
  DIMETAPP, BROMPHENIRAMINE MALEATE (OTC)
  DOPRAM, DOXAPRAM HYDROCHLORIDE
  EXNA, BENZTHIAZIDE
  MICRO-K 10, POTASSIUM CHLORIDE

MICRO-K LS, POTASSIUM CHLORIDE
MICRO-K, POTASSIUM CHLORIDE
PHENAPHEN W/ CODEINE NO. 2, ACETAMINOPHEN
PHENAPHEN W/ CODEINE NO. 3, ACETAMINOPHEN
PHENAPHEN W/ CODEINE NO. 4, ACETAMINOPHEN
PHENAPHEN-650 W/ CODEINE, ACETAMINOPHEN
PONDIMIN, FENFLURAMINE HYDROCHLORIDE
QUINIDEX, QUINIDINE SULFATE
REGLAN, METOCLOPRAMIDE HYDROCHLORIDE
ROBAXIN, METHOCARBAMOL
ROBAXIN-750, METHOCARBAMOL
ROBAXISAL, ASPIRIN
ROBIMYCIN, ERYTHROMYCIN
ROBINUL FORTE, GLYCOPYRROLATE
ROBINUL, GLYCOPYRROLATE
TENATHAN, BETHANIDINE SULFATE
TENEX, GUANFACINE HYDROCHLORIDE

**ROCHE**
* HOFFMANN LAROCHE INC
  ACCUTANE, ISOTRETINOIN
  ANCOBON, FLUCYTOSINE
  ARFONAD, TRIMETHAPHAN CAMSYLATE
  AZO GANTANOL, PHENAZOPYRIDINE HYDROCHLORIDE
  AZO GANTRISIN, PHENAZOPYRIDINE HYDROCHLORIDE
  BACTRIM DS, SULFAMETHOXAZOLE
  BACTRIM PEDIATRIC, SULFAMETHOXAZOLE
  BACTRIM, SULFAMETHOXAZOLE
  BEROCCA PN, ASCORBIC ACID
  BUMEX, BUMETANIDE
  COACTIN, AMDINOCILLIN
  EFUDEX, FLUOROURACIL
  ENDEP, AMITRIPTYLINE HYDROCHLORIDE
  FANSIDAR, PYRIMETHAMINE
  FLUOROURACIL, FLUOROURACIL
  FUDR, FLOXURIDINE
  GANTANOL, SULFAMETHOXAZOLE
  GANTANOL-DS, SULFAMETHOXAZOLE
  GANTRISIN PEDIATRIC, SULFISOXAZOLE ACETYL
  GANTRISIN, SULFISOXAZOLE
  GANTRISIN, SULFISOXAZOLE ACETYL
  GANTRISIN, SULFISOXAZOLE DIOLAMINE
  HIVID, ZALCITABINE
  KLONOPIN, CLONAZEPAM
  KONAKION, PHYTONADIONE
  LARIAM, MEFLOQUINE HYDROCHLORIDE
  LARODOPA, LEVODOPA
  LEVO-DROMORAN, LEVORPHANOL TARTRATE
  LIBRELEASE, CHLORDIAZEPOXIDE
  LIBRIUM, CHLORDIAZEPOXIDE HYDROCHLORIDE
  LIMBITROL, AMITRIPTYLINE HYDROCHLORIDE
  LIPO GANTRISIN, SULFISOXAZOLE ACETYL
  LORFAN, LEVALLORPHAN TARTRATE

MATULANE, PROCARBAZINE HYDROCHLORIDE
MENRIUM 10-4, CHLORDIAZEPOXIDE
MENRIUM 5-2, CHLORDIAZEPOXIDE
MENRIUM 5-4, CHLORDIAZEPOXIDE
MESTINON, PYRIDOSTIGMINE BROMIDE
NIPRIDE, SODIUM NITROPRUSSIDE
NOLUDAR, METHYPRYLON
PROVOCHOLINE, METHACHOLINE CHLORIDE
QUARZAN, CLIDINIUM BROMIDE
RIMADYL, CARPROFEN
RIMIFON, ISONIAZID
ROCALTROL, CALCITRIOL
ROCEPHIN W/ DEXTROSE IN PLASTIC CONTAINER, CEFTRIAXONE
    SODIUM
ROCEPHIN, CEFTRIAXONE SODIUM
ROMAZICON, FLUMAZENIL
SOLATENE, BETA-CAROTENE
SYNKAYVITE, MENADIOL SODIUM DIPHOSPHATE
TARACTAN, CHLORPROTHIXENE
TEGISON, ETRETINATE
TENSILON, EDROPHONIUM CHLORIDE
TRIMPEX 200, TRIMETHOPRIM
TRIMPEX, TRIMETHOPRIM
VALIUM, DIAZEPAM
VALRELEASE, DIAZEPAM
VERSED, MIDAZOLAM HYDROCHLORIDE
* ROCHE LABORATORIES DIV HOFFMANN LAROCHE INC
ROCEPHIN, CEFTRIAXONE SODIUM
* ROCHE PRODUCTS INC
DALMANE, FLURAZEPAM HYDROCHLORIDE
LIBRITABS, CHLORDIAZEPOXIDE
LIBRIUM, CHLORDIAZEPOXIDE HYDROCHLORIDE


**ROERIG**
* ROERIG DIV PFIZER INC
ANTIVERT, MECLIZINE HYDROCHLORIDE
ATARAX, HYDROXYZINE HYDROCHLORIDE
EMETE-CON, BENZQUINAMIDE HYDROCHLORIDE
GEOPEN, CARBENICILLIN DISODIUM
NAVANE, THIOTHIXENE
NAVANE, THIOTHIXENE HYDROCHLORIDE
SUSTAIRE, THEOPHYLLINE
TAO, TROLEANDOMYCIN


**RORER**
* RORER PHARMACEUTICAL CORP SUB RORER GROUP
NITROL, NITROGLYCERIN


**ROSEMONT**
* ROSEMONT PHARMACEUTICAL CORP
ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
ACETOHEXAMIDE, ACETOHEXAMIDE
AMANTADINE HCL, AMANTADINE HYDROCHLORIDE

AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
BACLOFEN, BACLOFEN
BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
CARBAMAZEPINE, CARBAMAZEPINE
CHLORDIAZEPOXIDE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
    HYDROCHLORIDE
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CLOFIBRATE, CLOFIBRATE
CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
DESIPRAMINE HCL, DESIPRAMINE HYDROCHLORIDE
DIPHEN, DIPHENHYDRAMINE HYDROCHLORIDE
DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
FLUOXYMESTERONE, FLUOXYMESTERONE
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
HYDROCORTISONE, HYDROCORTISONE
HYDROFLUMETHIAZIDE AND RESERPINE, HYDROFLUMETHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
LITHIUM CARBONATE, LITHIUM CARBONATE
LORAZEPAM, LORAZEPAM
MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
MEDROXYPROGESTERONE ACETATE, MEDROXYPROGESTERONE ACETATE
MEGESTROL ACETATE, MEGESTROL ACETATE
MEPROBAMATE, MEPROBAMATE
METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLTESTOSTERONE, METHYLTESTOSTERONE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
MINOXIDIL, MINOXIDIL
MYFED, PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)
MYIDYL, TRIPROLIDINE HYDROCHLORIDE
MYMETHAZINE FORTIS, PROMETHAZINE HYDROCHLORIDE
NYSTATIN, NYSTATIN
OXYBUTYNIN CHLORIDE, OXYBUTYNIN CHLORIDE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
PRAZEPAM, PRAZEPAM
QUINIDINE SULFATE, QUINIDINE SULFATE
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULMEPRIM PEDIATRIC, SULFAMETHOXAZOLE
SULMEPRIM, SULFAMETHOXAZOLE
TEMAZEPAM, TEMAZEPAM

APPENDIX B                                                          B - 67
PRODUCT NAME INDEX LISTED BY APPLICANT

TIMOLOL MALEATE, TIMOLOL MALEATE
TOLAZAMIDE, TOLAZAMIDE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRIMIPRAMINE MALEATE, TRIMIPRAMINE MALEATE
VALPROIC ACID, VALPROIC ACID
WARFARIN SODIUM, WARFARIN SODIUM

**ROSS LABS**
* ROSS LABORATORIES DIV ABBOTT LABORATORIES INC
PEDIAMYCIN 400, ERYTHROMYCIN ETHYLSUCCINATE
PEDIAMYCIN, ERYTHROMYCIN ETHYLSUCCINATE
PEDIAZOLE, ERYTHROMYCIN ETHYLSUCCINATE
SURVANTA, BERACTANT

**ROXANE**
* ROXANE LABORATORIES INC
ACETAMINOPHEN AND CODEINE PHOSPHATE NO. 4, ACETAMINOPHEN
ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
ACETAMINOPHEN W/ CODEINE NO. 2, ACETAMINOPHEN
ACETAMINOPHEN W/ CODEINE NO. 3, ACETAMINOPHEN
ACETAMINOPHEN W/ CODEINE, ACETAMINOPHEN
ACETAMINOPHEN, ACETAMINOPHEN (OTC)
ACETYLCYSTEINE, ACETYLCYSTEINE
ALPRAZOLAM, ALPRAZOLAM
AMINOPHYLLINE, AMINOPHYLLINE
AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROMAZINE HCL INTENSOL, CHLORPROMAZINE HYDROCHLORIDE
CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
CIMETIDINE, CIMETIDINE
DEXAMETHASONE INTENSOL, DEXAMETHASONE
DEXAMETHASONE, DEXAMETHASONE
DIAZEPAM INTENSOL, DIAZEPAM
DIAZEPAM, DIAZEPAM
DIFLUNISAL, DIFLUNISAL
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
FUROSEMIDE, FUROSEMIDE
HALOPERIDOL INTENSOL, HALOPERIDOL LACTATE
HALOPERIDOL, HALOPERIDOL
HYDROCHLOROTHIAZIDE INTENSOL, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE, HYDROCORTISONE
IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
INDOMETHACIN, INDOMETHACIN
ISOETHARINE HCL, ISOETHARINE HYDROCHLORIDE
LACTULOSE, LACTULOSE
LEUCOVORIN CALCIUM, LEUCOVORIN CALCIUM
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
LIDOCAINE VISCOUS, LIDOCAINE HYDROCHLORIDE
LITHIUM CARBONATE, LITHIUM CARBONATE
LITHIUM CITRATE, LITHIUM CITRATE
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE
LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
LORAZEPAM INTENSOL, LORAZEPAM
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
MEPROBAMATE, MEPROBAMATE
METHADONE HCL INTENSOL, METHADONE HYDROCHLORIDE
METHADONE HCL, METHADONE HYDROCHLORIDE
METHOCARBAMOL, METHOCARBAMOL
METHOTREXATE SODIUM, METHOTREXATE SODIUM
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METOCLOPRAMIDE INTENSOL, METOCLOPRAMIDE HYDROCHLORIDE
NAPROXEN SODIUM, NAPROXEN SODIUM
NAPROXEN, NAPROXEN
NEOMYCIN SULFATE, NEOMYCIN SULFATE
NYSTATIN, NYSTATIN
ORAMORPH SR, MORPHINE SULFATE
OXYCODONE AND ASPIRIN (HALF-STRENGTH), ASPIRIN
PIROXICAM, PIROXICAM
POTASSIUM IODIDE, POTASSIUM IODIDE (OTC)
PREDNISOLONE, PREDNISOLONE
PREDNISONE INTENSOL, PREDNISONE
PREDNISONE, PREDNISONE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPRANOLOL HCL INTENSOL, PROPRANOLOL HYDROCHLORIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE
ROXICET 5/500, ACETAMINOPHEN
ROXICET, ACETAMINOPHEN
ROXIPRIN, ASPIRIN
SODIUM POLYSTYRENE SULFONATE, SODIUM POLYSTYRENE SULFONATE
SULFAMETHOXAZOLE AND TRIMETHOPRIM DOUBLE STRENGTH,
    SULFAMETHOXAZOLE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
SULFISOXAZOLE, SULFISOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THEOPHYLLINE, THEOPHYLLINE
THIORIDAZINE HCL INTENSOL, THIORIDAZINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
THIOTHIXENE HCL INTENSOL, THIOTHIXENE HYDROCHLORIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIAZOLAM, TRIAZOLAM

**ROYCE LABS**
* ROYCE LABORATORIES INC
ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
AMILORIDE HCL AND HYDROCHLOROTHIAZIDE, AMILORIDE
    HYDROCHLORIDE

APPENDIX B                                                                      B - 68
PRODUCT NAME INDEX LISTED BY APPLICANT

BACLOFEN, BACLOFEN
CHLORZOXAZONE, CHLORZOXAZONE
CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
DOXEPIN HCL, DOXEPIN HYDROCHLORIDE
HALOPERIDOL, HALOPERIDOL
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
LORAZEPAM, LORAZEPAM
MINOXIDIL, MINOXIDIL
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
   HYDROCHLORIDE

          ** S **

**SANDOZ**
* SANDOZ PHARMACEUTICALS CORP DIV SANDOZ INC
   ACYLANID, ACETYLDIGITOXIN
   CAFERGOT, CAFFEINE
   CEDILANID-D, DESLANOSIDE
   CLOZARIL, CLOZAPINE
   D.H.E. 45, DIHYDROERGOTAMINE MESYLATE
   DIAPID, LYPRESSIN
   DYNACIRC CR, ISRADIPINE
   DYNACIRC, ISRADIPINE
   EMBOLEX, DIHYDROERGOTAMINE MESYLATE
   FIORICET W/ CODEINE, ACETAMINOPHEN
   FIORICET, ACETAMINOPHEN
   FIORINAL W/CODEINE NO 3, ASPIRIN
   FIORINAL, ASPIRIN
   HYDERGINE LC, ERGOLOID MESYLATES
   HYDERGINE, ERGOLOID MESYLATES
   LAMISIL, TERBINAFINE HYDROCHLORIDE
   LESCOL, FLUVASTATIN SODIUM
   MELLARIL, THIORIDAZINE HYDROCHLORIDE
   MELLARIL-S, THIORIDAZINE
   MESANTOIN, MEPHENYTOIN
   METHERGINE, METHYLERGONOVINE MALEATE
   MIACALCIN, CALCITONIN, SALMON
   PAMELOR, NORTRIPTYLINE HYDROCHLORIDE
   PARLODEL, BROMOCRIPTINE MESYLATE
   RENORMAX, SPIRAPRIL HYDROCHLORIDE
   RESTORIL, TEMAZEPAM
   SANDIMMUNE, CYCLOSPORINE
   SANDOSTATIN, OCTREOTIDE ACETATE
   SANOREX, MAZINDOL
   SANSERT, METHYSERGIDE MALEATE
   SERENTIL, MESORIDAZINE BESYLATE
   SYNTOCINON, OXYTOCIN
   TAVIST D, CLEMASTINE FUMARATE
   TAVIST, CLEMASTINE FUMARATE
   TAVIST-1, CLEMASTINE FUMARATE
   TAVIST-1, CLEMASTINE FUMARATE (OTC)
   TAVIST-D, CLEMASTINE FUMARATE (OTC)
   TORECAN, THIETHYLPERAZINE MALATE

   TORECAN, THIETHYLPERAZINE MALEATE
   TREST, METHIXENE HYDROCHLORIDE
   TRIAMINIC-12, CHLORPHENIRAMINE MALEATE (OTC)
   VISKAZIDE, HYDROCHLOROTHIAZIDE
   VISKEN, PINDOLOL

**SANKYO**
* SANKYO USA CORP
   BANAN, CEFPODOXIME PROXETIL

**SANOFI WINTHROP**
* SANOFI WINTHROP INC
   ARALEN HCL, CHLOROQUINE HYDROCHLORIDE
   ARALEN PHOSPHATE W/ PRIMAQUINE PHOSPHATE, CHLOROQUINE
      PHOSPHATE
   ARALEN, CHLOROQUINE PHOSPHATE
   BRONKOMETER, ISOETHARINE MESYLATE
   BRONKOSOL, ISOETHARINE HYDROCHLORIDE
   BRYREL, PIPERAZINE CITRATE
   BUMETANIDE, BUMETANIDE
   DANOCRINE, DANAZOL
   DRISDOL, ERGOCALCIFEROL
   FUROSEMIDE, FUROSEMIDE
   INOCOR, AMRINONE LACTATE
   ISUPREL, ISOPROTERENOL HYDROCHLORIDE
   KAYEXALATE, SODIUM POLYSTYRENE SULFONATE
   LEVOPHED, NOREPINEPHRINE BITARTRATE
   LOTUSATE, TALBUTAL
   MODRASTANE, TRILOSTANE
   MYTELASE, AMBENONIUM CHLORIDE
   NEGGRAM, NALIDIXIC ACID
   PHISO-SCRUB, HEXACHLOROPHENE
   PHISOHEX, HEXACHLOROPHENE
   PLAQUENIL, HYDROXYCHLOROQUINE SULFATE
   PRIMACOR IN DEXTROSE 5% IN PLASTIC CONTAINER,
      MILRINONE LACTATE
   PRIMACOR, MILRINONE LACTATE
   PRIMAQUINE, PRIMAQUINE PHOSPHATE
   TALACEN, ACETAMINOPHEN
   TALWIN COMPOUND, ASPIRIN
   TALWIN NX, NALOXONE HYDROCHLORIDE
   TALWIN, PENTAZOCINE LACTATE
   TORNALATE, BITOLTEROL MESYLATE
   TRANCOPAL, CHLORMEZANONE
   WINSTROL, STANOZOLOL

**SAVAGE LABS**
* SAVAGE LABORATORIES INC DIV ALTANA INC
   ALPHATREX, BETAMETHASONE DIPROPIONATE
   AXOTAL, ASPIRIN
   BETATREX, BETAMETHASONE VALERATE
   CHYMEX, BENTIROMIDE
   DILOR, DYPHYLLINE

APPENDIX B                                                          B − 69
PRODUCT NAME INDEX LISTED BY APPLICANT

DILOR-400, DYPHYLLINE
DITATE-DS, ESTRADIOL VALERATE
ETHIODOL, ETHIODIZED OIL
FLUOTREX, FLUOCINOLONE ACETONIDE
GVS, GENTIAN VIOLET
K-LEASE, POTASSIUM CHLORIDE
KAON CL, POTASSIUM CHLORIDE
KAON CL-10, POTASSIUM CHLORIDE
MYTREX A, NEOMYCIN SULFATE
MYTREX F, NYSTATIN
NYSTEX, NYSTATIN
RUVITE, CYANOCOBALAMIN
SATRIC, METRONIDAZOLE
TRYMEX, TRIAMCINOLONE ACETONIDE
TRYSUL, TRIPLE SULFA
    (SULFABENZAMIDE;SULFACETAMIDE;SULFATHIAZOLE)
XYLO-PFAN, XYLOSE

**SCHEIN**
* SCHEIN PHARMACEUTICAL INC
  INFED, IRON DEXTRAN

**SCHERER**
* RP SCHERER CORP
  NIFEDIPINE, NIFEDIPINE
* RP SCHERER NORTH AMERICA
  NIFEDIPINE, NIFEDIPINE
  VALPROIC ACID, VALPROIC ACID
* RP SCHERER NORTH AMERICA DIV RP SCHERER CORP
  DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
  THEOPHYLLINE, THEOPHYLLINE
  THEOPHYLLINE-SR, THEOPHYLLINE
  VALPROIC ACID, VALPROIC ACID

**SCHERING**
* SCHERING CORP
  GUANIDINE HCL, GUANIDINE HYDROCHLORIDE
  LOTRISONE, BETAMETHASONE DIPROPIONATE
  VALISONE, BETAMETHASONE VALERATE
* SCHERING CORP SUB SCHERING PLOUGH CORP
  AKRINOL, ACRISORCIN
  BETAPAR, MEPREDNISONE
  CELESTONE SOLUSPAN, BETAMETHASONE ACETATE
  CELESTONE, BETAMETHASONE
  CELESTONE, BETAMETHASONE SODIUM PHOSPHATE
  CHLOR-TRIMETON, CHLORPHENIRAMINE MALEATE
  CLARITIN, LORATADINE
  CLARITIN-D, LORATADINE
  DIPROLENE AF, BETAMETHASONE DIPROPIONATE
  DIPROLENE, BETAMETHASONE DIPROPIONATE
  DIPROSONE, BETAMETHASONE DIPROPIONATE
  DISOMER, DEXBROMPHENIRAMINE MALEATE
  DISOPHROL, DEXBROMPHENIRAMINE MALEATE (OTC)

ELOCON, MOMETASONE FUROATE
ESTINYL, ETHINYL ESTRADIOL
ETRAFON 2-10, AMITRIPTYLINE HYDROCHLORIDE
ETRAFON 2-25, AMITRIPTYLINE HYDROCHLORIDE
ETRAFON-A, AMITRIPTYLINE HYDROCHLORIDE
ETRAFON-FORTE, AMITRIPTYLINE HYDROCHLORIDE
EULEXIN, FLUTAMIDE
FULVICIN P/G 165, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
FULVICIN P/G 330, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
FULVICIN P/G, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
FULVICIN-U/F, GRISEOFULVIN, MICROCRYSTALLINE
GARAMYCIN, GENTAMICIN SULFATE
HYPERSTAT, DIAZOXIDE
K-DUR 10, POTASSIUM CHLORIDE
K-DUR 20, POTASSIUM CHLORIDE
LOTRIMIN AF, CLOTRIMAZOLE (OTC)
LOTRIMIN, CLOTRIMAZOLE
METI-DERM, PREDNISOLONE
METICORTELONE, PREDNISOLONE ACETATE
METICORTEN, PREDNISONE
METIMYD, PREDNISOLONE ACETATE
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRETON, PREDNISOLONE SODIUM PHOSPHATE
MIRADON, ANISINDIONE
NAQUA, TRICHLORMETHIAZIDE
NAQUIVAL, RESERPINE
NETROMYCIN, NETILMICIN SULFATE
NORMODYNE, LABETALOL HYDROCHLORIDE
NORMOZIDE, HYDROCHLOROTHIAZIDE
OPTIMINE, AZATADINE MALEATE
ORETON METHYL, METHYLTESTOSTERONE
ORETON, METHYLTESTOSTERONE
OTOBIONE, HYDROCORTISONE
OTOBIOTIC, HYDROCORTISONE
PAXIPAM, HALAZEPAM
PERMITIL, FLUPHENAZINE HYDROCHLORIDE
POLARAMINE, DEXCHLORPHENIRAMINE MALEATE
PRANTAL, DIPHEMANIL METHYLSULFATE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROVENTIL, ALBUTEROL
PROVENTIL, ALBUTEROL SULFATE
RELA, CARISOPRODOL
SODIUM SULAMYD, SULFACETAMIDE SODIUM
THEOVENT, THEOPHYLLINE
TINDAL, ACETOPHENAZINE MALEATE
TREMIN, TRIHEXYPHENIDYL HYDROCHLORIDE
TRILAFON, PERPHENAZINE
TRINALIN, AZATADINE MALEATE
VALISONE, BETAMETHASONE VALERATE
VANCENASE AQ, BECLOMETHASONE DIPROPIONATE MONOHYDRATE
VANCENASE, BECLOMETHASONE DIPROPIONATE
VANCERIL, BECLOMETHASONE DIPROPIONATE

**SCHERING PLOUGH**

\* SCHERING PLOUGH CORP
  IMDUR, ISOSORBIDE MONONITRATE
\* SCHERING PLOUGH HEALTHCARE PRODUCTS INC
  AFRINOL, PSEUDOEPHEDRINE SULFATE (OTC)
  CHLOR-TRIMETON, CHLORPHENIRAMINE MALEATE
  CHLOR-TRIMETON, CHLORPHENIRAMINE MALEATE (OTC)
  DEMAZIN, CHLORPHENIRAMINE MALEATE (OTC)
  DISOPHROL, DEXBROMPHENIRAMINE MALEATE (OTC)
  DRIXORAL PLUS, ACETAMINOPHEN (OTC)
  DRIXORAL, DEXBROMPHENIRAMINE MALEATE (OTC)
  GYNE-LOTRIMIN COMBINATION PACK, CLOTRIMAZOLE (OTC)
  GYNE-LOTRIMIN, CLOTRIMAZOLE (OTC)
  LOTRIMIN AF, CLOTRIMAZOLE (OTC)
  LOTRIMIN, CLOTRIMAZOLE
  OCUCLEAR, OXYMETAZOLINE HYDROCHLORIDE (OTC)

**SCHWARZ**
\* SCHWARZ GMBH
  MONOKET, ISOSORBIDE MONONITRATE

**SCS**
\* SCS PHARMACEUTICALS
  ATENOLOL, ATENOLOL
  CARBIDOPA AND LEVODOPA, CARBIDOPA
  DIULO, METOLAZONE
  FLAGYL I.V. RTU IN PLASTIC CONTAINER, METRONIDAZOLE
  FLAGYL I.V., METRONIDAZOLE HYDROCHLORIDE
  HALOPERIDOL, HALOPERIDOL
  HALOPERIDOL, HALOPERIDOL LACTATE
  PIROXICAM, PIROXICAM

**SEARLE**
\* GD SEARLE AND CO
  ALDACTONE, SPIRONOLACTONE
  AMINOPHYLLIN, AMINOPHYLLINE
  AMMONIUM CHLORIDE, AMMONIUM CHLORIDE
  CALAN, VERAPAMIL HYDROCHLORIDE
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  CU-7, COPPER
  CYTOTEC, MISOPROSTOL
  DAYPRO, OXAPROZIN
  DEMULEN 1/35-21, ETHINYL ESTRADIOL
  DEMULEN 1/35-28, ETHINYL ESTRADIOL
  DEMULEN 1/50-21, ETHINYL ESTRADIOL
  DEMULEN 1/50-28, ETHINYL ESTRADIOL
  ENOVID, MESTRANOL
  ENOVID-E 21, MESTRANOL
  ENOVID-E, MESTRANOL
  FLAGYL, METRONIDAZOLE
  LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
  LOMOTIL, ATROPINE SULFATE
  MAXAQUIN, LOMEFLOXACIN HYDROCHLORIDE
  METARAMINOL BITARTRATE, METARAMINOL BITARTRATE

NORPACE CR, DISOPYRAMIDE PHOSPHATE
NORPACE, DISOPYRAMIDE PHOSPHATE
OVULEN, ETHYNODIOL DIACETATE
OVULEN-21, ETHYNODIOL DIACETATE
OVULEN-28, ETHYNODIOL DIACETATE
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PRO-BANTHINE, PROPANTHELINE BROMIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
TATUM-T, COPPER
\* SEARLE PHARMACEUTICALS INC
  ALDACTAZIDE, HYDROCHLOROTHIAZIDE

**SERONO**
\* SERONO LABORATORIES INC
  ASELLACRIN 10, SOMATROPIN
  ASELLACRIN 2, SOMATROPIN
  GEREF, SERMORELIN ACETATE
  METRODIN, UROFOLLITROPIN
  PERGONAL, MENOTROPINS (FSH;LH)
  SEROPHENE, CLOMIPHENE CITRATE

**SHERWOOD MEDCL**
\* SHERWOOD MEDICAL CO
  ACTIN-N, NITROFURAZONE
  THERMAZENE, SILVER SULFADIAZINE

**SHIONOGI**
\* SHIONOGI USA INC
  UROBAK, SULFAMETHOXAZOLE
  UROPLUS DS, SULFAMETHOXAZOLE
  UROPLUS SS, SULFAMETHOXAZOLE

**SIDMAK LABS NJ**
\* SIDMAK LABORATORIES INC
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  BENZTROPINE MESYLATE, BENZTROPINE MESYLATE
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  CARBAMAZEPINE, CARBAMAZEPINE
  CHLORPROPAMIDE, CHLORPROPAMIDE
  CHLORTHALIDONE, CHLORTHALIDONE
  CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
  DESIPRAMINE HCL, DESIPRAMINE HYDROCHLORIDE
  DEXCHLORPHENIRAMINE MALEATE, DEXCHLORPHENIRAMINE MALEATE
  DISULFIRAM, DISULFIRAM
  DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
  EXTENDED PHENYTOIN SODIUM, PHENYTOIN SODIUM, EXTENDED
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
  IBUPRIN, IBUPROFEN (OTC)
  IBUPROFEN, IBUPROFEN
  INDOMETHACIN, INDOMETHACIN
  MECLIZINE HCL, MECLIZINE HYDROCHLORIDE

METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
NYSTATIN, NYSTATIN
OXYBUTYNIN CHLORIDE, OXYBUTYNIN CHLORIDE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
THEOPHYLLINE, THEOPHYLLINE
TRAZODONE HCL, TRAZODONE HYDROCHLORIDE
TRAZON-150, TRAZODONE HYDROCHLORIDE
ULTRAGRIS-165, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
ULTRAGRIS-330, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE


SIGMA TAU
* SIGMA TAU PHARMACEUTICALS INC
  CARNITOR, LEVOCARNITINE


SILARX
* SILARX PHARMACEUTICALS INC
  HALOPERIDOL, HALOPERIDOL LACTATE
  METAPROTERENOL SULFATE, METAPROTERENOL SULFATE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  SILPHEN, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)


SMITH AND NEPHEW
* SMITH AND NEPHEW SOLOPAK DIV SMITH AND NEPHEW
  AMINOPHYLLINE, AMINOPHYLLINE
  DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
  DROPERIDOL, DROPERIDOL
  FLUOROURACIL, FLUOROURACIL
  FUROSEMIDE, FUROSEMIDE
  HALOPERIDOL, HALOPERIDOL LACTATE
  HEPARIN LOCK FLUSH, HEPARIN SODIUM
  HEPARIN SODIUM, HEPARIN SODIUM
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
  METHYLDOPATE HCL, METHYLDOPATE HYDROCHLORIDE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  NALOXONE HCL, NALOXONE HYDROCHLORIDE
  NITROGLYCERIN, NITROGLYCERIN
  PHENYTOIN SODIUM, PHENYTOIN SODIUM
  PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
  PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
  PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
  TRIMETHOBENZAMIDE HCL, TRIMETHOBENZAMIDE HYDROCHLORIDE
  VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE


SMITHKLINE
* SMITHKLINE CONSUMER PRODUCTS DIV SMITHKLINE AND FRENCH LABOR
  CONTAC, CHLORPHENIRAMINE MALEATE (OTC)

TELDRIN, CHLORPHENIRAMINE MALEATE (OTC)


SMITHKLINE BEECHAM
* SMITHKLINE BEECHAM INC
  AUGMENTIN '125', AMOXICILLIN
  AUGMENTIN '250', AMOXICILLIN
* SMITHKLINE BEECHAM PHARMACEUTICALS
  AMOXIL, AMOXICILLIN
  ANCEF, CEFAZOLIN SODIUM
  ANSPOR, CEPHRADINE
  AUGMENTIN '125', AMOXICILLIN
  AUGMENTIN '250', AMOXICILLIN
  AUGMENTIN '500', AMOXICILLIN
  BACTOCILL, OXACILLIN SODIUM
  BACTROBAN, MUPIROCIN
  BEEPEN-VK, PENICILLIN V POTASSIUM
  CEFAZOLIN SODIUM, CEFAZOLIN SODIUM
  CLOXAPEN, CLOXACILLIN SODIUM
  COMPAZINE, PROCHLORPERAZINE
  COMPAZINE, PROCHLORPERAZINE EDISYLATE
  COMPAZINE, PROCHLORPERAZINE MALEATE
  CYTOMEL, LIOTRIX (T4;T3)
  DARBID, ISOPROPAMIDE IODIDE
  DEXEDRINE, DEXTROAMPHETAMINE SULFATE
  DIBENZYLINE, PHENOXYBENZAMINE HYDROCHLORIDE
  DYAZIDE, HYDROCHLOROTHIAZIDE
  DYCILL, DICLOXACILLIN SODIUM
  DYRENIUM, TRIAMTERENE
  ESKALITH CR, LITHIUM CARBONATE
  ESKALITH, LITHIUM CARBONATE
  FASTIN, PHENTERMINE HYDROCHLORIDE
  HALFAN, HALOFANTRINE HYDROCHLORIDE
  HISPRIL, DIPHENYLPYRALINE HYDROCHLORIDE
  KYTRIL, GRANISETRON HYDROCHLORIDE
  LAROTID, AMOXICILLIN
  MENEST, ESTROGENS, ESTERIFIED
  MONOCID, CEFONICID SODIUM
  NALLPEN, NAFCILLIN SODIUM
  ORNADE, CHLORPHENIRAMINE MALEATE
  PARNATE, TRANYLCYPROMINE SULFATE
  PAXIL, PAROXETINE HYDROCHLORIDE
  PENTACEF, CEFTAZIDIME (ARGININE FORMULATION)
  PHYTONADIONE, PHYTONADIONE
  PYOPEN, CARBENICILLIN DISODIUM
  QUINIDINE SULFATE, QUINIDINE SULFATE
  RELAFEN, NABUMETONE
  RIDAURA, AURANOFIN
  STELAZINE, TRIFLUOPERAZINE HYDROCHLORIDE
  STOXIL, IDOXURIDINE
  TAGAMET HCL IN SODIUM CHLORIDE 0.9% IN PLASTIC
    CONTAINER, CIMETIDINE HYDROCHLORIDE
  TAGAMET, CIMETIDINE
  TAGAMET, CIMETIDINE HYDROCHLORIDE

PRODUCT NAME INDEX LISTED BY APPLICANT

TAZICEF, CEFTAZIDIME
THORAZINE, CHLORPROMAZINE
THORAZINE, CHLORPROMAZINE HYDROCHLORIDE
TICAR, TICARCILLIN DISODIUM
TIGAN, TRIMETHOBENZAMIDE HYDROCHLORIDE
TIMENTIN IN PLASTIC CONTAINER, CLAVULANATE POTASSIUM
TIMENTIN, CLAVULANATE POTASSIUM
TOTACILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
TOTACILLIN-N, AMPICILLIN SODIUM
TRIOSTAT, LIOTRIX (T4;T3)
URISPAS, FLAVOXATE HYDROCHLORIDE
VONTROL, DIPHENIDOL HYDROCHLORIDE
* SMITHKLINE BEECHAM PHARMACEUTICALS CO
FAMVIR, FAMCICLOVIR
MONOCID, CEFONICID SODIUM
TAZICEF, CEFTAZIDIME

**SOLA BARNES HIND**
* SOLA BARNES HIND
ALPHA CHYMAR, CHYMOTRYPSIN
BENOXINATE HCL, BENOXINATE HYDROCHLORIDE
CYCLOPENTOLATE HCL, CYCLOPENTOLATE HYDROCHLORIDE
DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
    SODIUM PHOSPHATE
GAMENE, LINDANE
PREDNISOLONE SODIUM PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
PROPARACAINE HCL, PROPARACAINE HYDROCHLORIDE
SODIUM SULFACETAMIDE, SULFACETAMIDE SODIUM
SULFISOXAZOLE DIOLAMINE, SULFISOXAZOLE DIOLAMINE

**SOLOPAK**
* SOLOPAK LABORATORIES INC
CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
DROPERIDOL, DROPERIDOL
GENTAMICIN SULFATE, GENTAMICIN SULFATE
HALOPERIDOL, HALOPERIDOL LACTATE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
KANAMYCIN SULFATE, KANAMYCIN SULFATE
* SOLOPAK MEDICAL PRODUCTS INC
CYANOCOBALAMIN, CYANOCOBALAMIN
HALOPERIDOL, HALOPERIDOL LACTATE
HEPARIN LOCK FLUSH, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
NALOXONE HCL, NALOXONE HYDROCHLORIDE
PHENYTOIN SODIUM, PHENYTOIN SODIUM
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
TRIMETHOBENZAMIDE HCL, TRIMETHOBENZAMIDE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**SOLVAY**

* SOLVAY PHARMACEUTICALS
AQUATAG, BENZTHIAZIDE
ARESTOCAINE HCL W/ LEVONORDEFRIN, LEVONORDEFRIN
ARESTOCAINE HCL, MEPIVACAINE HYDROCHLORIDE
BALNEOL-HC, HYDROCORTISONE
BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
CHENIX, CHENODIOL
CIBALITH-S, LITHIUM CITRATE
CIN-QUIN, QUINIDINE SULFATE
CORTENEMA, HYDROCORTISONE
CURRETAB, MEDROXYPROGESTERONE ACETATE
DERMACORT, HYDROCORTISONE
DEXONE 0.5, DEXAMETHASONE
DEXONE 0.75, DEXAMETHASONE
DEXONE 1.5, DEXAMETHASONE
DEXONE 4, DEXAMETHASONE
DUPHALAC, LACTULOSE
ESTRAGUARD, DIENESTROL
ESTRATAB, ESTROGENS, ESTERIFIED
GYNOREST, DYDROGESTERONE
HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE, HYDRALAZINE
    HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
LACTULOSE, LACTULOSE
LITHOBID, LITHIUM CARBONATE
LITHONATE, LITHIUM CARBONATE
LITHOTABS, LITHIUM CARBONATE
LUVOX, FLUVOXAMINE MALEATE
MELFIAT, PHENDIMETRAZINE TARTRATE
MELFIAT-105, PHENDIMETRAZINE TARTRATE
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
ORASONE, PREDNISONE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PORTALAC, LACTULOSE
PROCTOCORT, HYDROCORTISONE
PROVAL #3, ACETAMINOPHEN
PYRIDOSTIGMINE BROMIDE, PYRIDOSTIGMINE BROMIDE
R-P MYCIN, ERYTHROMYCIN
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE,
    HYDRALAZINE HYDROCHLORIDE
RESERPINE, RESERPINE
RETET, TETRACYCLINE HYDROCHLORIDE
ROWASA, MESALAMINE
S.A.S.-500, SULFASALAZINE
SER-A-GEN, HYDRALAZINE HYDROCHLORIDE
SPRX-105, PHENDIMETRAZINE TARTRATE
SPRX-3, PHENDIMETRAZINE TARTRATE
SULSOXIN, SULFISOXAZOLE
SYMADINE, AMANTADINE HYDROCHLORIDE
TORA, PHENTERMINE HYDROCHLORIDE
TRANMEP, MEPROBAMATE

TRIACORT, TRIAMCINOLONE ACETONIDE
UNIPRES, HYDRALAZINE HYDROCHLORIDE
VERMIDOL, PIPERAZINE CITRATE
ZIDE, HYDROCHLOROTHIAZIDE

**SOMERSET**
* SOMERSET PHARMACEUTICALS INC
   ELDEPRYL, SELEGILINE HYDROCHLORIDE

**SORIN BIOMEDICA (US)**
* SORIN BIOMEDICA SPA
   AN-MAA, TECHNETIUM TC-99M ALBUMIN AGGREGATED KIT
   IODOHIPPURATE SODIUM I 131, IODOHIPPURATE SODIUM, I-131
   SODIUM ROSE BENGAL I 131, ROSE BENGAL SODIUM, I-131

**SPERTI**
* SPERTI DRUG PRODUCTS INC
   PREDNISOLONE, PREDNISOLONE
   PREDNISONE, PREDNISONE

**SPKU**
* SCHWARZ PHARMA KREMERS URBAN CO SUB SCHWARZ PHARMA AG
   PRE-PEN, BENZYL PENICILLOYL-POLYLYSINE

**SQUIBB**
* ER SQUIBB AND SONS INC
   AMITID, AMITRIPTYLINE HYDROCHLORIDE
   AMNESTROGEN, ESTROGENS, ESTERIFIED
   AZACTAM IN PLASTIC CONTAINER, AZTREONAM
   AZACTAM, AZTREONAM
   CAPOZIDE 25/15, CAPTOPRIL
   CAPOZIDE 25/25, CAPTOPRIL
   CAPOZIDE 50/15, CAPTOPRIL
   CAPOZIDE 50/25, CAPTOPRIL
   CORGARD, NADOLOL
   CORZIDE, BENDROFLUMETHIAZIDE
   DELADUMONE OB, ESTRADIOL VALERATE
   DELADUMONE, ESTRADIOL VALERATE
   DELALUTIN, HYDROXYPROGESTERONE CAPROATE
   DELESTROGEN, ESTRADIOL VALERATE
   ETHRIL 250, ERYTHROMYCIN STEARATE
   ETHRIL 500, ERYTHROMYCIN STEARATE
   FLORINEF, FLUDROCORTISONE ACETATE
   FOLLUTEIN, GONADOTROPIN, CHORIONIC
   HYDREA, HYDROXYUREA
   KENACORT, TRIAMCINOLONE
   KENACORT, TRIAMCINOLONE DIACETATE
   KENALOG IN ORABASE, TRIAMCINOLONE ACETONIDE
   MYCOSTATIN, NYSTATIN
   NATURETIN-10, BENDROFLUMETHIAZIDE
   NATURETIN-2.5, BENDROFLUMETHIAZIDE
   NATURETIN-5, BENDROFLUMETHIAZIDE
   NEOMYCIN SULFATE, NEOMYCIN SULFATE

NYDRAZID, ISONIAZID
OPHTHAINE, PROPARACAINE HYDROCHLORIDE
ORA-TESTRYL, FLUOXYMESTERONE
PRONESTYL, PROCAINAMIDE HYDROCHLORIDE
PROTAMINE ZINC INSULIN, INSULIN SUSP PROTAMINE
   ZINC PURIFIED BEEF (OTC)
RAU-SED, RESERPINE
REZIPAS, AMINOSALICYLIC ACID RESIN COMPLEX
RUBRAMIN PC, CYANOCOBALAMIN
STILBESTROL, DIETHYLSTILBESTROL
STILBETIN, DIETHYLSTILBESTROL
SUCOSTRIN, SUCCINYLCHOLINE CHLORIDE
SUMYCIN, TETRACYCLINE HYDROCHLORIDE
TERFONYL, TRISULFAPYRIMIDINES
   (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
TESLAC, TESTOLACTONE
TUBOCURARINE CHLORIDE, TUBOCURARINE CHLORIDE
VELOSEF, CEPHRADINE
VESPRIN, TRIFLUPROMAZINE HYDROCHLORIDE
VITAMIN A, VITAMIN A PALMITATE
* SQUIBB SPA
   PENICILLIN G SODIUM, PENICILLIN G SODIUM

**SQUIBB MARK**
* SQUIBB MARK DIV ER SQUIBB AND SONS INC
   CEPHALEXIN, CEPHALEXIN

**STANLABS**
* STANLABS PHARMACEUTICAL CO SUB SIMPAK CORP
   MEPROBAMATE, MEPROBAMATE

**STAR PHARMS FL**
* STAR PHARMACEUTICALS INC
   VIRILON, METHYLTESTOSTERONE

**STERIS**
* STERIS LABORATORIES INC
   AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
   BETAMETHASONE SODIUM PHOSPHATE, BETAMETHASONE
      SODIUM PHOSPHATE
   BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
   CHLORAMPHENICOL, CHLORAMPHENICOL
   CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
   CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
   CHORIONIC GONADOTROPIN, GONADOTROPIN, CHORIONIC
   CLINDAMYCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
   COBAVITE, CYANOCOBALAMIN
   CORTICOTROPIN, CORTICOTROPIN
   CORTISONE ACETATE, CORTISONE ACETATE
   CYANOCOBALAMIN, CYANOCOBALAMIN
   CYCLOPENTOLATE HCL, CYCLOPENTOLATE HYDROCHLORIDE
   DEXAMETHASONE ACETATE, DEXAMETHASONE ACETATE
   DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE

## PRODUCT NAME INDEX LISTED BY APPLICANT

DEXAMETHASONE, DEXAMETHASONE
DIAZEPAM, DIAZEPAM
DICYCLOMINE HCL, DICYCLOMINE HYDROCHLORIDE
DIMENHYDRINATE, DIMENHYDRINATE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DISODIUM EDETATE, EDETATE DISODIUM
DOBUTAMINE HCL, DOBUTAMINE HYDROCHLORIDE
DOXAPRAM HCL, DOXAPRAM HYDROCHLORIDE
DROPERIDOL, DROPERIDOL
EDETATE DISODIUM, EDETATE DISODIUM
ESTRADIOL CYPIONATE, ESTRADIOL CYPIONATE
ESTRADIOL VALERATE, ESTRADIOL VALERATE
ESTRONE, ESTRONE
FENTANYL CITRATE, FENTANYL CITRATE
FLUOROURACIL, FLUOROURACIL
FUROSEMIDE, FUROSEMIDE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
GLYCOPYRROLATE, GLYCOPYRROLATE
HALOPERIDOL, HALOPERIDOL LACTATE
HEPARIN LOCK FLUSH, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HYDROCORTISONE ACETATE, HYDROCORTISONE ACETATE
HYDROCORTISONE SODIUM SUCCINATE, HYDROCORTISONE
   SODIUM SUCCINATE
HYDROXOCOBALAMIN, HYDROXOCOBALAMIN
HYDROXYPROGESTERONE CAPROATE, HYDROXYPROGESTERONE CAPROATE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
KANAMYCIN SULFATE, KANAMYCIN SULFATE
LIDOCAINE HCL W/ EPINEPHRINE, EPINEPHRINE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
LINCOMYCIN HCL, LINCOMYCIN HYDROCHLORIDE
LORAZEPAM, LORAZEPAM
MANNITOL 25%, MANNITOL
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
MEPIVACAINE HCL, MEPIVACAINE HYDROCHLORIDE
MERSALYL-THEOPHYLLINE, MERSALYL SODIUM
METHOCARBAMOL, METHOCARBAMOL
METHYLPREDNISOLONE ACETATE, METHYLPREDNISOLONE ACETATE
METHYLPREDNISOLONE SODIUM SUCCINATE, METHYLPREDNISOLONE
   SODIUM SUCCINATE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
METRONIDAZOLE, METRONIDAZOLE
MORPHINE SULFATE, MORPHINE SULFATE
MVC PLUS, ASCORBIC ACID
NALOXONE HCL, NALOXONE HYDROCHLORIDE
NANDROLONE DECANOATE, NANDROLONE DECANOATE
NANDROLONE PHENPROPIONATE, NANDROLONE PHENPROPIONATE
NATURAL ESTROGENIC SUBSTANCE-ESTRONE, ESTRONE
NEO-OTOSOL-HC, HYDROCORTISONE
NEOMYCIN AND POLYMYXIN B SULFATES AND DEXAMETHASONE,
   DEXAMETHASONE
NEOMYCIN AND POLYMYXIN B SULFATES AND GRAMICIDIN, GRAMICIDIN
NEOMYCIN AND POLYMYXIN B SULFATES AND HYDROCORTISONE,
   HYDROCORTISONE

NEOMYCIN AND POLYMYXIN B SULFATES, NEOMYCIN SULFATE
NEOMYCIN SULFATE-DEXAMETHASONE SODIUM PHOSPHATE,
   DEXAMETHASONE SODIUM PHOSPHATE
ORPHENADRINE CITRATE, ORPHENADRINE CITRATE
OTOCORT, HYDROCORTISONE
PHENYTOIN SODIUM, PHENYTOIN SODIUM
POTASSIUM CHLORIDE, POTASSIUM CHLORIDE
PREDNISOLONE ACETATE, PREDNISOLONE ACETATE
PREDNISOLONE SODIUM PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
PREDNISOLONE TEBUTATE, PREDNISOLONE TEBUTATE
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROCAINE HCL, PROCAINE HYDROCHLORIDE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROGESTERONE, PROGESTERONE
PROMAZINE HCL, PROMAZINE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PYRIDOXINE HCL, PYRIDOXINE HYDROCHLORIDE
SULFACETAMIDE SODIUM AND PREDNISOLONE SODIUM
   PHOSPHATE, PREDNISOLONE SODIUM PHOSPHATE
SULFACETAMIDE SODIUM, SULFACETAMIDE SODIUM
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
TESTOSTERONE CYPIONATE, TESTOSTERONE CYPIONATE
TESTOSTERONE CYPIONATE-ESTRADIOL CYPIONATE, ESTRADIOL
   CYPIONATE
TESTOSTERONE ENANTHATE AND ESTRADIOL VALERATE,
   ESTRADIOL VALERATE
TESTOSTERONE ENANTHATE, TESTOSTERONE ENANTHATE
TESTOSTERONE PROPIONATE, TESTOSTERONE PROPIONATE
TESTOSTERONE, TESTOSTERONE
THIAMINE HCL, THIAMINE HYDROCHLORIDE
TOBRAMYCIN, TOBRAMYCIN
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
TRIAMCINOLONE DIACETATE, TRIAMCINOLONE DIACETATE
TRIMETHOBENZAMIDE HCL, TRIMETHOBENZAMIDE HYDROCHLORIDE
TROPICAMIDE, TROPICAMIDE


**STERLING**
* STERLING HEALTH DIV STERLING WINTHROP INC
   8-HOUR BAYER, ASPIRIN (OTC)
   BRONKAID MIST, EPINEPHRINE (OTC)
   MEASURIN, ASPIRIN (OTC)


**STERLING WINTHROP**
* STERLING WINTHROP INC
   AFAXIN, VITAMIN A PALMITATE
   ATROPINE AND DEMEROL, ATROPINE SULFATE
   BRONKODYL, THEOPHYLLINE
   CARBOCAINE, MEPIVACAINE HYDROCHLORIDE
   DEMEROL, MEPERIDINE HYDROCHLORIDE
   DIAZEPAM, DIAZEPAM
   FENTANYL CITRATE, FENTANYL CITRATE
   FUROSEMIDE, FUROSEMIDE
   HEPARIN LOCK FLUSH, HEPARIN SODIUM

HEPARIN SODIUM PRESERVATIVE FREE, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
LORAZEPAM, LORAZEPAM
MARCAINE HCL W/ EPINEPHRINE, BUPIVACAINE HYDROCHLORIDE
MARCAINE HCL, BUPIVACAINE HYDROCHLORIDE
MARCAINE, BUPIVACAINE HYDROCHLORIDE
METOPROLOL TARTRATE, METOPROLOL TARTRATE
NALOXONE HCL, NALOXONE HYDROCHLORIDE
NOVOCAIN, PROCAINE HYDROCHLORIDE
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
SULFAMETHOXAZOLE AND TRIMETHOPRIM, SULFAMETHOXAZOLE
TALWIN 50, PENTAZOCINE HYDROCHLORIDE
TRIMETHOBENZAMIDE HCL, TRIMETHOBENZAMIDE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

## STEVENS J
\* JEROME STEVENS PHARMACEUTICALS INC
CEPHALEXIN, CEPHALEXIN

## STIEFEL
\* STIEFEL LABORATORIES INC
ERYTHROMYCIN, ERYTHROMYCIN
HYDROCORTISONE, HYDROCORTISONE
SCABENE, LINDANE
STIE-CORT, HYDROCORTISONE

## STORZ OPHTHALM
\* STORZ OPHTHALMICS INC SUB AMERICAN CYANAMID CO
DIAMOX, ACETAZOLAMIDE
DIAMOX, ACETAZOLAMIDE SODIUM
NEPTAZANE, METHAZOLAMIDE

## STUART
\* STUART PHARMACEUTICALS DIV ICI AMERICAS
BUCLADIN-S, BUCLIZINE HYDROCHLORIDE

## SUPERPHARM
\* SUPERPHARM CORP
ACETAMINOPHEN AND CODEINE PHOSPHATE #2, ACETAMINOPHEN
ACETAMINOPHEN AND CODEINE PHOSPHATE #3, ACETAMINOPHEN
ACETAMINOPHEN AND CODEINE PHOSPHATE #4, ACETAMINOPHEN
ALLOPURINOL, ALLOPURINOL
AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE

ERGOLOID MESYLATES, ERGOLOID MESYLATES
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FUROSEMIDE, FUROSEMIDE
HYDRALAZINE HCL AND HYDROCHLOROTHIAZIDE, HYDRALAZINE
    HYDROCHLORIDE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN
INDOMETHACIN, INDOMETHACIN
ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
LOGEN, ATROPINE SULFATE
LORAZEPAM, LORAZEPAM
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
METHOCARBAMOL, METHOCARBAMOL
METHYLDOPA, METHYLDOPA
METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
METRONIDAZOLE, METRONIDAZOLE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
QUINIDINE GLUCONATE, QUINIDINE GLUCONATE
QUINIDINE SULFATE, QUINIDINE SULFATE
SPIRONOLACTONE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFASALAZINE, SULFASALAZINE
SULFATRIM-DS, SULFAMETHOXAZOLE
SULFATRIM-SS, SULFAMETHOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TRIPROLIDINE HCL AND PSEUDOEPHEDRINE HCL, PSEUDOEPHEDRINE
    HYDROCHLORIDE

## SUPPOSITORIA
\* SUPPOSITORIA LABORATORIES INC
ACETAMINOPHEN, ACETAMINOPHEN (OTC)

## SURVIVAL TECH
\* SURVIVAL TECHNOLOGY INC
ATROPEN, ATROPINE
EPIPEN JR., EPINEPHRINE
EPIPEN, EPINEPHRINE
LIDOPEN, LIDOCAINE HYDROCHLORIDE
MORPHINE SULFATE, MORPHINE SULFATE
PRALIDOXIME CHLORIDE, PRALIDOXIME CHLORIDE

## SYNTEX
\* SYNTEX (FP) INC
ANAPROX DS, NAPROXEN SODIUM

APPENDIX B                                                                B - 76
PRODUCT NAME INDEX LISTED BY APPLICANT

ANAPROX, NAPROXEN SODIUM
BREVICON 21-DAY, ETHINYL ESTRADIOL
BREVICON 28-DAY, ETHINYL ESTRADIOL
EC-NAPROSYN, NAPROXEN
LEVORA 0.15/30-21, ETHINYL ESTRADIOL
LEVORA 0.15/30-28, ETHINYL ESTRADIOL
NAPROSYN, NAPROXEN
NOR-Q.D., NORETHINDRONE
NORINYL 1+35 21-DAY, ETHINYL ESTRADIOL
NORINYL 1+35 28-DAY, ETHINYL ESTRADIOL
NORINYL 1+50 28-DAY, MESTRANOL
NORINYL 1+80 21-DAY, MESTRANOL
NORINYL 1+80 28-DAY, MESTRANOL
NORQUEST FE, ETHINYL ESTRADIOL
TRI-NORINYL 21-DAY, ETHINYL ESTRADIOL
TRI-NORINYL 28-DAY, ETHINYL ESTRADIOL
* SYNTEX LABORATORIES INC SUB SYNTEX CORP
ACULAR, KETOROLAC TROMETHAMINE
AEROBID, FLUNISOLIDE
ANADROL-50, OXYMETHOLONE
CARDENE SR, NICARDIPINE HYDROCHLORIDE
CARDENE, NICARDIPINE HYDROCHLORIDE
CYTOVENE, GANCICLOVIR
CYTOVENE, GANCICLOVIR SODIUM
EVEX, ESTROGENS, ESTERIFIED
FEMSTAT, BUTOCONAZOLE NITRATE
LIDEX, FLUOCINONIDE
LIDEX-E, FLUOCINONIDE
NAPROSYN, NAPROXEN
NASALIDE, FLUNISOLIDE
NORINYL 1+50 21-DAY, MESTRANOL
NORINYL, MESTRANOL
SYNACORT, HYDROCORTISONE
SYNALAR, FLUOCINOLONE ACETONIDE
SYNALAR-HP, FLUOCINOLONE ACETONIDE
SYNAREL, NAFARELIN ACETATE
SYNEMOL, FLUOCINOLONE ACETONIDE
TICLID, TICLOPIDINE HYDROCHLORIDE
TORADOL, KETOROLAC TROMETHAMINE

SYOSSET
* SYOSSET LABORATORIES INC
C-SOLVE-2, ERYTHROMYCIN
E-SOLVE 2, ERYTHROMYCIN
FLUTEX, TRIAMCINOLONE ACETONIDE
HYDROCORTISONE, HYDROCORTISONE
NOGENIC HC, HYDROCORTISONE
SELENIUM SULFIDE, SELENIUM SULFIDE
TRIATEX, TRIAMCINOLONE ACETONIDE

                ** T **

TABLICAPS

* TABLICAPS INC
AMINOPHYLLINE, AMINOPHYLLINE
CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
FOLIC ACID, FOLIC ACID
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL, METHOCARBAMOL
METHYLTESTOSTERONE, METHYLTESTOSTERONE
NIACIN, NIACIN
PREDNISOLONE, PREDNISOLONE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPANTHELINE BROMIDE, PROPANTHELINE BROMIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE, RESERPINE
STILBESTROL, DIETHYLSTILBESTROL

TAG PHARMS
* TAG PHARMACEUTICALS INC
IBUPROFEN, IBUPROFEN (OTC)

TAKEDA
* TAKEDA CHEMICAL INDUSTRIES LTD
CERADON, CEFOTIAM HYDROCHLORIDE

TAP PHARMS
* TAP PHARMACEUTICALS INC
CEFMAX, CEFMENOXIME HYDROCHLORIDE
LUPRON DEPOT, LEUPROLIDE ACETATE
LUPRON DEPOT-PED, LEUPROLIDE ACETATE
LUPRON, LEUPROLIDE ACETATE

TARO
* TARO PHARMACEUTICALS USA INC
BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
CLOTRIMAZOLE, CLOTRIMAZOLE
CLOTRIMAZOLE, CLOTRIMAZOLE (OTC)
DERMABET, BETAMETHASONE VALERATE
DESONIDE, DESONIDE
DESOXIMETASONE, DESOXIMETASONE
FLUOCINONIDE, FLUOCINONIDE
NYSTATIN AND TRIAMCINOLONE ACETONIDE, NYSTATIN
NYSTATIN, NYSTATIN
ORACORT, TRIAMCINOLONE ACETONIDE

TARO PHARMS
* TARO PHARMACEUTICALS INC
BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE

TECHNILAB
* TECHNILAB INC
ACILAC, LACTULOSE

APPENDIX B                                                      B - 77
PRODUCT NAME INDEX LISTED BY APPLICANT

LAXILOSE, LACTULOSE

**THAMES**
* THAMES PHARMACAL CO INC
  ACETIC ACID, ACETIC ACID, GLACIAL
  BETAMETHASONE DIPROPIONATE, BETAMETHASONE DIPROPIONATE
  BETAMETHASONE VALERATE, BETAMETHASONE VALERATE
  FLUOCINOLONE ACETONIDE, FLUOCINOLONE ACETONIDE
  FLUOCINONIDE, FLUOCINONIDE
  GENTAMICIN SULFATE, GENTAMICIN SULFATE
  HYDROCORTISONE AND ACETIC ACID, ACETIC ACID, GLACIAL
  HYDROCORTISONE, HYDROCORTISONE
  LIDOCAINE, LIDOCAINE
  NITROFURAZONE, NITROFURAZONE
  NYSTATIN AND TRIAMCINOLONE ACETONIDE, NYSTATIN
  NYSTATIN, NYSTATIN
  ORALONE, TRIAMCINOLONE ACETONIDE
  SELENIUM SULFIDE, SELENIUM SULFIDE
  THEOPHYLLINE, THEOPHYLLINE
  TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE
  U-CORT, HYDROCORTISONE ACETATE

**TICAN**
* TICAN PHARMACEUTICALS LTD
  FLUOCINONIDE, FLUOCINONIDE

**TOPIDERM**
* TOPIDERM INC
  HYDROCORTISONE, HYDROCORTISONE
  TRIAMCINOLONE ACETONIDE, TRIAMCINOLONE ACETONIDE

**TORCH LABS**
* TORCH LABORATORIES INC
  H-CORT, HYDROCORTISONE

             ** U **

**UDL**
* UDL LABORATORIES INC
  FOLIC ACID, FOLIC ACID
  LACTULOSE, LACTULOSE
  MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
  METHADONE HCL, METHADONE HYDROCHLORIDE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE

**UNIMED**
* UNIMED INC
  MARINOL, DRONABINOL

**UNIV TX**
* UNIV TEXAS HEALTH SCIENCE CENTER
  POTASSIUM CITRATE, POTASSIUM CITRATE

  TIOPRONIN, TIOPRONIN
* UNIV TEXAS SOUTHWESTERN MEDCTR
  POTASSIUM CITRATE, POTASSIUM CITRATE

**UPJOHN**
* UPJOHN CO
  ALBAMYCIN, NOVOBIOCIN SODIUM
  ALPHADROL, FLUPREDNISOLONE
  ANSAID, FLURBIPROFEN
  BACIGUENT, BACITRACIN
  BACITRACIN, BACITRACIN
  BERUBIGEN, CYANOCOBALAMIN
  CARDASE, ETHOXZOLAMIDE
  CARDRASE, ETHOXZOLAMIDE
  CLEOCIN HCL, CLINDAMYCIN HYDROCHLORIDE
  CLEOCIN PHOSPHATE IN DEXTROSE 5% IN PLASTIC CONTAINER,
    CLINDAMYCIN PHOSPHATE
  CLEOCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  CLEOCIN T, CLINDAMYCIN PHOSPHATE
  CLEOCIN, CLINDAMYCIN HYDROCHLORIDE
  CLEOCIN, CLINDAMYCIN PALMITATE HYDROCHLORIDE
  CLEOCIN, CLINDAMYCIN PHOSPHATE
  COLESTID, COLESTIPOL HYDROCHLORIDE
  CORTEF ACETATE, HYDROCORTISONE ACETATE
  CORTEF, HYDROCORTISONE
  CORTEF, HYDROCORTISONE CYPIONATE
  CORTISONE ACETATE, CORTISONE ACETATE
  CYTOSAR-U, CYTARABINE
  DELTA-CORTEF, PREDNISOLONE
  DELTASONE, PREDNISONE
  DEPO-ESTRADIOL, ESTRADIOL CYPIONATE
  DEPO-MEDROL, METHYLPREDNISOLONE ACETATE
  DEPO-PROVERA, MEDROXYPROGESTERONE ACETATE
  DEPO-TESTADIOL, ESTRADIOL CYPIONATE
  DEPO-TESTOSTERONE, TESTOSTERONE CYPIONATE
  DIDREX, BENZPHETAMINE HYDROCHLORIDE
  DIFLORASONE DIACETATE, DIFLORASONE DIACETATE
  E-MYCIN E, ERYTHROMYCIN ETHYLSUCCINATE
  FEMINONE, ETHINYL ESTRADIOL
  FLAVORED COLESTID, COLESTIPOL HYDROCHLORIDE
  FLORONE, DIFLORASONE DIACETATE
  GLYNASE, GLYBURIDE
  HALCION, TRIAZOLAM
  HALODRIN, ETHINYL ESTRADIOL
  HALOTESTIN, FLUOXYMESTERONE
  HEBAMATE, CARBOPROST TROMETHAMINE
  HEPARIN SODIUM, HEPARIN SODIUM
  HYLOREL, GUANADREL SULFATE
  LINCOCIN, LINCOMYCIN HYDROCHLORIDE
  LONITEN, MINOXIDIL
  MAOLATE, CHLORPHENESIN CARBAMATE
  MEDROL ACETATE, METHYLPREDNISOLONE ACETATE
  MEDROL, METHYLPREDNISOLONE

APPENDIX B                                             B - 78
PRODUCT NAME INDEX LISTED BY APPLICANT

MEDROL, METHYLPREDNISOLONE ACETATE
MICRONASE, GLYBURIDE
MOTRIN, IBUPROFEN
MYCIFRADIN, NEOMYCIN SULFATE
MYCITRACIN, BACITRACIN
NEO-CORTEF, HYDROCORTISONE ACETATE
NEO-DELTA-CORTEF, NEOMYCIN SULFATE
NEO-MEDROL ACETATE, METHYLPREDNISOLONE ACETATE
NEO-MEDROL, METHYLPREDNISOLONE
NUPRIN, IBUPROFEN (OTC)
ORINASE DIAGNOSTIC, TOLBUTAMIDE SODIUM
ORINASE, TOLBUTAMIDE
OXYLONE, FLUOROMETHOLONE
PANMYCIN, TETRACYCLINE HYDROCHLORIDE
PENICILLIN G SODIUM, PENICILLIN G SODIUM
PREPIDIL, DINOPROSTONE
PROSTIN E2, DINOPROSTONE
PROSTIN F2 ALPHA, DINOPROST TROMETHAMINE
PROSTIN VR PEDIATRIC, ALPROSTADIL
PROTAMINE SULFATE, PROTAMINE SULFATE
PROVERA, MEDROXYPROGESTERONE ACETATE
PSORCON, DIFLORASONE DIACETATE
ROGAINE, MINOXIDIL
SOLU-CORTEF, HYDROCORTISONE SODIUM SUCCINATE
SOLU-MEDROL, METHYLPREDNISOLONE SODIUM SUCCINATE
TOLINASE, TOLAZAMIDE
TROBICIN, SPECTINOMYCIN HYDROCHLORIDE
U-GENCIN, GENTAMICIN SULFATE
UTICILLIN VK, PENICILLIN V POTASSIUM
XANAX, ALPRAZOLAM
ZANOSAR, STREPTOZOCIN
ZEFAZONE IN PLASTIC CONTAINER, CEFMETAZOLE SODIUM
ZEFAZONE, CEFMETAZOLE SODIUM
* UPJOHN MANUFACTURING CO
  CLEOCIN PHOSPHATE, CLINDAMYCIN PHOSPHATE
  CLEOCIN, CLINDAMYCIN HYDROCHLORIDE
  CLEOCIN, CLINDAMYCIN PALMITATE HYDROCHLORIDE
* UPJOHN TRADING CORP
  VANTIN, CEFPODOXIME PROXETIL


**UPSHER SMITH**
* UPSHER SMITH LABORATORIES INC
  ACETAMINOPHEN, ACETAMINOPHEN (OTC)
  DEXAMETHASONE, DEXAMETHASONE
  INFANTS' FEVERALL, ACETAMINOPHEN (OTC)
  KLOR-CON, POTASSIUM CHLORIDE
  METHOCARBAMOL, METHOCARBAMOL
  PREDNISONE, PREDNISONE
  SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  SPIRONOLACTONE, SPIRONOLACTONE


**US ARMY**
* UNITED STATES ARMY OFFICE SURGEON GENERAL

  ATROPINE SULFATE, ATROPINE SULFATE
  DIAZEPAM, DIAZEPAM
  SODIUM THIOSULFATE, SODIUM THIOSULFATE
* UNITED STATES ARMY WALTER REED ARMY INSTITUTE RESEARCH
  MEFLOQUINE HCL, MEFLOQUINE HYDROCHLORIDE


**US BIOSCIENCE**
* US BIOSCIENCE INC
  HEXALEN, ALTRETAMINE
  NEUTREXIN, TRIMETREXATE GLUCURONATE


**US CHEM**
* US CHEMICAL MARKETING GROUP INC
  MEDIGESIC PLUS, ACETAMINOPHEN


                    ** V **


**VALE**
* VALE CHEMICAL CO INC
  AMINOPHYLLINE, AMINOPHYLLINE
  RAUVAL, RAUWOLFIA SERPENTINA
  SERPATE, RESERPINE
  TRIPLE SULFOID, TRISULFAPYRIMIDINES
     (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)


**VANGARD**
* VANGARD LABORATORIES INC DIV MIDWAY MEDICAL CO
  ACETAZOLAMIDE, ACETAZOLAMIDE
  AMINOPHYLLINE, AMINOPHYLLINE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CHLORTHALIDONE, CHLORTHALIDONE
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  ERGOLOID MESYLATES, ERGOLOID MESYLATES
  FOLIC ACID, FOLIC ACID
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
  IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
  LO-TROL, ATROPINE SULFATE
  MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
  MEPROBAMATE, MEPROBAMATE
  PAPA-DEINE #3, ACETAMINOPHEN
  PAPA-DEINE #4, ACETAMINOPHEN
  PREDNISONE, PREDNISONE
  PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
  QUINIDINE SULFATE, QUINIDINE SULFATE
  SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  SPIRONOLACTONE, SPIRONOLACTONE
  SULFINPYRAZONE, SULFINPYRAZONE
  TOLBUTAMIDE, TOLBUTAMIDE
  TRIHEXYPHENIDYL HCL, TRIHEXYPHENIDYL HYDROCHLORIDE

**VESTAL LABS**
* VESTAL LABORATORIES DIV CHEMED CORP
    SEPTISOL, HEXACHLOROPHENE

**VICKS HLTH CARE**
* VICKS HEALTH CARE DIV RICHARDSON VICKS INC
    VICKS FORMULA 44, DIPHENHYDRAMINE HYDROCHLORIDE (OTC)

**VINTAGE PHARMS**
* VINTAGE PHARMACEUTICALS INC
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
    DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
    DOXYCYCLINE MONOHYDRATE, DOXYCYCLINE
    FOLIC ACID, FOLIC ACID
    HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
    IBUPROFEN, IBUPROFEN
    IBUPROFEN, IBUPROFEN (OTC)

**VIRATEK**
* VIRATEK INC
    VIRAZOLE, RIBAVIRIN

**VITARINE**
* VITARINE PHARMACEUTICALS INC
    ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
    AMPICILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
    BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
    CEPHALEXIN, CEPHALEXIN
    CEPHRADINE, CEPHRADINE
    CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
    CORTISONE ACETATE, CORTISONE ACETATE
    CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
    DEXTROAMPHETAMINE SULFATE, DEXTROAMPHETAMINE SULFATE
    GLUTETHIMIDE, GLUTETHIMIDE
    HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
    MECLOFENAMATE SODIUM, MECLOFENAMATE SODIUM
    PENTOBARBITAL SODIUM, PENTOBARBITAL SODIUM
    PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
    PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
    PREDNISOLONE, PREDNISOLONE
    PREDNISONE, PREDNISONE
    SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
    SERPIVITE, RESERPINE
    SULFISOXAZOLE, SULFISOXAZOLE
    TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
    TRIPROLIDINE HCL, TRIPROLIDINE HYDROCHLORIDE
    VITAMIN D, ERGOCALCIFEROL

**VIVAN**
* VIVAN PHARMACAL INC DIV ELLIS PHARMACEUTICAL CONSULTING INC
    ALPHADERM, HYDROCORTISONE

                    ** W **

**WALLACE**
* WALLACE LABORATORIES DIV CARTER WALLACE INC
    AQUATENSEN, METHYCLOTHIAZIDE
    BEPADIN, BEPRIDIL HYDROCHLORIDE
    BUTICAPS, BUTABARBITAL SODIUM
    BUTISOL SODIUM, BUTABARBITAL SODIUM
    COLONAID, ATROPINE SULFATE
    DEPEN 250, PENICILLAMINE
    DIUTENSEN-R, METHYCLOTHIAZIDE
    DORAL, QUAZEPAM
    FELBATOL, FELBAMATE
    HYZYD, ISONIAZID
    LUFYLLIN, DYPHYLLINE
    MYLAXEN, HEXAFLUORENIUM BROMIDE
    NEOPASALATE, AMINOSALICYLATE SODIUM
    RONDOMYCIN, METHACYCLINE HYDROCHLORIDE
    SOMA, CARISOPRODOL
    THYRO-BLOCK, POTASSIUM IODIDE (OTC)
    UNITENSEN, CRYPTENAMINE ACETATES
    UNITENSEN, CRYPTENAMINE TANNATES
    VERTAVIS, VERATRUM VIRIDE
    VOSOL HC, ACETIC ACID, GLACIAL
    VOSOL, ACETIC ACID, GLACIAL
    WAMPOCAP, NIACIN

**WALLACE PHARMS**
* WALLACE PHARMACEUTICALS DIV CARTER WALLACE INC
    DORMATE, MEBUTAMATE
    MEPROSPAN, MEPROBAMATE
    MICRAININ, ASPIRIN
    MILPREM-200, ESTROGENS, CONJUGATED
    MILPREM-400, ESTROGENS, CONJUGATED
    MILTOWN, MEPROBAMATE
    SOMA COMPOUND W/ CODEINE, ASPIRIN
    SOMA COMPOUND, ASPIRIN

**WARNER CHILCOTT**
* WARNER CHILCOTT DIV WARNER LAMBERT CO
    ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
    ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
    ALBUTEROL SULFATE, ALBUTEROL SULFATE
    AMITRIL, AMITRIPTYLINE HYDROCHLORIDE
    CARBAMAZEPINE, CARBAMAZEPINE
    CHLORTHALIDONE, CHLORTHALIDONE
    CLONIDINE HCL, CLONIDINE HYDROCHLORIDE
    CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
    CYCLOPAR, TETRACYCLINE HYDROCHLORIDE
    DIAZEPAM, DIAZEPAM
    DOPAMINE HCL, DOPAMINE HYDROCHLORIDE
    DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
    DURAQUIN, QUINIDINE GLUCONATE
    ERYPAR, ERYTHROMYCIN STEARATE

FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
FUROSEMIDE, FUROSEMIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
KANAMYCIN SULFATE, KANAMYCIN SULFATE
LORAZEPAM, LORAZEPAM
MINOCYCLINE HCL, MINOCYCLINE HYDROCHLORIDE
PHENYTOIN SODIUM, PHENYTOIN SODIUM
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROPOXYPHENE HCL 65, PROPOXYPHENE HYDROCHLORIDE
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
SPIRONOLACTONE, SPIRONOLACTONE
SULINDAC, SULINDAC
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**WARNER WELLCOME**
* WARNER WELLCOME CONSUMER HEALTH PRODUCTS
  NIX, PERMETHRIN (OTC)
  SUDAFED 12 HOUR, PSEUDOEPHEDRINE HYDROCHLORIDE (OTC)

**WATSON LABS**
* WATSON LABORATORIES INC
  ALBUTEROL SULFATE, ALBUTEROL SULFATE
  AMOXAPINE, AMOXAPINE
  CARBIDOPA AND LEVODOPA, CARBIDOPA
  CLORAZEPATE DIPOTASSIUM, CLORAZEPATE DIPOTASSIUM
  CYCLOBENZAPRINE HCL, CYCLOBENZAPRINE HYDROCHLORIDE
  ESTROPIPATE, ESTROPIPATE
  ETHYNODIOL DIACETATE AND ETHINYL ESTRADIOL 1/35-21,
    ETHINYL ESTRADIOL
  ETHYNODIOL DIACETATE AND ETHINYL ESTRADIOL 1/35-28,
    ETHINYL ESTRADIOL
  ETHYNODIOL DIACETATE AND ETHINYL ESTRADIOL 1/50-21,
    ETHINYL ESTRADIOL
  ETHYNODIOL DIACETATE AND ETHINYL ESTRADIOL 1/50-28,
    ETHINYL ESTRADIOL
  FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
  FUROSEMIDE, FUROSEMIDE
  GEMFIBROZIL, GEMFIBROZIL
  GUANABENZ ACETATE, GUANABENZ ACETATE
  HYDROCODONE BITARTRATE AND ACETAMINOPHEN, ACETAMINOPHEN
  INDOMETHACIN, INDOMETHACIN
  LOPERAMIDE HCL, LOPERAMIDE HYDROCHLORIDE (OTC)
  LORAZEPAM, LORAZEPAM
  LOXAPINE SUCCINATE, LOXAPINE SUCCINATE
  MAPROTILINE HCL, MAPROTILINE HYDROCHLORIDE
  METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  METOCLOPRAMIDE HCL, METOCLOPRAMIDE HYDROCHLORIDE
  METOPROLOL TARTRATE, METOPROLOL TARTRATE
  NORETHINDRONE AND ETHINYL ESTRADIOL (10/11),
    ETHINYL ESTRADIOL

NORETHINDRONE AND ETHINYL ESTRADIOL (7/14), ETHINYL
  ESTRADIOL
NORETHINDRONE AND ETHINYL ESTRADIOL, ETHINYL ESTRADIOL
NORETHINDRONE AND MESTRANOL, MESTRANOL
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
TRIAMTERENE AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
VERAPAMIL HCL, VERAPAMIL HYDROCHLORIDE

**WENDT**
* WENDT LABORATORIES INC
  NITROFURAZONE, NITROFURAZONE

**WEST WARD PHARM**
* WEST WARD PHARMACEUTICAL CORP
  AMINOPHYLLINE, AMINOPHYLLINE
  AMITRIPTYLINE HCL, AMITRIPTYLINE HYDROCHLORIDE
  BUTALBITAL, ASPIRIN AND CAFFEINE, ASPIRIN
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLOROQUINE PHOSPHATE, CHLOROQUINE PHOSPHATE
  CHLOROTHIAZIDE AND RESERPINE, CHLOROTHIAZIDE
  CHLOROTHIAZIDE, CHLOROTHIAZIDE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
  CORTISONE ACETATE, CORTISONE ACETATE
  CYANOCOBALAMIN, CYANOCOBALAMIN
  DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
  DIPHENOXYLATE HCL AND ATROPINE SULFATE, ATROPINE SULFATE
  DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
  FLURAZEPAM HCL, FLURAZEPAM HYDROCHLORIDE
  FOLIC ACID, FOLIC ACID
  HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
  HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
  HYDROCORTISONE, HYDROCORTISONE
  IMIPRAMINE HCL, IMIPRAMINE HYDROCHLORIDE
  ISONIAZID, ISONIAZID
  ISOSORBIDE DINITRATE, ISOSORBIDE DINITRATE
  MEPROBAMATE, MEPROBAMATE
  METHOCARBAMOL, METHOCARBAMOL
  METHYLTESTOSTERONE, METHYLTESTOSTERONE
  NIACIN, NIACIN
  OXYTETRACYCLINE HCL, OXYTETRACYCLINE HYDROCHLORIDE
  PREDNISOLONE, PREDNISOLONE
  PREDNISONE, PREDNISONE
  PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
  PROPYLTHIOURACIL, PROPYLTHIOURACIL
  QUINIDINE SULFATE, QUINIDINE SULFATE
  RESERPINE AND HYDROCHLOROTHIAZIDE-50, HYDROCHLOROTHIAZIDE
  RESERPINE, RESERPINE
  SODIUM BUTABARBITAL, BUTABARBITAL SODIUM
  SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
  SULFISOXAZOLE, SULFISOXAZOLE
  TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
  THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

B - 81

TRIPROLIDINE AND PSEUDOEPHEDRINE, PSEUDOEPHEDRINE
   HYDROCHLORIDE
VITAMIN A, VITAMIN A
VITAMIN A, VITAMIN A PALMITATE
VITAMIN D, ERGOCALCIFEROL

**WESTWOOD SQUIBB**
* WESTWOOD SQUIBB PHARMACEUTICALS INC
   CAPITROL, CHLOROXINE
   EURAX, CROTAMITON
   EXELDERM, SULCONAZOLE NITRATE
   FLEXICORT, HYDROCORTISONE
   HALOG, HALCINONIDE
   HALOG-E, HALCINONIDE
   HALOTEX, HALOPROGIN
   KENALOG, TRIAMCINOLONE ACETONIDE
   KENALOG-10, TRIAMCINOLONE ACETONIDE
   KENALOG-40, TRIAMCINOLONE ACETONIDE
   KENALOG-H, TRIAMCINOLONE ACETONIDE
   LAC-HYDRIN, AMMONIUM LACTATE
   MYCOSTATIN, NYSTATIN
   STATICIN, ERYTHROMYCIN
   T-STAT, ERYTHROMYCIN
   TACARYL, METHDILAZINE
   TACARYL, METHDILAZINE HYDROCHLORIDE
   ULTRAVATE, HALOBETASOL PROPIONATE
   WESTCORT, HYDROCORTISONE VALERATE

**WHARTON LABS**
* WHARTON LABORATORIES INC DIV US ETHICALS
   VITAMIN A, VITAMIN A PALMITATE

**WHITBY**
* WHITBY PHARMACEUTICALS INC
   THEO-24, THEOPHYLLINE
   THEOBID JR., THEOPHYLLINE
   THEOBID, THEOPHYLLINE

**WHITEHALL LABS**
* WHITEHALL LABORATORIES INC DIV AMERICAN HOME PRODUCTS CORP
   ADVIL COLD AND SINUS, IBUPROFEN (OTC)
   ADVIL, IBUPROFEN (OTC)
   BRONITIN MIST, EPINEPHRINE BITARTRATE (OTC)
   CHILDREN'S ADVIL, IBUPROFEN
   PRIMATENE MIST, EPINEPHRINE (OTC)
   TODAY, NONOXYNOL-9 (OTC)

**WHITEWORTH TOWNE**
* WHITEWORTH TOWNE PAULSEN INC
   ACETAMINOPHEN W/ CODEINE PHOSPHATE, ACETAMINOPHEN
   BUTABARBITAL SODIUM, BUTABARBITAL SODIUM
   CORTISONE ACETATE, CORTISONE ACETATE
   DEXAMETHASONE, DEXAMETHASONE

DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
FOLIC ACID, FOLIC ACID
H.R.-50, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROCORTISONE, HYDROCORTISONE
ISONIAZID, ISONIAZID
MEPROBAMATE, MEPROBAMATE
NITROFURANTOIN, NITROFURANTOIN
PENTOBARBITAL SODIUM, PENTOBARBITAL SODIUM
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
QUINIDINE SULFATE, QUINIDINE SULFATE
RESERPINE, RESERPINE
SECOBARBITAL SODIUM, SECOBARBITAL SODIUM

**WINTHROP**
* WINTHROP PHARMACEUTICALS DIV STERLING DRUG INC
   MIDOL, IBUPROFEN (OTC)
   PHENYTOIN SODIUM, PHENYTOIN SODIUM
   PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE

**WOCKHARDT**
* WOCKHARDT LTD
   NIACIN, NIACIN

**WYETH**
* WYETH LABORATORIES INC
   ISMO, ISOSORBIDE MONONITRATE

**WYETH AYERST**
* WYETH AYERST LABORATORIES INC
   A.P.L., GONADOTROPIN, CHORIONIC
   ANSOLYSEN, PENTOLINIUM TARTRATE
   ANTABUSE, DISULFIRAM
   ATIVAN, LORAZEPAM
   ATROMID-S, CLOFIBRATE
   AYGESTIN, NORETHINDRONE ACETATE
   BICILLIN C-R 900/300, PENICILLIN G BENZATHINE
   BICILLIN C-R, PENICILLIN G BENZATHINE
   BICILLIN L-A, PENICILLIN G BENZATHINE
   BICILLIN, PENICILLIN G BENZATHINE
   CEFPIRAMIDE SODIUM, CEFPIRAMIDE SODIUM
   CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE
   CORDARONE, AMIODARONE HYDROCHLORIDE
   CYANOCOBALAMIN, CYANOCOBALAMIN
   CYCLAPEN-W, CYCLACILLIN
   DEXAMETHASONE SODIUM PHOSPHATE, DEXAMETHASONE
      SODIUM PHOSPHATE
   DIGOXIN, DIGOXIN
   DIMENHYDRINATE, DIMENHYDRINATE
   DIMETANE-TEN, BROMPHENIRAMINE MALEATE

APPENDIX B                                                    B - 82
PRODUCT NAME INDEX LISTED BY APPLICANT

DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DIUCARDIN, HYDROFLUMETHIAZIDE
EFFEXOR, VENLAFAXINE HYDROCHLORIDE
EQUAGESIC, ASPIRIN
EQUANIL, MEPROBAMATE
ESTRADURIN, POLYESTRADIOL PHOSPHATE
ESTROGENIC SUBSTANCE, ESTRONE
FACTREL, GONADORELIN HYDROCHLORIDE
FLUOTHANE, HALOTHANE
FUROSEMIDE, FUROSEMIDE
GENTAMICIN SULFATE, GENTAMICIN SULFATE
GRISACTIN ULTRA, GRISEOFULVIN, ULTRAMICROCRYSTALLINE
GRISACTIN, GRISEOFULVIN, MICROCRYSTALLINE
HEPARIN LOCK FLUSH, HEPARIN SODIUM
HEPARIN SODIUM, HEPARIN SODIUM
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
INDERAL LA, PROPRANOLOL HYDROCHLORIDE
INDERAL, PROPRANOLOL HYDROCHLORIDE
INDERIDE LA 120/50, HYDROCHLOROTHIAZIDE
INDERIDE LA 160/50, HYDROCHLOROTHIAZIDE
INDERIDE LA 80/50, HYDROCHLOROTHIAZIDE
INDERIDE-40/25, HYDROCHLOROTHIAZIDE
INDERIDE-80/25, HYDROCHLOROTHIAZIDE
ISORDIL, ISOSORBIDE DINITRATE
LARGON, PROPIOMAZINE HYDROCHLORIDE
LIDOCAINE HCL, LIDOCAINE HYDROCHLORIDE
LO/OVRAL, ETHINYL ESTRADIOL
LO/OVRAL-28, ETHINYL ESTRADIOL
LODINE, ETODOLAC
MAZANOR, MAZINDOL
MEPERGAN, MEPERIDINE HYDROCHLORIDE
MEPERIDINE AND ATROPINE SULFATE, ATROPINE SULFATE
MEPERIDINE HCL, MEPERIDINE HYDROCHLORIDE
MYSOLINE, PRIMIDONE
NALOXONE, NALOXONE HYDROCHLORIDE
NORDETTE-21, ETHINYL ESTRADIOL
NORDETTE-28, ETHINYL ESTRADIOL
NORPLANT SYSTEM, LEVONORGESTREL
OMNIPEN (AMPICILLIN), AMPICILLIN/AMPICILLIN TRIHYDRATE
OMNIPEN-N, AMPICILLIN SODIUM
ORUDIS, KETOPROFEN
OVRAL, ETHINYL ESTRADIOL
OVRAL-28, ETHINYL ESTRADIOL
OVRETTE, NORGESTREL
OXYTOCIN, OXYTOCIN
PATHOCIL, DICLOXACILLIN SODIUM
PEN-VEE K, PENICILLIN V POTASSIUM
PENBRITIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
PENBRITIN-S, AMPICILLIN SODIUM
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PEPTAVLON, PENTAGASTRIN
PHENERGAN FORTIS, PROMETHAZINE HYDROCHLORIDE
PHENERGAN PLAIN, PROMETHAZINE HYDROCHLORIDE

PHENERGAN VC W/ CODEINE, CODEINE PHOSPHATE
PHENERGAN VC, PHENYLEPHRINE HYDROCHLORIDE
PHENERGAN W/ CODEINE, CODEINE PHOSPHATE
PHENERGAN W/ DEXTROMETHORPHAN, DEXTROMETHORPHAN HYDROBROMIDE
PHENERGAN, PROMETHAZINE HYDROCHLORIDE
PHOSPHOLINE IODIDE, ECHOTHIOPHATE IODIDE
PLEGINE, PHENDIMETRAZINE TARTRATE
PMB 200, ESTROGENS, CONJUGATED
PMB 400, ESTROGENS, CONJUGATED
PRALIDOXIME CHLORIDE, PRALIDOXIME CHLORIDE
PREMARIN, ESTROGENS, CONJUGATED
PREMPHASE (PREMARIN;CYCRIN 14/14), ESTROGENS, CONJUGATED
PREMPRO (PREMARIN;CYCRIN 14/14), ESTROGENS, CONJUGATED
PROCHLORPERAZINE EDISYLATE, PROCHLORPERAZINE EDISYLATE
PROKETAZINE, CARPHENAZINE MALEATE
PROTOPAM CHLORIDE, PRALIDOXIME CHLORIDE
ROBITET, TETRACYCLINE HYDROCHLORIDE
SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
SECTRAL, ACEBUTOLOL HYDROCHLORIDE
SERAX, OXAZEPAM
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SODIUM SECOBARBITAL, SECOBARBITAL SODIUM
SPARINE, PROMAZINE HYDROCHLORIDE
SULFOSE, TRISULFAPYRIMIDINES
    (SULFADIAZINE;SULFAMERAZINE;SULFAMETHAZINE)
SURMONTIL, TRIMIPRAMINE MALEATE
SYNALGOS-DC, ASPIRIN
SYNALGOS-DC-A, ACETAMINOPHEN
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
THIAMINE HCL, THIAMINE HYDROCHLORIDE
THIOSULFIL, SULFAMETHIZOLE
TRECATOR-SC, ETHIONAMIDE
TRIPHASIL-21, ETHINYL ESTRADIOL
TRIPHASIL-28, ETHINYL ESTRADIOL
UNIPEN IN PLASTIC CONTAINER, NAFCILLIN SODIUM
UNIPEN, NAFCILLIN SODIUM
WYAMINE SULFATE, MEPHENTERMINE SULFATE
WYAMYCIN E, ERYTHROMYCIN ETHYLSUCCINATE
WYAMYCIN S, ERYTHROMYCIN STEARATE
WYCILLIN, PENICILLIN G PROCAINE
WYDASE, HYALURONIDASE
WYGESIC, ACETAMINOPHEN
WYMOX, AMOXICILLIN
WYTENSIN, GUANABENZ ACETATE
* WYETH AYERST RESEARCH
    CERUBIDINE, DAUNORUBICIN HYDROCHLORIDE
    ORUVAIL, KETOPROFEN


                        ** X **


XTTRIUM
* XTTRIUM LABORATORIES INC
    EXIDINE, CHLORHEXIDINE GLUCONATE (OTC)

TURGEX, HEXACHLOROPHENE

** Y **

**YAMANOUCHI**
* YAMANOUCHI EUROPE BV
  LOCOID, HYDROCORTISONE BUTYRATE

**YOSHITOMI**
* YOSHITOMI PHARMACEUTICAL INDUSTRIES LTD
  CEPHALEXIN, CEPHALEXIN

** Z **

**ZENECA**
* ZENECA INC
  CEFOTAN, CEFOTETAN DISODIUM
* ZENECA LTD
  DIPRIVAN, PROPOFOL
  TENORETIC 100, ATENOLOL
  TENORETIC 50, ATENOLOL
  ZOLADEX, GOSERELIN ACETATE
* ZENECA PHARMACEUTICALS DIV ZENECA INC
  CEFOTAN IN PLASTIC CONTAINER, CEFOTETAN DISODIUM
  ELAVIL, AMITRIPTYLINE HYDROCHLORIDE
  HIBICLENS, CHLORHEXIDINE GLUCONATE (OTC)
  HIBISTAT, CHLORHEXIDINE GLUCONATE (OTC)
  HIBITANE, CHLORHEXIDINE GLUCONATE (OTC)
  NOLVADEX, TAMOXIFEN CITRATE
  SORBITRATE, ISOSORBIDE DINITRATE
  TENORMIN, ATENOLOL
  ZESTORETIC 10-12.5, HYDROCHLOROTHIAZIDE
  ZESTORETIC 20-12.5, HYDROCHLOROTHIAZIDE
  ZESTORETIC 20-25, HYDROCHLOROTHIAZIDE
  ZESTRIL, LISINOPRIL

**ZENITH LABS**
* ZENITH LABORATORIES INC
  ACETAMINOPHEN AND CODEINE PHOSPHATE, ACETAMINOPHEN
  ACETAMINOPHEN W/ CODEINE PHOSPHATE #3, ACETAMINOPHEN
  ALPRAZOLAM, ALPRAZOLAM
  AMPICILLIN, AMPICILLIN/AMPICILLIN TRIHYDRATE
  BACLOFEN, BACLOFEN
  BETHANECHOL CHLORIDE, BETHANECHOL CHLORIDE
  BROMPHENIRAMINE MALEATE, BROMPHENIRAMINE MALEATE
  BUTALBITAL COMPOUND, ASPIRIN
  CEFADROXIL, CEFADROXIL/CEFADROXIL HEMIHYDRATE
  CEPHALEXIN, CEPHALEXIN
  CEPHRADINE, CEPHRADINE
  CHLORAMPHENICOL, CHLORAMPHENICOL
  CHLORDIAZEPOXIDE HCL, CHLORDIAZEPOXIDE HYDROCHLORIDE
  CHLORPHENIRAMINE MALEATE, CHLORPHENIRAMINE MALEATE
  CHLORPROMAZINE HCL, CHLORPROMAZINE HYDROCHLORIDE

CHLORPROPAMIDE, CHLORPROPAMIDE
CHLORTHALIDONE, CHLORTHALIDONE
CORTISONE ACETATE, CORTISONE ACETATE
CYPROHEPTADINE HCL, CYPROHEPTADINE HYDROCHLORIDE
DIAZEPAM, DIAZEPAM
DIPHENHYDRAMINE HCL, DIPHENHYDRAMINE HYDROCHLORIDE
DIPHENOXYLATE HCL W/ ATROPINE SULFATE, ATROPINE SULFATE
DISOPYRAMIDE PHOSPHATE, DISOPYRAMIDE PHOSPHATE
DOXYCYCLINE HYCLATE, DOXYCYCLINE HYCLATE
ERYTHROMYCIN ESTOLATE, ERYTHROMYCIN ESTOLATE
ERYTHROMYCIN STEARATE, ERYTHROMYCIN STEARATE
FENOPROFEN CALCIUM, FENOPROFEN CALCIUM
FOLIC ACID, FOLIC ACID
FUROSEMIDE, FUROSEMIDE
HYDRALAZINE HCL W/ HYDROCHLOROTHIAZIDE 100/50,
     HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE HCL W/ HYDROCHLOROTHIAZIDE 25/25,
     HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE HCL W/ HYDROCHLOROTHIAZIDE 50/50,
     HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE HCL, HYDRALAZINE HYDROCHLORIDE
HYDRALAZINE HCL, HYDROCHLOROTHIAZIDE AND RESERPINE,
     HYDRALAZINE HYDROCHLORIDE
HYDROCHLOROTHIAZIDE W/ RESERPINE, HYDROCHLOROTHIAZIDE
HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
HYDROGENATED ERGOT ALKALOIDS, ERGOLOID MESYLATES
HYDROSERPINE PLUS (R-H-H), HYDRALAZINE HYDROCHLORIDE
HYDROXYZINE HCL, HYDROXYZINE HYDROCHLORIDE
HYDROXYZINE PAMOATE, HYDROXYZINE PAMOATE
IBUPROFEN, IBUPROFEN (OTC)
INDOMETHACIN, INDOMETHACIN
ISONIAZID, ISONIAZID
MECLIZINE HCL, MECLIZINE HYDROCHLORIDE
MEPROBAMATE, MEPROBAMATE
METHOCARBAMOL AND ASPIRIN, ASPIRIN
METHOCARBAMOL, METHOCARBAMOL
METHYCLOTHIAZIDE, METHYCLOTHIAZIDE
METHYLDOPA AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
METHYLDOPA, METHYLDOPA
METRONIDAZOLE, METRONIDAZOLE
NIACIN, NIACIN
NITROFURANTOIN, NITROFURANTOIN
NITROFURANTOIN, NITROFURANTOIN, MACROCRYSTALLINE
OXAZEPAM, OXAZEPAM
PENICILLIN G POTASSIUM, PENICILLIN G POTASSIUM
PENICILLIN V POTASSIUM, PENICILLIN V POTASSIUM
PERPHENAZINE AND AMITRIPTYLINE HCL, AMITRIPTYLINE
     HYDROCHLORIDE
PERPHENAZINE, PERPHENAZINE
PHENDIMETRAZINE TARTRATE, PHENDIMETRAZINE TARTRATE
PHENTERMINE HCL, PHENTERMINE HYDROCHLORIDE
PHENYLBUTAZONE, PHENYLBUTAZONE
PINDOLOL, PINDOLOL

APPENDIX B
PRODUCT NAME INDEX LISTED BY APPLICANT

PRAZOSIN HCL, PRAZOSIN HYDROCHLORIDE
PREDNISOLONE, PREDNISOLONE
PREDNISONE, PREDNISONE
PROBENECID AND COLCHICINE, COLCHICINE
PROBENECID, PROBENECID
PROCAINAMIDE HCL, PROCAINAMIDE HYDROCHLORIDE
PROMETHAZINE HCL, PROMETHAZINE HYDROCHLORIDE
PROMPT PHENYTOIN SODIUM, PHENYTOIN SODIUM, PROMPT
PROPOXYPHENE COMPOUND 65, ASPIRIN
PROPOXYPHENE HCL, PROPOXYPHENE HYDROCHLORIDE
PROPOXYPHENE NAPSYLATE AND ACETAMINOPHEN, ACETAMINOPHEN
PROPRANOLOL HCL AND HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
PROPRANOLOL HCL, PROPRANOLOL HYDROCHLORIDE
PROPYLTHIOURACIL, PROPYLTHIOURACIL
QUINIDINE SULFATE, QUINIDINE SULFATE
RAUWOLFIA SERPENTINA, RAUWOLFIA SERPENTINA
RESERPINE AND HYDROFLUMETHIAZIDE, HYDROFLUMETHIAZIDE
RESERPINE, RESERPINE
SECOBARBITAL SODIUM, SECOBARBITAL SODIUM
SODIUM BUTABARBITAL, BUTABARBITAL SODIUM
SODIUM PENTOBARBITAL, PENTOBARBITAL SODIUM
SPIRONOLACTONE W/ HYDROCHLOROTHIAZIDE, HYDROCHLOROTHIAZIDE
SPIRONOLACTONE, SPIRONOLACTONE
SULFINPYRAZONE, SULFINPYRAZONE
SULFISOXAZOLE, SULFISOXAZOLE
TETRACYCLINE HCL, TETRACYCLINE HYDROCHLORIDE
TETRAMED, TETRACYCLINE HYDROCHLORIDE
THIORIDAZINE HCL, THIORIDAZINE HYDROCHLORIDE
TOLAZAMIDE, TOLAZAMIDE
TOLBUTAMIDE, TOLBUTAMIDE
TRIAMCINOLONE, TRIAMCINOLONE
TRIFLUOPERAZINE HCL, TRIFLUOPERAZINE HYDROCHLORIDE
TRIPROLIDINE HCL AND PSEUDOEPHEDRINE HCL, PSEUDOEPHEDRINE
   HYDROCHLORIDE
VITAMIN A, VITAMIN A PALMITATE

**EXHIBIT 3:**
**MANUFACTURERS IN BOTH THE 1995 OBRA LIST AND 1995 ORANGE BOOK**

| | | | |
|---|---|---|---|
| 1. | Abana Pharmaceuticals | 42. | Cenci, H.R. Labs |
| 2. | Abbott Laboratories | 43. | Central Pharmaceuticals |
| 3. | Able Laboratories | 44. | Chase Laboratories |
| 4. | Akorn | 45. | Ciba Pharmaceutical Co. |
| 5. | Alcon Laboratories | 46. | Ciba Vision Ophthalmics |
| 6. | Allergan | 47. | Circa Pharmaceuticals |
| 7. | Alpha Therapeutic Corp. | 48. | Clay-Park Laboratories |
| 8. | Alra Laboratories | 49. | Copley Pharmaceutical |
| 9. | Alza Corp. | 50. | Curatek Pharmaceutical |
| 10. | Amide Pharmaceutical | 51. | Danbury Pharmacal |
| 11. | Apothecon | 52. | Daniels Pharmaceuticals |
| 12. | Armour Pharmaceutical Co. | 53. | Dermik Laboratories |
| 13. | Asher Co., B.F. | 54. | Dey Laboratories |
| 14. | Astra USA / Astra Pharmaceutical Products | 55. | Dista Products Co. |
| | | 56. | Dunhall Pharmaceuticals |
| 15. | Astra Merck | 57. | Dupont Pharmaceuticals |
| 16. | Ayerst Laboratories | 58. | Duramed Pharmaceuticals |
| 17. | Baker Norton Pharmaceuticals | 59. | Élan Pharmaceutical Research Corp. |
| 18. | Barr Laboratories | 60. | Elkins Sinn |
| 19. | Barre National | 61. | Endo Laboratories |
| 20. | Basel Pharmaceuticals | 62. | Enzon |
| 21. | Bausch & Lomb Pharmaceuticals | 63. | Eon Labs Manufacturing |
| 22. | Baxter Healthcare Corp. | 64. | ESI Pharmacal |
| 23. | Becton Dickinson Microbiology Sys. | 65. | Ferndale Laboratories |
| 24. | Berlex Laboratories | 66. | Ferring Laboratories |
| 25. | Beta Dermaceuticals | 67. | Fisons Corp. |
| 26. | Biocraft Laboratories | 68. | Fleming and Co. |
| 27. | Biodevelopment Corp. | 69. | Forest Pharmaceuticals |
| 28. | Blairex Laboratories | 70. | Fougera, E. & Co. |
| 29. | Boehringer Ingelheim Pharmaceuticals | 71. | Fujisawa |
| | | 72. | G&W Laboratories |
| 30. | Boehringer Mannheim Pharmaceutical Corp. | 73. | Geigy Pharmaceuticals |
| | | 74. | Genderm Corp. |
| 31. | Boots Pharmaceuticals | 75. | Genentech |
| 32. | Braintree Laboratories | 76. | Geneva Pharmaceuticals |
| 33. | Bristol Myers Squibb Co. | 77. | Gensia |
| 34. | BTG Pharmaceuticals | 78. | Genzyme Corp. |
| 35. | Burroughs Wellcome Co. | 79. | Glaxo |
| 36. | Calgon Corp. | 80. | Global Pharmaceutical Corp. |
| 37. | Camall Co. | 81. | Goldline Laboratories |
| 38. | Carnrick Laboratories | 82. | Guardian Laboratories |
| 39. | Carolina Medical Products Co. | 83. | Halsey Drug Co. |
| 40. | Carter-Wallace | 84. | Hamilton Pharmaceuticals |
| 41. | Cenci Powder Products | 85. | Hermal Pharmaceutical Laboratories |

86.   Hi-Tech Pharmacal Co.
87.   Hickam, Dow B.
88.   Hill Dermaceuticals
89.   Hoechst-Roussel Pharmaceuticals
90.   Hoffman-LaRoche
91.   Horus Therapeutics
92.   ICN Pharmaceuticals
93.   Immunex Corp
94.   International Medication Systems.
95.   Interpharm
96.   Invamed
97.   Iolab Corp.
98.   IPR Pharmaceuticals
99.   Jacobus Pharmaceutical Co.
100.  Janssen Pharmaceutical
101.  Jerome Stevens Pharmaceuticals
102.  King Pharmaceuticals
103.  Knoll Pharmaceuticals
104.  Laboratoris Atral
105.  Lannett Co.
106.  Lederle Laboratories
107.  Lederle Parenterals
108.  Lederle Piperacillin
109.  Lemmon Co.
110.  Lilly, Eli & Co.
111.  Link International
112.  Liquipharm
113.  Luitpold Pharmaceuticals
114.  Lyphomed
115.  3M Pharmaceuticals
116.  Mallinckrodt
117.  Manufacturing Chemists
118.  Marion Merrell Dow
119.  Marsam Pharmaceuticals
120.  Martec Pharmaceutical
121.  Mayrand Pharmaceuticals
122.  McGaw
123.  McNeil Pharmaceutical
124.  MD Pharmaceuticals
125.  Mead Johnson & Co.
126.  Medtronic
127.  Merck & Co.
128.  MGI Pharma
129.  Mikart
130.  Miles
131.  Mission Pharmacal Co.

132.  Mova Pharmaceutical
133.  Muro Pharmaceutical
134.  Mutual Pharmaceutical Co.
135.  Mylan Pharmaceuticals
136.  Nephron Pharmaceuticals
137.  NMC Pharmaceuticals Corp.
138.  Norton, H.N.
139.  Novo Nordisk Pharmaceuticals
140.  Novopharm
141.  Oclassen Pharmaceuticals
142.  OHM Laboratories
143.  Optoics Laboratories
144.  Organon
145.  Ortho Pharmaceutical Corp.
146.  Otsuka America
147.  Owen/Galderma Pharmaceuticals
148.  Paddock Laboratories
149.  Par Pharmaceutical
150.  Pennex Pharmaceuticals
151.  Perrigo, L. Co.
152.  Pfizer, Inc.
153.  Pharmaceutical Associates
154.  Pharmaderm
155.  Pharmafair
156.  Pharmics
157.  Polythress, William P., Inc.
158.  Procter & Gamble Pharmaceuticals
159.  Purdue Frederick Co.
160.  Purepac Pharmaceutical Co.
161.  Reed & Carnrick
162.  Reckitt & Colman Pharmaceuticals
163.  Rexar Pharmacal Corp.
164.  Rhone-Poulenc Rorer
      Pharmaceuticals
165.  Richardson Vicks
166.  Roberts Laboratories
167.  Roberts-Hauck Pharmaceuticals
168.  Robins, A.H.
169.  Rosemont Pharmaceuticals Corp.
170.  Roxane Laboratories
171.  Royce Laboratories
172.  Sandoz Pharmaceutical Corp.
173.  Sanofi Winthrop Pharmaceuticals
174.  Savage Labs
175.  Schein Parmaceutical
176.  Scherer Laboratories

177.   Schering Corp.
178.   Schwarz Pharma Kremers Urban Co
179.   Searle, G.D. & Co.
180.   Serono Laboratories
181.   Sherwood Medical Co.
182.   Shinogi USA
183.   Sidmak Laboratories
184.   Sigma-Tau Pharmaceuticals
185.   Silarx Pharmaceutical
186.   SmithKline Beecham Corp.
187.   Solopak Medical Products
188.   Solvay Pharmaceuticals
189.   Squibb, E.R. & Sons
190.   Star Pharmaceuticals
191.   Stiefel Laboratories
192.   Steris Laboratories
193.   Storz Instrument Co.
194.   Stuart Phamaceuticals
195.   Suppositoria Laboratories
196.   Syntex Laboratories
197.   TAP Pharmaceutical
198.   Taro Pharmaceutical
199.   Thames Pharmacal Co.
200.   UDL Laboratories
201.   Upjohn Co.
202.   Upsher-Smith Laboratories
203.   U.S. Bioscience
204.   Vanguard Laboratories
205.   Vintage Pharmaceuticals
206.   Warner-Lambert Co.
207.   Watson Laboratories
208.   West-Ward Pharmaceutical Corp.
209.   Westwood-Squibb Pharmaceuticals
210.   Whitby Pharmaceuticals
211.   Whitehall Laboratories
212.   Wyeth Laboratories
213.   Zeneca Pharmaceuticals
214.   Zenith Laboratories