# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL No. 1456**<br>**Master File No. 01-CV-12257-PBS**<br>**Subcategory Case No. 06-11337**<br>**Hon. Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:**<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | **Magistrate Judge**<br>**Marianne B. Bowler** |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBITS TO DECLARATION OF SARAH REID**

The original document is maintained in the case file in the Clerk's Office.

Executed on June 26, 2009.

                                              KELLEY DRYE & WARREN LLP

                                              By: _/s/ Sarah L. Reid_____
                                                  Paul F. Doyle (BBO # 133460)
                                                  Sarah L. Reid *(pro hac vice)*
                                                  William A. Escobar *(pro hac vice)*
                                                  Neil Merkl *(pro hac vice)*
                                              101 Park Avenue
                                              New York, NY 10178
                                              Telephone: (212) 808-7800
                                              Facsimile: (212) 808-7897

                                              *Attorneys for Defendants Dey, Inc.*
                                              *Dey, L.P., and Dey, L.P., Inc.*