| Alter Ego 56.1 Statement Exhibits | | |
|---|---|---|
| # | EXHIBIT DESCRIPTION | DEP. EXHIBIT |
| 1. | 1/27/05 Berkle (Texas) Deposition Transcript | N/A |
| 2. | 10/31/08 Berkle Deposition Transcript | N/A |
| 3. | 12/12/08 Carr-Hall Deposition Transcript | N/A |
| 4. | 6/26/02 Ciarelli Deposition Transcript | N/A |
| 5. | 7/25/07 Ciarelli Deposition Transcript | N/A |
| 6. | 5/30/07 DeCapua Deposition Transcript | N/A |
| 7. | 6/25/02 Feldman Deposition Transcript | N/A |
| 8. | 11/17/04 Feldman Deposition Transcript | N/A |
| 9. | 11/18/05 Feldman Deposition Transcript | N/A |
| 10. | 12/3/04 King Deposition Transcript | N/A |
| 11. | 5/19/09 Macey Deposition Transcript | N/A |
| 12. | 5/20/09 Macey Deposition Transcript | N/A |
| 13. | 6/27/02 Marsh Deposition Transcript | N/A |
| 14. | 5/31/07 Marsh Deposition Transcript | N/A |
| 15. | 2/26/09 McIntyre Deposition Transcript | N/A |
| 16. | 9/20/05 Paoletti Deposition Transcript | N/A |
| 17. | 11/30/05 Paoletti Deposition Transcript | N/A |
| 18. | 7/26/07 Paoletti Deposition Transcript | N/A |
| 19. | 10/11/05 Powers Deposition Transcript | N/A |
| 20. | 1/8/09 Russillo Deposition Transcript | N/A |
| 21. | 5/21/08 Shaffer Deposition Transcript | N/A |
| 22. | 8/5/08 Shaffer Deposition Transcript | N/A |

| 23. | 12/4/08 Sykora Deposition Transcript | N/A |
|---|---|---|
| 24. | 10/19/04 Tetzner Deposition Transcript | N/A |
| 25. | 10/18/05 Via Deposition Transcript | N/A |
| 26. | 10/24/01 Waterer (Texas) Deposition Transcript | N/A |
| 27. | 4/1/03 Waterer Deposition Transcript | N/A |
| 28. | 11/28/05 Waterer Deposition Transcript | N/A |
| 29. | 5/9-11/07 Waterer Deposition Transcript | N/A |
| 30. | 7/24/07 Waterer Deposition Transcript | N/A |
| 31. | 12/12/08 Waterer Deposition Transcript | N/A |
| 32. | RLI-ORG00000016 (Jan.1998 Organization Chart) | No |
| 33. | RLI-ORG00000023 (Jan. 2000 Organization Chart) | No |
| 34. | BIC JURIS 0249-0259, BIC Minutes 7/17/98 | No |
| 35. | Food & Drug Administration National Drug Code Directory, *available at* http://www.accessdata.fda.gov/scripts/cder/ndc/queryndcfn.cfm | No |
| 36. | "Roxane Laboratories Oral Solid Dosage Facility Expansion, Columbus, OH", *available at* http://www.pharmaceutical-technology.com/projects/roxane/ | No |
| 37. | "Boehringer-Ingelheim in the United States", *available at* http://www.pharmaceutical-technology.com/projects/roxane/ | No |
| 38. | RLI-AWP-00000001-00000069 (1996-2004 Roxane Corporate Data Sheets) | No |
| 39. | RLI-TX 7922-7923 (Roxane Reorganization Employee Announcement) | No |
| 40. | RLI-AWP-00104259-62 (9/15/04 Reorganization letter) | No |
| 41. | RLI-TX 17676-17678 (Roxane Reorganization Human Resources Presentation) | No |

| | | |
|---|---|---|
| 42. | Roxane Unanimous Consents Exhibit BOEH04600117-21, BOEH04600151-54, BOEH04600159-67, BOEH04600197-09, BOEH04600226-52, BOEH04600254-63, BOEH04600267, BOEH04600292-94, BOEH04600302-06, BOEH04600326-28, BOEH04600330-39, BOEH04600363-77, BOEH04600382-85, BOEH04600392-97, BOEH04600413-15, BOEH04600430-35, BOEH04600465-77, BOEH04600504-07, BOEH04600521-29, BOEH04600533-36, BOEH04600538-44, BOEH04600609-14 | No |
| 43. | BOEH04600203 - 05 (1996 Commentary), | No |
| 44. | BOEH02541150 - 69 (Feb. 3, 1998 Commentary 1997 Actual) | No |
| 45. | BOEH02541103 - 22 (Commentary 1998 Year End Actual) | No |
| 46. | BOEH02584571 - 97 (Feb. 1, 2000 Commentary 1999 Budget 1999 Actual) | No |
| 47. | BOEH02687778 - 03 (Feb. 9, 2001 Commentary 2000 Target 2000 Actual) | No |
| 48. | BOEH02675446 - 72 (Commentary To The Financial Statements For Year End 12/31/01) | No |
| 49. | BOEH00147729 - 58 (2002 Year-End Financial Commentary) | No |
| 50. | BOEH02675333 - 62 (Roxane Labs, Inc. Year End 2003 & Commentary) | No |
| 51. | BOEH04295701 - 32 (Roxane Labs, Inc. Year End 2004 & Commentary) | No |
| 52. | BOEH02522567 - 99 (Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories, Inc. 2005 Year End Commentary) | No |
| 53. | 9/28/01 Elan Asset Purchase Agreement (BOEH01046045-1046092) | No |
| 54. | BOEH04689322-32 (1993 Contract Manufacturing Agmt) | McIntyre Ex. 29 |
| 55. | BOEH04689307-21 (2005 BIRI/BIPI Contract Manufacturing Agmt) | McIntyre Ex. 30 |
| 56. | BOEH04689293-306 (2005 BIRI/RLI Contract Manufacturing Agmt) | McIntyre Ex. 31 |
| 57. | BOEH04689278-92 (1995 BIPI/Roxane Mexilitine License Agreement) | No |

| 58. | D0530608 (2003 Multisource Sales & Marketing Organizational Chart) | No |
|---|---|---|
| 59. | RLI-ORG00000080 (1996 Budget Organization Chart) | No |
| 60. | RLI-ORG00000017 (Jan. 1998 Organizational Chart) | No |
| 61. | RLI-AWP-00162482-484 | 10/31/08 Berkle Ex. 5 |
| 62. | RLI-ORG0000068 (Jan. 1998 Organigram) | No |
| 63. | 10/23/98 Reorganization Memo | 10/31/08 Berkle Ex. 27 |
| 64. | RLI-AWP-00559612 (Feb. 19, 2002 Price Approval form) | No |
| 65. | RLI-AWP-00081519 (April 1, 2002 Price Approval form) | No |
| 66. | RLI-AWP-00083025-30 (Feb. 20, 2003 Price Approval Form) | No |
| 67. | BOEH01140848 (Mar. 28, 2003 Price Approval Form) | No |
| 68. | RLI-AWP-00082794-09 (June 4, 2003 Price Approval Form) | No |
| 69. | RLI-AWP-00081645-51 (July 2, 2003 Price Approval email chain) | No |
| 70. | Waterer 5/9/07 Deposition Exhibit 24 | Waterer 024 |
| 71. | Waterer 5/9/07 Deposition Exhibit 25 | Waterer 025 |
| 72. | Waterer 5/9/07 Deposition Exhibit 26 | Waterer 026 |
| 73. | Waterer 5/9/07 Deposition Exhibit 27 | Waterer 027 |
| 74. | Waterer 5/9/07 Deposition Exhibit 29 | Waterer 029 |
| 75. | Waterer 5/9/07 Deposition Exhibit 30 | Waterer 030 |
| 76. | Waterer 5/9/07 Deposition Exhibit 31 | Waterer 031 |
| 77. | Waterer 5/9/07 Deposition Exhibit 34 | Waterer 034 |
| 78. | Waterer 5/9/07 Deposition Exhibit 35 | Waterer 035 |
| 79. | Waterer 5/9/07 Deposition Exhibit 42 | Waterer 042 |
| 80. | Waterer 5/9/07 Deposition Exhibit 47 | Waterer 047 |

| 81. | Feldman 11/17/04 Deposition Exhibit 93 | Feldman 093 |
|---|---|---|
| 82. | Waterer 5/10/07 Deposition Exhibit 32 | Waterer 032 |
| 83. | 7/18/07 Roxane's Second Supp. Objections and Answers to the Commonwealth's First Set of Interrogatories (MA v. Mylan) | No |
| 84. | RLI-ORG00000083 1(999 Roxane Sales Department Organization Chart) | No |
| 85. | Oramorph SR Price Increase | Shaffer Dep. Ex. 10 |
| 86. | RLI-ORG00000082 (1998 Roxane Sales Department Organization Chart) | No |
| 87. | TXEX00810 Roxane Laboratories, Inc. (Budget 1999 Organizational Chart) | 1/27/05 Berkle Ex. 139 |
| 88. | Macey CV | Macey Ex. 1 |