# TAB 3

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

| | |
|---|---|
| In re: PHARMACEUTICAL ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE ) | CIVIL ACTION |
| PRICE LITIGATION ) | 01-CV-12257-PBS |

------------------------------X

| | |
|---|---|
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| United States of America, ) | |
| ex rel. Ven-A-Care of the ) | Magistrate Judge |
| Florida Keys, Inc., v. ) | Marianne B. Bowler |
| Boehringer Ingelheim Corp., ) | |
| et al., Civil Action No. ) | |
| 07-10248-PBS ) | |

------------------------------X


     Videotaped Deposition of COLIN CARR-HALL,
at 219 South Dearborn Street, Chicago,
Illinois, commencing at 9:08 a.m. on Friday,
December 12, 2008, before Donna M. Kazaitis,
RPR, CSR No. 084-003145.

Page 74

1  think it means different things to different
2  people. I can give you what I think it means.
3     Q. Well, could you give me what it means
4  at Roxane?
5     A. Yeah.
6         Again, in my interpretation of a
7  branded generic is that it could be either an
8  older brand with generic competitors that it
9  competes with, it could be that because it's not
10 called "hydromorphone" and it's got a name that
11 it has some name recognition amongst a field with
12 a lot of generic competitors.
13        As far as the technical aspects as to
14 how it becomes categorized as a branded generic,
15 I couldn't tell you.
16    Q. Of the drugs we've talked about that
17 are at issue in this case and which were in your
18 product line, which of those were branded
19 generics?
20    A. I would say Roxanol, Roxicodone, were
21 products where they've got a Roxane brand name
22 attached to them and they had recognition that it

Page 75

1  was not just the generic entity but it had a
2  brand name.
3     Q. But under the FDA's classification of
4  generic drugs, would Hydromorphone, Roxanol, and
5  Roxicodone be considered generic drugs?
6     A. I couldn't tell you that. I'm not
7  familiar with the actual classification.
8     Q. Well, was Roxanol a drug that Roxane
9  had developed as the first entrant in a market?
10    A. Roxanol was a drug that Roxane had
11 developed.
12        Whether it was the first entrant or
13 were there other generics in the market prior to
14 that, I don't know.
15    Q. Was Roxanol a generic drug though?
16    A. Roxanol, again, my understanding,
17 Roxanol competed on price generically, but it did
18 have the recognition of the name Roxanol. I mean
19 that's my understanding.
20    Q. Well, you mentioned before in
21 connection with generic drugs an ANDA, an
22 abbreviated new drug application.

Page 76

1     Do you know if Roxanol had an ANDA?
2     A. I don't know that.
3     Q. To the best of your recollection,
4  Roxanol was though something considered a branded
5  generic at Roxane; is that right?
6     A. Yes, I believe so.
7     Q. What do you recall about Roxicodone?
8     A. I look at Roxicodone, you know, similar
9  to Roxanol, that it's got that Roxane name, but I
10 recall there weren't generic competitors.
11        Again, I'm not certain if there were
12 generic competitors for Roxicodone.
13    Q. And Hydromorphone was also considered a
14 branded generic at Roxane; is that right?
15    A. I'm not aware that Hydromorphone was
16 considered a branded generic at Roxane.
17    Q. I thought you had testified --
18    A. Hydromorphone was more of a chemical
19 name.
20    Q. Oh, I'm sorry. Was there another name
21 for Hydromorphone at Roxane?
22    A. I don't know of one.

Page 77

1     Q. Okay. That was in your product line;
2  right?
3     A. I believe so. Hydromorphone was in our
4  product line.
5     Q. Okay. What did you call it when you
6  sold it?
7     A. I believe I called it Hydromorphone.
8     Q. Do you think that was a branded
9  generic?
10    A. I think that I competed generically
11 with Hydromorphone.
12        I cannot recall that recognition that
13 you get with Roxanol and Roxicodone with
14 Hydromorphone.
15    Q. So the difference in your mind is that
16 Hydromorphone is the chemical name, it's not sort
17 of a name that a marketing person might have come
18 up with?
19    A. Yeah. In my mind that's how I look at
20 it.
21    Q. What about Oramorph, was that a branded
22 generic?