# TAB 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

THE COMMONWEALTH OF MASSACHUSETTS, ) CIVIL ACTION NO.

        Plaintiff,                ) 03-CV-11865-PBS

                                   )

    vs.                            )

                                   )  VIDEOTAPED

MYLAN LABORATORIES, INC.; BARR    )  DEPOSITION OF

LABORATORIES, INC.; DURAMED       )  GREGG CIARELLI

PHARMACEUTICALS, INC.; IVAX       )     30(b)(6)

CORPORATION; WARRICK              )

PHARMACEUTICALS CORPORATION;      )    New York,

WATSON PHARMACEUTICALS, INC.;     )    New York

SCHEIN PHARMACEUTICAL, INC.; TEVA )  July 25, 2007

PHARMACEUTICALS USA, INC.; PAR    )

PHARMACEUTICAL, INC.; DEY, INC.;  )

ETHEX CORPORATION; PUREPAC        )

PHARMACEUTICAL CO.; and ROXANE    )  Reported By:

LABORATORIES, INC.,               )  CATHI IRISH,

        Defendants.               )   RPR, CLVS

----------------------------------X

                                    30
1    A. No.
2    Q. And when did -- when did you first have
3    -- take the position as described in the
4    organizational chart?
5    A. November of 1997.
6    Q. Okay. So from November 1997, at least
7    through the date of this org chart, which is
8    shown as March of 2004, your position --
9    A. No.
10   Q. How long did you hold the position?
11   A. Until sometime in the year 2000.
12   Q. Okay. All right. In your position,
13   1990 -- November of 1997 until 2000 when it
14   changed, what responsibilities did you have for
15   pricing?
16   A. I was the administrator of getting the
17   prices into the systems and processes, and then
18   working with the contracts group to get the
19   prices within the systems and as normal course of
20   business practice.
21   Q. So you had some responsibility for --
22   for -- strike that.

                                    31
1    What responsibility did you have for
2    setting up the systems for maintaining prices?
3    A. I didn't have any responsibility for
4    the systems.
5    Q. So what did your responsibility entail?
6    A. The processes for getting prices
7    approved.
8    Q. In that position, did you have any
9    other people other than Mr. Powers reporting to
10   you?
11   A. Yes.
12   Q. Okay, who else? I don't need the
13   names, at least at this point. Can you just give
14   me the functions of the people who worked for
15   you?
16   A. Yes, I had a controller reporting to
17   me, forecasting manager, contracting manager, and
18   I believe that was it.
19   Q. In the position that you held from
20   November of 1997 through 2000, what were your
21   responsibilities for contracts?
22   A. I had the functional responsibility for

                                    32
1    the contracting department.
2    Q. And was that the department that Mr.
3    Powers was in charge of?
4    A. Yes.
5    Q. Can you just describe generally what
6    Mr. Powers' duties and responsibilities were as
7    the head of the contract department?
8    A. Working with the sales and marketing
9    teams to do contracts, bids, awards, getting all
10   the data properly into our systems and processes.
11   Q. And in that role, was Mr. Powers'
12   responsibility limited with regard to Roxane
13   Laboratories only to the branded drugs?
14   A. No, he had responsibility for branded
15   and generic.
16   Q. Were his responsibilities with regard
17   to the generic drugs the same as his
18   responsibilities for the branded drugs?
19   A. Yes.
20   Q. In the job title as shown in the org
21   chart I just showed you, it also refers to
22   marketing. What were your duties and

                                    33
1    responsibilities with regard to marketing?
2    A. I was the marketing, controlling, so
3    basically the financial budgeting, forecasting,
4    analysis on the marketing.
5    Q. Did the -- did the staff who were
6    responsible for marketing the Roxane branded
7    drugs report to someone other than yourself?
8    A. Yes, they did.
9    Q. And who did they report to?
10   A. Gary Ellexson.
11   Q. And do you know what his -- what Mr.
12   Ellexson's title was?
13   A. I believe it was executive director of
14   marketing.
15   Q. Was there a separate function for
16   marketing the branded drugs for Roxane
17   Laboratories from the group that marketed the
18   multi-source drugs?
19   A. Yes.
20   Q. Who headed up the marketing department
21   for the branded drugs; was that Mr. Ellexson?
22   A. Yes.

Ciarelli, Gregg - 30(b)(6)                                    July 25, 2007
New York, NY

10 (Pages 34 to 37)

**Page 34**

1  Q. And did he also have any responsibility
2  for the generic drugs?
3  A. No, he did not.
4  Q. Now, I think you said that your
5  position changed in 2000.
6  A. Yes.
7  Q. And approximately when in 2000, do you
8  know?
9  A. Right around the turn of the year.
10 Q. So at the end of 2000?
11 A. The end of -- no, the beginning of
12 2000.
13 Q. How did it change?
14 A. I gave up the controlling
15 responsibilities, the financial responsibilities.
16 Q. So you retained responsibility for the
17 contracting department?
18 A. Yes.
19 Q. And for -- so you no longer had the
20 marketing financial responsibilities, correct?
21 A. Yes.
22 Q. So does Mr. Powers still report to you?

**Page 35**

1  A. Yes.
2  Q. And are his duties and responsibilities
3  the same as they were in 1997?
4  A. Yes.
5  Q. From 1997 through the time period in
6  which the Roxane Laboratories branded drugs were
7  actually transferred to BIPI, did -- did Mr.
8  Powers have any responsibility for reporting
9  prices to the price reporting services for the
10 multi-source drugs?
11 A. Yes, he did.
12 Q. So he was reporting for both multi-
13 source and branded drugs?
14 A. Correct.
15 Q. Do you know if there's anyone who
16 reported to him that also assisted in that
17 function?
18 A. I don't recall.
19 Q. I'm going to show you a document which
20 was previously marked as Exhibit Waterer 079, and
21 we don't have a copy of that because the
22 originals are not -- those originals are not with

**Page 36**

1  us, and ask if you can identify that for the
2  record.
3  A. Yes, it's a note to Miss Terri Factora
4  at First DataBank listing the WAC and AWP prices
5  for Roxicodone products.
6  Q. Is Roxicodone one of the branded
7  products belonging to Roxane Laboratories?
8  A. I believe so, yes.
9  Q. Okay. I'm going to have to share this
10 with you, actually, but --
11     MS. WITT: I've got some copies.
12     MR. HEIDLAGE: Actually, let's take a
13 minute and it will be helpful to have a couple
14 copies, yes.
15     THE VIDEOGRAPHER: The time is 10:12
16 a.m. We're going off the record.
17     (Recess taken.)
18     THE VIDEOGRAPHER: The time is 10:29
19 a.m. We're back on the record.
20 BY MR. HEIDLAGE:
21 Q. Mr. Ciarelli, before we broke to have
22 photocopies made, I'd placed before you what was

**Page 37**

1  Exhibit Waterer 079. But before we go into that,
2  just for the record and to make certain we are
3  clear, at the point at which you began testifying
4  with regard to the price reporting of Roxane
5  Laboratories branded drugs, you would be
6  testifying -- it's my understanding you would be
7  testifying on behalf of Roxane Laboratories, and
8  just to confirm; is that correct?
9  A. Yes.
10     MR. HEIDLAGE: Are we agreed?
11     MS. WITT: Yes.
12 BY MR. HEIDLAGE:
13 Q. Mr. Ciarelli, I think you testified
14 that Mr. Powers, who works for you, was
15 responsible for reporting the prices that are
16 published in the price reporting compendia; is
17 that correct?
18     MS. WITT: Can I hear that question
19 back? Is that term in the present tense?
20     MR. HEIDLAGE: Good point. Let me go
21 back. Is there a difference?
22 BY MR. HEIDLAGE:

**94**

1   Q. And the someone in marketing during
2   this time period, do you know who that would have
3   been?
4   A. It would have been the product manager
5   for Roxicodone, but I don't know -- I don't
6   remember who in particular was the product
7   manager at the time.
8   Q. So if we wanted to know how the WAC --
9   strike that.
10      If we wanted to know how the AWP was
11  set for Roxicodone, how would we determine that?
12  Let me step back for a second.
13      First of all, do you know how the AWP
14  was set for Roxicodone in or about September of
15  2000?
16  A. No, I don't.
17  Q. If we wanted to find out how the AWP
18  was determined for Roxicodone during this time
19  period, what would we need to do?
20  A. Talk to the people who would have been
21  involved in that process.
22  Q. And it is your understanding that there

**95**

1   would be documentation of that process, at least
2   one element of which would be an e-mail to the
3   pricing committee, presumably making a
4   recommendation as to a variance or a different
5   AWP for this product; is that correct?
6   A. Yes.
7   Q. And what are the considerations that
8   would be taken into account with regard to
9   setting the AWP for a drug such as Roxicodone
10  during this time period?
11  A. The competitive marketplace.
12  Q. And what elements in the competitive
13  marketplace would Roxane have considered and
14  reviewed during this time period?
15  A. What the competitive drugs' pricing
16  would have been during those times. And that
17  would consist of -- in this case, these products
18  are generics, so there would be multiple
19  manufacturers of these individual products and/or
20  strengths of products that could be used in
21  multiples to come up with the same milligrams as
22  these products.

**96**

1   Q. Okay. And what competitive prices
2   would be reviewed by Roxane to determine -- of
3   the competitors would be reviewed by Roxane to
4   determine its AWP?
5   A. Their AWPs and the AWPs of those
6   competing products.
7   Q. So at least one of the considerations
8   that Roxane would have gone through to set its
9   AWP during the September of 2000 time period
10  would be the AWPs as reported and published by
11  the competitors -- competitors to the product; is
12  that correct?
13      MS. WITT: Object to the form of the
14  question and beyond the scope of the deposition
15  notice.
16      THE WITNESS: Yes, for these products,
17  for these particular products, and again, they
18  had generic competition. If they did not have
19  competition, it would be the formula that we
20  spoke about earlier.
21  BY MR. HEIDLAGE:
22  Q. But given the fact that the AWP of this

**97**

1   -- these drugs is not in accordance with the
2   standard markup, then this would lead you to
3   believe and understand that the AWP was set with
4   the alternative procedure, correct?
5   A. Correct.
6       MS. WITT: Object to the form.
7   BY MR. HEIDLAGE:
8   Q. And that alternative procedure that
9   Roxane used was to review the AWPs as published
10  by the competitive products?
11  A. Correct.
12  Q. Did Roxane have any general practice
13  and procedure for determining how its published
14  AWP would relate to the AWPs of the other
15  competitors in the marketplace for drugs such as
16  Roxicodone that had generic competition?
17      MS. WITT: Object to the form of the
18  question.
19      THE WITNESS: None that I'm aware of.
20  BY MR. HEIDLAGE:
21  Q. Do you know how Roxane set its WAC for
22  Roxicodone during this time period?

**Page 98**

1    A. It would have been again based on
2 competitive products.
3    Q. When you say competitive products, what
4 would Roxane review to determine the WAC that it
5 established for its Roxicodone?
6    A. We'd look at -- it would look at the
7 competition in the market and the other
8 alternative products that could be used, whether
9 they be direct competitors, oxycodone based, or
10 other products that are different molecules that
11 have the same type of palliative effect.
12       And the marketing teams would --
13 actually, their responsibilities would be to come
14 up with their recommendation on what the WAC
15 price should be, based on, you know, looking at
16 the market and general business practices.
17    Q. So given the fact that the standard --
18 strike that.
19       Were the considerations that Roxane
20 took into account in setting its WAC price for
21 the Roxicodone were the prices that you reviewed,
22 the published prices of the competitors'

**Page 99**

1 products?
2    A. Yes.
3    Q. Anything else?
4    A. No.
5    Q. Just so I understand, in Exhibit
6 Waterer 079, which is the -- the document that
7 had the initial launch of the Roxicodone, what
8 was the function -- or strike that.
9       What relationship, if any, did the AWP
10 have to the prices that Roxane actually charged
11 to its customers?
12    A. AWP had no bearing on what Roxane
13 charged its customers. The customers were
14 charged based on WAC or a discount off of WAC.
15    Q. And the discount off WAC that you're
16 talking about was either the 2 percent prompt pay
17 discount, the initial stocking discount that
18 we've seen?
19    A. Right.
20    Q. Discounts in hospital contracts, I
21 think you said?
22    A. Yes.

**Page 100**

1    Q. And also discounts to managed care?
2    A. Managed care, federal government, they
3 would take the form of a rebate, so they would go
4 to the -- in that case Medicaid would go to the
5 federal government as a check, not a discount.
6 The wholesaler would not see that discount.
7    Q. Okay.
8    A. And to the managed care organization,
9 based on dispensing of the drug, a check would be
10 made to the managed care organization.
11       (Exhibit Ciarelli 004, document
12 Bates stamped RLI-TX 67336 through 338, marked
13 for identification, as of this date.)
14 BY MR. HEIDLAGE:
15    Q. Mr. Ciarelli, what I've placed before
16 you and marked as Exhibit Ciarelli 004 is a
17 document with Bates numbers RLI-TX 67336 through
18 67338, and ask you if that's a document that you
19 have ever seen before.
20    A. Not this particular one, no.
21    Q. Have you seen documents like that?
22    A. I don't recall seeing this particular

**Page 101**

1 type of document, no.
2    Q. On the first page, there is a listing
3 of people with the heading Internal Distribution
4 List. Can you determine from that listing which
5 company these people worked for?
6    A. I believe Ed Gunn worked for Roxane.
7 Craig Russell worked for Roxane. I don't know
8 Lewis. I don't know Querry, Jefferis. Jerry
9 Hart worked for Roxane. Mark Shaffer worked for
10 Roxane. Fred Duy worked for Roxane. Richard
11 Feldman worked for Roxane. Bob Sykora, Roxane.
12 John Powers, Roxane. Michael Schobelock for
13 Roxane. Beth Trowbridge worked for Roxane. Dr.
14 Shepard worked for BIPI. Kathy Hirst, BIPI. Kim
15 Griffin, BIPI. Mike Kavanaugh, BIPI. Gary
16 Nichols, BIPI. And the other folks appear to be
17 people that would be involved in the launch
18 meeting.
19    Q. What were the functions -- so is this a
20 launch document?
21    A. It's a field force communication that's
22 dated September -- there is no date on here. I