# TAB 6

# Condensed Transcript

# Deposition of
# BIPI - Joseph DeCapua

taken on
5/30/2007

**State of Alabama
v.
Abbott Laboratories, Inc., et al.**

**Case No. 2005-219**



Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com

BIPI - Joseph DeCapua
May 30, 2007

Page 14

1  employed at Roxane from that time to the
2  present?
3      A. Yes.
4      Q. Could you just take me
5  chronologically through your employment
6  history with your job title and the
7  responsibilities from then until now?
8      A. Sure. I was -- I worked as a
9  Credit/Collections Specialist from 1987 to
10 1990. And in 1990, when the federal
11 government passed the Medicaid rebate
12 legislation, OBRA '90, is when I became a
13 Medicaid Specialist basically hired to
14 process the Medicaid rebate claims that were
15 the result of this new legislation. So I was
16 a Medicaid analyst, specialist, whatever you
17 want to call it, until like the mid-'90s.
18 And I got -- had increasing degrees of
19 responsibility with that job.
20         And then in like the late '90s,
21 I was promoted to Medicaid Manager for just,
22 at that time, Boehringer Ingelheim. And then
23 in the late '90s, '99 to 2000 area, we
24 acquired the contracting for Roxane. I was
25 responsible for their Medicaid Rebate

Page 15

1  Agreement, processing their rebates,
2  reporting their pricing, et cetera. And so I
3  held that position for -- held that position
4  for three years.
5          And then I acquired federal
6  responsibility for both companies, VA
7  contracting, DOD contracting, et cetera. And
8  so I was promoted at that time to Associate
9  Director. And I've been the Associate
10 Director of Government Programs since 2003.
11     Q. At the time you were hired,
12 what was the relationship between Boehringer
13 Ingelheim, BI, and Roxane?
14     A. Roxane was the sister company
15 under Boehringer Ingelheim Corporation.
16     Q. Is it fair to say that at the
17 time you hired -- you were hired, that BI
18 dealt with brand drugs and that Roxane dealt
19 with generic drugs?
20     A. Yes.
21     Q. Has that generally been the
22 relationship from 1985 until the present?
23     A. I can't say from 1985, but --
24     Q. From 1990?
25     A. From 1990, yes. Yeah, I mean,

Page 16

1  Roxane had some brand drugs but very few.
2      Q. Okay. So when you were first
3  employed, who was your -- who did you
4  consider to be your employer?
5      A. Boehringer Ingelheim.
6      Q. And your employer was
7  Boehringer Ingelheim or BI from the inception
8  of your employment until 1999?
9      A. 1999, yes.
10     Q. And in 1999, your employer
11 became Roxane?
12     A. Still Boehringer Ingelheim, but
13 I acquired responsibility for Roxane
14 contracting under the Medicaid Rebate
15 Agreement.
16     Q. BI is the parent of Roxane?
17     A. It's Boehringer Ingelheim
18 Corporation, correct.
19     Q. BIC?
20     A. BIC.
21     Q. B-I-C?
22     A. Yes.
23     Q. Where is BIC located?
24     A. Headquarters is in Germany.
25     Q. Have you ever been to Germany?

Page 17

1      A. No.
2      Q. Do you want to go?
3      A. I have no desire.
4      Q. Roxane's headquarters are
5  where?
6      A. Right now it's in Cleveland,
7  Ohio. But at one point, it was in Columbus,
8  Ohio.
9      Q. Where do you currently reside?
10     A. In Danbury, Connecticut -- or
11 Ridgefield, Connecticut.
12     Q. All right. I want to mark --
13 this has probably been previously marked.
14 Let's do this. I want to show you what's
15 previously been marked as Plaintiffs' Exhibit
16 No. 1. Tell me, sir, if you recognize that.
17         (Witness reviewed document.)
18     A. Yes.
19     Q. Have you reviewed this document
20 before?
21     A. I reviewed it, yes.
22     Q. Did you review it in
23 preparation of your deposition today?
24     A. Yes.
25     Q. What else did you review in

5 (Pages 14 to 17)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

773d661f-b79c-4a3c-876f-ff6923a1c296

Page 166

1  the same for innovator products and
2  noninnovator products?
3      A. No. They're different.
4      Q. What's the formula for a
5  noninnovator product?
6      A. It is just your Average
7  Manufacturer Price times 11 percent.
8      Q. And what was the formula you
9  described earlier for Mr. Carter?
10     A. That was the formula for a
11 non -- I just -- that was noninnovator that I
12 just described earlier. It was for single
13 source and innovator drugs. And it's --
14 there's a best -- a basic rebate component
15 and an inflation component. You want me to
16 repeat it?
17     Q. You can repeat it, please.
18     A. Okay. It's -- on the basic
19 side, it's 15 -- the greater of 15.1 percent
20 for AMP minus Best Price. And on the
21 inflation side, we were penalized for price
22 increases over and above inflation.
23     Q. Did Roxane ever calculate Best
24 Price for its noninnovator products?
25     A. No.

Page 167

1      Q. Is it required to report Best
2  Price for those products to CMS or any other
3  entity?
4      A. No.
5      Q. Do you have a rough ballpark
6  estimate of how many NDCs Roxane has today?
7      A. Today? It's less than ten -- I
8  mean, five. I mean, it changes all the time.
9      Q. Let me repeat my question.
10     A. Okay.
11     Q. How many NDCs Roxane has in its
12 product portfolio today?
13     A. Oh, four to five hundred -- I
14 mean . . .
15     Q. And how many of those are
16 products for which you report a Best Price?
17     A. Today, less than ten.
18     Q. And historically, about how
19 many products, say in the mid-'90s, did
20 Roxane have in its portfolio, total NDCs?
21     A. Same ballpark.
22     Q. And how many innovator products
23 did Roxane report Best Price for during that
24 time period?
25     A. Could have been forty to fifty.

Page 168

1      Q. NDCs?
2      A. NDCs.
3      Q. Okay. Before Mr. Winget-
4  Hernandez asked you questions earlier about
5  Oramorph. Do you recall that?
6      A. Yes.
7      Q. Are you aware of whether or not
8  Oramorph had multisource competition?
9      A. I am aware of that.
10     Q. Are you aware of whether or not
11 Oramorph competitors had an innovator or
12 noninnovator designation?
13     A. They had a noninnovator
14 designation for that drug.
15     Q. And was that one of the issues
16 that you were looking at in contention with
17 the Medicaid recalculation presentation that
18 you gave to CMS?
19     A. Yes.
20     Q. Are you aware of whether or
21 not, at any time, Roxane had any nominal
22 price sales?
23     A. I think there were a few
24 nominal price sales for the Oramorph product.
25     Q. Other than for Oramorph?

Page 169

1      A. No.
2        MR. KAVANAUGH: Nothing
3          further.
4        THE VIDEOGRAPHER: Anyone else?
5        MR. CARTER: Yeah.
6        EXAMINATION
7  BY MR. CARTER:
8      Q. Tell the Jury what the
9  difference is between an innovator drug and a
10 noninnovator drug.
11     A. An innovator drug, as
12 classified under the Medicaid rules, is any
13 drug that is marketed under an NDA or a New
14 Drug Application. And a noninnovator drug
15 would be a drug that is marketed under an
16 ANDA, which is an Abbreviated New Drug
17 Application.
18     Q. And what does it matter to you
19 when you're calculating AMPs whether a drug
20 is an innovator drug or a noninnovator drug?
21     A. It does not.
22     Q. What does it matter when you
23 calculate Best Price as to whether or not a
24 drug is an innovator drug or a noninnovator
25 drug?

43 (Pages 166 to 169)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

773d661f-b79c-4a3c-876f-ff6923a1c296