# TAB 7

**In The Matter Of:**

*THE STATE OF TEXAS ex rel.  v.*
*DEY, INC., ET AL.*

---

*RICHARD A. FELDMAN*
*June 25, 2002*

---

*FREDERICKS-CARROLL REPORTING*
*Court Reporting-Video Services-Litigation Support*
*7719 WOOD HOLLOW DRIVE, SUITE 156*
*Austin, TX  78731*
*(512) 477-9911    FAX: (512) 345-1417*

*Original File 0625FELD.AMI, 239 Pages*
*Min-U-Script® File ID: 2994784180*

**Word Index included with this Min-U-Script®**

Page 45

[1] Ingelheim?
[2]  A: Don't know.
[3]  Q: McKesson?
[4]  A: Possibly.
[5]  Q: Cardinal?
[6]  A: Possibly.
[7]  Q: Amerisource Bergen?
[8]  A: Possibly.
[9]  Q: Do you know for a fact, for the ladies and
[10] gentlemen of the jury, that either of those three
[11] wholesalers set Boehringer Ingelheim AWPs?
[12]  A: Yes.
[13]  Q: How do you know that?
[14]  A: Because the pricing services, First Data Bank,
[15] surveys them to get the AWP and then publishes it.
[16]  Q: Do you know how First Data Bank goes about
[17] that survey?
[18]  A: No.
[19]  Q: Do you know how the wholesalers create the AWP
[20] which they in turn provide First Data Bank during First
[21] Data's survey?
[22]  A: No.
[23]  Q: Are there formulas in the industry governing
[24] the setting of AWPs?
[25]  A: Maybe.

Page 46

[1]  Q: Are you aware that First Data Bank uses
[2] formulas to set AWPs?
[3]  A: I'm not aware that they do.
[4]  Q: Do you know for a fact that they don't?
[5]  A: Yes.
[6]  Q: Do you know for a fact that pharmaceutical
[7] manufacturers use formulas to set AWPs?
[8]  A: Narrow the question.
[9]  Q: Do pharmaceutical manufacturers set AWP?
[10]  A: Some.
[11]  Q: Does Roxane set AWPs?
[12]  A: Yes.
[13]  Q: Do you know how Roxane goes about doing that?
[14]  A: Yes.
[15]  Q: How?
[16]  A: Which product?
[17]  Q: Well, let's focus on Ipratropium Bromide.
[18] Does it change — strike that.
[19]    Does it change from product to product
[20] how an AWP is set?
[21]  A: Possibly.
[22]  Q: Does it — are AWPs for generic products set
[23] differently than AWPs for generic products? Do — are
[24] AWPs for generic products set differently than AWPs for
[25] brand products?

Page 47

[1]  A: Yes.
[2]  Q: Let's start with brand products. How are the
[3] AWPs for brand products set at Roxane?
[4]  A: Now, say it again.
[5]  Q: In your employment with Roxane, you're aware
[6] that Roxane set AWPs for its products. Is that true?
[7]  A: Yes.
[8]  Q: And I think it was your testimony that Roxane
[9] exclusively sets those AWPs for its products. Is that
[10] true?
[11]  A: No.
[12]  Q: What other entities set AWPs for Roxane?
[13]  A: Don't know. That's why I can't use — I can't
[14] agree with you on exclusive, because I can only tell
[15] you what we do, Roxane Laboratories.
[16]  Q: Right. And in your employment with Roxane
[17] Laboratories, do you know for a fact that any other
[18] institute other than Roxane set Roxane AWPs?
[19]  A: No.
[20]  Q: So to your knowledge, Roxane exclusively set
[21] the AWPs for its products? To your knowledge?
[22]  A: I still don't like the word exclusive, because
[23] I know we set it. I can't speak for, you know, the
[24] rest of the free world.
[25]  Q: I'm not asking you to speak for anyone other

Page 48

[1] than yourself. In your employment at Roxane, to your
[2] knowledge, only Roxane set its AWPs. Is that true?
[3]  A: Rephrase the question.
[4]  Q: You were employed by Roxane for several years.
[5] Right?
[6]  A: Correct.
[7]  Q: And in that employment you were aware that
[8] Roxane set the AWPs on its products.
[9]  A: Correct.
[10]  Q: And to your knowledge, no other entity had
[11] involvement in setting those AWPs other than Roxane.
[12]  A: Correct.
[13]  Q: Okay. How did Roxane set the AWPs for its
[14] brand products?
[15]  A: It was a percentage marked up from the
[16] wholesale acquisition cost.
[17]  Q: What percentage?
[18]  A: Which product?
[19]  Q: Did it change from one brand product to the
[20] next?
[21]  A: It possibly could have.
[22]  Q: What was the typical percentage markup from
[23] wholesale acquisition cost to set a brand AWP at
[24] Roxane?
[25]  A: It was 20 percent up from wholesale

Page 49

[1] acquisition cost.
[2] Q: Were there any other percentages that were
[3] used by Roxane to set brand AWPs, to your knowledge?
[4] A: Don't remember.
[5] Q: You have a vague recollection of there might
[6] be another percentage?
[7] A: There could be. I — I really don't know.
[8] Q: I understand that it's theoretically possible
[9] that there was another percentage. But within your
[10] personal knowledge, during your employment at Roxane,
[11] did you become aware that any percentage other than 20
[12] percent was used as the markup from wholesale
[13] acquisition cost to set AWP?
[14] A: During what period?
[15] Q: During your employment from '96 to 2001.
[16] A: I believe there were other products that had
[17] some different percentages. I just don't remember
[18] which products or when.
[19] Q: Do you have any understanding why some brand
[20] products had a different unique percentage than most
[21] brand products?
[22] A: No.
[23] Q: Were you ever privy to the meetings in which
[24] that was — that strategy was discussed?
[25] A: As it relates to...?

Page 50

[1] Q: As it relates to these brand products which
[2] you have a memory may have been marked up with a
[3] different percentage.
[4] A: No.
[5] Q: But you just recall that that might have
[6] occurred?
[7] A: Yes.
[8] Q: Why was it that wholesale acquisition cost was
[9] used as the foundation upon which the AWP was set?
[10] A: Historical artifact.
[11] Q: Roxane's historical artifact?
[12] A: General industry artifact.
[13] Q: Is the 20 percent markup a markup you were
[14] familiar with at Schein in setting AWPs?
[15] A: For what product?
[16] Q: For brand products.
[17] A: To my recollection, yes.
[18] Q: Does Schein sell brand and generic products?
[19] A: Not any longer.
[20] Q: Did it while you were working there?
[21] A: Yes.
[22] Q: Do you have any understanding why 20 percent
[23] was the general industry standard for markup from
[24] wholesale acquisition cost to set a brand AWP?
[25] A: Other than it was a historical artifact, no.

Page 51

[1] Q: And in your 20 years of experience in the
[2] pharmaceutical sales industry, has it always been 20
[3] percent, to your knowledge?
[4] A: No.
[5] Q: What other percentage was used, to your
[6] knowledge?
[7] A: 25 percent.
[8] Q: Was there a time period in the industry in
[9] which 25 percent was used rather than 20 percent?
[10] A: Some companies.
[11] Q: At companies you worked for?
[12] A: No.
[13] Q: How did you become aware that other companies
[14] used a formula of 25 percent up from wholesale
[15] acquisition cost to set their brand AWPs?
[16] A: I looked.
[17] Q: Looked where?
[18] A: Red Book.
[19] Q: Is Red Book a publication that publishes all
[20] AWPs of pharmaceutical products?
[21] A: General question. Don't know if it's all or
[22] not.
[23] Q: Is it your understanding that it publishes all
[24] the AWPs for pharmaceutical products?
[25] A: As I said, I don't know if it — all is the

Page 52

[1] correct word.
[2] Q: What's your understanding?
[3] A: Of what?
[4] Q: Are some product — do you have a specific
[5] recollection that some products are not listed in Red
[6] Book?
[7] A: No.
[8] Q: So generally, you have an understanding that
[9] all products and their AWPs are listed in Red Book?
[10] A: Red Book would be a source for me to look at
[11] to see if an AWP was listed.
[12] Q: And to your knowledge, that would be a source
[13] which would be comprehensive?
[14] A: Yes.
[15] Q: Are there other sources that would be
[16] considered comprehensive in providing AWP information
[17] for pharmaceutical products?
[18] A: First Data Bank.
[19] Q: Is that it?
[20] A: MediSpan was bought by First Data Bank, even
[21] though they keep separate records right now.
[22] Q: In looking in Red Book to determine what
[23] competitor companies were doing in setting their AWPs,
[24] how did that assist you in your business?
[25] A: What business?

Page 53

[1] **Q:** Well, you mentioned that you had never worked [2] for a company that used a 25 percent markup. Is that [3] true?
[4] **A:** That's true.
[5] **Q:** And you mentioned that you were aware that [6] other companies did, in fact, use the 25 percent markup [7] because you checked Red Book. Is that true?
[8] **A:** That's true.
[9] **Q:** What did you use that information for in [10] checking to see what competitor formulas were?
[11] **A:** See what they were doing.
[12] **Q:** And how would that assist you in your [13] business?
[14] **A:** It really wouldn't.
[15] **Q:** Then why did you do it?
[16] **A:** Because oftentimes the AWP, next to that was [17] the wholesale price.
[18] **Q:** Right. And how would you use the AWP and the [19] wholesale price in your business?
[20] **A:** I wouldn't use the AWP. I'd use the wholesale [21] price to see if I was competitive with a product from [22] the same therapeutic category.
[23] **Q:** Competitive on what price?
[24] **A:** Wholesale acquisition cost.
[25] **Q:** In looking to see what a competitor's

Page 54

[1] wholesale acquisition cost was, why — why is it that [2] you would then do the calculation to determine that [3] their AWP was 25 percent more than the wholesale [4] acquisition cost?
[5] **A:** Curiosity.
[6] **Q:** Merely curiosity?
[7] **A:** Mm-hmm.
[8] **Q:** Is there any business reason that you as a [9] sales executive in the pharmaceutical industry for 20 [10] years would need to be aware of your competitors' AWPs?
[11] **A:** Which product?
[12] **Q:** Well, we've been talking about brand products. [13] For brand products —
[14] **A:** I know, but I just ask that you keep [15] clarifying, because I keep getting lost what you're [16] asking for.
[17] **Q:** Okay.
[18] **A:** So —
[19] **Q:** No, that's fair. In brand — in the sector of [20] brand products, you have 20 plus years experience. How [21] do you use information concerning competitors' AWPs?
[22] **A:** I really don't. I'm focused on the wholesale [23] acquisition cost to make sure that the product price [24] stays competitive for what I sell it for.
[25] **Q:** In your 20 years of experience, have you ever

Page 55

[1] used AWP information of a competitor's product in your [2] business?
[3] **A:** Not to my knowledge, that I can remember.
[4] **Q:** You don't have a specific memory of doing — [5] of using a — competitor AWP information in your [6] business?
[7] **A:** We look at it, but, you know — you're talking [8] about brand?
[9] **Q:** For brands, yes.
[10] **A:** No.
[11] **Q:** In selling generic products, in your 20 plus [12] years of experience, have you ever utilized the AWP [13] information of a competitor?
[14] **A:** Yes.
[15] **Q:** For what purpose?
[16] **A:** To set Roxane AWP.
[17] **Q:** In looking at a competitor's AWP on a generic [18] product, how does Roxane set its AWP on its generic [19] products?
[20] **A:** Close to the competitor.
[21] **Q:** Above or below?
[22] **A:** At.
[23] **Q:** Exactly? The same as a competitor's AWP?
[24] **A:** Close.
[25] **Q:** Okay. Well, in your experience, your specific

Page 56

[1] experience at Roxane, did you assist in setting the [2] AWPs on generic products?
[3] **A:** No.
[4] **Q:** Are you aware of Roxane setting AWPs while you [5] were employed at Roxane?
[6] **A:** Yes.
[7] **Q:** And who set those AWPs?
[8] **A:** Marketing.
[9] **Q:** Who specifically in marketing?
[10] **A:** Judy Waterer.
[11] **Q:** Did Judy Waterer, to your knowledge, set all [12] AWPs on generic products at Roxane while you were [13] employed by Roxane?
[14] **A:** To my knowledge, yes.
[15] **Q:** To your knowledge, does Judy Waterer continue [16] to set the AWPs on generic products for Roxane?
[17] **A:** To my knowledge, yes. But that's a qualified [18] yes.
[19] **Q:** Roxane has gone through some significant [20] reorganization. That's true. Right?
[21] **A:** Yes.
[22] **Q:** And is that why you're somewhat unclear as to [23] whether Judy Waterer continues to perform the duties of [24] setting the AWPs on generic products?
[25] **A:** Yes.

Page 57

[1] **Q:** Okay. How would Roxane be benefited by
[2] setting an AWP above a competitor's AWP?
[3] **A:** They wouldn't be, to my knowledge.
[4] **Q:** How would they be benefited by setting an AWP
[5] below a competitor's AWP?
[6] **A:** They wouldn't be as — to my knowledge.
[7] **Q:** So why is it that it's important to set your
[8] AWP close to a competitor's AWP?
[9] **A:** Because that was market practice in the
[10] commodity marketplace.
[11] **Q:** And when you say commodity marketplace, you
[12] mean generic products?
[13] **A:** Yes.
[14] **Q:** Are brand products considered commodities?
[15] **A:** We would hope not.
[16] **Q:** And that's because they have patent
[17] protection?
[18] **A:** Correct.
[19] **Q:** And they treat — theoretically one brand
[20] treats one specific disease or set of symptoms?
[21] **A:** Pretty general...
[22] **Q:** Generally, yes?
[23] **A:** Yes.
[24] **Q:** Okay.
[25] **A:** It's —

Page 58

[1] **Q:** Well, when you say —
[2] **A:** — kind of shaky ground there.
[3] **Q:** I understand. When — when you say we hope
[4] not, that implies that there are situations where
[5] brands can be treated as commodities?
[6] **A:** No.
[7] **Q:** Okay.
[8] **A:** You're — you're really —
[9] **Q:** Reading too much into that?
[10] **A:** Restate the question.
[11] **Q:** You said — you said —
[12] **A:** He wants you to stop.
[13] **Q:** Okay. Let's take a break and change tapes.
[14] **VIDEOGRAPHER:** We're off the record at
[15] 9:49 a.m. This concludes tape No. 1.
[16] **VIDEOGRAPHER:** We're back on the record
[17] at 9:51 a.m. This is the beginning of tape 2.
[18] **Q:** (By Mr. Anderson) Mr. Feldman, what is your
[19] understanding of the use of AWP in the pharmaceutical
[20] industry?
[21] **A:** It's a reference price used by the wholesaler
[22] to sell product to the pharmacy.
[23] **Q:** Does it have any impact in the reimbursement
[24] of pharmaceuticals, to your knowledge?
[25] **A:** It's my understanding that at times AWP is

Page 59

[1] used as the reference for reimbursement at pharmacies.
[2] **Q:** And how — for — how long have you had that
[3] understanding?
[4] **A:** Long time.
[5] **Q:** You've been involved in the industry 20 years.
[6] Have you always understood that AWP was the reference
[7] for reimbursement?
[8] **A:** More or less.
[9] **Q:** Did you find at Roxane that Roxane's AWPs
[10] would be above or below its competitors in generic
[11] products?
[12] **A:** General question. Which products?
[13] **Q:** Generic products. Generally, were the AWPs
[14] higher or lower than competitor AWPs?
[15] **A:** Don't know. I mean, I — I really don't.
[16] **Q:** Do you have any specific memory of how the AWP
[17] for Ipratropium Bromide was set?
[18] **A:** Product was set prior to me going to work for
[19] Roxane Laboratories.
[20] **Q:** While you worked at Roxane, did you ever have
[21] occasion to check the AWP on the Ipratropium Bromide
[22] products as compared to its competitors' AWPs?
[23] **A:** I probably did, but don't have a specific
[24] timeframe to tell you that this is when I looked. I
[25] mean, you know.

Page 60

[1] **Q:** But that would have been something that you
[2] would have done in the ordinary course of your
[3] business?
[4] **A:** Yes.
[5] **Q:** And why would it be important for you to do
[6] that?
[7] **A:** To ensure that I stay close to whatever the
[8] competitive products were on the marketplace for
[9] Ipratropium Bromide.
[10] **Q:** And when you say close to, do you mean above
[11] or below the AWP of your competitors?
[12] **A:** Close to.
[13] **Q:** It just — so long as you get within a few
[14] cents of your competitor, you're all right?
[15] **A:** In general.
[16] **Q:** What if, on Ipratropium Bromide, for instance,
[17] you set your AWP $10.00 less than its competitors, how
[18] would that impact Roxane's sales?
[19] **A:** We never did that, so I couldn't tell you.
[20] **Q:** Do you have any understanding of why you never
[21] did that?
[22] **A:** No.
[23] **Q:** In 20 years you've never had an understanding
[24] of why AWPs are set at competitive levels?
[25] **A:** Because it's a commodity marketplace and you

Page 77

[1] A: Criminal.
[2] Q: And did you testify on behalf of the
[3] defendants?
[4] A: No.
[5] Q: Did you testify on behalf of the government?
[6] A: Yes.
[7] Q: And where did you give your deposition?
[8] A: It was — I'm trying to remember where I did
[9] it. It was someplace.
[10] Q: Was it here? Here or at headquarters?
[11] A: I don't remember where we did it. I — I —
[12] we did it, but I just don't remember where.
[13] Q: Did you recall testifying in open court?
[14] A: Yes.
[15] Q: Did you give a deposition and testify in
[16] trial?
[17] A: Yes.
[18] Q: Was there a jury present when you testified in
[19] trial?
[20] A: Yes.
[21] Q: And what was the subject matter that you
[22] testified about in the case that you're referring to
[23] now?
[24] A: The — it had to do with the contract and
[25] buying of pharmaceuticals.

Page 78

[1] Q: What kind of pharmaceuticals?
[2] A: The product was Ipratropium Bromide.
[3] Q: That was Roxane's generic version of
[4] Ipratropium Bromide?
[5] A: It was — yeah, it was Ipratropium Bromide
[6] manufactured by Roxane, yes.
[7] Q: Okay. And what was the substance of your —
[8] of your testimony?
[9] A: That they illegally bought the product and
[10] distributed the product by buying it into their
[11] pharmacy and then selling it to other customers.
[12] Q: To other customers that were — in other
[13] words, they were acting as a distributor themselves, or
[14] as a wholesaler?
[15] A: Yes.
[16] Q: And why was that improper from the perspective
[17] of your testimony?
[18] A: Because we sold it to Respiratory Druggists,
[19] Inc. — which is confusing because it's — they're both
[20] RDI, and it was for own use for dispensing, and instead
[21] they were buying the product and then selling it
[22] through Respiratory Distributors, Inc., and that was
[23] not what they should be doing.
[24] Q: Was Respiratory Druggists, Inc. a home care
[25] type provider, to your knowledge?

Page 79

[1] A: Yes.
[2] Q: And was RDI, Respiratory Distributors, Inc.,
[3] what was their business, to your knowledge?
[4] A: Distributor.
[5] Q: Distributing to what kind of entities?
[6] A: For the most part I believe their business was
[7] focused on respiratory pharmacies.
[8] Q: Did Respiratory Druggists, Inc. get a better
[9] price in negotiating with Roxane than they would have
[10] gotten had they revealed that they were going to
[11] distribute the drug?
[12] A: Yes.
[13] Q: Did they get a better AWP than they would have
[14] otherwise gotten?
[15] A: There is only one AWP.
[16] Q: Did they get a better WAC than they would have
[17] otherwise gotten?
[18] A: There is only one WAC.
[19] Q: Who sets Roxane's WAC for Ipratropium Bromide?
[20] A: Marketing.
[21] Q: Roxane's marketing department. Correct?
[22] A: Yes.
[23] Q: And if Roxane's marketing department chooses
[24] to report a lower WAC, they have got power — the power
[25] to do that. Is that correct?

Page 80

[1] A: I just ask you to rephrase the question.
[2] Q: If Roxane's marketing department made a
[3] decision to report a lower WAC, would they have the
[4] authority to do that?
[5] A: The question is not — question — you're
[6] going to have to restate it because the word report is
[7] not a good word to use in that question.
[8] Q: It's not a good word? Okay. If Roxane's
[9] marketing department chose to set a lower WAC, would
[10] they have the authority to do that for Ipratropium
[11] Bromide?
[12] A: Roxane — marketing department had the
[13] responsibility if they so decided to change the WAC
[14] price.
[15] Q: They could change it up or they could change
[16] it down. Correct?
[17] A: Yes.
[18] Q: If Roxane's marketing department were to lower
[19] the WAC of Ipratropium Bromide, would it be Roxane's
[20] marketing department's responsibility to make sure that
[21] their lower WACs were reported to First Data Bank?
[22] A: No.
[23] Q: Whose responsibility, if any, would that be?
[24] A: We didn't report WAC to First Data Bank.
[25] Q: Why not?

Page 81

[1] A: Because in general, generic companies did not
[2] report WAC prices, only AWPs to First Data Bank.
[3] Q: Why?
[4] A: Just practice.
[5] Q: Did Roxane's marketing department have the
[6] authority to report Roxane's WAC for Ipratropium
[7] Bromide to First Data Bank if the marketing department
[8] so chose?
[9] A: That would probably be discussed.
[10] Q: Among who?
[11] A: They would probably — and you know, it's
[12] hypothetical, they would probably go to whoever they
[13] report to at the time and discuss why they would want
[14] to do something.
[15] Q: Well, you testified in response to
[16] Mr. Anderson's questions, I believe — at least I got
[17] the impression that you've actually been present on one
[18] or more occasions during discussions that resulted in
[19] Roxane setting an AWP for one or more drugs. Is that
[20] correct?
[21] A: Yes.
[22] Q: Okay. Sitting here today, what drugs do you
[23] recall being present during discussions, the result of
[24] which Roxane set an AWP for one or more drugs?
[25] A: Whew! There was so many products, I — I

Page 82

[1] couldn't narrow in on a given product for you.
[2] Q: Can't think of one?
[3] A: No, not a hundred percent absolute. I — I
[4] just can't think of one.
[5] Q: So there were so many you can't think of the
[6] list of all the ones you participated in discussions
[7] about AWP about, and there were so many you can't even
[8] think of one that you participated in AWP discussions
[9] about?
[10] A: In various meetings, talking about various
[11] products, and pricing was talked about, and possibly
[12] AWP was talked about. And I was present, but I just
[13] can't focus on exactly what product —
[14] Q: Okay.
[15] A: — and the detail of that.
[16] Q: All right. Those meetings, what kind of
[17] meetings were they?
[18] A: Marketing meetings.
[19] Q: And you are part of the marketing department.
[20] Correct? Or you were part of Roxane's marketing
[21] department. Correct?
[22] A: I was really part of the sales department, but
[23] the umbrella probably would cover the marketing piece
[24] as well.
[25] Q: So over a time span of how long did you

Page 83

[1] participate in meetings at Roxane during which pricing
[2] would have been discussed in any context?
[3] A: Pretty much from the time I started.
[4] Q: So for about 20 years?
[5] A: No.
[6] Q: I'm sorry. About nine years?
[7] A: No.
[8] Q: How long?
[9] A: I started at Roxane in 12-96. Yeah, five
[10] years.
[11] Q: Five years, I'm sorry. So tell the jury to
[12] the best of your recollection every time you
[13] participated in a discussion at Roxane during which
[14] anybody raised the issue of Roxane taking steps to make
[15] sure that its AWP reflected the average price the drug
[16] was being sold by the wholesaler.
[17] A: Restate the question.
[18] Q: Would you read the question back, please?
[19]     (Requested portion was read)
[20] MR. McCONNICO: Objection; form.
[21] MR. BREEN: What is the basis, Steve?
[22] MR. McCONNICO: The basis is it's so
[23] general, there's no way that he can specifically give
[24] any answer to it. You don't talk to any one point,
[25] place, time, person. It's not specific enough and it

Page 84

[1] calls for something that's so global that I don't think
[2] there's any way that he can give any type of meaningful
[3] answer to the question.
[4] MR. BREEN: Okay. Well, let's see if he
[5] can. Give it a whirl.
[6] THE WITNESS: Really — I really can't.
[7] I mean, the — no.
[8] Q: (By Mr. Breen) Okay. Let me ask it this way,
[9] then: Sitting here today, do you have a recollection
[10] of ever participating in a discussion at Roxane during
[11] which anybody raised the issue of making sure that
[12] Roxane's AWPs reflected the price at which Roxane's
[13] drugs were being sold by the wholesalers?
[14] A: No.
[15] Q: Did you ever participate in a discussion at
[16] Roxane during which anybody raised the issue as to
[17] whether or not Roxane's AWPs may in any instance be
[18] misleading?
[19] A: No.
[20] Q: That subject never came up the entire tenure
[21] that you were at Roxane?
[22] A: No.
[23] Q: How about while you were at Schein? Did the
[24] question ever come up as to whether or not Schein's
[25] AWPs might be misleading with respect to any drug?

**Page 173**

[1] Q: And you currently sell Boehringer Ingelheim
[2] drugs as well as what other drugs?
[3] A: Current?
[4] Q: Currently.
[5] A: Currently I sell brand pharmaceuticals for
[6] Boehringer Ingelheim Pharmaceuticals, Inc. And there's
[7] still one brand product that has a Roxane label that
[8] I'm responsible for.
[9] Q: What product is that?
[10] A: Torecan.
[11] Q: Do you have responsibility for selling a drug
[12] known as Viramune?
[13] A: Yes.
[14] Q: Is that sold under the Roxane label or the
[15] Boehringer Ingelheim label?
[16] A: The Boehringer Ingelheim Pharmaceuticals, Inc.
[17] label.
[18] Q: Has Viramune ever been sold under the Roxane
[19] label?
[20] A: Yes.
[21] Q: Do you know why it was that that was — that
[22] product was switched to the Boehringer Ingelheim label?
[23] A: Yes.
[24] Q: Why was that?
[25] A: It's a brand product.

**Page 174**

[1] Q: And Roxane sold brand products. Right?
[2] A: Used to.
[3] Q: Was there a decision made that Roxane would no
[4] longer sell brand products?
[5] A: Yes.
[6] Q: Do you know what position Mark Pope has ever
[7] held with Roxane or Boehringer Ingelheim?
[8] A: Yes.
[9] Q: And in what capacity did he work with Roxane
[10] or Boehringer?
[11] A: I believe he was a consultant to Roxane.
[12] Q: Was he hired as an independent contractor, to
[13] your knowledge?
[14] A: Don't — that I'm not sure. I mean,
[15] independent contractor versus consultant — he was not
[16] an employee.
[17] Q: You're — you're certain he wasn't an
[18] employee?
[19] A: I'm pretty sure he was not an employee of
[20] Roxane Laboratories.
[21] Q: Do — do you know Mark Pope's prior
[22] experiences, know of his prior experiences in the
[23] pharmaceutical industry?
[24] A: Some of them, yes.
[25] Q: Do you know if he ever worked for any other

**Page 175**

[1] pharmaceutical manufacturers?
[2] A: Yes.
[3] Q: What pharmaceutical manufacturers do you know
[4] Mark Pope used to work for?
[5] A: Schein Pharmaceutical.
[6] Q: Did you work with Mark at Schein?
[7] A: Yes.
[8] Q: Do you keep up with Mark?
[9] A: No.
[10] Q: Do you know where Mark lives now?
[11] A: Not a hundred percent sure, but —
[12] Q: Where do you think he lives?
[13] A: Napa Valley.
[14] Q: Do you understand that Mark Pope also worked
[15] for Dey Pharmaceuticals?
[16] A: Yes.
[17] Q: Did Mark Pope leave Schein to go to work for
[18] Dey, to your knowledge?
[19] A: No.
[20] Q: Where did Mark Pope work after he left Schein?
[21] A: He started his own business.
[22] Q: As a consultant? A pharmaceutical consultant?
[23] A: I don't believe so, but don't know.
[24] Q: Do you know at what point in his career Mark
[25] Pope worked for Dey? Was it before or after Schein?

**Page 176**

[1] A: It was before Schein.
[2] Q: Do you know roughly what years that would have
[3] been?
[4] A: It had to be — well, I started with Schein
[5] in — my resume will tell you that — '82. And I left
[6] Schein in — what, '88, '89, something like that.
[7] Q: That sounds right.
[8] A: Yeah, close enough. So...
[9] Q: So you've, to your knowledge — you were with
[10] Schein apparently from '92 to '96, according to your
[11] resume.
[12] A: Kind of.
[13] Q: You were with a subsidiary of Schein from '88
[14] to '92 named Danbury Pharmacal. Is that right?
[15] A: Yes.
[16] Q: Is that a company that used to be located in
[17] Danbury, Connecticut?
[18] A: No.
[19] Q: Where was it located?
[20] A: Carmel, New York.
[21] Q: Okay. And from let's say '88 to '96, in your
[22] involvement with Schein companies, is that when you
[23] worked with Mark Pope?
[24] A: Yes.
[25] Q: So to your knowledge, Mark Pope was at Dey