# TAB 8

Page 1

NO. GV3-03079

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| ex rel. | ) | |
|   VEN-A-CARE OF THE | ) | |
|   FLORIDA KEYS, INC., | ) | |
|     Plaintiff(s), | ) | |
| VS. | ) | TRAVIS COUNTY, TEXAS |
| ROXANE LABORATORIES, INC., | ) | |
| BOEHRINGER INGELHEIM | ) | |
| PHARMACEUTICALS, INC., BEN | ) | |
| VENUE LABORATORIES, INC. and | ) | |
| BOEHRINGER INGELHEIM | ) | |
| CORPORATION, | ) | |
|     Defendant(s). | ) | 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
RICHARD FELDMAN
November 17, 2004
(ATTORNEYS' EYES ONLY PENDING ENTRY OF
CONFIDENTIALITY ORDER)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   ORAL AND VIDEOTAPED DEPOSITION OF RICHARD FELDMAN,

produced as a witness at the instance of the

Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 17th of

November, 2004, from 9:15 a.m. to 4:42 p.m., before

CYNTHIA VOHLKEN, CSR in and for the State of Texas,

reported by machine shorthand, at the offices of

Robinson & Cole, One Boston Place, Boston,

Massachusetts, pursuant to the Texas Rules of Civil

Procedure and the provisions attached previously.

Page 82

1  Q. Do you know what the policies or procedures
2  are BIPI about what they do with the hard drives or
3  information left on computers of employees that leave?
4  A. I don't know what the policy is. I do know
5  that if you need an extra computer, there was an old
6  one around, they reprogram it and clean it up so you
7  can use it.
8  Q. Okay. Insofar as the -- Item Number 10, your
9  personnel file, is there a central clearinghouse there
10 at the BI companies for personnel files? Is that the
11 BISC, the BI -- the service center, do they maintain
12 personnel records or do you know?
13 A. Do not know.
14 Q. Do you know what entity or what person at
15 BIPI or any of the BI companies would have possession
16 of your employment file during -- that was compiled
17 during your tenure?
18 A. I would assume it would be a human resources
19 function, but that's -- that's all I know.
20 Q. Does Roxane have a human resources department
21 or is that handled by BISC?
22 A. Don't know.
23 Q. What human resources department are you aware
24 of that does exist to your knowledge for the BI
25 companies, under the BI umbrella?

Page 83

1  A. I know there's a BIPI, the company that I
2  worked for, has a human resources department.
3  Q. Okay. And that would be up in Ridgefield, I
4  guess?
5  A. Yes.
6  Q. What's the name of the person that's the head
7  of that human resources department when you left?
8  A. Give me a name, I'll verify it. I mean, I --
9  Q. I don't know.
10 A. I don't remember his name.
11 Q. Okay. All right.
12 A. I don't know who it is.
13 Q. Mr. Anderson has some questions he's going to
14 ask you to -- have to do more with -- with documents
15 and this may be the end of my questions. If I have
16 any additional questions for you at the end, I'm sure
17 they'll be limited, but I appreciate your attention
18 during the time we've been together here today. Have
19 I been courteous and polite to you at all times?
20 A. Absolutely.
21      MR. CRAWFORD: All right. Thank you,
22 Mr. Feldman.
23      MR. McCONNICO: Rich, do you need
24 anything while we are changing, water, coffee?
25      THE WITNESS: I can use the men's

Page 84

1  room --
2      MR. McCONNICO: Okay.
3      THE WITNESS: -- while we're doing it.
4      THE VIDEOGRAPHER: Off the record at
5  11:16. This concludes Tape 2.
6      (Recess from 11:16 to 11:23)
7      THE VIDEOGRAPHER: Stand by, please. We
8  are back on the record at 11:23. This is the
9  beginning of Tape 3.
10          EXAMINATION
11 BY MR. ANDERSON:
12 Q. Mr. Feldman, if I understand your testimony
13 previously, you were the executive trade director or,
14 pardon me, executive director of trade affairs at
15 Roxane Laboratories, correct?
16 A. Yes.
17 Q. And then in January of 2001 you transferred
18 to BIPI and you became the executive director of trade
19 affairs there, correct?
20 A. Yes.
21 Q. And in your -- in both of those positions as
22 executive director of trade affairs were you calling
23 or those that were reporting to you calling upon large
24 customers?
25 A. Yes.

Page 85

1  Q. How many people, roughly, reported to you
2  when you were the executive trade director --
3  executive director of trade affairs at Roxane?
4  A. Roughly?
5  Q. Yes, sir.
6  A. Eight.
7  Q. And those were direct reports?
8  A. No.
9  Q. How many people -- I didn't mean to cut you
10 off. How many people directly reported to you when
11 you were the executive director of trade affairs at
12 Roxane?
13 A. Don't remember.
14 Q. Recognizing that you may not be able to
15 remember exactly the number, was there roughly four or
16 five persons that reported to you?
17 A. Yes.
18 Q. And then in turn did -- did those four or
19 five people have account managers reporting to them?
20 A. No.
21 Q. Did you have other -- well, first of all,
22 what was the job title of those four or five people
23 that reported to you when you were the executive
24 director of trade affairs at Roxane?
25 A. I believe at the time they were national

Page 86

```
 1  account managers.
 2     Q.  Other than the national account managers what
 3  other personnel reported to you at Roxane?
 4     A.  I had an administrative assistant and I had a
 5  director of national accounts, as I recall.
 6     Q.  How did the job description of the director
 7  of national accounts differ from the national account
 8  managers?
 9     A.  The director of the national accounts had
10  people, the national account managers, that reported
11  up to him.
12     Q.  And was that person known by the name of
13  Jerry Walsh?
14     A.  Time sequence Jerry Walsh was the first
15  person -- I mean, when I first got there Jerry Walsh
16  was -- I didn't even know what his title was, but he
17  was director of accounts.  I mean -- and I put that in
18  quotes because I'm not sure exactly what his title was
19  because I don't remember.
20     Q.  And then who succeeded Mr. Walsh in that
21  position?
22     A.  Bob Sykora.
23     Q.  So would it be -- okay.  Continue.
24     A.  But it was not the exact same position.
25     Q.  Would it be fair to say that Mr. Walsh and
```

Page 87

```
 1  then Mr. Sykora reporting directly to you at Roxane
 2  while they had four or five national account managers
 3  reporting to them?
 4     A.  Yes.
 5     Q.  Other than the administrative assistant, the
 6  director of national accounts and four or five
 7  national account managers, what other Roxane personnel
 8  reported to you?
 9     A.  That was it.
10     Q.  And while you were at Roxane in this position
11  as executive director of trade affairs, would it --
12  could you characterize the classes of trade that you
13  and your group called on?
14     A.  Wholesalers, chains and buying groups.
15     Q.  When you say wholesalers, do you also include
16  the programs that wholesalers offered where, in
17  essence, they purchased products for their members in
18  a -- in a co-op situation?
19     A.  I --
20     Q.  Do you want me to rephrase?
21     A.  Yeah, please.
22     Q.  Are you familiar with wholesale programs
23  known as source programs?
24     A.  Yes.
25     Q.  And -- and what is a source program,
```

Page 88

```
 1  generally?
 2     A.  Source program, from what I recall, was a
 3  program that the wholesaler would market and would
 4  promote one product over another product.
 5     Q.  So, for instance, where you've got
 6  multiple -- multisource generics available, wholesale
 7  source program would pick one over others and promote
 8  that one over the others; is that right?  Generally.
 9     A.  Generally.
10     Q.  And now that we've kind of explained what a
11  wholesale source program is, would you include those
12  types of programs within your description of the
13  wholesale class of trade as a -- as a class of trade
14  of customer that you and your group called on at
15  Roxane?
16     A.  No.
17     Q.  Who at Roxane was in charge of sales to
18  wholesale source programs?
19     A.  The trade department, myself or my group.
20     Q.  Okay.  How would you classify that class of
21  trade?  What would you describe it as?
22     A.  What I wanted to be clear was is that the
23  wholesaler is a class of trade.  Your question was
24  broadened, as I understood it, I may have misheard
25  you.  You had source program as a class of trade and a
```

Page 89

```
 1  source program is a marketing program of a wholesaler
 2  and the wholesaler is the class of trade.  So I just
 3  wanted to be clear.
 4     Q.  Okay.  Well, let's try to simplify this.  Did
 5  Roxane designate specific classes of trade that it
 6  sold products to?
 7     A.  Yes.
 8     Q.  Was the wholesale source class of trade
 9  designated as a specific class of trade?
10     A.  No.
11     Q.  Was it subsumed within wholesalers generally?
12     A.  Not really.  I mean, again, I think you're
13  going back and -- and I'm not trying to be difficult,
14  I'm trying to just point out the difference.  A source
15  program is a marketing program of a wholesaler and you
16  keep referencing wholesalers and source programs as if
17  they were two different entities and they're not.
18  And, you know, for the record, we just have to be
19  careful on how we start to lump things and clump
20  things.
21     Q.  Well, I'm -- I'm trying to understand your
22  testimony as best as I can.  What class of trade did
23  you categorize wholesale source programs in in your
24  dealings at Roxane?
25     A.  Wholesale.
```

FREDERICKS-CARROLL REPORTING
AUSTIN (800) 234-3376    SAN ANTONIO (800) 767-9161    HOUSTON (800) 234-3376

e4230e43-4787-11d9-9863-0040f48294eb