# TAB 12

259

```
------------------------------------------x
UNITED STATES OF AMERICA, ex rel,

VEN-A-CARE, FLORIDA KEYS, INC.,

                        Plaintiffs,

                        Case No. 07-10248

        -against-

BOEHRINGER INGELHEIM CORPORATION,

et al.,

                        Defendants.

------------------------------------------x


                    May 20, 2009

                    8:03 a.m.


                CONFIDENTIAL

        Continued deposition of JONATHAN R.

MACEY, taken at the offices of Kirkland & Ellis,

Citigroup Center, 153 East 53rd Street, New York,

New York, before Georgette K. Betts, a Certified

Shorthand Reporter, Registered Professional

Reporter and Notary Public within and for the

States of New York and New Jersey.
```

Macey, Jonathan R. - Vol. II  CONFIDENTIAL
New York, NY

May 20, 2009

4  (Pages 268 to 271)

---

268

1  Roxane.  Not so much coordinate in the sense of do
2  things together, but get, you know, synergistic
3  benefits from working with each other, seeing how
4  the other people work.  So they are getting people
5  performing the same functions in the same place I
6  think -- so they could be monitored more easily,
7  so they would be evaluated better.
8      Q.  Do you know whether Ms. Waterer and Ms.
9  Paoletti's job responsibilities changed in any way
10  following the January 1st, 2002 move to Cleveland?
11      A.  Well, my recollection -- and this is why
12  I characterized this not -- you know, these people
13  are moving location but they continue -- my
14  understanding is they continued to work for Roxane
15  during this time while they were physically at the
16  Ben Venue corporate campus.
17      Q.  So you're not aware that their job
18  responsibilities changed when they moved from one
19  campus to the other campus?
20      A.  I don't recall that -- I assume that
21  there were some changes just because that would be
22  natural, but my understanding is that they

---

269

1  retained responsibility for -- they continued to
2  do the same functions with respect to Roxane that
3  they previously had done.
4          It certainly would make sense in terms
5  of business justification for the move if there
6  were some, you know, change and expansion of their
7  roles to provide even a better, you know,
8  efficiency justification for the move.  I just
9  don't recall offhand seeing that their
10  responsibilities expanded when they moved to
11  Cleveland.
12      Q.  Thank you.
13          In forming an opinion as to whether a
14  person acted as an agent of Roxane, did you
15  consider whether or not Roxane paid the employee's
16  salary as a factor?
17      A.  I certainly took that into account, but
18  I had to weigh it against a few things.  Number
19  one, just in general there's no requirement for
20  someone to act in an agency capacity that they
21  actually receive compensation.  In fact, quite the
22  opposite.  Number two, the overwhelming business

---

270

1  practice in the United States is to have people
2  receive a single paycheck.  And in the particular
3  context of these facts, it's my understanding that
4  the companies involved, BIPI, RLI, Ben Venue, and
5  BIC, actually had different pension plans such
6  that it would have been very difficult to take an
7  employee, say Mrs. Waterer, whoever, and say,
8  well, you're going to be 80 percent allocated to
9  Roxane and 20 percent allocated to Ben Venue and
10  you'll have -- 20 percent of your pension will be
11  here.  It would create a truly human resources
12  administrative nightmare.
13          So it is my -- it is absolutely the case
14  that while people wear many hats in corporations,
15  it is -- I'm not aware of very many, if any,
16  situations where a company would, while having
17  somebody wear two hats go to the sort of, kind of
18  extreme bureaucratic step of making some attempt
19  to, you know, give -- pay them two different
20  paychecks, et cetera.
21          So I think, you know, starting with the
22  premise that people can work for more than one

---

271

1  entity, if they work for more than one entity they
2  either have to be paid by one or both.  And it's
3  just inefficient to be paid by both and we don't
4  observe that in the way business is conducted.
5      Q.  Are you aware whether any employees were
6  paid by multiple entities within the Boehringer
7  Ingelheim family?
8      A.  I looked for that and didn't find a
9  single case, even with respect to Mr. Gerstenberg
10  where there were -- people were getting multiple
11  paychecks, I looked for that and I did not see it.
12      Q.  Where did you look to see who paid Mr.
13  Gerstenberg's salary?
14      A.  I looked -- there were a number of -- in
15  a lot of these depositions I think you actually,
16  you were asking the question where do people's
17  paychecks come from, so I was looking for that
18  question.  I thought it was a good question and I
19  was looking for it with respect to, you know, to
20  see were what the -- you know, what the answers
21  were because I would have been interested if
22  somebody -- I think we had different approaches,

---

Macey, Jonathan R. - Vol. II  CONFIDENTIAL          May 20, 2009
New York, NY

10 (Pages 292 to 295)

292

1      Q.  Turn to paragraph 39 of your report,
2  please.
3          The heading above paragraph 39 reads,
4  "Roxane Adhered Conscientiously to Appropriate
5  Corporate Formalities."
6          And then paragraph 39 itself starts by
7  saying --
8      **A.  Where was the formalities?  I'm sorry.**
9      Q.  Subheading B, right above paragraph 39.
10     **A.  Okay.  Thank you.**
11     Q.  So the paragraph itself starts:
12         "In examining Roxane's internal
13  corporate governance, I focus on what I regard as
14  the three most important facets of organizational
15  form.  These are:  One, board composition, two,
16  board processes and methods, and three, board
17  action."
18         Do you see that?
19     **A.  Yes, I do.**
20     Q.  In this sentence by the use of the word
21  "board," are you referring to a corporation's
22  board of directors?

293

1      **A.  Yes.**
2      Q.  Are these three topics the most
3  important considerations in evaluating whether or
4  not to pierce a corporation's veil?
5      **A.  No.**
6      Q.  What do you regard these three topics as
7  the most important factors to?
8      **A.  Okay.  So yesterday we talked about**
9  **various factors that might be involved in a**
10 **decision to pierce the corporate veil and we**
11 **talked about the issue of corporate formalities,**
12 **which I said was a factor but not a particularly**
13 **important factor -- not an overwhelmingly**
14 **important factor but a factor that people should**
15 **take into account.  And the reason for this is**
16 **because information about corporate formalities**
17 **provides data about whether the corporation is an**
18 **actual entity separate and distinct from other**
19 **entities.**
20         **And so here what I'm saying is that in**
21 **terms of the issue of corporate formalities, the**
22 **most important facets are board composition, board**

294

1  processes, and methods.
2      Q.  Do you know who drafted Roxane's board
3  resolutions, board minutes?
4      **A.  No.**
5      Q.  Do you have an opinion as to whether
6  corporate formalities are usually followed in the
7  context of corporate groups?
8      **A.  There's a wide -- we observe a wide**
9  **range of behavior, but in well run companies that**
10 **are well managed corporate formalities are**
11 **generally adhered to.  And when one gets down to**
12 **family corporations or smaller corporations, less**
13 **sophisticated firms, one sees variance.  So**
14 **there's definitely a range with respect to**
15 **adherence to corporate formalities.**
16     Q.  Is it fair to say that for a corporation
17  the size of Roxane corporate formalities are
18  almost always followed?
19     **A.  Generally speaking, corporations with**
20 **Roxane's resources and capitalization have**
21 **advisors who make sure that they follow corporate**
22 **formalities, yes.**

295

1          MR. FAUCI:  You want to take a five-
2  minute break?  I'm at a very natural breaking
3  point.
4          MS. RIVERA:  Sure.
5          (Recess.)
6  BY MR. FAUCI:
7      Q.  Professor Macey, in paragraph 50 of your
8  report, you state that you examined Roxane's
9  capitalization as the indicator of whether Roxane
10 managed its business and operated as a separate
11 business entity.
12         What is capitalization?
13     **A.  Capitalization essentially refers to the**
14 **equity of the firm.  That is to say, the amount**
15 **that the firm has when the liabilities are**
16 **subtracted from the firm's assets.**
17     Q.  Why is capitalization or how is
18  capitalization an indicator of whether a
19  corporation operated as a separate entity?
20     **A.  Well, corporations, generally speaking -**
21 **- and in dramatically varying degrees firm to**
22 **firm, require funds to operate.  And**

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                    May 20, 2009
New York, NY

11 (Pages 296 to 299)

296

1   capitalization is one indication, not the only but
2   one indication of the capacity of a firm to
3   operate sort of under its own steam, if you will.
4       Q.  You formed an opinion in this case that
5   Roxane was sufficiently capitalized, correct?
6       A.  Yes, that's correct.
7       Q.  Did you evaluate Roxane's capitalization
8   at the time of its incorporation?
9       A.  Well, I didn't look -- I didn't find any
10  specific balance sheets relating to the initial
11  capitalization.  I did look into the history of
12  Roxane and -- let me see if I can refresh my
13  recollection.
14      So the firm was formed in 1885 as a
15  company called Columbus Pharmacal.  I had no
16  financial information from that date, although I
17  do know as a matter of my historical research and
18  expertise that in 1885 there was -- it would have
19  been impossible legally to form a corporation
20  without adequate capitalization.
21      Then we have the purchase of the company
22  in 1959 when the firm's name was changed to

297

1   Phillips Roxane and then the acquisitions by
2   Boehringer Ingelheim in '78 that the corporate
3   history that I reviewed was consistent with the
4   firm being well capitalized when it was formed and
5   well capitalized up until at least, obviously, the
6   time at which the analysis in my report begins.
7       Q.  Did you also evaluate Roxane's level of
8   capitalization over time?
9       A.  Yes.
10      Q.  What steps did you take to evaluate
11  whether Roxane's level of capitalization was
12  sufficient?
13      A.  I'm sorry.
14      Q.  What steps did you take to evaluate
15  whether Roxane's level of capitalization was
16  sufficient?
17      A.  Essentially what I did was to examine
18  the company's balance sheets and profit and loss
19  statements to determine whether or not the company
20  had been -- had adequate levels of capitalization
21  and had resources to pay its debts as they came
22  due in the ordinary course of business.

298

1       Q.  Was the first step actually measuring
2   Roxane's level of capitalization?
3       A.  Yes.
4       Q.  And what documents did you consider in
5   doing that?
6       I believe you said balance sheets and
7   profits and loss sheets.  Was there any types of
8   documents you looked at in measuring Roxane's
9   capitalization?
10      A.  I certainly looked at Jim McIntyre's
11  deposition testimony because he was an accountant
12  and a financial -- who had kind of lived with the
13  financial condition of Roxane to see if he had
14  anything to say.  It was sort of inconsistent with
15  what I was saying.
16      I'm trying -- there may have been other
17  documents that I looked at, but those were my sort
18  of most important touchstones.
19      Q.  Are you an accountant?
20      A.  I'm not a CPA, no.
21      Q.  Do you consider yourself to have
22  expertise in accounting?

299

1       A.  Yes.  I have been qualified as a member
2   of the board of a public company as someone who is
3   knowledgeable about accounting.  I'm not an
4   accounting expert.
5       Q.  Which company is that?
6       A.  This is WCI Communities, where I serve
7   on the audit committee.
8       Q.  What are your responsibilities there?
9       A.  Well, I'm on the corporate governance
10  committee and the audit committee.  My
11  responsibilities include hiring and firing the
12  company's auditors, reviewing the company's
13  financial statements, reviewing press releases
14  related to financial information, making sure that
15  the -- having general oversight responsibility for
16  ensuring that the financial statements of the
17  company are presented fully and fairly and in
18  accordance with the appropriate accounting
19  principles.
20      Q.  You said you were qualified -- they
21  qualified you as --
22      A.  Correct.

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                May 20, 2009
New York, NY

12  (Pages 300 to 303)

---

300

1    Q.   -- as what?  I'm sorry.
2    A.   As -- I forget the exact terminology but
3  under the Sarbanes-Oxley Act and as well as stock
4  exchange rules, public company boards of directors
5  are required to make determinations about the
6  accounting capabilities of the members of its
7  audit committee.  And at least one member of the
8  audit committee has to be a financial expert.
9        I'm not the financial expert on an audit
10  committee, but I am a member of the audit
11  committee who's been qualified to serve.
12        (Whereupon, Roxane Laboratories
13  Unanimous Written Consent of Directors, Bates-
14  stamped BOEH04600159 through 167, was marked as
15  Exhibit Macey 015 for identification, as of this
16  date.)
17    Q.   I'm introducing as Exhibit 15 a Roxane
18  Laboratories Unanimous Written Consent of
19  Directors.
20        If you look at the first heading or
21  first indentation it says:
22        "Resolved, that the year-end closing for

---

301

1  1995 be and it hereby is approved and the balance
2  sheet and profit loss statement of this
3  corporation as of December 31st, 1995 be and that
4  hereby is ratified and adopted in the form
5  attached."
6        If you look through this document, are
7  these the balance sheets and profits and loss
8  sheets that you were referring to earlier?
9    A.   I looked at two sets of documents.  This
10  is one set of documents.  I mean this would be --
11  for a particular year, there were two sets of
12  documents and one was -- were these financial
13  statements appended to the Roxane unanimous
14  written consents.  But there were also -- there
15  was also -- there were also other financial
16  reports that I reviewed.  So I basically had two,
17  hopefully reconcilable, sets of financial reports
18  for each year.
19    Q.   What did the other sheets look like to
20  the best of your recollection?
21    A.   Well, they were not appended to
22  unanimous written consents.  They were more

---

302

1  detailed and they included -- they had, you know,
2  a different -- let me see if I can recall.
3        So the other documents, my recollection
4  is, had a piece -- a page it was called the
5  balance sheet, which this does not appear to have.
6  And it had a page that was -- several pages and
7  then it had some backup documentation.  Then it
8  had also -- the two critical financial documents
9  for a business are the balance sheet and the
10  income statements.  And this -- I looked at the
11  balance sheet and the income statements, which
12  would be the balance sheet and the profit and loss
13  statements that I referred to in footnote 16 of my
14  report.
15    Q.   If you turn to page 10 of this document
16  --
17    A.   Okay.
18    Q.   -- do you see that it's labeled "Statement
19  of Financial Position"?
20    A.   Yes.
21    Q.   Is this different than a balance sheet?
22    A.   My recollection is -- as I say, I

---

303

1  referred actually as I mentioned in the report to
2  the balance sheets of the company.  The difference
3  between a statement of financial position and a
4  balance sheet is, generally speaking, a
5  corporation will have a fiscal year, so the board
6  of directors will determine a fiscal year that
7  will begin on a certain date and end on another
8  date and a balance sheet will give -- will provide
9  a statement of the financial condition, a kind of
10  snapshot picture of the financial condition of the
11  company as of that particular date.
12        The statement of financial position will
13  not be as detailed as the balance sheet and may
14  not -- and its date may or may not -- may but may
15  not necessarily correspond to the actual fiscal
16  year of the company.
17    Q.   Do you see that this -- if you turn to
18  the first page.
19    A.   First page.
20    Q.   Do you see that it in the first resolved
21  it talks about the balance sheet and profit loss
22  statement of this corporation?

---

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                May 20, 2009
New York, NY

14  (Pages 308 to 311)

308

1  to looking at Roxane's capitalization?
2      A.  In a business this complex, you have --
3  this is really a -- would be a, you know, year's
4  long process of investigation because we could
5  imagine you have, for example, suppose the
6  business owns a car, so you'd have to look at
7  whether -- what are the state law rules in which
8  that car operates with respect to insurance, what
9  about the licensing for the drivers, what about
10  trucking.
11      With respect to every contract that the
12  company has there may be requirements with respect
13  to insurance that are just part of the bilateral
14  contract between a buyer and a seller.  If the
15  contract involves shipping -- there obviously were
16  in this case requirements for dealing with certain
17  government agencies with respect to licensing to
18  sell products and getting permissions in these
19  various NDAs and there may have been, you know,
20  requirements related to that.
21      So there would be hundreds and hundreds
22  of these sorts of things.  And I took what is a

309

1  standard of -- the universally standard assumption
2  of somebody doing the analysis that I was doing,
3  which was that in a business like this the
4  regulators will -- are monitoring this and will
5  let you know if the company is not maintaining its
6  licensing, the insurance people will send forms so
7  you know if they are not complying with these
8  requirements.
9      Q.  I believe you testified, though, that
10  under these requirements there might be certain
11  amounts of insurance or bonds that a corporation
12  would have that would be relevant to its
13  capitalization, correct?
14      A.  Correct.
15      Q.  Do you have an opinion as to whether
16  Roxane in its compliance with these regulations
17  and licensures had a certain amount of insurance
18  or bonds that were relevant to the capitalization
19  of a corporation?
20      A.  Yes.  Let me -- I may not -- and I
21  apologize if I'm not being clear on this.  So --
22  this comes up a lot and the way this comes up is

310

1  there will be a company, a trucking company and
2  the trucking company will be involved in some sort
3  of litigation, maybe there's a truck wreck, maybe
4  there's a product liability, whatever, and the
5  company may have been insolvent at the time of the
6  event.  And so we then look at the whether or not
7  the company -- the corporate veil should be
8  pierced.  And the answer is it depends on what --
9  in part something that's going to influence the
10  answer is whether or not the company was
11  undercapitalized at the time of the event.  And if
12  the company, say, had negative equity but it had
13  $382 million in insurance to cover the accident,
14  then the corporate veil will not be disregarded,
15  the company will be considered to be adequately
16  capitalized.
17      And so in this analysis, if somebody --
18  that, you know, in this analysis I didn't see any
19  claims against Roxane that were -- you know, that
20  had been launched for which, you know, they didn't
21  have available -- insurance to the extent that it
22  was available.

311

1      Q.  Do you know how much insurance Roxane
2  had?
3      A.  No.
4      Q.  Do you know whether Roxane had any
5  insurance that would be relevant to the potential
6  liability in this case?
7      A.  It was my assumption in this analysis
8  that these -- the litigation damages claims would
9  not be -- would not be insurable.
10      Q.  Does the standard for what constitutes
11  sufficient capitalization vary from industry to
12  industry?
13      A.  It varies from firm to firm.  It varies
14  depending on context.  But, yes, yes, it does also
15  vary from industry to industry.
16      Q.  Are you aware of a standard for what
17  constitutes sufficient capitalization in the
18  pharmaceutical industry?
19      A.  Yes.  In teaching corporations, I -- one
20  of the things I teach is -- talked about is
21  capitalization on an industry-by-industry basis,
22  so the pharmaceutical industries is one of the

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                May 20, 2009
New York, NY

15 (Pages 312 to 315)

312

1  industries that I've looked at from the standpoint
2  of appropriate capitalization.
3      Q.  Have you written on that issue?
4      A.  No -- oh, not specifically on
5  pharmaceutical industry capitalization.
6      Q.  Have you written on the issue of
7  capitalization on an industry-by-industry basis
8  generally?
9      A.  I believe that I have written -- I
10  believe I made the point I made to you a moment
11  ago, Mr. Fauci, that is that capitalization is
12  something that will -- is -- varies and is
13  relevant on a firm-to-firm basis.
14      I've taught it.  Whether I wrote it down
15  in an article I believe that that would probably
16  appear somewhere in my writing.
17      Q.  Do you have an -- what is the standard,
18  then, for what constitutes sufficient
19  capitalization in the pharmaceutical industry?
20      A.  Well, I want clear up my previous
21  testimony.  I think that question evinces maybe
22  that I wasn't precise enough in my previous

313

1  answer.
2      What we have data about is what the
3  actual -- people have looked at industries like
4  the pharmaceutical industry or the investment
5  banking industry and they say here's the average,
6  you know, debt-equity ratio, here are averages of
7  levels of capitalization within a particular
8  industry.  What has been pointed out in the
9  literature is that it's -- one certainly may draw
10  the inference, and as a matter of practice experts
11  typically draw the inference that that's what's
12  okay.  But the argument has been made specifically
13  obviously with respect to financial institutions
14  recently that have had 30, 50, 60-to-1 debt-equity
15  ratios that maybe the industry average is not the
16  proper benchmark.
17      So that it's an area of -- you know,
18  it's an area of analysis that's in a little bit of
19  flux.
20      Q.  That being said, is there a standard
21  that you are aware of for what constitutes
22  sufficient capitalization in the pharmaceutical

314

1  industry?
2      A.  In my view, what one should do is -- so
3  the answer to that question is both yes and no.
4  That is to say, for each firm it's possible to
5  determine whether that firm is adequately
6  capitalized.  But in pharmaceutical industry firms
7  are in -- you know, do different things.
8      So, you know, one could take the
9  industry average as a benchmark and then look at,
10  you know, the specific features and
11  characteristics related to a particular firm that
12  relate to levels of capitalization.  So it may be
13  that a firm will have certain characteristics that
14  allow it to have much lower -- much, much greater
15  debt in relation to equity than other firms or,
16  alternatively, you might expect other firms
17  depending on certain inherent characteristics to
18  have higher.  So you want to look a firm on a
19  firm-by-firm basis.
20      Q.  What is the benchmark in the
21  pharmaceutical industry?
22      A.  So the benchmark in the pharmaceutical

315

1  industry is generally lower than 10-to-1.  It
2  would be in the 5 to 10-to-1 debt-equity ratio
3  range is my recollection.
4      MR. FAUCI:  Let's introduce 16.
5      (Whereupon, Article written by
6  Professor Macey titled "Commercial Banking and
7  Democracy:  The Illusive Quest for Deregulation",
8  was marked as Exhibit Macey 016 for
9  identification, as of this date.)
10      Q.  This is an article that you wrote called
11  "Commercial Banking and Democracy:  The Illusive
12  Quest for Deregulation," published in the Yale
13  Journal on Regulation in the winter of 2006.
14      I'm going to ask you a very quick
15  question about a very small section of this, but
16  if you want to familiarize yourself --
17      A.  Okay.  Hopefully it won't take long for
18  me to familiarize myself with this.
19      Do you want to direct me to where you
20  are and I'll see if I can back up?
21      Q.  Sure.  I'm looking at the internal page
22  3, so page 4 of 24 on the top.

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                    May 20, 2009
New York, NY

16  (Pages 316 to 319)

---

316

1        A.  Okay.
2        Q.  I'm looking at the paragraph under the
3    subheading "A, Core Characteristics of Banking."
4        A.  Right.
5        Q.  There you write, the third sentence, "On
6    average well-capitalized banks have debt-equity
7    ratios of 10:1 as opposed to the 1:1 debt-equity
8    ratios typical of nonfinancial firms."
9            Do you see that?
10       A.  Yes.
11       Q.  As you sit here today, do you agree that
12   a 1-to-1 debt-equity ratio is typical of
13   nonfinancial firms?
14       A.  This is -- the context here is these are
15   nonfinancial firms that compete with banks like
16   mutual funds, but yes.
17           Actually rephrase that.  At the time
18   this was I think more or less correct certainly
19   for looking now these numbers are vastly different
20   or were that debt-equity ratios of banks is now 30
21   or 40-to-1.  And debt-equity ratios of the
22   nonfinancial firms I'm talking about in this

---

317

1    context, which are nonfinancial firms that compete
2    with banks, it would be probably more like the ten
3    to 12-to-1.
4        Q.  So just so I'm clear on this, when you
5    refer to nonfinancial firms in this article,
6    specifically in the paragraph we just were talking
7    about, what types of firms are you referring to?
8        A.  So in the context of this article, what
9    I'm talking about is the basic competition between
10   banks and nonbank forms of business enterprise.
11   If banks -- which are characterized by insured
12   deposits and loans, then you have money market
13   mutual funds which have a deposit-like feature
14   because you can have, you know, write checks and
15   use the ATM card.  But they don't lend money, they
16   take the money and put the money in money market
17   instruments.  And those money -- that, as I think
18   I talked about in this article certainly in
19   others, there is an exact match not only in the
20   debt-equity ratio but there's also a -- you know,
21   in the term structure of the assets and
22   liabilities so that -- you know, because when --

---

318

1    to kind of prevent themselves -- to prevent them
2    from being susceptible to bank runs.
3        Q.  I believe you testified that the
4    benchmark -- I'm sorry, I don't recall we can
5    either have the court reporter read it back or you
6    can tell me again.
7        A.  Okay.
8        Q.  What is the benchmark in the
9    pharmaceutical industry?
10       A.  Well, there's a range, of course, of
11   firms but you would see ranges in the 5-to-1 to
12   10-to-1 range would not be unusual.
13       Q.  What is that standard based on?
14           What is your understanding of that
15   standard based on?
16       A.  It's based on looking at pharmaceutical
17   firms and looking -- and computing averages.
18       Q.  Have you done that?
19       A.  Have I personally done it?
20       Q.  Yes.
21       A.  No.
22       Q.  But you read where that's done

---

319

1    elsewhere?
2        A.  Correct.
3        Q.  Can you think of an article that -- off
4    the top of your head that does that?
5        A.  Not off, no.
6        Q.  The ratio, the benchmark you cited, do
7    you have an opinion as to whether that benchmark
8    is larger as we sit here today than it would have
9    been 1995?
10       A.  Oh.  No.  No.
11       Q.  No, you don't have an opinion?
12       A.  Correct.  I will say -- I don't have a
13   specific opinion.  I will add, though, that these
14   are fairly stable over time in general, although
15   this may have been a hot time of higher
16   volatility.  I would add, to the extent that they
17   vary, it's more likely that higher debt-equity
18   ratio rather than lower would have been tolerated.
19       Q.  In the past?
20       A.  Well, in that period.  Not in all of the
21   past, but in 2005 versus, say, right now.
22       Q.  I'm sorry, 1995.

---

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                    May 20, 2009
New York, NY

17 (Pages 320 to 323)

320

1    A.  In 1995, right.
2    Q.  Did you compare Roxane's level of
3    capitalization to that of other pharmaceutical
4    companies?
5    A.  Not specific other ones, no, just
6    specific industry average.
7    Q.  And you did in forming your opinions in
8    this case compare Roxane's capitalization to the
9    industry average, the industry benchmark?
10   A.  Right.
11   Q.  And your understanding of the industry
12   benchmark is based on your review of other
13   literature in the field which has articulated that
14   benchmark?
15   A.  Yes, that's my recollection of what the
16   benchmark is.
17   Q.  And as you sit here today, there's no
18   authority you could point me to for the benchmark,
19   specific authority?
20   A.  Correct.
21   Q.  What is a debt-to-equity ratio?
22   A.  A debt-to-equity ratio is simply the

321

1    ratio of the amount of debt that a company has to
2    the amount of equity that it has.
3        So if we imagine a company with a
4    hundred dollars in assets, $50 in debt, and $50 in
5    equity, we reach the 50-dollar in equity figure
6    because the hundred dollars in assets minus the
7    $50 in liabilities equals $50 equity.  Since the
8    firm now has $50 in debt and $50 in equity, that
9    firm's debt-to-equity ratio would be 1-to-1 by way
10   of example.
11   Q.  Is debt the same thing as liability?
12   A.  Well...
13   Q.  I can focus this for you a little if you
14   want.
15   A.  Okay.
16   Q.  Why don't we go back to Exhibit 15, that
17   statement of financial position.
18   A.  Okay.
19   Q.  Which is page 10 of Exhibit 15.
20   A.  Okay.
21   Q.  Can you calculate a debt-to-equity ratio
22   based on this document?

322

1    A.  Let me see.
2        Yes.
3    Q.  How would you do that?
4    A.  I would take the total liabilities of 42
5    million 954 and compare it to the total
6    shareholders' equity of 101298, and then I would
7    fiddle with a fraction to get the lower -- get the
8    lowest ratio. In other words, I would -- then I
9    would try to just, you know, reduce the fraction
10   by, you know, reducing the numerator and the
11   common -- and numerator and the denominator by
12   common amounts.
13   Q.  By that you mean just simplify the
14   fraction.
15   A.  Right, thank you, simplify the fraction.
16       So it would be 42 million 954 debt, 101
17   million 298 equity.
18   Q.  In paragraph 62 of your report, the very
19   last sentence, you write, "Roxane's debt-equity
20   ratio was reasonable."
21       Do you see that?
22   A.  Not yet -- yes, I do.

323

1    Q.  Did you calculate Roxane's debt-to-
2    equity ratio for various points in time?
3    A.  Yes.
4    Q.  What periods of time did you consider?
5    A.  Well, the period of time that I looked
6    at here was 2002 -- let me just check but I think
7    it was 2002 to 2005.
8        1995 to 2005.
9    Q.  Are there written notes that reflect
10   your calculations?
11   A.  No.
12   Q.  How did you make the calculations?
13   A.  I just did them on a calculator.
14   Q.  And so for the 1995 time frame, the
15   calculation that you did would have been
16   essentially what we just walked through, comparing
17   the liabilities to the equity and finding a
18   fraction therefrom?
19   A.  Sitting here right now that's my -- wait
20   let me -- yes, I believe that's correct.
21   Q.  You may have answered this without me
22   fully even getting it, so I'll just ask it again.

---

332

1   different from a loan from a bank?
2       A.  Well, it's -- to be as simple as I can,
3   this is not maybe -- this may lose some subtlety,
4   but I think it will make the point clear, a loan
5   from a subsidiary -- and I'm not talking here now
6   about Roxane, I'm talking about, generally
7   speaking, loans from subsidiary is different from
8   a loan from a bank for in much the same way that
9   somebody who obtains a loan from one's uncle is
10  different than obtainin a loan from a bank.  That
11  is, it could be worse.  The uncle could be really
12  mean and assiduously require all sorts of, you
13  know, atrocious terms, et cetera.  But it also is
14  the case that it could be the uncle could be more
15  understanding about late payments, will have
16  greater degree of identification and empathy and
17  if the person who's borrowed money from their
18  uncle needs another loan, and goes to a bank and
19  says, gee, I need a loan, they say, well, you have
20  this other loan and they say -- that it's easier,
21  it's more likely than in the case of the affiliate
22  loan that the borrower can say I can get my uncle

333

1   or I can get my affiliate company to agree to
2   subordinate, to give you priority in repayment.
3   Whereas if it were a loan from a third party -- it
4   likely will say forget it, I want to maintain my
5   priority.
6       Q.  If a lending affiliate is more forgiving
7   in loan terms to a member of its same corporate
8   group than it would be to a third party, is that a
9   factor suggesting that the companies are not fully
10  independent?
11      A.  What's relevant in that standpoint is
12  you want to see are the loans documented, is there
13  a business reason.  Generally speaking, in a -- so
14  generally speaking, the answer is no because if
15  I'm a subsidiary of a company, it often is for
16  many reasons really bad for my business if a
17  related subsidiary finds itself in financial
18  distress.  And so I have an extremely strong
19  personal interest in -- to the extent -- up to a
20  certain point, obviously you don't want to throw
21  good money after bad but up to a certain point you
22  want to do everything you can to make sure that

334

1   the affiliate, you know, is able to weather stormy
2   times and continue on as a viable business because
3   by definition, as I say in the report, the idea of
4   having these corporate groups is there are
5   synergies but among the various companies if one
6   subsidiary fails or is unable to obtain capital or
7   loans, et cetera, then, obviously, the other
8   subsidiaries in the holding company or parent lose
9   those -- no longer can avail themselves of those
10  synergies.
11          MR. FAUCI:  I think if we take a five
12  minute break I can be done for the next break.
13          MS. RIVERA:  Great.
14          (Recess.)
15          (Whereupon, Invoice from Professor
16  Macey, was marked as Exhibit Macey 017 for
17  identification, as of this date.)
18  BY MR. FAUCI:
19      Q.  Welcome back, Professor Macey.
20      A.  Thank you, Mr. Fauci.
21      Q.  Just in the way of housekeeping, I would
22  ask if you're able to find the article that we

335

1   were talking about that supports the benchmark we
2   discussed for average debt-equity ratios?
3       A.  Certainly.
4       Q.  If Maria could send that to us, that
5   would be great.
6       A.  Okay.
7       Q.  One more bit of housekeeping, let's just
8   introduce -- it's already been premarked Exhibit
9   17.  Which is the second invoice.
10          Is this --
11          MS. RIVERA:  Can I get a copy, Jeff?
12          MR. FAUCI:  Sure.
13      Q.  Is this a true and accurate copy of the
14  -- of your most up-to-date invoice in this
15  litigation?
16      A.  Yes.
17      Q.  Quickly directing your attention to the
18  actual invoice, seven entries down under work
19  performed it says "legal capital calculations"?
20      A.  Yes.
21      Q.  Those -- I just want to understand what
22  that involved.  Can you just describe how you made

Macey, Jonathan R. - Vol. II  CONFIDENTIAL                    May 20, 2009
New York, NY

21  (Pages 336 to 339)

336

1  those calculations one more time.
2      A.  Certainly, of course.
3          So this involved several things.  In
4  fact, I will say that having looked back myself at
5  this particular item, I don't believe -- I believe
6  that it may have taken me longer than two and a
7  quarter hours, but it is what it is on the time
8  sheet.
9          So this involved the following things:
10         One, I looked at every year in the -- in
11  this time frame that I discussed previously with
12  respect to capitalization.  I looked at whether
13  there had been any incursions on the initial
14  capitalization of the firm, which is -- reflects
15  on the balance sheet as the term paid-in capital.
16  There is also another amount of capital called
17  capital surplus, which is the amount that
18  shareholders have paid in to the company above the
19  amount of the stated capital amount.  And then a
20  third thing that I looked at was I looked at
21  retained earnings.
22         So put it differently, from an

337

1  accounting or a legal capital point of view,
2  capitalization point of view, a firm's capital can
3  be divided into basically three categories; stated
4  capital, capital surplus, and retained earnings.
5  So I looked at all three of those what are known
6  as capital accounts and then I -- you know, as we
7  talked -- and then I did the things we talked
8  about earlier, looked at debt-equity ratios, and
9  dividend payment policy, and et cetera.
10     Q.  Is capital surplus the same as
11  additional paid-in capital?
12     A.  Yes.
13     Q.  When you looked at retained earnings,
14  the actual calculations that you performed, were
15  those measuring the liabilities that show up in
16  the balance sheet against the assets in the
17  balance sheet?
18     A.  Yes, I think that's -- I'm not quite
19  sure if I understand the question, but I believe -
20  - I certainly what I did involved that.  I think
21  there may have been other things that I did, but
22  yes.

338

1      Q.  What other things?
2          MS. RIVERA:  All the things he just
3  said.
4      A.  The other things --
5      Q.  I can try and be more precise then.
6          What other actual calculations did you
7  do?
8      A.  So I did the calculations described in
9  paragraph 54, meaning I computed an average of the
10  retained earnings of the company from 1995 to
11  2005.  And I computed an average of the dividend
12  payments between 1995 and 2005.
13     Q.  In calculating debt-equity ratios, you
14  compared liabilities as reflected in balance
15  sheets against assets -- against the equity as
16  reflected in the balance sheet?
17     A.  Yes.
18     Q.  Why did you look -- what is the
19  relevance of the fact that Roxane never intruded
20  upon, for a lack of a better word, its initial
21  paid-in capital and its additional paid-in
22  capital?

339

1      A.  Well, there's a very conservative theory
2  -- there are people who have taken the view that
3  that amount -- and other people disagree with but
4  there are people who take the view that those sums
5  are considered to be the basic capitalization for
6  the firm on which a firm should not encroach.
7          I believe that to be the case for stated
8  capital.  It's generally not the case for
9  additional paid-in capital, which is sometimes
10  referred to as capital surplus.  But to the extent
11  that some people are of that view, then I take the
12  view, you know, at least in looking at it, knowing
13  that there are people who take that view, I wanted
14  to see, you know, if somebody taking that
15  perspective would be concerned.  And the answer
16  would be they would not be because Roxane never --
17  didn't encroach or diminish the amount of its
18  initial paid-in capital or its capital surplus.
19  It always stayed the same.
20     Q.  In evaluating Roxane's capitalization in
21  2000, is looking at whether or not it encroached
22  upon its initial paid-in capital and its