# TAB 13

# In The Matter Of:

## *THE STATE OF TEXAS ex rel.  v.*
## *DEY, INC., ET AL.*

---

### CHRISTINE GAMMETO MARSH
### June 27, 2002

---

### FREDERICKS-CARROLL REPORTING
*Court Reporting-Video Services-Litigation Support*
7719 WOOD HOLLOW DRIVE, SUITE 156
Austin, TX  78731
(512) 477-9911    FAX: (512) 345-1417

*Original File 0627MARS.AMI, 172 Pages*
*Min-U-Script® File ID: 3046509420*

**Word Index included with this Min-U-Script®**

Case 1:01-cv-12257-PBS   Document 6195-14   Filed 06/26/09   Page 3 of 5

Page 1

[1]         CAUSE NO. GV002327
[2] THE STATE OF TEXAS              )  IN THE DISTRICT COURT
    ex rel.                         )
[3]     VEN-A-CARE OF THE           )
        FLORIDA KEYS, INC.          )
[4]                                 )
         Plaintiffs,                )
[5]                                 )
    VS.                             )  TRAVIS COUNTY, TEXAS
[6]                                 )
    DEY, INC.; ROXANE               )
[7] LABORATORIES, INC. and          )
    WARRICK PHARMACEUTICALS         )
[8] CORPORATION,                    )
[9]      Defendants.                )  53rd JUDICIAL DISTRICT
[10]
[11]
            ORAL AND VIDEOTAPED DEPOSITION OF
[12]          CHRISTINE GAMMETO MARSH
               Thursday, June 27, 2002
[13]
[14]
[15]
[16]    ORAL DEPOSITION OF CHRISTINE GAMMETO MARSH,
[17] produced as a witness at the instance of the Plaintiffs
[18] and duly sworn, was taken in the above-styled and
[19] numbered cause on the 27th day of June 2002, from 8:09
[20] a.m. to 1:30 p.m., before Randall N. Finch, CSR in and
[21] for the State of Texas, reported by machine shorthand,
[22] at the offices of Boehringer Ingelheim, Inc., 900
[23] Ridgebury Road, Ridgefield, Connecticut, pursuant to
[24] Notice, the Texas Rules of Civil Procedure and the
[25] provisions as previously set forth.

Page 2

[1]          APPEARANCES

[2] FOR THE PLAINTIFF STATE OF TEXAS:

[3]     MR. JOE CRAWFORD

        MR. JARRETT ANDERSON

[4]     Office of the Attorney General

        State of Texas

[5]     P.O. Box 12548

        Austin, Texas 78711-2548  (512) 475-4300

[6]            (512) 474-1062 Fax

[7] FOR THE RELATOR:

[8]     MR. JAMES JOSEPH BREEN

        The Breen Law Firm, P.A.

[9]     8201 Peters Road, Suite 1000

        Plantation, Florida 33324  (954) 916-2713

[10]           (954) 916-2714 Fax

        -and-

[11]    MR. JOHN E. CLARK (Of Counsel)

        Goode Casseb Jones Riklin Choate &

[12]    Watson, P.C.

        2122 North Main Avenue

[13]    P.O. Box 120480

        San Antonio, Texas 78212-9680  (210) 733-6030

[14]           Fax (210) 733-0330

        -and-

[15]    MS. JOY CLAIRMONT

        Berger & Montague

[16]    1622 Locust Street

        Philadelphia, Pennsylvania 19103

[17]

    FOR THE DEFENDANT DEY, INC.:

[18]

        MR. STEPHEN M. HUDSPETH

[19]    Coudert Brothers

        1114 Avenue of the Americas

[20] New York, New York 10036-7703  (212) 626-4442

               (212) 626-4120

[21]

    FOR THE DEFENDANT WARRICK PHARMACEUTICALS CORPORATION:

[22]

        MS. KARIN TORGERSON

[23]    Locke Liddell & Sapp, L.L.P.

        2200 Ross Avenue, Suite 2200

[24]    Dallas, Texas 75201-6776  (214) 740-8000

               (214) 740-8800 Fax

[25]

Page 113

[1] A: The rebate — there was a separate department
[2] that handled rebates. It was not in my area of
[3] responsibility.
[4] Q: What department was that?
[5] A: It was called rebates.
[6] Q: Who was in charge of that at Roxane?
[7] A: An individual, a manager.
[8] Q: What's his name?
[9] A: Carl Ciardelli.
[10] Q: And currently Mr. Ciardelli works for
[11] Boehringer Ingelheim. Is that correct?
[12] A: No, he does not.
[13] Q: Where does Mr. Ciardelli work now?
[14] A: I'm not exactly sure where — the name of the
[15] organization that he works for now.
[16] Q: Well, basically what's your understanding of
[17] the employer of Mr. Ciardelli now?
[18] A: They're engaged in pharmaceuticals.
[19] Q: And do you have a geographic region within the
[20] United States where this company is located?
[21] A: Columbus, Ohio.
[22] Q: What's —
[23] A: Go ahead.
[24] Q: Can you take a logical guess at who that
[25] employer is?

Page 114

[1] A: Ross — I believe it's Ross Laboratories.
[2] Q: Okay. Thank you. When did Mr. Ciardelli go
[3] to work for Ross, if you know?
[4] A: I believe it was May of 2001.
[5] Q: You mentioned that Mr. Powers also instructed
[6] you as to "the job that he performs." In that initial
[7] month of training at Roxane, what did Mr. Powers
[8] explain to you was the job that he performs?
[9] A: Our conversations were limited, but in essence
[10] it was the administration of contracts like I had been
[11] discussing earlier.
[12] Q: Okay. And again, the administration of
[13] contracts did involve the calculation of those contract
[14] prices after applicable rebates. Correct?
[15] A: I did not have responsibility for the rebates.
[16] Your — your question — we need to go back over your
[17] question.
[18] Q: Well, I realize that you testified you didn't
[19] have responsibility for it, but did you understand that
[20] there was interaction between contract administration
[21] and rebate administration?
[22] A: The rebate group reported in to John Powers.
[23] And I reported in to John Powers.
[24] Q: And to that extent, did you understand that
[25] the two operations, the contract operations and the

Page 115

[1] rebate operations interacted with one another?
[2] A: They actually didn't interact that closely
[3] together.
[4] Q: Well, let's just take this under a
[5] hypothetical. For instance, a customer has —
[6] negotiates a contract with Roxane. The price is then
[7] determined. Correct?
[8] A: Once the contract is signed, yeah, as part of
[9] negotiations.
[10] Q: And that price would be inputted into the
[11] contract administration computer system at Roxane then
[12] known as BPCS. Correct?
[13] A: Yes.
[14] Q: If that given customer earned a rebate, how
[15] would that rebate be used in "administering the
[16] contract"?
[17] A: I was not — I was not involved in the rebate
[18] part while I was at Roxane.
[19] Q: So you don't have any idea how that was
[20] handled?
[21] A: I can't answer those questions, no.
[22] Q: Because you don't know?
[23] A: Because I do not know.
[24] Q: What is the "PAC process"? P-A-C.
[25] A: It stands for pricing and conditions.

Page 116

[1] Q: Was that a system that was in place at Roxane?
[2] A: It's a process, not a system.
[3] Q: Thank you. Was that a process that was in
[4] place at Roxane?
[5] A: The PAC process was not rolled out until after
[6] I was no longer functioning in that role. So I don't
[7] know how it was used at Roxane.
[8] Q: What is the purpose of the PAC process?
[9] A: I don't — I don't know the specific purpose
[10] of — of the PAC process.
[11] Q: Do you know the general overriding purpose of
[12] the PAC process?
[13] A: Generally, it pertains to contracting —
[14] contracting the products.
[15] Q: Does it pertain to the rebating of products?
[16] A: For which — the PAC process — like I said, I
[17] don't know how the PAC process was used for Roxane.
[18] Q: How is it used at Boehringer Ingelheim?
[19] A: There's a committee.
[20] Q: Are you on that committee?
[21] A: Yes, I am.
[22] Q: Who else is on the committee?
[23] A: There are several other individuals.
[24] Q: Do you know their names?
[25] A: Gregg Ciarelli is on the committee. Gary

Page 117

[1] Ellexson is on the committee. Jim King is on the
[2] committee. Hector Diaz is on the committee. Bob
[3] Socorro is on the committee. Bill Hankins is on the
[4] committee. And Scott Trulion is on the committee.
[5]   Q: Does that PAC process committee at BI govern
[6] any aspect of Roxane generic drug sales?
[7]   A: No, it does not.
[8]   Q: It pertains only to —
[9]   A: To the Boehringer product line.
[10]   Q: Is it your understanding that the PAC process
[11] doesn't apply to generic drug sales?
[12]   A: Boehringer doesn't have any generic products.
[13]   Q: Does Boehringer have generic products sold
[14] under the Roxane label?
[15]   A: That's a — they're Roxane products, not
[16] Boehringer products.
[17]   Q: Are Roxane — when Roxane products, generic
[18] products are ordered, are they ordered through the
[19] Boehringer Ingelheim Service Center?
[20]   A: The BI Service center, yes.
[21]   Q: And the BI stands for Boehringer Ingelheim
[22] Service Center. Right?
[23]   A: I believe it does, yes.
[24]   Q: So Boehringer Ingelheim has involvement in the
[25] sales of Roxane drugs. Correct?

Page 118

[1]   A: Please clarify what you mean by involvement.
[2]   Q: They're receiving orders of drugs.
[3]   A: The orders go into the service center, yes.
[4]   Q: And they in turn fill those orders. Correct?
[5]   A: Yes.
[6]   Q: Boehringer Ingelheim?
[7]   A: The order is placed at the service center, but
[8] it's shipped out of the facility in — at — it's not
[9] shipped out here.
[10]   Q: Is it shipped out of the facility in Columbus,
[11] Ohio.
[12]   A: That is my understanding.
[13]   Q: And is that facility the "Roxane facility"?
[14]   A: Yes, it is.
[15]   Q: And the Roxane facility has manufacturing
[16] capabilities. Correct?
[17]   A: Yes, that is correct.
[18]   Q: Were you ever knowledgeable of an argument
[19] between Bob Socorro and Carl Ciardelli regarding the
[20] PAC process?
[21]   A: An argument between Bob — I don't remember.
[22]   Q: When did you first become a member of the PAC
[23] committee?
[24]   A: Not till I — in my — that we were talking
[25] about earlier when I rattled off the names? Not until

Page 119

[1] 2001.
[2]   Q: But the committee existed in the year 2000.
[3] Correct?
[4]   A: Yes. I replaced John Powers when he left the
[5] organization.
[6]   Q: Have you ever known that Mr. Powers was also
[7] involved in refereeing an argument between Carl
[8] Ciardelli and Bob Socorro?
[9]   A: I do not know.
[10]   Q: You mentioned Mr. Ciardelli earlier.
[11]   A: Yes.
[12]   Q: Before he left the company, what was his job
[13] position again?
[14]   A: Manager, rebate programs. I don't remember
[15] his contact title.
[16]   Q: So he managed the application of rebates in
[17] Roxane — in the sales of Roxane's drugs. Correct?
[18]   A: He managed the administration of the rebate
[19] programs. That was my knowledge.
[20]   Q: Okay. And that pertained to BI as well as
[21] Roxane. Correct?
[22]   A: No. Only Roxane.
[23]   Q: Only Roxane. What is Bob Socorro's job title?
[24] It —
[25]   A: Today or when I first started with the

Page 120

[1] company?
[2]   Q: Well, let's start with today.
[3]   A: Today he's an executive director. I don't
[4] know the rest of his job title.
[5]   Q: An executive director of what, basically?
[6]   A: Generally managed care. I don't know the
[7] specific title.
[8]   Q: Does that entail selling product to managed
[9] care customers?
[10]   A: He manages a field force.
[11]   Q: A field force, which sales products to managed
[12] care customers?
[13]   A: They meet with managed care organizations.
[14] That's my understanding.
[15]   Q: And in meeting with them, are they selling
[16] product?
[17]   A: When you say sell, can you clarify what you
[18] mean exactly?
[19]   Q: Well, you know, I'm just using it in its
[20] ordinary meaning in the English language. Are they
[21] trying to sell product to a customer?
[22]   A: They sit down and have meetings with — I
[23] don't know specifically what goes on in the field. I
[24] don't have direct day-to-day involvement with field
[25] personnel.