# TAB 14

BIPI - Christine Marsh
May 31, 2007

Page 1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,

    Plaintiff,

vs.            CIVIL ACTION NO. 2005-219

ABBOTT LABORATORIES, INC.,

et al.,

    Defendants.

    \*   \*   \*   \*   \*   \*   \*   \*

  The videotaped deposition of CHRISTINE G.

MARSH was taken before Cornelia J. Baker,

Certified Court Reporter and Certified

Shorthand Reporter, as Commissioner, on

Thursday, May 31, 2007, commencing at

approximately 10:12 a.m., in the law offices

of Kirkland & Ellis, 153 East 53rd Street,

New York, New York pursuant to the

stipulations set forth herein.

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

BIPI - Christine Marsh
May 31, 2007

Page 18

1   A. Yes.
2   Q. Okay. So go back to Exhibit 84
3   and let me just -- let me just run through
4   these topics and make sure that you're
5   prepared to talk about them today, okay?
6       MR. KAVANAUGH: Can we go off
7          the Record for one second?
8       MR. CARTER: Sure.
9       THE VIDEOGRAPHER: Going off
10         the Record at 10:21 a.m.
11      (Whereupon an off-the-Record
12         discussion was held.)
13      THE VIDEOGRAPHER: Back on the
14         Record at 10:24 a.m.
15      MR. CARTER: We've had a brief
16         conversation about the
17         numbering of the exhibits.
18         We referred to the BIPI
19         deposition notice yesterday
20         as Exhibit 84, but for
21         simplicity's sake in
22         today's deposition, we're
23         going to refer to it as
24         Exhibit 1 just so we don't
25         confuse BIPI and Roxane

Page 19

1          exhibits. So yesterday's
2          Exhibit 84 will be today's
3          Exhibit 1. Yesterday's
4          Exhibit 85 will be today's
5          Exhibit 2.
6       (Whereupon Plaintiffs' BIPI
7        Marsh Nos. 1 and 2 were marked
8        for identification and attached
9        hereto.)
10  BY MR. CARTER:
11      Q. So let's go to Exhibit 1, and
12  I'd like to take you through these topics and
13  make sure that you're prepared to talk about
14  them today. All right?
15      A. Yes.
16      Q. The first topic you were
17  designated for is Subject Matter No. 1. Do
18  you see that?
19      A. Yes, I do.
20      Q. Are you here today prepared to
21  talk about BIPI's reasons for signing
22  Medicaid rebate agreements?
23      A. Yes, I am.
24      Q. Okay. Let's go to Topic
25  No. 11. And rather than me read it into the

Page 20

1   Record, let me just ask you: Are you here
2   today prepared to talk about Topic No. 11?
3       A. Yes, I am.
4       Q. And are you prepared to talk
5   about Topics 12 and 13 as well?
6       A. Yes, I am.
7       Q. And flip over to Topic No. 22.
8   Are you prepared today to discuss information
9   or data that BIPI has purchased or obtained
10  through First DataBank and Red Book and
11  Medispan and IMS?
12      A. Yes, I am.
13      Q. And flip to Topic 31. Are you
14  here today prepared to discuss that topic?
15      A. Yes, I am.
16      Q. And are you prepared to discuss
17  Topic 32?
18      A. Yes, I am.
19      Q. And 33?
20      A. Yes, I am.
21      Q. And 35?
22      A. Yes, I am.
23      Q. Right. I want to start with
24  Topic No. 33. It's my understanding that --
25  well, let me ask you: Does BIPI have a

Page 21

1   parent company?
2       A. Yes, it does.
3       Q. Who is BIPI's parent company?
4       A. It's referred to as BIC.
5       Q. Boehringer Ingelheim
6   Corporation, correct?
7       A. Yes. That's my understanding.
8       Q. What does BIC do?
9       A. I just know that it's the
10  parent corporation.
11      Q. Do you know whether or not BIC
12  manufactures drugs?
13      A. To the best of my knowledge, it
14  does not.
15      Q. Do you know whether BIC markets
16  drugs?
17      A. Again, to the best of my
18  knowledge, it does not.
19      Q. Who is the president of BIC?
20      A. I believe the president is the
21  CEO, Martin Carroll.
22      Q. Does Mr. Carroll have ultimate
23  authority over BIPI?
24      MR. KAVANAUGH: Objection to
25         form.

6 (Pages 18 to 21)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

Page 22

1    A. I don't believe that he has
2 ultimate authority over BIPI.
3    Q. Who's the highest ranking
4 official at BIPI?
5    A. You know, I don't know all the
6 officers in BIPI.
7    Q. Do you know who the CEO is?
8    A. I know the CEO of BI would be
9 Marty Carroll. So I would assume he's the
10 highest ranking individual.
11    Q. Okay. Where is BIC located?
12    A. I don't -- I do not know where
13 BIC is incorporated.
14    Q. Have you ever been to the
15 offices?
16    A. I don't know that the offices
17 for BIC are separate from the offices for
18 BIPI.
19    Q. Well, whose offices are in
20 Germany?
21        MR. KAVANAUGH: Objection to
22           form. I just had to,
23           sorry.
24    A. Could you please repeat the
25 question?

Page 23

1    Q. Well, let me ask you a better
2 one.
3    A. Okay.
4    Q. Is there an entity related to
5 BIPI whose offices are in Germany?
6        MR. KAVANAUGH: Objection to
7           form.
8    A. I believe -- I believe the
9 organization is B-I-G-M-B-H. It's referred
10 to as that.
11    Q. And what's the relationship
12 between that entity and BIPI?
13    A. It's just referred to as the
14 corporate or the parent company. That's my
15 understanding.
16    Q. Do you, in your job
17 responsibilities, ever interact with anyone
18 in the parent company?
19    A. From time to time, I do, yes.
20    Q. Can you give us an example of
21 when you would interact with somebody from
22 the parent company?
23    A. From a corporate standpoint, I
24 would interact with them when it came to
25 looking at products from a launch

Page 24

1 perspective, and ultimately, discussions
2 around pricing.
3    Q. Are you the person who's
4 responsible for setting the prices of BIPI
5 drugs?
6    A. I do not have ultimate
7 responsibility. No, I do not.
8    Q. Who does?
9    A. The pricing for BIPI drugs is
10 actually done through a committee. It's --
11 the recommendations are put together by
12 several different departments, and then the
13 recommendation is brought forth to the
14 pricing -- it's referred to as the Pricing
15 Terms and Conditions Committee. And they
16 will then approve the pricing, and then it
17 will go to the senior management team for
18 sign off.
19    Q. You said the Pricing Terms and
20 Conditions Committee?
21    A. Yes, I did.
22    Q. How long has this -- to your
23 knowledge, how long has this committee been
24 in existence?
25    A. It's been in existence since

Page 25

1 2000.
2    Q. How many folks are on this
3 committee?
4    A. Over the years, the individuals
5 that actually had voting authority have, you
6 know, diminished. There used to be a lot
7 more people. Now it's down to four -- four
8 functional areas that have voting authority.
9    Q. And what are those four
10 functional areas?
11    A. Finance, also referred to as PM
12 Controlling. Sales, marketing, and managed
13 markets.
14    Q. Is there a person whose name
15 you could tell me that would be the head of
16 finance?
17    A. Well, the head of finance --
18 are you referring to the PM Controlling
19 person that's on the committee?
20    Q. Yes, ma'am.
21    A. That would be Elizabeth
22 Cochran.
23    Q. What does PM stand for?
24    A. Prescription medicines.
25    Q. What about sales, who's on the

7 (Pages 22 to 25)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

BIPI - Christine Marsh
May 31, 2007

Page 26

1  committee from sales?
2       A. Bob -- Robert Johnson.
3       Q. What is his title?
4       A. Senior Vice President, Sales.
5       Q. What about for marketing?
6       A. What about for marketing?  The
7  individual?
8       Q. Yes, ma'am.
9       A. The individual would be Jeff
10 Huth.
11      Q. Can you spell his last name?
12      A. H-U-T-H.
13      Q. What is Jeff's title?
14      A. Senior Vice President,
15 Marketing.
16      Q. And what was the last grouping?
17      A. Managed markets.
18      Q. And who is the representative
19 of that group on the committee?
20      A. The individual's name is Chris
21 Barrett {phonetic}.
22      Q. Is that a guy or a gal?
23      A. That's a -- that's a guy.
24      Q. Okay.  What's his title?
25      A. Senior Vice President, Managed

Page 27

1  Markets.
2       Q. Who else is on the committee
3  besides these four folks?
4       A. Technically, those are the only
5  four individuals that have voting rights on
6  the committee.
7       Q. Do they come up with a price
8  and recommend it to you, or how does it work?
9       A. No.  It's actually between
10 myself and members of my team.  Along with
11 marketing, we'll come up with a
12 recommendation for a price.  And there's
13 other areas that are involved, market
14 research.  There's other areas of the company
15 that are involved in bringing forth that
16 recommendation to the committee.
17      Q. And this would be, for
18 instance, when a drug launches?
19      A. Yes.
20      Q. What about after a drug has
21 launched, what's the process for changing a
22 price?
23      A. The process is very similar,
24 where marketing is the primary driver of
25 initiating potentially a price change on a

Page 28

1  product, and then it's brought forth again to
2  the committee for approval.
3       Q. Each NDC has its own price,
4  correct?
5       A. Each NDC within the product,
6  yes.
7       Q. Is that -- I mean, is that a
8  correct statement, that each BIPI NDC has its
9  on price, correct?
10      A. That's correct.
11      Q. How many NDCs does BIPI
12 currently have on the market?
13      A. I do not know the number
14 exactly.  I would say it's greater than
15 fifty.
16      Q. I think there was some
17 testimony yesterday that it may be between
18 four hundred and five hundred.  Does that
19 sound right to you?
20          MR. KAVANAUGH:  Objection to
21              form; misstates the Record.
22      A. For BIPI?
23      Q. Right.
24      A. No.  BIPI doesn't have that
25 many NDCs.

Page 29

1       Q. Are all of BIPI's NDCs in the
2  category of brand drugs?
3       A. All of BIPI's are.  Yes, that
4  is correct.
5       Q. What's the relationship between
6  BIPI and Roxane?
7       A. They are sister companies.
8       Q. Roxane focuses mostly on
9  generic drugs?
10      A. Yes.
11      Q. And BIPI focuses in the brand
12 market, correct?
13      A. Yes, that is correct.
14          MR. CARTER:  So is that Roxane
15              that had between four
16              hundred and five hundred
17              NDCs?
18          MR. KAVANAUGH:  Yes.
19 BY MR. CARTER:
20      Q. When did BIPI come into
21 existence?
22      A. I don't know.  I have no idea.
23      Q. Since you've been there in
24 2001, has this range of NDCs been about the
25 same number or has it changed?

8 (Pages 26 to 29)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

BIPI - Christine Marsh
May 31, 2007

Page 30

1  A. I would say that it's been
2  about the same number.
3  Q. What is BIPI's best selling
4  drug?
5  A. In terms of . . .
6  Q. Revenue.
7  A. Revenue?
8     MR. KAVANAUGH: Objection to
9        form.
10  A. Right now the best selling drug
11  in terms of revenue would be Flomax.
12  Q. When this committee comes up
13  with a price, what does it call the price?
14  A. It calls the price -- the
15  recommendation is for the WAC price.
16  Q. And what is the WAC price?
17  A. That is referred to as the WAC
18  or a list price.
19  Q. Do you understand WAC to mean
20  Wholesale Acquisition Cost?
21  A. Yes, I do.
22  Q. And how would you define
23  Wholesale Acquisition Cost?
24  A. Wholesale Acquisition Cost.
25  Q. It's the price the wholesaler

Page 31

1  pays to acquire the drug, correct?
2  A. The price that BIPI would sell
3  the drug, yes, to the wholesaler.
4  Q. So the committee comes up with
5  a WAC, or I think you said a list price?
6  A. Well, no. The committee
7  doesn't come up with the price.
8  Q. Okay. Tell me how it works.
9  A. Okay. The recommendation is
10  brought forth from, again, various functional
11  areas. My area of marketing -- it's driven
12  primarily by marketing. The recommendation
13  is brought forth to the committee. It's
14  reviewed with the committee, and then the
15  committee will vote to approve it.
16  Q. So a suggested WAC is brought
17  to the committee, and the committee votes
18  either to approve it or not approve it?
19  A. Depending on if it's a newly
20  launched drug or if it's a drug that's
21  already on the market. If it's a drug that's
22  already on the market, it would have a WAC,
23  and the recommendation would be to possibly
24  change that WAC.
25  Q. What criteria does the

Page 32

1  committee consider in determining whether or
2  not to change the price of an existing WAC?
3  A. Well, it looks at many
4  different criteria. One of the primary
5  criteria that it does look at is, you know,
6  the competitors, what, you know, the
7  competitive landscape is.
8  Q. What about when -- during a
9  drug launch, what's the primary criteria that
10  the committee looks at in determining whether
11  or not to approve a price for a new drug?
12  A. Again, if there are -- if
13  there's considered any like drugs or any
14  competitors on the marketplace, that would be
15  a driving of -- or that would be one of the
16  primary criteria they would look at. They
17  would look at other aspects surrounding
18  possibly what the value of the proposition
19  would be in the marketplace from a, you know,
20  a physician-patient paired perspective. They
21  would take that. And there's research that's
22  done prior to determining the actual price of
23  the product, what that would be.
24  Q. Does the committee ever
25  consider, for a new drug, the actual

Page 33

1  ingredient cost of the drug?
2  A. It's not a primary
3  consideration. It is not.
4  Q. When the committee looks at the
5  prices of competing drugs, is one of the
6  goals of the committee to set the price lower
7  than competing drugs?
8  A. Not necessarily.
9  Q. Is it fair to say the committee
10  wants to price the drug in a comparable
11  fashion to competing drugs?
12  A. Again, not necessarily. But,
13  yes, they can price it relative to. The
14  recommendation would be brought forth, and
15  they could approve it relative to the
16  competitive landscape at that point in time,
17  yes.
18  Q. Are you familiar with the term
19  "Average Wholesale Price"?
20  A. Yes, I am.
21  Q. What is your understanding of
22  the meaning of Average Wholesale Price?
23  A. It's commonly referred to as
24  AWP. And within the BIPI world, it's
25  referred to -- commonly referred to as the

9 (Pages 30 to 33)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c