**TAB 16**

Page 1

IN THE SUPERIOR COURT
FOR THE STATE OF CONNECTICUT
COMPLEX LITIGATION
DOCKET AT TOLLAND


STATE OF CONNECTICUT,

    Plaintiff,

vs.                                    Docket No.
                                       X07 CV-03-0083296-S(CLD)

DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP. AND
SCHERING CORPORATION,

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF

LESLIE PAOLETTI


September 20, 2005
10:00 a.m.

1375 East Ninth Street
One Cleveland Center, 21st Floor
Cleveland, Ohio

Aimee N. Szinte, a Notary Public

Page 30

1  our AWP as well. That would be one
2  instance.
3      Q.   And why, why would it be
4  important at that point to raise AWP
5  when the contract price goes up above
6  what the prior AWP was?
7      A.   Contract price can't be higher
8  than the price I sell to a wholesaler;
9  therefore, any price relating to that
10 would have to be changed, as well.
11     Q.   And so is the average
12 wholesale price a price that the
13 wholesalers pay?
14     A.   No. AWP is not a price the
15 wholesalers pay from us.
16     Q.   What is the term that is used
17 for the price that a wholesaler pays
18 for products from Roxane?
19     A.   WAC, wholesale acquisition
20 cost.
21     Q.   Okay. Let's move on to a
22 different, the next term. This is
23 contract price.
24          What is your understanding of
25 the processes used to establish a

Page 31

1  contract price?
2      A.   Contract price is generally
3  determined by the customer and the
4  market for a given product.
5      Q.   And is that true since the
6  1998 time period forward?
7      A.   I believe so.
8      Q.   And then what are the
9  processes or policies used when contract
10 prices change or are amended?
11     A.   Can you say that again? I'm
12 sorry.
13     Q.   What are the processes or
14 policies by which Roxane amends or
15 changes contract price? Are there
16 certain steps?
17     A.   It varies by contract. It
18 varies by customer, by product, by
19 situation.
20     Q.   Is it a process that involves
21 more than one decision maker?
22     A.   Frequently.
23     Q.   Okay. Let's go on to a term
24 called direct price. Are you familiar
25 with that term?

Page 32

1      A.   Yes.
2      Q.   Okay. What does that mean to
3  you?
4      A.   Direct price is a price -- we
5  set our price at 10 percent above our
6  WAC, generally.
7      Q.   Are there instances when the
8  direct price is not 10 percent above
9  the WAC?
10     A.   Not that I'm aware of.
11     Q.   And who is responsible for
12 setting the direct price?
13     A.   The direct price -- I would
14 generally since 98 have made a
15 recommendation to change or set direct
16 price and then there would be multiple
17 approvals from other people in
18 departments that would have
19 responsibility for saying yes or no.
20     Q.   I missed the part about -- in
21 your answer about who makes the
22 recommendation?
23     A.   I have made recommendations
24 since about 1998 for most of the
25 multisource products at Roxane.

Page 33

1      Q.   What factors then are
2  considered when a decision is initiated
3  or made -- a decision is made to change
4  a direct price, what are you looking at
5  when you make that determination?
6      A.   Typically, it's set at 10
7  percent above WAC.
8      Q.   And as far as changes made to
9  direct price, then that would be linked
10 to the WAC then, is that correct?
11     A.   Yes.
12     Q.   If the WAC were to change,
13 then the direct price would change?
14     A.   I think that's typically been
15 the case, yes.
16     Q.   Let's move on to another
17 term. This one is called list price.
18          Are you familiar with list
19 price?
20     A.   I have heard the term before,
21 yes.
22     Q.   And what is your understanding
23 of the term list price?
24     A.   It depends on how its being
25 used. Generally, I have heard it in