# TAB 17

1

```
Docket No. X07           : SUPERIOR COURT

CV-03-0083296-S(CLD)     : COMPLEX LITIGATION

STATE OF CONNECTICUT,    : DOCKET AT TOLLAND

         Plaintiff,      :

                         :

    vs.                  :

                         :

DEY, INC., ET AL.,       :

         Defendants.     :
```

~~~~~~~~~~~~~~~~~~~~

Deposition of

LESLI PAOLETTI

November 30, 2005

9:22 a.m.

Taken at:

Vorys, Sater, Seymour and Pease

1375 East Ninth Street, Suite 2100

Cleveland, Ohio

Grace M. Hilpert, RPR

Henderson Legal Services
(202) 220-4158

Page 14

1  Q. What is your understanding of the
2  benefit to Roxane for participating in a particular
3  wholesaler's source program?
4  A. I would consider it the same as working
5  with the GPO contract or a warehousing chain
6  contract.
7  Q. So what are those benefits to Roxane for
8  those types of contracts?
9  A. If I don't have my product on that
10 contract, they're going to sell somebody else's.
11 Q. How long were you in this position as
12 assistant manager of multisource products?
13 A. Until January of 2002.
14 Q. And then in January of 2002 did you get
15 a new title?
16 A. I did.
17 Q. What was that?
18 A. Product manager.
19 Q. Was that still in the marketing
20 department?
21 A. Yes.
22 Q. And how long did you maintain that

Page 15

1  position?
2  A. Until September -- roughly September
3  2003.
4  Q. And so for the time period that you were
5  an assistant manager to multisource products, which
6  was the summer of 1998 through January of 2002, were
7  you reporting directly to Judy Waterer?
8  A. Yes.
9  Q. And also during that same time period,
10 would Judy Waterer perform the reviews that you
11 would go through as to performance?
12 A. Yes.
13 Q. How often would those reviews take
14 place?
15 A. At least annually. Periodically there
16 were reviews during the year.
17 Q. Did your annual reviews occur at the end
18 of the year?
19 A. Usually during the fourth quarter.
20 Q. So for these annual reviews, would you
21 actually fill out the review and present it to Judy
22 for her assessment?

Page 16

1  A. I would complete the portion that showed
2  the results and then she would complete the grade,
3  the rating, so to speak, and add her comments.
4  Q. Who would complete the objectives
5  section?
6  A. Usually I took a swag at it, and then we
7  would sit down together and agree on the objectives.
8  Q. As to pricing, making recommendations on
9  pricing, which you did during this time period as
10 assistant manager in the multisource products, in
11 the marketing department, you mentioned that one of
12 the prices that you would make recommendations for
13 is AWP.
14    If you were to make a recommendation as
15 to an AWP price change, what kind of approval
16 process would follow?
17    MR. COVAL: Objection. Form.
18 A. Do you mean the people, what do you mean
19 by approval?
20 Q. If you made a determination that there
21 needed to be a change for AWP, was there then an
22 approval process that followed?

Page 17

1  A. Yes.
2  Q. What was that approval process?
3  A. I had to obtain signatures from members
4  of several different departments prior to
5  implementing the change.
6  Q. What signatures would you have to
7  receive?
8  A. It changed over time. Typically it was
9  Judy. There would have been somebody from finance
10 on the routing, there would have been, in some
11 cases, somebody from contracts on the routing. For
12 a period of time I believe the VP of sales and
13 marketing was on there, and for a period of time Tom
14 Russillo was on there, the CEO -- or COO. I'm
15 sorry.
16 Q. During this time period of the '98
17 through 2002 period, was there a written policy or
18 procedure as to how to proceed with a price change?
19 A. You would have to narrow down the time
20 frame because during some of that, no, and during
21 some of that, yes.
22 Q. Do you recall a time when a formal

Page 18

1  procedure was implemented?
2      A.   I don't remember the year. There was a
3  committee, the PTC committee, that worked to define
4  the procedure. That was probably, I'm going to
5  guess 2000, give or take a year.
6      Q.   And this PTC committee worked to put
7  together a formal procedure as to how price changes
8  would be recommended and then approved?
9          MR. COVAL: Objection. Form.
10     A.   That was one of the objectives of the
11 committee.
12     Q.   What does PTC stand for?
13     A.   I think it was pricing terms and
14 contracting.
15     Q.   Were you on that committee?
16     A.   Yes.
17     Q.   Was Judy Waterer on that committee?
18     A.   No.
19     Q.   Who else was on that committee, if you
20 recall?
21     A.   There were probably 15 or 20 people.
22          It was -- there were people from BI, the

Page 19

1  parent company, the brand side, our team.
2      Q.   Was someone from contracts on that
3  committee?
4      A.   You know, I don't remember.
5      Q.   Again, specifically as to AWP, was there
6  a formal process that you followed to make a
7  determination whether a price change for AWP for a
8  particular product was required?
9      A.   Procedure to determine whether one was
10 required, no.
11     Q.   Generally speaking, how would you become
12 aware of the need to make a price change with
13 respect to AWP?
14     A.   I would have to set AWP or make a
15 recommendation to set AWP for a new launch product.
16 If I was doing a price increase and the pricing
17 would bump up against AWP, then I would need to
18 raise AWP or -- gosh, it really just depends on the
19 situation.
20     Q.   In that second example that you talked
21 about where there would potentially be a price
22 increase which would bump up against AWP, when you

Page 20

1  say a price increase, what kind of price increase
2  are you referring to is my question?
3      A.   It might be a product where our costs
4  have increased, so I have to increase our price to
5  the customer.
6      Q.   I'm sorry. Go ahead.
7      A.   That might affect AWP. That would be
8  one example.
9      Q.   With respect to the price that's being
10 increased, is it a WAC that's being increased or a
11 direct price that's being increased or is it in
12 theory more than one price that's being increased?
13     A.   If it were -- if we're referring back to
14 my example and it was a cost increase, then the
15 price to the customer would increase, the price to
16 the wholesaler, the WAC price would increase, and in
17 some cases the AWP might increase as well.
18     Q.   You switched to product manager position
19 or title in January of 2002, and you remained in
20 that position through September of 2003, correct?
21     A.   Yes.
22     Q.   And did you still have responsibility

Page 21

1  for recommending pricing in that position?
2      A.   Yes.
3      Q.   What other responsibilities did you have
4  in that position?
5      A.   Same responsibilities as I had before.
6          I also had a direct report.
7      Q.   What does that mean when you say, I had
8  responsibilities for direct report?
9      A.   I had a direct report. I was
10 supervising an assistant product manager.
11     Q.   So now you had someone else working
12 underneath you, correct?
13     A.   Yes.
14     Q.   Who was that person?
15     A.   Melissa Hadrys.
16     Q.   What was Melissa doing, as far as her
17 job responsibilities?
18     A.   She took on some of the forecasting
19 responsibilities, she worked on some of the day-to-
20 day issues that I had been addressing with regard to
21 back orders or packaging changes, things like that.
22     Q.   I have a question back on the example we

**46**

1  Q.  Would you speak with them generally on a
2  weekly basis or more often than that?
3       MR. COVAL: Objection to form.
4  A.  Individuals, groups?
5  Q.  Let me ask you this, how often would you
6  speak with the national account managers?
7  A.  Together or individually?
8  Q.  Individually.
9  A.  Individually I would probably speak to
10 one or more of them a couple times a week.
11 Q.  Were there any communications that you
12 would have with the sales force that were about a
13 particular topic and were on a regular basis?
14      MR. COVAL: Objection. Form.
15 Q.  For example, did you have a weekly call
16 with particular sales representatives about a
17 particular topic?
18 A.  Not usually. For a period of time --
19 for a period of time when Karen Strelau was there,
20 she did weekly updates with her sales team and
21 occasionally I would sit in on the call to see if
22 there were issues that they were concerned about.

**47**

1  I think it was primarily during the time
2  when we had extremely high back orders, and there
3  were a lot of calls or questions about supply.
4  Q.  What time period are we talking about
5  when Karen Strelau was doing that?
6  A.  Probably around 2002 or 2003.
7  Q.  Do you know if others in the marketing
8  department had a similar amount of communication
9  with the sales force?
10 A.  I don't know.
11 Q.  And then on a totally different topic,
12 as to AWP price changes, we discussed those earlier,
13 when an AWP price change would be made and it would
14 be approved and processed through Roxane, was it
15 then reported to the various reporting agencies,
16 meaning like First Data Bank, Red Book, and
17 MediSpan?
18      MR. COVAL: Objection. Form.
19 A.  On occasions where we would change AWP,
20 which was very infrequent, we would notify several
21 of the compendia of the change, yes.
22 Q.  And when there was an AWP price change,

**48**

1  would you be the one at Roxane that would notify the
2  pricing compendia services?
3       MR. COVAL: Objection. Form.
4  A.  It depends on the time frame.
5  Q.  Let's go from the time period from the
6  summer of '98, which is when you took the position
7  of assistant manager of multisource products, and I
8  think you had responsibility for recommending
9  pricing at that point.
10     So from that period forward, were you
11 the one that would contact the pricing compendia
12 services to make them aware of an AWP price change?
13      MR. COVAL: Objection. Form.
14 A.  Not during that entire time frame, no.
15 Q.  Were there any times when you were the
16 one that was directly reporting to these pricing
17 compendia price changes?
18      MR. COVAL: Objection. Form.
19 A.  I currently report AWP pricing to the
20 compendia, not just changes, which don't happen very
21 often. New launch products would be an example.
22 Q.  How far back have you had that

**49**

1  responsibility?
2  A.  Since the time that Rich Feldman left.
3  I'm thinking that was around 2000, 2001
4  maybe, since he left Roxane.
5  Q.  So when Richard Feldman left Roxane,
6  then this reporting responsibility as to AWP then
7  switched to you; is that correct?
8  A.  Yes.
9  Q.  So prior to that responsibility
10 switching to you, is it your understanding that
11 Richard Feldman had that responsibility?
12 A.  For at least a period of time.
13 Q.  And what is your understanding of what
14 entities or companies make up the pricing compendia
15 services?
16 A.  I'm not sure how it got the term pricing
17 compendia. We more refer to it now as the compendia
18 because we have got not just First Data Bank,
19 MediSpan, Red Book, those were the primary three
20 over the last -- over -- well, when Rich was there
21 and on through, but we have also added now Script
22 Pro and Gold Standard Media, Lexi Comp, and some

**Page 50**

1  companies that I'm not sure exactly their purpose,
2  other than they provide information about products.
3       They don't just provide pricing about
4  products. They provide -- some of them provide
5  photos to the pharmacist so they can see the tablet.
6  It's not just pricing.
7       I would consider the compendia any of
8  those third-party services that I report product
9  information to.
10      Q. Is it your understanding that AWP is
11 utilized by some state Medicaid programs as a basis
12 to establish reimbursement rates for dispensing
13 pharmaceuticals?
14      MR. COVAL: Objection. Form.
15      A. I have learned that in some cases they
16 use that number, yes, as part of a calculation.
17      Q. You said "that number." Are you
18 referring to AWP when you say "that number"?
19      A. Yes.
20      Q. Do you have any understanding as to how
21 AWP is used by state Medicaid programs to establish
22 reimbursement rates?

**Page 51**

1       A. No.
2       Q. Have you attended any seminars or other
3  programs where state Medicaid reimbursement was the
4  topic?
5       A. Any seminars, no.
6       Q. Have you attended any meetings at Roxane
7  where state Medicaid reimbursement was an issue?
8       A. No.
9       Q. Do you recall a situation with the
10 Florida Medicaid program where a customer who
11 dispenses Roxane's products complained to Roxane
12 about reimbursement rates that he was receiving from
13 the Florida Medicaid program?
14      A. I recall that there was an issue with
15 Florida Medicaid. I don't recall whether it was a
16 customer or patient or salesperson or who brought it
17 to our attention or who even complained about it.
18      Q. Do you recall who at Roxane was involved
19 with that particular issue?
20      A. I don't.
21      Q. Do you recall if you were involved at
22 all?

**Page 52**

1       A. I recall a situation with Florida
2  Medicaid. The details of how it came about I'm not
3  real clear on.
4       Q. Do you recall if that situation was
5  resolved?
6       A. You know, I don't recall if it was
7  resolved. I recall that we tried to resolve it.
8       MR. GOLDENBERG: We'll go through some
9  documents right now.
10      - - - - -
11      (Thereupon, Plaintiff's Deposition
12      Exhibit Paoletti 001 was marked for
13      purposes of identification.)
14      - - - - -
15      Q. Lesli, just so you know what I will do
16 is some of these have a lot of pages to them.
17 You're free to read every word in as much detail as
18 you want on each page, but what I will do is direct
19 you to a particular portion of each of these
20 documents, and then we'll go through that particular
21 portion. You can have as much time as you want to
22 read that particular portion if you want.

**Page 53**

1       A. Okay.
2       Q. Which will help facilitate the process.
3       Like I said, you can review it in as
4  much detail as you want.
5       MR. COVAL: Let's go off for one second.
6       (Discussion off the record.)
7       MR. GOLDENBERG: For the people on the
8  phone, this is performance worksheet for the year
9  2000.
10      It's Lesli Paoletti's performance
11 review, and the reviewer is Judy Waterer. The Bates
12 numbers are ROXCT0073007 through 73014.
13      Q. Lesli, did you finish your review of
14 this?
15      A. I finished skimming it.
16      Q. What is this document?
17      A. It appears to be my 2000 performance
18 review.
19      Q. And prior to today and without
20 disclosing any privileged communications with
21 counsel, when do you last recall seeing this
22 document?

Page 86

1   A.  No.
2   Q.  Was it at the request of Ed Tupa?
3   A.  I don't recall.
4   Q.  You don't recall?
5   A.  No.
6   Q.  What does the initials NAM KAR stand
7   for, if you know?
8   A.  National account manager and key account
9   representative. That's how we typically used them.
10  I assume that's the way they meant it in this
11  document.
12  Q.  If you flip to the first page of this
13  chart that says at the very top, "NAM KAR
14  confidential pricing"?
15  A.  Yes.
16  Q.  And then the columns that you could read
17  or kind of make out is the "Source program pricing,"
18  do you see that?
19  A.  Yes.
20  Q.  Source program pricing, is that
21  referring to what we talked about earlier as a
22  wholesaler source program, where --

Page 87

1   A.  I'm not sure what it refers to in this
2   document.
3   Q.  With respect to source programs in
4   general that Roxane tried to participate in or
5   participated in, was there a general pricing
6   structure that was utilized regardless of the source
7   program?
8   A.  I'm not sure what you mean.
9       MR. COVAL: Objection to form.
10  Q.  Did Roxane have set prices that it was
11  willing to offer on its products for source
12  programs?
13  A.  When I -- back in '98, when I started
14  this position, I understood very little about the
15  business or about the internal workings of the sales
16  and the marketing.
17      So at the time that this would have been
18  going on I'm not sure exactly who got those prices,
19  if they were standard. It's hard for me to really
20  speak to that.
21  Q.  You see the bold part of your first
22  paragraph on the E-mail, it starts with --

Page 88

1   A.  "Please note."
2   Q.  "Please note that only those customers
3   with an existing new source ABC agreement containing
4   one or more of these products will be notified of
5   the changes."
6       What's your understanding of what an
7   existing new source ABC agreement is?
8   A.  I'm -- I don't know. All I can tell you
9   is what it says.
10  Q.  Do you know what ABC stands for?
11  A.  It, I believe, referred to the source A
12  pricing, source B pricing, source C pricing.
13  Q.  You're referring to the letters at the
14  top of the chart in the shaded gray --
15  A.  Yes.
16  Q.  -- section?
17  A.  Yes. They're easier to see on page 3.
18  Q.  What is your understanding of what those
19  letters represent, A, B, and C?
20  A.  It's three different levels of pricing.
21  Q.  Do you know how that works, how someone
22  attains a different level of the pricing?

Page 89

1   A.  I don't.
2       MR. GOLDENBERG: Do you need a break or
3   anything?
4       MR. COVAL: Yes.
5       MR. GOLDENBERG: Why don't we come back
6   and go for a little bit more and then take a lunch
7   break.
8       MR. COVAL: That's fine.
9       (Recess had.)
10      - - - - -
11      (Thereupon, Plaintiff's Deposition
12      Exhibit Paoletti 004 was marked for
13      purposes of identification.)
14      - - - - -
15      MR. GOLDENBERG: For the people on the
16  phone, this is Bates numbered ROXCT0049577 through
17  49581.
18      It's a cover sheet for approval on
19  pricing changes dated March 25th, 2000, and then
20  attached is a list of products with pricing
21  information.
22  Q.  Lesli, have you finished reviewing this?

**Page 90**

1   A.   Yes.
2   Q.   What is this?
3   A.   This is a pricing recommendation that
4   was routed for approval.
5   Q.   If you look at the front page, it says,
6   "Please route ASAP and return to Lesli Paoletti," do
7   you see that?
8   A.   Yes.
9   Q.   What was your role that you played with
10  respect to this pricing change?
11  A.   I put together the recommendation and
12  then routed it for signatures.
13  Q.   As part of that recommendation, would
14  you have put together this chart?
15  A.   Yes, I did.
16  Q.   And prior to today, when do you last
17  recall seeing this document, other than privileged
18  communications with your counsel?
19  A.   Probably within the last year.
20  Q.   And would this have been prepared by you
21  in the regular course of your business activity at
22  Roxane?

**Page 91**

1   A.   Yes.
2       MR. COVAL:  When you say that, are you
3   talking about the whole document or the routing
4   page?
5       MR. GOLDENBERG:  The entire document.
6       MR. COVAL:  Is your answer the same?
7   Q.   Does that impact your answer?
8   A.   Well, I guess I assumed what you meant
9   was, as part of my job, did I do this.
10  Q.   Correct.
11  A.   Yes, I did.  Do I do price
12  recommendations regularly?  I do price
13  recommendations when an instance comes about that we
14  would do a price recommendation.  I don't do these
15  weekly or anything like that.
16  Q.   Then it was part of your job
17  responsibilities and duties to put something like
18  this together, correct?
19      MR. COVAL:  Objection.  Form.
20  A.   If it needed to be done, then typically,
21  yes, it would be my responsibility to do that.
22  Q.   Based on your review of this, can you

**Page 92**

1   tell when this was created?
2   A.   No.
3   Q.   Can you tell when this was routed
4   approximately?
5   A.   I can tell when the approval routing
6   template that says, "Urgent approval required
7   pricing," that would have been the date that we
8   printed that document off.
9       I couldn't say for sure that's the date
10  we prepared the documents behind it or even began
11  the routing of it.
12  Q.   So the printing date would have been
13  March 25, 2003; is that right?
14  A.   The print date of the top copy, the
15  cover sheet would have been that date.
16  Q.   What did you call this front sheet, you
17  had a particular name for it?
18  A.   I just called it the approval routing
19  cover sheet.
20  Q.   Let me ask you this, do you recall what
21  necessitated this price change?
22  A.   This one, there were a couple factors.

**Page 93**

1       One being that we had costs that
2   increased on many of the products, and then the
3   other would be that we had sole source and sole
4   generic products that we had not taken price
5   increases on, and we had the opportunity to take
6   price increases.
7   Q.   Let's take a look at the first page of
8   the chart, which is Bates numbered 49578.  If you
9   would go to the Furosemide oral solution, all the
10  way to the left on the "Brief generic product
11  description column," do you see that?
12  A.   Yes.
13  Q.   There's two Furosemide oral solutions
14  listed there, and I'm focusing on the top one, which
15  has a partial NDC number, the last two numbers of
16  which are 63, do you see that one?
17  A.   Yes.
18  Q.   And the strength is 40 milligrams, 5 ml,
19  packaging is 500 ml.
20      The current AWP is listed at $36.74; is
21  that right?
22  A.   The current AWP is listed as $36.74.

**138**

1  telling me is because of the way senior management
2  wanted this priced, there was a different launching
3  strategy that was utilized for this product; is that
4  right?
5    A.  Yes.
6    Q.  Was it referred to as a brand launch
7  strategy at any point?
8    A.  You know, I don't remember.
9    Q.  When you were referring to upper level
10 management, new upper level management, was that new
11 upper level management at Roxane?
12   A.  Late '90s, early 2000 we began reporting
13 to the COO of Ben Venue Laboratories, kind of took
14 over all of the multisource divisions, Roxane, and
15 he had the injectable Ben Venue.
16       So he kind of oversaw the sales and
17 marketing of both of those companies, and he came in
18 with experience from a different side of the
19 business. It wasn't retail side, and they just
20 didn't understand the way the retail side works,
21 that it's different.
22   Q.  The new management that you were

**139**

1  referring to in your explanation is Ben Venue
2  management; is that right?
3    A.  Judy reported to -- he was VP of
4  marketing, Tony Pera, and Tom Russillo, who were
5  management at Ben Venue Laboratories as well. They
6  just changed the reporting structure for the sales
7  and marketing.
8    Q.  Was CCP the first product launched under
9  that new organization?
10   A.  Yes. I think it was. At the very least
11 it would have been the first sole source or sole
12 generic product. It may not have been the first
13 product launch, but it was the first product where
14 we were the only generic on the market.
15       - - - - -
16       (Thereupon, Plaintiff's Deposition
17       Exhibit Paoletti 009 was marked for
18       purposes of identification.)
19       - - - - -
20   Q.  Before we go to this exhibit, do you
21 recall whether CCP was relaunched at a later date?
22   A.  It was.

**140**

1    Q.  Did you play a role in the relaunching
2  of CCP?
3    A.  I'm sure I had some responsibilities for
4  implementation.
5    Q.  Did you play a role in the repricing of
6  CCP for the relaunch?
7    A.  You know, I'm not sure. At the time I
8  was doing most of the -- putting together most of
9  the documents, so I probably played some role in it.
10 I don't recall without seeing the documents.
11   Q.  Do you recall Judy Waterer playing a
12 role in the relaunch of CCP?
13   A.  I believe that she did.
14   Q.  Do you know what the distinction was
15 between her role and your role?
16   A.  I think for this launch I primarily did
17 document preparation. She did more strategy.
18   Q.  And would that also have applied, would
19 that distinction have also applied to the relaunch
20 of CCP?
21   A.  You know, I'm not sure.
22       MR. GOLDENBERG:  Let's take a look at

**141**

1  this next exhibit. This is a one-page series of E-
2  mails Bates numbered ROXCT0051213. It's concerning
3  Furosemide.
4       THE WITNESS:  Okay.
5    Q.  In that bottom E-mail it's from Robert
6  Sykora to Judy Waterer, and you're cc'd on that.
7  It's dated April 14th, 2000, do you see that?
8    A.  Yes.
9    Q.  And in his E-mail Bob Sykora indicates
10 that, "Anthony approached Caremark about Furosemide
11 when he heard that they were dissatisfied with their
12 current supplier." And he goes on to say that,
13 "Janet Miller of Caremark said she would like to
14 give us our business except our AWP was far too low
15 for it to be profitable for them. Anthony did some
16 research and found out the following," and there's a
17 chart there, do you see that?
18   A.  Yes.
19   Q.  Roxane's AWP is listed on that chart at
20 $45.25 for Furosemide, 40 milligram, 1,000, do you
21 see that?
22   A.  Yes.

**142**

1  Q. And Mylan's Furosemide, 40 milligram,
2  1000, the AWP is listed at $151.90, do you see that?
3  A. Yes.
4  Q. And then at the top of this is an E-mail
5  from Judy Waterer to you dated April 17th, about
6  three days later, and she asks you to query the
7  database to get AWPs of competitors and then put
8  together AWP price increase recommendation.
9       First, let me ask you, did you follow up
10 and do what Judy was requesting of you in this E-
11 mail?
12 A. I believe I did.
13 Q. What database did you utilize?
14 A. It would have been MediSpan.
15 Q. Do you recall if the AWPs that you got
16 from MediSpan were the same as the AWPs that are
17 referenced in Robert Sykora's E-mail?
18 A. You know, I can't be sure, but it's my
19 recollection that they were -- that these were not
20 correct, that some of these were not correct.
21 Q. Do you remember which ones were not?
22 A. I don't off the top of my head.

**143**

1  Q. And then did you put together an AWP
2  price increase recommendation in response to Judy
3  Waterer's April 17th E-mail?
4  A. Yes.
5  Q. How soon after this E-mail, which is
6  April 17th, 2000, did you put that recommendation
7  together?
8  A. You know, I'm not sure.
9  Q. Was it months later?
10 A. You know, I couldn't be sure.
11 Q. Did you just put one recommendation
12 together or do you remember just doing it once, let
13 me put it that way?
14 A. You know, I don't remember.
15 Q. She says in the third line of her E-mail
16 to you, "Forward to me, I'll run it past Tom.
17 Hopefully we can implement this quickly," do you see
18 that?
19 A. Yes.
20 Q. Do you know who that reference to Tom
21 is, who's Tom?
22 A. I believe it was Tom Russillo.

**144**

1       - - - - -
2       (Thereupon, Plaintiff's Deposition
3       Exhibit Paoletti 010 and
4       Exhibit Paoletti 011 were marked for
5       purposes of identification.)
6       - - - - -
7       MR. GOLDENBERG: Exhibit Paoletti 010 is
8  a one-page E-mail, a couple of E-mails, Bates numbered
9  ROXCT0051127, and it's concerning Furosemide AWP
10 adjustment.
11      And then the next exhibit is Bates
12 numbered ROXCT0051341 through 51350, and that is an
13 E-mail with attachment to it, which is the
14 Furosemide sales justification for an upward
15 adjustment in AWP.
16      THE WITNESS: Okay.
17 Q. Actually, let's take a look at the
18 second exhibit first, which is marked as Exhibit
19 Paoletti 011. The first E-mail on Bates number 51341
20 is from Judy Waterer to you, and she's forwarding to
21 you the sales justification that she received from
22 Robert Sykora.

**145**

1       Do you recall reviewing this sales
2  justification?
3  A. Yes.
4  Q. Did you put any parts of that sales
5  justification together?
6  A. You asked if I compiled any of this?
7  Q. Right.
8  A. No. I don't believe I did.
9  Q. Did you put together any part of the
10 written first two pages of the sales justification?
11 A. Did I put together the first two pages?
12 Q. Any part of it.
13 A. No. I don't believe I did.
14 Q. Do you recall seeing any other sales
15 justifications for upper adjustment in AWP for other
16 products when you were at Roxane?
17 A. Sales justifications?
18 Q. Yes. For an upper adjustment in AWP for
19 any other product while you were at Roxane?
20 A. I'm not sure what you mean by sales
21 justifications.
22 Q. Like a document similar to what is there

### Page 146

1  with Exhibit Paoletti 011, where the reasons are
2  provided in a written document as to why AWP should
3  be in this case moved up?
4      MR. COVAL: Objection. Form.
5   A.  As you saw in the previous price
6  increase document that we looked at, we would
7  typically try to put assumptions and calculations.
8      If you're asking if this type of
9  multiple-page document or research on AWPs for
10 competitors, no. This is the only one that I can
11 recall.
12     MR. GOLDENBERG: We're finished with
13 those.
14     MR. COVAL: 11 or both?
15     MR. GOLDENBERG: Both.
16     - - - - -
17     (Thereupon, Plaintiff's Deposition
18     Exhibit Paoletti 012 was marked
19     for purposes of identification.)
20     - - - - -
21     MR. GOLDENBERG: Exhibit Paoletti 012, for
22 the people on the phone, is a couple of E-mails Bates

### Page 147

1  numbered ROXCT0051151.
2      THE WITNESS: Okay.
3   Q.  At the bottom of this is an E-mail from
4  you to Rich Feldman dated August 9th, 2000, and it
5  concerns Furosemide AWP change notification to
6  NAMs/letter for approval, do you see that?
7   A.  Yes.
8   Q.  In your first sentence you say, "I have
9  begun receiving requests from the field regarding
10 the new AWP pricing for Furosemide."
11     Did I read that correctly?
12  A.  Yes.
13  Q.  From whom were you receiving requests
14 regarding the new AWP pricing for Furosemide?
15  A.  You know, I don't recall specifically,
16 but typically when I said the field, I would say it
17 to mean the national account managers.
18  Q.  At this time do you recall who some of
19 those national account managers were? When I say at
20 this time, I mean the 2000 time period when this
21 Furosemide AWP change occurred.
22  A.  I think Steve Snyder, Anthony Tavalarro.

### Page 148

1  I'm not sure of the rest of them.
2   Q.  And then above your E-mail, it looks
3  like it's a response back to you from Richard
4  Feldman, Wednesday, August 9th, 2000 at 6:41 p.m.,
5  do you see that?
6   A.  Yes.
7   Q.  And he says, "I would prefer not to
8  release actual price to NAMs until just before we
9  get it out to pricing service and customer.
10 Otherwise the customer may call the pricing service,
11 and we have not yet communicated to them."
12     Did I read that correctly?
13  A.  I believe you did.
14  Q.  So the process, according to this, is
15 that the AWP price increase would get final approval
16 from Roxane, and then as part of the implementation
17 following that approval, it would then be reported
18 to the pricing compendia, is that your understanding
19 of how it was supposed to work?
20     MR. COVAL: Objection. Form.
21  A.  You know, I think -- I couldn't speak to
22 this specific price change. I don't know exactly

### Page 149

1  what order we decided it would be in and the timing
2  of everything.
3   Q.  Was there any type of meeting that you
4  recall that occurred that you attended where the
5  plan for launching or trying to gain additional
6  Furosemide business as a result of the AWP price
7  increase, do you recall a meeting like that
8  occurring?
9      MR. COVAL: Objection. Form.
10  A. Not that I recall.
11     MR. GOLDENBERG: I think that's it for
12 that.
13     - - - - -
14     (Thereupon, Plaintiff's Deposition
15     Exhibit Paoletti 013 was marked
16     for purposes of identification.)
17     - - - - -
18     MR. GOLDENBERG: This is Exhibit Paoletti
19 013, and it is a two-pager.
20     The first is an E-mail from Judy Waterer
21 to Lesli, and the second page is an attachment to
22 that E-mail, which appears to be something called a